UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80053-Cr-Rosenberg/Hopkins

18 U.S.C. §§ 1591(a)(1) & (b)(2)
18 U.S.C. §§ 1591(a)(1) & (b)(1)
18 U.S.C. § 1589(a)
18 U.S.C. § 1594(d)

UNITED STATES OF AMERICA

vs.

ALSTON ORLANDO LEROY WILLIAMS,

Defendant.
_____/

FILED BY __TM__

Mar 8, 2018

STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. West Palm Beach

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Sex Trafficking Of a Minor
### 18 U.S.C. §§ 1591(a)(1) & (b)(2)

From beginning on December 23, 2008 and continuing through on or about March 11, 2009, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a person, that is, Victim 1, knowing and in reckless disregard of the fact, that Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNTS 2-4
### Sex Trafficking by Force, Threats of Force, Fraud and Coercion
### 18 U.S.C. §§ 1591(a)(1) & (b)(1)

During the period of time specified as to each Count below, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain, by any means, a person, as identified below, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause such a person to engage in a commercial sex act, as specified as to each Count below:

| Count | Date | Person |
|---|---|---|
| 2 | From on or about March 11, 2009 to in or about September 2012 | Victim 1 |
| 3 | From in or about the Spring of 2011 to on or about November 29, 2017 | Victim 2 |
| 4 | From in or about June 2014 to on or about Spring of 2016, | Victim 3 |

In violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 5
### Forced Labor Trafficking
### 18 U.S.C. § 1589(a)

In or about June 2014, and continuing through on or about November 29, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly provide and obtain the labor and services of a person, that is, Victim 3, by any one of, and any combination of, the following means: (1) by means of force and threats of force to Victim 3 and another person; (2) by means of serious harm and threats of serious harm to Victim

2

3 and another person; (3) by means of abuse and threatened abuse of law and legal process; and (4) by means of any scheme, plan, and pattern intended to cause Victim 3 to believe that, if Victim 3 did not perform such labor and services, Victim 3 and another person would suffer serious harm, in violation of Title 18, United States Code, Section 1589(a).

## FORFEITURE

1.  Upon conviction of the violations of Counts 1 through 5 alleged in this Indictment, the defendant, **ALSTON ORLANDO LEROY WILLIAMS**, shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of said violation, and any property traceable to such property, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of said violation, or any property traceable to such property.

Pursuant to Title 18, United States Code, Section 1594(d).

_____
FOREPERSON

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

_____
JUSTIN HOOVER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ALSTON ORLANDO LEROY WILLIAMS | |
| Defendant. _____ / | **Superseding Case Information:** |

**Court Division**: (Select One)

\_\_\_ Miami  \_\_\_ Key West
\_\_\_ FTL  _X_ WPB  \_\_\_ FTP

New Defendant(s)         Yes \_\_\_   No \_\_\_
Number of New Defendants  \_\_\_
Total number of counts    \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)  No
   List language and/or dialect  _____

4. This case will take  _10_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days     \_\_\_        Petty    \_\_\_
   II   6 to 10 days    _10_        Minor    \_\_\_
   III  11 to 20 days   \_\_\_        Misdem.  \_\_\_
   IV   21 to 60 days   \_\_\_        Felony   _X_
   V    61 days and over \_\_\_

6. Has this case been previously filed in this District Court?  (Yes or No)  _NO_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of  November 29, 2017
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  _NO_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     Yes \_\_\_    No _X_

                                                        _____
                                                        GREGORY SCHILLER
                                                        ASSISTANT UNITED STATES ATTORNEY
                                                        FL Bar/Court I.D. No. 0648477

*Penalty Sheet(s) attached                                                REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ALSTON ORLANDO LEROY WILLIAMS

**Case No:**

Count #: 1

Sex Trafficking Of A Minor

Title 18, United States Code, Sections 1591(a)(1) & (b)(2)

**\*Max. Penalty:** Life Imprisonment, 10-year mandatory minimum, $250,000 fine, Supervised Release of up to Life, $5000 Special Assessment

Counts #: 2 – 4

Sex Trafficking of an Adult by Means of Force, Threats of Force, Fraud or Coercion

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

**\*Max. Penalty:** Life Imprisonment, 15-year mandatory minimum, $250,000 fine, Supervised Release of up to Life, $5000 Special Assessment

Count #: 5

Forced Labor

Title 18, United States Code, Section 1589(a)

**\*Max. Penalty:** 20 Years' Imprisonment, $250,000 fine, Supervised Release of up to 5 years, $100 Special Assessment

**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**