UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80053-CR-ROSENBERG/HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ALSTON ORLANDO LEROY WILLIAMS,

    Defendant.
_____/

## UNOPPOSED MOTION FOR CONTINUANCE

    The defendant Alston Williams, through counsel, requests that the Court continue trial in this case upon the following grounds:

    1.    Trial is presently set for Monday, May 14, 2018. There have been no previous continuances.

    2.    By the undersigned's calculations, 49 days of Speedy Trial time have expired as of the filing of this motion. The undersigned has thoroughly discussed the right to Speedy trial with Mr. Williams. Mr. Williams understands and agrees that any period of continuance granted due to this motion will be excludable from the Speedy Trial period.

    3.    The undersigned believes this case will go to trial and that trial will require two to three weeks.

    4.    This case involves allegations spanning nine years. There are numerous witnesses in locations throughout the state. The government's first

discovery response was in excess of 2,000 pages and the government has indicated that much more discovery will be forthcoming, much of it recovered during the forensic analysis of some 28 cellular telephones and computers. At this time neither the undersigned nor the government can give an accurate estimate of the extent of the forthcoming discovery, but it will be voluminous. The undersigned will need a significant amount of time to review that material and conduct investigation.

5. Special Assistant United States Attorney Justin Hoover and his wife are expecting their first child during the month of July. Mr. Hoover requests that the Court not set the trial during July for that reason.

6. The parties agree that it would be most appropriate to specially set the trial for mid-August if the Court's schedule permits.

7. The government has no objection to the requested continuance.

WHEREFORE the defendant requests that the Court continue trial in this case upon the grounds stated.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By:  *s/Fletcher Peacock*
Fletcher Peacock
Assistant Federal Public Defender
Florida Bar No. 441996
109 North Second Street
Fort Pierce, Florida 34950
Tel: 772-489-2123
Fax: 772-489-3997
E-Mail: Fletcher_Peacock@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  *s/Fletcher Peacock*, AFPD
Fletcher Peacock

# SERVICE LIST

## UNITED STATES v. ALSTON ORLANDO LEROY WILLIAMS
Case No. 18-80053-CR-ROSENBERG/HOPKINS
United States District Court, Southern District of Florida

**Fletcher Peacock**
**Fletcher_Peacock@fd.org**
**Assistant Federal Public Defender**
109 North Second Street
Fort Pierce, FL 34950
Tel: 772-489-2123
Fax: 772-489-3997
Attorney for Williams
Notices of Electronic Filing


**Gregory Schiller**
**gregory.schiller@usdoj.gov**
**Assistant United States Attorney**
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: 954-789-6285
Email: gregory.schiller@usdoj.gov
Notice of Electronic Filing


**Justin Hoover**
**jhoover@sa15.org**
**Special Assistant United States Attorney**
United States Attorney's Office
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: 561-355-7100
Notice of Electronic Filing

4