UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80053-CR-ROSENBERG/REINHART

UNITED STATES OF AMERICA

v.

ALSTON ORLANDO LEROY WILLIAMS,

    Defendant.
_____/

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE**

    The United States hereby files this response to the Defendant's motion to continue trial (DE 16) and would state as follows:

    The government agrees with all points made in Defendant's motion to continue (DE 16), with one correction: government's co-counsel, Special Assistant United States Attorney Justin Hoover, expects the birth of his child in mid to late August 2018 (not July). Thus without objection to Defendant's motion, the government would request the trial date set outside the timer period of mid-August to early September, at the courts convenience within the Court's schedule.

    The Government would also like to bring to the Court's attention, religious, obligatory

1

Jewish holidays that the undersigned observes and will not be available for trial: September 10, 11, 19, 24, and 25, October 1 and 2.

                                        Respectfully submitted,

                                        BENJAMIN G. GREENBERG
                                        UNITED STATES ATTORNEY

By:   s/*Gregory Schiller*
       Gregory Schiller
       Assistant United States Attorney
       Florida Bar No. 0648477
       500 S. Australian Ave., Suite 400
       West Palm Beach, FL 33401
       Tel: (561) 209-1045
       Email: gregory.schiller@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 4, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                                              s/*Gregory Schiller*
                                            Gregory Schiller
                                            Assistant United States Attorney