UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __18-CR-80053-ROSENBERG (s)__
18 U.S.C. § 1589(a)
18 U.S.C. §§ 1591(a)(1) & (b)(2)
18 U.S.C. §§ 1591(a)(1) & (b)(1)
18 U.S.C. §§ 1591(d)
18 U.S.C. § 1594(d)

UNITED STATES OF AMERICA

vs.

ALSTON ORLANDO LEROY WILLIAMS,

Defendant.
_____/

FILED BY SP D.C.
AUG 0 2 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Sex Trafficking Of a Minor
### 18 U.S.C. §§ 1591(a)(1) & (b)(2)

From beginning on or about December 23, 2008 and continuing through on or about March 11, 2009, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, that is, Victim 1, knowing and in reckless disregard of the fact, that Victim 1 had not attained the age of 18 years at the time of the offense and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNTS 2
### Sex Trafficking by Force, Threats of Force, Fraud and Coercion
### 18 U.S.C. §§ 1591(a)(1) & (b)(1)

From beginning on or about March 11, 2009 and continuing through in or about September 2012, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain, by any means a person, that is, Victim 1, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause such a person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNTS 3
### Sex Trafficking by Force, Threats of Force, Fraud and Coercion
### 18 U.S.C. §§ 1591(a)(1) & (b)(1)

From beginning in or about the Spring of 2011 and continuing through on or about November 29, 2017, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain, by any means a person, that is, Victim 2, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause such a person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNTS 4
### Sex Trafficking by Force, Threats of Force, Fraud and Coercion
### 18 U.S.C. §§ 1591(a)(1) & (b)(1)

From beginning in or about June 2014 and continuing through in or about the Spring of 2016, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain, by any means a person, that is, Victim 3, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause such a person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 5
### Forced Labor Trafficking
### 18 U.S.C. § 1589(a)

From beginning in or about June 2014, and continuing through on or about November 29, 2017, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly provide and obtain the labor and services of a person, that is, Victim 3, by any one of, and any combination of, the following means: (1) by means of force and threats of force to Victim 3 and another person; (2) by means of serious harm and threats of serious harm to Victim 3 and another person; (3) by means of abuse and threatened abuse of law and legal process; and (4) by means of any scheme, plan, and pattern intended to cause Victim 3 to believe that, if Victim 3 did not perform such labor and services, Victim 3 and another person would suffer serious harm, in violation of Title 18, United States Code, Section 1589(a).

### Count 6
### Sex Trafficking by Force, Fraud and Coercion
### 18 U.S.C. §§ 1591(a)(1) & (b)(1)

From beginning on or about July 27, 2006 and continuing through on or about December 22, 2008, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person, that is, Victim 4, knowing force, fraud, and coercion would be used to cause such a person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

### COUNTS 7
### Sex Trafficking by Force, Threats of Force, Fraud and Coercion
### 18 U.S.C. §§ 1591(a)(1) & (b)(1)

From beginning on or about December 23, 2008 and continuing through in or about the Fall of 2014, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain, by any means a person, that is, Victim 4, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause such a person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

4

## COUNTS 8
### Sex Trafficking by Force, Threats of Force, Fraud and Coercion
### 18 U.S.C. §§ 1591(a)(1) & (b)(1)

From beginning in or about June 2015 and continuing through in or about December 2016, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain, by any means a person, that is, Victim 5, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause such a person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## Count 9
### Sex Trafficking Of a Minor
### 18 U.S.C. §§ 1591(a)(1) & (b)(2)

From beginning on or about July 27, 2006 and continuing through on or about July 26, 2008, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, and obtain by any means a person, that is, Victim 6, knowing that Victim 6 had not attained the age of 18 years at the time of the offense and would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(2).

## COUNTS 10
### Sex Trafficking by Force, Threats of Force, Fraud and Coercion
### 18 U.S.C. §§ 1591(a)(1) & (b)(1)

From beginning on or about December 23, 2008 and continuing through in or about December 2016, in Palm Beach, Broward and Miami-Dade Counties, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain and maintain, by any means a person, that is, Victim 6, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion, and any combination of such means, would be used to cause such a person to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and (b)(1).

