UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80053-CR-ROSENBERG/REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ALSTON ORLANDO LEROY WILLIAMS, ) | **FILED PURSUANT TO** |
| ) | **PROTECTIVE ORDER (DE 22)** |
| Defendant. ) | |
| _____) | |

**GOVERNMENT'S 2nd RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this second response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and its entire contents are subject to the Protective Order issued by this Court on July 19, 2018 (DE 22).

A. 5. Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, to include the following:

    I. One (1) 2TB Seagate hard drive with the following two (2) folders containing the below listed material:
       a. Folders:
          i. "Complete Digital Extractions," containing two (2) subfolders:
             1. "Cell phones and Sim Cards" containing forty (40) subfolders each for the extraction of an individual digital device;
             2. "Hard Drive and Flash Media Forensic Images" containing nineteen (19) subfolders each for the extraction of an individual digital device;
          ii. "Digital Device Reports," containing sixty-three (63) subfolders, each of which includes bookmarked material from the listed device, which corresponds to the full

       extraction of that device found on the 2TB hard drive listed above in A.5.I;

  iii. "Jail Calls by Alston Williams - Broward County SO Case Number 12-001916," containing three (3) recorded jail phone calls;

  iv. "Video Interview - GRL 11-29-2017," containing the video recorded interview of Victim 3 from November 29, 2017;

  v. "Video Interview - RC 11-29-2017," containing the video recorded interview of Victim 2 from November 29, 2017;

  vi. "Video Interview - TL 4-4-2018," containing the video recorded interview of Victim 4 from April 4, 2018; and

  vii. "WELLS FARGO Video Recorded Transactions" containing a thirteen minute and fifty-three second (13:53) long video of transactions being made a Wells Fargo branches.

b. Files:
  i. One (1) PDF file entitled "Combined 2nd RSDO without audio and video recordings.pdf" and bates numbered 01628 – 02552;
  ii. Fourteen (14) audio files entitled as follows:
     1. Dyondre Williams Interview - 5-31-18.MP3;
     2. KC - Hollywood PD - Victim - 20150907.mp4;
     3. 12-001916 - BSO - Rec1_0005.avi;
     4. Ako Williams Interview - 5-31-2018.WMA;
     5. KC Interview - 6-1-2018.WMA;
     6. DL Interview 1a - 12-13-2017.WMA;
     7. DL Interview 1b - 12-13-2017.WMA;
     8. DL Interview 2 - 12-13-2017.WAV;
     9. Nerissa Simmonds Interview - 12-13-17.WMA;
     10. Rachael Jimenez 5-31-2018 (1).WMA;
     11. Rachael Jimenez 5-31-2018 (2).WMA;
     12. TL Interview 2 - 4-12-2018.WMA;
     13. Jason Wilson Interview 1 - 6-7-2018; and
     14. Jason Wilson Interview 2 - 6-7-2018.WAV.

Please note that many of these documents are redacted to protect the name and identity of victims and witnesses in this case. Where indicated:

1. the letters "DL" represent Victim 1 as identified in the Superseding Indictment;
2. the letters "RC" represent Victim 2 as identified in the Superseding Indictment;
3. the letters "GL" or "GRL" represent Victim 3 as identified in the Superseding Indictment;
4. the letters "TL" represent Victim 4 as identified in the Superseding Indictment;
5. the letters "KC" represent Victim 5 as identified in the Superseding Indictment;
6. the letters "DR" represent Victim 6 as identified in the Superseding Indictment,

2

      Other books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, and were too voluminous to produce, may be inspected at a mutually convenient time at: the Federal Bureau of Investigations, , 500 A. Australian Ave., West Palm Beach, Florida, Suite 400. Please call the undersigned within 48 hours if you intend to review the evidence to set up a date and time that is convenient to both parties.

      The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

B.       DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.       The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

F.       The defendant was identified in a lineup, show up, photo array or similar identification proceedings which is included at Bates Numbers: 01929, 01930, 01944, 01964, 01970, 01971, 01981, 02052, and 02203.

L.       The government is aware of two automobiles allegedly used in the commission of this offense that is in the government's possession. If you wish to inspect the 2007 Honda Odyssey (VIN: 5FNRL38897B061370) or the 2006 Mercedes-Benz AMG (VIN: WDBUF76J86A872971) used in the commission of the offense charged, please contact the undersigned. Security requirements mandate strict compliance with the procedures established for the granting of access for inspection of seized vehicles.

      Accordingly, the United States Attorney's Office cannot process last-minute requests for inspection. In order to meet security requirements, all requests to inspect seized automobiles must be received by the AUSA handling the case on or before fifteen (15) days from the date of this Response to the Standing Discovery Order. If you anticipate that this deadline may create a problem for you or your client, please promptly send written notice to the appropriate AUSA.

M.       The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference.

The government hereby requests for a second time that the defense stipulate to the following facts[1]:

1. The bank, Internet, and transaction records provided in discovery with Bates Numbers listed below, are true copies of business records of the following businesses:

| Business Entity | Business Record Cert. Included | Bates Numbers |
|---|---|---|
| The Bancorp | Yes | 00558 – 00706 |
| Confide | Yes | 00707 – 00712 |
| Life360 | Yes | 00713 – 00719 |
| MetaBank | Yes | 00720 – 00725 |
| Navy Federal | Yes | 00726 – 00875 |
| NetSpend | Yes | 00876 – 00914 |
| RedRoof Inn | No | 00915 – 00927 |
| TD Bank | Yes | 00928 – 00970 |
| Western Union | Yes | 00971 – 01005 |
| Wichr | Yes | 01006 – 01009 |
| MoneyGram | Yes | 01010 – 01276 |
| Backpage* | Yes | 01628 – 01743 |
| Backpage* | Pending | 01746 - 01927 |

The records were made at or near the time of the transaction by, or from information transmitted by, a person with knowledge of that transaction; the records were kept in the course of a regularly conducted activity of a business, organization, occupation, or calling; and making the record was a regular practice of that activity.

2. The two (2) firearms seized from the defendant's residence during the execution of a search warrant are "firearms" as that term is defined in Title 18, United States Code, Section 921(a)(3), that is, it is a weapon which is designed to, or may readily be converted to, expel a projectile by the action of an explosive.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

---

[1] Items listed with an "*" are only being requested, for stipulation, for the first time.

Please contact the undersigned Assistant United States Attorney if any pages are missing.

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        UNITED STATES ATTORNEY

By:   *s/Gregory Schiller*
        Gregory Schiller
        Assistant United States Attorney
        Florida Bar No. 0648477
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Tel: (561) 209-1045
        Email: gregory.schiller@usdoj.gov

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.  The aforementioned 2TB Seagate hard drive was mailed to counsel of record on August 3, 2018.

                                                        *s/Gregory Schiller*
                                                        Gregory Schiller
                                                        Assistant United States Attorney

**SERVICE LIST**
United States v. Alston Orlando Leroy Williams
Case No. 18-80053-CR-ROSENBERG/REINHART
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Alston Orlando Leroy Williams | Fletcher Peacock<br>Assistant Federal Public Defender<br>Florida Bar No. 441996<br>109 North Second Street<br>Fort Pierce, Florida 34950<br>E-Mail: Fletcher_Peacock@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |