UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80053-CR-ROSENBERG

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALSTON ORLANDO LEROY WILLIAMS,

        Defendant.

_____/

## GOVERNMENT'S STATUS REPORT

The United States hereby files this status response. Having conferred with defense counsel, it is the Defendant's position that he will file his own status report:

A.    All discovery has been provided to the defendant. The United States, on August 3, 2018 (DE 28) filed and provided a second response to the standing discovery order. In that production, the United States provided approximately 1.6 terabytes of data to the Defendant to include 61 digital device extractions, 14 audio/video interviews, and approximately 900 pages of reports and evidence. If new information is obtained by the government, it will be turned over to the defendant.

B.    The United States is ready for trial. The United States anticipates the trial will take three weeks. Given the Court's schedule and the inquiry as to the starting of trial earlier than the set date of October 9, 2018, the United States would note that, due to Jewish holidays, the undersigned is unavailable September 24 & 25, 2018, October 1 & 2, 2018.

C.    It is likely that this case will not resolve by a guilty plea.

D.    There are approximately fourteen (14) audio and video recorded interviews.

E.    Transcripts are being prepared.

F.    Other matters:

    a.    The Court had previously set a pre-trial motion deadline of August 24, 2018, however the United States would request it be extended to August 31, 2018.

b. Should the Court or the Defendant have a need to continue the trial until December 3, 2018, as previously offered at the last status conference, the United States would have no objection. If the trial is reset to December, the government would request a pre-trial motions deadline of September 28, 2018.

        Respectfully submitted,

        BENJAMIN G. GREENBERG
        UNITED STATES ATTORNEY

BY:    *s/ Gregory Schiller*
        GREGORY SCHILLER
        Assistant United States Attorney
        Admin. No. A5501906
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Office:  (561) 209-1046
        Email: Gregory.Schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I hereby certify** that on August 15, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        *s/ Gregory Schiller*
        Gregory Schiller
        Assistant United States Attorney