UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80053-CR-ROSENBERG/REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ALSTON ORLANDO LEROY WILLIAMS, ) | **FILED PURSUANT TO** |
| ) | **PROTECTIVE ORDER (DE 22)** |
| Defendant. ) | |
| _____) | |

## GOVERNMENT'S 3rd RESPONSE TO
## THE STANDING DISCOVERY ORDER

The United States hereby files this second response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and its entire contents are subject to the Protective Order issued by this Court on July 19, 2018 (DE 22).

A.  5.  Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, to include the following:

    I.  One (1) PDF file entitled "Combined 3rd RSDO.pdf" and bates numbered 02553 - 02691;

    II.  One (1) folder entitled "2014 OSO UC Calls & SMS with DR" containing text messages and phone calls from Osceola County Sheriff's Office case number 14-019271 as supplied in the Government's Second Response to the Standing Discovery Order (DE 28)

Other books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, and were too voluminous to produce, may be inspected at a mutually convenient time at: the Federal Bureau of Investigations, , 500 A. Australian Ave., West Palm Beach, Florida, Suite 400.  Please call the undersigned within 48 hours if you intend to review the evidence to set up a date and time that is convenient to both parties.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

B.  DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C.  The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial. These stipulations will be discussed at the discovery conference. The government hereby requests, as it did in the first and second responses to the standing discovery order, that the defense stipulate to the following facts:

   1. The two (2) firearms seized from the defendant's residence during the execution of a search warrant are "firearms" as that term is defined in Title 18, United States Code, Section 921(a)(3), that is, it is a weapon which is designed to, or may readily be converted to, expel a projectile by the action of an explosive.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:  s/*Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Florida Bar No. 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Tel: (561) 209-1045
Email: gregory.schiller@usdoj.gov

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified. The aforementioned DVD is to be mailed to counsel of record on September 18, 2018.

 *s/Gregory Schiller*
 Gregory Schiller
 Assistant United States Attorney

## SERVICE LIST
United States v. Alston Orlando Leroy Williams
Case No. 18-80053-CR-ROSENBERG/REINHART
United States District Court
Southern District of Florida

| Party | Counsel |
| --- | --- |
| Plaintiff:<br>United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Alston Orlando Leroy Williams | Fletcher Peacock<br>Assistant Federal Public Defender<br>Florida Bar No. 441996<br>109 North Second Street<br>Fort Pierce, Florida 34950<br>E-Mail: Fletcher_Peacock@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |