**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   18-CR-80053-ROSENBERG**

**UNITED STATES OF AMERICA,**

                            **Plaintiff,**

**vs.**

**ALSTON ORLANDO LEROY WILLIAMS,**

                            **Defendant.**

_____/

**NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

COMES NOW, THE UNITED STATES OF AMERICA, by and through the undersigned Assistant United States Attorney, and hereby files, pursuant to Local Rule 3.8 and Internal Operating Procedures of The United States District Court for The Southern District Of Florida 2.15.00, this Notice of Pending, Refiled, Related Or Similar Actions.

1.      On March 12, 2018, pursuant to a Federal Writ of Habeas Corpus Ad Prosequendum, Alston Orlando Leroy Williams appeared in Federal Court in West Palm Beach, Florida for initial appearance on an Indictment, in the above entitled case, charging him with committing one count of sex trafficking of a minor, three counts of sex trafficking by force, threats of force, fraud and coercion, and one count of forced labor trafficking.  (DE 1 & DE 4).  The government has provided thousands of pages and over 1.6 terabytes of data in discovery to the defendant.  The case is currently set for a three-week specially set Jury Trial on December 3, 2018.

2.      A superseding indictment was issued on August 2, 2018, adding one additional

1

count of sex trafficking of a minor, four (4) additional counts of sex trafficking by force, and one count of obstruction.   The charges against Williams involve the sex trafficking of six (6) woman during certain periods beginning in 2006 through 2017.   Since October 2014, the human trafficking occurred at 4765 Waverly Woods Terrace, Lake Worth, Florida (hereinafter "the Residence").   Williams faces multiple life sentences if convicted.

3.      On September 13, 2018, a federal grand jury in the Southern District of Florida also indicted Alston Orlando Leroy Williams and co-conspirators Dorothy Williams and Curt Douglas Francis for committing conspiracy to commit financial institution fraud, in violation of 18 U.S.C. § 1349, financial institution fraud, in violation of 18 U.S.C. §1344, conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, and wire fraud, in violation of 18 U.S.C. § 1343.   The second case against Williams is before the Honorable Judge Dimitrouleas.   See *United States v. Williams, et al*, Case No. 18-CR-80185-WPD.

4.      This case, before Judge Dimitrouleas, involves two separate frauds committed by the three defendants involving the Residence.   The first fraud involves the mortgage obtained to acquire the Residence in 2014, so Alston Williams could commit human trafficking there.   The second fraud involves a loan on the Residence in 2018 to pay for Alston Williams' attorney in his human trafficking prosecution, 18-80053, and the outstanding mortgage on the Residence.   On this new fraud case, Alston Williams remains in custody.   Dorothy Williams is on a personal surety bond.   Curt Francis has posted a corporate surety bond.

5.      Because of the relationship between the cases and the fact that the defendant's background information, the Residence, and many of the witnesses would be identical for both trials, in order to avoid an unnecessary duplication of judicial labor, the government is providing

notice, pursuant to Local Rule 3.8, and Internal Operating Procedures of The United States District Court for The Southern District Of Florida 2.15.00, of a related or similar action, and hereby respectfully requests that case number 18-80185-CR-DIMITROULEAS be transferred to the Honorable William Rosenberg for trial and disposition where case number 18-CR-80053-RLR already exists.   Counsel for defendant Alston Orlando Leroy Williams has indicated that Williams does not join in this request.

6.    The United States does not anticipate that transferring the case to Judge Rosenberg will have any impact on the rights of co-defendants, Dorothy Williams or Curt Douglas Francis. Assistant United States Attorney Gregory Schiller has conferred with Attorney Damon Brody (who represents Curt Douglas Francis) who does not object to this request.   Assistant United States Attorney Gregory Schiller has conferred with Attorney Scott William Sakin (who represents Dorothy Williams) who takes no position regarding this request.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY


By:    /s/   *Gregory Schiller*
GREGORY SCHILLER
Assistant United States Attorney
Florida Bar No. 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1045
E: Gregory.schiller@usdoj.gov

3

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on September 26, 2018, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.

<u>/s/   *Gregory Schiller*   </u>
GREGORY SCHILLER
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   <u>18-80185-CR-DIMITROULEAS</u>

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**vs.**

**ALSTON ORLANDO LEROY WILLIAMS,**
   **a/k/a "Nino",**
**DOROTHY WILLIAMS, and**
**CURT DOUGLAS FRANCIS,**

     **Defendants.**
_____/


### <u>ORDER</u>

  THIS CAUSE comes before the Court upon the Government's Notice Of Pending, Refiled, Related Or Similar Actions.   Upon due consideration, it is hereby:

  ORDERED that the Government's motion is GRANTED.

  DONE AND ORDERED in chambers in Ft. Lauderdale, Florida, this _____ day of _____, 2018


      _____
      WILLIAM P. DIMITROULEAS
      UNITED STATES DISTRICT COURT JUDGE