UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80053-CR-ROSENBERG

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ALSTON ORLANDO LEROY WILLIAMS,

Defendant.

_____/

**GOVERNMENT'S 3rd STATUS REPORT – JOINTLY FILED**

The United States hereby files this status response.  Having communicated to defense counsel, the parties report the following status of the case:

A.      The Status of Discovery

The government recently filed a fourth response to the standing discovery order (DE 48). As evidence continues to become available, the government will provide it to the defense.

B.      Pre-Trial Motions

The Defendant has filed two pre-trial motions: a demand for specific discovery (DE 44); and a motion for bill of particulars (DE 45).  The government responded to each motion (see DE 49 and 50).

C.      Jury Selection

Defense counsel has suggested, that due to the length of the trial, and its posture leading up to the December holiday season, that the assigned magistrate to this case pick the jury on the Friday before trial is scheduled to start (e.g. November 30, 2018).  The government is considering

this request and will advise if it is in agreement or not.

### D.     Plea Negotiations

The government and the defense have discussed a potential plea in this case, considering the charges and the potential guideline range.  At this point, there is no agreement and the case is likely to proceed to trial.

### E.     Status of Alston Williams Mortgage Fraud Case

As this Court is aware, the Defendant, along with his mother, and a real estate agent, have been separately indicted and are pending trial before Judge Dimitrouleas in case number 9:18-CR-80185-DIMITROULEAS/MATTHEWMAN.  That case is set for trial on November 5, 2018 for Alston Williams and his mother, Dorothy Williams.  The case is separately set for trial on November 13, 2018 for Curt Douglas Francis.  The undersigned has spoken to Judge Dimitrouleas' courtroom deputy who advised the separate trial settings were as a result of Francis' arraignment being a week later than the co-defendants, but that at this point, the defendants would all be tried together.

The government filed a motion to continue 18-CR-80185, to which this Defendant objected; Judge Dimitrouleas denied said motion without prejudice (18-CR-80185 - DE 39).  The government filed a notice of Alston Williams lower case number before this Honorable Court (DE 43) and Judge Dimitrouleas (18-CR-80185 - DE 27); only in the latter of which did Alston Williams file an objection (18-CR-80185 - DE 28).  Judge Dimitrouleas acknowledged the notice and denied the request to transfer the case (18-CR-80185 - DE 39).

Moreover, the undersigned is set to begin trial before Judge Marra in a two-week human trafficking case on October 29, 2018 (See 18-CR-80024-MARRA), which would prevent the undersigned from being able to try the case before Judge Dimitrouleas.

The government has advised Alston Williams of its position regarding the scheduling conflict.  The defense has advised that, although Alston Williams is in custody on pre-trial detention on the case before this Court, the Judge Dimitrouleas case proceeding first will allow the defendant the opportunity to question victims and witnesses who will also be testifying in the case before this Court.

The government at this point, is considering its options on how to proceed on the two separate cases involving Alston Williams.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:      s/ *Gregory Schiller*
GREGORY SCHILLER
Assistant United States Attorney
Admin. No. A5501906
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:   (561) 209-1046
Email: Gregory.Schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I hereby certify** that on October 15, 2018, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.


s/ *Gregory Schiller*
Gregory Schiller
Assistant United States Attorney