UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-CR-80053-ROSENBERG

**UNITED STATES OF AMERICA**

vs.

**ALSTON ORLANDO LEROY WILLIAMS,**
    **Defendant.**
_____/

**NOTICE OF INTENTION TO RELY ON RECORD OF
DOMESTIC PUBLIC DOCUMENTS UNDER F.R.E. 902(1)**

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, pursuant to Federal Rule of Evidence 803(6) and (9), and 902(1) and (4), and gives notice of its intention to rely on the domestic public document and certified public record of birth certificates of the alleged victims, which are records that bear the seal of a state of the United States and a signature purporting to be an execution or attestation.

These records are not testimonial and, as such, the requirements set forth in Crawford v. Washington, 124 S.Ct. 1354 (2004), do not apply.

The government anticipates that introduction of this evidence pursuant to the above-cited rules will substantially shorten the time needed for trial currently set for December 3, 2018

        Respectfully submitted,
        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:  s/ *GREGORY SCHILLER*_____
        Gregory Schiller
        Assistant United States Attorney
        Fla. Bar. 048477
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        P: 561-209-1045
        E: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this pleading was filed via the Court's electronic filing system on November 1, 2018.

*s/ Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
