**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA**

Case No. <u>18-CR-80053-ROSENBERG</u>

**UNITED STATES OF AMERICA**

vs.

**ALSTON ORLANDO LEROY WILLIAMS,**

    **Defendant.**

    _____/

<u>**UNITED STATES' RESPONSE TO DEFENDANT'S *AMENDED* SPECIFIC DEMAND FOR DISCOVERY**</u>

The United States of America, by and through the undersigned counsel, hereby files its Response to Defendant's Specific Demand for Discovery (DE 57). The Defendant has filed eleven (11) specific demands, for which the government will respond to each individually.

The initially filed a Defendant's Specific Demand for Discovery (DE 46), which the government responded to (DE 50) addressing all eleven of the defendant's demands and citing controlling Supreme Court and Eleventh Circuit precedent (*Id*. at 1-2). This Court then offered the defendant an opportunity amend his demand if needed, by October 26, 2018. He did so (DE 57). The undersigned Assistant United States Attorney and counsel for the defendant, Assistant Federal Public Defender Fletcher Peacock, discussed the amended filing over the telephone. The Government now files its response as follows:

**I.**      **Request for False Statements and Dishonesty by Government Witnesses**

The Government relies upon its response (DE 50).

**II.**      **Request for Diagnoses of Mental Illness or Disease of Government Witnesses**

The Government respectfully responds that it is unaware through any of its witnesses or agents of any diagnoses of mental illness or disease of any government witness who may be called

at trial. The government will inquire of the one particular witness that the defense mentioned during discussions to inquire of any mental illness or disease. If any such information becomes available of said witness or any other witness, the government will consider its relevance to the case and determine if it is discoverable under the law.

**III.     Request for Instances of Psychotropic Drug Use**

The Government relies upon its response (DE 50). Further, a witness' prior use of drugs or alcohol cannot be used as a general form of impeachment, but can only be used to impeach his or her "ability to perceive the underlying events and to testify lucidly at trial." United States v. Clemons, 32 F.3d 1504, 1511 (11th Cir. 1994) (internal citation omitted).

**IV.     Request Favorable Treatment in this Case or Any Other Criminal Case**

The Government relies upon its response (DE 50).

**V.      Request for Civil Favorable Treatment or Benefit, Including Immigration**

The Government relies upon its response (DE 50). The government has requested TL's immigration file and will review the same.

**VI.     Request for Travel Outside Palm Beach or Broward Counties by Alleged Victims**

The Government relies upon its response (DE 50). Moreover, contrary to defendant's assertions (DE 57:3, paragraph 7), the government does not maintain that the victims were held "captive" in the purest sense of the word. The government will continue to supply information of out-of-county travel, should it become known to the government. The government reiterates, that within the vast discovery provided in this case, there is communication and record of out-of-county travel.

**VII.    Request for Copies of any Victim's Passports Reflecting International Travel**

The Government will request of the victims whether they possess passports from the dates

charged in the indictment.

**VIII.   Victim's Personal Expenditures Exceeding $200**

The Government relies upon its response (DE 50).   Moreover, counsel for the defendant has provided that this figure was not based upon any mathematical calculation, but a number that was felt to be relevant.  The government believes this request to be unreasonable and irrelevant.

**IX.   Victim's Bank or Financial Accounts**

The Government relies upon its response (DE 50).

**X.   Federal and State Income Tax Returns**

The Government relies upon its response (DE 50).   Moreover, as the victims filing of tax returns is not relevant to any of the elements of the charged crimes in the superseding indictment.

**XI.   Sources of Employment of the Alleged Victims**

The Government relies upon its response (DE 50).  The government has agreed to inquire of the victims in this case as to any source of employment they might have had during the pendency of this indictment.

Respectfully submitted,

ARIANA FAJARDO ORSHAM
UNITED STATES ATTORNEY

By: *s/ Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Court ID No. A5501906
500 South Australian Avenue Suite 400
West Palm Beach, Florida 33401
(561) 209-1045
Gregory.Schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system on November 2, 2018.

By: *s/ Gregory Schiller*
Assistant United States Attorney
