UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80053-CR-ROSENBERG/REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| ALSTON ORLANDO LEROY WILLIAMS, ) | **FILED PURSUANT TO** |
| ) | **PROTECTIVE ORDER (DE 22)** |
| Defendant. ) | |
| _____) | |

### GOVERNMENT'S 6th RESPONSE TO THE STANDING DISCOVERY ORDER

The United States hereby files this fifth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16, and its entire contents are subject to the Protective Order issued by this Court on July 19, 2018 (DE 22).

A.  5.  Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, to include the following:

   I. On a DVD labeled, "US v. Williams 18-CR-80053 RSDO #6":
      a. One (1) folder entitled, "Jail Calls", containing five (5) subfolders with the recorded Palm Beach County jail calls by the Defendant from November 30, 2017 through September 24, 2018;
      b. One (1) folder entitled, "Space Coast Credit Union" containing the bank accounts with Victim RC's name attached;
      c. Seventeen (17) PDF's containing the following:
         1. Redacted interview of Dwight Miller
         2. Redacted interview of Maria Rodriguez
         3. Twelve (12) transcripts of recorded interviews

Other books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, and were too voluminous

to produce, may be inspected at a mutually convenient time at: the Federal Bureau of Investigations, 500 A. Australian Ave., West Palm Beach, Florida, Suite 400. Please call the undersigned within 48 hours if you intend to review the evidence to set up a date and time that is convenient to both parties.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

B.      DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

Please contact the undersigned Assistant United States Attorney if any pages are missing.

        Respectfully submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:     *s/Gregory Schiller*
        Gregory Schiller
        Assistant United States Attorney
        Florida Bar No. 0648477
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Tel: (561) 209-1045
        Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

                                                       s/*Gregory Schiller*
                                                     Gregory Schiller
                                                     Assistant United States Attorney

## SERVICE LIST
United States v. Alston Orlando Leroy Williams
Case No. 18-80053-CR-ROSENBERG/REINHART
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Alston Orlando Leroy Williams | Fletcher Peacock<br>Assistant Federal Public Defender<br>Florida Bar No. 441996<br>109 North Second Street<br>Fort Pierce, Florida 34950<br>E-Mail: Fletcher_Peacock@fd.org<br>**via Notice of Electronic Filing generated by CM/ECF** |