UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CR-80053-ROSENBERG (S)

UNITED STATES OF AMERICA

v.

ALSTON ORLANDO LEROY WILLIAMS,

    Defendant.

**JOINT RESPONSE TO COURT'S ORDER TO
PRODUCE LIMITING INSTRUCTINOS**

    The United States of America and the Defendant, through defense counsel, respectfully respond to the Court's Order to produce limiting instructions regarding 404b evidence, and would state as follows:

    The Government filed a motion to admit evidence pursuant to Federal Rule of Evidence 404(b) (DE 63).  The defendant responded (DE 77).  The Court has issued partial rulings on the 404(b) motion and recently issued an order directing the parties to meet and confer so as to produce limiting instructions for the Court's use during trial (DE 85).  The Court has further issued orders that the 404(b) motion will be orally litigated at the calendar call set for Wednesday, November 28, 2018.

    The parties had an opportunity to meet and confer telephonically during the Thanksgiving holiday.  During this conversation, the Court's order (DE 85) was discussed.  The parties both agreed that without the Court's order regarding the entirely of the 404(b) motion, the parties would not be able to adequately prepare the limiting instructions for trial.  Both parties belief that a more complete and adequate limiting instruction would be prepared after being aware of the Court's

final ruling on the 404(b) motion.

The Government has confirmed with counsel for the Defendant, Fletcher Peacock, who is in agreement with this request.

WHEREFORE, the government and the defense respectfully request this Court to extend the deadline to produce limiting instructions until December 3, 2018, when the presentation of witnesses is set to commence, such that the parties can be fully aware of the Court's rulings on the 404(b) motion at the Calendar Call and have adequate time to prepare appropriate limiting instructions.

    Respectfully submitted,

    ARIANA FAJARDO ORSHAN
    UNITED STATES ATTORNEY

By: *s/ Gregory Schiller*
    Assistant United States Attorney
    Court ID# A5501906
    500 S. Australian Ave., Suite 400
    West Palm Beach, FL 33401
    Tel: (561) 209-1045
    E: Gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2018, I will electronically file the foregoing with the Clerk of the Court using CM/ECF.

<em>s/ Gregory Schiller</em><br>
Gregory Schiller<br>
Assistant United States Attorney