UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80053-CR-ROSENBERG

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALSTON ORLANDO LEROY WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

**JOINT STATEMENT OF THE CASE FOR TRIAL**

COMES NOW the United States, by and through the undersigned Assistant United States Attorney, and submits the following joint statement of the case to be read to the jury at trial by the Court:

The Government is alleging that the following in this case. On November 29, 2017, Victim 2 – R.C. reported to the Palm Beach County Sheriff's Office that she was being trafficked for sex by the defendant. That day, Victim 2 – R.C. scheduled a prostitution date with an undercover Palm Beach County Sheriff's Deputy at a hotel. The defendant and another woman, Victim 3 – G.R.L. dropped Victim 2 – R.C. off at the hotel. Victim 2 – R.C. was had been trafficked for sex for years by the defendant. Victim 2 – R.C. had had sex with hundreds of men for money for years, while living with the defendant and several other women. Victim 2 – R.C. prostituted through sex agencies as well as at hotels using websites like Backpage and Craigslist. Victim 2 – R.C. lived with the defendant at a residence in Broward County, and since late 2014, Lake Worth, in Palm Beach County. The defendant had been physically, verbally and

emotionally abusive towards Victim 2 – R.C. while she prostituted for him from 2011 through November 29, 2018. Victim 2 – R.C. was trafficked out of these residences with other girls, including Victim 1 – D.L., Victim 3 – G.R.L., Victim 5 – K.C. and Victim 6 – D.R.

Victim 2 – R.C. communicated with the defendant, while in the presence of law enforcement, using an application on her phone, per the defendant's direction, that would quickly delete the communications. When the interview was done, Victim 2 – R.C. communicated she was ready to be picked up.

As the defendant drove back to the location in a minivan, he was stopped and arrested. Present in the car was Victim 3 – G.R.L. Victim 3 – G.R.L. had also been trafficked by the defendant for sex for a short period of time between 2014 and 2016 at similar sex agencies to Victim 2 – R.C. Victim 3 – G.R.L. became his slave at the house and did so out of fear through November 29, 2018. Victim 3 – G.R.L. was trafficked out of these residences with other girls, including Victim 2 – R.C., Victim 5 – K.C. and Victim 6 – D.R. The defendant beat, tased, and threatened Victim 3 – G.R.L., among other things.

Another woman, Victim 1 – D.L., had been trafficked sexually by the defendant from the time she was 17 years' old in 2008 through 2012. The defendant directed her commercial sex acts in the same Broward County residence as Victim 2 – R.C. Victim 1 – D.L. worked through sex agencies as well as at hotels using websites like Backpage and Craigslist. Victim 1 – D.L. was trafficked out of these residences with other girls, including Victim 2 – R.C., Victim 4 – T.L., Victim 6 – D.R., and other women. The defendant had been physically and verbally abusive towards Victim 1 – D.L., causing her to be in fear, while she was prostituting for him.

Another woman, Victim 4 – T.L., was trafficked sexually by the defendant from 2006 through 2014. The defendant trafficked her in Miami, Florida and in the same Broward County

residence as Victim 1 – D.L. and Victim 2 – R.C.   Victim 4 – T.L. was trafficked through sex agencies as well as at hotels using websites.   Victim 4 – T.L. was trafficked out of these residences with other girls, including Victim 1 – D.L., Victim 2 – R.C., Victim 6 – D.R., and other women.  The defendant had been physically and verbally abusive towards Victim 4 – T.L., causing her to be in fear, while she was prostituting for him.

Victim 5 – K.C. was the defendant's son's girlfriend and had met the defendant while he was visiting his children in Jacksonville, Florida in 2015.   In 2015, the defendant flew Victim 5 – K.C. to south Florida where she moved into the home in Lake Worth with the Defendant, Victim 2 – R.C., Victim 3 – G.R.L. and Victim 6 – D.R.   Victim 5 – K.C. was taught how to prostitute through sex agencies by Victim 2 – R.C. & Victim 6 – D.R. at the defendant's direction.   The defendant used his son to inflict fear and violence upon Victim 5 – K.C. in order to coerce her continued prostitution.

Victim 6 – D.R. was trafficked by the defendant from when she was 17 years old through 2016.   Like the other girls, the defendant used fear and violence to coerce Victim 6 – D.R. to commit acts of prostitution while living with the defendant in the Broward and Lake Worth residences.

All of the six (6) girls mentioned above prostituted for the defendant out of hotels throughout South Florida, using cellular phones to communicate, and websites to advertise their services of sex for money.   All of the girls advised that the defendant had no other source of income but for the proceeds of their prostitution.

Two police searches of the defendant's Lake Worth residence revealed dozens of cellular phones and digital devices containing photographs and videos of the girls in sexual positions, as well as text messages about the prostitution activities.

Subsequent to his arrest, the defendant enlisted the services of another man to make contact with the several of the girls listed above.   In doing so, the defendant wanted this other man to have the girls write statements recanting their testimony in this case.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES

I hereby certify that I have communicated the instant notice with Assistant Federal Public Defenders Fletcher Peacock and Caroline McCrae via email who, on November 26, 2018, have objected to the Government's proposed statement of the case in its entirety.

Respectfully submitted,

ARIANA FAJADO ORSHAN
UNITED STATES ATTORNEY

By:   /s/Gregory Schiller
Gregory Schiller
Assistant United States Attorney
Florida Bar No. 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, Florida 33401
Tel: (561) 209-1045
Email: gregory.schiller@usdoj.gov

s/ Justin Hoover
Justin Hoover
Special Assistant United States Attorney
Florida Bar #: 092450
500 South Australian Avenue Suite 400
West Palm Beach, Florida 33401
Phone: (561) 355-7396
Email: jhoover@sa15.org

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2018, I electronically filed the foregoing with the Clerk of the Court.

*s/ Gregory Schiller*
Assistant United States Attorney