UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80053-CR-ROSENBERG

UNITED STATES OF AMERICA            )
                                    )
v.                                  )
                                    )
ALSTON ORLANDO LEROY WILLIAMS,      )
                                    )
          Defendant.                )

**GOVERNMENT'S MOTION IN LIMINE RE: ADMISSIBILITY OF SUMMARIES OF BUSINESS RECORDS PURSUANT TO RULES 902(11), 803(6) AND 1006 FEDERAL RULES OF EVIDENCE**

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorneys, and hereby files this Motion in Limine concerning its intent to seek admission into evidence, testimony, and exhibits summarizing debit card and Backpage.com records.

These summaries, which compile and streamline the contents of credit card payment and purchase records, and Backpage.com use, payment, location and subscriber records, do not consist of argument and are admissible. *See United States v. Sanchez*, 586 F.3d 918, 929 (11th Cir. 2009); *United States v. Feliciano*, 300 Fed. App'x 795, 800 (11th Cir. Nov. 25, 2008). The summaries combine the debit card records into one spreadsheet, and the Backpage.com records into another spreadsheet.

The debit cards records are compiled from the extensive BanCorp records for multiple debit cards that have been provided in discovery (see DE 15:4, Bates Number 558-706).   The summary exhibit includes the type of card, name on the card, date, description, notes, and

transaction amount. The Backpage.com business records that have been provided in discovery (see DE 28:4, Bates Number 1628 – 1743, 1746 – 1927).   The summary exhibit includes the date, time and location of the Backpage.com ad, as well as the posting ID, subscriber information, at creation date and time, IP address, internet service provider, and geolocation of the IP address.  In their entirety the records are difficult to follow and to understand.  They are voluminous, consisting of hundreds of entries.   As such, they are not easily digested by a jury. "The contents of voluminous writings, recordings, or photographs which cannot conveniently be examined in court may be presented in the form of a chart, summary, or calculation." Fed. R. Evid. 1006.   In this case, the government has caused to be prepared, through its expert, summaries that combine or consolidate the varied data from all of these separate business records by illustrating the location of the cellular towers hit by the phones in issue at particular times.    The underlying records upon which the summaries are based were disclosed well in advance of trial and the summaries will be provided upon completion.    The government submits that the summaries are admissible.

Respectfully submitted,

ARIANA FAJADO ORSHAN
UNITED STATES ATTORNEY


By:    /s/Gregory Schiller_____
      Gregory Schiller
      Assistant United States Attorney
      Florida Bar No. 0648477
      500 S. Australian Ave., Suite 400
      West Palm Beach, Florida 33401
      Tel: (561) 209-1045
      Email: gregory.schiller@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 27, 2018, I electronically filed the foregoing with the

Clerk of the Court.

*s/ Gregory Schiller*
Assistant United States Attorney