AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

ALSTON ORLANDO LEROY WILLI

## EXHIBIT AND WITNESS LIST

Case Number: 18-CR-80053-RLR

| PRESIDING JUDGE<br>R. ROSENBERG | PLAINTIFF'S ATTORNEY<br>AUSA GREGORY SCHILLER<br>SAUSA JUSTIN HOOVER | DEFENDANT'S ATTORNEY<br>AFPD FLETCHER PEACOCK<br>AFPD CAROLINE MCCRAE |
|---|---|---|
| TRIAL DATE (S)<br>11/30/2018 - 12/21/2018 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1a | | | | | Galaxy Note 4 |
| 1b | | | | | Galaxy Note 4 - UserAccounts |
| 1c | | | | | Galaxy Note 4 - Images - 20170822_134618 |
| 1d | | | | | Galaxy Note 4 - Images - 20170822_134709 |
| 1e | | | | | Galaxy Note 4 - Images - 20170822_134715 |
| 1f | | | | | Galaxy Note 4 - Images - 20170822_134725 |
| 1g | | | | | Galaxy Note 4 - Images - IMG-20170924-WA0001 |
| 1h | | | | | Galaxy Note 4 - Images - VID-20150211-WA0000 |
| 1i | | | | | Galaxy Note4 - Images - IMG-20160531-WA0006 |
| 1j | | | | | Galaxy Note 4 - SMS_8188264747_Rosa |
| 1k | | | | | Galaxy Note 4 - WebHistory_Backpage |
| | | | | | |
| 2 | | | | | Backpage Ads 2016-2017 with Business Certification |
| 3a | | | | | iPhone 6s |
| 3b | | | | | iPhone 6s - Contacts |
| 3c | | | | | iPhone 6s - Web History |
| 3d | | | | | iPhone 6s - Web Bookmarks |
| 4a | | | | | Galaxy S5 |
| 4b | | | | | Galaxy S5 - User Accounts |
| 4c | | | | | Galaxy S5 - Contacts |
| 4d | | | | | Galaxy S5 - Images - IMG-20141221-WA0012 |
| 4e | | | | | Galaxy S5 - Images - IMG-20140727-WA0007 |
| 4f | | | | | Galaxy S5 - Images - IMG-20150108-WA0000 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of **17** Pages

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 4g | | | | | Galaxy S5 - Images - IMG-20150108-WA0005 |
| 4h | | | | | Galaxy S5 - Images - IMG-20150201-WA0006 |
| 4i | | | | | Galaxy S5 - Images - Screenshot_2015-04-25-20-16-10 |
| 4j | | | | | Galaxy S5 - Images - Screenshot_2015-04-28-14-39-59-1 |
| 4k | | | | | Galaxy S5 - Videos - VID-20160824-WA0012 |
| 4l | | | | | Galaxy S5 - SMS_Rosita 5612320772 |
| 4m | | | | | Galaxy S5 - SMS_954-274-9966 (Izayona) |
| 4n | | | | | |
| 4o | | | | | Galaxy S5 - SMS_856-285-5853 |
| 4p | | | | | Galaxy S5 - SMS_856-506-6640 |
| 5aa | | | | | Samsung Galaxy Note3 |
| 5ab | | | | | Samsung Galaxy Note3 - Images - '17_cover' |
| 5ac | | | | | Samsung Galaxy Note3 - Images - '10_large_cover' |
| 5ad | | | | | Samsung Galaxy Note3 - Images - '11_thumbnail0 ' |
| 5ae | | | | | Samsung Galaxy Note3 - Images - '36_thumbnail0' |
| 5af | | | | | Samsung Galaxy Note3 - Images - imgcacheMicro.0_embedded_161 |
| 5ag | | | | | |
| 5ah | | | | | Samsung Galaxy Note3 - SD CARD - Images - CAM00043 |
| 5ai | | | | | Samsung Galaxy Note3 - SD CARD - Images - CAM00029 |
| 5aj | | | | | Samsung Galaxy Note3 - SD CARD - Images - IMAG0485 |
| 5ak | | | | | Samsung Galaxy Note3 - Images - IMG-20150607-WA0009 |
| 5al | | | | | Samsung Galaxy Note3 - Images - IMG-20150613-WA0009 |
| 5am | | | | | Samsung Galaxy Note3 - Images - IMG-20150808-WA0005 |
| 5an | | | | | Samsung Galaxy Note3 - SD CARD - Images - 20160206_153608 |
| 5ao | | | | | Samsung Galaxy Note3 - SD CARD - Images - 20160206_153626 |
| 5ap | | | | | Samsung Galaxy Note3 - Images - IMG-20160702-WA0056 |
| 5aq | | | | | Samsung Galaxy Note3 - SD CARD - Video - 20140727_004747.mp4 |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 5ar | | | | | |
| 5as | | | | | Samsung Galaxy Note3 - SD CARD - Video - 20150121_015331.mp4 |
| 5at | | | | | |
| 5au | | | | | Samsung Galaxy Note3 - Videos - VID-20150211-WA0000 |
| 5av | | | | | Samsung Galaxy Note3 - Videos - VID-20150619-WA0001 |
| 5aw | | | | | |
| 5ax | | | | | Samsung Galaxy Note3 - Chat_8188264747_Rosita |
| 5ay | | | | | Samsung Galaxy Note3 - Chat_2563349130_Rosita |
| 5az | | | | | |
| 5ba | | | | | Samsung Galaxy Note3 - Chat_4244853436_Mj |
| 5bb | | | | | Samsung Galaxy Note3 - Chat_8134380981_Mj |
| 5bc | | | | | Samsung Galaxy Note3 - Chat_9597770779_Mj |
| 5bd | | | | | Samsung Galaxy Note3 - Chat_9592001001_Mj |
| 5be | | | | | Samsung Galaxy Note3 - Chat_8632549016_Tracy#1 |
| 5bf | | | | | Samsung Galaxy Note3 - Chat_9545366178_Tracy#1 |
| 5bg | | | | | Samsung Galaxy Note3 - Chat_7187089730 |
| 5bh | | | | | Samsung Galaxy Note3 - Chat_DR1 - Chat_7723331475_Pinkaa |
| 5bi | | | | | Samsung Galaxy Note3 - Chat_DR2 - Chat_6159320122_Pinkaa |
| 5bj | | | | | |
| 5bk | | | | | Samsung Galaxy Note3 - Chat_DR4 - Chat_9546255882 |
| 6a | | | | | Clickfree Hard drive |
| 6b | | | | | Clickfree Hard Drive - Extracted Photographs and Meta Data |
| 7 | | | | | Tazer recovered from Home - November 2017 (Sub #15) |
| 8a | | | | | ZTE Z835 Cellular Phone |
| 8b | | | | | ZTE Z835 Cellular Phone - REPORTS - Calendar |
| | | | | | |
| | | | | | |

