AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN ———— DISTRICT OF ———— FLORIDA

UNITED STATES OF AMERICA

v.

ALSTON WILLIAMS

## EXHIBIT AND WITNESS LIST

Case Number:  18-CR-80053-RLR

| PRESIDING JUDGE Judge Rosenberg | PLAINTIFF'S ATTORNEY Schiller & Hoover | DEFENDANT'S ATTORNEY Peacock & McCrae |
|---|---|---|
| TRIAL DATE (S) Beginning 11/30/18 | COURT REPORTER Pauline Stipes | COURTROOM DEPUTY Melanie Richardson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 12/3/2018 | | Yes | Photo of Marijuana and Pipe -- Bates # 01638 |
| | 2a | 12/9/18 | | ✓ | photo of RC in Barbados |
| | 2b | 12/7/18 | | ✓ | Photo of RC in Barbados |
| | 2c | 12/7/18 | | ✓ | Photo of RC in Barbados |
| | 2d | 12/7/18 | | ✓ | Photo of RC in Barbados |
| | 2e | 12/7/18 | | ✓ | photo of pool at Sandals in Barbados |
| | 3a | 12/7/18 | | ✓ | Photo of RC at Epcot |
| | 3b | 12/7/18 | | ✓ | Photo of RC at Epcot |
| | 4 | 12/7/18 | | ✓ | Photo of RC's room |
| | 5 | 12/10/18 | | ✓ | Purple spiral notebook |
| | 6 | 12/10/18 | ✓ | | Donna Lutkin - 12/13/17 interview with law enforcement |
| | 7 | 12/10/18 | | ✓ | Donna Lutkin 9/27/18 interview with law enforcement |
| | 8 | 12/10/18 | ✓ | | miami Beach police report |
| | 9 | 12/13/18 | | ✓ | defendant about ommitted sentence in the Defendant's statement (Govt Ex 69) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN      DISTRICT OF      FLORIDA

UNITED STATES OF AMERICA

V.

