UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80053-CR-ROSENBERG/REINHART

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALSTON ORLANDO LEROY WILLIAMS, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## JOINT MOTION TO CONTINUE SENTENCING

The United States and the defendant, represented by counsel, hereby jointly request that the Court to reset sentencing back to April 10, 2019 and states as follows:

1. The defendant was scheduled for sentencing on March 26, 2019.

2. The government filed an unopposed motion to continue sentencing due to the undersigned expending to be in trial the week of March 25, 2019 (DE 181). Moreover, counsel for the defendant is beginning a trial on April 1, 2019 in Miami. The Court granted the motion to continue the sentencing until April 10, 2019 (DE 183). In the interim, on Friday March 22, 2019, the previously scheduled trial prosecuted by the undersigned Assistant United States Attorney, unexpectedly resolved by a plea. United States v. Wukoson, 18-CR-80166-DMM.

3. Today, the Court, sua sponte, reset the April 10, 2019 sentencing hearing to this Thursday, March 28, 2019 at 2:30pm.

4. Upon being advised of the same at 1:30pm, the undersigned reached out to the Court for guidance on requesting the hearing be returned to the April 10, 2019 date. In doing so, the undersigned was advised to file this motion and include details regarding the inconvenience to witnesses by 5pm. Despite the best efforts to reach the victims in this case by 5pm, the government,

Page 1 of 3

its Agents and victim witness coordinators have been unable to do so. This is likely because the victims are working or otherwise unavailable.

5. Nevertheless, the government can represent the following about the witnesses who would speak at trial.

   a. The five (5) testifying victims live in four parts of the state, including Tampa, Jacksonville, Ft. Pierce and Broward County. To have them appear in Court, the government is coordinating with the FBI, Palm Beach County Victim Services, and non-profit agencies, to provide transportation. Regarding the victims in Jacksonville and Tampa, their travel time is at least 4 hours of travel time to Palm Beach County. They have all expressed interest in speaking at the sentencing. Each of the victims work "9-5 jobs" and have twice, now, requested a day off from work for the sentencing hearing in this case. It is further unlikely, that with just over a day's notice, they will be able to be given leave from their employers.

   b. The defendant's biological children from Jacksonville and their mother, who did not testify at trial due to pre-trial rulings, had put in for vacation days and arranged travel for April 10, 2019. Having reached out to the mother of the children, she has advised that they are unable to make the trip on such short notice for this Thursday, and may not be able to appear by phone.

6. The United States has conferred with AFPD Fletcher Peacock who jointly agrees with this motion. Mr. Peacock will be in trial during the week of April 1, 2019 and unavailable during that week. He is preparing this entire week for trial beginning on April 1, 2019. Mr. Peacock anticipates the sentencing taking at least four (4) hours, as there are approximately one (1) dozen witnesses, and more than fifty (50) filed objections to the PSR. Moreover, the defendant is in the Palm Beach County Jail, while Mr. Peacock works in in Ft. Pierce. This distance, and Mr. Peacock's schedule due to trial

prep on his April 1, 2019 case, make it not effective for him to be able to prepare the defendant for sentencing.

7. The parties would request that the sentencing hearing be re-reset back to April 10, 2019 at for the week of April 10, 2019.

>Respectfully submitted,
>
>ARIANA FAJARDO ORSHAN
>UNITED STATES ATTORNEY
>
>By: *s/ Gregory Schiller*
>   Gregory Schiller
>   Assistant United States Attorney
>   Court ID No. A5501906
>   500 South Australian Avenue Suite 400
>   West Palm Beach, Florida 33401
>   Phone: (561) 209-1045
>   Email: Gregory.Schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system on March 26, 2019.

>By: *s/ Gregory Schiller*
>Assistant United States Attorney