UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-80053-CR-ROSENBERG

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALSTON ORLANDO LEROY WILLIAMS,

        Defendant.

_____/

## STATUS REPORT REGARDING RESTITUTION HEARING

The United States hereby files this joint status report as directed by the court (DE 224). The government hereby advises the Court of the following:

1. This case is currently set for a restitution hearing on July 24, 2019 at 10am.

2. The parties are not able to reach an agreement as to the restitution amounts in this case and will necessitate a hearing.

3. The government is aware, of the Court's intention to reschedule the restitution hearing for the first week of July (DE 224).

4. The undersigned will be out of the Country from June 13, 2019 through July 10, 2019 and unable to attend hearings or reply to any response, if one is filed, to the government's motion for restitution previously filed on March 5, 2019 (DE 179).  The government needs time, upon returning the United States, to respond to any response filed by the defendant.

5.  Restitution must be ordered within ninety (90) days of the judgment in this case. By the government's calculation, that date is no later than July 29, 2019. The government is amenable, if necessary to conducting the hearing on July 24, 25, 26 or 29th.

6.  The government and the defense agree that restitution is contested in this case.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   s/ *Gregory Schiller*
GREGORY SCHILLER
Assistant United States Attorney
Admin. No. A5501906
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office:  (561) 209-1046
Email: Gregory.Schiller@usdoj.gov

**CERTIFICATE OF SERVICE**

**I hereby certify** that on June 7, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                 s/ *Gregory Schiller*
                                                 Gregory Schiller
                                                 Assistant United States Attorney