```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                     WEST PALM BEACH DIVISION

 3                  CASE NO. 18-CR-80053-ROSENBERG


 4
      UNITED STATES OF AMERICA,       .
 5                                     .
      Plaintiff,                       .
 6                                     .
              vs.                      .
 7                                     .
      ALSTON O. WILLIAMS,              .   West Palm Beach, FL
 8                                     .   March 28, 2019

 9    Defendant.                       .

10                            VOLUME 1

11                      SENTENCING PROCEEDINGS
                BEFORE THE HONORABLE ROBIN L. ROSENBERG
12                  UNITED STATES DISTRICT JUDGE

13

14    APPEARANCES:

15
      FOR THE PLAINTIFF:         GREGORY SCHILLER
16                               United States Attorney's Office
                                 500 Australian Avenue
17                               Suite 400
                                 West Palm Beach, FL 33401
18                               954-789-6285

19    FOR THE DEFENDANT:         FLETCHER PEACOCK, ESQ.
                                 Federal Public Defenders Office
20                               450 North 2nd Street
                                 Fort Pierce, FL 34950
21                               772-489-2123

22                               M. CAROLINE McCRAE, ESQ.
                                 Federal Public Defenders Office
23                               450 S. Australian Avenue
                                 Suite 500
24                               West Palm Beach, FL 33401
                                 561-833-6288
25
```

Pauline A. Stipes, Official Federal Reporter

1          Official Court Reporter:   Pauline A. Stipes
                                      HON. ROBIN L. ROSENBERG
2                                     Ft. Pierce/West Palm Beach, Fl
                                      772.467.2337
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          *THE COURT:*  Okay, United States versus Alston Leroy

2    Williams.

3          If we could have all appearances.

4          *MR. SCHILLER:*  Good afternoon, Greg Schiller on behalf

5    of the United States, and with me is Peter Angel from the

6    Federal Bureau of Investigation.  Mr. Hoover is not able to be

7    with us this afternoon, he is awaiting a verdict in State

8    Court.

9          *MR. PEACOCK:*  Fletcher Peacock and also Caroline

10   McCrae, and Mr. Williams is present.

11         *PROBATION OFFICER:*  Frances Weisberg on behalf of

12   Probation.  Good afternoon.

13         *THE COURT:*  On December 20, 2018, Mr. Williams was

14   found guilty of Counts 1, 2, 4, 9, 10, and 11 of the

15   superseding indictment.

16         Count 1 charges Mr. Williams with sex trafficking of a

17   minor, in violation of 18 United States Code, Section

18   1591(a)(1) and (b)(2).  Count 2 charges Mr. Williams with sex

19   trafficking by, force, threats, fraud and coercion, in

20   violation of 18 United States Code, Section 1591(a)(1) and

21   (b)(1).  Count 4 charges Mr. Williams with sex trafficking by

22   force, threats, fraud and coercion, in violation of 18 United

23   States Code, Section 1591(a)(1) and (b)(1).  Count 9 charges

24   Mr. Williams with sex trafficking of a minor, in violation of

25   18 United States Code Section 1591(a)(1)(b)(2).  Count 10

1   charges Mr. Williams with sex trafficking by force, threats,

2   coercion, in violation of 18 United States Code 1591(a)(1) and

3   (b)(1).   Count 11 charges Mr. Williams with obstructing sex

4   trafficking, in violation of 18 United States Code Section

5   1591(d).

6          Upon rendering of the jury's verdict, the Court

7   adjudged Mr. Williams guilty of Counts 1, 2, 4, 9, 10, and 11,

8   and ordered a Pre-Sentence Investigation Report and deferred

9   sentencing until today's date.   I will explain what we are

10  going to do in a moment.

11          Did the Government receive the final PSI with two

12  addendums and have ample opportunity to review it?

13          MR. SCHILLER:   Yes.

14          THE COURT:   Did Defense receive it and have ample

15  opportunity to review it with Mr. Williams?

16          MR. PEACOCK:   Yes, we have reviewed the PSI.

17          THE COURT:   And I understand that there are objections

18  to the PSI filed at Docket Entry 180, response to the

19  objections by the Defense, response by the Government at Docket

20  Entry 182, a motion for restitution at Docket Entry 179, a

21  notice of filing agreed consent to forfeiture at Docket Entry

22  173.

23          By agreement of the parties, the Court is going to

24  hold the sentencing proceeding today in one part only, and then

25  there will be a continuation on a date and time that -- I think

1    we have indicated it is on May 1st at one o'clock.

2           What the parties agreed to was today the Court -- the

3    parties would -- the Defendant would argue any objections and

4    the Court would make its determination as to the objections,

5    and that on May 1st at one o'clock the Court will resume the

6    second part of the sentencing where there will be presentation

7    of any witness testimony from anyone who wants to be heard on

8    behalf of either side, and any arguments relating to 3553

9    factors, or anything else that the parties wish to put forward,

10   and at that point the Court would pronounce its sentence.

11          Is there any legal reason why the Court should not

12   begin the process today of the sentencing proceeding,

13   understanding it is not going to pronounce sentence, only

14   objections today?

15          Any reason the Court should not do that today from the

16   Government?

17          *MR. SCHILLER:*  No.

18          *THE COURT:*  From the Defense?

19          *MR. PEACOCK:*  I would ask the Court's indulgence.

20   Because of the quick setting of this portion of the sentencing,

21   I haven't had time to go back with Mr. Williams.  It may be

22   necessary for me to confer with him as we go along.  If the

23   Court would defer to me in that regard, that would be great.

24          *THE COURT:*  Yes, I will, but I don't want there to be

25   a record left in doubt about sort of the history.  I do want to

1    note for the record that the sentencing hearing was originally

2    set for February 26, 2019, so over a month ago, at

3    11:00 o'clock, and there ultimately was a request, unopposed

4    motion, Docket Entry 177, to continue the hearing, which the

5    Court did do, and reset it for the 26th of March.

6            The Court reset it again, understanding that the

7    Government's counsel was going to be in trial, and so, at

8    Docket Entry 181 there was an agreed motion to continue the

9    sentencing, and it was only after the Court learned that the

10   trial didn't go forward that the Court reset it, was going to

11   take up the entire sentencing, but had a status conference and

12   recognized there were persons who wanted to be here and it was,

13   at that point, too short notice to be able to allow for all of

14   the persons to come into town.

15           So, while I will give you any and all time you need to

16   confer with Mr. Williams, I just want the record from the

17   docket standpoint to be clear that there has been quite a bit

18   of time, including the jury verdict in December, December 20th,

19   and the Court's making every effort it can to accommodate the

20   parties, whether it be for trial, whether it be for other

21   reasons, so that everyone was ready and prepared to move

22   forward.

23           And also, that the Court is going to bifurcate it so

24   we are not undertaking everything today, but only the

25   objections, and the objections are filed by the Defendant.

1    They are the Defendant's objections.

2             So, with that said, the objections appear at Docket

3    Entry 180, and I have them up here, and we can take it one

4    objection at a time.  You can tell me how much you want to

5    devote to any one objection.  And so, with each objection, I

6    have your objection and I have the Government's response.

7             So, we are starting with your paragraph one, which is

8    page two, arrest date.  The ones that don't need a lot of

9    argument, keep them short, because there are 50 paragraphs, and

10   the ones that do, we'll spend more time on those.

11        MR. PEACOCK:  The arrest date should be November 29.

12   The Court, as noted, sat through the trial and also understands

13   that Mr. Williams was in -- although he was originally taken

14   into State custody, it was on this case.  The Federal

15   Government clearly had a strong hand in the whole case from the

16   beginning.

17        THE COURT:  I don't think the Government is objecting.

18   Am I correct?

19            The Government says the Defendant was arrested on --

20   are you objecting to the arrest date being November 29, 2017,

21   or are you saying it is March 12, 2017?

22        MR. SCHILLER:  I don't want to interfere with

23   Probation, how they handle the PSR.  If that date reflects when

24   he gets into Federal custody, that is correct.  If it reflects

25   that is when he was arrested on these charges, I defer to

```
 1    Probation.

 2             THE COURT:  What does Probation tell us?  We have the

 3    arrest date of -- well, you have 3/8/18, motion for writ of

 4    habeas, and 3/12/18, appeared in court for initial appearance.

 5             PROBATION OFFICER:  The date we note on the PSI is

 6    when he appeared on this case.  He was initially arrested by

 7    State authorities, which is noted in paragraph 147.

 8             THE COURT:  Okay.  So, 147 has the date of

 9    November 29 --

10             MR. PEACOCK:  It says November 30th, I think it should

11    be the 29th.  The charge may have been filed on the 30th.

12             Your Honor --

13             THE COURT:  Well, I think all of the information is

14    there, the question is how to present it.  What are you seeking

15    to have presented?  Nothing seems to be inaccurate.  Do you

16    want something to say he was brought over on the Federal

17    charges?

18             MR. PEACOCK:  I want the arrest date to read

19    November 29, 2017.  BOP will go off the arrest date in the PSI.

20    I don't think this is factually accurate or effective.

21             What BOP wants to know is when this guy was taken into

22    custody for this charge, and that is November 29th.  There is

23    not a whole lot of controversy about it.

24             THE COURT:  When does Probation have as to when Mr.

25    Williams was brought into custody for this charge?
```

1          *PROBATION OFFICER:* March 8, 2018 is when the

2     indictment was filed in this case.  To list the arrest date

3     being prior to the Federal charges even being brought forward,

4     we would say he was arrested and sat in custody for three

5     months before the indictment was filed.  The date we put in is

6     when the person was brought in on the Federal case, not the

7     State case.  This happens plenty of times, that is why it is

8     noted when he was brought in on the writ.

9          *THE COURT:* So, again, what happened on November 29,

10    2017?

11         *MR. PEACOCK:* He was arrested.

12         *PROBATION OFFICER:* By State authorities.

13         *MR. PEACOCK:* And Federal.

14         *MR. SCHILLER:* No, he was in custody for several

15    months until the Federal Government took over the case and

16    indicted.  The arrest date reflects November 29th.  I don't

17    think anything is missing, but counsel wants the date to be the

18    original arrest.  BOP doesn't give -- I don't think there is

19    anything one way or the other.  He was brought in on the date

20    in March, and there is nothing else from the Government.

21         *MR. PEACOCK:* I could have sworn that Agent Angel was

22    there when he was arrested.  It is a legal fiction to think he

23    wasn't arrested until March 12.  I don't think that is

24    accurate.  I don't think BOP should be given inaccurate

25    information like that.

1           THE COURT:  The Court finds that the PSI is accurate

2    insofar as it shows in paragraph 147 -- it actually says

3    11/30/2017, and outlines all of the charges that were brought

4    in State Court under 2017-CF-011452AXX.  With Counts 7 through

5    10, no action was taken, on 12/20/2017.  On 3/20/2018, Counts 1

6    through 6 were nol-prossed.  All of that is contained in 147,

7    and on the face sheet, at the very beginning, it reflects that

8    there was a motion for a writ of habeas issued on 3/8/2018, and

9    3/12/2018 is when he appeared in court on the initial

10   appearance.

11          All of those things are factually accurate, so the

12   Court, for that reason, will overrule that objection.

13          MR. PEACOCK:  11/30 is not factually accurate.  He was

14   arrested on the 29th of November.

15          MR. SCHILLER:  It says 11/30, it is after midnight.

16   Mr. Peacock is correct, he was physically arrested on the 29th.

17          THE COURT:  Do you want a sentence added under 147

18   stating he was arrested for this charge on 11/29?

19          MR. PEACOCK:  It should say 11/29 he was arrested.

20          THE COURT:  Ms. Weisberg, do you put when he was

21   arrested or booked for the charges?

22          PROBATION OFFICER:  We put the time and date that they

23   are booked.  Sometimes they are arrested after midnight.  I

24   could make that change to reflect 11/29/2017 as the date of the

25   arrest as opposed to 11/30.

```
 1                    THE COURT:  So change 11/30 to 11/29/2017.
 2                    MR. SCHILLER:  No objection.
 3                    MR. PEACOCK:  I ask on page two, under arrest date,
 4       that be amended to reflect that Mr. Williams was held in
 5       custody since 11/29, on the same charges of which he was found
 6       guilty in this case.
 7                    THE COURT:  What are you asking?
 8                    MR. PEACOCK:  Page two, under arrest date, that it be
 9       noted that Mr. Williams was arrested on 11/29 and held on the
10       same charges that he was adjudicated on in this case.
11                    THE COURT:  Government's position.
12                    MR. SCHILLER:  I made my argument.
13                    THE COURT:  I don't know that Mr. Peacock styled it
14       that way, not to take out 3/8 and 3/12, but to add another
15       entry.
16                    MR. SCHILLER:  Sure, that is fine.  The Government
17       doesn't take a position on that.
18                    THE COURT:  Is there a problem to add on 11/29/17,
19       that he was arrested on State charges?
20                    PROBATION OFFICER:  Okay.
21                    THE COURT:  All right.
22                    MR. PEACOCK:  The next objection involves the mortgage
23       fraud allegations in paragraphs five and six.
24                    THE COURT:  Next one, paragraphs five and six.  You
25       may proceed.
```

1          *MR. PEACOCK:*  Judge, if anything, that belongs in the

2     criminal history category, doesn't belong in the related cases

3     category, and that would be my objection.

4          *THE COURT:*  Did the Government take a position?  Did

5     you understand it to be just moving it?

6          *MR. SCHILLER:*  No, I didn't.  If that is the motion,

7     it is a related case, that is how Probation qualifies it

8     because it is the Defendant in a different case.  The

9     circumstances of that case relate to the human trafficking case

10    because it is all about the same house, that is why they put it

11    there.  I don't think it matters one way or the other, we

12    should defer to Probation.

13         *THE COURT:*  Is it in the addendum?  Let me let

14    Probation be heard on that.

15         *PROBATION OFFICER:*  That wasn't addressed, I didn't

16    note that he wanted to move it to another section.  I thought

17    he denied the allegations.

18         *MR. PEACOCK:*  There was a charge that was dismissed by

19    Judge Dimitrouleas.  It probably goes in the criminal history

20    category.

21         *THE COURT:*  Does the Probation have a reason that it

22    couldn't be moved?

23         *PROBATION OFFICER:*  No.  The reason it was included in

24    there, it was a Federal case with the same Defendant with the

25    house, but it can be moved to other criminal conduct.

1          THE COURT:  Just five and six -- related cases goes to

2     four, five, six, seven.

3          MR. PEACOCK:  I am sorry, seven should be --

4          THE COURT:  Are you talking about four, too, or not?

5     This is all one case, correct?

6          MR. PEACOCK:  That is fine, your Honor.  I don't have

7     any problem with the veracity of paragraph four.

8          THE COURT:  Staying where it is under related case?

9          MR. PEACOCK:  No, I thought that was accurate.  I am

10    not objecting to the facts in that, but I do think that should

11    be moved to the criminal history portion of the report, just

12    like we would always have if there was another case against the

13    Defendant, it would be in the criminal history category.

14         THE COURT:  Or in related cases.  I have seen them --

15         MR. PEACOCK:  I don't think this is a related case.

16         THE COURT:  Let's see.  Criminal history is where?

17         MR. SCHILLER:  Paragraph 148, 49, 50, 51, and 152.

18         MR. PEACOCK:  I agree.

19         I would ask, if the whole thing is being moved, it

20    would be with a statement that the Defendant denies the

21    allegations.

22         THE COURT:  148 is pending charges.  The way criminal

23    history is done, you are talking about other criminal conduct.

24         MR. PEACOCK:  That is where it would be, it would bump

25    148 to 149.

1          THE COURT:  There are no points being added for this,
2     is that correct, because it was dismissed?
3          I am going to overrule the objection and leave it
4     where it is.
5          Okay, the next one.
6          MR. PEACOCK:  Paragraph three of my objections is a
7     general objection in the sense that I object to the reliance on
8     any of the allegations or statements by RC, TL, or KC.  Clearly
9     the jury rejected that.  I don't think the Court needs to rule
10    on it specifically.
11         As it comes up in these objections, I may refer back
12    to it.
13         THE COURT:  I think I need to rule on it unless you
14    withdraw it, otherwise it would be unaddressed.
15         MR. PEACOCK:  It is not a specific objection.  In
16    considering these objections, and considering sentencing
17    issues, I don't believe the Court should rely on their
18    testimony because the jury rejected it.
19         THE COURT:  Are you asking the Court -- are you
20    seeking any relief as a result of your objection at paragraph
21    three?
22         MR. PEACOCK:  No.
23         THE COURT:  Okay.  So, no relief sought, all right.
24    Okay.
25         Paragraph four relates to paragraph 13.

1          *MR. PEACOCK:*  Paragraph four, my objection four,

2     paragraph 13, the only thing I will say is that the evidence

3     from the alleged victims showed they often kept their money.

4     All the money didn't go to Mr. Williams.  Some of the money

5     admittedly may have gone to Mr. Williams, sometimes they kept

6     their money.  I think K --

7          *MR. SCHILLER:*  Judge, if we could refer to the victims

8     by initials.

9          *MR. PEACOCK:*  Sorry.  KC said she left with $3,000.

10    KC may have had $20,000.  We also had instances where RC was

11    texting about going shopping and doing things like that, so, I

12    don't think that is accurate.

13         *THE COURT:*  Any response from the Government?

14         *MR. SCHILLER:*  Yes.  It is accurate based on testimony

15    at trial.

16         *THE COURT:*  Do you want to add a sentence that says

17    the Defendant denies this allegation?

18         *MR. PEACOCK:*  I want to add a sentence that says that,

19    according to the alleged victims' testimony, they often kept

20    money that they made.

21         *THE COURT:*  I will allow the word "all" to come out

22    because there was testimony that at times they would keep some

23    of the money.  Modify it and take the word "all" out.

24         Any objection from the Government?

25         *MR. SCHILLER:*  In what line is the word all?

16

1          *THE COURT:*  Second to the last line in paragraph 13,
2     where it said "all the girls' money."
3          *MR. SCHILLER:*  No objection to that, that is fine.
4          *THE COURT:*  Okay.  Paragraph --
5          *MR. PEACOCK:*  I object to that.  By saying that you
6     are saying all of the money, when you say the girls' money is
7     turned over to the Defendant.  As I read that, that means all
8     the girls' money was turned over to the Defendant.  If the
9     Court wants to say often, I think the testimony supports that.
10         *THE COURT:*  Well, I'm going to leave it at the girls'
11    money.  To me, taking out "all" addresses the concern that
12    there was no money that remained with the girls, so that is
13    what I am going to rule based on the evidence that I heard in
14    court.
15         So, paragraph five.
16         *MR. PEACOCK:*  Yes, ma'am.
17         *THE COURT:*  Which is directed to paragraph 14.
18         *MR. PEACOCK:*  Objection five, I stand on the
19    objection.  I think once again RC testified that she freely
20    posted her own ads often.  DR indicated in her deposition
21    testimony that she --
22         *MR. SCHILLER:*  Objection, not in evidence at trial, it
23    is irrelevant.
24         *MR. PEACOCK:*  Well, we'll offer it.  I can get -- I
25    have the transcript here with me, I could read it.  The

 1    Government knows darn well, I think it was in response to the
 2    Government's questions, where DR indicated she would often post
 3    her own ads as well.
 4         Your Honor, I am not trying to be difficult here, but
 5    the way this is written, it is making Mr. Williams out as if he
 6    did every single thing and took ever single dime.  That is not
 7    what we heard in trial.
 8         If we have statement after statement after statement
 9    that is not accurate, it paints a picture that is not accurate.
10    He didn't post -- he didn't direct and he didn't post them all
11    or tell them all to post their things on Backpage.  They did it
12    of their own free will at the time.
13         THE COURT:  If you want to have a sentence added, I
14    will entertain that.  I will not have it changed from how it
15    reads in the paragraph.
16         If Mr. Williams wants to indicate that he denies that
17    he always did that, or that at times -- Mr. Williams' position
18    is that at times RC did it on her own, I will allow you to
19    propose such a sentence.  I am not going to change what is
20    written in paragraph 14.
21         MR. PEACOCK:  I would propose the testimony at trial
22    and deposition.
23         THE COURT:  No.  I would accept what Mr. Williams'
24    position is.
25         MR. PEACOCK:  Mr. Williams' position is the testimony

Pauline A. Stipes, Official Federal Reporter

1    indicated that the women posted their own ads of their own free

2    will much of the time.

3            THE COURT:  Any objection to that sentence going in?

4            MR. SCHILLER:  Yes, the whole thing -- Judge, if we

5    are going to go through these one-by-one, we will be here for

6    four or five hours.

7            THE COURT:  No, we are not.

8            MR. SCHILLER:  The way we are going -- I want to make

9    this clear, if Defense is saying to each one of the paragraphs

10   or aspects of paragraphs, 50 some objections, Mr. Williams

11   disagrees with what that was, how about at the end we list the

12   paragraphs he is objecting to, unless it is direct.  We do not

13   have transcripts, the Defendant did not order transcripts,

14   there is nothing, it is what he believes it to be.

15           Your Honor sat through the trial, you know what was

16   said and what was testified to.  It is a simple solution to all

17   of this, we put a statement at the end and say, Mr. Williams

18   objects to paragraphs, and we number them, and the objections

19   are maintained even though they are maintained in the

20   objections that he filed.

21           THE COURT:  Okay.

22           MR. PEACOCK:  First, about 90 percent of the

23   Government's responses to the Defendant's objections and

24   assertions are contradicted by the physical evidence and

25   testimony at trial.

1          I don't quite understand the Government's position.  I
2     don't think that is correct.  I think the Court has to make a
3     ruling.  These are very important, this is not a minor thing.
4          THE COURT:  I will make a ruling, and if you want to
5     entertain with anyone in the ruling, I will hear them
6     individually, but if I overrule them -- we are not going to
7     take up each one, I agree.  Whether you want to make a
8     statement about Mr. Williams denies them, fine, but one
9     paragraph could take care of all of them.  Paragraph 14 was
10    overruled.  Paragraph six --
11         MR. PEACOCK:  I do object to a one paragraph thing.  I
12    want to go back and cite to particular instances in the
13    transcripts.  I will do that.  I can do that.
14         THE COURT:  It wasn't put in the objections.  I don't
15    have them in front of me.
16         MR. PEACOCK:  The objections would be a hundred pages
17    long.  Your Honor indicated you sat through the trial.
18         THE COURT:  Is there a question that I did?
19         MR. PEACOCK:  No, ma'am.  I understand.
20         THE COURT:  I was here and I took notes.
21         If at any time you want to make reference to a
22    transcript, that is fine.  Otherwise, we will continue along.
23    Paragraph 16 is what is contained in paragraph six.
24         MR. PEACOCK:  If I may have a one minute, your Honor.
25         THE COURT:  Yes.

1          *MR. PEACOCK:*  Objection six, paragraph 16, my

2     recollection was that the money was recovered from RC.  I will

3     stand on my statement there.

4          *THE COURT:*  Any response from the Government?

5          *MR. SCHILLER:*  That it was, Judge.

6          *THE COURT:*  Say what your response is.

