```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                     Case No. 18-80053-CR-RLR

UNITED STATES OF AMERICA,     )
                              )
     GOVERNMENT,              )
                              )
     -v-                      )
                              )
ALSTON ORLANDO LEROY WILLIAMS )
                              )
     DEFENDANT.               )   West Palm Beach, Florida
                              )   December 20, 2018
_____)


              VOLUME 14 - PAGES 1 - 11

         TRANSCRIPT OF JURY TRIAL PROCEEDINGS

        BEFORE THE HONORABLE ROBIN L. ROSENBERG

               UNITED STATES DISTRICT JUDGE


Appearances:

FOR THE GOVERNMENT         Gregory Schiller, ESQ., AUSA, and
                           Justin Hoover, ESQ.
                           U.S. Attorney's Office
                           500 S. Australian Avenue, Ste. 400
                           West Palm Beach, FL 33401

FOR THE DEFENDANT          Fletcher Peacock, ESQ., AFPD
                           Federal Public Defender's Office
                           109 North 2nd Street
                           Fort Pierce, FL 34950
-and-
                           M. Caroline McCrae, ESQ., AFPD
                           Federal Public Defender's Office
                           450 S. Australian Avenue, Ste. 500
                           West Palm Beach, FL 33401

Reporter                   Stephen W. Franklin, RMR, CRR, CPE
(561)514-3768              Official Court Reporter
                           701 Clematis Street
                           West Palm Beach, Florida 33401
                           E-mail: SFranklinUSDC@aol.com
```

```
 1           (Call to the order of the Court.)
 2              THE COURT:  Good morning.  I know you're wondering
 3   why I'm here.  The surgery's not until -- I don't have to be
 4   there 'til noon.  I figured it made sense to come in.
 5              So we're waiting for Mr. -- is Mr. Schiller going to
 6   be here?
 7              MR. HOOVER:  He is hightailing it here as we speak.
 8   When I talked to him -- I can tell the Court when I spoke to
 9   him.
10              THE COURT:  Well, we need to wait, obviously, for
11   Mr. Williams, but --
12              MR. HOOVER:  So at 9:07, he said he was going to be
13   here, he thought he could be here in 20 minutes.  So that was
14   15 minutes ago, so . . .
15              THE COURT:  Okay.
16              MR. HOOVER:  I can call him and get an update if
17   that would --
18              THE COURT:  That'd be a good idea.
19              MR. HOOVER:  I'll do that.
20              THE COURT:  Thanks.
21              MR. HOOVER:  Is it all right if I step out?
22              THE COURT:  Yes, that's fine.
23              MR. HOOVER:  Your Honor, Mr. Schiller is passing
24   Forest Hill right now, and he said there's no traffic.  He
25   said that his ETA is six minutes, if we can hang on.
```

```
 1              (A recess was taken from 9:23 a.m. to 9:30 a.m., after
 2     which the following proceedings were had:)
 3              MR. SCHILLER:  Judge, my apologies.
 4              THE COURT:  Okay.  We have all counsel here,
 5     Mr. Williams here, and we have a note that says:  "The jury
 6     has reached a verdict."  So we will bring our jury in.
 7          (The jury enters the courtroom.)
 8              THE COURT: Welcome back, everyone.  You may be
 9     seated.
10              The Court has received a note that says:  "The jury
11     has reached a verdict."  And so I would like to ask the
12     foreperson if the jury has unanimously agreed on its verdict.
13              A JUROR:  Yes, Your Honor, we have.
14              THE COURT:  Okay.  May I ask you, please, to hand
15     your verdict form to our . . .
16              A JUROR:  All of us.
17              THE COURT:  All of us.  Thank you.
18              Okay.  Ladies and gentlemen, at this time,
19     Ms. Richardson is going to publish your verdict, which means
20     she's going to read it aloud in open court.  And I would ask
21     you to listen closely as the verdict is published, because
22     after the publication, one or both of the parties may ask that
23     you be polled, and that means that each juror may be asked
24     individually whether the verdict, as published, constitutes
25     your individual verdict in all respects.
```

```
 1            So if I could ask that the verdict be published,
 2   please.
 3            THE COURTROOM DEPUTY:  In the case of United States
 4   versus Alston Orlando Leroy Williams, Case Number 18-CR-80053.
