UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-80053-CR-ROSENBERG

UNITED STATES OF AMERICA

v.

ALSTON ORLANDO LEROY WILLIAMS,
    Defendant.
_____/

## JOINT RESTITUTION HEARING PLAN

At the request of the Court, the government submits the following joint restitution hearing plan to advise the Court of what the parties expect to present at the restitution hearing set for Friday, July 26, 2019. Having met and conferred both parties agree that the following evidence, testimony, and arguments will be provided:

From the Government: The government will rely upon its amended motion for restitution, the evidence admitted at trial, and the trial transcripts in the CMECF record as cited in the amended motion for restitution. The government will make additional argument.

From the Defendant: The defendant will rely upon its response to the government's motion for restitution, the evidence admitted at trial, testimony from an investigator for the Federal Public Defender's Office, and argument.

        ARIANA FAJARDO ORSHAN
        United States Attorney

| | |
|---|---|
| */s/ Gregory Schiller* | */s/ Justin Hoover* |
| Gregory Schiller | Justin Hoover |
| Assistant United States Attorney | Assistant United States Attorney |
| FL Bar No. 0648477 | FL Bar No. 092450 |
| 500 S. Australian Ave., Suite 400 | 101 South U.S. 1, Suite 3100 |
| West Palm Beach, FL 33041 | Ft. Pierce, FL 34950 |
| P: 561-209-1045 | P: 772-293-0943 |
| E: Gregory.Schiller@usdoj.gov | E: Justin.Hoover@usdoj.gov |

1

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on July 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

               *s/ Gregory Schiller*
               Assistant United States Attorney

               *s/ Justin Hoover*
               Assistant United States Attorney