```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                     WEST PALM BEACH DIVISION

 3                 CASE NO. 18-CR-80053-ROSENBERG


 4
      UNITED STATES OF AMERICA,     .
 5                                  .
      Plaintiff,                    .
 6                                  .
             vs.                    .
 7                                  .
      ALSTON O. WILLIAMS,           .  West Palm Beach, FL
 8                                  .  November 30, 2018

 9    Defendant.                    .

10                           VOLUME 1

11                    JURY TRIAL PROCEEDINGS
               BEFORE THE HONORABLE ROBIN L. ROSENBERG
12                 UNITED STATES DISTRICT JUDGE

13

14    APPEARANCES:

15
      FOR THE PLAINTIFF:        GREGORY SCHILLER
16                              JUSTIN HOOVER
                                United States Attorney's Office
17                              500 Australian Avenue
                                Suite 400
18                              West Palm Beach, FL 33401
                                954-789-6285
19
      FOR THE DEFENDANT:        FLETCHER PEACOCK, ESQ.
20                              Federal Public Defenders Office
                                450 North 2nd Street
21                              Fort Pierce, FL 34950
                                772-489-2123
22
                                M. CAROLINE McCRAE, ESQ.
23                              Federal Public Defenders Office
                                450 S. Australian Avenue
24                              Suite 500
                                West Palm Beach, FL 33401
25                              561-833-6288
```

1

2          Official Court Reporter:   Pauline A. Stipes
                                      HON. ROBIN L. ROSENBERG
3                                     Ft. Pierce/West Palm Beach, Fl
                                      772.467.2337
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              THE COURT:  Okay, good morning, everyone.  We are

 2     going to go over preliminary matters.

 3              We are here in the matter of Alston Orlando Leroy

 4     Williams.  If we could begin by having all counsel state their

 5     appearance for the record and the appearance of Mr. Williams.

 6              MR. SCHILLER:  Good morning, on behalf of United

 7     States, Gregory Schiller, and with me is Special Assistant U.S.

 8     Attorney Justin Hoover, and Special Agent Jennifer Howard from

 9     the FBI and Peter Angel.

10              THE COURT:  From the Defense.

11              MR. PEACOCK:  Fletcher Peacock with Caroline McCrae

12     and Mr. Williams is in open court.

13              THE COURT:  All right.  Just some preliminary matters,

14     and confirming what we discussed in the last conference we had.

15     Victims one through six will all been referred to by names, I

16     have their names.  The list was provided by the Government, it

17     is going to be filed under seal, but I will read their names to

18     the jurors, victims one through six.

19              I did receive the notice -- the Government's motion

20     requesting all parties refer to witnesses MB and CR by their

21     initials during the trial.  I asked the Government to do more

22     research.  Is that acceptable to the Defense?  There's no

23     objection to that motion, Docket Entry 111?

24              MR. SCHILLER:  I believe in the last paragraph I

25     included the Defense position.
```

```
 1              THE COURT:  Okay, which is that they --
 2              MR. PEACOCK:  I think the Government left out not.
 3              THE COURT:  Is not realistic or helpful.
 4              MR. SCHILLER:  I apologize, sorry, it was late when I
 5    was filing it.
 6              THE COURT:  They offered the first name and last
 7    initial.  Did you have a chance to consider that, and is that
 8    acceptable, first name and last initial?
 9              MR. SCHILLER:  I did.  We would ask on behalf of the
10    witnesses who do not have a voice to express themselves the
11    most possible anonymity be used, just the initials.
12              THE COURT:  Why can't we do that?
13              MR. PEACOCK:  The evidence is going to use their first
14    names.
15              THE COURT:  What evidence?
16              MR. PEACOCK:  All kinds of evidence, the texts, the
17    witnesses' accounts.  They don't use last names, though, so I
18    think we are okay.
19              THE COURT:  There are like text messages that have a
20    first name, and that is going to be discussed.
21              MR. SCHILLER:  I don't think there are any text
22    messages that have their names.  There are documents that were
23    recovered from the Defendant's residence.
24              MR. PEACOCK:  You gave me one that is Crystal.
25              MR. SCHILLER:  One of the contact lists that we will
```

1  admit into evidence hopefully has C-R-Y, hyphen, S-T-A-L.

2       *MR. PEACOCK:* I just think, Judge, not to get in an

3  argument about the evidence, but from what I have seen, first

4  names show up. I think it could be very confusing for the

5  jury, for instance, with regard to saying Maryann Beckford, to

6  call her Maryann in the evidence and in the testimony --

7  testimony is evidence, and in the testimony call her MB. I

8  don't give anything away if we use first names.

9       *THE COURT:* If the last names are mentioned, you will

10  be redacting that?

11       *MR. SCHILLER:* The last names are in passports and

12  birth certificates. If there is a conviction, we have to

13  upload them, and that would be redacted.

14       *THE COURT:* There are no documents you are seeking to

15  admit that have not been redacted?

16       *MR. SCHILLER:* Not redacted, no, ma'am.

17       *THE COURT:* I will grant it in part whereby MB and CR

18  can be referred by their first name only and their last

19  initial, and there should be no mention of their last name, and

20  counsel should be scrupulous to be sure no document contains

21  the last name. I want to make sure, it is the parties' job to

22  make sure nothing gets in with the last name.

23       During the trial, it can be the first name referring

24  to documentary evidence and not be inconsistent or confusing

25  with when a witness is testifying and he or she is only going

1    to be using initials.

2            That will be an order on the motion.  That takes care

3    of the motion.

4            I do have the Defendant's waiver of the right to

5    attend sidebar conferences.  I do not know if you had a chance

6    to discuss with Mr. Williams about sidebars.  Have you

7    discussed that with him, or should I go over that with him now?

8        MS. McCRAE:  I want to clarify, regarding Maryann B

9    and Crystal R, that the jury will be informed of full names

10   during jury selection.  Yesterday the Government suggested they

11   could be shown a piece of paper that wouldn't be discussed

12   publicly so it wouldn't be part of the written record --

13       THE COURT:  I am not sure what you are talking about.

14   We discussed certain individuals, one through six, who are

15   going to be named by person, by full name.

16       MS. McCREA:  Yes, when we were discussing this matter

17   previously and the Government was taking the position, I

18   thought that even perhaps the alleged victims would need to be

19   referred to by initial.  They noted at that time we were going

20   to proceed in that fashion.  The potential jurors should still

21   be informed of the individuals' full names, even though now --

22   and I want to make sure, I know this runs through a number of

23   the Government's filings.

24           It is important, if the Court is referring to the

25   women, that they be referred to as alleged victims rather than

1    victims.  Dealing with MB and CR, these are individuals that

2    the venire should learn of their full names.  So, no one knows

3    MB or CR, my concern is the Government is going to be

4    displaying photographs and videos of these women both clothed

5    and unclothed, and I think we should find out so that no one is

6    ending up on the jury that knows these women and will be

7    exposed to explicative images of them.

8         What they suggested we could do is have a written

9    piece of paper that the jurors could look at, that the jury

10   would have Maryann BXXXXXX and Crystal RXXXXXXXX so they could

11   see the names and we wouldn't see them in open court.  If

12   anyone was present for jury selection, they wouldn't hear the

13   names.

14        THE COURT:  Is that acceptable to the Government?

15        MR. SCHILLER:  Okay.  Could the Court just clarify.

16        THE COURT:  At one point I go through with the jury

17   whether they know any of the potential witnesses, that is one

18   of the issues you will get to.

19        All I have right now is, I have a Government witness

20   list, so, let me first ask.  You have a lot of witnesses on

21   this witness list, are all of these witnesses going to be

22   called or mentioned in the trial, so I need to go through each

23   and every one of the names to see whether they know all of

24   these people?

25        MR. SCHILLER:  At the very least, they will be

1    mentioned.

2              THE COURT:  When you have initials --

3              MR. SCHILLER:  Victim number one.

4              THE COURT:  So, I will mention TL by name, that is a

5    victim, DL is one of the victims, RC is one of the victims, GRL

6    is one of the victims, KC is one of the victims.  Those are the

7    ones I had questions about.

8              And Ms. McCrae said as to the other two only being

9    referred to by first name, if they are going to be mentioned or

10   shown videos of them, that we find out whether the jury knows

11   them or not.  Although I am not sure how I am going to

12   circulate a piece of paper to 80 people, quite honestly.  I

13   don't know that we discussed that, and I am not sure how that

14   is realistic.

15             Is there any objection to their name being mentioned

16   for purposes of being determined whether anyone on the panel

17   knows them; and if not, then, on a forward going basis, they

18   are referred to by the first name?

19             MR. SCHILLER:  Maybe we could seal the courtroom for

20   that one moment.  If there is anyone in here except the jurors,

21   there would be a problem.  No objection to mentioning the full

22   names.  Is it in the document I gave you?  I might have to get

23   that back from you.

24             THE COURT:  So, what is -- we'll seal this part of the

25   record right now.  What are the names of the individuals?

Pauline A. Stipes, Official Federal Reporter

1          *MR. SCHILLER:*  MB is Maryann BXXXXXXX and CR is

2     Crystal RXXXXXXXX.

3          *THE COURT:*  Okay.  Now we can unseal.

4          When I mention those two names, and I will make those

5     the last two names I mention, Pauline, we'll seal the record

6     for the mention of those two names, and I will keep an eye in

7     the courtroom to see if anyone else is in the courtroom.

8          Returning to sidebar, have you had a chance to go

9     over, Mr. Williams' counsel, his right to attend sidebars, but

10    also his right to waive that right to attend sidebars such that

11    counsel attends only and you are able to speak with Mr.

12    Williams before and after a sidebar?

13         *MR. PEACOCK:*  Yes, ma'am.  While the Court was

14    discussing the name matter, I did discuss it with him.  Mr.

15    Williams is prepared to waive the option of attending the

16    sidebars.

17         *THE COURT:*  Okay.  Mr. Williams, would you raise your

18    right hand.

19         (Thereupon, the Defendant was duly sworn.)

20         *THE COURT:*  Could you state your full name for the

21    record.

22         *THE DEFENDANT:*  Alston Williams.

23         *THE COURT:*  I will give a document to your attorney so

24    he or she can go over it with you.

25         It says:  Now comes the Defendant Alston Orlando Leroy

```
 1    Williams, and notice the Court he knowingly and voluntarily
 2    waived his right to attend sidebar conferences during the
 3    duration of the trial.  The Defendant also states he finds
 4    communication with Defense counsel to be a sufficient and
 5    satisfactory method for staying apprised of the factual and
 6    legal matters which may arise during such conferences.
 7             Did you have an opportunity to discuss that with your
 8    attorney?
 9             THE DEFENDANT:  Yes, ma'am.
10             THE COURT:  Is it acceptable to you, to waive your
11    right each time we need to meet at the bench outside of the
12    jury's hearing, where you have a right to talk to the attorneys
13    before they come up and after they come up, and they can
14    continue the sidebar?  It prevents you having to come up and
15    back each time.  Is that acceptable to you?
16             THE DEFENDANT:  Yes, ma'am.
17             THE COURT:  Do you understand everything I said?
18             THE DEFENDANT:  Yes.
19             THE COURT:  Do you have any questions about it?
20             THE DEFENDANT:  No, ma'am.
21             THE COURT:  Okay.  I will turn this back to your
22    attorney so you can sign it.  Thank you so much.
23             THE DEFENDANT:  You're welcome.
24             THE COURT:  Okay.  We have about 80 jurors coming in.
25    I think I mentioned, if they have all shown up, we have 80.  I
```

1    will go through my preliminary comments, I will read the

2    summary of the case that all parties have agreed to at Docket

3    Entry 110, that includes the names of the victims one through

4    six as agreed to by all parties.  I will be indicating to the

5    jury that the case could last three weeks.

6          Are we still thinking it could last three weeks,

7    through the 21st, or maybe less than that?

8          *MR. SCHILLER:*  The Government thinks it would be about

9    three weeks.  I can promise the Court we have done everything

10   in our power to streamline the case as much as possible.

11         *THE COURT:*  I will let them know that.  We are going

12   to work hard to get it done sooner than that.  That is close to

13   when the courthouse is closed for the Christmas holidays.

14         I will let them know we may have longer hours and

15   working through 6:00 o'clock, and coming in before 9:00 if

16   necessary, to ensure that it will get done, but I will give

17   them the outer limit how long the case may last.

18         After I go through my preliminary comments, including

19   asking whether they know anything about the case, after I read

20   the summary that you all agreed to, I'll ask whether they know

21   counsel or anyone at counsel's table, whether they know Mr.

22   Williams or any of the persons on the witness list which I have

23   received from the Government.  I am assuming there are no

24   additional names from the Defense to be read to the jury.

25         Then I am going to go over initially the 17 questions

1    that are on the list of questions that I provided to you, which

2    are the standard questions.  I am going to try to get through

3    all of those, and when I have gotten through all of the

4    individual questioning, I am going to then pose some additional

5    questions that are based in part on what you provided to me.

6          I am not going to ask all of them or necessarily ask

7    them in the way you had proposed, but I certainly have used

8    what you suggested to the Court for a series of additional

9    questions that I am going to ask to the panel as a whole and

10   take note of who raises their hands one way or the other, and

11   would contemplate questioning those individuals separately

12   based on who raises their hand with respect to some of the

13   questions that run along the lines that you proposed to the

14   Court.

15         Those are the kinds of questions that are better

16   taking up individually so as not to either delve into personal

17   matters with the jurors or potentially taint the rest of the

18   jury pool by virtue of any comments that any one juror may

19   potentially make.

20         That would be my goal for getting through for today.

21         I know that Mr. Schiller needs to leave at 2:00.  I am

22   going to try to see how we manage an abbreviated lunch hour,

23   letting the jurors know they are going to be leaving at 2:00,

24   to see if there is some way we cannot have a full hour, knowing

25   they can take a full hour and have the rest of the afternoon

```
1    after 2:00 o'clock, but I want to work as hard as I can to see

2    if I can accomplish, at a minimum, what I set out to do today,

3    which is to get through all 80 with the individual questioning

4    and get through the general questions based on what you

5    provided me, and then the Court's individual inquiry outside

6    the rest of the jury's hearing of those who answered questions

7    a certain way.

8             And so we question all those jurors, and all we have

9    left for Monday is for you to ask your own voir dire questions.

10             MR. SCHILLER:  Counsel and I spoke.  We are wondering

11   if the Court would consider plowing through without a lunch

12   break.

13             THE COURT:  I will try to do that.

14             MR. SCHILLER:  That will give us more productivity.

15             THE COURT:  Yes.  Have you discussed whether the

16   indictment will go back to the jury when they deliberate?  If

17   so, we need to ensure what portion, what gets cleaned up.

18   Again, it is not a pressing issue, as long as I have the

19   indictment here.  My experience is, it often -- not always goes

20   back.  I would like to hear counsel about that.

21             MR. SCHILLER:  The Government is requesting it go

22   back.  Once we complete the trial, we'll know whether any

23   redactions are necessary.

24             MS. McCRAE:  We think it should go back, the only

25   thing is we replace the indicators one through six with
```

Pauline A. Stipes, Official Federal Reporter

1    initials or names, like a dummy indictment that would be used

2    for purposes of jury deliberations.

3         MR. SCHILLER:  That is appropriate, we don't want

4    confusion.

5         THE COURT:  I ask the Government and Defense to work

6    on that.  We want a clean copy.  I ask you work on that, so by

7    the time we have all of our exhibits, although it won't be an

8    exhibit, but it will be something -- a table where you put all

9    of the exhibits and the redacted clean indictment that you

10   agree to should be up there as well, and I will mention that

11   when I do my jury instructions.  I am assuming you take the

12   penalty sheet off and all the supplemental documents attached

13   to it.

14        Make sure you have gone through it carefully, and the

15   one you want me to send back is put up at the desk.

16        I think the only thing I have not ruled on is the Rule

17   412, and I have -- I am expecting to get that order out today

18   so you know where you stand on that.  It shouldn't bear on

19   anything you do today.  So, that order will go out today.

20        MR. PEACOCK:  Your Honor, you had required cautionary

21   instructions by noon today.

22        THE COURT:  Yes.

23        MR. PEACOCK:  Until we know what the Court's order is,

24   we would rather defer drafting a limiting instruction until we

25   know what the Court has ruled.

```
 1              THE COURT:  I have done all of my rulings.  That is
 2      the only one I haven't done.
 3              MS. McCREA:  Did the Court issue a 404(b) ruling?
 4              THE COURT:  All of the motions we had I ruled on
 5      except the 412.
 6              Well, you were -- the Government was getting -- there
 7      was a discrete issue on the Bahamian trip.
 8              MR. SCHILLER:  I apologize, I was not able to finish
 9      that.  I was working on other things, especially trying to get
10      all the exhibits ready for everyone today.
11              That is not going to be relevant until Monday when we
12      do opening statements anyway.  I will try to get something to
13      the Court over the weekend.
14              THE COURT:  Well, nothing is going to be mentioned in
15      opening statement on Monday that I am getting over the weekend.
16              MR. SCHILLER:  We have no reason to mention that in
17      opening statement anyway.
18              THE COURT:  The only thing I have not ruled on is the
19      412 issue and 404(b) as relates to one of the victims and the
20      trip to the Bahamas.
21              Was there one other issue?
22              THE LAW CLERK:  The initials.
23              THE COURT:  Okay.  That we took care of.
24              That is fine, if you want to say no later than Monday
25      morning at 9:00 the Government has its final briefing on the
```

 1   issue relating to the trip to the Bahamas, the record more

 2   fully develops that, and I would say today the 412 order will

 3   go out, and there will be no mention of the Bahamian issue in

 4   opening statement so it gives the Court time to consider

 5   hearing any argument and rule on it.

 6        All of the rulings have been made.  If there are any

 7   limiting instructions that Defense is seeking at this point, I

 8   am not going to give any until you provide me with one so I

 9   won't put an artificial deadline.  Based on the rulings I have

10   given, if Defense wants to make any requests regarding limiting

11   instructions, I don't want you to request it at the last minute

12   and the Government not agree.  That is why I wanted to set a

13   discussion in advance.

14        MS. McCRAE:  I haven't seen the Court's ruling on

15   404(b).  It's my understanding there was still a question about

16   an act of violence with Mr. Williams' family.  I think the

17   Court cautioned the Government not to mention that.

18        MR. SCHILLER:  Docket Entry 112, it came out at 8:27

19   this morning.  All of us were in court when it came in this

20   morning.

21        THE COURT:  We put it in lien scan yesterday, and I

22   apologize, that is why we are talking in two different levels

23   here.  The Court has to put it in lien scan, so I can tell you

24   exactly what Mr.  Schiller said.

25        At Docket Entry 112, 11/30/2018, showing the filing

```
 1   date, the order memorializing rulings in calendar call, it is
 2   seven pages.  You will get a chance to look at that.  I
 3   apologize if I misunderstood why you hadn't seen it.  Okay.
 4           So, are our jurors coming on up?
 5           THE COURTROOM DEPUTY:  I can have them come out.  I
 6   just handed out the list.  Let me grab the seating chart and,
 7   yes, they can come up.
 8           THE COURT:  The one juror who is hearing impaired is
 9   which one?
10           THE COURTROOM DEPUTY:  I was not told if they were
11   here or not, but I will find out.
12           MR. SCHILLER:  Judge --
13           THE COURT:  Yes.
14           MR. SCHILLER:  With the Court's permission, would you
15   mind if we took counsel table and moved over six or seven
16   inches to the left?
17           THE COURT:  Be careful with the wires.
18           MR. SCHILLER:  Thank you, Judge.  Judge, may I inquire
19   of the Court, we were wondering, we have ten rows of jurors
20   based on the layout the Court created.  Instead of the first
21   two rows in the jury box and six rows and two, if we could do
22   five and five?
23           THE COURT:  The chart is made.
24           MR. SCHILLER:  All counsel and Mr. Williams -- you
25   created ten rows, and we have ten rows in front of us.  One
```

1   through seven in the first row, eight through 14 in the next

2   row, and like that, as opposed to in the jury box.  We talked

3   about that and we felt it wouldn't leave any room in the jury

4   for anyone else.

5            THE COURT:  Is that the Government's position or

6   request?

7            MR. SCHILLER:  Yes.

8            THE COURT:  Defense, do you join in that request?

9            MR. PEACOCK:  If I really understood it, I would take

10   a position.

11            THE COURT:  You didn't understand the gobbledygook.

12            MR. PEACOCK:  If you can fit them, that is fine by me.

13            THE COURT:  Melanie, we discussed it, can they all sit

14   back there.

15            THE COURTROOM DEPUTY:  I am at the Court's pleasure.

16            MR. SCHILLER:  It would be easier on all of us.

17            THE COURT:  Thank you, we can do that.

18            THE COURTROOM DEPUTY:  She indicated it is best to be

19   next to whoever is speaking, they have to view the speaker.  If

20   they move around -- I just said let's get everybody settled,

21   and we will go from there where best to have them.

22            THE COURT:  Okay.  Let's bring our jurors in.

23            THE COURTROOM DEPUTY:  Okay.

24       (Thereupon, the jury venire entered the courtroom.)

25            THE COURT:  Okay.  Welcome, everybody, you may be

1    seated.  Good morning.

2           There are you a lot of you here, it may be crowded,

3    and the chairs are not super comfortable.  This is just part of

4    the process for jury selection, you will not be sitting on the

5    hard chairs forever.

6           So, let me begin with, we have an interpreter here,

7    and if I could ask our interpreter to take a moment, we'll

8    swear you in.

9           If you would raise your right hand.

10       *(Thereupon the interpreter was duly sworn.)*

11         *THE INTERPRETER:*  Yes.  Brenda Adkinson,

12   A-D-K-I-N-S-O-N, court certified interpreter.

13         *THE COURT:*  Thank you very much.

14         When you are selected as a juror you get to sit in the

15   white comfortable leather chairs, but there are not enough for

16   everybody.  Bear with us.

17         I want to introduce myself.  My name is Judge

18   Rosenberg, and I welcome you here this morning to the Federal

19   Courthouse here in West Palm Beach.

20         We are here in a matter called -- a criminal case,

21   called United States of American versus Alston Orlando Leroy

22   Williams, and it is Case Number 18-CR-80053.

23         So, the first thing I would like to do is get you

24   acclimated to who everyone is here in the courtroom.

25         I have introduced myself and I will be presiding over

```
 1    the trial.

 2              I am going to begin by having the persons over here to

 3    my left, they can't see me because I am pointing to them, at

 4    what is the Government's table, I will have them stand up and

 5    each introduce themselves.  Everyone listen carefully.  When

 6    anything is said I will often turn to you and say, is there

 7    anyone here who knows anyone or knows anything about this?

 8              Let me first begin by saying, is everybody able to

 9    understand me?  If you are not able to understand me, by

10    hearing me or understanding what I am saying, please raise your

11    hand right now.

12              Nobody is raising their hand.

13              I will have an interruption.  We have a second

14    interpreter, so to have things move smoothly, if you could

15    raise your right hand and state your full name.

16        (Thereupon, the interpreter was duly sworn.)

17              THE INTERPRETER:  Yes, Jodie Ruffel.

18              THE COURT:  Thank you so much.

19              So, from the Government's table, if you could

20    introduce yourself.

21        MR. SCHILLER:  Thank you very much.  Good morning,

22    ladies and gentlemen.  My name is Greg Schiller, I am a

23    prosecutor for the United States.  With me is Special United

24    States Attorney Justin Hoover, and from the Federal Bureau of

25    Investigation, Peter Angel and Jennifer Howard.
```

 1             Good morning.

 2             THE COURT:  Anyone who knows anyone at this table,

 3     raise your hand.

 4             Seeing no hands.

 5             I will ask the persons at Defense table to see if

 6     anyone knows anyone at your table.

 7             MS. McCRAE:  My name is Caroline McCrae, I represent

 8     Alston Williams.

 9             MR. PEACOCK:  Good morning, my name is Fletcher

10     Peacock, I also represent Alston Williams.

11             THE COURT:  Anybody who knows anyone from Defense

12     side, raise your hand.

13             Seeing no hands.

14             We have our courtroom deputy, Melanie Richardson, who

15     you have met.  She will be everywhere in the trial, she helps

16     with the jurors, witnesses, and exhibits.  She will be a very

17     important point of contact for you.

18             We have Rita White, who is our Court Security Officer,

19     who will be here most of the time also assuring that everyone's

20     safety is taken care of and the security of the courthouse.

21     She often times will have other court security officers coming

22     in, they switch off, so you may see other court security

23     officers as well.

24             We have Pauline Stipes as our court reporter.

25     Importantly, she is taking down every single thing we are

1    communicating in the courtroom.  It is important we communicate

2    clearly and in a way that allows her to understand what we are

3    communicating so she can memorialize it for the record in this

4    case, which happens in every case.

5            So, again, please, when asked questions, communicate

6    very clearly so I can understand your answer and it can be

7    accurately reflected in our court record.

8            I would like at this time for Ms. Richardson to

9    administer the oath for the first part of the jury trial, which

10   is called voir dire examination.

11       *(Thereupon, the jury venire was duly sworn.)*

12       *THE COURT:*  Okay.  The purpose of the voir dire

13   examination is to attempt to determine if your verdict in this

14   case would in any way be influenced by any experiences that you

15   may have had, any opinions you currently hold, or special

16   training or knowledge that you may possess.

17           Please understand that the questions that will be

18   asked of you by the Court and by the attorneys are not intended

19   to pry into your personal affairs or embarrass you in any way.

20           I hope all of you understand it is important that we

21   understand a little bit about your background so that the

22   attorneys can make an intelligent decision whether or not this

23   would be an appropriate case for to you serve.

24           The trial is estimated to last approximately three

25   weeks, that means it would bring us through December 21st.

1          I will keep you apprised as we go along to let you
2     know how we are doing with that schedule.  It will go no later
3     than the 21st, and if possible, could conclude sooner,
4     depending on how smoothly and seamlessly the evidence is
5     presented.
6          We do recognize it brings us right up to the holidays,
7     I am aware of that.  I am aware the following Monday -- quite
8     frankly, it is a court holiday, the courthouse itself is closed
9     on the 24t and 25th.  Any and all efforts are going to be made
10    to make sure the trial is completed in a timely manner, and as
11    I said, I will keep you all apprised.
12         I know all of you have been prescreened through the
13    office in Miami as jurors who are available to serve until
14    December 21st, so I am going to assume that is accurate, but
15    when I individually question you and ask you whether you can
16    serve during the days and hours I indicated, it will give you
17    an opportunity to confirm that I am working on an assumption
18    everybody is here and able to serve during the time that is
19    allotted for the trial, given the screen that went into
20    assuring we could pull up a jury pool who was available to
21    serve during this time.
22         We generally start about nine o'clock and it depends
23    on the trial when we finish.
24         I recognize there are the holidays coming up.  If I
25    sense we need to stay later some evenings in order to ensure we

```
 1    get the trial done in the time frame we indicated, we may go to
 2    5:30 or quarter of 6:00.  I say usually five o'clock, but we
 3    want to make sure we get the trial done.
 4              While we generally begin at 9:00 and end at 5:00,
 5    there may be more than one occasion that we may ask you to come
 6    earlier and stay later in order to keep the trial going.
 7              We take a mid-morning break and afternoon break and
 8    lunch break in order to accommodate everyone, and if anyone
 9    needs a break other than the times I give you a break, I will
10    let you know.
11              Today is going to be different, we need to end the
12    trial day at 2:00 o'clock.  While I will give you a break to
13    make sure everybody is comfortable, I will not do the
14    mid-morning break and hour lunch because we want to do as much
15    as we can by 2:00 o'clock.  We have to conclude because of
16    conflicts with schedules already in place.  If we can get a lot
17    accomplished today, that would be very helpful when you come
18    back on Monday.
19              I want you to know that and hopefully you do recognize
20    jury service is a very important part of citizenship.  It is an
21    opportunity for you, the citizen, to participate in the
22    judicial process by which the rights and liberties of your
23    fellow citizens will be determined.  It is a very high calling.
24    I hope all of you want to serve as jurors, and if you do serve,
25    that you find this to be a rewarding experience.  I know your
```

 1    time is valuable and I, along with the parties and attorneys,

 2    will do everything we can to assure your time is not wasted.

 3         I will summarize the charges in this case.  The

 4    charges are set forth in a document called an indictment.

 5         Let me emphasize that the indictment is merely a

 6    formal charge against the Defendant, Mr. Alston Orlando Leroy

 7    Williams.  The indictment is an accusation, not evidence, and

 8    is not to be considered by you as any proof of guilt.

 9         The summary I am about to read is not evidence, it is

10    a summary so you know what the case is about, and after I read

11    it, I will ask whether anybody knows anything about the case.

12    So, please listen carefully.

13         In this case, the Government has accused Mr. Williams

14    of committing 11 offenses, including sex trafficking of minors,

15    sex trafficking of adults by force, threats of force, fraud and

16    coercion, forced labor trafficking, and obstructing the

17    enforcement of sex trafficking laws, during various time

18    periods between July 27, 2006 and February 27, 2018.

19         The charges relate to six alleged victims, DXXXX LXXXX

20    RXXXXXXX CXXXXXX, GXXXXXX RXXXXXXX LXXXXXXX,

21    TXXXXX LXX,          KXXXXXXX CXXXXXXX,        and DXXXXX

22    RXXXXXXX.

23         It is alleged that during this 11 to 12-year period

24    the women would engage in prostitution under coercion by Mr.

25    Williams.  The women would allegedly work as prostitutes by

 1   working with escort agencies or posting ads online on websites

 2   such as backpage.com.

 3          It is alleged that Mr. Williams would use violence

 4   against the women in order to coerce them to engage in

 5   prostitution, including, but not limited to, the use of a

 6   firearm, taser, or by shoving needles into their skin.  Mr.

 7   Williams previously resided in Miami and Tamarac, but

 8   subsequently moved to Lake Worth near Greenacres.

 9          Is there anybody who knows anything about this case?

10   If so, raise your hand.

11          I see two hands raised.  I just want to know what your

12   juror number is.

13          The first person who raised your hand, what is your

14   juror number?

15          *THE JUROR:*  52.

16          *THE COURT:*  Who else?

17          *THE JUROR:*  65.

18          *THE COURT:*  We will be referring to you by your juror

19   number, not by your name.  Do not take it personally, we

20   recognize it is much more than that.  Jurors 52 and 65 raised

21   their hand in response to the question whether you know

22   anything about the case, so I will leave it at that for right

23   now.

24          Did I miss anyone else or just those two jurors?

25          Okay.

```
 1              So, let me explain a few things.  The burden of proof

 2     in this case is on the Government.  The burden is on the

 3     Government to prove through production of evidence beyond a

 4     reasonable doubt each offense charged.  You are to consider the

 5     evidence as it applies to each charge and the Defendant

 6     separately.

 7              I said the Government has to prove its case through

 8     the production of evidence.  So, let me explain what kinds of

 9     evidence there could be.

10              The most common source of evidence is witnesses who

11     will come into the courtroom and take an oath to tell the truth

12     and who will provide testimony from the stand.

13              The second most common source of evidence is tangible

14     exhibits, documents, things that you can see and touch and take

15     back with you to the jury room when you go to deliberate.

16              The third source of evidence is matters the parties

17     may stipulate or agree to.  The parties -- rather, the

18     Defendant is not required to stipulate or agree to anything,

19     but should he agree to something, that is a form of evidence

20     that you should consider like you would any other source of

21     evidence.

22              The fourth source of evidence is matters in which the

23     Court may take judicial notice.  That could be laws or court

24     records of this jurisdiction or matters of common knowledge.

25     Those are the most common sources of evidence.
```

```
 1              You, as jurors, have the right to believe or

 2    disbelieve all or any part of the testimony in the case.  You

 3    and exclusively you, the jury, must determine what the facts of

 4    this case are.

 5              It is the Court's responsibility to determine all

 6    issues as to the law.  The Court does that in two ways; to rule

 7    on the objections made by the lawyers and instruct you on all

 8    of the law you need to decide the case.

 9              When the lawyers make objections, they relate solely

10    to matters of law, so you should not pay any attention to

11    objections.  Lawyers have a duty to make all objections they

12    deem appropriate.  You should not speculate on why they made an

13    objection.  If the Court sustains an objection, and the witness

14    is not permitted to answer the question, you shouldn't

15    speculate what the witness might have said had he or she been

16    permitted to answer.  That is a matter of law not within your

17    province.

18              As I said, at the end of the case, it is the Court's

19    job to instruct you on all the law that pertains to this case.

20    Not only will I read the law to you, but each juror will have a

21    set of instructions, paperwork that you will take back with you

22    to the jury room when you go to deliberate your verdict.

23              The reason we do that is you take an oath to follow

24    the law whether you agree with the law or not.

25              The verdict is your ultimate decision as to whether
```

1    the Government has met its burden of proving through the

2    production of evidence the Defendant's guilt as to each crime

3    charged beyond a reasonable doubt.

4           With respect to the verdict, that verdict must be

5    based on two things, the evidence presented in the courtroom in

6    your presence and the law that the Court gives you.

7           Is there anyone who could not base his or her verdict

8    solely upon the evidence and the law?  If so, raise your hand.

9           Seeing no hands.

10          Is there anyone here who could not fairly and

11   impartially evaluate the evidence in this case?  If so, raise

12   your hand.

13          Seeing no hands.

14          Now, I want to read an important instruction to you

15   that will apply throughout the proceedings, and I will be

16   reminding you of it time and time again.  Let me read it to you

17   in full at this time.

18          And it is as follows:  Our law requires jurors to

19   follow certain instructions regarding their personal conduct in

20   order to help ensure a just and fair trial.  I will now give

21   you those instructions.

22          Do not talk among yourselves or anyone else about

23   anything related to the case.  You may tell people with whom

24   you live that you are a juror -- let me be clear, you are not a

25   juror yet, you are a potential juror.  The same instructions

```
 1   apply when you become a juror as apply to you now when we are
 2   attempting to select the jury.
 3           So, you may tell people with whom you live and your
 4   employer that you are a juror, or in the instance right now, a
 5   prospective juror, and give them information about when you
 6   will be required to be in court, but you may not discuss with
 7   them or anyone else anything related to the case.
 8           Do not at any time request, accept, or agree to
 9   accept, or discuss with ant person any type of payment or
10   benefit in return for supplying any information about the
11   trial.
12           You must promptly tell me about any incident you know
13   of involving an attempt by any person to improperly influence
14   you or any member of the jury.
15           Do not visit or view the premises or place where the
16   charged crime was allegedly committed, or any other premises or
17   place involved in the case.  You must not use Internet Maps,
18   Google Earth or any other program or device to search for a
19   view of any location discussed in the testimony.
20           Do not read, watch, or listen to any accounts or
21   discussions related to the case which may be reported by
22   newspapers, television, radio, the Internet or any other news
23   media.
24           Do not attempt to research any fact, issue or law
25   related to this case whether by discussions with others, by
```

```
 1    library or Internet research or by any other means or source.

 2            In this age of instant electronic communication and

 3    research, I want to emphasize that in addition to not talking

 4    face-to-face with anyone about the case, you must not

 5    communicate by any other means, including by telephone, text

 6    messages, email, Internet chat, chat rooms, blogs, or social

 7    networking websites such as Facebook, My Space or Twitter.

 8            You must not provide any information about the case to

 9    anyone by any means whatsoever, and that includes posting

10    information about the case, or what you were doing on the case

11    on any device, or Internet site, including blogs, chat rooms,

12    social websites, or any other means.

13            You also must not use Google or otherwise search for

14    any information about the case, or the law that applies to the

15    case, or the people involved in the case, including the

16    Defendants, the witnesses, the lawyers, or the judge.

17            It is important that you understand why these rules

18    exist and why they are so important.

19            Our law does not permit jurors to talk with anyone

20    else about the case, or to permit anyone to talk to them about

21    the case, because only jurors are authorized to render a

22    verdict.  Only you have been found to be fair and only you have

23    promised to be fair.  No one else is so qualified.

24            Our law does also not permit jurors to talk among

25    themselves about the case until the Court tells them to begin
```

```
1    deliberations because premature discussions can lead to a

2    premature final decision.

3           Our law also does not permit you to visit a place

4    discussed in the testimony.  First, you can't be sure that the

5    place is in the same condition as it was on the day in

6    question.  Second, even if it were in the same condition, once

7    you go to a place discussed in the testimony to evaluate the

8    evidence in light of what you see, you become a witness and not

9    a juror.  As a witness, you might have a mistaken view of the

10   scene that neither party may have a chance to correct.  That is

11   not fair.

12          Finally, our law requires that you do not read or

13   listen to any news accounts of the case and that you not

14   attempt to research any fact, issue, or law related to the

15   case.  Your decision must be based solely on the testimony and

16   other evidence presented in the courtroom.

17          Also, the law often uses words and phrases in special

18   ways, so it is important that any definitions you hear come

19   only from me and not from any other source.  It wouldn't be

20   fair to the parties for you to base your decision on some

21   reporter's view or opinion, or upon other information you

22   acquire outside the courtroom.

23          These rules are designed to help guarantee a fair

24   trial, and the law accordingly sets forth serious consequences

25   if the rules are not followed.
```

1           I trust that you understand and appreciate the

2    importance of following these rules, and in accord with your

3    oath and promise, I know you will do so.

4           Is there anyone here who is not able to follow the

5    rules I just discussed?  If so, raise your hand.

6           Seeing no hands.

7           At this time I want to read some names to you.  These

8    are names of persons who either will be witnesses in the case

9    or their names may be mentioned during the case.

10          I want you to listen carefully, and if you know any of

11   the people whose names I have read, please raise your hand at

12   the time so that I can make note of that.

13          And Rita, if you'd let me know if you see a hand

14   raised and stop me.  Thank you.

15          Sergeant Carlos Lisboa.  Raise your hand at the time

16   if you recognize any name I am listing.

17          Brian O'Neil, James Hardee, TL,

18   Detective Edgardo Ramos, Sergeant Rhett Cady, Officer James

19   Callari, DXXXXX LXXXXX, Sergeant Victoria Johnson, RC,

20   Detective Nick Masters, Gary Silvestri, GXXXXXXX RXXXXXX

21   LXXXXX, Detective Justin Shaw, Detective Brandon Chambers,

22   Sergeant Don Devlin, Rachel Jimenez, Deputy Steven Del Sol, Ako

23   Williams, Dyondre Williams, KXXXXX CXXXXXXX, Officer

24   Christopher Alban, Nerissa Simmonds, Jason Wilson, Amparo

25   Munoz, Maria Rodriguez, Deputy Angel Artola.

```
 1            THE COURTROOM DEPUTY:  Judge.
 2            THE COURT:  Can I have the juror number?
 3            THE JUROR:  55.
 4            THE COURT:  Whose name?
 5            THE JUROR:  Rodriguez.
 6            THE COURT:  We want to make sure all cell phones are
 7    turned off.
 8            Who else?  What number?
 9            THE JUROR:  27.
10            THE COURT:  Whose name did you recognize?
11            THE JUROR:  Angel Artola.
12            THE COURT:  Okay.
13            Deputy Jason Guevara, Korinne Harper, Detective John
14    Chavez, Deputy John Randazzo, Deputy N. Sammarco, Sergeant
15    Jackie Molzer, Lieutenant Randy Foley, Elizabeth Lancaster,
16    Christine Rangel, Juliann Brandt, Detective William Vaughn,
17    Detective Andrew Rousell, Detective Juliana Martinez.
18            And this portion is sealed as to these two name.
19            (Sealed transcript as to names.)
20            Okay.  At this time, I think each of you have -- do
21    they all have the questionnaire?
22            Each of you should have a piece of paper, and what I
23    would like to do at this time is start with juror number 1 and
24    have you go through these 17 questions.
25            So, if we begin with juror number one, it would be
```

1    something along the lines, I am juror number one, you explain

2    what your occupation is, you go into your general area of

3    questions.  You need to go through the information, you don't

4    need to read what is on the paper, just give me the information

5    that is requested on the paper.

6           Everybody will stand up, and you have to speak very

7    loud, Mrs. Stipes is taking down the information.

8           THE COURTROOM DEPUTY:  Counsel doesn't have the

9    general questions, so I am going to make quick copies for the

10   attorneys so they can read along.

11   BY THE COURT:

12   Q.  You may proceed.

13   A.  Juror number 1, I am a social worker, I have been a social

14   worker for 11 years.  I reside in Lake Clark, Florida.  I have

15   been in Palm Beach County over 20 years.  I'm divorced, one

16   child in high school.  My spare time I spend with my child.

17       No military service question number 10, no.  I don't know

18   anyone that was accused of a crime.

19   Q.  So question number 11, no.

20   A.  12, no.

21   Q.  I am sorry, number 10 was no as well?

22   A.  Yes.

23   Q.  10 is no, 11, no.  Number 12?

24   A.  No.

25   Q.  Okay.

```
 1    A.   When you say any family --
 2              THE COURT:  For the benefit of the attorneys, number
 3    10, are any family members or friends employed in the Criminal
 4    Justice System, the juror said no.  Number 12, have you ever
 5    been a witness in a criminal matter?  No.  And 13, have you or
 6    a close friend been accused of a crime?
 7    BY THE COURT:
 8    Q.   If there is any family member you know of, cousin, aunt,
 9    second cousin?
10    A.   Cousin.
11    Q.   What is the answer to number 13?
12    A.   Yes.
13    Q.   Can you explain?
14    A.   There was a case recently where a cousin of mine lost a
15    child in a car, it was a domestic situation.
16    Q.   Is the cousin in the Criminal Justice System now?
17    A.   Yes.
18    Q.   Has there been a trial or anything of that nature?
19    A.   Yes, convicted.
20    Q.   So, convicted.
21    A.   Yes.
22    Q.   Is there anything about that experience that would affect
23    your ability to be a fair and impartial juror in this case?
24    A.   No.  14, no.  No to number 15.
25              THE COURT:  Just, again, for the benefit of the
```

1   attorneys who don't have the questions, but they will in a

2   moment.

3          This kind of answer would actually be fine because it

4   helps things move along more quickly, but for the benefit until

5   they get the questions in front of them.

6   *BY THE COURT*:

7   *Q.* Number 14 is, would any religious or moral beliefs preclude

8   you from sitting in judgment of other persons or deliberating

9   with others, and you said no.

10      And number 15, have you previously served on a jury?  And

11  the answer is?

12  *A.* No.

13  *Q.* Number 16?

14  *A.* Have you any physical or emotional difficulties that might

15  hamper your performance as a juror?  No.

16  *Q.* Number 17, can you think of any reason why you could not

17  sit on the jury during the dates and times indicated and render

18  a fair verdict based on the evidence and the law as the Court

19  will instruct you on the law?

20  *A.* No.

21          *THE COURT:*  Okay.  All right.  Perfect.

22          Again, for the rest of our jurors as soon as Melanie

23  comes through the door, the way juror number 1 started

24  answering the questions beginning with number 10 is perfectly

25  fine because the record reflects what the questions are.  You

```
 1   don't need to repeat the questions.  If they are no, say no,
 2   and if it is yes, say yes.  And I will probably follow up if
 3   you say yes with followup questions if I deem that necessary.
 4   BY THE COURT:
 5   Q.  So, juror number 2.
 6   A.  Hi, I am juror number two.  Occupation, software developer
 7   in Fort Lauderdale.  I live in Lake Worth, been there for 15
 8   years.  Marital status is single.  Hobbies, spare time,
 9   watching football, basketball, sports.
10       Number 9, there is no military service.  I do have family
11   members employed in the Criminal Justice System.
12   Q.  You have family members employed in the Criminal Justice
13   System?
14   A.  Yes, I have a couple of uncles down the road that were
15   employed as a parole officer in West Palm Beach somewhere.  I
16   have an uncle who was employed with the West Palm Beach Police.
17   My grandma's brother is employed in the Delray court system.
18   Q.  The fact that some of your family members are employed in
19   the Criminal Justice System, would that affect your ability to
20   be a fair and impartial juror in this case?
21   A.  No, ma'am.
22   Q.  Okay.
23   A.  Question 11, have you or any close friends been the victim
24   of a crime?  No.
25   Q.  Okay.
```

1   *A.*  Question 12, have you ever been a witness in a criminal

2   matter?  No.

3   *Q.*  Question number 13, have you or any close friend or family

4   been accused of a crime?

5   *A.*  Yes, I have a cousin accused of, I believe, armed robbery

6   and armed assault in the past couple of years.

7   *Q.*  And what happened in that case?

8   *A.*  I do not know, I was away in college at the time.  I know

9   he was locked up for a couple of months, a couple calls through

10  the phone.  That was it.  Right now he is currently out, don't

11  know the actual status of that case.

12  *Q.*  Anything that happened with your cousin that would affect

13  your ability to be fair and impartial in this case?

14  *A.*  No, ma'am.

15  *Q.*  Okay.

16  *A.*  Question 14, any religious beliefs preclude you from

17  sitting in judgment of another person or deliberating with

18  others?  No.

19       Question 15, I have not served on a jury, neither criminal

20  or civil.

21       Question 16, do I have physical or emotional or language

22  difficulties that might hamper my performance as a juror?  No.

23       Question 17, no.

24  *Q.*  Okay, all right.  Thank you very much.

25       Juror number 3.

1   *A.* Hello.  My name is April Carter.

2   *Q.* You don't need to say your name, just the juror number.

3   *A.* 3.  I work at Publix, I am a deli clerk, I have been there

4   for 15 years.  And number four is --

5   *Q.* What is the general area where you live?

6   *A.* I was raised here in Boynton.

7   *Q.* Boynton?

8   *A.* Yes.

9   *Q.* Okay.  You have been here since you were born?

10   *A.* Yes.

11   *Q.* Okay.  Number 5?

12   *A.* I am single.

13   *Q.* Okay.

14   *A.* Number 6.

15   *Q.* Your spouse's occupation, but if you are single --

16   *A.* I am single.

17   *Q.* Do you have any children?

18   *A.* I have five.

19   *Q.* Five children.  Any working or all school age?

20   *A.* They are working.

21   *Q.* What kind of work do they do?

22   *A.* Two are working at Publix, and I have one working at -- I

23   think -- what is the name of that -- Arby's, and one working at

24   Ross, and one --

25   *Q.* After Arby's, what did you say?

```
1    A.   Ross.  And one is bipolar.  And I have 11 grandkids.
2    Q.   Eleven grandkids?
3    A.   Yes.
4    Q.   Okay.  And what are your hobbies -- what do you like to do
5    in your spare time?
6    A.   Really nothing, after I get off work, I be tired.
7    Q.   Okay.  That is a fair honest answer.  We probably all would
8    like to give it.  Okay.  Rest and relaxation?
9    A.   Yes.
10   Q.   Any military service?
11   A.   No.
12   Q.   Okay.  The Court Reporter is not able to pick up when you
13   read the question.  Number 10, you or any family members or
14   friends in the court system?
15   A.   No.
16   Q.   You or any family members been the victim of a crime?
17   A.   Yes.
18   Q.   Please explain.
19   A.   I have a nephew in prison for drug traffic.
20   Q.   That is a nephew?
21   A.   Yes.
22   Q.   Okay.  And is there anything about the fact that your
23   nephew is in prison for drug trafficking that would affect your
24   ability to be fair and impartial in this case?
25   A.   No.
```

```
 1    Q.  Okay.

 2    A.  Number 13.  14 --

 3    Q.  Number 12 is have you ever been a witness -- have you ever

 4    been a witness in a criminal matter?

 5    A.  I don't know if it was a criminal matter, but I had jury

 6    duty two years ago.

 7    Q.  You had what?

 8    A.  Jury duty.

 9    Q.  That would be the only time you may have been a witness?

10    A.  Yes.

11    Q.  So, we will get to that in a moment.  We'll get to that in

12    a moment.

13        13, have you or any close family member been accused of a

14    crime other than your nephew you already discussed?

15    A.  About 20 years ago I went to jail for child abuse.  Really

16    nothing.  They didn't take the child from me.

17    Q.  Okay.  So, about 20 years ago you went to jail for child

18    abuse?

19    A.  Yes.  That is when my daughter was bipolar, and she had a

20    scratch on her hand.  She had a scratch on her hand.

21    Q.  Okay.  And is there anything about that experience that you

22    had about 20 years ago that would affect your ability to be a

23    fair and impartial juror in this case?

24    A.  No.

25    Q.  Number 14?
```

1   A.   No.  15, no.  16 is --

2   Q.   14 is no, and 15.  So, were you called up for jury duty,

3   but you didn't serve on the jury?

4   A.   I served on the jury.

5   Q.   15, you did serve on a jury?

6   A.   Yes.

7   Q.   What kind of case, criminal or civil?

8   A.   I believe civil.

9   Q.   Do you know how long ago?

10  A.   No.

11  Q.   Were you able to reach a verdict in the case?

12  A.   Yes.

13  Q.   Were you the foreperson of the jury?

14  A.   Yes.

15  Q.   Do you know what the foreperson is?

16  A.   No.

17  Q.   The person who signs the verdict form, the other people

18  vote, and you sign the verdict.

19  A.   I did sign it.

20  Q.   Were you the only juror who signed it?

21  A.   No.  About 12 of us.

22  Q.   And you all signed it?

23  A.   Yes.

24  Q.   Sounds like maybe you are not sure you were the foreperson.

25  A.   No.  I just signed the paper.

1  Q.  Was that in State or Federal Court?

2  A.  Right here at the courthouse.

3  Q.  Across the street?

4  A.  Yes.

5  Q.  Probably the State courthouse.

6      All right.  Number 16?

7  A.  No.

8  Q.  Number 17?

9  A.  No.

10  Q.  Okay.  Thank you so much.

11      THE COURT:  The attorneys now have copies of the

12  questions, so the jurors should feel free, when you get to that

13  point, you say no or yes.

14      Melanie, make sure the questions are filed in the

15  court file.

16      All you need to tell me is the question and whether it

17  is yes or no.

18  BY THE COURT:

19  Q.  Juror number 4.

20  A.  Juror number 4.  My occupation is computer analyst for the

21  Miramar Police Department.  I've lived in Loxahatchee for 12

22  years.  I am married.  My spouse's occupation is condo manager.

23  I have one stepdaughter, she is 26.  Hobbies are music and

24  guitar and sailing.

25      I am prior Navy.  Since I work for the police department, I

1  do have friends that are in the Criminal Justice System, they

2  are law enforcement.

3  Q.  Anything about the fact you are working at the Miramar

4  Police Department and you have friends in the police department

5  that would affect your ability to be fair and impartial in this

6  case?

7  A.  Your Honor, I don't know how to answer that.

8      So, I believe in strict law and I believe I could

9  objectively sort through, but I believe in the strict

10 interpretation of the law.

11 Q.  No one is asking you to interpret the law at this point.

12 The law will be given to you, and you have taken an oath to

13 follow the law, as any juror would have to do.

14     My question is, is there anything about the fact that you

15 have employment with law enforcement that would prevent you

16 from being fair and impartial, listen to the evidence, not

17 coming to a conclusion until all of the evidence is in,

18 following the law and applying the law to the facts and

19 rendering a fair and impartial verdict?

20 A.  Your Honor, I believe I could be fair and impartial, yes.

21 Q.  Okay.  And continuing along.

22 A.  Number 11, yes, I have been the victim of a crime.  There

23 were some items stolen from my house under construction.

24 Q.  Something stolen from your house?

25 A.  Correct.

1    *Q.*  Anything about that experience that would influence your

2    ability to be fair and impartial?

3    *A.*  Nothing from that experience that would cause me not to be

4    fair and impartial.

5    *Q.*  And continuing along.

6    *A.*  Have I ever been a witness to a criminal matter?  Not in a

7    jury box, but I was -- there was someone robbing a store and I

8    was in there by gunpoint.

9    *Q.*  Someone was robbing a store by gunpoint.

10   *A.*  Correct.

11   *Q.*  Okay.  Is there anything about that experience that would

12   affect your ability to be a fair and impartial juror?

13   *A.*  No, your Honor.

14   *Q.*  Okay.  And going along.

15   *A.*  Have you or a family member or close friend been accused of

16   a crime?  Yes, myself.

17   *Q.*  And can you explain?

18   *A.*  Your Honor, it is rather embarrassing, I would not rather

19   do that in front of the entire jury pool.  I will do that in

20   private if you wish.

21   *Q.*  Okay, we can take that up privately.  Let me make a note of

22   that.

23       Is there anything about the matter which we will take up

24   outside the hearing of the other jurors -- that is as private

25   as I can make it, it will be in front of me and the attorneys

1    and parties, of course.

2         Anything about the accusation of the crime that you

3    experienced that would prevent you from being a fair and

4    impartial juror in this case?

5    A.  That one would be a yes, your Honor.

6    Q.  So, you are saying because of what happened to you, you do

7    not believe that you can be fair and impartial to either party

8    in this case?

9    A.  Yes.  When you hear the reason why it might become clearer.

10   Q.  Okay.  And continuing along.

11   A.  14 would be a no.  15 would be a no.  16 would be a no.  17

12   would be somewhat of a no, of course, with the caveat to the

13   previous statement.

14   Q.  Maybe no as to the date and times, but yes because of

15   number 13 which we'll discuss separately.

16        Okay, thank you so much.

17        Move along to juror number 5.

18   A.  Occupation, legal assistant.  I live in Boynton Beach, I've

19   lived there over two years, prior to that I lived in Stuart,

20   Martin County.

21   Q.  Where are you a legal assistant?

22   A.  West Palm Beach.

23   Q.  What kind of a firm?

24   A.  Plaintiffs firm.

25   Q.  A what?

1    *A.*   Plaintiffs law firm.

2    *Q.*   Plaintiffs, civil law firm?

3    *A.*   Yes.

4    *Q.*   What is the firm?

5    *A.*   Schuler, Halvorson, Wiesser, Zoeller & Overbeck.

6    *Q.*   Is there anything about your occupation in a civil

7    Plaintiff's law firm that would affect your ability to be a

8    fair and impartial juror in this case?

9    *A.*   I don't believe so.

10   *Q.*   You can be fair and impartial?

11   *A.*   Yes.

12   *Q.*   Is that a yes?

13   *A.*   Yes.

14   *Q.*   Continue along.

15   *A.*   I've lived in Boynton Beach over two years, I lived in

16   Stuart, Martin County for 20 years prior to that.  Single, no

17   children.  Spare time, walking my dog and going to the gym.  No

18   military service.

19       Number 10, no.  Number 11, no.  Number 12, no.  13, no.

20   14, no.  15, yes, criminal and, yes, found guilty.

21   *Q.*   Were you --

22   *A.*   Foreperson, no.

23   *Q.*   Okay.

24   *A.*   16, no.  And 17, no.

25   *Q.*   Okay, thank you.

1    *A.*   You're welcome.

2    *Q.*   Juror number 6.

3    *A.*   Good morning.  I am juror number six.  I am a housewife.

4    I've lived in Boca Raton for over ten and a half years.  I am

5    married, my husband is in research and development for Olympia.

6    *Q.*   Research and development for?

7    *A.*   Sports elements.

8    *Q.*   Okay.

9    *A.*   I have one child in college.  Number 8, I like to spend

10   time with my family and friends and walk my dog.

11       Number 9, no.  10, no.  11, no.  12, no.  Number 13, no.

12   Number 14, no.  Number 15, yes.  It was a civil trial in

13   Scranton, Pennsylvania, we didn't reach a verdict, and I was

14   the jury foreperson.

15   *Q.*   Okay.

16   *A.*   Number 16, no.  And 17, no.

17   *Q.*   Okay, thank you so much.

18       Juror number 7.

19   *A.*   Number 7.  Occupation, I am a captain for United Airlines

20   out of New York, and I have been doing that for 36 years.  I

21   live in Juno Beach, Florida, and I have been in the Palm Beach

22   County area for 40 years now.  I'm single, no children.  I

23   enjoy boating and obviously travel and cruising.

24       No military service.  Number 10 is no.  Number 11 is no.

25   And number 12 is yes.  I witnessed a break-in and called the

1    police and I was called as a witness on that.

2    Q.  Is there anything about that experience that would affect

3    your ability to be a fair and impartial juror?

4    A.  No.

5    Q.  Okay.

6    A.  Number 13 is no.  Number 14 is no.  Number 15 is yes, I

7    have served on a jury, it was a criminal jury, we did reach a

8    verdict, and I was -- I was a foreperson.  I guess I am a

9    foreperson now.

10   Q.  Two forepersons next to each other.

11   A.  Number 16, no.  And 17, no.

12   Q.  Thank you so much.

13       And juror number 8.  We are going to a new row back there.

14   A.  Good morning, juror number eight.  I am retired.  I've

15   lived in Palm Beach Gardens, Florida for three years, prior to

16   that, I lived in Chicago.  I am married, my spouse is retired,

17   I have a child 41 who works for a law firm in New York City.

18   Q.  Is the child a lawyer?

19   A.  He is a lawyer, but he is not practicing right now, he is

20   CEO for the law firm.

21   Q.  CEO?

22   A.  Yes.

23   Q.  Is it a son?

24   A.  Son.

25   Q.  Is there anything about your son's affiliation with the law

 1   firm in New York that would affect your ability to be fair and

 2   impartial as a juror in this case?

 3   *A.*   No.

 4   *Q.*   Okay.

 5   *A.*   I used to like to fly and gardening as hobbies.  No

 6   military service.  I do have a family member in the Criminal

 7   Justice System, my son and daughter-in-law work for the FBI,

 8   and she works in witness protection.

 9   *Q.*   And what -- is it the son who is the lawyer at the firm or

10   a different son?

11   *A.*   No, it is the same son.

12   *Q.*   So, between your son's work and daughter-in-law's work with

13   the FBI, anything that would affect your ability to be fair and

14   impartial in this case?

15   *A.*   No.

16   *Q.*   Okay.

17   *A.*   Number 11, no.  Number 12, no.  Number 13, no.  Number 14,

18   no.  Number 15, no.  Number 16, no.  And number 17, no.

19   *Q.*   Okay.  Thank you.

20   *A.*   Good morning.

21   *Q.*   We are at juror number 9?

22   *A.*   9, yes.  I have a few occupations, I have been a

23   hairdresser, I went to school and got a Bachelor of Arts.  I

24   raised my children.  I do elder care.  I have been in Boynton

25   Beach for the last four -- almost five years, I came from

1    Syracuse, New York.  I am divorced and married again.  My first
2    husband was a dentist and my second husband is in printing.  I
3    have two children.  My son is 35, he is in a startup, and my
4    daughter has a Ph.D. and works for Capital One.
5        Hobbies, I do design work and I love sports.  Number 9, no.
6    10, no.  11, no.  12, no.  13, no.  14, no.  I had just this
7    summer worked on a civic jury and it was for insurance and
8    there was a verdict.  I was not the chair or foreperson.  And
9    number 16 is no.  And 17 is no.
10   Q.  Okay, thank you so much.
11       All right.  Juror number 10.
12   A.  Good morning, I am juror number 10.  I am retired, I have
13   been formerly vice-president of business development in the
14   call center industry.  I lived in Vero Beach for two years, and
15   one year in Delray, and 15 years in Broward County, in
16   Parkland.
17   Q.  Your previous employment?
18   A.  In the call center industry.
19   Q.  Okay.
20   A.  I am married, my spouse is retired, formerly a dental
21   hygienist.  I have two children, one in marketing, social media
22   business.  I have two daughters, and the other daughter has her
23   own real estate agency, both in Broward County.  Hobbies, I
24   spend time with my grandkids, travel, golf, sports.
25       No military service.  No one in the Criminal Justice

```
 1   System.  Number 11, no.  Number 12, no.  Number 13, no.  14,

 2   no.  Number 15, yes, I was on a domestic abuse case about two

 3   years ago.  I was not -- we did reach a verdict, and I was not

 4   the foreperson.

 5   Q.  Were or were not?

 6   A.  Were not.  Number 16, no.  And number 17, no.

 7   Q.  Thank you so much.

 8       Juror number 11.

 9   A.  Juror 11.  I have been in telecommunications for 14 years.

10   Q.  What industry, communication?

11   A.  Telecommunications, yes.  I've lived in Delray for three

12   years, before that I lived in the Dallas/Fort Worth area for

13   20.  I am married, my wife is a retired artist.  We have four

14   children, all married and grown with their kids.  Hobbies,

15   golf --

16   Q.  You have four children.  Are any of them employed?

17   A.  Yes, they are all employed.  When we get to number --

18   Q.  We haven't gotten -- try to speak -- I am having a

19   difficult time hearing you.  Four children, question number 7,

20   what are their ages and occupations?

21   A.  40's, 50, one works for Home Depot, one is a sales person,

22   one a housewife, and the fourth one is the one that works for

23   the Department of Justice, District Attorney in Dallas, in an

24   administrative capacity.  She helps set the trial dates and

25   gets the lawyers all of the paperwork.
```

```
 1    Q.   She is not serving in the capacity as an attorney?

 2    A.   No.

 3    Q.   Anything about the fact that she works within a District

 4    Attorney's Office that would affect your ability to be fair and

 5    impartial in this case?

 6    A.   No, ma'am, none whatsoever.

 7    Q.   Okay.

 8    A.   I have military service, five years in the Air Force.  We

 9    covered number 10, my daughter.  None of my family have been

10    the victim of any crimes that I know of.  I have not been a

11    witness in a criminal matter.  None of my family has been

12    accused of any crimes.  No religious beliefs that would cause a

13    problem rendering jury duty.

14        I did serve on a jury 25 years ago, it was a civil case

15    about the contractor not doing work right, and we did render a

16    verdict, and I was not the foreperson.

17    Q.   Not the foreperson?

18    A.   No.

19    Q.   Okay.

20    A.   No physical or emotional problems.  And number 17, no.

21    Q.   Okay, thank you so much.

22        Juror number 12.

23    A.   Juror number 12.  I am president of an engineering company

24    that designs and builds control systems for power plants and

25    gas turbines, I have been doing this for 30 years.  I have been
```

```
 1    living in Palm Beach Gardens for about ten years.  I grew up in
 2    Hollywood, Florida.  Marital status, my wife is also an
 3    engineer, she retired from Florida Power & Light as an
 4    executive.  We have two children at Suncoast High School.
 5        Hobbies, I restore old vintage cars.  No military service.
 6    I do have a lot of family that is retired, lieutenant colonel,
 7    my father-in-law, but I haven't done any service myself.
 8    Q.  Is there anything -- you mentioned your father-in-law.  Is
 9    there anyone else in the family involved in the criminal --
10    A.  I have a niece that graduated from West Point.  None of
11    that would affect my decisions.
12    Q.  You can be fair and impartial?
13    A.  Yes.
14    Q.  Okay.
15    A.  Number 11, no.  12, no.  13, no.  14, no.  15, no.  16, no.
16    And 17, no.
17    Q.  Okay.  All right.
18        Juror number 13.
19    A.  Juror number 13.  My occupation is hazardous waste
20    technician, I have been there for 23 years.  I've lived in West
21    Palm Beach for 25 years plus.  Time in the community, 25 years.
22    Number 5, married.  Number 6, housewife, spouse.  Number 7, two
23    adult kids.  Number 8 --
24    Q.  What do they do?
25    A.  One works for the department -- West Palm Beach Water
```

1     Department as a scientist, and the other one works for the

2     State, she is secretary.

3     Q.  For the State?

4     A.  Yes, ma'am.

5     Q.  Okay.

6     A.  Hobbies, football and sports, walking with my wife.

7     Retired military.   Number 10 --

8     Q.  So, you are retired military?

9     A.  Yes, ma'am.

10    Q.  Okay.

11    A.  Number 10, my cousin is a judge.

12    Q.  Your cousin is a judge?

13    A.  Yes, ma'am.

14    Q.  Where abouts?

15    A.  Federal, Miami.

16    Q.  Okay.  And who is that?  Who is your cousin?

17    A.  Say her name?

18    Q.  Yes.

19    A.  Judge Gail Cooke.

20    Q.  Judge Cooke?

21    A.  Yes, ma'am.

22    Q.  Is there anything about that fact that would affect your

23    ability to be a fair and impartial juror in this case?

24    A.  No, ma'am.

25    Q.  Okay.

1   A.   Number 11 is no.  Number 12 is no.  Number 13, yes.

2   Q.   And what is the reason you are answering number 13 yes?

3   A.   Nephew.

4   Q.   And what happened with your nephew?

5   A.   Auto theft.

6   Q.   Auto theft?

7   A.   Yes, ma'am.

8   Q.   And what was the outcome of that incident?

9   A.   He did time.  He is good now.

10  Q.   Anything about the experience you had with your nephew that

11  would affect your ability to be a fair and impartial juror in

12  this case?

13  A.   No, ma'am.

14  Q.   Okay.

15  A.   14, no.  15, no.  16, no.  17, no.

16  Q.   Okay.  All right.  Thank you very much.

17       Juror number 14.

18  A.   14.

19  Q.   Yes?

20  A.   I am presently employed by Comtrand as a radio dispatcher

21  for 28 years, prior to that, transportation manager for Palm

22  Beach Post, and prior to that, I was a teacher in a private

23  school.  I live in a town west of Haverhill.  I have lived in

24  this area for 55 years.  I'm married, my wife is a school

25  teacher in a private school.  I have three children, 41 years

```
 1    of age, my oldest daughter, a school teacher.  Middle child, 39
 2    years old, a housewife, mother of my two grandchildren.  My son
 3    is 36 years old and an apartment manager up in South Carolina.
 4        My hobbies are sports, I love to walk, and spend time with
 5    grandchildren.  No military service.
 6        I have a son-in-law that is part of the criminal justice
 7    service, he works for the FBI as an IT specialist in the
 8    evidence recovery team in the Orlando/Tampa area.
 9    Q.  Is there anything about that connection -- you said your
10    son-in-law is with the FBI?
11    A.  That is correct.
12    Q.  -- that would affect your ability to be fair and impartial
13    in this case?
14    A.  No, ma'am.  Number 11, I have been a victim of a crime, a
15    random shooting in the neighborhood where my house got hit
16    several times.
17    Q.  So, you have --
18    A.  Pardon me?
19    Q.  You said you have been a victim?
20    A.  Yes, that is correct.
21    Q.  Okay.  Is there anything about that experience that you had
22    with the random shooting in your community or neighborhood that
23    would affect your ability to be a fair and impartial juror in
24    this case?
25    A.  No, ma'am.
```

```
 1    Q.   Okay.
 2    A.   Have I ever witnessed a crime, number 12, no.  Number 13,
 3    yes, and I, like juror number 4, would prefer not to air the
 4    dirty laundry on that one.  I would like to speak in private on
 5    that one.
 6    Q.   Okay, let me make a note of that.  Okay, I have made a note
 7    of that.
 8    A.   14, no.  15, yes.  I was on a jury that was declared a
 9    mistrial in the middle of the -- what was going on there, so
10    there was no decision made.  16, no.  17, no.
11    Q.   Okay.  All right, thank you so much.
12         Juror number 15.
13    A.   Juror 15, I am a paralegal, I have been for about three
14    years.
15    Q.   You are a paralegal?
16    A.   Yes.
17    Q.   Where are you a paralegal?
18    A.   Financial ministry, regulatory authority.
19    Q.   Is there anything about your work in the capacity you have
20    that would impact your ability to be a fair and impartial
21    juror?
22    A.   No.  I live in Boynton Beach, I lived in upstate New York
23    over ten years before that.  I am married, my husband is an
24    engineer, aerospace engineer.  I have three children, 21, a
25    stepchild, 21, and 15 year old, all in school, one high school,
```

1   two in college.  I like to cycle and run with family and

2   friends.  No prior military service.  No friends or family

3   members employed with the Criminal Justice System.

4        No to number 11.  No to number 12.  Number 13, yes, I have

5   a brother who was accused, convicted, and spent time in jail

6   for bank robbery.

7   Q.  How long ago was that?

8   A.  30 some years.

9   Q.  30 years ago?

10  A.  Yes.  He is out now.

11  Q.  Anything about that experience that would affect your

12  ability to be a fair and impartial juror?

13  A.  No.  Number 14, no.  Number 15, no.  Number 16, I have had

14  shingles in the past and it's aggravated by stress.  And number

15  17, no.

16  Q.  Do you believe that there is anything about your condition

17  as you described in answer to number 16 that would interfere

18  with your ability to serve as a juror in this case?

19  A.  Possibly.  I have worked when I had a flareup, but

20  possibly, probably not.

21  Q.  As you sit here today, you are comfortable saying that if

22  you are selected, you would be able to serve as a juror even

23  with that condition?

24  A.  Most likely, yes.

25  Q.  Okay.  Juror number 16.

1  *A.*  Juror number 16.  I am presently retired, prior to that, I

2  was a practicing lawyer for 43 years in corporate business and

3  tax law.  I live in Delray Beach.

4  *Q.*  Anything about your prior practice in the area of corporate

5  and business law that would affect your ability to be a fair

6  and impartial juror in this case?

7  *A.*  No.

8  *Q.*  Okay.

9  *A.*  I live in Delray Beach, lived there five years.  I am

10  married, my wife is a political social worker.  I have three

11  children, one 47, she is a psychologist, a son, 44, is a

12  lawyer, and a daughter, 38, she is a social worker.

13  *Q.*  What kind of lawyer is your son?

14  *A.*  He is a family practitioner in San Francisco.

15  *Q.*  Do you believe there is anything about his line of work

16  that would affect your ability to be fair and impartial?

17  *A.*  No.

18  *Q.*  Okay.

19  *A.*  I did three years active duty in the United States Army.

20  10 is no.  11 is no.  12 is no.  13 is no.  14 is no.  15 is

21  no.  16 is no.  And 17 is no.

22  *Q.*  Okay.  Thank you so much.

23      Juror number 17.

24  *A.*  Juror number 17, I am a medical assistant for three months.

25  I've lived in Loxahatchee for about eight years.  I am single

```
 1    with two kids, seven and five.  Hobbies, spend time with the
 2    family.  No military.
 3        10 is no.  11 is no.  12 is no.  13, no.  14, no.  15, no.
 4    16, no.  17, days and times because I have school kids, seven
 5    and five, it may not work for me.
 6    Q.  Okay.  What are -- are they in school?
 7    A.  Elementary school.
 8    Q.  When do they get out each day?
 9    A.  2:00 o'clock.
10    Q.  And are you generally the one who picks them up?
11    A.  Yes.
12    Q.  So, with your job, you leave the job at 2:00?
13    A.  I work at home, I take my lunch at that time and pick them
14    up and take them in the morning as well.
15    Q.  If you were selected as a juror, would you be able to find
16    accommodations to take care of your children?
17    A.  No.
18    Q.  No?
19    A.  No.
20    Q.  Okay.  Juror number 18.
21    A.  18, I am self-employed.
22    Q.  What kind of employment?
23    A.  Selling cars.
24    Q.  Selling cars, okay.
25    A.  I've live in Palm Spring for 20 years, and number 4 is no.
```

```
 1   Q.  So, number 5 is, are you married?
 2   A.  Married.
 3   Q.  You are married?
 4   A.  Yes.
 5   Q.  What does your wife do?
 6   A.  Medical assistant.
 7   Q.  Medical assistant?
 8   A.  Yes.  Two children.  My son is a mechanic, my daughter is
 9   an RN.
10   Q.  Mechanic, and your daughter does what?
11   A.  RN.
12   Q.  Okay.
13   A.  Hobbies, watching TV, and exercise.  Number 9, no.  Number
14   10, no.  Number 11, no.  Number 12, no.  Number 13, no.  Number
15   14, no.  Number 15, no.  Number 16, yes.
16   Q.  What is it about -- why are you answering number 16 yes?
17   A.  I consider a language barrier.
18   Q.  Language barrier?
19   A.  Yes.
20   Q.  What is your native language?
21   A.  Creole.
22   Q.  Have you been able to understand everything we talked about
23   so far this morning?
24   A.  Mostly.
25   Q.  Are there some things you don't understand?
```

```
 1   A.   Yes.
 2   Q.   Are you concerned that during a trial there might be things
 3   that are said that you won't understand?
 4   A.   Yes.
 5   Q.   Okay.
 6   A.   Number 17, no.
 7   Q.   Okay.  Hold on for one moment.
 8        Okay, we are at juror number 19.
 9   A.   I am a registered nurse, working in the same field for 19
10   years.  I have been in Wellington for the last five years.  I
11   am married to a registered nurse, he is a registered nurse,
12   too.  I have two kids, ten years and five years, both in
13   school.  Hobbies, music, TV, and spend time with the family.
14   No prior military service.
15        Number 10, no.  11, no.  12, no.  13, no.  14, no.  15, no.
16   16, no.  And 17, no.
17   Q.   Okay.  All right.  Thank you very much.
18        Juror number 20.
19   A.   Juror number 20, I work for Schumaker Automotive as a
20   porter in the rental agency.  I live out in the Acreage, West
21   Palm, I have been there five years.  Single, no children.  In
22   my spare time I coach high school football and I am a musician.
23   9, no military service.
24        10, no.  11, no.  12, no.  13, no.  14, no.  15, no.  16,
25   no.  17, no.
```

1   *Q.*  Okay.  Juror 21.

2   *A.*  I am juror number 21.  I am a field supervisor for a

3   security systems company over 20 years.  I've lived in Royal

4   Palm Beach over 20 years.  I am married.  My wife is a

5   homemaker.  I have a 23 year old son working on his Master's

6   Degree at USF.  Hobbies are anything sports related.  I have

7   not been in the military service.

8        Number 10 is no.  Number 11 is no.  12, no.  13, no.  14,

9   no.  15, no.  16, no.  And 17, no.

10  *Q.*  Okay, thank you so much.

11       Juror number 22.

12  *A.*  Occupation, I'm currently a high school teacher teaching

13  evening reading and English.  Prior to that, I was a bartender.

14  I have been in Delray Beach, in the community over 14 years.

15  I'm divorced.  I have a child, senior in high school.

16       10, no.  11, yes, someone has broken into my vehicle and

17  taken some items.

18  *Q.*  And is there anything about that incident that would affect

19  your ability to be a fair and impartial juror in this case?

20  *A.*  No.  12, no.  13 is no.  14, no.  15, no.  16 no.  And 17,

21  no.

22  *Q.*  Okay.  Thank you so much.

23       Juror number 23.

24  *A.*  Juror number 23.  Occupation is engineer for the last 19

25  years.  I've lived in Jupiter for 19 years.  I'm married, my

1    wife is a buyer.  I have two children, 14 and 16, both in high

2    school.  I like to play games and I volunteer.

3       No military service.  I have a friend in the Jupiter Police

4    Department.  My father-in-law was in Border Patrol, but

5    retired.  I have a cousin who is a lawyer for the water

6    industry in California.

7    Q.  Anything about those relationships and affiliations with

8    the jobs you indicated that would impact your ability to be a

9    fair and impartial juror in this case?

10   A.  No, your Honor.

11   Q.  Okay.

12   A.  Yes, my parents were victims of a crime, number 11.

13   Q.  What was the nature of that crime?

14   A.  Home break-in and car stolen.

15   Q.  And anything about those experiences that would affect your

16   ability to be a fair and impartial juror?

17   A.  No, your Honor.

18   Q.  Okay.

19   A.  I have never been a witness.  13 is no.  14 is no.  15 is

20   yes, it was a criminal case, we reached a verdict, I was not

21   the foreperson.

22   Q.  Okay.

23   A.  16, no.  17, no.

24   Q.  Okay.  All right.  Thank you.

25      Juror number 24.

```
 1   A.   Hi, I am -- I do not read well --
 2   Q.   Okay, no problem.  I can go through that.
 3        What is -- you are juror number 24.
 4        What is your occupation?
 5   A.   I did 32 years for the county.
 6   Q.   What kind of work?
 7   A.   I did yard work.
 8   Q.   Okay.  And what area of the community do you live in?
 9   A.   West Palm.
10   Q.   Okay.  And are you married or single or divorced?
11   A.   Married.
12   Q.   And what does your spouse or significant other do?
13   A.   She did work for Yellow Cab, she got laid off.
14   Q.   I am sorry, she worked for Yellow Cab?
15   A.   Yes.
16   Q.   No longer?
17   A.   She got laid off.
18   Q.   Okay.  She is not working now?
19   A.   No.
20   Q.   Do you have any children?
21   A.   Five.
22   Q.   Okay.  Any of them working?
23   A.   All of them.
24   Q.   What kind of work do they do?
25   A.   One work in a hotel, my younger daughter work at UPS.  My
```

```
 1    next -- second son work for Outback.  What was the first one?
 2    Big Lots, and one, UPS.
 3    Q.  Yes, I got that.
 4    A.  That is it.
 5    Q.  Okay.  What do you like to do in your spare time?
 6    A.  Right now I am retired, I just walk.
 7    Q.  Okay.  Have you ever served in the military?
 8    A.  No.
 9    Q.  Have any family members or friends or yours been employed
10    in the Criminal Justice System?
11    A.  No.
12    Q.  Have you or any family member or close friend ever been a
13    victim of a crime?
14    A.  No.
15    Q.  Have you been a witness in a criminal matter?
16    A.  No.
17    Q.  Have you or any family member or close friend ever been
18    accused of a crime?
19    A.  Not that I can think of.
20    Q.  Would any of your religious or moral beliefs preclude you
21    from sitting in judgment of another person or deliberating with
22    others?
23    A.  No.
24    Q.  Have you previously served on a jury?
25    A.  I was here about two years ago.
```

1    *Q.*  Were you picked to serve on a jury?

2    *A.*  No, ma'am.

3    *Q.*  Okay.  Do you have any physical, emotional, or language

4    disabilities that would interfere with your ability to serve as

5    a juror?

6    *A.*  No.

7    *Q.*  And number 17, can you think of any reason why you could

8    not sit on the jury during the days and times I have indicated

9    and render a fair verdict based on the law as the Court would

10   instruct you on the law?

11   *A.*  No.

12   *Q.*  A followup to what you mentioned, if we have documents that

13   are admitted into evidence, do you -- will you have any

14   difficulty reading the documents if that is what is part of

15   your job as a juror, to read certain documents in evidence?

16   *A.*  My reading is way off.

17   *Q.*  What is that?

18   *A.*  The reading ain't too good.

19   *Q.*  The reading is not too good.  Okay.  Thanks so much.

20       Juror number 25.

21   *A.*  Number 25.  I am an insurance biller for 31 years with the

22   Government.  I've lived in Royal Palm the last 14 years.  I am

23   married.  My spouse's occupation, he works for the VA.  I have

24   two children, a son that is active duty in the Army, and my

25   daughter is in the health information management area.  Hobbies

1    are walking and reading.  No prior military, but I am a

2    dependent wife of a retired military.

3        Number 10, yes, I do have a family member in New York City

4    who is a police officer, one that retired from the Broward

5    County Sheriff's Department, currently a cousin working in the

6    City of Miami Police Department, one that is a retiree.

7        Number 11 --

8    Q.  Let me just ask you, is there anything about the various

9    family members that you have who are currently or formerly

10   employed in law enforcement or the Criminal Justice System that

11   would affect your ability to be a fair and impartial juror in

12   this case?

13   A.  No.

14   Q.  Okay.

15   A.  Number 11, yes, I have a family member.

16   Q.  Okay.  What happened in that instance?

17   A.  Murder victim 41 years ago, unsolved.

18   Q.  41 years ago?

19   A.  Yes.

20   Q.  What was the relationship of that family member?

21   A.  Uncle.

22   Q.  Is there anything about that experience -- I am sorry to

23   hear about that -- that would affect your ability to be a fair

24   and impartial juror in this case?

25   A.  Yes.  It is not a good feeling.

71

1   Q.  How would it impact you if you were selected as a juror in

2   this case?

3   A.  It would -- I was young and I knew people who were part of

4   the issue, and from my mother's outcome, she didn't pursue it,

5   she was afraid because it was involving drugs, and the police

6   department, she called them dirty.

7   Q.  Okay.  So you have concerns that that would impact your

8   ability to sit in this criminal trial, which is different from

9   the experience you had, but nevertheless, you believe that

10  experience would impact your ability to sit as a juror and

11  render a fair and impartial verdict?

12  A.  Yes.  Number 12, no.  13, yes, family member accused of

13  assault and battery.

14  Q.  And what family member was that?

15  A.  My brother.

16  Q.  Brother.  And what was the outcome of that situation?

17  A.  I think he just had to pay restitution, I am not sure.  It

18  was a long time ago.

19  Q.  Okay.  Anything about that experience that would affect

20  your ability to be a fair and impartial juror?

21  A.  No.

22  Q.  Okay.  Number 14.

23  A.  14 is no.  15 is no.  16 is no.  And 17 is no.

24  Q.  Although, having answered number 11 the way you did

25  regarding your uncle, would that impact your answer to number

```
 1    17?  In other words, is that a reason why you don't believe you
 2    could sit on the jury and render a fair verdict?  I want to
 3    make sure --
 4    A.  You are correct.  No, I couldn't, I couldn't do that, no.
 5    17, so, yes, it would be then.
 6    Q.  Because of what you explained in answer to number 11?
 7    A.  Yes.
 8    Q.  Okay.  All right.
 9        Juror number 26.
10    A.  Yes.  Occupation is semi-retired, former teacher --
11    Q.  Can I ask you to hold the microphone up closer to you?
12    A.  Semi-retired, former teacher and designer.  General area of
13    residence, Boynton.  Length of time, nine years.  Married,
14    occupation, engineer.  One child, creative director, 33 years
15    old.  Hobbies and spare time --
16    Q.  If you could say your hobby again?
17    A.  Yes, harvest designer, musical instruments, and spend time
18    with my grandchild, volunteer work.  No military service.  No
19    family members or friends in the Criminal Justice System.
20    Sorry.
21        No, number 10.  11, yes.  I have a -- I had a vehicle
22    break-in and was robbed at gunpoint many years ago in a store.
23    Q.  And those are two different experiences?
24    A.  Two different experiences.
25    Q.  Anything about those experiences that would affect your
```

Pauline A. Stipes, Official Federal Reporter

```
 1    ability to be a fair and impartial juror in this case?
 2    A.  No.
 3    Q.  Okay.
 4    A.  Have you ever been a witness in a criminal matter?  No.
 5    Family members or friends ever accused of a crime?  Yes, a
 6    cousin, I believe it was for a drug offense.
 7    Q.  And was there an outcome to that?
 8    A.  Yes, he did serve time.
 9    Q.  And is there anything about that experience that would
10    affect your ability to be a fair and impartial juror?
11    A.  No.  Number 14, no.  Number 15, yes, I served on a -- for a
12    civil case six or seven years ago, and I was not the
13    foreperson.
14         Number 16.  I want to say possibly, and also for number 17,
15    due to medical issues, and also for number 17, possibly.
16    Q.  Okay.  Are those matters you are comfortable discussing
17    with the Court at this time or would you like to do it
18    separately?
19    A.  Yes, I have -- I have had relapses for MS, multiple
20    sclerosis, for 33 years, I have good days and bad days.
21    Sometimes sitting for a long period of time can exacerbate it.
22    I have difficulty walking, and musculoskeletal issues.  I have
23    to be on pain relievers.  I could do it, but I would have to be
24    on pain relievers because it is not comfortable.
25    Q.  To sit for long periods of time?
```

Pauline A. Stipes, Official Federal Reporter

1    *A.*  Right.

2    *Q.*  So, would it give you some concern to sit on a trial that

3    would be about three weeks, where most of the time we are

4    sitting, although if there are times you wanted to stand, we

5    could do that, and we take breaks?

6    *A.*  That would definitely help, yes.  If I were able to stand

7    from time to time and be able to take breaks, I think that

8    would be accommodating, yes.

9    *Q.*  Okay.  All right.  So, that was the issue that related to

10   16 and 17?

11   *A.*  Yes.

12   *Q.*  Okay.  All right.

13        And juror number 27.

14   *A.*  Number 27, I am retired.  I live in Boynton Beach, I've

15   lived there for about eight years.  I am married.

16   *Q.*  What did you do before you were retired?

17   *A.*  I was a nurse.

18   *Q.*  Okay.

19   *A.*  I am married, my husband is retired, a chemist.  Two

20   children, one 37, a nutritionist, and the other one is

21   deceased.  Hobbies, photography, I volunteer.

22        10, no.  11, no.  12, no.  13, no.  14, no.  15, no.  16,

23   no, 17, no.

24   *Q.*  Okay.  All right.

25        Juror number 28.

1    *A.*   Occupation, AC, refrigeration specialist for 14 years for

2    Palm Beach County.  I've lived in Lake Worth for five years and

3    West Palm Beach for 20 years.  I am a widower.  I have four

4    children, two age 29, one is 30, and the other is 37.  The 29

5    is a pastry chef, my other 29, she is disabled.  My 30 year old

6    work for Target, and my 37 work for a doctor's office.

7        Hobbies, I play the guitar and listen to music.  No prior

8    military.  Number 10 is no.  Number 11 is no.  Number 12 is no.

9    Number 13 is no.  Number 14, I got called in, but I didn't

10   serve on the jury.

11   *Q.*   You mean number 15?

12   *A.*   I am sorry, number 15.

13   *Q.*   Okay.  You did not serve?

14   *A.*   Did not serve.

15   *Q.*   Okay.

16   *A.*   Number 16, no.  And number 17, no.

17   *Q.*   Okay, thank you so much.

18       Juror number 29.

19   *A.*   Juror number 29, my occupation is postal worker for 29

20   years.  I've lived in Royal Palm 22 years.  I am divorced, no

21   children.  Hobbies include stained glass and orchids.  No

22   military service.  No family or friends in the judicial system.

23   I was a victim of a crime.

24   *Q.*   Is that something you are comfortable talking about?

25   *A.*   Yes, my house was robbed and my car was ransacked.

```
 1   Q.  And is there anything about that experience that would

 2   affect your ability to be a fair and impartial juror in this

 3   case?

 4   A.  Not at all.

 5   Q.  Okay.

 6   A.  I have never been a witness.  13 is yes, my ex-husband was

 7   a --

 8   Q.  Number 13, your ex-husband was what?

 9   A.  He was arrested for assault and bodily injury.

10   Q.  And what was the outcome of that?

11   A.  He pled.

12   Q.  Is there anything about that experience that would affect

13   your ability to be fair and impartial in this case?

14   A.  No.

15   Q.  Okay.

16   A.  14 is no.  15 is no.  16 is no.  17 is no.

17   Q.  Okay.  Thank you so much.

18       Juror 30.

19   A.  I am a receptionist for ten years.

20   Q.  What kind?

21   A.  Medical.  Number 3 --

22   Q.  You said you've lived in Belle Glade since you were 13.

23   Okay.

24   A.  I am married, number 5.  6, my husband is a construction

25   worker.  I have four children, 21, 18, senior in high school, I
```

1    have a seven year old, she is a second grader, and a four year

2    old, Pre-K.

3        My hobbies are trying to rest.  No military service.

4    Number 10, no.  Number 11, yes.

5    Q.  What is that?

6    A.  My 21 year old, 16 at the time, was inappropriately touched

7    by her father.  There was a case opened.  I reported it to

8    Children and Family.

9    Q.  Okay, and did anything --

10   A.  Nothing happened, the case was -- there was a detective

11   assigned to the case, and it was put inactive.

12   Q.  And is there anything about that experience that would

13   affect your ability to sit as a juror in this case and be a

14   fair and impartial juror?

15   A.  I will do my best to be fair, yes.

16   Q.  Okay.  Well, I know everybody will certainly do their best,

17   but what the Court has to ascertain on the front end, once you

18   are selected, jurors don't become unselected.  I did read a

19   statement of the case, and given the nature of the case -- it

20   wasn't evidence, but it was a summary so everybody would have a

21   general idea, and you mentioned what happened with your

22   daughter.

23       I just want to delve into that to see whether you think

24   there is anything about your personal experience that would get

25   in the way of your ability to be fair and impartial to both

```
 1   sides, to listen to the evidence and follow the evidence in the
 2   case.
 3   A.  Probably not.
 4   Q.  Can you do that?
 5   A.  No, I can't.
 6   Q.  Okay, that is perfectly okay.
 7        The most important thing is that you are being truthful
 8   with the Court so the Court has an accurate answer from
 9   everybody.  There's no right or wrong, just honest answers.
10        Okay, that was number 11.  And number 12?
11   A.  No.  13, no.  14, no.  15, no.  16 and 17, yes.
12   Q.  And those are for the same reasons you just --
13   A.  No.
14   Q.  Different reasons?
15   A.  They recently found a polyp in my uterus and they are going
16   to remove it.  They gave me two days, the 7th and the 15th.
17   Q.  Your medical appointment is on those dates?
18   A.  One of those two.  They will give me a set date the
19   upcoming week.
20   Q.  So that is what pertains to 16 and 17?
21   A.  Yes.
22   Q.  Okay.  All right.  Thank you very much.
23        Juror number 31.
24   A.  Number 31.  I am manager of a homeowners association for
25   the last 14 years.  Before that, I was a mortgage broker for
```

1    four years, and 12 years as a retail manager.  I've lived in

2    Loxahatchee about three years, before that I lived in a condo

3    in Royal Palm.

4        I am married, my wife is an RN.  We have two kids in

5    school, ages 12 and 18.  I scuba dive, hike, camp, do

6    gardening.  No military service.  I have a high school friend

7    that works in the DEA.

8    Q.  Okay.  Anything about that fact that would affect your

9    ability to be fair and impartial in this case?

10   A.  No.

11   Q.  Okay.

12   A.  Number 11, my wife's car was broken into, my father's car

13   was broken into, my car was stolen, and my house was broken

14   into.

15   Q.  Okay.  And  is there anything about those experiences,

16   those unfortunate experiences, that would render you to not be

17   fair and influence you not being fair and impartial in the

18   case?

19   A.  No.

20   Q.  Okay.

21   A.  When my car was broken into, I provided a statement for the

22   trial, and house broken into, I testified, but I didn't witness

23   the break-in or anything.

24       Number 13, no.  14, no.  15, no.  16, no.  And 17, no.

25   Q.  Okay.  Juror number 32.

```
 1   A.   Number 32.  I am a realtor for the last 30 years, prior to
 2   that I -- when I answer a lot of the other questions, there's a
 3   lot of criminal justice by me and family and friends.  Prior to
 4   realtor, I worked in the State Attorney's Office, my mother was
 5   a secretary, mother-in-law is retired Judge Phillips in Palm
 6   Beach County.  It goes on and on.
 7   Q.   Let's ask you, with the multiple family members who have
 8   had or have involvement in the Criminal Justice System, would
 9   that fact affect your ability to sit and be a fair and
10   impartial juror in this case?
11   A.   No.  I think it would give me a better education, it would
12   be helpful in some respects.
13   Q.   To be clear, you could be fair and impartial?
14   A.   Yes.  I live in the Jupiter/Tequesta area, but grew up in
15   West Palm, I have been here most of my life.  I am widowed.  I
16   have two children, my 41 year old son is a coastal engineer, he
17   is a partner in his firm.  My daughter is a registered nurse.
18   I like scuba diving, boating, sports of any type.  I spend my
19   spare time cooking for the Place of Hope on North Lake
20   Boulevard.
21       This is -- probably you should know, they are an
22   organization that takes in and protects children that have been
23   abandoned or abused, as well as people, both children and
24   adults, that have been human trafficked, so I do take part in
25   that.
```

1    Q.  Cooking meals?

2    A.  Yes, and provide food quite often, and fund raisings with

3    donations.

4    Q.  Is there anything about that fact, how you spend some of

5    your time on your hobbies and spare time, that would interfere

6    in any way, effect in any way your ability to be a fair and

7    impartial juror given the nature of how I summarized the case?

8    A.  Let me put it this way:  I would say I would try to be a

9    fair person in everything, however, seeing the abuse that has

10   taken place has an affect on you.

11   Q.  Has an affect on you?

12   A.  Yes.

13   Q.  So you believe --

14   A.  Every person has a right for fair judgment.  I'm sorry for

15   this, it is a very emotional thing.

16       Anyway, I have no prior military service.  I talked to you

17   about the Criminal Justice System.  My nephew is a police

18   officer in Wisconsin, he is a SWAT member and all of that.

19   Have I or family member been a victim of a crime?  Yes, I was a

20   victim twice, my husband was a victim, my sister was a huge

21   victim of domestic abuse.  Yes, I have witnessed those things.

22   I have been a juror on a criminal trial that was dismissed, so

23   we never got to the point of carrying through with that.

24   Anyway --

25   Q.  What about number 14?

1    *A.*   Number 13 you should be aware of, my uncle was accused of

2    child neglect and sexual assault and was convicted and spent

3    time in jail for that.

4         As far as number 14, religious beliefs, no.  I think I

5    could be very fair as long as it didn't come to a capital

6    punishment problem, and I think I would have to take a second

7    look.  I served as a juror, criminal and civil.  In the civil

8    case, they came to terms, the parties, and the criminal was

9    dismissed.

10        I have no language difficulties, and I don't think I would

11   have any problem being fair regarding the evidence.  As far as

12   sitting here for a period of time, I have no problem.  I think

13   it is an honor to be a juror, but I know right now I have a lot

14   on my plate, which I am knocking my house down in the next

15   month, I am moving by myself.  I try to work.  My new grandson

16   is coming in the middle of December.  Other than that, yes, I

17   am available.  How is that?

18   *Q.*   Okay, all right.  Let me take a moment here.

19        All right.  Juror number 33.

20   *A.*   I am juror number 33.

21   *Q.*   Okay.  Just one moment.  Let me get my paperwork here.

22        That is a good sign, we moved to the other side of the

23   room.  Everybody should feel positive standing here.

24        Okay, you may proceed.

25   *A.*   Juror number 33, I work at Macy's.  I've lived in Palm

1   Beach Gardens for four years.  Before that, I was in Kuwait.  I

2   am married, my husband works at Palm Beach Gardens Community

3   College.  I have four kids, two in college, two in high school.

4   I cook, I walk.

5       Number 9, no.  Number 10, no.  Number 11, no.  Number 12,

6   no.  Number 13, no.  Number 14, I don't have a problem with

7   this, but I believe in sentencing --

8   Q.  Let's say the jury has nothing to do with sentencing, this

9   is not a death penalty case.  Secondly, more importantly, the

10  jury has nothing to do with penalty.  The only job a juror has

11  is to listen to the evidence, follow the law, apply the law to

12  the evidence and render a verdict that is fair and impartial,

13  period.  That is when your job ends.

14      After you have done that, I want to make that very clear,

15  nobody is going to be responsible for making any decisions

16  regarding any penalties.  That is the same in any criminal

17  case, nothing unique about this case, so no one is worried

18  about that.

19  A.  Okay.

20  Q.  Number 14 is -- what is the answer to number 14?

21  A.  No.  15, no.  16, no.  17, no.

22  Q.  Okay, thank you so much.

23  A.  Number 34, occupation, in the bakery business for 27 years.

24  I've lived in Boca Raton for 26 years.  I am married, my spouse

25  is in the bakery business.  I have four children, two

```
 1    biological and two step.  Age 38, he does not work.  34, works
 2    as a manager at Seasons 52, 33, she is an accountant, and 28
 3    year old who is in between jobs at the moment.  Hobbies are
 4    grandkids and reading.  No military service.
 5        10, no.  11, yes.  My younger daughter was raped.
 6    Q.  I am sorry to hear that.  Is there anything about that
 7    experience that would affect or impact in any way your ability
 8    to sit as a fair and impartial juror in this case?
 9    A.  Possibly.  Number 12 is no.  13 is yes, I have a nephew who
10    has been arrested for drugs.  14 --
11    Q.  Is there anything about that fact that would affect your
12    ability to be fair and impartial?
13    A.  No, that wouldn't.
14        15 is no.  16 is no.  17 is no.
15    Q.  Well, given what you answered to number 11, is 17 impacted
16    by number 11?
17    A.  Yes.
18    Q.  What you touched on as to number 11 might affect your
19    ability to render a fair verdict?
20    A.  Correct.
21    Q.  Let me take a moment.
22        Okay, all right.  Juror number 35.
23    A.  Number 35.  I work part time with my husband who has an
24    architectural firm in Delray.  We've lived in Delray Beach the
25    past 25 years.  I am married, my husband is an architect.  I
```

 1   have two daughters, 13 and 17.  I like to practice yoga and

 2   travel.  No military background.  I have a sister-in-law who is

 3   a prosecutor in New Jersey.

 4   Q.  Would that fact impact your ability to be a fair and

 5   impartial juror in this case?

 6   A.  No.  No to number 11.  No to number 12.  No to number 13.

 7   No to number 14.  No to 15.  No to number 16.  And no to number

 8   17.

 9   Q.  Okay.  And juror number 36.

10   A.  Juror number 36, I am an academic adviser at the State

11   university.  I grew up in Palm Beach County and left the area

12   for 13 years.  I lived in Orlando and returned about three and

13   a half years ago.  I'm single, no spouse, no children.  I like

14   to read, watch sports, and go to the gym.  No prior military

15   service.

16       Number 10, no.  Number 11, my father was the victim of

17   physical assault and the person who assaulted him also tried to

18   gain access to the house when I was a child.

19   Q.  And would that experience, do you believe, in any way

20   affect your ability to be a fair and impartial juror in this

21   case?

22   A.  No.

23   Q.  Okay.

24   A.  Number 12 is a no.  Number 13 is a no.  14 is no.  15 is

25   no.  16 is no.  And 17 is no.

1    *Q.* Okay.  Thank you so much.

2        Juror number 37.

3    *A.* Good morning.  I am juror number 37, I am a carpenter.  I

4    am a former correction officer.  I've lived in Palm Springs the

5    past four years.

6    *Q.* Let me stop you.  As a former corrections officer, being in

7    law enforcement, the criminal justice field, is there anything

8    about that professional background of yours that would affect

9    your ability to be a fair and impartial juror in this case?

10   *A.* No, your Honor.

11   *Q.* Okay.

12   *A.* I've lived in Palm Springs the past four years.  Prior to

13   that, I lived in Loxahatchee for 18 years.  I am married, I

14   have three daughters.

15   *Q.* What does your spouse do, if anything?

16   *A.* She is a CNA.

17   *Q.* Okay.

18   *A.* My oldest daughter, she works for the Clinton Foundation.

19   *Q.* Which foundation?

20   *A.* Clinton.  My second daughter is a lawyer in New York, legal

21   aid department.

22   *Q.* Anything about her work that would impact your ability to

23   be fair and impartial?

24   *A.* No.

25   *Q.* What about the third?

1    A.   The youngest is in college.

2    Q.   Okay.

3    A.   I like to play basketball in my spare time.  I am an Army

4    vet.  Number 10 is no.  Number 11 is yes.  My mother-in-law's

5    home was burglarized.

6    Q.   Anything about that experience with your mother-in-law that

7    would affect you?

8    A.   No.  Number 12, no.  13, no.  14, no.  15, no.  16, no.

9    Number 17 might be a problem because I go to school at night.

10   My class starts at 6:00 in the evening.

11   Q.   Starts at 6:00.  Is it every evening you go?

12   A.   Yes.

13   Q.   Where is the college?

14   A.   Palm Beach State.

15   Q.   Lake Worth?

16   A.   Yes.

17   Q.   You need to be in your seat in the classroom by 6:00?

18   A.   Yes.

19   Q.   That is your concern?

20   A.   Yes.

21   Q.   If you were out to get to class you would be okay, but you

22   don't want to miss class?

23   A.   Right.

24   Q.   Okay, let me make a note of that.

25        Are they taking a break at any point because of the

```
 1   holidays?  When do classes actually end?
 2   A.  For Christmas holiday, my class ends March of next year.
 3   Q.  But don't they end at a certain point in the semester
 4   before exams?
 5   A.  I don't know the complete schedule, I have to look.
 6   Q.  Is that something you could find out over the break?
 7   A.  Sure.
 8   Q.  Let me circle back to you.  I just know that my experience
 9   is that with the school schedule, there probably is a date
10   where -- coming up sometime soon in December where classes
11   actually end, and they provide for an exam period.
12        What are you studying right now?
13   A.  My GC license.
14   Q.  Your GC license?
15   A.  General contractor license.
16   Q.  Yes.  Could you find out what the actual schedule is, given
17   we are in the holiday period and sometimes classes end at a
18   certain point.  It may not apply to you, but it would be
19   helpful to have more information about that.
20   A.  Sure.
21   Q.  Okay.  So I will followup with you about that.
22        All right.  Juror number 38.
23   A.  Good morning, I am juror number 38.  I am a stay-at-home
24   mom for my eight year old son, and prior to that, I was in
25   school, nursing school, and recently graduated.  We live in
```

1    Boca, we have been there 46 years, and prior to that, we lived

2    in Fort Lauderdale.  I am married and my husband owns an air

3    conditioning company.

4        I like to spend time with my son.  There is no military

5    service.  Number 10 is no.  Number 11, I was molested as a

6    child.

7    Q.  Let me ask you, is there anything about that personal

8    experience that would affect your ability to be a fair and

9    impartial juror in this case?

10   A.  To be perfectly honest, yes.

11   Q.  Okay.

12   A.  Number 12 is no.  13, no.  14, no.  15, no.  16, yes.  We

13   just discussed it.  And number 17, not only the emotional

14   aspect of it, I do take care of my son, I am responsible for

15   picking him up and taking him to school and so on.

16   Q.  Okay.  All right.  Thank you so much.

17       And juror number 39.

18   A.  39, occupation, I have been a phlebotomist for 18 years.

19   Q.  Okay.

20   A.  I've lived in Palm Beach County for more than five years.

21   I'm single.  I have five children, two in college, one in

22   school, and one is not working.  My hobbies is exercising and

23   taking care of my grandson.  No military service.

24       No to number 10.  Number 11, I am not sure.

25   Q.  In other words, you just don't know?

Pauline A. Stipes, Official Federal Reporter

1    *A.*   I don't know.

2    *Q.*   Okay.

3    *A.*   Number 12, no.  Number 13, I have several of them, cousins,

4    nephews, all of them, but I am not involved with none of them.

5    *Q.*   So, several family members have been accused of crimes?

6    *A.*   Yes.  I am with my immediate family, I don't be around my

7    outside family.

8    *Q.*   You don't know the nature of the crimes, just that you know

9    they have been accused of crimes?

10   *A.*   Yes, a lot of them.

11   *Q.*   Is there anything about the fact that they have been

12   accused of crimes that would affect you being a fair and

13   impartial juror in this case?

14   *A.*   No.

15   *Q.*   Okay.

16   *A.*   Number 14, no.  15, no.  16 I am a very emotional person.

17   And 17, no.

18   *Q.*   Okay.  So, when you say you are a very emotional person,

19   does that fact, do you believe that might impact your ability

20   to sit here as a juror, to sit here over the days and listen to

21   evidence and listen to the Court instruct you on the law and

22   apply the law to the facts of the case?

23   *A.*   No.

24   *Q.*   You could keep your emotions aside and follow the law,

25   listen to the evidence in a fair and impartial way?

1  *A.* Maybe.

2  *Q.* Well, as I said to our other juror, it is hard -- now it is

3  hard to know anything on the front end because you haven't sat

4  through the trial.  You know yourself more than any of us know

5  you.  I tried the best to explain generally what the case is

6  about, what the allegations are, and you will hear evidence to

7  that effect and hear what the law is.

8      Do you believe you will be able to -- and that is one of

9  the instructions I give you, it is part of the law I give

10  you -- put sympathy or prejudice aside and emotions aside and

11  render a fair and impartial verdict based on the evidence and

12  the law?

13  *A.* Yes.

14  *Q.* To the best of your ability, knowing you, do you think can

15  you do that?

16  *A.* Yes, I can.

17  *Q.* Okay.  Juror number 40.

18      Now, I see -- juror number 40, yes.

19  *A.* Juror 40, I have been in construction for 40 years.  I grew

20  up in Palm Beach County.  I'm married, my wife is a teacher.  I

21  have four children.  One is in college, one is a housewife, and

22  one works for a newspaper, and one works for a pool cleaning

23  business.

24  *Q.* A what business?

25  *A.* Pool, cleaning pools.

```
 1    Q.  Okay.

 2    A.  I like to fish.  No military service.  Number 10 is no.

 3    Number 11 is yes.  I was a victim of identity theft, but it

 4    would not affect me to be a fair juror.

 5         Number 12 is no.  Number 13 is no.  14 is no.  15, I was on

 6    a jury for a criminal case, it was -- we did reach a verdict,

 7    and I was not the foreperson.

 8         Number 16 is no.  And number 17 is no.

 9    Q.  Okay.  And juror number 41.

10    A.  Juror 41, my occupation is pediatric nurse.  General area

11    of residence, Palm Beach, I have been in the community over 20

12    years.  I am married, my spouse is an engineer.  We have no

13    children.  Hobbies are spending time with family.  No prior

14    military service.

15         Number 10, no.  Number 11, no.  Number 12, no.  Number 13,

16    no.  Number 14, no.  Number 15, no.  Number 16, no.  And number

17    17, no.

18    Q.  Okay.

19         THE COURT:  Okay.  At this time, ladies and gentlemen,

20    we are going to take a recess just to give you a little bit of

21    a break, and we will come back.

22         I see that it is 11:35.  Why don't we have you come

23    back at ten minutes to 12:00 so we can continue.  We made great

24    progress, we got through 41 of you.  Thank you for your

25    patience and cooperation.
```

```
 1              Just listen carefully, when you go out into the
 2    hallway you are able to talk with one another, you can make
 3    phone calls.  If you step in or out of the building, you can
 4    talk to other people, but you cannot talk about what has gone
 5    on in the courtroom.
 6              You can't discuss it even in the most informal of
 7    ways.  You can't discuss whether you are having a good time,
 8    bad time, interesting, not interesting, anything at all.  It is
 9    off limits to talk about it among yourselves or anybody else in
10    person, with words, by email, text, or any other form of
11    electronic communication, off limits, can't do it.
12              One individual, I asked you inquire about your
13    schedule.  It is perfectly okay to talk to somebody, you can
14    let them know you are at the courthouse, going through the jury
15    selection process.  You can't tell them about the name of the
16    case.  You can say, if I am selected, I might be here for a few
17    weeks, nothing about the substance of what has gone on.  That
18    is very, very important.
19              If I find that anybody violated that rule, there are
20    serious consequences.
21              I want to make a point of saying the lawyers and the
22    parties, you are prohibited from having contact with them.  If
23    you see them, they may not be able to identify all of you as a
24    prospective juror.  Take a look at the people at the tables,
25    you are not to say hello, not getting on the elevator with
```

1  them.  Not that they are not friendly people, but they are not

2  permitted to.  We don't want to give the appearance of improper

3  contact between anyone involved in this case and the jurors.

4  That is just the way it is.  Don't take it personally if they

5  look the other way or hop off the elevator if they see you on

6  the elevator.

7          Please be back in 15 minutes so we can line you up and

8  bring you back to conclude.

9      *(Thereupon, the jury venire left the courtroom.)*

10          *THE COURT:*  All right.  I would caution counsel to use

11  different floors for using the restroom so you don't run into

12  any of the jurors, and I would ask counsel also to try to

13  confer during whatever brief breaks we have, because I know we

14  are going to be tight on time at the end, but I would like to

15  be, at a minimum, if there are certain people everyone agrees

16  should not be called back on Monday, that we can take care of

17  that.

18          I am hoping there is still time for followup questions

19  privately with some of these jurors, but it is going on twelve

20  o'clock, we have gotten through 41.  Although we made a lot of

21  progress, there is a lot more to do.

22          In the meanwhile, you could be meeting and conferring

23  to see if certain of the jurors, without any followup

24  questioning, just based on what they said, might be suitable as

25  a juror in this case.

```
 1              All right.  Let me let you take your break and we will
 2    be back in 15 minutes.
 3              MR. SCHILLER:  Judge, a scheduling question.
 4              MR. HOOVER:  Judge, I just found this out.  Is there
 5    any day the Court was already planning on starting late or
 6    leaving early?
 7              I found out my wife has to have a medical procedure,
 8    and I would like to be there if possible.  I am not asking to
 9    do that, if the Court is planning on starting late or leaving
10    early --
11              THE COURT:  Let me look at the calendar and see.  I
12    know there may be periods in the middle.
13              How long a period of time would you need?
14              MR. HOOVER:  I am not sure.  I could try to find out.
15              THE COURT:  That would be helpful.  Thanks.
16         (Thereupon, a short recess was taken.)
17              THE COURT:  Okay, welcome back, everybody.  You may be
18    seated.
19              I want to modify something I said earlier.  We have
20    been trying to accommodate a lot of different things in the
21    courthouse with the same attorneys that are here today.  I
22    think we are going to end at 4:00 today, and I will give you an
23    hour lunch break, it will be at 1:30 or 2:00.  We are working
24    on that right now.
25              I want to try to accomplish a situation where those of
```

1    you who don't need to come back on Monday for reasons of the

2    answers you have given to us today, we want to try to not have

3    you come back Monday and make it easier on you.

4          You will get a lunch break at 1:30 or 2:00, in any

5    event, and we'll end at 4:00 o'clock today.

6          I want to thank you for your patience and

7    understanding.

8    *BY THE COURT*:

9    *Q.*  We'll turn to juror number 42.

10   *A.*  I am number 42.  Occupation, quality assurance for senior

11   services.  I work with social services, and protective services

12   for seniors.  Boca Raton, number 4, I've live there almost six

13   years.  I'm divorced.  I have one child in college.  I like

14   running, reading.  Number 10, no.  Number 11, I was a domestic

15   victim.

16   *Q.*  Your experience as a domestic victim, is that something you

17   are comfortable discussing here?

18   *A.*  Yes.  Um-m-m, um-m-m, I was a wife, the experience that I

19   have, it affect me emotionally, of course, and I was a victim

20   of violence.

21   *Q.*  By your ex-husband.  I will ask you the same question I

22   asked a few of the other jurors.  Is there anything about that

23   personal experience that you had that you think would interfere

24   with your ability to be fair and impartial in this case given

25   the nature of the case that I have described?

1    A.  Yes.

2    Q.  Do you feel you could not sit here and be an impartial

3    juror?

4    A.  I could be -- I can't be impartial against any violence.

5    Q.  You cannot be?

6    A.  I cannot be.

7    Q.  Understand nothing has been proven, of course, this is an

8    accusation that has been made that I read the summary of, so I

9    don't want anyone to be mistaken, someone does not have to be

10   for or against violence as you sit on the jury.  The

11   allegations are what I summarized.

12        So knowing what the allegations are, the accusations are in

13   the charging document called an indictment, that is my

14   question, that is going to be discussed in the trial, given

15   your personal experience, do you think you could sit through a

16   trial like that and hear that kind of evidence?

17   A.  No.  I don't think I can be impartial in the trial hearing

18   any evidence of any violent situation or anything related to

19   abusing a woman.

20   Q.  Okay.  Sitting through hearing that, that would trouble you

21   because of your personal experience?

22   A.  Because of my emotional feelings.

23   Q.  All right.  You may continue.

24   A.  Number 12, no.  Number 13, no.  Number 14, no.  Number 15,

25   I was in the West Palm Beach Court, but I was not picked as a

```
1   juror on September.  Number 16, no.  And number 17, I don't
2   know if it is related to 11.
3   Q.  It would, in terms of the answer.
4   A.  Yes.  All right.  Okay.
5   Q.  Okay, thank you so much.
6       Juror number 43.
7   A.  Number 43.  I am retired.  I ran a business in Palm Beach
8   County for more than 25 years, prior to that, I was a school
9   teacher and administrator.  I've lived in North Palm Beach for
10  the last 32 years.  I am single, I have a daughter, God
11  daughter, but since her father was not around, I helped raise
12  her for the last 19 years.  I like to travel, read, cook.  No
13  military service.
14      No to number 10.  Yes to number 11.  I had a car broken
15  into and I had a close friend who was a rape victim and one of
16  my sisters was also raped.  And 12 through 17 are all no.
17  Q.  13 through 17, because 12 -- I am sorry.  12 through 17 are
18  no.  And 11 is the one you were answering about your close
19  friend and your sister.  And with respect to what you just
20  explained to the Court about what happened to your close friend
21  and your sister, do you believe that that would affect you in
22  your ability to sit through the evidence in this case, be fair
23  and impartial to both sides and render a fair and impartial
24  verdict?
25  A.  It would not interfere, no.
```

1    *Q.*  You can be fair and impartial?

2    *A.*  Yes.

3    *Q.*  All right.  Juror number 44.

4    *A.*  Juror number 44, I work for the Internal Revenue Service, I

5    have for 30 years.  I'm currently a computer automation

6    specialist, and prior to that, I did tax audits for five years.

7    Prior to that, I was a marketing manager at Penny's.  Area of

8    residence is Lake Worth, I have been in the community 18 years.

9    I am married, my husband is an engineer.  Our children are 21

10   and 25, one is an honors student and the other one is a retail

11   manager.  Hobbies are gardening and exercise.  No prior or

12   present military service.

13       Number 10, yes, I have a neighbor that was a police officer

14   for Palm Beach County Sheriff's Office, friends who are

15   attorneys, and my cousin is a District Court Judge in North

16   Carolina.

17   *Q.*  Okay.  Would any of that -- any of those relationships

18   affect your ability to be a fair and impartial juror in this

19   case?

20   *A.*  No.

21   *Q.*  Okay.

22   *A.*  Number 11, yes, I have been a victim of vandalism of a

23   vehicle, as well as my parents, and my mother has been a victim

24   of something I would rather say in private.

25   *Q.*  Is there anything about what you or your parents -- your

1    mother has been a victim of that would affect your ability to

2    be a fair and impartial juror in this case?

3    A.   No.

4    Q.   Okay.

5    A.   For number 12, I was the Government witness in a criminal

6    tax case.  For number 13, I have a brother-in-law that was

7    deported, I am not sure what he did.  For number 14 --

8    Q.   Is there anything about that fact that would affect your

9    ability to be fair and impartial in this case?

10   A.   No.

11   Q.   All right.

12   A.   And 14 through 17 are no.

13   Q.   Okay.  Juror number 45.

14   A.   Number 45.  I am a retired executive for software

15   development for a large insurance company.  I live in Palm

16   Springs, I have been there for 14 years.  Prior to that, I

17   lived in other parts of Palm Beach County for the last 19 years

18   altogether.  I am married and my husband is a retired

19   architect.  I have one daughter, 47, she works for a company

20   that sells vitamins and health food products.  My hobbies are

21   gardening, growing orchids and doing rescue.

22        No military service.  10 through 14 are no.  Number 15,

23   jury service, I was on a criminal case, I was not the

24   foreperson, we did reach a verdict.  And I also served for a

25   year on a Grand Jury in this building, I was the foreperson of

1    the Grand Jury.  16 and 17 are no.

2    Q.  Okay, thank you so much.

3        Juror 46.

4        MR. PEACOCK:  Could the Court inquire the dates of the

5    Grand Jury?

6    BY THE COURT:

7    Q.  What was the date you served on the Grand Jury?

8    A.  I think it was 2015, it could have been 2014, overlapping

9    2015.

10   Q.  Thank you.

11   A.  Number 46, I've lived in Palm Springs over 15 years.  I am

12   divorced, I have three children, one 15, 13, and 6.  I like

13   cooking, dancing, and traveling.  So, number 9 to number 17 is

14   no.

15   Q.  Okay.  Thank you.  So, in other words, even with a six year

16   old child, you would be able to serve as a juror?

17   A.  Yes.

18   Q.  Okay.  Thank you.

19   A.  Juror 47, I have been in banking over 30 years.  I've lived

20   in Royal Palm Beach over 30 years.  I am married, my spouse is

21   a laser tech.  Two children, one age 41, crew chief for Sky

22   Corp, sky helicopters, and a 31 year old who is a sergeant with

23   the Boca Raton Police Department.

24   Q.  Anything about having a relative, a son in the police force

25   that would affect your ability to be a fair and impartial juror

1   in this case?

2   *A.*   No.

3   *Q.*   Okay.

4   *A.*   Hobbies are reading, gardening, and spending spare time

5   with my grandchildren.  Number 9, my husband was in the

6   military.  And 10, obviously a family member.  11 through 17,

7   no.

8   *Q.*   Okay.  Juror number 48.

9   *A.*   Juror number 48.  I've worked full time at Bells Outlet for

10  12 years.  I live in Delray Beach, four years in Coral Springs.

11  I am married, my husband works for Wal-Mart.  I have two

12  children, one seven, one four.  I like to spend time with my

13  family.

14      And number 9, no.  Number 10, no.  11, no.  12, no.  13,

15  no.  14, no.  15, no.  16, yes.  My language, so far I not miss

16  anything, but I don't know after.  And 17, I have a problem

17  with transportation.

18  *Q.*   That is for your children?

19  *A.*   No, for myself.

20  *Q.*   For yourself?

21  *A.*   Yes.

22  *Q.*   Okay.  It would be difficult for you to get to the

23  courthouse?

24  *A.*   Yes.  I don't have a problem in the morning, but in the

25  afternoon, when I go home.

1    *Q.*  It can be difficult?

2    *A.*  Yes.

3    *Q.*  Okay.  With the language, you said you understood

4    everything so far, but do you have concerns there may be things

5    you might not understand because of your language?

6    *A.*  Yes.

7    *Q.*  Okay.

8    *A.*  Juror number 49.  Retired from Energizer Battery Company.

9    I live at the Acreage.  Time in the community, 15 years.  I'm

10   married, my wife is a retired administrator for American

11   Express.  I have six children, four boys and two daughters, one

12   deceased.  My hobbies and spare time I --

13   *Q.*  Can I ask you, children who are working, what types of work

14   are they doing?

15   *A.*  My oldest daughter, she is a -- she has a studio, dance

16   studio in Atlanta, and my -- one of my sons is a financial

17   adviser, and the other two, one of them is an electrician, and

18   the other two are not working.

19   *Q.*  Okay.

20   *A.*  My hobbies, I like to take long walks on the beach with my

21   wife, and I'm retired from the Coast Guard.  And number 10, no.

22   11, yes, I have, my younger daughter was murdered in Seattle,

23   she was given a drug overdose.  And I have two cousins, one of

24   them that was killed in North Carolina, and another one that

25   committed suicide.

```
 1        Number 12, no.  Number 13, I have a son that just got out
 2   of prison.  And number 14, no.  15, no.  16, yes.  I have
 3   Parkinson's and I have good and bad days.  And number 17, yes.
 4   Q.  Is 17 yes because of number 16?
 5   A.  Because of number 16 and number 11.
 6   Q.  So, both of those facts would interfere with your ability
 7   to sit as a juror in this case?
 8   A.  Yes.
 9   Q.  Okay.  Thank you.
10        Juror number 50.
11   A.  Juror number 50, I've been working in engineering for 13
12   years.  Before that, basic construction.  Been here in
13   Wellington for the last three years, and before that, I lived
14   in Hawaii.  I am married, my wife, she works in scheduling for
15   an electronics company.  My one son is three years old, so,
16   obviously no occupation.
17   Q.  Not yet.
18   A.  Unless you want to give me the occasional heart attack.  I
19   like playing with my son.  I was not a member of the military.
20        Number 10, no.  No to 11.  No to 12.  No to 13.  No to 14.
21   15, I served on a criminal trial, I was not the foreperson and,
22   yes, we came to a verdict.  And no to 16 and 17.
23   Q.  Okay.  Juror number 51.
24   A.  Hi, juror number 51, mechanical engineering, I've worked
25   six years, I work with Sefrence (phon).  I've resided in Palm
```

```
 1    Beach Gardens, Jupiter for the last five years.  I am married,
 2    my wife is a teacher, and I have a four month old daughter.
 3    Hobbies, spare time activities, I like to play volleyball,
 4    exercise and eat at restaurants.  No military service.
 5         I have a cousin who is a police officer in South Carolina.
 6    I don't speak with him very often, and I don't think that would
 7    affect any impartiality.  And 11 through 17, they are all no.
 8    Q.  Okay, thank you.
 9         Juror number 52.
10    A.  I am juror number 52, I am a board certified analyst, I
11    serve children with disabilities and families.
12    Q.  What kind of analyst?
13    A.  Behavioral analyst, and current clinical director for Palm
14    Beach County --
15    Q.  I didn't hear the last words you said.
16    A.  I am currently the clinical director for the Palm Beach
17    County area for my company.
18    Q.  Okay.
19    A.  I have been in Delray for four years, prior to that I was
20    in Miami.  I am married, my husband is an attorney.
21    Q.  What kind of work does your husband do?
22    A.  He is a real estate transactional attorney.
23    Q.  Okay.  So, different from this case, but anything about the
24    fact that he is an attorney that would affect your ability to
25    be a fair and impartial juror?
```

1    *A.*   No.

2    *Q.*   Okay.

3    *A.*   I have two children, one is 16 months, one turns four next

4    week.   I have not a lot of time.   When I do, I spend it with my

5    family.   No prior military service.   My husband is an attorney,

6    brother-in-law is an attorney, and several of our friends are

7    attorneys.   I do have a close friend that was the victim of a

8    crime in Baltimore.

9    *Q.*   Is there anything about that situation that would affect

10   your ability to be a fair and impartial juror?

11   *A.*   No.

12   *Q.*   Okay.

13   *A.*   I have not been a witness to a criminal matter.   I was

14   accused or charged with a misdemeanor for underage drinking in

15   college.

16   *Q.*   Anything about that that would affect your ability to be a

17   fair and impartial juror?

18   *A.*   Possibly.   I don't feel that law enforcement did -- I don't

19   feel they were professional in that matter.

20   *Q.*   And so you believe that may affect your ability to evaluate

21   the case fairly and impartially?

22   *A.*   Yes.

23   *Q.*   Because of your views about law enforcement?

24   *A.*   Yes.

25   *Q.*   Okay.

1   *A.*   Number 14 is no.  Number 15 is no.  Number 16 is no.  And

2   number 17 is yes.

3       I do feel that it would be a hardship with my being here.

4   I serve several families with children with disabilities.

5   Being here three weeks, my children would go without services.

6   And my children are in preschool, two days a week I pick them

7   up at 3:00, and other days of the week I pick them up at 5:30.

8   It would be hard to find additional help during that time to

9   pick them up.

10  *Q.*   Okay.  All right.  Thank you very much.

11      Juror number 53.

12  *A.*   I am number 53.  I am currently retired, prior to that I

13  was a 30-year pilot with American Airlines.  I've lived in

14  Delray for 25 years.  I am married, my wife is a housewife.  I

15  have three children, 24, 24, and 26.  One is in online retail,

16  the other is a secretary, and the third one works for a pool

17  maintenance company.

18      My hobbies are friends and family, basketball and piano.  I

19  served six years in the Navy.

20      Number 10 is no.  Number 11 is yes, my sister-in-law had

21  her jewelry store robbed twice.

22  *Q.*   Had what?

23  *A.*   Her jewelry store robbed twice.

24  *Q.*   Okay.  Is there anything about that that would interfere

25  with your ability to be fair and impartial in this case?

 1    *A.*   There is not.

 2    *Q.*   Okay.

 3    *A.*   Number 12 is no.  Number 13 is yes.  Unfortunately, my

 4    sister and her husband had some drug related offenses.  I do

 5    not consider that an issue that would have any impact on my

 6    ability to serve.

 7    *Q.*   Okay.

 8    *A.*   Number 13 through 17 are all no's.

 9    *Q.*   Okay, thank you.

10         Juror number 54.

11    *A.*   Hello, number 54.  I have been a pharmacist for 40 years.

12    I've lived in Delray Beach for three years.  Prior to that, I

13    lived in Boynton Beach for ten years.  I am currently married,

14    my husband is a flooring contractor.  I have no children.  My

15    hobbies are dancing, drawing, reading, and enjoying time with

16    friends.  No military service.

17         Number 10, no.  Number 11, recently I had a friend that

18    went to jail, but I don't know the specifics.

19    *Q.*   Anything about that fact that would affect your ability to

20    be a fair and impartial juror?

21    *A.*   No.  12, no, I have not been a witness.  13, well, 13 was

22    actually the friend.  11, my car got broke into, and my wallet

23    was stolen, so my identity as well.  And number 14 --

24    *Q.*   So, with respect to that answer about identity theft, do

25    you believe there is anything about that experience that would

1   affect your ability to be a fair and impartial juror?

2   A.   No.

3   Q.   Okay.

4   A.   Number 13, I do believe that my personal beliefs, I would

5   not feel comfortable sitting in judgment of another person.

6   15, no.  16, no.  17, since I am going through a divorce, I may

7   have to meet with the attorney in December.  I don't have any

8   dates at this time.

9   Q.   Okay.  With respect to number 14, when you say you are not

10  comfortable sitting in judgment of another person, are you

11  saying you would not be able to sit here and listen to the

12  evidence, listen to the law, and apply the law to the evidence

13  to render a verdict along with the other jurors if you were

14  called upon to do that?  Are you saying that you are not able

15  to do that?

16  A.   I would have difficulties.

17  Q.   Okay.  All right.  Thank you very much.

18       Juror number 55.

19  A.   Yes, juror number 55, I am a massage therapist for five

20  years.  I live in Boynton Beach.  I am divorced.  My ex-husband

21  is a car salesman.  I have four children and my younger one is

22  in elementary school, the second one is in middle school, and

23  the two older in high school.  My hobbies are going to the

24  beach and spending time with my family, music, reading.

25       Number 9, no.  Number 10, no.  Number 11, I have been a

1    victim of my ex-husband, me and my oldest daughter, mental and

2    physical abuse.  Number 11, yes.  Number 12, no.  Number 13,

3    no.  Number 14, no.  Number 15, yes.  I was -- it was a

4    criminal case and I was not the foreperson.  Number 16 --

5    Q.  Was a verdict reached in that case?

6    A.  Yes, it was.

7    Q.  Okay.

8    A.  Number 16, no.  And number 17, at first I said that I could

9    be here because I had somebody living with me, a friend, and

10   she was going to help me picking up the kids in school, but she

11   moved out, so now I have four children in four different

12   schools with four different times, so I would have a little bit

13   of problem -- a lot of problem picking them up.

14   Q.  Okay.  All right.  Okay, thank you very much.

15       Juror number 56.

16   A.  Juror 56, I am a mail carrier, I have been there eight

17   months, nine months.  I live in Jupiter.  I am married, my

18   spouse is an accountant.  I have two school age children.  In

19   my spare time I like to spend it with my family, ride

20   motorcycles, scuba diving.  Prior service, yes.

21   Q.  Where was the prior service?

22   A.  Army.

23   Q.  Okay.

24   A.  Family members, I have a couple of friends who are police

25   officers and a brother-in-law.

1   *Q.*  Anything about that fact that would affect your ability to

2   be a fair and impartial juror?

3   *A.*  No, ma'am.

4   *Q.*  Okay.

5   *A.*  No to 11.  No to 12.  Number 13, yes.  I was accused of

6   aggravated assault with a weapon, I wasn't convicted.

7   *Q.*  Did that go to trial?

8   *A.*  No.  I took a plea bargain.

9   *Q.*  Anything about that fact that would affect your ability to

10  be a fair and impartial juror?

11  *A.*  No, ma'am.

12      Number 14, no.  15, no.  16, no.  17, no.

13  *Q.*  Okay.  All right.

14  *A.*  Juror 57.

15  *Q.*  Just wait one moment, I just need to -- okay, juror number

16  --

17  *A.*  Juror number 57.  I am a technology professional for 15

18  years, working at WW Granger.  I am married, my wife is a

19  retired registered nurse.  No living children, a son was killed

20  in an accident.  Hobbies, love of sports, baseball, bicycle

21  riding, and taking my two dogs for long walks.

22      Questions 9 through 14 are no.  Question 15 is yes, I have

23  served on a criminal and civil jury, both cases did come to a

24  verdict, and I was not the foreperson for either one of those.

25  And questions 16 and 17 are no.

 1    *Q.*  Okay.  All right, thank you very much.

 2         Juror number 58.

 3    *A.*  58, I am director of the reading health initiatives for a

 4    health agency for the last 15 years.  I've lived in Palm Beach

 5    for the last 25 years plus.  I am married and my husband is

 6    disabled, he used to be a landscaper.  He stays home, takes

 7    care of the children.  I have three children, ages 21, 19, 17,

 8    the oldest is in college, and so is the second one, and the

 9    third one is in high school.

10         Questions 9 to 17 are no.

11    *Q.*  Okay, thank you.

12         Juror number 59.

13    *A.*  Juror 59, I am a high school teacher for the last eight

14    years.  I live in Lake Park currently.  I lived in Delray for

15    38 years prior.  I am single, no kids.  My hobbies are cars and

16    football games.  No military service.

17         No to 10.  Yes to 11.  My sister had a home burglary, but

18    it wouldn't affect my ability.

19    *Q.*  So you could be fair and impartial?

20    *A.*  Yes.

21    *Q.*  Okay.

22    *A.*  I have been a witness in a criminal matter before.

23    *Q.*  What are the circumstances of that?

24    *A.*  It was at a football game and there was a fight, and

25    somebody was injured, and I was a witness on it.

1    Q.   Okay.

2    A.   13 is no.  14, no.  15 is yes, it was a criminal trial,

3    there was no verdict, and I was not the foreperson.

4         16 is no.  And 17 is no.

5    Q.   Okay.  Thank you.

6         Juror number 60.

7    A.   Juror number 60.  I work at Publix, I have been there for

8    nine years.  I lived in West Palm Beach my whole life except

9    for college, but been back here since 2007.  Single, no kids.

10   Hobbies, reading and watching TV.  No military service.

11        My mother, number 10, is retired now, but she used to be a

12   lawyer at the Appellate Court.

13   Q.   Anything about that fact that would interfere with your

14   ability to be a fair and impartial juror?

15   A.   No.  11 through 16 are all no.  17, I was planning to be

16   out of town this coming weekend, Thursday through Sunday.

17   Other than that --

18   Q.   This coming --

19   A.   This coming Thursday.

20   Q.   Through Sunday?

21   A.   Yes.

22   Q.   You are going to be out of town, you have tickets and they

23   are purchased?

24   A.   My ticket isn't purchased yet, but my two nephews and niece

25   are going to Disney and they live out of state, I was going

1    with my parents.

2    Q.  You were going to drive to Orlando?

3    A.  Yes.

4    Q.  You were going to leave on Thursday?

5    A.  Yes.

6    Q.  Uh-hum.  Okay.  All right.  Thank you so much.

7        And juror number 61.

8    A.  I am juror 61.  I am a retired teacher's assistant.  I have

9    done that for about 25 years, before that, I worked in a

10   library.  I've lived in Wellington for about 18 years, before

11   that it was New York.  I am married, and my husband is a

12   retired postal worker.  I have two children that I have been

13   blessed with.  I have a daughter who is married and she is a

14   health coach.  My son is a firefighter in Delray.  I like

15   reading and exercise.

16       The rest, from 9 to 17, are no.

17   Q.  Okay.  Thank you very much.

18       Juror number 62.

19   A.  Hello.  (Deaf venire member.)

20   Q.  Maybe I will have it interpreted for me.

21       This is juror 62?

22   A.  62, yes.

23       I am retired, I am a retired counselor for the deaf for New

24   York State, I worked for that department 27 and a half years in

25   the Bronx.  I was a substitute tutor.  I worked at the

```
1    Independent Living Skills as a specialist.  I live in Delray

2    Beach now.  I have been living there four years now, one year I

3    was in Tallahassee.  Four years I have been in Delray, I moved

4    down from New York.  I am retired.  I am divorced since 1977.

5    No children.  My ex-husband was a chemist for the U.S.

6    Department of Agriculture and EPA.  I was only married for five

7    years.  No children.

8        Many organizations for the deaf, I am involved with those,

9    and I enjoy doing that.  I like to watch PBS, and murder

10   mysteries.  I love NCIS.  I watch that a lot.  And I like

11   traveling.

12       Prior military, none.  I was never involved in anything

13   criminal, that is number 10, no.  My car was stolen on

14   November 8, 2016.  I am over it.  It is all resolved, the case

15   was resolved.  The other thing, in 1977 my house was broken

16   into, this is in Rochester, New York, that is 1977, a long time

17   ago.

18   Q.  Anything about either one of those experiences that would

19   affect your ability to be a fair and impartial juror in this

20   case?

21   A.  I think I can be neutral.

22       Witness in a criminal matter, no.  So 12 through 17, no.

23   Except I do have a doctor's appointment and blood work every

24   week, it alternates every week that month.  I am not sure

25   whether I should cancel my appointments or what for this trial.
```

1    *Q.*  Right now, don't cancel anything because we have not

2    determined if you are selected as a juror on this case.  If you

3    are selected as a juror, would you be able to schedule any

4    doctor's appointments without that causing any trouble for you?

5    *A.*  Yes, I could do that next month.

6    *Q.*  Okay.

7    *A.*  That is okay.

8    *Q.*  Don't cancel anything yet.

9    *A.*  Okay.

10   *Q.*  Thank you very much.

11       Juror number 63.

12   *A.*  Juror number 63, revenue specialist in the child support

13   department.  I've lived in Boynton for two and a half years.

14   I'm single, one daughter, she is 30, she works two jobs.

15   *Q.*  What type of jobs?

16   *A.*  She is a shift manager at UPS and customer service at AT&T.

17   Spare time, walking, spending time with my daughter, cooking.

18   No military service.  And 10, from '97 to 2000, I was a

19   correctional officer.

20   *Q.*  Where were you a correctional officer?

21   *A.*  Broward County.

22   *Q.*  Okay.  Anything about that work that would affect your

23   ability to be a fair and impartial juror in this case?

24   *A.*  No.

25   *Q.*  Okay.

1   *A.*   Number 11, in 2010 my house was broken into, stole

2   everything. 12 --

3   *Q.*   Anything about that experience that would affect your

4   ability to be a fair and impartial juror?

5   *A.*   No.  I had insurance.

6   *Q.*   Okay.  Ease the pain a little bit.

7   *A.*   Number 12, no.  13 -- I'm sorry, 13, I guess, yes, I have

8   an uncle that is in prison.  He is an older uncle, he has been

9   there forever, so I really don't know what is going on, but

10  that wouldn't affect any decisions that I would have to make.

11      14, no.  15, no.  16, no.  17, no.

12  *Q.*   Okay, thank you.

13      Juror number 64.

14  *A.*   I am number 64, I am an assistant for an allergist, I have

15  been a PA for about ten years.  I've lived in West Palm Beach

16  for the past five years.  I am married, my husband works for an

17  environmental consulting engineering company.  I have two

18  school age children.  Hobbies, camping, travel.  No military.

19  I have a neighbor who is a sheriff, and my dad works at the

20  Sheriff's Office.  My mother is a paralegal at Gordon and

21  Donner.  This would not affect my judgment.

22  *Q.*   You could be fair and impartial?

23  *A.*   Yes.  11, I have had my house broken into, my car broken

24  into, and that shouldn't affect me, I could still be fair and

25  impartial.

1    12 is no.  13, my brother and sister have been arrested for

2    issues with firearms, but one was expunged, and they didn't do

3    any time.

4    Q.  They were both arrested for firearm possession?

5    A.  Yes.

6    Q.  And is there anything about that fact that would affect

7    your ability to be a fair and impartial juror?

8    A.  No.

9    Q.  Okay.

10   A.  14, no.  15, no.  16, no.  17, my only concern is loss of

11   wages for three weeks, and I can probably arrange for child

12   care.

13   Q.  Um-m-m, do you know whether or not your employer would pay

14   you during the time that you were serving as a juror, have you

15   discussed that?

16   A.  My office manager said they don't pay for when you are on

17   jury duty.

18   Q.  Okay.  How will that impact you?  Is that something that

19   would be an acceptable arrangement for you or will it cause an

20   undue hardship on you?

21   A.  It would be financially difficult.

22   Q.  Okay, all right, thank you very much.

23       Juror number 65.

24   A.  Good afternoon, your Honor, juror 65.  I am an

25   administrator with a recreational service department in a

1   municipality in south county.  I have been with them 17 years.

2   Time in the community, nearly 50 years in the South Florida

3   area, and the past 30 years in the county, other than a stint

4   overseas working.  I'm married, my spouse is a professional

5   seamstress, and no, she does not do alterations.  I have a 27

6   year old stepson, he is a professional waiter.

7       I enjoy music and I am a sports enthusiast.  Number 9, no.

8   10, no.  11, yes.  I had our home broken into and I knew some

9   years ago that my wife, before we knew one another, and this

10  would have been over a quarter of a century ago, was a victim

11  of sexual assault and attempted rape.  And most recently, I

12  guess she had it bottled up for many years, but she did confess

13  to me that it occurred.  It did seem to be an abhorrent unfair

14  thing that happened to her.

15      I don't believe that would necessarily make me impartial.

16  Q.  Or you mean --

17  A.  Or I should say, I don't know that it would affect me in

18  serving impartiality in this case.

19  Q.  When you say you don't know, I want to probe a little

20  further.

21      I have given you a good description of the allegations in

22  the case.  You know best the nature of what your wife has

23  confided in you about what happened to her about 25 years ago.

24      Do you believe that you will be able to put those

25  experiences as you came to learn them from your wife aside and

1  keep an open mind, listen to the evidence, follow the law, and

2  be able to render a fair and impartial verdict in this case

3  based only on the evidence and the law, and not based on any

4  personal experience or views you may have relative to your

5  wife's experience?

6      Can you do that?

7  *A.*  Yes.

8  *Q.*  Okay.  Okay, that was number 11.

9  *A.*  That was 11.  12, no.  13, yes, myself, driving under the

10  influence, 38 years ago.  14, no.  15, no.  16, no.  And 17,

11  no, your Honor.

12  *Q.*  Anything about the answer to number 13 that would affect

13  your ability to be a fair and impartial juror?

14  *A.*  No, ma'am.

15  *Q.*  Okay.  All right.

16      Number 66.

17  *A.*  I am 66, I have been a homemaker for over 30 years.  I've

18  lived in Palm Beach County for over 25 years, most recently,

19  the last six in Palm Beach Gardens.  I am married.  My husband

20  is a benefits consultant.  We have four grown children, the

21  oldest of which is 33, and she is a homemaker.  My son is 31,

22  he is an economics professor.  My next child is 29, she is a

23  marketing director for a business, and my younger is a

24  photographer/videographer.

25      My hobbies are playing with my six grandchildren and

1   cooking and exercise.  No military service.

2       The answer to 10 is no.  11, my sister was held at gunpoint

3   many years ago, but that would not cause me to be unable to

4   render a fair verdict.

5       12 through 17 would be no.

6   Q.  Okay.  Thank you.

7       Juror number 67.

8   A.  I am number 67, I have been a painter for three years.  I

9   grew up in Lake Worth.  I am single, no kids.  In my spare time

10  I play football.  9 through 17 are no.

11  Q.  Okay.  68.

12  A.  Juror 68, medical engineer for the past 35 years.  I've

13  lived in Boca Raton for the past 11 years.  I am divorced.  I

14  have two kids.  My son is in administration, and my daughter is

15  a school teacher.  Hobbies, I enjoy building and flying radio

16  controlled airplanes.

17      Questions 9 through 14 are no.  I did serve -- for question

18  15, I did serve on the jury as a -- in a civil case, there was

19  a verdict and I was not the foreperson.

20      Questions 16 and 17 are no.

21  Q.  Okay.  Thank you.

22      Juror number 69.

23  A.  Hello, I am juror number 69.

24  Q.  Hello.

25  A.  My occupation is, I work at radio broadcasting for Alpha

```
 1    Media Radio here in West Palm Beach, I am an advertising
 2    traffic continuity director for them.  I have been with them
 3    for 21 years.  I have lived in Royal Palm Beach for 16 years as
 4    of now.  I am single, no children.  My hobbies are music, cars,
 5    all sorts of motor sports.
 6        No to 9.  Let's see.  No to 10.  11, my car has been
 7    burglarized twice, my brother's car has been burglarized twice,
 8    as well as his house.  My mother, a couple of years before I
 9    was born, she was a victim of a -- she was a victim of armed
10    robbery and also sexual assault at gunpoint, and that is not
11    going to -- I will be a neutral person as to that.  I was not
12    around at that time.  It doesn't affect me, I didn't see
13    anything.
14  Q.  To be clear, with the experiences that you have had and
15    your brothers had and your mother had before she was born
16    (sic), you believe you could be a fair and impartial juror in
17    this case?
18  A.  Yes.  And 12 through 17 are no.
19  Q.  Okay, thank you.
20        Juror number 70.
21  A.  Good evening.
22  Q.  Did you say good evening?  It is not evening yet.  I know
23    it has been a long day, it may seem like evening.
24  A.  I am a jack of all trades, master of none.
25  Q.  Jack of all trades?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   Master of none.  Yes, I was --

 2    Q.   Hold your microphone up closer.

 3    A.   I was an air conditioner mechanic for two years, I was a

 4    reserve officer for the City of Riviera Beach for 24 years.  I

 5    am currently -- I currently retired from the post office for 43

 6    years.  I am a security guard at the Kravitz Center for 24

 7    years.

 8    Q.   I don't think there are enough years if I were to add all

 9    that up.  There must have be some double dipping or overlap.  I

10    will not ask how old you are.

11    A.   I've lived in the West Palm Beach area over 60 years.  I am

12    married, my wife is a teacher's aid, she is retired now.  I

13    have three kids, and my son is an office manager for a doctor's

14    office.  My daughter is a manager of a Bank of America credit

15    card division.  My third son is an artist, he teaches in

16    Brooklyn, New York.

17         I have military, Marine Corps, Oorah.  Number 14 --

18    Q.   Wait.  So you said your military service, what about number

19    10?

20    A.   Oh, 10, 11, 12, 13 and 14 are no.

21    Q.   Okay.

22    A.   15, I served on a civil and criminal jury, I was foreperson

23    on the criminal, all verdicts.  16 and 17, no.

24    Q.   Okay, thank you very much.

25         Juror 71.
```

1   *A.*   71, occupation, retired, I did a bunch of different jobs in

2   Palm Beach County.  I was a Yellow Taxi driver for ten years,

3   last three years I worked for Palm Beach School Board as a

4   teachers aide with handicapped children.  I've lived in West

5   Palm Beach for over 30 years.  I am married.  My wife is older

6   than me, and she is retired.

7   *Q.*   I don't think she would want you to say that.

8   *A.*   I have something else to say about her when we get to 8.

9   Children, one boy, one girl, in their early 40's.  My son is a

10  pastor of a church, my daughter is a school teacher.  My hobby,

11  number 8, is spending time with my wife, she almost passed away

12  two years ago.  I take her to bingo at the Catholic church

13  twice a week, and we spend as much time with grandchildren as

14  we can.  I spent four years in the military.

15      10, no.  11, six or seven car break-ins over the last 30

16  years.  A couple of times when I was early, I lost a wallet,

17  but I got smart, so I didn't do that no more.

18  *Q.*   Anything about those experiences that would affect your

19  ability to be fair and impartial?

20  *A.*   No.  They are just car break-ins.  Never been a witness,

21  never had a friend or anyone, or myself, family accused of a

22  crime.  14 is no.  15, I did one criminal and one civil over in

23  the county court over the years.  I've lived here for 30 years.

24  We did verdicts in both, and no, I was not a foreperson.

25      No physical.  And number 17, I will miss time with my

```
 1    grandchildren probably during three weeks, but I could still
 2    get here.
 3    Q.  All right.  Thank you so much.
 4         Juror number 72.
 5    A.  72.
 6    Q.  You have to hold your microphone much closer and speak
 7    louder.
 8    A.  72, certified nurse's assistant.  West Palm Beach for 25
 9    years.  Married, my husband --
10    Q.  We are having trouble hearing you.  Your husband works at
11    Home Depot.  Try to raise the tone of your voice if you can.
12         Your husband works at Home Depot?
13    A.  Yes.  I have five children.
14    Q.  Five children?
15    A.  Yes.  Two working, one in a doctor's office, and one is a
16    manager, and one 12 years old.  She is home schooled.
17    Q.  Home schooled?
18    A.  Yes.  Hobbies, walking, spending time with my family.  No
19    military.
20    Q.  Number 9, no military service.  Number 10, what is number
21    10?
22    A.  No.
23    Q.  And --
24    A.  House was broken into.
25    Q.  Your house was broken into?
```

1    *A.*  Yes.

2    *Q.*  Anything about that experience that would affect your

3    ability to be a fair and impartial juror?

4    *A.*  No.

5    *Q.*  Okay.

6    *A.*  Number 12 is no.  Number 13 is yes, and I want to discuss

7    that in private.

8    *Q.*  You want to discuss that in private?

9    *A.*  Yes.  And number 14, no.  Number 15, no.  Number 16 is no.

10   Number 17 is no.

11   *Q.*  Okay.  Thank you.

12        Number 73.

13   *A.*  I am juror number 73.  I work at Publix as a port service

14   clerk, and before that, I was a library student at the Gardens

15   branch library.  I've lived in Palm Beach Gardens for 15 years.

16   I am single and I have no kids.  My hobbies is reading books

17   and playing games, and no military service.

18        And number 10 through 17 is a no.

19   *Q.*  Okay, thank you.

20        Juror number 74.

21   *A.*  Good afternoon, juror number 74.  I am a newspaper reporter

22   and a professional musician.  I live in Boca Raton, lived there

23   for a little over six years.

24   *Q.*  What newspaper?

25   *A.*  Sun Sentinel.

1    *Q.*  So, are you going to be in a position, if you are selected

2    as a juror, to not review any media coverage of this case

3    should there be any?

4    *A.*  Absolutely.  Yes.

5    *Q.*  Okay.

6    *A.*  Single, no kids.  Hobbies, I like camping, hiking,

7    kayaking, biking.  No military service.  I have two cousins who

8    are attorneys, one does business law in New York, the other

9    represents Government employees in California.

10       My father and myself were victims of a crime.  I was

11   working at a store he owns and it was robbed, burgled.  I was

12   there.

13   *Q.*  Anything about that experience that would affect your

14   ability to be a fair and impartial juror in this case?

15   *A.*  No.  12, I was a witness there.  I don't know if that

16   includes -- 12 includes the other, being in court.  I did an

17   internship at the Public Defender's Office in Broward about six

18   years ago.  I witnessed proceedings, but not the incidents

19   themselves.

20   *Q.*  Okay.

21   *A.*  I'm not aware of anyone, close friend being accused of

22   crimes.  14 through 17 are all no.

23   *Q.*  Okay.  Thank you.

24       Juror number 75.

25   *A.*  I am juror 75.  I am a secretary part time for my husband's

```
 1    company, I tutor children in reading.  I was a teacher of the
 2    hearing impaired.  I live in Wellington, I've lived there for
 3    20 years.  I am married, joyfully, and my spouse is
 4    self-employed, he has a tent company.  We have two children, 22
 5    and 19, they are both in college.  My hobbies had been pick a
 6    ball until a recent injury, gardening, family.  Prior military
 7    service, no.
 8        I have a brother-in-law and friend -- brother-in-law is a
 9    lawyer, and friend who is a police officer, recently retired,
10    and no, it won't affect anything in my serving.
11        11, no.  12, no.  13, no.  14 is no.  15 is no.  16,
12    physically I suffer from sciatica recently, so if I am allowed
13    to move around and get breaks I should be fine.
14    Q.  Okay.
15    A.  So that applies to 17.
16    Q.  Okay.  All right.  I haven't given a good example of having
17    people move around.  This is unusual.  It usually is on the
18    first day when we are trying to select our jury.  Thank you.
19    A.  Juror number 76, I work in brand development.
20    Q.  All right.
21    A.  I live in Boynton Beach, lived there the past ten years.
22    I'm single, no kids.  I like to travel and go to the gym.  No
23    military service.  No family members or friends employed in the
24    Criminal Justice System.  Number 11, family member was a victim
25    of credit card -- stolen credit card.
```

1    Q.  Okay.

2    A.  But that wouldn't impact how I view the judgment of the

3    case.

4    Q.  Okay.

5    A.  13, no.  14, no.  15, 16, no.  And 17, the only problem

6    would be if I couldn't stand up or walk around due to a medical

7    condition.

8    Q.  Okay.  If you are able to stand up and take breaks and walk

9    around, you would be okay?

10   A.  Yes.

11   Q.  Okay.  All right.

12       Juror number 77.

13   A.  Juror 77.  Occupation, I am a housewife, and I live in

14   Royal Palm, Acreage, and we have been there about nine years.

15   I am married, and my husband is a pastor.  I have four

16   children.  One work for the solid waste authority, the other

17   one work for a shovel company, and I have one drive a truck

18   long distant, and daughter is a medical assistant.  Hobbies,

19   reading and watching westerns.

20       Number 9 is no.  Number 10 is no.  11 is yes -- I mean no.

21   And number 12 is no.  Number 13 is yes.  And number 14 is no --

22   Q.  What is the nature of number 13?

23   A.  Stealing.

24   Q.  Involving yourself?

25   A.  No, a grandson.

```
1    Q.  A grandson?

2    A.  Uh-hum.

3    Q.  Anything about that fact that would affect your ability to

4    be a fair and impartial juror?

5    A.  No.

6    Q.  Okay.

7    A.  Number 15 is yes.  I served on a jury in a criminal case

8    and it was a verdict, and I was not the foreperson.  Number 16

9    is no.  And number 17 is no.

10   Q.  Okay.  I may have missed it, what about number 14?

11   A.  No.

12   Q.  Okay.  All right.  Thank you.

13       Juror number 78.

14   A.  Juror 78.  My occupation is CNA.  I am married.  I have two

15   children.  One 18, one 13.  Hobbies, cooking.  Number ten, no.

16   Number 11, no.  Number 12, no.  Number 13, no.  Number 14, no.

17   Number 15, no.  Number 16, yes.  17, no.

18   Q.  What is number 16?

19   A.  My language.

20   Q.  Are you having trouble understanding everything so far that

21   we have said?

22   A.  Yes.

23   Q.  You have not understood everything?

24   A.  No.

25   Q.  Okay.  What is your native language?
```

Pauline A. Stipes, Official Federal Reporter

1    A.   Creole.

2    Q.   Okay, thank you so much.

3         Juror number 79.

4    A.   Juror 79, I am a mechanical engineer.  I live in Boca

5    Raton, I've lived there for 13 years, before that, I lived in

6    Hollywood.  I am married, my wife is customer service in

7    Nordstrom's.  I have two children, two girls, 13 and 11.  My

8    hobbies are fishing and boating.  I was in the Navy and

9    Merchant Marine.

10        I have several cousins and family friends that are

11   attorneys and police officers.

12   Q.   Anything about that fact that would affect your ability to

13   be a fair and impartial juror?

14   A.   No.

15   Q.   All right.

16   A.   Number 11, yes, my sister was raped several years ago.  I

17   would be fine.

18   Q.   Do you believe you would be able to put any emotions or

19   feelings about that aside in terms of not allowing it to

20   influence your ability to sit as a fair and impartial juror in

21   this case?

22   A.   Yes.  Number 12, no.  13, no.  14, no.  15, I was on a

23   civil jury, we did reach a verdict, I was not the foreperson.

24   16, 17, no.

25   Q.   Thank you.

1        Number 80, juror number 80.

2   *A.*   Juror number 80.  My occupation, I spent 16 years in sales

3   and 40 years with the YWCA as a volunteer.  I live in West Palm

4   Beach, I have been in Palm Beach County for 15 years.  I am

5   married, my husband is a business owner.  My one daughter is

6   involved in design construction and management.  My hobbies are

7   reading and traveling.  No military service.

8        Number 10 is yes, I have several friends that were in law

9   enforcement, but your answer is no.  We suffered a home

10  invasion, the answer is no.  12 is no.  13 is no.  14 is maybe,

11  because the alleged allegations contradict 40 years of work at

12  the Y.

13  *Q.*   I am sorry, number 14.  Are you saying that your beliefs

14  would preclude you from sitting in judgment of another person

15  or deliberating with others?

16  *A.*   Quite possibly in this case.

17  *Q.*   Because of your work at the YWCA?

18  *A.*   Correct 15, 16, 17 are all no.

19  *Q.*   Okay.  Okay.

20        *THE COURT:*  So, what I would like -- now we are going

21  to end.  Could I have counsel come sidebar for a quick moment.

22        Ladies and gentlemen, we are going to do a sidebar,

23  bear with us so I can speak with the attorneys at the side of

24  the bench.

25        (Proceeding at sidebar.)

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Are there any jurors you discussed that
 2    you have come to an agreement that we don't need to speak with
 3    them privately, you don't want to question them and they are
 4    ready to be excused for cause?  If you'd let me know.
 5              MS. McCRAE:  Yes, juror number 17, 18, 25, 30, 32, and
 6    38.
 7              THE COURT:  And 38.  Have you had a chance to
 8    discuss -- is that just up until the break?
 9              MS. McCRAE:  Exactly.  From 42 on we have not
10    discussed.
11              THE COURT:  42 was domestic violence.  Do you want to
12    speak to her further?
13              MS. McCRAE:  No.
14              THE COURT:  So 42.  44, she wanted to speak privately.
15    Her mother was a victim, wanted to speak to her privately.
16    Number 48 had language and transportation issues.
17              MR. SCHILLER:  Cause.
18              THE COURT:  Okay, 48.  49, daughter murdered.
19              MR. SCHILLER:  Cause.
20              THE COURT:  Number 49.
21              MS. McCRAE:  No objection.
22              THE COURT:  52, two days a week she picks -- she has
23    young children.
24              MR. SCHILLER:  No objection.
25              MS. McCRAE:  No objection.
```

Pauline A. Stipes, Official Federal Reporter

 1             *THE COURT:*  Two days a week she picks her children up

 2    at 2:00 o'clock, and then she has other issues.

 3             *MR. PEACOCK:*  All right.

 4             *THE COURT:*  That is fine, 52.

 5             54, difficulty sitting in judgment of others.

 6             *MR. PEACOCK:*  Yes.

 7             *MR. SCHILLER:*  Yes.

 8             *THE COURT:*  Okay, 54.  55 four young children, she and

 9    oldest daughter victim of domestic violence.

10             *MR. SCHILLER:*  The concern she has, she has no one to

11    drop off her four children.  We don't have to get to the other

12    issue, I move for cause.

13             *THE COURT:*  55?

14             *MR. PEACOCK:*  Yes.

15             *THE COURT:*  60.

16             *MR. SCHILLER:*  We should leave 60 for now, until we

17    get through the next line of questions.

18             *THE COURT:*  64, difficulty with wages.  Shall we keep

19    her for now until we know more?

20             *MR. PEACOCK:*  We are agreeable to let her go.

21             *MR. SCHILLER:*  All right.  We'll agree to that.

22             *THE COURT:*  Okay, 64.  And now 72, she wanted to speak

23    with me privately, we need to know more.  78 had a language

24    issue.

25             *MR. SCHILLER:*  Move for cause.

1          *MR. PEACOCK:*  Yes, ma'am.

2          *THE COURT:*  And number 80, working at the Y.

3          *MR. PEACOCK:*  Yes, ma'am.

4          *MR. SCHILLER:*  We agree to cause on that.

5          *THE COURT:*  I will review there is agreement by both

6   sides to the following causes:  17, 18, 25, 30, 32, 38, 42, 48,

7   49, 52, 54, 55, 64, 78, and 80.

8          Government agrees?

9          *MR. SCHILLER:*  Government agrees.

10          *THE COURT:*  Defense agrees?

11          *MS. McCRAE:*  Defense agrees.

12          *THE COURT:*  All I am going to do is have them remain

13   behind and let them know that they are excused.

14          *MR. PEACOCK:*  We were concerned we might not have

15   enough.  We have 65 left, that is enough, if you want to let

16   that one go.

17          *THE COURT:*  Which one?

18          *MR. PEACOCK:*  Disney World, number 60.

19          *THE COURT:*  Why don't we hold off, this is a lunch

20   break right now.

21          (Proceedings at sidebar concluded.)

22          *THE COURT:*  At this time we are going to take our

23   lunch break.  I will ask you to be back at 2:30.  Remember the

24   important instructions, do not discuss the case with anyone, do

25   not have any contact with anyone associated with the case, that

```
 1   is the lawyers and parties at counsel table.

 2           You shall not post on any social media or modes of

 3   communication about the case.  You are not to do any research

 4   about the case, and you are to comply with the rules that the

 5   Court has set forth early on.  You can go to lunch with one

 6   another, you are allowed to talk to other people, you can

 7   indicate you are to return at 2:30.  You are not to talk about

 8   the case or any experience you have had so far.

 9           I will let everyone come back at 2:30, except jurors

10   17, 18, 25, 30, 32, 38, 42, 48, 49, 52, 54, 55, 64, 78 and 80.

11           If you all could remain behind.  Everybody else, thank

12   you for your patience, have a nice lunch, and we will see you

13   back at 2:30.

14       (Thereupon, the jury venire left the courtroom.)

15           THE COURT:  Mr. Schiller, if you need to leave, you

16   can go.

17       (Thereupon, Mr. Schiller left the courtroom.)

18           THE COURT:  Okay, can we close the door back there.

19           Counsel may be seated, that is fine.

20           For the jurors who have remained behind, I want to

21   thank you for your service, but based on certain responses that

22   you gave, we have determined that this would not be the most

23   suitable case for you to sit on.

24           It is not anything that you did or said that was

25   wrong, rather, with each case there are sometimes jurors who
```

 1    may be better or less suited for a particular case for a whole

 2    variety of reasons.  Without you, we would not be able to go

 3    through the selection process to hopefully later today or

 4    Monday select a jury to sit on this case, but your service with

 5    respect to this case has been completed.

 6            You do not need to report back here after lunch.

 7            Please remember the other people who are not in this

 8    room will be returning at 2:30, so I ask you not tell them when

 9    you leave that you have been excused, you are not permitted to

10    discuss that with them.  Once you leave here, you are relieved

11    from your admonition, you are free to talk about your

12    experience here with anyone other than the people who are

13    coming back to serve as potential jurors.

14            And on the summons, do they still have continued

15    service?

16            THE COURTROOM DEPUTY:  No, this was a special panel.

17            THE COURT:  You have fulfilled your obligations.

18    Thank you for your time, attention and patience, and you will

19    be excused at this point.  You need not return.

20            Thank you.

21        (Excused jurors left the courtroom.)

22            THE COURT:  All right.  We will be back at 2:30.

23            (Thereupon, a luncheon recess was taken.)

24          (Thereupon, trial reconvened after recess.)

25            THE COURT:  Okay, we will call our jury in and go over

```
1    general questions to all of them, and make note of those who

2    raise their hand a certain way.  And I thought those persons,

3    coupled with a few of the people who I already noted who wanted

4    to speak privately, at that point we would have the benefit of

5    people who raised their hand to the next set of questions and

6    then we do individual inquiry.  And if there is time, which

7    there may be, I will turn it over to counsel for questioning.

8           MR. PEACOCK:  Judge, we did have a couple of hands

9    that were raised when people said they knew of the case.

10          THE COURT:  I made note of all of that.  They would be

11   among the group that I would want to be speaking with unless we

12   have already excused some of them.

13          For example, 55 was excused, and she said she knew

14   Maria Rodriguez.

15          Number 27 -- has 27 been excused?  No.  27 knows Angel

16   Artola.

17          THE LAW CLERK:  52, 65 was not.

18          THE COURT:  52 was excused as well as 65.

19          Okay, we can bring our jurors in.

20          MS. McCRAE:  Your Honor, during the first portion of

21   the voir dire when you were going through each juror, the

22   jurors were getting up and leaving to go to the restroom.  I am

23   concerned, especially when counsel ask questions, we typically

24   don't --

25          THE COURT:  Melanie or Rita wouldn't let anybody go
```

Pauline A. Stipes, Official Federal Reporter

```
1    out from this point on, only the beginning part.
2              MS. McCREA:  Thank you.
3         (Thereupon, the jury venire entered the courtroom.)
4              THE COURT:  Okay, welcome back.  I hope you had a good
5    lunch.  We'll end by 4:00 today, so everybody knows that.
6              I have a couple of questions for the group now, so
7    listen carefully and raise your hand, you know, when I ask the
8    question -- if I say, you know, please raise your hand if this
9    applies to you, then raise your hand, but keep your hand up
10   until I say your juror number to make sure that I recorded your
11   juror number.
12             So, the first question is, have you, your spouse, or
13   partner or any member of your family or close friend ever used
14   backpage.com?  If so, please raise your hand.
15             THE COURTROOM DEPUTY:  One hand.
16             THE COURT:  Could I have the juror number.
17             THE JUROR:  71.
18             THE COURT:  71.  Okay.
19             Have you, your spouse, partner, family member, close
20   friend been accused of sex trafficking or hiring a prostitute?
21   If so, raise your hand.
22             Seeing no hands.
23             Have you or a close friend or relative ever been a
24   victim of a sex offense, sex trafficking, domestic abuse or
25   sexual abuse?
```

```
 1              Some of you have already spoken about that, but I
 2    suppose, just to be very, very clear, even if you have already
 3    mentioned it, you can raise your hand again.  But I also
 4    expanded the question.
 5              Has any member of the panel, any of you, close friend
 6    or relative ever been a victim of a sex offense, sex
 7    trafficking, domestic abuse, or sexual abuse?  If so, raise
 8    your hand.
 9              THE COURT SECURITY OFFICER:  Jury numbers 1, 3.
10              THE COURT:  1, 3, 22, 79, 34, 39, 43, 44.
11              THE JUROR:  When I was a child, a little molesting
12    involved, three different men.
13              THE COURT SECURITY OFFICER:  62, 65, 66, 69.
14              THE COURT:  69.  Okay.
15              The evidence may include racist comments, racial
16    slurs, images and texts of online advertisements of a sexually
17    explicit nature and sexual videos from online sites and
18    postings.  Is there anything that I just described that might
19    affect your ability to be a fair and impartial juror in this
20    case?
21              If so, raise your hand, please.
22              THE COURT SECURITY OFFICER:  One hand.  33.
23              THE COURT:  33, okay.
24              All right.  At this time, ladies and gentlemen, there
25    are certain jurors that I would like to ask questions who have
```

1    either requested I ask them individually or because of the

2    nature of the question, I would like to hear from you

3    individually.  So, I am going -- is there room for everybody to

4    wait outside?  I am going to hear from one juror at a time.

5    Can everybody go outside and call them in one at a time.

6           After that, the attorneys may have questions, if we

7    have time.

8           I will have you go outside and Rita will come out and

9    call you in one at a time so we can go over certain matters

10   with you.

11      *(Thereupon, the jury venire left the courtroom.)*

12          THE COURT:  All right.  Rita, could we call in juror

13   number 65.

14      *(The prospective juror entered the courtroom.)*

15   *BY THE COURT*:

16   *Q.*  Okay.  So, juror number 65, I am calling you in for two

17   reasons.  Number one, you indicated you knew something about

18   the case.  Let me first find out, what do you know about the

19   case?

20   *A.*  Yes, ma'am, I believe I read an article in the West Palm

21   Beach Post about this case.

22   *Q.*  When was that?

23   *A.*  I want to say approximately four to eight weeks ago.

24   *Q.*  Do you remember any of the specifics?

25   *A.*  Yes, ma'am, I remember sexual trafficking, assault.  I

1    don't remember the Defendant's name in the article, I just

2    remember that he was from Lake Worth.  So, when I heard the

3    allegations against the Defendant, in my mind it popped up

4    earlier this morning, this guy is from Lake Worth.  Then you

5    mentioned Miami or Broward County, and I said to myself, that

6    is not the same person, and at the end, you said he is from

7    Lake Worth and possibly Green Acres.  I suspected in my mind I

8    may have read an article about this Defendant.

9    Q.  You read an article about four or eight weeks ago, you

10   don't know the name of the person, the Defendant, so it could

11   or could not have been this particular Defendant, you just

12   don't know?

13   A.  Yes, ma'am.

14   Q.  Is there anything you learned in the article that was

15   different than anything the Court said in its summary of the

16   case, in other words, any facts that linger in your mind that

17   are different or in addition to anything the Court indicated

18   when it summarized the case?

19   A.  Not to my recollection, other than being pretty horrifying

20   when I read the article.

21   Q.  Is there anything about reading the article that you

22   believe what you just said, you were horrified in reading the

23   article, were you horrified when I read the statement of the

24   case in the same way when you read the article?

25   A.  Yes, ma'am.

1    *Q.*  And you understand now -- by using the word horrified, what

2    do you mean by that?

3    *A.*  I felt so terrible for the victim.  I thought about the

4    person who would have perpetrated these crimes would be some

5    sort of a animal or monster.

6    *Q.*  You don't know if that is the same person that we have here

7    today?

8    *A.*  That is right, I don't recollect the name.  The allegations

9    were extremely more exact, and I remember the man and the town

10   was Lake Worth, but when you mentioned Dade County and Broward,

11   I said, oh, this is a different person.  And when you mentioned

12   Lake Worth, I said that is probably the article that I read.

13   *Q.*  Are you able to sit as a fair and impartial juror in this

14   case both by virtue of the fact of what I read about the case,

15   the summary of the case, which just to remind you is an

16   accusation only, that which appeared in the indictment, it is

17   not anything that has been proven -- nothing has been proven at

18   this point.  It is the Government's burden to prove its case

19   beyond a reasonable doubt.

20        I go into detail when I give my preliminary instructions

21   when the jury is convened.  Understanding that principle, the

22   Government has not put on any evidence and therefore, at this

23   point, has not met its burden of proving anyone's guilt, that

24   was a summary so we could find if anyone knew about the case,

25   having read an article which may or may not be about this

```
 1   Defendant, and the summary I gave of the case, can you sit as a
 2   juror and render a verdict based only on the evidence in this
 3   case and the law I instruct you on?  Do you believe you can do
 4   that?
 5   A.  It is a little emotional for me, because it is hard for me
 6   to say because I felt the alleged crimes were so egregious and
 7   unimaginable and go against me personally, the way I live my
 8   life that -- and then watching a lot of TV, and whatever, I am
 9   thinking if someone has been charged with these crimes by the
10   Federal Court, the highest court in the land, they probably
11   have a very good case.
12       And I know I mentioned yes earlier, but I can't say with a
13   hundred percent certainty that I would be impartial in this.
14   Q.  So, you have a doubt in your mind as to whether you can sit
15   as a fair and impartial juror in this case?
16   A.  A doubt, yes, but I can't say affirmatively that I am going
17   to assume guilt.  I feel like I am a fair and impartial person.
18   Q.  Okay.
19   A.  I am sorry, I can't be clearer than that, your Honor.
20   Q.  All right.
21       THE COURT:  I forgot to let counsel know, if there is
22   agreement from counsel, if you could just let me know by
23   looking at me.  If not, any additional questions, if you have
24   any additional questions, I take it you need to ask more
25   questions.  If you don't have any questions, I assume there is
```

1   an agreement.

2          MR. SCHILLER:  The Government has no additional

3   questions, and there would be agreement.

4          MS. McCREA:  No additional questions, your Honor.

5          THE COURT:  All right.  Then I am going to excuse you

6   at this time, and I do want to thank you for your service and

7   at this point there is no need to return.  But I would ask that

8   you not have any contact with anybody as you are leaving to let

9   them know, for example, that you have been excused, but you

10  have fulfilled your service, and I want to thank you very much.

11         Have a nice rest of the day.

12         (Prospective juror excused.)

13         THE COURT:  Could we bring in number 27.  If you do

14  have questions, I will need to have you tell me what your

15  position is.

16         MR. SCHILLER:  After the questions?

17         THE COURT:  After the questions.

18      (The prospective juror entered the courtroom.)

19  BY THE COURT:

20  Q.  Juror 27, you indicated you know Angel Artola.  Did I not

21  get that right?

22         MR. SCHILLER:  It was 37.

23         THE COURT:  I wrote it down wrong, I apologize.  Let

24  me see if there is a reason to talk to 27.  I know we spoke

25  about this earlier.

Pauline A. Stipes, Official Federal Reporter

 1   *BY THE COURT*:

 2   Q.  Was there anything about your physical condition that you

 3   felt would be difficult for you to serve as a juror?

 4   A.  The lady next to me had a physical condition.

 5   Q.  Not for you?

 6   A.  No.

 7            THE COURT:  I am sorry, I pulled you in by mistake.

 8            So, juror 37.

 9      *(The prospective juror left the courtroom.)*

10            THE COURT:  Okay.  Counsel can be seated.

11      *(The prospective juror entered the courtroom.)*

12   *BY THE COURT*:

13   Q.  So, juror 37, you had raised your hand that you know Angel

14   Artola?

15   A.  Yes, I do.

16   Q.  How do you know Angel Artola?

17   A.  He used to be my landlord and I bought a home from him.

18   Q.  You bought a home from him.

19      Do you consider yourself a friend of his?

20   A.  Yes.

21   Q.  A good friend?

22   A.  Yes.

23   Q.  Okay.

24            THE COURT:  Government?

25            MR. SCHILLER:  Judge, if I can inquire?

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Yes.
 2    BY MR. SCHILLER:
 3    Q.  Good afternoon.
 4    A.  Good afternoon.
 5    Q.  You said you know Angel Artola; is that correct?
 6    A.  Yes.
 7    Q.  Do you know what Angel Artola does for work?
 8    A.  Yes.
 9    Q.  What does he do?
10    A.  Police officer.
11    Q.  Do you know what department he works for?
12    A.  I know he is a detective.
13    Q.  Here in Palm Beach County?
14    A.  Yes, Palm Beach County.
15    Q.  If Detective Artola were to testify in this case and become
16    a witness and take the witness stand, would you be able to
17    judge his testimony fairly?
18    A.  Sure.
19    Q.  Would you automatically believe the things he says because
20    of your knowledge of him and relation to him?
21    A.  I would listen to the facts.
22    Q.  If he would testify that it is snowing outside today and it
23    wasn't, would you believe him merely because you know him?
24    A.  Of course not.
25    Q.  Would you judge his credibility the same as any other
```

1    witness who would testify in this case?

2    A.  Yes.

3          MR. SCHILLER:  Nothing further.

4    BY MS. McCRAE:

5    Q.  Good afternoon.  You indicated that Officer Artola is a

6    friend of yours?

7    A.  Yes.

8    Q.  Do you believe he is an honest person?  If you thought he

9    was not an honest person, would you be friends with him?

10   A.  That is a sticky question.

11   Q.  Some of your friends are less honest than others?

12         MR. SCHILLER:  I object to the question.  It is

13   putting the juror in an awkward position.

14   BY MS. McCRAE

15   Q.  I am not trying to put you in an awkward position.  Would

16   you -- I am trying to find out your thoughts.  Okay.  But

17   specifically for Officer Artola, you do believe him to be

18   honest?

19   A.  Sure.

20   Q.  So, I understand the Government asked you, if he gave

21   testimony that you knew to be false, that it snowed outside,

22   you would not believe that?

23   A.  Sure.

24   Q.  But as he walks in the courtroom, he would start off with

25   you assuming he is an honest person?

1    *A.*  Sure.

2    *Q.*  It would take you seeing something to disbelieve him,

3    right?

4    *A.*  Sure.

5    *Q.*  Whereas with other witnesses who come in, you might hear

6    the testimony to see whether they are honest or not?

7    *A.*  That would be with everybody.

8    *Q.*  With all the other witness, you would wait to hear their

9    testimony to see if they are honest?

10   *A.*  Sure.

11   *Q.*  With Officer Artola, you start off with believing he is

12   honest?

13   *A.*  I will say yes.

14   *BY THE COURT*:

15   *Q.*  You also indicated before there was maybe an issue with

16   scheduling?

17   *A.*  Yes.

18   *Q.*  Could you tell --

19   *A.*  Yes.

20   *Q.*  What was your class schedule?

21   *A.*  Monday through Friday, 6:00 p.m. to 9:30 p.m.

22   *Q.*  And what days does your class go?

23   *A.*  Until the second month of next year, five days a week.

24   *Q.*  But with the holidays, we have looked into the Palm

25   Beach -- you are at Palm Beach State?

```
 1    A.   Yes, ma'am.

 2    Q.   It looks like -- is it your understanding you will be in

 3    classes through December 18th?

 4         Did you check with anybody to find out when the classes end

 5    for the holidays?

 6    A.   I think we have a week and a half before Christmas off.

 7    Q.   You go every night at 6:00 o'clock?

 8    A.   Yes, ma'am.

 9    Q.   If you miss the classes, you won't be able to get the

10    degree you are seeking?

11    A.   Not necessarily.

12    Q.   Would it be a hardship for you to miss the classes?

13    A.   I think so.

14    Q.   Okay.  All right.

15              THE COURT:  I am going to -- does either side need to

16    be heard?

17              MS. McCRAE:  No, your Honor.

18              MR. SCHILLER:  No, Judge.

19              THE COURT:  I am going to excuse you from jury service

20    further on this case.  We don't want you to miss your classes.

21    We want to thank you for your service.  I ask you not speak

22    with anybody when you leave, not tell the other jurors you have

23    been excused, but you have been excused and you do not need to

24    return to this courtroom.  While you may tell other people

25    about your experience here, don't communicate with any of the
```

Pauline A. Stipes, Official Federal Reporter

```
 1    people who are still being considered as prospective jurors in
 2    this case.  Okay?
 3             THE JUROR:  Yes, ma'am.
 4             THE COURT:  Thank you for your time and have a nice
 5    rest of the day.
 6             THE JUROR:  Thank you.
 7        (The prospective juror was excused.)
 8             MR. SCHILLER:  We were agreeing to cause based on the
 9    second reason, not about the knowledge of the witness in this
10    case.
11             THE COURT:  Yes.
12             MR. SCHILLER:  Thank you.
13             THE COURT:  Okay.  Let's bring in juror number 4.
14        (The prospective juror entered the courtroom.)
15    BY THE COURT:
16    Q.  Okay, juror number 4, you indicated that you wanted to
17    speak with the Court privately regarding question number 13,
18    which has to do with whether you -- any family member or close
19    friend had been accused of a crime.  I wanted to give you an
20    opportunity to do that outside the hearing of the other jurors.
21    A.  Yes, your Honor, thank you very much for hearing it that
22    way.  I apologize for not raising my hand in the last round of
23    questions for the question of prostitution, soliciting a
24    prostitute.  That is the exact issue.
25    Q.  Okay.  So you were -- number 13, you were accused of
```

1    engaging in prostitution or soliciting?

2    A.  Soliciting a prostitute and lewd exposure because I exposed

3    myself to that officer.

4    Q.  How long ago was that?

5    A.  It was in 1993, I believe.

6    Q.  What was the outcome of that?

7    A.  So, as to my previous question as to law enforcement, I

8    didn't take a lawyer, I went in front of the judge and pleaded

9    no contest because I did it.  And if you can't do the time,

10   don't do the crime, the slang saying.  I threw myself at the

11   mercy of the Court and the judge knocked it down to what have

12   you.  The first one was a misdemeanor, the second one, lewd

13   exposure, he dropped that down to a misdemeanor, and I believe

14   I paid a fine.  And I can't recall what other --

15   Q.  Is there anything about that experience you had, that you

16   described to the Court, that you believe would impact your

17   ability to sit as a fair and impartial juror in this case given

18   the nature of the allegations as I summarized them earlier

19   today?

20   A.  Yes, your Honor.  So, when it originally happened, I

21   thought I was a victim, two people agreeing to a transaction.

22   After the fact, I understand that it's not, because that person

23   didn't want to do it, they either had a drug addiction or

24   mental problem or were forced into it.

25   Q.  And so, based upon what you came to understand, and it has

1   had an emotional impact, and I am basing that on my observation

2   of you now, would that make it difficult for you to be a juror

3   in this case such that you wouldn't necessarily be able to

4   separate your personal feelings from the facts of this case,

5   which are very separate and different from your own experience?

6   But nevertheless, I want to just find out whether your personal

7   feelings are going to get in the way of you being able to be

8   objective and evaluate the evidence impartially.

9       What do you say about that?

10  A.  Yes.  So, I believe that just my personal feelings about it

11  is one thing, but I think I am biased towards the victim.

12  Q.  And you come into the case with that bias?

13  A.  I believe so, and I don't think I can separate it.

14  Q.  Okay.

15          THE COURT:  Any followup questions from the

16  Government?

17          MR. SCHILLER:  No, your Honor, no objection.

18          THE COURT:  Okay.  From the Defense?

19          MS. McCREA:  No, your Honor, no objection.

20          THE COURT:  Okay, I want to thank you very much.  I am

21  sorry to have to bring up a difficult topic for you, but it is

22  important, of course, that we understand it for the benefit of

23  the parties.  And so, for that reason, we are going to excuse

24  you.  We want to thank you for the time you have given us thus

25  far.

1          I ask you not to let anybody know when you are

2   leaving, do not communicate with the other jurors.  Once you

3   leave, you can talk about your experience, not with the people

4   who are still here, they may end up on the jury.  Thank you

5   very much.  I wish you a nice rest of the day.

6       *(The prospective juror was excused.)*

7          MS. McCRAE:  Your Honor --

8          THE COURT:  Now, we didn't talk about juror number 24

9   before, but he said he had difficulty reading.  I had him come

10  back.

11         Did you want him to be questioned?

12         MR. SCHILLER:  The Government would be recommending a

13  cause challenge.

14         MS. McCRAE:  There wasn't an agreement.  I think the

15  juror indicated he has difficulty with reading, juror 24, but I

16  don't believe that that should disqualify him from service in

17  this case.

18         THE COURT:  Do you have documents that someone must be

19  able to read in order to understand the evidence in the case?

20         MR. SCHILLER:  The Government does, hundreds.

21         MS. McCREA:  I think the hundreds counts like

22  individual text messages in the hundreds.  I don't think it is

23  a reading intensive case, and I don't think there is a reading

24  test for someone to be qualified as a juror.  My problem is a

25  history in this country based on a reading test.

1          *THE COURT:*  I am not trying to make law in terms of

2     the history of civil rights issues here, it is actually a much

3     more simple question.

4          What I am going to do -- and I will let you question

5     him.  I tried to do it in a very unobtrusive way, but that

6     suggested to me that he would not be able to review evidence in

7     the case, and I certainly didn't want to embarrass him or put

8     him on the spot in any way.

9          If there is no agreement, I will bring him in, and you

10    can ask your questions regarding the reading, because that is

11    why I have circled him.  I made note of him only because I know

12    there are documents in this case.  If there is nothing to read,

13    it would be an issue.  As the Court would see it, since there

14    are things to read, and he indicated he could not read or he

15    had difficulty reading, you can explore what he means by that.

16         That is why I have him noted.  It is not to make a

17    statement greater or smaller than that.  Depriving people of

18    their rights to serve as a juror, this Court appreciates the

19    right of every person to serve as a juror and appreciates the

20    need that both parties have for jurors.

21         Just as we have not been able to keep certain jurors

22    who indicate they do not understand the English language enough

23    to appreciate it, and there has been no objection from both

24    sides, I have an equal concern with somebody who couldn't read

25    because the evidence is coming in by way of words, listening as

1    well as reading.

2              So, we will bring 24 in, and I will allow questions of

3    24.

4              MS. McCRAE:  Before we bring in the juror, I

5    understood what the parties would do is say just no further

6    questions if we had no objection.  What I don't want is a

7    situation like we had with the last juror, whether or not they

8    have an objection.  That is putting us in a position that we

9    state whether there is an objection.

10             THE COURT:  No, just indicate whether you have

11   questions.  If we want to make it so there is no issue, why

12   don't you get a sticky in your hand.  Both of you hold it up

13   just like that if you both want the person excused.  If I don't

14   see both of you doing it, I might not excuse the person.

15             This is a preliminary screening and really to go into

16   the issue for which I am bringing the person in.  You will be

17   able to question them about other issues as well.

18             MR. SCHILLER:  28 U.S.C. 1865, qualification for jury

19   service, it specifically says in paragraph B, in making a

20   determination, Chief Justice of the District Court, or such

21   other District Court Judge, or the clerk if the jury selection

22   plan provides, shall deem any person qualified to serve on

23   District Court unless he or she, number two, is unable to read,

24   write, and understand the English language sufficient to fill

25   out satisfactorily the juror qualification form.  That might be

```
 1   part of the inquiry the Court wants to make, 28 U.S.C. 1865.
 2            THE COURT:  Okay, let's bring in juror number 24.
 3        (The prospective juror entered the courtroom.)
 4   BY THE COURT:
 5   Q.  Okay, hello, juror number 24.
 6        I had called you in because I do know that there are going
 7   to be certain documents that come into evidence in this case.
 8   We will have people testifying in the witness stand and you
 9   will be able, if you are selected as a juror, to hear what they
10   have to say, but sometimes the evidence comes in on pieces of
11   paper, documents.  They are called different things, but they
12   have writing on them, and then the pieces of paper go back into
13   the jury room, back there when you deliberate, and the jurors
14   will discuss the evidence, including the documents that have
15   writing on them.
16        You had explained to the Court earlier that you had a
17   little bit of difficulty reading.  Could you give me further
18   explanation how much difficulty you have reading?
19   A.  I don't have no experience to.
20   Q.  Could you say that one more time?
21   A.  My father was a shipper, he kept us in the cotton field.
22   Q.  So, you never went to school?
23   A.  Just a little bit, not enough to learn.
24   Q.  Okay, no problem.  I don't want to put you in a difficult
25   situation.  So, if anything that has writing on it at all, even
```

```
 1    a couple of words, do you believe that you would have trouble

 2    reading any words on a piece of paper if you were picked as a

 3    juror and you went back to consider all of the evidence?  How

 4    do you feel about that?

 5    A.  I would have a problem with it.

 6    Q.  Okay.

 7    A.  If I didn't know what it was.

 8    Q.  Okay.  All right.  Let me see if the attorneys have any

 9    questions about that.

10          THE COURT:  Does the Government have any questions?

11          MR. SCHILLER:  No.  No, your Honor.

12          THE COURT:  Does Defense have any questions?

13          MS. McCRAE:  No, your Honor.

14          THE COURT:  All right.  I do want to thank you for

15    coming, and we really appreciate your service.  Because certain

16    documents may come into evidence, um-m-m, I am going to excuse

17    you so you are not put in a position of not being able to

18    consider the evidence in this case, but your role in this case

19    has been very important because people such as yourself coming

20    to allow us ultimately be able to select a jury for this case,

21    it is with a sense of gratitude, but you are excused at this

22    time, which means you can leave.

23          I would ask you not tell anybody here you have been

24    excused, but just walk out of the courthouse.  When you leave,

25    you are free to talk about your experience with any people,
```

```
 1    just not the people that are out there.  We likely will select
 2    some of them to serve on the jury in this case.
 3             THE JUROR:  Thank you.  I want to say thank you.
 4             THE COURT:  Okay, you have a good day.
 5             THE JUROR:  Thank you, ma'am.
 6         (The juror was excused.)
 7             THE COURT:  Okay.  If we could bring in juror number
 8    26.  26 was the one with MS.  I want to make sure 26 is okay
 9    being in the case.
10         (The prospective juror entered the courtroom.)
11    BY THE COURT:
12    Q.  Okay, I want to review with you, juror number 26, your
13    physical condition to be absolutely sure.
14         It would be, at most, a three-week trial, maybe a little
15    bit shorter.  You would be able to sit, if you are selected, in
16    these more comfortable off white chairs over here.  We do take
17    a mid-morning break, a lunch break, and a mid-afternoon break,
18    but if at times you needed to stand up, as long as you are not
19    blocking someone behind you, we could make accommodations in a
20    place where you could stand up.
21         Do you feel comfortable that you could physically handle
22    that?
23    A.  Yes, I do.  I do.  But, like I said, the nature of multiple
24    sclerosis is very -- you know, you just don't know from one day
25    to the next what kinds of things are going to be affecting you.
```

1       Like I said, I don't have to take any kind of injections or

2  medicine for it, but I have to manage what I eat, because there

3  are other things that have, you know, as a result of the MS,

4  that I have to watch as far as diet is concerned and that, low

5  blood sugar, and what have you.  But, I mean, I feel capable to

6  do it.

7  Q.  Okay.

8  A.  But whenever -- like I said, if it happens to be a bad day

9  and there is a lot of pain, what I do normally now to get

10 through my days, I double up on analgesics or stuff, or I have

11 to go see my chiropractor or therapist or something, which I

12 would not be able to do, of course, if I were on the jury.  It

13 is really hard for me, I can't predict.

14      I can tell you that on a daily basis that I have to do

15 things to manage my spasticity and, you know, stiffness and

16 moving around.  For the last two weeks it was tough, I have

17 seen my chiropractor because of back issues and neck issues,

18 but as far as my mental state is concerned, I am perfectly

19 capable of making decisions.  It has not affected me -- it

20 doesn't affect me that way.  It is unpredictable.

21 Q.  Would you like to be considered as a possible juror in this

22 case?

23 A.  Yes.  I mean, I've always believed that it is important to,

24 you know, to do your civic duty.  I have done it previously and

25 I feel as though it is important to do.

1          It does seem as though it could be a long period of time,

2     so I am -- I am concerned about just the restrictiveness of --

3     you know, let's say if it were three weeks, I don't restrict

4     myself on a regular basis even for -- I mean, I try to move

5     around as much as I possibly can.

6     Q.  Okay.

7     A.  I am a little concerned about it.  I would want to do it, I

8     just -- if there were a day that I would have to say I just

9     can't do this today because I am in too much pain, I wouldn't

10    want to disrupt the flow of the situation.

11    Q.  Okay, I understand.  I appreciate that.

12         THE COURT:  Do counsel have any questions?  Does the

13    Government have any questions?

14         MR. SCHILLER:  No questions, your Honor.

15         THE COURT:  Does Defense?

16         MS. McCRAE:  No questions, your Honor.

17         THE COURT:  All right.  Well, I think what sounds like

18    is best, because we don't want to put new a situation where you

19    would be worried about -- well, discomfort as well as worrying

20    about managing it in order not to disrupt what is going on with

21    the trial when you have personal needs to tend to.

22         Given the length of the case -- not all cases are

23    three weeks, this is on the longer end of a trial, many are

24    longer, but many shorter -- I will excuse you from this trial

25    with an understanding that you are ready, willing, and able to

```
 1    serve.  We never questioned your ability to serve, it was a
 2    matter of not having you uncomfortable in such a way -- it is
 3    long days and it is going to be likely three weeks.
 4              With that, I thank you and I will excuse you.  When
 5    you leave the courthouse I will ask you not to interact with
 6    the other jurors.  You may talk to other people if you wish to
 7    do so, but don't have any contact when you go outside.  Some of
 8    them will be jurors and they will be sitting in on the case.
 9              THE JUROR:  Thank you, I appreciate your
10    understanding.
11              THE COURT:  Absolutely, we wish you well.
12         (The prospective juror was excused.)
13              THE COURT:  If we could have juror number 34.
14         (The prospective juror entered the courtroom.)
15    BY THE COURT:
16    Q.  Okay.  Juror number 34, you had raised your hand and had
17    also answered the question earlier relating to your daughter,
18    and I just wanted to ask you whether -- you actually indicated
19    you still felt you could be fair and impartial, and then you
20    raised your hand regarding the last group of questions.
21         As I recall, in answer to number 11, your younger daughter
22    had been raped.
23    A.  Correct.
24    Q.  I just wanted to have the opportunity to give you any
25    privacy that you needed in any followup questions to ensure
```

1    that there is nothing about that experience that you feel would

2    put you in a difficult position emotionally, psychologically,

3    any other way, and also won't get in the way of your being able

4    to impartially consider the evidence in this case so that you

5    can be fair and render a fair verdict at the end of all of the

6    evidence.

7    *A.*  I don't know that I can be fair.

8    *Q.*  Because of that experience?

9    *A.*  Exactly.

10   *Q.*  So, you have a question in your mind as to whether you can

11   be fair?

12   *A.*  Yes.  Yes, I do.

13   *Q.*  Okay.  Do you think it may be difficult to be fair because

14   of that experience?

15   *A.*  Probably, yes.

16   *Q.*  Okay.  All right.

17          *THE COURT:*  Okay.  Does the Government have any

18   followup.

19          *MR. SCHILLER:*  No followup questions.

20          *THE COURT:*  Any followup?

21          *MS. McCREA:*  No, your Honor.

22          *THE COURT:*  Given what you said, and we do appreciate

23   your honesty and are very sorry to hear what has happened --

24   what had happened to your daughter, we are going to excuse you.

25   We don't want to put you in a situation where you question

1    whether you can be fair because of that.

2           I will excuse you.  I thank you for the time you have

3    given us.  Do not communicate with anybody when you leave, do

4    not tell them you are excused.  You can share your experience,

5    but not with those who are waiting, some of them will be

6    selected as jurors in this case.  We will excuse you and wish

7    you well.

8           THE JUROR:  Thank you.

9           THE COURT:  Thank you.

10      (The prospective juror was excused.)

11          THE COURT:  Juror 44.

12      (The prospective juror entered the courtroom.)

13   BY THE COURT:

14   Q.  Okay, juror number 44, thank you.

15      I wanted to review with you your answer to one of the

16   questions, and you also raised your hand when I asked about one

17   of the general questions regarding family members or anyone who

18   may have experienced sexual abuse or domestic abuse.

19      You told us that your mother was a victim?

20   A.  Yes.

21   Q.  But you said you wanted to talk about it privately.  And

22   you also raised your hand, and then you said it wouldn't affect

23   your ability to be fair and impartial.  Would you be able to

24   tell me at this point what it is that you wanted to say

25   privately?

1    *A.*  Yes.  Should I stand?

2    *Q.*  We want to make sure Pauline hears.  It would be good if

3    you did stand.

4    *A.*  My mother told me she was molested by her stepfather.

5    Nobody knows that, nobody in our family knows that.  She told

6    me she was as a child.

7    *Q.*  Okay.  And do you believe -- you spoke to it earlier.  Do

8    you believe that would affect your ability to be a fair and

9    impartial juror in this case?

10   *A.*  No.

11   *Q.*  All right.

12        *THE COURT:*  Let me ask if the Government has any

13   questions of our juror?

14        *MR. SCHILLER:*  No, Judge.

15        *THE COURT:*  Does Defense have any questions?

16   *BY MS. McCRAE:*

17   *Q.*  Sorry to pry, how long ago did your mother disclose this to

18   you?

19   *A.*  Within the last few years.  She was born in '46, so she is

20   like 72, something like that, but she was 12 when it occurred.

21   *Q.*  Did you know her stepfather?

22   *A.*  No.  I was very surprised, it was within the last couple

23   years she told me.  The only other person I think knows in this

24   world is probably my father.  My brother doesn't know, nobody

25   else knows.

```
1    Q.  I know the Judge read the summary of the allegations

2    earlier this morning, that the charges that the Government has

3    brought against Mr. Williams include allegations of sex

4    trafficking of minors.  Do you think that if you are hearing

5    evidence regarding sex trafficking of minors that would at all

6    trigger your memories about your mom's disclosure and what

7    happened to your mom?

8    A.  I only know it about her, I don't know any other person,

9    and it was a long time ago.  I am not sure why she told me, I

10   was very surprised.

11          MS. McCREA:  Thank you.

12          THE COURT:  Okay, thank you very much.

13      (The prospective juror left the courtroom).

14          THE COURT:  Juror number 72.

15      (The prospective juror entered the courtroom.)

16   BY THE COURT:

17   Q.  Let's see.  Juror number 72, I think you wanted to talk to

18   me privately about question number 13, whether you, any family

19   member, or close friend has been accused of a crime.

20      This is as private as I can make it.  The attorneys and

21   parties are here.  I want you to be heard on that.  What did

22   you want to tell me?

23   A.  Yes.

24   Q.  If you could stand up.

25   A.  My son.  I am talking about my son.
```

1   Q.   What happened with your son?

2   A.   He was accused of pulling a gun on somebody.

3   Q.   He was accused of pulling a gun?

4   A.   Yes.

5   Q.   What happened as a result?  Was there a trial or anything

6   of that nature?

7   A.   Yes.  What he did --

8   Q.   What happened?

9   A.   He didn't pull a gun.  It was in his pocket, it was

10  licensed.

11  Q.   Did he have to face any criminal action?

12  A.   First, when they call and say he have a bond, to put up

13  bond, they come to arrest him, but the gun was in his pocket.

14  Q.   Okay.

15  A.   So they arrested him.

16  Q.   And then what happened?

17  A.   And then they take him to gun club and then they sent him

18  to --

19  Q.   You have to hold the microphone closer.

20  A.   He said he didn't pull it, the gun was in his pocket, and

21  they dismissed it.

22  Q.   They dismissed it, that is what you said?

23  A.   Yes.

24  Q.   Okay.

25  A.   They said it was -- he had to do a four-hour class.

```
 1    Q.   Okay.   Is there anything about that experience that

 2    happened with your son that would affect your ability to be a

 3    fair and impartial juror in this case if you were selected?

 4    A.   No.

 5    Q.   No?

 6    A.   No.

 7              THE COURT:   Does the Government have any questions?

 8    BY MR. SCHILLER:

 9    Q.   Good afternoon, ma'am.

10    A.   Good afternoon.

11    Q.   If you hear any testimony in this case about holding a

12    firearm or using a firearm, will you be able to be fair both to

13    the Defense and to the Government in this case even though you

14    might hear testimony about the use of a firearm?

15    A.   Yes.

16    Q.   That won't bother you at all?

17    A.   It won't bother me.

18              THE COURT:   Defense.

19              MS. McCRAE:   No followup.

20              THE COURT:   All right.   Thank you so much.

21       (The prospective juror left the courtroom.)

22              THE COURT:   Juror 71, please.

23       (The prospective juror entered the courtroom.)

24    BY THE COURT:

25    Q.   Juror 71, you raised your hand when I asked you about
```

1    backpage.com?

2    *A.*  I am not proud of myself, I have been to the website

3    before.

4    *Q.*  You have been to the website.   How often?

5    *A.*  I think it has been shut down for like three years, but,

6    anyway, I am embarrassed to answer these questions, but the

7    answer is going to be yes, yes, yes.

8    *Q.*  It would have been over three years ago?

9    *A.*  Yes.

10   *Q.*  Okay.  For what period of time did you go to the website?

11   *A.*  Maybe a span of four years.

12   *Q.*  Okay.  Is there anything about you having gone to that

13   website that you think could affect your ability to be a fair

14   and impartial juror in this case?

15   *A.*  Yes, ma'am.

16   *Q.*  You think that you would not be able to be a fair and

17   impartial juror in this case because you have gone to that

18   website?

19   *A.*  Yes, ma'am.

20   *Q.*  And why is that?

21   *A.*  I am embarrassed to answer these questions, unless you want

22   me to go into detail, but I don't think I would be a good juror

23   for this case.

24   *Q.*  Okay.  All right.  I, of course, don't mean to put you on

25   the spot.

1    *A.*   I apologize to everybody.

2    *Q.*   No --

3    *A.*   I didn't realize it until you asked the question.  Anyway,

4    I am embarrassed about the whole thing, it is my fault.

5    *Q.*   You did the right thing by raising your hand so you would

6    allow me to call you back in to question you because, at the

7    end of the day, what our interest is in here is that we do get

8    a fair and impartial jury.  By coming forward, I know that was

9    not easy for you.  I want to thank you for that, you have gone

10   one huge step toward assuring that the parties have a fair

11   trial.  Thank you for that.

12        We will excuse you, you don't need to return to this case.

13   I ask you to not let anybody know you have been excused when

14   you leave, and do not talk to them about it.  You are free to

15   discuss it with anyone when you leave, but not the people who

16   are here.

17   *A.*   Thank you very much.

18        *THE COURT:*   Thank you, have a nice day.

19        *(The prospective juror was excused.)*

20        *THE COURT:*   Let's bring in juror number 1.

21        *(The prospective juror entered the courtroom.)*

22   *BY THE COURT*:

23   *Q.*   Juror number 1, you raised your hand when I asked questions

24   about whether anyone had experienced any sex offense or sex

25   trafficking or domestic abuse or sexual abuse, and I wanted to

1   understand what it was.

2   A.  Yes --

3   Q.  If you could stand and hold the microphone close.

4   A.  It was sort of the end of the -- when I was a child I was

5   molested.

6   Q.  You were molested as a child?

7   A.  Yes.

8   Q.  How many years ago?

9   A.  30 something years ago.

10  Q.  And do you believe that that experience would interfere and

11  affect you and not allow you to be a fair and impartial juror

12  in this case, or do you think you can be a fair and impartial

13  juror in light of what has happened to you and in light of the

14  allegations in this case?

15  A.  I think I can be fair.  I am over it.

16  Q.  Okay.  You believe you could be fair and impartial?

17  A.  Yes.

18  Q.  Okay?

19       THE COURT:  Does the Government have any questions?

20       MR. SCHILLER:  No.

21       THE COURT:  Does Defense have any questions?

22  BY MS. McCRAE:

23  Q.  I am sorry to have to pry, how old were you when that

24  happened?

25  A.  I would say around seven or eight.

1   Q.  And I know you raised your hand when the judge asked the

2   question at the end to see if anybody fell into this category.

3   I don't know if you mentioned it before we went through the

4   questionnaire.

5   A.  Everybody was talking about past history, I didn't think we

6   were going back that far, and I said, okay, I will be fine.

7   Q.  Was the perpetrator someone you knew?

8   A.  Yes, a neighbor.

9   Q.  When the Court read the summary first thing this morning

10  about the allegations of the case, some of the allegations in

11  the case are accusing Mr. Williams of sex trafficking of

12  minors.

13      Do you think that could be difficult for you to look at and

14  review evidence that the Government would present to try to

15  prove that someone sex trafficked a minor?

16  A.  I don't assume so.

17  Q.  What do you mean by that?

18  A.  I don't know.

19  Q.  Again, I am sorry to pry, I know you mentioned you went

20  through therapy because of your experiences.  Are you still in

21  therapy for them?

22  A.  No.

23  Q.  And when you came in this morning and heard about the

24  nature of the charge, charges, what did you think at that time?

25  A.  I really didn't think of anything.  It didn't cross my

```
 1   mind.  Maybe if I know more about the case or evidence,
 2   whatever, that would be presented, maybe it will bring
 3   something there, but --
 4   Q.  So, if I understand, you are saying at least at this point
 5   you are thinking that you could put it aside?
 6   A.  Can you repeat the question?
 7   Q.  Do I understand you correctly that you are saying just from
 8   what you heard so far you are thinking you could put your
 9   experience aside?
10   A.  Yes.
11   Q.  But are you also saying that when you find out more about
12   the case it could be difficult to do that?
13   A.  Maybe.
14   Q.  Because of what you went through?
15   A.  Yes.
16   Q.  Thank you.
17           MR. SCHILLER:  Judge, if I could follow up?
18           THE COURT:  Yes.
19   BY MR. SCHILLER:
20   Q.  Good afternoon.
21   A.  Hi.
22   Q.  You already heard generally what the charges are about in
23   this case, the Judge told you they are involving sex
24   trafficking of adults and minors, and there may be allegations
25   of physical violence.  She talked about pins, firearms, among
```

1    other things.

2        Knowing that already, that this case will involve something

3    along those lines, anything about the incident that occurred to

4    you when you were a child that will prevent you from being fair

5    and impartial in this case knowing what you know already?

6    A.  No.

7    Q.  Okay.  All right.  So, if there would be more evidence

8    about the same kinds of things, the Judge mentioned something

9    about backpage, that is obviously out there, if this is what

10   this case is about, we cannot give you the facts, can you be

11   fair and impartial given what happened to you?

12   A.  Yes.

13            MR. SCHILLER:  Nothing further.

14            THE COURT:  All right.  Thank you very much.  Thank

15   you so much.

16       (The prospective juror left the courtroom.)

17            THE COURT:  And you said juror number 2 wanted to come

18   in?

19       (The prospective juror entered the courtroom.)

20   BY THE COURT

21   Q.  All right.  Juror number 2, did you want to say something?

22   A.  I should have raised my hand earlier when you asked that

23   question.  Yes, I visited backpage.

24   Q.  How long ago was that?

25   A.  Probably in the last two years.

```
 1    Q.  It has not been shut down in the last two years?

 2              THE LAW CLERK:  It was shut down in April of this

 3    year.

 4    BY THE COURT:

 5    Q.  Oh.  So, in the last two years you have visited it?

 6    A.  Yes, ma'am.

 7    Q.  Do you believe having visited it that would impact you in

 8    terms of your ability to be a fair and impartial juror in this

 9    case?

10    A.  Yes, I could be impartial in this case, would it affect me.

11              THE COURT:  Any followup questions from the

12    Government?

13              MR. SCHILLER:  Yes, ma'am.

14    BY MR. SCHILLER:

15    Q.  Good afternoon.  I apologize in advance, I have to ask

16    questions about that which may get a little personal.  How long

17    did you use backpage for?

18    A.  Probably about four years.

19    Q.  Generally, backpage is known to be a place where you can

20    solicit prostitution, but there are other things on there as

21    well.  Did you use it for soliciting prostitution?

22    A.  No.

23    Q.  What did you use it for?

24    A.  I did get a massage from there.

25    Q.  You said a massage.  Did you only engage with someone you
```

```
1    met on backpage one time?

2    A.   No.  Four times.

3    Q.   Each of the times, just a massage?

4    A.   Yes.

5    Q.   Nothing more than that?

6    A.   No.  I have to be honest with the Court.

7    Q.   I appreciate that.  That is why I wanted to ask you.

8         In the use of backpage, how did you pay for services, cash,

9    credit card, or bitcoin?

10   A.   I don't remember.

11   Q.   Would you pay in person or on the website?

12   A.   At the place.

13   Q.   Were they at massage parlors or hotels?

14   A.   Massage parlors, they were like a regular business.

15   Q.   They happened to be advertising on backpage?

16   A.   Yes.

17   Q.   How did you first find out about backpage?

18   A.   Scrolling for massages in the area and that came up.

19   Q.   In a Google search?

20   A.   Yes.

21        MR. SCHILLER:  Thank you, no further questions.

22        THE COURT:  Thank you so much.  You can go back

23   outside, thank you.

24     (The prospective juror left the courtroom.)

25        THE COURT:  Juror number 3.
```

Pauline A. Stipes, Official Federal Reporter

```
 1        (The prospective juror entered the courtroom.)
 2   BY THE COURT:
 3   Q.  Thank you.  You raised your hand when I asked questions
 4   regarding whether anyone had been a victim of sex abuse or a
 5   sex offense, sex trafficking, domestic abuse.  I do recall in
 6   answering number 13, question 13, you had indicated that
 7   somebody had gone to jail for sex -- for child --
 8   A.  I went --
 9   Q.  You went to jail.  Is that why you raised your hand?
10   A.  No.  This is different.  I was almost raped at age 11, 11
11   or 12, and the person went to prison for five years.
12   Q.  The person who attempted to rape you went to prison for
13   five years?
14   A.  Yes.  And my daughter was by my ex-husband, that is why I
15   am divorced.
16   Q.  I am sorry to hear about both of those experiences.
17        Will those experiences, in your opinion, affect your
18   ability to sit in this trial and be a fair and impartial juror
19   and therefore to be able to render a fair and impartial
20   verdict, given what I have read to you as to the allegations in
21   this case?
22   A.  No, because the whole thing, without saying nothing, and I
23   broke down, because there is so much in it.
24   Q.  Do you think it would bring up those memories sitting
25   through this trial?
```

1    *A.*   No.  My daughter is 29 now.

2    *Q.*   Okay.  All right.  Let me see if the attorneys have any

3    questions?

4         *THE COURT:*  Any questions from the Government?

5         *MR. SCHILLER:*  Yes.

6    *BY MR. SCHILLER:*

7    *Q.*   Good afternoon, ma'am.  In the case involving your

8    ex-husband and daughter, sorry to ask, but was he arrested?

9    *A.*   Yes.

10   *Q.*   And was he convicted or what happened?

11   *A.*   He stay in prison for a year, and they discharge him.

12   *Q.*   Okay.  Did he go to trial?

13   *A.*   Yes.

14   *Q.*   And was he found not guilty?

15   *A.*   Yes.

16   *Q.*   Oh, I see.  So, he got out of jail because he was found not

17   guilty?

18   *A.*   Yes.

19   *Q.*   Do you have any feelings about that, maybe you feel good

20   about the justice system, you feel bad about the justice system

21   because your husband was acquitted?

22   *A.*   At first I felt bad, but I forgave him.

23   *Q.*   I understand about him.  What about the Court system

24   themselves, police, prosecutors, defense attorneys, judges, do

25   you have any ill feeling about the court system?

1   *A.*  No.  It helped me a lot.  I had to go to parent classes,

2   and that thing.

3   *Q.*  And you and your daughter were able to get services?

4   *A.*  Yes.

5   *Q.*  That is fantastic.

6        *MR. SCHILLER:*  Thank you, Judge.

7        *THE COURT:*  Any questions from Defense?

8   *BY MS. McCRAE:*

9   *Q.*  Good afternoon.  I know you heard, when the Judge gave a

10  summary this morning about the case, that she detailed that

11  some of the accusations in this case are that Mr. Williams

12  committed sex trafficking of minors.  If you were a juror in

13  this case, you might hear evidence alleging that adults were

14  having sex with children.

15      I am wondering, listening to that evidence, would it make

16  you think of your experience as a child or the experience your

17  daughter went through as a child?

18  *A.*  No.  After that, I got five kids, so, it didn't bother me,

19  because nothing happened with me.  With my daughter, she still

20  has a lot of stuff she didn't tell me.  I didn't hear all of

21  the details, I was out of the room at the time.

22  *Q.*  When you heard the summation of the case, it did not make

23  you think at all about those past experiences?

24  *A.*  Maybe made me felt bad, it was my husband.

25  *Q.*  What do you mean by that?

1    *A.*  I don't think about what did I do wrong for him to touch my

2    daughter, and after I asked him, he told me because his

3    daughter was raped.

4    *Q.*  That was his explanation about attacking your daughter?

5    *A.*  Yes.

6    *Q.*  How do you think that impacted how you feel about people

7    who get accused of raping children?

8    *A.*  How do I feel?  Like when I went to jail, you do the crime,

9    you pay the time.  That is what they told me when I went to

10   jail.

11   *Q.*  Do I understand what you are saying is if someone does

12   something, they should be punished?

13   *A.*  Yes.

14   *Q.*  Do you think having those experiences that you had in your

15   past affects how you feel about someone who is accused of those

16   crimes?

17   *A.*  No.  Sometime some people can be, I guess -- because some

18   kids say -- I don't know, I can't explain.

19        Some kids throw themselves on people, too, young ladies,

20   girls, I have seen that in my life.

21   *Q.*  You have seen experiences on either side?

22   *A.*  Yes.

23   *Q.*  Thank you.

24            *THE COURT:*  Okay, thank you so much.

25        *(The prospective juror left the courtroom.)*

Pauline A. Stipes, Official Federal Reporter

1          THE COURT:  If we could have juror number 22.

2      (The prospective juror entered the courtroom.)

3  BY THE COURT:

4  Q.  Juror 22, you raised your hand when I asked if anyone had a

5  close friend or family member who had experienced any form of

6  sexual abuse.  I wanted to speak with you about that.

7  A.  When I was young, it was me and my mother's boyfriend for a

8  few years, and I was old enough to ask him to stop.  The whole

9  family knew and nobody did anything about it, but we moved on.

10 Q.  You moved on?

11 A.  We moved on.

12 Q.  How many years ago was that?

13 A.  I am nervous.  33 years ago.

14 Q.  33 years ago.

15     Do you believe that a case of this nature, given the

16 summary that I read of the allegations, would in any way put

17 you in a difficult position or in a position in which you

18 wouldn't be able to put any emotional feelings you have aside

19 based on your personal experiences, and to be able to listen to

20 the evidence and render a fair and impartial verdict, or do you

21 believe you can do that?

22 A.  I absolutely think I can.  My education and experience and

23 my career as a parent has allowed me to have a fair way of

24 looking at things as an educator.

25          THE COURT:  Anything further from the Government?

1              MR. SCHILLER:  No.

2      BY MS. McCRAE:

3      Q.  I know when this happened to you, you were young.  Do you

4      know how old you were?

5      A.  I don't know when it started, but it stopped when I was 13.

6      Q.  And after you said you put a stop to it, that is when your

7      mother's boyfriend left?

8      A.  They weren't together in a couple of the years, but we

9      were -- when you are 13 years old, you are with an adult, you

10     think it is normal.  He stopped coming around.  However, when I

11     was 17, we started spending more time and my mother started

12     spending more time with him, and I reconciled my thoughts and

13     feelings and it helped me know that he was this human being,

14     and it was his choice and had nothing to do with me, plus

15     therapy helped.

16     Q.  After that period in your late teens when your family was

17     trying to reconcile it, was he out of the picture after that?

18     A.  No.  I chose to see him, I had to work it out myself.  We

19     don't keep in touch now.

20     Q.  But when you were in your 20's and 30's you chose that?

21     A.  Yes.

22     Q.  I know you heard the Judge's summary about the case that

23     deals with allegations of sex trafficking of minors.  If you

24     are chosen as a juror in the case, you will hear evidence about

25     adult men having sex with minors.

1    A.   Yes.

2    Q.   Knowing that you would be hearing evidence about that,

3    testimony about that, do you think that might make you think

4    about your own experience even slightly?

5    A.   Not when you say slightly, I think -- I don't have any

6    anger or resentment toward what happened to me.  I think that

7    some people -- and in his case, he is not the healthiest person

8    and he needed help, and we worked through that, and that was

9    good for me.

10       I don't think so.  I think I would listen openly to see

11   what was there, be open minded about it.  I don't cry about it.

12   I think I did really good, my family and I and Walter, working

13   through all of this.

14   Q.   So, it sounds like you are thinking this would be an okay

15   sort of case for you, as opposed to thinking that maybe another

16   sort of case might be more comfortable for to you serve in?

17   A.   I think when, your Honor, you explained this, the

18   assumptions, accusations, I had to ask myself that, and I

19   think -- again, I am a educator and some of the studies, it is

20   important not to have -- no, it wouldn't bother me.  I work

21   with a lot of kids who have gone through a lot of stuff and

22   been the victim and I don't think it affects how I see them.

23            MS. McCREA:   Thank you.

24            MR. SCHILLER:   A quick followup.

25

1   *BY MR. SCHILLER:*

2   *Q.* I understand from what you said that Walter got treatment?

3   *A.* He didn't get treatment, I got treatment.  He was a part of

4   my life and healing process.

5   *Q.* Once you went through your healing process, and even to

6   this day, do you blame yourself for what happened or where do

7   you stand?

8   *A.* I don't have one.

9   *Q.* You don't have one?

10  *A.* No.

11  *Q.* Do you put yourself equally responsible for what happened

12  between you and Walter?

13  *A.* No, I don't think about blame.  I was a young child in an

14  unprotected situation, and he had something going on in his

15  mind and brain.  I don't blame.  I don't think about whose

16  fault it was.

17  *Q.* I understand.  Do you agree or disagree that what Walter

18  did, it was certainly criminal?

19  *A.* Yes.  A 60 year old man touching a 13 year old young woman

20  is a crime.

21  *Q.* The law in the State of Florida is that no one over the age

22  of 24 can engage in sex with anyone under the age of 18.  Do

23  you have any problem with that law?

24  *A.* I have an 18 year old son, he is seeing a 16 year old girl,

25  it is healthy to be around people your age, and respect people

 1   want to be with each other.

 2   *Q.*   Whatever the laws are in this case --

 3   *A.*   24, what did you say?

 4   *Q.*   I want to move on.  Whatever the law is in this case and

 5   the crimes being alleged in this case, if the Government is

 6   able to prove evidence beyond a reasonable doubt that these

 7   crimes occurred, do you have any problem finding the Defendant

 8   guilty if we meet that burden?

 9   *A.*   No, not if I am listening and I know.  You guys explained

10   that you would help us with the things that are and are not

11   acceptable, I will follow those.  No, I would not have a

12   problem with that.

13           *MR. SCHILLER:*  Thank you very much.

14           *THE COURT:*  Thank you so much.

15       *(The prospective juror left the courtroom.)*

16           *THE COURT:*  Did we decide -- one last person, the

17   woman who is going to Disney World, do we need to speak with

18   her?  I don't want her to come back if -- she was the only

19   person --

20           *MR. SCHILLER:*  If she has family coming in from

21   out-of-town, we could excuse her for cause.

22           *MS. McCRAE:*  We have no objection to letting her go.

23           *THE COURT:*  Bring 60 in and I will let her know.  And

24   I will have everyone come in and ask them to come back on

25   Monday.

1        *(The prospective juror entered the courtroom.)*

2    *BY THE COURT*:

3    *Q.*  Juror number 60, you have plans to leave this Thursday to

4    go to Disney World with your parents and you have family

5    members flying in from out-of-town and that is important to

6    you?

7    *A.*  Yes.

8    *Q.*  The trial will conflict with that.  We don't want that to

9    happen, so I will excuse you.  Don't let anybody know you have

10   been excused because other people will still remain here.  You

11   can talk about the case with people when you leave the

12   courthouse if you choose to, not anyone who is here as jurors.

13       Your service is over, no need to report back.  Have a nice

14   trip.

15   *A.*  Thank you.

16       *THE COURT:*  Mr. Schiller, if you need to go, I will

17   spend five minutes letting them know what their obligations s

18   are in terms of returning, and going through my reminder of

19   instructions.  You should feel free to leave if you need to

20   right now.

21       Can I take a moment to have everyone confirm everyone

22   is in agreement on who has been stricken for cause, and you are

23   working off the same page.

24       Juror numbers 4, 17, 18, 24 --

25       *MR. PEACOCK:*  Wait, we have them on separate pages.

```
 1              THE COURT:  I will start off.  4, 17, 18, 24, 25, 26,

 2       30, 32.

 3              MR. PEACOCK:  Yes, ma'am.

 4              THE COURT:  34, 37, 38, 42, 48, 49, 52, 54, 55, 60,

 5       64, 65, 71, 78, and 80.

 6              And the jurors I have remaining to speak to

 7       individually include -- I will tell you who I have, 22, 79, 39,

 8       43, 62, 66, 69, and 33.

 9              So, my expectation will be when we come back Monday

10       morning I will speak individually to them, and my questions

11       will be over, and you will have your 15 minutes, I will do

12       preliminary instructions and you go into opening statements

13       and --

14              MS. McCRAE:  Judge, could we go over the people that

15       you just listed?

16              THE COURT:  Why don't we do that.  I am bringing them

17       all back anyway Monday at 8:30.

18              They can sit anywhere at this point because I am just

19       going to excuse them.

20              (The jury venire entered the courtroom.)

21              THE COURT:  All right.  You may be seated.  I want to

22       the thank everybody.  It is a long day, we will call it a day

23       right now.

24              Those of you who are in the courtroom, we are going to

25       have you view return on Monday morning at 9:00 a.m.
```

```
 1              I have a few more of you to speak with individually,
 2    just a small handful, and what we will do is bring you all
 3    in -- let me revise my comments.  As you did today, you are to
 4    arrive at the jury room at 8:00 o'clock on Monday morning, this
 5    wouldn't be every morning, unless you like to get here early.
 6    Because we are going through the jury selection process,
 7    8:00 o'clock in the morning on Monday morning, just like you
 8    did today, and I will speak with a handful of you individually,
 9    and at that point I am done with my questioning and I will turn
10    it over to the attorneys should they have any questions of you.
11              After that, we will select our jury, that should be
12    done by the morning.  So, those of you who are serving will
13    know by the morning, and those of you who are not selected, you
14    will know by the morning.
15              This is how it goes:  Those of you who have been
16    selected, you will be sworn in and sit in the nice chairs and
17    you will be here for the trial.
18              Now, I need to emphasize the rule I read to you
19    earlier.  You can see how much time and effort it takes to pick
20    a fair and impartial jury, and one way to undermine that
21    process is for you to violate the rules that I went through
22    with you, that is, that you view media, should there be media
23    coverage, that you talk to a friend about the case, and get the
24    friend's point of view, even though you don't know anything
25    about the case, you start posting things online because you
```

 1    think people will find it interesting, that you start doing

 2    research because you are going to get a head start.

 3            All of those things are absolutely a violation of the

 4    orders that I have given you.  They would compromise the

 5    system, they would undermine your ability to be fair and

 6    impartial jurors and we might have to start the whole process

 7    all over again.

 8            So, please be very vigilant about it.  It is easy if

 9    you do the following, if somebody asked you how your experience

10    was at the Federal courthouse, simply say, I am not allowed to

11    talk about it.  Just say, I can't talk about it.  One thing you

12    are allowed to say is, I have to return on Monday, and you can

13    say, after Monday morning I will know whether I am going to be

14    a juror.

15            That is a scheduling thing, family members, employers

16    may want to know that.  That is okay.  Nothing beyond that,

17    nothing like, oh, well, how did it go at the Federal

18    courthouse?  What kind of case is it?  I can't talk about it.

19    Can you tell me if it is a criminal or civil case?  I can't

20    talk about it.

21            With the media coverage, I don't have any reason to

22    believe one way or the other there is media coverage, but if

23    you are a newspaper reader or radio, television, if you hear

24    anything similar, turn the radio off, change the channel, do

25    not read the newspaper.  I and the parties and the lawyers need

1    to know what you hear so we can assure you are hearing

2    everything you are allowed to hear and you are not hearing

3    anything you are not supposed to hear.  If you hear things that

4    you are not allowed to hear, that compromises the fairness of

5    the process.

6         Again, if you run into the parties coming in the

7    courthouse today or Monday, remember, they are not grumpy or

8    being rude if they don't smile or engage, they are simply not

9    allowed to have contact with you outside of the courtroom so

10   there is no appearance of improper communications.

11        I think I said everything that I need to say.  So,

12   with that, we want to thank you again.  Have a wonderful

13   weekend and everybody be back in the jury room at 8:00 a.m. on

14   Monday morning.

15        *(Thereupon, the jury venire left the courtroom.)*

16        THE COURT:  Okay, Ms. McCrae, you wanted to go over

17   the juror numbers of who I needed to speak to based on raising

18   their hand to my general questions?

19        MS. McCRAE:  Yes, your Honor.

20        THE COURT:  For backpage, 71.  For the question

21   generally, the larger question about experiences with sexual

22   abuse, domestic abuse, et cetera, I have crossed out the ones

23   we have spoken with.  The ones I have left are 22, 79, 39, 43,

24   62, 66, and 69.  There were others, but I crossed their numbers

25   out because we have spoken with them.

1          If I can look under my scribble it was 1, 3, 34, 44,

2     and 65, all of whom we have spoken with and/or they were

3     eliminated for other reasons.  For the images and video

4     question I had 33.

5          MS. McCRAE:  I had 22, I think it is the one we just

6     spoke to.  Let's see if she is the last person.

7          THE COURT:  You are right, we did speak with 22.

8          MS. McCRAE:  I also had juror number 14 listed, he

9     indicated he wanted to speak individually about being accused

10    of a crime.

11         THE COURT:  You mean early on he said that?

12         MS. McCRAE:  Yes.

13         THE COURT:  Let me look back.  Number 14, you said?

14         MS. McCRAE:  Yes, your Honor.

15         MR. HOOVER:  I have that, too, your Honor.

16         THE COURT:  That made sense, why I would have written

17    something twice.  I wrote juror number 4, but I wrote 4 twice

18    who wanted to speak with me privately.  When I spoke with 4, I

19    thought we had taken care of it.  That is why I wrote 4 twice.

20         So, I will write down another category and that is

21    number 14, and that is because of an answer to number 13.

22         MS. McCRAE:  Yes.

23         THE COURT:  Okay.  So, then I added 14.

24         MS. McCRAE:  Thank you, your Honor.

25         THE COURT:  All right.

```
 1              THE COURTROOM DEPUTY:  Just so everybody is aware,
 2     when they come back Monday and they go through the jury
 3     check-in again, they may not get the same numbers as today, so
 4     I don't know if you want to think about how we want to work
 5     that --
 6              THE COURT:  Why can't they keep the same numbers?
 7              THE COURTROOM DEPUTY:  The way it works, they are
 8     scanned into the jury system to get paid for the day and they
 9     get randomly put on to a list.
10              THE COURT:  We have been through this before, that is
11     very difficult.  All the notes -- I assume it would hard for
12     the -- we are not mentioning names, and that is purposeful, I
13     am using their numbers.
14              So I will ask Melanie if you could look into a way to
15     preserve their numbers the way they are.
16              How many jurors do we have left?
17              THE COURTROOM DEPUTY:  My count was 57.
18              THE COURT:  57.  We are in very good shape.  We don't
19     need any more jurors.
20              By my calculation, we have 25 possible cause
21     challenges and have enough with ten and six, 12 jurors.  We are
22     going to try to get two alternates, correct?  Is that
23     acceptable, two alternates?  How many alternates, four?
24              MR. PEACOCK:  Four if we can.
25              THE COURT:  Okay.  So what that would mean for the
```

 1    alternates, each side usually gets one additional per two

 2    alternates, so each side would get two additional peremptories

 3    for a total of four alternates, and that is on top of the ten

 4    and the six, each side gets two additional ones.  Once we get

 5    into the alternates, I will let you know when we have our 12

 6    and all of the peremptories will be used that you want to use

 7    for that, and we will go into two additional if we can get four

 8    alternates.

 9         We covered a lot of ground.  You will have your own

10    questioning, but we've touched on a lot of the big issues.

11         So, is there anything else you wanted to bring up?

12         *MS. McCRAE:*  Just, your Honor, in response to what the

13    Court noted a moment ago, it was the Defense's intention to

14    refer to them by the juror numbers as well as their names.

15         I didn't realize until they were coming in there was

16    a -- we will make it clear that it would never be by name, it

17    would be a number and name.

18         *THE COURT:*  Is there a reason why?

19         *MS. McCRAE:*  This is not a case that requires an

20    anonymous jury, and by referring to them by numbers implies

21    they have reason to be concerned about their names.

22         *THE COURT:*  I can explain to them that I do this in

23    every case, and it isn't just because of this case, it actually

24    had to do with something that came up many, many cases ago and

25    it was a civil case, and it dawned on me it was a better

1    approach to do juror numbers.  It had nothing to do with it

2    being a criminal case.  And I have learned other judges have

3    done it for that reason as well.

4        If you are concerned there may be some prejudice

5    because someone is involved with safety, I can clear it up.  I

6    have very specific reasons for why I have elected to change my

7    procedures and to just do it by juror numbers.

8        As long as no one feels it is prejudicial if I make

9    that statement in the beginning, I would intend to proceed that

10   way.  If you want to be further heard on it, let me know.

11        *MS. McCRAE:*  The statement let the jurors know you do

12   this in every civil and criminal case?

13        *THE COURT:*  Yes.  I will make a note to myself.

14        I haven't always done that.  You may have had a trial

15   with me where I haven't done it.  Since a certain trial I had

16   several trials ago, that is when I decided to do it this way.

17        *MS. McCRAE:*  Yes, your Honor.

18        *THE COURT:*  Okay, anything else?

19        *MR. HOOVER:*  Judge, did we figure out whether there

20   are any days in the next week or two that the Court was going

21   to start late or end early?  I am not asking for you to do

22   that, just to take advantage of that time.

23        *THE COURTROOM DEPUTY:*  We are ending Fridays at

24   4:00 o'clock.

25        *THE COURT:*  As far as starting later or ending

1   earlier, I had not planned on doing that other than to

2   accommodate Mr. Schiller.  I wasn't sure whether it was 4:00 or

3   4/30, but it was 4:00.  4:00 o'clock, is that too late?

4          MR. HOOVER:  I am not asking the Court to make

5   accommodations for this, we'll figure it out.  We will see if

6   we can do that.

7          THE COURT:  But there also is the possibility for

8   you -- you know, I don't want to interfere with personal and

9   medical matters.

10          (Discussion off the record.)

11      *(Thereupon, the Court was recessed.)*

12                              * * *

13       I certify that the foregoing is a correct transcript

14   from the record of proceedings in the above matter.

15

16       Date:  August 9, 2019

17              /s/ Pauline A. Stipes, Official Federal Reporter

18                      Signature of Court Reporter

19

20

21

22

23

24

25

**MR. HOOVER: [5]**   95/3 95/13
191/14 194/18 195/3
**MR. PEACOCK: [25]**   3/10 4/1
4/12 4/15 4/23 5/1 9/12
14/19 14/22 18/8 18/11 21/8
101/3 134/2 134/5 134/13
134/19 134/25 135/2 135/13
135/17 138/7 186/24 187/2
192/23
**MR. SCHILLER: [67]**   3/5 3/23
4/3 4/8 4/20 4/24 5/10 5/15
7/14 7/24 8/2 8/18 8/25 11/7
13/9 13/13 13/20 14/2 15/7
15/15 16/17 17/11 17/13
17/17 17/23 18/6 18/15 20/20
95/2 133/16 133/18 133/23
134/6 134/9 134/15 134/20
134/24 135/3 135/8 145/1
145/15 145/21 146/24 148/2
148/11 150/17 151/7 151/11
153/16 154/11 154/19 156/17
158/10 161/13 163/18 165/13
171/19 173/16 174/12 175/12
176/20 178/4 179/5 181/25
183/23 185/12 185/19
**MS. McCRAE: [31]**   6/7 13/23
16/13 21/6 133/4 133/8
133/12 133/20 133/24 135/10
138/19 150/16 154/6 154/13
156/3 158/12 161/15 168/18
185/21 187/13 190/18 191/4
191/7 191/11 191/13 191/21
191/23 193/11 193/18 194/10
194/16
**MS. McCREA: [9]**   6/15 15/2
139/1 145/3 153/18 154/20
163/20 166/10 183/22
**THE COURT SECURITY OFFICER:
[3]**   140/8 140/12 140/21
**THE COURT: [193]**   2/3 3/9
3/12 3/25 4/2 4/5 4/11 4/14
4/18 5/8 5/13 5/16 6/12 7/13
7/15 8/1 8/3 8/23 9/2 9/16
9/19 9/22 10/9 10/16 10/18
10/20 10/23 11/10 13/12
13/14 14/4 14/21 14/25 15/3
15/13 15/17 15/22 16/20 17/7
17/12 17/16 17/22 18/4 18/7
18/10 18/12 18/16 18/21
18/24 19/12 20/17 21/1 21/10
22/11 26/15 26/17 34/1 34/3
34/5 34/9 34/11 36/1 36/24
37/20 44/10 92/18 94/9 95/10
95/14 95/16 132/19 132/25
133/6 133/10 133/13 133/17
133/19 133/21 133/25 134/3
134/7 134/12 134/14 134/17
134/21 135/1 135/4 135/9
135/11 135/16 135/18 135/21
136/14 136/17 137/16 137/21
137/24 138/9 138/17 138/24
139/3 139/15 139/17 140/9
140/13 140/22 141/11 144/20
145/4 145/12 145/16 145/22
146/6 146/9 146/23 146/25
150/14 150/18 151/3 151/10

151/12 152/14 153/17 153/19
154/7 154/17 154/25 156/9
157/1 158/9 158/11 158/13
159/3 159/6 161/11 161/14
161/16 162/10 162/12 163/16
163/19 163/21 164/8 164/10
165/11 165/14 166/11 166/13
168/6 168/17 168/19 168/21
170/17 170/19 171/18 171/20
173/17 174/13 174/16 175/10
176/21 176/24 178/3 179/6
180/23 180/25 181/24 185/13
185/15 185/22 186/15 186/25
187/3 187/15 187/20 190/15
190/19 191/6 191/10 191/12
191/15 191/22 191/24 192/5
192/9 192/17 192/24 193/17
193/21 194/12 194/17 194/24
195/6
**THE COURTROOM DEPUTY: [13]**
17/4 17/9 18/14 18/17 18/22
33/25 35/7 137/15 139/14
191/25 192/6 192/16 194/22
**THE DEFENDANT: [6]**   9/21
10/8 10/15 10/17 10/19 10/22
**THE INTERPRETER: [2]**   19/10
20/16
**THE JUROR: [14]**   26/14 26/16
34/2 34/4 34/8 34/10 139/16
140/10 151/2 151/5 159/2
159/4 162/8 164/7
**THE LAW CLERK: [3]**   15/21
138/16 175/1

**'**

**'46 [1]**   165/19
**'97 [1]**   116/18

**/**

**/s [1]**   195/17

**1**

**10 [61]**   35/17 35/21 35/23
36/3 37/24 41/13 48/19 49/11
49/24 52/6 52/11 52/12 54/9
56/7 56/11 61/20 62/3 63/14
64/15 64/24 65/8 65/16 70/3
72/21 74/22 75/8 77/4 83/5
84/5 85/16 87/4 89/5 89/24
92/2 92/15 96/14 98/14 99/13
100/22 102/6 102/14 103/21
104/20 107/20 108/17 109/25
112/17 113/11 115/13 116/18
119/8 121/2 122/6 123/19
123/20 124/15 125/20 125/21
126/18 129/20 132/8
**11 [88]**   25/14 25/23 35/14
35/19 35/23 38/23 41/1 45/22
48/19 49/11 49/24 51/17 52/6
53/1 53/8 53/9 55/15 57/1
58/14 60/4 61/20 62/3 63/14
64/15 64/24 65/8 65/16 66/12
70/7 70/15 71/24 72/6 72/21
74/22 75/8 77/4 78/10 79/12
83/5 84/5 84/15 84/16 84/18
85/6 85/16 87/4 89/5 89/24
92/3 92/15 96/14 98/2 98/14
98/18 99/22 102/6 102/14

103/22 104/5 104/20 105/7
107/20 108/17 108/22 109/25
110/2 111/5 112/17 113/15
117/1 117/23 119/8 120/8
120/9 121/2 121/13 122/6
123/20 124/15 128/11 128/24
129/20 130/16 131/7 131/16
162/21 177/10 177/10
**11/30/2018 [1]**   16/25
**110 [1]**   11/3
**111 [1]**   3/23
**112 [2]**   16/18 16/25
**11:35 [1]**   92/22
**12 [75]**   35/20 35/23 36/4
39/1 42/3 43/21 44/21 48/19
49/11 49/25 51/17 52/6 53/1
54/22 54/23 55/15 57/1 59/2
60/4 61/20 62/3 63/14 64/15
64/24 65/8 65/20 71/12 74/22
75/8 78/10 79/1 79/5 83/5
84/9 85/6 85/24 87/8 89/12
90/3 92/5 92/15 97/24 98/16
98/17 98/17 100/5 102/10
102/14 104/1 104/20 108/3
108/21 110/2 111/5 115/22
117/2 117/7 118/1 120/9
121/5 122/18 123/20 125/16
126/6 127/15 127/16 128/11
129/21 130/16 131/22 132/10
165/20 177/11 192/21 193/5
**12-year [1]**   25/23
**12:00 [1]**   92/23
**13 [89]**   36/5 36/11 39/3 42/2
42/13 47/15 48/19 49/11 50/6
51/17 52/6 53/1 55/15 55/18
55/19 57/1 57/2 59/2 60/4
61/20 62/3 63/14 64/15 64/24
65/8 65/20 66/19 71/12 74/22
75/9 76/6 76/8 76/22 78/11
79/24 82/1 83/6 84/9 85/1
85/6 85/12 85/24 87/8 89/12
90/3 92/5 92/15 97/24 98/17
100/6 101/12 102/14 104/1
104/11 104/20 108/3 108/8
108/21 108/21 109/4 110/2
111/5 113/2 117/7 117/7
118/1 120/9 120/12 123/20
126/6 128/11 129/5 129/21
129/22 130/15 130/16 131/5
131/7 131/22 132/10 151/17
151/25 166/18 177/6 177/6
182/5 182/9 184/19 191/21
**14 [91]**   18/1 36/24 37/7
39/16 42/2 42/25 43/2 47/11
48/20 49/12 50/6 51/17 52/6
53/1 53/9 55/15 57/15 57/17
57/18 59/8 60/13 61/20 62/3
63/15 64/15 64/24 65/8 65/14
65/20 66/1 66/19 69/22 71/22
71/23 73/11 74/22 75/1 75/9
76/16 78/11 78/25 79/24
81/25 82/4 83/6 83/20 83/20
84/10 85/7 85/24 87/8 89/12
90/16 92/5 92/16 97/24 100/7
100/12 100/16 100/22 102/15
104/2 104/20 107/1 108/23
109/9 110/3 111/12 111/22
113/2 117/11 118/10 120/10

**1**

**14... [18]**   121/17 123/17
123/20 124/22 126/9 127/22
128/11 129/5 129/21 130/10
130/16 131/22 132/10 132/13
191/8 191/13 191/21 191/23
**15 [81]**   36/24 37/10 38/7
39/19 40/4 43/1 43/2 43/5
47/11 48/20 49/12 50/6 51/18
52/15 53/2 55/15 57/15 59/8
59/12 59/13 59/25 60/13
61/20 62/3 63/15 64/15 64/24
65/9 65/20 66/19 71/23 73/11
74/22 75/11 75/12 76/16
78/11 79/24 82/21 84/14 85/7
85/24 87/8 89/12 90/16 92/5
92/16 94/7 95/2 97/24 100/22
101/11 101/12 102/15 103/9
104/2 104/21 107/1 109/6
110/3 111/12 111/17 111/22
112/4 113/2 117/11 118/10
120/10 121/18 123/22 124/22
126/9 126/15 128/11 129/5
130/7 130/17 131/22 132/4
132/18 187/11
**15th [1]**   78/16
**16 [79]**   37/13 39/21 43/1
44/6 47/11 48/24 49/16 50/11
51/18 52/9 53/6 55/15 57/15
59/10 60/13 60/17 60/25 61/1
61/21 62/4 63/15 63/16 64/16
64/24 65/9 65/20 66/1 66/23
71/23 73/14 74/10 74/22
75/16 76/16 77/6 78/11 78/20
79/24 83/21 84/14 85/7 85/25
87/8 89/12 90/16 92/8 92/16
98/1 101/1 102/15 104/2
104/4 104/5 104/22 106/3
107/1 109/6 110/4 110/8
111/12 111/25 113/4 113/15
117/11 118/10 120/10 121/20
122/3 123/23 126/9 128/11
129/5 130/8 130/17 130/18
131/24 132/2 132/18 184/24
**17 [101]**   11/25 34/24 37/16
39/23 44/8 47/11 48/24 49/16
50/11 51/18 52/9 53/6 54/20
55/16 57/15 59/10 60/15
61/21 61/23 61/24 62/4 64/6
64/16 64/25 65/9 65/20 66/23
69/7 71/23 72/1 72/5 73/14
73/15 74/10 74/23 75/16
76/16 78/11 78/20 79/24
83/21 84/14 84/15 85/1 85/8
85/25 87/9 89/13 90/17 92/8
92/17 98/1 98/16 98/18 98/17
100/12 101/1 101/13 102/6
102/16 104/3 104/4 104/22
105/7 107/2 108/8 109/6
110/8 111/12 111/25 112/7
112/10 113/4 113/15 114/16
115/22 117/11 118/10 119/1
120/10 121/5 121/10 121/20
122/18 123/23 124/25 126/10
126/18 127/22 128/15 129/5
130/9 130/17 131/24 132/18
133/5 135/6 136/10 182/11

**2**

**20 [14]**   35/15 42/15 42/17
42/22 48/16 53/13 62/25
64/18 64/19 65/3 65/4 75/3
92/11 128/3
**20's [1]**   182/20
**2000 [1]**   116/18
**2006 [1]**   25/18
**2007 [1]**   113/9
**2010 [1]**   117/1
**2014 [1]**   101/8
**2015 [2]**   101/8 101/9
**2016 [1]**   115/14
**2018 [3]**   1/8 16/25 25/18
**2019 [1]**   195/16
**21 [9]**   59/24 59/25 65/1 65/2
76/25 77/6 99/9 112/7 122/3
**2123 [1]**   1/21
**21st [4]**   11/7 22/25 23/3
23/14
**22 [10]**   65/11 75/20 128/4
140/10 181/1 181/4 187/7
190/23 191/5 191/7
**23 [4]**   55/20 65/5 65/23
65/24
**24 [16]**   66/25 67/3 107/15
107/15 123/4 123/6 154/8
154/15 156/2 156/3 157/2
157/5 184/22 185/3 186/24
187/1
**24t [1]**   23/9
**25 [19]**   54/14 55/21 55/21
69/20 69/21 84/25 98/8 99/10
107/14 112/5 114/9 119/23
120/18 125/8 133/5 135/6
136/10 187/1 192/20
**25th [1]**   23/9
**26 [9]**   44/23 72/9 83/24
107/15 159/8 159/8 159/8
159/12 187/1
**27 [14]**   25/18 25/18 34/9
74/13 74/14 83/23 114/24
119/5 138/15 138/15 138/15
145/13 145/20 145/24
**28 [5]**   57/21 74/25 84/2
156/18 157/1
**29 [8]**   75/4 75/4 75/5 75/18
75/19 75/19 120/22 178/1
**2:00 [5]**   12/21 12/23 62/12
95/23 96/4
**2:00 o'clock [5]**   13/1 24/12
24/15 62/9 134/2

186/24 182/25 [230]
**18 [16]**   62/20 62/21 76/25
79/5 86/13 89/18 99/8 114/10
130/15 133/5 135/6 136/10
184/22 184/24 186/24 187/1
**18-CR-80053 [1]**   19/22
**18-CR-80053-ROSENBERG [1]**
1/3
**1865 [2]**   156/18 157/1
**18th [1]**   150/3
**19 [8]**   64/8 64/9 65/24 65/25
98/12 100/17 112/7 128/5
**1977 [3]**   115/4 115/15 115/16
**1993 [1]**   152/5
**1:30 [2]**   95/23 96/4

**2:30 [6]**   135/23 136/7 136/9
136/13 137/8 137/22
**2nd [1]**   1/20

**3**

**30 [23]**   1/8 54/25 60/8 60/9
75/4 75/5 76/18 80/1 99/5
101/19 101/20 116/14 119/3
120/17 124/5 124/15 124/23
133/5 135/6 136/10 171/9
187/2 195/3
**30's [1]**   182/20
**30-year [1]**   107/13
**31 [5]**   69/21 78/23 78/24
101/22 120/21
**32 [8]**   67/5 79/25 80/1 98/10
133/5 135/6 136/10 187/2
**33 [13]**   72/14 73/20 82/19
82/20 82/25 84/2 120/21
140/22 140/23 181/13 181/14
187/8 191/4
**33401 [2]**   1/18 1/24
**34 [7]**   83/23 84/1 140/10
162/13 162/16 187/4 191/1
**34950 [1]**   1/21
**35 [4]**   52/3 84/22 84/23
121/12
**36 [4]**   49/20 58/3 85/9 85/10
**37 [9]**   74/20 75/4 75/6 86/2
86/3 145/22 146/8 146/13
187/4
**38 [11]**   61/12 84/1 88/22
88/23 112/15 120/10 133/6
133/7 135/6 136/10 187/4
**39 [6]**   58/1 89/17 89/18
140/10 187/7 190/23
**3:00 [1]**   107/7

**4**

**4/30 [1]**   195/3
**40 [8]**   49/22 91/17 91/18
91/19 91/19 108/11 132/3
132/11
**40's [2]**   53/21 124/9
**400 [1]**   1/17
**404 [3]**   15/3 15/19 16/15
**41 [10]**   50/17 57/25 70/17
70/18 80/16 92/9 92/10 92/24
94/20 101/21
**412 [4]**   14/17 15/5 15/19
16/2
**42 [8]**   96/9 96/10 133/9
133/11 133/14 135/6 136/10
187/4
**43 [7]**   61/2 98/6 98/7 123/5
140/10 187/8 190/23
**44 [8]**   61/11 99/3 99/4
133/14 140/10 164/11 164/14
191/1
**45 [2]**   100/13 100/14
**450 [2]**   1/20 1/23
**46 [3]**   89/1 101/3 101/11
**47 [3]**   61/11 100/19 101/19
**48 [7]**   102/8 102/9 133/16
133/18 135/6 136/10 187/4
**49 [6]**   103/8 133/18 133/20
135/7 136/10 187/4
**4:00 [4]**   95/22 139/5 195/2

**4**

**4:00... [1]**   195/3
**4:00 o'clock [3]**   96/5 194/24
195/3

**5**

**50 [4]**   53/21 104/10 104/11
119/2
**500 [2]**   1/17 1/24
**51 [2]**   104/23 104/24
**52 [12]**   26/15 26/20 84/2
105/9 105/10 133/22 134/4
135/7 136/10 138/17 138/18
187/4
**53 [2]**   107/11 107/12
**54 [7]**   108/10 108/11 134/5
134/8 135/7 136/10 187/4
**55 [10]**   34/3 57/24 109/18
109/19 134/8 134/13 135/7
136/10 138/13 187/4
**56 [2]**   110/15 110/16
**561-833-6288 [1]**   1/25
**57 [4]**   111/14 111/17 192/17
192/18
**58 [2]**   112/2 112/3
**59 [2]**   112/12 112/13
**5:00 [1]**   24/4
**5:30 [2]**   24/2 107/7

**6**

**60 [10]**   113/6 113/7 123/11
134/15 134/16 135/18 184/19
185/23 186/3 187/4
**61 [2]**   114/7 114/8
**62 [6]**   114/18 114/21 114/22
140/13 187/8 190/24
**6285 [1]**   1/18
**6288 [1]**   1/25
**63 [2]**   116/11 116/12
**64 [7]**   117/13 117/14 134/18
134/22 135/7 136/10 187/5
**65 [12]**   26/17 26/20 118/23
118/24 135/15 138/17 138/18
140/13 141/13 141/16 187/5
191/2
**66 [5]**   120/16 120/17 140/13
187/8 190/24
**67 [2]**   121/7 121/8
**68 [2]**   121/11 121/12
**69 [6]**   121/22 121/23 140/13
140/14 187/8 190/24
**6:00 [5]**   24/2 87/10 87/11
87/17 149/21
**6:00 o'clock [2]**   11/15 150/7

**7**

**70 [1]**   122/20
**71 [8]**   123/25 124/1 139/17
139/18 168/22 168/25 187/5
190/20
**72 [7]**   125/4 125/5 125/8
134/22 165/20 166/14 166/17
**73 [2]**   126/12 126/13
**74 [2]**   126/20 126/21
**75 [2]**   127/24 127/25
**76 [1]**   128/19
**77 [2]**   129/12 129/13

**772-489-2123 [1]**   1/21
**772.467.2337 [1]**   2/3
**78 [6]**   130/13 130/14 134/23
135/7 136/10 187/5
**79 [5]**   131/3 131/4 140/10
187/7 190/23
**7th [1]**   78/16

**8**

**80 [11]**   8/12 10/24 10/25
13/3 132/1 132/1 132/2 135/2
135/7 136/10 187/5
**80053 [1]**   19/22
**8:00 [1]**   190/13
**8:00 o'clock [2]**   188/4 187/7
**8:27 [1]**   16/18
**8:30 [1]**   187/17

**9**

**954-789-6285 [1]**   1/18
**9:00 [4]**   11/15 15/25 24/4
187/25
**9:30 [1]**   149/21

**A**

**a very [1]**   24/20
**A-D-K-I-N-S-O-N [1]**   19/12
**a.m [2]**   187/25 190/13
**abandoned [1]**   80/23
**abbreviated [1]**   12/22
**abhorrent [1]**   119/13
**ability [90]**   36/23 38/19
39/13 41/24 42/22 45/5 46/2
46/12 48/7 50/3 51/1 51/13
54/4 56/23 57/11 58/12 58/23
59/20 60/12 60/18 61/5 61/16
65/19 66/8 66/16 69/4 70/11
70/23 71/8 71/10 71/20 73/1
73/10 76/2 76/13 77/13 77/25
79/9 80/9 81/6 84/7 84/12
84/19 85/4 85/20 86/9 86/22
89/8 90/19 91/4 96/24 98/22
99/18 100/1 100/9 101/25
104/6 105/24 106/10 106/16
106/20 107/25 108/6 108/19
109/1 111/1 111/9 112/18
113/14 115/19 116/23 117/4
118/7 120/13 124/19 126/3
127/14 130/3 131/12 131/20
140/19 152/17 162/1 164/23
165/8 168/2 169/13 175/8
177/18 189/5
**able [49]**   9/11 15/8 20/8
20/9 23/18 33/4 41/12 43/11
60/22 62/15 63/22 74/6 74/7
91/8 93/2 93/23 101/16
109/11 109/14 116/3 119/24
120/2 129/8 131/18 137/2
143/13 147/16 150/9 153/3
153/7 154/19 155/6 155/21
156/17 157/9 158/17 158/20
159/15 160/12 161/25 163/3
164/23 168/12 169/16 177/19
179/3 181/18 181/19 185/6
**about [240]**
**abouts [1]**   56/14
**above [1]**   195/14
**absolutely [5]**   127/4 159/13

162/11 181/22 189/3
**abuse [19]**   42/15 42/18 53/2
81/9 81/21 110/2 139/24
139/25 140/7 140/7 164/18
164/18 170/25 170/25 177/4
177/5 181/6 190/22 190/22
**abused [1]**   80/23
**abusing [1]**   97/19
**AC [1]**   75/1
**academic [1]**   85/10
**accept [2]**   30/8 30/9
**acceptable [8]**   3/22 4/8 7/14
10/10 10/15 118/19 185/11
192/23
**access [1]**   85/18
**accident [1]**   111/20
**acclimated [1]**   19/24
**accommodate [3]**   24/8 95/20
195/2
**accommodating [1]**   74/8
**accommodations [3]**   62/16
159/19 195/5
**accomplish [2]**   13/2 95/25
**accomplished [1]**   24/17
**accord [1]**   33/2
**accordingly [1]**   32/24
**accountant [2]**   84/2 110/18
**accounts [3]**   4/17 30/20
32/13
**accurate [2]**   23/14 78/8
**accurately [1]**   22/7
**accusation [4]**   25/7 47/2
97/8 143/16
**accusations [3]**   97/12 179/11
183/18
**accused [29]**   25/13 35/18
36/6 39/4 39/5 42/13 46/15
54/12 60/5 68/18 71/12 73/5
82/1 90/5 90/9 90/12 106/14
111/5 124/21 127/21 139/20
151/19 151/25 166/19 167/2
167/3 180/7 180/15 191/9
**accusing [1]**   172/11
**acquire [1]**   32/22
**acquitted [1]**   178/21
**Acreage [3]**   64/20 103/9
129/14
**Acres [1]**   142/7
**Across [1]**   44/3
**act [1]**   16/16
**action [1]**   167/11
**active [2]**   61/19 69/24
**activities [1]**   105/3
**actual [2]**   39/11 88/16
**actually [7]**   37/3 88/1 88/11
108/22 155/2 162/18 193/23
**add [1]**   123/8
**added [1]**   191/23
**addiction [1]**   152/23
**addition [2]**   31/3 142/17
**additional [12]**   11/24 12/4
12/8 107/8 144/23 144/24
145/2 145/4 193/1 193/2
193/4 193/7
**Adkinson [1]**   19/11
**administer [1]**   22/9
**administration [1]**   121/14
**administrative [1]**   53/24

**A**

administrator [3]  98/9 103/10 118/25
admit [2]  5/1 5/15
admitted [1]  69/13
admonition [1]  137/11
ads [1]  26/1
adult [3]  55/23 182/9 182/25
adults [4]  25/15 80/24 173/24 179/13
advance [2]  16/13 175/15
advantage [1]  194/22
advertisements [1]  140/16
advertising [2]  122/1 176/15
adviser [2]  85/10 103/17
aerospace [1]  59/24
affairs [1]  22/19
affect [84]  36/22 38/19 39/12 41/23 42/22 45/5 46/12 48/7 50/2 51/1 51/13 54/4 55/11 56/22 57/11 58/12 58/23 60/11 61/5 61/16 65/18 66/15 70/11 70/23 71/19 72/25 73/10 76/2 76/12 77/13 79/8 80/9 81/10 81/11 84/7 84/11 84/18 85/20 86/8 87/7 89/8 90/12 92/4 96/19 98/21 99/18 100/1 100/8 101/25 105/7 105/24 106/9 106/16 106/20 108/19 109/1 111/1 111/9 112/18 115/19 116/22 117/3 117/10 117/21 117/24 118/6 119/17 120/12 122/12 124/18 126/2 127/13 128/10 130/3 131/12 140/19 160/20 164/22 165/8 168/2 169/13 171/11 175/10 177/17
affected [1]  160/19
affecting [1]  159/25
affects [2]  180/15 183/22
affiliation [1]  50/25
affiliations [1]  66/7
affirmatively [1]  144/16
afraid [1]  71/5
after [23]  9/12 10/13 11/18 11/19 13/1 25/10 40/25 41/6 83/14 102/16 137/6 137/24 141/6 145/16 145/17 152/22 179/18 180/2 182/6 182/16 182/17 188/11 189/13
afternoon [15]  12/25 24/7 102/25 118/24 126/21 147/3 147/4 148/5 159/17 168/9 168/10 173/20 175/15 178/7 179/9
again [14]  13/18 22/5 29/16 36/25 37/22 52/1 72/16 140/3 172/19 183/19 189/7 190/6 190/12 192/3
against [7]  25/6 26/4 97/4 97/10 142/3 144/7 166/3
age [12]  31/2 40/19 58/1 75/4 84/1 101/21 110/18 117/18 177/10 184/21 184/22 184/25
agencies [1]  26/1
agency [3]  52/23 64/20 112/4

Agent [1]  230/8
ages [3]  53/20 79/5 112/7
aggravated [2]  60/14 111/6
ago [40]  42/6 42/15 42/17 42/22 43/9 53/3 54/14 60/7 60/9 68/25 70/17 70/18 71/18 72/22 73/12 85/13 115/17 119/9 119/10 119/23 120/10 121/3 124/12 127/18 131/16 141/23 142/9 152/4 165/17 166/9 169/8 171/8 171/9 174/24 181/12 181/13 181/14 193/13 193/24 194/16
agree [10]  14/10 16/12 27/17 27/18 27/19 28/24 30/8 134/21 135/4 184/17
agreeable [1]  134/20
agreed [3]  11/2 11/4 11/20
agreeing [2]  151/8 152/21
agreement [8]  133/2 135/5 144/22 145/1 145/3 154/14 155/9 186/22
agrees [5]  94/15 135/8 135/9 135/10 135/11
Agriculture [1]  115/6
aid [2]  86/21 123/12
aide [1]  124/4
ain't [1]  69/18
air [4]  54/8 59/3 89/2 123/3
Airlines [2]  49/19 107/13
airplanes [1]  121/16
Ako [1]  33/22
Alban [1]  33/24
all [149]  3/4 3/13 3/15 3/20 4/16 7/19 7/21 7/23 10/25 11/2 11/4 11/20 12/3 12/3 12/6 13/3 13/8 13/8 14/7 14/8 14/12 15/1 15/4 15/10 16/6 16/19 17/24 18/13 18/16 22/20 23/9 23/11 23/12 24/24 28/2 28/5 28/7 28/11 28/19 34/6 34/21 37/21 39/24 40/19 41/7 43/22 44/6 44/16 45/17 52/11 53/14 53/17 53/25 55/17 57/16 59/11 59/25 64/17 66/24 67/23 72/8 74/9 74/12 74/24 76/4 78/22 81/18 82/18 82/19 84/22 88/22 89/16 90/4 93/8 93/23 94/10 95/1 97/23 98/4 98/16 99/3 100/11 105/7 107/10 108/8 109/17 110/14 111/13 112/1 113/15 114/6 115/14 118/22 120/15 122/5 122/24 122/25 123/8 123/23 125/3 127/22 128/16 128/20 129/11 130/12 131/15 132/18 134/3 134/21 135/12 136/11 137/22 138/1 138/10 140/24 141/12 144/20 145/5 149/8 150/14 157/25 158/3 158/8 158/14 161/17 161/22 163/5 163/16 165/11 166/5 168/16 168/20 169/24 174/7 174/14 174/21 178/2 179/20 179/23 183/13 187/17 187/21 188/2 189/3 189/7 191/2 191/25 192/11 193/6
allegations [17]  91/6 97/11

97/12 119/21 132/11 142/3 143/8 152/18 166/1 166/3 171/14 172/10 172/10 173/24 177/20 181/16 182/23
alleged [8]  6/18 6/25 25/19 25/23 26/3 132/11 144/6 185/5
allegedly [2]  25/25 30/16
alleging [1]  179/13
allergist [1]  117/14
allotted [1]  23/19
allow [4]  156/2 158/20 170/6 171/11
allowed [8]  128/12 136/6 181/23 189/10 189/12 190/2 190/4 190/9
allowing [1]  131/19
allows [1]  22/2
almost [4]  51/25 96/12 124/11 177/10
along [14]  12/13 23/1 25/1 35/1 35/10 37/4 45/21 46/5 46/14 47/10 47/17 48/14 129/13 174/3
Alpha [1]  121/25
already [10]  24/16 42/14 95/5 138/3 138/12 140/1 140/2 173/22 174/2 174/5
also [25]  9/10 10/3 21/10 21/19 31/13 31/24 32/3 32/17 55/2 73/14 73/15 85/17 94/12 98/16 100/24 122/10 140/3 149/15 162/17 163/3 164/16 164/22 173/11 191/8 195/7
ALSTON [8]  1/7 3/3 9/22 9/25 19/21 21/8 21/10 25/6
alterations [1]  119/5
alternates [9]  115/24 192/22 192/23 192/23 193/1 193/2 193/3 193/5 193/8
although [5]  8/11 14/7 71/24 74/4 94/20
altogether [1]  100/18
always [3]  13/19 160/23 194/14
am [235]
AMERICA [2]  1/4 123/14
American [3]  19/21 103/10 107/13
among [5]  29/22 31/24 93/9 138/11 173/25
Amparo [1]  33/24
analgesics [1]  160/10
analyst [4]  44/20 105/10 105/12 105/13
and/or [1]  191/2
Andrew [1]  34/17
Angel [10]  3/9 20/25 33/25 34/11 138/15 145/20 146/13 146/16 147/5 147/7
anger [1]  183/6
animal [1]  143/5
anonymity [1]  4/11
anonymous [1]  193/20
another [11]  39/17 68/21 93/2 103/24 109/5 109/10 119/9 132/14 136/6 183/15 191/20

**A**

**answer [26]**   22/6 28/14 28/16
36/11 37/3 37/11 41/7 45/7
60/17 71/25 72/6 78/8 80/2
83/20 98/3 108/24 120/12
121/2 132/9 132/10 162/21
164/15 169/6 169/7 169/21
191/21

**answered [4]**   13/6 71/24
84/15 162/17

**answering [5]**   37/24 57/2
63/16 98/18 177/6

**answers [2]**   78/9 96/2

**ant [1]**   30/9

**any [169]**   4/21 7/17 8/15
10/19 11/22 12/18 12/18
13/22 16/5 16/6 16/8 16/10
18/3 22/14 22/14 22/15 22/19
23/9 25/8 27/20 28/2 28/10
30/8 30/9 30/10 30/12 30/13
30/14 30/16 30/18 30/19
30/20 30/22 30/24 31/1 31/5
31/8 31/9 31/11 31/12 31/14
32/13 32/14 32/18 32/19
33/10 33/16 36/1 36/3 36/8
37/7 37/14 37/16 38/23 39/3
39/16 40/17 40/19 41/10
41/13 41/16 42/13 45/13
53/16 54/10 54/12 55/7 67/20
67/22 68/9 68/12 68/17 68/20
69/3 69/7 69/13 80/18 81/6
81/6 82/11 83/15 83/16 83/16
84/7 85/19 87/25 91/4 93/10
94/12 94/23 95/5 96/4 97/4
97/18 97/18 99/17 99/17
105/7 108/5 109/7 116/3
116/4 117/10 118/3 120/3
127/2 127/3 131/18 133/1
135/25 136/2 136/3 136/8
139/13 140/5 140/5 141/24
142/16 143/22 144/23 144/24
144/25 145/8 147/25 150/25
151/18 153/15 155/8 156/22
158/2 158/8 158/10 158/12
158/25 160/1 161/12 161/13
162/7 162/24 162/25 163/3
163/17 163/20 165/12 165/15
166/8 166/18 167/11 168/7
168/11 170/24 171/19 171/21
175/11 178/2 178/4 178/19
178/25 179/7 181/5 181/16
181/18 183/5 184/23 185/7
188/10 189/21 192/19 194/20

**anybody [15]**   21/11 25/11
26/9 93/9 93/19 138/25 145/8
150/4 150/22 154/1 158/23
164/3 170/13 172/2 186/9

**anyone [41]**   7/12 8/16 8/20
9/7 11/21 18/4 20/7 20/7
21/2 21/2 21/6 21/6 21/11
24/8 26/24 29/7 29/10 29/22
30/7 31/4 31/9 31/19 31/20
33/4 35/18 55/9 94/3 97/9
124/21 127/21 135/24 135/25
137/12 143/24 164/17 170/15
170/24 177/4 181/4 184/22
186/12

**anyone's [2]**   143/23

**anything [117]**   5/8 11/19
14/19 20/6 20/7 25/11 26/9
26/22 27/18 29/23 30/7 36/18
36/22 39/12 41/22 42/21 45/3
45/14 46/1 46/11 46/23 47/2
48/6 50/2 50/25 51/13 54/3
55/8 56/22 57/10 58/9 58/21
59/19 60/11 60/16 61/4 61/15
65/6 65/18 66/7 66/15 70/8
70/22 71/19 72/25 73/9 76/1
76/12 77/9 77/12 77/24 79/8
79/15 79/23 81/4 84/6 84/11
86/7 86/15 86/22 87/6 89/7
90/11 91/3 93/8 96/22 97/18
99/25 100/8 101/24 102/16
105/23 106/9 106/16 107/24
108/19 108/25 111/1 111/9
113/13 115/12 115/18 116/1
116/8 116/22 117/3 118/6
120/12 122/13 124/18 126/2
127/13 128/10 130/3 131/12
136/24 140/18 142/14 142/15
142/17 142/21 143/17 146/2
152/15 157/25 167/5 168/1
169/12 172/25 174/3 181/9
181/25 188/24 189/24 190/3
193/11 194/18

**anyway [7]**   15/12 15/17 81/16
81/24 169/6 170/3 187/17

**anywhere [1]**   187/18

**apartment [1]**   58/3

**apologize [8]**   4/4 15/8 16/22
17/3 145/23 151/22 170/1
175/15

**appearance [4]**   3/5 3/5 94/2
190/10

**APPEARANCES [1]**   1/14

**appeared [1]**   143/16

**Appellate [1]**   113/12

**applies [4]**   27/5 31/14
128/15 139/9

**apply [7]**   29/15 30/1 30/1
83/11 88/18 90/22 109/12

**applying [1]**   45/18

**appointment [2]**   78/17 115/23

**appointments [2]**   115/25
116/4

**appreciate [7]**   33/1 155/23
158/15 161/11 162/9 163/22
176/7

**appreciates [2]**   155/18
155/19

**apprised [3]**   10/5 23/1 23/11

**approach [1]**   194/1

**appropriate [3]**   14/3 22/23
28/12

**approximately [2]**   22/24
141/23

**April [2]**   40/1 175/2

**Arby's [2]**   40/23 40/25

**architect [2]**   84/25 100/19

**architectural [1]**   84/24

**are [310]**

**area [18]**   35/2 40/5 49/22
53/12 57/24 58/8 61/4 67/8
69/25 72/12 80/14 85/11
92/10 99/7 105/17 119/3

123/11 176/18

**argument [2]**   5/3 16/5

**arise [1]**   10/6

**armed [3]**   39/5 39/6 122/9

**Army [4]**   61/19 69/24 87/3
110/22

**around [13]**   18/20 90/6 98/11
122/12 128/13 128/17 129/6
129/9 160/16 161/5 171/25
182/10 184/25

**arrange [1]**   118/11

**arrangement [1]**   118/19

**arrest [1]**   167/13

**arrested [6]**   76/9 84/10
118/1 118/4 167/15 178/8

**arrive [1]**   188/4

**article [11]**   141/20 142/1
142/8 142/9 142/14 142/20
142/21 142/23 142/24 143/12
143/25

**artificial [1]**   16/9

**artist [2]**   53/13 123/15

**Artola [12]**   33/25 34/11
138/16 145/20 146/14 146/16
147/5 147/7 147/15 148/5
148/17 149/11

**Arts [1]**   51/23

**as [182]**   6/25 8/8 11/4 11/10
11/10 12/9 12/16 13/1 13/1
13/18 13/18 14/10 15/19 18/2
19/14 21/23 21/24 23/1 23/10
23/13 24/14 24/15 24/24 25/8
25/25 26/2 27/5 28/1 28/6
28/18 28/25 29/2 29/18 30/1
31/7 32/5 32/9 34/18 34/19
35/21 37/15 37/18 37/22
37/22 38/15 39/22 45/13
46/24 46/25 47/14 50/1 51/2
51/5 54/1 55/3 56/1 57/20
58/7 60/17 60/18 60/21 60/22
62/14 62/15 64/19 69/4 69/9
69/15 71/1 71/10 77/13 79/1
80/23 80/23 82/4 82/4 82/5
82/5 82/7 82/11 82/11 84/2
84/8 84/18 86/6 89/5 90/20
91/2 93/23 94/24 96/16 97/10
97/25 99/23 99/23 101/16
104/7 108/23 115/1 116/2
116/3 118/14 119/25 121/18
122/3 122/8 122/8 122/11
124/3 124/13 124/13 126/13
127/2 131/20 132/3 137/13
138/18 138/18 143/13 144/1
144/14 144/15 145/8 146/3
147/25 148/24 151/1 152/7
152/7 152/17 152/18 154/24
155/13 155/18 155/19 155/21
155/25 156/1 156/17 157/9
158/2 158/19 159/18 159/18
160/3 160/4 160/4 160/18
160/18 160/21 160/25 161/1
161/5 161/5 161/19 161/19
162/21 163/10 164/6 165/6
166/20 166/20 167/5 171/6
175/20 177/20 179/16 179/17
181/23 181/24 182/24 183/15
186/12 188/3 192/3 193/14
193/14 194/3 194/8 194/8

**A**

**as... [2]**   194/25 194/25
**ascertain [1]**   77/17
**aside [8]**   90/24 91/10 91/10
119/25 131/19 173/5 173/9
181/18
**ask [45]**   4/9 7/20 11/20 12/6
12/6 12/9 13/9 14/5 14/6
19/7 21/5 23/15 24/5 25/11
70/8 72/11 80/7 89/7 94/12
96/21 103/13 123/10 135/23
137/8 138/23 139/7 140/25
141/1 144/24 145/7 150/21
154/1 155/10 158/23 162/5
162/18 165/12 170/13 175/15
176/7 178/8 181/8 183/18
185/24 192/14
**asked [16]**   3/21 22/5 22/18
93/12 96/22 148/20 164/16
168/25 170/3 170/23 172/1
174/22 177/3 180/2 181/4
189/9
**asking [5]**   11/19 45/11 95/8
194/21 195/4
**aspect [1]**   89/14
**assault [9]**   39/6 71/13 76/9
82/2 85/17 111/6 119/11
122/10 141/25
**assaulted [1]**   85/17
**assigned [1]**   77/11
**assistant [10]**   3/7 47/18
47/21 61/24 63/6 63/7 114/8
117/14 125/8 129/18
**associated [1]**   135/25
**association [1]**   78/24
**assume [5]**   23/14 144/17
144/25 172/16 192/11
**assuming [3]**   11/23 14/11
148/25
**assumption [1]**   23/17
**assumptions [1]**   183/18
**assurance [1]**   96/10
**assure [2]**   25/2 190/1
**assuring [3]**   21/19 23/20
170/10
**Atlanta [1]**   103/16
**attached [1]**   14/12
**attack [1]**   104/18
**attacking [1]**   180/4
**attempt [4]**   22/13 30/13
30/24 32/14
**attempted [2]**   119/11 177/12
**attempting [1]**   30/2
**attend [4]**   6/5 9/9 9/10 10/2
**attending [1]**   9/15
**attends [1]**   9/11
**attention [2]**   28/10 137/18
**attorney [13]**   3/8 9/23 10/8
10/22 20/24 53/23 54/1
105/20 105/22 105/24 106/5
106/6 109/7
**Attorney's [3]**   1/16 54/4
80/4
**attorneys [21]**   10/12 22/18
22/22 25/1 35/10 36/2 37/1
44/11 46/25 95/21 99/15
106/7 127/8 131/11 132/23

**audits [1]**   99/6
**August [1]**   195/16
**aunt [1]**   36/8
**Australian [2]**   1/17 1/23
**authority [2]**   59/18 129/16
**authorized [1]**   31/21
**Auto [2]**   57/5 57/6
**automatically [1]**   147/19
**automation [1]**   99/5
**Automotive [1]**   64/19
**available [3]**   23/13 23/20
82/17
**Avenue [2]**   1/17 1/23
**aware [5]**   23/7 23/7 82/1
127/21 192/1
**away [3]**   5/8 39/8 124/11
**awkward [2]**   148/13 148/15

**B**

**Bachelor [1]**   51/23
**back [48]**   8/23 10/15 10/21
13/16 13/20 13/22 13/24
14/15 18/14 24/18 27/15
28/21 50/13 88/8 92/21 92/23
94/7 94/8 94/16 95/2 95/17
96/1 96/3 113/9 135/23 136/9
136/13 136/18 137/6 137/13
137/22 139/4 154/10 157/12
157/13 158/3 160/17 170/6
172/6 176/22 185/18 185/24
186/13 187/9 187/17 190/13
191/13 192/2
**background [3]**   22/21 85/2
86/8
**backpage [9]**   174/9 174/23
175/17 175/19 176/1 176/8
176/15 176/17 190/20
**backpage.com [3]**   26/2 139/14
169/1
**bad [7]**   73/20 93/8 104/3
160/8 178/20 178/22 179/24
**Bahamas [2]**   15/20 16/1
**Bahamian [2]**   15/7 16/3
**bakery [2]**   83/23 83/25
**ball [1]**   128/6
**Baltimore [1]**   106/8
**bank [2]**   60/6 123/14
**banking [1]**   101/19
**bargain [1]**   111/8
**barrier [2]**   63/17 63/18
**bartender [1]**   65/13
**base [2]**   29/7 32/20
**baseball [1]**   111/20
**based [20]**   12/5 12/12 13/4
16/9 17/20 29/5 32/15 37/18
69/9 91/11 94/24 120/3 120/3
136/21 144/2 151/8 152/25
154/25 181/19 190/17
**basic [1]**   104/12
**basing [1]**   153/1
**basis [3]**   8/17 160/14 161/4
**basketball [3]**   38/9 87/3
107/18
**battery [2]**   71/13 103/8
**be [371]**
**beach [76]**   1/2 1/7 1/18 1/24

2/3 19/19 35/15 38/15 38/16
47/18 47/22 48/15 49/21
49/21 50/15 51/25 52/14 55/1
55/21 55/25 57/22 59/22 61/3
61/9 65/4 65/14 74/14 75/2
75/3 80/6 83/1 83/2 84/24
85/11 87/14 89/20 91/20
92/11 97/25 98/7 98/9 99/14
100/17 101/20 102/10 103/20
105/1 105/14 105/16 108/12
108/13 109/20 109/24 112/4
113/8 115/2 117/15 120/18
120/19 122/1 122/3 123/4
123/11 124/2 124/3 124/5
125/8 126/15 128/21 132/4
132/4 141/21 147/13 147/14
149/25 149/25
**bear [3]**   14/18 19/16 132/23
**because [69]**   20/3 24/14
24/15 31/21 32/1 37/3 37/25
47/6 47/14 62/4 71/5 72/6
73/24 87/9 87/25 91/3 94/13
97/21 97/22 98/17 103/5
104/4 104/5 106/23 110/9
116/1 132/11 132/17 141/1
144/5 144/6 147/19 147/23
152/2 152/9 152/22 155/10
155/11 155/25 157/6 158/15
158/19 160/2 160/17 161/9
161/18 163/8 163/13 164/1
169/17 170/6 172/20 173/14
177/22 177/23 178/16 178/21
179/19 180/2 180/17 186/10
187/18 188/6 188/25 189/2
190/25 191/21 193/23 194/5
**Beckford [1]**   5/5
**become [5]**   30/1 32/8 47/9
77/18 147/15
**been [136]**   3/15 5/15 16/6
23/12 28/15 31/22 35/13
35/15 36/5 36/6 36/18 38/7
38/23 39/1 39/4 40/3 40/9
41/16 42/3 42/4 42/9 42/13
45/22 46/6 46/15 49/20 49/21
51/22 51/24 52/13 53/9 54/9
54/10 54/11 54/25 54/25
55/20 58/14 58/19 59/13
63/22 64/10 64/21 65/7 65/14
66/19 68/9 68/12 68/15 68/17
73/4 76/6 80/15 80/22 80/24
81/19 81/22 84/10 89/1 89/18
90/5 90/9 90/11 91/19 92/11
95/20 97/7 97/8 99/8 99/22
99/23 100/1 100/16 101/8
101/19 104/11 104/12 105/19
106/13 108/11 108/21 109/25
110/16 112/22 113/7 113/9
114/12 115/2 115/3 117/8
117/15 118/1 119/1 119/10
120/17 121/8 122/2 122/6
122/7 122/23 124/20 128/5
129/14 132/4 137/5 137/9
138/15 139/20 139/23 140/6
142/11 143/17 143/17 144/9
145/9 150/23 150/23 151/19
155/21 155/23 158/19 158/23
162/22 166/19 169/2 169/4
169/5 169/8 170/13 175/1

**B**

**been... [6]** 177/4 183/22 186/10 186/22 188/15 192/10
**before [28]** 1/11 9/12 10/13 11/15 53/12 59/23 74/16 78/25 79/2 83/1 88/4 104/12 104/13 112/22 114/9 114/10 119/9 122/8 122/15 126/14 131/5 149/15 150/6 154/9 156/4 169/3 172/3 192/10
**begin [7]** 3/4 19/6 20/2 20/8 24/4 31/25 34/25
**beginning [3]** 37/24 139/1 194/9
**behalf [2]** 3/6 4/9
**Behavioral [1]** 105/13
**behind [4]** 135/13 136/11 136/20 159/19
**being [26]** 8/8 8/15 8/16 45/16 47/3 78/7 79/17 82/11 86/6 90/12 107/3 107/5 127/16 127/21 142/19 151/1 153/7 158/17 159/9 163/3 174/4 182/13 185/5 190/8 191/9 194/2
**beliefs [7]** 37/7 39/16 54/12 68/20 82/4 109/4 132/13
**believe [51]** 3/24 28/1 39/5 43/8 45/8 45/8 45/9 45/20 47/7 48/9 60/16 61/15 71/9 72/1 73/6 81/13 83/7 85/19 90/19 91/8 98/21 106/20 108/25 109/4 119/15 119/24 122/16 131/18 141/20 142/22 144/3 147/19 147/23 148/8 148/17 148/22 152/5 152/13 152/16 153/10 153/13 154/16 158/1 165/7 165/8 171/10 171/16 175/7 181/15 181/21 189/22
**believed [1]** 160/23
**believing [1]** 149/11
**Belle [1]** 76/22
**Bells [1]** 102/9
**bench [2]** 10/11 132/24
**benefit [6]** 30/10 36/2 36/25 37/4 138/4 153/22
**benefits [1]** 120/20
**best [8]** 18/18 18/21 77/15 77/16 91/5 91/14 119/22 161/18
**better [4]** 12/15 80/11 137/1 193/25
**between [5]** 25/18 51/12 84/3 94/3 184/12
**beyond [5]** 27/3 29/3 143/19 185/6 189/16
**bias [1]** 153/12
**biased [1]** 153/11
**bicycle [1]** 111/20
**big [2]** 68/2 193/10
**biking [1]** 127/7
**biller [1]** 69/21
**bingo [1]** 124/12
**biological [1]** 84/1
**bipolar [2]** 41/1 42/19
**birth [1]** 5/12

**bit [7]** 22/20 92/20 110/12 117/6 157/17 157/23 159/15
**bitcoin [1]** 176/9
**blame [3]** 184/6 184/13 184/15
**blessed [1]** 114/13
**blocking [1]** 159/19
**blogs [2]** 31/6 31/11
**blood [2]** 115/23 160/5
**board [2]** 105/10 124/3
**boating [3]** 49/23 80/18 131/8
**Boca [8]** 49/4 83/24 89/1 96/12 101/23 121/13 126/22 131/4
**bodily [1]** 76/9
**bond [2]** 167/12 167/13
**books [1]** 126/16
**Border [1]** 66/4
**born [4]** 40/9 122/9 122/15 165/19
**both [21]** 7/4 52/23 64/12 66/1 77/25 80/23 98/23 104/6 111/23 118/4 124/24 128/5 135/5 143/14 155/20 155/23 156/12 156/13 156/14 168/12 177/16
**bother [4]** 168/16 168/17 179/18 183/20
**bottled [1]** 119/12
**bought [2]** 146/17 146/18
**Boulevard [1]** 80/20
**box [3]** 17/21 18/2 46/7
**boy [1]** 124/9
**boyfriend [2]** 181/7 182/7
**Boynton [12]** 40/6 40/7 47/18 48/15 51/24 59/22 72/13 74/14 108/13 109/20 116/13 128/21
**boys [1]** 103/11
**brain [1]** 184/15
**branch [1]** 126/15
**brand [1]** 128/19
**Brandon [1]** 33/21
**Brandt [1]** 34/16
**break [26]** 13/12 24/7 24/7 24/8 24/9 24/9 24/12 24/14 49/25 66/14 72/22 79/23 87/25 88/6 92/21 95/1 95/23 96/4 124/15 124/20 133/8 135/20 135/23 159/17 159/17 159/17
**break-in [4]** 49/25 66/14 72/22 79/23
**break-ins [2]** 124/15 124/20
**breaks [5]** 74/5 74/7 94/13 128/13 129/8
**Brenda [1]** 19/11
**Brian [1]** 33/17
**brief [1]** 94/13
**briefing [1]** 15/25
**bring [18]** 18/22 22/25 94/8 138/19 145/13 151/13 153/21 155/9 156/2 156/4 157/2 159/7 170/20 173/2 177/24 185/23 188/2 193/11
**bringing [2]** 156/16 187/16
**brings [1]** 23/6

**broadcasting [1]** 121/25
**broke [2]** 108/22 177/23
**broken [14]** 65/16 79/12 79/13 79/13 79/21 79/22 98/14 115/15 117/1 117/23 117/23 119/8 125/24 125/25
**broker [1]** 78/25
**Bronx [1]** 114/25
**Brooklyn [1]** 123/16
**brother [11]** 38/17 60/5 71/15 71/16 106/6 106/6 110/25 118/1 128/8 128/8 165/24
**brother's [1]** 122/7
**brother-in-law [5]** 100/6 106/6 110/25 128/8 128/8
**brothers [1]** 122/15
**brought [1]** 166/3
**Broward [7]** 52/15 52/23 70/4 116/21 127/17 142/5 143/10
**building [3]** 93/3 100/25 121/15
**builds [1]** 54/24
**bunch [1]** 124/1
**burden [6]** 27/1 27/2 29/1 143/18 143/23 185/8
**Bureau [1]** 20/24
**burglarized [3]** 87/5 122/7 122/7
**burglary [1]** 112/17
**burgled [1]** 127/11
**business [13]** 52/13 52/22 61/2 61/5 83/23 83/25 91/23 91/24 98/7 120/23 127/8 132/5 176/14
**buyer [1]** 66/1
**BXXXXXX [1]** 7/10
**BXXXXXXX [1]** 9/1

**C**

**C-R-Y [1]** 5/1
**Cab [2]** 67/13 67/14
**Cady [1]** 33/18
**calculation [1]** 192/20
**calendar [2]** 17/1 95/11
**California [2]** 66/6 127/9
**call [12]** 5/6 5/7 17/1 52/14 52/18 137/25 141/5 141/9 141/12 167/12 170/6 187/22
**Callari [1]** 33/19
**called [15]** 7/22 19/20 19/21 22/10 25/4 43/2 49/25 50/1 71/6 75/9 94/16 97/13 109/14 157/6 157/11
**calling [2]** 24/23 141/16
**calls [2]** 39/9 93/3
**came [10]** 16/18 16/19 51/25 82/8 104/22 119/25 152/25 172/23 176/18 193/24
**camp [1]** 79/5
**camping [2]** 117/18 127/6
**can [111]** 5/18 5/23 9/3 9/24 10/13 10/22 11/9 12/25 13/1 13/2 16/23 17/5 17/7 18/12 18/13 18/17 22/3 22/6 22/6 22/22 23/15 24/15 24/16 25/2 27/14 32/1 33/12 34/2 35/10 36/13 37/16 46/17 46/21

**C**

can... **[78]**   46/25 47/7 48/10
55/12 65/12 67/2 68/19 69/7 72/11
73/21 78/4 91/14 91/16 92/23
93/2 93/3 93/13 93/16 94/7
94/16 97/17 99/1 103/1
103/13 115/21 118/11 120/6
124/14 125/11 132/23 136/5
136/6 136/16 136/18 138/19
140/3 141/5 141/9 144/1
144/3 144/14 146/10 146/25
153/13 154/3 155/10 155/15
158/22 160/14 161/5 163/5
163/7 163/10 164/1 164/4
166/20 171/12 171/15 173/6
174/10 175/19 176/22 180/17
181/21 181/22 184/22 186/11
186/21 187/18 188/19 189/12
189/19 190/1 191/1 192/24
193/7 193/22 194/5 195/6
can't **[21]**   4/12 20/3 32/4
78/5 93/6 93/7 93/11 93/15
97/4 144/12 144/16 144/19
152/9 152/14 160/13 161/9
180/18 189/11 189/18 189/19
192/6
cancel **[3]**   115/25 116/1
116/8
cannot **[5]**   12/24 93/4 97/5
97/6 174/10
capable **[2]**   160/5 160/19
capacity **[3]**   53/24 54/1
59/19
capital **[2]**   52/4 82/5
captain **[1]**   49/19
car **[16]**   36/15 66/14 75/25
79/12 79/12 79/13 79/21
98/14 108/22 109/21 115/13
117/23 122/6 122/7 124/15
124/20
card **[4]**   123/15 128/25
128/25 176/9
care **[11]**   6/2 15/23 21/20
51/24 62/16 89/14 89/23
94/16 112/7 118/12 191/19
career **[1]**   181/23
careful **[1]**   17/17
carefully **[6]**   14/14 20/5
25/12 33/10 93/1 139/7
Carlos **[1]**   33/15
Carolina **[4]**   58/3 99/16
103/24 105/5
CAROLINE **[3]**   1/22 3/11 21/7
carpenter **[1]**   86/3
carrier **[1]**   110/16
carrying **[1]**   81/23
cars **[5]**   55/5 62/23 62/24
112/15 122/4
Carter **[1]**   40/1
case **[235]**
cases **[3]**   111/23 161/22
193/24
cash **[1]**   176/8
category **[2]**   172/2 191/20
Catholic **[1]**   124/12
cause **[15]**   46/3 54/12 118/19
121/3 133/4 133/17 133/19

134/12 134/25 135/4 151/8
154/13 185/21 186/22 192/20
causes **[1]**   135/6
causing **[1]**   116/4
caution **[1]**   94/10
cautionary **[1]**   14/20
cautioned **[1]**   16/17
caveat **[1]**   47/12
cell **[1]**   34/6
center **[3]**   52/14 52/18 123/6
century **[1]**   119/10
CEO **[2]**   50/20 50/21
certain **[16]**   6/14 13/7 29/19
69/15 88/3 88/18 94/15 94/23
136/21 138/2 140/25 141/9
155/21 157/7 158/15 194/15
certainly **[4]**   12/7 77/16
155/7 184/18
certainty **[1]**   144/13
certificates **[1]**   5/12
certified **[3]**   19/12 105/10
125/8
certify **[1]**   195/13
cetera **[1]**   190/22
chair **[1]**   52/8
chairs **[5]**   19/3 19/5 19/15
159/16 188/16
challenge **[1]**   154/13
challenges **[1]**   192/21
Chambers **[1]**   33/21
chance **[6]**   4/7 6/5 9/8 17/2
32/10 133/7
change **[2]**   189/24 194/6
channel **[1]**   189/24
charge **[3]**   25/6 27/5 172/24
charged **[5]**   27/4 29/3 30/16
106/14 144/9
charges **[6]**   25/3 25/4 25/19
166/2 172/24 173/22
charging **[1]**   97/13
chart **[2]**   17/6 17/23
chat **[3]**   31/6 31/6 31/11
Chavez **[1]**   34/14
check **[2]**   150/4 192/3
check-in **[1]**   192/3
chef **[1]**   75/5
chemist **[2]**   74/19 115/5
Chicago **[1]**   50/16
chief **[2]**   101/21 156/20
child **[29]**   35/16 35/16 36/15
42/15 42/16 42/17 49/9 50/17
50/18 58/1 65/15 72/14 82/2
85/18 89/6 96/13 101/16
116/12 118/11 120/22 140/11
165/6 171/4 171/6 174/4
177/7 179/16 179/17 184/13
children **[74]**   40/17 40/19
48/17 49/22 51/24 52/3 52/21
53/14 53/16 53/19 55/4 57/25
59/24 61/11 62/16 63/8 64/21
66/1 67/20 69/24 74/20 75/4
75/21 76/25 77/8 80/16 80/22
80/23 83/25 85/13 89/21
91/21 92/13 99/9 101/12
101/21 102/12 102/18 103/11
103/13 105/11 106/3 107/4
107/5 107/6 107/15 108/14
109/21 110/11 110/18 111/19

112/7 112/7 114/12 115/5
115/7 117/18 120/20 122/4
124/4 124/9 125/13 125/14
128/1 128/4 129/16 130/15
131/7 133/23 134/1 134/8
134/11 179/14 180/7
chiropractor **[2]**   160/11
160/17
choice **[1]**   182/14
choose **[1]**   186/12
chose **[2]**   182/18 182/20
chosen **[1]**   182/24
Christine **[1]**   34/16
Christmas **[3]**   11/13 88/2
150/6
Christopher **[1]**   33/24
church **[2]**   124/10 124/12
circle **[1]**   88/8
circled **[1]**   155/11
circulate **[1]**   8/12
circumstances **[1]**   112/23
citizen **[1]**   24/21
citizens **[1]**   24/23
citizenship **[1]**   24/20
City **[4]**   50/17 70/3 70/6
123/4
civic **[2]**   52/7 160/24
civil **[19]**   39/20 43/7 43/8
48/2 48/6 49/12 54/14 73/12
82/7 82/7 111/23 121/18
123/22 124/22 131/23 155/2
189/19 193/25 194/12
clarify **[2]**   6/8 7/15
Clark **[1]**   35/14
class **[7]**   87/10 87/21 87/22
88/2 149/20 149/22 167/25
classes **[9]**   88/1 88/10 88/17
150/3 150/4 150/9 150/12
150/20 179/1
classroom **[1]**   87/17
clean **[2]**   14/6 14/9
cleaned **[1]**   13/17
cleaning **[2]**   91/22 91/25
clear **[7]**   29/24 80/13 83/14
122/14 140/2 193/16 194/5
clearer **[2]**   47/9 144/19
clearly **[2]**   22/2 22/6
clerk **[3]**   40/3 126/14 156/21
clinical **[2]**   105/13 105/16
Clinton **[2]**   86/18 86/20
close **[22]**   11/12 36/6 38/23
39/3 42/13 46/15 68/12 68/17
98/15 98/18 98/20 106/7
127/21 136/18 139/13 139/19
139/23 140/5 151/18 166/19
171/3 181/5
closed **[2]**   11/13 23/8
closer **[4]**   72/11 123/2 125/6
167/19
clothed **[1]**   7/4
club **[1]**   167/17
CNA **[2]**   86/16 130/14
coach **[2]**   64/22 114/14
Coast **[1]**   103/21
coastal **[1]**   80/16
coerce **[1]**   26/4
coercion **[2]**   25/16 25/24
college **[14]**   39/8 49/9 60/1

**C**

**college... [11]**   83/3 83/3
87/1 87/13 89/21 91/21 96/13
106/15 112/8 113/9 128/5
**colonel [1]**   55/6
**come [31]**   10/13 10/13 10/14
17/5 17/7 24/5 24/17 27/11
32/18 82/5 92/21 92/22 96/1
96/3 111/23 132/21 133/2
136/9 141/8 149/5 153/12
154/9 157/7 158/16 167/13
174/17 185/18 185/24 185/24
187/9 192/2
**comes [3]**   9/25 37/23 157/10
**comfortable [13]**   19/3 19/15
24/13 60/21 73/16 73/24
75/24 96/17 109/5 109/10
159/16 159/21 183/16
**coming [20]**   10/24 11/15 17/4
21/21 23/24 45/17 82/16
88/10 113/16 113/18 113/19
137/13 155/25 158/15 158/19
170/8 182/10 185/20 190/6
193/15
**comments [5]**   11/1 11/18
12/18 140/15 188/3
**committed [3]**   30/16 103/25
179/12
**committing [1]**   25/14
**common [4]**   27/10 27/13 27/24
27/25
**communicate [6]**   22/1 22/5
31/5 150/25 154/2 164/3
**communicating [2]**   22/1 22/3
**communication [5]**   10/4 31/2
53/10 93/11 136/3
**communications [1]**   190/10
**community [9]**   55/21 58/22
65/14 67/8 83/2 92/11 99/8
103/9 119/2
**company [13]**   54/23 65/3 89/3
100/15 100/19 103/8 104/15
105/17 107/17 117/17 128/1
128/4 129/17
**complete [2]**   13/22 88/5
**completed [2]**   23/10 137/5
**comply [1]**   136/4
**compromise [1]**   189/4
**compromises [1]**   190/4
**computer [2]**   44/20 99/5
**Comtrand [1]**   57/20
**concern [6]**   7/3 74/2 87/19
118/10 134/10 155/24
**concerned [9]**   64/2 135/14
138/23 160/4 160/18 161/2
161/7 193/21 194/4
**concerns [2]**   71/7 103/4
**conclude [3]**   23/3 24/15 94/8
**concluded [1]**   135/21
**conclusion [1]**   45/17
**condition [8]**   32/5 32/6
60/16 60/23 129/7 146/2
146/4 159/13
**conditioner [1]**   123/3
**conditioning [1]**   89/3
**condo [2]**   44/22 79/2
**conduct [1]**   29/19

**confer [1]**   4/13
**conference [1]**   3/14
**conferences [3]**   6/5 10/2
10/6
**conferring [1]**   94/22
**confess [1]**   119/12
**confided [1]**   119/23
**confirm [2]**   23/17 186/21
**confirming [1]**   3/14
**conflict [1]**   186/8
**conflicts [1]**   24/16
**confusing [2]**   5/4 5/24
**confusion [1]**   14/4
**connection [1]**   58/9
**consequences [2]**   32/24 93/20
**consider [11]**   4/7 13/11 16/4
27/4 27/20 63/17 108/5
146/19 158/3 158/18 163/4
**considered [3]**   25/8 151/1
160/21
**construction [5]**   45/23 76/24
91/19 104/12 132/6
**consultant [1]**   120/20
**consulting [1]**   117/17
**contact [8]**   4/25 21/17 93/22
94/3 135/25 145/8 162/7
190/9
**contains [1]**   5/20
**contemplate [1]**   12/11
**contest [1]**   152/9
**continue [4]**   10/14 48/14
92/23 97/23
**continued [1]**   137/14
**continuing [3]**   45/21 46/5
47/10
**continuity [1]**   122/2
**contractor [3]**   54/15 88/15
108/14
**contradict [1]**   132/11
**control [1]**   54/24
**controlled [1]**   121/16
**convened [1]**   143/21
**convicted [6]**   36/19 36/20
60/5 82/2 111/6 178/10
**conviction [1]**   5/12
**cook [2]**   83/4 98/12
**Cooke [2]**   56/19 56/20
**cooking [6]**   80/19 81/1
101/13 116/17 121/1 130/15
**cooperation [1]**   92/25
**copies [2]**   35/9 44/11
**copy [1]**   14/6
**Coral [1]**   102/10
**Corp [1]**   101/22
**corporate [2]**   61/2 61/4
**Corps [1]**   123/17
**correct [12]**   32/10 45/25
46/10 58/11 58/20 72/4 84/20
132/18 147/5 162/23 192/22
195/13
**correction [1]**   86/4
**correctional [2]**   116/19
116/20
**corrections [1]**   86/6
**correctly [1]**   173/7
**cotton [1]**   157/21
**could [82]**   3/4 5/4 6/11 7/8
7/9 7/10 7/15 8/19 9/20 11/5

11/6 17/21 19/7 20/14 20/19
23/3 23/20 27/9 27/23 29/7
29/10 37/16 45/8 45/20 69/7
72/2 72/16 73/23 74/5 80/13
82/5 88/6 88/16 90/24 94/22
95/14 97/2 97/4 97/15 101/4
101/8 110/8 112/19 116/5
117/22 117/24 122/16 125/1
132/21 136/11 139/16 141/12
142/10 142/11 143/24 144/22
145/13 149/18 155/14 157/17
157/20 159/7 159/19 159/20
159/21 161/1 162/13 162/19
166/24 169/13 171/3 171/16
172/13 173/5 173/8 173/12
173/17 175/10 181/1 185/21
187/14 192/14
**couldn't [4]**   72/4 72/4 129/6
155/24
**counsel [22]**   3/4 5/20 9/9
9/11 10/4 11/21 13/10 13/20
17/15 17/24 35/8 94/10 94/12
132/21 136/1 136/19 138/7
138/23 144/21 144/22 146/10
161/12
**counsel's [1]**   11/21
**counselor [1]**   114/23
**count [1]**   192/17
**country [1]**   154/25
**counts [1]**   154/21
**county [29]**   35/15 47/20
48/16 49/22 52/15 52/23 67/5
70/5 75/2 80/6 85/11 89/20
91/20 98/8 99/14 100/17
105/14 105/17 116/21 119/1
119/3 120/18 124/2 124/23
132/4 142/5 143/10 147/13
147/14
**couple [12]**   38/14 39/6 39/9
39/9 110/24 122/8 124/16
138/8 139/6 158/1 165/22
182/8
**coupled [1]**   138/3
**course [8]**   47/1 47/12 96/19
97/7 147/24 153/22 160/12
169/24
**court [81]**   1/1 2/2 3/12 6/24
7/11 7/15 9/13 10/1 11/9
12/8 12/14 13/11 14/25 15/3
15/13 16/4 16/17 16/19 16/23
17/19 17/20 19/12 21/18
21/21 21/22 21/24 22/7 22/18
23/8 27/23 27/23 28/6 28/13
29/6 30/6 31/25 37/18 38/17
41/12 41/14 44/1 44/15 69/9
73/17 77/17 78/8 78/8 90/21
95/5 95/9 97/25 98/20 99/15
101/4 113/12 124/23 127/16
136/5 142/15 142/17 144/10
144/10 151/17 152/11 152/16
155/13 155/18 156/20 156/21
156/23 157/1 157/16 172/9
176/6 178/23 178/25 193/13
194/20 195/4 195/11 195/18
**Court's [7]**   13/5 14/23 16/14
17/14 18/15 28/5 28/18
**courthouse [15]**   11/13 19/19
21/20 23/8 44/2 44/5 93/14

**C**

**courthouse... [8]** 95/21
102/23 158/24 162/5 186/12
189/10 189/18 190/7
**courtroom [46]** 8/19 9/7 9/7
18/24 19/24 21/14 22/1 27/11
29/5 32/16 32/22 93/5 94/9
136/14 136/17 137/21 139/3
141/11 141/14 145/18 146/9
146/11 148/24 150/24 151/14
157/3 159/10 162/14 164/12
166/13 166/15 168/21 168/23
170/21 174/16 174/19 176/24
177/1 180/25 181/2 185/15
186/1 187/20 187/24 190/9
190/15
**cousin [15]** 36/8 36/9 36/10
36/14 36/16 39/5 39/12 56/11
56/12 56/16 66/5 70/5 73/6
99/15 105/5
**cousins [4]** 90/3 103/23
127/7 131/10
**coverage [4]** 127/2 188/23
189/21 189/22
**covered [2]** 54/9 193/9
**CR [7]** 1/3 3/20 5/17 7/1 7/3
9/1 19/22
**created [2]** 17/20 17/25
**creative [1]** 72/14
**credibility [1]** 147/25
**credit [4]** 123/14 128/25
128/25 176/9
**Creole [2]** 63/21 131/1
**crew [1]** 101/21
**crime [29]** 29/2 30/16 35/18
36/6 38/24 39/4 41/16 42/14
45/22 46/16 47/2 58/14 59/2
66/12 66/13 68/13 68/18 73/5
75/23 81/19 106/8 124/22
127/10 151/19 152/10 166/19
180/8 184/20 191/10
**crimes [13]** 54/10 54/12 90/5
90/8 90/9 90/12 127/22 143/4
144/6 144/9 180/16 185/5
185/7
**criminal [58]** 19/20 36/3
36/5 36/16 38/11 38/12 38/19
39/1 39/19 42/4 42/5 43/7
45/1 46/6 48/20 50/7 51/6
52/25 54/11 55/9 58/6 60/3
66/20 68/10 68/15 70/10 71/8
72/19 73/4 80/3 80/8 81/17
81/22 82/7 82/8 83/16 86/7
92/6 100/5 100/23 104/21
106/13 110/4 111/23 112/22
113/2 115/13 115/22 123/22
123/23 124/22 128/24 130/7
167/11 184/18 189/19 194/2
194/12
**cross [1]** 172/25
**crossed [2]** 190/22 190/24
**crowded [1]** 19/2
**cruising [1]** 49/23
**cry [1]** 183/11
**Crystal [4]** 4/24 6/9 7/10
9/2
**current [1]** 105/13

**currently [12]** 22/15 39/10
65/12 70/5 70/9 99/5 105/16
107/12 108/13 112/14 123/5
123/5
**customer [2]** 116/16 131/6
**CXXXXXX [1]** 25/20
**CXXXXXXX [2]** 25/21 33/23
**cycle [1]** 60/1

**D**

**dad [1]** 117/19
**Dade [1]** 143/10
**daily [1]** 160/14
**Dallas [2]** 53/12 53/23
**Dallas/Fort [1]** 53/12
**dance [1]** 103/15
**dancing [2]** 101/13 108/15
**date [6]** 17/1 47/14 78/18
88/9 101/7 195/16
**dates [5]** 37/17 53/24 78/17
101/4 109/8
**daughter [46]** 42/19 51/7
51/12 52/4 52/22 54/9 58/1
61/12 63/8 63/10 67/25 69/25
77/22 80/17 84/5 86/18 86/20
98/10 98/11 100/19 103/15
103/22 105/2 110/1 114/13
116/14 116/17 121/14 123/14
124/10 129/18 132/5 133/18
134/9 162/11 162/21 163/24
177/14 178/1 178/8 179/3
179/17 179/19 180/2 180/3
180/4
**daughter-in-law [1]** 51/7
**daughter-in-law's [1]** 51/12
**daughters [4]** 52/22 85/1
86/14 103/11
**dawned [1]** 193/25
**day [19]** 24/12 32/5 62/8
95/5 122/23 128/18 145/11
151/5 154/5 159/4 159/24
160/8 161/8 170/7 170/18
184/6 187/22 187/22 192/8
**days [17]** 23/16 62/4 69/8
73/20 73/20 78/16 90/20
104/3 107/6 107/7 133/22
134/1 149/22 149/23 160/10
162/3 194/20
**DEA [1]** 79/7
**deadline [1]** 16/9
**deaf [3]** 114/19 114/23 115/8
**Dealing [1]** 7/1
**deals [1]** 182/23
**death [1]** 83/9
**deceased [2]** 74/21 103/12
**December [6]** 22/25 23/14
82/16 88/10 109/7 150/3
**December 18th [1]** 150/3
**December 21st [2]** 22/25
23/14
**decide [2]** 28/8 185/16
**decided [1]** 194/16
**decision [6]** 22/22 28/25
32/2 32/15 32/20 59/10
**decisions [4]** 55/11 83/15
117/10 160/19
**declared [1]** 59/8
**deem [3]** 28/12 38/3 156/22

**Defendant [14]** 1/9 1/19 9/19
9/25 10/3 25/6 27/5 27/18
142/3 142/8 142/10 142/11
144/1 185/7
**Defendant's [4]** 4/23 6/4
29/2 142/1
**Defendants [1]** 31/16
**Defender's [1]** 127/17
**Defenders [2]** 1/20 1/23
**defense [22]** 9/3 3/22 3/25
10/4 11/24 14/5 16/7 16/10
18/8 21/5 21/11 135/10
135/11 153/18 158/12 161/15
165/15 168/13 168/18 171/21
178/24 179/7
**Defense's [1]** 193/13
**defer [1]** 14/24
**definitely [1]** 74/6
**definitions [1]** 32/18
**degree [2]** 65/6 150/10
**Del [1]** 33/22
**deli [1]** 40/3
**deliberate [4]** 13/16 27/15
28/22 157/13
**deliberating [4]** 37/8 39/17
68/21 132/15
**deliberations [2]** 14/2 32/1
**Delray [16]** 38/17 52/15
53/11 61/3 61/9 65/14 84/24
84/24 102/10 105/19 107/14
108/12 112/14 114/14 115/1
115/3
**delve [2]** 12/16 77/23
**dental [1]** 52/20
**dentist [1]** 52/2
**department [18]** 44/21 44/25
45/4 45/4 53/23 55/25 56/1
66/4 70/5 70/6 71/6 86/21
101/23 114/24 115/6 116/13
118/25 147/11
**dependent [1]** 70/2
**depending [1]** 23/4
**depends [1]** 23/22
**deported [1]** 100/7
**Depot [3]** 53/21 125/11
125/12
**Depriving [1]** 155/17
**deputy [6]** 21/14 33/22 33/25
34/13 34/14 34/14
**described [4]** 60/17 96/25
140/18 152/16
**description [1]** 119/21
**design [2]** 52/5 132/6
**designed [1]** 32/23
**designer [2]** 72/12 72/17
**designs [1]** 54/24
**desk [1]** 14/15
**detail [2]** 143/20 169/22
**detailed [1]** 179/10
**details [1]** 179/21
**detective [11]** 33/18 33/20
33/21 33/21 34/13 34/16
34/17 34/17 77/10 147/12
147/15
**determination [1]** 156/20
**determine [3]** 22/13 28/3
28/5
**determined [4]** 8/16 24/23

**D**

**determined... [2]**   116/2 136/22
**developer [1]**   38/6
**development [5]**   49/5 49/6 52/13 100/15 128/19
**develops [1]**   16/2
**device [2]**   30/18 31/11
**Devlin [1]**   33/22
**did [80]**   3/19 4/7 4/9 9/14 10/7 15/3 26/24 34/10 40/25 43/5 43/19 50/7 53/3 54/14 54/15 57/9 61/19 67/5 67/7 67/13 71/24 73/8 74/16 75/13 75/14 77/9 77/18 92/6 99/6 100/7 100/24 106/18 111/7 111/23 119/12 119/13 121/17 121/18 122/22 124/1 124/22 124/24 127/16 131/23 136/24 138/8 145/20 150/4 152/9 154/11 165/3 165/17 165/21 166/21 167/7 167/11 169/10 170/5 172/24 174/21 175/17 175/21 175/23 175/24 175/25 176/8 176/17 178/12 179/22 180/1 181/9 183/12 184/18 185/3 185/16 188/3 188/8 189/17 191/7 194/19
**didn't [28]**   18/11 42/16 43/3 49/13 71/4 75/9 79/22 82/5 105/15 118/2 122/12 124/17 152/8 152/23 154/8 155/7 158/7 167/9 167/20 170/3 172/5 172/25 172/25 179/18 179/20 179/20 184/3 193/15
**diet [1]**   160/4
**different [20]**   16/22 24/11 51/10 71/8 72/23 72/24 78/14 94/11 95/20 105/23 110/11 110/12 124/1 140/12 142/15 142/17 143/11 153/5 157/11 177/10
**difficult [14]**   53/19 102/22 103/1 118/21 146/3 153/2 153/21 157/24 163/2 163/13 172/13 173/12 181/17 192/11
**difficulties [4]**   37/14 39/22 82/10 109/16
**difficulty [9]**   69/14 73/22 134/5 134/18 154/9 154/15 155/15 157/17 157/18
**dipping [1]**   123/9
**dire [4]**   13/9 22/10 22/12 138/21
**director [6]**   72/14 105/13 105/16 112/3 120/23 122/2
**dirty [2]**   59/4 71/6
**disabilities [3]**   69/4 105/11 107/4
**disabled [2]**   75/5 112/6
**disagree [1]**   184/17
**disbelieve [2]**   28/2 149/2
**discharge [1]**   178/11
**disclose [1]**   165/17
**disclosure [1]**   166/6
**discomfort [1]**   161/19
**discrete [1]**   15/7

**discuss [18]**   6/6 9/14 10/7 30/6 30/9 47/15 93/6 93/7 126/6 126/8 133/8 135/24 137/10 157/14 170/15
**discussed [18]**   3/14 4/20 6/7 6/11 6/14 8/13 13/15 18/13 30/19 32/4 32/7 33/5 42/14 89/13 97/14 118/15 133/1 133/10
**discussing [4]**   6/16 9/14 73/16 96/17
**discussion [2]**   16/13 195/10
**discussions [3]**   30/21 30/25 32/1
**dismissed [4]**   81/22 82/9 167/21 167/22
**Disney [4]**   113/25 135/18 185/17 186/4
**dispatcher [1]**   57/20
**displaying [1]**   7/4
**disqualify [1]**   154/16
**disrupt [2]**   161/10 161/20
**distant [1]**   129/18
**DISTRICT [9]**   1/1 1/1 1/12 53/23 54/3 99/15 156/20 156/21 156/23
**dive [1]**   79/5
**diving [2]**   80/18 110/20
**division [2]**   1/2 123/15
**divorce [1]**   109/6
**divorced [11]**   35/15 52/1 65/15 67/10 75/20 96/13 101/12 109/20 115/4 121/13 177/15
**DL [1]**   8/5
**do [227]**
**Docket [4]**   3/23 11/2 16/18 16/25
**doctor's [5]**   75/6 115/23 116/4 123/13 125/15
**document [5]**   5/20 8/22 9/23 25/4 97/13
**documentary [1]**   5/24
**documents [13]**   4/22 5/14 14/12 27/14 69/12 69/14 69/15 154/18 155/12 157/7 157/11 157/14 158/16
**does [30]**   28/6 31/19 31/24 32/3 63/5 63/10 67/12 84/1 86/15 90/19 97/9 105/21 119/5 127/8 147/7 147/9 149/22 150/15 154/20 158/10 158/12 161/1 161/12 161/15 163/17 165/15 168/7 171/19 171/21 180/11
**doesn't [4]**   35/8 122/12 160/20 165/24
**dog [2]**   48/17 49/10
**dogs [1]**   111/21
**doing [11]**   23/2 31/10 49/20 54/15 54/25 100/21 103/14 115/9 156/14 189/1 195/1
**domestic [13]**   36/15 53/2 81/21 96/14 96/16 133/11 134/9 139/24 140/7 164/18 170/25 177/5 190/22
**Don [1]**   33/22
**don't [114]**   4/17 4/21 5/8

8/13 14/3 16/11 35/3 35/17 37/1 38/1 39/10 40/2 42/5 45/7 48/9 63/25 72/1 77/18 82/10 83/6 87/22 88/3 88/5 89/25 90/1 90/6 90/8 92/22 94/2 94/4 94/11 96/1 97/9 97/17 98/1 102/16 102/24 105/6 105/6 106/18 106/18 108/18 109/7 116/1 116/8 117/9 118/18 119/15 119/17 119/19 123/8 124/7 127/15 133/2 133/3 134/11 135/19 138/24 142/1 142/10 142/12 143/6 143/8 144/25 150/20 150/25 152/10 153/13 154/16 154/22 154/23 156/6 156/12 156/13 157/19 157/24 159/24 160/1 161/3 161/18 162/7 163/7 163/25 166/8 169/22 169/24 170/12 172/3 172/16 172/18 176/10 180/1 180/18 182/5 182/19 183/5 183/10 183/11 183/22 184/8 184/9 184/13 184/15 184/15 185/18 186/8 186/9 187/16 188/24 189/21 190/8 192/4 192/18 195/8
**donations [1]**   81/3
**done [16]**   11/9 11/12 11/16 15/1 15/2 24/1 24/3 55/7 83/14 114/9 160/24 188/9 188/12 194/3 194/14 194/15
**Donner [1]**   117/21
**door [2]**   37/23 136/18
**double [2]**   123/9 160/10
**doubt [6]**   27/4 29/3 143/19 144/14 144/16 185/6
**down [13]**   21/25 35/7 38/14 82/14 115/4 145/23 152/11 152/13 169/5 175/1 175/2 177/23 191/20
**drafting [1]**   14/24
**drawing [1]**   108/15
**drinking [1]**   106/14
**drive [2]**   114/2 129/17
**driver [1]**   124/2
**driving [1]**   120/9
**drop [1]**   134/11
**dropped [1]**   152/13
**drug [6]**   41/19 41/23 73/6 103/23 108/4 152/23
**drugs [2]**   71/5 84/10
**due [2]**   73/15 129/6
**duly [4]**   9/19 19/10 20/16 22/11
**dummy [1]**   14/1
**duration [1]**   10/3
**during [19]**   3/21 5/23 6/10 10/2 10/6 23/16 23/18 23/21 25/17 25/23 33/9 37/17 64/2 69/8 94/13 107/8 118/14 125/1 138/20
**duty [9]**   28/11 42/6 42/8 43/2 54/13 61/19 69/24 118/17 160/24
**DXXXX [1]**   25/19
**DXXXXX [2]**   25/21 33/19
**Dyondre [1]**   33/23

**E**

**each [19]** 7/22 10/11 10/15 20/5 27/4 27/5 28/20 29/2 34/20 34/22 50/10 62/8 136/25 138/21 176/3 185/1 193/1 193/2 193/4

**earlier [13]** 24/6 95/19 142/4 144/12 145/25 152/18 157/16 162/17 165/7 166/2 174/22 188/19 195/1

**early [8]** 95/6 95/10 124/9 124/16 136/5 188/5 191/11 194/21

**Earth [1]** 30/18

**Ease [1]** 117/6

**easier [2]** 18/16 96/3

**easy [2]** 170/9 189/8

**eat [2]** 105/4 160/2

**economics [1]** 120/22

**Edgardo [1]** 33/18

**education [2]** 80/11 181/22

**educator [2]** 181/24 183/19

**effect [2]** 81/6 91/7

**effort [1]** 188/19

**efforts [1]** 23/9

**egregious [1]** 144/6

**eight [10]** 18/1 50/14 61/25 74/15 88/24 110/16 112/13 141/23 142/9 171/25

**either [9]** 12/16 33/8 47/7 111/24 115/18 141/1 150/15 152/23 180/21

**elder [1]** 51/24

**elected [1]** 194/6

**electrician [1]** 103/17

**electronic [2]** 31/2 93/11

**electronics [1]** 104/15

**elementary [2]** 62/7 109/22

**elements [1]** 49/7

**elevator [3]** 93/25 94/5 94/6

**Eleven [1]** 41/2

**eliminated [1]** 191/3

**Elizabeth [1]** 34/15

**else [16]** 9/7 18/4 26/16 26/24 29/22 30/7 31/20 31/23 34/8 55/9 93/9 124/8 136/11 165/25 193/11 194/18

**email [2]** 31/6 93/10

**embarrass [2]** 22/19 155/7

**embarrassed [3]** 169/6 169/21 170/4

**embarrassing [1]** 46/18

**emotional [12]** 37/14 39/21 54/20 69/3 81/15 89/13 90/16 90/18 97/22 144/5 153/1 181/18

**emotionally [2]** 96/19 163/2

**emotions [3]** 90/24 91/10 131/18

**emphasize [3]** 25/5 31/3 188/18

**employed [16]** 36/3 38/11 38/12 38/15 38/16 38/17 38/18 53/16 53/17 57/20 60/3 62/21 68/9 70/10 128/4 128/23

**employees [1]** 127/9

**employer [2]** 30/4 118/13

**employers [1]** 189/15

**employment [3]** 45/15 52/17 62/22

**end [23]** 24/4 24/11 28/18 77/17 88/1 88/3 88/11 88/17 91/3 94/14 95/22 96/5 132/21 139/5 142/6 150/4 154/4 161/23 163/5 170/7 171/4 172/2 194/21

**ending [3]** 7/6 194/23 194/25

**ends [2]** 83/13 88/2

**Energizer [1]** 103/8

**enforcement [9]** 25/17 45/2 45/15 70/10 86/7 106/18 106/23 132/9 152/7

**engage [5]** 25/24 26/4 175/25 184/22 190/8

**engaging [1]** 152/1

**engineer [10]** 55/3 59/24 59/24 65/24 72/14 80/16 92/12 99/9 121/12 131/4

**engineering [4]** 54/23 104/11 104/24 117/17

**English [3]** 65/13 155/22 156/24

**enjoy [4]** 49/23 115/9 119/7 121/15

**enjoying [1]** 108/15

**enough [8]** 19/15 123/8 135/15 135/15 155/22 157/23 181/8 192/21

**ensure [5]** 11/16 13/17 23/25 29/20 162/25

**entered [18]** 18/24 139/3 141/14 145/18 146/11 151/14 157/3 159/10 162/14 164/12 166/15 168/23 170/21 174/19 177/1 181/2 186/1 187/20

**enthusiast [1]** 119/7

**entire [1]** 46/19

**Entry [4]** 3/23 11/3 16/18 16/25

**environmental [1]** 117/17

**EPA [1]** 115/6

**equal [1]** 155/24

**equally [1]** 184/11

**escort [1]** 26/1

**especially [2]** 15/9 138/23

**ESQ [2]** 1/19 1/22

**estate [2]** 52/23 105/22

**estimated [1]** 22/24

**et [1]** 190/22

**evaluate [4]** 29/11 32/7 106/20 153/8

**even [13]** 6/18 6/21 32/6 60/22 93/6 101/15 140/2 157/25 161/4 168/13 183/4 184/5 188/24

**evening [7]** 65/13 87/10 87/11 122/21 122/22 122/22 122/23

**evenings [1]** 23/25

**event [1]** 96/5

**ever [14]** 36/4 39/1 42/3 42/3 46/6 59/2 68/7 68/12 68/17 73/4 73/5 139/13 139/23 140/6

**every [12]** 7/23 21/25 22/4 81/14 87/11 115/23 115/24 150/7 155/19 188/5 193/23 194/12

**everybody [22]** 18/20 18/25 19/16 20/8 23/18 24/13 35/6 77/16 77/20 78/9 82/23 95/17 136/11 139/5 141/3 141/5 149/7 170/1 172/5 187/22 190/13 192/1

**everyone [10]** 3/1 15/10 19/24 20/5 24/8 94/15 136/9 185/24 186/21 186/21

**everyone's [1]** 21/19

**everything [11]** 10/17 11/9 25/2 63/22 81/9 103/4 117/2 130/20 130/23 190/2 190/11

**everywhere [1]** 21/15

**evidence [76]** 4/13 4/15 4/16 5/1 5/3 5/6 5/7 5/24 23/4 25/7 25/9 27/3 27/5 27/8 27/9 27/10 27/13 27/16 27/19 27/21 27/22 27/25 29/2 29/5 29/8 29/11 32/8 32/16 37/18 45/16 45/17 58/8 69/13 69/15 77/20 78/1 78/1 82/11 83/11 83/12 90/21 90/25 91/6 91/11 97/16 97/18 98/22 109/12 109/12 120/1 120/3 140/15 143/22 144/2 153/8 154/19 155/6 155/25 157/7 157/10 157/14 158/3 158/16 158/18 163/4 163/6 166/5 172/14 173/1 174/7 179/13 179/15 181/20 182/24 183/2 185/6

**ex [8]** 76/6 76/8 96/21 109/20 110/1 115/5 177/14 178/8

**ex-husband [8]** 76/6 76/8 96/21 109/20 110/1 115/5 177/14 178/8

**exacerbate [1]** 73/21

**exact [2]** 143/9 151/24

**exactly [3]** 16/24 133/9 163/9

**exam [1]** 88/11

**examination [2]** 22/10 22/13

**example [3]** 128/16 138/13 145/9

**exams [1]** 88/4

**except [5]** 8/20 15/5 113/8 115/23 136/9

**exclusively [1]** 28/3

**excuse [14]** 145/5 150/19 153/23 156/14 158/16 161/24 162/4 163/24 164/2 164/6 170/12 185/21 186/9 187/19

**excused [25]** 133/4 135/13 137/9 137/19 137/21 138/12 138/13 138/15 138/18 145/9 145/12 150/23 150/23 151/7 154/6 156/13 158/21 158/24 159/6 162/12 164/4 164/10 170/13 170/19 186/10

**executive [2]** 55/4 100/14

**exercise [5]** 63/13 99/11 105/4 114/15 121/1

**exercising [1]** 89/22

**E**

exhibit [1]   14/8
exhibits [5]   14/7 14/9 15/10
  21/16 27/14
exist [1]   31/18
expanded [1]   140/4
expectation [1]   187/9
expecting [1]   14/17
experience [56]   13/19 24/25
  36/22 42/21 46/1 46/3 46/11
  50/2 57/10 58/21 60/11 70/22
  71/9 71/10 71/19 73/9 76/1
  76/12 77/12 77/24 84/7 85/19
  87/6 88/8 89/8 96/16 96/18
  96/23 97/15 97/21 108/25
  117/3 120/4 120/5 126/2
  127/13 136/8 137/12 150/25
  152/15 153/5 154/3 157/19
  158/25 163/1 163/8 163/14
  164/4 168/1 171/10 173/9
  179/16 179/16 181/22 183/4
  189/9
experienced [4]   47/3 164/18
  170/24 181/5
experiences [19]   22/14 66/15
  72/23 72/24 72/25 79/15
  79/16 115/18 119/25 122/14
  124/18 172/20 177/16 177/17
  179/23 180/14 180/21 181/19
  190/21
explain [9]   27/1 27/8 35/1
  36/13 41/18 46/17 91/5
  180/18 193/22
explained [5]   72/6 98/20
  157/16 183/17 185/9
explanation [2]   157/18 180/4
explicative [1]   7/7
explicit [1]   140/17
explore [1]   155/15
exposed [2]   7/7 152/2
exposure [2]   152/2 152/13
express [2]   4/10 103/11
expunged [1]   118/2
extremely [1]   143/9
eye [1]   9/6

**F**

face [3]   31/4 31/4 167/11
face-to-face [1]   31/4
Facebook [1]   31/7
fact [26]   30/24 32/14 38/18
  41/22 45/3 45/14 54/3 56/22
  79/8 80/9 81/4 84/11 85/4
  90/11 90/19 100/8 105/24
  108/19 111/1 111/9 113/13
  118/6 130/3 131/12 143/14
  152/22
facts [8]   28/3 45/18 90/22
  104/6 142/16 147/21 153/4
  174/10
factual [1]   10/5
fair [143]   29/20 31/22 31/23
  32/11 32/20 32/23 36/23
  37/18 38/20 39/13 41/7 41/24
  42/23 45/5 45/16 45/19 45/20
  46/2 46/4 46/12 47/3 47/7
  48/8 48/10 50/3 51/1 51/13
  54/4 55/12 56/23 57/11 58/12
  58/23 59/20 60/12 61/5 61/16
  65/19 66/9 66/16 69/9 70/11
  70/23 71/11 71/20 72/2 73/1
  73/10 76/2 76/13 77/14 77/15
  77/25 79/9 79/17 79/17 80/9
  80/13 81/6 81/9 81/14 82/5
  82/11 83/12 84/8 84/12 84/19
  85/4 85/20 86/9 86/23 89/8
  90/12 90/25 91/11 92/4 96/24
  98/22 98/23 99/1 99/18 100/2
  100/9 101/25 105/25 106/10
  106/17 107/25 108/20 109/1
  111/2 111/10 112/19 113/14
  115/19 116/23 117/4 117/22
  117/24 118/7 120/2 120/13
  121/4 122/16 124/19 126/3
  127/14 130/4 131/13 131/20
  140/19 143/13 144/15 144/17
  152/17 162/19 163/5 163/5
  163/7 163/11 163/13 164/1
  164/23 165/8 168/3 168/12
  169/13 169/16 170/8 170/10
  171/11 171/12 171/15 171/16
  174/4 174/11 175/8 177/18
  177/19 181/20 181/23 188/20
  189/5
fairly [3]   29/10 106/21
  147/17
fairness [1]   190/4
false [1]   148/21
families [2]   105/11 107/4
family [69]   16/16 36/1 36/3
  36/8 38/10 38/12 38/18 39/3
  41/13 41/16 42/13 46/15
  49/10 51/6 54/9 54/11 55/6
  55/9 60/1 60/2 61/14 62/2
  64/13 68/9 68/12 68/17 70/3
  70/9 70/15 70/20 71/12 71/14
  72/19 73/5 75/22 77/8 80/3
  80/7 81/19 90/5 90/6 90/7
  92/13 102/6 102/13 106/5
  107/18 109/24 110/19 110/24
  124/21 125/18 128/6 128/23
  128/24 131/10 139/13 139/19
  151/18 164/17 165/5 166/18
  181/5 181/9 182/16 183/12
  185/20 186/4 189/15
fantastic [1]   179/5
far [13]   63/23 82/4 82/11
  102/15 103/4 130/20 136/8
  153/25 160/4 160/18 172/6
  173/8 194/25
fashion [1]   6/20
father [9]   55/7 55/8 66/4
  77/7 85/16 98/11 127/10
  157/21 165/24
father's [1]   79/12
father-in-law [3]   55/7 55/8
  66/4
fault [2]   170/4 184/16
FBI [5]   3/9 51/7 51/13 58/7
  58/10
February [1]   25/18
February 27 [1]   25/18
Federal [10]   1/20 1/23 19/18
  20/24 44/1 56/15 144/10
  189/10 189/17 195/17

feel [19]   44/12 82/23 97/2
  106/18 106/19 107/3 109/5
  144/17 158/4 159/21 160/5
  160/25 163/1 178/19 178/20
  180/6 180/8 180/15 186/19
feeling [2]   70/25 178/25
feelings [8]   97/22 131/19
  153/4 153/7 153/10 178/19
  181/18 182/13
feels [1]   194/8
fell [1]   172/2
fellow [1]   24/23
felt [7]   18/3 143/3 144/6
  146/3 162/19 178/22 179/24
few [8]   27/1 51/22 93/16
  96/22 138/3 165/19 181/8
  188/1
field [4]   64/9 65/2 86/7
  157/21
fight [1]   112/24
figure [2]   194/19 195/5
file [1]   44/15
filed [2]   3/17 44/14
filing [2]   4/5 16/25
filings [1]   6/23
fill [1]   156/24
final [2]   15/25 32/2
Finally [1]   32/12
financial [2]   59/18 103/16
financially [1]   118/21
find [18]   7/5 8/10 17/11
  24/25 62/15 88/6 88/16 93/19
  95/14 107/8 141/18 143/24
  148/16 150/4 153/6 173/11
  176/17 189/1
finding [1]   185/7
finds [1]   10/3
fine [10]   15/24 18/12 37/3
  37/25 128/13 131/17 134/4
  136/19 152/14 172/6
finish [2]   15/8 23/23
firearm [5]   26/6 118/4
  168/12 168/12 168/14
firearms [2]   118/2 173/25
firefighter [1]   114/14
firm [12]   47/23 47/24 48/1
  48/2 48/4 48/7 50/17 50/20
  51/1 51/9 80/17 84/24
first [30]   4/6 4/8 4/13 4/20
  5/3 5/8 5/18 5/23 7/20 8/9
  8/18 17/20 18/1 19/23 20/8
  22/9 26/13 32/4 52/1 68/1
  110/8 128/18 138/20 139/12
  141/18 152/12 167/12 172/9
  176/17 178/22
fish [1]   92/2
fishing [1]   131/8
fit [1]   18/12
five [29]   17/22 17/22 24/2
  40/18 40/19 51/25 54/8 61/9
  62/1 62/5 64/10 64/12 64/21
  67/21 75/2 89/20 89/21 99/6
  105/1 109/19 115/6 117/16
  125/13 125/14 149/23 177/11
  177/13 179/18 186/17
FL [5]   1/7 1/18 1/21 1/24
  2/3
flareup [1]   60/19

**F**

**FLETCHER [3]**   1/19 3/11 21/9
**flooring [1]**   108/14
**floors [1]**   94/11
**FLORIDA [8]**   1/1 35/14 49/21
 50/15 55/2 55/3 119/2 184/21
**flow [1]**   161/10
**fly [1]**   51/5
**flying [2]**   121/15 186/5
**Foley [1]**   34/15
**follow [11]**   28/23 29/19 33/4
 38/2 45/13 78/1 83/11 90/24
 120/1 173/17 185/11
**followed [1]**   32/25
**following [5]**   23/7 33/2
 45/18 135/6 189/9
**follows [1]**   29/18
**followup [13]**   38/3 69/12
 88/21 94/18 94/23 153/15
 162/25 163/18 163/19 163/20
 168/19 175/11 183/24
**food [2]**   81/2 100/20
**football [6]**   38/9 56/6 64/22
 112/16 112/24 121/10
**for MS [1]**   73/19
**force [4]**   25/15 25/15 54/8
 101/24
**forced [2]**   25/16 152/24
**foregoing [1]**   195/13
**foreperson [25]**   43/13 43/15
 43/24 48/22 49/14 50/8 50/9
 52/8 53/4 54/16 54/17 66/21
 73/13 92/7 100/24 100/25
 104/21 110/4 111/24 113/3
 121/19 123/22 124/24 130/8
 131/23
**forepersons [1]**   50/10
**forever [2]**   19/5 117/9
**forgave [1]**   178/22
**forgot [1]**   144/21
**form [5]**   27/19 43/17 93/10
 156/25 181/5
**formal [1]**   25/6
**former [4]**   72/10 72/12 86/4
 86/6
**formerly [3]**   52/13 52/20
 70/9
**Fort [4]**   1/21 38/7 53/12
 89/2
**forth [3]**   25/4 32/24 136/5
**forward [2]**   8/17 170/8
**found [7]**   31/22 48/20 78/15
 95/4 95/7 178/14 178/16
**foundation [2]**   86/18 86/19
**four [42]**   40/4 51/25 53/13
 53/16 53/19 75/3 76/25 77/1
 79/1 83/1 83/3 83/25 86/5
 86/12 91/21 102/10 102/12
 103/11 105/2 105/19 106/3
 109/21 110/11 110/11 110/12
 115/2 115/3 120/20 124/14
 129/15 134/8 134/11 141/23
 142/9 167/25 169/11 175/18
 176/2 192/23 192/24 193/3
 193/7
**four-hour [1]**   167/25
**fourth [2]**   27/22 53/22

**frame [1]**   173/1
**Francisco [1]**   61/14
**frankly [1]**   23/8
**fraud [1]**   25/15
**free [5]**   44/12 137/11 158/25
 170/14 186/19
**Friday [1]**   149/21
**Fridays [1]**   194/23
**friend [29]**   36/6 39/3 46/15
 66/3 68/12 68/17 79/6 98/15
 98/19 98/20 106/7 108/17
 108/22 110/9 124/21 127/21
 128/8 128/9 139/13 139/20
 139/23 140/5 146/19 146/21
 148/6 151/19 166/19 181/5
 188/23
**friend's [1]**   188/24
**friendly [1]**   94/1
**friends [23]**   36/3 38/23
 41/14 45/1 45/4 49/10 60/2
 60/2 68/9 72/19 73/5 75/22
 80/3 99/14 106/6 107/18
 108/16 110/24 128/23 131/10
 132/8 148/9 148/11
**front [7]**   17/25 37/5 46/19
 46/25 77/17 91/3 152/8
**Ft [1]**   2/3
**fulfilled [2]**   137/17 145/10
**full [11]**   6/9 6/15 6/21 7/2
 8/21 9/20 12/24 12/25 20/15
 29/17 102/9
**fully [1]**   16/2
**fund [1]**   81/2
**further [10]**   119/20 133/12
 148/3 150/20 156/5 157/17
 174/13 176/21 181/25 194/10

**G**

**Gail [1]**   56/19
**gain [1]**   85/18
**game [1]**   112/24
**games [3]**   66/2 112/16 126/17
**gardening [6]**   51/5 79/6
 99/11 100/21 102/4 128/6
**Gardens [8]**   50/15 55/1 83/1
 83/2 105/1 120/19 126/14
 126/15
**Gary [1]**   33/20
**gas [1]**   54/25
**gave [7]**   4/24 8/22 78/16
 136/22 144/1 148/20 179/9
**GC [2]**   88/13 88/14
**general [11]**   13/4 35/2 35/9
 40/5 72/12 77/21 88/15 92/10
 138/1 164/17 190/18
**generally [7]**   23/22 24/4
 62/10 91/5 173/22 175/19
 190/21
**gentlemen [4]**   20/22 92/19
 92/22 140/24
**get [57]**   5/2 7/18 8/22 11/12
 11/16 12/2 13/3 13/4 14/17
 15/9 15/12 17/2 18/20 19/14
 19/23 24/1 24/3 24/16 37/5
 41/6 42/11 42/11 44/12 53/17
 62/8 77/24 82/21 87/21 96/4
 102/22 124/8 125/2 128/13
 134/11 134/17 145/21 150/9

 153/7 156/12 160/9 163/3
 170/7 175/16 175/24 179/3
 180/7 184/3 188/5 188/23
 189/2 192/3 192/8 192/9
 192/22 193/2 193/4 193/7
**gets [5]**   5/22 13/17 53/25
 193/1 193/4
**getting [5]**   12/20 15/6 15/15
 93/25 138/22
**girl [2]**   124/9 184/24
**girls [2]**   131/7 180/20
**give [26]**   5/8 9/23 11/16
 13/14 16/8 23/16 24/9 24/12
 29/20 30/5 35/4 41/8 74/2
 78/18 80/11 91/9 91/9 92/20
 94/2 95/22 104/18 143/20
 151/19 157/17 162/24 174/10
**given [22]**   16/10 23/19 45/12
 77/19 81/7 84/15 88/16 96/2
 96/24 97/14 103/23 119/21
 128/16 152/17 153/24 161/22
 163/22 164/3 174/11 177/20
 181/15 189/4
**gives [2]**   16/4 29/6
**Glade [1]**   76/22
**glass [1]**   75/21
**go [66]**   3/2 6/7 7/16 7/22
 9/8 9/24 11/1 11/18 11/25
 13/16 13/21 13/24 14/19 16/3
 18/21 23/1 23/2 24/1 27/15
 28/22 32/7 34/24 35/2 35/3
 67/2 85/14 87/9 87/11 93/1
 102/25 107/5 111/7 128/22
 134/20 135/16 136/5 136/16
 137/2 137/25 138/22 138/25
 141/5 141/8 141/9 143/20
 144/7 149/22 150/7 156/15
 157/12 160/11 162/7 169/10
 169/22 176/22 178/12 179/1
 185/22 186/4 186/16 187/12
 187/14 189/17 190/16 192/2
 193/7
**goal [1]**   12/20
**gobbledygook [1]**   18/11
**God [1]**   98/10
**goes [5]**   13/19 80/6 188/15
**going [84]**   3/2 3/17 4/13
 4/20 5/25 6/15 6/19 7/3 7/21
 8/9 8/11 8/17 11/11 11/25
 12/2 12/4 12/6 12/9 12/22
 12/23 15/11 15/14 16/8 20/2
 23/9 23/14 24/6 24/11 35/9
 46/14 48/17 50/13 59/9 78/15
 83/15 92/20 93/14 94/14
 94/19 95/22 97/14 109/6
 109/23 110/10 113/22 113/25
 113/25 114/2 114/4 117/9
 122/11 127/1 132/20 132/22
 135/12 135/22 138/21 141/3
 141/4 144/16 145/5 150/15
 150/19 153/7 153/23 155/4
 157/6 158/16 159/25 161/20
 162/3 163/24 169/7 172/6
 184/14 185/17 186/18 187/19
 187/24 188/6 189/2 189/13
 192/22 194/20
**golf [2]**   52/24 53/15
**gone [8]**   14/14 93/4 93/17

**G**

**gone... [5]**   169/12 169/17
170/9 177/7 183/21
**good [45]**   3/1 3/6 19/1 20/21
21/1 21/9 49/3 50/14 51/20
52/12 57/9 69/18 69/19 70/25
73/20 82/22 86/3 88/23 93/7
104/3 118/24 119/21 122/21
122/22 126/21 128/16 139/4
144/11 146/21 147/3 147/4
148/5 159/4 165/2 168/9
168/10 169/22 173/20 175/15
178/7 178/19 179/9 183/9
183/12 192/18
**Google [3]**   30/18 31/13
176/19
**Gordon [1]**   117/20
**got [15]**   51/23 58/15 67/13
67/17 68/3 75/9 81/23 92/24
104/1 108/22 124/17 178/16
179/18 184/2 184/3
**gotten [3]**   12/3 53/18 94/20
**Government [46]**   3/16 3/21
4/2 6/10 6/17 7/3 7/14 7/19
11/8 11/23 13/21 14/5 15/6
15/25 16/12 16/17 25/13 27/2
27/3 27/7 29/1 69/22 100/5
127/9 135/8 135/9 143/22
145/2 146/24 148/20 153/16
154/12 154/20 158/10 161/13
163/17 165/12 166/2 168/7
168/13 171/19 172/14 175/12
178/4 181/25 185/5
**Government's [6]**   3/19 6/23
18/5 20/4 20/19 143/18
**grab [1]**   17/6
**grader [1]**   77/1
**graduated [2]**   55/10 88/25
**Grand [4]**   100/25 101/1 101/5
101/7
**grandchild [1]**   72/18
**grandchildren [6]**   58/2 58/5
102/5 120/25 124/13 125/1
**grandkids [4]**   41/1 41/2
52/24 84/4
**grandma's [1]**   38/17
**grandson [4]**   82/15 89/23
129/25 130/1
**Granger [1]**   111/18
**grant [1]**   5/17
**gratitude [1]**   158/21
**great [1]**   92/23
**greater [1]**   155/17
**Green [1]**   142/7
**Greenacres [1]**   26/8
**Greg [1]**   20/22
**GREGORY [2]**   1/15 3/7
**grew [5]**   55/1 80/14 85/11
91/19 121/9
**GRL [1]**   8/5
**ground [1]**   193/9
**group [3]**   138/11 139/6
162/20
**growing [1]**   100/21
**grown [2]**   53/14 120/20
**grumpy [1]**   190/7
**guarantee [1]**   32/23

**guard [2]**   108/21 123/6
**guess [4]**   50/8 117/7 119/12
180/17
**Guevara [1]**   34/13
**guilt [4]**   25/8 29/2 143/23
144/17
**guilty [4]**   48/20 178/14
178/17 185/8
**guitar [2]**   44/24 75/7
**gun [6]**   167/2 167/3 167/9
167/13 167/17 167/20
**gunpoint [5]**   46/8 46/9 72/22
121/2 122/10
**guy [1]**   142/4
**guys [1]**   185/9
**GXXXXXX [1]**   25/20
**GXXXXXXX [1]**   33/20
**gym [3]**   48/17 85/14 128/22

**H**

**had [87]**   3/14 6/5 8/7 9/8
12/7 14/20 15/4 22/15 28/15
42/5 42/7 42/19 42/20 42/22
52/6 57/10 58/21 60/13 60/19
71/9 71/17 72/21 73/19 80/8
96/23 98/14 98/15 107/20
107/22 108/4 108/17 110/9
112/17 117/5 117/23 119/8
119/12 122/14 122/15 122/15
124/21 128/5 133/7 133/16
134/23 136/8 139/4 146/4
146/13 151/19 152/15 152/23
153/1 154/9 154/9 155/15
156/6 156/7 157/6 157/16
157/16 162/16 162/16 162/22
163/24 167/25 170/24 177/4
177/6 177/7 179/1 180/14
181/4 181/5 182/14 182/18
183/18 184/14 191/4 191/5
191/8 191/19 193/24 194/1
194/14 194/15 195/1
**hadn't [1]**   17/3
**hairdresser [1]**   51/23
**half [5]**   49/4 85/13 114/24
116/13 150/6
**hallway [1]**   93/2
**Halvorson [1]**   48/5
**hamper [2]**   37/15 39/22
**hand [48]**   9/18 12/12 19/9
20/11 20/12 20/15 21/3 21/12
26/10 26/13 26/21 29/8 29/12
33/5 33/11 33/13 33/15 42/20
42/20 138/2 138/5 139/7
139/8 139/9 139/9 139/14
139/15 139/21 140/3 140/8
140/21 140/22 146/13 151/22
156/12 162/16 162/20 164/16
164/22 168/25 170/5 170/23
172/1 174/22 177/3 177/9
181/4 190/18
**handed [1]**   17/6
**handful [2]**   188/2 188/8
**handicapped [1]**   124/4
**handle [1]**   159/21
**hands [9]**   12/10 21/4 21/13
26/11 29/9 29/13 33/6 138/8
139/22
**happen [1]**   186/9

**happened [29]**   39/7 39/12
47/6 57/4 70/16 77/10 77/21
98/20 119/14 119/23 152/20
163/23 163/24 166/7 167/1
167/5 167/8 167/16 168/2
171/13 171/24 174/11 176/15
178/10 179/19 182/3 183/6
184/6 184/11
**happens [2]**   22/4 160/8
**hard [9]**   11/12 13/1 19/5
91/2 91/3 107/8 144/5 160/13
192/11
**Hardee [1]**   33/17
**hardship [3]**   107/3 118/20
150/12
**Harper [1]**   34/13
**harvest [1]**   72/17
**has [69]**   5/1 14/25 15/25
16/23 25/13 27/7 29/1 36/18
52/4 52/22 54/11 65/16 77/17
78/8 81/9 81/10 81/11 81/14
83/8 83/10 83/10 84/10 84/23
93/4 93/17 95/7 97/7 97/8
99/23 100/1 103/15 117/8
119/22 122/6 122/7 122/23
128/4 133/22 134/2 134/10
134/10 136/5 137/5 138/15
140/5 143/17 143/17 143/22
143/23 144/9 145/2 151/18
152/25 154/15 155/23 157/25
158/19 160/19 163/23 165/12
166/2 166/19 169/5 171/13
175/1 179/20 181/23 185/20
186/22
**have [517]**
**haven't [8]**   15/2 16/14 53/18
55/7 91/3 128/16 194/14
194/15
**Haverhill [1]**   57/23
**having [18]**   3/4 10/14 20/2
53/18 71/24 93/7 93/22
101/24 125/10 128/16 130/20
143/25 162/2 169/12 175/7
179/14 180/14 182/25
**Hawaii [1]**   104/14
**hazardous [1]**   55/19
**he [93]**   5/25 9/24 10/1 10/3
27/19 28/15 39/9 39/10 50/19
50/19 50/19 52/3 57/9 57/9
58/7 60/10 61/14 64/11 69/23
71/17 73/8 76/9 76/11 80/16
81/18 84/1 100/7 105/22
105/24 112/6 112/6 117/8
117/8 119/6 120/22 123/15
127/11 128/4 142/2 142/6
146/17 147/9 147/11 147/12
147/19 147/22 148/8 148/8
148/20 148/24 148/24 148/25
149/11 152/13 154/9 154/9
154/15 155/6 155/14 155/14
155/14 155/15 156/23 157/21
167/2 167/3 167/7 167/9
167/11 167/12 167/20 167/20
167/25 178/8 178/10 178/11
178/12 178/14 178/16 178/16
180/2 182/10 182/13 182/17
183/7 183/8 184/3 184/3
184/14 184/24 191/8 191/9

## H

**he... [1]** 191/11
**head [1]** 189/2
**healing [2]** 184/4 184/5
**health [5]** 69/25 100/20
112/3 112/4 114/14
**healthiest [1]** 183/7
**healthy [1]** 184/25
**hear [28]** 7/12 13/20 32/18
47/9 70/23 84/6 91/6 91/7
97/16 105/15 141/2 141/4
149/5 149/8 157/9 163/23
168/11 168/14 177/16 179/13
179/20 182/24 189/23 190/1
190/2 190/3 190/3 190/4
**heard [10]** 142/2 150/16
166/21 172/23 173/8 173/22
179/9 179/22 182/22 194/10
**hearing [17]** 10/12 13/6 16/5
17/8 20/10 46/24 53/19 97/17
97/20 125/10 128/2 151/20
151/21 166/4 183/2 190/1
190/2
**hears [1]** 165/2
**heart [1]** 104/18
**held [1]** 121/2
**helicopters [1]** 101/22
**hello [7]** 40/1 93/25 108/11
114/19 121/23 121/24 157/5
**help [7]** 29/20 32/23 74/6
107/8 110/10 183/8 185/10
**helped [4]** 98/11 179/1
182/13 182/15
**helpful [5]** 4/3 24/17 80/12
88/19 95/15
**helps [3]** 21/15 37/4 53/24
**her [34]** 5/6 5/7 22/2 29/7
42/20 42/20 52/22 56/17 77/7
86/22 98/11 98/12 107/21
107/23 108/4 119/14 119/23
124/8 124/12 133/12 133/15
133/15 134/1 134/11 134/19
134/20 165/4 165/21 166/8
185/18 185/18 185/21 185/22
185/23
**here [59]** 3/3 8/20 13/19
16/23 17/11 19/2 19/6 19/18
19/19 19/20 19/24 20/2 20/7
21/19 23/18 29/10 33/4 40/6
40/9 44/2 60/21 68/25 80/15
82/12 82/18 82/21 82/23
90/20 90/20 93/16 95/21
96/17 97/2 104/12 107/3
107/5 109/11 110/9 113/9
122/1 124/23 125/2 137/6
137/10 137/12 143/6 147/13
150/25 154/4 155/2 158/23
159/16 166/21 170/7 170/16
186/10 186/12 188/5 188/17
**Hi [4]** 38/6 67/1 104/24
173/21
**high [14]** 24/23 35/16 55/4
59/25 64/22 65/12 65/15 66/1
76/25 79/6 83/3 109/23 112/9
112/13
**highest [1]** 144/10
**hike [1]** 79/5

**hiking [1]** 27/6
**him [38]** 6/7 6/7 9/14 85/17
89/15 89/15 105/6 146/17
146/18 147/20 147/20 147/23
147/23 148/9 148/17 149/2
154/9 154/11 154/16 155/5
155/7 155/8 155/9 155/11
155/11 155/16 167/13 167/15
167/17 167/17 178/11 178/22
178/23 180/1 180/2 181/8
182/12 182/18
**hiring [1]** 139/20
**his [19]** 9/9 9/10 10/2 29/7
61/15 65/5 80/17 122/8
146/19 147/17 147/25 167/9
167/13 167/20 180/2 180/4
182/14 183/7 184/14
**history [3]** 154/25 155/2
172/5
**hit [1]** 58/15
**hobbies [48]** 38/8 41/4 44/23
51/5 52/5 52/23 53/14 55/5
56/6 58/4 62/1 63/13 64/13
65/6 69/25 72/15 74/21 75/7
75/21 77/3 81/5 84/3 89/22
92/13 99/11 100/20 102/4
103/12 103/20 105/3 107/18
108/15 109/23 111/20 112/15
113/10 117/18 120/25 121/15
122/4 125/18 126/16 127/6
128/5 129/18 130/15 131/8
132/6
**hobby [5]** 72/16 124/10
**hold [9]** 22/15 64/7 72/11
123/2 125/6 135/19 156/12
167/19 171/3
**holding [1]** 168/11
**holiday [3]** 23/8 88/2 88/17
**holidays [6]** 11/13 23/6
23/24 88/1 149/24 150/5
**Hollywood [2]** 55/2 131/6
**home [16]** 53/21 62/13 66/14
87/5 88/23 102/25 112/6
112/17 119/8 125/11 125/12
125/16 125/17 132/9 146/17
146/18
**homemaker [3]** 65/5 120/17
120/21
**homeowners [1]** 78/24
**HON [1]** 2/2
**honest [12]** 41/7 78/9 89/10
148/8 148/9 148/11 148/18
148/25 149/6 149/9 149/12
176/6
**honestly [1]** 8/12
**honesty [1]** 163/23
**honor [33]** 14/20 45/7 45/20
46/13 46/18 47/5 66/10 66/17
82/13 86/10 118/24 120/11
138/20 144/19 145/4 150/17
151/21 152/20 153/17 153/19
154/7 158/11 158/13 161/14
161/16 163/21 183/17 190/19
191/14 191/15 191/24 193/12
194/17
**HONORABLE [1]** 1/11
**honors [1]** 99/10
**HOOVER [3]** 1/16 3/8 20/24

**hop [1]** 94/5
**hope [4]** 22/20 24/24 80/19
139/4
**hopefully [3]** 5/1 24/19
137/3
**hoping [1]** 94/18
**horrified [3]** 142/22 142/23
143/1
**horrifying [1]** 142/19
**hotel [1]** 67/25
**hotels [1]** 176/13
**hour [6]** 12/22 12/24 12/25
24/14 95/23 167/25
**hours [2]** 11/14 23/16
**house [14]** 45/23 45/24 58/15
75/25 79/13 79/22 82/14
85/18 115/15 117/1 117/23
122/8 125/24 125/25
**housewife [7]** 49/3 53/22
55/22 58/2 91/21 107/14
129/13
**how [43]** 8/11 8/13 11/17
12/22 23/2 23/4 43/9 45/7
60/7 71/1 81/4 81/7 82/17
95/13 118/18 123/10 129/2
146/16 152/4 157/18 158/3
165/17 169/4 171/8 171/23
174/24 175/16 176/8 176/17
180/6 180/6 180/8 180/15
181/12 182/4 183/22 188/15
188/19 189/9 189/17 192/4
192/16 192/23
**Howard [2]** 3/8 20/25
**however [2]** 81/9 182/10
**huge [2]** 81/20 170/10
**hum [2]** 114/6 130/2
**human [2]** 80/24 182/13
**hundred [1]** 144/13
**hundreds [3]** 154/20 154/21
154/22
**husband [39]** 49/5 52/2 52/2
59/23 74/19 76/6 76/8 76/24
81/20 83/2 84/23 84/25 89/2
96/21 99/9 100/18 102/5
102/11 105/20 105/21 106/5
108/4 108/14 109/20 110/1
112/5 114/11 115/5 117/16
120/19 125/9 125/10 125/12
129/15 132/5 177/14 178/8
178/21 179/24
**husband's [1]** 127/25
**hygienist [1]** 52/21
**hyphen [1]** 5/1

## I

**I'll [1]** 11/20
**I'm [19]** 35/15 49/22 57/24
65/12 65/15 65/25 81/14
85/13 89/21 91/20 96/13 99/5
103/9 103/21 116/14 117/7
119/4 127/21 128/22
**I've [44]** 44/21 47/18 48/15
49/4 50/14 53/11 55/20 61/25
62/25 65/3 65/25 69/22 74/14
75/2 75/20 79/1 82/25 83/24
86/4 86/12 89/20 96/12 98/9
101/11 101/19 102/9 104/11
104/24 104/25 107/13 108/12

## I

**I've... [13]** 112/4 114/10 116/13 117/15 120/17 121/12 123/11 124/4 124/23 126/15 128/2 131/5 160/23
**idea [1]** 77/21
**identify [1]** 93/23
**identity [3]** 92/3 108/23 108/24
**ill [1]** 178/25
**images [3]** 7/7 140/16 191/3
**immediate [1]** 90/6
**impact [16]** 59/20 66/8 71/1 71/7 71/10 71/25 84/7 85/4 86/22 90/19 108/5 118/18 129/2 152/16 153/1 175/7
**impacted [2]** 84/15 180/6
**impaired [2]** 17/8 128/2
**impartial [120]** 36/23 38/20 39/13 41/24 42/23 45/5 45/16 45/19 45/20 46/2 46/4 46/12 47/4 47/7 48/8 48/10 50/3 51/2 51/14 54/5 55/12 56/23 60/2 61/6 61/16 65/19 66/9 66/16 70/11 70/24 71/11 71/20 73/1 73/10 76/2 76/13 77/14 77/25 79/9 79/17 80/10 80/13 81/7 83/12 84/8 84/12 85/5 85/20 86/9 86/23 89/9 90/13 90/25 91/11 96/24 97/2 97/4 97/17 98/23 98/23 99/1 99/18 100/2 100/9 101/25 105/25 106/10 106/17 107/25 108/20 109/1 111/2 111/10 112/19 113/14 115/19 116/23 117/4 117/22 117/25 118/7 119/15 120/2 120/13 122/16 124/19 126/3 127/14 130/4 131/13 131/20 140/19 143/13 144/13 144/15 144/17 152/17 162/19 164/23 165/9 168/3 169/14 169/17 170/8 171/11 171/12 171/16 174/5 174/11 175/8 175/10 177/18 177/19 181/20 188/20 189/6
**impartiality [2]** 105/7 119/18
**impartially [4]** 29/11 106/21 153/8 163/4
**implies [1]** 193/20
**importance [1]** 33/2
**important [18]** 6/24 21/17 22/1 22/20 24/20 29/14 31/17 31/18 32/18 78/7 93/18 135/24 153/22 158/19 160/23 160/25 183/20 186/5
**importantly [2]** 21/25 83/9
**improper [2]** 94/2 190/10
**improperly [1]** 30/13
**inactive [1]** 77/11
**inappropriately [1]** 77/6
**inches [1]** 17/16
**incident [4]** 30/12 57/8 65/18 174/3
**incidents [1]** 127/18
**include [4]** 75/21 140/15

166/3 187/23
**included [1]** 3/25
**includes [4]** 11/3 31/9 127/16 127/16
**including [7]** 11/18 25/14 26/5 31/5 31/11 31/15 157/14
**inconsistent [1]** 5/24
**Independent [1]** 115/1
**indicate [3]** 136/7 155/22 156/10
**indicated [17]** 18/18 23/16 24/1 37/17 66/8 69/8 141/17 142/17 145/20 148/5 149/15 151/16 154/15 155/14 162/18 177/6 191/9
**indicating [1]** 11/4
**indicators [1]** 13/25
**indictment [9]** 13/16 13/19 14/1 14/9 25/4 25/5 25/7 97/13 143/16
**individual [6]** 12/4 13/3 13/5 93/12 138/6 154/22
**individually [9]** 12/16 23/15 141/1 141/3 187/7 187/10 188/1 188/8 191/9
**individuals [4]** 6/14 7/1 8/25 12/11
**individuals' [1]** 6/21
**industry [4]** 52/14 52/18 53/10 66/6
**influence [5]** 30/13 46/1 79/17 120/10 131/20
**influenced [1]** 22/14
**informal [1]** 93/6
**information [11]** 30/5 30/10 31/8 31/10 31/14 32/21 35/3 35/4 35/7 69/25 88/19
**informed [2]** 6/9 6/21
**initial [4]** 4/7 4/8 5/19 6/19
**initially [1]** 11/25
**initials [6]** 3/21 4/11 6/1 8/2 14/1 15/22
**initiatives [1]** 112/3
**injections [1]** 160/1
**injured [1]** 112/25
**injury [2]** 76/9 128/6
**inquire [4]** 17/18 93/12 101/4 146/25
**inquiry [3]** 13/5 138/6 157/1
**ins [2]** 124/15 124/20
**instance [3]** 5/5 30/4 70/16
**instant [1]** 31/2
**Instead [1]** 17/20
**instruct [6]** 28/7 28/19 37/19 69/10 90/21 144/3
**instruction [2]** 14/24 29/14
**instructions [13]** 14/11 14/21 16/7 16/11 28/21 29/19 29/21 29/25 91/9 135/24 143/20 186/19 187/12
**instruments [1]** 72/17
**insurance [4]** 52/7 69/21 100/15 117/5
**intelligent [1]** 22/22
**intend [1]** 194/9
**intended [1]** 22/18
**intensive [1]** 154/23

**intention [1]** 193/13
**interact [1]** 162/5
**interest [1]** 170/7
**interesting [3]** 93/8 93/8 189/1
**interfere [10]** 60/17 69/4 81/5 96/23 98/25 104/6 107/24 113/13 171/10 195/8
**Internal [1]** 99/4
**Internet [5]** 30/17 30/22 31/1 31/6 31/11
**internship [1]** 127/17
**interpret [1]** 45/11
**interpretation [1]** 45/10
**interpreted [1]** 114/20
**interpreter [6]** 19/6 19/7 19/10 19/12 20/14 20/16
**interruption [1]** 20/13
**introduce [3]** 19/17 20/5 20/20
**introduced [1]** 19/25
**invasion [1]** 132/10
**Investigation [1]** 20/25
**involve [1]** 174/2
**involved [10]** 30/17 31/15 55/9 90/4 94/3 115/8 115/12 132/6 140/12 194/5
**involvement [1]** 80/8
**involving [5]** 30/13 71/5 129/24 173/23 178/7
**is [733]**
**is have [1]** 42/3
**isn't [2]** 113/24 193/23
**issue [19]** 13/18 15/3 15/7 15/19 15/21 16/1 16/3 30/24 32/14 71/4 74/9 108/5 134/12 134/24 149/15 151/24 155/13 156/11 156/16
**issues [12]** 7/18 28/6 73/15 73/22 118/2 133/16 134/2 155/2 156/17 160/17 160/17 193/10
**it [364]**
**it's [3]** 16/15 60/14 152/22
**items [2]** 45/23 65/17
**its [6]** 15/25 27/7 29/1 142/15 143/18 143/23
**itself [1]** 23/8

## J

**jack [2]** 122/24 122/25
**Jackie [1]** 34/15
**jail [10]** 42/15 42/17 60/5 82/3 108/18 177/7 177/9 178/16 180/8 180/10
**James [2]** 33/17 33/18
**Jason [2]** 33/24 34/13
**Jennifer [2]** 3/8 20/25
**Jersey [1]** 85/3
**jewelry [2]** 107/21 107/23
**Jimenez [1]** 33/22
**job [7]** 5/21 28/19 62/12 62/12 69/15 83/10 83/13
**jobs [5]** 66/8 84/3 116/14 116/15 124/1
**Jodie [1]** 20/17
**John [2]** 34/13 34/14
**Johnson [1]** 33/19

## J

join [1]   18/8
joyfully [1]   128/3
judge [34]   1/12 5/2 17/12
17/18 17/18 19/17 31/16 34/1
56/11 56/12 56/19 56/20 80/5
95/3 95/4 99/15 138/8 146/25
147/17 147/25 150/18 152/8
152/11 156/21 165/14 166/1
172/1 173/17 173/23 174/8
179/6 179/9 187/14 194/19
Judge's [1]   182/22
judges [2]   178/24 194/2
judgment [10]   37/8 39/17
68/21 81/14 109/5 109/10
117/21 129/2 132/14 134/5
judicial [3]   24/22 27/23
75/22
Juliana [1]   34/17
Juliann [1]   34/16
July [1]   25/18
July 27 [1]   25/18
Juno [1]   49/21
Jupiter [5]   65/25 66/3 80/14
105/1 110/17
Jupiter/Tequesta [1]   80/14
jurisdiction [1]   27/24
juror [331]
jurors [57]   3/18 6/20 7/9
8/20 10/24 12/17 12/23 13/8
17/4 17/19 18/22 21/16 23/13
24/24 26/20 26/24 28/1 29/18
31/19 31/21 31/24 37/22
44/12 46/24 77/18 94/3 94/12
94/19 94/23 96/22 109/13
133/1 136/9 136/20 136/25
137/13 137/21 138/19 138/22
140/25 150/22 151/1 151/20
154/2 155/20 155/21 157/13
162/6 162/8 164/6 186/12
187/6 189/6 192/16 192/19
192/21 194/11
jury [97]   1/11 5/5 6/9 6/10
7/6 7/9 7/12 7/16 8/10 11/5
11/24 12/18 13/16 14/2 14/11
17/21 18/2 18/3 18/24 19/4
22/9 22/11 23/20 24/20 27/15
28/3 28/22 30/2 30/14 37/10
37/17 39/19 42/5 42/8 43/2
43/3 43/4 43/5 43/13 46/7
46/19 49/14 50/7 50/7 52/7
54/13 54/14 59/8 68/24 69/1
69/8 72/2 75/10 83/8 83/10
92/6 93/14 94/9 97/10 100/23
100/25 101/1 101/5 101/7
111/23 118/17 121/18 123/22
128/18 130/7 131/23 136/14
137/4 137/25 139/3 140/9
141/11 143/21 150/19 154/4
156/18 156/21 157/13 158/20
159/2 160/12 170/8 187/20
188/4 188/6 188/11 188/20
190/13 190/15 192/2 192/8
193/20
jury's [2]   10/12 13/6
just [73]   3/13 4/11 5/2 7/15
17/6 18/20 19/3 26/11 26/24

29/20 33/20 35/4 36/25 40/2
43/25 52/6 68/6 70/8 71/17
77/23 78/9 78/12 82/21 88/8
89/13 89/25 90/8 92/20 93/1
94/4 94/24 95/4 98/19 104/1
111/15 111/15 124/20 133/8
140/2 140/18 142/1 142/11
142/22 143/15 144/22 153/6
153/10 155/21 156/5 156/10
156/13 157/23 158/24 159/1
159/24 161/2 161/8 161/8
162/18 162/24 173/7 176/3
187/15 187/18 188/2 188/7
189/11 191/5 192/1 193/12
193/23 194/7 194/22
justice [22]   36/4 36/16
38/11 38/12 38/19 45/1 51/7
52/25 53/23 58/6 60/3 68/10
70/10 72/19 80/3 80/8 81/17
86/7 128/24 156/20 178/20
178/20
JUSTIN [4]   1/16 3/8 20/24
33/21

## K

kayaking [1]   127/7
KC [1]   8/6
keep [11]   9/6 23/1 23/11
24/6 90/24 120/1 134/18
139/9 155/21 182/19 192/6
kept [1]   157/21
kids [20]   53/14 55/23 62/1
62/4 64/12 79/4 83/3 110/10
112/15 113/9 121/9 121/14
123/13 126/16 127/6 128/22
179/18 180/18 180/19 183/21
killed [2]   103/24 111/19
kind [14]   37/3 40/21 43/7
47/23 61/13 62/22 67/6 67/24
76/20 97/16 105/12 105/21
160/1 189/18
kinds [5]   4/16 12/15 27/8
159/25 174/8
knew [10]   71/3 119/8 119/9
138/9 138/13 141/17 143/24
148/21 172/7 181/9
knocked [1]   152/11
knocking [1]   82/14
know [132]   6/5 6/22 7/17
7/23 8/13 11/11 11/14 11/19
11/20 11/21 12/21 12/23
13/22 14/18 14/23 14/25 23/2
23/12 24/10 24/19 24/25
25/10 26/11 26/21 30/12 33/3
33/10 33/13 35/17 36/8 39/8
39/8 39/11 42/5 43/9 43/15
45/7 54/10 77/16 80/21 82/13
88/5 88/8 89/25 90/1 90/8
90/8 91/3 91/4 91/4 93/14
94/13 95/12 98/2 102/16
108/18 117/9 118/13 119/17
119/19 119/22 122/22 127/15
133/4 134/19 134/23 135/13
139/7 139/8 141/18 142/10
142/12 143/6 144/12 144/21
144/22 145/9 145/20 145/24
146/13 146/16 147/5 147/7
147/11 147/12 147/23 154/1

155/11 157/6 158/7 159/24
159/24 160/3 160/15 160/24
161/3 163/7 165/21 165/24
166/1 166/8 166/8 170/8
170/13 172/1 172/3 172/18
172/19 173/1 174/5 179/9
180/18 182/3 182/4 182/5
182/13 182/22 185/9 185/23
186/9 186/17 188/13 188/14
188/24 189/13 189/16 190/1
192/4 193/5 194/10 194/11
195/8
knowing [6]   12/24 91/14
97/12 174/2 174/5 183/2
knowingly [1]   10/1
knowledge [4]   22/16 27/24
147/20 151/9
known [1]   175/19
knows [17]   7/2 7/6 8/10 8/17
20/7 20/7 21/2 21/6 21/11
25/11 26/9 138/15 139/5
165/5 165/5 165/23 165/25
Korinne [1]   34/13
Kravitz [1]   123/6
Kuwait [1]   83/1
KXXXXX [1]   33/23
KXXXXXXX [1]   25/21

## L

labor [1]   25/16
ladies [5]   20/22 92/19
132/22 140/24 180/19
lady [1]   146/4
laid [2]   67/13 67/17
Lake [14]   26/8 35/14 38/7
75/2 80/19 87/15 99/8 112/14
121/9 142/2 142/4 142/7
143/10 143/12
Lancaster [1]   34/15
land [1]   144/10
landlord [1]   146/17
landscaper [1]   112/6
language [15]   39/21 63/17
63/18 63/20 69/3 82/10
102/15 103/3 103/5 130/19
130/25 133/16 134/23 155/22
156/24
large [1]   100/15
larger [1]   190/21
laser [1]   101/21
last [46]   3/14 3/24 4/6 4/8
4/17 5/9 5/11 5/18 5/19 5/21
5/22 9/5 11/5 11/6 11/17
16/11 22/24 51/25 64/10
65/24 69/22 78/25 80/1 98/10
98/12 100/17 104/13 105/1
105/15 112/4 112/5 112/13
120/19 124/3 124/15 151/22
156/7 160/16 162/20 165/19
165/22 174/25 175/1 175/5
185/16 191/6
late [6]   4/4 95/5 95/9
182/16 194/21 195/3
later [6]   15/24 23/2 23/25
24/6 137/3 194/25
Lauderdale [2]   38/7 89/2
laundry [1]   59/4
law [80]   28/6 28/8 28/10

**L**

**law... [77]**   28/16 28/19
28/20 28/24 28/24 29/6 29/8
29/18 30/24 31/14 31/19
31/24 32/3 32/12 32/14 32/17
32/24 37/18 37/19 45/2 45/8
45/10 45/11 45/12 45/13
45/15 45/18 45/18 48/1 48/2
48/7 50/17 50/20 50/25 51/7
55/7 55/8 58/6 58/10 61/3
61/5 66/4 69/9 69/10 70/10
80/5 83/11 83/11 85/2 86/7
87/6 90/21 90/22 90/24 91/7
91/9 91/12 100/6 106/6
106/18 106/23 107/20 109/12
109/12 110/25 120/1 120/3
127/8 128/8 128/8 132/8
144/3 152/7 155/1 184/21
184/23 185/4
**law's [2]**   51/12 87/4
**laws [3]**   25/17 27/23 185/2
**lawyer [11]**   50/18 50/19 51/9
61/2 61/12 61/13 66/5 86/20
113/12 128/9 152/8
**lawyers [8]**   28/7 28/9 28/11
31/16 53/25 93/21 136/1
189/25
**layout [1]**   17/20
**lead [1]**   32/1
**learn [3]**   7/2 119/25 157/23
**learned [2]**   142/14 194/2
**least [2]**   7/25 173/4
**leather [1]**   19/15
**leave [20]**   12/21 18/3 26/22
62/12 114/4 134/16 136/15
137/9 137/10 150/22 154/3
158/22 158/24 162/5 164/3
170/14 170/15 186/3 186/11
186/19
**leaving [6]**   12/23 95/6 95/9
138/22 145/8 154/2
**left [22]**   4/2 13/9 17/16
20/3 85/11 94/9 135/15
136/14 136/17 137/21 141/11
146/9 166/13 168/21 174/16
176/24 180/25 182/7 185/15
190/15 190/23 192/16
**legal [4]**   10/6 47/18 47/21
86/20
**length [2]**   72/13 161/22
**Leroy [4]**   3/3 9/25 19/21
25/6
**less [3]**   11/7 137/1 148/11
**let [53]**   7/20 11/1 11/14
17/6 19/6 20/8 23/1 24/10
25/5 27/1 27/8 29/16 29/24
33/13 46/21 59/6 70/8 81/8
82/18 82/21 84/21 86/6 87/24
88/8 89/7 93/14 95/1 95/1
95/11 133/4 134/20 135/13
135/15 136/9 138/25 141/18
144/21 144/22 145/8 145/23
154/1 155/4 158/8 165/12
170/13 178/2 185/23 186/9
188/3 191/13 193/5 194/10
194/11
**let's [11]**   18/20 18/22 80/7

83/8 122/22 141/13 157/2
161/3 166/17 170/20 191/6
**letting [3]**   12/23 185/22
186/17
**levels [1]**   16/22
**lewd [2]**   152/2 152/12
**liberties [1]**   24/22
**library [4]**   31/1 114/10
126/14 126/15
**license [3]**   88/13 88/14
88/15
**licensed [1]**   167/10
**lien [2]**   16/21 16/23
**lieutenant [2]**   34/15 55/6
**life [5]**   80/15 113/8 144/8
180/20 184/4
**light [4]**   32/8 55/3 171/13
171/13
**like [64]**   4/19 13/20 14/1
18/2 19/23 22/8 27/20 34/23
41/4 41/8 43/24 49/9 51/5
59/3 59/4 60/1 66/2 68/5
73/17 80/18 85/1 85/13 87/3
89/4 92/2 94/14 95/8 96/13
97/16 98/12 101/12 102/12
103/20 104/19 105/3 110/19
114/14 115/9 115/10 122/23
127/6 128/22 132/20 140/25
141/2 144/17 150/2 154/21
156/7 156/13 159/23 160/1
160/8 160/21 161/17 165/20
165/20 169/5 176/14 180/8
183/14 188/5 188/7 189/17
**likely [3]**   60/24 159/1 162/3
**limit [1]**   11/17
**limited [1]**   26/5
**limiting [3]**   14/24 16/7
16/10
**limits [2]**   93/9 93/11
**line [3]**   61/15 94/7 134/17
**lines [3]**   12/13 35/1 174/3
**linger [1]**   142/16
**Lisboa [1]**   33/15
**list [7]**   3/16 7/20 7/21
11/22 12/1 17/6 192/9
**listed [2]**   187/15 191/8
**listen [20]**   20/5 25/12 30/20
32/13 33/10 45/16 75/7 78/1
83/11 90/20 90/21 90/25 93/1
109/11 109/12 120/1 139/7
147/21 181/19 183/10
**listening [3]**   155/25 179/15
185/9
**listing [1]**   33/16
**lists [1]**   4/25
**little [13]**   22/21 92/20
110/12 117/6 119/19 126/23
140/11 144/5 157/17 157/23
159/14 161/7 175/16
**live [32]**   29/24 30/3 38/7
40/5 47/18 49/21 57/23 59/22
61/3 61/9 62/25 64/20 67/8
74/14 80/14 88/25 96/12
100/15 102/10 103/9 109/20
110/17 112/14 113/25 115/1
126/22 128/2 128/21 129/13
131/4 132/3 144/7
**lived [60]**   44/21 47/19 47/19

48/15 48/15 49/4 50/15 50/16
52/14 53/11 53/12 55/20
57/23 59/22 61/9 61/25 65/3
65/25 69/22 74/15 75/2 75/20
76/22 79/1 79/2 82/25 83/24
84/24 85/12 86/4 86/12 86/13
89/1 89/20 98/9 100/17
101/11 101/19 104/13 107/13
108/12 108/13 112/4 112/14
113/8 114/10 116/13 117/15
120/18 121/13 122/3 123/11
124/4 124/23 126/15 126/22
128/2 128/21 131/5 131/5
**living [5]**   55/1 110/9 111/19
115/1 115/2
**location [1]**   30/19
**locked [1]**   39/9
**long [24]**   11/17 13/18 43/9
60/7 71/18 73/21 73/25 82/5
95/13 103/20 111/21 115/16
122/23 129/18 152/4 159/18
161/1 162/3 165/17 166/9
174/24 175/16 187/22 194/8
**longer [4]**   11/14 67/16
161/23 161/24
**look [11]**   7/9 17/2 82/7 88/5
93/24 94/5 95/11 172/13
191/1 191/13 192/14
**looked [1]**   149/24
**looking [2]**   144/23 181/24
**looks [1]**   150/2
**loss [1]**   118/10
**lost [2]**   36/14 124/16
**lot [22]**   7/20 19/2 24/16
55/6 80/2 80/3 82/13 90/10
94/20 94/21 95/20 106/4
110/13 115/10 144/8 160/9
179/1 179/20 183/21 183/21
193/9 193/10
**Lots [1]**   68/2
**loud [1]**   35/7
**louder [1]**   125/7
**love [4]**   52/5 58/4 111/20
115/10
**low [1]**   160/4
**Loxahatchee [4]**   44/21 61/25
79/2 86/13
**lunch [14]**   12/22 13/11 24/8
24/14 62/13 95/23 96/4
135/19 135/23 136/5 136/12
137/6 139/5 159/17
**luncheon [1]**   137/23
**LXX [1]**   25/21
**LXXXX [1]**   25/19
**LXXXXX [2]**   33/19 33/21
**LXXXXXXX [1]**   25/20

**M**

**ma'am [38]**   5/16 9/13 10/9
10/16 10/20 38/21 39/14 54/6
56/4 56/9 56/13 56/21 56/24
57/7 57/13 58/14 58/25 69/2
111/3 111/11 120/14 135/1
135/3 141/20 141/25 142/13
142/25 150/1 150/8 151/3
159/5 168/9 169/15 169/19
175/6 175/13 178/7 187/3
**Macy's [1]**   82/25

**M**

made [14]   16/6 17/23 23/9
28/7 28/12 59/6 59/10 92/23
94/20 97/8 138/10 155/11
179/24 191/16
mail [1]   110/16
maintenance [1]   107/17
make [46]   5/21 5/22 6/22 9/4
12/19 14/14 16/10 22/22
23/10 24/3 24/13 28/9 28/11
33/12 34/6 35/9 44/14 46/21
46/25 59/6 72/3 83/14 87/24
93/2 93/21 96/3 117/10
119/15 138/1 139/10 153/2
155/1 155/16 156/11 157/1
159/8 159/19 165/2 166/20
179/15 179/22 183/3 193/16
194/8 194/13 195/4
making [3]   83/15 156/19
160/19
man [2]   143/9 184/19
manage [3]   12/22 160/2
160/15
management [2]   69/25 132/6
manager [13]   44/22 57/21
58/3 78/24 79/1 84/2 99/7
99/11 116/16 118/16 123/13
123/14 125/16
managing [1]   161/20
manner [1]   23/10
many [12]   72/22 115/8 119/12
121/3 161/23 161/24 171/8
181/12 192/16 192/23 193/24
193/24
Maps [1]   30/17
March [1]   88/2
Maria [2]   33/25 138/14
Marine [2]   123/17 131/9
Marital [2]   38/8 55/2
marketing [3]   52/21 99/7
120/23
married [59]   44/22 49/5
50/16 52/1 52/20 53/13 53/14
55/22 57/24 59/23 61/10 63/1
63/2 63/3 64/11 65/4 65/25
67/10 67/11 69/23 72/13
74/15 74/19 76/24 79/4 83/2
83/24 84/25 86/13 89/2 91/20
92/12 99/9 100/18 101/20
102/11 103/10 104/14 105/1
105/20 107/14 108/13 110/17
111/18 112/5 114/11 114/13
115/6 117/16 119/4 120/19
123/12 124/5 125/9 128/3
129/15 130/14 131/6 132/5
Mart [1]   102/11
Martin [2]   47/20 48/16
Martinez [1]   34/17
Maryann [5]   5/5 5/6 6/8 7/10
9/1
massage [6]   109/19 175/24
175/25 176/3 176/13 176/14
176/18
massages [1]   176/18
master [2]   122/24 123/1
Master's [1]   65/5
Masters [1]   33/20
matter [20]   3/3 6/16 9/14

19/20 28/5 36/5 39/2 42/4
42/5 46/6 46/23 54/11 68/15
73/4 106/13 106/19 112/22
115/22 162/2 195/14
matters [11]   3/2 3/13 10/6
12/17 27/16 27/22 27/24
28/10 73/16 141/9 195/9
may [57]   10/6 11/14 11/17
12/18 17/18 18/25 19/2 21/22
22/15 22/16 24/1 24/5 24/5
27/17 27/23 29/23 30/3 30/6
30/21 32/10 33/9 35/12 42/9
62/5 82/24 88/18 93/23 95/12
95/17 97/23 103/4 106/20
109/6 120/4 122/23 130/10
136/19 137/1 138/7 140/15
141/6 142/8 143/25 143/25
150/24 154/4 158/16 162/6
163/13 164/18 173/24 175/16
187/21 189/16 192/3 194/4
194/14
maybe [16]   8/19 11/7 43/24
47/14 91/1 114/20 132/10
149/15 159/14 169/11 173/1
173/2 173/13 178/19 179/24
183/15
MB [6]   3/20 5/7 5/17 7/1 7/3
9/1
McCRAE [5]   1/22 3/11 8/8
21/7 190/16
me [114]   3/7 4/24 7/20 12/5
13/5 14/15 16/8 17/6 18/12
19/6 20/3 20/8 20/9 20/9
20/10 20/23 25/5 27/1 27/8
29/16 29/24 30/12 32/19
33/13 33/14 35/4 42/16 44/16
46/3 46/21 46/25 58/18 59/6
62/5 70/8 78/16 78/18 80/3
80/11 81/8 82/18 82/21 84/21
86/6 87/24 88/8 89/7 92/4
95/1 95/11 96/19 104/18
110/1 110/9 110/10 114/20
117/24 119/13 119/15 119/17
121/3 122/12 124/6 133/4
134/23 141/18 144/5 144/5
144/7 144/22 144/23 145/14
145/24 146/4 155/6 157/17
158/8 160/13 160/19 160/20
164/24 165/4 165/6 165/12
165/23 166/9 166/18 166/22
168/17 169/22 170/6 175/10
178/2 179/1 179/18 179/19
179/20 179/24 180/2 180/9
181/7 181/23 182/13 182/14
183/6 183/9 183/20 188/3
189/19 191/13 191/18 193/25
194/10 194/15
meals [1]   81/1
mean [12]   75/11 119/16
129/20 143/2 160/5 160/23
161/4 169/24 172/17 179/25
191/11 192/25
means [7]   22/25 31/1 31/5
31/9 31/12 155/15 158/22
meanwhile [1]   94/22
mechanic [3]   63/8 63/10
123/3
mechanical [2]   104/24 131/4

media [9]   30/23 52/21 122/1
127/2 136/2 188/22 188/22
189/21 189/22
medical [11]   61/24 63/6 63/7
73/15 76/21 78/17 91/17 95/7
121/12 129/6 129/18 195/9
medicine [1]   160/2
meet [3]   10/11 109/7 185/8
meeting [1]   94/22
Melanie [6]   18/13 21/14
37/22 44/14 138/25 192/14
member [24]   30/14 36/8 42/13
46/15 51/6 68/12 68/17 70/3
70/15 70/20 71/12 71/14
81/18 81/19 102/6 104/19
114/19 128/24 139/13 139/19
140/5 151/18 166/19 181/5
members [18]   36/3 38/11
38/12 38/18 41/13 41/16 60/3
68/9 70/9 72/19 73/5 80/7
90/5 110/24 128/23 164/17
186/5 189/15
memorialize [1]   22/3
memorializing [1]   17/1
memories [2]   166/6 177/24
men [2]   140/12 182/25
mental [3]   110/1 152/24
160/18
mention [9]   5/19 8/4 9/4 9/5
9/6 14/10 15/16 16/3 16/17
mentioned [19]   5/9 7/22 8/1
8/9 8/15 10/25 15/14 33/9
55/8 69/12 77/21 140/3 142/5
143/10 143/11 144/12 172/3
172/19 174/8
mentioning [2]   8/21 192/12
Merchant [1]   131/9
mercy [1]   152/11
merely [2]   25/5 147/23
messages [4]   4/19 4/22 31/6
154/22
met [4]   21/15 29/1 143/23
176/1
method [1]   10/5
Miami [6]   23/13 26/7 56/15
70/6 105/20 142/5
microphone [5]   72/11 123/2
125/6 167/19 171/3
mid [4]   24/7 24/14 159/17
159/17
mid-afternoon [1]   159/17
mid-morning [3]   24/7 24/14
159/17
middle [5]   58/1 59/9 82/16
95/12 109/22
might [23]   8/22 28/15 32/9
37/14 39/22 47/9 64/2 84/18
87/9 90/19 93/16 94/24 103/5
135/14 140/18 149/5 156/14
156/25 168/14 179/13 183/3
183/16 189/6
military [58]   35/17 38/10
41/10 48/18 49/24 51/6 52/25
54/8 55/5 56/7 56/8 58/5
60/2 62/2 64/14 64/23 65/7
66/3 68/7 70/1 70/2 72/18
75/8 75/22 77/3 79/6 81/16
84/4 85/2 85/14 89/4 89/23

**M**

**military... [26]**   92/2 92/14
98/13 99/12 100/22 102/6
104/19 105/4 106/5 108/16
112/16 113/10 115/12 116/18
117/18 121/1 123/17 123/18
124/14 125/19 125/20 126/17
127/7 128/6 128/23 132/7
**mind [9]**   17/15 120/1 142/3
142/7 142/16 144/14 163/10
173/1 184/15
**minded [1]**   183/11
**mine [1]**   36/14
**minimum [2]**   13/2 94/15
**ministry [1]**   59/18
**minor [1]**   172/15
**minors [8]**   25/14 166/4 166/5
172/12 173/24 179/12 182/23
182/25
**minute [1]**   16/11
**minutes [5]**   92/23 94/7 95/2
186/17 187/11
**Miramar [2]**   44/21 45/3
**misdemeanor [3]**   106/14
152/12 152/13
**miss [7]**   26/24 87/22 102/15
124/25 150/9 150/12 150/20
**missed [1]**   130/10
**mistake [1]**   146/7
**mistaken [2]**   32/9 97/9
**mistrial [1]**   59/9
**misunderstood [1]**   17/3
**modes [1]**   136/2
**modify [1]**   95/19
**molested [4]**   89/5 165/4
171/5 171/6
**molesting [1]**   140/11
**Molzer [1]**   34/15
**mom [2]**   88/24 166/7
**mom's [1]**   166/6
**moment [14]**   8/20 19/7 37/2
42/11 42/12 64/7 82/18 82/21
84/3 84/21 111/15 132/21
186/21 193/13
**Monday [22]**   13/9 15/11 15/15
15/24 23/7 24/18 94/16 96/1
96/3 137/4 149/21 185/25
187/9 187/17 187/25 188/4
188/7 189/12 189/13 190/7
190/14 192/2
**monster [1]**   143/5
**month [5]**   82/15 105/2 115/24
116/5 149/23
**months [5]**   39/9 61/24 106/3
110/17 110/17
**moral [2]**   37/7 68/20
**more [29]**   3/21 13/14 16/1
24/5 26/20 37/4 83/9 88/19
89/20 91/4 94/21 98/8 124/17
134/19 134/23 143/9 144/24
155/3 157/20 159/16 173/1
173/11 174/7 176/5 182/11
182/12 183/16 188/1 192/19
**morning [38]**   3/1 3/6 15/25
16/19 16/20 19/1 19/18 20/21
21/1 21/9 24/7 24/14 49/3
50/14 51/20 52/12 62/14

63/23 86/23 88/23 102/24
142/4 159/17 166/2 172/9
172/23 179/10 187/10 187/25
188/4 188/5 188/7 188/7
188/12 188/13 188/14 189/13
190/14
**mortgage [1]**   78/25
**most [14]**   4/11 21/19 27/10
27/13 27/25 60/24 74/3 78/7
80/15 93/6 119/11 120/18
136/22 159/14
**Mostly [1]**   63/24
**mother [16]**   58/2 80/4 80/5
87/4 87/6 99/23 100/1 113/11
117/20 122/8 122/15 133/15
164/19 165/4 165/17 182/11
**mother's [3]**   71/4 181/7
182/7
**mother-in-law [2]**   80/5 87/6
**mother-in-law's [1]**   87/4
**motion [4]**   3/19 3/23 6/2 6/3
**motions [1]**   15/4
**motor [1]**   122/5
**motorcycles [1]**   110/20
**move [10]**   18/20 20/14 37/4
47/17 128/13 128/17 134/12
134/25 161/4 185/4
**moved [8]**   17/15 26/8 82/22
110/11 115/3 181/9 181/10
181/11
**moving [2]**   82/15 160/16
**Mr [24]**   3/5 3/12 6/6 9/9
9/11 9/14 9/17 11/21 12/21
16/16 16/24 17/24 25/6 25/13
25/24 26/3 26/6 136/15
136/17 166/3 172/11 179/11
186/16 195/2
**Mrs. [1]**   35/7
**Mrs. Stipes [1]**   35/7
**Ms [5]**   8/8 73/19 159/8 160/3
160/10
**Ms. [1]**   22/8
**Ms. Richardson [1]**   22/8
**much [62]**   10/22 11/10 19/13
20/18 20/21 24/14 26/20
39/24 44/10 47/16 49/17
50/12 52/10 53/7 54/21 57/16
59/11 61/22 64/17 65/10
65/22 69/19 75/17 76/17
78/22 83/22 86/1 89/16 98/5
101/2 107/10 109/17 110/14
112/1 114/6 114/17 116/10
118/22 123/24 124/13 125/3
125/6 131/2 145/10 151/21
153/20 154/5 155/2 157/18
161/5 161/9 166/12 168/20
170/17 174/14 174/15 176/22
177/23 180/24 185/13 185/14
188/19
**multiple [3]**   73/19 80/7
159/23
**municipality [1]**   119/1
**Munoz [1]**   33/25
**murder [2]**   70/17 115/9
**murdered [2]**   103/22 133/18
**musculoskeletal [1]**   73/22
**music [6]**   44/23 64/13 75/7
109/24 119/7 122/4

**musical [1]**   72/17
**musician [2]**   64/22 126/22
**must [10]**   28/3 29/4 30/12
30/17 31/4 31/8 31/13 32/15
123/9 154/18
**my [306]**
**myself [17]**   19/17 19/25
46/16 55/7 82/15 102/19
120/9 124/21 127/10 142/5
152/3 152/10 161/4 169/2
182/18 183/18 194/13
**mysteries [1]**   115/10

**N**

**name [35]**   4/6 4/8 4/20 5/18
5/19 5/21 5/22 5/23 6/15 8/4
8/9 8/15 8/18 9/14 9/20
19/17 20/15 20/22 21/7 21/9
26/19 33/16 34/4 34/10 34/18
40/1 40/2 40/23 56/17 93/15
142/1 142/10 143/8 193/16
193/17
**named [1]**   6/15
**names [32]**   3/15 3/16 3/17
4/14 4/17 4/22 5/4 5/8 5/9
5/11 6/9 6/21 7/2 7/11 7/13
7/23 8/22 8/25 9/4 9/5 9/6
11/3 11/24 14/1 33/7 33/8
33/9 33/11 34/19 192/12
193/14 193/21
**native [2]**   63/20 130/25
**nature [15]**   36/18 66/13
77/19 81/7 90/8 96/25 119/22
129/22 140/17 141/2 152/18
159/23 167/6 172/24 181/15
**Navy [3]**   44/25 107/19 131/8
**NCIS [1]**   115/10
**near [2]**   26/8
**nearly [1]**   119/2
**necessarily [4]**   12/6 119/15
150/11 153/3
**necessary [3]**   11/16 13/23
38/3
**neck [1]**   160/17
**need [36]**   6/18 7/22 10/11
13/17 23/25 24/11 28/8 35/3
35/4 38/1 40/2 44/16 87/17
95/13 96/1 111/15 133/2
134/23 136/15 137/6 137/19
144/24 145/7 145/14 150/15
150/23 155/20 170/12 185/17
186/13 186/16 186/19 188/18
189/25 190/11 192/19
**needed [4]**   159/18 162/25
183/8 190/17
**needles [1]**   26/6
**needs [3]**   12/21 24/9 161/21
**neglect [1]**   82/2
**neighbor [3]**   99/13 117/19
172/8
**neighborhood [2]**   58/15 58/22
**neither [2]**   32/10 39/19
**nephew [9]**   41/19 41/20 41/23
42/14 57/3 57/4 57/10 81/17
84/9
**nephews [2]**   90/4 113/24
**Nerissa [1]**   33/24
**nervous [1]**   181/13

**N**

networking [1]   31/7
neutral [2]   115/21 122/11
never [9]   66/19 76/6 81/23
 115/12 124/20 124/21 157/22
 162/1 193/16
nevertheless [2]   71/9 153/6
new [17]   49/20 50/13 50/17
 51/1 52/1 59/22 70/3 82/15
 85/3 86/20 114/11 114/23
 115/4 115/16 123/16 127/8
 161/18
news [2]   30/22 32/13
newspaper [5]   91/22 126/21
 126/24 189/23 189/25
newspapers [1]   30/22
next [194]   18/1 18/19 50/10
 68/1 82/14 88/2 106/3 116/5
 120/22 134/17 138/5 146/4
 149/23 159/25 194/20
nice [7]   136/12 145/11 151/4
 154/5 170/18 186/13 188/16
Nick [1]   33/20
niece [2]   55/10 113/24
night [2]   87/9 150/7
nine [5]   23/22 72/13 110/17
 113/8 129/14
no [648]
no's [1]   108/8
nobody [6]   20/12 83/15 165/5
 165/5 165/24 181/9
none [8]   54/6 54/9 54/11
 55/10 90/4 115/12 122/24
 123/1
noon [1]   14/21
Nordstrom's [1]   131/7
normal [1]   182/10
normally [1]   160/9
North [5]   1/20 80/19 98/9
 99/15 103/24
not [275]
note [10]   12/10 33/12 46/21
 59/6 59/6 87/24 138/1 138/10
 155/11 194/13
noted [4]   6/19 138/3 155/16
 193/13
notes [1]   192/11
nothing [23]   5/22 15/14 41/6
 42/16 46/3 77/10 83/8 83/10
 83/17 93/17 97/7 143/17
 148/3 155/12 163/1 174/13
 176/5 177/22 179/19 182/14
 189/16 189/17 194/1
notice [3]   3/19 10/1 27/23
November [2]   1/8 115/14
November 8 [1]   115/14
now [49]   6/7 6/21 7/19 8/25
 9/3 9/25 20/11 26/23 29/14
 29/20 30/1 30/4 36/16 39/10
 44/11 49/22 50/9 50/19 57/9
 60/10 67/18 68/6 82/13 88/12
 91/2 91/18 95/24 110/11
 113/11 115/2 115/2 116/1
 122/4 123/12 132/20 134/16
 134/19 134/22 135/20 139/6
 143/1 153/2 154/8 160/9
 178/1 182/19 186/20 187/23

188/18

number [466]
numbers [12]   140/9 186/24
 190/17 190/24 192/3 192/6
 192/13 192/15 193/14 193/20
 194/1 194/7
nurse [7]   64/9 64/11 64/11
 74/17 80/17 92/10 111/19
nurse's [1]   125/8
nursing [1]   88/25
nutritionist [1]   74/20

**O**

o'clock [15]   11/15 13/1
 23/22 24/2 24/12 24/15 62/9
 94/20 96/5 134/2 150/7 188/4
 188/7 194/24 195/3
O'Neil [1]   33/17
oath [5]   22/9 27/11 28/23
 33/3 45/12
oath to [1]   27/11
object [1]   148/12
objection [15]   3/23 8/15
 8/21 28/13 28/13 133/21
 133/24 133/25 153/17 153/19
 155/23 156/6 156/8 156/9
 185/22
objections [4]   28/7 28/9
 28/11 28/11
objective [1]   153/8
objectively [1]   45/9
obligations [2]   137/17
 186/17
observation [1]   153/1
obstructing [1]   25/16
obviously [4]   49/23 102/6
 104/16 174/9
occasion [1]   24/5
occasional [1]   104/18
occupation [27]   35/2 38/6
 40/15 44/20 44/22 47/18 48/6
 49/19 55/19 65/22 67/24 67/4
 69/23 72/10 72/14 75/1 75/19
 83/23 89/18 92/10 96/10
 104/16 121/25 124/1 129/13
 130/14 132/2
occupations [2]   51/22 53/20
occurred [4]   119/13 165/20
 174/3 185/7
off [20]   14/12 21/22 34/7
 41/6 67/13 67/17 69/16 93/9
 93/11 94/5 134/11 135/19
 148/24 149/11 150/6 159/16
 186/23 187/1 189/24 195/10
offense [6]   27/4 73/6 139/24
 140/6 170/24 177/5
offenses [2]   25/14 108/4
offered [1]   4/6
office [15]   1/16 1/20 1/23
 23/13 54/4 75/6 80/4 99/14
 117/20 118/16 123/5 123/13
 123/14 125/15 127/17
officer [19]   21/18 33/18
 33/23 38/15 70/4 81/18 86/4
 86/6 99/13 105/5 116/19
 116/20 123/4 128/9 147/10
 148/5 148/17 149/11 152/3
officers [4]   21/21 21/23

110/25 131/11
Official [2]   2/2 195/17
often [7]   13/19 20/6 21/21
 32/17 81/2 105/6 169/4
oh [5]   123/20 143/11 175/5
 178/16 189/17
okay [300]
old [28]   55/5 58/2 58/3
 59/25 65/5 72/15 75/5 77/1
 77/2 77/6 80/16 84/3 88/24
 101/16 101/22 104/15 105/2
 119/6 123/10 125/16 171/23
 181/8 182/4 182/9 184/19
 184/19 184/24 184/24
older [3]   109/23 117/8 124/5
oldest [7]   58/1 86/18 103/15
 110/1 112/8 120/21 134/9
Olympia [1]   49/5
once [7]   13/22 32/6 77/17
 137/10 154/2 184/5 193/4
one [154]   3/15 3/18 4/24
 4/25 6/14 7/2 7/5 7/16 7/17
 7/23 8/3 8/5 8/5 8/6 8/6
 8/20 11/3 12/10 12/18 13/25
 14/15 15/2 15/19 15/21 16/8
 17/8 17/9 17/25 24/5 31/23
 34/25 35/1 35/15 40/22 40/23
 40/24 41/1 44/23 45/11 47/5
 49/9 52/4 52/15 52/21 52/25
 53/21 53/21 53/22 53/22
 53/22 55/25 56/1 59/4 59/5
 59/25 61/11 62/10 64/7 67/25
 68/1 68/2 70/4 70/6 72/14
 74/20 74/20 75/4 78/18 82/21
 83/17 89/21 89/22 91/8 91/21
 91/21 91/22 91/22 93/2 93/12
 96/13 98/15 98/18 99/10
 99/10 100/19 101/12 101/21
 102/12 102/12 103/11 103/16
 103/17 103/23 103/24 104/15
 106/3 106/3 107/15 107/16
 109/21 109/22 111/15 111/24
 112/8 112/9 115/2 115/18
 116/14 118/2 119/9 124/9
 124/9 124/22 124/22 125/15
 125/15 125/16 127/8 129/16
 129/17 129/17 130/15 130/15
 132/5 134/10 135/16 135/17
 136/5 139/15 140/22 141/4
 141/5 141/9 141/17 152/12
 152/12 153/11 157/20 159/8
 159/24 164/15 164/16 170/10
 176/1 184/8 184/9 184/21
 185/16 188/20 189/11 189/22
 191/5 193/1 194/8
ones [4]   8/7 190/22 190/23
 193/4
online [5]   26/1 107/15
 140/16 140/17 188/25
only [29]   5/18 5/25 8/8 9/11
 13/24 14/16 15/2 15/18 28/20
 31/21 31/22 31/22 32/19 42/9
 43/20 83/10 89/13 115/6
 118/10 120/3 129/5 139/1
 143/16 144/2 155/11 165/23
 166/8 175/25 185/18
Oorah [1]   123/17
open [4]   3/12 7/11 120/1

**O**

**open... [1]** 183/11
**opened [1]** 77/7
**opening [5]** 15/12 15/15 15/17 16/4 187/12
**openly [1]** 183/10
**opinion [2]** 32/21 177/17
**opinions [1]** 22/15
**opportunity [5]** 10/7 23/17 24/21 151/20 162/24
**opposed [2]** 18/2 183/15
**option [1]** 9/15
**orchids [2]** 75/21 100/21
**order [13]** 6/2 14/17 14/19 14/23 16/2 17/1 23/25 24/6 24/8 26/4 29/20 154/19 161/20
**orders [1]** 189/4
**organization [1]** 80/22
**organizations [1]** 115/8
**originally [1]** 152/20
**Orlando [7]** 3/3 9/25 19/21 25/6 58/8 85/12 114/2
**Orlando/Tampa [1]** 58/8
**other [83]** 8/8 12/10 15/9 15/21 21/21 21/22 24/9 27/20 30/16 30/18 30/22 31/1 31/5 31/12 32/16 32/19 32/21 37/8 42/14 43/17 46/24 50/10 52/22 56/1 67/12 72/1 74/20 75/4 75/5 80/2 82/16 82/22 89/25 91/2 93/4 93/10 94/5 96/22 99/10 100/17 101/15 103/17 103/18 107/7 107/16 109/13 113/17 115/15 119/3 127/8 127/16 129/16 134/2 134/11 136/6 137/7 137/12 142/16 142/19 147/25 149/5 149/8 150/22 150/24 151/20 152/14 154/2 156/17 156/21 160/3 162/6 162/6 163/3 165/23 166/8 174/1 175/20 185/1 186/10 189/22 191/3 194/2 195/1
**others [8]** 30/25 37/9 39/18 68/22 132/15 134/5 148/11 190/24
**otherwise [1]** 31/13
**our [28]** 11/10 14/7 17/4 18/22 19/7 21/14 21/18 21/24 22/7 29/18 31/19 31/24 32/3 32/12 37/22 91/2 99/9 106/6 119/8 128/18 135/22 137/25 138/19 165/5 165/13 170/7 188/11 193/5
**out [51]** 4/2 7/5 8/10 13/2 14/17 14/19 16/3 16/18 17/5 17/6 17/10 19/10 49/20 60/10 62/8 64/20 87/21 88/6 88/16 93/1 93/3 95/4 95/7 95/14 104/1 110/11 113/16 113/22 113/25 139/1 141/8 141/18 148/16 150/4 153/6 156/25 158/24 159/1 173/11 174/9 176/17 178/16 179/21 182/17 182/18 185/21 186/5 190/22 190/25 194/19 195/5

**out-of-town [2]** 185/21 186/5
**Outback [1]** 68/1
**outcome [6]** 57/8 71/4 71/16 73/7 76/10 152/6
**outer [1]** 11/17
**Outlet [1]** 102/9
**outside [14]** 10/11 13/5 32/22 46/24 90/7 141/4 141/5 141/8 147/22 148/21 151/20 162/7 176/23 190/9
**over [47]** 3/2 6/7 9/9 9/24 11/25 15/13 15/15 17/15 19/25 20/2 35/15 47/19 48/15 49/4 59/23 65/3 65/4 65/14 88/6 90/20 92/11 101/11 101/19 101/20 115/14 119/10 120/17 120/18 123/11 124/5 124/15 124/22 124/23 126/23 137/25 138/7 141/9 159/16 169/8 171/15 184/21 186/13 187/11 187/14 188/10 189/7 190/16
**Overbeck [1]** 48/5
**overdose [1]** 103/23
**overlap [1]** 123/9
**overlapping [1]** 101/8
**overseas [1]** 119/4
**own [5]** 13/9 52/23 153/5 183/4 193/9
**owner [1]** 132/5
**owns [2]** 89/2 127/11

**P**

**p.m [2]** 149/21 149/21
**PA [1]** 117/15
**page [1]** 186/23
**pages [2]** 17/2 186/25
**paid [2]** 152/14 192/8
**pain [5]** 73/23 73/24 117/6 160/9 161/9
**painter [1]** 121/8
**PALM [68]** 1/2 1/7 1/18 1/24 2/3 19/19 35/15 38/15 38/16 47/22 49/21 50/15 55/1 55/21 55/25 57/21 62/25 64/21 65/4 67/9 69/22 75/2 75/3 75/20 79/3 80/5 80/15 82/25 83/2 85/11 86/4 86/12 87/14 89/20 91/20 92/11 97/25 98/7 98/9 99/14 100/15 100/17 101/11 101/20 104/25 105/13 105/16 112/4 113/8 117/15 120/18 120/19 122/1 122/3 123/11 124/2 124/3 124/5 125/8 126/15 129/14 132/3 132/4 141/20 147/13 147/14 149/24 149/25
**panel [4]** 8/16 12/9 137/16 140/5
**paper [10]** 6/11 7/9 8/12 34/22 35/4 35/5 43/25 157/11 157/12 158/2
**paperwork [3]** 28/21 53/25 82/21
**paragraph [2]** 3/24 156/19
**paralegal [4]** 59/13 59/15 59/17 117/20
**Pardon [1]** 58/18

**parent [2]** 179/1 181/23
**parents [5]** 66/12 99/23 99/25 114/1 186/4
**Park [1]** 112/14
**Parkinson's [1]** 104/3
**Parkland [1]** 52/16
**parlors [2]** 176/13 176/14
**parole [1]** 38/15
**part [18]** 5/17 6/12 8/24 12/5 19/3 22/9 24/20 28/2 58/6 69/14 71/3 80/24 84/23 91/9 127/25 139/1 157/1 184/3
**participate [1]** 24/21
**particular [2]** 137/1 142/11
**parties [18]** 3/20 11/2 11/4 25/1 27/16 27/17 32/20 47/1 82/8 93/22 136/1 153/23 155/20 156/5 166/21 170/10 189/25 190/6
**parties' [1]** 5/21
**partner [3]** 80/17 139/13 139/19
**parts [1]** 100/17
**party [2]** 32/10 47/7
**passed [1]** 124/11
**passports [1]** 5/11
**past [13]** 39/6 60/14 84/25 86/5 86/12 117/16 119/3 121/12 121/13 128/21 172/5 172/23 180/15
**pastor [2]** 124/10 129/15
**pastry [1]** 75/5
**patience [4]** 92/25 96/6 136/12 137/18
**Patrol [1]** 66/4
**Pauline [5]** 2/2 9/5 21/24 165/2 195/17
**pay [7]** 28/10 71/17 118/13 118/16 176/8 176/11 180/9
**payment [1]** 30/9
**PBS [1]** 115/9
**PEACOCK [4]** 1/19 3/11 21/10
**pediatric [1]** 92/10
**penalties [1]** 83/16
**penalty [3]** 14/12 83/9 83/10
**Pennsylvania [1]** 49/13
**Penny's [1]** 99/7
**people [41]** 7/24 8/12 29/23 30/3 31/15 33/11 43/17 71/3 80/23 93/4 93/24 94/1 94/15 128/17 136/6 137/7 137/12 138/3 138/5 138/9 150/24 151/1 152/21 154/3 155/17 157/8 158/19 158/25 159/1 162/6 170/15 180/6 180/17 180/19 183/7 184/25 184/25 186/10 186/11 187/14 189/1
**per [1]** 193/1
**percent [1]** 144/13
**peremptories [2]** 193/2 193/6
**Perfect [1]** 37/21
**perfectly [5]** 37/24 78/6 89/10 93/13 160/18
**performance [2]** 37/15 39/22
**perhaps [1]** 6/18
**period [10]** 25/23 73/21 82/12 83/13 88/11 88/17

**P**

**period... [4]**   95/13 161/1
169/10 182/16
**periods [3]**   25/18 73/25
95/12
**permission [1]**   17/14
**permit [4]**   31/19 31/20 31/24
32/3
**permitted [4]**   28/14 28/16
94/2 137/9
**perpetrated [1]**   143/4
**perpetrator [1]**   172/7
**person [42]**   6/15 26/13 30/9
30/13 39/17 43/17 53/21
68/21 81/9 81/14 85/17 90/16
90/18 93/10 109/5 109/10
122/11 132/14 142/6 142/10
143/4 143/6 143/11 144/17
148/8 148/9 148/25 152/22
155/19 156/13 156/14 156/16
156/22 165/23 166/8 176/11
177/11 177/12 183/7 185/16
185/19 191/6
**personal [17]**   12/16 22/19
29/19 77/24 89/7 96/23 97/15
97/21 109/4 120/4 153/4
153/6 153/10 161/21 175/16
181/19 195/8
**personally [3]**   26/19 94/4
144/7
**persons [6]**   11/22 20/2 21/5
33/8 37/8 138/2
**pertains [2]**   28/19 78/20
**Peter [2]**   3/9 20/25
**Ph.D [1]**   52/4
**pharmacist [1]**   108/11
**Phillips [1]**   80/5
**phlebotomist [1]**   89/18
**phon [1]**   104/25
**phone [2]**   39/10 93/3
**phones [1]**   34/6
**photographer [1]**   120/24
**photographer/videographer [1]**
120/24
**photographs [1]**   7/4
**photography [1]**   74/21
**phrases [1]**   32/17
**physical [11]**   37/14 39/21
54/20 69/3 85/17 110/2
124/25 146/2 146/4 159/13
173/25
**physically [2]**   128/12 159/21
**piano [1]**   107/18
**pick [7]**   41/12 62/13 107/6
107/7 107/9 128/5 188/19
**picked [3]**   69/1 97/25 158/2
**picking [3]**   89/15 110/10
110/13
**picks [3]**   62/10 133/22 134/1
**picture [1]**   182/17
**piece [5]**   6/11 7/9 8/12
34/22 158/2
**pieces [2]**   157/10 157/12
**Pierce [2]**   1/21 2/3
**Pierce/West [1]**   2/3
**pilot [1]**   107/13
**pins [1]**   173/25

**place [11]**   11/16 30/15 30/17
32/3 32/5 32/7 80/19 81/10
159/20 175/19 176/12
**Plaintiff [2]**   1/5 1/15
**Plaintiff's [1]**   48/7
**Plaintiffs [3]**   47/24 48/1
48/2
**plan [1]**   156/22
**planned [1]**   195/1
**planning [3]**   95/5 95/9
113/15
**plans [1]**   186/3
**plants [1]**   54/24
**plate [1]**   82/14
**play [5]**   66/2 75/7 87/3
105/3 121/10
**playing [3]**   104/19 120/25
126/17
**plea [1]**   111/8
**pleaded [1]**   152/8
**please [13]**   20/10 22/5 22/17
25/12 33/11 41/18 94/7 137/7
139/8 139/14 140/21 168/22
189/8
**pleasure [1]**   18/15
**pled [1]**   76/11
**plowing [1]**   13/11
**plus [3]**   55/21 112/5 182/14
**pocket [3]**   167/9 167/13
167/20
**point [22]**   7/16 16/7 21/17
44/13 45/11 55/10 81/23
87/25 88/3 88/18 93/21
137/19 138/4 139/1 143/18
143/23 145/7 164/24 173/4
187/18 188/9 188/24
**pointing [1]**   20/3
**police [20]**   38/16 44/21
44/25 45/4 45/4 50/1 66/3
70/4 70/6 71/5 81/17 99/13
101/23 101/24 105/5 110/24
128/9 131/11 147/10 178/24
**political [1]**   61/10
**polyp [1]**   78/15
**pool [6]**   12/18 23/20 46/19
91/22 91/25 107/16
**pools [1]**   91/25
**popped [1]**   142/3
**port [1]**   126/13
**porter [1]**   64/20
**portion [3]**   13/17 34/18
138/20
**pose [1]**   12/4
**position [13]**   3/25 6/17 18/5
18/10 127/1 145/15 148/13
148/15 156/8 158/17 163/2
181/17 181/17
**positive [1]**   82/23
**possess [1]**   22/16
**possession [1]**   118/4
**possibility [1]**   195/7
**possible [6]**   4/11 11/10 23/3
95/8 160/21 192/20
**possibly [9]**   60/19 60/20
73/14 73/15 84/9 106/18
132/16 142/7 161/5
**post [4]**   57/22 123/5 136/2
141/21

**postal [2]**   75/19 114/12
**posting [3]**   26/1 31/9 188/25
**postings [1]**   140/18
**potential [4]**   6/20 7/17
29/25 137/13
**potentially [2]**   12/17 12/19
**power [3]**   11/10 54/24 55/3
**practice [2]**   61/4 85/1
**practicing [2]**   50/19 61/2
**practitioner [1]**   61/14
**Pre [1]**   77/2
**Pre-K [1]**   77/2
**preclude [4]**   37/7 39/16
68/20 132/14
**predict [1]**   160/13
**prefer [1]**   59/3
**prejudice [2]**   91/10 194/4
**prejudicial [1]**   194/8
**preliminary [7]**   3/2 3/13
11/1 11/18 143/20 156/15
187/12
**premature [2]**   32/1 32/2
**premises [2]**   30/15 30/16
**prepared [1]**   9/15
**preschool [1]**   107/6
**prescreened [1]**   23/12
**presence [1]**   29/6
**present [3]**   7/12 99/12
172/14
**presented [4]**   23/5 29/5
32/16 173/2
**presently [2]**   57/20 61/1
**preserve [1]**   192/15
**president [2]**   52/13 54/23
**presiding [1]**   19/25
**pressing [1]**   13/18
**pretty [1]**   142/19
**prevent [3]**   45/15 47/3 174/4
**prevents [1]**   10/14
**previous [3]**   47/13 52/17
152/7
**previously [5]**   6/17 26/7
37/10 68/24 160/24
**principle [1]**   143/21
**printing [1]**   52/2
**prior [35]**   44/25 47/19 48/16
50/15 57/21 57/22 60/2 61/1
61/4 64/14 65/13 70/1 75/7
80/1 80/3 81/16 85/14 86/12
88/24 89/1 92/13 98/8 99/6
99/7 99/11 100/16 105/19
106/5 107/12 108/12 110/20
110/21 112/15 115/12 128/6
**prison [7]**   41/19 41/23 104/2
117/8 177/11 177/12 178/11
**privacy [1]**   162/25
**private [9]**   46/20 46/24
57/22 57/25 59/4 99/24 126/7
126/8 166/20
**privately [12]**   46/21 94/11
133/3 133/14 133/15 134/23
138/4 151/17 164/21 164/25
166/18 191/18
**probably [15]**   38/2 41/7 44/5
60/20 78/3 80/21 88/9 118/11
125/1 143/12 144/10 163/15
165/24 174/25 175/18
**probe [1]**   119/19

## P

**problem [20]**  8/21 54/13 67/2
82/6 82/11 82/12 83/6 87/9
102/16 102/24 110/13 110/13
129/5 152/24 154/24 157/24
158/5 184/23 185/7 185/12
**problems [1]**  54/20
**procedure [1]**  95/7
**procedures [1]**  194/7
**proceed [4]**  6/20 35/12 82/24
194/9
**Proceeding [1]**  132/25
**proceedings [5]**  1/11 29/15
127/18 135/21 195/14
**process [10]**  19/4 24/22
93/15 137/3 184/4 184/5
188/6 188/21 189/6 190/5
**production [3]**  27/3 27/8
29/2
**productivity [1]**  13/14
**products [1]**  100/20
**professional [6]**  86/8 106/19
111/17 119/4 119/6 126/22
**professor [1]**  120/22
**program [1]**  30/18
**progress [2]**  92/24 94/21
**prohibited [1]**  93/22
**promise [2]**  11/9 33/3
**promised [1]**  31/23
**promptly [1]**  30/12
**proof [2]**  25/8 27/1
**proposed [2]**  12/7 12/13
**prosecutor [2]**  20/23 85/3
**prosecutors [1]**  178/24
**prospective [31]**  30/5 93/24
141/14 145/12 145/18 146/9
146/11 151/1 151/7 151/14
154/6 157/3 159/10 162/12
162/14 164/10 164/12 166/13
166/15 168/21 168/23 170/19
170/21 174/16 174/19 176/24
177/1 180/25 181/2 185/15
186/1
**prostitute [3]**  139/20 151/24
152/2
**prostitutes [1]**  25/25
**prostitution [6]**  25/24 26/5
151/23 152/1 175/20 175/21
**protection [1]**  51/8
**protective [1]**  96/11
**protects [1]**  80/22
**proud [1]**  169/2
**prove [5]**  27/3 27/7 143/18
172/15 185/6
**proven [3]**  97/7 143/17
143/17
**provide [5]**  16/8 27/12 31/8
81/2 88/11
**provided [5]**  3/16 12/1 12/5
13/5 79/21
**provides [1]**  156/22
**province [1]**  28/17
**proving [2]**  29/1 143/23
**pry [4]**  22/19 165/17 171/23
172/19
**psychologically [1]**  163/2
**psychologist [1]**  61/11

**Public [3]**  9/20 1/23 127/17
**publicly [1]**  6/12
**Publix [4]**  40/3 40/22 113/7
126/13
**pull [3]**  23/20 167/9 167/20
**pulled [1]**  146/7
**pulling [2]**  167/2 167/3
**punished [1]**  180/12
**punishment [1]**  82/6
**purchased [2]**  113/23 113/24
**purpose [1]**  22/12
**purposeful [1]**  192/12
**purposes [2]**  8/16 14/2
**pursue [1]**  71/4
**put [27]**  14/8 14/15 16/9
16/21 16/23 77/11 81/8 91/10
119/24 131/18 143/22 148/15
155/7 157/24 158/17 161/18
163/2 163/25 167/12 169/24
173/5 173/8 181/16 181/18
182/6 184/11 192/9
**putting [2]**  148/13 156/8

## Q

**qualification [2]**  156/18
156/25
**qualified [3]**  31/23 154/24
156/22
**quality [1]**  96/10
**quarter [2]**  24/2 119/10
**question [50]**  13/8 16/15
23/15 26/21 28/14 32/6 35/17
35/19 38/23 39/1 39/3 39/16
39/19 39/21 39/23 41/13
44/16 45/14 53/19 95/3 96/21
97/14 111/22 121/17 133/3
139/8 139/12 140/4 141/2
148/10 148/12 151/17 151/23
152/7 155/3 155/4 156/17
162/17 163/10 163/25 166/18
170/3 170/6 172/2 173/6
174/23 177/6 190/20 190/21
191/4
**questioned [2]**  154/11 162/1
**questioning [7]**  12/4 12/11
13/3 94/24 138/7 188/9
193/10
**questionnaire [2]**  34/21
172/4
**questions [84]**  8/7 10/19
11/25 12/1 12/2 12/5 12/9
12/13 12/15 13/4 13/6 13/9
22/5 22/17 34/24 35/3 35/9
37/1 37/5 37/24 37/25 38/1
38/3 44/12 44/14 80/2 94/18
111/22 111/25 112/10 121/17
121/20 134/17 138/1 138/5
138/23 139/6 140/25 141/6
144/23 144/24 144/25 144/25
145/3 145/4 145/14 145/16
145/17 151/23 153/15 155/10
156/2 156/6 156/11 158/9
158/10 158/12 161/12 161/13
161/14 161/16 162/20 162/25
163/19 164/16 164/17 165/13
165/15 168/7 169/6 169/21
170/23 171/19 171/21 175/11
175/16 176/21 177/3 178/3

178/4 179/7 187/10 188/10
190/18
**quick [3]**  35/9 132/21 183/24
**quickly [1]**  37/4
**quite [4]**  8/12 23/7 81/2
132/16

## R

**Rachel [1]**  33/22
**racial [1]**  140/15
**racist [1]**  140/15
**radio [7]**  30/22 57/20 121/15
121/25 122/1 189/23 189/24
**raise [23]**  9/17 19/9 20/10
20/15 21/3 21/12 26/10 29/8
29/11 33/5 33/11 33/15 98/11
125/11 138/2 139/7 139/8
139/9 139/14 139/21 140/3
140/7 140/21
**raised [20]**  26/11 26/13
26/20 33/14 40/6 51/24 138/5
138/9 146/13 162/16 162/20
164/16 164/22 168/25 170/23
172/1 174/22 177/3 177/9
181/4
**raises [2]**  12/10 12/12
**raising [4]**  20/12 151/22
170/5 190/17
**raisings [1]**  81/2
**Ramos [1]**  33/18
**ran [1]**  98/7
**Randazzo [1]**  34/14
**random [2]**  58/15 58/22
**randomly [1]**  192/9
**Randy [1]**  34/15
**Rangel [1]**  34/16
**ransacked [1]**  75/25
**rape [3]**  98/15 119/11 177/12
**raped [6]**  84/5 98/16 131/16
162/22 177/10 180/3
**raping [1]**  180/7
**rather [7]**  6/25 14/24 27/17
46/18 46/18 99/24 136/25
**Raton [7]**  49/4 83/24 96/12
101/23 121/13 126/22 131/5
**RC [2]**  8/5 33/19
**reach [7]**  43/11 49/13 50/7
53/3 92/6 100/24 131/23
**reached [2]**  66/20 110/5
**read [43]**  3/17 11/1 11/19
11/24 25/9 25/10 28/20 29/14
29/16 30/20 32/12 33/7 33/11
35/4 35/10 41/13 67/1 69/15
77/18 85/14 97/8 98/12
141/20 142/8 142/9 142/20
142/23 142/24 143/12 143/14
143/25 154/19 155/12 155/14
155/14 155/24 156/23 166/1
172/9 177/20 181/16 188/18
189/25
**reader [1]**  189/23
**reading [31]**  65/13 69/14
69/16 69/18 69/19 70/1 84/4
96/14 102/4 108/15 109/24
112/3 113/10 114/15 126/16
128/1 129/19 132/7 142/21
142/22 154/9 154/15 154/23
154/23 154/25 155/10 155/15

**R**

**reading... [4]**  156/1 157/17
157/18 158/2
**ready [3]**  15/10 133/4 161/25
**real [2]**  52/23 105/22
**realistic [2]**  4/3 8/14
**realize [2]**  170/3 193/15
**really [9]**  18/9 41/6 42/15
117/9 156/15 158/15 160/13
172/25 183/12
**realtor [2]**  80/1 80/4
**reason [14]**  15/16 28/23
37/16 47/9 57/2 69/7 72/1
145/24 151/9 153/23 189/21
193/18 193/21 194/3
**reasonable [4]**  27/4 29/3
143/19 185/6
**reasons [7]**  78/12 78/14 96/1
137/2 141/17 191/3 194/6
**recall [3]**  152/14 162/21
177/5
**receive [1]**  3/19
**received [1]**  11/23
**recent [1]**  128/6
**recently [8]**  36/14 78/15
88/25 108/17 119/11 120/18
128/9 128/12
**receptionist [1]**  76/19
**recess [4]**  92/20 95/16
137/23 137/24
**recessed [1]**  195/11
**recognize [6]**  23/6 23/24
24/19 26/20 33/16 34/10
**recollect [1]**  143/8
**recollection [1]**  142/19
**recommending [1]**  154/12
**reconcile [1]**  182/17
**reconciled [1]**  182/12
**reconvened [1]**  137/24
**record [11]**  3/5 6/12 8/25
9/5 9/21 16/1 22/3 22/7
37/25 195/10 195/14
**recorded [1]**  139/10
**records [1]**  27/24
**recovered [1]**  4/23
**recovery [1]**  58/8
**recreational [1]**  118/25
**redacted [4]**  5/13 5/15 5/16
14/9
**redacting [1]**  5/10
**redactions [1]**  13/23
**refer [2]**  3/20 193/14
**referred [6]**  3/15 5/18 6/19
6/25 8/9 8/18
**referring [4]**  5/23 6/24
26/18 193/20
**reflected [1]**  22/7
**reflects [1]**  37/25
**refrigeration [1]**  75/1
**regard [1]**  5/5
**regarding [12]**  6/8 16/10
29/19 71/25 82/11 83/16
151/17 155/10 162/20 164/17
166/5 177/4
**registered [5]**  64/9 64/11
64/11 80/17 111/19
**regular [2]**  161/4 176/14

**regulatory [1]**  59/18
**relapses [1]**  73/19
**relate [2]**  25/19 28/9
**related [10]**  29/23 30/7
30/21 30/25 32/14 65/6 74/9
97/18 98/2 108/4
**relates [1]**  15/19
**relating [2]**  16/1 162/17
**relation [1]**  147/20
**relationship [1]**  70/20
**relationships [2]**  66/7 99/17
**relative [4]**  101/24 120/4
139/23 140/6
**relaxation [1]**  41/8
**relevant [1]**  15/11
**relieved [1]**  137/10
**relievers [2]**  73/23 73/24
**religious [5]**  37/7 39/16
54/12 68/20 82/4
**remain [3]**  135/12 136/11
186/10
**remained [1]**  136/20
**remaining [1]**  187/6
**remember [9]**  135/23 137/7
141/24 141/25 142/1 142/2
143/9 176/10 190/7
**remind [1]**  143/15
**reminder [1]**  186/18
**reminding [1]**  29/16
**remove [1]**  78/16
**render [18]**  31/21 37/17
54/15 69/9 71/11 72/2 79/16
83/12 84/19 91/11 98/23
109/13 120/2 121/4 144/2
163/5 177/19 181/20
**rendering [2]**  45/19 54/13
**rental [1]**  64/20
**repeat [2]**  29/1 173/6
**replace [1]**  13/25
**report [2]**  137/6 186/13
**reported [2]**  30/21 77/7
**reporter [6]**  2/2 21/24 41/12
126/21 195/17 195/18
**reporter's [1]**  32/21
**represent [2]**  21/7 21/10
**represents [1]**  127/9
**request [4]**  16/11 18/6 18/8
30/8
**requested [2]**  35/5 141/1
**requesting [2]**  3/20 13/21
**requests [1]**  16/10
**required [3]**  14/20 27/18
30/6
**requires [3]**  29/18 32/12
193/19
**rescue [1]**  100/21
**research [9]**  3/22 30/24 31/1
31/3 32/14 49/5 49/6 136/3
189/2
**resentment [1]**  183/6
**reserve [1]**  123/4
**reside [1]**  35/14
**resided [2]**  26/7 104/25
**residence [4]**  4/23 72/13
92/11 99/8
**resolved [2]**  115/14 115/15
**respect [7]**  12/12 29/4 98/19
108/24 109/9 137/5 184/25

**respects [1]**  80/12
**response [2]**  26/21 193/12
**responses [1]**  136/21
**responsibility [1]**  28/5
**responsible [3]**  83/15 89/14
184/11
**rest [10]**  12/17 12/25 13/6
37/22 41/8 77/3 114/16
145/11 151/5 154/5
**restaurants [1]**  105/4
**restitution [1]**  71/17
**restore [1]**  55/5
**restrict [1]**  161/3
**restrictiveness [1]**  161/2
**restroom [2]**  94/11 138/22
**result [2]**  160/3 167/5
**retail [3]**  79/1 99/10 107/15
**retired [39]**  50/14 50/16
52/12 52/20 53/13 55/3 55/6
56/7 56/8 61/1 66/5 68/6
70/2 70/4 72/10 72/12 74/14
74/16 74/19 80/5 98/7 100/14
100/18 103/8 103/10 103/21
107/12 111/19 113/11 114/8
114/12 114/23 114/23 115/4
123/5 123/12 124/1 124/6
128/9
**retiree [1]**  70/6
**return [8]**  30/10 136/7
137/19 145/7 150/24 170/12
187/25 189/12
**returned [1]**  85/12
**returning [3]**  9/8 137/8
186/18
**revenue [2]**  99/4 116/12
**review [6]**  127/2 135/5 155/6
159/12 164/15 172/14
**revise [1]**  188/3
**rewarding [1]**  24/25
**Rhett [1]**  33/18
**Richardson [2]**  21/14 22/8
**ride [1]**  110/19
**riding [1]**  111/21
**right [100]**  3/13 6/4 7/19
8/25 9/9 9/10 9/10 9/18 10/2
10/11 10/12 19/9 20/11 20/15
23/6 26/22 28/1 30/4 37/21
39/10 39/24 44/2 44/6 50/19
52/11 54/15 55/17 57/16
59/11 64/17 66/24 68/6 72/8
74/1 74/9 74/12 74/24 78/9
78/22 81/14 82/13 82/18
82/19 84/22 88/22 88/12
88/22 89/16 94/10 95/1 95/24
97/23 98/4 99/3 100/11
107/10 109/17 110/14 111/13
112/1 114/6 116/1 118/22
120/15 125/3 128/16 128/20
129/11 130/12 131/15 134/3
134/21 135/20 137/22 140/24
141/12 143/8 144/20 145/5
145/21 149/3 150/14 155/19
158/8 158/14 161/17 163/16
165/11 168/20 169/24 170/5
174/7 174/14 174/21 178/2
186/20 187/21 187/23 191/7
191/25
**rights [3]**  24/22 155/2

## R

**rights... [1]** 155/18
**Rita [5]** 21/18 33/13 138/25 141/8 141/12
**Riviera [1]** 123/4
**RN [3]** 63/9 63/11 79/4
**road [1]** 38/14
**robbed [5]** 72/22 75/25 107/21 107/23 127/11
**robbery [3]** 39/5 60/6 122/10
**robbing [2]** 46/7 46/9
**ROBIN [2]** 1/11 2/2
**Rochester [1]** 115/16
**Rodriguez [3]** 33/25 34/5 138/14
**role [1]** 158/18
**room [10]** 18/3 27/15 28/22 82/23 137/8 141/3 157/13 179/21 188/4 190/13
**rooms [2]** 31/6 31/11
**ROSENBERG [4]** 1/3 1/11 2/2 19/18
**Ross [2]** 40/24 41/1
**round [1]** 151/22
**Rousell [1]** 34/17
**row [3]** 18/1 18/2 50/13
**rows [5]** 17/19 17/21 17/21 17/25 17/25
**Royal [5]** 65/3 69/22 75/20 79/3 101/20 122/3 129/14
**rude [1]** 190/8
**Ruffel [1]** 20/17
**rule [5]** 14/16 16/5 28/6 93/19 188/18
**ruled [4]** 14/16 14/25 15/4 15/18
**rules [7]** 31/17 32/23 32/25 33/2 33/5 136/4 188/21
**ruling [2]** 15/3 16/14
**rulings [4]** 15/1 16/6 16/9 17/1
**run [4]** 12/13 60/1 94/11 190/6
**running [1]** 96/14
**runs [1]** 6/22
**RXXXXXX [1]** 33/20
**RXXXXXXX [3]** 25/20 25/20 25/22
**RXXXXXXXX [2]** 7/10 9/2

## S

**S-T-A-L [1]** 5/1
**safety [2]** 21/20 194/5
**said [52]** 8/8 10/17 16/24 18/20 20/6 23/11 27/7 28/15 28/18 36/4 37/9 58/9 58/19 64/3 76/22 91/2 94/24 95/19 103/3 105/15 110/8 118/16 123/18 130/21 136/24 138/9 138/13 142/5 142/6 142/15 142/22 143/11 143/12 147/5 154/9 159/23 160/1 160/8 163/22 164/21 164/22 167/20 167/22 167/25 172/6 174/17 175/25 182/6 184/2 190/11 191/11 191/13
**sailing [1]** 44/24

**sales [2]** 95/21 132/2
**salesman [1]** 109/21
**same [17]** 29/25 32/5 32/6 51/11 64/9 78/12 83/16 95/21 96/21 142/6 142/24 143/6 147/25 174/8 186/23 192/3 192/6
**Sammarco [1]** 34/14
**San [1]** 61/14
**sat [1]** 91/3
**satisfactorily [1]** 156/25
**satisfactory [1]** 10/5
**say [52]** 15/24 16/2 20/6 24/2 36/1 38/1 38/2 38/3 40/2 40/25 44/13 56/17 72/16 73/14 81/8 83/8 90/18 93/16 93/25 99/24 109/9 119/17 119/19 122/22 124/7 124/8 139/8 139/10 141/23 144/6 144/12 144/16 149/13 153/9 156/5 157/10 157/20 159/3 161/3 161/8 164/24 167/12 171/25 174/21 180/18 183/5 185/3 189/10 189/11 189/12 189/13 190/11
**saying [15]** 5/5 20/8 20/10 47/6 60/21 93/21 109/11 109/14 132/13 152/10 173/4 173/7 173/11 177/22 180/11
**says [3]** 9/25 147/19 156/19
**scan [2]** 16/21 16/23
**scanned [1]** 192/8
**scene [1]** 32/10
**schedule [7]** 23/2 88/5 88/9 88/16 93/13 116/3 149/20
**schedules [1]** 24/16
**scheduling [4]** 95/3 104/14 149/16 189/15
**SCHILLER [9]** 1/15 3/7 12/21 16/24 20/22 136/15 136/17 186/16 195/2
**school [41]** 35/16 40/19 51/23 55/4 57/23 57/24 57/25 58/1 59/25 59/25 62/4 62/6 62/7 64/13 64/22 65/12 65/15 66/2 76/25 79/5 79/6 83/3 87/9 88/9 88/25 88/25 89/15 89/22 98/8 109/22 109/22 109/23 110/10 110/18 112/9 112/13 117/18 121/15 124/3 124/10 157/22
**schooled [2]** 125/16 125/17
**schools [1]** 110/12
**Schuler [1]** 48/5
**Schumaker [1]** 64/19
**sciatica [1]** 128/12
**scientist [1]** 56/1
**sclerosis [2]** 73/20 159/24
**Scranton [1]** 49/13
**scratch [2]** 42/20 42/20
**screen [1]** 23/19
**screening [1]** 156/15
**scribble [1]** 191/1
**Scrolling [1]** 176/18
**scrupulous [1]** 5/20
**scuba [3]** 79/5 80/18 110/20
**seal [4]** 3/17 8/19 8/24 9/5
**sealed [2]** 34/18 34/19

**seamlessly [1]** 23/4
**seamstress [1]** 119/5
**search [3]** 30/18 31/13 176/19
**Seasons [1]** 84/2
**seat [1]** 87/17
**seated [5]** 19/1 95/18 136/19 146/10 187/21
**seating [1]** 17/6
**Seattle [1]** 103/22
**second [14]** 20/13 27/13 32/6 36/9 52/2 68/1 77/1 82/6 86/20 109/22 112/8 149/23 151/9 152/12
**Secondly [1]** 83/9
**secretary [4]** 56/2 80/5 107/16 127/25
**security [6]** 21/18 21/20 21/21 21/22 65/3 123/6
**see [41]** 7/11 7/11 7/23 9/7 12/22 12/24 13/1 20/3 21/5 21/22 26/11 27/14 32/8 33/13 77/23 91/18 92/22 93/23 94/5 94/23 95/11 122/6 122/12 136/12 145/24 149/6 149/9 155/13 156/14 158/8 160/11 166/17 172/2 178/2 178/16 182/18 183/10 183/22 188/19 191/6 195/5
**seeing [9]** 21/4 21/13 29/9 29/13 33/6 81/9 139/22 149/2 184/24
**seeking [3]** 5/14 16/7 150/10
**seem [3]** 119/13 122/23 161/1
**seen [6]** 5/3 16/14 17/3 160/17 180/20 180/21
**Sefrence [1]** 104/25
**select [6]** 30/2 128/18 137/4 158/20 159/1 188/11
**selected [15]** 19/14 60/22 62/15 71/1 77/18 93/16 116/2 116/3 127/1 157/9 159/15 164/6 168/3 188/13 188/16
**selection [7]** 6/10 7/12 19/4 93/15 137/3 156/21 188/6
**self [2]** 62/21 128/4
**self-employed [2]** 62/21 128/4
**Selling [2]** 62/23 62/24
**sells [1]** 100/20
**semester [1]** 88/3
**semi [2]** 72/10 72/12
**semi-retired [2]** 72/10 72/12
**send [1]** 14/15
**senior [3]** 65/15 76/25 96/10
**seniors [1]** 96/12
**sense [3]** 23/25 158/21 191/16
**sent [1]** 167/17
**sentencing [2]** 83/7 83/8
**Sentinel [1]** 126/25
**separate [4]** 153/4 153/5 153/13 186/25
**separately [4]** 12/11 27/6 47/15 73/18
**September [1]** 98/1
**sergeant [6]** 33/15 33/18 33/19 33/22 34/14 101/22

**S**

**series [1]**   12/8
**serious [2]**   32/24 93/20
**serve [33]**   22/23 23/13 23/16
23/18 23/21 24/24 24/24 43/3
43/5 54/14 60/18 60/22 69/1
69/4 73/8 75/10 75/13 75/14
101/16 105/11 107/4 108/6
121/17 121/18 137/13 146/3
155/18 155/19 156/22 159/2
162/1 162/1 183/16
**served [15]**   37/10 39/19 43/4
50/7 68/7 68/24 73/11 82/7
100/24 101/7 104/21 107/19
111/23 123/22 130/7
**service [65]**   24/20 35/17
38/10 41/10 48/18 49/24 51/6
52/25 54/8 55/5 55/7 58/5
58/7 60/2 64/14 64/23 65/7
66/3 72/18 75/22 77/3 79/6
81/16 84/4 85/15 89/5 89/23
92/2 92/14 98/13 99/4 99/12
100/22 100/23 105/4 106/5
108/16 110/20 110/21 112/16
113/10 116/16 116/18 118/25
121/1 123/18 125/20 126/13
126/17 127/7 128/7 128/23
131/6 132/7 136/21 137/4
137/15 145/6 145/10 150/19
150/21 154/16 156/19 158/15
186/13
**services [6]**   96/11 96/11
96/11 107/5 176/8 179/3
**serving [5]**   54/1 118/14
119/18 128/10 188/12
**set [8]**   13/2 16/12 25/4
28/21 53/24 78/18 136/5
138/5
**sets [1]**   32/24
**settled [1]**   18/20
**seven [10]**   17/2 17/15 18/1
62/1 62/4 73/12 77/1 102/12
124/15 171/25
**several [9]**   58/16 90/3 90/5
106/6 107/4 131/10 131/16
132/8 194/16
**sex [24]**   25/14 25/15 25/17
139/20 139/24 139/24 140/6
140/6 166/3 166/5 170/24
170/24 172/11 172/15 173/23
177/4 177/5 177/5 177/7
179/12 179/14 182/23 182/25
184/22
**sexual [11]**   82/2 119/11
122/10 139/25 140/7 140/17
141/25 164/18 170/25 181/6
190/21
**sexually [1]**   140/16
**shall [3]**   134/18 136/2
156/22
**shape [1]**   192/18
**share [1]**   164/4
**Shaw [1]**   33/21
**she [86]**   5/25 9/24 18/18
21/15 21/15 21/16 21/21
21/25 22/3 28/15 42/19 42/20
44/23 51/8 53/24 54/1 54/3

55/3 56/2 60/11 61/12 67/13
67/13 67/14 67/17 67/18 71/4
71/5 71/6 75/5 77/1 84/2
86/16 86/18 100/19 103/15
103/15 103/23 104/14 110/10
110/10 113/11 114/13 116/14
116/14 116/16 119/5 119/12
119/12 120/21 120/22 122/9
122/9 122/15 123/12 124/6
124/7 124/11 125/16 133/14
133/22 133/22 134/1 134/2
134/8 134/10 134/10 134/22
138/13 138/13 156/23 165/4
165/5 165/6 165/19 165/19
165/20 165/23 166/9 173/25
179/10 179/19 179/20 185/18
185/20 191/6
**sheet [1]**   14/12
**sheriff [1]**   117/19
**Sheriff's [3]**   70/5 99/14
117/20
**shift [1]**   116/16
**shingles [1]**   60/14
**shipper [1]**   157/21
**shooting [2]**   58/15 58/22
**short [1]**   95/16
**shorter [2]**   159/15 161/24
**should [31]**   5/19 5/20 6/7
6/20 7/2 7/5 13/24 14/10
27/19 27/20 28/10 28/12
34/22 44/12 80/21 82/1 82/23
94/16 115/25 119/17 127/3
128/13 134/16 154/16 165/1
174/22 180/12 186/19 188/10
188/11 188/22
**shouldn't [3]**   14/18 28/14
117/24
**shovel [1]**   129/17
**shoving [1]**   26/6
**show [1]**   5/4
**showing [1]**   16/25
**shown [3]**   6/11 8/10 10/25
**shut [3]**   169/5 175/1 175/2
**sic [1]**   122/16
**side [8]**   21/12 82/22 132/23
150/15 180/21 193/1 193/2
193/4
**sidebar [9]**   6/5 9/8 9/12
10/2 10/14 132/21 132/22
132/25 135/21
**sidebars [4]**   6/6 9/9 9/10
9/16
**sides [4]**   78/1 98/23 135/6
155/24
**sign [4]**   10/22 43/18 43/19
82/22
**Signature [1]**   195/18
**signed [3]**   43/20 43/22 43/25
**significant [1]**   67/12
**signs [1]**   43/17
**Silvestri [1]**   33/20
**similar [1]**   189/24
**Simmonds [1]**   33/24
**simple [1]**   155/3
**simply [2]**   189/10 190/8
**since [9]**   40/9 44/25 76/22
98/11 109/6 113/9 115/4
155/13 194/15

**single [21]**   21/25 38/8 40/12
40/15 40/16 48/16 49/22
61/25 64/21 67/10 85/13
89/21 98/10 112/15 113/9
116/14 121/9 122/4 126/16
127/6 128/22
**sister [10]**   81/20 85/2 98/19
98/21 107/20 108/4 112/17
118/1 121/2 131/16
**sister-in-law [2]**   85/2
107/20
**sisters [1]**   98/16
**sit [32]**   18/13 19/14 37/17
60/21 69/8 71/8 71/10 72/2
73/25 74/2 77/13 80/9 84/8
90/20 90/20 97/2 97/10 97/15
98/22 104/7 109/11 131/20
136/23 137/4 143/13 144/1
144/14 152/17 159/15 177/18
187/18 188/16
**site [1]**   31/11
**sites [1]**   140/17
**sitting [14]**   19/4 37/8 39/17
68/21 73/21 74/4 82/12 97/20
109/5 109/10 132/14 134/5
162/8 177/24
**situation [11]**   36/15 71/16
95/25 97/18 106/9 156/7
157/25 161/10 161/18 163/25
184/14
**six [22]**   3/15 3/18 6/14 11/4
13/25 17/15 17/21 25/19 49/3
73/12 96/12 101/15 103/11
104/25 107/19 120/19 120/25
124/15 126/23 127/17 192/21
193/4
**Skills [1]**   115/1
**skin [1]**   26/6
**sky [2]**   101/21 101/22
**slang [1]**   152/10
**slightly [2]**   183/4 183/5
**slurs [1]**   140/16
**small [1]**   188/2
**smaller [1]**   155/17
**smart [1]**   124/17
**smile [1]**   190/8
**smoothly [2]**   20/14 23/4
**snowed [1]**   148/21
**snowing [1]**   147/22
**so [207]**
**social [9]**   31/6 31/12 35/13
35/13 52/21 61/10 61/12
96/11 136/2
**software [2]**   38/6 100/14
**Sol [1]**   33/22
**solely [3]**   28/9 29/8 32/15
**solicit [1]**   175/20
**soliciting [4]**   151/23 152/1
152/2 175/21
**solid [1]**   129/16
**some [34]**   3/13 12/4 12/12
12/24 23/25 32/20 33/7 38/18
45/23 60/8 63/25 65/17 74/2
80/12 81/4 94/19 108/4 119/8
123/9 138/12 140/1 143/4
148/11 159/2 162/7 164/5
172/10 179/11 180/17 180/17
180/19 183/7 183/19 194/4

**S**

**somebody [7]**   93/13 110/9 112/25 155/24 167/2 177/7 189/9
**someone [14]**   46/7 46/9 65/16 97/9 144/9 154/18 154/24 159/19 172/7 172/15 175/25 180/11 180/15 194/5
**something [25]**   14/8 15/12 27/19 35/1 45/24 75/24 88/6 95/19 96/16 99/24 118/18 124/8 141/17 149/2 160/11 165/20 171/9 173/3 174/2 174/8 174/21 180/12 184/14 191/17 193/24
**sometime [2]**   88/10 180/17
**sometimes [4]**   73/21 88/17 136/25 157/10
**somewhat [1]**   47/12
**somewhere [1]**   38/15
**son [36]**   50/23 50/24 51/7 51/9 51/10 51/11 52/3 58/2 58/6 58/10 61/11 61/13 63/8 65/5 68/1 69/24 80/16 88/24 89/4 89/14 101/24 104/1 104/15 104/19 111/19 114/14 120/21 121/14 123/13 123/15 124/9 166/25 166/25 167/1 168/2 184/24
**son's [2]**   50/25 51/12
**son-in-law [2]**   58/6 58/10
**sons [1]**   103/16
**soon [2]**   37/22 88/10
**sooner [2]**   11/12 23/3
**sorry [20]**   4/4 35/21 67/14 70/22 72/20 75/12 81/14 84/6 98/17 117/7 132/13 144/19 146/7 153/21 163/23 165/17 171/23 172/19 177/16 178/8
**sort [5]**   45/9 143/5 171/4 183/15 183/16
**sorts [1]**   122/5
**sounds [3]**   43/24 161/17 183/14
**source [7]**   27/10 27/13 27/16 27/20 27/22 31/1 32/19
**sources [1]**   27/25
**south [4]**   58/3 105/5 119/1 119/2
**SOUTHERN [1]**   1/1
**Space [1]**   31/7
**span [1]**   169/11
**spare [16]**   35/16 38/8 41/5 48/17 64/22 68/5 72/15 80/19 81/5 87/3 102/4 103/12 105/3 110/19 116/17 121/9
**spasticity [1]**   160/15
**speak [25]**   9/11 35/6 53/18 59/4 105/6 125/6 132/23 133/2 133/12 133/14 133/15 134/22 138/4 150/21 151/17 181/6 185/17 187/6 187/10 188/1 188/8 190/17 191/7 191/9 191/18
**speaker [1]**   18/19
**speaking [2]**   18/19 138/11
**special [6]**   3/7 3/8 20/23

22/15 32/2537/16
**specialist [5]**   58/7 75/1 99/6 115/1 116/12
**specific [1]**   194/6
**specifically [2]**   148/17 156/19
**specifics [2]**   108/18 141/24
**speculate [2]**   28/12 28/15
**spend [15]**   35/16 49/9 52/24 58/4 62/1 64/13 72/17 80/18 81/4 89/4 102/12 106/4 110/19 124/13 186/17
**spending [8]**   92/13 102/4 109/24 116/17 124/11 125/18 182/11 182/12
**spent [4]**   60/5 82/2 124/14 132/2
**spoke [5]**   13/10 145/24 165/7 191/6 191/18
**spoken [4]**   140/1 190/23 190/25 191/2
**sports [12]**   38/9 49/7 52/5 52/24 56/6 58/4 65/6 80/18 84/18 111/20 119/7 122/5
**spot [2]**   155/8 169/25
**spouse [14]**   50/16 52/20 55/22 67/12 83/24 85/13 86/15 92/12 101/20 110/18 119/4 128/3 139/12 139/19
**spouse's [3]**   40/15 44/22 69/23
**Spring [1]**   62/25
**Springs [5]**   86/4 86/12 100/16 101/11 102/10
**stained [1]**   75/21
**stand [17]**   14/18 20/4 27/12 35/6 74/4 74/6 129/6 129/8 147/16 157/8 159/18 159/20 165/1 165/3 166/24 171/3 184/7
**standard [1]**   12/2
**standing [1]**   82/23
**start [10]**   23/22 34/23 148/24 149/11 187/1 188/25 189/1 189/2 189/6 194/21
**started [4]**   37/23 182/5 182/11 182/11
**starting [3]**   95/5 95/9 194/25
**starts [1]**   87/10 87/11
**startup [1]**   52/3
**state [16]**   3/4 9/20 20/15 44/1 44/5 56/2 56/3 80/4 85/10 87/14 113/25 114/24 149/25 156/9 160/18 184/21
**statement [10]**   15/15 15/17 16/4 47/13 77/19 79/21 142/23 155/17 194/9 194/11
**statements [2]**   15/12 187/12
**states [10]**   1/1 1/4 1/12 1/16 3/7 10/3 19/21 20/23 20/24 61/19
**status [3]**   38/8 39/11 55/2
**stay [4]**   23/25 24/6 88/23 178/11
**stay-at-home [1]**   88/23
**staying [1]**   10/5
**stays [1]**   112/6

**Stealing [1]**   129/23
**step [3]**   84/1 93/3 170/10
**stepchild [1]**   59/25
**stepdaughter [1]**   44/23
**stepfather [2]**   165/4 165/21
**stepson [1]**   119/6
**Steven [1]**   33/22
**sticky [2]**   148/10 156/12
**stiffness [1]**   160/15
**still [13]**   6/20 11/6 16/15 94/18 117/24 125/1 137/14 151/1 154/4 162/19 172/20 179/19 186/10
**stint [1]**   119/3
**Stipes [4]**   2/2 21/24 35/7 195/17
**stipulate [2]**   27/17 27/18
**stole [1]**   117/1
**stolen [7]**   45/23 45/24 66/14 79/13 108/23 115/13 128/25
**stop [4]**   33/14 86/6 181/8 182/6
**stopped [2]**   182/5 182/10
**store [6]**   46/7 46/9 72/22 107/21 107/23 127/11
**streamline [1]**   11/10
**street [2]**   1/20 44/3
**stress [1]**   60/14
**stricken [1]**   186/22
**strict [2]**   45/8 45/9
**Stuart [2]**   47/19 48/16
**student [2]**   99/10 126/14
**studies [1]**   183/19
**studio [2]**   103/15 103/16
**studying [1]**   88/12
**stuff [3]**   160/10 179/20 183/21
**subsequently [1]**   26/8
**substance [1]**   93/17
**substitute [1]**   114/25
**such [8]**   9/10 10/6 26/2 31/7 153/3 156/20 158/19 162/2
**suffer [1]**   128/12
**suffered [1]**   132/9
**sufficient [2]**   10/4 156/24
**sugar [1]**   160/5
**suggested [4]**   6/10 7/8 12/8 155/6
**suicide [1]**   103/25
**suitable [2]**   94/24 136/23
**Suite [2]**   1/17 1/24
**suited [1]**   137/1
**summarize [1]**   25/3
**summarized [4]**   81/7 97/11 142/18 152/18
**summary [15]**   11/2 11/20 25/9 25/10 77/20 97/8 142/15 143/15 143/24 144/1 166/1 172/9 179/10 181/16 182/22
**summation [1]**   179/22
**summer [1]**   52/7
**summons [1]**   137/14
**Sun [1]**   126/25
**Suncoast [1]**   55/4
**Sunday [2]**   113/16 113/20
**super [1]**   19/3
**supervisor [1]**   65/2
**supplemental [1]**   14/12

**S**

**supplying [1]**   30/10
**support [1]**   116/12
**suppose [1]**   140/2
**supposed [1]**   190/3
**sure [35]**   5/20 5/21 5/22
  6/13 6/22 8/11 8/13 14/14
  23/10 24/3 24/13 32/4 34/6
  43/24 44/14 71/17 72/3 88/7
  88/20 89/24 95/14 100/7
  115/24 139/10 147/18 148/19
  148/23 149/1 149/4 149/10
  159/8 159/13 165/2 166/9
  195/2
**surprised [2]**   165/22 166/10
**suspected [1]**   142/7
**sustains [1]**   28/13
**SWAT [1]**   81/18
**swear [1]**   19/8
**switch [1]**   21/22
**sworn [5]**   9/19 19/10 20/16
  22/11 188/16
**sympathy [1]**   91/10
**Syracuse [1]**   52/1
**system [24]**   36/4 36/16 38/11
  38/13 38/17 39/19 41/14 45/1
  51/7 53/1 60/3 68/10 70/10
  72/19 75/2 80/8 81/17
  128/24 178/20 178/20 178/23
  178/25 189/5 192/8
**systems [2]**   54/24 65/3

**T**

**table [9]**   11/21 14/8 17/15
  20/4 20/19 21/2 21/5 21/6
  136/1
**tables [1]**   93/24
**taint [1]**   12/17
**take [43]**   12/10 12/25 14/11
  18/9 19/7 24/7 26/19 27/11
  27/14 27/23 28/21 28/23
  42/16 46/21 46/23 62/13
  62/14 62/16 74/5 74/7 80/24
  82/6 82/18 84/21 89/14 92/20
  93/24 94/4 94/16 95/1 103/20
  124/12 129/8 135/22 144/24
  147/16 149/2 152/8 159/16
  160/1 167/17 186/21 194/22
**taken [7]**   21/20 45/12 65/17
  81/10 95/16 137/23 191/19
**takes [4]**   6/2 80/22 112/6
  188/19
**taking [8]**   6/17 12/16 21/25
  35/7 87/25 89/15 89/23
  111/21
**talk [27]**   10/12 29/22 31/19
  31/20 31/24 93/2 93/4 93/4
  93/9 93/13 136/6 136/7
  137/11 145/24 154/3 154/8
  158/25 162/6 164/21 166/17
  170/14 186/11 188/23 189/11
  189/11 189/18 189/20
**talked [4]**   18/2 63/22 81/16
  173/25
**talking [6]**   6/13 16/22 31/3
  75/24 166/25 172/5
**Tallahassee [1]**   115/3

**Tamarac [1]**   126/7
**Tampa [1]**   58/8
**tangible [1]**   27/13
**Target [1]**   75/6
**taser [1]**   26/6
**tax [3]**   61/3 99/6 100/6
**Taxi [1]**   124/2
**teacher [13]**   57/22 57/25
  58/1 65/12 72/10 72/12 91/20
  98/9 105/2 112/13 121/15
  124/10 128/1
**teacher's [2]**   114/8 123/12
**teachers [1]**   124/4
**teaches [1]**   123/15
**teaching [1]**   65/12
**team [1]**   58/8
**tech [1]**   101/21
**technician [1]**   55/20
**technology [1]**   111/17
**teens [1]**   182/16
**telecommunications [2]**   53/9
  53/11
**telephone [1]**   31/5
**television [2]**   30/22 189/23
**tell [20]**   16/23 27/11 29/23
  30/3 30/12 44/16 93/15 137/8
  145/14 149/18 150/22 150/24
  158/23 160/14 164/4 164/24
  166/22 179/20 187/7 189/19
**tells [1]**   31/25
**ten [16]**   17/19 17/25 17/25
  49/4 55/1 59/23 64/12 76/19
  92/23 108/13 117/15 124/2
  128/21 130/15 192/21 193/3
**tend [1]**   161/21
**tent [1]**   128/4
**Tequesta [1]**   80/14
**terms [6]**   82/8 98/3 131/19
  155/1 175/8 186/18
**terrible [1]**   143/3
**test [2]**   154/24 154/25
**testified [1]**   79/22
**testify [3]**   147/15 147/22
  148/1
**testifying [2]**   5/25 157/8
**testimony [16]**   5/6 5/7 5/7
  27/12 28/2 30/19 32/4 32/7
  32/15 147/17 148/21 149/6
  149/9 168/11 168/14 183/3
**text [5]**   4/19 4/21 31/5
  93/10 154/22
**texts [2]**   4/16 140/16
**than [24]**   6/25 11/7 11/12
  15/24 23/3 24/5 24/9 26/20
  42/14 82/16 89/20 91/4 98/8
  113/17 119/3 124/6 137/12
  142/15 142/19 144/19 148/11
  155/17 176/5 195/1
**thank [112]**   10/22 17/18
  18/17 19/13 20/18 20/21
  33/14 39/24 44/10 47/16
  48/25 49/17 50/12 51/19
  52/10 53/7 54/21 57/16 59/11
  61/22 64/17 65/10 65/22
  66/24 75/17 76/17 78/22
  83/22 86/1 89/16 92/24 96/6
  98/5 101/2 101/10 101/15
  101/18 104/5 105/8 107/10

  108/9 109/17 110/14 112/1
  112/11 113/5 114/6 114/17
  116/10 117/12 118/22 121/6
  121/21 122/19 123/24 125/3
  126/11 126/19 127/23 128/18
  130/12 131/2 131/25 136/11
  136/21 137/18 137/20 139/2
  145/6 145/10 150/21 151/4
  151/6 151/12 151/21 153/20
  153/24 154/4 158/14 159/3
  159/3 159/5 162/4 162/9
  164/2 164/8 164/9 164/14
  166/11 166/12 168/20 170/9
  170/11 170/17 170/18 173/16
  174/14 174/14 176/21 176/22
  176/23 177/3 179/6 180/23
  180/24 183/23 185/13 185/14
  186/15 187/22 190/12 191/24
**Thanks [2]**   69/19 95/15
**that [813]**
**theft [4]**   57/5 57/6 92/3
  108/24
**their [33]**   3/4 3/16 3/17
  3/20 4/13 4/22 5/18 5/18
  5/19 7/2 8/15 12/10 12/12
  20/12 26/6 26/21 29/19 33/9
  53/14 53/20 77/16 124/9
  138/2 138/5 149/8 155/18
  186/17 190/18 190/24 192/13
  192/15 193/14 193/21
**them [80]**   5/13 7/7 7/11 8/10
  8/11 8/17 11/11 11/14 11/17
  12/6 12/7 17/5 18/12 18/21
  20/3 20/4 26/4 30/5 30/7
  31/20 31/25 37/5 53/16 62/10
  62/13 62/14 67/22 67/23 71/6
  90/3 90/4 90/4 90/10 93/14
  93/15 93/22 93/23 94/1
  103/17 103/24 107/6 107/7
  107/9 110/13 119/1 119/25
  122/2 122/2 133/3 133/3
  135/12 135/13 137/8 137/10
  138/1 138/12 141/1 141/5
  145/9 152/18 156/17 157/12
  157/15 159/2 162/8 164/4
  164/5 170/14 172/21 183/22
  185/24 186/17 186/25 187/10
  187/16 187/19 190/25 193/14
  193/20 193/22
**themselves [6]**   4/10 20/5
  31/25 127/19 178/24 180/19
**then [18]**   8/17 11/25 12/4
  13/5 72/5 134/2 138/6 139/9
  142/4 144/8 145/5 157/12
  162/19 164/22 167/16 167/17
  167/17 191/23
**therapist [2]**   109/19 160/11
**therapy [3]**   172/20 172/21
  182/15
**there [180]**   4/19 4/21 4/22
  5/12 5/14 5/19 8/15 8/20
  8/21 11/23 12/24 14/10 15/6
  15/21 16/3 16/6 16/15 18/14
  18/21 19/2 19/15 20/6 23/24
  24/5 26/9 27/9 29/7 29/10
  33/4 36/8 36/14 36/18 36/22
  38/7 38/10 40/3 41/22 42/21
  45/14 45/22 46/7 46/8 46/11

**T**

**there... [137]**   46/23 47/19
48/6 50/2 50/13 50/25 52/8
55/8 55/9 55/20 56/22 58/9
58/21 59/9 59/10 59/19 60/16
61/9 61/15 63/25 64/2 64/21
65/18 70/8 70/22 73/7 73/9
74/4 74/15 76/1 76/12 77/7
77/10 77/12 77/24 79/15 81/4
84/6 84/11 86/7 88/9 89/1
89/4 89/7 90/11 93/19 94/15
94/18 94/21 95/4 95/8 95/12
96/12 96/22 99/25 100/8
100/16 103/4 106/9 107/24
108/1 108/25 110/16 112/24
113/3 113/7 115/2 117/9
118/6 121/18 123/8 123/9
126/22 127/3 127/12 127/15
128/2 128/21 129/14 131/5
133/1 135/5 136/18 136/25
138/6 138/7 140/18 140/24
141/3 142/14 142/21 144/21
144/25 145/3 145/7 145/24
146/2 149/15 152/15 154/14
154/23 155/9 155/12 155/12
155/13 155/23 156/9 156/11
157/6 157/13 159/1 160/2
160/9 161/8 163/1 167/5
168/1 169/12 173/3 173/24
174/7 174/9 175/20 175/20
175/24 177/23 183/11 188/22
189/22 190/10 190/24 193/11
193/15 193/18 194/4 194/19
195/7

**there's [3]**   3/22 78/9 80/2
**therefore [2]**   143/22 177/19
**Thereupon [15]**   9/19 18/24
19/10 20/16 22/11 94/9 95/16
136/14 136/17 137/23 137/24
139/3 141/11 190/15 195/11

**these [18]**   7/1 7/4 7/6 7/21
7/24 31/17 32/23 33/2 33/7
34/18 34/24 94/19 143/4
144/9 159/16 169/6 169/21
185/6

**they [125]**   4/1 4/6 4/17 6/10
6/19 6/25 7/8 7/10 7/12 7/17
7/23 7/25 8/9 8/17 10/13
10/13 10/13 10/25 11/19
11/20 11/21 12/23 12/25
13/16 17/7 17/10 18/13 18/19
18/20 20/3 21/22 28/9 28/11
28/12 31/18 34/21 35/10 37/1
37/5 38/1 40/20 40/21 42/16
45/1 53/17 55/24 62/6 62/8
67/24 78/15 78/15 78/16
78/18 80/21 82/8 87/25 88/3
88/11 90/9 90/11 93/23 94/1
94/1 94/4 94/5 94/24 103/14
105/7 106/19 113/22 113/25
118/2 118/4 118/16 124/20
128/5 133/3 135/13 137/14
138/9 138/10 144/10 149/6
149/9 152/23 154/4 155/22
156/7 157/9 157/11 157/11
162/8 167/12 167/13 167/15
167/17 167/17 167/21 167/22

167/25 172/23 176/13 176/14
176/15 178/11 180/9 180/12
182/8 187/18 188/10 189/4
189/5 190/7 190/8 190/8
191/2 192/2 192/2 192/3
192/6 192/7 192/8 192/15
193/15 193/21

**thing [17]**   13/25 14/16 15/18
19/23 21/25 78/7 81/15
115/15 119/14 153/11 170/4
170/5 172/9 177/22 179/2
189/11 189/15

**things [25]**   15/9 20/14 27/1
27/14 29/5 37/4 63/25 64/2
81/21 95/20 103/4 147/19
155/14 157/11 159/25 160/3
160/15 174/1 174/8 175/20
181/24 185/10 188/25 189/3
190/3

**think [80]**   4/2 4/18 4/21 5/2
5/4 7/5 10/25 13/24 14/16
16/16 34/20 37/16 40/23
68/19 69/7 71/17 74/7 77/23
80/11 82/4 82/6 82/10 82/12
91/14 95/22 96/23 97/15
97/17 101/8 105/6 115/21
123/8 124/7 150/6 150/13
153/11 153/13 154/14 154/21
154/22 154/23 161/17 163/13
165/23 166/4 166/17 169/5
169/13 169/16 169/22 171/12
171/15 172/5 172/13 172/24
172/25 177/24 179/16 179/23
180/1 180/6 180/14 181/22
182/10 183/3 183/3 183/5
183/6 183/10 183/10 183/12
183/17 183/19 183/22 184/13
184/15 189/1 190/11 191/5
192/4

**thinking [6]**   11/6 144/9
173/5 173/8 183/14 183/15

**thinks [1]**   11/8
**third [5]**   27/16 86/25 107/16
112/9 123/15
**this [227]**
**those [47]**   8/6 9/4 9/4 9/6
12/3 12/11 12/15 13/6 13/8
26/24 27/25 29/21 66/7 66/15
72/23 72/25 73/16 78/12
78/17 78/18 79/15 79/16
81/21 95/25 99/17 104/6
111/24 115/8 115/18 119/24
124/18 138/1 138/2 164/5
174/3 177/16 177/17 177/24
179/23 180/14 180/15 185/11
187/24 188/12 188/13 188/15
189/3

**though [6]**   4/17 6/21 160/25
161/1 168/13 188/24
**thought [6]**   6/18 138/2 143/3
148/8 152/21 191/19
**thoughts [2]**   148/16 182/12
**threats [1]**   25/15
**three [35]**   11/5 11/6 11/9
22/24 50/15 53/11 57/25
59/13 59/24 61/10 61/19
61/24 74/3 79/2 85/12 86/14
101/12 104/13 104/15 107/5

107/15 108/12 112/7 118/11
121/8 123/13 124/3 125/1
140/12 159/14 161/3 161/23
162/3 169/5 169/8

**three-week [1]**   159/14
**threw [1]**   152/10
**through [80]**   3/15 3/18 6/14
6/22 7/16 7/22 11/1 11/3
11/7 11/15 11/18 12/2 12/3
12/20 13/3 13/4 13/11 13/25
14/14 18/1 18/1 22/25 23/12
27/3 27/7 29/1 34/24 35/3
37/23 39/9 45/9 67/2 81/23
91/4 92/24 93/14 94/20 97/15
97/20 98/16 98/17 98/17
98/22 100/12 100/22 102/6
105/7 108/8 109/6 111/22
113/15 113/16 113/20 115/22
121/10 121/17 122/18
126/18 127/22 134/17 137/3
138/21 149/21 150/3 160/10
172/3 172/20 173/14 177/25
179/17 183/8 183/13 183/21
184/5 186/18 188/6 188/21
192/2 192/10

**throughout [1]**   29/15
**throw [1]**   180/19
**Thursday [4]**   113/16 113/19
114/4 186/3
**thus [1]**   153/24
**ticket [1]**   113/24
**tickets [1]**   113/22
**tight [1]**   94/14
**time [118]**   6/19 10/11 10/15
14/7 16/4 21/19 22/8 23/18
23/21 24/1 25/1 25/2 25/17
29/16 29/16 29/17 30/8 33/7
33/12 33/15 34/20 34/23
35/16 38/8 39/8 41/5 42/9
48/17 49/10 52/24 53/19
55/21 57/9 58/4 60/5 62/1
62/3 64/13 64/22 68/5 71/18
72/13 72/15 72/17 73/8 73/17
73/21 73/25 74/3 74/7 74/7
77/6 80/19 81/5 81/5 82/3
82/12 84/23 87/3 89/4 92/13
92/19 93/7 93/8 94/14 94/18
95/13 102/4 102/9 102/12
103/9 103/12 105/3 106/4
107/8 108/15 109/8 109/24
110/19 115/16 116/17 116/17
118/3 118/14 119/2 121/9
122/12 124/11 124/13 124/25
125/18 127/25 135/22 137/18
138/6 140/24 141/4 141/5
141/7 141/9 145/6 151/4
152/9 153/24 157/20 158/22
161/1 164/2 166/9 169/10
172/24 176/1 179/21 180/9
182/11 182/12 188/19 194/22

**timely [1]**   23/10
**times [13]**   21/21 24/9 37/17
47/14 58/16 62/4 69/8 74/4
110/12 124/16 159/18 176/2
176/3
**tired [1]**   41/6
**TL [2]**   8/4 33/17
**today [25]**   12/20 13/2 14/17

**T**

**today...** [22]  14/19 14/19
14/21 15/10 16/2 24/11 24/17
60/21 95/21 95/22 96/2 96/5
137/3 139/5 143/7 147/22
152/19 161/9 188/3 188/8
190/7 192/3
**together** [1]  182/8
**told** [9]  17/10 164/19 165/4
165/5 165/23 166/9 173/23
180/2 180/9
**tone** [1]  125/11
**too** [7]  64/12 69/18 69/19
161/9 180/19 191/15 195/3
**took** [3]  15/23 17/15 111/8
**top** [1]  193/3
**topic** [1]  153/21
**total** [1]  193/3
**touch** [3]  27/14 180/1 182/19
**touched** [3]  77/6 84/18
193/10
**touching** [1]  184/19
**tough** [1]  160/16
**toward** [2]  170/10 183/6
**towards** [1]  153/11
**town** [6]  57/23 113/16 113/22
143/9 185/21 186/5
**trades** [2]  122/24 122/25
**traffic** [2]  41/19 122/2
**trafficked** [2]  80/24 172/15
**trafficking** [17]  25/14 25/15
25/16 25/17 41/23 139/20
139/24 140/7 141/25 166/4
166/5 170/25 172/11 173/24
177/5 179/12 182/23
**training** [1]  22/16
**transaction** [1]  152/21
**transactional** [1]  105/22
**transcript** [2]  34/19 195/13
**transportation** [3]  57/21
102/17 133/16
**travel** [6]  49/23 52/24 85/2
98/12 117/18 128/22
**traveling** [3]  101/13 115/11
132/7
**treatment** [3]  184/2 184/3
184/3
**trial** [50]  1/11 3/21 5/23
7/22 10/3 13/22 20/1 21/15
22/9 22/24 23/10 23/19 23/23
24/1 24/3 24/6 24/12 29/20
30/11 32/24 36/18 49/12
53/24 64/2 71/8 74/2 79/22
81/22 91/4 97/14 97/16 97/17
104/21 111/7 113/2 115/25
137/24 159/14 161/21 161/23
161/24 167/5 170/11 177/18
177/25 178/12 186/8 188/17
194/14 194/15
**trials** [1]  194/16
**tried** [3]  85/17 91/5 155/5
**trigger** [1]  166/6
**trip** [4]  15/7 15/20 16/1
186/14
**trouble** [5]  97/20 116/4
125/10 130/20 158/1
**truck** [1]  129/17

**trust** [1]  90/1
**truth** [1]  27/11
**truthful** [1]  78/7
**try** [15]  12/2 12/22 13/13
15/12 53/18 81/8 82/15 94/12
95/14 95/25 96/2 125/11
161/4 172/14 192/22
**trying** [8]  15/9 77/3 95/20
128/18 148/15 148/16 155/1
182/17
**turbines** [1]  54/25
**turn** [6]  10/21 20/6 96/9
138/7 188/9 189/24
**turned** [1]  34/7
**turns** [1]  106/3
**tutor** [2]  114/25 128/1
**TV** [4]  63/13 64/13 113/10
144/8
**twelve** [1]  94/19
**twice** [9]  81/20 107/21
107/23 122/7 122/7 124/13
191/17 191/17 191/19
**Twitter** [1]  31/7
**two** [88]  8/8 9/4 9/5 9/6
16/22 17/21 17/21 26/11
26/24 28/6 29/5 34/18 38/6
40/22 42/6 47/19 48/15 50/10
52/3 52/14 52/21 52/22 53/2
55/4 55/22 58/2 60/1 62/1
63/8 64/12 66/1 68/25 69/24
72/23 72/24 74/19 75/4 78/16
78/18 79/4 80/16 83/3 83/3
83/25 84/1 85/1 89/21 101/21
102/11 103/11 103/17 103/18
103/23 106/3 107/6 109/23
110/18 111/21 113/24 114/12
116/13 116/14 117/17 121/14
123/3 124/12 125/15 127/7
128/4 130/14 131/7 131/7
133/22 134/1 141/16 152/21
156/23 160/16 174/25 175/1
175/5 192/22 192/23 193/1
193/2 193/4 193/7 194/20
**TXXXXX** [1]  25/21
**type** [3]  30/9 80/18 116/15
**types** [1]  103/13
**typically** [1]  138/23

**U**

**U.S** [2]  3/7 115/5
**U.S.C** [2]  156/18 157/1
**Uh** [2]  114/6 130/2
**Uh-hum** [2]  114/6 130/2
**ultimate** [1]  28/25
**ultimately** [1]  158/20
**um** [4]  96/18 96/18 118/13
158/16
**um-m-m** [4]  96/18 96/18
118/13 158/16
**unable** [2]  121/3 156/23
**uncle** [6]  38/16 70/21 71/25
82/1 117/8 117/8
**uncles** [1]  38/14
**unclothed** [1]  7/5
**uncomfortable** [1]  162/2
**under** [6]  3/17 25/24 45/23
120/9 184/22 191/1
**underage** [1]  106/14

**undermine** [2]  188/20 189/5
**understand** [32]  10/17 18/11
20/9 20/9 22/2 22/6 22/17
22/20 22/21 31/17 33/1 63/22
63/25 64/3 97/7 103/5 143/1
148/20 152/22 152/25 153/22
154/19 155/22 156/24 161/11
171/1 173/4 173/7 178/23
180/11 184/2 184/17
**understanding** [8]  16/15
20/10 96/7 130/20 143/21
150/2 161/25 162/10
**understood** [4]  18/9 103/3
130/23 156/5
**undue** [1]  118/20
**unfair** [1]  119/13
**unfortunate** [1]  79/16
**Unfortunately** [1]  108/3
**unimaginable** [1]  144/7
**unique** [1]  83/17
**UNITED** [10]  1/1 1/4 1/12
1/16 3/6 19/21 20/23 20/23
49/19 61/19
**university** [1]  85/11
**unless** [5]  104/18 138/11
156/23 169/21 188/5
**unobtrusive** [1]  155/5
**unpredictable** [1]  160/20
**unprotected** [1]  184/14
**unseal** [1]  9/3
**unselected** [1]  77/18
**unsolved** [1]  70/17
**until** [16]  14/23 14/24 15/11
16/8 23/13 31/25 37/4 45/17
128/6 133/8 134/16 134/19
139/10 149/23 170/3 193/15
**unusual** [1]  128/17
**up** [64]  5/4 7/6 10/13 10/13
10/14 10/25 12/16 13/17
14/10 14/15 17/4 17/7 20/4
23/6 23/20 23/24 35/6 38/2
39/9 41/12 43/2 46/21 46/23
55/1 58/3 62/10 62/14 72/11
80/14 85/11 88/10 89/15
91/20 94/7 107/7 107/7 107/9
110/10 110/13 119/12 121/9
123/2 123/9 129/6 129/8
133/8 134/1 138/22 139/9
142/3 153/21 154/4 156/12
159/18 159/20 160/10 166/24
167/12 173/17 176/18 177/24
193/11 193/24 194/5
**upcoming** [1]  78/19
**upload** [1]  5/13
**upon** [4]  29/8 32/21 109/14
152/25
**UPS** [3]  67/25 68/2 116/16
**upstate** [1]  59/22
**us** [18]  13/14 16/19 17/25
18/16 19/16 22/25 23/6 43/21
91/4 96/2 132/23 153/24
156/8 157/21 158/20 164/3
164/19 185/10
**use** [14]  4/13 4/17 5/8 26/3
26/5 30/17 31/13 94/10
168/14 175/17 175/21 175/23
176/8 193/6
**used** [9]  4/11 12/7 14/1 51/5

**U**

**used... [5]**  112/6 113/11
139/13 146/17 193/6
**uses [1]**  32/17
**USF [1]**  65/6
**using [5]**  6/1 94/11 143/1
168/12 192/13
**usually [3]**  24/2 128/17
193/1
**uterus [1]**  78/15

**V**

**VA [1]**  69/23
**valuable [1]**  25/1
**vandalism [1]**  99/22
**variety [1]**  137/2
**various [2]**  25/17 70/8
**Vaughn [1]**  34/16
**vehicle [3]**  65/16 72/21
99/23
**venire [10]**  7/2 18/24 22/11
94/9 114/19 136/14 139/3
141/11 187/20 190/15
**verdict [41]**  22/13 28/22
28/25 29/4 29/4 29/7 31/22
37/18 43/11 43/17 43/18
45/19 49/13 50/8 52/8 53/3
54/16 66/20 69/9 71/11 72/2
83/12 84/19 91/11 92/6 98/24
100/24 104/22 109/13 110/5
111/24 113/3 120/2 121/4
121/19 130/8 131/23 144/2
163/5 177/20 181/20
**verdicts [2]**  123/23 124/24
**Vero [1]**  52/14
**versus [1]**  19/21
**very [52]**  5/4 7/25 19/13
20/21 21/16 22/6 24/17 24/20
24/23 35/6 39/24 57/16 64/17
78/22 81/15 82/5 83/14 90/16
90/18 93/18 93/18 105/6
107/10 109/17 110/14 112/1
114/17 116/10 118/22 123/24
140/2 140/2 144/11 145/10
151/21 153/5 153/20 154/5
155/5 158/19 159/24 163/23
165/22 166/10 166/12 170/17
174/14 185/13 189/8 192/11
192/18 194/6
**vet [1]**  87/4
**vice [1]**  52/13
**vice-president [1]**  52/13
**victim [40]**  8/3 8/5 38/23
41/16 45/22 54/10 58/14
58/19 68/13 70/17 75/23
81/19 81/20 81/20 81/21
85/16 92/3 96/15 96/16 96/19
98/15 99/22 99/23 100/1
106/7 110/1 119/10 122/9
122/9 128/24 133/15 134/9
139/24 140/6 143/3 152/21
153/11 164/19 177/4 183/22
**victims [14]**  3/15 3/18 6/18
6/25 7/1 8/5 8/5 8/6 8/6
11/3 15/19 25/19 66/12
127/10
**Victoria [1]**  33/19

**video [1]**  ... /3
**videographer [1]**  120/24
**videos [3]**  7/4 8/10 140/17
**view [9]**  18/19 30/15 30/19
32/9 32/21 129/2 187/25
188/22 188/24
**views [2]**  106/23 120/4
**vigilant [1]**  189/8
**vintage [1]**  55/5
**violate [1]**  188/21
**violated [1]**  93/19
**violation [1]**  189/3
**violence [8]**  16/16 26/3
96/20 97/4 97/10 133/11
134/9 173/25
**violent [1]**  97/18
**virtue [2]**  12/18 143/14
**visit [2]**  30/15 32/3
**visited [3]**  174/23 175/5
175/7
**vitamins [1]**  100/20
**voice [2]**  4/10 125/11
**voir [4]**  13/9 22/10 22/12
138/21
**volleyball [1]**  105/3
**VOLUME [1]**  1/10
**voluntarily [1]**  10/1
**volunteer [4]**  66/2 72/18
74/21 132/3
**vote [1]**  43/18

**W**

**wages [2]**  118/11 134/18
**wait [5]**  111/15 123/18 141/4
149/8 186/25
**waiter [1]**  119/6
**waiting [1]**  164/5
**waive [3]**  9/10 9/15 10/10
**waived [1]**  10/2
**waiver [1]**  6/4
**Wal [1]**  102/11
**Wal-Mart [1]**  102/11
**walk [7]**  49/10 58/4 68/6
83/4 129/6 129/8 158/24
**walking [6]**  48/17 56/6 70/1
73/22 116/17 125/18
**walks [3]**  103/20 111/21
148/24
**wallet [2]**  108/22 124/16
**Walter [4]**  183/12 184/2
184/12 184/17
**want [83]**  5/21 6/8 6/22 13/1
14/3 14/6 14/15 15/24 16/11
19/17 24/3 24/14 24/19 24/24
26/11 29/14 31/3 33/7 33/10
34/6 72/2 73/14 77/23 83/14
87/22 93/21 94/2 95/19 95/25
96/2 96/6 97/9 104/18 119/19
124/7 126/6 126/8 133/3
133/11 135/15 136/20 138/11
141/23 145/6 145/10 150/20
150/21 152/23 153/6 153/20
153/24 154/11 155/7 156/6
156/11 156/13 157/24 158/14
159/3 159/8 159/12 161/7
161/10 161/18 163/25 165/2
166/21 166/22 169/21 170/9
174/21 185/1 185/4 185/18

**video [1]**  .../3
186/8 187/21 189/16 190/12
192/4 192/4 193/6 194/10
195/8
**wanted [22]**  16/12 74/4
133/14 133/15 134/22 138/3
151/16 151/19 162/18 162/24
164/15 164/21 164/24 166/17
170/25 174/17 176/7 181/6
190/16 191/9 191/18 193/11
**wants [2]**  16/10 157/1
**was [315]**
**wasn't [5]**  77/20 111/6
147/23 154/14 195/2
**waste [2]**  55/19 129/16
**wasted [1]**  25/2
**watch [5]**  30/20 85/14 115/9
115/10 160/4
**watching [5]**  38/9 63/13
113/10 129/19 144/8
**water [2]**  55/25 66/5
**way [40]**  12/7 12/10 12/24
13/7 22/2 22/14 22/19 37/23
69/16 71/24 77/25 81/6 81/6
81/8 84/7 85/19 90/25 94/4
94/5 138/2 142/24 144/7
151/22 153/7 155/5 155/8
155/25 160/20 162/2 163/3
163/3 181/16 181/23 188/20
189/22 192/7 192/14 192/15
194/10 194/16
**ways [3]**  28/6 32/18 93/7
**we [284]**
**we'll [11]**  8/24 9/5 13/22
19/7 42/11 47/15 96/5 96/9
134/21 139/5 195/5
**we've [2]**  84/24 193/10
**weapon [1]**  111/6
**website [6]**  169/2 169/4
169/10 169/13 169/18 176/11
**websites [3]**  26/1 31/7 31/12
**week [13]**  78/19 106/4 107/6
107/7 115/24 115/24 124/13
133/22 134/1 149/23 150/6
159/14 194/20
**weekend [4]**  15/13 15/15
113/16 190/13
**weeks [15]**  11/5 11/6 11/9
22/25 74/3 93/17 107/5
118/11 125/1 141/23 142/9
160/16 161/3 161/23 162/4
**welcome [6]**  10/23 18/25
19/18 49/1 95/17 139/4
**well [27]**  14/10 15/6 15/14
21/23 35/21 62/14 67/1 77/16
80/23 84/15 91/2 99/23
108/21 108/23 122/8 138/18
156/1 156/17 161/17 161/19
161/19 162/11 164/7 175/21
189/17 193/14 194/3
**Wellington [4]**  64/10 104/13
114/10 128/2
**went [20]**  23/19 42/15 42/17
51/23 108/18 152/8 157/22
158/3 172/3 172/19 173/14
177/8 177/9 177/11 177/12
179/17 180/8 180/9 184/5
188/21
**were [75]**  4/22 6/16 6/19

**W**

**were... [72]**   15/6 16/19
17/10 17/19 31/10 32/6 38/14
40/9 43/2 43/11 43/13 43/20
43/24 45/23 48/21 53/5 53/5
53/6 62/15 66/12 69/1 71/1
71/3 74/6 74/16 76/22 87/21
98/18 106/19 109/13 114/2
114/4 116/20 118/4 118/14
123/8 127/10 132/8 135/14
138/9 138/21 138/22 142/22
142/23 143/9 144/6 147/15
151/8 151/25 151/25 152/24
158/2 160/12 161/3 161/8
168/3 171/6 171/23 172/6
174/4 176/13 176/14 179/3
179/12 179/13 182/3 182/4
182/9 182/20 190/24 191/2
193/15

**weren't [1]**   182/8

**west [26]**   1/2 1/7 1/18 1/24
2/3 19/19 38/15 38/16 47/22
55/10 55/20 55/25 57/23
64/20 67/9 75/3 80/15 97/25
113/8 117/15 122/1 123/11
124/4 125/8 132/3 141/20

**westerns [1]**   129/19

**what [199]**

**whatever [5]**   94/13 144/8
173/2 185/2 185/4

**whatsoever [2]**   31/9 54/6

**when [110]**   4/4 5/25 6/16 8/2
9/4 11/13 12/3 13/16 14/11
15/11 16/19 19/14 20/5 22/5
23/15 23/23 24/17 27/15 28/9
28/22 30/1 30/1 30/5 36/1
41/12 42/19 44/12 47/9 53/17
60/19 62/8 79/21 80/2 83/13
85/18 88/1 90/18 93/1 102/25
106/4 109/9 118/16 119/19
124/8 124/16 128/18 137/8
138/9 138/21 138/23 139/7
140/11 141/22 142/2 142/18
142/20 142/23 142/24 143/10
143/11 143/20 143/21 150/4
150/22 152/20 154/1 157/13
158/24 161/21 162/4 162/7
164/3 164/16 165/20 167/12
168/25 170/13 170/15 170/23
171/4 171/23 172/1 172/9
172/23 173/11 174/4 174/22
177/3 179/9 179/22 180/8
180/9 181/4 181/7 182/3
182/5 182/5 182/6 182/9
182/10 182/16 182/20 183/5
183/17 186/11 187/9 191/18
192/2 193/5 194/16

**whenever [1]**   160/8

**where [24]**   10/12 14/8 14/18
18/21 30/15 36/14 40/5 47/21
56/14 58/15 59/17 74/3 87/13
88/10 88/10 95/25 110/21
116/20 159/20 161/18 163/25
175/19 184/6 194/15

**Whereas [1]**   149/5

**whereby [1]**   5/17

**whether [37]**   7/17 7/23 8/10

8/16 11/1 11/20 11/21 13/15
13/22 22/22 23/15 25/11
26/21 28/24 28/25 30/25
44/16 77/23 93/7 115/25
118/13 144/14 149/6 151/18
153/6 156/7 156/9 156/10
162/18 163/10 164/1 166/18
170/24 177/4 189/13 194/19
195/2

**which [29]**   4/1 10/6 11/22
12/1 13/3 17/9 22/4 22/9
24/22 27/22 30/21 46/23
47/15 71/8 82/14 86/19
120/21 135/17 138/6 143/15
143/16 143/25 151/18 153/5
156/16 158/22 160/11 175/16
181/17

**While [4]**   9/13 24/4 24/12
150/24

**white [3]**   19/15 21/18 159/16

**who [90]**   4/10 6/14 12/10
12/12 13/6 17/8 19/24 20/7
21/2 21/11 21/14 21/18 21/19
23/13 23/20 26/9 26/13 26/16
27/10 27/12 29/7 29/10 33/4
33/8 34/8 37/1 38/16 43/17
43/20 50/17 51/9 56/16 56/16
60/5 62/10 66/5 70/4 70/9
71/3 80/7 84/3 84/9 84/23
85/2 85/17 96/1 98/5 99/14
101/22 103/13 105/5 110/24
114/13 117/19 127/7 128/9
136/20 136/25 137/7 137/12
138/1 138/3 138/3 138/5
140/25 143/4 148/1 149/5
151/1 154/4 155/22 155/24
164/5 164/17 170/15 177/12
180/7 180/15 181/5 183/21
185/17 186/12 186/22 187/7
187/24 188/12 188/13 188/15
190/17 191/18

**whoever [1]**   18/19

**whole [7]**   12/9 113/8 137/1
170/4 177/22 181/8 189/6

**whom [3]**   29/23 30/3 191/2

**whose [4]**   33/11 34/4 34/10
184/15

**why [28]**   4/12 16/12 16/22
17/3 28/12 31/17 31/18 37/16
47/9 63/16 69/7 72/1 92/22
135/19 155/11 155/16 156/11
166/9 169/20 176/7 177/9
177/14 187/16 191/16 191/19
192/6 193/18 194/6

**widowed [1]**   80/15

**widower [1]**   75/3

**Wiesser [1]**   48/5

**wife [26]**   53/13 55/2 56/6
57/24 61/10 63/5 65/4 66/1
70/2 79/4 91/20 95/7 96/18
103/10 103/21 104/14 105/2
107/14 111/18 119/9 119/22
119/25 123/12 124/5 124/11
131/6

**wife's [2]**   79/12 120/5

**will [171]**   3/15 3/17 4/25
5/9 5/17 6/2 6/9 7/6 7/18
7/25 8/4 9/4 9/6 9/23 10/21

11/1 11/1 11/4 11/11 11/14
11/16 11/16 13/13 13/14
13/16 14/8 14/10 14/19 15/12
16/2 16/3 17/2 17/11 18/21
19/4 19/25 20/4 20/6 20/13
21/5 21/15 21/16 21/19 21/21
22/17 23/1 23/2 23/11 23/16
24/9 24/12 24/13 24/23 25/2
25/3 25/11 26/18 26/22 27/11
27/12 28/20 28/20 28/21
29/15 29/15 29/20 30/6 33/3
33/8 35/6 37/1 37/19 38/2
42/11 45/12 46/19 46/23
46/25 69/13 77/15 77/16
78/18 88/21 91/6 91/8 92/21
95/1 95/22 95/23 96/4 96/21
114/20 118/18 118/19 119/24
122/11 123/10 124/25 135/5
135/23 136/9 136/12 137/8
137/18 137/22 137/25 138/7
141/8 141/8 145/14 149/13
150/2 155/4 155/9 156/2
156/2 156/16 157/8 157/9
157/14 159/1 161/24 162/4
162/5 162/8 162/8 164/2
164/5 164/6 164/6 168/12 170/12
172/6 173/2 174/2 174/4
177/17 182/24 185/11 185/23
185/24 186/8 186/9 186/10
186/16 187/1 187/7 187/9
187/10 187/11 187/11 187/11
187/22 188/2 188/8 188/9
188/11 188/12 188/14 188/16
188/17 189/1 189/13 191/20
192/14 193/5 193/6 193/7
193/9 193/16 194/13 195/5

**William [1]**   34/16

**WILLIAMS [25]**   1/7 3/4 3/5
3/12 6/6 9/12 9/15 9/17 9/22
10/1 11/22 17/24 19/22 21/8
21/10 25/7 25/13 25/25 26/3
26/7 33/23 33/23 166/3
172/11 179/11

**Williams' [2]**   9/9 16/16

**willing [1]**   161/25

**Wilson [1]**   33/24

**wires [1]**   17/17

**Wisconsin [1]**   81/18

**wish [5]**   46/20 154/5 162/6
162/11 164/6

**within [4]**   28/16 54/3 165/19
165/22

**without [6]**   13/11 94/23
107/5 116/4 137/2 177/22

**witness [36]**   5/25 7/19 7/21
11/22 28/13 28/15 32/8 32/9
36/5 39/1 42/3 42/4 42/9
46/6 50/1 51/8 54/11 66/19
68/15 73/4 76/6 79/22 100/5
106/13 108/21 112/22 112/25
115/22 124/20 127/15 147/16
147/16 148/1 149/8 151/9
157/8

**witnessed [4]**   49/25 59/2
81/21 127/18

**witnesses [10]**   3/20 4/10
7/17 7/20 7/21 21/16 27/10
31/16 33/8 149/5

**W**

witnesses' **[1]**  4/17
woman **[3]**  97/19 184/19
 185/17
women **[6]**  6/25 7/4 7/6 25/24
 25/25 26/4
won't **[8]**  14/7 16/9 64/3
 128/10 150/9 163/3 168/16
 168/17
wonderful **[1]**  190/12
wondering **[3]**  13/10 17/19
 179/15
word **[1]**  143/1
words **[10]**  32/17 72/1 89/25
 93/10 101/15 105/15 142/16
 155/25 158/1 158/2
work **[53]**  11/12 13/1 14/5
 14/6 25/25 40/3 40/21 41/6
 44/25 51/7 51/12 51/12 52/5
 54/15 59/19 61/15 62/5 62/13
 64/19 67/6 67/7 67/13 67/24
 67/25 67/25 68/1 72/18 75/6
 75/6 82/15 82/25 84/1 84/23
 86/22 96/11 99/4 103/13
 104/25 105/21 113/7 115/23
 116/22 121/25 126/13 128/19
 129/16 129/17 132/11 132/17
 147/7 182/18 183/20 192/4
worked **[11]**  52/7 60/19 67/14
 80/4 102/9 104/24 114/9
 114/24 114/25 124/3 183/8
worker **[7]**  35/13 35/14 61/10
 61/12 75/19 76/25 114/12
working **[27]**  11/15 15/9
 23/17 26/1 40/19 40/20 40/22
 40/22 40/23 45/3 64/9 65/5
 67/18 67/22 70/5 89/22 95/23
 103/13 103/18 104/11 111/18
 119/4 125/15 127/11 135/2
 183/12 186/23
works **[27]**  50/17 51/8 52/4
 53/21 53/22 54/3 55/25 56/1
 58/7 69/23 79/7 83/2 84/1
 86/18 91/22 91/22 100/19
 102/11 104/14 107/16 116/14
 117/16 117/19 125/10 125/12
 147/11 192/7
world **[4]**  135/18 165/24
 185/17 186/4
worried **[2]**  83/17 161/19
worrying **[1]**  161/19
Worth **[12]**  26/8 38/7 53/12
 75/2 87/15 99/8 121/9 142/2
 142/4 142/7 143/10 143/12
would **[267]**
wouldn't **[17]**  6/11 6/12 7/11
 7/12 18/3 32/19 84/13 112/18
 117/10 129/2 138/25 153/3
 161/9 164/22 181/18 183/20
 188/5
write **[2]**  156/24 191/20
writing **[3]**  157/12 157/15
 157/25
written **[3]**  6/12 7/8 191/16
wrong **[4]**  78/9 136/25 145/23
 180/1
wrote **[4]**  145/23 191/17

191/17 191/20
WW **[1]**  111/18

**Y**

yard **[1]**  67/7
year **[25]**  25/23 52/15 59/25
 65/5 75/5 77/1 77/1 77/6
 80/16 84/3 88/2 88/24 100/25
 101/15 101/22 107/13 115/2
 119/6 149/23 175/3 178/11
 184/19 184/19 184/24 184/24
years **[196]**
Yellow **[3]**  67/13 67/14 124/2
yes **[282]**
yesterday **[2]**  6/10 16/21
yet **[5]**  29/25 104/17 113/24
 116/8 122/22
yoga **[1]**  85/1
York **[13]**  49/20 50/17 51/1
 52/1 59/22 70/3 86/20 114/11
 114/24 115/4 115/16 123/16
 127/8
you **[1152]**
you'd **[2]**  33/13 133/4
You're **[2]**  10/23 49/1
you've **[1]**  76/22
young **[8]**  71/3 133/23 134/8
 180/19 181/7 182/3 184/13
 184/19
younger **[6]**  67/25 84/5
 103/22 109/21 120/23 162/21
youngest **[1]**  87/1
your **[347]**
yours **[3]**  68/9 86/8 148/6
yourself **[8]**  20/20 91/4
 102/20 129/24 146/19 158/19
 184/6 184/11
yourselves **[2]**  29/22 93/9
YWCA **[2]**  132/3 132/17

**Z**

Zoeller **[1]**  48/5