## COUNT 11
### Obstructing Sex Trafficking
### 18 U.S.C. §§ 1591(d)

From beginning on or about December 26, 2017 and continuing through on or about February 27, 2018, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ALSTON ORLANDO LEROY WILLIAMS,**

obstructed, attempted to obstruct and in any way interfered with and prevented the enforcement of Title 18, United States Code, Section 1591 (Sex Trafficking).

All in violation of Title 18, United States Code, Section 1591(d).

## FORFEITURE

Upon conviction of the violations of Counts 1 through 10 alleged in this superseding Indictment, the defendant, **ALSTON ORLANDO LEROY WILLIAMS**, shall forfeit to the United States any property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of said violation, and any property traceable to such property, and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of said violation, or any property traceable to such property, including, but not limited to, the following:

a. One (1) 2007 Honda Odyssey, Vin # 5FNRL38897B061370;

b. One (1) 2006 Mercedes E55, VIN # WDBUF76J86A872971; and

c. Twelve thousand four hundred fifty five dollars and fifty-five cents ($12,455.55 USD).

Pursuant to Title 18, United States Code, Section 1594(d).

FOREPERSON

_____
BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

_____
JUSTIN HOOVER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ALSTON ORLANDO LEROY WILLIAMS

Defendant.
_____/

CASE NO.     18-CR-80053-ROSENBERG (S)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

____ Miami     ____ Key West
____ FTL      _X_ WPB    ____ FTP

New Defendant(s)           Yes ____   No _X_
Number of New Defendants          0
Total number of counts           11

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)    No
   List language and/or dialect

4. This case will take   15   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)

   I    0 to 5 days      ____              Petty     ____
   II   6 to 10 days     ____              Minor     ____
   III  11 to 20 days     _X_              Misdem.   ____
   IV   21 to 60 days    ____              Felony    _X_
   V    61 days and over ____

6. Has this case been previously filed in this District Court?  (Yes or No)   YES
   If yes:
   Judge:   ROSENBERG            Case No.    18-CR-80053-ROSENBERG
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)    NO
   If yes:
   Magistrate Case No.
   Related Miscellaneous numbers:
   Defendant(s) in federal custody as of    March 12, 2018
   Defendant(s) in state custody as of      November 29, 2017
   Rule 20 from the District of
   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ____    No _X_

                                         _____
                                         GREGORY SCHILLER
                                         ASSISTANT UNITED STATES ATTORNEY
                                         FL Bar/Court I.D. No. 0648477

*Penalty Sheet(s) attached                                       REV 5/3/17

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** ALSTON ORLANDO LEROY WILLIAMS

**Case No:** 18-CR-80053-ROSENBERG (S)

Counts #: 1 – 6

Sex Trafficking of an Adult by Means of Force, Threats of Force, Fraud or Coercion

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

**\*Max. Penalty:** Life Imprisonment, 15-year mandatory minimum, $250,000 fine, Supervised Release of up to Life, $100 Special Assessment and $5000 Special Assessment

Count #: 7

Sex Trafficking Of A Minor

Title 18, United States Code, Sections 1591(a)(1) & (b)(2)

**\*Max. Penalty:** Life Imprisonment, 10-year mandatory minimum, $250,000 fine, Supervised Release of up to Life, $100 Special Assessment and $5000 Special Assessment

Count #: 8

Sex Trafficking of an Adult by Means of Force, Fraud or Coercion

Title 18, United States Code, Section 1591(a)(1) & (b)(1)

**\*Max. Penalty:** Life Imprisonment, 15-year mandatory minimum, $250,000 fine, Supervised Release of up to Life, $100 Special Assessment

Count #: 9

Sex Trafficking Of A Minor

Title 18, United States Code, Sections 1591(a)(1) & (b)(2)

**\*Max. Penalty:** Life Imprisonment, 10-year mandatory minimum, $250,000 fine, Supervised Release of up to Life, $100 Special Assessment

Count #: 10

Forced Labor

Title 18, United States Code, Section 1589(a)

**\*Max. Penalty:** 20 Years' Imprisonment, $250,000 fine, Supervised Release of up to 5 years, $100 Special Assessment

Count #: 11

Obstructing Human Trafficking Investigation

Title 18, United States Code, Section 1591(d)

**\*Max. Penalty:** 20 Years' Imprisonment, $250,000 fine, Supervised Release of up to 5 years, $100 Special Assessment

**\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.**