Page  3   of  17   Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 9aa | | | | | Crime Scene Photos - House - November 2017 - 7337 Closet with Shoes |
| 9ab | | | | | Crime Scene Photos - House - November 2017 - 7357 Gateway Computer on desk |
| 9ac | | | | | Crime Scene Photos - House - November 2017 - 7388 3 computers on table |
| 9ad | | | | | Crime Scene Photos - House - November 2017 - 7389 Stereo in living room |
| 9ae | | | | | Crime Scene Photos - House - November 2017 - 7395 I Room - RC Room 1 |
| 9af | | | | | Crime Scene Photos - House - November 2017 - 7396 I Room - RC Room 2 |
| 9ag | | | | | Crime Scene Photos - House - November 2017 - 7397 I Room - RC Room 3 |
| 9ah | | | | | Crime Scene Photos - House - November 2017 - 7398 I Room - RC Room 4 |
| 9ai | | | | | Crime Scene Photos - House - November 2017 - 7399 I Room - RC Room 5 |
| 9aj | | | | | Crime Scene Photos - House - November 2017 - 7403 I Room - RC Room 6 |
| 9ak | | | | | Crime Scene Photos - House - November 2017 - 7414 I Room - RC Shoes |
| 9al | | | | | Crime Scene Photos - House - November 2017 - 7455 Q Room - Dorothy Room 1 |
| 9am | | | | | Crime Scene Photos - House - November 2017 - 7459 Q Room - Dorothy Room 2 |
| 9an | | | | | Crime Scene Photos - House - November 2017 - 7463 Cars in Garage 1 |
| 9ao | | | | | Crime Scene Photos - House - November 2017 - 7466 Cars in Garage 2 |
| 9ap | | | | | Crime Scene Photos - House - November 2017 - 7470 Cars in Garage 3 |
| 9aq | | | | | Crime Scene Photos - House - November 2017 - 7471 Cars in Garage 4 |
| 9ar | | | | | |
| 9as | | | | | Crime Scene Photos - House - November 2017 - 7491 B Room - cabinet with ammo & taser |
| 9at | | | | | Crime Scene Photos - House - November 2017 - 7493 B Room - cabinet close-up of ammo & IDs |
| 9au | | | | | Crime Scene Photos - House - November 2017 - 7494 B Room - Florida ID of DR |
| 9av | | | | | Crime Scene Photos - House - November 2017 - 7495 B Room - Florida Driver License of NS |
| 9aw | | | | | Crime Scene Photos - House - November 2017 - 7496 B Room - Florida Learners Permit of RC |
| 9ax | | | | | Crime Scene Photos - House - November 2017 - 7497 B Room - Book of Power |
| 9ay | | | | | Crime Scene Photos - House - November 2017 - 7501 B Room - CR Passport & SS Card |
| 9az | | | | | Crime Scene Photos - House - November 2017 - 7502 B Room - CR BirthCert |
| | | | | | |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 9ba | | | | | Crime Scene Photos - House - November 2017 - 7503 B Room - leather chair with blue book |
| 9bb | | | | | Crime Scene Photos - House - November 2017 - 7505 B Room - leather chair with Rifle next to it |
| 9bc | | | | | Crime Scene Photos - House - November 2017 - 7508 B Room - Small spiral notebook |
| 9bd | | | | | Crime Scene Photos - House - November 2017 - 7532 B Room - Bandelier |
| 9be | | | | | Crime Scene Photos - House - November 2017 - 7533 B Room - 5 cellphones in cabinet |
| 9bf | | | | | Crime Scene Photos - House - November 2017 - 7536 B Room - Safe |
| 9bg | | | | | Crime Scene Photos - House - November 2017 - 7543 B Room - Safe with 5 IDs & Cash Card |
| 9bh | | | | | Crime Scene Photos - House - November 2017 - 7545 B Room - Safe with RC Passport 2013 |
| 9bi | | | | | Crime Scene Photos - House - November 2017 - 7547 B Room - Safe with DR BirthCert from 1994 |
| 9bj | | | | | Crime Scene Photos - House - November 2017 - 7552 B Room - Safe with DR BirthCert from 2013 |
| 9bk | | | | | Crime Scene Photos - House - November 2017 - 7553 B Room - Safe with DR BirthCert from 2008 |
| 9bl | | | | | Crime Scene Photos - House - November 2017 - 7554 B Room - Safe with Cash on shelf |
| 9bm | | | | | Crime Scene Photos - House - November 2017 - 7556 B Room - Safe with Cash in red bag |
| 9bn | | | | | Crime Scene Photos - House - November 2017 - 7561 B Room - Safe with RC Passport from 2007 |
| 9bo | | | | | Crime Scene Photos - House - November 2017 - 7562 B Room - Safe with 7 cellular phones |
| 9bp | | | | | Crime Scene Photos - House - November 2017 - 7563 B Room - Safe with cash spread out |
| 9bq | | | | | Crime Scene Photos - House - November 2017 - 7570 C Room- large bed sitting room |
| 9br | | | | | Crime Scene Photos - House - November 2017 - 7572 H Room - large kitchen 1 |
| 9bs | | | | | Crime Scene Photos - House - November 2017 - 7573 H Room - large kitchen 2 |
| 9bt | | | | | |
| 9bu | | | | | Crime Scene Photos - House - November 2017 - 7575 L Room - mattresses on wall |
| 9bv | | | | | Crime Scene Photos - House - November 2017 - 7595 l Room - loaded shotgun on shelf |
| 9bw | | | | | Crime Scene Photos - House - November 2017 - 7602 l Room - loaded shotgun |
| 9bx | | | | | Crime Scene Photos - House - November 2017 - 7603 l Room - jewelry closet |
| 9by | | | | | |
| 9bz | | | | | |
| | | | | | |