ALSTON ORLANDO LEROY WILLI

## EXHIBIT AND WITNESS LIST

Case Number:  18-CR-80053-RLR

| PRESIDING JUDGE R. ROSENBERG | | | PLAINTIFF'S ATTORNEY AUSA GREGORY SCHILLER SAUSA JUSTIN HOOVER | | DEFENDANT'S ATTORNEY AFPD FLETCHER PEACOCK AFPD CAROLINE MCCRAE |
|---|---|---|---|---|---|
| TRIAL DATE (S) 11/30/2018 - 12/21/2018 | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1a | | 12/3/18 | | ✓ | Galaxy Note 4 |
| 1b | | 12/4/18 | | ✓ | Galaxy Note 4 - UserAccounts |
| 1c | | 12/4/18 | | ✓ | Galaxy Note 4 - Images - 20170822_134618 |
| 1d | | 12/4/18 | | ✓ | Galaxy Note 4 - Images - 20170822_134709 |
| 1e | | 12/4/18 | | ✓ | Galaxy Note 4 - Images - 20170822_134715 |
| 1f | | 12/4/18 | | ✓ | Galaxy Note 4 - Images - 20170822_134725 |
| 1g | | 12/4/18 | ✓ | ✓ | Galaxy Note 4 - Images - IMG-20170924-WA0001 |
| 1h | | 12/4/18 | | ✓ | Galaxy Note 4 - Images - VID-20150211-WA0000 |
| 1i | | 12/4/18 | | ✓ | Galaxy Note4 - Images - IMG-20160531-WA0006 |
| 1j | | 12/4/18 | | ✓ | Galaxy Note 4 - SMS_8188264747_Rosa |
| 1k | | 12/4/18 | | ✓ | Galaxy Note 4 - WebHistory_Backpage |
| | | | | | |
| 2 | | 12/6/18 | | ✓ | Backpage Ads 2016-2017 with Business Certification |
| 3a | | 12/3/18 | | ✓ | iPhone 6s |
| 3b | | 12/4/18 | | ✓ | iPhone 6s - Contacts |
| 3c | | 12/4/18 | | ✓ | iPhone 6s - Web History |
| 3d | | 12/4/18 | | ✓ | iPhone 6s - Web Bookmarks |
| 4a | | 12/3/18 | | ✓ | Galaxy S5 |
| 4b | | 12/4/18 | | ✓ | Galaxy S5 - User Accounts |
| 4c | | 12/4/18 | | ✓ | Galaxy S5 - Contacts |
| 4d | | 12/4/18 | | ✓ | Galaxy S5 - Images - IMG-20141221-WA0012 |
| 4e | | 12/4/18 | | ✓ | Galaxy S5 - Images - IMG-20140727-WA0007 |
| 4f | | 12/4/18 | | ✓ | Galaxy S5 - Images - IMG-20150108-WA0000 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    **17**    Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 5ar | | | | | |
| 5as | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - SD CARD - Video - 20150121_015331.mp4 |
| 5at | | | | | |
| 5au | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Videos - VID-20150211-WA0000 |
| 5av | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Videos - VID-20150619-WA0001 |
| 5aw | | | | | |
| 5ax | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Chat_8188264747_Rosita |
| 5ay | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Chat_2563349130_Rosita |
| 5az | | 12/4/18 | | ✓ | |
| 5ba | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Chat_4244853436_Mj |
| 5bb | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Chat_8134380981_Mj |
| 5bc | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Chat_9597770779_Mj |
| 5bd | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Chat_9592001001_Mj |
| 5be | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Chat_8632549016_Tracy#1 |
| 5bf | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Chat_9545366178_Tracy#1 |
| 5bg | | 12/4/18 | | ✓ | Samsung Galaxy Note3 - Chat_7187089730 |
| 5bh | | 12/4/18 | ✓ | ✓ | Samsung Galaxy Note3 - Chat_DR1 - Chat_7723331475_Pinkaa |
| 5bi | | 12/4/18 | ✓ | ✓ | Samsung Galaxy Note3 - Chat_DR2 - Chat_6159320122_Pinkaa |
| 5bj | | | | | |
| 5bk | | 12/4/18 | ✓ | ✓ | Samsung Galaxy Note3 - Chat_DR4 - Chat_9546255882 |
| 6a | | 12/3/18 | | ✓ | Clickfree Hard drive |
| 6b | | 12/4/18 | | ✓ | Clickfree Hard Drive - Extracted Photographs and Meta Data |
| 7 | | 12/3/18 | | ✓ | Tazer recovered from Home - November 2017 (Sub #15) |
| 8a | | 12/3/18 | | ✓ | ZTE Z835 Cellular Phone |
| 8b | | 12/4/18 | | ✓ | ZTE Z835 Cellular Phone - REPORTS - Calendar |
| | | | | | |
| | | | | | |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 9ba | | | | | Crime Scene Photos - House - November 2017 - 7503 B Room - leather chair with blue book |
| 9bb | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7505 B Room - leather chair with Rifle next to it |
| 9bc | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7508 B Room - Small spiral notebook |
| 9bd | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7532 B Room - Bandelier |
| 9be | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7533 B Room - 5 cellphones in cabinet |
| 9bf | | 12/3/18 | | | Crime Scene Photos - House - November 2017 - 7536 B Room - Safe |
| 9bg | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7543 B Room - Safe with 5 IDs & Cash Card |
| 9bh | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7545 B Room - Safe with RC Passport 2013 |
| 9bi | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7547 B Room - Safe with DR BirthCert from 1994 |
| 9bj | | 12/3/18 | | | Crime Scene Photos - House - November 2017 - 7552 B Room - Safe with DR BirthCert from 2013 |
| 9bk | | 12/3/18 | | | Crime Scene Photos - House - November 2017 - 7553 B Room - Safe with DR BirthCert from 2008 |
| 9bl | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7554 B Room - Safe with Cash on shelf |
| 9bm | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7556 B Room - Safe with Cash in red bag |
| 9bn | | 12/3/18 | | | Crime Scene Photos - House - November 2017 - 7561 B Room - Safe with RC Passport from 2007 |
| 9bo | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7562 B Room - Safe with 7 cellular phones |
| 9bp | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7563 B Room - Safe with cash spread out |
| 9bq | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7570 C Room- large bed sitting room |
| 9br | | 12/3/18 | ✓ | ✓ | Crime Scene Photos - House - November 2017 - 7572 H Room - large kitchen 1 |
| 9bs | | 12/3/18 | ✓ | ✓ | Crime Scene Photos - House - November 2017 - 7573 H Room - large kitchen 2 |
| 9bt | | | | | |
| 9bu | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7575 L Room - mattresses on wall |
| 9bv | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7595 I Room - loaded shotgun on shelf |
| 9bw | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7602 I Room - loaded shotgun |
| 9bx | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7603 I Room - jewelry closet |
| 9by | | | | | |
| 9bz | | | | | |
| | | | | | |