7          *MR. SCHILLER:*  I am relying on my response in my

8     motion, the PSR is correct.

9          *THE COURT:*  Anything further on paragraph six relating

10    to paragraph 16?

11         *MR. PEACOCK:*  No, ma'am.

12         *THE COURT:*  That is overruled.

13         Paragraph seven, which relates to paragraph 17.

14         *MR. PEACOCK:*  Yes, I do object to the statement that

15    GRL was never at that home by herself.

16         I think the record reflects that GRL was frequently

17    alone.  GRL also left the home several times of her own

18    volition and returned.

19         *THE COURT:*  So, what are you objecting to, the

20    Defendant never left GRL home alone herself?

21         *MR. PEACOCK:*  Yes, paragraph 17, "The Defendant never

22    left GRL home by herself."

23         *THE COURT:*  Government.

24         *MR. SCHILLER:*  Would it help to change the word never

25    to rarely?  This relates to what RC testified to.

```
1              THE COURT:  It sounds like Defense agrees.
2              The Defendant rarely left GRL, change never to rarely
3      in paragraph 17.
4              MR. PEACOCK:  Paragraph -- so, now we are at eight.
5              THE COURT:  Which relates to paragraph 18.
6              MR. PEACOCK:  Yes, ma'am.  That objection can stand on
7      its own, your Honor.
8              THE COURT:  Any response?
9              MR. SCHILLER:  Judge, the Defendant's objection seems
10     to be a commentary on what is in the PSR, as opposed to
11     objecting to the PSR.  It adds facts that the Defendant wants
12     in.  I don't know that it is an objection, the PSR is accurate.
13             Does Defense counsel want that language added in; and
14     if so, specifically that, something less, more, or otherwise?
15     That would be the Government's position.
16             THE COURT:  Does Defense want to elaborate?
17             MR. PEACOCK:  No, ma'am.
18             THE COURT:  No relief sought?
19             MR. PEACOCK:  No, ma'am.
20             THE COURT:  No relief sought.
21             Paragraph nine relates to paragraphs 19, 20, and 21.
22             MR. PEACOCK:  Yes.  Mr. Williams does deny the
23     allegations that he physically abused RC.  This is where I ask
24     the Court to take into consideration the jury's verdict.  RC, I
25     think, was probably on the witness stand for a whole day and
```

1    just said time after time after time how badly she was treated

2    physically, mentally, everything else, and how she only did

3    what she did because she was afraid of Mr. Williams.  She was

4    very clear, very emphatic about her testimony, and the jury out

5    and out rejected that, Judge.  And so, I don't think that the

6    Court should rely on her allegations in 19, 20, and 21.

7              I think those should be stricken.

8              THE COURT:  And from the Government.

9              MR. SCHILLER:  As I stated in my response, this is

10   contradicted by the evidence.  Yes, the jury found him not

11   guilty of sex trafficking of RC in the superseding indictment,

12   but multiple witnesses testified to -- and RC testified to her

13   own abuse against her by the Defendant.  The Court can take

14   judicial notice of what it heard regardless of the jury's

15   verdict in the case about what occurred to RC.

16             THE COURT:  Okay.  The Court is going to overrule

17   paragraph nine, which is directed to paragraphs 19, 20, 21.

18             MR. PEACOCK:  I understand, your Honor.  Let me add,

19   in reference to this view of credibility, even when it comes to

20   DL, for an example, DL testified that Mr. Williams had abused

21   DL and RC.  Clearly the jury did not believe her.  So, even

22   with those victims where the jury found Mr. Williams guilty,

23   the jury clearly found portions of their testimony

24   unbelievable, and I want to put that in the proper context for

25   the Court.

```
 1            THE COURT:  All right.  Paragraph 22, outlined in
 2    paragraph ten.
 3            If there are ways you want to group any of these, let
 4    the Court know if any of them lend themselves to being grouped
 5    in the interest of time.
 6            MR. PEACOCK:  I understand, Judge.  I think we are
 7    moving along fairly well actually.  I don't think we have taken
 8    all that long.
 9            Once again, your Honor, this relies on the testimony
10    of RC and we don't believe RC is credible.  We don't believe
11    the jury found her to be credible either, and we don't think
12    this should be in the report.
13            THE COURT:  Government, anything further than what you
14    have put in your response?
15            MR. SCHILLER:  No.
16            THE COURT:  Okay, that is overruled.
17            Your paragraph 11 is directed to paragraph 23.
18            MR. PEACOCK:  Yes, ma'am, specifically directed at the
19    second sentence, "The girls were not allowed to go outside the
20    residence alone without permission and if they moved around in
21    the house, they had to tell the Defendant where they were
22    going."
23            This doesn't give us a source, so I don't know -- the
24    Court can't make any determination whether it comes from a
25    credible source or not.  That is something Probation put in the
```

```
 1   report.  I assume they got it directly from the Government.
 2            But the evidence, once again, showed these women left
 3   again, again, again.  They would come back, leave again, come
 4   back, leave again.  DL had a romantic affair with the manager
 5   of an escort service, she went off to live with the guy at one
 6   point.  She apparently went off to a trap house in Davie and
 7   lived there at one point for weeks on end.
 8            DR indicated in her deposition that she would come and
 9   go time and time again.  Clearly, we saw RC in and out of the
10   house all the time.  We saw RC going to other countries with
11   her clients for weeks at a time.
12            It is just not accurate, your Honor, it is not
13   accurate after the evidence that we heard.
14            THE COURT:  Government.
15            MR. SCHILLER:  I rely on my motion.  What I am hearing
16   is that the Defendant didn't like the evidence that came out at
17   trial, but that is what came out at trial, they weren't allowed
18   to go to any of these places unless the Defendant allowed them
19   to go or told them to go.  Did DL leave?  Yes, she left out of
20   fear, and came back with his permission.
21            THE COURT:  Often.
22            MR. SCHILLER:  Yes, that is what I would suggest.
23            MR. PEACOCK:  In July 2017, DL started sending naked
24   pictures to Mr. Williams asking to come back, dancing in a club
25   in St. Petersburg, Florida, talks about wanting to come back
```

1    and wanting Mr. Williams to come pick her up.  There is no

2    testimony, text, or anything else of Mr. Williams threatening

3    her and making her come back.  She left in 2012, and she wants

4    to come back in 2017.

5              That is not out of some fear of Mr. Williams, she had

6    been living apart from him for five years.

7              THE COURT:  I will add the word "often".  The girls

8    often were not allowed to go outside the residence alone, and

9    the rest will stay the same.

10             The next one is your paragraph 12 that goes to

11   paragraph 24.

12             MR. PEACOCK:  I would ask you to include the

13   sentence -- first of all, they are not girls, they are women.

14   I would ask the sentence reflect that these women often left

15   and returned to and from the home of their own volition over a

16   period of several years.

17             THE COURT:  I am going to leave it at adding the word

18   "often".

19             Paragraph 24.

20             MR. PEACOCK:  Objection 12 to paragraph 24 speaks for

21   itself, your Honor.

22             THE COURT:  Response from the Government.

23             MR. SCHILLER:  Cutting logs might not be appropriate.

24   They testified that they removed the logs.  Let's substitute

25   cutting for the word removed.  I have no objection to that.

1   Otherwise, it is what came out at trial.

2           THE COURT:  Change the word cutting in paragraph 24 to

3   moving.

4           Paragraph 13 goes to paragraph 25.

5           MR. PEACOCK:  There were only two long guns in the

6   house, your Honor, not three.  I don't know where the three

7   came from.

8           THE COURT:  From the Government to paragraph 25.

9           You do indicate two long guns were recovered from the

10  Defendant's home and one in the victim's room.  Evidence at

11  trial was the Defendant was responsible for the gun being

12  placed there.

13          MR. SCHILLER:  I thought they were objecting to where

14  the guns were.  No, there were two guns.

15          THE COURT:  Paragraph 25 should be changed to there

16  were two long guns, not two or three?

17          MR. SCHILLER:  Correct.

18          MR. PEACOCK:  Paragraph 14 speaks for itself.

19          THE COURT:  Paragraph 14 is directed at paragraph 26.

20          MR. SCHILLER:  Just one second, Judge, I am reviewing

21  the PSR.

22          THE COURT:  Okay.  It has to do with the reason --

23          MR. SCHILLER:  Paragraph 26 is accurate based on the

24  testimony at trial.  RC testified it was the Defendant's

25  recommendation that she do it that way.  He didn't bring her to

27

 1    the tattoo parlor.

 2              THE COURT:  And he paid for the surgery?

 3              MR. SCHILLER:  That was the testimony.

 4              THE COURT:  I will overrule the objection to paragraph

 5    26.

 6              Paragraph 15 is directed to paragraph 27.

 7              MR. PEACOCK:  Yes, your Honor, that paragraph 27

 8    should reflect that the -- yes, it speaks for itself.  GRL was

 9    introduced to prostitution by RC.  RC is the one who talked to

10    GRL --

11              THE COURT:  It does say RC approached GRL, got her

12    phone number, and began talking to her.

13              MR. PEACOCK:  It was not at Mr. Williams' direction.

14    By that time, RC was very active, to put it nicely, and took it

15    upon herself to take GRL under her wing.

16              THE COURT:  I will overrule that objection.

17              MR. PEACOCK:  Paragraph 28 should reflect that Mr.

18    Williams did not have sex with GRL until she was 18 years old,

19    and I think that was GRL's testimony as well at trial, and that

20    Mr. Williams specifically prevented her from being a prostitute

21    until she was 18 years old.

22              THE COURT:  Did you order a transcript of the trial?

23              MR. PEACOCK:  Yes, we have.  We don't have all of it.

24              THE COURT:  You realize with these kinds of

25    particular -- if you are making the objections, the burden

```
 1   would be on the Defendant.  We sat through the trial for two
 2   and a half weeks, the Government did.  All of this could have
 3   gone probably more easily or quickly if we were literally
 4   looking at a transcript and you pulled the page and line, and
 5   this is an example.  If you are saying she testified where she
 6   was 18, that is something very easily searchable in the
 7   transcript.  You are saying she said she was 16.
 8          What does the Government say?  I would have to go back
 9   to my notes.  When you make the factual objections regarding
10   testimony over two and a half week period of time, having the
11   transcript would be one way that we could all easily refer back
12   to our notes or to a record of it, rather than recollection or
13   notes.  This is voluminous and detailed how the objections are.
14          MR. PEACOCK:  I would have been more prepared if we
15   were going on the 10th instead of now.  I would love to do
16   that, but I can't do that.
17          THE COURT:  Does the Government have a response?
18          MR. SCHILLER:  The Government's memory is that GRL had
19   sex with him when she was a minor, the sex happened while she
20   was a minor and continued when she turned 18.
21          MR. PEACOCK:  Your Honor, I don't have any objection
22   if it indicates the parties dispute whether she had sex with
23   Mr. Williams prior to 18, and the parties concur she did not
24   act as a prostitute until after the age of 18.
25          MR. SCHILLER:  Judge, the final PSR is not a place
```

1    where the parties lodge objections to things, that is what the

2    addendums are for.  Defense lodged the objections, they are

3    noted by Probation.  Their objections have been lodged.

4         The actual facts of this case that we are dealing with

5    right now are what the Court determines to be the facts.

6    Putting a paragraph or sentence in there where the Defendant

7    objects to this, objects to this -- any objections the Defense

8    have are noted in their motion, as well as the addendum to the

9    PSR, and that is where they go.

10        MR. PEACOCK:  Probation doesn't call us up and ask us

11   what happened; they call the Government up and ask them what

12   happened.

13        So, I mean, I probably would be in their position,

14   too, if that is what happened, but it is not.  We are trying to

15   put forth what we think are inaccuracies in the record.

16        I would be fine if that paragraph just reflected that

17   we dispute whether GRL had sex with Mr. Williams prior to the

18   age of 18, and we agree she did not act as a prostitute until

19   after she was 18.

20        THE COURT:  All right.  I have it.  If this is what we

21   need to do, we will do it.

22        So, paragraph -- your paragraph 16, you are saying

23   that Mr. Williams did not have sex with GRL until she was 17

24   years old.

25        MR. PEACOCK:  18.

1          *THE COURT:*  I am looking at my notes and she said she

2     was 17 when she first had sex with him, so that is overruled.

3          *MR. PEACOCK:*  Is it appropriate for it to reflect that

4     she did not act as a prostitute until after she was 18.

5          *MR. SCHILLER:*  That is an accurate statement of the

6     facts.

7          *MR. PEACOCK:*  That is in the next paragraph.

8          *MR. SCHILLER:*  Yes, it is in paragraph 29.

9          *THE COURT:*  A little before her 19th birthday she

10    started with prostitution.

11         *MR. PEACOCK:*  That is fine.

12         *THE COURT:*  I am reading from my notes at the trial.

13         *MR. PEACOCK:*  I have no objection to that.

14         *THE COURT:*  Are we in objection to paragraph 28 or 29?

15         *MR. PEACOCK:*  I would add that statement to 28.

16         *MR. SCHILLER:*  It is already in 29.

17         *MR. PEACOCK:*  I would add that to 28 and that would

18    make it fine for the Defense.

19         *THE COURT:*  Let me see what 29 says.

20         It is in paragraph 29.  I am not going to add

21    anything.

22         *MR. PEACOCK:*  In 29, it is more of an objection that

23    the paragraph is not complete.  If only for the Court's

24    information, GRL was living with her aunt, she contacted Mr.

25    Williams, she asked him to come pick her up, he did.

```
 1              THE COURT:  What are you objecting to in 29?
 2              MR. PEACOCK:  I am saying it is not complete.
 3              THE COURT:  What is not complete about it?
 4              MR. PEACOCK:  I am trying to explain that.
 5              GRL was living -- this is after the arrest in
 6    Kissimmee, GRL went to live with her aunt.  At some point, GRL
 7    contacted Mr. Williams on Facebook and asked him to come pick
 8    her up.
 9              THE COURT:  I need to know what you want to have in
10    paragraph 29.
11              MR. PEACOCK:  What I have written in my objection 17,
12    that Mr. -- at her request, Mr. Williams picked her up.  He
13    learned that GRL's aunt had filed a missing person's report.
14    He took GRL to the Davie Police Department, which he did, they
15    took note of it and let her go -- let him go.  Also, that GRL
16    was willingly acting as an escort, she wanted to do so, and she
17    was an adult.
18              THE COURT:  Okay.  You want that added.
19              What is the Government's response?
20              MR. SCHILLER:  We object entirely.
21              THE COURT:  I am going to overrule the objection.
22              Paragraph -- your paragraph 18 goes to paragraph 30.
23              Okay, paragraph 30.
24              MR. PEACOCK:  That stands on its own, Judge.
25              THE COURT:  Any response from the Government?
```

1          MR. SCHILLER:  Judge, do you want to make the same

2    change as you did in the previous paragraph with the word

3    "all?"  Just take out the word "all" in paragraph 30, next to

4    the last line, not that I agree with it, I am trying to keep it

5    consistent with what the Court did before.  That might appease

6    Defense counsel on their motion slightly.

7          THE COURT:  We can take out the word "all" in the

8    second to the last line.  If you just say with the money, that

9    is consistent with the change the Court made before.

10          Paragraph --

11          MR. PEACOCK:  Paragraph 19 should have said 31.

12          THE COURT:  Okay.

13          MR. PEACOCK:  Once again, the jury clearly discredited

14    GRL's testimony in this regard.  We object to that.  We think

15    it was a clear finding by the jury that didn't occur.

16          THE COURT:  Response from the Government.

17          MR. SCHILLER:  Whenever the Defense cited an objection

18    to evidence based on victims who the jury acquitted for, I

19    cited to United States Supreme Court case of United States

20    versus Watts, 519 U.S. 148.  In there, the Supreme Court said

21    at page 156, "an acquittal in a criminal case does not preclude

22    the Government from re-litigating an issue when it is presented

23    in a subsequent action governed by in a lower standard of

24    proof.  It is appropriate that facts relevant to sentencing be

25    proved by a preponderance of the evidence, 6A1.3 in the comment

1    section, and we have held that application of the preponderance

2    standard at sentencing generally satisfies due process."

3         All the Court needs to do is find the facts happened

4    by a preponderance of the evidence, and they are admissible for

5    what we are here for today.

6         I rely on my motion in that the facts are admissible.

7         THE COURT:  Your paragraph 19 directed to paragraph

8    31, I will overrule that objection.

9         Paragraph 20, which is directed to paragraph 32.

10        MR. PEACOCK:  That can stand on its own, your Honor.

11        THE COURT:  We can take out the word "all" in

12   paragraph 32 before her money.

13        Paragraph 21 is directed to paragraph 33.

14        MR. PEACOCK:  Yes, I mean, Mr. Williams denies the

15   striking and denies hitting her vagina, denies choking her or

16   tasing her or stopping her.

17        I stand on the objection as it is written.

18        THE COURT:  Well, my notes from the direct examination

19   at 10:53, whichever date GRL testified, he would hit her, he

20   used a taser on her at random places on her body, it hurt her,

21   it was not fun.  He had one taser when she first met him, and

22   then another powerful one, used pliers on he and Pinky, used

23   the phone to hit her, was in the car when he hit her with the

24   phone, hit her with a fist in the stomach, kicked her in the

25   kitchen, choked her three times, stuck pins in her, threatened

1   her, pulled a trigger of the gun pointing at her leg, he

2   threatened he would kill her.  This is what she testified to.

3        The Court is going to overrule those objections set

4   forth in paragraph 21, directed to paragraph 33.

5        Paragraph 22, directed to paragraph 34.

6        MR. PEACOCK:  GRL left the house on multiple occasions

7   for extended periods of time.  As was reflected in the

8   testimony, GRL would often call the Defendant and ask him to

9   come pick her up after she had left.

10       This paragraph gives a totally misleading and

11  inaccurate impression of what the facts were.  I believe GRL

12  also testified she left the house on multiple occasions and

13  returned.

14       THE COURT:  Response.

15       MR. SCHILLER:  Just one second, Judge.

16       MR. PEACOCK:  She also had three telephones over the

17  time she was in the house of her own, which goes to the last

18  sentence.

19       THE COURT:  She testified on cross-examination that

20  she went with her aunt and uncle and she didn't tell her aunt

21  and uncle.  She was afraid that if she told her aunt and uncle,

22  they would be scared.  She wanted to protect her aunt and uncle

23  by going back to the Defendant, and told him where to pick her

24  up.  He said he knew where she was and gave him the

25  information, and she did testify she felt like a slave, doing

1    the cooking and going to the attic.  I have all of these things

2    in my notes, day, time.

3         MR. PEACOCK:  I understand.  I think that is accurate,

4    your Honor.

5              Once again, I think the jury rejected that testimony.

6              Not to go to that, I guess I would inquire of the

7    Government if they are aware that she had several telephones of

8    her own during this time period, going to that last sentence in

9    particular.

10        MR. SCHILLER:  She testified she used several phones

11   provided to her by the Defendant so she could help coordinate

12   with the other girls who were being trafficked.  She never

13   testified she had any of her own that she purchased or that she

14   brought into the house.  No, that never happened.

15        THE COURT:  What?  What never happened, that she was

16   prohibited from bringing a phone?

17        MR. SCHILLER:  No, that she went to a T Mobile store

18   and bought a phone on her own.  Any phone she had is because

19   the Defendant brought it to her or had her get it to continue

20   the trafficking operation.

21        THE COURT:  What are we talking about in paragraph 34?

22        MR. SCHILLER:  Paragraph 34, in paragraph number 22

23   they say GRL had three phones during the time she lived at the

24   house.  She had phones because the Defendant gave them to her

25   and had her use phones.  That was the evidence through the

1    testimony.

2              THE COURT:  Are you asking that a sentence be included

3    that she had three phones during the time she lived at the

4    house?

5              MR. PEACOCK:  She had two Galaxy Samsung 5S and AI

6    phones.

7              MR. SCHILLER:  It says GRL was prohibited from having

8    a phone except for communicating with the Defendant while the

9    other girls were prostituting.  It says she had access to the

10   phone.  You want to say she had three of them?

11             THE COURT:  Yes, she had three different phones

12   communicating with the Defendant while the other girls were

13   prostituting.

14             MR. PEACOCK:  It doesn't say who she was communicating

15   with, Judge.

16             THE COURT:  We will add three different phones, and we

17   can leave it at that, period.

18             MR. PEACOCK:  I think that is fine.  I do want to put

19   some context on this for the Court.

20             Is the Government is alleging she didn't have these,

21   you know -- first off, she had to leave for him to threaten her

22   to come back.

23             Through much of this the Government is alleging she

24   never left, she wasn't allowed to be alone, she was always

25   monitored, everything else.  You can't have it both ways.

1          *THE COURT:*  We will move on from the paragraph.  The

2     paragraph says she left multiple times, that remains, and I

3     changed the last sentence to, having a phone except for use of

4     three different phones for communicating, period.

5          So, I think I have addressed both of the issues that

6     you brought up.

7          *MR. PEACOCK:*  Okay.  Paragraph 36, my objection 23.

8     We would contend that all of the women had their own money when

9     they were working.  And once again, the testimony from KC was

10    that she took $3,000 with her when she left.  TL testified that

11    she took as much as $20,000.  The testimony supports the fact

12    that the women had their own money.

13         Once again, these are not girls, these are women.

14    This idea that the report calls them girls throughout is

15    distorted, and it is inappropriate, quite frankly.

16         *THE COURT:*  We've addressed the money issue.  Let's

17    remove the first sentence in 36, we have taken care of the

18    money.  And two other paragraphs where I made modifications

19    based on the Defendant's objection, we'll remove the first

20    sentence.

21         Any objection from the Government?

22         *MR. SCHILLER:*  That is fine, Judge.

23         *THE COURT:*  That is paragraph 36.

24         *MR. PEACOCK:*  Last sentence on page ten, "Anytime a

25    girl wanted money, they had to ask the Defendant for it" --

1    goes over to the next page -- "if he declined, that ended the

2    matter."  That is not accurate under the Court's rulings in

3    this regard.

4         MR. SCHILLER:  If I may, it is not contrary to

5    anything the Court has said.

6         THE COURT:  I don't find it contradictory.  I will

7    make the one change in removing it.  I am not going to remove

8    anything else.  I do not find it to be contradictory to the

9    Court's rulings.

10         The next one, paragraph 34, that goes to paragraph 38.

11         MR. PEACOCK:  That stands on its own, your Honor.

12         THE COURT:  Do I need to look back on my notes?  Do

13    you have anything that says otherwise or that supports what you

14    are saying?  Otherwise, I could spend the time finding my notes

15    for DL.

16         MR. SCHILLER:  DL testified extensively that she had

17    sex before she was 18.

18         MR. PEACOCK:  DL did testify to that.  That doesn't

19    make it accurate.  The jury rejected much of her testimony.

20         THE COURT:  You don't know what they rejected.  I

21    don't think, because they didn't bring in a particular count,

22    means that each and everything they testified to was rejected

23    by the jury.

24         MR. SCHILLER:  They convicted DL on both counts.

25         MR. PEACOCK:  They convicted of being sex trafficked,

1    not Mr. Williams having sex with her.