 5            We, the jury, find as to count 1 regarding DL,
 6   guilty.
 7            We, the jury, find as to count 2 regarding DL,
 8   guilty.
 9            We, the jury, find as to count 3 regarding RC, not
10   guilty.
11            We, the jury, find as to count 4 regarding GRL,
12   guilty.
13            We, the jury, find as to count 5 regarding GRL, not
14   guilty.
15            We, the jury, find as to count 6 regarding TL, not
16   guilty.
17            We, the jury, find as to count 7 regarding TL, not
18   guilty.
19            We, the jury, find as to count 8 regarding KC, not
20   guilty.
21            We, the jury, find as to count 9 regarding DR,
22   guilty.
23            We, the jury, find as to count 10 regarding DR,
24   guilty.
25            We, the jury, find as to count 11, guilty.
```

```
 1              So say we all, and it's signed by the foreperson
 2   this 20th day of December, 2018.
 3              THE COURT:  Thank you.
 4              Would either party like the jury to be polled?
 5              From the Government?
 6              MR. SCHILLER:  Well, I'll defer to Mr. Peacock,
 7   Judge.
 8              MR. PEACOCK:  Yes, ma'am.
 9              THE COURT:  So if we could please poll the jury,
10   please.
11              THE COURTROOM DEPUTY:  Juror number 1, is the
12   verdict as read your verdict?
13              A JUROR:  Yes.
14              THE COURTROOM DEPUTY:  Juror number 2?
15              A JUROR:  Yes.
16              THE COURTROOM DEPUTY:  Juror number 3?
17              A JUROR:  Yes.
18              THE COURTROOM DEPUTY:  Juror number 4?
19              A JUROR:  Yes.
20              THE COURTROOM DEPUTY:  Juror number 5?
21              A JUROR:  Yes.
22              THE COURTROOM DEPUTY:  Juror number 6?
23              A JUROR:  Yes.
24              THE COURTROOM DEPUTY:  Juror number 7?
25              A JUROR:  Yes.
```

```
 1              THE COURTROOM DEPUTY:  Juror number 8?
 2              A JUROR:  Yes.
 3              THE COURTROOM DEPUTY:  Juror number 9?
 4              A JUROR:  Yes.
 5              THE COURTROOM DEPUTY:  Juror number 10?
 6              A JUROR:  Yes.
 7              THE COURTROOM DEPUTY:  Juror number 11?
 8              A JUROR:  Yes.
 9              THE COURTROOM DEPUTY:  Juror number 12?
10              A JUROR:  Yes.
11              THE COURTROOM DEPUTY:  We have a unanimous verdict.
12              THE COURT:  Okay.  Thank you very much.
13              So ladies and gentlemen, on behalf of all of the
14   parties, the attorneys, I wish to thank you for your time and
15   for your consideration of this case.
16              I also wish to advise you of some very special
17   privileges enjoyed by jurors.  No juror can be required to
18   talk about the discussions that occurred in the jury room
19   except by court order.  For many centuries, our society has
20   relied upon juries for consideration of difficult cases.  We
21   have recognized for hundreds of years that a jury's
22   deliberations, discussions and votes should remain their
23   private affair as long as they wish it.  Therefore, the law
24   gives you a unique privilege not to speak about the jury's
25   work.
```

1              You also -- a request may come from those who are
2     simply curious or from those who might seek to find fault with
3     you.  It will be up to you to decide whether or not you want
4     to preserve your privacy as a juror.
5              So I want to leave you with those remarks and, of
6     course, let you know that at this point, the restrictions that
7     the Court has put on you with respect to the discussions about
8     the case are completely within your discretion as to how you
9     choose to discuss or not to discuss your experience with the
10    case.
11             Importantly, again, we want to thank you.  You have
12    put in a lot of time and a lot of effort, long days, and been
13    very, very attentive.  Ms. Richardson has a Certificate of
14    Appreciation as a small spoken of our appreciation for your
15    service to this country and presiding as jurors in this case.
16             So thank you very much.  You will be excused, and we
17    wish you all a very nice rest of the day, and Happy Holidays.
18         (The jury exits the courtroom.)
19             THE COURT:  Okay.  Is there anything further from
20    either side?  I know we will be setting a sentencing date, and
21    I'll look to Ms. Richardson to get us that date.
22             Is there anything further that the Government wants
23    to say?