Page   5   of   17   Pages

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 9ca | | | | | |
| 9cb | | | | | |
| 9cc | | | | | Crime Scene Photos - House - November 2017 - 7612 N Room - GRL Room 1 |
| 9cd | | | | | Crime Scene Photos - House - November 2017 - 7615 N Room - GRL Room 2 |
| 9ce | | | | | Crime Scene Photos - House - November 2017 - 7653 H Room- large kitchen 3 |
| 9cf | | | | | Crime Scene Photos - House - November 2017 - 7375 H Room- phones in kitchen |
| 9cg | | | | | Crime Scene Photos - House - November 2017 - 7663 D Room - Alston's Closet |
| 9ch | | | | | Crime Scene Photos - House - November 2017 - 7670 Bathroom with phone in middle drawer |
| 9ci | | | | | Crime Scene Photos - House - November 2017 - 7671 Bathroom with phone in side drawer |
| 9cj | | | | | Crime Scene Photos - House - November 2017 - 7676 GRL |
| 9ck | | | | | Crime Scene Photos - House - November 2017 - 7675 GRL hand with Orlando written |
| 9cl | | | | | Crime Scene Photos - House - November 2017 - 7678 RC |
| 9cm | | | | | Crime Scene Photos - House - November 2017 - 7677 RC tattooed back |
| 9cn | | | | | Crime Scene Photos - House - November 2017 - 7259 Front of House 1 |
| 9co | | | | | Crime Scene Photos - House - November 2017 - 7266 Front of House 2 |
| 9cp | | | | | Crime Scene Photos - House - November 2017 - 7267 Front of House 3 |
| 9cq | | | | | Crime Scene Photos - House - November 2017 - 7274 Front of House 4 |
| 9cr | | | | | Crime Scene Photos - House - November 2017 - 7294 Front of House 5 |
| 9cs | | | | | Crime Scene Photos - House - November 2017 - 7298 Front of House 6 |
| 9ct | | | | | Crime Scene Photos - House - November 2017 - 7300 Front of House 7 |
| 9cu | | | | | Crime Scene Photos - House - November 2017 - 7311 Living Room |
| 9cv | | | | | Crime Scene Photos - House - November 2017 - 7314 Hallway |
| 9cw | | | | | Crime Scene Photos - House - November 2017 - 7316 Dining Room |
| 9cx | | | | | Crime Scene Photos - House - November 2017 - 7322 B Room - Office 1 |
| 9cy | | | | | Crime Scene Photos - House - November 2017 - 7330 Master Suite |
| 9cz | | | | | Crime Scene Photos - House - November 2017 - 7340 Master Bath |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 9da | | | | | Crime Scene Photos - House - November 2017 - 7344 Master Vanity 1 |
| 9db | | | | | Crime Scene Photos - House - November 2017 - 7245 Master Vanity 2 |
| 9dc | | | | | Crime Scene Photos - House - November 2017 - 7352 Master Sitting Area |
| 9dd | | | | | Crime Scene Photos - House - November 2017 - 7360 B Room - Masks |
| 9de | | | | | Crime Scene Photos - House - November 2017 - 7361 B Room - Two chairs |
| 9df | | | | | Crime Scene Photos - House - November 2017 - 7365 B Room - Safe closed |
| 9dg | | | | | Crime Scene Photos - House - November 2017 - 7382 Media Room |
| 9dh | | | | | Crime Scene Photos - House - November 2017 - 7433 N Room - GRL Room 3 |
| 9di | | | | | Crime Scene Photos - House - November 2017 - 7514 Notes Pages |