AO 187A (Rev. 7/87)        **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | CASE NO. 18-CR-80053-RLR |
| --- | --- | --- | --- | --- |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| --- | --- | --- | --- | --- | --- |
| 9da | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7344 Master Vanity 1 |
| 9db | | | | | Crime Scene Photos - House - November 2017 - 7245 Master Vanity 2 |
| 9dc | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7352 Master Sitting Area |
| 9dd | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7360 B Room - Masks |
| 9de | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7361 B Room - Two chairs |
| 9df | 12/3/18 | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7365 B Room - Safe closed |
| 9dg | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7382 Media Room |
| 9dh | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7433 N Room - GRL Room 3 |
| 9di | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7514 Notes Pages |
| 9dj | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7531 B Room - Bandolier |
| 9dk | | 12/3/18 | | ✓ | Crime Scene Photos - House - November 2017 - 7558 B Room - DR Birth Cert, SS Card, & Coin |
| 10a | | 12/11/18 | | ✓ | Crime Scene Photos - GRL Glasses Case - November 2017 - 0924 GRL Glasses Case |
| 10b | | 12/7/18 | | ✓ | Crime Scene Photos - GRL Glasses Case - November 2017 - 0912 Contents of GRL Case |
| 10c | | 12/11/18 | | ✓ | Crime Scene Photos - GRL Glasses Case - November 2017 - 0925 STT Receipt in GRL Case |
| 11a | | 12/3/18 | | ✓ | Crime Scene Photos - Minivan - November 2017 - 0007 Driver's side of Minivan |
| 11b | | 12/3/18 | | ✓ | Crime Scene Photos - Minivan - November 2017 - 0003 License place of Minivan |
| 11c | | 12/3/18 | | ✓ | Crime Scene Photos - Minivan - November 2017 - 0047 Phone on middle console |
| 11d | | 12/3/18 | | ✓ | Crime Scene Photos - Minivan - November 2017 - 0019 Inside Driver's door |
| 11e | | 12/3/18 | | ✓ | Crime Scene Photos - Minivan - November 2017 - 0059 Folding knifes, baton, monocular in door |
| 11f | | 12/3/18 | | ✓ | Crime Scene Photos - Minivan - November 2017 - 0086 Cash in glove box |
| 11g | | 12/3/18 | | ✓ | Crime Scene Photos - Minivan - November 2017 - 0034 Trunk |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page 7 of 17 Pages