2         *MR. SCHILLER:*  The Court's memory controls.

3         *THE COURT:*  Your objection paragraph to 38, that is

4    overruled.

5         *MR. PEACOCK:*  My 25, in reference to 39, Mr. Williams

6    denies he made any of the women get abortions.  He would

7    concede there were joint decisions that he participated in, but

8    he never forced anyone to get a abortion.

9         *THE COURT:*  Response.

10        *MR. SCHILLER:*  Yes, he did, based on the evidence at

11   trial.

12        *THE COURT:*  Okay.  I am going to overrule the

13   objection in that paragraph, your paragraph 25, directed at 39.

14        We are now at your paragraph 26, directed to paragraph

15   40.

16        *MR. PEACOCK:*  Judge, we object to the accuracy of the

17   entire paragraph.

18        In regard to DL -- if I may, I will defer to

19   Ms. McCrae with regard to that objection, if the Court will

20   permit.

21        *MS. McCRAE:*  Yes, your Honor --

22        *THE COURT:*  Let me take a quick look for a moment.

23        Okay, I am reading from my notes.  Do you have the

24   transcript?

25        *MS. McCRAE:*  No, your Honor.  The objection is not

1    what did DL testify to at trial.

2              The objection goes to whether or not the Court should

3    be making a finding in the PSR that this is what happened in

4    the case.  Mr. Williams is maintaining his innocence, and this

5    is not something that was a factual finding by the jury.

6              As the Court is aware, sex trafficking counts are

7    completed at the time of recruitment, harboring, maintaining,

8    transporting, et cetera.

9              The jury's finding with respect to DL does not say

10   whether she completed a sex act before the age of 18.

11             This is mostly consistent with DL's testimony.  The

12   last couple of sentences at the bottom of page 11, DL did not

13   testify to this specifically where it states, "After about an

14   hour of persuading, DL agreed and had sex with the man for

15   $300.  The Defendant told her how much to charge and Maryanne B

16   gave her a condom to use."

17             Specifically with respect to those sentences, DL

18   admitted she had given inconsistent accounts of what was

19   charged and whether she --

20             THE COURT:  She testified it was 100 to $200, and she

21   used a condom, and MB gave it to her.  You want to change it

22   from a hundred to 200?

23             MS. McCRAE:  The question is not what did she testify

24   to.  If your Honor overrules our objections and leaves this in

25   the PSR, you are making a factual finding with respect to DL's

1    testimony.  We are maintaining an objection to that because we

2    don't think DL's testimony should be credited by the Court,

3    noting for the Court, it doesn't matter that the jury returned

4    verdicts on with respect to DL because those verdicts do not

5    reflect a factual finding that these events did occur.

6         *THE COURT:*  I will make a finding of fact that we

7    could change $300 to 100 to $200.

8         *MS. McCRAE:*  With respect to --

9         *THE COURT:*  Let me just --

10        Paragraph 27 is directed to paragraph 41.

11        *MS. McCRAE:*  Yes.  Although a lot of this is based

12   generally on DL's testimony at trial, again, Mr. Williams

13   maintains this testimony should not be credited.  What we saw

14   from the other evidence is no evidence that DL was actively

15   engaged in prostitution until after she turned 18.  That is

16   both from the cell phones seized contemporaneously with DL's

17   allegation that she was engaged in prostitution, as well as the

18   hard drive computer that demonstrated prostitution at that time

19   not by DL, but by the other women involved.

20        We also note that --

21        *THE COURT:*  She did testify that she thought she was

22   17, she could have been 16, she was under age when she began

23   what was happening at the hotel.

24        *MS. McCRAE:*  Our position is that the Court should not

25   credit that testimony by DL.  It was not corroborated by the

1    other evidence.

2            THE COURT:  I understand your position, you have been

3    heard.  I overrule the objection.

4            MS. McCRAE:  We note specifically for the third

5    sentence, "The Defendant was posting DL on Backpage.com at the

6    time because she was not old enough to work for the agencies."

7    That is not what DL testified at trial.  What she testified to

8    was that she was not being posted on Backpage because she was

9    under age and picking up dates posted by the other women who

10   were of age at the time.

11           I don't think that testimony is even supported by the

12   testimony at trial.

13           THE COURT:  She was not old enough to post, she was

14   only 17, Nino posted the Backpage ads, when she turned 17 she

15   had dates once or twice a week, she got clients through MB.

16           MR. SCHILLER:  Judge, I note that statement wasn't

17   even noted in Defense counsel's objections to the PSR.

18           MS. McCRAE:  It is inherent that she wasn't

19   prostituting before she was 18 years old.

20           THE COURT:  We are on paragraph 29 now.  We are on

21   your paragraph 29, which is directed to 44.

22           MS. McCRAE:  I thought we were on 27, directed to 41.

23           THE COURT:  No, the Court has overruled 27 and the

24   Court overruled 28.  Maybe I got ahead.

25           Did we take up 28?

1        *MR. SCHILLER:*  We did not.

2        *THE COURT:*  We are now on 28, directed to 43.

3        *MS. McCRAE:*  With respect to the statement DL was

4   posted online under age, your Honor is leaving that, although

5   the testimony was she was not posted online under age?

6        *THE COURT:*  Where is that?

7        *MS. McCRAE:*  Objection number 27, directed at

8   paragraph 41.  The third sentence of paragraph 41 states, DL

9   was posting on Backpage at the time because she was not old

10  enough to work for the agencies.

11       *THE COURT:*  "The Defendant was posting DL on

12  Backpage.com at the time because she was not old enough to work

13  for the agencies," and that is what she testified to.  She

14  wasn't old enough to post, she was only 17.

15       *MS. McCRAE:*  So she was not posting on Backpage at the

16  time as reflected in the sentence.

17       *THE COURT:*  My notes say Nino posted MB's ads.  When

18  she turned 17, she had dates once or twice a week.  When she

19  turned 18, she was having sex every day.

20       *MR. SCHILLER:*  So, just to clear it up, we can say in

21  the second line the Defendant was posting for DL on Backpage.

22  This way it doesn't indicate he was posting physically her, but

23  possibly the other girls, which he was, and DL would take their

24  spot.  If we add the word for --

25       *MS. McCRAE:*  It doesn't clear it up because we are

```
1    maintaining innocence.

2            If the Court is adopting the position that you are

3    taking the testimony at trial and inputting this into the PSR,

4    this wasn't supported by the testimony at trial.

5            THE COURT:  We can make the second sentence to say DL

6    was not old enough to work for the agencies at that time.

7            All right.  Let's move on to the next paragraph.  That

8    will be the new second sentence instead of the one we have.

9            MS. McCRAE:  That would be objection 28, your Honor,

10   directed at paragraph 43.

11           I think that this has been touched on in other

12   paragraphs.  Again --

13           THE COURT:  We are in paragraph 29 now.

14           MS. McCRAE:  I don't think we have addressed objection

15   28, paragraph 43.

16           MR. SCHILLER:  I agree, Judge, we skipped over it.

17           THE COURT:  The one we discussed was related to --

18           MR. SCHILLER:  Paragraph 41 of the PSR.

19           THE COURT:  Okay, proceed.

20           MS. McCRAE:  Again, we are objecting to the statements

21   in paragraph 43.  We don't think the Court should find that

22   this is part of the offense conduct for these statements by DL

23   that we don't think are corroborated by the evidence in the

24   case and aren't findings that the Court should make.

25           THE COURT:  Response.
```

1        MR. SCHILLER:  This is what the facts were, Judge, and

2   we believe it has been proven by a preponderance of the

3   evidence certainly with the PSR.

4        THE COURT:  Now we are directing this to paragraph 43

5   at this point?

6        MR. SCHILLER:  Yes, ma'am.

7        THE COURT:  Okay, it is overruled.

8        Now we are on paragraph 29, directed at 44.

9        MS. McCRAE:  Again, your Honor, we think this is

10  contradicted by the evidence in the case, including DL's text

11  messages that have been introduced into evidence from back at

12  the time when she was with Mr. Williams, as well as her

13  testimony acknowledging her communications with Mr. Williams

14  much more recently, in 2017 and 2018.  She testified she was

15  trying to get back together with him and sending him pictures

16  of herself not fully clothed in the bathroom.

17       THE COURT:  Anything further from the Government?

18       MR. SCHILLER:  No.

19       THE COURT:  Overruled.

20       Paragraph 30, directed at 45.

21       MS. McCRAE:  We deny all of these allegations.  We

22  think they are contradicted by the fact that the text messages

23  from DL were counter to that.  She did choose on her 18th

24  birthday to move in with Mr. Williams.

25       THE COURT:  Any response from the Government?

1           MR. SCHILLER:  She testified to the opposite of what
2      counsel is saying.  The PSR is correct.
3           THE COURT:  Overruled.
4           I am on 31, that goes to 46.
5           MS. McCRAE:  Again, your Honor, we think that this
6      paragraph stands on its own.  DL's –– any belief that DL was
7      forced after she tuned 18 to work as an escort is contradicted
8      by the fact that on her 18th birthday she voluntarily chose to
9      return to Mr. Williams' home.  That shows she was aware, her
10     own testimony, that she knew what was going on and chose to be
11     in this lifestyle.
12          THE COURT:  Anything further from the Government?
13          MR. SCHILLER:  The only thing I would agree to, if we
14     go to page 13 of the PSR, paragraph 46, next to the last line,
15     we can remove the word "all" to make it consistent.
16          THE COURT:  Okay.  It would be to give the money to
17     the Defendant, instead of all the money.
18          Paragraph 32, that is directed to paragraph 49.  Is
19     that where we are right now?
20          MS. McCRAE:  Yes.  DL's testimony about these threats
21     is directly contradicted by her contemporaneous text messages
22     with Mr. Williams maintained and introduced into evidence at
23     trial, which showed a relationship that involved Mr. Williams
24     assisting her mother with her mother's pet care.  That involved
25     DL leaving when she wanted and choosing whether or not and when

1    to come back.

2          THE COURT:  Anything further from the Government?

3          MR. SCHILLER:  No, we rest on our response.

4          THE COURT:  Okay.  I am going to overrule.

5          And paragraph 33, directed to paragraph 50.

6          MS. McCRAE:  Yes, your Honor, again, we would object

7    to this statement and this entire paragraph and what it is

8    alleging.  There was testimony during trial from an officer who

9    responded to Angels, or the parking area of Angels when Mr.

10   Williams was allegedly there.  As the officer indicated, Mr.

11   Williams would not be allowed to wait in the parking lot in

12   order to wait for someone to come outside and join him.

13         Rather than corroborating DL's story, the testimony of

14   the officer showed Mr. Williams was trespassed from the parking

15   lot and left without DL.  We object to the idea that there was

16   this situation where DL was forced to return home with him and

17   physically tortured.

18         THE COURT:  And the response from the Government.

19         MR. SCHILLER:  The PSR is accurate and describes the

20   testimony that occurred at trial.

21         The fact that the deputy who testified said the

22   Defendant was there with DR for a complaint, she didn't make

23   contact with DL on that occasion, but DL described almost an

24   identical --

25         THE COURT:  I do see DL's testimony in my notes about

Pauline A. Stipes, Official Federal Reporter

1    the incident.  What was the name of the officer, and do you

2    remember when he testified?

3         MR. SCHILLER:  It was a female officer, she testified

4    towards the end of the trial.  Her name is escaping me at this

5    moment, I apologize.

6         She was a PBSO deputy, a sergeant.

7         THE COURT:  Was it before or after KC, do you

8    remember?

9         MR. SCHILLER:  I believe it was after DL, that is the

10   way it was planned.  We had to take things out of order.

11        THE COURT:  It wasn't Donald Devlin?

12        MR. SCHILLER:  No.

13        THE COURT:  Amparo Nunez?

14        MR. SCHILLER:  No.

15        THE COURT:  Mary Rodriguez?

16        MR. SCHILLER:  No, ma'am.

17        THE COURT:  Not Jason Wilson.

18        MR. SCHILLER:  No.

19        THE COURT:  Not Korrine Harper Johnson?

20        MR. SCHILLER:  No, ma'am.

21        THE COURT:  Do you all have it?  Does Defense have the

22   backup?  Was it Victoria Johnson?

23        MR. SCHILLER:  Yes.  Thank you very much.

24        THE COURT:  Okay.

25        MS. McCRAE:  Your Honor, it is not Defense's position

1   that this is an exercise of what the testimony was at trial,

2   but what Defense's position is regarding what actually

3   happened.

4          THE COURT:  Okay.  I am going to overrule the

5   objection.

6          The next one, paragraph 34, directed to paragraph 51.

7          MS. McCRAE:  Again, your Honor, we object to these

8   allegations -- or findings by the Court that these allegations

9   from DL are true, and we would note specifically regarding this

10  knife incident, that DL testified at trial that she was

11  preparing to cut herself and that is when Mr. Williams

12  approached, not that he approached with the knife.  He ended up

13  armed with the knife because he was taking it from her.

14         MR. SCHILLER:  Judge, if memory serves, I believe the

15  testimony was he walked in on her with the knife in hand and

16  squeezed it or did something more forceful so the cut would

17  enlarge and she would actually bleed or -- that is what

18  happened, not that he walked in with the knife to cut her.

19         We need to rephrase that, that is fine, but it is Mr.

20  Williams' force with the knife in this case, it is not like a

21  handled knife, it is a small cutting object, but it was his

22  force that caused the injury.

23         MS. McCRAE:  We disagree with that.  When someone

24  walks in on a cutter with a blade to cut themselves, in a

25  struggle to get the blade away from the cutter, if it results

1    in the person who was preparing to cut themselves being cut, it

2    is a different situation than saying Mr. Williams cut her with

3    a knife.  She admitted she was a cutter and has a problem and

4    she was sitting with the blade preparing to cut herself.

5            And we deny that he ever struck her with a vehicle.

6            THE COURT:  That the Defendant beat her bad, he went

7    to get a knife, but he didn't use it.  That is one reference

8    with the knife.

9            MR. SCHILLER:  Do you want to cut off the part with

10   the knife?  It is not critical in this.

11           Paragraph 51 saying, the Defendant also struck DL with

12   his car, period.  The knife part --

13           THE COURT:  We'll end it after "with his car", period.

14           MS. McCRAE:  Over Defense objection.

15           THE COURT:  Yes, we will make a note of that.

16           Paragraph 35, directed to 53.

17           MS. McCRAE:  We stand on our objection, your Honor.

18   This is again relating to allegations related to RC that, A, we

19   believe are untrue; and B, we believe the jury rejected.

20           THE COURT:  You are not disputing that she testified

21   to that?

22           MS. McCRAE:  I believe that DL did testify to that.

23           THE COURT:  We are talking about RC now.

24           MS. McCRAE:  This relates to allegations to RC.  That

25   is the point Mr. Peacock was making earlier, even with respect

1   to these victims that the jury did convict on, such as DL, the

2   jury still did not credit some of their testimony because they

3   inherently rejected that testimony when it related to the women

4   who came into contact with Mr. Williams as adults in this

5   paragraph.

6          THE COURT:  I will overrule the objection.

7          Paragraph 36, directed to paragraph 55.

8          MS. McCRAE:  I think we fleshed this out, it is

9   denying that DL ever kept any of her money.

10         THE COURT:  Take out the first sentence of 55?

11         MS. McCRAE:  We recognize that was the testimony at

12   trial.  We object to the content of that paragraph.

13         MR. SCHILLER:  Judge, do you want to take out the word

14   "all" on the fourth line to be consistent?

15         THE COURT:  Yes, take out the word "all" after

16   collected, so it would be "collected the money" in the fourth

17   line.

18         Paragraph 37, which is directed at paragraph 54.

19         MS. McCRAE:  We are objecting to the content of

20   paragraph 54, and we believe it is contradicted by the

21   testimony at trial and evidence at trial showing that RC was in

22   fact admitted to the hospital.  This idea that was testified to

23   that they were never taken to the hospital --

24         THE COURT:  It says the Defendant never took the girls

25   to the hospital.

1           MS. McCRAE:  Yes, your Honor.  We believe that is

2     contradicted by the evidence.  When the girls needed medical

3     attention, they got the attention.

4           THE COURT:  Are you saying that the Defendant took

5     them to the hospital or they went to the hospital?

6           MS. McCRAE:  We are objecting to the Court finding

7     that the Defendant never took the girls to the hospital, and at

8     some point all of them said they needed to go to the hospital,

9     but Mr. Williams would tell them to shut up.  We are objecting

10    to the Court finding that is what occurred in this case.

11          THE COURT:  Response.

12          MR. SCHILLER:  I think it is accurate.  We could make

13    it more accurate if it reads, DL confirmed that the Defendant

14    never took the girls to the hospital for any of their injuries

15    that he inflicted.

16          MS. McCRAE:  We are objecting to the repeated

17    reference to them as girls.  This document is going to be

18    looked at by the Bureau of Prisons in order to assess Mr.

19    Williams' risk within the prison.

20          It is also something that is -- although it is

21    supposed to be confidential, its confidentiality is not always

22    maintained at facilities.  We think it is problematic to

23    repeatedly refer to adult women as girls.

24          THE COURT:  What is your position that he inflicted --

25          MS. McCRAE:  We object that Mr. Williams inflicted

1      injuries to these women.

2              THE COURT:  I will overrule that and not make any

3      changes, and overruling the objection to the word "girls"

4      throughout the document.

5              Paragraph 38, directed to paragraph 57.

6              MS. McCRAE:  Your Honor, again, we are maintaining

7      that all of these women came and went from the house as they

8      chose.  That is supported by their text messages and supported

9      by what they, themselves, or other women in the case said

10     occurred.

11             THE COURT:  Response.

12             MR. SCHILLER:  We rest on our response.

13             THE COURT:  I am going to overrule.

14             Paragraph 39 --

15             MR. SCHILLER:  Paragraph 38.

16             THE COURT:  That was 38.  Now we are doing paragraph

17     39, referencing paragraph 62.

18             MS. McCRAE:  Your Honor, we are objecting to the Court

19     finding that Mr. Williams trafficked TL as opposed to that TL

20     voluntarily and willingly engaged in prostitution.

21             THE COURT:  Response.

22             MR. SCHILLER:  I will rely on my response.

23             THE COURT:  The next.  Those are denials.

24             MS. McCRAE:  Yes, the factual allegations made by KC

25     is not something that occurred.  The jury rejected these, and

1    it's a flat out contradiction of KC's testimony.  By the

2    Government's own evidence, she came down to South Florida from

3    Jacksonville without any idea of what was going on in the

4    house.  She had to return to Jacksonville for a court date and

5    after she returned to South Florida she began to be aware of

6    what was going on in the house and engaged in prostitution.

7            The pictures were taken before she engaged in

8    prostitution.  The meta data showed that KC lied when she took

9    the stand, she was engaged in prostitution before she returned

10   to Jacksonville, and the idea that she unwittingly became a

11   prostitute on the second return is completely contradicted in

12   the photographs.

13       MR. SCHILLER:  Just because the jury acquitted the

14   Defendant of that does not mean she didn't state those facts.

15   The standard is different.  The Court should maintain those

16   facts, that is what was testified to at least by a

17   preponderance of the evidence.

18       THE COURT:  Okay.  I am going to overrule the

19   objections in paragraph 40.

20       MS. McCRAE:  With respect to 41, relating to

21   paragraphs 68 and 69, the basis for these facts is KC's

22   testimony, and KC came into court and lied on the stand.  She

23   said she began prostituting after she returned from

24   Jacksonville and the meta data showed that is not the --

25           THE COURT:  I reviewed my notes.  I will overrule the

Pauline A. Stipes, Official Federal Reporter

55

1    objection.

2         42.

3         *MS. McCRAE:*  Before we move on, I was addressing KC in

4    41.  With respect to paragraph 70, we object to the Court

5    finding these facts as well.  DR testified in her deposition

6    that it was not Mr. Williams who recruited her, but that it was

7    DL who recruited her, and so we object to the statement in

8    paragraph 70 of the PSR stating that the Defendant recruited DR

9    as opposed to DL recruited DR.

10        *THE COURT:*  I am going to overrule that objection.

11        *MS. McCRAE:*  Your Honor, with respect to number 42, as

12   relates to paragraph 71, we believe that it should be included

13   in this paragraph that Mr. Williams believed that DR was 18

14   years old at the time.

15        There was evidence of a fake ID being possessed by DR

16   that had an incorrect birth date, and Mr. Williams did in fact

17   believe she was 18 years old at the time she was under age.

18        *THE COURT:*  Government's response to Defense's

19   position with respect to including a sentence that the

20   Defendant believed DR was 18 at the time because she showed him

21   a false ID.

22        *MR. SCHILLER:*  There is nothing in evidence about that

23   because he didn't testify, neither did DR.  Those facts weren't

24   heard before the Court.

25        *MS. McCRAE:*  We are asserting them now, your Honor.

1    If we don't object to what is in the PSR, it is deemed admitted

2    by Defense counsel, and again, we do assert -- we believe that

3    this version of facts was not crafted by Probation by relying

4    on trial testimony, but was crafted by Probation relying on the

5    Government's account of the Defendant's conduct.

6         We believe we should be able to lodge an objection

7    based on our position as to what occurred in this case, and our

8    position as to what occurred in this case is that Mr. Williams

9    believed DR to be 18 years old because she misrepresented her

10   age, and we believe that is supported, as the Government is

11   aware, by DR's testimony in her deposition given before trial.

12        If we need to provide the Court with the testimony of

13   that deposition, we can do so.

14        The same as Probation puts information in the PSR

15   based on a police report, we can assert information is untrue

16   because we can rely on what our client tells us and rely on

17   depositions taken outside --

18        *THE COURT:*  We can add that sentence.  So, from

19   paragraph 42, we can add a sentence at the very end:  The

20   Defendant believed DR was 18 at the time.  We will leave it at

21   that, period.

22        *MR. SCHILLER:*  Judge, if I may.

23        *THE COURT:*  Yes.

24        *MR. SCHILLER:*  That seems contrary to the jury's

25   finding in this case.  They made a decision the Defendant

Pauline A. Stipes, Official Federal Reporter

1   trafficked her knowing she was under the age of 18.  The

2   Defendant's assertion that he believed she was 18, that is

3   contrary to the jury's verdict.  If you want to add something,

4   the Defendant maintains that he believed she was 18, but the

5   jury disbelieved --

6        THE COURT:  We'll say the Defendant maintains that he

7   believed DR was 18 at the time.

8        MR. SCHILLER:  Yes.

9        THE COURT:  Okay, paragraph 43, directed at paragraph

10  72.

11       MS. McCRAE:  Your Honor, that is what I was

12  addressing, I'm sorry.  It is the same argument as the previous

13  objection and paragraph.

14       THE COURT:  We have already taken care of that.

15  Everything else -- we have included that in paragraph 42 -- in

16  paragraph 71.

17       So, now we are at paragraph 44, directed at paragraph

18  77.