24             MR. SCHILLER:  Judge, at this time, we would request
25    the defendant's bond remain pretrial detention and that he be

```
 1  held no bond pending sentencing.
 2           THE COURT:  Okay.  Anything that the defense wants
 3  to say?
 4           MR. PEACOCK:  Your Honor, I need -- I would need to
 5  consult Mr. Williams in regard to a position on the
 6  Government's request, but I would also ask the Court, in light
 7  of the Court's impending schedule and the parties', if the
 8  Court could extend the time for posttrial motions.  I think
 9  that will be appropriate under the circumstances.  I, myself,
10  am going to be gone until the first of January.  Obviously,
11  Your Honor has some scheduling conflicts.  I would just ask
12  that perhaps the Court extend the time for posttrial motions
13  until the -- perhaps the Monday following New Year's day.
14           THE COURT:  Does the Government have any response?
15           MR. SCHILLER:  I have no objection, Judge.
16           THE COURT:  So you're seeking an order based on an
17  ore tenus motion for an extension of any posttrial motions
18  until January 7, 2019?  That's the Monday after the 1st.
19           MR. PEACOCK:  Yes, ma'am.
20           MR. SCHILLER:  Judge, I believe normally the rule
21  says for 14 days.  This would be extending it not even a week
22  after that.  So I think -- the Government has no objection, if
23  my calculations are right.
24           THE COURT:  Okay.  So the Court will enter an order
25  based on defendant's ore tenus motion to extend posttrial
```

```
 1   motion filings until January 7th, 2019.
 2            MR. PEACOCK:  Thank you, Your Honor.
 3            THE COURT:  Did you want to consult with
 4   Mr. Williams regarding the no bond pending sentencing?
 5            MR. PEACOCK:  Well, if I may, what I would suggest
 6   is that if the defense contests that position by the
 7   Government, we do so in writing.
 8            THE COURT:  Okay.  All right.  So the status quo
 9   will remain no bond pending sentencing, and I think that if
10   Melonie doesn't come back in, we will certainly set the
11   order -- issue an order setting the sentencing in the normal
12   course of time.
13            MR. PEACOCK:  Yes, ma'am.
14            THE COURT:  Okay.  Anything else that we need to
15   attend to?
16            MR. SCHILLER:  Not from the Government, Your Honor.
17            MR. PEACOCK:  Your Honor, I would like to review the
18   verdict form when there's an opportunity.
19            THE COURT:  Okay.  We'll make copies of the verdict
20   form for everybody.
21            MR. PEACOCK:  Yes, ma'am.
22            THE COURT:  All right.  Okay.  We're going to give
23   you a sentencing date in a subsequent order.
24            MR. PEACOCK:  Yes, ma'am.
25            MR. SCHILLER:  Thank you, Judge.
```

| | |
|---|---|
| 1 | THE COURT: All right. So thank you everyone. |
| 2 | Everyone did a, you know, very nice job. You worked well |
| 3 | together. You worked hard. |
| 4 | Mr. Williams, you had excellent representation. You |
| 5 | really did. And I don't think there's anything else your |
| 6 | attorneys could have done for you. |
| 7 | THE DEFENDANT: Yes, ma'am. |
| 8 | THE COURT: And, you know, it's now, you know, the |
| 9 | jury has spoken, so at this point we move forward. So we'll |
| 10 | see everyone back in this case on sentencing unless there are |
| 11 | any hearings on any post-trial motions, and wish everyone well |
| 12 | until then. |
| 13 | MR. SCHILLER: Thank you, Judge. |
| 14 | MR. PEACOCK: Thank you. |
| 15 | (Proceedings concluded.) |
| 16 | * * * * |

```
1                        * * * * *
2                         I N D E X
3    Jury Verdict                                          4
4                        * * * * *
5                       E X H I B I T S
6    (None.)
7                        * * * * *
8                         CERTIFICATE
9       I, Stephen W. Franklin, Registered Merit Reporter, and
10   Certified Realtime Reporter, certify that the foregoing is a
11   correct transcript from the record of proceedings in the
12   above-entitled matter.
13      Dated this 2nd day of JULY, 2019.
14
15      /s/Stephen W. Franklin
        _____
16      Stephen W. Franklin, RMR, CRR
17
18
19
20
21
22
23
24
25
```