| 9dj | | | | | Crime Scene Photos - House - November 2017 - 7531 B Room - Bandolier |
| 9dk | | | | | Crime Scene Photos - House - November 2017 - 7558 B Room - DR Birth Cert, SS Card, & Coin |
| 10a | | | | | Crime Scene Photos - GRL Glasses Case - November 2017 - 0924 GRL Glasses Case |
| 10b | | | | | Crime Scene Photos - GRL Glasses Case - November 2017 - 0912 Contents of GRL Case |
| 10c | | | | | Crime Scene Photos - GRL Glasses Case - November 2017 - 0925 STT Receipt in GRL Case |
| 11a | | | | | Crime Scene Photos - Minivan - November 2017 - 0007 Driver's side of Minivan |
| 11b | | | | | Crime Scene Photos - Minivan - November 2017 - 0003 License place of Minivan |
| 11c | | | | | Crime Scene Photos - Minivan - November 2017 - 0047 Phone on middle console |
| 11d | | | | | Crime Scene Photos - Minivan - November 2017 - 0019 Inside Driver's door |
| 11e | | | | | Crime Scene Photos - Minivan - November 2017 - 0059 Folding knifes, baton, monocular in door |
| 11f | | | | | Crime Scene Photos - Minivan - November 2017 - 0086 Cash in glove box |
| 11g | | | | | Crime Scene Photos - Minivan - November 2017 - 0034 Trunk |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 12a | | | | | Crime Scene Photos - House - May 2018 - 0008 - Mercedes in Garage |
| 12b | | | | | |
| 12c | | | | | Crime Scene Photos - House - May 2018 - 0073 - Book of Power on Shelf |
| 12d | | | | | Crime Scene Photos - House - May 2018 - 0076 - Book of Power |
| 12e | | | | | |
| 12f | | | | | Crime Scene Photos - House - May 2018 - 0191 - computer desk |
| 12g | | | | | Crime Scene Photos - House - May 2018 - 0198 - DL Social Security cards x2 |
| 12h | | | | | Crime Scene Photos - House - May 2018 - 0287 - Bathroom with open Side Cabinet |
| 12i | | | | | Crime Scene Photos - House - May 2018 - 0226 - Bathroom with papers in Side Drawer |
| 12j | | | | | Crime Scene Photos - House - May 2018 - 0230 - Bathroom with handcuffs in Side Drawer |
| 12k | | | | | Crime Scene Photos - House - May 2018 - 0229 - Bathroom with DL 2008 FL ID in Side Drawer |
| 12l | | | | | Crime Scene Photos - House - May 2018 - 0233 - Bathroom with bags of phones under Side Drawer |
| 12m | | | | | Crime Scene Photos - House - May 2018 - 0234 - Bathroom with bags of phones from Side Drawer |
| 12n | | | | | Crime Scene Photos - House - May 2018 - 0271 - backyard pool |
| 12o | | | | | Crime Scene Photos - House - May 2018 - 0151 - Back of house |
| 12p | | | | | Crime Scene Photos - House - May 2018 - 0236 - Bag of safety pins |
| 13a | | | | | Galaxy Note5 |
| 13b | | | | | Galaxy Note5 - Image - 20161107_180618 |
| 13c | | | | | Galaxy Note5 - Video - 20150210_041051 |
| 14 | | | | | 2014 Backpage Ads for Phone #5618099929 |
| 15a | | | | | 2012 BSO Arrest - Backpage Ad |
| 15b | | | | | 2012 BSO Arrest - UC Video Recording |
| 15c | | | | | 2012 BSO Arrest - Crime Scene Photos |
| 15d | | | | | 2012 BSO Arrest - OC Spray |
| 15e | | | | | 2012 BSO Arrest - Baton |
| | | | | | |
| | | | | | |