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | UNITED STATES OF AMERICA vs.   ALSTON ORLANDO LEROY WILLIAMS | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 16 | | 12/3/18 | | ✓ | Tandy Cell Phone Recovered from Home on November 2017 |
| 17a | | 12/3/18 | | ✓ | Samsung SCH-R810 Cellular Phone |
| 17b | | 12/4/18 | | ✓ | Samsung SCH-R810 Cellular Phone - Images Data |
| 17c | | 12/4/18 | | ✓ | Samsung SCH-R810 Cellular Phone - Images - '04170117' |
| 17d | | 12/4/18 | | ✓ | Samsung SCH-R810 Cellular Phone - Images - '09082352' |
| 17e | | 12/4/18 | | ✓ | Samsung SCH-R810 Cellular Phone - Images - 'donnaa' |
| 17f | | 12/4/18 | | ✓ | Samsung SCH-R810 Cellular Phone - Videos Data Files |
| 17g | | 12/4/18 | | ✓ | Samsung SCH-R810 Cellular Phone - Videos - 12100003 |
| 17h | | 12/4/18 | | ✓ | Samsung SCH-R810 Cellular Phone - Videos - 12100007 |
| 17i | | 12/4/18 | | ✓ | Samsung SCH-R810 Cellular Phone - Videos - 12100011 |
| 17j | | 12/4/18 | | ✓ | Samsung SCH-R810 Cellular Phone - Videos - 12100015 |
| 18a | | 12/3/18 | | ✓ | Samsung SPH D700 Cellular Phone |
| 18b | | 12/4/18 | | ✓ | Samsung SPH-D700 - Email extraction - email to ylax80@gmail.com |
| 18c | | 12/4/18 | | ✓ | Samsung SPH-D700 - Email to ylax80@gmail.com |
| 18d | | 12/4/18 | | ✓ | Samsung SPH D700 Cellular Phone - SMS_9548731776_Chunky |
| 18e | | 12/4/18 | | ✓ | Samsung SPH D700 Cellular Phone - MMS__9548731776_Chunky |
| 18f | | 12/4/18 | | ✓ | Samsung SPH D700 Cellular Phone - WebHistory |
| 19a | | 12/3/18 | | ✓ | HTC PA9292 Cellular Phone |
| 19b | | 12/4/18 | ✓ | ✓ | HTC PA9292 Cellular Phone - Photo Report for DL photo near minor |
| 19c | | 12/4/18 | ✓ | ✓ | HTC PA9292 Cellular Phone - Photo of DL photo near minor |
| 19d | | 12/4/18 | | ✓ | HTC PA9292 Cellular Phone - SMS with 754-245-3422 |
| 19e | | 12/4/18 | | ✓ | HTC PA9292 Cellular Phone - SMS with 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 Rozy |
| 19f | | 12/4/18 | | ✓ | HTC PA9292 Cellular Phone - Contact List |
| 19g | | 12/4/18 | | ✓ | HTC PA9292 - Contact List Photos for 'Pinka' & ylax80@gmail.com |
| 19h | | 12/4/18 | | ✓ | HTC PA9292 Cellular Phone - SMS with 954-744-6987 |
| 19i | | 12/4/18 | | ✓ | HTC PA9292 Cellular Phone - SMS with 561-291-5292 Yla |
| | | | | | |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | CASE NO. 18-CR-80053-RLR | |
| 36a | | 12/3/18 | | ✓ | Two Photographs of HP Elite Desktop |
| 36b | | 12/4/18 | | ✓ | HP Elite Desktop - Chrome Sync Accounts |
| 36c | | 12/4/18 | | ✓ | HP Elite Desktop - Classifieds URLs |
| 36d | | 12/4/18 | | ✓ | HP Elite Desktop - Videos - Summary |
| 36e | | 12/4/18 | | ✓ | HP Elite Desktop - Videos - alaxynote edge 521 |
| 36f | | 12/4/18 | | ✓ | HP Elite Desktop - Videos - galaxy s5 470 |
| 36g | | 12/4/18 | | ✓ | HP Elite Desktop - Videos - s2 136 |
| 36h | | 12/4/18 | | ✓ | HP Elite Desktop - Videos - 's2 466' |
| 36i | | 12/4/18 | | ✓ | HP Elite Desktop - Videos - 'shocker for jen' |
| 36j | | 12/4/18 | | ✓ | HP Elite Desktop - Pictures |
| 37 | | 12/3/18 | | ✓ | Demonstrative Aid - Birds Eye View of Waverly Woods House |
| 38a | | 12/7/18 | | ✓ | Photos Amparo Munoz received from RC |
| 38b | | 12/12/18 | | ✓ | Photo of Lake Worth House taken by Amparo Munoz |
| 38c | | 12/12/18 | | ✓ | Medical Records by Amparo Munoz |
| 39 | | | | | |
| 40 | | | | | Defendant 3 DLs |
| 41 | | | | | |
| 42a | | 12/3/18 | | ✓ | Samsung Messenger Phone |
| 42b | | 12/4/18 | | ✓ | Samsung Phone - Contacts - 1 Love - 5616547100 (Speed Dial 2) |
| 42c | | 12/4/18 | | ✓ | Samsung Phone - Photos of DL & DR |
| 43 | | 12/10/18 | | ✓ | Hunnies Business Records |
| 44 | | 12/10/18 | | ✓ | Hunnies LLC |
| 45 | | | | | IRS Tax Records - Alston Williams |
| 46 | | | | | IRS Tax Records - Dorothy Williams |
| 47 | | 12/10/18 | | ✓ | Photograph of Tattooed arm of DL |
| | | | | | |
| | | | | | |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA vs.  ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 51ao | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photo of DL 4 - '032608' |
| 51ap | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photo of MB 3 - '11-29-07_0610' |
| 51aq | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'Donnas Track' - Message 15 on 1-13-2008 (2) |
| 51ar | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 27 on 3-30-2008 (2) |
| 51as | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'De'sania' - Message 63 on 4-22-2008 at 6.13pm |
| 51at | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 66 on 4-22-2008 (4) |
| 51au | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Contact List |
| 51av | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photo of MB 4 - '040808 nia' |
| 51aw | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photo of MB 5 - '040808 nia 2' |
| 51ax | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photo of DR 3 - '040808 desania' |
| 51ay | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photos of DR & MB - '0409081004' |
| 51az | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photo of MB 6 - '0416082309' |
| 51ba | | 12/4/18 | | | |
| 51bb | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photo of DR 4 - '0405081856' |
| 51bc | | 12/4/18 | | ✓ | |
| 51bd | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photo of Outbox 18-24 - DSCN1642 |
| 51be | | | | | |
| 51bf | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 28 (2) on 3-30-2008 |
| 51bg | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 29 on 3-30-2008 |
| 51bh | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'Donnas Track' - Message 38 on 4-07-2008 |
| 51bi | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 44 on 4-13-2008 |
| 51bj | | | | | |
| 51bk | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'Donnas Track' - Message 49 on 4-15-2008 |
| 51bl | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'Donna Slide' - Message 57 on 4-22-2008 |
| 51bm | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - SMS 'De'sania' - Message 61 on 4-22-2006 |
| 51bn | | 12/4/18 | | ✓ | Motorola K1m Cellular Phone - Photo of DR and MB - DSCN1625 |
| | | | | | |

%AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs.  ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 68 | | 12/3/18 | | ✓ | Monocular |
| 69a | | 12/13/18 | | ✓ | Defendant's Video Recorded Interview - ~~Part 1~~ |
| 69b | | | | | Defendant's Video Recorded Interview - Part 2 |
| 69c | | | | | Defendant's Video Recorded Interview - Part 3 |
| 70 | | 12/13/18 | ✓ | | Transcript of Defendant's Video Recorded Interview |
| 71 | | | | | Backpage Ads Summary Exhibit |
| 72a | | 12/4/18 | | ✓ | LG Pheonix 3 phone - recovered from TL |
| 72b | | 12/4/18 | | ✓ | LG Pheonix 3 phone - SMS from TL with 9546787889 |
| 72c | | 12/4/18 | | ✓ | LG Pheonix 3 phone - SMS from TL with 9548653643 |
| 73 | | 12/3/18 | | ✓ | Blue Plyers |
| 74 | | 12/3/18 | | ✓ | Book of Power |
| 75 | | 12/3/18 | | ✓ | DL Social Security Cards from Waverly Woods desk (2) |
| 76 | | 12/3/18 | | ✓ | DL Driver's License from Waverly Woods masterbath vanity |
| 77 | | 12/3/18 | | ✓ | Hancuffs from Waverly Woods masterbath vanity |
| 78 | | 12/12/18 | | ✓ | Medical Records of KC with Business Record Certification |
| 79 | | 12/7/18 | | ✓ | Life360 Business Records |
| 80 | | 12/7/18 | | ✓ | Confide Business Records |
| 81 | | 12/10/18 | ✓ | | Photo and Map of Angels |
| 82 | | 12/6/18 | ✓ | | page 1 of incident report dated 9/22/08 |
| 83 | | 12/10/18 | ✓ | | pair of plyers |
| 84 | | 12/13/18 | | ✓ | summary of identification of victims |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

✎AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA vs. ALSTON ORLANDO LEROY WILLIAMS | | | | | CASE NO. 18-CR-80053-RLR |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 28 | | | | | Witness - Deputy Angel Artola |
| 29 | | | | | Witness - Deputy Jason Guevara |
| 30 | | | | | Summary Witness - Analyst Korinne Harper |
| 31 | | | | | Witness and Summary Witness- Detective Jhon Chavez |
| 32 | | | | | Witness - Deputy John Randazzo |
| 33 | | | | | Witness - Deputy N. Sammarco |
| 34 | | | | | Witness - Sgt. Jackie Molzer |
| 35 | | | | | Witness - Lt. Randy Foley |
| 36 | | | | | Witness - CSI Elizabeth Lancaster |
| 37 | | | | | Witness - CSI Christine Rangel |
| 38 | | | | | Witness – CSI Juliann Brandt |
| 39 | | | | | Witness - Detective William Vaughan |
| 40 | | | | | Witness - Detective Andrew Rousell |
| 41 | | | | | Witness - Detective Juliana Martinez |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Page __17__ of __17__ Pages