19       MS. McCRAE:  Yes, your Honor.  I believe this

20  paragraph is based on the statement that Mr. Williams gave at

21  the time of his arrest, however, what KC testified to at trial

22  was not at the time of the arrest, but at the time she was in

23  the home that it was not just Mr. Williams who knew the code to

24  the door, but also DR and RC knew the code as well.

25       That is why we would be objecting to restricting the

1    timeframe of this paragraph that suggests that he is the only

2    one who ever knew the code, and KC testified that at the time

3    she was there DR and RC knew the code as well.

4            THE COURT:  Government.

5            MR. SCHILLER:  So, why don't we strike after the word

6    office on the first line, and strike out the rest of that

7    sentence.

8            THE COURT:  So we end the sentence with office in the

9    first line.

10           Paragraph 45 is directed at paragraph 79.

11           MS. McCRAE:  Yes, your Honor.  We are objecting to the

12   Court finding that these allegations by RC are true.

13           THE COURT:  Response.

14           MR. SCHILLER:  We rely on our previous arguments and

15   our filled motion, your Honor.

16           THE COURT:  That is overruled.

17           MS. McCRAE:  Your Honor, if I -- never mind.  Strike

18   that.

19           THE COURT:  Paragraph 46, directed at 82.

20           MS. McCRAE:  Your Honor, the objection is relating to

21   the -- basically, the last portion of the last sentence in

22   paragraph 82 suggesting that these -- these programs were used

23   when the Defendant wanted to make sure those conversations were

24   un recoverable.  Although that is what the Government argued at

25   trial, what the actual text messages showed is RC suggesting to

1    use those programs as opposed to Mr. Williams.

2            *THE COURT:*  Why don't we end the sentence with the

3    Defendant, and take out "he wanted to make sure those

4    conversations were unrecoverable."  Is that acceptable to the

5    Government?  To communicate with the Defendant.

6            *MR. SCHILLER:*  Why don't we take out the words "when

7    he wanted."

8            *THE COURT:*  Take out "when he wanted."

9            *MR. SCHILLER:*  To communicate with the Defendant to

10   make sure those conversations were unrecoverable.

11           *THE COURT:*  Okay.  And paragraph 47 is directed at

12   paragraphs 83 through 86.

13           *MS. McCRAE:*  Yes, your Honor.  We object to the Court

14   crediting Mr. Wilson's testimony given his obvious interest in

15   providing testimony that would be helpful to the Government, as

16   well as his actions contemporaneous with when he is saying that

17   these events occurred, or I should say his inaction

18   contemporaneous with when he is saying when these events

19   occurred.

20           To come into court and testify he is here because he

21   wants to be a good samaritan and do the right thing is

22   contradicted because he never reached out to law enforcement to

23   report this.  Only when he was being contacted because of his

24   connection with --

25           *THE COURT:*  Response by the Government.

1          *MR. SCHILLER:*  He testified to that.

2          *THE COURT:*  Paragraph 85 starts with, according to

3    Wilson.  Start paragraph 84 with, according to Wilson.  And why

4    don't we start paragraph 86 with, according to Wilson, so it is

5    clear that it is according to Wilson.  So, we are going to add

6    that to the beginning of paragraphs 84 and 86.

7          And then paragraph 48 is directed at 91.

8          *MS. McCRAE:*  Yes, your Honor.  We would be objecting

9    to adjustment for obstruction of justice.  It goes to this

10   issue with the Government not being able to have it both ways.

11         When we began this discussion about the arrest date on

12   page two, the Government's position is that this case did not

13   exist until the indictment and Mr. Williams being brought to

14   Federal Court in March of 2018.

15         All of Mr. Wilson's testimony about his alleged

16   conversations with Mr. Williams all occurred when there was no

17   Federal matter to obstruct, there was simply a State matter

18   that was pending.  And Mr. Wilson testified that Mr. Williams

19   only believed this to be a State case when they had all of

20   their interactions.

21         *THE COURT:*  Response.

22         *MR. SCHILLER:*  Judge, the adjustment for obstruction

23   of justice is appropriate because he was found guilty of

24   obstruction beyond a reasonable doubt in Count 11.

25         When he was arrested is irrelevant.

 1          *MS. McCRAE:*  Not just the arrest date, the testimony

 2   about when this became a Federal matter.

 3          Mr. Wilson's testimony and Mr. Williams' knowledge was

 4   that for most of time that they interacted at the jail that

 5   there was no Federal case, there was solely a State case, so

 6   there was no obstruction of this case because Mr. Williams had

 7   no knowledge of it.

 8          If I can have a moment, your Honor.

 9          Your Honor, looking at the Guidelines, application

10   notes for Guideline 3C1.1, in application note seven it

11   discusses the -- this enhancement should not apply in certain

12   circumstances, and that is, if the Defendant is convicted of

13   certain offenses including under 2J1.2, obstruction of justice.

14          *MR. SCHILLER:*  Judge, that is being brought up now.

15   We haven't had a chance to research and brief the issue.  I

16   would request the Court to reserve on that and give counsel an

17   opportunity to file a formal objection and give us a couple of

18   days to respond.

19          *THE COURT:*  I will reserve on the obstruction

20   enhancement.  We are resetting it for May 1, so I will give you

21   a schedule when to get that in.

22          So, why don't we say a week from now, by the 4th, the

23   Defense articulate your position on obstruction more

24   specifically, including, but not limited to, relying upon any

25   case law and Guidelines.  And a week later, by the 11th, the

```
1   Government can respond, and we will put that in an order, that
2   is on the obstruction objection that relates to paragraph 48 of
3   your objections, which is directed to paragraph 91.
4           MR. SCHILLER:  Thank you.
5           THE COURT:  Paragraph 49.
6           MS. McCRAE:  This is when we are getting into the
7   Guidelines calculations themselves, and so this is breaking
8   down in each of the three groups for each of the alleged
9   victims whether or not injury points should be added.
10          THE COURT:  Yes.
11          MS. McCRAE:  We would be objecting to the Court
12  finding that Mr. Williams caused injury relating to each of the
13  three victims referenced here in the different grouping counts.
14          THE COURT:  Okay.  And from the Government.
15          MR. SCHILLER:  Judge, Probation has done a substantial
16  job in responding to this in Docket Entry 185-2, pages three,
17  four, and five, in which they outline exactly what the injuries
18  were and why they constitute the level that they do, not a two
19  or four, somewhere in between, a three.
20          So, we feel Probation's finding and belief to the
21  Court that the injuries represent a three-level increase is
22  appropriate.
23          THE COURT:  To be clear, what counsel is referring
24  to -- I will read it into the record.  "Since each of victims
25  DL, DR and GRL sustained a degree of injury between that
```

Pauline A. Stipes, Official Federal Reporter

1   specified in subdivisions and B, the offense level is increased

2   by three levels."

3          Pursuant to Section 1B1.1, comment note 1(K),

4   "permanent or life threatening bodily injury" means injury

5   involving a substantial risk of death, loss or substantial

6   impairment of the function of a bodily member, organ, or mental

7   faculty that is likely to be permanent; or an

8   obvious disfigurement that is likely to be permanent.

9          Pursuant to Section 1B1.1, comment note 1(M), "serious

10  bodily injury" means injury involving extreme physical pain or

11  the protracted impairment of a function of a bodily member,

12  organ, or mental faculty; or requiring medical intervention

13  such as surgery, hospitalization, or physical rehabilitation.

14         Pursuant to 2A3.1, comment note (1), for purposes of

15  this guideline, "serious bodily injury" means conduct other

16  than criminal sexual abuse, which is already taken into

17  account in the base offense level.

18         With respect to DL, as noted in paragraph 22, RC

19  witnessed the Defendant beat GRL, DR, and DL.  As noted in

20  paragraph 45, when DL are was 17 years old -- and it goes on in

21  detail in the second addendum on page four.

22         And then the response from the Probation Office

23  similarly speaks with respect to DR, as noted in paragraph 22,

24  and speaks about what RC witnessed, as well as what is noted in

25  paragraph 33 and paragraph 52.

1           And with respect to GRL, Probation responds again and

2     points out what is noted in paragraph 22, and paragraph 33, and

3     paragraph 34.

4           So, other than the minor modifications that the Court

5     has made to the PSR with respect to any of the paragraphs, the

6     facts that the Probation Officer is relying upon are facts that

7     remain as part of the PSR.

8           So, is there anything further that either side wanted

9     to say with respect to the objection with respect to injury?

10          *MS. McCRAE:*  Your Honor, again, it is problematic, we

11    believe, for the Court to be finding these injuries when a

12    significant portion of each of these paragraphs with respect to

13    each of the victims begins by recounting RC's testimony at

14    trial.

15          We think it is problematic for the Court to make

16    factual findings based on testimony from a witness who has

17    other allegations in the case that were rejected by the jury.

18    If the jury believed what RC said when she testified, the jury

19    would have returned a guilty verdict with respect to RC's

20    counts.

21          So, for the Court to be relying on a witness whose

22    testimony the jury has rejected in order to determine that Mr.

23    Williams caused injuries that are not otherwise corroborated we

24    think is problematic and objectionable, and Mr. Williams

25    maintains his innocence with respect to whether or not he

1    caused these injuries.

2          THE COURT:  The Court is going to overrule the

3    objection and does find that where the Probation Officer has

4    calculated in paragraph -- let's see the enhancement.  Well, it

5    is broken down.  It is the paragraph that you indicated, but

6    that the degree of injury where the Probation Office has

7    calculated the total offense level for adding point -- plus

8    three under 2A3.1(b)(4)(C), the Court finds for all of the

9    reasons set forth in the Probation Officer's response, the

10   Guidelines, and what the Court heard at trial, as well as what

11   is contained in the PSR support the three-level increase.

12         So, that is overruled, the objection as to those

13   paragraphs.

14         Paragraph 50, directed to 129.

15         MS. McCRAE:  It's directed toward the narrative

16   portion of 129, and we would stand on our objection and our

17   statement of what occurred in that case.

18         THE COURT:  Any response from the Government?

19         MR. SCHILLER:  No.  We rely on our response filed in

20   CM/ECF.

21         THE COURT:  The Court will overrule the objection in

22   paragraph 50.

23         And paragraph 51, directed to paragraph 130.

24         MS. McCRAE:  Yes, your Honor.  I am referring back to

25   see -- the Government said they are relying on their

1    arguments -- what their arguments were.  Excuse me.

2           With respect to objection 51, we would stand on our

3    objections again relating to the narrative portion and what we

4    have asserted what Mr. Williams is saying occurred in this

5    case.

6           THE COURT:  From the Government.

7           MR. SCHILLER:  Again, we rely on the facts related by

8    the Probation Department.

9           THE COURT:  The Court is going to overrule that

10   objection.

11          And paragraph 52 is directed to paragraph 155.

12          MS. McCRAE:  Your Honor, we maintain that Mr. Williams

13   maintains his innocence in relation to the allegations of

14   domestic violence.

15          THE COURT:  Any response from the Government?

16          MR. SCHILLER:  We rely on what Probation has

17   summarized.

18          THE COURT:  I will overrule paragraph 52 directed to

19   paragraph 155.

20          And 53, which is directed to paragraph 156.

21          MR. SCHILLER:  That has been resolved.  DR was removed

22   from that paragraph.