Page    8    of    17    Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 16 | | | | | Tandy Cell Phone Recovered from Home on November 2017 |
| 17a | | | | | Samsung SCH-R810 Cellular Phone |
| 17b | | | | | Samsung SCH-R810 Cellular Phone - Images Data |
| 17c | | | | | Samsung SCH-R810 Cellular Phone - Images - '04170117' |
| 17d | | | | | Samsung SCH-R810 Cellular Phone - Images - '09082352' |
| 17e | | | | | Samsung SCH-R810 Cellular Phone - Images - 'donnaa' |
| 17f | | | | | Samsung SCH-R810 Cellular Phone - Videos Data Files |
| 17g | | | | | Samsung SCH-R810 Cellular Phone - Videos - 12100003 |
| 17h | | | | | Samsung SCH-R810 Cellular Phone - Videos - 12100007 |
| 17i | | | | | Samsung SCH-R810 Cellular Phone - Videos - 12100011 |
| 17j | | | | | Samsung SCH-R810 Cellular Phone - Videos - 12100015 |
| 18a | | | | | Samsung SPH D700 Cellular Phone |
| 18b | | | | | Samsung SPH-D700 - Email extraction - email to ylax80@gmail.com |
| 18c | | | | | Samsung SPH-D700 - Email to ylax80@gmail.com |
| 18d | | | | | Samsung SPH D700 Cellular Phone - SMS_9548731776_Chunky |
| 18e | | | | | Samsung SPH D700 Cellular Phone - MMS__9548731776_Chunky |
| 18f | | | | | Samsung SPH D700 Cellular Phone - WebHistory |
| 19a | | | | | HTC PA9292 Cellular Phone |
| 19b | | | | | HTC PA9292 Cellular Phone - Photo Report for DL photo near minor |
| 19c | | | | | HTC PA9292 Cellular Phone - Photo of DL photo near minor |
| 19d | | | | | HTC PA9292 Cellular Phone - SMS with 754-245-3422 |
| 19e | | | | | HTC PA9292 Cellular Phone - SMS with 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 Rozy |
| 19f | | | | | HTC PA9292 Cellular Phone - Contact List |
| 19g | | | | | HTC PA9292 - Contact List Photos for 'Pinka' & ylax80@gmail.com |
| 19h | | | | | HTC PA9292 Cellular Phone - SMS with 954-744-6987 |
| 19i | | | | | HTC PA9292 Cellular Phone - SMS with 561-291-5292 Yla |