23          MS. McCRAE:  That is correct.

24          THE COURT:  All right.  So, other than the objection

25   in paragraph 48, which is directed to paragraphs 83 to 86,

```
 1   which relate to the -- with respect to the obstruction of

 2   justice -- which doesn't relate to DL in Counts 1 and 2, no

 3   enhancement was calculated by Probation.  In Counts 9 and 10

 4   for DR, there were none, but for Counts 4 and 11 for GRL, there

 5   was a two-point enhancement.

 6           Is that the only one with obstruction of justice?

 7           MR. SCHILLER:  Yes.

 8           THE COURT:  That is what I am deferring on and that is

 9   what you are briefing because the arguments weren't fully

10   addressed in the papers.

11           That is everything the Court intended to cover.  I

12   will send an order out for the briefing schedule getting an

13   objection more articulated by the 4th, and the Government's

14   response by the 11th, and we have sentencing set for May 1st,

15   at one o'clock.

16           I don't think there needs to be any more filings for

17   that.  Everything should be closed other than the one briefing.

18           Anything further from the Government?

19           MR. SCHILLER:  No.

20           THE COURT:  From Defense?

21           MS. McCRAE:  No.

22           THE COURT:  Okay.  We'll conclude today and resume May

23   1st.  Thank you.

24         (Thereupon, the hearing was concluded.)

25                              * * *
```

```
1              I certify that the foregoing is a correct transcript
2       from the record of proceedings in the above matter.
3
4              Date: April 1, 2019
5                          /s/ Pauline A. Stipes, Official Federal Reporter
6                              Signature of Court Reporter
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**MR. PEACOCK: [92]**
**MR. SCHILLER: [98]**
**MS. McCRAE: [58]**   39/20
39/24 40/22 41/7 41/10 41/23
42/3 42/17 42/21 43/2 43/6
43/14 43/24 44/8 44/13 44/19
45/8 45/20 46/4 46/19 47/5
48/24 49/6 49/22 50/13 50/16
50/21 50/23 51/7 51/10 51/18
51/25 52/5 52/15 52/24 53/5
53/17 53/23 54/19 55/2 55/10
55/24 57/10 57/18 58/10
58/16 58/19 59/12 60/7 60/25
62/5 62/10 64/9 65/14 65/23
66/11 66/22 67/20
**PROBATION OFFICER: [8]**   3/10
8/4 8/25 9/11 10/21 11/19
12/14 12/22
**THE COURT: [213]**

**$**

**$20,000 [2]**   15/10 37/11
**$200 [2]**   40/20 41/7
**$3,000 [2]**   15/9 37/10
**$300 [2]**   40/15 41/7

**/**

**/s [1]**   68/5

**0**

**011452AXX [1]**   10/4

**1**

**1 charges [1]**   3/16
**10 [5]**   3/14 3/25 4/7 10/5
67/3
**100 [2]**   40/20 41/7
**10:53 [1]**   33/19
**10th [1]**   28/15
**11 [7]**   3/14 4/3 4/7 23/17
40/12 60/24 67/4
**11/29 [4]**   10/18 10/19 11/5
11/9
**11/29/17 [1]**   11/18
**11/29/2017 [2]**   10/24 11/1
**11/30 [4]**   10/13 10/15 10/25
11/1
**11/30/2017 [1]**   10/3
**11:00 o'clock [1]**   6/3
**11th [2]**   61/25 67/14
**12 [5]**   7/21 9/23 11/14 25/10
25/20
**12/20/2017 [1]**   10/5
**129 [2]**   65/14 65/16
**13 [5]**   14/25 15/2 16/1 26/4
46/14
**130 [1]**   65/23
**14 [5]**   16/17 17/20 19/9
26/18 26/19
**147 [5]**   8/7 8/8 10/2 10/6
10/17
**148 [4]**   13/17 13/22 13/25
32/20
**149 [1]**   13/25
**15 [1]**   27/6
**152 [1]**   13/17

**155 [2]**   66/11 66/19
**156 [2]**   32/21 66/20
**1591 [6]**   3/18 3/20 3/23 3/25
4/2 4/5
**16 [6]**   19/23 20/1 20/10 28/7
29/22 41/22
**17 [13]**   11/18 20/13 20/21
21/3 29/23 30/2 31/11 41/22
42/14 42/14 43/14 43/18
63/20
**173 [1]**   4/22
**177 [1]**   6/4
**179 [1]**   4/20
**18 [35]**   3/17 3/20 3/22 3/25
4/2 4/4 8/3 8/4 21/5 27/18
27/21 28/6 28/20 28/23 28/24
29/18 29/19 29/25 30/4 31/22
38/17 40/10 41/15 42/19
43/19 46/7 55/13 55/17 55/20
56/9 56/20 57/1 57/2 57/4
57/7
**18-CR-80053-ROSENBERG [1]**
1/3
**180 [2]**   4/18 7/3
**181 [1]**   6/8
**182 [1]**   4/20
**185-2 [1]**   62/16
**18th [2]**   45/23 46/8
**19 [5]**   21/21 22/6 22/17
32/11 33/7
**19th [1]**   30/9
**1B1.1 [2]**   63/3 63/9
**1st [4]**   5/1 5/5 67/14 67/23

**2**

**20 [5]**   3/13 21/21 22/6 22/17
33/9
**200 [1]**   40/22
**2012 [1]**   25/3
**2017 [11]**   7/20 7/21 8/19
9/10 10/3 10/5 10/24 11/1
11/24/23 25/4 45/14
**2017-CF-011452AXX [1]**   10/4
**2018 [7]**   3/13 9/1 10/5 10/8
10/9 45/14 60/14
**2019 [3]**   1/8 6/2 68/4
**20th [1]**   6/18
**21 [5]**   21/21 22/6 22/17
33/13 34/4
**2123 [1]**   1/21
**22 [6]**   23/1 34/5 35/22 63/18
63/23 64/2
**23 [2]**   23/17 37/7
**24 [4]**   25/11 25/19 25/20
26/2
**25 [5]**   26/4 26/8 26/15 39/5
39/13
**26 [5]**   6/2 26/19 26/23 27/5
39/14
**26th [1]**   6/5
**27 [6]**   27/6 27/7 41/10 42/22
42/23 43/7
**28 [10]**   1/8 27/17 30/14
30/15 30/17 42/24 42/25 43/2
44/9 44/15
**29 [21]**   7/11 7/20 8/9 8/19
9/9 10/18 10/19 11/5 11/9
30/8 30/14 30/16 30/19 30/20

30/22 31/1 31/10 42/20 42/21
44/13 45/8
**29th [5]**   8/11 8/22 9/16
10/14 10/16
**2A3.1 [2]**   63/14 65/8
**2J1.2 [1]**   61/13
**2nd [1]**   1/20

**3**

**3/12 [1]**   11/14
**3/12/18 [1]**   8/4
**3/12/2018 [1]**   10/9
**3/20/2018 [1]**   10/5
**3/8 [1]**   11/14
**3/8/18 [1]**   8/3
**3/8/2018 [1]**   10/8
**30 [8]**   10/13 10/15 10/25
11/1 31/22 31/23 32/3 45/20
**30th [2]**   8/10 8/11
**31 [3]**   32/11 33/8 46/4
**32 [3]**   33/9 33/12 46/18
**33 [5]**   33/13 34/4 47/5 63/25
64/2
**33401 [2]**   1/17 1/24
**34 [6]**   34/5 35/21 35/22
38/10 49/6 64/3
**34950 [1]**   1/20
**35 [1]**   50/16
**3553 [1]**   5/8
**36 [4]**   37/7 37/17 37/23 51/7
**37 [1]**   51/18
**38 [5]**   38/10 39/3 53/5 53/15
53/16
**39 [4]**   39/5 39/13 53/14
53/17
**3C1.1 [1]**   61/10

**4**

**40 [2]**   39/15 54/19
**400 [1]**   1/17
**41 [7]**   41/10 42/22 43/8 43/8
44/18 54/20 55/4
**42 [4]**   55/2 55/11 56/19
57/15
**43 [6]**   43/2 44/10 44/15
44/21 45/4 57/9
**44 [3]**   42/21 45/8 57/17
**45 [3]**   45/20 58/10 63/20
**450 [2]**   1/20 1/23
**46 [3]**   46/4 46/14 58/19
**47 [1]**   59/11
**48 [1]**   60/7 62/2 66/25
**49 [3]**   13/17 46/18 62/5
**4th [2]**   61/22 67/13

**5**

**50 [6]**   7/9 13/17 18/10 47/5
65/14 65/22
**500 [2]**   1/16 1/23
**51 [5]**   13/17 49/6 50/11
65/23 66/2
**519 [1]**   32/20
**52 [3]**   63/25 66/11 66/18
**53 [2]**   50/16 66/20
**54 [2]**   51/18 51/20
**55 [2]**   51/7 51/10
**561-833-6288 [1]**   1/24
**57 [1]**   53/5

**5**

**5S [1]**   36/5

**6**

**62 [1]**   53/17
**6285 [1]**   1/18
**6288 [1]**   1/24
**68 [1]**   54/21
**69 [1]**   54/21
**6A1.3 [1]**   32/25

**7**

**70 [2]**   55/4 55/8
**71 [2]**   55/12 57/16
**72 [1]**   57/10
**77 [1]**   57/18
**772-489-2123 [1]**   1/21
**772.467.2337 [1]**   2/2
**79 [1]**   58/10

**8**

**82 [2]**   58/19 58/22
**83 [2]**   59/12 66/25
**84 [2]**   60/3 60/6
**85 [1]**   60/2
**86 [4]**   59/12 60/4 60/6 66/25

**9**

**90 [1]**   18/22
**91 [2]**   60/7 62/3
**954-789-6285 [1]**   1/18

**A**

**a function [1]**   63/11
**able [4]**   3/6 6/13 56/6 60/10
**abortion [1]**   39/8
**abortions [1]**   39/6
**about [23]**   5/25 8/23 12/10
13/4 13/23 15/11 18/11 18/22
19/8 22/4 22/15 24/25 31/3
35/21 40/13 40/20 47/25
50/23 55/22 60/11 60/15 61/2
63/24
**above [1]**   68/2
**abuse [2]**   22/13 63/16
**abused [2]**   21/23 22/20
**accept [1]**   17/23
**acceptable [1]**   59/4
**access [1]**   36/9
**accommodate [1]**   6/19
**according [5]**   15/19 60/2
60/3 60/4 60/5
**account [2]**   56/5 63/17
**account in [1]**   63/17
**accounts [1]**   40/18
**accuracy [1]**   39/16
**accurate [21]**   8/20 9/24 10/1
10/11 10/13 13/9 15/12 15/14
17/9 17/9 21/12 24/12 24/13
26/23 30/5 35/3 38/2 38/19
47/19 52/12 52/13
**acknowledging [1]**   45/13
**acquittal [1]**   32/21
**acquitted [2]**   32/18 54/13
**act [4]**   28/24 29/18 30/4
40/10
**acting [1]**   31/16

**action [2]**   10/5 32/23
**actions [1]**   59/16
**active [1]**   27/14
**actively [1]**   41/14
**actual [2]**   29/4 58/25
**actually [4]**   10/2 23/7 49/2
49/17
**add [15]**   11/14 11/18 15/16
15/18 22/18 25/7 30/15 30/17
30/20 36/16 42/24 56/18
56/19 57/3 60/5
**added [6]**   10/17 14/1 17/13
21/13 31/18 62/9
**addendum [3]**   12/13 29/8
63/21
**addendums [2]**   4/12 29/2
**adding [2]**   25/17 65/7
**addressed [5]**   12/15 37/5
37/16 44/14 67/10
**addresses [1]**   16/11
**addressing [2]**   55/3 57/12
**adds [1]**   21/11
**adjudged [1]**   4/7
**adjudicated [1]**   11/10
**adjustment [2]**   60/9 60/22
**admissible [2]**   33/4 33/6
**admitted [4]**   40/18 50/3
51/22 56/1
**admittedly [1]**   15/5
**adopting [1]**   44/2
**ads [5]**   16/20 17/3 18/1
42/14 43/17
**adult [2]**   31/17 52/23
**adults [1]**   51/4
**affair [1]**   24/4
**afraid [2]**   22/3 34/21
**after [23]**   6/9 10/15 10/23
17/8 17/8 22/1 22/1 24/13
28/24 29/19 30/4 31/5 34/9
40/13 41/15 46/7 48/7 48/9
50/13 51/15 54/5 54/23 58/5
**afternoon [3]**   3/4 3/7 3/12
**again [29]**   6/6 9/9 16/19
23/9 24/2 24/3 24/3 24/3
24/3 24/4 24/9 32/13 35/5
37/9 37/13 41/12 44/12 44/20
45/9 46/5 47/6 49/7 50/18
53/6 56/2 64/1 64/10 66/3
66/7
**against [2]**   13/12 22/13
**age [11]**   28/24 29/18 40/10
41/22 42/9 42/10 43/4 43/5
55/17 56/10 57/1
**agencies [4]**   42/6 43/10
43/13 44/6
**Agent [1]**   9/21
**ago [1]**   6/2
**agree [6]**   13/18 19/7 29/18
32/4 44/16 46/13
**agreed [4]**   4/21 5/2 6/8
40/14
**agreement [1]**   4/23
**agrees [1]**   21/1
**ahead [1]**   42/24
**AI [1]**   36/5
**all [52]**   3/3 6/13 6/15 8/13
10/3 10/6 10/11 11/21 12/10
13/5 14/23 15/4 15/21 15/23

15/25 16/2 16/6 16/7 16/11
17/10 17/11 18/16 19/9 23/1
23/8 24/10 25/13 27/23 28/2
28/11 29/20 32/3 32/3 32/7
33/3 33/11 35/1 37/8 44/7
45/21 46/15 46/17 48/21
51/14 51/15 52/8 53/7 60/15
60/16 60/19 65/8 66/24
**allegation [2]**   15/17 41/17
**allegations [15]**   11/23 12/17
13/21 14/8 21/23 22/6 45/21
49/8 49/8 50/18 50/24 53/24
58/12 64/17 66/13
**alleged [4]**   15/3 15/19 60/15
62/8
**allegedly [1]**   47/10
**alleging [3]**   36/20 36/23
47/8
**allow [3]**   6/13 15/21 17/18
**allowed [6]**   23/19 24/17
24/18 25/8 36/24 47/11
**almost [1]**   47/23
**alone [5]**   20/17 20/20 23/20
25/8 36/24
**along [3]**   5/22 19/22 23/7
**already [3]**   30/16 57/14
63/16
**also [12]**   3/9 6/23 7/12
15/10 20/17 31/15 34/12
34/16 41/20 50/11 52/20
57/24
**ALSTON [2]**   1/7 3/1
**although [5]**   7/13 41/11 43/4
52/20 58/24
**always [4]**   13/12 17/17 36/24
52/21
**am [29]**   7/18 13/3 13/9 14/3
16/13 17/4 17/19 20/7 24/15
25/17 26/20 30/1 30/12 30/20
31/2 31/4 31/21 32/4 38/7
39/12 39/23 46/4 47/4 49/4
53/13 54/18 55/10 65/24 67/8
**amended [1]**   11/4
**AMERICA [1]**   1/4
**Amparo [1]**   48/13
**ample [2]**   4/12 4/14
**Angel [2]**   3/5 9/21
**Angels [2]**   47/9 47/9
**another [4]**   11/14 12/16
13/12 33/22
**any [38]**   5/3 5/7 5/8 5/11
5/15 6/15 7/5 13/7 14/8
14/20 15/13 15/24 18/3 19/21
20/4 21/8 23/3 23/4 23/24
24/18 28/21 29/7 31/25 35/13
35/18 37/21 39/6 45/25 46/6
51/9 52/14 53/2 54/3 61/24
64/5 65/18 66/15 67/16
**anyone [3]**   5/7 19/5 39/8
**anything [16]**   5/9 9/17 9/19
12/1 20/9 23/13 25/2 30/21
38/5 38/8 38/13 45/17 46/12
47/2 64/8 67/18
**Anytime [1]**   37/24
**apart [1]**   25/6
**apologize [1]**   48/5
**apparently [1]**   24/6
**appear [1]**   7/2

## A

appearance [2]   8/4 10/10
appearances [2]   1/14 3/3
appeared [3]   8/4 8/6 10/9
appease [1]   32/5
application [3]   33/1 61/9
 61/10
apply [1]   61/11
approached [3]   27/11 49/12
 49/12
appropriate [5]   25/23 30/3
 32/24 60/23 62/22
April [1]   68/4
are [98]
area [1]   47/9
aren't [1]   44/24
argue [1]   5/3
argued [1]   58/24
argument [3]   7/9 11/12 57/12
arguments [5]   5/8 58/14 66/1
 66/1 67/9
armed [1]   49/13
around [1]   23/20
arrest [17]   7/8 7/11 7/20
 8/3 8/18 8/19 9/2 9/16 9/18
 10/25 11/3 11/8 31/5 57/21
 57/22 60/11 61/1
arrested [16]   7/19 7/25 8/6
 9/4 9/11 9/22 9/23 10/14
 10/16 10/18 10/19 10/21
 10/23 11/9 11/19 60/25
articulate [1]   61/23
articulated [1]   67/13
as [63]   5/4 5/22 7/12 8/24
 10/2 10/24 10/25 14/11 14/20
 16/7 17/3 17/5 21/10 22/9
 27/19 28/24 29/8 29/8 29/18
 30/4 31/16 32/2 33/17 34/7
 37/11 37/11 40/6 41/17 41/17
 43/16 45/12 45/12 46/7 47/10
 51/1 51/4 52/17 52/23 53/7
 53/19 55/5 55/9 55/11 56/7
 56/8 56/10 56/14 57/12 57/24
 58/3 59/1 59/15 59/16 63/13
 63/18 63/19 63/23 63/24
 63/24 64/7 65/10 65/10 65/12
ask [10]   5/19 11/3 13/19
 21/23 25/12 25/14 29/10
 29/11 34/8 37/25
asked [2]   30/25 31/7
asking [4]   11/7 14/19 24/24
 36/2
aspects [1]   18/10
assert [2]   56/2 56/15
asserted [1]   66/4
asserting [1]   55/25
assertion [1]   57/2
assertions [1]   18/24
assess [1]   52/18
assisting [1]   46/24
assume [1]   24/1
attention [2]   52/3 52/3
attic [1]   35/1
Attorney's [1]   1/16
aunt [7]   30/24 31/6 31/13
 34/20 34/20 34/21 34/22
Australian [2]   1/16 1/23

authorities [2]   8/7 9/12
Avenue [2]   1/16 1/23
awaiting [1]   3/7
aware [5]   35/7 40/6 46/9
 54/5 56/11
away [1]   49/25

## B

back [19]   5/21 14/11 19/12
 24/3 24/4 24/20 24/24 24/25
 25/3 25/4 28/8 28/11 34/23
 36/22 38/12 45/11 45/15 47/1
 65/24
Backpage [6]   17/11 42/8
 42/14 43/9 43/15 43/21
Backpage.com [2]   42/5 43/12
backup [1]   48/22
bad [1]   50/6
badly [1]   22/1
base [1]   63/17
based [11]   15/14 16/13 26/23
 32/18 37/19 39/10 41/11 56/7
 56/15 57/20 64/16
basically [1]   58/21
basis [1]   54/21
bathroom [1]   45/16
be [82]
BEACH [5]   1/2 1/7 1/17 1/24
 2/2
beat [2]   50/6 63/19
beat GRL [1]   63/19
became [2]   54/10 61/2
because [31]   5/20 7/9 12/8
 12/10 14/2 14/18 15/22 22/3
 35/18 35/24 38/21 41/1 41/4
 42/6 42/8 43/9 43/12 43/25
 49/13 51/2 54/13 55/20 55/23
 56/9 56/16 59/20 59/22 59/23
 60/23 61/6 67/9
been [11]   6/17 8/11 25/6
 28/14 29/3 41/22 42/2 44/11
 45/2 45/11 66/21
before [15]   1/11 9/5 30/9
 32/5 32/9 33/12 38/17 40/10
 42/19 48/7 54/7 54/9 55/3
 55/24 56/11
began [5]   27/12 41/22 54/5
 54/23 60/11
begin [1]   5/12
beginning [3]   7/16 10/7 60/6
begins [1]   64/13
behalf [3]   3/4 3/11 5/8
being [17]   7/20 9/3 9/3
 13/19 14/1 23/4 26/11 27/20
 35/12 38/25 42/8 50/1 55/15
 59/23 60/10 60/13 61/14
belief [2]   46/6 62/20
believe [20]   14/17 22/21
 23/10 23/10 34/11 45/2 48/9
 49/14 50/19 50/19 50/22
 51/20 52/1 55/12 55/17 56/2
 56/6 56/10 57/19 64/11
believed [9]   55/13 55/20
 56/9 56/20 57/2 57/4 57/7
 60/19 64/18
believes [1]   18/14
belong [1]   12/2
belongs [1]   12/1

between [2]   62/19 62/25
beyond [1]   60/24
bifurcate [1]   6/23
birth [1]   55/16
birthday [3]   30/9 45/24 46/8
bit [1]   6/17
blade [3]   49/24 49/25 50/4
bleed [1]   49/17
bodily [5]   63/4 63/6 63/10
 63/11 63/15
body [1]   33/20
booked [2]   10/21 10/23
BOP [4]   8/19 8/21 9/18 9/24
both [5]   36/25 37/5 38/24
 41/16 60/10
bottom [1]   40/12
bought [1]   35/18
breaking [1]   62/7
brief [1]   61/15
briefing [3]   67/9 67/12
 67/17
bring [2]   26/25 38/21
bringing [1]   35/16
broken [1]   65/5
brought [12]   8/16 8/25 9/3
 9/6 9/8 9/19 10/3 35/14
 35/19 37/6 60/13 61/14
bump [1]   13/24
burden [1]   27/25
Bureau [2]   3/6 52/18

## C

calculated [3]   65/4 65/7
 67/3
calculations [1]   62/7
call [3]   29/10 29/11 34/8
calls [1]   37/14
came [9]   24/16 24/17 24/20
 26/1 26/7 51/4 53/7 54/2
 54/22
can [22]   6/19 7/3 7/4 12/25
 16/24 19/13 21/6 22/13 32/7
 33/10 33/11 36/17 43/20 44/5
 46/15 56/13 56/15 56/16
 56/18 56/19 61/8 62/1
can't [3]   23/24 28/16 36/25
car [3]   33/23 50/12 50/13
care [4]   19/9 37/17 46/24
 57/14
CAROLINE [2]   1/22 3/9
case [41]   1/3 7/14 7/15 8/6
 9/2 9/6 9/7 9/15 11/6 11/10
 12/7 12/8 12/9 12/9 12/24
 13/5 13/8 13/12 13/15 22/15
 29/4 32/19 32/21 40/4 44/24
 45/10 49/20 52/10 53/9 56/7
 56/8 56/25 60/12 60/19 61/5
 61/5 61/6 61/25 64/17 65/17
 66/5
cases [3]   12/2 13/1 13/14
category [4]   12/2 12/3 12/20
 13/13
caused [4]   49/22 62/12 64/23
 65/1
cell [1]   41/16
certain [2]   61/11 61/13
certainly [1]   45/3
certify [1]   68/1

**C**

cetera [1]   40/8
CF [1]   10/4
chance [1]   61/15
change [11]   10/24 11/1 17/19
 20/24 21/2 26/2 32/2 32/9
 38/7 40/21 41/7
changed [3]   17/14 26/15 37/3
changes [1]   53/3
charge [6]   8/11 8/22 8/25
 10/18 12/18 40/15
charged [1]   40/19
charges [15]   3/16 3/18 3/21
 3/23 4/1 4/3 7/25 8/17 9/3
 10/3 10/21 11/5 11/10 11/19
 13/22
choked [1]   33/25
choking [1]   33/15
choose [1]   45/23
choosing [1]   46/25
chose [3]   46/8 46/10 53/8
circumstances [2]   12/9 61/12
cite [1]   19/12
cited [2]   32/17 32/19
clear [8]   6/17 18/9 22/4
 32/15 43/20 43/25 60/5 62/23
clearly [6]   7/15 14/8 22/21
 22/23 24/9 32/13
client [1]   56/16
clients [2]   24/11 42/15
closed [1]   67/17
clothed [1]   45/16
club [1]   24/24
CM [1]   65/20
CM/ECF [1]   65/20
code [10]   3/17 3/20 3/23
 3/25 4/2 4/4 57/23 57/24
 58/2 58/3
Code Section [1]   3/25
coercion [3]   3/19 3/22 4/2
collected [2]   51/16 51/16
come [17]   6/14 15/21 24/3
 24/3 24/8 24/24 24/25 25/1
 25/3 25/4 30/25 31/7 34/9
 36/22 47/1 47/12 59/20
comes [3]   14/11 22/19 23/24
comment [4]   32/25 63/3 63/9
 63/14
commentary [1]   21/10
communicate [2]   59/5 59/9
communicating [4]   36/8 36/12
 36/14 37/4
communications [1]   45/13
complaint [1]   47/22
complete [3]   30/23 31/2 31/3
completed [2]   40/7 40/10
completely [1]   54/11
computer [1]   41/18