Page   9   of   17   Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 20a | | | | | Hollywood PD Image - IMG_8729 |
| 20b | | | | | Hollywood PD Image - IMG_8732 |
| 20c | | | | | Hollywood PD Video - 20150907_031902_001 |
| 21a | | | | | 2014 OCSO - UC calls with DR - 2014-03-05-16.51.27.EST |
| 21b | | | | | 2014 OCSO - UC calls with DR - 2014-03-05-18.26.16.EST |
| 21c | | | | | 2014 OCSO - UC texts with DR |
| 21d | | | | | 2014 OCSO - Crime Scene Photos |
| 22 | | | | | GRL March 2016 Abortion Records with Business Certification |
| 23 | | | | | RC November 2013 Breast Augmentation Records with Business Certification |
| 24 | | | | | RC June 2013 Tummy Tuck / Butt Lift Surgery Records with Business Certification |
| 25a | | | | | Samsung Illusion Phone |
| 25b | | | | | Samsung Illusion Phone - Contacts |
| 25c | | | | | Samsung Illusion Phone - SMS_Ma Corazoncito |
| 25d | | | | | Samsung Illusion Phone - SMS_Inka |
| 26 | | | | | Black S&W model M&P-15 5.56 rifle, serial #SX57270 with catch basket, magazine & 29 rounds |
| | | | | | |
| 27 | | | | | Black Mossberg model 500A - 12 gauge shotgun, serial #R826805 with side saddle, 6 shells |
| | | | | | |
| 28 | | | | | 30 round magazine (2) - 1 containing 30 rounds; 1 containing 29 rounds - found in Room B |
| 29 | | | | | 1 Box containing three (3) Hornady 12 gauge buckshot 10 shells - found in Room B |
| 30 | | | | | Birth Certificate of DL |
| 31 | | | | | Birth Certificate of GRL |
| 32 | | | | | Birth Certificate of DR |
| 33 | | | | | Birth Certificate of TL |
| 34 | | | | | Birth Certificate of RC |
| 35 | | | | | Birth Certificate of KC |
| | | | | | |

Page 10 of 17 Pages

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 36a | | | | | Two Photographs of HP Elite Desktop |
| 36b | | | | | HP Elite Desktop - Chrome Sync Accounts |
| 36c | | | | | HP Elite Desktop - Classifieds URLs |
| 36d | | | | | HP Elite Desktop - Videos - Summary |
| 36e | | | | | HP Elite Desktop - Videos - alaxynote edge 521 |
| 36f | | | | | HP Elite Desktop - Videos - galaxy s5 470 |
| 36g | | | | | HP Elite Desktop - Videos - s2 136 |
| 36h | | | | | HP Elite Desktop - Videos - 's2 466' |
| 36i | | | | | HP Elite Desktop - Videos - 'shocker for jen' |
| 36j | | | | | HP Elite Desktop - Pictures |
| 37 | | | | | Demonstrative Aid - Birds Eye View of Waverly Woods House |
| 38a | | | | | Photos Amparo Munoz received from RC |
| 38b | | | | | Photo of Lake Worth House taken by Amparo Munoz |
| 38c | | | | | Medical Records by Amparo Munoz |
| 39 | | | | | |
| 40 | | | | | Defendant 3 DLs |
| 41 | | | | | |
| 42a | | | | | Samsung Messenger Phone |
| 42b | | | | | Samsung Phone - Contacts - 1 Love - 5616547100 (Speed Dial 2) |
| 42c | | | | | Samsung Phone - Photos of DL & DR |
| 43 | | | | | Hunnies Business Records |
| 44 | | | | | Hunnies LLC |
| 45 | | | | | IRS Tax Records - Alston Williams |
| 46 | | | | | IRS Tax Records - Dorothy Williams |
| 47 | | | | | Photograph of Tattooed arm of DL |
| | | | | | |
| | | | | | |