concede [1]   39/7
concern [1]   16/11
conclude [1]   67/22
concluded [1]   67/24
concur [1]   28/23
condom [2]   40/16 40/21
conduct [5]   12/25 13/23
 44/22 56/5 63/15
confer [2]   5/22 6/16

conference [1]   6/11
confidential [1]   52/21
confidentiality [1]   52/21
confirmed [1]   52/13
connection [1]   59/24
consent [1]   4/21
consideration [1]   21/24
considering [2]   14/16 14/16
consistent [5]   32/5 32/9
 40/11 46/15 51/14
constitute [1]   62/18
contact [2]   47/23 51/4
contacted [3]   30/24 31/7
 59/23
contained [3]   10/6 19/23
 65/11
contemporaneous [3]   46/21
 59/16 59/18
contemporaneously [1]   41/16
contend [1]   37/8
content [2]   51/12 51/19
context [2]   22/24 36/19
continuation [1]   4/25
continue [4]   6/4 6/8 19/22
 35/19
continued [1]   28/20
contradicted [10]   18/24
 22/10 45/10 45/22 46/7 46/21
 51/20 52/2 54/11 59/22
contradiction [1]   54/1
contradictory [2]   38/6 38/8
contrary [3]   38/4 56/24 57/3
controls [1]   39/2
controversy [1]   8/23
conversations [4]   58/23 59/4
 59/10 60/16
convict [1]   51/1
convicted [3]   38/24 38/25
 61/12
cooking [1]   35/1
coordinate [1]   35/11
correct [11]   7/18 7/24 10/16
 13/5 14/2 19/2 20/8 26/17
 46/2 66/23 68/1
corroborated [3]   41/25 44/23
 64/23
corroborating [1]   47/13
could [13]   3/3 9/21 10/24
 15/7 16/25 19/9 28/2 28/11
 35/11 38/14 41/7 41/22 52/12
couldn't [1]   12/22
counsel [8]   6/7 9/17 21/13
 32/6 46/2 56/2 61/16 62/23
counsel's [1]   42/17
count [8]   3/16 3/18 3/21
 3/23 3/25 4/3 38/21 60/24
counter [1]   45/23
countries [1]   24/10
counts [11]   3/14 4/7 10/4
 10/5 38/24 40/6 62/13 64/20
 67/2 67/3 67/4
couple [2]   40/12 61/17
court [84]
Court's [6]   5/19 6/19 30/23
 38/2 38/9 39/2
cover [1]   67/11
CR [1]   1/3
crafted [1]   56/3 56/4

credibility [1]   22/19
credible [3]   23/10 23/11
 23/25
credit [2]   41/25 51/2
credited [2]   41/2 41/13
crediting [1]   59/14
criminal [10]   12/2 12/19
 12/25 13/11 13/13 13/16
 13/22 13/23 32/21 63/16
critical [1]   50/10
cross [1]   34/19
cross-examination [1]   34/19
custody [7]   7/14 7/24 8/22
 8/25 9/4 9/14 11/5
cut [9]   49/11 49/16 49/18
 49/24 50/1 50/1 50/2 50/4
 50/9
cutter [3]   49/24 49/25 50/3
cutting [4]   25/23 25/25 26/2
 49/21

**D**

dancing [1]   24/24
darn [1]   17/1
data [2]   54/8 54/24
date [26]   4/9 4/25 7/8 7/11
 7/20 7/23 8/3 8/5 8/8 8/18
 8/19 9/2 9/5 9/16 9/17 9/19
 10/22 10/24 11/3 11/8 33/19
 54/4 55/16 60/11 61/1 68/4
dates [3]   42/9 42/15 43/18
Davie [2]   24/6 31/14
day [3]   21/25 35/2 43/19
days [1]   61/18
dealing [1]   29/4
death [1]   63/5
December [3]   3/13 6/18 6/18
December 20th [1]   6/18
decision [1]   56/25
decisions [1]   39/7
declined [1]   38/1
deemed [1]   56/1
Defendant [57]   1/9 1/19 5/3
 6/25 7/19 12/8 12/24 13/13
 13/20 15/17 16/7 16/8 18/13
 20/20 20/21 21/2 21/11 22/13
 23/21 24/16 24/18 26/11 28/1
 29/6 34/8 34/23 35/11 35/19
 35/24 36/8 36/12 37/25 40/15
 42/5 43/11 43/21 46/17 47/22
 50/6 50/11 51/24 52/4 52/7
 52/13 54/14 55/8 55/20 56/20
 56/25 57/4 57/6 58/23 59/3
 59/5 59/9 61/12 63/19
Defendant's [8]   7/1 18/21
 21/9 26/10 26/24 37/19 56/5
 57/2
Defenders [2]   1/19 1/22
Defense [18]   4/14 4/19 5/18
 18/9 21/1 21/13 21/16 29/2
 29/7 30/18 32/6 32/17 42/17
 48/21 50/14 56/2 61/23 67/20
Defense's [3]   48/25 49/2
 55/18
defer [4]   5/23 7/25 12/12
 39/18
deferred [1]   4/8
deferring [1]   67/8

**D**

**degree [2]**   62/25 65/6
**demonstrated [1]**   41/18
**denials [1]**   53/23
**denied [1]**   12/17
**denies [8]**   13/20 15/17 17/16
 19/8 33/14 33/15 33/15 39/6
**deny [3]**   21/22 45/21 50/5
**denying [1]**   51/9
**Department [2]**   31/14 66/8
**deposition [6]**   16/20 17/22
 24/8 55/5 56/11 56/13
**depositions [1]**   56/17
**deputy [2]**   47/21 48/6
**described [1]**   47/23
**describes [1]**   47/19
**detail [1]**   63/21
**detailed [1]**   28/13
**determination [2]**   5/4 23/24
**determine [1]**   64/22
**determines [1]**   29/5
**Devlin [1]**   48/11
**devote [1]**   7/5
**did [44]**   4/11 4/14 6/5 12/4
 12/4 17/6 17/11 17/17 17/18
 18/13 19/18 22/2 22/3 22/21
 24/19 27/18 27/22 28/2 28/23
 29/18 29/23 30/4 30/25 31/14
 32/2 32/5 34/25 38/18 39/10
 40/1 40/12 40/23 41/5 41/21
 42/25 43/1 45/23 49/16 50/22
 51/1 51/2 55/16 55/23 60/12
**didn't [17]**   6/10 12/6 12/15
 15/4 17/10 17/10 17/10 24/16
 26/25 32/15 34/20 36/20
 38/21 47/22 50/7 54/14 55/23
**different [7]**   12/8 36/11
 36/16 37/4 50/2 54/15 62/13
**difficult [1]**   17/4
**dime [1]**   17/6
**Dimitrouleas [1]**   12/19
**direct [3]**   17/10 18/12 33/18
**directed [42]**   16/17 22/17
 23/17 23/18 26/19 27/6 33/7
 33/9 33/13 34/4 34/5 39/13
 39/14 41/10 42/21 42/22 43/2
 43/7 44/10 45/8 45/20 46/18
 47/5 49/6 50/16 51/7 51/18
 53/5 57/9 57/17 58/10 58/19
 59/11 60/7 62/3 65/14 65/15
 65/23 66/11 66/18 66/20
 66/25
**directing [1]**   45/4
**direction [1]**   27/13
**directly [2]**   24/1 46/21
**disagree [1]**   49/23
**disagrees [1]**   18/11
**disbelieved [1]**   57/5
**discredited [1]**   32/13
**discussed [1]**   44/17
**discusses [1]**   61/11
**discussion [1]**   60/11
**disfigurement [1]**   63/8
**dismissed [2]**   12/18 14/2
**dispute [2]**   28/22 29/17
**disputing [1]**   50/20
**distorted [1]**   37/15

**DISTRICT [3]**   1/1 1/1 1/12
**DIVISION [1]**   1/2
**DL [51]**   22/20 22/20 22/21
 24/4 24/19 24/23 38/15 38/16
 38/18 38/24 39/18 40/1 40/9
 40/12 40/14 40/17 41/4 41/14
 41/19 41/25 42/5 42/7 43/3
 43/8 43/11 43/21 43/23 44/5
 44/22 45/23 46/6 46/25 47/15
 47/16 47/23 47/23 48/9 49/9
 49/10 50/11 50/22 51/1 51/9
 52/13 55/7 55/9 62/25 63/18
 63/19 63/20 67/2
**DL's [10]**   40/11 40/25 41/2
 41/12 41/16 45/10 46/6 46/20
 47/13 47/25
**do [41]**   4/10 5/15 5/25 6/5
 7/10 8/15 10/17 10/20 13/10
 15/16 18/12 19/11 19/13
 19/13 20/14 26/9 26/22 26/25
 28/15 28/16 29/21 29/21
 31/16 32/1 33/3 36/18 38/8
 38/12 38/12 39/23 41/4 47/25
 48/1 48/7 48/21 50/9 51/13
 56/2 56/13 59/21 62/18
**docket [9]**   4/18 4/19 4/20
 4/21 6/4 6/8 6/17 7/2 62/16
**document [2]**   52/17 53/4
**does [14]**   8/2 8/24 12/21
 21/13 21/16 21/22 27/11 28/8
 28/17 32/21 40/9 48/21 54/14
 65/3
**doesn't [11]**   9/18 11/17 12/2
 23/23 29/10 36/14 38/18 41/3
 43/22 43/25 67/2
**doing [3]**   15/11 34/25 53/16
**domestic [1]**   66/14
**don't [44]**   5/24 7/8 7/17
 7/22 8/20 9/16 9/18 9/23
 9/24 11/13 12/11 13/6 13/15
 14/9 14/17 15/12 19/1 19/2
 19/14 21/12 22/5 23/7 23/10
 23/10 23/11 23/23 26/6 27/23
 28/21 38/6 38/20 38/21 41/2
 42/11 44/14 44/21 44/23 56/1
 58/5 59/2 59/6 60/4 61/22
 67/16
**Donald [1]**   48/11
**done [2]**   13/23 62/15
**door [1]**   57/24
**doubt [2]**   5/25 60/24
**down [3]**   54/2 62/8 65/5
**DR [21]**   16/20 17/2 24/8
 47/22 55/5 55/8 55/9 55/13
 55/15 55/20 55/23 56/9 56/20
 57/7 57/24 58/3 62/25 63/19
 63/23 66/21 67/4
**DR's [1]**   56/11
**drive [1]**   41/18
**due [1]**   33/2
**during [4]**   35/8 35/23 36/3
 47/8

**E**

**each [10]**   7/5 18/9 19/7
 38/22 62/8 62/8 62/12 62/24
 64/12 64/13
**earlier [1]**   50/25

**easily [3]**   28/3 28/6 28/11
**ECF [1]**   65/20
**effective [1]**   8/20
**effort [1]**   6/19
**eight [1]**   21/4
**either [3]**   5/8 23/11 64/8
**elaborate [1]**   21/16
**else [7]**   5/9 9/20 22/2 25/2
 36/25 38/8 57/15
**emphatic [1]**   22/4
**end [8]**   18/11 18/17 24/7
 48/4 50/13 56/19 58/8 59/2
**ended [2]**   38/1 49/12
**enforcement [1]**   59/22
**engaged [6]**   41/15 41/17
 53/20 54/6 54/7 54/9
**enhancement [5]**   61/11 61/20
 65/4 67/3 67/5
**enlarge [1]**   49/17
**enough [6]**   42/6 42/13 43/10
 43/12 43/14 44/6
**entertain [2]**   17/14 19/5
**entire [3]**   6/11 39/17 47/7
**entirely [1]**   31/20
**entry [9]**   4/18 4/20 4/20
 4/21 6/4 6/8 7/3 11/15 62/16
**escaping [1]**   48/4
**escort [3]**   24/5 31/16 46/7
**ESQ [2]**   1/19 1/22
**et [1]**   40/8
**even [7]**   9/3 18/19 22/19
 22/21 42/11 42/17 50/25
**events [3]**   41/5 59/17 59/18
**ever [4]**   17/6 50/5 51/9 58/2
**every [3]**   6/19 17/6 43/19
**everyone [1]**   6/21
**everything [7]**   6/24 22/2
 36/25 38/22 57/15 67/11
 67/17
**evidence [28]**   15/2 16/13
 16/22 18/24 22/10 24/2 24/13
 24/16 26/10 32/18 32/25 33/4
 35/25 39/10 41/14 41/14 42/1
 44/23 45/3 45/10 45/11 46/22
 51/21 52/2 54/2 54/17 55/15
 55/22
**exactly [1]**   62/17
**examination [2]**   33/18 34/19
**example [2]**   22/20 28/5
**except [2]**   36/8 37/3
**Excuse [1]**   66/1
**exercise [1]**   49/1
**exist [1]**   60/13
**explain [2]**   4/9 31/4
**extended [1]**   34/7
**extensively [1]**   38/16
**extreme [1]**   63/10

**F**

**face [1]**   10/7
**Facebook [1]**   31/7
**facilities [1]**   52/22
**fact [7]**   37/11 41/6 45/22
 46/8 47/21 51/22 55/16
**factors [1]**   5/9
**facts [19]**   13/10 21/11 29/4
 29/5 30/6 32/24 33/3 33/6
 34/11 45/1 54/14 54/16 54/21

**F**

facts... [6]  55/5 55/23 56/3
 64/6 64/6 66/7
factual [6]  28/9 40/5 40/25
 41/5 53/24 64/16
factually [3]  8/20 10/11
 10/13
faculty [2]  63/7 63/12
fairly [1]  23/7
fake [1]  55/15
false [1]  55/21
fear [2]  24/20 25/5
February [1]  6/2
February 26 [1]  6/2
Federal [16]  1/19 1/22 3/6
 7/14 7/24 8/16 9/3 9/6 9/13
 9/15 12/24 60/14 60/17 61/2
 61/5 68/5
feel [1]  62/20
felt [1]  34/25
female [1]  48/3
fiction [1]  9/22
file [1]  61/17
filed [8]  4/18 6/25 8/11 9/2
 9/5 18/20 31/13 65/19
filing [1]  4/21
filings [1]  67/16
filled [1]  58/15
final [2]  4/11 28/25
find [5]  33/3 38/6 38/8
 44/21 65/3
finding [17]  32/15 38/14
 40/3 40/5 40/9 40/25 41/5
 41/6 52/6 52/10 53/19 55/5
 56/25 58/12 62/12 62/20
 64/11
findings [3]  44/24 49/8
 64/16
finds [2]  10/1 65/8
fine [11]  11/16 13/6 16/3
 19/8 19/22 29/16 30/11 30/18
 36/18 37/22 49/19
first [10]  18/22 25/13 30/2
 33/21 36/21 37/17 37/19
 51/10 58/6 58/9
fist [1]  33/24
five [9]  11/23 11/24 13/1
 13/2 16/15 16/18 18/6 25/6
 62/17
FL [5]  1/7 1/17 1/20 1/24
 2/2
flat [1]  54/1
fleshed [1]  51/8
FLETCHER [2]  1/19 3/9
FLORIDA [4]  1/1 24/25 54/2
 54/5
force [5]  3/19 3/22 4/1
 49/20 49/22
forced [3]  39/8 46/7 47/16
forceful [1]  49/16
foregoing [1]  68/1
forfeiture [1]  4/21
formal [1]  61/17
Fort [1]  1/20
forth [3]  29/15 34/4 65/9
forward [4]  5/9 6/10 6/22
 9/3

**G**

Galaxy [1]  36/5
gave [5]  34/24 35/24 40/16
 40/21 57/20
general [1]  14/7
generally [2]  33/2 41/12
get [8]  16/24 35/19 39/6
 39/8 45/15 49/25 50/7 61/21
gets [1]  7/24
getting [2]  62/6 67/12
girl [1]  37/25
girls [17]  16/12 23/19 25/7
 25/13 35/12 36/9 36/12 37/13
 37/14 43/23 51/24 52/2 52/7
 52/14 52/17 52/23 53/3
girls' [4]  16/2 16/6 16/8
 16/10
give [7]  6/15 9/18 23/23
 46/16 61/16 61/17 61/20
given [4]  9/24 40/18 56/11
 59/14
gives [1]  34/10
go [20]  5/21 5/22 6/10 8/19
 15/4 18/5 19/12 23/19 24/9
 24/18 24/19 24/19 25/8 28/8
 29/9 31/15 31/15 35/6 46/14
 52/8
goes [12]  12/19 13/1 25/10
 26/4 31/22 34/17 38/1 38/10
 40/2 46/4 60/9 63/20
going [40]  4/10 4/23 5/13
 6/7 6/10 6/23 14/3 15/11
 16/10 16/13 17/19 18/3 18/5
 18/8 19/6 22/16 23/22 24/10
 25/17 28/15 30/20 31/21 34/7
 34/23 35/1 35/8 38/7 39/12
 46/10 47/4 49/4 52/17 53/13
 54/3 54/6 54/18 55/10 60/5
 65/2 66/9
gone [2]  15/5 28/3
good [3]  3/4 3/12 59/21
got [5]  24/1 27/11 42/15
 42/24 52/3
governed [1]  32/23
Government [51]  4/11 4/19
 5/16 7/15 7/17 7/19 9/15
 9/20 11/16 12/4 15/13 15/24
 17/1 20/4 20/23 22/8 23/13

24/1 24/14 25/22 26/8 28/2
 28/8 28/17 29/11 31/25 32/16
 32/22 35/7 36/20 36/23 37/21
 45/17 45/25 46/12 47/2 47/18
 56/10 58/4 58/24 59/5 59/15
 59/25 60/10 62/1 62/14 65/18
 65/25 66/6 66/15 67/18
Government's [14]  6/7 7/6
 11/11 17/2 18/23 19/1 21/15
 28/18 31/19 54/2 55/18 56/5
 60/12 67/13
great [1]  5/23
Greg [1]  3/4
GREGORY [1]  1/15
GRL [30]  20/15 20/16 20/17
 20/20 20/22 21/2 27/8 27/10
 27/11 27/15 27/18 28/18
 29/17 29/23 30/24 31/5 31/6
 31/6 31/14 31/15 33/19 34/6
 34/8 34/11 35/23 36/7 62/25
 63/19 64/1 67/4
GRL's [3]  27/19 31/13 32/14
group [1]  23/3
grouped [1]  23/4
grouping [1]  62/13
groups [1]  62/8
guess [1]  35/6
guideline [2]  61/10 63/15
Guidelines [4]  61/9 61/25
 62/7 65/10
guilty [7]  3/14 4/7 11/6
 22/11 22/22 60/23 64/19
gun [2]  26/11 34/1
guns [5]  26/5 26/9 26/14
 26/14 26/16
guy [2]  8/21 24/5

**H**

habeas [2]  8/4 10/8
had [44]  5/21 6/11 7/15
 15/10 15/10 22/20 23/21 24/4
 25/5 28/18 28/22 29/17 30/2
 31/13 33/17 34/9 34/16 35/7
 35/13 35/18 35/19 35/23
 35/24 35/25 36/3 36/5 36/9
 36/10 36/11 36/21 37/8 37/12
 37/25 38/16 40/14 40/18
 42/15 43/18 48/10 54/4 55/16
 60/19 61/6 61/15
half [2]  28/2 28/10
hand [2]  7/15 49/15
handle [1]  7/23
handled [1]  49/21
happened [11]  9/9 28/19
 29/11 29/12 29/14 33/3 35/14
 35/15 40/3 49/3 49/18
happening [1]  41/23
happens [1]  9/7
harboring [1]  40/7
hard [1]  41/18
Harper [1]  48/19
has [17]  6/17 8/8 19/2 26/22
 38/5 42/23 44/11 45/2 50/3
 62/15 64/5 64/14 64/22 65/3
 65/6 66/16 66/21
have [68]  3/3 4/12 4/14 4/16
 5/1 7/3 7/6 7/6 8/2 8/3 8/11
 8/15 8/24 9/21 12/21 13/6

## H

**have... [52]** 13/12 13/14
15/5 15/10 16/25 17/8 17/13
17/14 18/13 19/15 19/24 23/7
23/14 25/25 27/18 27/23
27/23 28/2 28/8 28/14 28/17
28/21 29/3 29/8 29/20 29/23
30/13 31/9 31/11 32/11 33/1
35/1 36/20 36/25 37/5 37/17
38/13 39/23 41/22 42/2 44/8
44/14 45/11 48/21 48/21
57/14 57/15 60/10 61/8 64/19
66/4 67/14
**haven't [2]** 5/21 61/15
**having [5]** 28/10 36/7 37/3
39/1 43/19
**he [87]**
**hear [1]** 19/5
**heard [9]** 5/7 12/14 16/13
17/7 22/14 24/13 42/3 55/24
65/10
**hearing [4]** 6/1 6/4 24/15
67/24
**held [3]** 11/4 11/9 33/1
**help [2]** 20/24 35/11
**helpful [1]** 59/15
**her [92]**
**here [9]** 6/12 7/3 16/25 17/4
18/5 19/20 33/5 59/20 62/13
**herself [7]** 20/15 20/20
20/22 27/15 45/16 49/11 50/4
**him [18]** 5/22 22/10 25/6
28/19 30/2 30/25 31/7 31/15
33/21 34/8 34/23 34/24 36/21
45/15 45/15 47/12 47/16
55/20
**his [13]** 24/20 40/4 49/21
50/12 50/13 57/21 59/14
59/16 59/17 59/23 60/15
64/25 66/13
**history [7]** 5/25 12/2 12/19
13/11 13/13 13/16 13/23
**hit [4]** 33/19 33/23 33/23
33/24
**hitting [1]** 33/15
**hold [1]** 4/24
**home [9]** 20/15 20/17 20/20
20/22 25/15 26/10 46/9 47/16
57/23
**HON [1]** 2/1
**Honor [46]** 8/12 13/6 17/4
18/15 19/17 19/24 21/7 22/18
23/9 24/12 25/21 26/6 27/7
28/21 33/10 35/4 38/11 39/21
39/25 40/24 43/4 44/9 45/9
46/5 47/6 48/25 49/7 50/17
52/1 53/6 53/18 55/11 55/25
57/11 57/19 58/11 58/15
58/17 58/20 59/13 60/8 61/8
61/9 64/10 65/24 66/12
**HONORABLE [1]** 1/11
**Hoover [1]** 3/6
**hospital [8]** 51/22 51/23
51/25 52/5 52/5 52/7 52/8
52/14
**hospitalization [1]** 63/13
**hotel [1]** 41/23

**hour [1]** 40/14
**hours [1]** 18/6
**house [15]** 12/10 12/25 23/21
24/6 24/10 26/6 34/6 34/12
34/17 35/14 35/24 36/4 53/7
54/4 54/6
**how [10]** 7/4 7/23 8/14 12/7
17/14 18/11 22/1 22/2 28/13
40/15
**however [1]** 57/21
**human [1]** 12/9
**hundred [2]** 19/16 40/22
**hurt [1]** 33/20

## I

**I'm [2]** 16/10 57/12
**ID [2]** 55/15 55/21
**idea [5]** 37/14 47/15 51/22
54/3 54/10
**identical [1]** 47/24
**impairment [2]** 63/6 63/11
**important [1]** 19/3
**impression [1]** 34/11
**inaccuracies [1]** 29/15
**inaccurate [3]** 8/15 9/24
34/11
**inaction [1]** 59/17
**inappropriate [1]** 37/15
**incident [2]** 48/1 49/10
**include [1]** 25/12
**included [4]** 12/23 36/2
55/12 57/15
**including [5]** 6/18 45/10
55/19 61/13 61/24
**inconsistent [1]** 40/18
**incorrect [1]** 55/16
**increase [2]** 62/21 65/11
**increased [1]** 63/1
**indicate [3]** 17/16 26/9
43/22
**indicated [8]** 5/1 16/20 17/2
18/1 19/17 24/8 47/10 65/5
**indicates [1]** 28/22
**indicted [1]** 9/16
**indictment [5]** 3/15 9/2 9/5
22/11 60/13
**individually [1]** 19/6
**indulgence [1]** 5/19
**inflicted [3]** 52/15 52/24
52/25
**information [6]** 8/13 9/25
30/24 34/25 56/14 56/15
**inherent [1]** 42/18
**inherently [1]** 51/3
**initial [2]** 8/4 10/9
**initially [1]** 8/6
**initials [1]** 15/8
**injuries [7]** 52/14 53/1
62/17 62/21 64/11 64/23 65/1
**injury [11]** 49/22 62/9 62/12
62/25 63/4 63/4 63/10 63/10
63/15 64/9 65/6
**innocence [4]** 40/4 44/1
64/25 66/13
**inputting [1]** 44/3
**inquire [1]** 35/6
**insofar [1]** 10/2
**instances [2]** 15/10 19/12

**instead [3]** 28/15 44/8 46/17
**intended [1]** 67/11
**interacted [1]** 61/4
**interactions [1]** 60/20
**interest [2]** 23/5 59/14
**interfere [1]** 7/22
**intervention [1]** 63/12
**introduced [3]** 27/9 45/11
46/22
**Investigation [2]** 3/6 4/8
**involved [3]** 41/19 46/23
46/24
**involves [1]** 11/22
**involving [2]** 63/5 63/10
**irrelevant [2]** 16/23 60/25
**is [296]**
**issue [4]** 32/22 37/16 60/10
61/15
**issued [1]** 10/8
**issues [2]** 14/17 37/5
**it [209]**
**it's [2]** 54/1 65/15
**its [8]** 5/4 5/10 21/7 31/24
33/10 38/11 46/6 52/21
**itself [3]** 25/21 26/18 27/8

## J

**Jacksonville [4]** 54/3 54/4
54/10 54/24
**jail [1]** 61/4
**Jason [1]** 48/17
**job [1]** 62/16
**Johnson [2]** 48/19 48/22
**join [1]** 47/12
**joint [1]** 39/7
**JUDGE [26]** 1/12 12/1 12/9
15/7 18/4 20/5 21/9 22/5
23/6 26/20 28/25 31/24 32/1
34/15 36/15 37/22 39/16
42/16 44/16 45/1 49/14 51/13
56/22 60/22 61/14 62/15
**judicial [1]** 22/14
**July [1]** 24/23
**July 2017 [1]** 24/23
**jury [27]** 6/18 14/9 14/18
22/4 22/10 22/21 22/22 22/23
23/11 32/13 32/15 32/18 35/5