Page 11 of 17 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 48a | | | | | Motorola W418G Phone |
| 48b | | | | | 048b - Motorola W418G - SMS with Help |
| 49 | | | | | Black Bandolier Ammo Belt containing 45 12-gauge shotshells - found in Room B |
| 50a | | | | | |
| 50b | | | | | Samsung Galaxy S8+ - Phone Contacts |
| 50c | | | | | Samsung Galaxy S8+ - SMS with 5613107599 - 11-29-18 |
| 50d | | | | | Samsung Galaxy S8+ - '20160613-WA0018' & '20160613-WA0019' |
| 50e | | | | | Samsung Galaxy S8+ - 'IMG-20160613-WA0022' & '20160623-WA0010' & '20160623-WA0012' |
| 50f | | | | | Samsung Galaxy S8+ - 'IMG-20160708-WA0008' |
| 50g | | | | | Samsung Galaxy S8+ - 'IMG-20170209-WA0050' |
| 50h | | | | | Samsung Galaxy S8+ - 'IMG-20170720-WA0001' |
| 50i | | | | | Samsung Galaxy S8+ - '20171119_162228' & '20171127_134615' |
| 51 | | | | | Motorola K1m Cellular Phone |
| 51aa | | | | | Motorola K1m Cellular Phone - Phone & User of phone (HPD arrest) |
| 51ab | | | | | Motorola K1m Cellular Phone - Photos Extraction Report |
| 51ac | | | | | Motorola K1m Cellular Phone - Photo of DL, MB & DR - '040708 ma girlz' |
| 51ad | | | | | Motorola K1m Cellular Phone - Photo of DR 2 - '040708' |
| 51ae | | | | | Motorola K1m Cellular Phone - Photo of DL 7 - '04-13-08_1841' |
| 51af | | | | | Motorola K1m Cellular Phone - Photo of MB 1 - '09-27-07_0110' |
| 51ag | | | | | Motorola K1m Cellular Phone - Photo of MB 2 - '09-27-07_0112' |
| 51ah | | | | | Motorola K1m Cellular Phone - Photo of DL 1 - 'pic021208 donna.jpg' |
| 51ai | | | | | Motorola K1m Cellular Phone - Photo of DL 2 - 'pic021808' |
| 51aj | | | | | Motorola K1m Cellular Phone - Photo of DL 3 - 'pic022908' |
| 51ak | | | | | Motorola K1m Cellular Phone - Photo of TL - 'tracy 2.jpg' |
| 51al | | | | | Motorola K1m Cellular Phone - Photo of DR 1 - '040508' |
| 51am | | | | | Motorola K1m Cellular Phone - Photo of DL 6 - '032908' |
| 51an | | | | | Motorola K1m Cellular Phone - Photo of DL 5 - '032708' |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 51ao | | | | | Motorola K1m Cellular Phone - Photo of DL 4 - '032608' |
| 51ap | | | | | Motorola K1m Cellular Phone - Photo of MB 3 - '11-29-07_0610' |
| 51aq | | | | | Motorola K1m Cellular Phone - SMS 'Donnas Track' - Message 15 on 1-13-2008 (2) |
| 51ar | | | | | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 27 on 3-30-2008 (2) |
| 51as | | | | | Motorola K1m Cellular Phone - SMS 'De'sania' - Message 63 on 4-22-2008 at 6.13pm |
| 51at | | | | | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 66 on 4-22-2008 (4) |
| 51au | | | | | Motorola K1m Cellular Phone - Contact List |
| 51av | | | | | Motorola K1m Cellular Phone - Photo of MB 4 - '040808 nia' |
| 51aw | | | | | Motorola K1m Cellular Phone - Photo of MB 5 - '040808 nia 2' |
| 51ax | | | | | Motorola K1m Cellular Phone - Photo of DR 3 - '040808 desania' |
| 51ay | | | | | Motorola K1m Cellular Phone - Photos of DR & MB - '0409081004' |
| 51az | | | | | Motorola K1m Cellular Phone - Photo of MB 6 - '0416082309' |
| 51ba | | | | | |
| 51bb | | | | | Motorola K1m Cellular Phone - Photo of DR 4 - '0405081856' |
| 51bc | | | | | |
| 51bd | | | | | Motorola K1m Cellular Phone - Photo of Outbox 18-24 - DSCN1642 |
| 51be | | | | | |
| 51bf | | | | | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 28 (2) on 3-30-2008 |
| 51bg | | | | | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 29 on 3-30-2008 |
| 51bh | | | | | Motorola K1m Cellular Phone - SMS 'Donnas Track' - Message 38 on 4-07-2008 |
| 51bi | | | | | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 44 on 4-13-2008 |
| 51bj | | | | | |
| 51bk | | | | | Motorola K1m Cellular Phone - SMS 'Donnas Track' - Message 49 on 4-15-2008 |
| 51bl | | | | | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 57 on 4-22-2008 |
| 51bm | | | | | Motorola K1m Cellular Phone - SMS 'De'sania' - Message 61 on 4-22-2006 |
| 51bn | | | | | Motorola K1m Cellular Phone - Photo of DR and MB - DSCN1625 |
| | | | | | |

✎AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 51bo | | | | | Motorola K1m Cellular Phone - MMS from DR - DSCN1627 |
| 51bp | | | | | Motorola K1m Cellular Phone - SMS 'Heely' - Outbox Message 11 |
| 51bq | | | | | Motorola K1m Cellular Phone - SMS 'Heely' - Outbox Message 13 |
| 51br | | | | | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Outbox Message 17 |
| 51bs | | | | | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Outbox Message 22 |
| 51bt | | | | | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Outbox Message 24 |
| 52a | | | | | Transcript - 4-22-08 Hollywood PD Interview with DR |
| 52b | | | | | Transcript - 4-22-08 Hollywood PD Phone Call by DR |
| 53 | | | | | Asp from Minivan in November 2017 |
| | | | | | |
| 55 | | | | | RC Driver's License - found in Room B |
| 56 | | | | | DL Birth Certificate - found in Room B |
| 57 | | | | | TL ID card - found in Room B |
| 58 | | | | | DR ID card - found in Room B |
| 59 | | | | | NS Drivers License - found in Room B |
| 60 | | | | | Randazzo BSO Report (shown to DR in Deposition but not ID'd by DR) |
| 61 | | | | | (a) CR Birth Cert, (b) SS Card, (c) Passport - found in Room B |
| 62 | | | | | (a) Passport, (b) RC SS Card, (c) Photocopies of SS Card & Lerner's Permit - found in Room B |
| 63 | | | | | (a,b) DR Florida ID Card, (c,d,e) SS Card, (f) Passport, (g) NJ Benefit ID, (h,i,j) Birth Cert - Room B |
| 64 | | | | | Defendant Miranda Card |
| 65 | | | | | Birth Certificate of MB |
| 66 | | | | | Bancorp Records with Business Certification |
| 67 | | | | | Summary Exhibit of Bancorp Records |
| | | | | | |
| | | | | | |
| | | | | | |