38/19 38/23 40/5 41/3 50/19
51/1 51/2 53/25 54/13 57/5
64/17 64/18 64/18 64/22
**jury's [6]** 4/6 21/24 22/14
40/9 56/24 57/3
**just [16]** 6/16 12/5 13/1
13/11 22/1 24/12 26/20 29/16
32/3 32/8 34/15 41/9 43/20
54/13 57/23 61/1
**justice [5]** 60/9 60/23 61/13
67/2 67/6

## K

**KC [11]** 14/8 15/9 15/10 37/9
48/7 53/24 54/8 54/22 55/3
57/21 58/2
**KC's [2]** 54/1 54/21
**keep [3]** 7/9 15/22 32/4
**kept [4]** 15/3 15/5 15/19
51/9
**kicked [1]** 33/24

## K

**kill [1]**   34/2
**kinds [1]**   27/24
**Kissimmee [1]**   31/6
**kitchen [1]**   33/25
**knew [6]**   34/24 46/10 57/23
57/24 58/2 58/3
**knife [12]**   49/10 49/12 49/13
49/15 49/18 49/20 49/21 50/3
50/7 50/8 50/10 50/12
**know [10]**   8/21 11/13 18/15
21/12 23/4 23/23 26/6 31/9
36/21 38/20
**knowing [1]**   57/1
**knowledge [2]**   61/3 61/7
**knows [1]**   17/1
**Korrine [1]**   48/19

## L

**language [1]**   21/13
**last [11]**   16/1 32/4 32/8
34/17 35/8 37/3 37/24 40/12
46/14 58/21 58/21
**later [1]**   61/25
**law [2]**   59/22 61/25
**learned [2]**   6/9 31/13
**least [1]**   54/16
**leave [9]**   14/3 16/10 24/3
24/4 24/19 25/17 36/17 36/21
56/20
**leaves [1]**   40/24
**leaving [2]**   43/4 46/25
**left [17]**   5/25 15/9 20/17
20/20 20/22 21/2 24/2 24/19
25/3 25/14 34/6 34/9 34/12
36/24 37/2 37/10 47/15
**leg [1]**   34/1
**legal [2]**   5/11 9/22
**lend [1]**   23/4
**Leroy [1]**   3/1
**less [1]**   21/14
**let [9]**   12/13 12/13 22/18
23/3 30/19 31/15 31/15 39/22
41/9
**let's [5]**   13/16 25/24 37/16
44/7 65/4
**level [6]**   62/18 62/21 63/1
63/17 65/7 65/11
**level is [1]**   63/1
**levels [1]**   63/2
**lied [2]**   54/8 54/22
**life [1]**   63/4
**lifestyle [1]**   46/11
**like [7]**   9/25 13/12 15/11
21/1 24/16 34/25 49/20
**likely [2]**   63/7 63/8
**limited [1]**   61/24
**line [11]**   15/25 16/1 28/4
32/4 32/8 43/21 46/14 51/14
51/17 58/6 58/9
**list [2]**   9/2 18/11
**literally [1]**   28/3
**litigating [1]**   32/22
**little [1]**   30/9
**live [2]**   24/5 31/6
**lived [3]**   24/7 35/23 36/3
**living [3]**   25/6 30/24 31/5

**lodge [2]**   29/1 56/6
**lodged [2]**   29/2 29/3
**logs [2]**   25/23 25/24
**long [5]**   19/17 23/8 26/5
26/9 26/16
**look [2]**   38/12 39/22
**looked [1]**   52/18
**looking [3]**   28/4 30/1 61/9
**loss [1]**   63/5
**lot [5]**   7/8 8/23 41/11 47/11
47/15
**love [1]**   28/15
**lower [1]**   32/23

## M

**ma'am [10]**   16/16 19/19 20/11
21/6 21/17 21/19 23/18 45/6
48/16 48/20
**made [8]**   11/12 15/20 32/9
37/18 39/6 53/24 56/25 64/5
**maintain [2]**   54/15 66/12
**maintained [4]**   18/19 18/19
46/22 52/22
**maintaining [5]**   40/4 40/7
41/1 44/1 53/6
**maintains [5]**   41/13 57/4
57/6 64/25 66/13
**make [25]**   5/4 10/24 18/8
19/2 19/4 19/7 19/21 23/24
28/9 30/18 32/1 38/7 38/19
41/6 44/5 44/24 46/15 47/22
50/15 52/12 53/2 58/23 59/3
59/10 64/15
**making [7]**   6/19 17/5 25/3
27/25 40/3 40/25 50/25
**man [1]**   40/14
**manager [1]**   24/4
**March [7]**   1/8 6/5 7/21 9/1
9/20 9/23 60/14
**March 12 [2]**   7/21 9/23
**March 8 [1]**   9/1
**Mary [1]**   48/15
**Maryanne [1]**   40/15
**matter [6]**   38/2 41/3 60/17
60/17 61/2 68/2
**matters [1]**   12/11
**may [15]**   5/1 5/5 5/21 8/11
11/25 14/11 15/15 15/10 19/24
38/4 39/18 56/22 61/20 67/14
67/22
**Maybe [1]**   42/24
**MB [2]**   40/21 42/15
**MB's [1]**   43/17
**McCRAE [3]**   1/22 3/10 39/19
**me [14]**   3/5 5/22 5/23 7/4
12/13 16/11 16/25 19/15
22/18 30/19 39/22 41/9 48/4
66/1
**mean [3]**   29/13 33/14 54/14
**means [5]**   16/7 38/22 63/4
63/10 63/15
**medical [2]**   52/2 63/12
**member [2]**   63/6 63/11
**memory [3]**   28/18 39/2 49/14
**mental [2]**   63/6 63/12
**mentally [1]**   22/2
**messages [5]**   45/11 45/22
46/21 53/8 58/25

**met [1]**   33/21
**meta [2]**   54/8 54/24
**midnight [2]**   10/15 10/23
**might [2]**   25/23 32/5
**mind [1]**   58/17
**minor [6]**   3/17 3/24 19/3
28/19 28/20 64/4
**minute [1]**   19/24
**misleading [1]**   34/10
**misrepresented [1]**   56/9
**missing [2]**   9/17 31/13
**Mobile [1]**   35/17
**modifications [2]**   37/18 64/4
**Modify [1]**   15/23
**moment [4]**   4/10 39/22 48/5
61/8
**money [24]**   15/3 15/4 15/4
15/6 15/20 15/23 16/2 16/6
16/6 16/8 16/11 16/12 20/2
32/8 33/12 37/8 37/12 37/16
37/18 37/25 46/16 46/17 51/9
51/16
**monitored [1]**   36/25
**month [1]**   6/2
**months [2]**   9/5 9/15
**more [11]**   7/10 21/14 28/3
28/14 30/22 45/14 49/16
52/13 61/23 67/13 67/16
**mortgage [1]**   11/22
**most [1]**   61/4
**mostly [1]**   40/11
**mother [1]**   46/24
**mother's [1]**   46/14
**motion [12]**   4/20 6/4 6/8 8/3
10/8 12/6 20/8 24/15 29/8
32/6 33/6 58/15
**move [6]**   6/21 12/16 37/1
44/7 45/24 55/3
**moved [5]**   12/22 12/25 13/11
13/19 23/20
**moving [3]**   12/5 23/7 26/3
**Mr [91]**
**Ms. [2]**   10/20 39/19
**Ms. McCrae [1]**   39/19
**Ms. Weisberg [1]**   10/20
**much [8]**   7/4 18/2 36/23
37/11 38/19 40/15 45/14
48/23
**multiple [4]**   22/12 34/6
34/12 37/2
**my [26]**   11/12 12/3 14/6 15/1
20/1 20/3 20/7 20/7 22/9
24/15 28/9 30/1 30/12 31/11
33/6 33/18 35/2 37/7 38/12
38/14 39/5 39/23 43/17 47/25
53/22 54/25

## N

**naked [1]**   24/23
**name [2]**   48/1 48/4
**narrative [2]**   65/15 66/3
**necessary [1]**   5/22
**need [8]**   6/15 7/8 14/13
29/21 31/9 38/12 49/19 56/12
**needed [2]**   52/2 52/8
**needs [3]**   14/9 33/3 67/16
**neither [1]**   55/23
**never [16]**   20/15 20/20 20/21

**N**

never... [13]   20/24 21/2
35/12 35/14 35/15 36/24 39/8
51/23 51/24 52/7 52/14 58/17
59/22
new [1]   44/8
next [12]   11/22 11/24 14/5
25/10 30/7 32/3 38/1 38/10
44/7 46/14 49/6 53/23
nicely [1]   27/14
nine [2]   21/21 22/17
Nino [2]   42/14 43/17
no [46]   1/3 5/17 9/14 10/5
11/2 12/6 12/23 13/9 14/1
14/22 14/23 16/3 16/12 17/23
18/7 19/19 20/11 21/17 21/18
21/19 21/20 23/15 25/1 25/25
26/14 30/13 35/14 35/17
39/25 41/14 42/23 45/18 47/3
48/12 48/14 48/16 48/18
48/20 60/16 61/5 61/6 61/7
65/19 67/2 67/19 67/21
nol [1]   10/6
nol-prossed [1]   10/6
none [1]   67/4
North [1]   1/20
not [109]
note [13]   6/1 8/5 12/16
31/15 41/20 42/4 42/16 49/9
50/15 61/10 63/3 63/9 63/14
noted [12]   7/12 8/7 9/8 11/9
29/3 29/8 42/17 63/18 63/19
63/23 63/24 64/2
notes [15]   19/20 28/9 28/12
28/13 30/1 30/12 33/18 35/2
38/12 38/14 39/23 43/17
47/25 54/25 61/10
nothing [4]   8/15 9/20 18/14
55/22
notice [3]   4/21 6/13 22/14
noting [1]   41/3
November [9]   7/11 7/20 8/9
8/10 8/19 8/22 9/9 9/16
10/14
November 29 [5]   7/11 7/20
8/9 8/19 9/9
November 29th [2]   8/22 9/16
November 30th [1]   8/10
now [16]   21/4 28/15 29/5
39/14 42/20 43/2 44/13 45/4
45/8 46/19 50/23 53/16 55/25
57/17 61/14 61/22
number [5]   18/18 27/12 35/22
43/7 55/11
Nunez [1]   48/13

**O**

o'clock [4]   5/1 5/5 6/3
67/15
object [17]   14/7 16/5 19/11
20/14 31/20 32/14 39/16 47/6
47/15 49/7 49/21 51/12 52/25
55/4 55/7 56/1 59/13
objecting [18]   7/17 7/20
13/10 18/12 20/19 21/11
26/13 31/1 44/20 51/19 52/6
52/9 52/16 53/18 57/25 58/11

60/8 62/11
objection [70]
objectionable [1]   64/24
objections [31]   4/17 4/19
5/3 5/4 5/14 6/25 6/25 7/1
7/2 14/6 14/11 14/16 18/10
18/18 18/20 18/23 19/14
19/16 27/25 28/9 28/13 29/1
29/2 29/3 29/7 34/3 40/24
42/17 54/19 62/3 66/3
objects [3]   18/18 29/7 29/7
obstruct [1]   60/17
obstructing [1]   4/3
obstruction [10]   60/9 60/22
60/24 61/6 61/13 61/19 61/23
62/2 67/1 67/6
obvious [2]   59/14 63/8
obvious disfigurement [1]
63/8
occasion [1]   47/23
occasions [2]   34/6 34/12
occur [2]   32/15 41/5
occurred [12]   22/15 47/20
52/10 53/10 53/25 56/7 56/8
59/17 59/19 60/16 65/17 66/4
off [5]   8/19 24/5 24/6 36/21
50/9
offense [4]   44/22 63/1 63/17
65/7
offenses [1]   61/13
offer [1]   16/24
office [7]   1/16 1/19 1/22
58/6 58/8 63/22 65/6
officer [7]   47/8 47/10 47/14
48/1 48/3 64/6 65/3
Officer's [1]   65/9
Official [2]   2/1 68/5
often [11]   15/3 15/19 16/9
16/20 17/2 24/21 25/7 25/8
25/14 25/18 34/8
Okay [28]   3/1 8/8 11/20 14/5
14/23 14/24 16/4 18/21 22/16
23/16 26/22 31/18 31/23
32/12 37/7 39/12 39/23 44/19
45/7 46/16 47/4 48/24 49/4
54/18 57/9 59/11 62/14 67/22
old [14]   27/18 27/21 29/24
42/6 42/13 42/19 43/9 43/12
43/14 44/6 55/14 55/17 56/9
63/20
once [9]   16/19 23/9 24/2
32/13 35/5 37/9 37/13 42/15
43/18
one [38]   4/24 5/1 5/5 7/3
7/5 7/7 9/19 11/24 12/11
13/5 14/5 18/5 18/5 18/9
19/7 19/8 19/11 19/24 24/5
24/7 25/10 26/10 26/20 27/9
28/11 33/21 33/22 34/15 38/7
38/10 44/8 44/17 49/6 50/7
58/2 67/6 67/15 67/17
one-by-one [1]   18/5
ones [2]   7/8 7/10
online [2]   43/4 43/5
only [15]   4/24 5/13 6/9 6/24
15/2 22/2 26/5 30/23 42/14
43/14 46/13 58/1 59/23 60/19
67/6

operation [1]   35/20
opportunity [3]   4/12 4/15
61/17
opposed [5]   10/25 21/10
53/19 55/9 59/1
opposite [1]   46/1
order [8]   18/13 27/22 47/12
48/10 52/18 62/1 64/22 67/12
ordered [1]   4/8
organ [2]   63/6 63/12
original [1]   9/18
originally [2]   6/1 7/13
other [22]   6/20 9/19 12/11
12/25 13/23 24/10 35/12 36/9
36/12 37/18 41/14 41/19 42/1
42/9 42/23 44/11 53/9 63/15
64/4 64/17 66/24 67/17
otherwise [7]   14/14 19/22
21/14 26/1 38/13 38/14 64/23
our [15]   28/12 40/24 41/24
47/3 50/17 53/12 56/7 56/7
56/16 58/14 58/15 65/16
65/16 65/19 66/2
out [29]   11/14 15/21 15/23
16/11 17/5 22/4 22/5 24/9
24/16 24/17 24/19 25/5 26/1
32/3 32/7 33/11 48/10 51/8
51/10 51/13 51/15 54/1 58/6
59/3 59/6 59/8 59/22 64/2
67/12
outline [1]   62/17
outlined [1]   23/1
outlines [1]   10/3
outside [4]   23/19 25/8 47/12
56/17
over [11]   6/2 8/16 9/15 16/7
16/8 25/15 28/10 34/16 38/1
44/16 50/14
overrule [23]   10/12 14/3
19/6 22/16 27/4 27/16 31/21
33/8 34/3 39/12 42/3 47/4
49/4 51/6 53/2 53/13 54/18
54/25 55/10 65/2 65/21 66/9
66/18
overruled [12]   19/10 20/12
23/16 30/2 39/4 42/23 42/24
45/7 45/19 46/3 58/16 65/12
overrules [1]   40/24
overruling [1]   53/3
own [22]   16/20 17/3 17/12
17/18 18/1 18/1 20/17 21/7
22/13 25/15 31/24 33/10
34/17 35/8 35/13 35/18 37/8
37/12 38/11 46/6 46/10 54/2

**P**

page [11]   7/8 11/3 11/8 28/4
32/21 37/24 38/1 40/12 46/14
60/12 63/21
pages [2]   19/16 62/16
paid [1]   27/2
pain [1]   63/10
paints [1]   17/9
PALM [5]   1/2 1/7 1/17 1/24
2/2
papers [1]   67/10
paragraph [188]
paragraphs [18]   7/9 11/23

**P**

**paragraphs... [16]**   11/24 18/9 18/10 18/12 18/18 21/21 22/17 37/18 44/12 54/21 59/12 60/6 64/5 64/12 65/13 66/25
**parking [3]**   47/9 47/11 47/14
**parlor [1]**   27/1
**part [6]**   4/24 5/6 44/22 50/9 50/12 64/7
**participated [1]**   39/7
**particular [4]**   19/12 27/25 35/9 38/21
**parties [8]**   4/23 5/2 5/3 5/9 6/20 28/22 28/23 29/1
**Pauline [2]**   2/1 68/5
**PBSO [1]**   48/6
**PEACOCK [5]**   1/19 3/9 10/16 11/13 50/25
**pending [2]**   13/22 60/18
**percent [1]**   18/22
**period [8]**   25/16 28/10 35/8 36/17 37/4 50/12 50/13 56/21
**periods [1]**   34/7
**permanent [3]**   63/4 63/7 63/8
**permission [2]**   23/20 24/20
**permit [1]**   39/20
**person [2]**   9/6 50/1
**person's [1]**   31/13
**persons [2]**   6/12 6/14
**persuading [1]**   40/14
**pet [1]**   46/24
**Peter [1]**   3/5
**Petersburg [1]**   24/25
**phone [9]**   27/12 33/23 33/24 35/16 35/18 35/18 36/8 36/10 37/3
**phones [10]**   35/10 35/23 35/24 35/25 36/3 36/6 36/11 36/16 37/4 41/16
**photographs [1]**   54/12
**physical [3]**   18/24 63/10 63/13
**physically [5]**   10/16 21/3 22/2 43/22 47/17
**pick [5]**   25/1 30/25 31/7 34/9 34/23
**picked [1]**   31/12
**picking [1]**   42/9
**picture [1]**   17/9
**pictures [3]**   24/24 45/15 54/7
**Pierce [2]**   1/20 2/2
**Pierce/West [1]**   2/2
**Pinky [1]**   33/22
**pins [1]**   33/25
**place [1]**   28/25
**placed [1]**   26/12
**places [2]**   24/18 33/20
**Plaintiff [2]**   1/5 1/15
**planned [1]**   48/10
**plenty [1]**   9/7
**pliers [1]**   33/22
**plus [1]**   65/7
**point [10]**   5/10 6/13 24/6 24/7 31/6 45/5 50/25 52/8 65/7 67/5

**pointing [1]**   34/1
**points [3]**   14/1 62/9 64/2
**police [2]**   31/14 56/15
**portion [6]**   5/20 13/11 58/21 64/12 65/16 66/3
**portions [1]**   22/23
**position [20]**   11/11 11/17 12/4 17/17 17/24 17/25 19/1 21/15 29/13 41/24 42/2 44/2 48/25 49/2 52/24 55/19 56/7 56/8 60/12 61/23
**possessed [1]**   55/15
**possibly [1]**   43/23
**post [6]**   17/2 17/10 17/10 17/11 42/13 43/14
**posted [8]**   16/20 18/1 42/8 42/9 42/14 43/4 43/5 43/17
**posting [6]**   42/5 43/9 43/11 43/15 43/21 43/22
**powerful [1]**   33/22
**Pre [1]**   4/8
**Pre-Sentence [1]**   4/8
**preclude [1]**   32/21
**prepared [2]**   6/21 28/14
**preparing [3]**   49/11 50/1 50/4
**preponderance [5]**   32/25 33/1 33/4 45/2 54/17
**present [2]**   3/10 8/14
**presentation [1]**   5/6
**presented [2]**   8/15 32/22
**prevented [1]**   27/20
**previous [3]**   32/2 57/12 58/14
**prior [3]**   9/3 28/23 29/17
**prison [1]**   52/19
**Prisons [1]**   52/18
**probably [4]**   12/19 21/25 28/3 29/13
**Probation [25]**   3/12 7/23 8/1 8/2 8/24 12/7 12/12 12/14 12/21 23/25 29/3 29/10 56/3 56/4 56/14 62/15 63/22 64/1 64/6 65/3 65/6 65/9 66/8 66/16 67/3
**Probation's [1]**   62/20
**problem [3]**   11/18 13/7 50/3
**problematic [4]**   52/22 64/10 64/15 64/24
**proceed [2]**   11/25 44/19
**proceeding [2]**   4/24 5/12
**proceedings [2]**   1/11 68/2
**process [2]**   5/12 33/2
**programs [2]**   58/22 59/1
**prohibited [2]**   35/16 36/7
**pronounce [2]**   5/10 5/13
**proof [1]**   32/24
**proper [1]**   22/24
**propose [2]**   17/19 17/21
**prossed [1]**   10/6
**prostitute [5]**   27/20 28/24 29/18 30/4 54/11
**prostituting [4]**   36/9 36/13 42/19 54/23
**prostitution [9]**   27/9 30/10 41/15 41/17 41/18 53/20 54/6 54/8 54/9
**protect [1]**   34/22

**protracted [1]**   63/11
**proved [1]**   32/25
**proven [1]**   45/2
**provide [1]**   56/12
**provided [1]**   35/11
**providing [1]**   59/15
**PSI [5]**   4/11 4/16 4/18 8/5 8/19 10/1
**PSR [23]**   7/23 20/8 21/10 21/11 21/12 26/21 28/25 29/9 40/3 40/25 42/17 44/3 44/18 45/3 46/2 46/14 47/19 55/8 56/1 56/14 64/5 64/7 65/11
**Public [2]**   1/19 1/22
**pulled [2]**   28/4 34/1
**purchased [1]**   35/13
**purposes [1]**   63/14
**Pursuant [3]**   63/3 63/9 63/14
**put [14]**   5/9 9/5 10/20 10/22 12/10 18/17 19/14 22/24 23/14 23/25 27/14 29/15 36/18 62/1
**puts [1]**   56/14
**Putting [1]**   29/6

**Q**

**qualifies [1]**   12/7
**question [3]**   8/14 19/18 40/23
**questions [1]**   17/2
**quick [2]**   5/20 39/22
**quickly [1]**   28/3
**quite [3]**   6/17 19/1 37/15

**R**

**random [1]**   33/20
**rarely [3]**   20/25 21/2 21/2
**rather [2]**   28/12 47/13
**RC [32]**   14/8 15/10 16/19 17/18 20/2 20/25 21/23 21/24 22/11 22/12 22/15 22/21 23/10 23/10 24/9 24/10 26/24 27/9 27/9 27/11 27/14 50/18 50/23 50/24 51/21 57/24 58/3 58/12 58/25 63/18 63/24 64/18
**RC's [2]**   64/13 64/19
**re [1]**   32/22
**re-litigating [1]**   32/22
**reached [1]**   59/22
**read [4]**   8/18 16/7 16/25 62/24
**reading [2]**   30/12 39/23
**reads [2]**   17/15 52/13
**ready [1]**   6/21
**realize [1]**   27/24
**reason [6]**   5/11 5/15 10/12 12/21 12/23 26/22
**reasonable [1]**   60/24
**reasons [2]**   6/21 65/9
**receive [2]**   4/11 4/14
**recently [1]**   45/14
**recognize [1]**   51/11
**recognized [1]**   6/12
**recollection [2]**   20/2 28/12
**recommendation [1]**   26/25
**record [8]**   5/25 6/1 6/16 20/16 28/12 29/15 62/24 68/2

**R**

recounting [1]  64/13
recoverable [1]  58/24
recovered [2]  20/2 26/9
recruited [4]  55/6 55/7 55/8
 55/9
recruitment [1]  40/7
refer [4]  14/11 15/7 28/11
 52/23
reference [5]  19/21 22/19
 39/5 50/7 52/17
referenced [1]  62/13
referencing [1]  53/17
referring [2]  62/23 65/24
reflect [7]  10/24 11/4 25/14
 27/8 27/17 30/3 41/5
reflected [3]  29/16 34/7
 43/16
reflects [5]  7/23 7/24 9/16
 10/7 20/16
regard [5]  5/23 32/14 38/3
 39/18 39/19
regarding [3]  28/9 49/2 49/9
regardless [1]  22/14
rehabilitation [1]  63/13
rejected [12]  14/9 14/18
 22/5 35/5 38/19 38/20 38/22
 50/19 51/3 53/25 64/17 64/22
relate [3]  12/9 67/1 67/2
related [10]  12/2 12/7 13/1
 13/8 13/14 13/15 44/17 50/18
 51/3 66/7
relates [8]  14/25 20/13
 20/25 21/5 21/21 50/24 55/12
 62/2
relating [7]  5/8 20/9 50/18
 54/20 58/20 62/12 66/3
relation [1]  66/13
relationship [1]  46/23
relevant [1]  32/24
reliance [1]  14/7
relief [4]  14/20 14/23 21/18
 21/20
relies [1]  23/9
rely [11]  14/17 22/6 24/15
 33/6 53/22 56/16 56/16 58/14
 65/19 66/7 66/16
relying [7]  20/7 56/3 56/4
 61/24 64/6 64/21 65/25
remain [1]  64/7
remained [1]  16/12
remains [1]  37/2
remember [2]  48/2 48/8
remove [4]  37/17 37/19 38/7
 46/15
removed [3]  25/24 25/25
 66/21
removing [1]  38/7
rendering [1]  4/6
repeated [1]  52/16
repeatedly [1]  52/23
rephrase [1]  49/19
report [8]  4/8 13/11 23/12
 24/1 31/13 37/14 56/15 59/23
Reporter [2]  2/1 68/5 68/6
represent [1]  62/21
request [3]  6/3 31/12 61/16

requiring [1]  63/12
research [1]  61/15
reserve [2]  61/16 61/19
reset [3]  6/5 6/6 6/10
resetting [1]  61/20
residence [2]  23/20 25/8
resolved [1]  66/21
respect [22]  40/9 40/17
 40/25 41/4 41/8 43/3 50/25
 54/20 55/4 55/11 55/19 63/18
 63/23 64/1 64/5 64/9 64/9
 64/12 64/19 64/25 66/2 67/1
respond [2]  61/18 62/1
responded [1]  47/9
responding [1]  62/16
responds [1]  64/1
response [37]  4/18 4/19 7/6
 15/13 17/1 20/4 20/6 20/7