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 68 | | | | | Monocular |
| 69a | | | | | Defendant's Video Recorded Interview - Part 1 |
| 69b | | | | | Defendant's Video Recorded Interview - Part 2 |
| 69c | | | | | Defendant's Video Recorded Interview - Part 3 |
| 70 | | | | | Transcript of Defendant's Video Recorded Interview |
| 71 | | | | | Backpage Ads Summary Exhibit |
| 72a | | | | | LG Pheonix 3 phone - recovered from TL |
| 72b | | | | | LG Pheonix 3 phone - SMS from TL with 9546787889 |
| 72c | | | | | LG Pheonix 3 phone - SMS from TL with 9548653643 |
| 73 | | | | | Blue Plyers |
| 74 | | | | | Book of Power |
| 75 | | | | | DL Social Security Cards from Waverly Woods desk (2) |
| 76 | | | | | DL Driver's License from Waverly Woods masterbath vanity |
| 77 | | | | | Hancuffs from Waverly Woods masterbath vanity |
| 78 | | | | | Medical Records of KC with Business Record Certification |
| 79 | | | | | Life360 Business Records |
| 80 | | | | | Confide Business Records |
| 81 | | | | | Photo and Map of Angels |

Page 15 of 17 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1 | | | | | Witness - Sgt. Carlos Lisboa |
| 2 | | | | | Witness – Expert CART Brian O'Neil |
| 3 | | | | | Witness - Expert James Hardee |
| 4 | | | | | Witness - TL |
| 5 | | | | | Witness - Det. Edgardo Ramos |
| 6 | | | | | Witness - Sgt. Rhett Cady |
| 7 | | | | | Witness - Officer James Callari |
| 8 | | | | | Witness - DL |
| 9 | | | | | Witness - Sgt. Victoria Johnson |
| 10 | | | | | Witness - RC |
| 11 | | | | | Witness - Det. Nick Masters |
| 12 | | | | | Witness - Gary Silvestri |
| 13 | | | | | Witness - GRL |
| 14 | | | | | Witness - Det. Justin Shaw |
| 15 | | | | | Witness - Det. Brandon Chambers |
| 16 | | | | | Witness - Det. Sgt. Don Devlin |
| 17 | | | | | Witness - Rachel Jimenez |
| 18 | | | | | Witness - Deputy Steven Del Sol |
| 19 | | | | | Witness - Ako Williams |
| 20 | | | | | Witness - Dyondre Williams |
| 21 | | | | | Witness - KC |
| 22 | | | | | itness - Ofc. Christopher Alban |
| 23 | | | | | Witness - Nerissa Simmonds |
| 24 | | | | | Witness - IRS Records Custodian |
| 25 | | | | | Witness - Jason Wilson |
| 26 | | | | | Witness - Amparo Munoz |
| 27 | | | | | Witness - Maria Rodriguez |

Page 16 of 17 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 28 | | | | | Witness - Deputy Angel Artola |
| 29 | | | | | Witness - Deputy Jason Guevara |
| 30 | | | | | Summary Witness - Analyst Korinne Harper |
| 31 | | | | | Witness and Summary Witness- Detective Jhon Chavez |
| 32 | | | | | Witness - Deputy John Randazzo |
| 33 | | | | | Witness - Deputy N. Sammarco |
| 34 | | | | | Witness - Sgt. Jackie Molzer |
| 35 | | | | | Witness - Lt. Randy Foley |
| 36 | | | | | Witness - CSI Elizabeth Lancaster |
| 37 | | | | | Witness - CSI Christine Rangel |
| 38 | | | | | Witness – CSI Juliann Brandt |
| 39 | | | | | Witness - Detective William Vaughan |
| 40 | | | | | Witness - Detective Andrew Rousell |
| 41 | | | | | Witness - Detective Juliana Martinez |

Page 17 of 17 Pages