 21/8 22/9 23/14 25/22 28/17
 31/19 31/25 32/16 34/14 39/9
 44/25 45/25 47/3 47/18 52/11
 53/11 53/12 53/21 53/22
 55/18 58/13 59/25 60/21
 63/22 65/9 65/18 65/19 66/15
 67/14
responses [1]  18/23
responsible [1]  26/11
rest [4]  25/9 47/3 53/12
 58/6
restitution [1]  4/20
restricting [1]  57/25
result [1]  14/20
results [1]  49/25
resume [2]  5/5 67/22
return [4]  46/9 47/16 54/4
 54/11
returned [8]  20/18 25/15
 34/13 41/3 54/5 54/9 54/23
 64/19
review [2]  4/12 4/15
reviewed [2]  4/16 54/25
reviewing [1]  26/20
right [9]  11/21 14/23 23/1
 29/5 29/20 44/7 46/19 59/21
 66/24
risk [2]  52/19 63/5
ROBIN [2]  1/11 2/1
Rodriguez [1]  48/15
romantic [1]  24/4
room [1]  26/10
ROSENBERG [3]  1/3 1/11 2/1
rule [3]  14/9 14/13 16/13
ruling [3]  19/3 19/4 19/5
rulings [2]  38/2 38/9

**S**

said [17]  7/2 15/9 16/2
 18/16 22/1 28/7 30/1 32/11
 32/20 34/24 38/5 47/21 52/8
 53/9 54/23 64/18 65/25
samaritan [1]  59/21
same [8]  11/5 11/10 12/10
 12/24 25/9 32/1 56/14 57/12
Samsung [1]  36/5
sat [5]  7/12 9/4 18/15 19/17
 28/1
satisfies [1]  33/2
saw [3]  24/9 24/10 41/13

say [22]  8/16 9/4 10/19 15/2
 16/6 16/9 18/17 20/6 27/11
 28/8 32/8 35/23 36/10 36/14
 40/9 43/17 43/20 44/5 57/6
 59/17 61/22 64/9
saying [16]  7/21 16/5 16/6
 18/9 28/5 28/7 29/22 31/2
 38/14 46/2 50/2 50/11 52/4
 59/16 59/18 66/4
says [12]  7/19 8/10 10/2
 10/15 15/16 15/18 30/19 36/7
 36/9 37/2 38/13 51/24
scared [1]  34/22
schedule [2]  61/21 67/12
SCHILLER [2]  1/15 3/4
searchable [1]  28/6
second [11]  5/6 16/1 23/19
 26/20 32/8 34/15 43/21 44/5
 44/8 54/11 63/21
section [9]  3/17 3/20 3/23
 3/25 4/4 12/16 33/1 63/3
 63/9
see [5]  13/16 30/19 47/25
 65/4 65/25
seeking [2]  8/14 14/20
seems [3]  8/15 21/9 56/24
seen [1]  13/14
seized [1]  41/16
send [1]  67/12
sending [2]  24/23 45/15
sense [1]  14/7
sentence [33]  4/8 5/10 5/13
 10/17 15/16 15/18 17/13
 17/19 18/3 23/19 25/13 25/14
 29/6 34/18 35/8 36/2 37/3
 37/17 37/20 37/24 42/5 43/8
 43/16 44/5 44/8 51/10 55/19
 56/18 56/19 58/7 58/8 58/21
 59/2
sentences [2]  40/12 40/17
sentencing [13]  1/11 4/9
 4/24 5/6 5/12 5/20 6/1 6/9
 6/11 14/16 32/24 33/2 67/14
sergeant [1]  48/6
serious [2]  63/9 63/15
serves [1]  49/14
service [1]  24/5
set [4]  6/2 34/3 65/9 67/14
setting [1]  5/20
seven [4]  13/2 13/3 20/13
 61/10
several [3]  9/14 20/17 25/16
 35/7 35/10
sex [21]  3/16 3/18 3/21 3/24
 4/1 4/3 22/11 27/18 28/19
 28/19 28/22 29/17 29/23 30/2
 38/17 38/25 39/1 40/6 40/10
 40/14 43/19
sexual [1]  63/16
she [165]
sheet [1]  10/7
shopping [1]  15/11
short [2]  6/13 7/9
should [30]  5/11 5/15 7/11
 8/10 9/24 10/19 12/12 13/3
 13/10 14/17 22/6 22/7 23/12
 26/15 27/8 27/17 32/11 40/2
 41/2 41/13 41/24 44/21 44/24

**S**

**should...** **[7]** 54/15 55/12
56/6 59/17 61/11 62/9 67/17
**showed [8]** 15/3 24/2 46/23
47/14 54/8 54/24 55/20 58/25
**showing [1]** 51/21
**shows [2]** 10/2 46/9
**shut [1]** 52/9
**side [2]** 5/8 64/8
**Signature [1]** 68/6
**significant [1]** 64/12
**similarly [1]** 63/23
**simple [1]** 18/16
**simply [1]** 60/17
**since [2]** 11/5 62/24
**single [2]** 17/6 17/6
**sitting [1]** 50/4
**situation [2]** 47/16 50/2
**six [8]** 11/23 11/24 13/1
13/2 19/10 19/23 20/1 20/9
**skipped [1]** 44/16
**slave [1]** 34/25
**slightly [1]** 32/6
**small [1]** 49/21
**so [50]** 6/2 6/7 6/15 6/21
6/23 7/2 7/5 7/7 8/8 9/9
10/11 11/1 14/23 15/11 16/12
16/15 20/19 21/4 21/14 22/5
22/21 23/23 29/13 29/22 30/2
31/16 35/11 37/5 43/15 43/20
49/16 51/16 55/7 56/13 56/18
57/17 58/5 58/8 60/4 60/5
61/5 61/20 61/22 62/7 62/20
64/4 64/8 64/21 65/12 66/24
**solely [1]** 61/5
**solution [1]** 18/16
**some [8]** 15/4 15/22 18/10
25/5 31/6 36/19 51/2 52/8
**someone [2]** 47/12 49/23
**something [9]** 8/16 21/14
23/25 28/6 40/5 49/16 52/20
53/25 57/3
**sometimes [2]** 10/23 15/5
**somewhere [1]** 62/19
**sorry [3]** 13/3 15/9 57/12
**sort [1]** 5/25
**sought [3]** 14/23 21/18 21/20
**sounds [1]** 21/1
**source [2]** 23/23 23/25
**South [2]** 54/2 54/5
**SOUTHERN [1]** 1/1
**speaks [5]** 25/20 26/18 27/8
63/23 63/24
**specific [1]** 14/15
**specifically [9]** 14/10 21/14
23/18 27/20 40/13 40/17 42/4
49/9 61/24
**specified [1]** 63/1
**spend [2]** 7/10 38/14
**spot [1]** 43/24
**squeezed [1]** 49/16
**St [1]** 24/25
**stand [11]** 16/18 20/3 21/6
21/25 33/10 33/17 50/17 54/9
54/22 65/16 66/2
**standard [3]** 32/23 33/2
54/15

**standpoint [1]** 6/17
**stands [3]** 31/24 38/11 46/6
**start [2]** 60/3 60/4
**started [2]** 24/23 30/10
**starting [1]** 7/7
**starts [1]** 60/2
**state [11]** 3/7 7/14 8/7 9/7
9/12 10/4 11/19 54/14 60/17
60/19 61/5
**stated [1]** 22/9
**statement [16]** 13/20 17/8
17/8 17/8 18/17 19/8 20/3
20/14 30/5 30/15 42/16 43/3
47/7 55/7 57/20 65/17
**statements [3]** 14/8 44/20
44/22
**states [16]** 1/1 1/4 1/12
1/16 3/1 3/5 3/17 3/20 3/23
3/25 4/2 4/4 32/19 32/19
40/13 43/8
**stating [2]** 10/18 55/8
**status [1]** 6/11
**stay [1]** 25/9
**Staying [1]** 13/8
**still [1]** 51/2
**Stipes [2]** 2/1 68/5
**stomach [1]** 33/24
**stopping [1]** 33/16
**store [1]** 35/17
**story [1]** 47/13
**Street [1]** 1/20
**stricken [1]** 22/7
**strike [3]** 58/5 58/6 58/17
**striking [1]** 33/15
**strong [1]** 7/15
**struck [2]** 50/5 50/11
**struggle [1]** 49/25
**stuck [1]** 33/25
**styled [1]** 11/13
**subdivisions [1]** 63/1
**subsequent [1]** 32/23
**substantial [3]** 62/15 63/5
63/5
**substitute [1]** 25/24
**such [3]** 17/19 51/1 63/13
**suggest [1]** 24/22
**suggesting [2]** 58/22 58/25
**suggests [1]** 58/1
**Suite [2]** 1/17 1/23
**summarized [1]** 66/17
**superseding [2]** 3/15 22/11
**support [1]** 65/11
**supported [5]** 42/11 44/4
53/8 53/8 56/10
**supports [3]** 16/9 37/11
38/13
**supposed [1]** 52/21
**Supreme [2]** 32/19 32/20
**sure [4]** 11/16 58/23 59/3
59/10
**surgery [2]** 27/2 63/13
**sustained [1]** 62/25
**sworn [1]** 9/21

**T**

**take [24]** 6/11 7/3 11/14
11/17 12/4 15/23 19/7 19/9
21/24 22/13 27/15 32/3 32/7

33/11 39/22 42/25 43/23
48/10 51/10 51/13 51/15 59/3
59/6 59/8
**taken [10]** 7/13 8/21 10/5
23/7 37/17 51/23 54/7 56/17
57/14 63/16
**taking [5]** 16/11 44/3 49/13
**talked [1]** 27/9
**talking [5]** 13/4 13/23 27/12
35/21 50/23
**talks [1]** 24/25
**taser [2]** 33/20 33/21
**tasing [1]** 33/16
**tattoo [1]** 27/1
**telephones [2]** 34/16 35/7
**tell [6]** 7/4 8/2 17/11 23/21
34/20 52/9
**tells [1]** 56/16
**ten [2]** 23/2 37/24
**testified [37]** 16/19 18/16
20/25 22/12 22/12 22/20
25/24 26/24 28/5 33/19 34/2
34/12 34/19 35/10 35/13
37/10 38/16 38/22 40/20 42/7
42/7 43/13 45/14 46/1 47/21
48/2 48/3 49/10 50/20 51/22
54/16 55/5 57/21 58/2 60/1
60/18 64/18
**testify [9]** 34/25 38/18 40/1
40/13 40/23 41/21 50/22
55/23 59/20
**testimony [62]** 5/7 14/18
15/14 15/19 15/22 16/9 16/21
17/21 17/25 18/25 22/4 22/23
23/9 25/2 26/24 27/3 27/19
28/10 32/14 34/8 35/5 36/1
37/9 37/11 38/19 40/11 41/1
41/2 41/12 41/13 41/25 42/11
42/12 43/5 44/3 44/4 45/13
46/10 46/20 47/8 47/13 47/20
47/25 49/1 49/15 51/2 51/3
51/11 51/21 54/1 54/22 56/4
56/11 56/12 59/14 59/15
60/15 61/1 61/3 64/13 64/16
64/22
**text [6]** 25/2 45/10 45/22
46/21 53/8 58/25
**texting [1]** 15/11
**than [8]** 23/13 28/12 47/13
50/2 63/16 64/4 66/24 67/17
**Thank [3]** 48/23 62/4 67/23
**that [408]**
**their [22]** 14/17 15/3 15/6
17/11 17/12 18/1 18/1 22/23
25/15 29/3 29/8 29/13 32/6
37/8 37/12 43/23 51/2 52/14
53/8 60/20 65/25 66/1
**them [23]** 7/3 7/9 13/14
17/10 17/11 18/18 19/5 19/6
19/8 19/9 19/15 23/4 24/18
24/19 29/11 35/24 36/10
37/14 52/5 52/8 52/9 52/17
55/25
**themselves [5]** 23/4 49/24
50/1 53/9 62/7
**then [4]** 4/24 33/22 60/7
63/22
**there [53]** 4/17 4/25 5/6

**T**

**there... [50]**   5/11 5/24 6/3
6/8 6/12 6/17 7/9 8/14 8/22
9/18 9/20 9/22 10/8 11/18
12/11 12/18 12/24 13/12 14/1
15/22 16/12 18/14 19/18 20/3
23/3 24/7 25/1 26/5 26/12
26/14 26/15 29/6 32/20 39/7
47/8 47/10 47/15 47/22 55/15
55/22 58/3 60/16 60/17 61/5
61/5 61/6 64/8 67/4 67/4
67/16
**Thereupon [1]**   67/24
**these [34]**   7/25 14/11 14/16
18/5 19/3 23/3 24/2 24/18
25/14 27/24 35/1 36/20 37/13
37/13 41/5 44/22 45/21 46/20
49/7 49/8 51/1 53/1 53/7
53/25 54/21 55/5 58/12 58/22
58/22 59/17 59/18 64/11
64/12 65/1
**they [53]**   7/1 7/23 10/22
10/23 12/10 15/3 15/5 15/19
15/20 15/22 17/11 18/19
23/20 23/21 23/21 24/1 24/3
24/17 25/13 25/13 25/24
25/24 26/13 29/2 29/9 29/11
31/14 33/4 34/22 35/7 35/23
37/9 37/25 38/20 38/21 38/22
38/24 38/25 45/22 51/2 51/23
52/3 52/5 52/8 53/7 53/9
56/25 60/19 61/4 62/17 62/18
62/18 65/25
**thing [8]**   13/19 15/2 17/6
18/4 19/3 19/11 46/13 59/21
**things [6]**   10/11 15/11 17/11
29/1 35/1 48/10
**think [52]**   4/25 7/17 8/10
8/13 8/20 9/17 9/18 9/22
9/23 9/24 12/11 13/10 13/15
14/9 14/13 15/6 15/12 16/9
16/19 17/1 19/2 19/2 20/16
21/25 22/5 22/7 23/6 23/7
23/11 27/19 29/15 32/14 35/3
35/5 36/18 37/5 38/21 41/2
42/11 44/11 44/14 44/21
44/23 45/9 45/22 46/5 51/8
52/12 52/22 64/15 64/24
67/16
**third [2]**   42/4 43/8
**this [97]**
**those [16]**   7/10 10/11 22/7
22/22 34/3 40/17 41/4 53/23
54/14 54/15 55/23 58/23 59/1
59/3 59/10 65/12
**though [1]**   18/19
**thought [5]**   12/16 13/9 26/13
41/21 42/22
**threaten [1]**   36/21
**threatened [2]**   33/25 34/2
**threatening [2]**   25/2 63/4
**threats [4]**   3/19 3/22 4/1
46/20
**three [22]**   9/4 14/6 14/21
26/6 26/6 26/16 33/25 34/16
35/23 36/3 36/10 36/11 36/16
37/4 62/8 62/13 62/16 62/19

62/21 63/2 65/8 65/11
**three-level [2]**   62/21 65/11
**through [11]**   7/12 10/4 10/6
18/5 18/15 19/17 28/1 35/25
36/23 42/15 59/12
**throughout [2]**   37/14 53/4
**time [46]**   4/25 5/21 6/15
6/18 7/4 7/10 10/22 17/12
18/2 19/21 22/1 22/1 22/1
23/5 24/9 24/9 24/10 24/11
27/14 28/10 34/7 34/17 35/2
35/8 35/23 36/3 38/14 40/7
41/18 42/6 42/10 43/9 43/12
43/16 44/6 45/12 55/14 55/17
55/20 56/20 57/7 57/21 57/22
57/22 58/2 61/4
**timeframe [1]**   58/1
**times [7]**   9/7 15/22 17/17
17/18 20/17 33/25 37/2
**TL [4]**   14/8 37/10 53/19
53/19
**today [8]**   4/24 5/2 5/12 5/14
5/15 6/24 33/5 67/22
**today's [1]**   4/9
**together [1]**   45/15
**told [4]**   24/19 34/21 34/23
40/15
**too [3]**   6/13 13/4 29/14
**took [13]**   9/15 17/6 19/20
27/14 31/14 31/15 37/10
37/11 51/24 52/4 52/7 52/14
54/8
**tortured [1]**   47/17
**total [1]**   65/7
**totally [1]**   34/10
**touched [1]**   44/11
**toward [1]**   65/15
**towards [1]**   48/4
**town [1]**   6/14
**trafficked [4]**   35/12 38/25
53/19 57/1
**trafficking [10]**   3/16 3/19
3/21 3/24 4/1 4/4 12/9 22/11
35/20 40/6
**transcript [8]**   16/25 19/22
27/22 28/4 28/7 28/11 39/24
68/1
**transcripts [3]**   18/13 18/13
19/13
**transporting [1]**   40/8
**trap [1]**   24/6
**treated [1]**   22/1
**trespassed [1]**   47/14
**trial [42]**   6/7 6/10 6/20
7/12 15/15 16/22 17/7 17/21
18/15 18/25 19/17 24/17
24/17 26/1 26/11 26/24 27/19
27/22 28/1 30/12 39/11 40/1
41/12 42/7 42/12 44/3 44/4
46/23 47/8 47/20 48/4 49/1
49/10 51/12 51/21 51/21 56/4
56/11 57/21 58/25 64/14
65/10
**trigger [1]**   34/1
**true [2]**   49/9 58/12
**trying [5]**   17/4 29/14 31/4
32/4 45/15
**tuned [1]**   46/7

**turned [7]**   16/7 16/8 28/20
41/15 42/14 43/18 43/19
**twice [2]**   42/15 43/18
**two [16]**   4/11 7/8 11/3 11/8
26/5 26/9 26/14 26/16 26/16
28/1 28/10 36/5 37/18 60/12
67/5
**two-point [1]**   67/5

**U**

**U.S [1]**   32/20
**ultimately [1]**   6/3
**un [1]**   58/24
**unaddressed [1]**   14/14
**unbelievable [1]**   22/24
**uncle [4]**   34/20 34/21 34/21
34/22
**under [15]**   10/4 10/17 11/3
11/8 13/8 37/15 38/2 41/22
42/9 43/4 43/5 55/17 57/1
61/13 65/8
**understand [8]**   4/17 12/5
19/1 19/19 22/18 23/6 35/3
42/2
**understanding [2]**   5/13 6/6
**understands [1]**   7/12
**undertaking [1]**   6/24
**UNITED [14]**   1/1 1/4 1/12
1/16 3/1 3/5 3/17 3/20 3/22
3/25 4/2 4/4 32/19 32/19
**unless [3]**   14/13 18/12 24/18
**unopposed [1]**   6/3
**unrecoverable [2]**   59/4 59/10
**until [11]**   4/9 9/15 9/23
27/18 27/21 28/24 29/18
29/23 30/4 41/15 60/13
**untrue [2]**   50/19 56/15
**unwittingly [1]**   54/10
**up [20]**   6/11 7/3 14/11 19/7
25/1 29/10 29/11 30/25 31/8
31/12 34/9 34/24 37/6 42/9
42/25 43/20 43/25 49/12 52/9
61/14
**upon [4]**   4/6 27/15 61/24
64/6
**us [7]**   3/7 8/2 23/23 29/10
29/10 56/16 61/17
**use [5]**   35/25 37/3 40/16
50/7 59/1
**used [6]**   33/20 33/22 33/22
35/10 40/21 58/22

**V**

**vagina [1]**   33/15
**vehicle [1]**   50/5
**veracity [1]**   13/7
**verdict [7]**   3/7 4/6 6/18
21/24 22/15 57/3 64/19
**verdicts [2]**   41/4 41/4
**version [1]**   56/3
**versus [2]**   3/1 32/20
**very [8]**   10/7 19/3 22/4 22/4
27/14 28/6 48/23 56/19
**victim's [1]**   26/10
**victims [9]**   15/3 15/7 22/22
32/18 51/12 62/9 62/13 62/24
64/13
**victims' [1]**   15/19

**V**

Victoria [1]   48/22
view [1]   22/19
violation [6]   3/17 3/20 3/22
3/24 4/2 4/4
violence [1]   66/14
volition [2]   20/18 25/15
VOLUME [1]   1/10
voluminous [1]   28/13
voluntarily [2]   46/8 53/20

**W**

wait [2]   47/11 47/12
walked [2]   49/15 49/18
walks [1]   49/24
want [29]   5/24 5/25 6/16 7/4
7/22 8/16 8/18 10/17 15/16
15/18 17/13 18/8 19/4 19/7
19/12 19/21 21/13 21/16
22/24 23/3 31/9 31/18 32/1
36/10 36/18 40/21 50/9 51/13
57/3
wanted [11]   6/12 12/16 31/16
34/22 37/25 46/25 58/23 59/3
59/7 59/8 64/8
wanting [2]   24/25 25/1
wants [8]   5/7 8/21 9/17 16/9
17/16 21/11 25/3 59/21
was [206]
was very [1]   27/14
wasn't [9]   9/23 12/15 19/14
36/24 42/16 42/18 43/14 44/4
48/11
Watts [1]   32/20
way [10]   9/19 11/14 12/11
13/22 17/5 18/8 26/25 28/11
43/22 48/10
ways [3]   23/3 36/25 60/10
we [182]
we'll [6]   7/10 16/24 37/19
50/13 57/6 67/22
We've [1]   37/16
week [5]   28/10 42/15 43/18
61/22 61/25
weeks [3]   24/7 24/11 28/2
Weisberg [2]   3/11 10/20
well [19]   8/3 8/13 16/10
16/24 17/1 17/3 23/7 27/19
29/8 33/18 41/17 45/12 55/5
57/24 58/3 59/16 63/24 65/4
65/10
went [8]   24/5 24/6 31/6
34/20 35/17 50/6 52/5 53/7
were [34]   6/12 10/3 10/6
23/19 23/21 25/8 26/5 26/9
26/13 26/14 26/14 26/16 28/3
28/15 34/11 35/12 36/9 36/12
37/9 39/7 42/10 42/22 45/1
45/23 51/23 54/7 58/22 58/23
59/4 59/10 62/18 64/17 66/1
67/4
weren't [3]   24/17 55/23 67/9
WEST [5]   1/2 1/7 1/17 1/24
2/2
what [99]
when [54]   7/23 7/25 8/6 8/21
8/24 8/24 9/1 9/6 9/8 9/22

10/9 10/20 16/6 22/19 28/9
28/19 28/20 30/2 32/22 33/21
33/23 37/8 37/10 41/22 42/14
43/17 43/18 45/12 46/25
46/25 47/9 48/2 49/11 49/23
51/3 52/2 54/8 58/23 59/6
59/8 59/16 59/18 59/18 59/23
60/11 60/16 60/19 60/25 61/2
61/21 62/6 63/20 64/11 64/18
Whenever [1]   32/17
where [26]   5/6 13/8 13/16
13/24 14/4 15/10 16/2 17/2
21/23 22/22 23/21 26/6 26/13
28/5 29/1 29/6 29/9 34/23
34/24 37/18 40/13 43/6 46/19
47/16 65/3 65/6
whether [12]   6/20 6/20 19/7
23/24 28/22 29/17 40/2 40/10
40/19 46/25 62/9 64/25
which [22]   6/4 7/7 8/7 11/5
16/17 20/13 21/5 22/17 31/14
33/9 34/17 42/21 43/23 46/23
51/18 62/3 62/17 63/16 66/20
66/25 67/1 67/2
whichever [1]   33/19
while [4]   6/15 28/19 36/8
36/12
who [16]   5/7 6/12 27/9 32/18
35/12 36/14 42/9 47/8 47/21
50/1 51/4 55/6 55/7 57/23
58/2 64/16
whole [5]   7/15 8/23 13/19
18/4 21/25
whose [1]   64/21
why [10]   5/11 9/7 12/10
57/25 58/5 59/2 59/6 60/3
61/22 62/18
will [47]   4/9 4/25 5/5 5/6
5/24 6/15 8/19 10/12 15/2
15/21 17/12 17/14 17/14
17/18 18/2 18/5 19/4 19/5
19/13 19/22 20/2 25/7 25/9
27/4 27/16 29/21 33/8 36/16
37/1 38/6 39/18 39/19 41/6
44/8 50/15 51/6 53/2 53/22
54/25 56/20 61/19 61/20 62/1
62/24 65/21 66/18 67/12
WILLIAMS [76]
Williams' [8]   17/17 17/23
17/25 27/13 46/9 49/20 52/19
61/3
willingly [2]   31/16 53/20
Wilson [6]   48/17 60/3 60/3
60/4 60/5 60/18
Wilson's [3]   59/14 60/15
61/3
wing [1]   27/15
wish [1]   5/9
withdraw [1]   14/14
within [1]   52/19
without [3]   23/20 47/15 54/3
witness [4]   5/7 21/25 64/16
64/21
witnessed [2]   63/19 63/24
witnesses [1]   22/12
women [15]   18/1 24/2 25/13
25/14 37/8 37/12 37/13 39/6
41/19 42/9 51/3 52/23 53/1

53/7 53/9
word [18]   15/21 15/23 15/25
20/24 25/7 25/17 25/25 26/2
32/2 32/3 32/7 33/11 43/24
46/15 51/13 51/15 53/3 58/5
words [1]   59/6
work [5]   42/6 43/10 43/12
44/6 46/7
working [1]   37/9
would [64]   5/3 5/3 5/4 5/10
5/19 5/23 5/23 9/4 12/3
13/12 13/13 13/19 13/20
13/24 13/24 14/14 15/22 17/2
17/21 17/23 19/16 20/24
21/15 24/3 24/8 24/22 25/12
25/14 28/1 28/8 28/11 28/14
28/15 29/13 29/16 30/15
30/17 30/17 33/19 34/2 34/8
34/22 35/6 37/8 39/6 43/23
44/9 46/13 46/16 47/6 47/11
49/9 49/16 49/17 51/16 52/9
57/25 59/15 60/8 61/16 62/11
64/19 65/16 66/2
writ [3]   8/3 9/8 10/8
written [4]   17/5 17/20 31/11
33/17

**Y**

years [10]   25/6 25/16 27/18
27/21 29/24 42/19 55/14
55/17 56/9 63/20
yes [41]   4/13 4/16 5/24
15/14 16/16 18/4 19/25 20/14
20/21 21/6 21/22 22/10 23/18
24/19 24/22 27/7 27/8 27/23
30/8 33/14 36/11 39/10 39/21
41/11 45/6 46/20 47/6 48/23
50/15 51/15 52/1 53/24 56/23
57/8 57/19 58/11 59/13 60/8
62/10 65/24 67/7
you [75]
your [64]   7/6 7/7 8/12 13/6
14/20 17/4 18/15 19/17 19/24
20/6 21/7 22/18 23/9 23/14
23/17 24/12 25/10 25/21 26/6
27/7 28/21 29/22 31/22 33/7
33/10 35/4 38/11 39/3 39/13
39/14 39/21 39/25 40/24 42/2
42/21 43/4 44/9 45/9 46/5
47/6 48/25 49/7 50/17 52/1
52/24 53/6 53/18 55/11 55/25
57/11 57/19 58/11 58/15
58/17 58/20 59/13 60/8 61/8
61/9 61/23 62/3 64/10 65/24
66/12