```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION

 3                  CASE NO. 18-CR-80053-ROSENBERG

 4
       UNITED STATES OF AMERICA,      .
 5                                    .
       Plaintiff,                     .
 6                                    .
               vs.                    .
 7                                    .
       ALSTON O. WILLIAMS,            .  West Palm Beach, FL
 8                                    .  December 3, 2018
                                      .
 9     Defendant.                     .
                              VOLUME 2
10                        JURY TRIAL PROCEEDINGS
                  BEFORE THE HONORABLE ROBIN L. ROSENBERG
11                    UNITED STATES DISTRICT JUDGE

12

13     APPEARANCES:

14
       FOR THE PLAINTIFF:           GREGORY SCHILLER
15                                  JUSTIN HOOVER
                                    United States Attorney's Office
16                                  500 Australian Avenue
                                    Suite 400
17                                  West Palm Beach, FL 33401
                                    954-789-6285
18
       FOR THE DEFENDANT:           FLETCHER PEACOCK, ESQ.
19                                  Federal Public Defenders Office
                                    450 North 2nd Street
20                                  Fort Pierce, FL 34950
                                    772-489-2123
21
                                    M. CAROLINE McCRAE, ESQ.
22                                  Federal Public Defenders Office
                                    450 S. Australian Avenue
23                                  Suite 500
                                    West Palm Beach, FL 33401
24                                  561-833-6288

25
```

1

2          Official Court Reporter:    Pauline A. Stipes
                                       HON. ROBIN L. ROSENBERG
3                                      Ft. Pierce/West Palm Beach, Fl
                                       772.467.2337
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              INDEX

2          **CARLOS LISBOA**

3          Direct Examination by Mr. Schiller        Page 160

4          Cross Examination by Ms. McCrae           Page 253

5          Redirect Examination by Mr. Schiller      Page 268

6          **BRIAN O'NEIL**

7          **Direct Examination by Mr. Hoover        Page 269**

8                            **EXHIBITS**

9                                      I.D.        Received

10             Government Exhibit 37              Page 178
               Government Exhibit 9cn             Page 182
11             Government Exhibit 9co             Page 182
               Government Exhibit 9cp             Page 183
12             Government Exhibit 9cq             Page 184
               Government Exhibit 9cr             Page 184
13             Government Exhibit 9cs             Page 184
               Government Exhibit 9ct             Page 185
14             Government Exhibit 9cu             Page 185
               Government Exhibit 9cv             Page 186
15             Government Exhibit 9br             Page 186
               Government Exhibit 9bs             Page 186
16             Government Exhibit 9ce             Page 187
               Government Exhibit 9cw             Page 187
17             Government Exhibit 9cx             Page 188
               Government Exhibit 9bu             Page 189
18             Government Exhibit 9ad             Page 189
               Government Exhibit 9dg             Page 190
19             Government Exhibit 9ae             Page 190
               Government Exhibit 9ag             Page 193
20             Government Exhibit 9ah             Page 194
               Government Exhibit 9ai             Page 194
21             Government Exhibit 9aj             Page 194
               Government Exhibit 9ak             Page 195
22             Government Exhibit 9bv             Page 195
               Government Exhibit 27              Page 196
23             Government Exhibit 9bw             Page 197
               Government Exhibit 9bx             Page 198
24             Government Exhibit 9cc             Page 198
               Government Exhibit 9cd             Page 199
25             Government Exhibit 9dh             Page 200
               Government Exhibit 9al             Page 200

```
 1          Government Exhibit 9am                    Page 200
            Government Exhibit 9ao                    Page 201
 2          Government Exhibit 9ap                    Page 201
            Government Exhibit 9aq                    Page 202
 3          Government Exhibit 9bq                    Page 202
            Government Exhibit 9cy                    Page 202
 4          Government Exhibit 9cz                    Page 203
            Government Exhibit 9da                    Page 203
 5          Government Exhibit 9db                    Page 203
            Government Exhibit 9dc                    Page 203
 6          Government Exhibit 9ch                    Page 204
            Government Exhibit 9ci                    Page 204
 7          Government Exhibit 9aa                    Page 204
            Government Exhibit 9ab                    Page 205
 8          Government Exhibit 9cg                    Page 205
            Government Exhibits 9ay, 9az              Page 211
 9          Government Exhibit 9dd                    Page 212
            Government Exhibit 9de                    Page 212
10          Government Exhibit 9df                    Page 212
            Government Exhibit 9dj                    Page 213
11          Government Exhibit 9as                    Page 213
            Government Exhibit 7                      Page 214
12          Government Exhibit 9at                    Page 214
            Government Exhibit 29                     Page 215
13          Government Exhibit 9au                    Page 216
            Government Exhibit 9av                    Page 216
14          Government Exhibit 9aw                    Page 217
            Government Exhibits 55, 58, 59            Page 217
15          Government Exhibit 9ax                    Page 218
            Government Exhibits 61a-61c               Page 220
16          Government Exhibit 9bb                    Page 220
            Government Exhibit 26                     Page 221
17          Government Exhibit 28                     Page 222
            Government Exhibit 9bc                    Page 223
18          Government Exhibit 9bd                    Page 224
            Government Exhibit 49                     Page 224
19          Government Exhibit 9be                    Page 225
            Government Exhibits 3a, 4a, 5a            Page 225
20          Government Exhibit 9bd                    Page 226
            Government Exhibit 9bf                    Page 226
21          Government Exhibit 16                     Page 227
            Government Exhibit 9bg                    Page 227
22          Government Exhibit 57                     Page 228
            Government Exhibits 63a-63j               Page 228
23          Government Exhibit 9dk                    Page 229
            Government Exhibit 9bi                    Page 229
24          Government Exhibit 9bj                    Page 230
            Government Exhibit 9bk                    Page 230
25          Government Exhibit 9bh                    Page 230
```

| | |
|---|---|
| Government Exhibit 9bn | Page 231 |
| Government Exhibits 62a-62c | Page 231 |
| Government Exhibit 9bo | Page 232 |
| Government Exhibits 17a, 18a, 19a | Page 232 |
| Government Exhibit 9bl | Page 233 |
| Government Exhibit 9bm | Page 233 |
| Government Exhibit 9bp | Page 234 |
| Government Exhibit 56 | Page 234 |
| Government Exhibit 9cf | Page 235 |
| Government Exhibit 9aa | Page 235 |
| Government Exhibit 9ac | Page 235 |
| Government Exhibit 13a | Page 236 |
| Government Exhibit 36 | Page 236 |
| Government Exhibits 9cj, 9ck, 9cl 9cm | Page 237 |
| Government Exhibit 11 a-11g | Page 238 |
| Government Exhibit 1a | Page 239 |
| Government Exhibit 68 | Page 241 |
| Government Exhibit 53 | Page 242 |
| Government Exhibits 12a, 12c, 12d, 12f-12p | Page 244 |
| Government Exhibit 74 | Page 246 |
| Government Exhibit 75 | Page 247 |
| Government Exhibit 76, 77 | Page 248 |
| Government Exhibits 6a, 25a, 42a 48a | Page 250 |
| Government Exhibit 73 | Page 250 |
| Defense Exhibit 1 | Page 267 |

 1            *THE COURT:*  Good morning.

 2            *MR. SCHILLER:*  Good morning, your Honor.

 3            *THE COURT:*  All right.  We are returning to our case

 4   of United States versus Williams, 18-CR-80053.  Everyone state

 5   their appearance.

 6            *MR. SCHILLER:*  Good morning, Greg Schiller, along with

 7   Mr. Hoover, Peter Angel, and Jennifer Howard.

 8            *MS. McCRAE:*  Caroline McCrae on behalf of Mr.

 9   Williams.  Mr. Peacock contacted me, he will be ten minutes

10   late.

11            *THE COURT:*  I know, we have a couple jurors that we

12   need to speak with.  Ms. McCrae, can you handle that on your

13   own or do you want to wait for Mr. Peacock?

14            *MS. McCRAE:*  Can I call Mr. Peacock?

15            *THE COURT:*  Yes, call him.  There is one who emailed

16   over the weekend with a personal matter, juror number 9.  That

17   juror will be one of the ones, and if Mr. Peacock can agree to

18   allow you to go through this process, then, that is what I

19   would like to do.

20            *MS. McCRAE:*  Yes, I will give him a call.

21            *THE COURT:*  Okay.  What did Mr. Peacock say?  What did

22   Mr. Peacock say?

23            *MS. McCRAE:*  Your Honor, I would ask that before we

24   bring in the full venire we wait for Mr. Peacock.

25            *THE COURT:*  Yes, just for the individuals.

1          Juror number 9 is also somebody who wrote an email

2   over the weekend, so I can go over that.

3          Melanie, do you know which ones need to come up?

4          THE COURTROOM DEPUTY:  I don't know which ones need to

5   come up.

6          THE COURT:  Do you want me to write them down for you?

7          THE COURTROOM DEPUTY:  Yes.

8          MS. McCRAE:  Can I inquire regarding the email?

9          THE COURT:  Yes.  I will give this to Melanie first.

10  While she is getting them, we will go over everything.

11         All right.  Let's go over a couple of things while

12  Melanie is bringing up the individual jurors whom I will

13  question.

14         The juror who wrote an email over the weekend is juror

15  number 9.  Juror number 9 indicated –– I am reading from the

16  email dated December 1, 2018 –– I regret I need to ask the

17  Court to be excused from this case.  I have been taking

18  full-time care of my 90 year old mother-in-law since May 2019,

19  and my husband is an only child.  I truly believed I could

20  leave her home for the hours when I was in court, however, when

21  I returned on Friday, I found that not to be the case.  She was

22  very disoriented and not doing well.  Once I was there for

23  awhile she got better.

24         I don't think me being gone for three weeks would be a

25  positive thing for her mental and physical health.  Once again,

1    I do apologize for this request at this time, I just don't see

2    how I can do it.

3          So, does either counsel want to be heard on what your

4    position is with respect to juror number 9?

5          MR. SCHILLER:  Given the circumstances, and based on

6    the reasons we have agreed to cause on other jurors, the

7    Government would agree to a cause removal of this juror.

8          THE COURT:  From the Defense?

9          MS. McCRAE:  No objection, your Honor.

10         THE COURT:  All right.  When that juror comes in, I

11   will let them know that they will be excused.

12         Also, over the weekend, the Court received the notice

13   of proffer and memorandum of law at Docket Entry 123 regarding

14   TL, and so, I memorialized the ruling I made on Friday.  I

15   think it may have just gotten docketed today.  I am giving

16   Defense another day, until tomorrow to respond.

17         At this time, the Court is not permitting any mention

18   of what is contained in Docket Entry 123 until the Defense has

19   a chance to respond and the Court can rule on it, nothing in

20   questioning, nothing in opening statement.  The Court will not

21   make a ruling until I have the Defendant's response.

22         The Court also received Defendant Williams' jury

23   instruction regarding 404(b).  This instruction, Defense, did

24   you have a chance to review it with the Government?

25         MS. McCRAE:  No, your Honor.

1          *THE COURT:*  This is a standard, it is a pattern?

2          *MS. McCRAE:*  Correct.

3          *THE COURT:*  Is it your intent to have the Court use

4     this, quote unquote, as the limiting instruction at any time

5     you request, if appropriate, either prior to or following

6     certain testimony, or were you contemplating this as an

7     instruction given at the end of the trial?

8          *MS. McCRAE:*  We were going to request it as the final

9     charge to the jury, for it to be modified based on the Court's

10    ruling.  When I reviewed 412, the Court memorialized you are

11    granting it for the reasons stated on the record.  I did not --

12    there are bracketed portions that would have to be selected

13    based on the way the evidence will come in.

14         *THE COURT:*  So, the Court will assume no one is asking

15    for any sort of mid-trial instructions unless, of course, you

16    ask for it, but this proposal will be part of the packet as we

17    review as part of the jury instructions being charged at the

18    end.

19         The Court received Docket Entry 122, an updated

20    exhibit and witness list.  Or is this an updated exhibit list?

21         *MR. SCHILLER:*  The witness list did not change.  We

22    submitted the witness list based on the Court's deadline.  It

23    wasn't a complete version yet, we were still working on it.

24    There were editorials within each line item so we removed

25    those, but also -- I mentioned it earlier to your clerk, but I

 1   will put it on the record now.  There are two items in

 2   evidence, one has been changed and one has been added.

 3          So, I am going to give that to Defense and give it to

 4   the Court and court reporter so everyone's thumb drives can be

 5   updated and have everything we have on ours.

 6          THE COURT:  Any prior exhibit and witness list we

 7   should discard at this point?

 8          MR. SCHILLER:  Yes, ma'am.  Judge, for the record, 36d

 9   had been changed, that was a summary exhibit, we were able to

10   make it more concise and user friendly and readable for the

11   jurors.  And we added 81.

12          THE COURT:  Okay.  Are the others out there now?

13          THE COURTROOM DEPUTY:  Yes, ma'am.

14          THE COURT:  All right.  So, we have all of our jurors

15   outside.  Let's try and go in order.

16          Let's bring in juror number 14.

17          Remember juror 14 wanted to speak with me about

18   question number 13 privately.

19          Let's use the same system.  If you could hold up your

20   pen or sticky if you agree the person can be excused.  If I

21   don't see you do that, I assume there is no agreement.  I will

22   not put you on the spot, and I will keep the person in the

23   panel and he or she will proceed to the next stage of

24   questioning, if you will.

25          (The prospective juror entered the courtroom.)

 1              *THE COURT:*  Okay, good morning.  How are you?

 2              So, this is juror number 14.  Good morning.  Counsel

 3    may be seated.

 4    *BY THE COURT*:

 5    *Q.*  You had indicated in response to the question number 13,

 6    have you or a family member or close friend been accused of a

 7    crime, you wanted to address that privately with the Court.  I

 8    wanted to discuss that with you privately.

 9    *A.*  About 23 years ago, I was accused of something I did not

10    do, and I had to go through with the local Sheriff's Department

11    and hire an attorney.

12        Basically, what it was, I taught school for many years, and

13    I was accused of making obscene phone calls to the school after

14    hours, leaving messages on the machine, something that I did

15    not do, but I had to go through all of the stuff with local law

16    enforcement with this.  I was put on paid leave for about four

17    months with a local private school, and they felt they needed

18    to put me on leave.

19        I never went to court, never convicted of anything, it was

20    just something that happened that I did not do, but they felt

21    they had to go through all of the protocols.  When it was all

22    over, I was rehired at the school.  But again, it was something

23    I was accused of and I did not do, and I felt I needed to say

24    that, because that is what number 13 says, have you ever been

25    accused.

1    *Q.*    I appreciate that very much.  Importantly, is there

2    anything about that experience that would interfere with your

3    ability to be a fair and impartial juror in this case?

4    *A.*  It was so many years ago, I felt I was mistreated by law

5    enforcement officers, I was in my 40's.  Since then, I have

6    grown since then and I feel I could render a fair verdict if I

7    was on the jury.

8    *Q.*  Okay.  So, included in being able to render a fair and

9    impartial verdict is, for example, giving every witness the

10   ability to be heard without prejudging the witness until after

11   you have heard the witness' testimony, and then you can draw

12   your own conclusions based on an instruction I give everybody

13   at the end which has to do with how you evaluate the

14   credibility of a witness.  It is based on the instruction I

15   give you versus personal feelings.

16       If there are law enforcement officers who testify in this

17   trial, are you going to, without hearing what he or she may

18   say, have certain reservations about the credibility of that

19   witness because of the experience that you had about 40 years

20   ago with law enforcement, or do you believe you can treat law

21   enforcement witnesses like any other witness, with an open

22   mind, wait to hear what he or she says, and based on the

23   evidence and testimony and instruction the Court gives you,

24   evaluate that testimony like you would any other witness?

25       Can you do that?

```
 1    A.   Absolutely.
 2              THE COURT:  Government, any questions?
 3    BY MR. SCHILLER:
 4    Q.   Good morning.  How are you?
 5    A.   Good.
 6    Q.   And I know you told us that you had nothing to do with
 7    this.  What was the nature of the obscene calls that the school
 8    said you were a part of?
 9    A.   They played me some of the calls, it was this person saying
10    what they would do to little kids.  It was pretty disgusting.
11    Q.   Was it obviously not your voice?
12    A.   I didn't think it even sounded like me, but what led to all
13    of that, I was working a part-time job for the Palm Beach Post
14    driving a truck at night.  According to law enforcement -- and
15    one of the detectives was a former student of mine.  According
16    to law enforcement, the calls originated from the Palm Beach
17    Post.  They never did an investigation other than I was working
18    there, a truck driver on the road, and the calls went to this
19    particular school.
20    Q.   Other than the phone call and the supposition it came from
21    something related to the Post, nothing else supporting their
22    allegations against you?
23    A.   Not at all.
24    Q.   At the time, how did that make you feel, when you were
25    accused of these things, not knowing you didn't -- knowing you
```

1    didn't do them?

2    *A.*  I knew of my innocence, there was no doubt in my mind.  I

3    had a good group around me that kept letting me know you will

4    get through all of this.  Internally, it made me feel pretty

5    lousy in that I was being accused of something out of my

6    control, had nothing to do with, which was pretty poor back

7    then.

8    *Q.*  Obviously, in this case the Defendant has been charged with

9    a crime, more than just an accusation, it is an accusation

10   but --

11          *MS. McCREA:*  Objection, your Honor, misstatement of

12   the law.

13          *THE COURT:*  Sustained.  Rephrase.

14   BY MR. *SCHILLER*:

15   *Q.*  The police got involved and we are in court, whereas your

16   proceedings never went to court.  Can you -- if you were to sit

17   as a juror in this case, are you certain that you won't put

18   yourself in the shoes of the Defendant such that, well, I was

19   accused of something, but I know I was innocent, therefore I

20   know -- the Defendant, I feel like he is accused of something,

21   he probably didn't do it, you are automatically assuming he is

22   not guilty, automatically assuming that --

23          *MS. McCREA:*  Objection.  That would be an improper

24   assumption by the juror, the Defendant is presumed innocent.

25          *THE COURT:*  Sustained.  Rephrase.

1    *BY MR. SCHILLER:*

2    *Q.*  If, after the Government has proven its case, and there is

3    evidence to support the Defendant's guilt beyond a reasonable

4    doubt, so we overcome the burden that the Judge has told you is

5    our burden, at that point, you are back in the jury room

6    deliberating, are you going to be in a situation where you

7    feel, I was once accused of a crime, I didn't do it, I know

8    there is evidence beyond a reasonable doubt here, but he is

9    accused and I feel we are in the same boat?

10       Are you going to be in that situation?

11   *A.*  I don't believe so.  I believe I can render a fair verdict

12   either way.

13   *Q.*  The only thing I want to ask you about next is the use of

14   the word "believe".  Have you heard on a plane you are flying

15   in and getting ready to land and the captain says, ladies and

16   gentlemen, we will be landing in 20 minutes, buckle up and sit

17   down, we will get you on the ground safely?

18   *A.*  Yes.

19   *Q.*  Have you ever heard the captain say, ladies and gentlemen,

20   I believe we will be landing in 20 minutes?  It does not give

21   you the assurance you want.

22       I am not asking you to give us that assurance, but do you

23   believe could you be fair, you are not certain?

24   *A.*  No.  I am certain.  I have dealt with law enforcement since

25   that over the years, I know I can be fair in my judgment.

 1   *Q.*  You said your son-in-law was an FBI recovery specialist in

 2   Orlando?

 3   *A.*  He's an ID specialist and part of the evidence for recovery

 4   team in Orlando.

 5   *Q.*  Do you ever speak to him about his cases?

 6   *A.*  We talk now and then, but when he is in a position when he

 7   is on the evidence recovery team doing something, he is not

 8   allowed to talk and really holds stuff in.  He was part of the

 9   Pulse shooting up there for several weeks, and never said a

10   word to us about what he saw, and what he went through.

11   *Q.*  Must have been trying for him then.

12   *A.*  Absolutely.

13   *Q.*  Question:  Your son is an FBI employee, you heard sitting

14   at counsel table we have FBI agents, are you going to be fair

15   and impartial toward the Government and Defense given the

16   relationship you have with your son-in-law?

17   *A.*  Absolutely.

18        *THE COURT:*  Defense.

19   *BY MS. McCRAE:*

20   *Q.*  Good morning.  You indicated before the investigation you

21   worked for the private school.  That never went to court?

22   *A.*  Correct.

23   *Q.*  Do you distinguish between an accusation that we never went

24   to court and one that went to court?

25        Does Mr. Williams sitting in the courtroom suggest to you

1    there is additional evidence against him beyond just an

2    accusation?

3    A.  I am a true believer of innocent until proven guilty.  That

4    is what our law says.

5    Q.  Because he is before you with a clean slate?

6    A.  I know nothing about him until I hear what evidence is

7    presented.

8         MS. McCRAE:  Thank you.

9         THE COURT:  Thank you very much.  Well have you come

10   in with the rest of the group.  We appreciate it.

11      (The prospective juror left the courtroom).

12        THE COURT:  Could we have juror number 33.

13      (The prospective juror entered the courtroom.)

14   BY THE COURT:

15   Q.  Good morning.

16   A.  Good morning.

17   Q.  I am calling you in, juror number 33, because you had

18   indicated -- you raised your hand when I had general questions

19   for the group, and I indicated the type of comments and images

20   and texts, videos, and postings that the jury may be exposed to

21   during the trial, and I asked whether there was anything about

22   the nature of the videos that would affect you being fair and

23   impartial.  I believe you raised your hand.

24      I wanted to understand that further.  Am I correct, do you

25   recall raising your hand?

1    *A.*  This is the first time for me for jury duty here.  So, to

2    be honest, I want to make sure what my role is.  So, I don't

3    know, I think I would be -- I would be able -- or I will do

4    something about the judgment or something like this, but I

5    asked and they told me wrong, no, if you are convinced that is

6    the crime or that that is not the crime, if you are convinced

7    without a reasonable doubt, you say guilty and not guilty, that

8    is all.

9         About this crime, it's sensitive for me, and it is critical

10   and it is heinous, that is the only concern.

11        You can see that I am a little bit distracted.  I don't

12   know what to do, to be honest.

13   *Q.*  Let me try to break down what you said.

14        This is the first time serving as a juror?

15   *A.*  Yes.

16   *Q.*  And you sounded like you were unclear what your role is?

17   *A.*  Yes.

18   *Q.*  And so, who did you ask?

19   *A.*  I asked my husband.  I watch movies before about, you know,

20   Criminal Minds, I saw that, sometimes I don't know if it is

21   true or not.  Some of the judges, like they say something about

22   when you make a judgment about the sentence, in regard to the

23   sentence, that is all.

24   *Q.*  Let me first be clear, did you just speak with your husband

25   about the role of a juror or did you get into details about

1   this case?

2   *A.*  No.  Just that one.  You told us not to talk about this.

3   *Q.*  And you did not?

4   *A.*  No.  No.

5   *Q.*  Okay.  Just to be clear, your role, if you are to serve as

6   a juror, is to sit in one of those seats with your fellow

7   jurors, to listen to the evidence, and then I instruct you on

8   the law.  And you will actually have the law written out for

9   you on paper, so you will be able to take the law back into the

10  jury room when you deliberate.  And you, along with your other

11  jurors, will then decide whether the Government has proved its

12  case against the Defendant beyond a reasonable doubt.

13      And I explain what the crimes are under the law, I explain

14  what reasonable doubt means.  I give you all of the tools that

15  you need to be able to understand the law and apply the law to

16  the facts.  Nobody has to come into the courtroom with any

17  knowledge of the law because I give you the law.  That is not a

18  prerequisite, it is not a requirement to be a juror, but in

19  hearing the evidence, the evidence comes in many ways.

20      You could have people sitting in that chair and they will

21  testify and give you information through spoken words.  There

22  will be documents that you review and take back with you, and

23  then there will be some videos and images, which is what I was

24  speaking about.

25      I had said that the evidence may include racist comments,

```
 1    racial slurs, texts of online advertisements of a sexually
 2    explicit nature, and videos and online social site postings.
 3        That is one types of evidence, there are many other types
 4    of evidence, and my question was directed to, anything about
 5    the nature of that kind of evidence that might affect your
 6    ability to be fair and impartial in this case?
 7  A.  No.  No.
 8  Q.  So you can sit in a chair, you can watch a video that might
 9    be of a sexually explicit nature, that might have images of
10    sexually explicit nature, testimony that may include racist
11    comments or racial slurs -- can you sit here and listen to that
12    or watch it, taking in that evidence with all the other
13    evidence, keeping an open mind, remaining fair and impartial,
14    and wait until the end of the entire case when you go back and
15    follow the law and apply it to the evidence?
16        Can you do that?
17  A.  Yes, I can.
18  Q.  Okay.
19            THE COURT:  Does the Government have any questions?
20            MR. SCHILLER:  None, your Honor, thank you.
21            THE COURT:  Does Defense have any questions?
22            MS. McCRAE:  Very briefly, your Honor.
23  BY MS. McCRAE:
24  Q.  I know when the Court talked about the types of images that
25    would be shown, she said they might be sexually explicit.
```

Pauline A. Stipes, Official Federal Reporter

1      But if you were sitting as a juror in this case, the

2  Government will be introducing people having sex, as well as

3  multiple individuals masturbating, there will be photographs of

4  that stuff as well.

5      Does any of that bother you to sit as a juror in this case?

6  A.  No.

7  Q.  Can you tell me more about the conversation you had with

8  your husband about your role as a juror?

9  A.  I asked him -- I said, I'm not sure, this is the first time

10  for me.  I told him, I am not sure what is the role, are we

11  going to -- I watch the movie or something, am I going to do

12  anything in regard to the sentence or something?  He said, no,

13  you look at the evidence, look at everything, see what the

14  witness says, see what is going on, and you, with other jurors,

15  either you will say guilty or not guilty or you are not going

16  to -- that is the only thing.

17  Q.  You also spoke about you were concerned about the case

18  because this is such a heinous crime.

19  A.  Yes, because of my background.

20  Q.  Can you tell me more about that?

21  A.  My background?

22  Q.  How that influences how you view the accusations.

23  A.  I know it is everywhere, it is heinous and bad, but for us,

24  like I say, I born in Kuwait, raised in Kuwait, moved to

25  Jordan, came to America, all of my life there.  So, for this

```
 1    crime, we don't have jury there, we have judges.  So, for this
 2    crime, if it is proven he will be dead -- for this crime there,
 3    he will be dead, it would be death.
 4    Q.  That would be the punishment?
 5    A.  Yes, that is there.
 6            THE COURT:  Let me remind you what I said on Friday --
 7            THE JUROR:  I understand.
 8            THE COURT:  -- the jury has no role in sentencing.
 9            THE JUROR:  I understand.  She asked me, that is why I
10    answered.
11            THE COURT:  Okay.
12    BY MS. McCRAE:
13    Q.  On Friday, when we went through the questionnaire, you
14    brought up the fact that you are in support of the death
15    penalty.  Can you explain why you brought that up?
16    A.  If he is convicted, if it is for sure without reasonable --
17    nothing.  I have two daughters, I have two kids.  If something
18    bad happen to them, whoever did that to them, to go and live in
19    the jail, eat, wake up, go every day and live his life, even
20    what we heard, that is not fine with me, because if it happened
21    to my kids, it would be there the rest of their life.  Even if
22    he is there, why the Government pay for that?  He should pay.
23    Q.  And so you were maybe volunteering it at that time because
24    you thought on Friday maybe you would have a role in selecting
25    the punishment in the case?
```

1   *A.*   The judge explained that to me, and that is why I asked my

2   husband.  Like I said, that is not my role, my role is to do

3   that, that is it.

4   *Q.*   And you have two children?

5   *A.*   I have four.

6   *Q.*   Two in college, two in high school?

7   *A.*   Yes, ma'am.

8   *Q.*   I know, as we have been talking about it here today, kind

9   of your feelings on this case or his charges, you mentioned

10  your children, right?

11  *A.*   That is what I am trying to tell you, when you told me why,

12  you said about the dead people tie, I told you, if something

13  happened bad to my kids, regardless what the bad, this crime or

14  other crime, God forbid, killed or something, even if he is

15  going for life sentence, no.  He did bad something to my kids,

16  so it should be -- he should be punished, and if he is in jail,

17  the Government is paying for him to eat and live every day, is

18  living the life, regardless.

19  *Q.*   Everyone is entitled to their feelings on these topics.

20      So, do I understand one of the reasons you brought up the

21  death penalty on Friday is because you were thinking about

22  these charges in the context of what if something happened like

23  this to your own children?

24  *A.*   No.  Like I said, this is the first time for me here.  I

25  watch TV, I don't know what it is in real life for the jury,

1    and the judge just explained it to me.  I am saying in general.

2    I have four kids, like I said, if something bad like this

3    happened to them, God forbid, that is what -- this is my

4    opinion.

5    Q.  I understand.  I am just trying to clarify, because I

6    thought you indicated that the reason you brought up the death

7    penalty on Friday was because you were thinking about what if

8    something happened like this to your children, and on Friday

9    you --

10   A.  I am sorry, I feel like him going in circles.

11            THE COURT:  You will have an opportunity to do

12   questions when we bring them back in.  Is there anything you

13   haven't asked the juror that you want to ask right now?

14            MS. McCRAE:  Your Honor, may we approach?

15            THE COURT:  Let me have you -- we need to convene if

16   we have to approach.

17            I am allowing you to ask questions.  I don't want to

18   go over the same questions you have been asking.

19   BY MS. McCRAE:

20   Q.  I am not trying to make you go around in circles.  I

21   thought what you said was the reason you brought up the death

22   penalty on Friday, because on Friday you were thinking about

23   what if something happened like this to my children?

24   A.  No.  Like I said, I said that because I thought, like I

25   said, I born in Kuwait, moved to Jordan, and this crime is

1    there like that.

2        I thought I would have a hand on the sentence, but the

3    judge explained to me.

4    Q.  Thank you.

5    A.  You are welcome.

6         THE COURT:  All right.  Thank you very much.

7         (The prospective juror left the courtroom.)

8         THE COURT:  Before we bring our next juror in, is

9    there something you want to have sidebar on?  I will have

10   sidebars when it is absolutely necessary, but it is necessary

11   for Pauline to relocate.  Is there something you want to put on

12   the record?

13        MS. McCRAE:  I was trying to clarify that with the

14   juror.  She responded with a non-responsive answer to one of my

15   questions, she stated the reason she indicated she was in favor

16   of the death penalty on Friday is because she was thinking

17   about her children.  I wanted to clarify that.  I wanted

18   latitude questioning her.

19        With the previous juror, he was brought in solely to

20   be questioned about this accusation that he didn't want to

21   discuss in front of all of the jurors.  The Government went

22   into a different area with him regarding his FBI IT specialist

23   with his son.

24        I was trying to have a little bit of latitude with the

25   juror when she clarified in this case she is for the death

1   penalty and then she volunteered she is thinking about the

2   nature of the case in relation to her children, whether or not,

3   when she volunteered the death penalty on Friday, she was doing

4   that in response, because she was thinking about the case in

5   relation to her children.

6          *THE COURT:*  Okay.

7          Let's bring in juror number 39.

8      *(The prospective juror entered the courtroom.)*

9   *BY THE COURT*:

10  *Q.*  Good morning.  How are you?

11     Juror number 39, I asked you to come in because you raised

12  your hand when I asked the question of the larger group on

13  Friday with respect to whether any member of the panel or close

14  friend or relative has ever been a victim of sex trafficking,

15  sexual abuse, and I believe you raised your hand in response to

16  that question.

17  *A.*  For domestic abuse.

18  *Q.*  Could you explain that a little bit more?

19  *A.*  Back in 1998, a family member and also myself was being

20  abused and not treated right.

21  *Q.*  Okay.  And by whom?

22  *A.*  My kids' father.

23  *Q.*  And did anything happen as a result of that?  Were there

24  any criminal proceedings or anything that arose as a result of

25  that conduct?

1    *A.*   Yes, I was beaten with a pipe and he got incarcerated.

2    *Q.*   For that act?

3    *A.*   Yes.

4    *Q.*   Okay.  And is there -- that was back in 1998?

5    *A.*   Yes.

6    *Q.*   And do you believe that, having experienced something of

7    this nature, that it would be in any way difficult, or that

8    this experience would interfere with your ability to be a fair

9    and impartial juror in this case given the nature of the

10   allegations, the nature of the accusations in this case?

11   *A.*   I am okay.

12   *Q.*   You are okay with it?

13   *A.*   Yes.

14   *Q.*   Do you believe your personal experiences will come out in

15   any way such that you will either be biased toward or against

16   one side or the other because of the personal experiences you

17   went through?

18   *A.*   No.

19   *Q.*   Do you believe you could keep an open mind from the

20   beginning until the end of the trial if you are selected,

21   meaning, you listen to all of the witnesses, you review all of

22   the evidence with an open mind, and you follow the law that I

23   will give you, and you bring the law to the facts in this case

24   without any bearing on any personal feelings or personal

25   experiences you may have had?

```
 1   A.  Yes.
 2   Q.  Okay.
 3           THE COURT:  Does the Government have any questions?
 4           MR. SCHILLER:  No.
 5           THE COURT:  Does Defense have any questions?
 6           MS. McCRAE:  Very briefly.
 7   BY MS. McCRAE:
 8   Q.  I am sorry I have to question you.
 9       Can I ask, was this incident with your kids' father, was it
10   an isolated incident or ongoing?
11   A.  Was it what?
12   Q.  One isolated incident.
13   A.  Just that one time.
14   Q.  Did you ever have to go to court or talk to the police
15   about it?
16   A.  Yes.
17   Q.  Just the police or also court?
18   A.  No, not in court, just the police, and I wrote my letter
19   and that is when they took him to jail.
20   Q.  And as far as following up after he was taken to jail, did
21   you have to continue to be involved in the case at that point
22   in time?
23   A.  No.
24   Q.  And I believe you said to the Court that you don't think
25   that listening to allegations of domestic violence would bring
```

1  up those old memories at this time?

2  *A.*  No.

3  *Q.*  Thank you.

4        *THE COURT:*  Thank you so much.

5     *(The prospective juror entered the courtroom.)*

6        *THE COURT:*  If we could have juror 43.

7     *(The prospective juror entered the courtroom.)*

8  *BY THE COURT*:

9  *Q.*  Good morning, juror 43.

10     I think you may have addressed this earlier when you

11  answered questions with the larger group here, but in an

12  abundance of caution, I wanted to make sure that is what you

13  were referring to when you raised your hand to one of the

14  general questions I asked of the entire panel along the lines

15  of has any member of the panel or close friend or relative been

16  a victim of a sexual abuse, and if memory is correct, you

17  raised your hand.

18     You explained with the larger group the experience of a

19  close friend and your sister being raped.

20     Is that why you raised your hand?

21  *A.*  Yes, ma'am.

22  *Q.*  And I know I went into some questioning in terms of asking

23  you whether, in light of these personal experiences involving

24  your sister and close friend, did you think you would be able

25  to put any personal feelings or opinions you have based on

1    those experiences aside in such a way that they would not get

2    in the way of your being able to listen to the evidence in this

3    case and render a fair and impartial verdict.  I believe you

4    said at the time when I asked you in the general group, you

5    said you could do that?

6    A.  Correct.

7    Q.  I want to ask you again, do you still believe you could be

8    a fair and impartial juror in this type of case with the

9    accusations as they are, as I read them, just accusations?  I

10   want to make sure you can do that.

11   A.  I can.

12   Q.  I will let the attorneys if they have any questions ask

13   them as well?

14           THE COURT:  Anything from the Government?

15           MR. SCHILLER:  No thank you.

16           THE COURT:  Anything from defense?

17           MS. McCRAE:  Yes.

18   BY MS. McCRAE:

19   Q.  Good morning.  Regarding the two incidents with your friend

20   and sister, were they related?

21   A.  They were separate incidences.

22   Q.  Which one happened first?

23   A.  The first one, my younger sister, she was raped when she

24   was 13 and a half by a known acquaintance.  We did not learn of

25   this until 40 some years later when it came out.  So it

1    probably happened in '74 -- 1974.

2    Q.  But then, it wasn't until after 2000 that you found out

3    about it?

4    A.  Yes.  She was 48 or 50 when it came to light.

5    Q.  By coming to light, was it just that she did like a family

6    friend disclosure at that time or was there a report to the

7    police as well?

8    A.  No, there was no report to the police.  It came out because

9    of medical issues, looking for a source of fibromyalgia, and

10   she mentioned it to her husband, mentioned it to the doctor and

11   mentioned it to her husband, and she took it off her chest.

12   Q.  The person, this is a family acquaintance?

13   A.  Yes.  She was 13 and a half.

14   Q.  Did that family acquaintance remain an acquaintance through

15   the '80's?

16   A.  Yes, in fact, it was more than an acquaintance, it was a

17   relative.

18   Q.  Is that someone you still have contact with to this day?

19   A.  That person?

20   Q.  Yes.

21   A.  No.  Not really.

22   Q.  And regarding the incident that happened to your close

23   friend, would you tell us more about that?

24   A.  She was gang raped at night while traveling and that

25   happened -- I am going to guess -- in 1980, '81, I am not quite

1   sure.

2   Q.  Did you find out about it back at that time?

3   A.  Yes, I did.

4   Q.  And was there law enforcement involvement in that incident?

5   A.  No, ma'am, there was not.

6   Q.  I understand you said she was traveling.  Am I correct she

7   did not know the individuals who did that to her?

8   A.  Did not.

9   Q.  As far as having those experiences in your background and

10  knowing this is the type of case the judge described, do you

11  think there is any possibility, as you are hearing the evidence

12  in this case or looking at physical evidence in this case,

13  videos, photographs of a sexual nature, do you think that could

14  remind you of these incidents, what happened to your sister and

15  close friend?

16  A.  I might be more sensitive to the issue, but both incidents

17  have been a long time ago.

18  Q.  When you say it might make you more sensitive to the issue,

19  what do you mean by that?

20  A.  Perhaps sympathetic.

21  Q.  To the alleged victims in the case?

22  A.  (Nods head yes.)

23  Q.  As far as listening to their testimony and weighing that

24  testimony, you think that might, like you said, make you a

25  little more sympathetic to weighing the testimony?

1   *A.*  Possibly, but it wouldn't be a burden for me.

2       *MS. McCRAE:*  Thank you.

3       *MR. SCHILLER:*  Judge, if I could do a quick followup?

4       *THE COURT:*  Yes.

5   *BY MR. SCHILLER:*

6   *Q.*  Good morning, juror 43.  How are you?

7   *A.*  I am fine.  Thank you.

8   *Q.*  Thank you for sharing the details with us.

9       You understand, and the judge has already told you, that

10  when you are a juror on the case, you bring all your life

11  experiences with you.  Do you understand that?

12  *A.*  Yes.

13  *Q.*  You understand nobody is asking you to leave your life

14  experiences out the door and wipe your mind clean?

15  *A.*  Yes.

16  *Q.*  Obviously, you don't know much about the case, but you

17  understand the charges involve human trafficking, right?

18  *A.*  Yes.

19  *Q.*  If the evidence in this case were prove even -- if the

20  charges in this case were proven beyond a reasonable doubt,

21  would you have any problem finding the Defendant guilty?

22  *A.*  No, I would not.

23  *Q.*  If the Government is not able to prove the case beyond a

24  reasonable doubt, if we don't get to that burden, would you

25  have any problem saying not guilty?

1  A.  No, I would not have a problem doing that.

2  Q.  If you are a juror, and witnesses come in, witnesses who

3  are saying things happened to them, would you be able to judge

4  those witnesses the same way you would judge any other witness

5  that comes into the courtroom, a police officer, expert,

6  victim, would you be able to judge them all equally?

7  A.  Yes, I would.

8  Q.  Would you have any predetermined notion that just because a

9  victim comes in and says X, Y, Z happened, automatically you'd

10  believe everything she says?

11  A.  No, I wouldn't.

12  Q.  What would you do to try to judge credibility?

13  A.  Listen to the story and testimony that is presented, see if

14  there are any holes in it to make sense.

15  Q.  Would you look for any other evidence that could

16  corroborate their stories or anything like that?

17  A.  Anything that is presented, yes.

18        MS. McCRAE:  Your Honor, I object to pre-trying.

19        THE COURT:  Well, any more questions?

20        MR. SCHILLER:  Just one, Judge.

21  BY MR. SCHILLER:

22  Q.  When Defense counsel asked you earlier about the two prior

23  incidents and you said you would be sympathetic to the victims

24  in this case, what did you mean by that?

25  A.  It might make me more sensitive to what happened to them.

35

1   *Q.* And understanding that, would it change the burden that you

2   put on the Government to prove this case, or would you still

3   hold us to proof beyond a reasonable doubt?

4   *A.* I would still hold you to proof beyond a reasonable doubt,

5   yes.

6          *THE COURT:* One of the instructions I will be reading

7   to you at the end of the case is as follows:  Your decision is

8   based only on the evidence presented here.  You may not be

9   influenced by sympathy for or prejudice against the Defendant

10  or the Government.

11         Will you be able to follow that law?

12         *THE JUROR:* Yes, I would.

13         *THE COURT:* Okay, all right.  Thank you.

14         *MS. McCRAE:* Your Honor, may I followup from the

15  Government's questions?

16         *THE COURT:* Yes.

17  *BY MS. McCRAE:*

18  *Q.* One of the roles of Defense counsel in a trial, if they

19  choose to ask questions of witnesses when the Government calls

20  them to testify, we call that cross-examination, and during

21  that time, if we choose, myself or Mr. Peacock may be getting

22  up and asking questions of these women that are coming forward

23  saying they are victims in the case.

24     Do you think the experiences that you and your loved ones

25  had in the past would impact how you view what we do when we

Pauline A. Stipes, Official Federal Reporter

1    ask questions of the alleged victims when they come to court?

2    A.   I don't think it would bother me.

3    Q.   Thank you.

4          THE COURT:  Okay, thank you so much.  We will call you

5    back in in a short while.

6        (The prospective juror left the courtroom.)

7          THE COURT:  Juror 62.

8        (The prospective juror entered the courtroom.)

9    BY THE COURT:

10   Q.   Good morning, juror 62.

11   A.   Good morning, everybody.

12   Q.   One of the questions I asked of the group as a whole before

13   we left on Friday was whether any member of the panel or close

14   friend or relative had been the victim of a sex offense, sex

15   trafficking, domestic abuse, or sexual abuse.  I believe I saw

16   that is where you, along with a few others, raised their hand.

17       If I am correct about that, I wanted to just have you

18   followup and explain why you raised your hand and what

19   experience you or family member or close friend has had in that

20   regard.

21   A.   Okay.  When I was a little girl, about 11 years old, my

22   father was released from a mental institution, he was released

23   over the Christmas holiday.  I remember my mom was very worried

24   when we picked him up, but she let him come home.

25       My father was in the car, we were in the country, we had a

```
1    mobile home.  We went to visit family members I had never met
2    before.  We went back in the living room, they were listening
3    to different music, I don't know what they were doing, he asked
4    me to dance with him, and I said okay.  Then he started feeling
5    me in the wrong places.  I knew it was wrong, and I was a
6    little afraid of him.  I had not seen him very often when I was
7    growing up.
8        I went into the kitchen and dining room where other people
9    were, and on the way home I was grabbing the door, holding on
10   to the door trying to stay away and push myself to the door in
11   the car.  I ran upstairs when I got home.  When I was home, I
12   was 13, 14, my father was sitting on the --
13   Q.  I'm sorry, we need to slow down a tad so we can get it on
14   the record.
15   A.  I bumped into my father on the stairs, when I was sitting
16   there, his legs were open, and he French kissed me and held me
17   in inappropriate places.  I went back upstairs.  My mom didn't
18   know what happened.  She knew something happened, I kind of
19   kept it to myself.  It was such a long time ago.
20       And when I was older, I was at the School for the Deaf and
21   I was in the library, and I was looking at books, and there was
22   a teacher -- let me back up.  I am sorry.
23       I went in the library looking at books, it was early in the
24   morning before class started.  I was looking through the books
25   and somebody came up from behind me and put their hand on my
```

Pauline A. Stipes, Official Federal Reporter

1    breast.  There was a teacher there who was a teacher in

2    training.  I ran out of the library and went upstairs to where

3    one of my teachers had an office, and I told them what

4    happened, and they said to me, what do you want to do about it.

5    I said, I think I need to see Dr. Connor, the principal, and he

6    said, okay, that is a good idea.  He said, let me talk with

7    him, the principal, and I just let it go from there.

8        Later on he explained to me, well, you know, that person,

9    he is just a teacher in training and he is from Germany.  We

10   told him -- actually, I can't remember.  I forget how he said

11   it to me.  They told him to leave school and go back home.  And

12   I felt like that wasn't fair, because he was a teacher in

13   training, they could send him home because he was from another

14   country.

15       So.  I kind of let that go.  I noticed after that, I would

16   think about it from time to time and I learned things do happen

17   to people.  I was fortunate that it never went beyond just some

18   superficial touching.  I am thankful for that, but I will never

19   forget those experiences.  I know things happen, and I believe

20   children more than I believe adults because they will say it

21   never happened.  Adults don't believe children, I believe

22   children.

23       If the trial says something happened to them, I will

24   believe them.  These things happen more often than we think.

25   Q.  Okay, thank you very much.  I appreciate you sharing that

1    with us.  I am very sorry for the experiences you had.

2        My question as relates to your serving as a juror in this

3    case is whether any of these experiences might interfere with

4    your ability to be a fair and impartial juror.

5        Do you believe that you can put these personal experiences

6    aside and consider only the evidence that is presented here in

7    the courtroom through testimony, videos, images, documents, and

8    any other type of evidence that the parties introduce, and keep

9    an open mind until you have heard all of the evidence, follow

10   the law that the Court instructs you on, and render a fair and

11   impartial verdict?

12   A.  I think so, because I watch enough forensic files on TV,

13   and I know that evidence is very important.  People can say

14   things, sometimes people can lie, women lie, men lie, so it is

15   the evidence is what is most important.  I am aware of that.  I

16   hope that I could been neutral.  I think I could be.

17   Q.  Every witness deserves to have each juror listen to the

18   witness, and only after the witness has testified and the

19   jurors have heard all of the evidence should a juror determine

20   whether the juror believes that a particular witness is

21   credible or not credible.

22       You made a statement about that you would tend to believe a

23   child over an adult.  In a trial, you cannot approach a witness

24   with tending to believe him more or less than another witness.

25   It is the job of a juror to give every witness an opportunity

1    to testify with no pre-conceived notions about who is telling

2    the truth and who is not telling the truth.  Only after you

3    have heard all of the evidence, whether it be from law

4    enforcement, victims, or other persons do you then determine

5    issues like credibility of a witness.

6        So, are you able to do that, or are you going to perhaps

7    give a little greater weight to the credibility of, for

8    example, a victim because of some of the experiences maybe you

9    have had?

10   A.  Maybe, yes; maybe, no.  I feel like I am in the middle.

11   Q.  Okay.  So, you can't say with certainty that you can keep

12   an open mind about all of the witnesses and their credibility

13   at this point.  You just can't say that you are able to do that

14   at this point; is that correct?

15   A.  I think I am usually open minded, but I may be a little

16   biased, yes.  I think everyone has a bias, anyways.  I think,

17   in general, I can be open minded about things, so I guess it is

18   up to you to determine what is best.

19   Q.  Well, we can only determine that to the best of our ability

20   from our questioning and the attorneys' questioning, and we

21   can't, once someone is selected as a juror, unselect somebody

22   as a juror.

23       So, it is vitally important we determine on the front end

24   whether someone believes he or she can be fair and impartial.

25   If one can't, it doesn't mean anything is wrong with that

41

1    position, we just want honesty and truthfulness so that both

2    parties have a fair trial.

3        If there is any doubt in your mind, based on life

4    experiences and personal experiences, as to whether you can do

5    that, it is perfectly okay to say that, and if you are hesitant

6    because you are not sure, that is something we would want to

7    know.

8    A.   Okay.  Um-m-m, I like to think I am fair and impartial.  I

9    do like to think I am.

10            THE COURT:  Okay.  Any followup questions from the

11   Government?

12            MR. SCHILLER:  No your Honor, thank you.

13            THE COURT:  Any followup questions from Defense?

14   BY MS. McCRAE:

15   Q.   Good morning, number 62.

16       If I understand what you are saying -- if I understand what

17   you said, you are saying that you will assess the credibility

18   of each witness as they come to court?

19   A.   Yes.

20   Q.   Will the alleged victims start off in your book with extra

21   credit?

22   A.   I don't think victims go forward if it is not as bad -- I

23   don't know what I mean.  How do I say it?

24       It is very hard to come forth with the truth for anybody.

25   I am nervous now telling my story.  I can only imagine what a

42

1    victim, having been exposed to terror -- I think the victim

2    will show physical signs of trauma.  I would think they can't

3    act.  Those are actual feelings.

4        And I think I am a pretty good judge of character, body

5    language, facial expressions, and their story, along with the

6    evidence, is what makes that determination.  We would have to

7    see.

8        I guess I would say I can been neutral, impartial, more so

9    than not being able to be impartial.

10   Q.  So, I understand you are saying you recognize there are

11   some barriers coming forward and bringing up allegations of

12   abuse?

13   A.  Right.

14   Q.  Do you think, because of the existence of those barriers,

15   that someone would never come forward and allege abuse unless

16   it had actually occurred?

17   A.  I guess it is a combination of facts, things that happen,

18   time line, the whole picture.

19   Q.  But you do agree someone could come forward and say they

20   were a victim even though they were not?

21   A.  Yes, it is possible.  I read enough of that.  There are

22   some women out there that have lied about these things and

23   filed charges when these things have not happened.  Yes, it

24   does happen.

25           MS. McCRAE:  Thank you.

```
 1              THE COURT:  Thank you so much.
 2              THE JUROR:  Have a good day, everybody.
 3              THE COURT:  We will have you come back in in a few
 4      moments.
 5         (The prospective juror left the courtroom.)
 6              THE COURT:  Juror number 66.
 7         (The prospective juror entered the courtroom.)
 8      BY THE COURT:
 9      Q.  Good morning.  I am calling you back in because at the
10      close of the day on Friday, I believe you raised your hand when
11      I asked a question along the lines of whether any member of the
12      panel, close friend, or relative had ever been a victim of a
13      sex offense, sex trafficking, or sexual abuse.  Am I correct?
14      A.  Yes.
15      Q.  I want you to explain that.
16      A.  Yes, I -- I was in a four-year relationship in my late
17      teens, early 20's where I experienced multiple episodes of
18      emotional abuse, and I felt like I struggled with why that
19      didn't really factor to me in question 11.  I believe it was --
20      and probably that speaks to just the process of dealing with
21      that over time.  It was long ago, and so -- but I felt I would
22      be less than honest to not lay that out.
23      Q.  No, I appreciate that, that is exactly what we want in our
24      jurors, and we try to make it as private as we can, not having
25      you talk about it in front of everyone.
```

44

```
1        Importantly, do you believe this experience that you had, I
2    think you said in your late 20's with the relationship that
3    caused or led to the abuse you spoke of, would in any way
4    interfere with your ability to be a fair and impartial juror in
5    this case given the accusations the Court read about this case?
6    A.  No, your Honor, I take this very seriously, and my --
7    everything in me believes I would be able to render a fair
8    verdict.
9        I actually find myself having a secondary issue this
10   morning that I just want to make you aware of.
11       As I left on Friday, I had a number of urgent phone calls.
12   I have a two year old granddaughter hospitalized in
13   Massachusetts, and I knew I needed to be here this morning, and
14   I know everybody's life is complicated, but I find myself
15   emotionally distracted right now.
16       And so, I apologize for -- I didn't understand I probably
17   could have sent you a note over the weekend or whatever, and
18   again, I am not asking for any special treatment, but I want to
19   be able to lay that out for you, my mind is clearly elsewhere
20   right now.
21   Q.  Otherwise, if you weren't here, you'd be on a plane going
22   up to Massachusetts, is that what you are saying?
23   A.  I can't say a hundred percent, but I need to be available
24   in the sense that the other grandmother has had surgery and is
25   unable to travel right now.  My daughter-in-law and my son have
```

45

```
 1   an eight month old, and she's pregnant with her third, and they
 2   are full-time employees.  It is a lot going on.
 3   Q.  Sure.
 4   A.  I need to be ready.
 5           THE COURT:  Were there any questions from the
 6   Government?
 7           MR. SCHILLER:  No, Judge.
 8           THE COURT:  Defense?
 9           MS. McCRAE:  No.
10           THE COURT:  We want to thank you very much, and I am
11   sorry for what you are experiencing right now.  I wish I could
12   have known over the weekend if you wanted to make arrangements,
13   but we are going to excuse you.  We understand you have a lot
14   on your plate, and while we know you take your civic
15   responsibility very seriously, that is why you are here this
16   morning, the reality of people's lives is also important, and
17   we want you to attend to that.
18           I wish you well with that which you are juggling, and
19   we want to thank you for your time.  You are excused.  I just
20   ask you not to let the other jurors know when you leave.  When
21   you leave the courthouse, you may speak about your experience,
22   but not with the jurors in the case.
23           THE JUROR:  Should I wait with the remaining jurors?
24           THE COURT:  No, you may leave.
25           THE JUROR:  Thank you very much.  I want to thank you
```

```
 1    for your efficiency and compassion.

 2              THE COURT:  Thank you so much.  Good luck with

 3    everything.

 4        (The prospective juror was excused.)

 5              THE COURT:  Okay, juror number 69.

 6              So, 66 is excused by agreement of both sides?

 7              MR. SCHILLER:  Yes, your Honor.

 8              MS. McCRAE:  Yes, your Honor.

 9              THE COURT:  We will be excusing 69 with agreement by

10    both sides, but I will bring 69 in.

11        (The prospective juror entered the courtroom.)

12    BY THE COURT:

13    Q.  Good morning, juror 69.  I am calling you in because you

14    raised your hand when I asked questions regarding whether you

15    or a family member or close friend had been the victim of a

16    sexual offense or sex trafficking.  I think you discussed that

17    with us if it is the same incident in question number 11.

18        Am I correct that it had to do with the experience that

19    your mother had as a victim?

20    A.  Yes.

21    Q.  That is why you raised your hand?

22    A.  Uh-huh.

23    Q.  And I did ask you in a larger group whether you could be

24    fair and impartial in this case given the nature of the

25    accusations, and you said you could?
```

```
 1    A.  Yes.

 2    Q.  Has anything changed in that regard?

 3    A.  No.

 4          THE COURT:  Let me see if the attorneys have any

 5    questioning on this issue.  We wanted to do that somewhat

 6    privately.  From the Government?

 7          MR. SCHILLER:  No questions, thank you.

 8          THE COURT:  From the Defense?

 9          MS. McCRAE:  Yes, your Honor.

10    BY MS. McCRAE:

11    Q.  Good morning.

12    A.  Good morning.

13    Q.  I understand you told us on Friday that happened to your

14    mother before you were born?

15    A.  Yes.

16    Q.  Do you know whether or not it was someone that your mother

17    knew or someone she did not know?

18    A.  It was someone she didn't know.

19    Q.  She did not?

20    A.  No, she didn't know the person.

21    Q.  Do you know whether or not the police were involved in

22    investigating what happened to your mom?

23    A.  I believe my mom just decided to be quiet about the

24    situation, I am not exactly sure, it has been awhile.  My mom

25    is gone now.  When we talked about it, she had one of the deals
```

1  to hush-hush about it and let it go.

2  *Q.*  And knowing the nature of the allegations in this case, do

3  you think that listening to the evidence that would be involved

4  in a trial of this sort would bring up any issues with you

5  because of what you knew your mom experienced?

6  *A.*  Negative, no, no issues.

7        *THE COURT:*  Thank you very much, we will bring you

8  back in in a moment or two.

9        *THE JUROR:*  Okay.

10    *(The prospective juror left the courtroom.)*

11        *THE COURT:*  Juror number 79.

12    *(The prospective juror entered the courtroom.)*

13  *BY THE COURT*:

14  *Q.*  Good morning, juror 79.  We brought you back in here

15  because I believe you raised your hand when the Court had

16  inquired of the group as a whole whether you or a family member

17  or friend had experienced or been a victim of a sex offense or

18  sex trafficking, domestic abuse or sexual abuse, and I wanted

19  to be able to followup on that question.

20  *A.*  Okay.

21  *Q.*  What can you tell us that gave rise to you raising your

22  hand about that question?

23  *A.*  Well, my sister was raped ten years ago, a home invasion.

24  She didn't know the person, so it was kind of a random crime, a

25  break-in, basically.

```
 1    Q.  I am very sorry to hear that.
 2        Did anything come of it in terms of the justice system?
 3    A.  No.  They never found anybody.
 4    Q.  Never found anybody, okay.
 5        And is there anything about -- and I do apologize, because
 6    I know that you actually told us about it in response to number
 7    11.  I want to confirm, that is the same issue?
 8    A.  It is.
 9    Q.  And you told us, in light of the experience and given the
10    accusations in this case whether you could be a fair and
11    impartial juror, and you said you could.  Do you still feel
12    that way?
13    A.  Yes.
14    Q.  Let me see if there are any followup questions from the
15    attorneys?
16            THE COURT:  From the Government?
17    BY MR. SCHILLER:
18    Q.  Good morning, juror 79.
19    A.  Good morning.
20    Q.  How are you today?
21    A.  Great.
22    Q.  I understand from what you said the police never
23    apprehended anyone in the assault against your sister; is that
24    correct?
25    A.  That is true.
```

```
 1   Q.  Will you, based on that, hold any grudges either against

 2   the Government or the Defense in this case because either

 3   somebody was or was not apprehended in this case?

 4   A.  No.

 5           MR. SCHILLER:  Thank you very much.  Thank you, Judge.

 6           THE COURT:  From the Defense.

 7   BY MS. McCRAE:

 8   Q.  Good morning.

 9   A.  Good morning.

10   Q.  Given the nature of this case, and the types of evidence

11   you may be hearing and seeing, do you think that sitting in a

12   case of this type will trigger your memories about what

13   happened to your sister?

14   A.  Probably not, no.

15   Q.  I don't mean to mince words with you, but when you say

16   probably not, tell me what you mean by that.

17   A.  I will be more direct.  No.

18           MS. McCREA:  Okay, thank you.

19           THE COURT:  Thank you so much.  We appreciate it.  We

20   will be bringing everybody back in one moment.

21       (The prospective juror left the courtroom.)

22           THE COURT:  Lastly, juror number 9.

23           MS. McCREA:  Your Honor, I was going to inquire if the

24   Court would inquire with juror number 45 about the previous

25   Grand Jury experience.
```

```
 1          (The prospective juror entered the courtroom.)
 2     BY THE COURT:
 3     Q.  Hello, juror number 9.  How are you?
 4     A.  Good morning.
 5     Q.  I did receive your email which you memorialized in a card
 6     that you brought.  I did share that with the attorneys.  We
 7     just want you to know I will excuse you given the situation
 8     that you find yourself in, so we are very grateful you came
 9     back today.  Sorry it was a tough day on Friday for your
10     mother-in-law.
11     A.  Yes.  Actually, it was a great day for me, I was looking
12     forward to three weeks away after having all these months to
13     have her.  It wasn't so good when I got home.
14     Q.  As of this morning, is it the same situation?
15     A.  I think she got disoriented.  I have been with her since
16     last May literally all the time.  Even though I explained to
17     her I was going to be gone all day, I don't think it sunk in
18     and she said when I got home, why did you leave me all day, and
19     by the time I was home about three hours or so, she was much
20     better.
21          So, I -- while we are sitting here, my garage door went up
22     and down, and that left me not feeling good, she doesn't go
23     outside.  I appreciate it and look forward to serving again.  I
24     was truly looking forward to it.
25               THE COURT:  No, we appreciate that, that is the
```

1    message we got.  Sometimes it is not the right time for

2    somebody.  Your time will come.  We understand that matters in

3    one's personal life also need to be taken into account.  I want

4    to thank you, but I will excuse you.

5         I ask you not to communicate with any other jurors.  I

6    will let them know you are excused.  If you want to talk about

7    your experience, you may, just not with anyone else here.  We

8    are still going through the process.

9         THE JUROR:  No problem.  Thank you very much.

10        THE COURT:  Okay.

11      (The prospective juror left the courtroom.)

12        MS. McCRAE:  The other juror about the previous Grand

13   Jury service, we wanted to know whether or not Mr. Schiller or

14   Mr. Hoover had presented cases during her Grand Jury service.

15   And I also wanted to disclose, in case the Court or the

16   Government was not aware, regarding juror 74, he indicated that

17   he --

18        THE COURT:  You are jumping around.  Let me stick with

19   45.  Did you want to inquire of the Government whether they

20   were presiding over that Grand Jury?

21        MS. McCRAE:  If they presented any cases during that

22   time frame.

23        THE COURT:  She told us the time.

24        MS. McCRAE:  I believe she said 2014.

25        THE COURT:  Does the Government know whether you

1    presided over a Grand Jury at that time?

2            MR. SCHILLER:  I don't remember the Grand Juror.  I

3    don't believe I presented any cases during that time, but it is

4    entirely possible I did as a Special Assistant U.S. Attorney.

5            I just don't know and, frankly, I don't remember the

6    Grand Juror.

7            THE COURT:  Who was the other juror?

8            MS. McCRAE:  I wanted to disclose, regarding juror 74,

9    he indicated that he had an internship at the Broward Federal

10   Public Defender's Office.  In case the Court and Government

11   were not aware, I was employed by the Broward Federal Public

12   Defender's Office at that time.  I do not remember him.

13           THE COURT:  Does the Government want any more

14   questions regarding 74?

15           MR. SCHILLER:  Not regarding that issue, no.

16           THE COURT:  What we will do is bring all of our jurors

17   up, and once they are up, we can bring in 45 first, and you can

18   inquire of the Grand Juror, and we will have them in and we'll

19   turn them over to counsel for questioning.

20           Counsel, if you want to take a one-minute break, we

21   are going to go into your questioning and then our conference.

22           15 minutes each.  If you reach your 15 minutes and you

23   feel there are additional questions, you can let me know.

24           We will bring them all up.  We will bring in 45 first

25   to go over this line of questioning, and then we will have

```
 1    everyone come in and be seated.  We are still working off the

 2    same seating chart.  I will tell them same seats as yesterday.

 3            We will take a couple minute recess and come back in.

 4            MR. PEACOCK:  What is your anticipated schedule for

 5    openings?

 6            THE COURT:  Right after we pick the jury.

 7            MR. PEACOCK:  I didn't bring in my files and stuff.

 8    If we could have a break before we do openings, I can run down

 9    to the car and come back.  That would be great.

10            THE COURT:  Okay.  What we are going to do is, we will

11    finish your questioning, have our charge conference, and then

12    we will bring them in tell them who is selected.  I will read

13    the preliminary questions, and turn it over to openings.  Let's

14    see where we are in that process.

15            THE COURTROOM DEPUTY:  It might be lunch time by that

16    time.

17            THE COURT:  It shouldn't be, I wouldn't think,

18    preliminary instructions aren't long.  It is only

19    10:00 o'clock.

20            You need to bring your files in from the car?

21            MR. PEACOCK:  Yes, ma'am.

22            THE COURT:  We will work that out, just remind me.

23            Let's take a quick break to bring our jurors up, and

24    we will get started.

25        (Thereupon, a short recess was taken.)
```

```
 1              THE COURT:  We will bring in 45.  76 also wants to
 2    speak with us.
 3         (The prospective juror entered the courtroom.)
 4    BY THE COURT:
 5    Q.  Good morning, juror number 45.  We had a couple of
 6    questions regarding the Grand Jury work you did in
 7    approximately 2015.  We want to make sure you never
 8    overlapped --
 9    A.  It was before that, 2013, '14.
10              THE COURT:  Okay.  Do either counsel want to ask any
11    questions about whether there might have been any overlap?
12              MR. SCHILLER:  Sure, Judge.
13              THE JUROR:  I don't recognize anybody.
14    BY MR. SCHILLER:
15    Q.  That was going to be my question to you.  Do I look to you
16    like I presented anything to you in the Grand Jury?
17    A.  No.
18    Q.  Do you recognize Special Agents Angel or Howard, if they
19    testified?
20    A.  No.
21    Q.  Do any of the witnesses when you heard when the judge read
22    down the witness list sound familiar?
23    A.  No.
24    Q.  You understand that the standard between what is needed for
25    a Grand Jury and a criminal trial are different?
```

1    *A.*  Yes.

2    *Q.*  Will you agree to hold the Government to the standard that

3    is required in a jury trial, to proof beyond a reasonable

4    doubt?

5    *A.*  Yes.

6            *THE COURT:*  Anything further from the Defense?

7            *MS. McCREA:*  No, thank you.

8            *THE COURT:*  Well call you back in in a moment.

9        *(The prospective juror left the courtroom.)*

10           *THE COURT:*  Juror number 76.

11       *(The prospective juror entered the courtroom.)*

12   *BY THE COURT*

13   *Q.*  Okay.  Good morning, juror 76.  You indicated that you

14   wanted to speak with the Court?

15   *A.*  Yes.

16   *Q.*  Okay.

17   *A.*  Your Honor, this past weekend I couldn't sleep, I couldn't

18   eat, I had anxiety, and I am sensitive to even watching crime

19   shows.  I don't think it would be fair for the Court or myself

20   to go through this for three weeks.

21   *Q.*  Okay.

22   *A.*  I thought I could.  I have never been on a jury before.

23   *Q.*  Okay.  After last week, after Friday, you are saying that

24   you have just been very preoccupied and have concerns about

25   your ability to be able to sit through a trial of this nature?

```
 1   A.  Yes.

 2   Q.  Your ability to be fair and impartial to both sides?

 3   A.  Correct.

 4   Q.  Okay, I appreciate you letting us know that.

 5           THE COURT:  Does the Government have any questioning?

 6           MR. SCHILLER:  No, your Honor.

 7           THE COURT:  And Defense?

 8           MS. McCREA:  No, your Honor.

 9           THE COURT:  All right.  That is important you let us

10   know that.  It is important that the parties have jurors who

11   feel they can serve.

12           I hope next time you are called up for jury duty,

13   every case is different and you may have a different

14   experience.  We will excuse you.

15           We want to thank you for coming forward.  When you

16   leave, you can feel free to talk about the experience with

17   anyone, should you wish to, just not anyone who is waiting

18   outside.  Have a nice rest of the day.

19           THE JUROR:  Thank you.

20           THE COURT:  All right.  Take care.

21       (The prospective juror was excused.)

22           THE COURT:  So, by agreement of both sides, 76 has

23   been excused.

24           Let's bring our jurors in.

25       (Thereupon, the jury venire entered the courtroom.)
```

```
 1              THE COURT:  Good morning, everyone.  Welcome back, and
 2      you may be seated.
 3              At this point, I have asked all of the questions that
 4      at least I have for the moment, and at this point I am going to
 5      turn it over to the attorneys to ask questions.
 6              They may or may not have questions for you.  We will
 7      see.  And I would ask that you approach the questions in the
 8      same way you have with me, that is, just to answer honestly and
 9      candidly and do the best job that you can.
10              And, with that, let me turn it over to the Government.
11              MR. SCHILLER:  Thank you, your Honor.  Counsel.
12              THE COURT:  I will let you know when we have reached
13      the time.
14              MR. SCHILLER:  Thank you, ma'am.
15              THE COURT:  I ask the jurors to speak into the
16      microphone when they are answering questions, and counsel also
17      speak into the microphone since your back is to us.
18              MR. SCHILLER:  Yes, ma'am.
19              The Court gave me the deference whether I would or
20      would not.  I am an attorney, of course I am going to ask
21      questions.  What kind of a lawyer would I be?
22              Ladies and gentlemen, thank you for coming back today.
23      On behalf of the Government, the Defense and the Court, we
24      thank you for being honest and straightforward so far.  We know
25      a lot of the questions are difficult and you opened up your
```

```
1    lives to us.  As you can imagine, it is very important that
2    both sides know when the jury is a fit, not only any jury, but
3    in this particular case.
4            Many of you have never been jurors before.  I want to
5    ask the entire panel, is there anyone who feels they cannot
6    give Mr. Williams a fair trial in this case?
7            I don't see any hands.
8            How about the reverse, do any of you feel you cannot
9    give the Government a fair trial in the case?  Something that
10   happened in your life, you say, Government, I know you have the
11   burden in this case, but I am sorry, I can't be fair for one
12   reason or another.
13           I don't see any hands.  Thank you, ladies and
14   gentlemen.
15           Okay, I would like to, if we could, give the
16   microphone to juror number 3 for a moment.
17   BY MR. SCHILLER:
18   Q.  Good morning, ma'am.
19   A.  Good morning.
20   Q.  How are you today?
21   A.  I am good.
22   Q.  Do you recall the level of proof that the judge told you on
23   Friday that the Government needs to meet to prove a Defendant
24   guilty in a criminal case?  Do you remember what that was, by
25   any chance?
```

1   *A.* I don't.

2   *Q.* You don't.  No problem.  Three years of law school and

3   sometimes we have to relearn all these things.  You are here

4   one day and a lot is thrown at you.

5      The Government has to prove the Defendant guilty beyond a

6   reasonable doubt.  Do you remember that?

7   *A.* Yes.

8   *Q.* Let me give you a hypothetical question.  Let's say the

9   judge told you that it was a crime to jump in a puddle.  There

10  is a puddle on the ground, and if anybody jumped into the

11  puddle, that is a crime, that is what she told you the law is.

12  We know it isn't.  Let's say that for this conversation.  Can

13  we do that?

14  *A.* Okay.

15  *Q.* Let's say somebody got arrested for jumping in a puddle and

16  went to a trial and the Government proved beyond a reasonable

17  doubt, we held ourselves to that burden, that the person jumped

18  in the puddle.

19     If we prove that beyond a reasonable doubt, what would your

20  verdict have to be?

21  *A.* Guilty.

22  *Q.* Guilty, okay.

23     I notice you said guilty and tilted your head a little.

24  Are you sure of that or not sure?

25  *A.* Sure.

1   Q.  Great.  Thank you very much.

2       Does anyone disagree with juror number 3, that no matter

3   what the law is, if the Government proves the crime beyond a

4   reasonable doubt, you must find the Defendant guilty?

5       Does anyone disagree with that?  I see no hands.

6       Juror 33, let's bring the microphone over to her, if we

7   could.

8   A.  Can you say it again, please.

9   Q.  Absolutely.  You agree there is no such law as it is

10  illegal to jump in a puddle?

11  A.  Right.

12  Q.  We could jump into a puddle, boots or no boots?

13  A.  Yes.

14  Q.  If the law is it is illegal to jump in a puddle, the judge

15  tells you that, and somebody gets arrested for that and they go

16  to the trial, and the Government proves it beyond a reasonable

17  doubt, what would your verdict be, guilty or not guilty?  Do

18  you know?

19  A.  Guilty.  But you said in the sentence -- the sentence you

20  said after that, above the law.  That is why I raise my hand.

21  Q.  So, that was the only question I had.  Again, it is just a

22  question of whether or not you would be able to find somebody

23  guilty or not guilty if the Government proves the case.  Would

24  you be able to do that?

25  A.  Yes, of course.

1    Q.  Thank you very much.

2        Could we hand the microphone over to juror number 5.

3        Good morning, ma'am.

4    A.  Good morning.

5    Q.  Any problem at all, if that was the law and the judge gave

6    you that instruction and we proved the evidence, that you would

7    be able to find the Defendant guilty?

8    A.  If I would find him guilty?

9    Q.  Yes.

10   A.  Yes.

11   Q.  Thank you very much.

12       If we could give the microphone to juror number 21.

13       Good morning, sir.  Thank you for joining us today.

14       Would you mind indulging me for just a moment?

15   A.  Sure.

16   Q.  I want you to look above your head for a second.  Do you

17   see the sealing tiles above you?

18   A.  Yes.

19   Q.  Would you agree with me that some tiles look like they are

20   removable, and if somebody had to get up and fix something,

21   they could probably do it with a ladder?

22   A.  Yes.

23   Q.  Are you a fan of the show 21, with Kiefer Sutherland?

24   A.  Yes.

25   Q.  Are you a fan of that show?

1  A.  Yes.

2  Q.  Hold that thought for a second.  This morning when you came

3  to the courthouse, did you see how I, an Assistant U.S.

4  Attorney, got into the courtroom?

5  A.  No.

6  Q.  You came in the main door.  Do you agree there are three

7  doors that people could have walked in and out?

8  A.  Yes.

9  Q.  Is it fair to say I could have come in any one of those

10  doors?

11  A.  Yes.

12  Q.  Let's go back to the ceiling tiles.

13      Would you say that to get into this courtroom I could have,

14  ala Kiefer Sutherland, gotten into the air conditioning duct,

15  removed one of the tiles, and somehow jettisoned myself into

16  the courtroom and be where I am today?

17  A.  It is plausible.

18  Q.  Would you say it is possible?

19  A.  Yes.

20  Q.  Would you say it is reasonable that that happened?

21  A.  No.

22  Q.  Why not?

23  A.  Because of the security in this building, I doubt that that

24  would happen.

25  Q.  Fair enough.

```
 1        Let's assume we are not in the courthouse and just in an
 2   office building.  Would you still say the same thing, it is not
 3   reasonable that I came in through the ceiling like that?
 4   A.  Not reasonable, no.
 5   Q.  What would you look for on me or in the room to determine
 6   whether or not I actually did come through the ceiling?
 7   A.  I would have to look at all of the evidence.
 8   Q.  Okay.  Would you look for anything on me in particular?
 9   A.  Sure.
10   Q.  Like what?
11   A.  Any type of tools.
12   Q.  Tools.  Okay, fair enough.
13        Would you hand the microphone to juror 20.
14        Good morning.
15   A.  Good morning.
16   Q.  What would you look for to see if I came in through the
17   ceiling?
18   A.  Debris or dust.
19   Q.  On me?
20   A.  Yes.
21   Q.  What about in the room?
22   A.  Yes.
23   Q.  What about the ceiling tile itself?
24   A.  If it is missing or crooked or anything.
25   Q.  Okay.  Would you agree with juror 21 that it is not a
```

1   reasonable thing for me to come through the tiles?

2   A.  Yes, correct.

3   Q.  Can you hand the microphone over -- juror 19 is going to be

4   happy about this.  Let's past it over to juror 16.

5       Good morning, sir.

6   A.  Good morning.

7   Q.  Do you agree with juror 21 and 20, although it is possible

8   I could have gotten into the courtroom that way, it is not

9   really reasonable?

10  A.  Yes.

11  Q.  You've already heard the judge say, and I have repeated it,

12  that the burden on the Government in this case is proof beyond

13  a reasonable doubt.  Do you remember that?

14  A.  Yes.

15  Q.  Is that the kind of language you use in your every-day

16  life?  You are talking to your friend and you say, listen, I

17  was watching a Giants game, I think next week beyond a

18  reasonable doubt they are going to win.

19      If you are a Giants fan, you wouldn't be saying that.

20  A.  I'd say that.

21  Q.  Yes, miracles do happen.

22      What is another word you use when something is reasonable?

23  What is another word you use for reasonable?

24  A.  Likely.

25  Q.  Likely, okay.  Anything else?

1    *A.*   Predictable.

2    *Q.*   Okay.  Could you hand the microphone to the juror next to

3    you, number 15.

4          Good morning.

5    *A.*   Good morning.

6    *Q.*   You don't use reasonable doubt in your daily vernacular?

7    *A.*   No.

8    *Q.*   We don't either.  When it comes to a criminal jury trial

9    case, we have to.  What is another word you'd say for

10   reasonable?  It is reasonable Mr. Schiller walked through the

11   doors to get into the courtroom, but not through the ceiling

12   tiles?

13   *A.*   Logical.

14   *Q.*   Logical?

15   *A.*   Commonly happening like in every-day life or makes sense.

16   *Q.*   Thank you so much.

17          *MR. SCHILLER:*  Hand the microphone back to the

18   courtroom deputy.

19          For the entire panel, would everyone agree -- and I

20   want to know if you agree with this question.

21          Would everyone agree that just because something is

22   possible does not mean that it is also reasonable?  Does

23   everyone agree with that?

24          I see nodding of the heads.  Does anyone disagree with

25   that statement, just because something is possible does not

67

```
 1    mean it is also reasonable?  Does everyone agree with that?
 2              I see no hands.  Thank you.
 3              I want to switch gears.  The judge asked questions on
 4    Friday that some of you provided detail regarding this case.  I
 5    want to ask other questions along those lines.
 6              You have all heard that the charges in this case
 7    relate to human sex trafficking, and the judge used the word
 8    prostitution.  Does anyone feel that prostitution in the United
 9    States or the State of Florida should be legalized?
10         MS. McCREA:  Objection, your Honor.
11         THE COURT:  Nobody raised their hand.  I will have
12    counsel move on from that question.
13         MR. SCHILLER:  Okay, thank you, Judge.
14              Ladies and gentlemen, a few of you, the select few who
15    are going to be on the jury, you are going to hear from a
16    variety of witnesses.
17              If any of those witnesses were to have been at some
18    point in their life involved in prostitution, would any of you
19    automatically disbelieve them because of that fact?
20              Let the record reflect I don't see any hands.  Thank
21    you.
22              All right.  A question for the whole panel.  Have any
23    of you ever seen the movie Taken with Liam Neeson?  Have you
24    seen the movie?  Okay, thank you.
25              Would everyone agree it is a powerful movie?
```

```
 1              For anyone who hasn't seen it, it involves Liam
 2    Neeson's daughter being kidnapped and sex trafficked.
 3              Do any of you feel that unless you heard facts, like
 4    the movie Taken, that you would not be able to find someone
 5    guilty of sex trafficking?
 6              MS. McCREA:  Objection, pre-trying the case.
 7              THE COURT:  I am going to sustain.
 8              The group doesn't know the law right now, they
 9    wouldn't be able to answer that question.
10              MR. SCHILLER:  I will rephrase the question.
11              THE COURT:  I don't want to get into the law right
12    now.  I will be reading the law at the end of the case.
13              MR. SCHILLER:  All right.
14              For those of you -- let me ask a different question.
15    Could we hand the microphone to juror number 10, please.
16    BY MR. SCHILLER:
17    Q.  Good morning, juror number 10.
18    A.  Good morning.
19    Q.  How are you today?
20    A.  Okay.
21    Q.  If I remember correctly, you are a retired vice-president
22    of business development from a corporation?
23    A.  Yes.
24    Q.  Did you have the opportunity to hire and fire people?
25    A.  Yes.
```

1    Q.  Dozens over the years?

2    A.  Some, yes.

3    Q.  I would assume, correct me if I am wrong, the opportunity

4    to hire someone is a very pleasant experience to see what their

5    productivity is going to be like and what they bring to the

6    corporation.

7    A.  Yes.

8    Q.  By the same token, have you had to fire people over the

9    years?

10   A.  Yes.

11   Q.  When that opportunity has come up, pleasant or unpleasant,

12   did you do it yourself or hand it to someone else?

13   A.  I generally do it myself, but often with a colleague.

14   Q.  By yourself or sometimes with a colleague?

15   A.  Correct.

16   Q.  Did you have any hesitancy when you had to fire a person?

17   A.  No.

18   Q.  It was something you did and you had to do it?

19   A.  Yes.

20         THE COURT:  That is 15 minutes.

21         MR. SCHILLER:  I need two minutes and I will be done.

22         THE COURT:  Okay.

23   BY MR. SCHILLER:

24   Q.  Could you hand the microphone to juror 12.

25   A.  Good morning.

1    *Q.*  Have you had to hire and fire people?

2    *A.*  Yes.

3    *Q.*  When it came to firing, was it something that you did

4    yourself or did you hand it to someone else?

5    *A.*  We did it as a group, always multiple people involved.

6    *Q.*  The group telling the individual, sorry, this isn't working

7    out any more?

8    *A.*  At least two or three witnesses.

9    *Q.*  In that group, were you handing it off or were you

10   responsible for passing that information?

11   *A.*  I was responsible, but I made sure they understood what the

12   consequence was, why they were getting dismissed.

13   *Q.*  Absolutely.

14       In a criminal jury trial, at the end of the case, the very

15   last thing that happens is, the jury deliberates and decides

16   guilty, not guilty, no reasons given, just guilty not guilty.

17       If you are selected in this case, would you have a problem

18   completing that task?

19   *A.*  No.

20   *Q.*  Now, you understand you get to deliberate and discuss with

21   the jurors in the back, and decide whether the Government has

22   proven its case beyond a reasonable doubt.  Do you understand

23   that?

24   *A.*  Yes.

25   *Q.*  Would you have a problem saying guilty or not guilty, and

```
 1    that is literally all you would say in the courtroom itself?
 2    A.  No.
 3    Q.  You would be able to do that?
 4    A.  Yes.
 5    Q.  Thank you.
 6            MR. SCHILLER:  Is there any juror who finds themselves
 7    in a position where they would not be able to do that for one
 8    reason or the other?  The judge went over some of those
 9    yesterday, religious obligations or moral beliefs, something
10    like that.  Anyone in a position where, when it is time to
11    deliberate based on the evidence presented, that you won't be
12    able to say guilty or not guilty?
13            I don't see any hands.
14            Judge, thank you very much for the Court's time.
15            THE COURT:  Thank you.
16            Now, ladies and gentlemen, Defense has an opportunity
17    to ask questions.  Should counsel ask questions, please give
18    the same attention to the Defense.
19            MS. McCREA:  Thank you, your Honor.  Good morning.
20            THE JURORS:  Good morning.
21    BY MS. McCRAE:
22    Q.  I am wondering how many of you think an adult can
23    voluntarily engage in prostitution, or if you think an adult is
24    engaging in prostitution, someone must be making them do it?
25            In the back, juror number 76?
```

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  No.  75.  I don't understand your question.
 2   Q.  Do you believe an adult can voluntarily engage in
 3   prostitution?  Setting aside it is illegal almost everywhere in
 4   the United States, can an adult choose to work as a prostitute,
 5   or if someone is doing that, does it mean someone is forcing
 6   them to do it?
 7   A.  Are you asking us to raise our hand?
 8   Q.  Yes.  You were the one who raised your hand and we'll pass
 9   the microphone to you.
10   A.  I believe people can make a choice with anything, and
11   prostitution is one of those choices, an adult, also.
12   Q.  An adult, yes.
13       And I see in front of you 68.
14   A.  Well, I think it cannot be -- it's both, they can select to
15   do it, at the same time, someone can force an adult to do it.
16   Q.  Yes.
17       Is there anyone who disagrees with jurors number 68 and 75?
18       Is there anyone who thinks that an adult cannot voluntarily
19   choose to engage in prostitution?
20       Seeing no hands.
21       What if that adult who is engaging in prostitution is
22   sharing, or someone else is financially benefiting from that
23   prostitution; can an adult voluntarily engage in prostitution
24   if someone else is financially benefiting from it, or if you
25   find out that someone is financially benefiting from the adult
```

```
 1    prostitution, does that automatically mean that is not
 2    voluntarily?
 3         Juror number 33, right here.  Yes?
 4    A.  If it is -- how can I say it.  Okay.  If it's somebody else
 5    sharing with that, it means they are at some point using -- the
 6    first one using it, maybe they need the money, maybe.  I don't
 7    know, but that is my opinion.  If it is benefiting another
 8    person for that, he is using or she is using the first one.
 9    Q.  And what do you think as far as from the perspective of the
10    first one, can that first one still be voluntarily engaged in
11    prostitution, or if they are being used, to you that is not
12    voluntary?
13    A.  If this person needs the money, doesn't have a job, can't
14    find a job, all of these things, and other person using that,
15    yes, it is not voluntary.  It is involuntary.
16    Q.  Who thinks similarly with juror 33?
17         Juror 15, I believe?
18    A.  I think it would be unreasonable, someone benefiting from
19    that person engaged in prostitution, I think it would be
20    unreasonable to think they are doing it voluntarily.
21    Q.  Who else feels the same with jurors 33 and 15?
22         I see in the back, juror number 75.
23    A.  I agree.
24    Q.  You agree.  Does anyone else agree?
25         Juror number 68.
```

1    *A.*  Yes, I also agree.

2    *Q.*  Does anyone else agree with those jurors?

3         I see over here, juror number 20.

4    *A.*  13.

5    *Q.*  You agree with those jurors as well?

6    *A.*  Yes.  If somebody else is benefiting and the person that is

7    doing prostitution decide, they say I don't want no part of it,

8    but the beneficiary said, you know, well, do this, because it

9    is a benefit for them.

10   *Q.*  And so, if I understand what you are saying, you are saying

11   that it could be that it started voluntary, but then the person

12   who is getting the benefit from it makes the person continue?

13        *MR. SCHILLER:*  I object to this line of questioning.

14   Now we are getting to the point where she is pre-trying the

15   case.

16        *MS. McCRAE:*  May I approach?

17        *THE COURT:*  You have already asked the question.

18        Unless there is anyone else who has their hand raised,

19   why don't we move on to the next question.

20   *BY MS. McCRAE:*

21   *Q.*  Is it possible for someone to voluntarily engage in

22   prostitution and then come to court and say that they were the

23   victim of sex trafficking?  Is that possible?

24        I see a reaction.  Juror number 29, what are your thoughts

25   on that?

1    *A.*  May I have the question again, please?

2    *Q.*  Is it possible for someone to voluntarily engage in

3    prostitution and still come to court and say they were the

4    victim of sex trafficking?

5    *A.*  Absolutely.

6    *Q.*  You are juror 29.

7         Does anyone disagree with juror 29, that that is not

8    possible?

9    *A.*  If I understand the question -- rephrase it.

10   *Q.*  Sure.  Is it possible -- just so -- you are juror 45?

11   *A.*  Yes.

12   *Q.*  Is it possible for someone, an adult, to voluntarily engage

13   in prostitution, but come to court and say they were the victim

14   of sex trafficking?

15   *A.*  Yes, it is possible for them to say that.

16   *Q.*  Is there a but coming?

17   *A.*  I am not sure how to answer that.

18        *MR. SCHILLER:*  I object.  The question is being asked

19   about sex trafficking, the jurors don't know what the elements

20   of that crime are.  It puts them in a position they couldn't

21   answer that question.

22        *THE COURT:*  That is true.  I sustain the line of

23   questioning that would call upon the jury to answer questions

24   that call upon an understanding of the law when they haven't

25   been given the elements of the law.  I will have you rephrase

1    the question so there is no confusion with understanding the

2    question or the answers being given.

3        *MS. McCRAE:*  Yes, your Honor.

4        Is it possible for someone to voluntarily engage in

5    prostitution, yet come to court and say they were caused to

6    engage in prostitution because of someone else as opposed to it

7    being a voluntary decision?

8        Can someone come to court afterwards and say their

9    prostitution was not voluntary even though it was?

10       *THE COURT:*  Any time the juror speaks we need the

11   juror number.  33.

12       *MS. McCRAE:*  Juror 33 indicated like lying.  And I

13   said yes.

14       Does anyone think that is not possible, that they were

15   forced, coerced, or tricked to engage in prostitution, that it

16   is not possible that it could have been voluntary?

17       Now, what about -- I know the judge talked to you

18   about the presumption of innocence generally.

19       What about when you know, in a case like this, there

20   are multiple counts alleged against Mr  Williams, and you are

21   going to hear if you sit as a juror from multiple alleged

22   victims in the case, while you might believe it is possible for

23   one person to come to court and lie, the fact that you sit as a

24   juror in the case, and knowing you might hear from five or six

25   alleged victims, does that change whether or not it is possible

```
 1   for people to come to court and lie about allegations like
 2   this?
 3          THE COURT:  For the record, no hands are raised.
 4   BY MS. McCRAE:
 5   Q.  If I could ask juror number 14.
 6   A.  I believe anything is possible as far as numbers, but there
 7   is also strength in numbers.  Anything is possible as far as
 8   numbers go.  Telling the truth or not telling the truth, that
 9   is for you all to determine and the jury to decide.
10   Q.  But are you saying that the fact that there would be
11   multiple witnesses bringing forward accusations, that does sort
12   of start to push the ball in that direction?
13   A.  Yes, I believe so.
14   Q.  Thank you.
15          Who else feels similarly to juror number 14?
16          I see several hands on this side, and on this side.
17          In this first row on the left, who feels similarly to 14?
18   You are nodding your head?
19   A.  Juror number 8.  I agree with the statement.
20          THE COURT:  Let's wait until our juror comes back in.
21          Why don't you ask the question again.  It is clear a
22   juror stepped out, and there had been no full question and
23   answer before he came back in.
24          The juror who stepped out is what juror?
25          THE JUROR:  56.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  We keep referring to everybody by juror
 2    number.  That is what the Court does in every case, we don't
 3    mean to be impersonal.  This is no different than in any case
 4    for a variety of reasons.  For instance, it is easier for us to
 5    find you on the jury chart.  I want you to know that.
 6    BY MS. McCRAE:
 7    Q.  Juror number 8, you agree?
 8    A.  Yes, I agree with the last statement made.  Once you get
 9    into multiple people saying the same thing, I think there is a
10    possibility that the statement is true.
11    Q.  And so, starting right now, if you knew the Government is
12    alleging six alleged victims in the case, that already starts
13    to move the ball, knowing that they are saying there are six
14    people who are making these accusations?
15    A.  I think I would need to hear the statements from the
16    individuals to make that determination plausible in this case.
17    But I think -- in general, I think there is a possibility that
18    when there are multiple people involved and making the same
19    statement, the statement can be true.
20    Q.  How does that impact you as a potential juror in the case,
21    knowing there are six alleged victims in this case?
22    A.  It doesn't right now.
23    Q.  Who else in the first row felt similarly to juror number
24    14.  Juror number 1?
25    A.  I agree as far as the strength in numbers.  Everyone has
```

1    stated if there is more than one individual stating the same or
2    similar demonstrating a pattern given.
3    Q.  What about as you sit here now, knowing there are six
4    alleged victims in the case, knowing that six individuals are
5    going to be bringing accusations, does that start moving the
6    ball?
7    A.  The last juror said, again, you have to listen to those
8    stories to determine that, but if it presents a pattern, yes.
9    Q.  But as you sit here right now, you are not moved by that
10   information?
11   A.  No.
12   Q.  Anyone in the first row that just knowing there are six
13   alleged victims in the case, does that affect any of you where
14   it starts to move the ball, where you are thinking there is
15   strength in numbers, yes, it is possible for one person to lie,
16   but not six?
17       Seeing no hands.
18       What about the second row, other than jurors 14 and 8, does
19   anyone else feel similarly to that, knowing there are six
20   alleged victims in the case, that already starts to move the
21   ball regarding whether or not the allegations are true?
22       What do you think, juror number 21, with the glasses.  No.
23   Sorry, juror number 12.
24       What do you think about that?
25   A.  I would have to hear the testimony.

Pauline A. Stipes, Official Federal Reporter

1   *Q.* All right.

2          *THE COURT:* That is 15 minutes.

3          *MS. McCRAE:* Your Honor, may I finish this topic and

4   move on to one more?

5          *THE COURT:* Yes.

6   *BY MS. McCRAE:*

7   *Q.* From the third row, anyone feel similar to juror 14?  Thank

8   you.  Juror number 23.

9   *A.* As with all evidence, the number, amount of evidence, if it

10  is all consistent, it would probably lend some credence to

11  guilt or innocence.  The amount, quality, and obviously the

12  testimony of would they be willing to perjure themselves in

13  law, I don't know.  We have to listen to the testimony, but the

14  number of accusations and whatnot.

15  *Q.* As you sit here, do the number of the witnesses matter?

16  *A.* I am not going to prejudge this case.

17  *Q.* Anyone else in the third row?

18         How about the fourth row, anyone feels that starts off

19  telling you something about the accusations and whether they

20  are true or not?

21         And the final row?  No.

22         What about the right-hand side in the first row, anyone, as

23  you sit here right now, impacted by knowing there are six

24  alleged victims in the case?  Does that change how you view the

25  case?

1        Juror 33, you are indicating yes?

2   *A.*  If all the witnesses' testimony supports the evidence,

3   altogether, after hearing and the evidence all support

4   together, yes; if not, it is different.  It is like a circle,

5   should go all around together.

6   *Q.*  So, as you sit here now, knowing there are six alleged

7   victims in the case impacts how you view the case?

8   *A.*  It should go through the evidence first, that is the six

9   victims testify with the evidence.  If it all supports, it is

10  different.  We have to listen first and according to the

11  evidence make sure it is all right, and from there we go.

12  *Q.*  Thank you.

13       Anyone else in the first row?  Anyone feel knowing there

14  are six alleged victims --

15           *THE COURT:*  Ms. McCrae, I ask you not to repeat the

16  question for every row.  It is okay to go row by row.  The

17  question has been stated several times.  I ask for a show of

18  hands.  We are going over 17 minutes now.

19           *MS. McCRAE:*  Yes.  By A show of hands from the first

20  row who would answer yes?

21           What about the second row?

22  *BY MS. McCRAE:*

23  *Q.*  Juror number 44, you raised your hand when I initially

24  asked the question?

25  *A.*  Yes, I agree with the others, preponderance of the

```
1    evidence, but you have to listen to the testimony.  If they
2    were all convincing and consistent, you have to go with that.
3    Ahead of time, I can't make a determination.
4    Q.  Anything else impacted you as you sit here now?
5        Anyone from the third row?
6        What about from the fourth row here on the right?  Juror
7    number 62.
8    A.  I have a question.
9        Is it possible that one of the victims could have passed on
10   the story or passed something on to the pimp?  Maybe they don't
11   agree with the pimp, or being taken advantage of --
12           THE COURT:  Okay, I am going to jump in here.  Okay, I
13   am going to respond right away.
14           You are not hearing evidence right now, there is no
15   evidence.  The questions are not intended to be based on
16   evidence.  These are questions to determine whether you are an
17   appropriate juror for this case, so I ask that everybody wait
18   until you start to hear the evidence, and then you will learn
19   about the facts of the case.  You have heard no facts yet.
20           Ms. McCrae, would you finish your questioning.
21   BY MS. McCRAE:
22   Q.  Juror 62, are you impacted as you sit here now, without
23   hearing any evidence, about the knowledge there are six victims
24   in the case?
25   A.  No, because of all of the victims, would the question be
```

 1    did you have other pimps before, was this person into this,

 2    would evidence come out from that, because maybe it didn't

 3    start with this one pimp.

 4         THE COURT:  Okay.  All right, I am going to jump in.

 5         We are not, during this jury selection process,

 6    discussing the evidence of the case, what it might be, what it

 7    might not be.  This can be very confusing and very misleading.

 8         Once again, the jurors have heard no evidence thus

 9    far.  You have had a brief summary of the accusations in the

10    case.  I ask you not to speculate about the evidence.  Soon

11    enough we will have a jury panel and the attorneys will begin

12    to present evidence.  I do not want there to be any confusion

13    about what may or may not be the evidence.

14         We are now at 20 minutes, Ms. McCrae, any further

15    questions?

16         MS. McCREA:  Anyone in the fourth row feel you are

17    impacted as you sit now at this time?

18         Finally, in the last row on the right, anyone else

19    impacted at this time?  A show of hands is fine.

20         Juror 75, correct?  And I see nodding agreement.

21         Anyone else in the back row that feels similarly to

22    that?

23         Your Honor, may I inquire into the last topic?

24         THE COURT:  You said one other topic.  Let me hear

25    what the topic is.

```
 1              MS. McCREA:  I would like to talk to the potential

 2    jurors about if they heard evidence of other crimes during the

 3    presentation of the case, yet they felt the Government had not

 4    proven the case beyond a reasonable doubt, if they are so upset

 5    and bothered by the other criminal acts that they would find

 6    Mr. Williams guilty of this case even though the Government had

 7    not proven the charges.

 8              THE COURT:  You may ask your question.

 9              MS. McCRAE:  Sometimes you may hear charges or

10    evidence relating to other criminal acts.

11              So, if you sat as a potential juror you may be left

12    thinking at the end of the trial that the Government did not

13    prove the charges that they brought against Mr. Williams beyond

14    a reasonable doubt, but you might feel they proved some other

15    criminal acts by him.

16              If you sat as a potential juror in a case like that,

17    would you be so upset or bothered about what you thought about

18    the other crimes that you want to find him guilty of what he is

19    on trial for, even though the Government did not prove it

20    beyond a reasonable doubt?

21    BY MS. McCRAE:

22    Q.  Juror number 14, I see you kind of responding to that

23    question.  What are your thoughts on that?

24    A.  As a juror, you are commissioned with a responsibility just

25    on the charges, not on anything else.
```

1      You might disagree with certain things, but the

2 responsibility of the juror is just the charges that are being

3 brought.

4 Q.  Thank you.

5      Does anyone feel differently than juror number 14, thinking

6 if you thought that they had proved Mr. Williams committed some

7 other offense, you would be impacted by that even though you

8 did not believe the Government had proven these charges beyond

9 a reasonable doubt?

10      Juror number 5 -- 6, what are your thoughts on that?

11 A.  I feel the same way as the gentleman who just answered,

12 your job is to look at all of the evidence and base your

13 decision on what the Defendant is being charged with.

14 Q.  Thank you.  Anyone feel differently than that?

15           MS. McCRAE:  Thank you very much.

16           THE COURT:  Okay, thank you.

17           All right.  Ladies and gentlemen, that does conclude

18 the questioning by the attorneys.

19           Now, I know there were two other jurors who wanted to

20 bring something to the Court's attention.

21           What I will do is have you all step outside.  Juror 27

22 and 61, please remain close to the door.  Here is what is going

23 to happen at this point:  I will speak with juror 27 and 61, I

24 think there were matters they wanted to bring to the Court's

25 attention, and then the attorneys, on behalf of their clients,

```
 1    will go through the process of selecting the jurors to sit on
 2    this case.  And so we will bring you back in and let you know
 3    who among all of you have been selected to serve as jurors in
 4    this case, swear you in, and release the other jurors and get
 5    under way with the actual beginning of the presentation of
 6    evidence.
 7             Bear with us.  Remember the same instruction even when
 8    you are waiting outside, do not discuss the case with each
 9    other as relates to what is going on in the courtroom, and we
10    will move on.
11             If 27 and 61 can remain closer to the door, and we
12    will bring you in one at a time to speak with you.  Thank you.
13        (Thereupon, the jury venire left the courtroom.)
14    BY THE COURT:
15    Q.  Juror 27, did you want to say something to the Court?
16    A.  It has nothing to do with my ability to be a juror.  I have
17    my own disability and it was brought to my attention driving
18    home on Friday.
19        I have a cataract in my left eye, my vision is not good for
20    driving at night, and I was driving at night and I realized
21    that if I had to stay late any days is very difficult for me.
22    As it is, I tend not to drive at night.
23    Q.  Okay.
24    A.  If I go out, my husband drives.
25    Q.  We left at 4:00 or 4:30.
```

1   *A.*  By the time I navigated around in traffic, I ended up

2   having to get off the highway and take a break because it was

3   difficult.

4   *Q.*  Okay.

5   *A.*  Much to my dilemma.

6   *Q.*  That is a valid dilemma?

7            *THE COURT:*  Do counsel have any questions?

8            *MR. SCHILLER:*  No, that is fine.

9            *THE COURT:*  Juror number 27, we are going to excuse

10   you because it is fair to say we will be in trial at least as

11   late, if not later than the hour on Friday.  We do not want to

12   put you in a dangerous situation.

13            *THE JUROR:*  Thank you.

14            *THE COURT:*  I thank you for your service.  We ask you

15   not to tell anyone you have been excused.  Once you are

16   excused, you may talk about your experience here if you choose

17   to do so.

18            Thank you.  You may be excused.

19      *(The prospective juror was excused.)*

20            *THE COURT:*  Number 61.

21      *(The prospective juror entered the courtroom.)*

22   *BY THE COURT*:

23   *Q.*  Juror number 61, you wanted to say something to the Court?

24   *A.*  Yes, please.

25   *Q.*  Yes?

 1   *A.*  I just didn't finish, I guess, the other day.  I had go to

 2   the cardiologist on Thursday, 11/29, and in the information

 3   that I was sharing with her, I had told her that I was -- I

 4   walk a lot, like miles, and I have been struggling with that

 5   lately, and she asked if I could get a test done, and it

 6   couldn't be scheduled for that day.  So, I am to call this week

 7   to have it done, and I just wanted you to know about that.

 8   *Q.*  Okay.  If you are selected as a juror, we are in trial

 9   during the days and hours I have indicated.  We always have the

10   one-hour lunch break, on Fridays we will be ending at

11   4:00 o'clock.

12   *A.*  It is west, which is Boynton Beach Road.

13   *Q.*  Okay.

14   *A.*  I don't know anything about the test.  It is -- I don't

15   know the name of it, but it is to check the arteries and veins

16   to see if they are clogged.

17   *Q.*  Okay.  Did you get a sense whether the test needed to be

18   done right away?

19   *A.*  She said -- when I told her that I was having jury duty,

20   she said then we will try to get it done today, but it was a

21   different place, they had to call me, and they didn't get back

22   to me.  That is why I came here, I didn't have an appointment.

23   I don't have one yet.

24   *Q.*  Okay.

25              *THE COURT:*  Any questions from the Government?

89

1          *MR. SCHILLER:*  No questions, Judge.

2          *MS. McCRAE:*  No questions.

3          *THE COURT:*  Okay.  Well, in light of that situation,

4    we will let you go because -- unless you are telling me that

5    you are comfortable working around the schedule, but the trial

6    schedule is as I indicated, and we don't really take any other

7    breaks.  It is scheduled to be a three-week trial.  We don't

8    want to put you in a medical danger.

9          Unless you tell me it is okay, you are fine, there is

10   nothing about your situation, that you would want the test

11   later rather than sooner, and work outside of the trial hours,

12   I don't want to put you in a precarious situation.

13         *THE JUROR:*  I appreciate that.  I feel fine, and I

14   don't expect a problem, but it concerns me that I should have

15   this test done to make sure.

16         If it were closer, and I could arrange the time

17   specifically when I would need to, I would try to do that,

18   but --

19   *BY THE COURT*:

20   *Q.*  Do you know what time they open in the morning for these

21   tests?

22   *A.*  I don't know anything about the facility at all.

23   *Q.*  We are pretty late into the process right now, we don't

24   have the time to have you make the calls and find out these

25   details.  In an abundance of caution, I will excuse you and

1    thank you for bringing it to our attention.  I hope you get the

2    tests sooner rather than later and everything will turn out

3    just fine.

4        I ask you not to speak with anyone as you leave, they all

5    remain.  You can talk to the experience to anyone you choose

6    to, but not with the jurors that are still here.

7    A.   Thank you, your Honor.

8            THE COURT:  All right.  Have a nice rest of the day,

9    and good luck with everything.

10       (The prospective juror was excused.)

11           THE COURT:  Let me review the jurors for cause

12   challenges by agreement of everybody.

13           4, 9, 17, 18, 24, 25, 26, 17, 30, 32, 34, 37, 38, 42,

14   48, 49, 52, 54, 55, 60, 61, 64, 65, 66, 71, 76, 78, and 80.

15           Does the Government agree?

16           MR. SCHILLER:  Yes.

17           THE COURT:  Defense?

18           MS. McCRAE:  Yes, your Honor.

19           THE COURT:  I know you have had the weekend, I am sure

20   you spent some time considering most of the questions that have

21   been asked, if not all.  I will give you a couple of minutes

22   and I would like to go into our conference.

23           The first 12 jurors we will take up first.  That will

24   take us to juror number 14.  That would be the first group.

25           We will do it one juror at a time, starting with juror

Pauline A. Stipes, Official Federal Reporter

1    number 1.  I turn to the Government and then Defense, and flip

2    it for each juror, and allow the Government to go first.  No

3    back strikes.  And we discussed if we can get four alternates

4    with two additional peremptories for four alternates.

5              Shall I give you a couple of minutes to look over your

6    notes and we will get back in a few minutes to go through the

7    selection process?

8              MR. PEACOCK:  Yes, ma'am.

9              MR. SCHILLER:  Yes.

10             THE COURT:  Okay.  All right.  I will ask the

11   Government and Defense if you would confer with each other to

12   see if there is any agreement.  Let me know when we get back

13   and I will take up cause challenges from either side before we

14   get into peremptories.

15             MR. SCHILLER:  Thanks, Judge.

16             (Pause.)

17             THE COURT:  Are counsel ready?

18             MR. PEACOCK:  Not quite, Judge, we are getting there.

19             THE COURT:  Okay.  All right.  Do the parties have

20   agreed upon cause challenges?

21             MS. McCRAE:  Yes, your Honor, juror number 33.

22             THE COURT:  Both sides agree?

23             MR. SCHILLER:  Yes, both sides agree.

24             THE COURT:  Okay, juror 33 is excused for cause.

25             Does the Government have any cause challenges separate

```
 1    from 33?

 2              MR. SCHILLER:  One second, Judge.

 3              Judge, we wanted to move for cause on juror number 3.

 4    The Government has a reasonable doubt whether she can be fair

 5    and impartial, it became clear from her answers, and didn't

 6    seem like she was really understanding the questions we were

 7    asking and the Court was asking.

 8              THE COURT:  Which part, today or earlier?

 9              MR. SCHILLER:  On Friday, and partially today, too.

10    She was hesitating with a lot of her answers, so we don't feel

11    she is fit to be a juror in this case.

12              THE COURT:  Defense.

13              MS. McCRAE:  We oppose that, your Honor.  We don't

14    feel she had problems understanding the questions and

15    answers -- or she had problems understanding the questions put

16    to her.

17              THE COURT:  I am going to overrule the objection.  I

18    am looking at my notes on Friday, and we did speak with her

19    today because she had raised her hand regarding her experience

20    at the age of 11 and 12, and her daughter by the ex-husband.

21    She agreed she could be fair and impartial, and the Court

22    didn't discern any inability to answer the Court's questions.

23              I will overrule the objection as to number 3.

24              Any other cause challenges by the Government?

25              MR. SCHILLER:  Yes, juror number 14.
```

```
 1              THE COURT:  Why don't you give me a list.  Do you have
 2      a list?
 3              MR. SCHILLER:  I will give you the numbers.  14, 62,
 4      those are the only two.
 5              THE COURT:  What about Defense?  Just the numbers
 6      right now.
 7              MS. McCRAE:  We would not -- I would add jurors number
 8      1 and 22.
 9              THE COURT:  Okay.  I wanted to have a sense of what we
10      are talking about here.
11              So, number 14 --
12              MS. McCRAE:  We agree to 14.
13              THE COURT:  Okay.
14              MR. SCHILLER:  We are not going to oppose 1 or 22.
15              THE COURT:  Okay, you are conciliatory, nice.
16              14, both sides agree 14 will be stricken.  And then
17      the Government is not opposing 1 and 22.  So, 1 and 22 will be
18      stricken.
19              Does that leave us with 62, is there an agreement on
20      62?
21              MS. McCRAE:  I want to refer to my notes.
22              THE COURT:  Okay.
23              MS. McCRAE:  If I can hear the basis.
24              MR. SCHILLER:  Judge, we are talking about our juror
25      who is hearing impaired.  You might recall there were several
```

 1     times the Court was directing the juror to not respond a

 2     certain way, and she was unable to follow the Court's

 3     instructions.  We have a reasonable doubt whether she will be

 4     able to do so in the case, and the stories she told, she said I

 5     hope to be fair.  She is not sure of that.

 6              So, I think that we would have a reasonable doubt

 7     whether or not she could be a fair and impartial juror in this

 8     case.

 9              THE COURT:  Defense.

10              MS. McCREA:  Your Honor, I think that although juror

11     62 is being a little bit longer in her responses to the

12     questions, I don't think that indicates an inability to follow

13     the Court's instructions.

14              I think the jury selection process can be confusing

15     for any juror, and not understanding as much as the parties may

16     have that the Court wanted her to restrict herself in a certain

17     way, I don't think this disqualifies her for jury service.

18              With respect to the other basis by the Government,

19     being she expressed a lack of her own knowledge whether she

20     could be fair and impartial, I don't think that would be a

21     basis for the Government to strike for cause.  If anyone, it

22     would be Mr. Williams' concern about her prior experiences

23     impacting her ability in the case.

24              We are not making that motion.  Defense did -- I don't

25     think a juror saying they can be fair and impartial is the

1   right way to measure it, I think it is based on the underlying

2   factual situation.

3       The juror comes to the case with past experiences, as

4   everyone else does.  I don't think we should be left with a

5   reasonable doubt whether or not she could be fair and impartial

6   in this case.

7       *THE COURT:*  She did say things that were factual and

8   not just couched in fair and impartial, that is true.  It would

9   be coming from Mr. Williams, although if the Court assesses

10  one's answers, the Court doesn't do it in terms of whether it

11  is a proper juror for one side or other.

12      There were answers she gave along the lines of that

13  she would believe children instead of adults.  When I asked if

14  she could be fair and impartial, she said maybe, yes.  She

15  likes to think of herself as fair and impartial.  She did talk

16  about how it is hard to come forward for a victim.

17      So, from certain factual statements that she made that

18  raise a question that the Court is sorting through right now as

19  to her ability to put experiences aside and follow the law as

20  she is required to do in this case in terms of assessing

21  credibility of witnesses, she certainly did say she is a good

22  judge of character.

23      Did the Government want to say anything?

24      *MR. SCHILLER:*  Judge, if I may.  I wrote down she

25  said, I hope that I can be neutral, I think I can, I am in the

```
 1   middle of whether I can be fair and impartial, I am a little
 2   biased.  I don't know where she is leaning, but she is coming
 3   in with a predetermined decision how she should behave in the
 4   case, good for the Defense or good for the Government.
 5            THE COURT:  That is what I was going to say, it is not
 6   my job to determine if she is arguably good for the Government.
 7   I do have those in my notes as well.  I will sustain the
 8   objection to juror 62.
 9            Anyone else from the Government?
10            MR. SCHILLER:  Not for cause, no.  Thank you.
11            THE COURT:  Defense?
12            MS. McCRAE:  No, your Honor.
13            THE COURT:  Our panel will go up to juror 16, that
14   would be our first set of 12.
15            I will start with the Government and juror number 2 is
16   our first juror.
17            So, from the Government, juror number 2.
18            MR. SCHILLER:  The Government will exercise its first
19   peremptory on juror number 2.
20            THE COURT:  So, that is the Government's first
21   peremptory.
22            That would bring our panel to number 19, and I will go
23   to the Defense for number 3.  Juror number 3.
24            MS. McCRAE:  We are okay with juror number 3.
25            MR. SCHILLER:  Judge, we move to strike juror number
```

```
 1   3.
 2              THE COURT:  I am sorry, you are striking 3?
 3              MR. SCHILLER:  Yes, Judge.
 4              THE COURT:  That is the Government's second
 5   peremptory.
 6              That brings our panel to number 20.
 7              And from the Government, number 5.
 8              MR. SCHILLER:  Government accepts, your Honor.
 9              THE COURT:  Defense?
10              MS. McCRAE:  We accept juror number 5.
11              THE COURT:  Okay.  That will be our first juror, juror
12   number 5.
13              From the Defense, juror number 6.
14              MS. McCRAE:  We accept, your Honor.
15              THE COURT:  From the Government.
16              MR. SCHILLER:  We accept juror number 6.
17              THE COURT:  Juror number 6 will be our second juror.
18              And from the Government, juror number 7.
19              MR. SCHILLER:  Government accepts.
20              THE COURT:  Defense.
21              MS. McCRAE:  We strike juror number 7.
22              THE COURT:  Okay.  That is the Defense's first
23   peremptory, and that brings our panel to number 21.
24              Juror number 8, and that would be from the Defense.
25              MS. McCRAE:  We strike juror number 8.
```

```
 1            THE COURT:  That is the Defense's second peremptory.
 2    And that brings our panel to number 23.
 3            And from the Government, number 10.
 4            MR. SCHILLER:  Government accepts juror number 10.
 5            THE COURT:  Defense.
 6            MS. McCREA:  We strike juror number 10.
 7            THE COURT:  That is Defense's third peremptory.  That
 8    brings our panel to number 28.
 9            From the Defense, number 11.
10            MS. McCREA:  We accept.
11            THE COURT:  Government.
12            MR. SCHILLER:  Government accepts juror number 11.
13            THE COURT:  Juror 11 is our third juror.
14            From the Government, juror number 12.
15            MR. SCHILLER:  Government accepts juror number 12.
16            THE COURT:  Okay.  And Defense.
17            MS. McCREA:  We would move to strike juror number 12.
18            THE COURT:  That is the Defense's fourth peremptory,
19    and brings our panel to number 29.
20            Starting with the Defense, juror 13.
21            MS. McCREA:  We accept juror 13.
22            THE COURT:  Government.
23            MR. SCHILLER:  Government accepts juror 13.
24            THE COURT:  Juror 13 is our fourth juror.
25            And from the Government, number 15.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              MR. SCHILLER:  Government accepts juror 15.

 2              MS. McCRAE:  We strike juror number 15.

 3              THE COURT:  Juror number 15 is the Defense's fifth

 4     peremptory.  That brings our panel to number 31.

 5              And the Defense for number 16.

 6              MS. McCRAE:  We accept.

 7              THE COURT:  Defense -- Government.  I am sorry.

 8              MR. SCHILLER:  One moment, Judge.  Government accepts

 9     juror 16.

10              THE COURT:  Juror number 16 is our fifth juror.

11              And now we go to juror 19, from the Government.

12              MR. SCHILLER:  Government accepts juror 19.

13              MS. McCRAE:  We accept.

14              THE COURT:  Juror number 19 is our sixth juror.

15              From the Defense, number 20.

16              MS. McCRAE:  We accept.

17              THE COURT:  Government.

18              MR. SCHILLER:  Juror number 20, Judge?

19              THE COURT:  Yes.

20              MR. SCHILLER:  Judge, we move to strike juror number

21     20.

22              MS. McCRAE:  Your Honor, we would note this is the

23     third peremptory by the Government they are choosing to

24     exercise on a black juror, juror 2, 3, and now number 20, and

25     we ask for a reason.
```

1          MR. SCHILLER:  Sure.  I didn't realize that.  Juror 3

2     we moved to strike for cause, we used a peremptory because it

3     wasn't granted.  Juror 4, young age, lack of experience, we

4     think this case requires someone with more experience.

5          THE COURT:  I'm sorry, the reason for number 20.

6          MR. SCHILLER:  I knew she was African-American, we

7     tried to use a cause challenge, that was denied.  That is why

8     we used a peremptory on her, nothing to do with race.

9          I forgot juror number 2 was an African-American male.

10    The specific reason for 20 is age, he is young, or appears

11    young, and the Government feels like to get a good jury who

12    understands a long case, a complicated case with a lot of

13    lawyers, we have someone more mature.  I request a peremptory

14    strike against juror 20, that is my race based neutral reason.

15         THE COURT:  Okay.  Well, just following the Batson

16    analysis, Defense must make a prima facie case showing a

17    totality of the relevant facts that give rise to an inference

18    of a discriminatory purpose.

19         Defense is not required to show it is more likely than

20    not that the other party's peremptory challenges were based on

21    race -- on the basis of all of the facts, some of which are

22    impossible for the Defendant to know with certainty, that the

23    challenge was more likely than not of the product of purposeful

24    discrimination -- by producing evidence sufficient to permit

25    the trial judge to draw an inference that discrimination

1    occurred -- race neutral explanation for striking a juror in

2    question.  A race neutral explanation is basing something on

3    other than the race of the juror -- not overall persuasiveness

4    and credibility, and the trial Court does not consider the

5    credibility or persuasive necessary of the prosecutors

6    explanation toss step three -- the trial court must then

7    determine whether the Defendant carried the burden of purely

8    full discrimination.  The decisive question -- peremptory

9    challenge should be believed. (Reading the rule.)

10        *MR. SCHILLER:*  Judge, I could add one more point.  We

11   did not strike juror number 13 who was an African-American.

12        *THE COURT:*  Right, among other things, the Court was

13   going to point that out not as the only decisive factor, but

14   taking into account the credibility of counsel's explanation,

15   counsel's demeanor, whether the non-racial explanation has a

16   connection with the facts to be tried, whether the explanation

17   rests upon factors not peculiar to any race and any basis

18   except for trial strategy.

19        The Court finds in step three, the Court's evaluation,

20   a race neutral explanation has been tendered and the Defendant

21   has not carried the burden of proving purposeful discrimination

22   for all of the reasons articulated by the Government why the

23   Government seeks to strike juror number 20, but including the

24   fact that one of the other jurors who is -- has been stricken

25   by the Government in the peremptory who is African-American was

1    sought to be stricken for cause, but the Court denied that, and

2    similarly, there remains on the jury, acceptable to both sides,

3    including the Government, is juror number 13 who is an

4    African-American male.

5            So, juror number 20 is stricken that is the

6    Government's third peremptory.

7            That brings our panel to number 35, and now for the

8    Government, number 21.

9            *MR. SCHILLER:*  The Government accepts number 21.

10           *THE COURT:*  Defense.

11           *MR. PEACOCK:*  Just one minute, your Honor.

12           *MS. McCRAE:*  We accept juror number 21.

13           *THE COURT:*  Okay, juror number 21 is the seventh

14   juror.

15           And we go to juror number 23 for Defense.

16           *MS. McCRAE:*  We strike juror number 23.

17           *THE COURT:*  That is the Defense's sixth peremptory,

18   which brings our panel to number 36.

19           And now we are at juror number 28, from the

20   Government.

21           *MR. SCHILLER:*  No objection.

22           *THE COURT:*  Defense.

23           *MS. McCRAE:*  Accept.  Juror number 28 is our eighth

24   juror.

25           *THE COURT:*  Now we move on to juror 29, from the

 1   Defense.

 2          MS. McCRAE:  We accept.

 3          THE COURT:  Government.

 4          MR. SCHILLER:  One second, your Honor.  The Government

 5   will move to strike number 21.

 6          THE COURT:  That is the Government's fourth

 7   peremptory.  That brings our panel to number 39.

 8          And we move to juror number 31, from the Government.

 9          MR. SCHILLER:  Accept.

10          THE COURT:  Defense.

11          MS. McCRAE:  We strike juror number 31.

12          THE COURT:  That is the Defendant's seventh

13   peremptory.  That brings our panel to number 40.

14          And the next juror is number 35, from the defense.

15          MS. McCRAE:  We accept.

16          THE COURT:  From the Government.

17          MR. SCHILLER:  35?

18          THE COURT:  35.

19          MR. SCHILLER:  Government accepts.

20          THE COURT:  Number 35 is our ninth juror.

21          And now we are on 36, from the Government.

22          MR. SCHILLER:  We accept.

23          THE COURT:  Defense.

24          MS. McCRAE:  We accept.

25          THE COURT:  Number 36 is our tenth juror.

1          Now we are on number 39, from the defense.

2          MS. McCREA:  We accept.

3          THE COURT:  Government.

4          MR. SCHILLER:  We accept.

5          THE COURT:  Number 39 is our 11th juror.

6          And now we are on number 40, for the Government.

7          MR. SCHILLER:  For the record, I want to note that

8     that was an African-American female that the Government did not

9     strike.

10         THE COURT:  Okay.

11         Number 40, from the Government.

12         MR. SCHILLER:  We accept.

13         THE COURT:  Defense.

14         MS. McCRAE:  We accept.

15         THE COURT:  Okay, so we have our panel of 12.  Our

16    panel of 12 is as follows:  5, 6, 11, 13, 16, 19, 21, 28, 35,

17    36, 39, and 40.

18         Is that panel acceptable to the Government?

19         MR. SCHILLER:  Yes, your Honor.

20         THE COURT:  To the Defense?

21         MS. McCRAE:  Just a moment, your Honor.

22         Your Honor, notwithstanding our previous motion, we

23    agree those are the jurors selected based on the Court's ruling

24    with the parties exercising their strikes.

25         THE COURT:  All right.  Now, for four alternates, that

1   will bring us through juror 45, with two peremptories for each

2   side, to get a total of four alternates.

3          Juror 41 right now, and beginning with the Defense.

4   We left off with the Government.

5          41, as to alternate number one.

6          *MS. McCRAE:*  Your Honor, I apologize, each side gets a

7   total or four?

8          *THE COURT:*  A total of two, one peremptory for every

9   two alternates.

10          Again, alternate -- juror 41 would be alternate one.

11   We are talking about alternate number one now.  What is the

12   position on number 41?

13          *MS. McCRAE:*  We would strike, your Honor.

14          *THE COURT:*  All right.  That is the Defense's number

15   one, first peremptory as to the alternate.  And that brings our

16   group of four to 46.

17          Number 43, from the Government.

18          *MR. SCHILLER:*  Government accepts.

19          *THE COURT:*  Defense.

20          *MS. McCRAE:*  We strike.

21          *THE COURT:*  That is the Defendant's second and last

22   alternate peremptory, and brings our group of alternates to 47.

23          So we start with 44.  Government.

24          *MR. SCHILLER:*  Government accepts juror number 44.

25          *THE COURT:*  That will be alternate number one.

Pauline A. Stipes, Official Federal Reporter

```
 1              MR. SCHILLER:  For the record, Judge, for the
 2   challenge raised before, that is an African-American female.
 3              THE COURT:  Juror number 45.
 4              MR. SCHILLER:  Government accepts.
 5              THE COURT:  That is alternate number two.
 6              Juror number 46.
 7              MR. SCHILLER:  Judge, I am trying to go over my notes.
 8   I think I remember juror 46 having a thick accent.  Did the
 9   Court pick up that she was not picking up everything?
10              I don't know if the Court has been thinking that might
11   rise to the Court's concern.
12              THE COURT:  Um-m-m, no.  It is true she had an accent.
13              MR. SCHILLER:  Nothing of the Court's concern?
14              THE COURT:  Not in the Court's notes.
15              MR. SCHILLER:  We accept 46.  And for the record,
16   African-American female.
17              THE COURT:  And juror 47.
18              MS. McCRAE:  I would note for the record that juror
19   number 6 -- 6 or -- juror 6 also appears to be young and juror
20   19, who sat on the jury, also appears to be young.
21              THE COURT:  Okay.  Juror number 47.
22              MR. SCHILLER:  Judge, do you need to hear a response
23   to that?  Juror 6 has a child in college.  She might appear
24   young, she has a child in college.  Juror 19 has two children.
25              THE COURT:  Government's position on juror 47, the
```

1   fourth alternate.

2        MR. SCHILLER:  We strike juror number 47.

3        THE COURT:  That is the Government's first strike as

4   to an alternate, and that brings you to number 50.

5        MR. SCHILLER:  Government would accept.

6        THE COURT:  Are the alternate jurors acceptable to the

7   Government?

8        MR. SCHILLER:  Yes.

9        THE COURT:  Are they acceptable to the Defendant?

10       MS. McCRAE:  No, your Honor, we ran out of strikes.

11       THE COURT:  Are you requesting strikes?  You need to

12   put on the record who is not acceptable and why.

13       THE COURTROOM DEPUTY:  Judge, would now be the time to

14   let everybody know we are closed on Wednesday per the Chief

15   Judge --

16       THE COURT:  No, now is not the time.  Let me finish

17   this first just so I don't lose my train of thought on jury

18   selection.

19       MS. McCRAE:  We would request two additional

20   peremptories for the alternate jurors.  We would like to strike

21   juror 45, since the juror has previously served on a Grand

22   Jury, and because of those experiences, we believe that she has

23   been repeatedly exposed to one-sided accounts of crime, and she

24   noted, although she knows they are different, those are

25   exposures we would not want to have on this jury, and we would

1    be striking number 44 with an additional strike.

2            When she was brought in for additional questioning,

3    she spoke about her mother's experience, she was molested by

4    her stepfather, and the juror indicated -- I don't have the

5    exact language she used -- that she would put that past her.

6    We are concerned, given the fact that there would be evidence

7    of other crimes in this case, specifically sexual abuse of

8    minors, and we would not like to have her eventually impaneled

9    as a juror in this case.

10           *THE COURT:*  Response from the Government.

11           *MR. SCHILLER:*  Two points.  First of all, Defense

12   ended their peremptories on the panel of 12, they could have

13   stricken more people knowing we would get here.  The last four

14   jurors, 45, 46 -- those never put us into the next four.

15   Defense could have stricken them earlier.

16           They struck the first two alternates that were

17   presented to them, and I don't know if they want to switch up

18   their use of the peremptories.  I think Defense has had more

19   than ample opportunity to strike these people, and they have

20   been given enough strikes.

21           *MS. McCRAE:*  The logic of the Government is backwards.

22   If anything, the fact that we had three remaining peremptories

23   we did not use is something the Court should consider in

24   deciding whether or not to grant additional peremptories at

25   this time.

```
 1          Our decision to not exercise them is an attempt to not

 2    get to these jurors and not have them sit as jurors in the

 3    case.

 4          Given two options, to not be sat as jurors or

 5    alternates, it is better to have them sat as alternates.  We

 6    hope they don't get impaneled and deliberate in the case.  The

 7    fact that we had three peremptories remaining should weigh in

 8    our favor as opposed to against it.

 9          THE COURT:  The Court has considered the request for

10    additional peremptories which came after Defense used its

11    peremptories for the alternates and only at the Court's

12    suggestion.  You need to make a request for the Court to even

13    evaluate whether it is within the Court's discretion to grant

14    it.

15          Point number two is that the Court, nevertheless, has

16    considered carefully the reasons that you would want additional

17    peremptories and why specifically jurors 44 and 45 are not

18    acceptable, and I don't know whether you are suggesting that --

19    I guess you are suggesting that it would be a peremptory

20    challenge and not a cause challenge because we had gone through

21    all of the cause challenges and nobody raised any aspect of

22    either one of those two jurors to be unsuitable to sit as a

23    juror.

24          45, although she indicated she sat as a Grand Juror --

25    we even brought her in for additional questioning, and the
```

1    Court gave counsel an opportunity to inquire of her, and no one

2    raised any objection to her, nor do the Court's notes reflect

3    anything objectionable to her based on her Grand Jury

4    experience where she was not a foreperson and understood the

5    difference between the Grand Jury and a jury of this nature.

6            And then, similarly, juror number 44, on two different

7    occasions, both in her individual questioning by the Court as

8    well as when we brought her in privately after the Court posed

9    the general questions, she did discuss her -- that her mother

10   had been a victim, she indicated that, and indicated she wanted

11   to speak privately.  So, we brought her in to speak privately

12   and she spoke about that her mother was molested by her

13   stepfather, she was 12 when it occurred, and that the juror

14   said that she could be a fair and impartial.

15           And African-American female is the gender and race of

16   that particular juror.

17           So, the Court is going to deny a request for

18   additional peremptories for any of the objections raised to the

19   alternates that have been selected, alternate one, juror number

20   44, and alternate two, juror number -- juror number 50.

21           The Court also reiterates its ruling with respect to

22   the Batson challenge.  Even though that issue had ended,

23   counsel injected that back into the discussion about other

24   jurors being young, and so the Court wants to revisit that and

25   has considered the argument, additional argument made after the

```
 1   Court's ruling and the Government's additional response, and

 2   for all of the reasons the Court has already stated on the

 3   record, the Court finds that that objection based on race under

 4   Batson by the Defense is overruled.

 5           So, what I would like to do is, we will bring our jury

 6   in, I will have our jury seated and we'll swear them in.  I

 7   will excuse our other jurors.  I will go through the

 8   preliminary instructions.  So, Melanie was correct, it did

 9   bring us to the lunch hour.  We'll break for lunch so it allows

10   Mr. Peacock to get his boxes.  After lunch we will go into that

11   and then, after lunch I will make the announcement on

12   scheduling.

13           MR. SCHILLER:  With the Court's permission, may we

14   move?

15           THE COURT:  Yes.

16           MR. SCHILLER:  Judge, a logistical issue, all the

17   other jurors have screens to see everything.  I don't know who

18   the Court is intending to be in front.  They don't have a

19   screen.

20           THE COURTROOM DEPUTY:  15 and 16, and when we have

21   time -- do you need it for openings?

22           MR. SCHILLER:  No, ma'am.

23           THE COURT:  We'll get an extension and bring that TV

24   around.

25           MR. HOOVER:  We will need it for the first witness.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              I can try to move it around.

 2              THE COURT:  We have time to talk about all of these

 3    things.  We have the lunch break to work out the logistics.

 4         (Thereupon, the jury venire entered the courtroom.)

 5              THE COURT:  All right.  Welcome back.  You may be

 6    seated.

 7              Juror number 5, come up and Melanie will you show you

 8    where you are seated.  Juror number 6, juror number 11, juror

 9    number 13, juror number 16, juror number 19, juror number 21,

10    juror number 28, juror number 35, juror number 36, juror number

11    39, juror number 40, juror number 44, juror number 45, juror

12    number 46, and juror number 50.

13              If you would all please come forward.

14              If we could please swear our jurors in.

15         (Thereupon, the jury was duly sworn.)

16              THE COURT:  Okay, thank you.  You may be seated.

17              Let me first address the jurors in the back of the

18    room.

19              On behalf of all of us, we want to thank you very much

20    for your time.  As you may have concluded at this point, you

21    were not selected as a juror on this case.  This does not mean

22    you did anything wrong.  Sometimes there is a good reason why

23    one side or the other selected a certain juror, and sometimes

24    no reason at all, it could be where you fell on the seating

25    chart, so to speak.  But importantly, you all did your job by
```

```
1    showing up, by answering the questions honestly, truthfully,

2    and but for your participation, we would not be in a position

3    to ultimately select a jury.

4          It is vitally important you participate in the process

5    even though you have not been selected as jurors.

6          This does complete your service for trial, and jury

7    service at this time.  I will excuse you.  You do not need to

8    return.  If you choose to talk about your experience with

9    others, that is fine at this point, although take a good look

10   at who our jurors are.  Maybe you have befriended them over the

11   last several hours.  That is okay also, but you cannot have any

12   communication with them about the case.  They cannot talk about

13   the case for the duration of this trial.

14         It is with much thanks we say good-bye to you, we wish

15   you a nice end of the day and holiday season at this point.

16         You are excused.  Thank you.

17      (Thereupon, the jury venire left the courtroom.)

18         THE COURT:  Okay.  You may be seated.

19         Members of the jury, I have a few preliminary

20   instructions to go over with you.  I thought it might be nice

21   to conclude that before we break for the lunch hour.  We will

22   have our lunch hour, and then the attorneys will begin with

23   opening statements and the evidence.  Listen carefully.

24         Members of the jury, now that you are sworn, I need to

25   explain some basic principles about a criminal trial and your
```

1   duty as jurors.  These are preliminary instructions.  At the

2   end of the trial, I will give you more detailed instructions.

3        It will be your duty to decide what happened so you

4   can and determine whether the Defendant is guilty or not guilty

5   of the crime or crimes charged in the indictment.  At the end

6   of the trial, I will explain the law that you must follow to

7   reach your verdict.  You must follow the law as I explain it to

8   you even if you do not agree with the law.

9        You must decide the case solely on the evidence

10  presented here in the courtroom.  Evidence can come in many

11  forms.  It can be testimony about what someone saw or heard or

12  smelled.  It can be an exhibit admitted into evidence.  It can

13  be someone's opinion.  Some evidence proves a fact indirectly,

14  such as a witness who saw wet grass outside and people walking

15  into the courthouse carrying wet umbrellas.  Indirect evidence,

16  sometimes called circumstantial evidence, is simply a chain of

17  circumstances that proves a fact.  As far as the law is

18  concerned, it makes no difference whether evidence is direct or

19  indirect.

20       You may choose to believe or disbelieve either kind

21  and should give every piece of evidence whatever weight you

22  think it deserves.

23       Certain things are not evidence and must not be

24  considered.  I will list them for you now:

25       Statements and arguments of the lawyers.  In their

1    opening statement and closing arguments, the lawyers will

2    discuss the case, but their remarks are not evidence.

3         Questions and objections of the lawyers.  The lawyers'

4    questions are not evidence.  Only the witnesses' answers are

5    evidence.  You should not think that something is true just

6    because a lawyer's question suggests that it is.  For instance,

7    if a lawyer asks a witness, you saw the Defendant hit his

8    sister, didn't you, that question is not evidence whatsoever of

9    what the witness saw or what the Defendant did, unless the

10   witness agrees with it.

11        There are rules of evidence that control what can be

12   received into evidence.  When a lawyer asks a question or

13   offers an exhibit and the lawyer on the other side thinks it is

14   not permitted by the Rules of Evidence, they may object.  If I

15   overrule the objection, then the question may be answered or

16   the exhibit received.  If I sustain the objection, the question

17   cannot be answered and the exhibit cannot be received.

18        Whenever I sustain an objection to a question, you

19   must ignore the question and not try to guess what the answer

20   would have been.  Sometimes I may order that evidence be

21   stricken and that you disregard or ignore the evidence.  That

22   means that when you are deciding the case, you must not

23   consider that evidence.

24        Some evidence is admitted only for a limited purpose.

25   When I instruct you that an item of evidence has been admitted

```
 1   for a limited purpose, you must consider it only for that

 2   limited purpose and no other.

 3          In reaching your verdict, you may have to decide what

 4   testimony to believe and what testimony not to believe.  You

 5   may believe everything a witness says, or part of it, or none

 6   of it.

 7          In considering the testimony of any witness, you may

 8   take into account the opportunity and ability of the witness to

 9   see or hear or know the things testified to; the witness'

10   memory; the witness' manner while testifying; the witness'

11   interest in the outcome of the case and any bias or prejudice;

12   whether other evidence contradict the witness' testimony; the

13   reasonableness of the witness' testimony in light of all the

14   evidence; and any other factors bear on believability.

15          I will give you additional guidelines for determining

16   credibility of witnesses at the end of the case.

17          As you know, this is a criminal case.  There are three

18   basic rules about a criminal case that you must keep in mind.

19          First, the Defendant is presumed innocent until proven

20   guilty.  The indictment against the Defendant brought by the

21   Government is only an accusation, nothing more.  It is not

22   proof of guilt or anything else.  The Defendant, therefore,

23   starts out with a clean slate.

24          Second, the burden of proof is on the Government until

25   the very end of the case.  The Defendant has no burden to prove
```

```
 1    his innocence or to present any evidence, or to testify.  Since
 2    the Defendant has the right to remain silent and may choose
 3    whether to testify, you cannot legally put any weight on the
 4    Defendant's choice not to testify.  It is not evidence.
 5            Third, the Government must prove the Defendant's guilt
 6    beyond a reasonable doubt.  I will give you further
 7    instructions on this point later, but bear in mind that the
 8    level of proof required is high.
 9            I will go over this instruction again because it is
10    important.  We went over it in the early stages, but listen to
11    it carefully again.
12            Our law requires jurors to follow certain instructions
13    regarding their personal conduct in order to help assure a just
14    and fair trial.  Do not talk, either among yourselves or with
15    anyone else, about anything related to the case.  You may tell
16    the people with whom you live and your employer that you are a
17    juror, so you have been selected as a juror, and give them
18    information about when you are required to be in court, but you
19    may not discuss with them or anyone else anything related to
20    the case.
21            Do not, at any time during the trial, accept, request,
22    agree to accept, or discuss with any person, any type of
23    payment or benefit in return for supplying any information
24    about the trial.
25            You must promptly tell me about any incident you know
```

1     of involving an attempt by any person to improperly influence

2     you or any member of the jury.

3            Do not visit or view the premises or place where the

4     charged crime was allegedly committed, or any other premises or

5     place involved in the case.  You must not use internet maps,

6     Google Earth, or any other program or device to search for a

7     view of any location discussed in the testimony.

8            Do not read, watch, or listen to any accounts or

9     discussions related to the case which may be reported by

10    newspapers, television, radio, the internet, or any other news

11    media.  Do not attempt to research any fact, issue, or law

12    related to this case, whether by discussions with others, by

13    library or internet research, or by an other means or source.

14           In this age of instant electronic communication and

15    research, I want to emphasize that in addition to not talking

16    face-to-face with anyone about the case, you must not

17    communicate with anyone about the case by any other means,

18    including by telephone, text messages, email, internet chat,

19    chat rooms, blogs, or social-networking websites such as

20    Facebook, My Space, or Twitter.

21           You must not provide any information about the case to

22    anyone by any means whatsoever, and that includes posting

23    information about the case, or what you are doing in the case,

24    on any device or internet site, including blogs, chat rooms,

25    social websites, or any other means.

1          You also must not use Google or otherwise search for

2     any information about the case, or the law that applies to the

3     case, or the people involved in the case, including the

4     Defendant, witnesses, the lawyers, or the judge.

5          It is important that you understand why these rules

6     exist and why they are so important.

7          Our laws do not permit jurors to talk with anyone else

8     about the case, or to permit anyone to talk to them about the

9     case, because only jurors are authorized to render a verdict.

10    Only you have been found to be fair and only you have promised

11    to be fair, no one else is so qualified.

12         Our law also does not permit jurors to talk among

13    themselves about the case until the Court tells them to begin

14    deliberations, because premature discussions can lead to a

15    premature final decision.

16         Our law also does not permit you to visit a place

17    discussed in the testimony.  First, you can't be sure that the

18    place is in the same condition as it was on the day in

19    question.  Second, even if it were in the same condition, once

20    you go to a place discussed in the testimony to evaluate the

21    evidence in light of what you see, you become a witness, not a

22    juror.  As a witness, you may now have a mistaken view of the

23    scene that neither party may have a chance to correct, and that

24    is not fair.

25         Finally, our law requires that you not read or listen

1    to any news accounts of the case, and that you not attempt to

2    research any fact, issue, or law related to the case.  Your

3    decision must be based solely on the testimony and other

4    evidence presented in the courtroom.

5         Also, the law often uses words and phrases in special

6    ways, so it is important that any definitions you hear come

7    from me and not from any other source.  It would not be fair to

8    the parties for you to base your decision on some reporter's

9    view or opinion, or on some other information you acquire

10   outside the courtroom.

11        These rules are designed to help guarantee a fair

12   trial, and our law accordingly sets forth serious consequences

13   if the rules are not followed.  I trust that you understand and

14   appreciate the importance of following these rules, and in

15   accord with your oath and promise, I know you will do so.

16        Moving on now, if you wish, you may take notes to help

17   you remember what witnesses said.  If you do take notes, please

18   keep them to yourself until you and your fellow jurors go to

19   the jury room to decide the case.  Do not let note-taking

20   distract you so that you do not hear other answers by

21   witnesses.

22        When you leave the courtroom, your notes should be

23   left in the jury room.  Whether or not you take your own notes,

24   you should rely on your own memory of what was said.  Notes are

25   to assist your memory only.  They are not entitled to any

```
 1    greater weight than your memory or impression about the
 2    testimony.
 3         The trial will begin after lunch.  First, the
 4    Government will make an opening statement, which is simply an
 5    outline to help you understand the evidence as it comes in.
 6    Next, the Defense attorney may, but does not have to, make an
 7    opening statement.  Opening statements are neither evidence nor
 8    argument.
 9         The Government will then present its witnesses, and
10    counsel for the Defendant may cross-examine them.  Following
11    the Government's case, the Defendant, if he wishes, may present
12    witnesses whom the Government may cross-examine.  After all of
13    the evidence is in, the attorneys will present their closing
14    arguments to summarize and interpret the evidence for you, and
15    I will instruct you on the law.  After that, you will go to the
16    jury room to decide your verdict.
17         Those are the preliminary instructions.  We are going
18    to break for lunch now.  I did want to bring up a scheduling
19    matter.  This is what Melanie just indicated.
20         Apparently the courthouse is going to be closed on
21    Wednesday, on Wednesday, in light of the passing of President
22    Bush.
23         And so, therefore, I wanted you to know that for
24    scheduling purposes -- and as you know, I have been mindful at
25    the outset of the need for the trial to be completed before the
```

Pauline A. Stipes, Official Federal Reporter

```
 1    holidays, and I am sure all of you would want that to happen.
 2    That is the goal.
 3            I will ask a little bit of indulgence this week now
 4    that we lost a day that I was not expecting us to lose.  Is it
 5    problematic for us to be starting at 8:30 for anyone?  Could we
 6    begin at 8:30 without imposing an undue burden on anybody?  If
 7    something comes up, always feel free to let me know.
 8            I will go into the evening, let's say 6:00 o'clock or
 9    6:30 if need be, at least for the first week, to ensure that we
10    are on track and I don't feel we are running into any problems
11    with completing by the 21st.  Will that pose a problem for
12    anybody?
13            If so, raise your hand.
14            The idea is that we will try to cover as much ground
15    as possible.  If I see things are on track, I will check with
16    the attorneys, we could ease up on that and not always stay
17    until 6:00 or 6:30, and come in at 9:00.  I want to make sure
18    the parties have their trial, and no one is worried or
19    distracted about the trial disturbing the holidays.
20            It is 12:15.  If we could have you back in the
21    courtroom in an hour, 1:15.
22            The jury will see the jury room.  That is where you
23    return, it is a different place.  Have a nice lunch.  We will
24    see you back at 1:15.
25        (Thereupon, the jury leaves the courtroom.)
```

Pauline A. Stipes, Official Federal Reporter

```
 1          THE COURT:  Okay.  I am trusting that is acceptable to

 2    counsel.  I had to figure out a way that we, in light of what

 3    you projected your schedule to be, still make this work without

 4    anyone feeling rushed or panicking at the end.

 5          We can ease up on that schedule if things are moving

 6    ahead of schedule or on track.

 7          So, we will take an hour break for lunch.  The

 8    courtroom is always locked over the lunch hour, you are free to

 9    leave your things here.  No one else is coming in for purposes

10    of any matters before the Court.

11          We will let you know if ever there are occasions where

12    other attorneys are coming in for hearings or whatnot during

13    trial.

14          I know there were technology matters that we will work

15    on over the lunch hour to make sure that one of the monitors is

16    placed so the two jurors in the front can see, because they

17    don't have the monitors in front of them.  We will take care of

18    that.  We will try to get it done over the lunch hour.

19          You said you needed it for your first witness?

20          MR. HOOVER:  Yes.

21          MR. PEACOCK:  To remind the Court, I come from Ft.

22    Pierce every day, and I depend on the kindness of strangers on

23    I-95.  They weren't very kind today.  If I am late, it is not

24    through any intention of my own.

25          THE COURT:  No, I understand that commuting can be an
```

```
1    issue.  I ask everybody to try to project what traffic patterns
2    you can, although I know it is fairly unpredictable, at least
3    for the first week, and we can revisit it.  It is not the
4    Court's intention to impose an undue burden on counsel.  The
5    days are long, but I want you to get your case tried and not
6    interfere with your personal time for the holidays.
7            Have a nice lunch, and we will see you back.
8        (Thereupon, a short recess was taken.)
9        (Thereupon, trial reconvened after recess.)
10        THE COURT:  Are the parties projecting 45 minutes for
11   your opening?  Is that what you are thinking?  That is what you
12   put on your trial plan.
13        MR. HOOVER:  I don't think I will go 45 minutes.
14        THE COURT:  I will let you know at the 45 mark.
15   Again, it is always with the understanding I am not cutting you
16   off, I am informing you of your time.  Defense projected 45 as
17   well.  All right.
18            (Thereupon, the jury returned to the courtroom.)
19        THE COURT:  Welcome back, everybody, please be seated.
20            At this time I will turn it over to the Government for
21   any opening statement you want to make.
22        MR. HOOVER:  Yes, your Honor, thank you.  May it
23   please the Court, opposing counsel.
24            Violence and manipulation.  Violence and manipulation.
25   Those are the two tools that the Defendant in this case, Alston
```

```
 1   Williams, used on several women over a long period of time.  He

 2   used these tools to create a constant state of coercion and

 3   control over the women that lived with him; coercion and

 4   control to get them to commit acts, commercial sex acts, so he

 5   could profit in an effort to get rich, until two of them had

 6   finally had enough, and that day came on November 29, 2017.

 7          On that date, two of the women that were living with

 8   the Defendant and had been working for him for years called the

 9   police.  They called law enforcement and reported what was

10   going on, and that tip was relayed to Sheriff's Office

11   Detective John Chavez.  Detective Chavez was a member of the

12   Special Investigations Division specifically designed for the

13   human trafficking task force.

14          Detective Chavez is called by RXXXXXX CXX and GXXXXXX

15   RXXX LXXXX, they couldn't tell him much because they were with

16   the Defendant at the time, communication was sparse.  They

17   couldn't walk into a police station because they didn't have

18   that freedom, so what they did is set up a ruse, a ruse

19   prostitution date that took place on November 29th of last

20   year.

21          Ms. CXX, RXXXXXX, pretended as if she were

22   communicating with a client.  You will hear during this trial a

23   lot of jargon that might not make sense now, but it will be

24   explained.  She pretended she was communicating with a John and

25   told the Defendant she had a date in West Palm Beach.
```

1            As usual, the Defendant drove Ms. CXX and Ms. RXXX

2    LXXXX to the date.  At this particular instance it was set up

3    to be in a hotel in West Palm Beach close to the FBI building.

4    The defendant drove Ms. CXX to the hotel, and Ms. CXX was

5    quickly taken over to the FBI building to be interviewed.

6    Throughout that interview she was having to update him about

7    what was going on with the fake prostitution date.  Eventually,

8    she told the Defendant they were done.

9            What the Defendant did not realize at that point was

10    that since the moment he dropped Ms. CXX off at the hotel he

11    was being followed by members of the Palm Beach Sheriff's

12    Office.  As he drove back to the hotel, he was followed again

13    and pulled over in West Palm Beach and taken into custody.

14            Also in the vehicle was GXXXXXX RXXX LXXXX.  As she

15    approached law enforcement you will hear she had a visible sigh

16    of ultimate relief.  You are going to hear from Ms. CXX and

17    Ms. RXXX LXXXX, because for them the story ended on

18    November 29th, but for the rest of law enforcement the story

19    was just beginning, and would open up a tale that went back

20    over a decade.

21            You will hear from Ms. CXX how she was introduced to

22    the Defendant.  She was at a party at a house owned by a guy

23    she went to high school with.  At the time, this is 2011,

24    Ms. CXX was 18; the Defendant was 35.  Ms. CXX was still in

25    high school.

1          You will hear the guy, his name was Gary Silvestri, it

2     was at his house, the place he was staying, that happened to be

3     right across the street from the place in Tamarac where the

4     Defendant was living at that time.  The Defendant walked in and

5     was older than anybody at the party, nice phones, clothes, and

6     drove really nice cars, all these things appealing to an 18

7     year old high schooler who doesn't have anything, doesn't come

8     from a good home.

9          So, naturally Ms. CXX was attracted to him, and the

10    Defendant and the people around him told her they could make

11    her life better, better than what it was.  They had an

12    opportunity for her to make money for herself, something she

13    didn't have at that time.

14         They explained to her that she could go on

15    companionship dates for money.  At the time, Ms. CXX was

16    thinking that this was just escorting, companionship time,

17    things like that, but quickly realized what it was.  On the

18    third date, at age 18, Ms. CXX participated in her first

19    commercial sex activity.  That was the first, but not the last.

20    For the next several years, she was the primary bread winner

21    for Alston Williams' house.

22         You will hear how the prostitution world works.  You

23    are going to hear lingo, but you are going to hear about ways

24    prostitution is facilitated.  You can't just open up a

25    business, advertise yourself as a house of prostitution, at

1   least not in Florida.

2            You will hear about online what they call

3   backpage.com, it was open until it was recently shut down.   On

4   Back Page a person can go, post an advertisement of a scantily

5   attired woman, prices, always a phone number for a person to

6   call, and the customer can call up that phone number and

7   arrange price and location.

8            You will hear about things called an in-call and an

9   out-call.   An in-call is where the John, the customer, travels

10  to the female.   By the way, not all people engaged in females,

11  but in this case they were.   The customer will travel where the

12  female was for the date.

13           For an out-call the female will travel where the

14  customer was.   You will hear a lot of that in this trial.   The

15  women would perform requested sexual acts, and that is the end

16  of the transaction.

17           Another thing you will hear about are what are called

18  agencies that exist in South Florida.   They operate similarly

19  except for rather than the John communicating directly with the

20  female, they call an office somewhere, that is the agency.

21           The women have shifts, kind of like shift work.   They

22  sit in a driver's vehicle for usually 12-hour shifts, generally

23  6:00 p.m. to 6:00 a.m., and they wait there all night until the

24  agency dispatches them to go to a customer's house.   The agency

25  gets a cut, and the driver gets a cut, and the girl gets

```
 1    whatever is left over.

 2              You will hear about in-call places or in-call staff,

 3    there are fantasy places, fantasy role play.  There are girls

 4    working generally shifts, and the customer, client, John will

 5    come in, girls comes out and he selects which one or multiple,

 6    they go in the back room, negotiate a price, and commit

 7    requested sexual acts.  The house takes a cut and the women get

 8    whatever is left over.  These are the venues you will hear

 9    about.  Ms. CXX will tell you she participated in multiple of

10    those.

11              On her third date off of Back Page she committed her

12    first commercial act of prostitution, commercial sex act.  It

13    continued over the years, and you will hear about why it

14    continued.  You will hear about the violence and control the

15    Defendant exercised over the people in his house, all of which

16    being women.

17              You will hear Ms. CXX tell you about stories that she

18    experienced at his hands.  For instance, you will hear on one

19    occasion he got angry and took needles and shoved them in her,

20    but you will hear that on another incident he made her open her

21    legs and beat her vagina until it popped and started bleeding,

22    and hitting her in the face, giving her black eyes, and he

23    threatened her about what would happen if she left the house.

24              You're also going to hear that she witnessed the

25    Defendant tase and point a gun at GXXXXXX RXXX LXXXX as well as
```

1   physical beatings and other assaults.  You will hear about the

2   methods of control he used on these women.

3          You will hear Ms. CXX had a cell phone, but it was a

4   leash.  The Defendant installed an application where he could

5   monitor her movements 24/7.  He knew if she left the driver's

6   car or hotel, wherever it was she was supposed to be.  This was

7   called life through 60, but it had many other things.

8          He had cameras inside and outside of his home.  During

9   the dates, Ms. CXX had to be updating what was going on, who

10  was arriving, what the price was, whether it went well, whether

11  she was paid up front, and what time the John was leaving.

12         Not only are you going to hear about the texts, but

13  you will see them, and we will get into that in a little bit.

14         You will hear that Ms. CXX had the Defendant's name

15  tattooed on her back along with the other people in the, quote,

16  unquote, family.  This is not unusual because two other people

17  had the same kind of tattoos.  That is Ms. CXX, she is the

18  first victim.

19         You will hear from GXXXXXX RXXX LXXXX.  Ms. RXXX LXXXX

20  was recovered from the vehicle that night, but at that time was

21  not committing acts of prostitution.  She met the Defendant

22  when she was 16.  At the time, you will hear what her life was

23  like, and why that is relevant to the Defendant.

24         You will hear she was basically homeless at that

25  point, at 16.  She didn't have a family that really cared about

Pauline A. Stipes, Official Federal Reporter

```
 1   her, going from house to house, sleeping where she could sleep,

 2   and she actually slept outside in a park in Broward County.

 3            She was walking down the street going someplace else

 4   to see where she could bum a couch for the night when Ms. CXX

 5   approached her and told her she was pretty.

 6            You will hear this is the theme, because when

 7   recruiting new girls, the Defendant rarely went up and

 8   initiated it.  He would have the other girls recruit for him,

 9   and he would pretend that he was shy.  You will hear about the

10   tactics he used, shower them with praise, gifts, kindness, give

11   them something they currently did not have, love, support, a

12   family.

13            You are going to hear the victims tell you there was a

14   type he went after, the vulnerable, people that could be

15   brainwashed, and these girls fit the bill.  Ms. CXX went up to

16   Ms. RXXX LXXXX, told her she was pretty and got her number, and

17   they started to communicate.  They invited her over to the

18   house.  Fine with her, she didn't have any place to go.  They

19   gave her food, nice clothes, a place to stay.  It was a nice

20   house in Tamarac, you will hear about it.

21            Soon thereafter, while Ms. RXXX LXXXX was 16, and the

22   Defendant was 28 -- excuse me, 38, the Defendant started having

23   sex with her, and that would continue on until she was

24   recovered in 2017.

25            When she turned 18, the Defendant came into the room
```

```
 1    one day and told her to get dressed, she was going out, and
 2    sent her with Ms. CXX to begin her prostitution.  That only
 3    lasted a few months, she was not making money.  It wasn't
 4    working out, but that was not the end.  She ended up what is
 5    called the Defendant's slave, controlled bills for the house,
 6    organized everything, cooked, cleaned, washed his car.  She had
 7    to have sex on demand whenever he wanted it, and that was her
 8    life.
 9           You will hear from her that he brainwashed her.  She
10    didn't have anyone in her life at the time, and the Defendant
11    constantly manipulated her or berated her, telling her she is
12    dumb, fat, and ugly, sending pictures of models trying to get
13    her to look like them, and at the same time saying no one loves
14    you, I am the only one who loves you, building dependency in
15    her.
16           She was not spared of violence.  The Defendant would
17    get angry, and he would say ho shit.  Despite the women were
18    going out and making money for him, that was not ho shit.  Ho
19    shit was disloyalty, disobedience.  You will her Ms. LXXXX did
20    not like going out to public places like shopping malls with
21    the Defendant.  She couldn't make contact with the other men.
22    If she did, that was ho shit, and she would pay for it.  One
23    time she did and the Defendant got angry with her and took her
24    back to the house and tased her.  That is the theme you will
25    hear about multiple victims.
```

```
 1              On another instance, he hit her across the face and
 2   her lips swelled up and were bleeding.  Another incident, he
 3   made her spread her legs, take her pants off, took a rubber
 4   scraping spatula and beat her on the vagina so she couldn't
 5   walk.  Another incident, he got an AR-15 and pointed it at her
 6   leg and pulled the trigger, it wasn't loaded, and he told her
 7   what he would do to her if she did anything with anyone she was
 8   close to.  That is victim two.
 9              You will hear from TXXXX LXX.  November 29, 2017 was
10   the beginning of the story for law enforcement.  As they
11   followed up on investigative leads, they found Tracy Lyn.  She
12   was 18 and the Defendant was 28 at the time.
13              She was working for Walgreen's in a couple of
14   legitimate jobs, and the Defendant set the tone right away, any
15   money she made, he would take.  Any money that came in to her
16   was his.  And when she didn't have money to give him, despite
17   the fact that he didn't work a job, if she didn't have money to
18   give him, it got bad, he would get physical.
19              So, one day she was looking for other ways to make
20   money, that was the only way to keep him level, and she found a
21   recruitment ad for escorts.  At that time she thought it was a
22   companionship, and she made an appointment and realized what it
23   was, prostitution, and she said no, and came back and told the
24   Defendant.  The Defendant said, no, you need to do that.  And
25   soon enough, Ms. LXX found herself committing commercial sex
```

1    acts.

2           For all of these women, every penny they made, dollar

3    they made over the course of their time with the Defendant, it

4    went to him.  They did not keep any of it, he did not allow it.

5    That was the same with Ms. LXX.

6           If she did not make him happy, or she disobeyed him,

7    she suffered a similar fate.  He shoved needles under her

8    fingernails, beat her with a belt, tased her, scalded her with

9    hot water leaving scars, and threatened her whenever it suited

10   him.

11          You will hear about DXXXX LXXXXX.  Ms. LXXXXX was

12   introduced to the Defendant by Maryann B.  Law enforcement is

13   not able to locate Maryann, but we'll refer to her as Maryann

14   B.  You will see documents of her and pictures of her, and

15   Donna was an acquaintance of Maryann, and one day Maryann

16   reached out to DXXXX and said, hey, I have a way to make your

17   life better, I want you to meet somebody.  Enter Alston

18   Williams.

19          At the time, Alston Williams went by Nino, N-I-N-O.

20   That is what she would call him.  So, she met with Nino and her

21   situation was very similar to Ms. RXXX LXXXX, she was 16,

22   dropped out of high school, didn't have anybody in her life

23   that cared about her, watching over her, guiding her, and she

24   was longing for somebody to do that.

25          She met the Defendant at 16 and soon after the

1    Defendant, who was 31, began having sex with her.

2           It didn't take long for DXXXX to realize what Maryann

3    was doing.  She lived with him and she was going to hotels for

4    long hours.  DXXXX started hanging out with her, at first she

5    thought it was companionship, she is 16, what did she know, but

6    she knew at that time that DXXXX was committing prostitution.

7           One day, a John walks into the hotel for a date with

8    Maryann, sees DXXXX and says, I want her.  So, the Defendant

9    came over to DXXXX and started talking about how this would be

10   good for them, they could use the money, she could make more,

11   more for them, and after awhile of convincing, DXXXX, at age 16

12   or 17, went to the room with that John and participated in her

13   first act of commercial sex activity.

14          She didn't like it, so she said she didn't want to do

15   it for awhile, and so the Defendant said, all right, you can

16   work the phones, as in answer calls for Maryann when people are

17   calling to meet up with her, but when she was 17 and the months

18   before 18, this started up again, and she was doing

19   prostitution dates more frequently.  After 18, it was almost a

20   daily occurrence, and it was like a full-time job, Back Page,

21   agencies, and in-call places in Miami, Broward, and West Palm

22   Beach.

23          She also suffered the mental manipulation that the

24   other girls did.  I love you, I am the only one who loves you,

25   we are a family, he said this to all of the girls and they all

1    thought they were in a relationship with him.

2              If that didn't work, if DXXXX disobeyed the Defendant,

3    she suffered the physical fate.

4              When she was 17, she tried to leave the house, and the

5    Defendant went and grabbed her by the hair, this is the house

6    in Tamarac, and drug her up the stairs and started beating her

7    in the face and body, and drug her back down the stairs.  He

8    would apologize to her and say I can't have you run outside the

9    house, especially when you are crying.

10             There is another time when Ms. LXXXXX was at Angel's,

11   a place here in West Palm Beach, and she didn't want to go out,

12   she was tired.  The Defendant waited outside in the parking lot

13   trying to get her to come out.  Eventually the police were

14   called, and you will hear from the police officers who

15   responded.  DXXXX said he found out that she was in there for

16   sure, she knew it was a matter of time, and so she thought, I

17   will try to keep things at an even playing field and go with

18   him.  She got in his car and went home with him, and for the

19   entire drive home she knew what was coming, but she was crying

20   and begged him, please don't do anything.

21             The Defendant acted like everything was okay, like he

22   was calm.  They got back to the house in Tamarac, he took her

23   inside, closed the door, and threw her into a speaker set and

24   went to the garage and got a pair of pliers and came back to

25   Ms. LXXXXX and took those pliers and squeezed the fatty part of

1    her hand between her thumb and finger, and started dragging her

2    around the house with the pliers, to the point she has a scar,

3    and still has it today, and she will show it to you.

4           In other incidents he cut her fingers with knives,

5    beat her whenever she disobeyed, whatever needed to get DXXXX.

6           You will also hear that DXXXX witnessed the Defendant

7    punch Maryann.  Now, that was kind of normal in this house.

8    What was different for Maryann, she had a pacemaker because she

9    had a heart condition.  The Defendant would punch her in the

10   chest.

11          You are going to hear about other forms of control the

12   Defendant exercised over Ms. LXXXXX.  The incident I spoke to

13   you about, she was 19 when that occurred.  Between the years of

14   18 and 19 she got pregnant twice, and on both occasions the

15   Defendant made her get abortions.  He did so by driving her to

16   an abortion clinic and dropped her off and drove away.

17          There is a fourth victim, Ms. RXXXXXXXX, she has been

18   completely uncooperative from the very beginning, but you will

19   hear what she suffered at the Defendant's hands.  You will hear

20   she was a juvenile runaway from home, she was from Sebring and

21   came down to Broward County and wasn't living anywhere.  The

22   Defendant immediately put her up on Back Page and she started

23   prostituting, again, all the money going to the Defendant.

24          You will hear from the other victims.  Even though the

25   things they suffered were horrible, she probably got it the

1    worst because she was feisty, she would fight back with him

2    sometimes, and you will hear the Defendant probably beat her

3    more than anybody else.

4          You will hear about him beating her in the vagina with

5    a hair brush, taking the pliers and dragging her and pulling

6    her around, and tying her up with rope and putting her in the

7    trunk and driving her around to scare her.  That is the fifth

8    victim.

9          And the sixth victim is KXXXXX CXXXXXXX.  Ms. CXXXXXXX

10   met the Defendant in a way unique from the others.  She was

11   living in Jacksonville and dating the Defendant's son.  The

12   Defendant traveled to Jacksonville in 2015 to visit his two

13   kids up there and met KXXXXX, and told KXXXXX and his son that

14   they could come live with him.  He would fix them up with a job

15   at Publix, let them stay at his house, it would be a good

16   thing, even pay for her plane ticket to come down.

17         She got down here, there was no job, nothing like

18   that.  Instead, she was told again by the other girls, that is

19   not how we make money, this is how we make money, and before

20   long she was doing prostitution dates as well while the

21   Defendant's son was in the house.

22         You are going to hear about her suffering the same

23   kinds of violence and control at the Defendant's hands.

24         You will hear the first date she went on, she didn't

25   have a full understanding of what was expected of her and was

1    raped.  After the rape, the John gave her $600 and complimented

2    her.  The Defendant had her keep going, and when she was on her

3    period she should put makeup pads in her vagina and continue to

4    work.  One time she told the Defendant no and he grabbed her by

5    the hair and threw her across the kitchen.

6              These are the victims you are going to hear about

7    during the course of the case.

8              You will also hear about law enforcement's

9    investigation.  After Ms. GXXXXXX and RXXXXXX came forward and

10   told law enforcement what was going on, they obtained a search

11   warrant for a 5,000 square foot house in Lake Worth with a

12   pool, many bedrooms, paid for completely through the dollars

13   earned in prostitution by the women, because the Defendant has

14   not worked in well over a decade.

15             You will hear about the items recovered from his

16   house.  You will hear law enforcement recovered a taser, just

17   like the girls said, recovered an AR-15, just like the one

18   pointed at GXXXXXX leg, recovered handcuffs, recovered other

19   forms of -- excuse me, recovered other means of violence, but

20   they are also going to tell you about a locked office that is

21   called the O.

22             The women who lived in the house will tell you that

23   they were not allowed to go in the O without him.  On the front

24   of the office inside the house there was an electronic key pad

25   that had the code.  The only one that knew that code was the

```
 1    Defendant.  Once you go inside the office, there is a safe that
 2    only the Defendant knew the code to.
 3          Inside the office law enforcement found personal
 4    documents, Government documents for all of these women.
 5          You will hear from the victims that the Defendant
 6    would confiscate any of their Government documents, driver's
 7    license, passports, health benefits cards, Social Security
 8    cards.  He would keep them locked up.  Not only did they
 9    recover documents of RXXXXXX CXX, but of DXXXXXX RXXXXXXXX.  In
10    DXXXXXX case, she moved out a year prior.  DXXXX LXXXXX moved
11    out and a year later, all these documents were still locked up
12    in his house, and you will hear why that is important.
13          You will hear in that safe, despite the fact the
14    Defendant had not worked in a decade, law enforcement found
15    $12,000 in cash.
16          But the investigation continued, because this is not
17    the first time the Defendant encountered law enforcement.  In
18    2008, the Hollywood Police Department conducted an undercover
19    prostitution sting.  They set up a date on Back Page for an
20    out-call when the girl comes to the guy.  Who showed up?
21    DXXXXXX RXXXXXXXX.  At the time she was 17 years old.  In the
22    parking lot was the Defendant, Alston Williams.
23          You will hear they did what is called a control call,
24    they had DXXXXXX call the Defendant, but they were recording
25    the call, and you will see a transcript of that communication,
```

1   where DXXXXXX, who is 17, told the Defendant, who is 32, this

2   guy wants to fuck me for $100, what should I do.  The hundred

3   dollars is lower than the normal rate.  And the Defendant told

4   her, do it and let's ride.

5         The Defendant was arrested and his cell phone was

6   recovered from his vehicle, and you will see the contents of

7   that cell phone.

8         In 2012, Broward County Sheriff's Office conducted an

9   undercover prostitution sting.  You will hear from Lieutenant

10   Nicholas Masters.  He went to the hotel where the girl was set

11   up, it was RXXXXXX CXX, he went inside the room, spoke with her

12   a little bit, and law enforcement came in and placed her into

13   custody.

14         In the next room over was the Defendant, DXXXXXX

15   RXXXXXXXX, DXXXX LXXXXX.  There also was an expandable baton

16   and a can of pepper spray.

17         In 2014, Osceola County Sheriff's Office conducted an

18   undercover prostitution scheme, located a Back Page ad and set

19   up a date for an act of prostitution, this was an out-call, so

20   the undercover officer was in a hotel room in Kissimmee, the

21   Defendant is in the car in the parking lot.  RXXXXXX CXX and

22   DXXXXXX RXXXXXXXX went up into the hotel room, the undercover

23   officer hands them $300 to have sex with both of them.  RXXXXXX

24   CXX is seen coming out to the parking lot and giving the money

25   to Alston Williams.  She is taken into custody, as is he.

```
 1    Three different times dropping women off for prostitution

 2    dates.  Multiple times the money being found in his possession.

 3          You are going to hear over the life of this case that

 4    these women, in many instances, sometimes had an on and off

 5    relationship with the Defendant.  You will hear about times

 6    where they truly thought they loved him, and times they thought

 7    he truly loved them.  You will see text messages where they

 8    praise him, telling him they'll love him forever, and multiple

 9    women saying the same thing, not knowing that this conversation

10    is going on in the house.

11          You will hear from some of them where there were times

12    when they did love him, you will hear about times he was nice

13    to them, buy them gifts, give them things, shower them with

14    affection and praise, and then you will hear about the times

15    when it wasn't so nice.

16          You are going to hear that there were times that the

17    victims, the women, some of them could leave the house on their

18    own, for instance to go on the prostitution dates, or on a

19    couple of occasions RXXXXXX CXX went to Atlanta and California

20    to do acts of prostitution, but the ads were posted at the

21    Defendant's house, and she would come right back to him.  You

22    will hear about times when these women had opportunities to

23    run, but didn't.

24          You are going to hear about times where these women

25    sometimes did run away from him, and when they left, the
```

```
1    Defendant would reach out to them.  You will see conversations

2    when this actually happened.  Once they were gone, he would

3    text them, I love you, I miss you, please come back.  A lot of

4    times they did.

5          You are going to hear from supervisory Special Agent

6    James Hardy, a member of the FBI behavior analysis unit, and he

7    will talk about why this happens, he will talk about the kind

8    of victim that traffickers like the Defendant look for, that

9    can been reliable victims, that can be automatic, so even when

10   they are out on their own, they come right back to him.  Even

11   when they run away, he can still get them back.  He will

12   explain why that is and how that happens.

13         But you are also going to hear from somebody by the

14   name of Jason Wilson.  Jason Wilson is going to be able to

15   explain to you how the Defendant made this work.  How is he

16   going to do that?  Jason Wilson was in jail when the Defendant

17   was arrested, and he told him how it happened, talked about the

18   exploits he had with them, how he could get them to do

19   everything, even have sex with him when they didn't want to.

20   He also talked about how he ran his operations, put cars and

21   houses in other people's names.  You will hear from Jason

22   Wilson about that.

23         You will see text messages from the Defendant to these

24   women.  You are going to hear them ask the Defendant if they

25   could get something to eat, if they could sleep on the couch,
```

```
 1    if they could buy a piece of clothing, anything, they had to

 2    ask him permission for that.  You will get to see that.

 3            You will also see the video interview of the Defendant

 4    on November 29th and November 30th of last year.  You will see

 5    and hear his statements.  You are going to hear him admit

 6    knowing that RXXXXXX CXX was involved in prostitution, but

 7    denying making her do it.

 8            You are going to hear him admit that there was the

 9    office door and safe, and he was the only one who knew the

10    combination where all the personal documents were found, and he

11    will admit he drove the girls to the dates, but did it to make

12    sure they were safe.  You will hear he hasn't worked in years,

13    5,000 square foot home, multiple vehicles and cash.  And when

14    he was taken in custody he had over $300 in cash in his pocket.

15    And he will admit tasering the girls and sticking them with

16    needles, but he said he did it out of fun, just a game.

17            You are going to hear this and a lot more over the

18    next several days.

19            The Defendant used violence and manipulation to

20    control the women who lived in his house and worked for him.

21    He used violence and manipulation to get them to go out and

22    have sex with five, ten men a day, and bring home all the money

23    to him.  That is how he did it.

24            At the end of this trial, myself and my co-counsel,

25    Greg Schiller, will come right back here and we are going to
```

1    ask you to deliver the only verdict supported by the evidence

2    in this case, the only verdict that is consistent with the laws

3    of the United States, a verdict of guilty as charged on every

4    count.

5            Thank you.

6            *THE COURT:*  Okay, Defense.

7            *MR. PEACOCK:*  May it please the Court, counsel.

8    Ladies and gentlemen of the jury, good afternoon.

9            Alston Williams thought he was very smooth, but he was

10   no match, no match at all for RXXXXXX CXX.  Once RXXXXXX CXX

11   dissolved her partnership, and I stress partnership, with

12   Alston Williams, it was over for him.  RXXXXXX CXX quickly and

13   deliberately chose to put him in the position that he is in

14   here today.

15           You know, it has often been said hell hath no fury

16   like a woman scorned, and that is exactly what, I submit to

17   you, you are going to see in this case.

18           Plainly and simply, that is why we are here today.

19   Because when RXXXXXX CXX decided that this partnership was no

20   longer profitable and in her best interest, she decided to

21   dispense with Alston Williams, and has DXXXX so very

22   deliberately and very economically.

23           She planned this, she organized this, and she is

24   following through on it.  You are going to hear from her, and I

25   suggest to you that that is where the case lives or dies, quite

1    frankly.

2              She is going to get her revenge if she has her way,

3    and the only thing that stands between her and getting her

4    revenge is you, as the jury, you, as the judges of the facts in

5    this case, because that is really what you are.  Judge

6    Rosenberg is the judge of the law, she will instruct you on

7    what the law is and how you apply it to the facts, but when it

8    comes to the facts, you, ladies and gentlemen, are the judges.

9    You are the ones who decide what truly occurred in this case.

10             Now, Mr. Hoover gave an excellent opening statement,

11   but I suggest to you, and no disparagement to Mr. Hoover, but I

12   suggest to you that is a glossed statement.  That is not an

13   accurate statement.  And once you hear the evidence in this

14   case you will agree with me that is not an accurate statement

15   of what happened.

16             I am going to point out a couple of things as I go

17   further in my opening, and I want to talk about the evidence in

18   this case, but before I do, I want to talk a little bit about

19   the law because that, as I indicated, is what Judge Rosenberg

20   will instruct you on, and that is how you should view the case,

21   how you should view the facts.

22             The first thing, we talked about it a little bit in

23   voir dire where we pick you as the jury, is the presumption of

24   innocence.  As we stand here right now, Alston Williams is

25   presumed innocent under the Constitution of the United States.

```
 1              You haven't heard any evidence yet whatsoever.  If you
 2     had to vote now, he is presumed innocent.  He is presumed
 3     innocent throughout this trial unless and until the Government,
 4     the Government proves their case by their burden of proof.
 5              The burden of proof rests at this table right here
 6     throughout the trial.  Mr. Alston Williams has no burden
 7     whatsoever in this case.  And that is really important because
 8     that is where we start from in deciding whether or not the case
 9     has been proven.
10              Now, you might ask yourself, what is the burden of
11     proof?  Is it, well, he probably did it, more than likely did
12     it, there is a good chance he did it?  No.
13              What Judge Rosenberg is going to tell you that the
14     Government's burden of proof is, is proof beyond a reasonable
15     doubt, that is, proof of such convincing character that you
16     would be willing to rely on it and act on it in the most
17     important of your own affairs.
18              Let me say that again because I submit to you that is
19     the most important instruction you will receive.
20              Proof beyond a reasonable doubt is proof of such a
21     convincing character that you would be willing to rely on it
22     and act on it without hesitation in the most important of your
23     own affairs.
24              So, as you see the evidence come in in this case, hold
25     that standard, hold that standard to the Government.  Is this
```

1    the kind of think I would have relied on in the most important

2    decisions I made in my life?  If not, the Government hasn't met

3    its burden.

4         Judge Rosenberg will tell you proof beyond a

5    reasonable doubt is a real doubt based on common sense, and

6    that also is very important, because I am going to ask you to

7    use your common sense in this case.

8         Now, a very dramatic picture has been painted by the

9    Government, but I suggest to you that when you look at the

10   evidence with common sense, you won't agree with that dramatic

11   picture.  In fact, you will reject it and say it is not true.

12        Now, this case comes to us by way of an indictment.

13   The indictment is simply the charging document, that is all it

14   is.  You will get it at the end of the case you will see the

15   charges, it lists the ten charges against Mr. Williams, and

16   that is what you have to consider, whether they have proven

17   each and every one of those, but the indictment is also the

18   skeleton of the case, if you will, it is how the case is

19   organized.

20        So I want to go over it with you, and just talk to you

21   a little bit about what the charges are.

22        Count 1 is going to charge that Mr.  Williams sex

23   trafficked a minor, okay?  We deny that.  We deny that.  That

24   minor in Count 1 is DXXXX LXXXXX.  He didn't do it, and if she

25   comes on and says he did, we are telling you she is not

```
1   credible and we deny it outright.

2           Count 2 -- and let me stay with that for a second

3   because they are also going to allege in the indictment that

4   Mr. Williams sex trafficked DXXXXXX RXXXXXXXX as a minor, and

5   we deny that as well because he didn't know DXXXXXX was a

6   minor.

7           DXXXXXX had a fake ID, that ID was recovered in her

8   arrest in Broward County, and I believe you will see it.

9   DXXXXXX, when she approached Mr. Williams, was pretending to be

10  18 years old.

11          Now, this is important because with some of the other

12  women as well, such as GXXXXXX, Mr. Williams -- there is

13  evidence that Mr. Williams specifically told them, you can't do

14  this kind of thing, you are not 18, and that is something I am

15  going to ask you to consider in this case when it comes to

16  DXXXX LXXXXX and when it comes to DXXXXXX RXXXXXXXX.

17          Count 2 is also DXXXX LXXXXX, but that is DXXXX LXXXXX

18  as an adult.  Count 2 charges that Mr. Williams sex trafficked

19  Ms. LXXXXX through force -- I am sorry, through force,

20  violence -- let me get the terms exactly right -- through

21  force, threats of force, fraud, or coercion.  Force, threats of

22  force, fraud or coercion.

23          Those terms are really important to your task here in

24  this trial, because if you find that, and we think you will

25  find that Mr. Williams did not employ force, threats of force,
```

1    fraud or coercion, then you would have to find him not guilty.

2           So, when it comes to Count 2 in regard to DXXXX

3    LXXXXX, we submit to you there was no force, there were no

4    threats of force, there was no coercion, and there was no

5    fraud.

6           DXXXX LXXXXX was simply -- DXXXX LXXXXX simply wanted

7    to be a prostitute, enjoyed being a prostitute, and was a

8    prostitute of her own free will.

9           Count 3 involves RXXXXXX CXX.  There is no allegation

10   that RXXXXXX CXX was a minor, RXXXXXX CXX was an adult.  Mr.

11   Hoover talked about how she met Mr. Williams.  RXXXXXX CXX, you

12   will find, was not only willing, she was eager.  RXXXXXX CXX, I

13   submit to you, was running the show in this case.

14          GXXXXXX RXXX in Count 4, GXXXXXX RXXX is very

15   interesting because when this all goes down, GXXXXXX RXXX is

16   not acting as a prostitute.  You will see GXXXXXX RXXX is just

17   living in the house, she is basically doing nothing.

18          Now, the Government describes this very man as

19   punishing, Mr. Williams, yet you will see that GXXXXXX RXXX

20   basically lives there and does nothing.  She has a roof over

21   her head, she gets food, she hangs out, she is not working as a

22   prostitute.  She is allowed to live there basically for free.

23          And she is very important because GXXXXXX RXXX --

24   let's go back to the Kissimmee incident that Mr. Hoover talked

25   about.  GXXXXXX RXXX was not acting as a prostitute, GXXXXXX

```
 1   RXXX was a minor at that time, not acting as a prostitute.

 2   That is very important.  It shows you Mr. Williams was not

 3   enticing minors to be prostitutes.

 4          GXXXXXX was downstairs, GXXXXXX is not involved.  It

 5   is DXXXXXX and RXXXXXX that are adults at the time and they

 6   were upstairs.

 7          DXXXXXX decides she wants to try it out, but she

 8   doesn't like it, she is involved for a very short period of

 9   time.  She is on Back Page for maybe a month or two, and she is

10   operating with an escort service for a few weeks.  She decides

11   she doesn't like it.

12          Does he kick her out?  Does he attack her?  No.

13   Instead, she is allowed to live in the house basically not

14   contributing anything, and that is very indicative of how this

15   family worked.

16          TXXXX LXX is in Count 7.  And one thing -- I

17   apologize, there is no way you could take this all in in a few

18   minutes, but I want you to hear some of what I have to say

19   about the Government's opening to let you know that we do not

20   agree with it and we contest those allegations.  You will get

21   all these characters down or get all these people down,

22   witnesses, as we go through the trial, so just bear with me.

23          TXXXX LXX is in Count 7.  TXXXX LXX is another

24   interesting person in this family.  She is alleged to have

25   acted as a prostitute between 2008 and 2014.  After 2014, she
```

Pauline A. Stipes, Official Federal Reporter

```
1   quit, but you are going to see TXXXX LXX stayed in regular

2   communication with Mr. Williams, they regularly talked, they

3   regularly texted, they regularly spoke about things.

4           He never threatened her, he never tried to get her

5   back into the business, never tried to force her to do

6   anything.  She quit because she didn't want to do it any more.

7           What Mr. Hoover also neglected to tell you is that

8   when the FBI went to TXXXX LXX, they talked to her and she told

9   them that Mr. Williams had not DXXXX this, that Mr. Williams

10  had not forced her to do anything, that Mr. Williams had not

11  abused her.  But you are going to hear that TXXXX LXX is an

12  illegal alien, and TXXXX LXX recently had a baby, and TXXXX LXX

13  is really in a fix.

14          And you are going to hear further that if TXXXX LXX

15  cooperates as a sex trafficking victim, TXXXX LXX can apply for

16  a special exception to the residency requirements in the United

17  States, and I submit you will see that is exactly what she is

18  doing in this case.

19          After she gave her statement saying, no, this didn't

20  happen, a statement under oath by the way, they went back to

21  her a second time, reminded her she was an illegal alien and

22  she said, oh, yeah, by the way, I think this did happen.  Keep

23  that in mind.

24          KXXXXX CXXXXXXX, that is in Count 8.  KXXXXX was Mr.

25  Williams' son's girlfriend.  KXXXXX came down with Mr.
```

1    Williams' son, and KXXXXX saw what these other ladies were

2    doing, and she thought this might be a good way for her to make

3    money rather than work at Publix.  She did it for a little

4    while and decided it wasn't for her, and she left.  She left,

5    like all of them did.

6         She was allegedly there from June of 2015 until

7    December of 2016, and she left.  She and Deandre Williams took

8    off, no one forced them to stay, no one forced them to do this,

9    she did this of her own free will.

10        DXXXXXX RXXXXXXXX, one of the things Mr. Hoover said

11   was she hadn't been cooperative with law enforcement from the

12   beginning, and that is true, because she cooperated with us.

13   She is going to tell you that this didn't occur.

14        She was there the longest of anyone.  Now, she is

15   going to tell you that she was not forced, she was not under

16   duress, there was no violence towards her to make her do this.

17   She did it of her own free will.  And she will also tell you

18   about the fake ID, and how she was using the fake I did.

19        No force, no threats, no fraud, no coercion.

20        Last, I want to talk about this, there is a count in

21   here for forced labor, that is GXXXXXX.  GXXXXXX is the one who

22   tried out being a prostitute for a couple of months and didn't

23   like it and was allowed to live in the house.  You will see

24   that forced labor count is nothing but a way to try to explain

25   her presence in the house without doing any work, without being

1    a prostitute.

2              She wasn't forced, you will see that.  You will see

3    she barely did anything around the house.

4              You will see RXXXXXX CXX and Alston Williams

5    complained about GXXXXXX, and RXXXXXX CXX said, what does she

6    do, anyway?  She doesn't do anything, let's get rid of her.

7    But Alston Williams had a big heart for her and didn't want to

8    throw her out on the street, so he let her continue to live in

9    the house.

10             Now, the evidence that you will hear in this case is

11   voluminous and it is going to be a real task for you, as the

12   jury, to sort of cut through it and get to what is really

13   important.

14             We will do the best job we can to help you with that,

15   and the Government is going to do the best job to help you see

16   what they think is important.

17             The evidence is going to consist of the testimony of

18   witnesses and it is going to consist of a lot of phone records.

19             There is a lot of texting and a lot of instant

20   messaging going on between the women and Mr. Williams and back

21   and forth, literally thousands of pages.  So, once again, we

22   are going to try to point you to those important parts.  Bear

23   with us, some of it is going to be tedious.  We won't try to

24   give you anything that we don't think is very important to your

25   decision.

 1           You are going to see photographs that are very

 2    important.  You are going to see articles from the search of

 3    the residence, the Williams' residence, that are important.

 4    Look at these items, look at them carefully and consider among

 5    yourselves what these items mean and how they got there, and

 6    how they should contribute to your verdict.

 7           Now, the Government talked about bringing in an expert

 8    on sex trafficking.  Okay.  Make no mistake, this is a

 9    professional witness from the FBI that goes around the country

10    and testifies on behalf of the Government in FBI cases.  He has

11    an agenda, just like any witness, any professional witness

12    does, and that is what he is, he is a professional witness.

13           Also, you know, they are going to throw around the

14    word pimp.  That is fine, they can use that if they want.

15           What I am going to tell you the evidence will show you

16    is not that Mr. Williams was some kind of derogatory term like

17    a pimp, but Mr. Williams did assist and manage these young

18    women who needed the assistance and needed the management, and

19    what you are going to see from the phone calls and texts and

20    everything else, is that these girls would go out, they would

21    go on their prostitution dates and Mr. Williams would keep

22    track of them.

23           Yes, he would keep track of them because what they are

24    doing is dangerous, what they are doing is scary.  They don't

25    have anybody else but him, and so, yes, there was a feature on

```
 1    their phone where he could see where they were, but what you

 2    will see from the actual texts and actual calls is that, for

 3    instance, RXXXXXX CXX would ping him, so, with this service, it

 4    is called Glimpse, with Glimpse -- commercial businesses use it

 5    to see where their drivers are and that kind of thing.

 6           What you will see from RXXXXXX texts is that she would

 7    ping the Defendant to show him where she was.  The reason she

 8    did that, again, she could be in a hotel out in the middle of

 9    nowhere, and she wanted somebody to know where she was in case

10    there was a problem.

11           It is not for some nefarious reason, as the Government

12    argued, it is to simply know where the person is and to know

13    that they are safe, and you will see that.

14           Once again, the evidence will show you there is no

15    force, the women did it voluntarily, eagerly, and they did it

16    actively.  There was no force.

17           RXXXXXX CXX, you will see, absolutely loved being a

18    prostitute.  She was aggressive about it, she was -- she would

19    work days on end, no one forced her to do this, this is

20    something she decided to do on her own.  No one made her do it,

21    and I submit there won't be any evidence in the record that

22    somebody made her do it.

23           So, as you hear these witnesses, I want to ask you to

24    look at a couple of things.  What is the witness' motive?  What

25    is their motive for testifying the way they are?
```

1          For instance, I already told you RXXXXXX CXX, I think

2     her motive is revenge.  I think that is what you will see

3     through the evidence.

4          I think you will see RXXXXXX CXX was spurned and she

5     then and there made a decision to get Mr. Williams, and that is

6     what she is doing now.

7          Do that with each and every one of them, what was

8     their motive for testifying here?  What is their bias?  Do they

9     have a bias?  Do they have a dislike?

10          I will pick on RXXXXXX CXX.  Does she have a bias

11     against Mr. Williams?  I submit, yes, she does, her bias, she

12     wants revenge.

13          And then, also, look and see if they said things at

14     another time which are different from what they say on the

15     witness stand here in front of you, so they may say A when they

16     are sitting here, and we'll show you they said B at another

17     time.  That is very important, that should raise a reasonable

18     doubt in your mind as to whether they are being truthful with

19     you in the courtroom.

20          Once again, use your common sense.  Use your common

21     sense and look at the big picture here.  Don't miss the forest

22     for the trees.  The Government is going to give you all these

23     instance, after instance, after instance.  Step back and use

24     your common sense.  Look at the big picture in this case, and

25     don't miss the forest for the trees.  Once you do, you will see

```
 1    that the Government will not have proven its case.
 2              One last thing I want to say, and this goes hand in
 3    hand with the big picture.
 4              One thing that you are going to see that is very
 5    critical in this case is that all of these women, all of them
 6    came and went at will, all of them left, many of them came
 7    back.  Never did Mr. Williams stop them, never did Mr. Williams
 8    intimidate them.  They decided they wanted to leave and they
 9    left.
10              Why is that?  Because they weren't being forced to do
11    anything, they weren't being intimidated.  There weren't
12    threats of violence for them to stay; they left.  DXXXX LXXXXX
13    would leave, in the middle of the night leave and go somewhere
14    for a month or two, and then sometime show up on the doorstep.
15    TXXXX LXX traveled all over the world, she went all over the
16    country, she went to see her family.  She was free to do what
17    she wanted to do.  She did it because she was a partner, and
18    this was a partnership.
19              All of these women were free to go, and keep that in
20    mind as you look at the evidence.
21              Now, I probably used up my time.
22              THE COURT:  No, you are at 27.
23              MR. PEACOCK:  Well, I was hoping I used up my time.
24              THE COURT:  You don't have to use all your time.
25              MR. PEACOCK:  No, ma'am, I am not going to.
```

```
 1              What I am trying to tell you here is that when you
 2    view the evidence in this case and look at it carefully, you
 3    are going to see the Government is trying to put a round peg in
 4    a square hole and it just doesn't fit.
 5              Managing and assisting prostitutes is not a Federal
 6    crime.  That is not a Federal crime.  That might be a State
 7    crime, I don't know, we are not here on that.  But it is not a
 8    Federal crime to manage and assist prostitutes, and that is the
 9    distinction here.  Like I told you, he did not use force,
10    threats of force, he did not use violence, he did not use
11    intimidation, fraud or coercion.
12              At the end of the case, just like Mr. Hoover said, we
13    will be up here and we are confident at the end of the case,
14    you, ladies and gentlemen, will have to determine that the
15    Government has not proved its case beyond a reasonable doubt
16    and you will return verdicts of not guilty.
17              Thank you.
18              THE COURT:  Okay, the Government may call your first
19    witness.
20              MR. HOOVER:  Thank you, your Honor.  The Government
21    calls Sergeant Carlos Lisboa.
22              THE COURT:  Come forward to the witness stand and be
23    sworn in.
24              MR. PEACOCK:  Your Honor, defense would invoke the
25    Rule.
```

1          THE COURT:  Okay, the Rule is invoked, so both parties

2     should let any witnesses know about the Rule being invoked and

3     what that means in terms of their ability to be in the

4     courtroom before they testify and their obligations after they

5     testify.

6          CARLOS LISBOA, GOVERNMENT'S WITNESS, SWORN

7          THE COURT:  Have a seat, state your full name and

8     spell your last name.

9          THE WITNESS:  Carlos Lisboa, L-I-S-B-O-A.

10         MR. HOOVER:  Thank you, Judge.  With the Court's

11    indulgence, I have to get the computer set up here.

12         THE COURT:  Okay.

13                        **DIRECT EXAMINATION**

14    BY MR. HOOVER:

15    Q.  Good afternoon, sir.

16    A.  Good afternoon.

17    Q.  Are you currently employed?

18    A.  Yes.

19    Q.  How so?

20    A.  I work with the Palm Beach County Sheriff's Office.

21    Q.  How long have you been with the Sheriff's Office?

22    A.  14 years.

23    Q.  Just for the duration, Palm Beach Sheriff's Office, is that

24    sometimes abbreviated PBSO?

25    A.  Yes.

```
 1    Q.   Do you have any prior law enforcement experience?
 2    A.   Yes, I did three years as a Sheriff's Office deputy in New
 3    Jersey.
 4    Q.   Are you currently assigned to any specific unit?
 5    A.   Yes, I'm currently assigned to special investigations.
 6    Q.   Do you have any duties in that capacity?
 7    A.   I'm the sergeant that oversees the human trafficking task
 8    force, sexual predators unit, and missing persons.
 9    Q.   How long have you been in that capacity?
10    A.   A little over a year and a half, two years.
11    Q.   What was your position prior to that?
12    A.   I was a supervisor in our headquarters, West Palm Beach
13    area.
14    Q.   I assume that before you began your career, you attended
15    the Police Academy?
16    A.   Yes.
17    Q.   Was that your only training or have you continued your
18    courses?
19    A.   We continue the courses as it goes.
20    Q.   Do you have any training in investigating human
21    trafficking?
22    A.   Yes.
23    Q.   Tell us about that.
24    A.   We have we webinars that we attend, we hosted advanced
25    human trafficking, and I just got back from a conference in
```

```
1    Kentucky about a month ago, and we train new hires as they come

2    into the Sheriff's Office, outside agencies, sometimes go to

3    colleges, a lot of community awareness training.

4    Q.  Training about crimes against women?

5    A.  Yes.  I attended for crimes against women and children.

6    Q.  And you trained others?

7    A.  Yes.

8    Q.  On November 29, 2017, did you come in contact with Mr.

9    Alston Williams?

10   A.  Yes.

11   Q.  Do you see him in the courtroom today?

12   A.  Yes.

13   Q.  Would you point him out?

14   A.  Yes, right here, black shirt.

15        MR. HOOVER:  May the record reflect he identified the

16   Defendant?

17        THE COURT:  The record so reflects.

18   BY MR. HOOVER:

19   Q.  All events that you are about to testify to occurred in the

20   State of Florida?

21   A.  Yes.

22   Q.  Your missing persons, human trafficking unit, sex crimes,

23   are you part of the Palm Beach County human task force?

24   A.  Yes.

25   Q.  Tell us what that is.
```

1    *A.*   A multi-discipline collaborative unit of members from the

2    Federal Government, local agencies, county agencies working on

3    the same type of violations together, everyone in the same kind

4    of investigation.

5    *Q.*   What agencies are involved in that?

6    *A.*   We have FBI, we have HSI, Homeland Security, ourselves, the

7    Sheriff's Office, we have Boynton Beach, Delray Beach.

8    *Q.*   Many agencies?

9    *A.*   Boca, West Palm.  Yes.

10   *Q.*   As the PBSO sergeant on the task force, what are your

11   responsibilities as relate to the task force?

12   *A.*   Day-to-day operations.  We receive our tips from Polaris, a

13   national hot line from D.C., tips come in involving triage,

14   organizing how tips are going to be handled, who is going to

15   handle them, day-to-day operations, what is needed on this

16   case, what we need to do for this witness, this victim.  We

17   might have weekly briefings, we might have quarterly meetings.

18   It is an overall operational and administrative task force, the

19   entire operation.

20   *Q.*   Do you sometimes also assist in hands-on investigations?

21   *A.*   Yes, yes, we are too small a unit not to.  There is not

22   enough of us to go around.

23   *Q.*   Right, okay.

24        For the members of the task force who are not Sheriff's

25   Office employees, FBI, West Palm Beach Police, do you assign

1    them cases and give them orders?

2    A.   No.

3    Q.   You supervise and give orders to your employees; is that

4    right?

5    A.   Yes.

6    Q.   We will keep it real general at this point.

7        Is there more than one type of human trafficking that you

8    and the task force investigate?

9    A.   Yes.

10   Q.   How many times, relatively speaking?

11           MR. PEACOCK:  Objection, relevance.

12           THE COURT:  Overruled.

13   BY MR. HOOVER:

14   Q.   Go ahead.

15   A.   Generally, we see a lot of sex trafficking, labor

16   trafficking, which is the easiest way to break it down.

17   Q.   And within, say, specifically sex trafficking, your

18   investigators -- is sex trafficking of juveniles and adults

19   different?

20   A.   Yes.

21   Q.   And what is the difference between sex trafficking of a

22   juvenile versus an adult?

23   A.   So, as a juvenile -- as an adult, there has to be some form

24   of force, coercion.  For juveniles, that element is not

25   required for a violation.

1    Q.   Does the human trafficking task force investigate both?

2    A.   Yes.

3    Q.   Let's go back to November 29th of last year.  Were you

4    acting in your capacity as a human trafficking sergeant that

5    day?

6    A.   Yes.

7    Q.   Did a member of your task force receive a call?

8    A.   Yes.

9    Q.   How did the call physically get to your unit?

10   A.   It was the third-party phone call of a person advising they

11   had information about somebody who wanted to talk to us about a

12   possible investigation.

13   Q.   Was that related to the task force?

14   A.   Yes.

15   Q.   Did you assign a lead detective?

16   A.   Yes, John Chavez.

17   Q.   Was there an FBI agent on the case?

18   A.   Yes, Special Agent Pete Angel.

19   Q.   Does that mean those two were the only ones working on the

20   case?

21   A.   No.

22   Q.   Were others involved?

23   A.   Yes.

24   Q.   Did you meet RXXXXXX CXX and GXXXXXX RXXX LXXXX?

25   A.   Yes.

1    Q.   Did you investigate them that night?

2    A.   No.

3    Q.   What was your role?

4    A.   That is a big operation, organizing all the tasks that need

5    to happen throughout that day, working within multi

6    jurisdictions.  We were in the city of West Palm at the time,

7    locations, teams, personnel, vehicles, you know,

8    administration, administrative wise a lot of things, but also

9    operational to make sure things were happening.

10   Q.   Did you require tactical support for the recovery of

11   RXXXXXX and GXXXXXX?

12   A.   Yes.

13   Q.   Did you coordinate a search warrant at the Defendant's

14   residence?

15   A.   Yes.

16   Q.   Was there a plan for the recovery of RXXXXXX LXXXX?

17   A.   Yes.

18   Q.   What was that plan?

19   A.   The first plan was to have the UC set up --

20   Q.   Whenever you use cop speak I will slow you down.  What is

21   UC?

22   A.   Undercover agent.  We refer to him as undercover, UC.

23   Q.   All right.

24   A.   We had the UC with the third party he had information from,

25   and put him in contact with the first contact, RXXXXXX, and set

1    up a fake date.

2    *Q.*   What did you do physically after this plan was set up?

3    *A.*   We make sure we have enough teams in place for

4    surveillance.   I believe we had a team inside the location, and

5    two or three teams outside the location to keep eyes on and

6    keep up with what is happening.

7    *Q.*   The location you are talking about, what kind of a location

8    is it?

9    *A.*   A hotel.

10   *Q.*   Were you at the hotel?

11   *A.*   Yes.

12   *Q.*   Where were you physically?

13   *A.*   Outside on the street doing surveillance from my vehicle.

14   *Q.*   Did you personally witness the Defendant arrive?

15   *A.*   Yes.

16   *Q.*   What was the vehicle he was in?

17   *A.*   A Honda.

18   *Q.*   Was he driving?

19   *A.*   Yes.

20   *Q.*   Did you see the person you know as RXXXXXX CXX?

21   *A.*   Yes.

22   *Q.*   What did she do when the vehicle arrived at the hotel?

23   *A.*   She exited the vehicle and entered the lobby of the hotel.

24   *Q.*   Was anybody in the hotel waiting for her you?

25   *A.*   The UC and Agent Watts was in there.

```
 1    Q.   Was she recovered?

 2    A.   Yes.

 3    Q.   Was there anyone else in the vehicle?

 4    A.   Yes.

 5    Q.   Who was that?

 6    A.   GXXXXXX RXXX.

 7    Q.   Did they stick around?

 8    A.   No, they left.  Once Rosanna walked into the lobby, the

 9    vehicle pulled off.

10    Q.   Do you know where it went?

11    A.   Yes.  We had a plan in place to set up surveillance on the

12    vehicle and follow it from that location.

13    Q.   You don't have to tell us what hotel it was, but you said

14    it was in the City of West Palm Beach?

15    A.   Uh-hum.

16    Q.   Was it downtown, El Cid, north independent?

17    A.   Downtown, close to the FBI West Palm field office.

18    Q.   Is that on Flagler, near Okeechobee?

19    A.   Yes, I believe it is in the Hibiscus area.

20    Q.   Okay.  So the vehicle left and you said you had

21    surveillance teams set up.  Where did that vehicle go?

22    A.   We left the downtown West Palm area and drove to the

23    Gardens Outlet area, to Whole Foods.

24    Q.   Is that the one on Lakes?

25    A.   Lakes, yes.  I think I said Gardens downtown, I meant the
```

1    Palm Beach outlets.

2    Q.  It was still in West Palm Beach?

3    A.  Yes.

4    Q.  And that was on Palm Beach Lakes Boulevard?

5    A.  Yes.

6    Q.  Were you part of the surveillance team following them?

7    A.  Yes.

8    Q.  When they went to the Whole Foods, what happened after

9    that?

10    A.  We left the parking lot of the Whole Foods -- you mean the

11    Whole Foods or once we left that area?

12    Q.  Did you observe anything at Whole Foods?

13    A.  They went inside, shopped around, and went into the vehicle

14    and left after that.

15    Q.  Where did they go after that?

16    A.  They exited the parking lot and started heading toward --

17    I'll give you the exact surveillance route.  We headed towards

18    his residence in Green Acres.

19    Q.  Where did you go next?

20    A.  We attempted to maintain surveillance on him, we were

21    limited at that point, we only had two or three cars, which

22    seems like a lot, but in that heavy traffic it is not a lot.

23    When we lost contact we went to the house hoping that is where

24    he was going to end up.

25    Q.  Did you go to the house, pull up in the driveway?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   No.  We set up surveillance and arrived at the residence.

 2    Q.   He eventually arrived?

 3    A.   Yes.

 4    Q.   Was he driving the vehicle?

 5    A.   Yes.

 6    Q.   What happened next?

 7    A.   We got additional personnel, we utilized that district's

 8    street team to assist us, that is four more vehicles that could

 9    help us.

10    Q.   What is a street team?

11    A.   There are multiple districts in the Sheriff's Office.  They

12    are a team to handle street crime, anything from burglary,

13    surveillance, narcotics, you know, a multitude of issues

14    throughout the district.

15    Q.   Where did you go specifically after that?

16    A.   So, right around that location, Haverhill and Melaleuca,

17    there is a church, and we set up a mini triage center there so

18    we could figure out what to do from there.

19    Q.   And did the Defendant eventually leave his house?

20    A.   Yes.

21    Q.   Where did he go?

22    A.   From surveillance, we had cars set up loosely and cars set

23    up along the route we thought he was going to take.

24         He -- I believe the UC made contact or had RXXXXXX make

25    contact to get picked up at the hotel, and he went back to the
```

Pauline A. Stipes, Official Federal Reporter

1    hotel.

2    Q.  Where were you when he was coming back?

3    A.  He is on 95 over by the convention center, and I was

4    waiting for the team to advise -- they handled the following of

5    him and his vehicle to a location, so I stood by for the

6    updates to come over the radio.  That is where they were at.

7    Q.  Did you see his car come by?

8    A.  Yes.

9    Q.  Did you then follow the surveillance?

10   A.  Yes.

11   Q.  You are back in West Palm Beach?

12   A.  Back in the City of West Palm.

13   Q.  And what happened at that time?

14   A.  We made it to the location where he was supposed to rally,

15   go to pick up RXXXXXX, and we conducted a traffic stop.

16   Q.  Now, the rally point you described, is that the same place

17   he dropped her off?

18   A.  Yes.

19   Q.  He was going back to drop her off?

20   A.  He was going back to pick her up.

21   Q.  The traffic stop, did you pull him over?

22   A.  No.  It was conducted by District 1 personnel.

23   Q.  Were you present?

24   A.  Yes.  When they went to stop the car I pulled up and

25   blocked traffic coming in the opposite direction.

 1    Q.   What happened?

 2    A.   Two deputies from the street team approached him, made

 3    contact with him, took him out of the car.  I exited my vehicle

 4    and started walking over towards the vehicle also, and made

 5    contact with GXXXXXX.

 6    Q.   Did she get out of the vehicle?

 7    A.   Yes, she did.

 8    Q.   Where did she go?

 9    A.   She walked up to me.

10    Q.   Can you describe her demeanor?

11    A.   Yes.  I said one thing to her, I said, hey, we are the ones

12    that have been communicating with RXXXXXX, and there wasn't a

13    verbal communication much, she seemed to be really like -- you

14    know, it is hard to describe, but she seemed to be in relief

15    that we were there.

16    Q.   Was the Defendant taken anywhere?

17    A.   Yes.

18    Q.   Where did he go?

19    A.   To the FBI office.

20    Q.   What about Ms. RXXX LXXXX, was she taken anywhere?

21    A.   Same location.

22    Q.   Were they transported together?

23    A.   No.

24    Q.   At that point, did you look in the vehicle?

25    A.   Yes.

```
 1   Q.  Did you see a cell phone in the vehicle?
 2   A.  Yes, in the console.
 3   Q.  Did you take it?
 4   A.  Not at that time.
 5   Q.  Seize it or do anything like that?
 6   A.  No.
 7   Q.  Did you do a full search of the vehicle?
 8   A.  No.
 9   Q.  Why not?
10   A.  We decided to seal the vehicle and get a search warrant for
11   it.
12   Q.  When you say seal, what does that mean?
13   A.  We put tape on the vehicle and no one can open it.
14   Q.  Where did you take it?
15   A.  To the car lot on Gun Club and Congress Avenue.
16   Q.  Did you obtain a search warrant for the Defendant's home?
17   A.  Yes.
18   Q.  Approximately what time did you arrive on scene there?
19   A.  At the residence?
20   Q.  Yes.
21   A.  Approximately 10:00 o'clock that night.
22   Q.  How did you make entry into the home?  Did you kick the
23   door in or what did you do?
24   A.  No.  The initial plan was to make contact at the front
25   door.  We had intel that the Defendant's mom was inside the
```

1    residence, so we did a contact at the door.  That wasn't

2    successful.

3    Q.  What does attempt contact mean?

4    A.  Knocking, try to get somebody to come to the front door.

5    We didn't have success with that.

6        Plan B was put in place, the Defendant called and asked his

7    mother to open the front door.

8    Q.  Were you communicating with the people at the FBI office?

9    A.  Yes.

10   Q.  Did that plan work?

11   A.  Yes.

12   Q.  Did she come to the door?

13   A.  Yes.

14   Q.  Did she let you in?

15   A.  Yes.

16   Q.  Did you advise you had a warrant to search the property?

17   A.  Yes, I did.

18   Q.  Now that you are inside for the purpose of searching, what

19   is the process?  You break up, and everybody looks at stuff?

20   How does this work?

21   A.  No.  It is systematic.

22   Q.  What is the system?

23   A.  Usually, once the house is clear, whether it is by

24   personnel or K-9.

25   Q.  What does it mean, clear?

1   *A.*  Clear, when we are executing the warrant and doing our job,

2   no one is in any danger.  Once the house is clear, the crime

3   scene technicians, we do an array of photos throughout the

4   house, and the house is searched.

5   *Q.*  Is that the process used in this case?

6   *A.*  Yes.

7   *Q.*  So, say you find a item that is relevant to your

8   investigation, do you pick it up, put it in a bag?  How does

9   that work?

10  *A.*  Let's say we are in the living room and there is an item

11  that we are interested in, we tell the person documenting the

12  photos to take a picture of it as it lays, and we collect it or

13  bring it over to be bagged, Tagged, processed into our

14  evidence.

15  *Q.*  Okay.  Did you request the entire house be swabbed for DNA

16  or dusted for fingerprints, anything like that?

17  *A.*  No.

18  *Q.*  Why?

19  *A.*  It is not routine when you are at the Defendant's

20  residence.  All that would prove is that that was his

21  residence.

22  *Q.*  Okay.  And while you were there -- excuse me, were you

23  there when the scene was photographed?

24  *A.*  Yes.

25          *THE COURT:*  Counsel, let me know when it is a

```
1    convenient afternoon -- we have been back since 1:15.
2              MR. HOOVER:  Now would be perfect.
3              THE COURT:  All right.  Ladies and gentlemen, we will
4    take our mid-afternoon break.  It is a little before
5    3:00 o'clock.  We will be in recess for 15 minutes, a little
6    before 3:15, with the same instructions over your break not to
7    discuss anything about the case, not to have any contact with
8    anyone concerning the case, not to discuss anything with
9    anyone.  We'll resume a minute or two before 3:15 for the
10   afternoon recess.  Thank you.
11        (Thereupon, the jury leaves the courtroom.)
12             THE COURT:  All right.  We will be in mid-afternoon
13   recess for 15 minutes.
14             MR. HOOVER:  May I advise the witness to not talk to
15   anybody about the case.  That includes us.
16        (Thereupon, a short recess was taken.)
17             MR. PEACOCK:  Judge, one thing totally extraneous.
18   Mr. Funk just reminded me that we have a case before the Court,
19   it is supposed to be -- it is an illegal re-entry case and it
20   is a time served plea and sentencing.  It is your Honor's case,
21   my case.  I just wanted to alert the Court to it because the
22   way things are going, we would have to wait until January to do
23   it.  It is a time served case.
24             First know that Mr. Funk and I just came to an
25   agreement for it to be resolved in that fashion.  I wanted to
```

1  alert the Court in case the Court didn't want to wait.

2          THE COURT:  We are trying to work those in.  So, why

3  don't you -- somebody either call or email if you have the case

4  number.  No, I don't want to postpone them, whether it is

5  working it in on a break or something like that, as long as we

6  know the case name and number, we will work things out.

7          MR. PEACOCK:  Yes, thank you.

8          THE COURT:  Maybe a Friday afternoon.

9          MR. PEACOCK:  That is fine.  We could do it here.  It

10  is a Ft. Pierce case.

11          THE COURT:  Right, if everyone is willing to do it

12  here.

13      (Thereupon, the jury returns to the courtroom.)

14          THE COURT:  All right.  You may be seated.  And you

15  may continue.

16          MR. HOOVER:  Thank you, your Honor.

17  BY MR. HOOVER:

18  Q.  Before we broke, Sergeant, we were talking about the

19  Defendant's residence, the subject of the search warrant on

20  November 29th and November 30th?

21  A.  Yes.

22  Q.  I show you Government Exhibit 37 marked for identification

23  purposes.

24          THE COURT:  Okay.

25          MR. HOOVER:  May I approach the witness?

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Yes.
 2    BY MR. HOOVER:
 3    Q.  Sergeant Lisboa, I show you a document marked Exhibit 37.
 4    Can you recognize this document?
 5    A.  Yes.
 6    Q.  Tell us what that is.
 7    A.  A bird's eye view of the Defendant's residence.
 8              MR. HOOVER:  At this time the State offers 37.
 9              THE COURT:  You want it admitted.  Any objection?
10              MR. PEACOCK:  No problem.
11              MR. HOOVER:  That is fine.
12              THE COURT:  37 admitted without objection.
13              This is the first exhibit offered into evidence.  This
14    is a piece of evidence that will go back with you when you
15    deliberate.  Sometimes when exhibits are admitted, they
16    nevertheless want to show it to you in court.  When something
17    is admitted it will go back into jury room with you.
18              MR. HOOVER:  Permission to publish 37.
19              THE COURT:  Yes.
20         (Whereupon Government Exhibit 37 was marked for evidence.)
21    BY MR. HOOVER:
22    Q.  Sergeant Lisboa, this is a bird's eye view of the
23    Defendant's residence.  Can you describe where we are?
24    A.  West Lake Worth area, Melaleuca Lane is and east and west
25    of us and Haverhill Road is north and south.
```

1   *Q.*  And you were on the scene?

2   *A.*  Yes.

3   *Q.*  Could you give us a brief outlay of what the house is like,

4   where the rooms are, that kind of thing?

5   *A.*  Utilizing the screen?

6   *Q.*  If you touch it, it will make a mark or draw a line on the

7   screen.

8   *A.*  So, the front door of the residence is right in this area,

9   there is an overhang.  There is a -- as soon as you walk in,

10  there is a living room to the right, to the left is a dining

11  room, formal dining room.

12      To the right side of the house, if we address that first,

13  there is an office, a master bedroom with a sitting area, and

14  then the master suite bathroom over there.

15      Going back to the front of the house, if you continued

16  straight through, there is another large living room sitting

17  area here -- I am sorry, the screen is deceptive.  The kitchen

18  is here, and that back living room, I want to call it a media

19  room, it's where the TV is at, couches, computers are there.

20      This entire back south side of this house is bedrooms and

21  another bathroom, and there is another bathroom here, and the

22  garage is the final part back there.

23  *Q.*  Okay.

24  *A.*  It is a big house.

25  *Q.*  Now, this area back here, what is that?

1    *A.*   It looks like a screened enclosure that was closed in, and

2    this is an in-ground pool back here under a screened enclosure.

3    *Q.*   All right.

4          *MR. HOOVER:*  If we could withdraw the publish.

5          Showing Defense counsel Government Exhibit 9 for

6    identification purposes.

7          *THE COURT:*  Okay.

8          *MR. HOOVER:*  For the Court and everybody, I will

9    announce what exhibit I am publishing before I request publish

10   for that.

11         May I approach the witness?

12         *THE COURT:*  Yes.

13   *BY MR. HOOVER*:

14   *Q.*   Sergeant Lisboa, would you look at Government Exhibit 9?

15   Do you recognize this binder?

16   *A.*   Yes.

17   *Q.*   What is contained in it?

18   *A.*   These are the photos from the search warrant.

19   *Q.*   What size are those photographs?

20   *A.*   8 x 10.

21   *Q.*   Who created that binder?

22   *A.*   I did.

23   *Q.*   Where did that come from?

24   *A.*   PBSO photo lab.

25   *Q.*   Who took the photos?

1    A.   Crime scene tech Rangel.

2    Q.   Were you present when she took those?

3    A.   Yes.

4    Q.   Have you reviewed the photos?

5    A.   Yes.

6    Q.   Are they a fair representation of the night there?

7    A.   Yes.

8    Q.   Were there many photographs in the course of this case?

9    A.   There were, yes.

10   Q.   Approximately how many?

11   A.   Touching a thousand.

12   Q.   This is obviously not all of them, right?

13   A.   No.

14        MR. HOOVER:   The Government offers Exhibit 9, 9aa

15   through dc, with the exception of C -- I will say it one more

16   time.   Government Exhibit 9, this goes with the exhibit list,

17   9aa through dc, except for ar, bt, and by through cb.

18        THE COURT:   Does Defense have any objection?

19        MR. PEACOCK:   Judge, we have received electronically

20   the exhibits, but it will take a minute to go through.

21        THE COURT:   Are you going to publish them right now?

22        MR. HOOVER:   Yes.

23        THE COURT:   One at a time?

24        MR. HOOVER:   One at a time.

25        THE COURT:   Why don't you follow along and state on

```
 1    the record whether there is any objection as we go along.  Take

 2    it exhibit by exhibit, all you seek to publish.

 3              Any objection to 9aa?

 4              MR. HOOVER:  Judge, we are going in -- we are going in

 5    a different order.

 6              THE COURT:  Tell us the first one.

 7              MR. HOOVER:  9cn.

 8              THE COURT:  Any objection?

 9              MR. PEACOCK:  No, ma'am.

10              THE COURT:  9cn admitted without objection.

11         (Whereupon Government's Exhibit 9cn was marked for

12          evidence.)

13              MR. HOOVER:  Permission to publish.

14              THE COURT:  Yes.

15    BY MR. HOOVER:

16    Q.  Tell us what we are looking at here.

17    A.  You are looking at a picture of the front of the residence.

18    Q.  Are those hurricane shutters over the windows?

19    A.  Yes.

20              MR. HOOVER:  Co, Judge, permission to publish.

21              THE COURT:  Any objection?

22              MR. PEACOCK:  No objection.

23              THE COURT:  9co is admitted without objection.

24         (Whereupon Government's Exhibit 9co was marked for

25          evidence.)
```

1  *BY MR. HOOVER*:

2  *Q.*  Can you tell us what we are looking at here?

3  *A.*  This is another image of the front of the residence,

4  captured at another angle, this is facing the garages on the

5  corner of the residence.

6  *Q.*  Where is the front door?

7  *A.*  Mid photo, behind that wall.

8  *Q.*  You can use the screen.

9  *A.*  The front door is right there.

10       *MR. HOOVER:*  Permission to publish cp.

11       *THE COURT:*  Any objection?

12       *MR. PEACOCK:*  No objection.

13       *THE COURT:*  No objection to cp, admitted without

14  objection.

15       (Whereupon Government's Exhibit 9cp was marked for

16       evidence.)

17  *BY MR. HOOVER*:

18  *Q.*  What are we looking at here?

19  *A.*  This is an image of the north side of the house.  We just

20  saw the front door, this would be to the right, taking the

21  photo from the corner, this is the north side of the residence

22  facing Melaleuca.

23       *MR. HOOVER:*  Permission to publish cq.

24       *MR. PEACOCK:*  No objection.

25       *THE COURT:*  Admitted without objection.

```
 1              (Whereupon Government's Exhibit 9cq was marked for
 2         evidence.)
 3   BY MR. HOOVER:
 4   Q.  What are we looking at here?
 5   A.  A continuation of the north side of the house, capturing
 6   the screened enclosure on the rear of the house.
 7   Q.  I have a question for you.  I am zooming in here.  What is
 8   this right here?
 9   A.  A surveillance camera.
10   Q.  Were they around the exterior of the residence?
11   A.  Yes.
12              MR. HOOVER:  Permission to publish cr.
13              THE COURT:  Defense?
14              MR. PEACOCK:  No objection.
15              THE COURT:  Admitted without objection.
16         (Whereupon Government's Exhibit 9cr was marked for
17         evidence.)
18   BY MR. HOOVER:
19   Q.  What is this here?
20   A.  This is a photo of the screened enclosure, it appears to be
21   from the west side of the house.
22              MR. HOOVER:  Permission to publish cs.
23              MR. PEACOCK:  No objection.
24              THE COURT:  Admitted without objection.
25              (Whereupon Government's Exhibit 9cs was marked for
```

1            evidence.)

2    *BY MR. HOOVER*:

3    *Q.*  We are walking around the house here?

4    *A.*  Yes.

5            *MR. HOOVER:*  And ct.

6            *MR. PEACOCK:*  No objection.

7            *THE COURT:*  Admitted without objection.

8         (Whereupon Government's Exhibit 9ct was marked for

9         evidence.)

10   *BY MR. HOOVER*:

11   *Q.*  We are doing a circle around the house?

12   *A.*  Yes.

13           *MR. HOOVER:*  Permission to publish cu.

14           *THE COURT:*  Any objection?

15           *MR. PEACOCK:*  No objection.

16           *THE COURT:*  Admitted without objection.

17        (Whereupon Government's Exhibit 9cu was marked for

18        evidence.)

19   *BY MR. HOOVER*:

20   *Q.*  Where are we right now if we are taking this photograph?

21   *A.*  The person taking the photo is standing at the front door,

22   this is the first thing you see as you enter the residence.

23   *Q.*  Is this plastic on the furniture?

24   *A.*  Yes.

25           *MR. HOOVER:*  Permission to publish cv.

```
 1              THE COURT:   Any objection?
 2              MR. PEACOCK:  No, ma'am.
 3              THE COURT:  Cv admitted without objection.
 4          (Whereupon Government's Exhibit 9cv was marked for
 5          evidence.)
 6   BY MR. HOOVER
 7   Q.  Where are we looking at here?
 8   A.  So, the same position, they moved to the left, captures a
 9   little of the formal dining room on the left-hand side.  You
10   look at the door, right here is the kitchen, and this gets into
11   the hallway area back here.
12              MR. HOOVER:  Permission to publish br, 9br.
13              THE COURT:  Any objection?
14              MR. PEACOCK:  No objection.
15              THE COURT:  Admitted without objection.
16          (Whereupon Government's Exhibit 9br was marked for
17          evidence.)
18   BY MR. HOOVER:
19   Q.  What are we looking at?
20   A.  A photograph of the kitchen.
21              MR. HOOVER:  Bs, your Honor.
22              THE COURT:  Any objection?
23              MR. PEACOCK:  No, ma'am.
24              THE COURT:  9bs admitted without objection.
25          (Whereupon Government's Exhibit 9bs was marked for
```

```
 1              evidence.)
 2    BY MR. HOOVER:
 3    Q.  Another photograph of the kitchen?
 4    A.  Another photograph, it captures the island and shows the
 5    entry point for the bedrooms back there.
 6              MR. HOOVER:  Permission to publish ce.
 7              MR. PEACOCK:  No objection.
 8              THE COURT:  9ce, admitted without objection.
 9         (Whereupon Government's Exhibit 9ce was marked for
10         evidence.)
11    BY MR. HOOVER:
12    Q.  What are we looking at here?
13    A.  Another view of the kitchen.
14              MR. HOOVER:  Permission to publish cw.
15              THE COURT:  Any objection?
16              MR. PEACOCK:  No, ma'am.
17              THE COURT:  Admitted without objection.
18         (Whereupon Government's Exhibit 9cw was marked for
19         evidence.)
20    BY MR. HOOVER:
21    Q.  What are we looking at?
22    A.  The picture of the formal dining room off to the left.
23              MR. HOOVER:  And cx?
24              THE COURT:  Any objection?
25              MR. PEACOCK:  No, ma'am.
```

```
 1            THE COURT:  9cx admitted without objection.
 2         (Whereupon Government's Exhibit 9cx was marked for
 3         evidence.)
 4   BY MR. HOOVER:
 5   Q.  What are we looking at here?
 6   A.  So, this is the office located to the right when you come
 7   into the residence.  These are double doors that enter that
 8   office.
 9            MR. PEACOCK:  Cy?
10   BY MR. HOOVER:
11   Q.  That was cx.
12       I have a question for you, Sergeant.  The door on the right
13   here --
14   A.  Yes.
15   Q.  -- what kind of door knob is that?
16   A.  It is like a digital pad to type in a code to get the door
17   open.
18   Q.  When you entered the residence, was the office door closed?
19   A.  Yes.
20   Q.  Was that locked?
21   A.  Yes.
22            MR. HOOVER:  Permission to publish bu?
23            THE COURT:  9bu?
24            MR. HOOVER:  Yes, your Honor.
25            THE COURT:  Any objection?
```

```
 1              MR. PEACOCK:  No objection.

 2              THE COURT:  Admitted without objection.

 3          (Whereupon Government's Exhibit 9bu was marked for

 4          evidence.)

 5  BY MR. HOOVER:

 6  Q.  What room are we looking at here?

 7  A.  This is one of the mid bedrooms on the left side of the

 8  house, that just continues.

 9  Q.  And what are these items over here?

10  A.  Two air mattresses.

11              MR. HOOVER:  Permission to publish ad?

12              THE COURT:  Well, you say publish, you want to admit?

13              MR. HOOVER:  Are they not all admitted yet?

14              THE COURT:  No.

15              MR. HOOVER:  I ask to admit and publish ad, yes.

16              THE COURT:  Any objection to 9ad?

17              MR. PEACOCK:  No.

18              THE COURT:  Admitted without objection.

19          (Whereupon Government's Exhibit 9ad was marked for

20          evidence.)

21  BY MR. HOOVER:

22  Q.  What room is this?

23  A.  This is the room I mentioned that I call the media room,

24  TVs, stereo and computer.

25              MR. HOOVER:  I offer for admission 9dg.
```

```
 1              THE COURT:  Any objection?

 2              MR. PEACOCK:  No, ma'am.

 3              THE COURT:  Admitted without objection.

 4          (Whereupon Government's Exhibit 9dg was marked for

 5          evidence.)

 6   BY MR. HOOVER:

 7   Q.  Is this the same room?

 8   A.  Yes.

 9   Q.  Where are we standing taking this photograph?

10   A.  We come into the front door about 35, 40 feet, maybe, and

11   this is the media room off to the left.

12   Q.  We will move to some of the bedrooms.

13              MR. HOOVER:  Permission to admit 9ae.

14              THE COURT:  Any objection?

15              MR. PEACOCK:  No, ma'am.

16              THE COURT:  Admitted without objection.

17          (Whereupon Government's Exhibit 9ae was marked for

18          evidence.)

19   BY MR. HOOVER:

20   Q.  What bedroom is this?

21   A.  This was RXXXXXX CXX bedroom.

22              MR. HOOVER:  Af -- excuse me -- move to admit.

23              MR. PEACOCK:  Af?

24              MR. HOOVER:  Af.

25              MR. PEACOCK:  May I voir dire briefly?
```

```
 1              THE COURT:  About af?

 2              MR. PEACOCK:  Yes.

 3              THE COURT:  Okay.

 4    BY MR. PEACOCK:

 5    Q.  Sergeant, is af taken in the same condition and

 6    circumstances as when you entered the room or taken after?

 7              MR. PEACOCK:  Can we take down publishing to the jury

 8    and I will show him?

 9              THE COURT:  That is just for the witness?

10              MR. PEACOCK:  I'm sorry?

11              THE WITNESS:  Could you repeat the question?

12    BY MR. PEACOCK:

13    Q.  Sure.  As you look at the exhibit, is that picture taken

14    under the same circumstances and in the same condition as when

15    you entered the room, or is that taken after the search is

16    conducted?

17    A.  So, there are two sets of photos taken, a set taken prior

18    to the execution of the warrant, and one taken when we are

19    DXXXX.

20    Q.  Right.

21    A.  I couldn't tell you offhand that this one is taken

22    initially or after.

23    Q.  So, you don't remember whether it is accurate or not at

24    what time?

25    A.  If I looked at maybe all of the photos at once and tried to
```

```
 1    put together a time line of when they were taken, I might be
 2    able to tell you.  But I wouldn't know --
 3           MR. PEACOCK:  May I talk with the Government, your
 4    Honor?
 5           THE COURT:  Yes.
 6           MR. HOOVER:  Government moves to admit af.
 7           THE COURT:  Any objection?
 8           MR. PEACOCK:  No, ma'am.
 9           THE COURT:  We can do it with 9, but with other
10    exhibits, I ask you to do this in advance because this is
11    taking a lot of time.
12           MR. PEACOCK:  Your Honor, there are a couple like this
13    where we don't know exactly when they were taken in the course
14    of the investigation.
15           THE COURT:  Okay.  With this set or any future
16    composite exhibits, try to pull out the ones there is a
17    question about.  If there is an agreement on most of them, it
18    would be easier to move them in and allow a flow of the
19    questioning as opposed to pausing with each one.  This may be a
20    particularly long one.
21           MR. HOOVER:  I am moving to move them all in based on
22    the witness' testimony that he reviewed them and they are
23    reflections of what he observed that night.
24           THE COURT:  Any in particular you want to hold back so
25    counsel can question the witness without seeking to move each
```

 1   one individually?

 2        *MR. PEACOCK:*  We are only talking about number 9.

 3        *THE COURT:*  9aa through dc, except for 9ar, bt, by

 4   through cb, as I understand it.

 5        *MR. HOOVER:*  Correct.

 6        *MR. PEACOCK:*  There are a couple we do maintain

 7   objections to, your Honor.  We can approach sidebar if the

 8   Court wants.

 9        *THE COURT:*  No, that is okay.  Do you know which ones

10   they are?

11        *MR. PEACOCK:*  We can't say all of them with certainty.

12        *THE COURT:*  We will proceed this way with this one.

13   For the future, work it out in advance so we can take them up

14   outside the jury's hearing so we can move them all in and only

15   take up those that there is not an agreement.

16        *MS. McCREA:*  Your Honor, may we approach without

17   discussing this in front of the jury?

18        *THE COURT:*  At the next break we will take it up in

19   terms of procedure.  You left off at 9af.

20        *MR. HOOVER:*  The next one is 9ag.

21        *THE COURT:*  9ag, any objection from the Defense?

22        *MR. PEACOCK:*  No objection.

23        *THE COURT:*  9ag admitted without objection.

24      (Whereupon Government's Exhibit 9ag was marked for

25        evidence.)

```
 1              MR. HOOVER:  Permission to publish.

 2              THE COURT:  You may publish when I admit it.

 3  BY MR. HOOVER:

 4  Q.  Sergeant Lisboa, are we in the same bedroom?

 5  A.  The same bedroom, moving to the back of the bedroom.

 6              MR. HOOVER:  Move to admit ah.

 7              MR. PEACOCK:  No objection.

 8              THE COURT:  Admitted without objection.

 9         (Whereupon Government's Exhibit 9ah was marked for

10         evidence.)

11  BY MR. HOOVER:

12  Q.  Same room?

13  A.  Yes.

14              MR. HOOVER:  I move to admit ai.

15              MR. PEACOCK:  No objection.

16              THE COURT:  Admitted without objection.

17         (Whereupon Government's Exhibit 9ai was marked for

18         evidence.)

19  BY MR. HOOVER:

20  Q.  Same room?

21  A.  Yes.

22              MR. HOOVER:  Move to admit aj.

23              MR. PEACOCK:  No objection.

24              THE COURT:  Admitted without objection.

25         (Whereupon Government Exhibit 9aj was marked for
```

```
 1          evidence.)
 2     BY MR. HOOVER:
 3     Q.  Same room?
 4     A.  Same area.  This is the cabinet located in the same room,
 5     in the bathroom, in the same general area.
 6               MR. HOOVER:  Move to admit ak.
 7               MR. PEACOCK:  No objection.
 8               THE COURT:  Admitted without objection.
 9          (Whereupon Government Exhibit 9ak was marked for evidence.)
10     BY MR. HOOVER:
11     Q.  Tell us where this is.
12     A.  This section is -- it appears as if this is a section of
13     the screen enclosure.  There was a portion of a storage area
14     closed in to become an actual room.  This is through the
15     bedroom, through the bathroom, a door that accessed this room
16     here.
17               MR. HOOVER:  Move to admit bv.
18               MR. PEACOCK:  No objection.
19               THE COURT:  Admitted without objection.
20          (Whereupon Government Exhibit 9bv was marked for evidence.)
21     BY MR. HOOVER:
22     Q.  What is this item here on the shelf?
23     A.  A shotgun.
24     Q.  Where is this located?
25     A.  This is located in the bedroom you saw the pictures for.
```

1          MR. HOOVER:  Permission to approach the witness.

2          THE COURT:  Yes.

3          MR. HOOVER:  Showing Defense counsel what is marked

4   for ID purposes as Government Exhibit 27.

5          MR. PEACOCK:  No objection.

6          THE COURT:  No objection to 27 being admitted.

7          27 is admitted without objection.

8          (Whereupon Government Exhibit 27 was marked for evidence.)

9   BY MR. HOOVER

10  Q.  Sergeant Lisboa, can you tell me if you recognize this

11  item?

12  A.  Yes.

13  Q.  What are we looking at here?

14  A.  That is the same shotgun depicted in the photo.

15  Q.  Now, were you present when that shotgun was located and

16  recovered?

17  A.  Yes.

18  Q.  Who collected it?

19  A.  It was ultimately collected in PBSO by CSI Rangel.

20  Q.  This is how long guns are packaged by your department?

21  A.  Yes.

22  Q.  What happens when they go in that box; are they affixed in

23  any way?

24  A.  The gun is downloaded, which means make sure it is emptied

25  and put in place, and ziplocked to the box and stored.

1    *Q.*  When it is originally collected, is it sealed?

2    *A.*  Yes.

3    *Q.*  Why is it open now?

4    *A.*  For purposes of court, trial.

5            *MR. HOOVER:*  At this time the State -- excuse me, the

6    Government offers Government Exhibit 27.

7            *MR. PEACOCK:*  27A and B, your Honor, we don't object.

8            *THE COURT:*  27 was just admitted.  What is the next

9    one?

10           *MR. HOOVER:*  27 is the shotgun with the components.

11           *THE COURT:*  That was admitted.

12           *MR. HOOVER:*  Permission to publish.

13           *MR. PEACOCK:*  I'm sorry.

14           *THE COURT:*  Is there a problem?  27 you agreed to.

15           *MR. PEACOCK:*  No objection.  I didn't realize, I have

16   an older list from the Government.

17           *THE COURT:*  Okay.

18           *MR. HOOVER:*  Permission to publish 9bw.

19           *THE COURT:*  Any objection to 9bw?

20           *MR. PEACOCK:*  No, ma'am.

21           *THE COURT:*  Admitted without objection.

22        (Whereupon Government Exhibit 9bw was marked for evidence.)

23   *BY MR. HOOVER*:

24   *Q.*  Is this another shot of the same shotgun?

25   *A.*  Yes.

```
 1           MR. HOOVER:  Permission to publish 27 to the jury.

 2           THE COURT:  Any objection?

 3           MR. PEACOCK:  No, ma'am.

 4           THE COURT:  Okay, you may.

 5   BY MR. HOOVER:

 6   Q.  Now, these other bags, what do those contain?

 7   A.  Attachments to the gun, they would be removed when they are

 8   placed into evidence.

 9   Q.  Does that include the shotgun shells?

10   A.  Yes.

11           MR. HOOVER:  Permission to retrieve, Judge.

12           THE COURT:  Yes.

13           MR. HOOVER:  Permission to admit 9bx.

14           THE COURT:  Any objection?

15           MR. PEACOCK:  No objection.

16           THE COURT:  Admitted without objection.

17      (Whereupon Government Exhibit 9bx was marked for evidence.)

18   BY MR. HOOVER:

19   Q.  Is this in that same room?

20   A.  Yes, it is like a jewelry cabinet hanging on the wall.

21           MR. HOOVER:  Permission to publish 9cc.

22           MR. PEACOCK:  No objection.

23           THE COURT:  Admitted without objection.

24      (Whereupon Government Exhibit 9cc was marked for evidence.)

25
```

```
 1   BY MR. HOOVER:

 2   Q.  What room is this?

 3   A.  One of the additional bedrooms located on the other side of

 4   the house.  That is GXXXXXX RXXX' bedroom.

 5           MR. HOOVER:  Permission to publish 9cd.

 6           MR. PEACOCK:  No objection.

 7           THE COURT:  Admitted without objection.

 8           (Whereupon Government Exhibit 9cd was marked for

 9   evidence.)

10           MR. HOOVER:  Permission to admit 9dh.

11           THE COURT:  Any objection?

12           MR. PEACOCK:  May I, Judge?

13           THE COURT:  Yes.

14   BY MR. PEACOCK:

15   Q.  Do you know if this is before or after the search?

16   A.  This photo?

17           THE COURT:  Yes.

18           MR. PEACOCK:  The photo you are on, 9dh, I believe.

19           MR. HOOVER:  This photograph.

20           THE WITNESS:  9dh, no.  It would be the same, unless I

21   could put the photos together in their totality, I wouldn't

22   know whether it was prior to the search or after the search.  I

23   know it was from the night of the search warrant.

24           MR. PEACOCK:  I don't have an objection.

25           THE COURT:  9dh admitted without objection.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              (Whereupon Government Exhibit 9dh was marked for
 2    evidence.)
 3    BY MR. HOOVER:
 4    Q.   Is this the same, GXXXXXX' room?
 5    A.   Yes.
 6    Q.   Was there a bed or mattress in that room?
 7    A.   There was not.
 8              MR. HOOVER:  Permission to publish 9al.
 9              THE COURT:  I thought that was admitted.  No, it has
10    not been admitted yet.  Any objection to al?
11              MR. PEACOCK:  No, ma'am.
12              THE COURT:  Admitted without objection.
13              (Whereupon Government Exhibit 9al was marked for
14    evidence.)
15    BY MR. HOOVER:
16    Q.   Which room is this?
17    A.   This is the rear view of the Defendant's mother's room,
18    Dorothy.
19              MR. HOOVER:  Permission to admit and publish 9am.
20              THE COURT:  Any objection?
21              MR. PEACOCK:  No, ma'am.
22              THE COURT:  I'll admit 9am.
23          (Whereupon Government Exhibit 9am was marked for evidence.)
24    BY MR. HOOVER:
25    Q.   Is that the same room?
```

```
 1   A.  Yes, that is a closet in that room.

 2           MR. HOOVER:  Move to admit 9an and publish.

 3           MR. PEACOCK:  No objection.

 4           THE COURT:  Admitted without objection.

 5           (Whereupon Government Exhibit 9an was marked for

 6   evidence.)

 7   BY MR. HOOVER:

 8   Q.  Where are we now?

 9   A.  In the garage.

10           MR. HOOVER:  Move to admit 9ao.

11           MR. PEACOCK:  No objection.

12           THE COURT:  Admitted without objection.

13         (Whereupon Government Exhibit 9ao was marked for evidence.)

14   BY MR. HOOVER:

15   Q.  Is this one of the vehicles in the garage?

16   A.  Yes, it is.

17           MR. HOOVER:  Move to add might ap.

18           MR. PEACOCK:  No objection.

19           THE COURT:  Admitted without objection.

20           (Whereupon Government Exhibit 9ap was marked for

21   evidence.)

22   BY MR. HOOVER:

23   Q.  Is this a different vehicle in the garage?

24   A.  Yes.

25           MR. HOOVER:  Move to admit aq.
```

```
 1              MR. PEACOCK:  No objection.

 2              THE COURT:  In without objection.

 3          (Whereupon Government Exhibit 9aq was marked for evidence.)

 4              MR. HOOVER:  Move to admit 9bq.

 5              MR. PEACOCK:  No objection.

 6              THE COURT:  Admitted without objection.

 7          (Whereupon Government Exhibit 9bq was marked for evidence.)

 8   BY MR. HOOVER:

 9   Q.  What room is this?

10   A.  This is the Defendant's bedroom.

11   Q.  The back area, is that the sitting area you were talking

12   about earlier?

13   A.  Yes.

14              MR. HOOVER:  I move to admit cy.

15              MR. PEACOCK:  No objection.

16              THE COURT:  Admitted without objection.

17          (Whereupon Government Exhibit 9cy was marked for evidence.)

18   BY MR. HOOVER:

19   Q.  What are we looking at here?

20   A.  Looks like we are -- we are still in the Defendant's

21   bedroom, this is a different perspective showing the closet

22   area and bathroom.

23   Q.  Is this part of the master suite?

24   A.  Yes.

25              MR. HOOVER:  I move to admit cz.
```

```
1              MR. PEACOCK:  No objection.

2              THE COURT:  Admitted without objection.

3          (Whereupon Government Exhibit 9cz was marked for evidence.)

4   BY MR. HOOVER:

5   Q.  What are we looking at here?

6   A.  This is the master bedroom, master suite.

7              MR. HOOVER:  Move to admit da.

8              MR. PEACOCK:  No objection.

9              THE COURT:  Admitted without objection.

10         (Whereupon Government Exhibit 9da was marked for evidence.)

11  BY MR. HOOVER:

12  Q.  Still in the master suite?

13  A.  Yes.

14             MR. HOOVER:  Move to admit 9b.

15             THE COURT:  Any objection?  There is a ba and bb.

16             MR. HOOVER:  9db.

17             THE COURT:  9db admitted without objection.

18             MR. HOOVER:  9dc.

19             THE COURT:  Any objection?

20             MR. PEACOCK:  No, ma'am.

21             THE COURT:  Admitted without objection.

22             (Whereupon Government Exhibits 9db and 9dc were marked

23  for evidence.)

24  BY MR. HOOVER:

25  Q.  Is this the sitting area?
```

Pauline A. Stipes, Official Federal Reporter

1    *A.*  Yes, in the master suite.

2    *Q.*  Is this -- this black thing over the window, do you know

3    what those are?

4    *A.*  They may be blackout curtains, usually it is to keep the

5    light out.

6              *MR. HOOVER:*  Move to admit 9ch.

7              *THE COURT:*  Any objection?

8              *MR. PEACOCK:*  No, ma'am.

9              *THE COURT:*  Admitted without objection.

10        (Whereupon Government Exhibit 9ch was marked for evidence.)

11   *BY MR. HOOVER:*

12   *Q.*  Is that one of the master vanities?

13   *A.*  Yes, located in the master bath.

14   *Q.*  How many were there?

15   *A.*  Two, one to the left and one to the right.

16             *MR. HOOVER:*  I move to admit ci.

17             *MR. PEACOCK:*  No objection.

18             *THE COURT:*  Admitted without objection.

19        (Whereupon Government Exhibit 9ci was marked for evidence.)

20             *MR. HOOVER:*  Move to admit 9aa.

21             *THE COURT:*  Any objection?

22             *MR. PEACOCK:*  No, ma'am.

23             *THE COURT:*  Admitted without objection.

24        (Whereupon Government Exhibit 9aa was marked for evidence.)

25

1    *BY MR. HOOVER:*

2    *Q.*  What are we looking at here?

3    *A.*  A picture of the Defendant's closet.

4            MR. HOOVER:  Move to admit 9ab.

5            MR. PEACOCK:  No objection.

6            THE COURT:  Admitted without objection.

7        (Whereupon Government Exhibit 9ab was marked for evidence.)

8    *BY MR. HOOVER:*

9    *Q.*  Where is this?

10   *A.*  As soon as you walk into the master suite there is a desk

11   area.

12           MR. HOOVER:  I move to admit 9cg.

13           MR. PEACOCK:  No objection.

14           THE COURT:  Admitted without objection.

15       (Whereupon Government Exhibit 9cg was marked for evidence.)

16   *BY MR. HOOVER:*

17   *Q.*  What are we looking at here?

18   *A.*  This is a picture of the closet in the master suite.

19   *Q.*  Now, let's talk about the office area.

20       You said previously when you entered the office it was

21   locked; is that right?

22   *A.*  Yes.

23   *Q.*  Were you able to gain entry into the office?

24   *A.*  Yes.

25           MR. HOOVER:  Judge, I publish what has been already

1    admitted as cx.

2    BY MR. HOOVER:

3    Q.  Is this the room we are talking about?

4    A.  Yes.

5         MR. HOOVER:  Judge, I am going to request to publish

6    the remaining photographs, most of them are of the office, as a

7    group, rather than one by one at this time.

8         THE COURT:  Any objection?

9         MR. PEACOCK:  We do have objections to some of them,

10   your Honor.

11        MR. HOOVER:  Would it be all right if we approached

12   sidebar and hash those out?

13        THE COURT:  Yes.

14        (Proceedings at sidebar.)

15        THE COURT:  What is the problem?  What is going on?

16        MR. HOOVER:  Judge, we are halfway through the

17   photographs, and I'd rather, if there are objections, we get

18   them out now.

19        THE COURT:  Yes.  Pull the ones objected to and put

20   them off to the side.  The Court should have been able to make

21   a ruling before trial on ones that are objected to.

22        MS. McCREA:  The ones we know are objected to relate

23   to previous litigation in the case.  I can give you an exhibit,

24   9ay --

25        THE COURT:  Have you told the Government this already

Pauline A. Stipes, Official Federal Reporter

1    or are they hearing this for the first time?

2            MS. McCREA:  This was litigated pretrial, that

3    evidence related to CR should not be coming in at this trial.

4    If they moved these in bulk, and we didn't object when they

5    moved 9ay into evidence, we would have been waiving our

6    objection.

7            MR. HOOVER:  9ay and az contain photographs of a birth

8    certificate, photograph, and passport of Crystal -- CR.  They

9    are intertwined exhibits.

10           MS. McCREA:  We have to object --

11           THE COURT:  If there are exhibits you are objecting

12   to, tell me what the objection is.  If the Court made a ruling

13   already, this would preserve it.  Have you identified which

14   ones are consistent with the objections you made for 404?

15           MS. McCREA:  No, not in their entirety.  My concern

16   is, when you deal with the photographs that are taken of

17   papers, there might be -- the paper might be visible in the

18   background.  Even though it is not the subject of the photo, it

19   might be visible in the background.

20           I am not sure if Mr. Peacock was thinking whoever

21   presented these photos would present the context of them.

22           The Government is saying these are photos that came

23   from the house.  I don't think we are required to agree that is

24   a sufficient foundation to move each of these individual

25   exhibits in.

1          THE COURT:  If the witness testified that they are

2    true and accurate, what was seen at the time the photographs

3    were taken, what other basis is there other than the ones you

4    already made under 404?

5          MS. McCREA:  I think it is a relevance issue, and just

6    in general, for the witness to testify this is a fair and

7    accurate showing of whatever was shown when the photograph was

8    taken doesn't mean that it is relevant when the photograph was

9    taken.

10          If this witness is able to say this is what was taken

11   after the search or not after the search, that is what Mr.

12   Peacock was --

13          THE COURT:  I am allowing the voir dire.

14          Let's put aside the ones that are objected to so we

15   can focus on those.  There is a showing to the witness,

16   response, it is taking a lot of time.  I would have thought

17   there would have been a review of the exhibits in advance and

18   you put aside the ones that are objected to.

19          I am not objecting to you making an objection.  I

20   think to go through this exercise with each and every exhibit

21   is more time consuming.

22          MR. PEACOCK:  May I speak with Ms. McCrae for a

23   moment?

24          THE COURT:  Yes.

25          (Pause.)

```
 1              Counsel, we have to move along.

 2              MR. PEACOCK:  Judge, we are trying to streamline this

 3    as much as possible.  We do feel it is important to voice an

 4    objection to the Crystal RXXXXXXXX documents.

 5              THE COURT:  Any ones you want to make an objection to,

 6    have you separated them out yet?

 7              MR. PEACOCK:  I thought the issue had been broached,

 8    we already raised it with the Court, Crystal RXXXXXXXX

 9    matters --

10              THE COURT:  But as to particular exhibits.

11              MR. PEACOCK:  Those are the two I am concerned about.

12              MS. McCREA:  9bg.

13              THE COURT:  Do you have a notebook?

14              MS. McCREA:  We have a digital thumb drive.

15              MR. HOOVER:  Identification card of TXXXX LXX, health

16    benefit card of RXXXXXXXX, ID cards of RXXXXXXXX, and

17    Defendant's driver's license.  We have the photographs.

18              THE COURT:  Show them the photographs, please.

19              (Pause.)

20              THE COURT:  So, which exhibits are being objected to?

21              MS. McCREA:  9ay.

22              THE COURT:  Can you show me ay?  What is the basis for

23    ay?  Is there a ruling the Court made that can preclude that

24    from coming in?

25              MS. McCREA:  No, we are preserving, we did not want
```

```
 1   the evidence at trial.  We would be objecting to this.
 2          THE COURT:  9ay is noted, and overruled, consistent
 3   with the Court's prior ruling.
 4          MR. PEACOCK:  I would ask all of these be admitted
 5   subject to relevancy in the record.
 6          THE COURT:  I am not going to have a record that is
 7   objecting to everything.
 8          MR. PEACOCK:  Well, a lot of these identification
 9   issues --
10          THE COURT:  We will proceed exhibit by exhibit the way
11   we are doing it.  We will get here at 7:30 tomorrow morning to
12   go over all of the exhibits.
13          I am not going to have a record where I am going to
14   admit everything subject to an objection not given to me.
15          I don't think this inures to anyone's benefit in front
16   of the jury, but I don't see any other way.
17          MR. PEACOCK:  We only have two that we identified.
18          THE COURT:  You said you don't object to the other
19   ones.  You don't need to.  So, it is ay and az?
20          MS. McCREA:  9az.
21          MR. HOOVER:  Related to Government Exhibit 61, which
22   are the documents in the photograph.
23          THE COURT:  I think Defense feels they are being put
24   into a situation.  We are going to do it exhibit by exhibit,
25   and we will do it differently tomorrow.
```

 1            MR. SCHILLER:  We gave them these digitally labeled.

 2            THE COURT:  I am not going to be put in a position

 3     where Defense feels they may be pressured into waiving

 4     objections, that is not what I want.  I want a smoother process

 5     tomorrow.

 6            Any objection you have, make it, relevancy or anything

 7     else.  All objections are to be made and all preserved.

 8            MS. McCREA:  Will the Court -- excuse me, I apologize.

 9     Will the Court allow this to be our objection to 9ay and az or

10     do we need to object at that time?

11            THE COURT:  If you are comfortable with the objection,

12     and if the objection is based on prior argument that the Court

13     has overruled, you don't have to make it, I will preserve it.

14            9ay and az are admitted.

15            (Sidebar concluded.)

16            THE COURT:  9ay and az are admitted over objection.

17     All right.  Counsel may continue.

18         (Whereupon Government Exhibits 9ay and 9az were marked

19          for evidence.)

20            MR. HOOVER:  Move to admit 9dd.

21            MR. PEACOCK:  No objection, your Honor.

22     BY MR. HOOVER:

23     Q.  This is another view of the office?

24            THE COURT:  I am sorry, I want to catch up.  The last

25     one was dd?

```
 1              MR. HOOVER:  Yes.

 2              THE COURT:  That is admitted without objection.  Okay.

 3    Proceed.

 4              (Whereupon Government Exhibit 9dd was marked for

 5    evidence.)

 6              MR. HOOVER:  Move to admit 9de.

 7              MR. PEACOCK:  No objection.

 8              THE COURT:  9de is admitted without objection.

 9          (Whereupon Government Exhibit 9de was marked for evidence.)

10    BY MR. HOOVER:

11    Q.  This is also the office?

12    A.  It is.

13              MR. PEACOCK:  In case I didn't hear correctly, it was

14    not 9be?

15              MR. HOOVER:  De.

16              THE COURT:  De.

17              MR. PEACOCK:  No objection.

18              THE COURT:  That is admitted without objection.

19              MR. HOOVER:  Now we have df.

20              MR. PEACOCK:  No objection.

21              THE COURT:  Admitted without objection.

22              (Whereupon Government Exhibit 9df was marked for

23    evidence.)

24    BY MR. HOOVER:

25    Q.  What are we looking at here?
```

1   *A.*  This is located inside the office, a safe.

2           *MR. HOOVER:*  Move to admit 9dj.

3           *MR. PEACOCK:*  No objection.

4           *THE COURT:*  9dj is in without objection.

5       (Whereupon Government Exhibit 9dj was marked for evidence.)

6   *BY MR. HOOVER:*

7   *Q.*  Is that also the safe?

8   *A.*  That is the safe to the left.

9   *Q.*  What is this item on the floor?

10  *A.*  A bandoleer of shotgun shells.

11  *Q.*  What is a bandoleer?

12  *A.*  Like a sash you can wear across your body that holds

13  ammunition.

14          *MR. HOOVER:*  Move to admit 9as.

15          *MR. PEACOCK:*  No objection.

16          *THE COURT:*  9as admitted without objection.

17      (Whereupon Government Exhibit 9as was marked for evidence.)

18  *BY MR. HOOVER:*

19  *Q.*  What are we looking at here?

20  *A.*  So, the safe we were just looking at had a cabinet above it

21  to the right, inside the office.

22  *Q.*  Can you tell me what this is?

23  *A.*  Yes, that is a taser.

24          *MR. HOOVER:*  Your Honor, may I approach the witness?

25          *THE COURT:*  Yes.

Pauline A. Stipes, Official Federal Reporter

```
 1            MR. HOOVER:  Showing Defense Exhibit 7.
 2            Your Honor, move to admit Exhibit 7.
 3            THE COURT:  Any objection.
 4            MR. PEACOCK:  No, ma'am.
 5            THE COURT:  7 admitted without objection.
 6        (Whereupon Government Exhibit 7 was marked for evidence.)
 7   BY MR. HOOVER:
 8   Q.  Could you tell me what I handed you?
 9   A.  The same taser that's in the photo.
10   Q.  Can you tell me, is there something written on the side of
11   it?
12   A.  Yes.
13   Q.  What does it say?
14   A.  "Police".
15            MR. HOOVER:  Permission to publish to the jury, Judge,
16   Government Exhibit 7.
17            THE COURT:  Yes.
18            MR. HOOVER:  Move to admit 9at.
19            MR. PEACOCK:  No objection, your Honor.
20            THE COURT:  Admitted without objection.
21        (Whereupon Government Exhibit 9at was marked for evidence.)
22   BY MR. HOOVER:
23   Q.  Is this a close-in view?
24   A.  Yes, the end cabinet in the lower left corner.
25   Q.  What are these items here?
```

1    A.  Additional ammunition.

2            MR. HOOVER:  For the record, showing Defense counsel

3    what is marked Government Exhibit 29.

4            Your Honor, at this time the state -- Government

5    offers for admission Government Exhibit 29.

6            THE COURT:  Any objection?

7            MR. PEACOCK:  No, ma'am.

8            THE COURT:  Admitted without objection.

9         (Whereupon Government Exhibit 29 was marked for evidence.)

10   BY MR. HOOVER:

11   Q.  Would you tell us what these are?

12   A.  The same ammunition in the photo, shotgun shells and

13   rifle --

14   Q.  Is this the same stuff as in the picture?

15   A.  Yes.

16           MR. HOOVER:  I reserve publishing.  The Government

17   moves to admit 9au.

18           MR. PEACOCK:  I have a brief question on that, your

19   Honor.

20           THE COURT:  Okay.

21   BY MR. PEACOCK:

22   Q.  Sergeant, you don't have the previous photo there, do you?

23           MR. HOOVER:  As.

24           MR. PEACOCK:  I believe at.

25           MR. HOOVER:  This one?

1    BY MR. PEACOCK:

2    Q.  Yes.  As you look at that, do you see the ID on the photo?

3    A.  Yes.

4    Q.  Would you look at au.  Au, that ID has been posed for that

5    photo, correct?

6    A.  That ID was moved from its position and placed there for

7    photographing, yes.

8            MR. PEACOCK:  No objection.

9            THE COURT:  9au admitted without objection.

10        (Whereupon Government Exhibit 9au was marked for evidence.)

11           MR. HOOVER:  Move to admit 9av.

12   BY MR. PEACOCK:

13   Q.  Would your answer be the same in regard to 9av?

14   A.  Av is in front of me now, yes.  Your question, counselor.

15   Q.  That ID was also posed for the picture?

16   A.  Yes, moved from its original resting place and placed in

17   the photo.

18   Q.  It is different than in the original photo?

19   A.  Yes, it is moved for photographing.

20           MR. PEACOCK:  No objection.

21           THE COURT:  9av admitted without objection.

22        (Whereupon Government Exhibit 9av was marked for evidence.)

23   BY MR. HOOVER:

24   Q.  Is it the same for aw?

25   A.  Was the ID moved?

Pauline A. Stipes, Official Federal Reporter

1  *Q.  Yes.*

2  *A.  Yes.*

3      *MR. HOOVER:  I move aw.*

4      *MR. PEACOCK:  No objection.*

5      *THE COURT:  Admitted.*

6     (Whereupon Government Exhibit 9aw was marked for evidence.)

7      *MR. HOOVER:  We have au being published, av, and aw.*

8      Now, permission to approach the witness?

9      *THE COURT:  Yes.*

10     *MR. HOOVER:  Showing Defense counsel what is marked*

11 for ID purposes Government Exhibits 55, 58, and 59.

12     *THE COURT:  What are you showing, 55 through 59?*

13     *MR. HOOVER:  55, 58 and 59.  Is the Court ready?*

14     *THE COURT:  Yes.*

15     *MR. HOOVER:  At this time the Government moves to*

16 admit 55, 58, and 59.

17     *MR. PEACOCK:  No objection.*

18     *THE COURT:  55, 58, and 59 are admitted without*

19 objection.

20     (Whereupon Government Exhibits 55, 58, 59 were marked

21      for evidence.)

22 *BY MR. HOOVER:*

23 *Q.  Are these the actual documents, identifications, we went*

24 through in the other photographs?*

25 *A.  Yes.*

Pauline A. Stipes, Official Federal Reporter

```
 1              MR. HOOVER:  Reserve publishing, your Honor.

 2              THE COURT:  Yes.

 3              MR. HOOVER:  Move to admit 9ax.

 4              MR. PEACOCK:  No objection.

 5              THE COURT:  Admitted without objection.

 6         (Whereupon Government Exhibit 9ax was marked for evidence.)

 7    BY MR. HOOVER:

 8    Q.  Is this still in the office?

 9    A.  Still in the office.  When you come in, to the left, these

10    are the bookcases located there.

11              MR. HOOVER:  9ay and az are admitted into evidence?

12              THE COURT:  They are.

13    BY MR. HOOVER:

14    Q.  9ay, what are these documents?

15    A.  U.S. passport and Social Security card.

16    Q.  And if you can, please say without using the last name --

17              MR. HOOVER:  I will do it.  With the Court's

18    permission, may I lead here, Judge, based on the pretrial

19    rulings?

20              THE COURT:  May you what?

21              MR. HOOVER:  Ask a leading question so as not to say

22    the last name.

23              THE COURT:  Yes.

24    BY MR. HOOVER:

25    Q.  Are these documents for Crystal R?
```

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  Yes.

 2    Q.  Publishing az, is this a birth certificate for Crystal R?

 3    A.  Yes.

 4           MR. HOOVER:  May I approach the witness?

 5           THE COURT:  Yes.

 6           MR. HOOVER:  Showing Defense counsel 61a through c.

 7           THE COURT:  Did counsel speak about the actual

 8    documents redacting?

 9           Do you want to take the exhibit down off the screen.

10    It is admitted, but appropriate redactions need to be made

11    consistent with the Court's ruling.  We have to look back and

12    see.

13           MR. HOOVER:  The position we were in, that was going

14    to be DXXXX after the photographs had been shown, prior to the

15    evidence being submitted.

16           THE COURT:  That may have been.  I don't know that we

17    got that detailed.  I want to make sure everyone understands --

18           MR. PEACOCK:  We ask they be redacted before they are

19    published, your Honor.

20           THE COURT:  Do you have any more?

21           MR. HOOVER:  Just the actual documents themselves.  I

22    can admit them now.

23           MR. PEACOCK:  No objection.

24           MR. HOOVER:  Government moves in 61a through c.

25           MR. PEACOCK:  It is my understanding we have a
```

 1   standing objection to the previous exhibits.

 2        THE COURT:  Well, I don't want to get confused.  Let's

 3   start with -- what did counsel just -- what did you just say?

 4        MR. HOOVER:  61a through c, documents for Crystal R.

 5        THE COURT:  You sought to have them admitted?

 6        MR. HOOVER:  I thought you admitted them.

 7        MR. PEACOCK:  I will reserve an objection, if that is

 8   all right with you.

 9        THE COURT:  Okay.  They are admitted over objection,

10   and they will be subject to the redactions that we discussed

11   earlier.

12        All you did just now is show them.  I don't have them

13   marked admitted.  Now it is admitted.

14        MR. HOOVER:  I apologize.

15        (Whereupon Government Exhibits 61a - c were marked for

16        evidence.)

17        MR. HOOVER:  Government moves to admit 9bb.

18        MR. PEACOCK:  No objection, Judge.

19        THE COURT:  9bb, all right, admitted without

20   objection.

21        (Whereupon Government Exhibit 9bb was marked for evidence.)

22        MR. HOOVER:  Showing Defense counsel what is marked

23   for identification purposes as Government Exhibit 26.

24        THE COURT:  Is there any objection to 26?

25        MR. PEACOCK:  No, ma'am.

```
 1              THE COURT:  You are seeking to have 26 admitted?

 2              MR. HOOVER:  Yes.

 3              THE COURT:  It is admitted without objection, and you

 4    may approach.

 5         (Whereupon Government Exhibit 26 was marked for evidence.)

 6    BY MR. HOOVER:

 7    Q.   Sergeant, do you recognize this item?

 8    A.   Yes.

 9    Q.   What is it?

10    A.   An assault rifle recovered from the residence the night of

11    the search warrant.

12    Q.   If we look at 9bb, can you show us where that is on the

13    photograph?

14              MR. HOOVER:  Can we publish bb?

15              THE COURT:  Yes.

16    BY MR. HOOVER:

17    Q.   Can you show us where the firearm is?

18    A.   Yes. (Witness complying.)

19    Q.   Is this the barrel sticking out?

20    A.   Yes.  The previous picture showed two lounge chair, the

21    assault rifle was between the wall and the chair.

22    Q.   Now, there are two paper bags here, evidence bags.

23         What are contained within these items?  Are these within

24    Government Exhibit 26?

25    A.   Yes.
```

 1   Q.  What are these items?

 2   A.  So, it looks like a 30-round magazine with some ammo.  Do

 3   you want the exact number?

 4   Q.  No.

 5   A.  Okay.  And then the second item is a catch basin, catch

 6   basket for the rounds.

 7   Q.  What does that mean?

 8   A.  When you shoot a round it extracts the ammunition, and the

 9   basket will catch it for you so you don't leave it around.

10           MR. HOOVER:  Your Honor, permission to publish 26 to

11   the jury.

12           THE COURT:  Yes.

13           MR. HOOVER:  Showing Defense counsel Government

14   Exhibit 28 marked for identification purposes.

15           Your Honor, the Government moves to admit Government

16   Exhibit 28.

17           THE COURT:  Any objection?

18           MR. PEACOCK:  No objection.

19           THE COURT:  Government Exhibit 28 admitted without

20   objection.

21       (Whereupon Government Exhibit 28 was marked for evidence.)

22   BY MR. HOOVER:

23   Q.  Do you know what is inside these bags?

24   A.  Yes.

25   Q.  What are they?

1    *A.*  Two more magazines with ammunition.

2    *Q.*  What size magazines are these?  Tell me how many rounds

3    they hold.

4    *A.*  Can I open up the bag --

5    *Q.*  Yes.

6    *A.*  -- so I can confirm.

7         *MR. HOOVER:*  Your Honor, permission to publish the

8    magazine to the jury.

9         *THE COURT:*  Yes.

10   *BY MR. HOOVER:*

11   *Q.*  If you can hold that up?

12   *A.*  So, they look like 30-round magazines.

13   *Q.*  There are two of them in here?

14   *A.*  Two of them, yes.

15   *Q.*  Is this in addition to the ammunition contained in the

16   rifle itself?

17   *A.*  Yes.

18        *MR. HOOVER:*  Permission to publish 9bc.

19        *THE COURT:*  Are you seeking to have it admitted first?

20        *MR. HOOVER:*  Sorry, I move to admit 9bc.

21        *THE COURT:*  Any objection?

22        *MR. PEACOCK:*  No ma'am.

23        *THE COURT:*  Admitted without objection, and you may

24   publish.

25        (Whereupon Government Exhibit 9bc was marked for evidence.)

```
 1    BY MR. HOOVER:

 2    Q.  Can you tell us what this is?

 3    A.  We are inside the office, this is a notebook recovered from

 4    inside the office.

 5    Q.  What do we see on the notebook?

 6    A.  Various websites, some of them commonly run into during our

 7    investigations of sex trafficking.

 8            MR. HOOVER:  Permission to publish -- or admit 9bd.

 9            THE COURT:  Any objection?

10            MR. PEACOCK:  No, your Honor.  I was under the

11    impression that was admitted.

12            THE COURT:  9bd, no.  Admitted without objection.

13        (Whereupon Government Exhibit 9bd was marked for evidence.)

14    BY MR. HOOVER:

15    Q.  Is this a photograph of the bandoleer?

16    A.  Yes.

17            MR. HOOVER:  Showing the witness Government Exhibit

18    49.

19            At this time, the Government moves for admission of

20    Government Exhibit 49, the bandoleer.

21            MR. PEACOCK:  No objection.

22            THE COURT:  Admitted.

23        (Whereupon Government Exhibit 49 was marked for evidence.)

24    BY MR. HOOVER:

25    Q.  Is this the bandoleer?
```

```
 1    A.  Yes.

 2              MR. HOOVER:  Permission to publish to the jury.

 3              THE COURT:  Yes.

 4              MR. HOOVER:  Move to admit 9be.

 5              MR. PEACOCK:  No objection.

 6              THE COURT:  Admitted.

 7         (Whereupon Government Exhibit 9be was marked for evidence.)

 8              MR. HOOVER:  Showing 3a, 4a and 5aa.  The Government

 9    moves to admit 3a, 4a, and 5aa.

10              THE COURT:  3a, 4a, and 5aa all admitted without

11    objection.

12          (Whereupon Government Exhibits 3a, 4a, 5aa were marked

13            for evidence.)

14    BY MR. HOOVER:

15    Q.  Sergeant Lisboa, I am showing you three phones; are these

16    three of the five phones depicted in the photograph here?

17    A.  Yes.

18    Q.  And are we still in the cabinet here in the office?

19    A.  Yes, we are.

20              MR. HOOVER:  Permission to retrieve.

21              THE COURT:  Yes.

22              MR. HOOVER:  We'll reserve publishing.  Move to admit

23    9bd.

24              MR. PEACOCK:  No objection.

25              THE COURT:  Admitted without objection.
```

Pauline A. Stipes, Official Federal Reporter

```
 1            (Whereupon Government Exhibit 9bd was marked for evidence.)
 2   BY MR. HOOVER:
 3   Q.  Is this another page in the notebook found in the office?
 4   A.  Yes, it is.
 5   Q.  Do you know anything written about here, busted mug shots,
 6   arrested -- that kind of thing?
 7   A.  These are various websites we saw in our investigation.
 8   Q.  Let's talk about the safe.
 9            MR. HOOVER:  I move to admit 9bf.
10            MR. PEACOCK:  No objection.
11            THE COURT:  9bf admitted without objection.
12            (Whereupon Government Exhibit 9bf was marked for evidence.)
13   BY MR. HOOVER:
14   Q.  Is this the open safe?
15   A.  Yes.
16   Q.  When you went into the office, we have seen photographs
17   where the safe was closed, was that safe locked?
18   A.  Yes.
19   Q.  How did you get the combination for it?
20   A.  We communicated back to the defendant and he walked us
21   through.
22   Q.  Did he provide you with the combination to the safe?
23   A.  It was two part, you had a combination and utilized the
24   key.  He provided us with the combination for the safe, yes.
25   Q.  Okay.  And was that during the interview back at the FBI
```

1    building?

2    A.  Yes.

3    Q.  Was that after the Defendant was read his Miranda rights?

4    A.  Yes.

5           MR. HOOVER:  Showing Defense counsel what is marked

6    Government Exhibit 16.  Government moves to admit Government

7    Exhibit 16.

8           MR. PEACOCK:  No objection.

9           THE COURT:  Admitted without objection.

10       (Whereupon Government Exhibit 16 was marked for evidence.)

11   BY MR. HOOVER:

12   Q.  What are we looking at here?

13   A.  This is an old cell phone, you could see it in the photo,

14   it was in the top tray of the safe in the red bag.

15          MR. HOOVER:  Move to admit bg.

16          THE COURT:  9bg?

17          MR. HOOVER:  Yes, your Honor.

18          MR. PEACOCK:  No objection.

19          THE COURT:  Admitted without objection.

20       (Whereupon Government Exhibit 9bg was marked for evidence.)

21   BY MR. HOOVER:

22   Q.  What are we looking at here?

23   A.  These were various identification, credit cards removed

24   from the safe and put on the floor for photographing.

25   Q.  So this is not how they were originally found?

1    *A.*  No, sir.

2    *Q.*  They were removed from the safe?

3    *A.*  Yes.

4         *MR. HOOVER:*  Showing Defense counsel Government

5    Exhibit 57.  Government moves to admit 57, the identification

6    card of TXXXX LXX.

7         *THE COURT:*  Any objection?

8         *MR. PEACOCK:*  No, ma'am.

9         *THE COURT:*  Admitted without objection.

10        (Whereupon Government Exhibit 57 was marked for evidence.)

11   *BY MR. HOOVER*:

12   *Q.*  Is this item one of the cards we see in the photograph?

13   *A.*  Yes, it is.

14        *MR. HOOVER:*  Showing Defense counsel what is marked as

15   Government Exhibits 63a through j.

16        *THE COURT:*  Is this another one subject to redaction?

17        *MR. HOOVER:*  No, your Honor.

18        *MR. PEACOCK:*  No objection.

19        *MR. HOOVER:*  Government moves to admit 63a through j.

20        *THE COURT:*  Okay, wait a minute.  I am sorry, the one

21   you just had was 63a through j?

22        *MR. HOOVER:*  Yes.

23        *THE COURT:*  That is admitted without objection.

24      *(Whereupon Government Exhibits 63a – j were marked for*

25   *evidence.)*

```
 1    BY MR. HOOVER:

 2    Q.  Sergeant Lisboa, if you could take a look at those items,

 3    are those documents involving DXXXXXX RXXXXXXXX?

 4    A.  Yes.

 5    Q.  Are two of those items driver's licenses we see over here?

 6    A.  Yes.

 7              MR. HOOVER:  Permission to admit 9dk.

 8              MR. PEACOCK:  No objection.

 9              THE COURT:  Admitted without objection.

10         (Whereupon Government Exhibit 9dk was marked for evidence.)

11    BY MR. HOOVER:

12    Q.  Are these more of the documents such as Social Security

13    card and birth certificate?

14    A.  Yes, sir.

15              MR. HOOVER:  I move to admit 9bi.

16              THE COURT:  B or D?

17              MR. HOOVER:  Bi.

18              MR. PEACOCK:  No objection.

19              THE COURT:  Admitted without objection.

20         (Whereupon Government Exhibit 9bi was marked for evidence.)

21    BY MR. HOOVER:

22    Q.  Tell us what this is.

23    A.  Another one of the documents with a Social Security card.

24              MR. HOOVER:  I move to admit 9bj.

25              MR. PEACOCK:  No objection.
```

```
 1              THE COURT:  Admitted without objection.
 2         (Whereupon Government Exhibit 9bj was marked for evidence.)
 3    BY MR. HOOVER:
 4    Q.  Is that a different birth certificate?
 5    A.  Yes.
 6              MR. HOOVER:  I move to admit 9bk.
 7              MR. PEACOCK:  No objection.
 8              THE COURT:  Admitted without objection.
 9         (Whereupon Government Exhibit 9bk was marked for evidence.)
10    BY MR. HOOVER:
11    Q.  That is a different birth certificate?
12    A.  Yes, it is.
13    Q.  Now, is there a passport in the exhibits I handed to you?
14    A.  Yes.
15              MR. HOOVER:  Permission to retrieve.
16              THE COURT:  Yes.
17    BY MR. HOOVER:
18    Q.  So, all these are personal ID documents for DXXXXXX
19    RXXXXXXXX found in the safe; is that right?
20    A.  Yes.
21              MR. HOOVER:  Permission to publish -- excuse me, admit
22    9bh.
23              MR. PEACOCK:  No objection.
24              THE COURT:  Admitted without objection.
25         (Whereupon Government Exhibit 9bh was marked for evidence.)
```

```
 1    BY MR. HOOVER:

 2    Q.   What are we looking at here?

 3    A.   A U.S. passport for RXXXXXX CXX.

 4           MR. HOOVER:  Move to admit 9bn.

 5           MR. PEACOCK:  No objection.

 6           THE COURT:  Admitted without objection.

 7        (Whereupon Government Exhibit 9bn was marked for evidence.)

 8    BY MR. HOOVER:

 9    Q.   Is this a different passport for the same person?

10    A.   Yes, this is an additional passport.

11    Q.   A little older?

12    A.   Yes.

13           MR. HOOVER:  I am showing Defense counsel Government

14    Exhibits 62a through c.

15           Judge, the Government moves to admit 62a through c,

16    documents for RXXXXXX CXX.

17           MR. PEACOCK:  No objection.

18           THE COURT:  Admitted without objection.

19        (Whereupon Government Exhibits 62a – c were marked for

20        evidence.)

21    BY MR. HOOVER:

22    Q.   Now, this exhibit I just handed you, are these passport,

23    Social Security card and learner's permit for RXXXXXX CXX?

24    A.   Yes, the passport in the photo right now and two

25    photocopies of the Social Security card.
```

1    Q.  The passport you saw a minute ago and the current Social

2    Security card, were they in the safe?

3    A.  Yes.

4    Q.  What happened to those?

5    A.  They were returned to RXXXXXX.

6    Q.  Why?

7    A.  For everyday use.

8            MR. HOOVER:  I move to admit 9bo.

9            MR. PEACOCK:  No objection.

10           THE COURT:  9bo admitted without objection.

11        (Whereupon Government Exhibit 9bo was marked for evidence.)

12   BY MR. HOOVER:

13   Q.  We have a collection of cell phones here?

14   A.  Yes.

15   Q.  Were these located in the safe?

16   A.  Yes.

17           MR. HOOVER:  Judge, I am showing defense counsel

18   Exhibits 17, 18, 19, all with the letter a.

19           MR. PEACOCK:  No objection.

20           THE COURT:  17, 18, 19 are admitted without objection.

21   Which 17?

22           MR. HOOVER:  17a, 18a, 19a.

23           THE COURT:  17a, 18a and 19a are all admitted without

24   objection.

25        (Whereupon Government Exhibits 17a, 18a, 19a were marked

```
 1              for evidence.)

 2    BY MR. HOOVER:

 3    Q.   Were these found in the same location?

 4    A.   Yes.

 5    Q.   One of them has tape on there.  What is that about?

 6    A.   The battery cover kept falling off, so we had to put a

 7    piece of tape on it.

 8              MR. HOOVER:  Move to admit 9bl.

 9              MR. PEACOCK:  No objection.

10              THE COURT:  9bl is admitted without objection.

11         (Whereupon Government Exhibit 9bl was marked for evidence.)

12    BY MR. HOOVER:

13    Q.   Was that in the safe with the items taken out?

14    A.   Yes.

15              MR. HOOVER:  Move to admit 9bm.

16              MR. PEACOCK:  No objection.

17              THE COURT:  Admitted without objection.

18         (Whereupon Government Exhibit 9bm was marked for evidence.)

19    BY MR. HOOVER:

20    Q.   What are we looking at here?

21    A.   That was the bag when the safe was first opened.

22    Q.   Is there cash in that bag?

23    A.   Yes.

24              MR. HOOVER:  Move to admit 9bp.

25              MR. PEACOCK:  No objection.
```

```
 1              THE COURT:  Admitted without objection.
 2         (Whereupon Government Exhibit 9bp was marked for evidence.)
 3   BY MR. HOOVER:
 4   Q.  Sergeant Lisboa, were you there when the money was counted?
 5   A.  Yes.
 6   Q.  You don't have to give us to the cent figure, but
 7   approximately how much money was located in the safe?
 8   A.  11 to $12,000.
 9              MR. HOOVER:  May I approach the witness?
10              THE COURT:  Yes.
11              MR. HOOVER:  Showing Defense counsel Government
12   Exhibit 56.  Government moves to admit Exhibit 56.
13              MR. PEACOCK:  No objection, your Honor.
14              THE COURT:  Admitted without objection.
15         (Whereupon Government Exhibit 56 was marked for evidence.)
16   BY MR. HOOVER:
17   Q.  Can you tell us what this is, and you can say the name?
18   A.  A birth certificate for DXXXX LXXXXX.
19   Q.  Can you tell us where that was located?
20   A.  It was pursuant to the search warrant in the office.
21   Q.  Okay.
22              MR. HOOVER:  Permission -- move to admit 9cf.
23         We are going to move out of the office now into some
24   of the other areas.  Cf.
25              MR. PEACOCK:  No objection.
```

1          *THE COURT:*  Admitted without objection.

2       *(Whereupon Government Exhibit 9cf was marked for evidence.)*

3    *BY MR. HOOVER:*

4    *Q.*  Is this the kitchen?

5    *A.*  Yes, it is.

6          *MR. HOOVER:*  Showing Defense counsel what is marked

7    Government Exhibit aa.

8          *MR. PEACOCK:*  No objection.

9          *THE COURT:*  Admitted without objection.

10       (Whereupon Government Exhibit 9aa was marked for evidence.)

11   *BY MR. HOOVER:*

12   *Q.*  Is this one of the cell phones we see on the counter here?

13   *A.*  Yes.  Yes, it is the cell phone located to the lower left.

14         *MR. HOOVER:*  Move to admit 9ac.

15         *MR. PEACOCK:*  No objection.

16         *THE COURT:*  Admitted without objection.

17       *(Whereupon Government Exhibit 9ac was marked for evidence.)*

18   *BY MR. HOOVER:*

19   *Q.*  What are we looking at here?

20   *A.*  This is the back living room, media room.  There is a large

21   counter where there were multiple computers.

22   *Q.*  Were there phones in there?

23   *A.*  Yes.

24         *MR. HOOVER:*  Showing Defense counsel what is marked as

25   Government Exhibit 13a.  Government moves to admit 13a.

```
 1              MR. PEACOCK:  No objection.

 2              THE COURT:  13a admitted without objection.

 3          (Whereupon Government Exhibit 13a was marked for evidence.)

 4   BY MR. HOOVER:

 5   Q.  Is this one of the cell phones recovered in the media desk?

 6   A.  Yes.

 7              MR. HOOVER:  Judge, I have a binder marked 36, and I'm

 8   showing Defense counsel the first item, 36a, pages one and two.

 9              Government moves to admit 36a.

10              MR. PEACOCK:  One and two, no objection.

11              THE COURT:  36a, is that the entirety of 36a?

12              MR. HOOVER:  Two photographs, pages one and two.

13              THE COURT:  No objection?

14              MR. PEACOCK:  No.

15          (Whereupon Government Exhibit 36 a was marked for

16   evidence.)

17   BY MR. HOOVER:

18   Q.  If we go back to 9ac, there is a computer tower right here?

19   A.  Yes.

20   Q.  Was that collected and placed into evidence?

21   A.  Yes, it was.

22   Q.  And is this a photograph of that tower?

23   A.  Yes, it is.

24   Q.  Okay.  For the record, the Government is publishing 36a at

25   this point.
```

```
1        After the search warrant, were RXXXXXX CXX and GXXXXXX
2   LXXXX able to come back to the home to collect their
3   belongings?
4   A.   Yes.
5   Q.   Were they photographed?
6   A.   Yes.
7             MR. HOOVER:   I move to admit 9cj, ck, cl, and cm.
8             MR. PEACOCK:   No objection.
9             THE COURT:   9cj, ck, cl, and cm are all admitted.
10       (Whereupon Government Exhibits 9cj, ck, cl, cm were marked
11   for evidence.)
12            MR. HOOVER:   Yes.   Publishing ck.
13   BY MR. HOOVER:
14   Q.   What is this?
15   A.   That is a photograph of her right hand where she had a
16   tattoo.
17   Q.   Is the word "Orlando" one of the Defendant's middle names?
18   A.   Yes.
19   Q.   Publishing 9cl, who is this?
20   A.   A photograph of RXXXXXX.
21   Q.   Publishing 9cm, do you see a tattoo on her back?
22   A.   Yes.
23   Q.   Did either of these women stay at the residence that night?
24   A.   No.
25   Q.   When they left, did either one take a vehicle?
```

Pauline A. Stipes, Official Federal Reporter

```
1    A.   Yes.

2    Q.   Who is that?

3    A.   RXXXXXX took the vehicle with her.

4    Q.   Which one?

5    A.   The Lexus.

6    Q.   Why?

7    A.   It was registered to her.

8    Q.   After this, you said earlier after the Honda van was taken

9    into -- sealed and taken to the pound lot, you were going to

10   get a search warrant.  Did you obtain a search warrant?

11   A.   Yes.

12   Q.   Did you search that vehicle on December 5, 2017?

13   A.   Yes.

14   Q.   Were you present for the search?

15   A.   Yes.

16   Q.   Were you present for the photographing?

17   A.   Yes.

18            MR. HOOVER:  The Government moves to admit 11a through

19   g.

20            THE COURT:  Any objection?

21            MR. PEACOCK:  No, ma'am.

22            THE COURT:  11a through g are admitted without

23   objection.

24       (Whereupon Government Exhibits 11a - 11g were marked for

25   evidence.)
```

1    BY MR. HOOVER:

2    Q.  Are these photographs taken that day?

3    A.  Yes.

4    Q.  Again, were there many more photographs taken of that

5    vehicle?

6    A.  Yes.

7    Q.  You said previously that the night of the stop you saw a

8    cell phone in the center console?

9    A.  I did.

10   Q.  Was that cell phone still there when the search warrant was

11   issued?

12   A.  Yes, it was.

13        MR. HOOVER:  I am showing Defense counsel Government

14   Exhibit 1a.  Government moves to admit 1a, a cell phone from

15   the vehicle.

16        MR. PEACOCK:  No objection.

17        THE COURT:  Admitted without objection.

18      (Whereupon Government Exhibit 1a was marked for evidence.)

19   BY MR. HOOVER:

20   Q.  On the back of the cell phone there is some black stuff on

21   it.  What is that?

22   A.  That could be fingerprint powder which was processed for

23   DNA swabbing.

24   Q.  The Government is going to publish 11a.

25        Is this the vehicle?

1    A.  Yes.

2    Q.  Now, when you say you sealed the vehicle prior to the

3    search, this evidence tape over here, is that what you are

4    talking about?

5    A.  Yes.

6    Q.  Were all the doors sealed that way?

7    A.  Yes.

8         MR. HOOVER:  Permission to publish 11b already in

9    evidence.

10        THE COURT:  Yes.

11   BY MR. HOOVER:

12   Q.  Is this the license plate for that vehicle?

13   A.  Yes, it is.

14        MR. HOOVER:  Permission to publish 11c.

15        THE COURT:  Yes.

16   BY MR. HOOVER:

17   Q.  Is that the phone we just admitted, 1a?

18   A.  Yes, right here in the center console.

19   Q.  Did you collect these items?

20   A.  No.

21   Q.  Who collected them?

22   A.  The CSI investigator.

23        MR. HOOVER:  I ask permission to publish the remainder

24   of the exhibits -- sorry, remainder of Government Exhibit 11.

25        MR. PEACOCK:  No objection.

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Yes, through g?

 2              MR. HOOVER:  Yes.

 3    BY MR. HOOVER:

 4    Q.  11d, is this the inside of the driver's door?

 5    A.  Yes.

 6    Q.  What is 11e?

 7    A.  11e are items that were located in the driver's side door

 8    that were just placed on the armrest for photographing.

 9    Q.  Sir, can you show us where the items were before they were

10    placed in this location?

11    A.  There are two pockets, one pocket here and another pocket

12    here.  The items were removed from the pockets and placed there

13    on the armrest for photographing.

14              MR. HOOVER:  Showing the Defendant Government Exhibit

15    68.  Judge, we move to admit Government Exhibit 68.

16              MR. PEACOCK:  No objection.

17              THE COURT:  68 admitted without objection.

18       (Whereupon Government Exhibit 68 was marked for evidence.)

19    BY MR. HOOVER:

20    Q.  What is this thing?

21    A.  A monocular.

22    Q.  What is a monocular?

23    A.  A tool to observe at a distance.

24    Q.  Is this a binocular?

25    A.  This is a part of it.
```

```
1              MR. HOOVER:  Permission to publish.

2              THE COURT:  Yes.

3    BY MR. HOOVER:

4    Q.  This was inside the driver's side door?

5    A.  Yes.

6    Q.  What is this thing?

7    A.  A retractable baton, or extendable baton.

8              MR. HOOVER:  Showing Defense counsel what is marked

9    Government Exhibit 53.

10             MR. PEACOCK:  No objection, your Honor.

11             THE COURT:  53 is admitted without objection.

12         (Whereupon Government Exhibit 53 was marked for evidence.)

13   BY MR. HOOVER:

14   Q.  Is this the item you actually found in the vehicle?

15   A.  Yes, it is.

16   Q.  When you say retractable, what do you mean?

17   A.  Extendable, retractable, in order to utilize the tool

18   properly you have to expand it, and then you retract it so you

19   can store it.

20             MR. HOOVER:  May the witness demonstrate how this

21   works?

22             THE COURT:  Yes.

23             MR. HOOVER:  Can he step from the witness stand?

24             MR. PEACOCK:  I object to the demonstration.  There is

25   no allegation that it was used.  It was in a car stopped.
```

```
1              THE COURT:  Respond.
2              MR. HOOVER:  Judge, there will be.
3              THE COURT:  I will overrule.
4    BY MR. HOOVER:
5    Q.  Go ahead.
6    A.  Most police officers carry it on their tool belt.  In order
7    to utilize it properly you extend it all the way, and when you
8    are DXXXX, you retract it on a hard surface.  I don't know what
9    is underneath here.
10   Q.  All right.  On May 17, 2018, did the task force conduct a
11   followup search of the Defendant's residence?
12   A.  Yes.
13   Q.  On that date, did you have a seizure warrant for one of the
14   vehicles?
15   A.  Yes.
16   Q.  Was Dorothy Williams -- who is Dorothy Williams?
17   A.  The Defendant's mom.
18   Q.  Did you ask her consent to search the residence?
19   A.  Yes.
20   Q.  Did she provide consent?
21   A.  Yes.
22   Q.  Did you collect items you did not collect the first time?
23   A.  Yes.
24   Q.  Why?
25   A.  It was a lot of evidence, we collected all the evidence we
```

1    found at that time.

2    Q.  Were you present for the search and evidence collection?

3    A.  Yes.

4           MR. HOOVER:  Showing to Defense counsel Exhibits 12a

5    through p.  Your Honor, at this time the Government moves for

6    admission Exhibits a through p, with the exception of 12b and

7    12e.

8           THE COURT:  You are not seeking to have b or e

9    admitted?

10          MR. HOOVER:  Correct, your Honor.

11          THE COURT:  No objection to a through p?

12          MR. HOOVER:  Yes.

13          THE COURT:  Everything else is admitted except 12b and

14   e of the 12 series.

15      (Whereupon Government Exhibits 12a, 12c, 12d, 12f - p were

16   marked for evidence.)

17          MR. HOOVER:  Your Honor, before we move on, I forgot

18   to publish two of the photographs from the search.  Permission

19   to publish 11f and 11g.

20          THE COURT:  All right.

21   BY MR. HOOVER:

22   Q.  Is this the rear of the vehicle looking in?

23   A.  Yes.

24   Q.  So, let's go to the additional photographs taken the day

25   of.

1        Was this search in the daytime now?

2    A.   The second search?

3    Q.   Yes.

4    A.   Yes.

5    Q.   Okay.  The Government is publishing 12a.  Is this one of

6    the vehicles remaining in the garage?

7    A.   Yes.

8              MR. HOOVER:  Your Honor, may I publish the rest of the

9    exhibits?

10             THE COURT:  Yes.

11   BY MR. HOOVER:

12   Q.   Publishing 12b.  We saw a -- excuse me, this -- I'm sorry.

13   This is 9ax again.  This is the same photograph we went over in

14   the first search?

15   A.   The original search warrant, yes.

16   Q.   12c, is this the same area in the office taken at the

17   second search?

18   A.   Yes.

19   Q.   Is that book still there?

20   A.   Yes.

21   Q.   12c, is that the same book?

22   A.   Yes.

23   Q.   What is the title?

24   A.   40 Laws of Power.

25             MR. HOOVER:  I am showing Defense counsel Exhibit 74.

```
 1              THE COURT:  Any objection to 74?

 2              MR. PEACOCK:  I do object to relevance.

 3              THE COURT:  Response.

 4              MR. HOOVER:  Judge, several witnesses are going to

 5   testify about this book specifically.

 6              MR. PEACOCK:  Your Honor, if the Government is going

 7   to go into detail, I would suggest we go to sidebar.

 8              THE COURT:  Other witnesses will testify to this?

 9              MR. HOOVER:  I can explain.

10              THE COURT:  You don't need to do that in front of the

11   jury.  I will admit Exhibit 74 over objection.

12          (Whereupon Government Exhibit 74 was marked for evidence.)

13   BY MR. HOOVER:

14   Q.  12f.  Now, earlier there was a computer monitor there?

15   A.  Yes.

16   Q.  Was that right?

17   A.  Yes.

18   Q.  Was that seized in the first search warrant?

19   A.  Yes.

20   Q.  We have the same location, is this the same bedroom?

21   A.  This is the desk in the same bedroom, right.

22   Q.  Publishing 12f and -- kind of hard to see.  What is this?

23   A.  A Social Security card.

24   Q.  Publishing 12g, is this a closeup of those cards?

25   A.  Yes.
```

```
 1   Q.  And you previously stated it looks like they were removed
 2   for photographing; is that right?
 3   A.  Yes.
 4   Q.  Okay.
 5           MR. HOOVER:  Showing Defense counsel what is marked
 6   for ID purposes Government Exhibit 75.
 7           MR. PEACOCK:  No objection, your Honor.
 8           MR. HOOVER:  Government moves to admit 75.
 9           THE COURT:  Admitted without objection.
10       (Whereupon Government Exhibit 75 was marked for evidence.)
11   BY MR. HOOVER:
12   Q.  Are these the Social Security cards we see on that desk?
13   A.  Yes, they are.
14   Q.  In whose name are they?
15   A.  DXXXX LXXXXX.
16   Q.  And this was on the desk in the Defendant's bedroom; is
17   that right?
18   A.  Yes, it is.
19   Q.  Publishing 12h.
20       Now, this is again the photograph of the master bathroom,
21   right, one of the vanities?
22   A.  One of the vanities, correct.
23   Q.  Publishing 12i.
24       What are we looking at here?
25   A.  The top view of the vanity with a couple of ID's and
```

Pauline A. Stipes, Official Federal Reporter

1    various paperwork.

2    *Q.*  Publishing 12j.

3        Are these handcuffs?

4    *A.*  Yes, inside the door in the vanity.

5    *Q.*  Publishing 12k.

6        What do we see here?

7    *A.*  An identification card for DXXXX LXXXXX, and a credit card

8    for Dorothy Williams.

9        *MR. HOOVER:*  I am showing Defense counsel Government

10   Exhibits 76 and 77 for ID purposes.

11       Government moves to admit Government Exhibits 77 and

12   76.

13       *MR. PEACOCK:*  No objection.

14       *THE COURT:*  Admitted without objection.

15      *(Whereupon Government Exhibits 76, 77 were marked for*

16   *evidence.)*

17   BY *MR. HOOVER*:

18   *Q.*  Sergeant Lisboa, is this the handcuffs, driver's license,

19   and ID card we saw in the last photographs?

20   *A.*  Yes.

21   *Q.*  Can you tell me what the date of issue is for the DXXXX

22   LXXXXX ID card?

23   *A.*  7/19/2008.

24       *MR. HOOVER:*  Permission to retrieve?

25       *THE COURT:*  Yes.  Now, everything admitted into

Pauline A. Stipes, Official Federal Reporter

```
 1    evidence we will have to have up front eventually so it can go
 2    back to the jury.
 3              MR. HOOVER:  Yes, your Honor.
 4              Publishing 12l and 12m.
 5    BY MR. HOOVER:
 6    Q.  We have a bag of devices here?
 7    A.  Yes, sir.
 8    Q.  If I can bring your attention to 12i -- excuse me, 12l.
 9        Is this in the master vanity?
10    A.  Yes.
11    Q.  We see this bag of devices.  Is that exactly how they lay
12    when you all located them?
13    A.  No.
14    Q.  Where was it?
15    A.  They were pushed in back of the vanity out of immediate
16    sight.
17    Q.  When you looked down, you could see it and so you pulled
18    them out to take this photograph?
19    A.  Yes.
20    Q.  12m, are these the photographs displayed out?
21    A.  Yes, they were in the bag.
22    Q.  Showing you Government Exhibits 6a, 25a, 42a, and 48a.
23              MR. HOOVER:  Move to admit 6a, 25a, 42a, and 48a.
24              MR. PEACOCK:  No objection.
25              THE COURT:  All right.  Those are all admitted, 6a,
```

Pauline A. Stipes, Official Federal Reporter

1    25a, 42a, and 48a.

2         (Whereupon Government Exhibits 6a, 25a, 42a, 48a were

3         marked for evidence.)

4    *BY MR. HOOVER:*

5    *Q.*  Government Exhibit 6a, is that an extender hard drive?

6    *A.*  Yes, it is.

7    *Q.*  Are the remainder of those devices cell phones located in

8    these bags?

9    *A.*  Yes.

10        *MR. HOOVER:*  Showing Defense counsel what is marked

11   for ID purposes Government Exhibit 73.

12   *BY MR. HOOVER:*

13   *Q.*  Sergeant Lisboa, showing you 73.  Take a look at that.

14   *A.*  Yes.

15   *Q.*  What is that?

16   *A.*  A pair of pliers.

17   *Q.*  Were these pliers located in the residence during the

18   second search warrant?

19   *A.*  Yes, they were.

20        *MR. PEACOCK:*  No objection.

21        *THE COURT:*  Admitted without objection.

22     *(Whereupon Government Exhibit 73 was marked for evidence.)*

23        *MR. HOOVER:*  Permission to retrieve.

24        *THE COURT:*  Yes.

25        *MR. HOOVER:*  Permission to publish to the jury.

1                 *THE COURT:*  Yes.

2     *BY MR. HOOVER*:

3     *Q.*  A couple of other photographs, publishing 12n as in

4     November.

5         Is that the backyard pool?

6     *A.*  That is the pool located under the screen enclosure.

7     *Q.*  12o?

8     *A.*  That is the screen enclosure from the west side of the

9     house.

10    *Q.*  Is this in the backyard?

11    *A.*  Far back property line facing the backyard.

12    *Q.*  12p, is this a photograph of a bag with what looks like

13    hair accessories and safety pins?

14    *A.*  Yes, taken from one of the vanities and placed there to be

15    photographed.

16              *MR. HOOVER:*  Your Honor, may I have a moment?

17              *THE COURT:*  Yes.

18              *MR. HOOVER:*  The Government does not have any further

19    questions at this time.

20              *THE COURT:*  Okay.  What is going to be the nature, if

21    any, of cross-examination?

22              *MR. PEACOCK:*  I am sorry?

23              *THE COURT:*  What will be the nature of

24    cross-examination?  Approximately how much time do you

25    anticipate?  I'm trying to determine if we should take a quick

1    break.

2              MR. PEACOCK:  15 minutes.

3              THE COURT:  Counsel thinks it might be 15 minutes.

4              We will take a break right now.

5              Ladies and gentlemen, we will be in break for 15

6    minutes.  It is five minutes after 5:00.  We will be back at

7    about 5:20, with the same instruction not to discuss the case,

8    not to do any research, have any interaction with anyone.

9              And again, the witness is not to discuss his testimony

10   with anyone.  You still remain under oath.  Thank you.

11             (Thereupon, the jury exits the courtroom.)

12             THE COURT:  Do you have your next witness, Ryan

13   O'Neil, here?

14             MR. SCHILLER:  Yes, Judge.

15             THE COURT:  Are you anticipating 30 minutes on direct?

16             MR. SCHILLER:  It was, we hope to finish his direct.

17             THE COURT:  You are planning on doing his direct

18   today?

19             MR. SCHILLER:  We could.

20             MR. HOOVER:  The following witness, can we turn him

21   loose?  He is Mr. Hardy.

22             THE COURT:  Can we wait and see?

23             MR. HOOVER:  Yes.

24             THE COURT:  As long as we have gone this far.  It

25   could be 6:30?

1          MR. SCHILLER:  We were assuming 6:30.  If it is

2     earlier, fine.

3          THE COURT:  Counsel, over the break, why don't you

4     coordinate with one another.  If there are exhibits that are

5     going to be continued to introduce in the manner we have with

6     this witness or following witnesses, please see if as much can

7     be worked out now so you can let me know from the get-go which

8     exhibits have been agreed to and we move them in.

9          MR. SCHILLER:  Thanks, Judge.

10       *(Thereupon, a short recess was taken.)*

11          THE COURT:  Okay, we can bring our jury in.

12       *(Thereupon, the jury returns to the courtroom.)*

13          THE COURT:  Welcome back, everyone.

14          You may proceed with cross-examination of the witness

15     at this time.

16                         **CROSS-EXAMINATION**

17     *BY MR. PEACOCK*:

18     *Q.*  Sergeant Lisboa, good afternoon.

19     *A.*  Good afternoon, sir.

20     *Q.*  I want to take you back to the beginning of your testimony

21     when you were reciting for the jury your participation and your

22     part in the investigating of sex trafficking.  Do you recall?

23     *A.*  Yes, sir.

24     *Q.*  I noticed one of the first things you said was your squad

25     recovered the victim?

1    *A.*  I am not sure I used the terminology "recover".  It was a

2    question asked of me.  I answered the question.

3    *Q.*  Is there a reason you used the term "recover" with the

4    alleged victim?

5    *A.*  I don't know that I used that word, that was a question

6    asked of me.  As part of the terminology, you typically use the

7    term "recovering a victim."

8    *Q.*  Okay.  In this case, the victim came to you, right?

9    *A.*  Which victim?

10   *Q.*  RXXXXXX CXX came to law enforcement?

11   *A.*  She contacted law enforcement, correct.

12   *Q.*  You didn't recover her, she stepped up and came to law

13   enforcement, correct?

14   *A.*  Yes, but in a sense, it is still recovery.

15   *Q.*  Okay.  That is a term of art that you use, in other words?

16   *A.*  Common terminology.

17   *Q.*  When I use the term "recover", I use it in something that

18   was lost.

19   *A.*  Correct.

20   *Q.*  These weren't lost people, these are people who reported a

21   crime to you, correct?

22        *MR. HOOVER:*  Objection, relevance, speculation.

23        *THE COURT:*  You have two parts of the question.  Can

24   you break it down?

25

1    *BY MR. PEACOCK:*

2    Q.  These people weren't lost, were they?

3    A.  Depending on the question.

4    Q.  They were reported missing?

5    A.  No, sir.

6    Q.  The reason it came to your attention is because RXXXXXX CXX

7    brought it to your attention, correct?

8    A.  Yes, sir.

9    Q.  Now, hopefully I will do this correct.  I want to refer you

10   to Government Exhibit 27.  Let me go back to the picture of 27.

11       Two 27 is the actual firearm, correct?

12   A.  I believe so.

13   Q.  So, maybe it is -- 9 is the picture.  Here we go.  9 is the

14   picture of that shotgun, correct?

15   A.  Yes, sir.

16   Q.  That is in the same condition as we found it, correct?

17   A.  Not as it is laid.

18   Q.  The condition of the firearm is the same?

19   A.  Of the firearm itself?  Yes, sir.

20   Q.  Those are shotgun shells on the outside of the gun?

21   A.  Yes.

22   Q.  Those could go in the gun and could be fired from the gun?

23   A.  Yes.

24   Q.  Do you know if there were any rounds inside the gun?

25   A.  I don't know if -- I wasn't the one who cleared the weapon,

1    so I can't say for sure.

2    Q.  So this -- let me put it over here so you can see.  This is

3    what was on the shelf, correct?

4    A.  Yes, sir, minus the attachment you see here.

5    Q.  I will get to that.  Those shells would have been attached

6    right along here by the receiver, correct?

7    A.  I believe the other side of the firearm.

8    Q.  The other side?

9    A.  Yes, sir.

10   Q.  Okay.  And that was found in which bedroom?

11   A.  That was in the closet in RXXXXXX bedroom.

12   Q.  Whose?

13   A.  RXXXXXX bedroom.

14   Q.  So, RXXXXXX CXX had a shotgun, a short handled shotgun in

15   her closet with shells attached to it?

16   A.  Yes.  The shotgun you are holding was in her bedroom, yes.

17   Q.  And these bags in the box, those are the shotgun shells,

18   the shell holder that we talked about, correct?

19   A.  Yes.

20   Q.  And, of course, that gun has been disabled, right?

21   A.  Yes, sir -- well, it is secure.

22   Q.  It has a thing to prevent it from loading and firing?

23   A.  As it is tied right now through the portion of the gun,

24   yes.

25   Q.  And the reason you disable it is because when you found it,

Pauline A. Stipes, Official Federal Reporter

1   it was potentially dangerous, correct?

2   A.  Potentially.

3   Q.  All right.  Now, you identified a photograph of a jewelry

4   case.  Do you recall doing that?

5   A.  Yes, I believe so.

6   Q.  And whose jewelry case was that, do you know?  Where was

7   that found?

8   A.  I believe the photo I looked at was a white jewelry case

9   hanging from the wall in RXXXXXX bedroom.

10  Q.  That was also in RXXXXXX CXX bedroom?

11  A.  Yes.

12  Q.  Did you infer that was hers as well?

13  A.  The jewelry case?

14  Q.  Yes.

15  A.  Yes.

16  Q.  And the jewelry was in it, right?

17  A.  Sure.

18  Q.  Now, that bedroom was full of possessions, correct?

19  A.  It was.

20  Q.  In fact, the picture we saw had them loaded up on the bed?

21  A.  Yes, various items of clothing.

22  Q.  It didn't look like anybody was sleeping on that bed, did

23  it?

24  A.  From the photo, it doesn't appear so.

25  Q.  It looks like somebody is packing up and getting ready to

1   go, doesn't it?

2           MR. HOOVER:  Objection, calls for speculation.

3           THE COURT:  Rephrase.

4   BY MR. PEACOCK:

5   Q.  Well, there were items on the bed packed up and ready to

6   go?

7           MR. HOOVER:  Objection, calls for speculation, ready

8   to go and packed up.

9           THE COURT:  He can ask the witness what his

10  observation was.

11  BY MR. PEACOCK:

12  Q.  What was your observation?

13  A.  There were items on the bed.  I couldn't articulate.

14  Q.  It was covered from side to side, wasn't it?

15  A.  Yes, from the photo.

16  Q.  Now, did RXXXXXX CXX know that you were going to go there

17  and search?

18  A.  I don't understand.  At what point?

19  Q.  At the time you went and searched, did RXXXXXX CXX know you

20  were going to go there and search the house?

21  A.  I wasn't with RXXXXXX at the FBI field office, I don't know

22  what information she was privy to.

23  Q.  If you don't know, that is fine.

24      Now, we saw a photograph of a taser, and I think you

25  indicate that it had written "police" on there, correct?

1   A.  Yes, sir.

2   Q.  Is that like any taser you ever used as a police officer?

3   A.  Me, myself, no.

4   Q.  That is not an official issue for your department, is it?

5   A.  For the Sheriff's Office, no.

6   Q.  That is an item that can be commonly bought off the

7   internet, correct?

8   A.  I am not aware of purchasing an item like that on the

9   internet.

10  Q.  Have you seen an item such as that at an Army Navy store,

11  that type of thing?

12  A.  I couldn't tell you the last time I was at the Army Navy

13  store.  I don't shop there.

14  Q.  Is it illegal to have that?

15  A.  A taser?

16  Q.  Yes.

17  A.  In your residence, no.

18  Q.  It is also a flashlight; is that right?

19  A.  I didn't play with the item too much to tell you exactly

20  what it does.

21      I believe it did have function buttons on it.  I am not

22  sure if it was a flashlight with a taser.

23  Q.  Did you see it in operation?

24  A.  Yes.

25  Q.  It emits a big light?

```
 1   A.   A big light like a flashlight or --

 2   Q.   There is a big light that flashes when it is used?

 3   A.   I can't speak firsthand.

 4   Q.   Did you see it?

 5   A.   I don't remember.  I don't remember seeing a light.  It

 6   could be I wasn't paying attention to the light.

 7   Q.   You didn't get tased, did you?

 8   A.   No, sir.

 9   Q.   That would be beyond the call of duty?

10   A.   Yes, for sure.

11   Q.   Okay.  Now, you showed us a photograph from the office

12   where the -- there were a bunch of ID's, remember, and they

13   were stacked to the left and put out singly and taken pictures

14   of.  Do you remember that in the cabinet?

15   A.   Yes.

16   Q.   Those ID's, when you originally found them, were stacked

17   over in the cabinet?

18   A.   Yes.

19   Q.   Were they locked up?

20   A.   The cabinet?

21   Q.   Yes.

22   A.   I don't believe the white cabinet had a lock on it.

23   Q.   It was a kitchen cabinet?

24   A.   Yes, storage.

25   Q.   You agree with me anybody in the house could have access to
```

1   the ID's?

2   A.  As long as they had access to the rooms.

3   Q.  They weren't in the safe locked up?

4   A.  They were not, no.  Those items weren't.

5   Q.  Now, we also saw a rifle.  It is a 223 caliber rifle,

6   correct?

7   A.  Yes.

8   Q.  Now, according to the best of your information, is that

9   illegal to have?

10  A.  No.

11  Q.  Okay.  And the clips that you identified, those are legal

12  to purchase as well?

13  A.  Yes.

14  Q.  You talked about the safe that was in the office.  That was

15  locked initially, correct?

16  A.  It was.

17  Q.  And you relayed a message to Mr. Williams.  Where was that,

18  at FBI headquarters?

19  A.  He was being interviewed at the FBI field office.

20  Q.  The field office, downtown West Palm?

21  A.  Yes, sir.

22  Q.  It was related to him that the safe was locked, and he gave

23  you the combination, correct?

24  A.  Yes, sir.

25  Q.  Okay.  He did that voluntarily?

1   A.   Yes.

2   Q.   You didn't force him to do that?

3   A.   No, sir.

4   Q.   He knew that you were going to go in the safe and look

5   through it, correct?

6   A.   I would assume, yes.

7   Q.   All right.  Now, that night, you said that neither RXXXXXX

8   or GXXXXXX spent it in the house and did they leave together?

9   A.   Yes.

10  Q.   They left in the Lexus?

11  A.   I don't recall.

12  Q.   I thought you testified that RXXXXXX left in the Lexus

13  automobile in the garage?

14  A.   I did say that the vehicle was turned over to her.  I don't

15  remember if they were in the same vehicle, but everybody left

16  at the same time.  There were other people there assisting them

17  getting items out of the house.

18  Q.   We are pretty sure RXXXXXX took the Lexus, aren't we?

19  A.   Excuse me?

20  Q.   We are pretty sure RXXXXXX took the Lexus?

21  A.   Yes, it was registered to her.

22  Q.   It was her car, wasn't it?

23  A.   From the registration, yes.

24  Q.   What model Lexus was that?

25  A.   I don't recall.

```
 1   Q.  Do you know, was it one of the bigger ones?
 2   A.  I am not a car person, sorry.
 3   Q.  Okay.  Do you know if she took items from her bedroom there
 4   at the house?
 5   A.  Yes.
 6   Q.  And what other items did she take?
 7   A.  Various personal effects, clothing, jewelry, things that
 8   were in the bathroom, like in the vanity.
 9   Q.  Did she -- did they have pets in the house?
10   A.  Birds, I believe.
11   Q.  What happened to them?
12   A.  They were ultimately returned to RXXXXXX.
13   Q.  She took the birds as well?
14   A.  Yes, wasn't the night of.  She communicated with the
15   Defendant's mother, and arrangements were made the next day to
16   retrieve the birds from the house.
17   Q.  What kind of birds?  What did they look like?
18   A.  They had wings.  I am not a bird -- a big bird and a couple
19   of small birds.
20   Q.  All right.
21   A.  Sorry.
22   Q.  They were domestic birds, right?
23   A.  Domestic birds, sure.
24   Q.  All right.  Fair enough.
25        In Government Exhibit 11g, you were shown a picture of the
```

1    inside of the van that Mr. Williams was driving.  Were you at

2    the scene?

3    A.  So, the scene when that photo was taken?

4    Q.  Yes.

5    A.  Or the scene when he was driving the van?

6    Q.  At the scene when the photo was taken.

7    A.  Yes.  11g showing what perspective?

8    Q.  The view from the back of the van.

9    A.  From the back hatch?

10   Q.  Yes.

11   A.  No.

12   Q.  Did you take the photo?

13   A.  No.

14   Q.  But you were there?

15   A.  Yes.

16   Q.  We saw the items on the door of the van, that photo had

17   been put up there to be photographed?

18   A.  Yes.

19   Q.  Had the items been moved at the time you took the

20   photographs?

21   A.  The search, again, is systematic, as the items were

22   searched at the door, they would be placed for photographing

23   and whatever might be relevant would be photographed

24   accordingly.  If it couldn't be viewed from where it laid, it

25   would be put so you could see it in the photo.

1    Q.  The items weren't necessarily there when you stopped the

2    van?

3    A.  No.  Specifically the door, no, they came out of the door

4    pockets.  You have to ask me about individual items.

5    Q.  The items in the door.

6    A.  The monocular and --

7    Q.  Those were taken out of the door?

8    A.  Yes.

9    Q.  Nobody was driving with those on the armrest?

10   A.  I don't believe so.  That is not where we found them.

11   Q.  At the time Mr. Williams was taken into custody, was he

12   searched?

13   A.  I am sure there was an initial pat-down when they first

14   took him into custody, put him in the patrol car.  You have to

15   ask the agents.

16   Q.  Do you know if there were any weapons located on his

17   person?

18   A.  I don't believe so.

19   Q.  Do you know if any contraband was located on his person,

20   like drugs or anything else that would have been illegal?

21   A.  I don't believe so.

22   Q.  Were there any drugs locate inside the van?

23   A.  I don't recall.

24   Q.  Were there drugs located in the house?

25   A.  I believe there was a marijuana pipe located in the rear --

Pauline A. Stipes, Official Federal Reporter

1    I don't know what they call it, that closed screened-in section

2    of the back bedroom.

3    Q.  Were there any drugs located in RXXXXXX CXX bedroom?

4    A.  Her bedroom, no.

5         MR. PEACOCK:  If I may approach.

6         THE COURT:  Yes.

7    BY MR. PEACOCK:

8    Q.  I show you what is marked Defendant's 1 for identification

9    purposes.  Do you recognize that photograph?

10   A.  Um-m-m, yes, it appears to be that back section that I

11   previously mentioned to you with the marijuana pipe.

12   Q.  Without telling us what is in it, how do you recognize it?

13   A.  I remember seeing that back -- this is the room where there

14   were boxes and boxes of shoes, and this was off to the side, a

15   little rack or shelves or something and I remember someone

16   pointing this out.

17   Q.  Did you see those items that night that are in that

18   picture?

19   A.  Yes.

20        MR. PEACOCK:  Your Honor, I move Defendant's 1 out of

21   order.  I realize it is not our case in chief, if the Court

22   would allow me to, I would move it in.

23        THE COURT:  Do I have an exhibit list for you?

24        MR. PEACOCK:  No, your Honor.  I didn't realize that

25   we were going to move this forward.

 1              *MR. HOOVER:*  No objection.

 2              *THE COURT:*  Well, I will need an exhibit list to mark

 3      it.

 4              So, what exactly is Defense exhibit -- if you could

 5      bring the exhibit list tomorrow with this and any other

 6      exhibits that will be admitted.

 7              How are you going to describe this?

 8              *MR. PEACOCK:*  A photograph containing marijuana and a

 9      pipe.

10              *THE COURT:*  Defense Exhibit 1 admitted without

11      objection.  That is fine.

12          *(Whereupon Defense Exhibit 1 was marked for evidence.)*

13              *MR. PEACOCK:*  May I publish, your Honor?

14              *THE COURT:*   Yes.

15      BY MR. PEACOCK:

16      *Q.*  Detective Lisboa, while the jury is looking at the

17      photograph, would you tell us where this was found?

18      *A.*  The best way to describe it is a portion of the screen --

19      or an outer porch area that was enclosed, and this went off of

20      Rosanna's bedroom, off the bathroom, and a separate door that

21      connected to the separate screened enclosure that was enclosed

22      to be made part of another room.

23      *Q.*  Thank you.  Thank you, sir.

24      *A.*  Thank you.

25              *THE COURT:*  Does that complete the cross-examination?

```
 1              MR. PEACOCK:  Yes, ma'am.

 2              THE COURT:  Any redirect?

 3              MR. HOOVER:  Briefly.

 4                      REDIRECT EXAMINATION

 5    BY MR. HOOVER:

 6    Q.  The Defense attorney asked you about a driver's license and

 7    cabinet, was that inside the office?

 8    A.  Yes.

 9    Q.  And that office was locked?

10    A.  Yes.

11    Q.  When Ms. CXX left, did she take any of the 11 or $12,000

12    that was in the safe?

13    A.  No.

14              THE COURT:  Thank you very much.  The Government may

15    call your next witness.

16              MR. SCHILLER:  The Government calls forensic examiner

17    Brian O'Neil.

18              THE COURT:  Are there are exhibits with this witness?

19              MR. SCHILLER:  We have --

20              THE COURT:  Have you gone over them?

21              MR. SCHILLER:  Counsel has identified which ones she

22    is objecting to.  We will handle those, there aren't the

23    majority.

24              THE COURT:  Okay.

25                  BRIAN O'NEIL, GOVERNMENT'S WITNESS, SWORN
```

 1              *THE COURTROOM DEPUTY:*  If you could state your full

 2      name and spell your last name for the court reporter, please.

 3              *THE WITNESS:*  Brian O'Neil, O, apostrophe, N-E-I-L.

 4                          **DIRECT EXAMINATION**

 5      *BY MR. SCHILLER*:

 6      *Q.*  Good almost evening, Mr. O'Neil.

 7      *A.*  Good evening.

 8      *Q.*  How are you?

 9      *A.*  Good.

10      *Q.*  Could you please let the ladies and gentlemen of the jury

11      know who you for work?

12      *A.*  I am a senior computer forensic examiner with the Federal

13      Bureau of Investigation.

14      *Q.*  How long have you had that position?

15      *A.*  I have been a senior examiner for a year.  Prior to that, I

16      was a forensic examiner for the previous seven years.

17      *Q.*  What is the difference between being an examiner and now

18      your current title as senior examiner?

19      *A.*  Additional training, additional written test, a research

20      paper, an advanced certification within the FBI.

21      *Q.*  How long have you been a forensic examiner with the FBI?

22      *A.*  Eight years total.

23      *Q.*  Since 2010?

24      *A.*  Correct.

25      *Q.*  Did you have police or law enforcement experience before

1  that?

2  A.  I was a police officer for ten years before that with

3  various police departments.

4  Q.  In the midst of those police department jobs, did you work

5  in the private sector?

6  A.  Yes, I did forensic security and computer forensics for a

7  private security company for two years before joining the FBI.

8  Q.  You said you have been with the FBI since around 2010?

9  A.  Correct.

10  Q.  Let's go through some of the training you received to be a

11  digital examiner for the FBI.

12      You are part of the CART program; is that correct?

13  A.  Correct.

14  Q.  What is CART?

15  A.  Computer Analysis Response Team.

16  Q.  Is that the FBI forensic unit?

17  A.  Yes.

18  Q.  Are there CART analysts and forensic examiners all over the

19  country?

20  A.  Yes.

21  Q.  You are assigned to the Miami office?

22  A.  Yes.

23  Q.  Where do you work out of?

24  A.  West Palm Beach, resident agency, their term for a

25  satellite office.

1   Q.  Down the block?

2   A.  Yes.

3   Q.  What training did you receive from the FBI for the CART

4   program?

5   A.  There is an initial certification program the FBI has that

6   requires about eight weeks of classroom type training.

7       There is an ongoing like mentorship for about a year and a

8   half that you kind of work under a certified examiner.  There

9   are other various training courses that they give, like private

10  sector computer training, you have to pass before they get the

11  initial certification.

12  Q.  Do those trainings include teaching you how to do digital

13  forensic examinations on phones?

14  A.  Yes.

15  Q.  Computers?

16  A.  Yes.

17  Q.  SD cards we sometimes find in cameras or phones?

18  A.  Yes.

19  Q.  Cameras?

20  A.  Yes.

21  Q.  If it has a hard drive in it, you learn how to work with

22  it?

23  A.  Yes.

24  Q.  Let's talk about some of the education you have.

25      Can you tell us where you got your undergraduate degree?

1  *A.*  Bachelor's Degree in criminal justice from Columbia College

2  in Missouri.

3  *Q.*  Is that where you were a police officer?

4  *A.*  In Missouri, yes.

5  *Q.*  Did you receive any education after your graduation?

6  *A.*  Master's degree from Stevens University in Baltimore,

7  Maryland.

8  *Q.*  When did you receive that?

9  *A.*  Last year.

10  *Q.*  Over the course of your ten years as a CART forensic

11  examiner with the FBI, approximately how many digital

12  examinations did you perform?

13  *A.*  I performed over 820 forensic exams.

14  *Q.*  Have you ever testified in court as an expert witness

15  regarding digital forensics?

16  *A.*  Yes, I testified as an expert five times prior to this.

17  *Q.*  Five times?

18  *A.*  Yes.

19  *Q.*  Have you been recognized by Courts in the Southern District

20  of Florida as an expert in forensics?

21  *A.*  Yes.

22       *MR. SCHILLER:*  Your Honor, I would ask him to be

23  qualified as an expert in forensics.

24       *THE COURT:*  Any objection?

25       *MS. McCREA:*  No, your Honor.

```
 1              THE COURT:  In forensics.
 2              MR. SCHILLER:  I am sorry?
 3              THE COURT:  In forensics.
 4    BY MR. SCHILLER:
 5    Q.  Let's talk about what a forensic examiner does on a daily
 6    basis.  Would you tell us generally what your job description
 7    is?
 8    A.  Usually, an agent will bring the electronic devices, cell
 9    phones, computers, hard drives, thumb drives, things of that
10    nature that have data in it, and my job is to preserve that
11    data in a forensic manner, process it with forensic software so
12    that the data can be searched, filtered, and looked through by
13    investigators, and ultimately, when things are identified as
14    evidence, try to get them in some format that we can show
15    juries or show the Court.
16    Q.  Did you do that for this case?
17    A.  Yes.
18    Q.  We will get into that in a few minutes.
19        You mentioned that some of the things you work on are
20    phones?
21    A.  Yes.
22    Q.  What is the difference between a Smart Phone and a feature
23    phone?
24    A.  A feature phone usually refers to the older cell phone
25    devices that are very limited in their capacity to do things.
```

```
 1    Essentially, maybe there will be call logs and contact lists,
 2    but essentially your basic flip phone or candy bar phone.
 3    Q.  The $15 phones you can get from Wal-Mart?
 4    A.  Yes.
 5    Q.  How about a Smart Phone?
 6    A.  A Smart Phone is similar to a computer or tablet, you can
 7    put different software on it, it has much more fuller function
 8    than a flip phone would have.
 9    Q.  A Smart Phone would be an iPhone or Galaxy?
10    A.  Yes.
11    Q.  Let's talk about phones more specifically.
12        When it comes to phones, especially Smart Phones and then
13    the feature phones you talked about, the smaller ones, what
14    kind of data can be recovered from these devices?
15    A.  Call logs, contact lists, chat messages, web history,
16    pictures, videos.
17    Q.  If the phone has an email account connected to it, could
18    you collect emails?
19    A.  Yes.
20    Q.  And do Smart Phones have the ability to access the internet
21    and worldwide web the same way as computers do?
22    A.  Yes, often you use browsers to access the internet and do
23    searches and use download pages.
24    Q.  Do the phones themselves start generating data about the
25    things that were done with them?
```

1    A.   Yes, there is a web history or log of the actions taken.

2    Q.   What about if somebody is texting or making phone calls or

3    anything else, are time and date stamps logged within the

4    devices as well?

5    A.   Yes, they are.

6    Q.   Speaking more about a Smart Phone, you mentioned that Smart

7    Phone users can put different things on there?

8    A.   Yes.

9    Q.   When it comes to a Smart Phone, what is that in

10   nomenclature?

11   A.   Apps.

12   Q.   What is apps for?

13   A.   Applications, software they downloaded to allow them to do

14   chat messages, play games, or small software that people

15   download to users of Smart Phones.

16   Q.   All right.  When you are forensically examining a device,

17   if you are trying to extract information out of those devices

18   can you pull them out as well?

19   A.   Yes.

20   Q.   Are you familiar with WhatsApp, W-H-A-T-S-A-P-P?

21   A.   Yes.

22   Q.   What is WhatsApp?

23   A.   A chat website, you can send videos and images in your

24   conversation.

25   Q.   Is it fair to say an alternative to texting?

```
 1   A.   Yes.

 2   Q.   Are you familiar with apps entitled Wickr?

 3   A.   Yes.

 4   Q.   What is Wickr?

 5   A.   Similar to WhatsApp, the main difference is the

 6   communication is encrypted between senders.

 7   Q.   If two people have Wickr, their communications are

 8   encrypted?

 9   A.   Yes, people on both ends could receive and have their

10   devices encrypt a message for them so they could read it, but

11   somebody else in the middle would not be able to see it, it

12   would be in an encrypted format.

13   Q.   Does that mean even the company themselves do not maintain

14   those communications?

15   A.   Correct.

16   Q.   When it comes to an app encryptor, do they stay there for a

17   time period on the phone or delete after a time period?

18   A.   With the encrypted app, you can pre-set times so that

19   message is only available for a certain time period and then it

20   gets deleted.

21   Q.   If you and I have a Wickr app on our phones and you were to

22   send me a message, I could see that message?

23   A.   Yes.

24   Q.   It is encrypted so no one else can see it except you or I?

25   A.   Correct.
```

```
 1   Q.  At the time it is pre-set, you could eventually erase it
 2   off my phone?
 3   A.  Correct.
 4   Q.  What about an app called Confide, are you familiar with
 5   that?
 6   A.  Yes.
 7   Q.  What is that?
 8   A.  Similar to Wickr.
 9   Q.  It works the same way?
10   A.  Essentially it does, yes.
11   Q.  All right.  So, we talked about what kinds of evidence can
12   be stored on Smart Phones.
13       How does the FBI retrieve this evidence?  Can you walk the
14   jury through how you analyze a phone once you receive one?
15   A.  Certainly.  Typically, we try to make some attempt to block
16   network connectivity to preserve the phone in the state it is
17   in.  Sometimes there are reasons we can't do that.  Typically,
18   that is the first thing we do.
19   Q.  How do you block connectivity to the phone?
20   A.  Put it in airplane mode, we try to get the phone in
21   airplane mode as soon as we can.
22   Q.  Why do you do that?
23   A.  So there are no incoming messages, potentially lose data.
24   You can remote -- send remote commands to a Smart Phone
25   sometimes and have it wiped, destroy all data.
```

```
1    Q.  Before you search the phone, do you make sure you have the
2    legal authority to search that phone?
3    A.  Yes, either that phone is a part of a search warrant or
4    some kind of consent was given for the FBI to search it.
5    Q.  Do you document the phone you are examining?
6    A.  Yes.
7    Q.  Now, in this case and many of the others, what software do
8    you use to extract from cellular phones?
9    A.  So, in the field primarily the first attempt we make at
10   cell phone extractions is software called Cellebrite, which is
11   the most popular cell phone software available.
12   Q.  Would you say that is pretty much the gold standard used
13   among forensic examiners?
14   A.  I would.  It is the first go-to.
15   Q.  And what does that software allow you to do with a phone
16   that you want to extract from?
17   A.  So, you attach a phone to a computer and run the Cellebrite
18   software, it takes the data from the cell phone off there and
19   processes it so it can be searched or sorted through.  The data
20   is organized in different categories, and a report can be
21   printed out like a document so somebody else can look through
22   the contents of the phone and find if there is evidence on it.
23   Q.  What is that process called when you take things off the
24   cellular phone, you pull data off the cellular phone using
25   Cellebrite?
```

```
 1   A.  Extraction.

 2   Q.  Do people refer to it as a down or download?

 3   A.  Yes.

 4   Q.  Now, you said -- I think you said when the software

 5   extracts the data, it extracts it into a format that is user

 6   friendly?

 7   A.  Typically, it has to go through another processing stage to

 8   get into that document format.

 9   Q.  Okay.  But is that the purpose of the Cellebrite software,

10   to be able to get to that stage?

11   A.  Yes.

12   Q.  Now, when you extract from a cellular phone, is it the same

13   exact way every single time?

14   A.  No.  It varies by device, by operating system, so an Apple

15   is going to be different from a Samsung, and different Samsungs

16   can be different because they are different devices, and there

17   could be a difference between the operation system that is

18   running.  There is great variance.

19   Q.  When you do an extraction from the device, does the

20   software give you the potential of levels of extraction from

21   that device?

22   A.  Yes.

23   Q.  Could you tell us about that?

24   A.  Typically, on an Android phone there are three different

25   extractions; one is called a logical, or just taking the
```

Pauline A. Stipes, Official Federal Reporter

1    information that is stored just on the phone, so it would be a

2    call history, contact list, very basic information from the

3    phone.

4    Q.   Would you get text messages with that, too?

5    A.   You would get some on the native text applications that

6    came with the phone, but you wouldn't get chat messages that

7    were from an app, a third-party app like WhatsApp.

8    Q.   That's a logical extraction?

9    A.   That would be logical.

10   Q.   What would be another one?

11   A.   A file extraction is more in-depth and takes into location

12   where third-party apps store their data, through that

13   extraction you get the third-party messages from the

14   applications like WhatsApp and any other ones that they have on

15   there.

16   Q.   Okay.

17   A.   And the third one would be physical extraction where you

18   are actually able to take the entire user range on the storage

19   medium, on the chip in the phone, and extract that.  That gives

20   you all the data that you would get in the previous three plus

21   the addition to look more in-depth at deleted data.

22        So, sometimes the Cellebrite software allows you to get all

23   three levels, sometimes it can only get one or two of them.

24   So, like I said before, there is a great variation between

25   phones as to what Cellebrite would -- to detach the data

1    Cellebrite lets you retain.

2    Q.   You have DXXXX 800 examinations in your career.  How many

3    have been cell phones?

4    A.   I have examined hundreds of cell phones in the 820 exams I

5    did.

6    Q.   Have you used Cellebrite for a great many of those cell

7    phone extractions?

8    A.   Yes.

9    Q.   Let's talk about your actual Cellebrite software you have

10   in your office.  How do you know it is working properly?

11   A.   There is a unit in CART headquarters that tests and

12   validates and approves for our use in the field each version of

13   the software that comes out, so I know that somebody has tested

14   and validated that within my organization and approved it for

15   use.

16   Q.   That is based in Quantico, Virginia?

17   A.   Yes.

18   Q.   And so, when you use Cellebrite to extract data off phones,

19   is Cellebrite creating data like text messages, call logs,

20   things like that?

21   A.   No, just pulling things off the phone.

22   Q.   It just extracts?

23   A.   Yes.

24   Q.   In the hundreds of times you've used Cellebrite, how many

25   times has Cellebrite altered the information you extracted?

Pauline A. Stipes, Official Federal Reporter

1    A.   None.

2    Q.   None?

3    A.   None.

4    Q.   Let's talk about computers, we have computers in this case,

5    too.  Is it a different type of extraction when you are doing

6    computers?

7    A.   Yes.

8    Q.   When you extract from a computer, are you opening up the

9    original computer, turning it on and starting to copy off data

10   from that?

11   A.   No.

12   Q.   What do you do?

13   A.   What we do is try to get the hard drive out of the computer

14   or get access to the hard drive in some fashion.  You try to

15   use a write blocking techniques, which is a way to preserve the

16   data on the hard drive without making changes.  So, if I access

17   a computer and turn it on, the computer would change, even

18   though it would be little, it would change and maybe it would

19   be important, like the time change would change.

20   Q.   Why don't you physically explain to us what would be set up

21   in your office?  You have a computer you want to extract from

22   and it is write blocked.

23   A.   You attach the hard drive to the computer --

24   Q.   What does it look like?

25   A.   It looks like another little hard drive in a plastic case,

1   there are buttons on it, LED display screen, and that would

2   connect to a computer, a forensic work station computer that I

3   have.  And then -- so once that is set up, that hard drive is

4   in a read only mode.  I can't write data to it, alter or change

5   the data on it.  I will use forensic software on my computer at

6   the work station and just pull the data off the hard drive,

7   thumb drive, whatever it is.

8   Q.  Does the write block act like a guard to prevent anything

9   going out on the hard drive, just allowing the things to come

10  out from the hard drive on your forensic machine?

11  A.  Yes.

12  Q.  How do you know that the information you extract is exactly

13  what is on the hard drive?

14  A.  A part of that, the forensic software you use to pull the

15  data off the hard drive is a -- it calculates what is called an

16  MD 5 hatch, which is a mathematical algorithm that the data

17  that you are pulling off of gets put into this hatching

18  algorithm, and it gives you a very unique almost like digital

19  thumb print value.

20      So, depending on -- so any minute change in the data that

21  would come on, even if it were a removal of a period in a

22  document, would be an entirely different hash value.  Then you

23  would know what you had just made a copy that wasn't an exact

24  replica of what was on the hard drive.

25  Q.  When you first attach the hard drive to the write block on

Pauline A. Stipes, Official Federal Reporter

```
 1    your computer, is that write drive hatched to see what the
 2    value would be?
 3    A.  No.  Typically, it hatches the data that gets copied off,
 4    and the copy you make that resides on your forensic work
 5    station is recalculated and it should match.
 6    Q.  And if it matches, you have an exact copy of the hard
 7    drive?
 8    A.  Yes.
 9    Q.  If it goes wrong?
10    A.  That goes wrong.
11    Q.  Did you have any of that in this case?
12    A.  No.
13    Q.  By working off the copy -- after the copy is made on to
14    your computer, what do you do with the original hard drive?
15    A.  It gets put back into evidence, or gets put back into the
16    original computer that it came from.
17    Q.  Do you do any work on the original hard drive?
18    A.  No.
19    Q.  When you do your examination of what was on the hard drive,
20    are you working off the original or working off the exact copy?
21    A.  Working off a copy.
22    Q.  All right.  So, let's talk about your work precisely in
23    this case.
24        Did you -- were you made aware of what kind of
25    investigation it was?
```

```
 1    A.   I understood it was a human trafficking case.

 2    Q.   All right.  What was to be your role in this case?

 3    A.   I was provided with numerous cell phones of a variety of

 4    types and there was a couple -- there was a couple of laptops,

 5    a couple of computers, and there was like an external hard

 6    drive device.

 7    Q.   All right.  Were you requested to extract from 30 devices

 8    recovered from the -- in this case, from the vehicle and home

 9    from a search DXXXX on November 29, 2017?

10    A.   Yes.

11    Q.   And were you later requested to download another 30 devices

12    recovered from the home in June 2018?

13    A.   Yes.

14    Q.   And as part of that, did you examine computers from the

15    residence as well -- I think you already answered that.  Did

16    you?

17    A.   Yes.

18    Q.   And so, having the request to extract from all these

19    devices -- it sounds like over 60 devices?

20    A.   Yes.

21    Q.   What was the request by the agents in this case?

22    A.   Generally, to process these devices with forensic software

23    and provide to them, you know, the reports of that stuff so

24    they can look through it and determine if there was evidence.

25    Q.   Now, after you performed the extractions and a bit by bit
```

1    copy of the hard drives, did that complete the download of the

2    information you were doing in this case?

3        Let me rephrase the question.

4        Once you extracted from the cell phones using Cellebrite,

5    and made bit by bit copies of the hard drives off the

6    computers, extracted that, that completed the extraction for

7    all of the devices in this case?

8    A.  Yes.

9    Q.  You didn't go back and do it a second time or anything like

10   that?

11   A.  No.

12   Q.  Once you had these extractions and all the information off

13   the devices, what did you do with that information?

14   A.  For like the computers, the forensic software processes all

15   that data and then puts it into some kind of a format so that

16   it can be reviewed.

17   Q.  Did you do the initial review of all of that data from the

18   computer, phones, tablets, everything that was found?

19   A.  No.

20   Q.  What happened -- who did that?

21   A.  I turned most of that over to the other investigators that

22   were part of this task force.

23   Q.  So that they could go through it and pull whatever they

24   wanted?

25   A.  Yes.

1   *Q.*  We are about to show you a lot of evidence that was pulled

2   out of the devices.  Have you reviewed the evidence we are

3   about to go through?

4   *A.*  Yes, I have.

5   *Q.*  Have you verified that that came from all of the

6   extractions that you performed in this case?

7   *A.*  Yes, I did.

8            *THE COURT:*  It is 6:16.

9            *MR. SCHILLER:*  We are in a good position to stop.

10           *THE COURT:*  You thought you would be half an hour, you

11  have been about 25 minutes, 26 minutes.

12           *MR. SCHILLER:*  It will be longer than that.  I

13  apologize.

14           *THE COURT:*  We might want to stop at this time.  It

15  has been a long day for our jury, so we'll conclude at this

16  point.

17           Ladies and gentlemen, we'll just pick up tomorrow.

18  Sometimes we can't complete a full witness as much as we would

19  like to.  I don't want to have you stay too much longer, it has

20  been a long day for everybody.

21           So, thank you very much for your time and attention.

22  Remember what I said, we don't have court on Wednesday.  As a

23  result, we are doing a little longer hours.  If I could have

24  everybody here in the jury room by 8:30 ready to go, we will

25  pick up where we left off.

```
 1          The witness will remain under oath, he will not
 2   discuss his testimony over the evening with anyone.
 3          Remember the instructions not to discuss the case with
 4   anyone, not to review any media coverage should there be media
 5   coverage.  Turn the radio off, television off.  If you see an
 6   article, if you are a newspaper reader of the local paper,
 7   something sounds familiar, turn the page and don't read it.
 8   Again, with the parties and attorneys coming and going,
 9   remember, they are not going to interact with you outside the
10   courtroom, and do not have any interaction with them.
11          Have a nice evening.  We will see you tomorrow morning
12   at 8:30.
13       (Thereupon, the jury leaves the courtroom.)
14       THE COURT:  All right.  Let's have a rundown of your
15   exhibits for tomorrow with our witness.
16          I know you have another witness waiting.  If you want
17   to let the other witness know it is okay to go, and our witness
18   can be excused as well.
19          I want to make sure everything goes smoothly with our
20   exhibits tomorrow.
21          Government, have you gone over with the Defense each
22   and every exhibit you intend to use with this witness?
23       MR. SCHILLER:  Yes, Ms. McCrae and I went over the
24   exhibits.  From what I understand from the list Ms. McCrae gave
25   me, 95 percent she doesn't have an issue with.  We will try to
```

1   get through the other 5 percent.

2           THE COURT:  How many exhibits are you introducing

3   through this witness?

4           MR. SCHILLER:  Dozens, but we have streamlined in such

5   a way --

6           THE COURT:  What I was going to say, if 95 percent are

7   already agreed to, can you tell me the numbers, and can you

8   move them in and they are admitted without objection if there

9   is no objection, or do we need to go through those dozens not

10  objected to, laying a certain foundation or not objected to?

11          MR. SCHILLER:  It's my understanding, we only spoke

12  for about five minutes, I don't want to speak for Ms. McCrae,

13  most of the items won't be objected to.

14          THE COURT:  Ms. McCrae, is that accurate?

15          MS. McCREA:  Yes.

16          THE COURT:  Do you know the exhibit numbers?

17          MR. SCHILLER:  Yes.

18          THE COURT:  Are you prepared to tell me?

19          MR. SCHILLER:  Yes.

20          THE COURT:  What is it?

21          MR. SCHILLER:  1b through 1l.

22          THE COURT:  Any objection?

23          MS. McCREA:  I DXXXX't have a 1l on my exhibit list.

24          MR. SCHILLER:  1b through 1k.

25          MS. McCREA:  No objection.

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  No objection.  I am hoping we can at

 2    least, in an effort to streamline, move all the ones in

 3    together separate from the next set of numbers.

 4              MR. SCHILLER:  That's exactly what we will do.  We

 5    have the binder that says 1b through 1k, I will move that

 6    binder in.

 7              THE COURT:  Are you moving them in now, and there is

 8    no objection?

 9              MS. McCREA:  I would hope that the witness is going to

10    provide testimony that is what came from that device, your

11    Honor.

12              THE COURT:  Okay.  So, you are going to say 1b through

13    1k after your witness testifies, you are not going to go

14    through it one at a time?

15              MR. SCHILLER:  Here is the binder, did this come out

16    of the phone?

17              THE COURT:  And the Defendant is going to say no

18    objection if the foundation is laid?

19              MS. McCREA:  Yes.

20              MR. SCHILLER:  3a through 3d.

21              THE COURT:  It only goes through 3d?

22              MR. SCHILLER:  Yes.

23              THE COURT:  What else?

24              MR. SCHILLER:  4b through 4p, without 4n.  There is no

25    4n.
```

```
1          THE COURT:  No 4n.  And you are going to ask one group
2    of questions and you will say, I want to move in 4b through 4p,
3    and Defense will say no objection.  And if there is a problem,
4    you will say what the problem is.
5          MS. McCREA:  With this exhibit there will be an
6    objection to 4m, as in Mary.
7          THE COURT:  What is the objection to 4m?
8          MS. McCREA:  Rule of Completeness, this does not show
9    all of the communications with this device and the phone
10   number.
11         MR. SCHILLER:  I have what I think is the complete
12   chat messages between the phone and the device that it was
13   communicating to.  Ms. McCrae says she thinks there is more,
14   and I said, if there is another chat, I'd be glad to look at
15   it.  If we need to supplement it, fine.  If they want to put in
16   the full chat, they can do that through the witness as well.
17         THE COURT:  Does the Defense have any more to 4m?
18         MS. McCREA:  Not here, I can email it to the
19   Government.
20         THE COURT:  If you'd handle that.
21         MR. SCHILLER:  Next is 5ab through 5bk.
22         THE COURT:  Is Defense going to be objecting to any of
23   it?
24         MS. McCREA:  Your Honor, I think there is a Defense
25   concern with 5aj as to relevance.  This is a partially nude
```

```
 1    photo of DXXXXXX RXXXXXXXX, who testified in her deposition

 2    that she was not the victim of sex trafficking and that the

 3    photos that were taken of her were with her knowledge.

 4          I don't see the relevance of showing a partially nude

 5    photograph of this woman.

 6          THE COURT:  It is who, DR?

 7          MR. SCHILLER:  Yes.

 8          THE COURT:  What is the response?

 9          MR. SCHILLER:  We have three or four witnesses who

10    will say she was trafficked, and during cross-examination she

11    did admit she was physically harmed by the Defendant.

12          MS. McCREA:  I think we will have a problem if the

13    Government intends to introduce through another witness that DR

14    was sex trafficked.  I don't see how another witness can

15    testify what caused DR to engage in acts of prostitution.

16          THE COURT:  This exhibit would come in through this

17    witness if it came in for purposes -- if it came off of one of

18    the devices, and you will take up with other witnesses, if the

19    Court deems it appropriate testimony, as to DR's actions as

20    relates to sex trafficking with the Defendant.

21          MR. SCHILLER:  Yes.  All the other witnesses are not

22    going to testify what was in DR's mind, but what they observed

23    of her, what they observed the Defendant to do to her, yes.

24          THE COURT:  I will overrule on relevancy.  You can go

25    through the motions tomorrow, but based on what I heard,
```

1    overruled.

2         MR. SCHILLER:  Next is 6b.

3         MS. McCREA:  We maintain our objection on 6b.  It

4    includes photographs of MB, and consistent with the motion we

5    made, it has been denied, opposition to the Government's motion

6    to move evidence of MB, we object to introducing evidence of

7    her through Government Exhibit 6b.

8         THE COURT:  This is of --

9         MS. McCREA:  Maryann B.

10        THE COURT:  The Court will overrule that objection,

11   consistent with its prior 404(b) ruling, and similarly an

12   earlier ruling today on a previous Government exhibit objected

13   to on the same basis as related to that one person, or it may

14   have been CR, I think.

15        What others?

16        MR. SCHILLER:  8b.

17        MS. McCREA:  There is not going to be an objection.

18        THE COURT:  Okay.

19        MR. SCHILLER:  Next, 13b and c.

20        MS. McCREA:  There is an objection to 13c, cumulative,

21   it's the same video captured at GX 1h, Government Exhibit 1h.

22        MR. SCHILLER:  That is correct.  This one video is a

23   video of what we believe to be the Defendant's arm and holding

24   a taser and waking up GXXXXXX LXXXX as she is sleeping, and

25   that video is found across multiple of the Defendant's devices.

```
 1    We are only going to show it one time, but we have it in

 2    evidence to show this video is on multiple of the Defendant's

 3    devices, and specific to him.

 4           We are only going to show it once.

 5           THE COURT:  The Court will overrule the objection.

 6           MR. SCHILLER:  Thank you, ma'am.

 7           Next 17b through j.

 8           MS. McCREA:  There is not going to be an objection.

 9           MR. SCHILLER:  Next, 18b through f, Bravo through

10    Foxtrot.

11           MS. McCREA:  There won't be an objection.

12           THE COURT:  17b through j admitted without objection.

13    Unless the defense raises that whatever foundation would be

14    necessary through this witness was not laid, the same 18 about

15    through if, in fact all of them that I have not explicitly said

16    I am overruling the objection, the Court is admitting without

17    objection, subject to the proper foundation being laid.

18           MR. SCHILLER:  Next one, 19a through i, Alpha through

19    Igloo.

20           MS. McCREA:  There won't be an objection.  19a is

21    already in.

22           MR. SCHILLER:  B through i.

23           THE COURT:  Okay, so those will be admitted without

24    objection, 19b through i.

25           MR. SCHILLER:  Yes, ma'am.  The next one, 25b through
```

295

1    d.

2            MS. McCREA:  There won't be an objection.

3            THE COURT:  Those are admitted without objection.

4            MR. SCHILLER:  Next, 36a I believe is already in

5    evidence, that is the photograph of the computer.  So, this

6    would be the rest of the binder, that is b through j.

7            THE COURT:  36b through j.

8            MS. McCREA:  With respect to 36i, the same cumulative

9    objection, it's the same video that is going to be introduced

10   in 1h, and 13c, and in addition to that, there is 36j, which I

11   have to look at again.  The Government and I went through a

12   couple of exhibits during the break, and I have to confirm that

13   was one of the exhibits we looked at that did not display any

14   other women other than the women litigated in the case.

15           I think we reviewed it and that is what we found.

16           THE COURT:  So, you need to look at 36i again?

17           MS. McCREA:  36j.  I can do it on my own this evening,

18   I have to confirm that is what I viewed with the Government.

19           THE COURT:  I is based on cumulative?

20           MS. McCREA:  Yes.

21           THE COURT:  Why does it need to be introduced more

22   than once?

23           MR. SCHILLER:  We are trying to show this video was

24   quite unique and special to the Defendant, it was on multiple

25   of his devices.  We found this one video and not any one of the

Pauline A. Stipes, Official Federal Reporter

296

```
 1    others across four devices.
 2             THE COURT:  The Court will overrule the objection
 3    based on the cumulative objection as to 36i.  And I guess on
 4    36j, Defense will take another look at it, so no ruling at this
 5    time on 36j.  You let me know tomorrow the Defense position on
 6    36j.
 7             MR. SCHILLER:  Next one, 42b and c.
 8             MS. McCREA:  I don't believe there will be an
 9    objection.
10             THE COURT:  Okay, no objection.
11             MR. SCHILLER:  48b, Bravo.
12             MS. McCREA:  I don't believe there is an objection.
13             THE COURT:  Admitted without objection.
14             MS. McCREA:  Well, your Honor --
15             THE COURT:  If it is not presented or introduced in a
16    way that lays the foundation, or if you have ascertained
17    something between now and then.  So, we will call this a
18    preliminary review, but it is to aid in things going more
19    efficiently than they did today.
20             This is the Court's preliminary review.  I will allow
21    any objections that need to be made tomorrow that aren't made
22    now, with the understanding that this is your best good faith
23    effort in projecting what the position of the parties will be.
24             MS. McCREA:  Yes, your Honor.
25             THE COURT:  48b was the last one.
```

```
 1              MR. SCHILLER:  The next one is going to be 50b through
 2       i.  There is no 50a.
 3              MS. McCREA:  I don't anticipate there is going to be
 4       an objection.
 5              MR. SCHILLER:  So the Court and Defense is aware, this
 6       is the phone that Ms. GXXXXXX gave to the FBI and was given
 7       back to her.
 8              MS. McCREA:  We attempted to coordinate over the
 9       break, I did not realize that we were talking about this set of
10       the exhibits and next two sets of exhibits.  I had five seconds
11       to consider this and the following two.
12              THE COURT:  Okay.DXXXX
13              MS. McCREA:  I don't anticipate an objection.
14              THE COURT:  Okay.
15              MR. SCHILLER:  51aa and 51bt.
16              MS. McCREA:  This series includes a number of exhibits
17       that relate to MB.  There will be a number of subsets of 51 we
18       will be objecting to, to maintain the objection, unless the
19       Court is willing to give us going forward evidence to be
20       introduced that relates to MB and CR.
21              MR. SCHILLER:  I have no objection to the Defense
22       having a standing objection to any evidence that falls under so
23       that we move forward with the evidence.
24              THE COURT:  And this is consistent with the same
25       arguments that you raised at the hearing that we had following
```

```
 1    calendar call or -- following calendar call with respect to

 2    404(b) evidence relating to the sex trafficking of MB, which

 3    actually falls under Roman numeral I, and subsection 1-A of the

 4    Court's order, and similarly -- let's see where we talked

 5    about -- I want to make sure everyone is talking about the

 6    same -- that was MB, and the other one was CR.

 7              Yes.  So, A, little i, under number 1, dealt with MB,

 8    and then Subsection B, so Roman numeral I and number 1-B dealt

 9    with CR.  Is this the type of evidence that falls within those

10    rulings that the Court made in that order -- do you have the

11    docket entry offhand?

12              THE LAW CLERK:  112.

13              THE COURT:  Docket Entry 112, so I know what we are

14    talking about.

15              Yes, you can have a standing objection to the same

16    issues that you raised at that hearing that the Court issued

17    the order at 112.

18              If any issue is different than that raised in the

19    papers or at the oral argument, then it would be incumbent upon

20    you making them, and relate to arguments already made.  And the

21    Court made certain determinations in its order about, you know,

22    if you felt something happened at trial that gave rise to the

23    issue again, Defense always has the opportunity to do that.

24    That is fine.

25              51aa to 51bt, if the Defense is going to put on the
```

1    record which ones of those are pursuant to the objection that

2    is a standing objection just to make it clear on the record,

3    then that would be fine.

4             MR. SCHILLER:  I want the Court to be aware of one

5    thing, this phone and the next one, these are not in evidence.

6    They have not come in through sergeant Lisboa because this

7    phone was recovered from the Hollywood Police Department in the

8    2008 investigation.  They still had the phone.  The officers

9    who collected that phone and handed it over to the FBI we

10   presume will be testifying in the next day or two.

11            Rather than having Mr. O'Neil coming back after that,

12   we will explain these things.  We won't be showing any of these

13   to the jury for substance, I just need him to explain a couple

14   of things about the extractions so when we show it to the jury

15   later they understand what it is.

16            72, the next and last phone, that was provided by

17   victim number four, TXXXX LXX.  Same thing, it hasn't come into

18   evidence yet because she hasn't testified that she gave that

19   phone over, but Mr. O'Neil will be able to identify both of

20   these phones, having received them and extracted through them.

21            THE COURT:  72a through c?

22            MR. SCHILLER:  Yes, ma'am.  I would request leeway

23   from defense counsel that he could testify to the extractions,

24   and they would be moved in through the Hollywood officers when

25   it comes to evidence, 51, and 72a through Ms. TXXXX LXX.

```
 1              THE COURT:  Acceptable to the Defense?

 2              MS. McCREA:  These are two of the devices we weren't

 3      able to discuss at the break, and I understand the Government

 4      was also going to talk about these.

 5              With respect to the 51 series, I did not see any of

 6      those exhibits the Government is introducing to be extractions

 7      from this witness as opposed to photographs that were taken by

 8      Hollywood P.D.

 9              MR. SCHILLER:  If I may, when it comes to 51 -- and,

10      Judge, you notice 51 has a great number of exhibits.

11              With 51, 51ab is an actual extraction from the

12      phone --

13              THE COURT:  Do you think you need more time to talk

14      about -- honestly, do you need more time to talk about the 51

15      series?

16              MR. SCHILLER:  I guess so, yes.

17              THE COURT:  Sounds like Defense isn't clear they are

18      extractions.  Maybe you can explain which ones are.

19              MR. SCHILLER:  We can talk about it, not a problem.

20              MS. McCREA:  The whole point of having the witnesses

21      normally lay the foundation for the exhibit is so the Defendant

22      can understand where the foundation is.  Simply to provide

23      these on a disk is not -- I understand these items are on the

24      thumb drive, I am not challenging that.  That is not helpful to

25      our conversation.
```

```
 1              I would ask for more time to discuss the 51 series as
 2   well as the 72 series.  The 72 series as well.
 3              THE COURT:  That is fine.  That is it?
 4              MR. SCHILLER:  That is it.
 5              THE COURT:  So we are clear what is DXXXX, we have
 6   done aDXXXX preliminary review.  Although I said at times
 7   admitted, not admitted, admitted over objection, we will call
 8   those preliminary rulings.  On the record tomorrow you formally
 9   move them in, defense will make whatever objection it makes.
10   If you are going to refer to your standing objection, make that
11   reference.
12              But what we have DXXXX is streamlined it so we are not
13   flipping through exhibits one at a time, particularly given the
14   volume of the exhibits, but we know what the categories are,
15   and there should be a handful of items, if any, I should be
16   hearing very specific objections to that you haven't been able
17   to work out, and I haven't heard about tonight, defense needs
18   more time to review it and discuss it with the Government.
19   Sounds like it will go more efficiently than the first series.
20              Any other witnesses tomorrow through whom a number of
21   exhibits will be admitted?
22              MR. SCHILLER:  No, ma'am.
23              THE COURT:  So the other witnesses tomorrow are not
24   document intensive?
25              MR. SCHILLER:  Just from things already in evidence.
```

```
 1                THE COURT:  This is the next big one.

 2                MR. SCHILLER:  Putting these two witnesses on gets

 3     this all out of the way.

 4                THE COURT:  They will be here at 8:30, we will be

 5     ready to go at 8:15.  We will make sure we are ready to go at

 6     8:15, and put in a longish day tomorrow so we can account for

 7     the fact we are not going to be in trial on Wednesday.

 8                So we are clear with witnesses, you have Mr. O'Neil on

 9     the stand.  Are you still planning on calling James Hardy after

10     that?

11                MR. SCHILLER:  Yes.

12                THE COURT:  And then TL?

13                MR. SCHILLER:  Yes.

14                THE COURT:  And in the same order, looking at your

15     trial plan, can I rely on the order in which you have these

16     witnesses for the purpose of tomorrow?

17                MR. SCHILLER:  For tomorrow, yes, ma'am.

18                THE COURT:  What are you hoping to get through?

19                MR. SCHILLER:  Finish with Mr. O'Neil, Mr. Hardy will

20     be on the stand for quite some time, and TL will be lengthy.  I

21     hope we will get through all of that tomorrow.  I don't know

22     that we will be able to.

23                THE COURT:  You will have other witnesses in case we

24     do and ready to get into others?

25                MR. SCHILLER:  Yes, ma'am.
```

```
 1            THE COURT:  All right.  We'll see you tomorrow, and we
 2    will be back at 8:15 tomorrow morning.
 3            Mr. Peacock, if you are caught in traffic, what is the
 4    protocol with Ms. McCrae, can she come commence without you?
 5            MR. PEACOCK:  She is better without me.
 6            THE COURT:  Can we start at 7:00?  We know you won't
 7    be here at 7:00.  That would be hard from Ft. Pierce.
 8            MR. PEACOCK:  Seriously, your Honor, I will be here.
 9            THE COURT:  I understand traffic can be an unexpected
10    issue, so we know.  I know that question came up today.
11            MR. PEACOCK:  That is not a problem.
12            THE COURT:  All right.  Thank you all, I know it has
13    been a long day, I appreciate your patience, and we will see
14    everybody tomorrow morning.
15            MR. SCHILLER:  So the Court knows, I did redact the CR
16    documents on the trial laptop.  Those photographs have been
17    redacted.
18            THE COURT:  Were they all photographs?
19            MR. SCHILLER:  They weren't the original birth
20    certificates and driver's licenses.  We can make a photocopy of
21    those and black out the photocopy.
22            THE COURT:  That is acceptable to the Defense?
23            MR. PEACOCK:  Yes, ma'am.
24            Judge, so you know, we went through these exhibits and
25    everything.  I don't want the Court to think we ignored your
```

```
 1    instructions.  We agreed there wouldn't be a foundation

 2    problem.  I didn't realize that the Court wanted to sort of

 3    admit them in bulk, I have never DXXXX that before, and so that

 4    was a omission on our part.

 5         THE COURT:  I don't mean to suggest the Court was of

 6    the view you hadn't looked at them.  I was of the view that was

 7    not the most efficient way to spend our time since, at the end

 8    of the day, none of them were objected to, and the mechanism of

 9    stating the exhibit and giving Defense counsel time to find it,

10    and waiting for the objection, and publication, I thought we

11    were thinking the testimony could have been cut in half because

12    of that procedure.

13         I am trying to find a more efficient procedure.  I

14    didn't suggest that anybody in good faith did not review it.  I

15    don't have a wholesale policy of exhibits coming in in bulk, it

16    is not that.  It didn't go very smoothly and took extra time

17    that we probably didn't need to spend.

18         And you had to flip through a lot, and it wasn't

19    easiest on you either.  You have the exhibits that the

20    Government is going to introduce and it gives you tonight to

21    review them again if you need to.

22         Have a good evening and we will see you tomorrow

23    morning.

24         MR. SCHILLER:  Thank you, ma'am.

25       (Thereupon, the Court was recessed.)
```

```
1                            *  *  *

2         I certify that the foregoing is a correct transcript

3    from the record of proceedings in the above matter.

4

5         Date:  August 9, 2019

6                     /s/ Pauline A. Stipes, Official Federal Reporter

7                          Signature of Court Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**MR. HOOVER: [214]**  111/24
123/19 124/12 124/21 159/19
160/9 162/14 176/1 176/13
177/15 177/24 178/7 178/10
178/17 180/3 180/7 181/13
181/21 181/23 182/3 182/6
182/12 182/19 183/9 183/22
184/11 184/21 185/4 185/12
185/24 186/11 186/20 187/5
187/13 187/22 188/21 188/23
189/10 189/12 189/14 189/24
190/12 190/21 190/23 192/5
192/20 193/4 193/19 193/25
194/5 194/13 194/21 195/5
195/16 195/25 196/2 197/4
197/9 197/11 197/17 197/25
198/10 198/12 198/20 199/4
199/9 199/18 200/7 200/18
201/1 201/9 201/16 201/24
202/3 202/13 202/24 203/6
203/13 203/15 203/17 204/5
204/15 204/19 205/3 205/11
205/24 206/4 206/10 206/15
207/6 209/14 210/20 211/19
211/25 212/5 212/14 212/18
213/1 213/13 213/23 213/25
214/14 214/17 215/1 215/15
215/22 215/24 216/10 217/2
217/6 217/9 217/12 217/14
217/25 218/2 218/10 218/16
218/20 219/3 219/5 219/12
219/20 219/23 220/3 220/5
220/13 220/16 220/21 221/1
221/13 222/9 222/12 223/6
223/17 223/19 224/7 224/16
225/1 225/3 225/7 225/19
225/21 226/8 227/4 227/14
227/16 228/3 228/13 228/16
228/18 228/21 229/6 229/14
229/16 229/23 230/5 230/14
230/20 231/3 231/12 232/7
232/16 232/21 233/7 233/14
233/23 234/8 234/10 234/21
235/5 235/13 235/23 236/6
236/11 237/6 237/11 238/17
239/12 240/7 240/13 240/22
241/1 241/13 241/25 242/7
242/19 242/22 243/1 244/3
244/9 244/11 244/16 245/7
245/24 246/3 246/8 247/4
247/7 248/8 248/23 249/2
249/22 250/9 250/22 250/24
251/15 251/17 252/19 252/22
254/21 258/1 258/6 266/25
268/2
**MR. PEACOCK: [167]**  54/3
54/6 54/20 91/7 91/17 102/10
123/20 145/6 158/22 158/24
159/23 164/10 176/16 177/6
177/8 178/9 181/18 182/8
182/21 183/11 183/23 184/13
184/22 185/5 185/14 186/1
186/13 186/22 187/6 187/15
187/24 188/8 188/25 189/16
190/1 190/14 190/22 190/24
191/1 191/6 191/9 192/2

192/7 192/20 193/1 193/5
193/10 193/21 194/6 194/14
194/22 195/6 195/17 196/4
197/6 197/12 197/14 197/19
198/2 198/14 198/21 199/5
199/11 199/17 199/23 200/10
200/20 201/2 201/10 201/17
201/25 202/4 202/14 202/25
203/7 203/19 204/7 204/16
204/21 205/4 205/12 206/8
208/21 209/1 209/6 209/10
210/3 210/7 210/16 211/20
212/6 212/12 212/16 212/19
213/2 213/14 214/3 214/18
215/6 215/17 215/23 216/7
216/19 217/3 217/16 218/3
219/17 219/22 219/24 220/6
220/17 220/24 222/17 223/21
224/9 224/20 225/4 225/23
226/9 227/7 227/17 228/7
228/17 229/7 229/17 229/24
230/6 230/22 231/4 231/16
232/8 232/18 233/8 233/15
233/24 234/12 234/24 235/7
235/14 235/25 236/9 236/13
237/7 238/20 239/15 240/24
241/15 242/9 242/23 246/1
246/5 247/6 248/12 249/23
250/19 251/21 252/1 266/4
266/19 266/23 267/7 267/12
267/25 303/4 303/7 303/10
303/22
**MR. SCHILLER: [152]**  6/1 6/5
8/4 9/20 10/7 20/19 28/3
30/14 33/2 34/19 41/11 45/6
46/6 47/6 50/4 53/1 53/14
55/11 57/5 58/10 58/13 58/17
66/16 67/12 68/9 68/12 69/20
71/5 74/12 75/17 87/7 88/25
90/15 91/8 91/14 91/22 92/1
92/8 92/24 93/2 93/13 93/23
95/23 96/9 96/17 96/24 97/2
97/7 97/15 97/18 98/3 98/11
98/14 98/22 98/25 99/7 99/11
99/17 99/19 99/25 100/5
101/9 102/8 102/20 103/3
103/8 103/16 103/18 103/21
104/3 104/6 104/11 104/18
105/17 105/23 105/25 106/3
106/6 106/12 106/14 106/21
107/1 107/4 107/7 108/10
111/12 111/15 111/21 210/25
252/13 252/15 252/18 252/25
253/8 268/15 268/18 268/20
272/21 273/1 287/8 287/11
288/22 289/3 289/10 289/16
289/18 289/20 289/23 290/3
290/14 290/19 290/21 290/23
291/10 291/20 292/6 292/8
292/20 293/1 293/15 293/18
293/21 294/5 294/8 294/17
294/21 294/24 295/3 295/22
296/6 296/10 296/25 297/4
297/14 297/20 299/3 299/21
300/8 300/15 300/18 301/3
301/21 301/24 302/1 302/10
302/12 302/16 302/18 302/24
303/14 303/18 304/23

**MS. McCRAE: [68]**  6/7 6/13
6/19 6/22 7/7 8/8 8/24 9/1
9/7 17/7 20/21 24/13 25/12
28/5 30/16 33/1 34/17 35/13
42/24 45/8 46/7 47/8 52/11
52/20 52/23 53/7 74/15 76/2
76/11 80/2 81/18 84/8 85/14
89/1 90/17 91/20 92/12 93/6
93/11 93/20 93/22 96/11
96/23 97/9 97/12 97/20 97/24
99/1 99/5 99/12 99/15 99/21
102/11 102/15 102/22 103/1
103/10 103/14 103/23 104/13
104/20 105/5 105/12 105/19
106/17 107/9 107/18 108/20
**MS. McCREA: [61]**  14/10
14/22 50/17 50/22 56/6 57/7
67/9 68/5 71/18 83/15 83/25
94/9 98/5 98/9 98/16 98/20
104/1 193/15 206/21 207/1
207/9 207/14 208/4 209/11
209/13 209/20 209/24 210/19
211/7 272/24 289/14 289/22
289/24 290/8 290/18 291/4
291/7 291/17 291/23 292/11
293/2 293/8 293/16 293/19
294/7 294/10 294/19 295/1
295/7 295/16 295/19 296/7
296/11 296/13 296/23 297/2
297/7 297/12 297/15 300/1
300/19
**THE COURT: [579]**
**THE COURTROOM DEPUTY: [7]**
7/3 7/6 10/12 54/14 107/12
111/19 268/25
**THE JUROR: [13]**  22/6 22/8
35/11 43/1 45/22 45/24 48/8
52/8 55/12 57/18 77/24 87/12
89/12
**THE JURORS: [1]**  71/19
**THE LAW CLERK: [1]**  298/11
**THE WITNESS: [4]**  160/8
191/10 199/19 269/2

**$**

**$100 [1]**  141/2
**$12,000 [3]**  140/15 234/8
268/11
**$15 [1]**  274/3
**$300 [2]**  141/23 144/14
**$600 [1]**  139/1

**'**

**'14 [1]**  55/9
**'74 [1]**  31/1
**'80's [1]**  31/15
**'81 [1]**  31/25

**/**

**/s [1]**  305/6

**1**

**1-A [1]**  298/3
**1-B [1]**  298/8
**10 [6]**  68/15 68/17 98/3 98/4
98/6 180/20
**10:00 o'clock [2]**  54/19
173/21

**1**

**11 [14]**   5/8 36/21 43/19 46/17 49/7 92/20 98/9 98/12 98/13 104/16 112/8 234/8 240/24 268/11
**11/29 [1]**   88/2
**112 [3]**   298/12 298/13 298/17
**11a [4]**   238/18 238/22 238/24 239/24
**11b [1]**   240/8
**11c [1]**   240/14
**11d [1]**   241/4
**11e [2]**   241/6 241/7
**11f [1]**   244/19
**11g [5]**   5/8 238/24 244/19 263/25 264/7
**11th [1]**   104/5
**12 [13]**   69/24 79/23 90/23 92/20 96/14 98/14 98/15 98/17 104/15 104/16 108/12 110/13 244/14
**12-hour [1]**   128/22
**122 [1]**   9/19
**123 [2]**   8/13 8/18
**12:15 [1]**   122/20
**12a [4]**   5/10 244/4 244/15 245/5
**12b [3]**   244/6 244/13 245/12
**12c [4]**   5/10 244/15 245/16 245/21
**12d [2]**   5/10 244/15
**12e [1]**   244/7
**12f [3]**   244/15 246/14 246/22
**12f-12p [1]**   5/11
**12g [1]**   246/24
**12h [1]**   247/19
**12i [2]**   247/23 249/8
**12j [1]**   248/2
**12k [1]**   248/5
**12l [2]**   249/4 249/8
**12m [2]**   249/4 249/20
**12n [1]**   251/3
**12o [1]**   251/7
**12p [2]**   5/11 251/12
**13 [15]**   10/18 11/5 11/24 30/24 31/13 37/12 74/4 98/20 98/21 98/23 98/24 101/11 102/3 104/16 112/9
**13a [5]**   5/6 235/25 235/25 236/2 236/3
**13b [1]**   293/19
**13c [2]**   293/20 295/10
**14 [20]**   10/16 10/17 11/2 37/12 77/5 77/15 77/17 78/24 79/18 80/7 84/22 85/5 90/24 92/25 93/3 93/11 93/12 93/16 93/16 160/22
**15 [19]**   53/22 53/22 66/3 69/20 73/17 73/21 80/2 98/25 99/1 99/2 99/3 111/20 133/5 139/17 176/5 176/13 252/2 252/3 252/5
**16 [19]**   4/21 65/4 96/13 99/5 99/9 99/10 104/16 111/20 112/9 130/22 130/25 131/21 134/21 134/25 135/5 135/11 227/6 227/7 227/10

**160 [1]**   359
**17 [12]**   81/18 90/13 90/13 135/12 135/17 136/4 140/21 141/1 232/18 232/20 232/21 243/10
**178 [1]**   3/10
**17a [4]**   5/2 232/22 232/23 232/25
**17b [2]**   294/7 294/12
**18 [14]**   90/13 126/24 127/6 127/18 131/25 133/12 135/18 135/19 137/14 149/10 149/14 232/18 232/20 294/14
**18-CR-80053 [1]**   6/4
**18-CR-80053-ROSENBERG [1]**   1/3
**182 [2]**   3/10 3/11
**183 [1]**   3/11
**184 [3]**   3/12 3/12 3/13
**185 [2]**   3/13 3/14
**186 [3]**   3/14 3/15 3/15
**187 [2]**   3/16 3/16
**188 [1]**   3/17
**189 [2]**   3/17 3/18
**18a [4]**   5/2 232/22 232/23 232/25
**18b [1]**   294/9
**19 [13]**   65/3 96/22 99/11 99/12 99/14 104/16 106/20 106/24 112/9 137/13 137/14 232/18 232/20
**190 [2]**   3/18 3/19
**193 [1]**   3/19
**194 [3]**   3/20 3/20 3/21
**195 [2]**   3/21 3/22
**196 [1]**   3/22
**197 [1]**   3/23
**1974 [1]**   31/1
**198 [2]**   3/23 3/24
**1980 [1]**   31/25
**199 [1]**   3/24
**1998 [2]**   26/19 27/4
**19a [6]**   5/2 232/22 232/23 232/25 294/18 294/20
**19b [1]**   294/24
**1:15 [3]**   122/21 122/24 176/1
**1a [5]**   5/9 239/14 239/14 239/18 240/17
**1b [4]**   289/21 289/24 290/5 290/12
**1h [3]**   293/21 293/21 295/10
**1k [3]**   289/24 290/5 290/13
**1l [2]**   289/21 289/23

**2**

**20 [16]**   15/16 15/20 64/13 65/7 74/3 83/14 97/6 99/15 99/18 99/21 99/24 100/5 100/10 100/14 101/23 102/5
**20's [2]**   43/17 44/2
**200 [3]**   3/25 3/25 4/1
**2000 [1]**   31/2
**2008 [4]**   140/18 151/25 248/23 299/8
**201 [2]**   4/1 4/2
**2010 [2]**   269/23 270/8
**2011 [1]**   126/23
**2012 [1]**   141/8

**2013 [1]**   55/9
**2014 [4]**   52/24 141/17 151/25 151/25
**2015 [3]**   55/7 138/12 153/6
**2016 [1]**   153/7
**2017 [6]**   125/6 131/24 133/9 162/8 238/12 285/9
**2018 [4]**   1/8 7/16 243/10 285/12
**2019 [2]**   7/18 305/5
**202 [3]**   4/2 4/3 4/3
**203 [4]**   4/4 4/4 4/5 4/5
**204 [3]**   4/6 4/6 4/7
**205 [2]**   4/7 4/8
**21 [13]**   62/12 62/23 64/25 65/7 79/22 97/23 102/8 102/9 102/12 102/13 103/5 104/16 112/9
**211 [1]**   4/8
**212 [3]**   4/9 4/9 4/10
**2123 [1]**   1/20
**213 [2]**   4/10 4/11
**214 [2]**   4/11 4/12
**215 [1]**   4/12
**216 [2]**   4/13 4/13
**217 [2]**   4/14 4/14
**218 [1]**   4/15
**21st [1]**   122/11
**22 [4]**   93/8 93/14 93/17 93/17
**220 [2]**   4/15 4/16
**221 [1]**   4/16
**222 [1]**   4/17
**223 [2]**   4/17 261/5
**224 [2]**   4/18 4/18
**225 [2]**   4/19 4/19
**226 [2]**   4/20 4/20
**227 [2]**   4/21 4/21
**228 [2]**   4/22 4/22
**229 [2]**   4/23 4/23
**23 [5]**   11/9 80/8 98/2 102/15 102/16
**230 [3]**   4/24 4/24 4/25
**231 [2]**   5/1 5/1
**232 [2]**   5/2 5/2
**233 [2]**   5/3 5/3
**234 [2]**   5/4 5/4
**235 [3]**   5/5 5/5 5/6
**236 [2]**   5/6 5/7
**237 [1]**   5/7
**238 [1]**   5/8
**239 [1]**   5/9
**24 [1]**   90/13
**24/7 [1]**   130/5
**241 [1]**   5/9
**242 [1]**   5/10
**244 [1]**   5/10
**246 [1]**   5/11
**247 [1]**   5/12
**248 [1]**   5/12
**25 [2]**   90/13 287/11
**250 [2]**   5/13 5/14
**253 [1]**   3/4
**25a [5]**   5/13 249/22 249/23 250/1 250/2
**25b [1]**   294/25
**26 [9]**   4/16 90/13 220/23 220/24 221/1 221/5 221/24

## 2

**26... [2]** 222/10 287/11
**267 [1]** 5/15
**268 [1]** 3/5
**269 [1]** 3/7
**27 [19]** 3/22 85/21 85/23
 86/11 86/15 87/9 158/22
 196/4 196/6 196/7 196/8
 197/6 197/8 197/10 197/14
 198/1 255/10 255/10 255/11
**27A [1]** 197/7
**28 [12]** 4/17 98/8 102/19
 102/23 104/16 112/10 131/22
 133/12 222/14 222/16 222/19
 222/21
**29 [14]** 4/12 74/24 75/6 75/7
 88/2 98/19 102/25 125/6
 133/9 162/8 215/3 215/5
 215/9 285/9
**29th [5]** 125/19 126/18 144/4
 165/3 177/20
**2nd [1]** 1/19

## 3

**30 [4]** 90/13 252/15 285/7
 285/11
**30-round [2]** 222/2 223/12
**30th [2]** 144/4 177/20
**31 [4]** 99/4 103/8 103/11
 135/1
**32 [2]** 90/13 141/1
**33 [12]** 17/12 17/17 61/6
 73/3 73/16 73/21 76/11 76/12
 81/1 91/21 91/24 92/1
**33401 [2]** 1/17 1/23
**34 [1]** 90/13
**34950 [1]** 1/20
**35 [9]** 102/7 103/14 103/17
 103/18 103/20 104/16 112/10
 126/24 190/10
**36 [8]** 5/7 102/18 103/21
 103/25 104/17 112/10 236/7
 236/15
**36a [6]** 236/8 236/9 236/11
 236/11 236/24 295/4
**36b [1]** 295/7
**36d [1]** 10/8
**36i [3]** 295/8 295/16 296/3
**36j [5]** 295/10 295/17 296/4
 296/5 296/6
**37 [8]** 3/10 90/13 177/22
 178/3 178/8 178/12 178/18
 178/20
**38 [2]** 90/13 131/22
**39 [7]** 26/7 26/11 103/7
 104/1 104/5 104/17 112/11
**3:00 o'clock [1]** 176/5
**3:15 [2]** 176/6 176/9
**3a [6]** 4/19 225/8 225/9
 225/10 225/12 290/20
**3d [2]** 290/20 290/21

## 4

**40 [8]** 12/19 30/25 103/13
 104/6 104/11 104/17 112/11
 245/24
**40 feet [1]** 190/10

**40's [1]** 359/5
**400 [1]** 1/16
**404 [5]** 8/23 207/14 208/4
 293/11 298/2
**41 [4]** 105/3 105/5 105/10
 105/12
**412 [1]** 9/10
**42 [1]** 90/13
**42a [5]** 5/13 249/22 249/23
 250/1 250/2
**42b [1]** 296/7
**43 [4]** 29/6 29/9 33/6 105/17
**44 [8]** 81/23 105/23 105/24
 108/1 109/17 110/6 110/20
 112/11
**45 [18]** 50/24 52/19 53/17
 53/24 55/1 55/5 75/10 105/1
 106/3 107/21 108/14 109/17
 109/24 112/11 124/10 124/13
 124/14 124/16
**450 [2]** 1/19 1/22
**46 [6]** 105/16 106/6 106/8
 106/15 108/14 112/12
**47 [5]** 105/22 106/17 106/21
 106/25 107/2
**48 [2]** 31/4 90/14
**48a [5]** 5/13 249/22 249/23
 250/1 250/2
**48b [2]** 296/11 296/25
**49 [5]** 4/18 90/14 224/18
 224/20 224/23
**4:00 [1]** 86/25
**4:00 o'clock [1]** 88/11
**4:30 [1]** 86/25
**4a [5]** 4/19 225/8 225/9
 225/10 225/12
**4b [2]** 290/24 291/2
**4m [3]** 291/6 291/7 291/17
**4n [3]** 290/24 290/25 291/1
**4p [2]** 290/24 291/2

## 5

**5 percent [1]** 289/1
**5,000 [2]** 139/11 144/13
**50 [4]** 31/4 107/4 110/20
 112/12
**500 [2]** 1/16 1/23
**50a [1]** 297/2
**50b [1]** 297/1
**51 [8]** 297/17 299/25 300/5
 300/9 300/10 300/11 300/14
 301/1
**51aa [2]** 297/15 298/25
**51ab [1]** 300/11
**51bt [2]** 297/15 298/25
**52 [1]** 90/14
**53 [4]** 5/10 242/9 242/11
 242/12
**54 [1]** 90/14
**55 [8]** 4/14 90/14 217/11
 217/12 217/13 217/16 217/18
 217/20
**56 [5]** 5/4 77/25 234/12
 234/12 234/15
**561-833-6288 [1]** 1/24
**57 [4]** 4/22 228/5 228/5
 228/10
**58 [6]** 4/14 217/11 217/13

**59 [7]** 4/14 217/11 217/12
 217/13 217/16 217/18 217/20
**5:00 [1]** 252/6
**5:20 [1]** 252/7
**5a [1]** 4/19
**5aa [4]** 225/8 225/9 225/10
 225/12
**5ab [1]** 291/21
**5aj [1]** 291/25
**5bk [1]** 291/21

## 6

**60 [3]** 90/14 130/7 285/19
**61 [7]** 85/22 85/23 86/11
 87/20 87/23 90/14 210/21
**61a [4]** 219/6 219/24 220/4
 220/15
**61a-61c [1]** 4/15
**61c [1]** 4/15
**62 [10]** 36/7 36/10 41/15
 82/7 82/22 93/3 93/19 93/20
 94/11 96/8
**6285 [1]** 1/17
**6288 [1]** 1/24
**62a [3]** 231/14 231/15 231/19
**62a-62c [1]** 5/1
**62c [1]** 5/1
**63a [4]** 228/15 228/19 228/21
 228/24
**63a-63j [1]** 4/22
**63j [1]** 4/22
**64 [1]** 90/14
**65 [1]** 90/14
**66 [3]** 43/6 46/6 90/14
**68 [8]** 5/9 72/13 72/17 73/25
 241/15 241/15 241/17 241/18
**69 [4]** 46/5 46/9 46/10 46/13
**6:00 [3]** 122/17 128/23
 128/23
**6:00 o'clock [1]** 122/8
**6:16 [1]** 287/8
**6:30 [4]** 122/9 122/17 252/25
 253/1
**6a [6]** 5/13 249/22 249/23
 249/25 250/2 250/5
**6b [3]** 293/2 293/3 293/7

## 7

**7/19/2008 [1]** 248/23
**71 [1]** 90/14
**72 [3]** 299/16 301/2 301/2
**72a [2]** 299/21 299/25
**73 [4]** 5/14 250/11 250/13
 250/22
**74 [8]** 5/11 52/16 53/8 53/14
 245/25 246/1 246/11 246/12
**75 [8]** 5/12 72/1 72/17 73/22
 83/20 247/6 247/8 247/10
**76 [10]** 5/12 55/1 56/10
 56/13 57/22 71/25 90/14
 248/10 248/12 248/15
**77 [4]** 5/12 248/10 248/11
 248/15
**772-489-2123 [1]** 1/20
**772.467.2337 [1]** 2/3
**78 [1]** 90/14
**79 [3]** 48/11 48/14 49/18

**7**

**7:00 [2]**   303/6 303/7
**7:30 [1]**   210/11

**8**

**80 [1]**   90/14
**800 [1]**   281/2
**80053 [1]**   6/4
**81 [1]**   10/11
**820 [2]**   272/13 281/4
**8:15 [3]**   302/5 302/6 303/2
**8:30 [5]**   122/5 122/6 287/24
  288/12 302/4
**8b [1]**   293/16

**9**

**90 [1]**   7/18
**95 [2]**   123/23 171/3
**95 percent [2]**   288/25 289/6
**954-789-6285 [1]**   1/17
**9:00 [1]**   122/17
**9aa [9]**   4/7 5/5 181/14
  181/17 182/3 193/3 204/20
  204/24 235/10
**9ab [3]**   4/7 205/4 205/7
**9ac [4]**   5/6 235/14 235/17
  236/18
**9ad [3]**   3/18 189/16 189/19
**9ae [3]**   3/19 190/13 190/17
**9af [1]**   193/19
**9ag [5]**   3/19 193/20 193/21
  193/23 193/24
**9ah [2]**   3/20 194/9
**9ai [2]**   3/20 194/17
**9aj [2]**   3/21 194/25
**9ak [2]**   3/21 195/9
**9al [3]**   3/25 200/8 200/13
**9am [4]**   4/1 200/19 200/22
  200/23
**9an [2]**   201/2 201/5
**9ao [3]**   4/1 201/10 201/13
**9ap [2]**   4/2 201/20
**9aq [2]**   4/2 202/3
**9ar [1]**   193/3
**9as [4]**   4/11 213/14 213/16
  213/17
**9at [3]**   4/12 214/18 214/21
**9au [4]**   4/13 215/17 216/9
  216/10
**9av [5]**   4/13 216/11 216/13
  216/21 216/22
**9aw [2]**   4/14 217/6
**9ax [4]**   4/15 218/3 218/6
  245/13
**9ay [12]**   4/8 206/24 207/5
  207/7 209/21 210/2 211/9
  211/14 211/16 211/18 218/11
  218/14
**9az [3]**   4/8 210/20 211/18
**9b [1]**   203/14
**9bb [5]**   4/16 220/17 220/19
  220/21 221/12
**9bc [4]**   4/17 223/18 223/20
  223/25
**9bd [7]**   4/18 4/20 224/8
  224/12 224/13 225/23 226/1
**9be [4]**   4/19 212/14 225/4

225/7
**9bf [4]**   4/20 226/9 226/11
  226/12
**9bg [4]**   4/21 209/12 227/16
  227/20
**9bh [3]**   4/25 230/22 230/25
**9bi [3]**   4/23 229/15 229/20
**9bj [3]**   4/24 229/24 230/2
**9bk [3]**   4/24 230/6 230/9
**9bl [4]**   5/3 233/8 233/10
  233/11
**9bm [3]**   5/3 233/15 233/18
**9bn [3]**   5/1 231/4 231/7
**9bo [4]**   5/2 232/8 232/10
  232/11
**9bp [3]**   5/4 233/24 234/2
**9bq [3]**   4/3 202/4 202/7
**9br [3]**   3/15 186/12 186/16
**9bs [3]**   3/15 186/24 186/25
**9bu [3]**   3/17 188/23 189/3
**9bv [2]**   3/22 195/20
**9bw [4]**   3/23 197/18 197/19
  197/22
**9bx [3]**   3/23 198/13 198/17
**9cc [3]**   3/24 198/21 198/24
**9cd [3]**   3/24 199/5 199/8
**9ce [3]**   3/16 187/8 187/9
**9cf [3]**   5/5 234/22 235/2
**9cg [3]**   4/8 205/12 205/15
**9ch [3]**   4/6 204/6 204/10
**9ci [2]**   4/6 204/19
**9cj [4]**   5/7 237/7 237/9
  237/10
**9ck [1]**   5/7
**9cl [2]**   5/7 237/19
**9cm [2]**   5/8 237/21
**9cn [4]**   3/10 182/7 182/10
  182/11
**9co [3]**   3/11 182/23 182/24
**9cp [2]**   3/11 183/15
**9cq [2]**   3/12 184/1
**9cr [2]**   3/12 184/16
**9cs [2]**   3/13 184/25
**9ct [2]**   3/13 185/8
**9cu [2]**   3/14 185/17
**9cv [2]**   3/14 186/4
**9cw [2]**   3/16 187/18
**9cx [3]**   3/17 188/1 188/2
**9cy [2]**   4/3 202/17
**9cz [2]**   4/4 203/3
**9da [2]**   4/4 203/10
**9db [4]**   4/5 203/16 203/17
  203/22
**9dc [3]**   4/5 203/18 203/22
**9dd [3]**   4/9 211/20 212/4
**9de [4]**   4/9 212/6 212/8
  212/9
**9df [2]**   4/10 212/22
**9dg [3]**   3/18 189/25 190/4
**9dh [6]**   3/25 199/10 199/18
  199/20 199/25 200/1
**9dj [4]**   4/10 213/2 213/4
  213/5
**9dk [3]**   4/23 229/7 229/10

**A**

**a-11g [1]**   5/8
**a.m [1]**   128/23

**aa [1]**   235/7
**abbreviated [1]**   160/24
**ability [15]**   12/3 12/10 20/6
  27/8 39/4 40/19 44/4 56/25
  57/2 86/16 94/23 95/19 116/8
  160/3 274/20
**able [41]**   10/9 12/8 18/3
  19/9 19/15 29/24 30/2 33/23
  34/3 34/6 35/11 40/6 40/13
  42/9 44/7 44/19 48/19 56/25
  61/22 61/24 62/7 68/4 68/9
  71/3 71/7 71/12 94/4 134/13
  143/14 192/2 205/23 206/20
  208/10 237/2 276/11 279/10
  280/18 299/19 300/3 301/16
  302/22
**abortion [1]**   137/16
**abortions [1]**   137/15
**about [241]**   10/17 11/9 11/16
  12/2 12/18 12/19 15/13 16/5
  16/10 17/6 17/21 18/4 18/9
  18/19 18/21 18/22 18/25
  18/25 19/2 19/24 20/4 20/24
  21/7 21/8 21/17 21/17 21/20
  23/8 23/12 23/21 24/7 24/22
  25/17 25/20 26/1 26/4 28/15
  31/3 31/23 32/2 33/16 34/22
  36/17 36/21 38/4 38/16 39/22
  40/1 40/12 40/17 42/22 43/25
  44/5 45/21 47/23 47/25 48/1
  48/22 49/5 49/6 50/12 50/24
  51/19 52/6 52/12 55/11 56/24
  57/16 59/8 64/21 64/23 65/4
  75/19 76/17 76/18 76/19 77/1
  79/3 79/18 79/24 80/18 80/19
  80/22 81/21 82/6 82/19 82/23
  83/10 83/13 84/2 84/17 84/17
  87/16 88/7 88/14 89/10 89/22
  93/5 93/10 93/24 94/22 95/16
  105/11 108/3 110/12 110/23
  112/2 113/8 113/12 113/12
  113/25 114/11 116/18 117/15
  117/18 117/24 117/25 118/16
  118/17 118/21 118/23 119/2
  119/8 119/8 119/13 121/1
  122/19 126/6 127/23 128/2
  128/8 128/17 129/2 129/9
  129/13 129/14 129/17 129/23
  130/1 130/12 130/25 131/9
  131/20 132/25 134/11 134/23
  135/9 137/11 137/13 138/4
  138/22 139/6 139/8 139/15
  139/20 142/5 142/12 142/14
  142/22 142/24 143/7 143/7
  143/17 143/20 143/22 146/17
  146/18 146/22 148/21 150/11
  150/25 151/19 152/3 153/18
  153/20 154/5 155/7 156/18
  160/2 161/23 162/1 162/4
  162/19 165/11 165/11 167/7
  172/20 176/7 176/15 177/18
  190/10 191/1 192/17 193/2
  202/12 205/19 206/3 209/11
  219/7 226/5 226/8 233/5
  240/4 246/5 252/7 256/18
  261/14 265/4 268/6 271/6
  271/7 271/24 273/5 274/5
  274/11 274/13 274/24 275/2

**A**

**about... [23]** 275/6 277/4
277/11 279/23 281/9 282/4
284/22 287/1 287/3 287/11
289/12 294/14 297/9 298/5
298/5 298/14 298/21 299/14
300/4 300/14 300/14 300/19
301/17

**above [5]** 61/20 62/16 62/17
213/20 305/3

**absolutely [8]** 13/1 16/12
16/17 25/10 61/9 70/13 75/5
156/17

**abundance [2]** 29/12 89/25

**abuse [13]** 26/15 26/17 29/16
36/15 36/15 42/12 42/15
43/13 43/18 44/3 48/18 48/18
108/7

**abused [2]** 26/20 152/11

**Academy [1]** 161/15

**accent [2]** 106/8 106/12

**accept [23]** 97/10 97/14
97/16 98/10 98/21 99/6 99/13
99/16 102/12 102/23 103/2
103/9 103/15 103/23 103/24
104/2 104/4 104/12 104/14
106/15 107/5 117/21 117/22

**acceptable [9]** 102/2 104/18
107/6 107/9 107/12 109/18
123/1 300/1 303/22

**accepts [14]** 97/8 97/19 98/4
98/12 98/15 98/23 99/1 99/8
99/12 102/9 103/19 105/18
105/24 106/4

**access [6]** 260/25 261/2
274/20 274/22 282/14 282/16

**accessed [1]** 195/15

**accessories [1]** 251/13

**accord [1]** 120/15

**according [4]** 13/14 13/15
81/10 261/8

**accordingly [2]** 120/12
264/24

**account [5]** 52/3 101/14
116/8 274/17 302/6

**accounts [3]** 107/23 118/8
120/1

**accurate [6]** 146/13 146/14
191/23 208/2 208/7 289/14

**accusation [6]** 14/9 14/9
16/23 17/2 25/20 116/21

**accusations [13]** 21/22 27/10
30/9 30/9 44/5 46/25 49/10
77/11 78/14 79/5 80/14 80/19
83/9

**accused [11]** 11/6 11/9 11/13
11/23 11/25 13/25 14/5 14/19
14/20 15/7 15/9

**acquaintance [6]** 30/24 31/12
31/14 31/14 31/16 134/15

**acquire [1]** 120/9

**Acres [1]** 169/18

**across [6]** 127/3 133/1 139/5
213/12 293/25 296/1

**act [9]** 27/2 42/3 129/12
129/12 135/13 141/19 147/16
147/22 283/8

**acted [2]** 109/21 151/25

**acting [4]** 150/16 150/25
151/1 165/4

**actions [2]** 275/1 292/19

**actively [1]** 156/16

**activity [2]** 127/19 135/13

**acts [11]** 84/5 84/10 84/15
125/4 125/4 128/15 129/7
130/21 134/1 142/20 292/15

**actual [11]** 42/3 86/5 156/2
156/2 195/14 217/23 219/7
219/21 255/11 281/9 300/11

**actually [12]** 19/8 38/10
42/16 44/9 49/6 51/11 64/6
131/2 143/2 242/14 280/18
298/3

**ad [4]** 133/21 141/18 189/11
189/15

**add [3]** 93/7 101/10 201/17

**added [2]** 10/2 10/11

**addition [4]** 118/15 223/15
280/21 295/10

**additional [21]** 17/1 53/23
91/4 107/19 108/1 108/2
108/24 109/10 109/16 109/25
110/18 110/25 111/1 116/15
170/7 199/3 215/1 231/10
244/24 269/19 269/19

**address [3]** 11/7 112/17
179/12

**addressed [1]** 29/10

**administration [1]** 166/8

**administrative [2]** 163/18
166/8

**admission [4]** 189/25 215/5
224/19 244/6

**admit [82]** 144/5 144/8
144/11 144/15 189/12 189/15
190/13 190/22 192/6 194/2
194/6 194/14 194/22 195/6
195/17 198/13 199/10 200/19
200/22 201/2 201/10 201/25
202/4 202/14 202/25 203/7
203/14 204/6 204/16 204/20
205/4 205/12 210/14 211/20
212/6 213/2 213/14 214/2
214/18 215/17 216/11 217/16
218/3 219/22 220/17 222/15
223/20 224/8 225/4 225/9
225/22 226/9 227/6 227/15
228/5 228/19 229/7 229/15
229/24 230/6 230/21 231/4
231/15 232/8 233/8 233/15
233/24 234/12 234/22 235/14
235/25 236/9 237/7 238/18
239/14 241/15 246/11 247/8
248/11 249/23 292/11 304/3

**admitted [141]** 114/12 115/24
115/25 178/9 178/12 178/15
178/17 182/10 182/23 183/13
183/25 184/15 184/24 185/7
185/16 186/3 186/15 186/24
187/8 187/17 188/1 189/2
189/13 189/18 190/3 190/16
193/23 194/8 194/16 194/24
195/8 195/19 196/6 196/7
197/8 197/11 197/21 198/16
198/23 199/7 199/25 200/9

**acted** [continued]
200/10 200/12 201/4 201/12
201/19 202/6 202/16 203/2
203/9 203/17 203/21 204/9
204/18 204/23 205/6 205/14
206/1 210/4 211/14 211/16
212/2 212/8 212/18 212/21
213/16 214/5 214/20 215/8
216/9 216/21 217/5 217/18
218/5 218/11 219/10 220/5
220/6 220/9 220/13 220/13
220/19 221/1 221/3 222/19
223/19 223/23 224/11 224/12
224/22 225/6 225/10 225/25
226/11 227/9 227/19 228/9
228/23 229/9 229/19 230/1
230/8 230/24 231/6 231/18
232/10 232/20 232/23 233/10
233/17 234/1 234/14 235/1
235/9 235/16 236/2 237/9
238/22 239/17 240/17 241/17
242/11 244/9 244/13 247/9
248/14 248/25 249/25 250/21
267/6 267/10 289/8 294/12
294/23 295/3 296/13 301/7
301/7 301/7 301/21

**admitting [1]** 294/16

**ads [1]** 142/20

**adult [17]** 39/23 71/22 71/23
72/2 72/4 72/11 72/12 72/15
72/18 72/21 72/23 72/25
75/12 149/18 150/10 164/22
164/23

**adults [5]** 38/20 38/21 95/13
151/5 164/18

**advance [3]** 192/10 193/13
208/17

**advanced [2]** 161/24 269/20

**advantage [1]** 82/11

**advertise [1]** 127/25

**advertisement [1]** 128/4

**advertisements [1]** 20/1

**advise [3]** 171/4 174/16
176/14

**advising [1]** 165/10

**aDXXXX [1]** 301/6

**af [6]** 190/22 190/23 190/24
191/1 191/5 192/6

**affairs [2]** 147/17 147/23

**affect [3]** 17/22 20/5 79/13

**affection [1]** 142/14

**affixed [1]** 196/22

**afraid [1]** 37/6

**African [9]** 100/6 100/9
101/11 101/25 102/4 104/8
106/2 106/16 110/15

**African-American [9]** 100/6
100/9 101/11 101/25 102/4
104/8 106/2 106/16 110/15

**after [59]** 11/13 12/10 15/2
28/20 31/2 38/15 39/18 40/2
51/12 54/6 56/23 56/23 61/20
81/3 109/10 110/8 110/25
111/10 111/11 121/3 121/12
121/15 124/9 131/14 134/25
135/11 135/19 139/1 139/9
151/25 152/19 157/23 157/23
160/4 167/2 169/8 169/14
169/15 170/15 191/6 191/15

**A**

**after...** [18]  191/22 199/15 199/22 208/11 208/11 219/14 227/3 237/1 238/8 238/8 252/6 272/5 276/17 284/13 285/25 290/13 299/11 302/9
**afternoon** [10]  145/8 160/15 160/16 176/1 176/4 176/10 176/12 177/8 253/18 253/19
**afterwards** [1]  76/8
**again** [34]  7/25 11/22 30/7 44/18 51/23 61/8 61/21 75/1 77/21 79/7 83/8 105/10 117/9 117/11 124/15 126/12 135/18 137/23 138/18 147/18 154/21 156/8 156/14 157/20 239/4 245/13 247/20 252/9 264/21 288/8 295/11 295/16 298/23 304/21
**against** [16]  13/22 17/1 19/12 27/15 35/9 49/23 50/1 76/20 84/13 100/14 109/8 116/20 148/15 157/11 162/4 162/5
**age** [6]  92/20 100/3 100/10 118/14 127/18 135/11
**agencies** [7]  128/18 135/21 162/2 163/2 163/2 163/5 163/8
**agency** [4]  128/20 128/24 128/24 270/24
**agenda** [1]  155/11
**agent** [6]  143/5 165/17 165/18 166/22 167/25 273/8
**agents** [4]  16/14 55/18 265/15 285/21
**aggressive** [1]  156/18
**ago** [9]  11/9 12/4 12/20 32/17 37/19 43/21 48/23 162/1 232/1
**agree** [41]  6/17 8/7 10/20 42/19 56/2 61/9 62/19 63/6 64/25 65/7 66/19 66/20 66/21 66/23 67/1 67/25 73/23 73/24 73/24 74/1 74/2 74/5 77/19 78/7 78/8 78/25 81/25 82/11 90/15 91/22 91/23 93/12 93/16 104/23 114/8 117/22 146/14 148/10 151/20 207/23 260/25
**agreed** [7]  8/6 91/20 92/21 197/14 253/8 289/7 304/1
**agreement** [11]  10/21 46/6 46/9 57/22 83/20 90/12 91/12 93/19 176/25 192/17 193/15
**agrees** [1]  115/10
**ah** [1]  194/6
**ahead** [4]  82/3 123/6 164/14 243/5
**ai** [1]  194/14
**aid** [1]  296/18
**air** [2]  63/14 189/10
**airplane** [2]  277/20 277/21
**aj** [1]  194/22
**ak** [1]  195/6
**al** [1]  200/10
**ala** [1]  63/14

**alert** [2]  136/21 177/1
**algorithm** [2]  283/16 283/18
**alien** [2]  152/12 152/21
**all** [179]  6/3 7/11 8/10 10/14 10/14 11/15 11/21 11/21 13/12 13/23 14/4 18/8 18/23 19/14 20/12 21/25 25/6 25/21 27/21 27/21 33/10 34/6 35/13 39/9 39/19 40/3 40/12 51/12 51/16 51/17 51/18 53/16 53/24 57/9 57/20 58/3 60/3 62/5 64/7 67/6 67/22 68/13 71/1 73/14 77/9 80/1 80/9 80/10 81/2 81/3 81/5 81/9 81/11 82/2 82/25 83/4 85/12 85/17 85/21 86/3 89/22 90/4 90/8 90/21 91/10 91/19 100/21 101/22 104/25 105/14 108/11 109/21 111/2 111/16 112/2 112/5 112/13 112/19 112/24 112/25 116/13 121/12 122/1 124/17 127/6 128/10 128/23 129/15 134/2 135/15 135/25 135/25 137/23 140/4 140/11 144/10 144/22 145/10 148/13 150/15 151/17 151/21 151/21 153/5 157/22 158/5 158/5 158/6 158/15 158/15 158/19 158/24 162/19 166/4 166/23 175/20 176/3 176/12 177/14 180/3 181/12 182/2 189/13 191/25 192/21 193/11 193/14 206/11 210/4 210/12 211/7 211/7 211/17 220/8 220/12 220/19 225/10 230/18 232/18 232/23 237/9 240/6 243/7 243/10 243/25 244/20 249/12 249/25 249/25 257/3 262/7 263/20 263/24 270/18 275/16 277/11 277/25 280/20 280/22 284/22 285/2 285/7 285/18 286/7 286/12 286/14 286/17 287/5 288/14 290/22 291/9 292/21 294/15 302/3 302/21 303/1 303/12 303/12 303/18
**allegation** [2]  150/9 242/25
**allegations** [8]  13/22 27/10 28/25 42/11 48/2 77/1 79/21 151/20
**allege** [2]  42/15 149/3
**alleged** [16]  32/21 36/1 41/20 76/20 76/21 76/25 78/12 78/21 79/4 79/13 79/20 80/24 81/6 81/14 151/24 254/4
**allegedly** [2]  118/4 153/6
**alleging** [1]  78/12
**allow** [9]  6/18 91/2 134/4 192/18 211/9 266/22 275/13 278/15 296/20
**allowed** [5]  16/8 139/23 150/22 151/13 153/23
**allowing** [3]  24/17 208/13 283/9
**allows** [2]  111/9 280/22
**almost** [4]  72/3 135/19 269/6 283/18

**along** [14]  6/6 19/10 29/14 36/16 42/5 43/11 67/5 95/12 130/15 170/23 181/25 182/1 209/1 256/6
**Alpha** [1]  294/18
**already** [19]  33/9 65/11 74/17 78/12 79/20 111/2 157/1 205/25 206/25 207/13 208/4 209/8 240/8 285/15 289/7 294/21 295/4 298/20 301/25
**also** [53]  7/1 8/12 8/22 9/25 21/17 26/19 28/17 45/16 52/3 52/15 55/1 58/16 66/22 67/1 72/11 74/1 77/7 106/19 106/20 110/21 113/11 119/1 119/12 119/16 120/5 126/14 129/24 135/23 137/6 139/8 139/20 141/15 143/13 143/20 144/3 148/6 148/17 149/3 149/17 152/7 153/17 155/13 157/13 163/20 166/8 172/4 212/11 213/7 216/15 257/10 259/18 261/5 300/4
**ALSTON** [15]  1/7 124/25 127/21 134/17 134/19 140/22 141/25 145/9 145/12 145/21 146/24 147/6 154/4 154/7 162/9
**alter** [1]  283/4
**altered** [1]  281/25
**alternate** [14]  105/5 105/10 105/10 105/11 105/15 105/22 105/25 106/5 107/1 107/4 107/6 107/20 110/19 110/20
**alternates** [11]  91/3 91/4 104/25 105/2 105/9 105/22 108/16 109/5 109/5 109/11 110/19
**alternative** [1]  275/25
**although** [8]  65/7 94/10 95/9 107/24 109/24 113/9 124/2 301/6
**altogether** [1]  81/3
**always** [8]  70/5 88/9 122/7 122/16 123/8 124/15 128/5 298/23
**am** [114]  7/15 8/15 10/3 15/22 15/24 17/3 17/17 17/24 18/11 21/10 21/11 23/11 24/1 24/5 24/10 24/17 24/20 27/11 28/8 31/25 31/25 32/6 33/7 36/17 37/22 38/18 39/1 39/15 40/10 40/15 41/8 41/9 41/25 42/4 43/9 43/13 44/18 45/10 46/13 46/18 47/24 49/1 56/18 58/4 58/20 58/20 59/11 59/21 63/16 68/7 69/3 71/22 75/17 80/16 82/12 82/13 83/4 88/6 90/19 92/17 92/18 95/25 96/1 97/2 99/7 106/7 122/1 123/1 123/23 124/15 124/16 132/14 135/24 146/16 148/6 149/14 149/19 155/15 158/25 159/1 179/17 180/9 184/7 192/21 206/5 207/20 208/13 208/19 209/11 210/6 210/13 210/13 211/2 211/24 225/15 228/20

**A**

**am... [18]**  231/13 232/17
239/13 245/25 248/9 251/22
254/1 259/8 259/21 263/2
263/18 265/13 269/12 273/2
290/1 294/16 300/24 304/13
**AMERICA [2]**  1/4 21/25
**American [9]**  100/6 100/9
101/11 101/25 102/4 104/8
106/2 106/16 110/15
**ammo [1]**  222/2
**ammunition [6]**  213/13 215/1
215/12 222/8 223/1 223/15
**among [6]**  86/3 101/12 117/14
119/12 155/4 278/13
**amount [2]**  80/9 80/11
**ample [1]**  108/19
**analysis [2]**  100/16 143/6
270/15
**analysts [1]**  270/18
**analyze [1]**  277/14
**Android [1]**  279/24
**Angel [3]**  6/7 55/18 165/18
**Angel's [1]**  136/10
**angle [1]**  183/4
**angry [3]**  129/19 132/17
132/23
**announce [1]**  180/9
**announcement [1]**  111/11
**another [42]**  8/16 38/13
39/24 59/12 65/22 65/23 66/9
73/7 128/17 129/20 133/1
133/2 133/5 136/10 151/23
157/14 157/16 179/16 179/21
179/21 183/3 183/4 187/3
187/4 187/13 197/24 211/23
226/3 228/16 229/23 241/11
253/4 267/22 279/7 280/10
282/25 285/11 288/16 291/14
292/13 292/14 296/4
**answer [12]**  25/14 58/8 68/9
75/17 75/21 75/23 77/23
81/20 92/22 115/19 135/16
216/13
**answered [7]**  22/10 29/11
85/11 115/15 115/17 254/2
285/15
**answering [2]**  58/16 113/1
**answers [8]**  76/2 92/5 92/10
92/15 95/10 95/12 115/4
120/20
**anticipate [3]**  251/25 297/3
297/13
**anticipated [1]**  54/4
**anticipating [1]**  252/15
**anxiety [1]**  56/18
**any [220]**  8/17 9/4 9/15 10/6
12/21 12/24 13/2 19/16 20/19
20/21 21/5 26/13 26/24 27/7
27/15 27/24 27/24 28/3 28/5
29/15 29/25 30/12 32/11
33/21 33/25 34/4 34/8 34/14
34/15 34/19 36/13 39/3 39/8
41/3 41/10 41/13 43/11 44/3
44/18 45/5 47/4 48/4 49/14
50/1 52/5 52/21 53/3 53/13
55/10 55/11 55/21 57/5 59/2

59/7 59/8 59/13 59/25 62/5
63/9 64/11 67/17 67/18 67/20
67/22 68/3 69/16 70/7 71/6
71/13 76/10 78/3 79/13 82/23
83/12 83/14 86/21 87/7 88/25
89/6 91/12 91/25 92/22 92/24
94/15 101/17 101/17 109/21
110/2 110/18 113/11 116/7
116/11 116/14 117/1 117/3
117/21 117/22 117/22 117/23
117/25 118/1 118/2 118/4
118/6 118/7 118/8 118/10
118/11 118/17 118/21 118/22
118/24 118/25 119/2 120/1
120/2 120/6 120/7 120/25
122/10 123/10 123/24 124/21
131/18 133/14 133/15 134/4
140/6 147/1 152/6 153/25
155/11 155/11 156/21 160/2
161/1 161/4 161/6 161/20
175/2 176/7 178/9 181/18
182/1 182/3 182/8 182/21
183/11 185/14 186/1 186/13
186/22 187/15 187/24 188/25
189/16 190/1 190/14 192/7
192/15 192/24 193/21 196/23
197/19 198/2 198/14 199/11
200/10 200/20 203/15 203/19
204/7 204/21 206/8 209/5
210/16 211/6 214/3 215/6
219/20 220/24 222/17 223/21
224/9 228/7 238/20 246/1
251/18 251/21 252/8 252/8
255/24 259/2 265/16 265/19
265/22 266/3 267/5 268/2
268/11 272/5 272/24 280/14
283/20 284/11 284/17 288/4
288/10 289/22 291/17 291/22
295/13 295/25 296/21 297/22
298/18 299/12 300/5 301/15
301/20
**anybody [16]**  41/24 49/3 49/4
55/13 60/10 122/6 122/12
127/5 134/22 138/3 155/25
167/24 176/15 257/22 260/25
304/14
**anyone [56]**  49/23 52/7 57/17
57/17 59/5 61/2 61/5 66/24
67/8 68/1 71/10 72/17 72/18
73/24 74/2 74/18 75/7 76/14
79/12 79/19 80/7 80/17 80/18
80/22 81/13 81/13 82/5 83/16
83/18 83/21 85/5 85/14 87/15
90/4 90/5 94/21 96/9 117/15
117/18 118/16 118/17 118/22
119/7 119/8 122/5 123/4
132/10 133/7 153/14 168/3
176/8 176/9 252/8 252/10
288/2 288/4
**anyone's [1]**  210/15
**anything [58]**  11/19 12/2
17/21 20/4 21/12 24/12 26/23
26/24 30/14 30/16 34/16
34/17 40/25 47/2 49/2 49/5
55/16 56/6 64/8 64/24 65/25
72/10 77/6 77/7 82/4 84/25
88/14 89/22 95/23 108/22
110/3 112/22 116/22 117/15

117/19 127/7 133/7 136/20
144/1 151/14 152/6 152/10
154/3 154/6 154/24 158/11
169/12 170/12 173/5 175/16
176/7 176/8 211/6 226/5
265/20 275/3 283/8 286/9
**anyway [1]**  154/6
**anyways [1]**  40/16
**anywhere [3]**  137/21 172/16
172/20
**ap [1]**  201/17
**apologize [9]**  8/1 44/16 49/5
105/6 136/8 151/17 211/8
220/14 287/13
**apostrophe [1]**  269/3
**app [6]**  276/16 276/18 276/21
277/4 280/7 280/7
**Apparently [1]**  121/20
**appealing [1]**  127/6
**appear [2]**  106/23 257/24
**appearance [1]**  6/5
**APPEARANCES [1]**  1/13
**appears [6]**  100/10 106/19
106/20 184/20 195/12 266/10
**Apple [1]**  279/14
**application [1]**  130/4
**applications [3]**  275/13
280/5 280/14
**applies [1]**  119/2
**apply [4]**  19/15 20/15 146/7
152/15
**appointment [2]**  88/22 133/22
**appreciate [11]**  12/1 17/10
38/25 43/23 50/19 51/23
51/25 57/4 89/13 120/14
303/13
**apprehended [2]**  49/23 50/3
**approach [16]**  24/14 24/16
39/23 58/7 74/16 177/25
180/11 193/7 193/16 196/1
213/24 217/8 219/4 221/4
234/9 266/5
**approached [5]**  126/15 131/5
149/9 172/2 206/11
**appropriate [4]**  9/5 82/17
219/10 292/19
**approved [1]**  281/14
**approves [1]**  281/12
**approximately [7]**  55/7
173/18 173/21 181/10 234/7
251/24 272/11
**apps [4]**  275/11 275/12 276/2
280/12
**aq [1]**  201/25
**ar [3]**  133/5 139/17 181/17
**AR-15 [2]**  133/5 139/17
**are [517]**
**area [23]**  25/22 161/13
168/19 168/22 168/23 169/11
178/24 179/8 179/13 179/17
179/25 186/11 195/4 195/5
195/13 202/11 202/11 202/22
203/25 205/11 205/19 245/16
267/19
**areas [1]**  234/24
**aren't [4]**  54/18 262/18
268/22 296/21
**arguably [1]**  96/6

**A**

argued [1]  156/12
argument [5]  110/25 110/25
 121/8 211/12 298/19
arguments [5]  114/25 115/1
 121/14 297/25 298/20
arm [1]  293/23
armrest [3]  241/8 241/13
 265/9
Army [2]  259/10 259/12
arose [1]  26/24
around [24]  14/3 24/20 52/18
 81/5 87/1 89/5 111/24 112/1
 127/10 137/2 138/6 138/7
 154/3 155/9 155/13 163/22
 168/7 169/13 170/16 184/10
 185/3 185/11 222/9 270/8
arrange [2]  89/16 128/7
arrangements [2]  45/12
 263/15
array [1]  175/3
arrest [1]  149/8
arrested [5]  60/15 61/15
 141/5 143/17 226/6
arrive [2]  167/14 173/18
arrived [3]  167/22 170/1
 170/2
arriving [1]  130/10
art [1]  254/15
arteries [1]  88/15
article [1]  288/6
articles [1]  155/2
articulate [1]  258/13
articulated [1]  101/22
as [247]  9/4 9/6 9/8 9/16
 9/17 14/17 18/14 19/5 21/1
 21/2 21/2 21/4 21/5 21/8
 23/8 26/23 26/24 28/20 28/20
 30/9 30/9 30/13 31/7 32/9
 32/9 32/11 32/23 32/23 35/7
 36/12 39/2 39/2 40/21 40/22
 41/4 41/18 41/22 43/24 43/24
 54/2 59/1 61/9 70/5 72/4
 73/9 73/9 74/5 76/6 76/21
 76/23 77/6 77/6 77/7 77/7
 78/20 78/25 78/25 79/3 79/9
 80/9 80/15 80/22 81/6 82/4
 82/22 83/17 84/11 84/16
 84/24 85/11 86/3 86/9 86/22
 87/10 88/8 89/6 90/4 92/23
 94/15 94/15 95/3 95/15 95/18
 95/19 96/7 101/13 104/16
 105/5 105/15 107/3 108/9
 109/2 109/4 109/5 109/8
 109/22 109/24 110/7 110/8
 112/20 112/21 113/5 114/1
 114/7 114/14 114/17 114/17
 116/17 117/17 118/19 119/18
 119/22 121/5 121/24 122/14
 122/15 124/16 125/21 126/1
 126/12 126/14 127/25 129/25
 129/25 133/10 134/13 135/16
 138/20 141/25 145/3 146/4
 146/4 146/16 146/19 146/23
 146/24 147/24 149/4 149/5
 149/12 149/12 149/18 150/16

150/18 150/19 150/25 151/1
 151/22 151/25 152/15 154/11
 156/11 156/23 157/18 158/20
 161/2 161/19 162/1 163/10
 163/11 164/23 164/23 165/4
 166/22 167/20 175/12 177/5
 177/5 179/9 179/9 182/1
 185/22 191/6 191/13 191/14
 192/19 193/4 195/12 196/4
 205/10 205/10 206/1 206/6
 209/3 209/3 209/10 215/14
 215/23 216/2 218/21 220/23
 228/14 229/12 235/24 251/3
 252/24 252/24 253/6 254/6
 255/16 255/17 256/23 257/12
 259/2 259/10 261/2 261/2
 261/12 263/13 264/21 269/18
 272/10 272/14 272/16 272/20
 272/23 273/13 274/21 275/4
 275/18 277/21 277/21 279/2
 280/25 285/14 285/15 287/18
 287/18 287/22 288/18 291/6
 291/16 291/25 292/19 292/19
 293/13 293/24 296/3 300/7
 301/1 301/2 301/2
ascertained [1]  296/16
aside [6]  30/1 39/6 72/3
 95/19 208/14 208/18
ask [58]  6/23 7/16 9/16
 15/13 18/18 24/13 24/17 28/9
 30/7 30/12 35/19 36/1 45/20
 46/23 52/5 55/10 58/5 58/7
 58/15 58/20 59/5 67/5 68/14
 71/17 71/17 77/5 77/21 81/15
 81/17 82/17 83/10 84/8 87/14
 90/4 91/10 99/25 122/3 124/1
 143/24 144/2 145/1 147/10
 148/6 149/15 156/23 189/15
 192/10 210/4 218/21 219/18
 240/23 243/18 258/9 265/4
 265/15 272/22 291/1 301/1
asked [28]  17/21 18/5 18/19
 21/9 22/9 23/1 24/13 26/11
 26/12 29/14 30/4 34/22 36/12
 37/3 43/11 46/14 58/3 67/3
 74/17 75/18 81/24 88/5 90/21
 95/13 174/6 254/2 254/6
 268/6
asking [10]  9/14 15/22 24/18
 29/22 33/13 35/22 44/18 72/7
 92/7 92/7
asks [2]  115/7 115/12
aspect [1]  109/21
assault [3]  49/23 221/10
 221/21
assaults [1]  130/1
assess [1]  41/17
assesses [1]  95/9
assessing [1]  95/20
assign [2]  163/25 165/15
assigned [3]  161/4 161/5
 270/21
assist [5]  120/25 155/17
 159/8 163/20 170/8
assistance [1]  155/18
Assistant [2]  53/4 63/3
assisting [2]  159/5 262/16
assume [6]  9/14 10/21 64/1

69/3 161/14 262/6
assuming [3]  14/21 14/22
 253/1
assumption [1]  14/24
assurance [2]  15/21 15/22
assure [1]  117/13
Atlanta [1]  142/19
attach [3]  278/17 282/23
 283/25
attached [2]  256/5 256/15
attachment [1]  256/4
Attachments [1]  198/7
attack [1]  151/12
attempt [7]  109/1 118/1
 118/11 120/11 174/3 277/15
 278/9
attempted [2]  169/20 297/8
attend [2]  45/17 161/24
attended [2]  161/14 162/5
attention [10]  71/18 85/20
 85/25 86/17 90/1 249/8 255/6
 255/7 260/6 287/21
attired [1]  128/5
attorney [6]  11/11 53/4
 58/20 63/4 121/6 268/6
Attorney's [1]  1/15
attorneys [13]  30/12 47/4
 49/15 51/6 58/5 83/11 85/18
 85/25 113/22 121/13 122/16
 123/12 288/8
attorneys' [1]  40/20
attracted [1]  127/9
au [3]  216/4 216/4 217/7
August [1]  305/5
Australian [2]  1/16 1/22
authority [1]  278/2
authorized [1]  119/9
automatic [1]  143/9
automatically [5]  14/21
 14/22 34/9 67/19 73/1
automobile [1]  262/13
av [2]  216/14 217/7
available [3]  44/23 276/19
 278/11
Avenue [3]  1/16 1/22 173/15
aw [3]  216/24 217/3 217/7
aware [8]  39/15 44/10 52/16
 53/11 259/8 284/24 297/5
 299/4
awareness [1]  162/3
away [8]  37/10 51/12 82/13
 88/18 133/14 137/16 142/25
 143/11
awhile [4]  7/23 47/24 135/11
 135/15
ay [3]  209/22 209/23 210/19
az [7]  207/7 210/19 211/9
 211/14 211/16 218/11 219/2

**B**

ba [1]  203/15
baby [1]  152/12
Bachelor's [1]  272/1
back [122]  14/6 15/5 19/9
 19/22 20/14 24/12 26/19 27/4
 32/2 36/5 37/2 37/17 37/22
 38/11 43/3 43/9 48/8 48/14
 50/20 51/9 54/3 54/9 56/8

**B**

**back... [99]** 58/1 58/17
58/22 63/12 66/17 70/21
71/25 73/22 77/20 77/23
83/21 86/2 88/21 91/3 91/6
91/12 110/23 112/5 112/17
122/20 122/24 124/7 124/19
126/12 126/19 128/4 129/6
129/11 130/15 132/24 133/23
135/20 136/7 136/22 136/24
137/22 138/1 140/19 141/18
142/21 143/3 143/10 143/11
144/25 150/24 151/9 152/5
152/20 154/20 157/23 158/7
161/25 165/3 170/25 171/2
171/11 171/12 171/19 171/20
176/1 178/14 178/17 179/15
179/18 179/20 179/22 179/25
180/2 186/11 187/5 192/24
194/5 202/11 219/11 226/20
226/25 235/20 236/18 237/2
237/21 239/20 249/2 249/15
251/11 252/6 253/13 253/20
255/10 264/8 264/9 266/2
266/10 266/13 284/15 284/15
286/9 297/7 299/11 303/2
**background [5]** 21/19 21/21
32/9 207/18 207/19
**backpage.com [1]** 128/3
**backwards [1]** 108/21
**backyard [3]** 251/5 251/10
251/11
**bad [8]** 21/23 22/18 23/13
23/13 23/15 24/2 41/22
133/18
**bag [9]** 175/8 223/4 227/14
233/21 233/22 249/6 249/11
249/21 251/12
**bagged [1]** 175/13
**bags [6]** 198/6 221/22 221/22
222/23 250/8 256/17
**ball [5]** 77/12 78/13 79/6
79/14 79/21
**Baltimore [1]** 272/6
**bandoleer [5]** 213/10 213/11
224/15 224/20 224/25
**bar [1]** 274/2
**barely [1]** 154/3
**barrel [1]** 221/19
**barriers [2]** 42/11 42/14
**base [2]** 85/12 120/8
**based [28]** 8/5 9/9 9/13 9/22
12/12 12/14 12/22 29/25 35/8
41/3 50/1 71/11 82/15 95/1
100/14 100/20 104/23 110/3
111/3 120/3 148/5 192/21
211/12 218/18 281/16 292/25
295/19 296/3
**basic [4]** 113/25 116/18
274/2 280/2
**basically [7]** 11/12 48/25
130/24 150/17 150/20 150/22
151/13
**basin [1]** 222/5
**basing [1]** 101/2
**basis [9]** 93/23 94/18 94/21
100/21 101/17 208/3 209/22

273/6 293/9
**basket [2]** 222/6 222/9
**bath [1]** 204/13
**bathroom [9]** 179/14 179/21
179/21 195/5 195/15 202/22
247/20 263/8 267/20
**baton [3]** 141/15 242/7 242/7
**Batson [3]** 100/15 110/22
111/4
**battery [1]** 233/6
**bb [2]** 203/15 221/14
**be [378]**
**BEACH [27]** 1/2 1/7 1/17 1/23
2/3 13/13 13/16 88/12 125/25
126/3 126/11 126/13 135/22
136/11 160/20 160/23 161/12
162/23 163/7 163/7 163/25
168/14 169/1 169/2 169/4
171/11 270/24
**bear [5]** 86/7 116/14 117/7
151/22 154/22
**bearing [1]** 27/24
**beat [5]** 129/21 133/4 134/8
137/5 138/2
**beaten [1]** 27/1
**beating [2]** 136/6 138/4
**beatings [1]** 130/1
**became [1]** 92/5
**because [87]** 11/24 12/19
17/5 17/17 19/17 21/18 21/19
22/20 22/23 23/21 24/5 24/7
24/22 24/24 25/16 26/4 26/11
27/16 31/8 34/8 38/12 38/13
38/20 39/12 40/8 41/6 42/14
43/9 46/13 48/5 48/15 49/5
50/2 63/23 66/21 66/25 67/19
74/8 76/6 82/25 83/2 87/2
87/10 89/4 92/19 100/2
107/22 109/20 115/6 117/9
119/9 119/14 123/16 125/15
125/17 126/17 130/16 131/6
137/8 138/1 139/13 140/16
145/19 146/5 146/19 147/7
147/18 148/6 149/3 149/5
149/11 149/24 150/15 150/23
152/6 153/12 155/23 158/10
158/17 176/21 192/10 255/6
256/25 279/16 299/6 299/18
304/11
**become [2]** 119/21 195/14
**bed [5]** 200/6 257/20 257/22
258/5 258/13
**bedroom [27]** 179/13 190/20
190/21 194/4 194/5 194/5
195/15 195/25 199/4 202/10
202/21 203/6 246/20 246/21
247/16 256/10 256/11 256/13
256/16 257/9 257/10 257/18
263/3 266/2 266/3 266/4
267/20
**bedrooms [6]** 139/12 179/20
185/7 189/7 190/12 199/3
**been [89]** 7/17 10/2 10/2
10/9 11/6 11/24 14/8 16/11
23/8 24/18 26/14 29/15 32/17
36/14 39/16 42/1 42/8 43/12
46/15 47/24 48/17 51/15
55/11 56/22 56/24 57/23 59/4

67/17 75/25 76/16 77/22
81/17 86/3 87/15 88/4 90/21
101/20 101/24 106/10 107/23
108/20 110/10 110/19 113/5
115/20 115/25 117/17 119/10
121/24 125/18 137/17 143/9
145/15 147/9 148/8 153/11
160/21 161/9 172/12 176/1
200/10 205/25 206/20 207/5
208/17 209/7 216/4 219/14
219/16 253/8 256/5 256/20
264/17 264/19 265/20 269/15
269/21 270/8 272/19 281/3
287/11 287/15 287/20 293/5
293/14 301/16 303/13 303/16
304/11
**before [44]** 1/11 6/23 16/20
17/5 18/19 25/8 36/12 37/2
37/24 47/14 54/8 55/9 56/22
59/4 77/23 83/1 91/13 106/2
113/21 121/25 123/10 135/18
138/19 146/18 160/4 161/14
176/4 176/6 176/9 176/18
177/18 180/9 199/15 206/21
219/18 241/9 244/17 269/25
270/2 270/7 271/10 278/1
280/24 304/3
**befriended [1]** 113/10
**began [2]** 135/1 161/14
**begged [1]** 136/20
**begin [6]** 83/11 113/22
119/13 121/3 122/6 132/2
**beginning [8]** 27/20 86/5
105/3 126/19 133/10 137/18
153/12 253/20
**behalf [5]** 6/8 58/23 85/25
112/19 155/10
**behave [1]** 96/3
**behavior [1]** 143/6
**behind [2]** 37/25 183/7
**being [40]** 7/24 9/17 12/8
14/5 17/22 26/19 29/19 30/2
42/9 58/24 68/2 73/11 75/18
76/2 76/7 82/11 85/2 85/13
94/11 94/19 110/24 126/11
129/16 142/2 150/7 153/22
153/25 156/17 157/18 158/10
158/11 160/2 196/6 209/20
210/23 217/7 219/15 261/19
269/17 294/17
**beliefs [1]** 71/9
**believability [1]** 116/14
**believe [65]** 12/20 15/11
15/11 15/14 15/20 15/23
17/23 26/15 27/6 27/14 27/19
28/24 30/3 30/7 34/10 36/15
38/19 38/20 38/21 38/21
38/24 39/5 39/22 39/24 43/10
43/19 44/1 47/23 48/15 52/24
53/3 72/2 72/10 73/17 76/22
77/6 77/13 85/8 95/13 107/22
114/20 116/4 116/4 116/15
149/8 167/4 168/19 170/24
199/18 215/24 255/12 256/7
257/5 257/8 259/21 260/22
263/10 265/10 265/18 265/21
265/25 293/23 295/4 296/8
296/12

**B**

believed [2]   7/19 101/9
believer [1]   17/3
believes [3]   39/20 40/24
  44/7
belongings [1]   237/3
belt [2]   134/8 243/6
beneficiary [1]   74/8
benefit [5]   74/9 74/12
  117/23 209/16 210/15
benefiting [6]   72/22 72/24
  72/25 73/7 73/18 74/6
benefits [1]   140/7
berated [1]   132/11
best [9]   40/18 40/19 58/9
  145/20 154/14 154/15 261/8
  267/18 296/22
better [7]   7/23 51/20 109/5
  127/11 127/11 134/17 303/5
between [17]   16/23 55/24
  110/5 137/1 137/13 146/3
  151/25 154/20 164/21 221/21
  269/17 273/22 276/6 279/17
  280/24 291/12 296/17
beyond [28]   15/3 15/8 17/1
  19/12 33/20 33/23 35/3 35/4
  38/17 56/3 60/5 60/16 60/19
  61/3 61/16 65/12 65/17 70/22
  84/4 84/13 84/20 85/8 117/6
  147/14 147/20 148/4 159/15
  260/9
bg [1]   227/15
Bi [1]   229/17
bias [6]   40/16 116/11 157/8
  157/9 157/10 157/11
biased [3]   27/15 40/16 96/2
big [11]   154/7 157/21 157/24
  158/3 166/4 179/24 259/25
  260/1 260/2 263/18 302/1
bigger [1]   263/1
bill [1]   131/15
bills [1]   132/5
binder [7]   180/15 180/21
  236/7 290/5 290/6 290/15
  295/6
binocular [1]   241/24
bird [2]   263/18 263/18
bird's [2]   178/7 178/22
birds [7]   263/10 263/13
  263/16 263/17 263/19 263/22
  263/23
birth [7]   207/7 219/2 229/13
  230/4 230/11 234/18 303/19
bit [14]   18/11 25/24 26/18
  94/11 122/3 130/13 141/12
  146/18 146/22 148/21 285/25
  285/25 286/5 286/5
black [6]   99/24 129/22
  162/14 204/2 239/20 303/21
blackout [1]   204/4
bleeding [2]   129/21 133/2
block [5]   271/1 277/15
  277/19 283/8 283/25
blocked [2]   171/25 282/22
blocking [1]   282/15
blogs [2]   118/19 118/24
boat [1]   15/9

Boca [1]   179/9
body [3]   42/4 136/7 213/12
book [4]   41/20 245/19 245/21
  246/5
bookcases [1]   218/10
books [3]   37/21 37/23 37/24
boots [2]   61/12 61/12
born [3]   21/24 24/25 47/14
both [19]   32/16 41/1 46/6
  46/10 57/2 57/22 59/2 72/14
  91/22 91/23 93/16 102/2
  110/7 137/14 141/23 160/1
  165/1 276/9 299/19
bother [2]   21/5 36/2
bothered [2]   84/5 84/17
bought [1]   259/6
Boulevard [1]   169/4
box [3]   196/22 196/25 256/17
boxes [3]   111/10 266/14
  266/14
Boynton [2]   88/12 163/7
br [1]   186/12
bracketed [1]   9/12
brainwashed [2]   131/15 132/9
Bravo [2]   294/9 296/11
bread [1]   127/20
break [26]   18/13 48/25 53/20
  54/8 54/23 87/2 88/10 111/9
  112/3 113/21 121/18 123/7
  164/16 174/19 176/4 176/6
  177/5 193/18 252/1 252/4
  252/5 253/3 254/24 295/12
  297/9 300/3
break-in [1]   48/25
breaks [1]   89/7
breast [1]   38/1
BRIAN [4]   3/6 268/17 268/25
  269/3
brief [3]   83/9 179/3 215/18
briefings [1]   163/17
briefly [4]   20/22 28/6
  190/25 268/3
bring [39]   6/24 10/16 24/12
  25/8 26/7 27/23 28/25 33/10
  46/10 48/4 48/7 53/16 53/17
  53/24 53/24 54/7 54/12 54/20
  54/23 55/1 57/24 61/6 69/5
  85/20 85/24 86/2 86/12 96/22
  105/1 111/5 111/9 111/23
  121/18 144/22 175/13 249/8
  253/11 267/5 273/8
bringing [7]   7/12 42/11
  50/20 77/11 79/5 90/1 155/7
brings [13]   97/6 97/23 98/2
  98/8 98/19 99/4 102/7 102/18
  103/7 103/13 105/15 105/22
  107/4
broached [1]   209/7
broke [1]   177/18
brought [17]   22/14 22/15
  23/20 24/6 24/21 25/19 48/14
  51/6 84/13 85/3 86/17 108/2
  109/25 110/8 110/11 116/20
  255/7
Broward [7]   53/9 53/11 131/2
  135/21 137/21 141/8 149/8
browsers [1]   274/22
brush [1]   138/5

Bs [1]   186/21
bt [2]   181/17 193/3
bu [1]   188/22
buckle [1]   15/16
building [6]   63/23 64/2
  126/3 126/5 132/14 227/1
bulk [3]   207/4 304/3 304/15
bum [1]   131/4
bumped [1]   37/15
bunch [1]   260/12
burden [20]   15/4 15/5 33/1
  33/24 35/1 59/11 60/17 65/12
  101/7 101/21 116/24 116/25
  122/6 124/4 147/4 147/5
  147/6 147/10 147/14 148/3
Bureau [1]   269/13
burglary [1]   170/12
Bush [1]   121/22
business [3]   68/22 127/25
  152/5
businesses [1]   156/4
busted [1]   226/5
buttons [2]   259/21 283/1
buy [2]   142/13 144/1
bv [1]   195/17
bye [1]   113/14

**C**

cabinet [11]   195/4 198/20
  213/20 214/22 225/18 260/14
  260/17 260/20 260/22 260/23
  268/7
calculates [1]   283/15
calendar [2]   298/1 298/1
caliber [1]   261/5
California [1]   17/25
call [46]   6/14 6/15 6/20
  13/20 35/20 36/4 56/8 75/23
  75/24 88/6 88/21 128/2 128/6
  128/6 128/8 128/9 128/9
  128/13 128/20 129/2 129/2
  134/20 135/21 140/20 140/23
  140/24 140/25 141/19 159/18
  165/7 165/9 165/10 177/3
  179/18 189/23 260/9 266/1
  268/15 274/1 274/15 280/2
  281/19 296/17 298/1 298/1
  301/7
called [19]   57/12 114/16
  125/8 125/9 125/14 128/8
  128/17 130/7 132/5 136/14
  139/21 140/23 156/4 174/6
  277/4 278/10 278/23 279/25
  283/15
calling [5]   17/17 43/9 46/13
  135/17 302/9
calls [16]   11/13 13/7 13/9
  13/16 13/18 35/19 44/11
  89/24 135/16 155/19 156/2
  159/21 258/2 258/7 268/16
  275/2
calm [1]   136/22
came [41]   13/20 21/25 30/25
  31/4 31/8 37/25 51/8 63/2
  63/6 64/3 64/16 70/3 77/23
  88/22 109/10 125/6 131/25
  133/15 133/23 135/9 136/24
  137/21 139/9 141/12 152/25

## C

**came... [16]**  158/6 158/6
176/24 207/22 254/8 254/10
254/12 255/6 265/3 280/6
284/16 287/5 290/10 292/17
292/17 303/10

**camera [1]**  184/9

**cameras [3]**  130/8 271/17
271/19

**can [185]**  6/12 6/14 6/17 7/2
7/8 8/2 8/19 10/4 10/20
12/11 12/20 12/25 14/16
15/11 15/25 18/11 20/8 20/8
20/11 20/16 20/17 21/7 21/20
22/15 28/9 30/10 30/11 37/13
39/5 39/13 39/14 40/11 40/17
40/19 40/24 41/4 41/25 42/8
43/24 48/21 53/17 53/17
53/23 54/8 57/11 57/16 58/9
59/1 60/12 61/8 65/3 71/22
72/2 72/4 72/10 72/14 72/15
72/23 73/4 73/10 76/8 78/19
83/7 86/11 90/5 91/3 92/4
93/23 94/14 94/25 95/25
95/25 96/1 112/1 114/4
114/10 114/11 114/12 114/12
115/11 119/14 123/5 123/16
123/25 124/2 124/3 128/4
128/6 135/15 141/16 143/9
143/9 143/11 152/15 154/14
155/14 172/10 173/13 178/4
178/23 183/2 183/8 191/7
192/9 192/25 193/7 193/13
193/14 196/10 206/23 208/15
209/22 209/23 213/12 213/22
214/10 218/16 219/22 221/12
221/14 221/17 223/4 223/6
223/11 224/2 234/17 234/17
234/19 241/9 242/19 242/23
246/9 248/21 249/1 249/8
252/20 252/22 253/6 253/7
253/11 254/23 256/2 258/9
259/6 271/25 273/12 273/14
274/3 274/6 274/14 275/7
275/18 275/23 276/18 276/24
277/11 277/13 277/21 277/24
278/19 278/20 278/21 279/16
280/23 285/24 286/16 288/18
289/7 289/7 290/1 291/16
291/18 292/14 292/24 295/17
298/15 300/18 300/19 300/22
302/6 302/15 303/4 303/6
303/9 303/20

**can't [20]**  38/10 40/11 40/13
40/21 40/25 42/2 44/23 59/11
73/13 82/3 119/17 127/24
136/8 149/13 193/11 256/1
260/3 277/17 283/4 287/18

**candidly [1]**  58/9

**candy [1]**  274/2

**cannot [10]**  39/23 59/5 59/8
72/14 72/18 113/11 113/12
115/17 115/17 117/3

**capacity [4]**  161/6 161/9
165/4 273/25

**captain [2]**  15/15 15/19

**captured [2]**  183/4 293/21

**captures [2]**  186/8 187/4

**capturing [1]**  184/5

**car [16]**  36/25 37/11 54/9
54/20 130/6 132/6 136/18
141/21 171/7 171/24 172/3
173/15 242/25 262/22 263/2
265/14

**card [15]**  51/5 209/15 209/16
218/15 228/6 229/13 229/23
231/23 231/25 232/2 246/23
248/7 248/7 248/19 248/22

**cardiologist [1]**  88/2

**cards [8]**  140/7 140/8 209/16
227/23 228/12 246/24 247/12
271/17

**care [3]**  7/18 57/20 123/17

**cared [2]**  130/25 134/23

**career [2]**  161/14 281/2

**carefully [5]**  109/16 113/23
117/11 155/4 159/2

**CARLOS [4]**  3/2 159/21 160/6
160/9

**CAROLINE [2]**  1/21 6/8

**carried [2]**  101/7 101/21

**carry [1]**  243/6

**carrying [1]**  114/15

**cars [5]**  127/6 143/20 169/21
170/22 170/22

**CART [6]**  270/12 270/14
270/18 271/3 272/10 281/11

**case [222]**  1/3 6/3 7/17 7/21
12/3 14/8 14/17 15/2 19/1
19/12 20/6 20/14 21/1 21/5
21/17 22/25 23/9 25/25 26/2
26/4 27/9 27/10 27/23 28/21
30/3 30/8 32/10 32/12 32/12
32/21 33/10 33/16 33/19
33/20 33/23 34/24 35/2 35/7
35/23 39/3 44/5 44/5 45/22
46/24 48/2 49/10 50/2 50/3
50/10 50/12 52/15 53/10
57/13 59/3 59/6 59/9 59/11
59/24 61/23 65/12 66/9 67/4
67/6 68/6 68/12 70/14 70/17
70/22 74/15 76/19 76/22
76/24 78/2 78/3 78/12 78/16
78/20 78/21 79/4 79/13 79/20
80/16 80/24 80/25 81/7 81/7
82/17 82/19 82/24 83/6 83/10
84/3 84/4 84/6 84/16 86/2
86/4 86/8 92/11 94/4 94/8
94/23 95/3 95/6 95/20 96/4
100/4 100/12 100/12 100/16
108/7 108/9 109/3 109/6
112/21 113/12 113/13 114/9
115/2 115/22 116/11 116/16
116/17 116/18 116/25 117/15
117/20 118/5 118/9 118/12
118/16 118/17 118/21 118/23
118/23 119/2 119/3 119/3
119/8 119/9 119/13 120/1
120/2 120/19 121/11 124/5
124/25 128/11 139/7 140/10
142/3 145/2 145/17 145/25
146/5 146/9 146/14 146/18
146/20 147/4 147/7 147/8
147/24 148/7 148/12 148/14
148/18 148/18 149/15 150/13

**captures [2]**  152/18 154/10 156/9 157/24
158/1 158/5 159/2 159/12
159/13 159/15 163/16 165/17
165/20 175/5 176/7 176/8
176/15 176/18 176/19 176/20
176/21 176/23 177/1 177/3
177/6 177/10 181/8 206/23
212/13 252/7 254/8 257/4
257/6 257/8 257/13 266/21
273/16 278/7 282/4 282/25
284/11 284/23 285/1 285/2
285/8 285/21 286/2 286/7
287/6 288/3 295/14 302/23

**cases [6]**  16/5 52/14 52/21
53/3 155/10 164/1

**cash [4]**  140/15 144/13
144/14 233/22

**cataract [1]**  86/19

**catch [4]**  211/24 222/5 222/5
222/9

**categories [2]**  278/20 301/14

**caught [1]**  303/3

**cause [16]**  8/6 8/7 90/11
91/13 91/20 91/24 91/25 92/3
92/24 94/21 96/10 100/2
100/7 102/1 109/20 109/21

**caused [3]**  44/3 76/5 292/15

**caution [2]**  29/12 89/25

**cb [2]**  181/17 193/4

**ce [1]**  187/6

**ceiling [5]**  63/12 64/3 64/6
64/17 64/23 66/11

**cell [24]**  130/3 141/5 141/7
173/1 227/13 232/13 235/12
235/13 236/5 239/8 239/10
239/14 239/20 250/7 273/8
273/24 278/10 278/11 278/18
281/3 281/4 281/6 285/3
286/4

**Cellebrite [14]**  278/10
278/17 278/25 279/9 280/22
280/25 281/1 281/6 281/9
281/18 281/19 281/24 281/25
286/4

**cellular [4]**  278/8 278/24
278/24 279/12

**cent [1]**  234/6

**center [4]**  170/17 171/3
239/8 240/18

**certain [15]**  9/6 12/18 14/17
15/23 15/24 85/1 94/2 94/16
95/17 112/23 114/23 117/12
276/19 289/10 298/21

**certainly [2]**  95/21 277/15

**certainty [3]**  40/11 100/22
193/11

**certificate [6]**  207/8 219/2
229/13 230/4 230/11 234/18

**certificates [1]**  303/20

**certification [3]**  269/20
271/5 271/11

**certified [1]**  271/8

**certify [1]**  305/2

**Cf [1]**  234/24

**chain [1]**  114/16

**chair [4]**  19/20 20/8 221/20
221/21

**challenge [7]**  100/7 100/23

**C**

challenge... [5]   101/9 106/2
109/20 109/20 110/22
challenges [7]   90/12 91/13
91/20 91/25 92/24 100/20
109/21
challenging [1]   300/24
chance [5]   8/19 8/24 59/25
119/23 147/12
change [10]   9/21 35/1 76/25
80/24 282/17 282/18 282/19
282/19 283/4 283/20
changed [3]   10/2 10/9 47/2
changes [1]   282/16
character [4]   42/4 95/22
147/15 147/21
characters [1]   151/21
charge [3]   9/9 54/11 148/22
charged [6]   9/17 14/8 85/13
114/5 118/4 145/3
charges [16]   23/9 23/22
33/17 33/20 42/23 67/6 84/7
84/9 84/13 84/25 85/2 85/8
148/15 148/15 148/21 149/18
charging [1]   148/13
chart [3]   54/2 78/5 112/25
chat [10]   118/18 118/19
118/24 274/15 275/14 275/23
280/6 291/12 291/14 291/16
Chavez [4]   125/11 125/11
125/14 165/16
check [2]   88/15 122/15
chest [2]   31/11 137/10
chief [2]   107/14 266/21
child [4]   7/19 39/23 106/23
106/24
children [14]   23/4 23/10
23/23 24/8 24/23 25/17 26/2
26/5 38/20 38/21 38/22 95/13
106/24 162/5
chip [1]   280/19
choice [2]   72/10 117/4
choices [1]   72/11
choose [9]   35/19 35/21 72/4
72/19 87/16 90/5 113/8
114/20 117/2
choosing [1]   99/23
chose [1]   145/13
Christmas [1]   36/23
church [1]   170/17
ci [1]   204/16
Cid [1]   168/16
circle [2]   81/4 185/11
circles [2]   24/10 24/20
circumstances [4]   8/5 114/17
191/6 191/14
circumstantial [1]   114/16
city [3]   166/6 168/14 171/12
civic [1]   45/14
ck [4]   237/7 237/9 237/10
237/12
cl [3]   237/7 237/9 237/10
clarified [1]   25/25
clarify [3]   24/5 25/13 25/17
class [1]   37/24
classroom [1]   271/6
clean [3]   17/5 33/14 116/23

cleaned [1]   132/6
clear [12]   18/24 19/5 77/21
92/5 174/23 174/25 175/1
175/2 299/2 300/17 301/5
302/8
cleared [1]   255/25
clearly [1]   44/19
clerk [1]   9/25
client [2]   125/22 129/4
clients [1]   85/25
clinic [1]   137/16
clips [1]   261/11
clogged [1]   88/16
close [17]   11/6 26/13 29/15
29/19 29/24 31/22 32/15
36/13 36/19 43/10 43/12
46/15 85/22 126/3 133/8
168/17 214/23
close-in [1]   214/23
closed [8]   107/14 121/20
136/23 180/1 188/18 195/14
226/17 266/1
closer [2]   86/11 89/16
closet [6]   201/1 202/21
205/3 205/18 256/11 256/15
closeup [1]   246/24
closing [2]   115/1 121/13
clothes [2]   127/5 131/19
clothing [3]   144/1 257/21
263/7
Club [1]   173/15
cm [3]   237/7 237/9 237/10
co [2]   144/24 182/20
co-counsel [1]   144/24
code [4]   139/25 139/25 140/2
188/16
coerced [1]   76/15
coercion [9]   125/2 125/3
149/21 149/22 150/1 150/4
153/19 159/11 164/24
collaborative [1]   163/1
colleague [2]   69/13 69/14
collect [6]   175/12 237/2
240/19 243/22 243/22 274/18
collected [7]   196/18 196/19
197/1 236/20 240/21 243/25
299/9
collection [2]   232/13 244/2
college [4]   23/6 106/23
106/24 272/1
colleges [1]   162/3
Columbia [1]   272/1
combination [7]   42/17 144/10
226/19 226/22 226/23 226/24
261/23
come [69]   7/3 7/5 9/13 17/9
19/16 26/11 27/14 34/2 36/1
36/24 41/18 41/24 42/15
42/19 43/3 49/2 52/2 54/1
54/3 54/9 63/9 64/6 65/1
69/11 74/22 75/3 75/13 76/5
76/8 76/23 77/1 83/2 95/16
112/7 112/13 114/10 120/6
122/17 123/21 127/7 129/5
136/13 138/14 138/16 142/21
143/3 143/10 144/25 147/24
159/22 162/1 162/8 163/13
171/6 171/7 174/4 174/12

180/23 188/6 190/10 218/9
237/2 283/9 283/21 290/15
292/16 299/6 299/17 303/4
comes [23]   8/10 19/19 34/5
34/9 66/8 77/20 95/3 121/5
122/7 129/5 140/20 146/8
148/12 148/25 149/15 149/16
150/2 274/12 275/9 276/16
281/13 299/25 300/9
comfortable [2]   89/5 211/11
coming [19]   31/5 35/22 42/11
57/15 58/22 75/16 95/9 96/2
123/9 123/12 136/19 141/24
171/2 171/25 207/3 209/24
288/8 299/11 304/15
commands [1]   277/24
commence [1]   303/4
comments [3]   17/19 19/25
20/11
commercial [7]   125/4 127/19
129/12 129/12 133/25 135/13
156/4
commissioned [1]   84/24
commit [2]   125/4 129/6
committed [3]   85/6 118/4
129/11
committing [3]   130/21 133/25
135/6
common [7]   148/5 148/7
148/10 157/20 157/20 157/24
254/16
commonly [3]   66/15 224/6
259/6
communicate [3]   52/5 118/17
131/17
communicated [2]   226/20
263/14
communicating [6]   125/22
125/24 128/19 172/12 174/8
291/13
communication [7]   113/12
118/14 125/16 140/25 152/2
172/13 276/6
communications [3]   276/7
276/14 291/9
community [1]   162/3
commuting [1]   123/25
companionship [4]   127/15
127/16 133/22 135/5
company [2]   270/7 276/13
compassion [1]   46/1
complained [1]   154/5
complete [6]   9/23 113/6
267/25 286/1 287/18 291/11
completed [2]   121/25 286/6
completely [2]   137/18 139/12
Completeness [1]   291/8
completing [2]   70/18 122/11
complicated [2]   44/14 100/12
complimented [1]   139/1
complying [1]   221/18
components [1]   197/10
composite [1]   192/16
computer [25]   160/11 189/24
236/18 246/14 269/12 270/6
270/15 271/10 274/6 278/17
282/8 282/9 282/13 282/17
282/17 282/21 282/23 283/2

**C**

**computer...** [7]   283/2 283/5 284/1 284/14 284/16 286/18 295/5

**computers** [12]   179/19 235/21 271/15 273/9 274/21 282/4 282/4 282/6 285/5 285/14 286/6 286/14

**conceived** [1]   40/1

**concern** [6]   18/10 94/22 106/11 106/13 207/15 291/25

**concerned** [4]   21/17 108/6 114/18 209/11

**concerning** [1]   176/8

**concerns** [2]   56/24 89/14

**conciliatory** [1]   93/15

**concise** [1]   10/10

**conclude** [3]   85/17 113/21 287/15

**concluded** [2]   112/20 211/15

**conclusions** [1]   12/12

**condition** [7]   119/18 119/19 137/9 191/5 191/14 255/16 255/18

**conditioning** [1]   63/14

**conduct** [3]   26/25 117/13 243/10

**conducted** [6]   140/18 141/8 141/17 171/15 171/22 191/16

**confer** [1]   91/11

**conference** [4]   53/21 54/11 90/22 161/25

**Confide** [1]   277/4

**confident** [1]   159/13

**confirm** [4]   49/7 223/6 295/12 295/18

**confiscate** [1]   140/6

**confused** [1]   220/2

**confusing** [2]   83/7 94/14

**confusion** [2]   76/1 83/12

**Congress** [1]   173/15

**connect** [1]   283/2

**connected** [2]   267/21 274/17

**connection** [1]   101/16

**connectivity** [2]   277/16 277/19

**Connor** [1]   38/5

**consent** [3]   243/18 243/20 278/4

**consequence** [1]   70/12

**consequences** [1]   120/12

**consider** [9]   39/6 101/4 108/23 115/23 116/1 148/16 149/15 155/4 297/11

**considered** [4]   109/9 109/16 110/25 114/24

**considering** [2]   90/20 116/7

**consist** [2]   154/17 154/18

**consistent** [9]   80/10 82/2 145/2 207/14 210/2 219/11 293/4 293/11 297/24

**console** [3]   173/2 239/8 240/18

**constant** [1]   125/2

**constantly** [1]   132/11

**Constitution** [1]   146/25

**consuming** [1]   208/21

**contact** [15]   31/18 132/21 162/4 166/25 166/25 169/23 170/24 170/25 172/3 172/5 173/24 174/1 174/3 176/7 274/1 274/15 280/2

**contacted** [2]   6/9 254/11

**contain** [2]   198/6 207/7

**contained** [4]   8/18 180/17 221/23 223/15

**containing** [1]   267/8

**contemplating** [1]   9/6

**contents** [2]   141/6 278/22

**contest** [1]   151/20

**context** [2]   23/22 207/21

**continuation** [1]   184/5

**continue** [8]   28/21 74/12 131/23 139/3 154/8 161/19 177/15 211/17

**continued** [6]   129/13 129/14 140/16 161/17 179/15 253/5

**continues** [1]   189/8

**contraband** [1]   265/19

**contradict** [1]   116/12

**contribute** [1]   155/6

**contributing** [1]   151/14

**control** [10]   14/6 115/11 125/3 125/4 129/14 130/2 137/11 138/23 140/23 144/20

**controlled** [1]   132/5

**convene** [1]   24/15

**convenient** [1]   176/1

**convention** [1]   171/3

**conversation** [5]   21/7 60/12 142/9 275/24 300/25

**conversations** [1]   143/1

**convicted** [2]   11/19 22/16

**convinced** [2]   18/5 18/6

**convincing** [4]   82/2 135/11 147/15 147/21

**cooked** [1]   132/6

**cooperated** [1]   153/12

**cooperates** [1]   152/15

**cooperative** [1]   153/11

**coordinate** [3]   166/13 253/4 297/8

**cop** [1]   166/20

**copied** [1]   284/3

**copies** [1]   286/5

**copy** [9]   282/9 283/23 284/4 284/6 284/13 284/13 284/20 284/21 286/1

**corner** [3]   183/5 183/21 214/24

**corporation** [2]   68/22 69/6

**correct** [51]   9/2 16/22 17/24 29/16 30/6 32/6 36/17 40/14 43/13 46/18 49/24 57/3 65/2 69/3 69/15 83/20 111/8 119/23 193/5 216/5 244/10 247/22 254/11 254/13 254/19 254/21 255/7 255/9 255/11 255/14 255/16 256/3 256/6 256/18 257/1 257/18 258/25 259/7 261/6 261/15 261/23 262/5 269/24 270/9 270/12 270/13 276/15 276/25 277/3 293/22 305/2

**correctly** [2]   68/21 212/13

**corroborate** [1]   34/16

**couch** [2]   131/4 143/25

**couched** [1]   95/8

**couches** [1]   179/19

**could** [7]   7/19 10/19 12/6 15/23 17/12 19/20 26/18 27/19 29/6 30/5 30/7 32/13 33/3 34/15 38/13 39/16 39/16 42/19 44/17 45/11 46/23 46/25 49/10 49/11 54/8 56/22 59/15 61/7 61/12 62/2 62/12 62/21 63/7 63/9 63/13 65/8 66/2 68/15 69/24 74/11 76/16 77/5 82/9 88/5 89/16 92/21 94/7 94/20 95/5 95/14 101/10 108/12 108/15 110/14 112/14 112/24 122/5 122/16 122/20 125/5 127/10 127/14 130/4 131/1 131/4 131/14 135/10 135/10 138/14 142/17 143/18 143/25 143/25 144/1 151/17 156/1 156/8 170/8 170/18 177/9 179/3 180/4 191/11 199/21 214/8 227/13 229/2 239/22 249/17 252/19 252/25 255/22 255/22 260/6 260/25 264/25 267/4 269/1 269/10 274/17 276/9 276/10 276/22 277/1 279/17 279/23 286/23 287/23 299/23 304/11

**couldn't** [12]   56/17 56/17 75/20 88/6 125/15 125/17 132/21 133/4 191/21 258/13 259/12 264/24

**counsel** [56]   8/3 11/2 16/14 34/22 35/18 53/19 53/20 55/10 58/11 58/16 67/12 71/17 87/7 91/17 110/1 110/23 121/10 123/2 124/4 124/23 144/24 145/7 175/25 180/5 192/25 196/3 209/1 211/17 215/2 217/10 219/6 219/7 220/3 220/22 222/13 227/5 228/4 228/14 231/13 232/17 234/11 235/6 235/24 236/8 239/13 242/8 244/4 245/25 247/5 248/9 250/10 252/3 253/3 268/21 299/23 304/9

**counsel's** [2]   101/14 101/15

**counselor** [1]   216/14

**count** [14]   145/4 148/22 148/24 149/2 149/17 149/18 150/2 150/9 150/14 151/16 151/23 152/24 153/20 153/24

**counted** [1]   234/4

**counter** [2]   235/12 235/21

**country** [5]   36/25 38/14 155/9 158/16 270/19

**counts** [1]   76/20

**county** [8]   131/2 137/21 141/8 141/17 149/8 160/20 162/23 163/2

**couple** [21]   6/11 7/11 54/3 55/5 90/21 91/5 133/13 142/19 146/16 153/22 156/24 192/12 193/6 247/25 251/3 263/18 285/4 285/4 285/5

**C**

**couple... [2]**   295/12 299/13
**course [9]**   9/15 58/20 61/25
134/3 139/7 181/8 192/13
256/20 272/10
**courses [3]**   161/18 161/19
271/9
**court [121]**   1/1 2/2 7/17
7/20 8/12 8/17 8/19 8/20
8/22 9/3 9/10 9/14 9/19 10/4
10/4 11/7 11/19 12/23 14/15
14/16 16/21 16/24 16/24
20/24 28/14 28/17 28/18
28/24 36/1 39/10 41/18 44/5
48/15 50/24 52/15 53/10
56/14 56/19 58/19 58/23
74/22 75/3 75/13 76/5 76/8
76/23 77/1 78/2 86/15 87/23
92/7 92/21 94/1 94/16 95/9
95/10 95/18 101/4 101/6
101/12 101/19 102/1 106/9
106/10 108/23 109/9 109/12
109/15 110/1 110/7 110/8
110/17 110/21 110/24 111/2
111/3 111/18 117/18 119/13
123/10 123/21 124/23 145/7
176/18 176/21 177/1 177/1
178/16 180/8 193/8 197/4
206/20 207/12 209/8 209/23
211/8 211/9 211/12 217/13
266/21 269/2 272/14 273/15
287/22 292/19 293/10 294/5
294/16 296/2 297/5 297/19
298/10 298/16 298/21 299/4
303/15 303/25 304/2 304/5
304/25 305/7
**Court's [25]**   9/9 9/22 71/14
85/20 85/24 92/22 94/2 94/13
101/19 104/23 106/11 106/13
106/14 109/11 109/13 110/2
111/1 111/13 124/4 160/10
210/3 218/17 219/11 296/20
298/4
**courthouse [5]**   45/21 63/3
64/1 114/15 121/20
**courtroom [54]**   10/25 16/25
17/11 17/13 19/16 25/7 26/8
29/5 29/7 34/5 36/6 36/8
39/7 43/5 43/7 46/11 48/10
48/12 50/24 51/1 52/11 55/3
56/9 56/11 57/25 63/4 63/13
63/16 65/8 66/11 66/18 71/1
86/9 86/13 87/21 112/4
113/17 114/10 120/4 120/10
120/22 122/21 122/25 123/8
124/18 157/19 160/4 162/11
176/11 177/13 252/11 253/12
288/10 288/13
**Courts [1]**   272/19
**cover [2]**   122/14 233/6
**coverage [2]**   288/4 288/5
**covered [1]**   258/14
**cp [2]**   183/10 183/13
**cq [1]**   183/23
**cr [10]**   1/3 6/4 184/12 207/3
207/8 293/14 297/20 298/6
298/9 303/15

**create [1]**   225/2
**created [1]**   180/21
**creating [1]**   281/19
**credence [1]**   80/10
**credibility [12]**   12/14 12/18
34/12 40/5 40/7 40/12 41/17
95/21 101/4 101/5 101/14
116/16
**credible [3]**   39/21 39/21
149/1
**credit [3]**   41/21 227/23
248/7
**crime [30]**   11/7 14/9 15/7
18/6 18/6 18/9 21/18 22/1
22/2 22/2 23/13 23/14 24/25
48/24 56/18 60/9 60/11 61/3
75/20 107/23 114/5 118/4
159/6 159/6 159/7 159/8
170/12 175/2 181/1 254/21
**crimes [8]**   19/13 84/2 84/18
108/7 114/5 162/4 162/5
162/22
**criminal [13]**   18/20 26/24
55/25 59/24 66/8 70/14 84/5
84/10 84/15 113/25 116/17
116/18 272/1
**critical [2]**   18/9 158/5
**crooked [1]**   64/24
**cross [10]**   3/4 35/20 121/10
121/12 251/21 251/24 253/14
253/16 267/25 292/10
**cross-examination [7]**   35/20
251/21 251/24 253/14 253/16
267/25 292/10
**cross-examine [2]**   121/10
121/12
**crying [2]**   136/9 136/19
**Crystal [6]**   207/8 209/4
209/8 218/25 219/2 220/4
**cs [1]**   184/22
**CSI [2]**   196/19 240/22
**ct [1]**   185/5
**cu [1]**   185/13
**cumulative [4]**   293/20 295/8
295/19 296/3
**current [2]**   232/1 269/18
**currently [4]**   131/11 160/17
161/4 161/5
**curtains [1]**   204/4
**custody [6]**   126/13 141/13
141/25 144/14 265/11 265/14
**customer [5]**   128/6 128/9
128/11 128/14 129/4
**customer's [1]**   128/24
**cut [6]**   128/25 128/25 129/7
137/4 154/12 304/11
**cutting [1]**   124/15
**cv [2]**   185/25 186/3
**cw [1]**   187/14
**cx [3]**   187/23 188/11 206/1
**CXX [59]**   125/14 125/21 126/1
126/4 126/4 126/10 126/16
126/21 126/24 126/24 127/9
127/15 127/18 129/19 129/17
130/3 130/9 130/14 130/17
131/4 131/15 132/2 140/9
141/11 141/21 141/24 142/19
144/6 145/10 145/10 145/12

145/19 150/9 150/10 150/10
150/11 150/12 154/4 154/5
156/3 156/17 157/1 157/4
157/10 165/24 167/20 190/21
231/3 231/16 231/23 237/1
254/10 255/6 256/14 257/10
258/16 258/19 266/3 268/11
**CXXXXXXX [3]**   138/9 138/9
152/24
**cy [2]**   188/9 202/14
**cz [1]**   202/25

**D**

**D.C [1]**   163/13
**da [1]**   203/7
**daily [3]**   66/6 135/20 273/5
**dance [1]**   37/4
**danger [2]**   89/8 175/2
**dangerous [3]**   87/12 155/24
257/1
**data [28]**   273/10 273/11
273/12 274/14 274/24 277/23
277/25 278/18 278/19 278/24
279/5 280/12 280/20 280/21
280/25 281/18 281/19 282/9
282/16 283/4 283/5 283/6
283/15 283/16 283/20 284/3
286/15 286/17
**date [17]**   125/7 125/19
125/25 126/2 126/7 127/18
128/12 129/11 135/7 138/24
140/19 141/19 167/1 243/13
248/21 275/3 305/5
**dated [1]**   7/16
**dates [8]**   127/15 130/9
135/19 138/20 142/2 142/18
144/11 155/21
**dating [1]**   138/11
**daughter [3]**   44/25 68/2
92/20
**daughter-in-law [1]**   44/25
**daughters [1]**   22/17
**day [42]**   8/16 22/19 23/17
31/18 43/2 43/10 51/9 51/11
51/17 51/18 57/18 60/4 65/15
66/15 88/1 88/6 90/8 113/15
119/18 122/4 123/22 125/6
132/1 133/19 134/15 135/7
144/22 163/12 163/12 163/15
163/15 165/5 166/5 239/2
244/24 263/15 287/15 287/20
299/10 302/6 303/13 304/8
**day-to-day [2]**   163/12 163/15
**days [5]**   86/21 88/9 124/5
144/18 156/19
**daytime [1]**   245/1
**dc [3]**   181/15 181/17 193/3
**dd [1]**   211/25
**De [2]**   212/15 212/16
**dead [3]**   22/2 22/3 23/12
**deadline [1]**   9/22
**Deaf [1]**   37/20
**deal [1]**   207/16
**dealing [1]**   43/20
**deals [1]**   47/25
**dealt [3]**   15/24 298/7 298/8
**Deandre [1]**   153/7
**death [8]**   22/3 22/14 23/21

**D**

**death...** **[5]** 24/6 24/21
25/16 25/25 26/3
**Debris [1]** 64/18
**decade [3]** 126/20 139/14
140/14
**December [4]** 1/8 7/16 153/7
238/12
**December 5 [1]** 238/12
**deceptive [1]** 179/17
**decide [10]** 19/11 70/21 74/7
77/9 114/3 114/9 116/3
120/19 121/16 146/9
**decided [7]** 47/23 145/19
145/20 153/4 156/20 158/8
173/10
**decides [3]** 70/15 151/7
151/10
**deciding [3]** 108/24 115/22
147/8
**decision [10]** 35/7 76/7
85/13 96/3 109/1 119/15
120/3 120/8 154/25 157/5
**decisions [1]** 148/2
**decisive [2]** 101/8 101/13
**deems [1]** 292/19
**defendant [118]** 1/9 1/18
8/22 14/8 14/18 14/20 14/24
19/12 33/21 35/9 59/23 60/5
61/4 62/7 85/13 100/22 101/7
101/20 107/9 114/4 115/7
115/9 116/19 116/20 116/22
116/25 117/2 119/4 121/10
121/11 124/25 125/8 125/16
125/25 126/1 126/4 126/8
126/9 126/22 126/24 127/4
127/4 127/10 129/15 129/25
130/4 130/21 130/23 131/7
131/22 131/22 131/25 132/10
132/16 132/21 132/23 133/12
133/14 133/24 133/24 134/3
134/12 134/25 135/1 135/8
135/15 136/2 136/5 136/12
136/21 137/6 137/9 137/12
137/15 137/22 137/23 138/2
138/10 138/12 139/2 139/4
139/13 140/1 140/2 140/5
140/14 140/17 140/22 140/24
141/1 141/3 141/5 141/14
141/21 142/5 143/1 143/8
143/15 143/16 143/23 143/24
144/3 144/19 156/7 162/16
167/14 170/19 172/16 174/6
226/20 227/3 241/14 290/17
292/11 292/20 292/23 295/24
300/21
**Defendant's [35]** 8/21 15/3
103/12 105/21 117/4 117/5
130/14 132/5 137/19 138/11
138/21 138/23 142/21 166/13
173/16 173/25 175/19 177/19
178/7 178/23 200/17 202/10
202/20 205/3 209/17 237/17
243/11 243/17 247/16 263/15
266/8 266/20 293/23 293/25
294/2
**Defender's [2]** 53/10 53/12

**Defenders [2]** 1/19 1/22
**defense [119]** 5/15 8/8 8/16
8/18 8/23 10/3 16/15 16/18
20/21 28/5 30/16 34/22 35/18
41/13 45/8 47/8 50/2 50/6
56/6 57/7 58/23 71/16 71/18
90/17 91/1 91/11 92/12 93/5
94/9 94/24 96/4 96/11 96/23
97/9 97/13 97/20 97/24 98/5
98/9 98/16 98/20 99/5 99/7
99/15 100/16 100/19 102/10
102/15 102/22 103/1 103/10
103/14 103/23 104/1 104/13
104/20 105/13 105/19 108/11
108/15 108/18 109/10 111/4
121/6 124/16 145/6 159/24
180/5 181/18 184/13 193/21
196/3 210/23 211/3 214/1
215/2 217/10 219/6 220/22
222/13 227/5 228/4 228/14
231/13 232/17 234/11 235/6
235/24 236/8 239/13 242/8
244/4 245/25 247/5 248/9
250/10 267/4 267/10 267/12
268/6 288/21 291/3 291/17
291/22 291/24 294/13 296/4
296/5 297/5 297/21 298/23
298/25 299/23 300/1 300/17
301/9 301/17 303/22 304/9
**Defense's [7]** 97/22 98/1
98/7 98/18 99/3 102/17
105/14
**deference [1]** 58/19
**definitions [1]** 120/6
**degree [3]** 271/25 272/1
272/6
**delete [1]** 276/17
**deleted [2]** 276/20 280/21
**deliberate [5]** 19/10 70/20
71/11 109/6 178/15
**deliberately [2]** 145/13
145/22
**deliberates [1]** 70/15
**deliberating [1]** 15/6
**deliberations [1]** 119/14
**deliver [1]** 145/1
**Delray [1]** 163/7
**demand [1]** 132/7
**demeanor [2]** 101/15 172/10
**demonstrate [1]** 242/20
**demonstrating [1]** 79/2
**demonstration [1]** 242/24
**denied [3]** 100/7 102/1 293/5
**deny [5]** 110/17 148/23
148/23 149/1 149/5
**denying [1]** 144/7
**department [6]** 11/10 140/18
196/20 259/4 270/4 299/7
**departments [1]** 270/3
**depend [1]** 123/22
**dependency [1]** 132/14
**depending [2]** 255/3 283/20
**depicted [2]** 196/14 225/16
**deposition [1]** 292/1
**depth [2]** 280/11 280/21
**deputies [1]** 172/2
**deputy [2]** 66/18 161/2
**derogatory [1]** 155/16

**describe [5]** 172/10 172/14
178/23 267/7 267/18
**described [2]** 32/10 171/16
**describes [1]** 150/18
**description [1]** 273/6
**deserves [2]** 39/17 114/22
**designed [2]** 120/11 125/12
**desk [5]** 205/10 236/5 246/21
247/12 247/16
**despite [3]** 132/17 133/16
140/13
**destroy [1]** 277/25
**detach [1]** 280/25
**detail [2]** 67/4 246/7
**detailed [2]** 114/2 219/17
**details [3]** 18/25 33/8 89/25
**detective [5]** 125/11 125/11
125/14 165/15 267/16
**detectives [1]** 13/15
**determination [3]** 42/6 78/16
82/3
**determinations [1]** 298/21
**determine [15]** 39/19 40/4
40/18 40/19 40/23 64/5 77/9
79/8 82/16 96/6 101/7 114/4
159/14 251/25 285/24
**determining [1]** 116/15
**development [1]** 68/22
**device [10]** 118/6 118/24
275/16 279/14 279/19 279/21
285/6 290/10 291/9 291/12
**devices [24]** 249/6 249/11
250/7 273/8 273/25 274/14
275/4 275/17 276/10 279/16
285/7 285/11 285/19 285/19
285/22 286/7 286/13 287/2
292/18 293/25 294/3 295/25
296/1 300/2
**df [1]** 212/19
**did [225]** 6/21 6/21 8/23
9/11 9/21 11/9 11/14 11/20
11/23 13/17 13/24 18/18
18/24 18/25 19/3 22/18 23/15
26/23 28/14 28/20 29/24
30/24 31/5 31/14 32/2 32/3
32/7 32/7 32/8 34/24 46/23
47/17 47/19 49/2 51/5 51/6
51/18 52/19 53/4 55/6 63/3
64/6 68/24 69/12 69/16 69/18
70/3 70/4 70/5 83/1 84/12
84/19 85/8 86/15 88/17 92/18
94/24 95/7 95/15 95/21 95/23
101/11 104/8 106/8 108/23
110/9 111/8 112/22 112/25
115/9 121/18 125/18 126/9
131/11 132/19 132/22 132/23
133/7 134/4 134/4 134/6
135/5 135/24 137/15 140/8
140/23 142/12 142/25 143/4
144/11 144/16 144/23 147/11
147/11 147/12 148/25 149/25
152/22 153/3 153/5 153/9
153/17 153/18 154/3 155/17
156/8 156/15 156/15 158/7
158/7 158/17 159/9 159/10
159/10 161/2 162/8 165/7
165/9 165/15 165/24 166/1
166/10 166/13 167/2 167/14

| | | |
|---|---|---|
| **D** | direct **[9]**   3/3 3/7 50/17 | 12/25 13/6 13/10 14/1 14/6 |
| did... **[100]**   167/20 167/22 | 114/18 160/13 252/15 252/16 | 14/21 15/7 15/22 16/5 16/23 |
| 168/7 168/21 169/12 169/15 | 252/17 269/4 | 17/24 18/3 18/12 20/16 21/11 |
| 169/19 169/25 170/15 170/19 | directed **[1]**   20/4 | 23/2 23/20 24/11 27/6 27/14 |
| 170/21 171/7 171/9 171/21 | directing **[1]**   94/1 | 27/19 30/5 30/7 30/10 32/10 |
| 172/6 172/7 172/8 172/18 | direction **[2]**   77/12 171/25 | 32/13 32/19 33/3 33/11 34/12 |
| 172/24 173/1 173/3 173/7 | directly **[1]**   128/19 | 35/24 35/25 38/4 38/4 38/16 |
| 173/14 173/16 173/18 173/22 | disability **[1]**   86/17 | 39/5 40/4 40/6 40/13 41/4 |
| 173/22 173/23 174/1 174/10 | disable **[1]**   256/25 | 41/9 41/23 42/14 42/19 44/1 |
| 174/12 174/14 174/16 174/17 | disabled **[1]**   256/20 | 46/18 47/5 47/16 47/21 48/2 |
| 175/15 180/22 180/23 209/25 | disagree **[5]**   61/2 61/5 66/24 | 49/5 49/11 50/11 53/12 53/16 |
| 219/7 220/3 220/3 220/12 | 75/7 85/1 | 54/8 54/10 55/10 55/15 55/18 |
| 226/19 226/22 237/23 237/25 | disagrees **[1]**   72/17 | 55/21 58/9 59/8 59/22 59/24 |
| 238/10 238/12 239/9 240/19 | disbelieve **[2]**   67/19 114/20 | 60/6 60/13 61/17 61/24 62/16 |
| 243/10 243/13 243/18 243/20 | discard **[1]**   10/7 | 62/21 63/6 65/7 65/13 65/21 |
| 243/22 243/22 257/12 257/22 | discern **[1]**   92/22 | 68/3 69/12 69/13 69/18 70/22 |
| 258/16 258/19 259/21 259/23 | discipline **[1]**   163/1 | 71/3 71/7 71/24 72/2 72/6 |
| 260/4 260/7 261/25 262/8 | disclose **[2]**   52/15 53/8 | 72/15 72/15 73/9 74/8 79/22 |
| 262/14 263/6 263/9 263/9 | disclosure **[1]**   31/6 | 79/24 80/15 83/12 85/21 86/8 |
| 263/17 264/12 266/17 268/11 | discretion **[1]**   109/13 | 86/16 87/7 87/11 87/17 89/17 |
| 269/25 270/4 270/6 271/3 | discrimination **[4]**   100/24 | 89/20 90/25 91/19 93/1 94/4 |
| 272/5 272/8 272/12 273/16 | 100/25 101/8 101/21 | 95/10 95/20 96/7 100/8 |
| 281/5 284/11 284/24 285/14 | discriminatory **[1]**   100/18 | 106/22 110/2 111/5 111/21 |
| 285/15 286/1 286/13 286/17 | discuss **[17]**   11/8 25/21 | 113/7 114/8 117/14 117/21 |
| 286/20 287/7 290/15 292/11 | 70/20 86/8 110/9 115/2 | 118/3 118/8 118/11 119/7 |
| 295/13 296/19 297/9 300/5 | 117/19 117/22 176/7 176/8 | 120/15 120/17 120/19 120/20 |
| 303/15 304/14 | 252/7 252/9 288/2 288/3 | 133/7 133/24 134/24 135/14 |
| didn't **[61]**   13/12 13/25 14/1 | 300/3 301/1 301/18 | 136/20 141/2 141/4 142/20 |
| 14/21 15/7 25/20 37/17 43/19 | discussed **[6]**   46/16 91/3 | 143/16 143/18 144/7 146/18 |
| 44/16 47/18 47/20 48/24 54/7 | 118/7 119/17 119/20 220/10 | 148/24 149/13 151/19 152/5 |
| 83/2 88/1 88/21 88/22 92/5 | discussing **[2]**   83/6 193/17 | 152/6 152/10 153/8 153/16 |
| 92/22 100/1 115/8 125/17 | discussion **[1]**   110/23 | 154/6 154/6 154/14 154/15 |
| 127/13 130/25 131/18 132/10 | discussions **[3]**   118/9 118/12 | 156/19 156/20 156/20 156/22 |
| 133/16 133/17 133/17 134/22 | 119/14 | 157/7 157/8 157/9 157/25 |
| 135/2 135/14 135/14 136/2 | disgusting **[1]**   13/10 | 158/10 158/16 158/17 161/1 |
| 136/11 138/24 142/23 143/19 | disk **[1]**   300/23 | 161/6 161/20 162/11 163/16 |
| 148/24 149/5 152/6 152/19 | dislike **[1]**   157/9 | 163/20 163/25 167/2 167/22 |
| 153/13 153/22 154/7 174/5 | disloyalty **[1]**   132/19 | 168/10 170/18 173/5 173/7 |
| 177/1 197/15 207/4 212/13 | dismissed **[1]**   70/12 | 173/23 175/3 175/8 176/22 |
| 254/12 257/22 259/19 260/7 | disobedience **[1]**   132/19 | 177/9 177/11 180/15 192/9 |
| 262/2 266/24 286/9 304/2 | disobeyed **[3]**   134/6 136/2 | 192/10 193/6 193/9 198/6 |
| 304/14 304/16 304/17 | 137/5 | 199/15 204/2 206/9 209/3 |
| dies **[1]**   145/25 | disoriented **[2]**   7/22 51/15 | 209/13 210/24 210/25 211/10 |
| difference **[7]**   110/5 114/18 | disparagement **[1]**   146/11 | 215/22 216/2 218/17 219/9 |
| 164/21 269/17 273/22 276/5 | dispatches **[1]**   128/24 | 219/20 221/7 222/2 222/23 |
| 279/17 | dispense **[1]**   145/21 | 224/5 226/5 237/21 242/16 |
| different **[35]**   25/22 37/3 | display **[2]**   283/1 295/13 | 246/2 246/10 248/6 251/24 |
| 55/25 57/13 57/13 68/14 78/3 | displayed **[1]**   249/20 | 252/8 252/12 253/22 255/9 |
| 81/4 81/10 88/21 107/24 | disqualifies **[1]**   94/17 | 255/24 257/4 257/6 260/14 |
| 110/6 122/23 137/8 142/1 | disregard **[1]**   115/21 | 262/2 263/1 263/3 265/16 |
| 157/14 164/19 182/5 201/23 | dissolved **[1]**   145/11 | 265/19 266/9 266/12 266/23 |
| 202/21 216/18 230/4 230/11 | distance **[1]**   241/23 | 270/23 271/12 271/12 273/16 |
| 231/9 274/7 275/7 278/20 | distinction **[1]**   159/9 | 273/25 274/20 274/21 274/22 |
| 279/15 279/15 279/16 279/16 | distinguish **[1]**   16/23 | 274/24 275/13 276/13 276/16 |
| 279/24 282/5 283/22 298/18 | distract **[1]**   120/20 | 277/17 277/18 277/19 277/22 |
| differently **[3]**   85/5 85/14 | distracted **[3]**   18/11 44/15 | 277/22 278/1 278/5 278/7 |
| 210/25 | 122/19 | 278/15 279/2 279/19 281/10 |
| difficult **[4]**   27/7 58/25 | district **[6]**   1/1 1/1 1/11 | 282/12 282/12 282/13 283/12 |
| 86/21 87/3 | 170/14 171/22 272/19 | 284/14 284/14 284/17 284/17 |
| digital **[7]**   188/16 209/14 | district's **[1]**   170/7 | 284/19 286/9 286/13 286/17 |
| 270/11 271/12 272/11 272/15 | districts **[1]**   170/11 | 288/10 289/9 289/16 290/4 |
| 283/18 | disturbing **[1]**   122/19 | 291/16 292/23 295/17 298/10 |
| digitally **[1]**   211/1 | DIVISION **[2]**   1/2 125/12 | 298/23 300/13 300/14 302/24 |
| dilemma **[2]**   87/5 87/6 | DNA **[2]**   175/15 239/23 | |
| dining **[5]**   37/8 179/10 | do **[286]**   6/13 6/19 7/3 7/6 | docket **[5]**   8/13 8/18 9/19 |
| 179/11 186/9 187/22 | 8/1 8/2 10/21 11/10 11/15 | 298/11 298/13 |
| dire **[3]**   146/23 190/25 | 11/20 11/23 12/13 12/20 | docketed **[1]**   8/15 |
| | 208/13 | doctor **[1]**   31/10 |
| | | document **[8]**   148/13 178/3 |

## D

**document... [6]**   178/4 278/5 278/21 279/8 283/22 301/24
**documenting [1]**   175/11
**documents [23]**   19/22 39/7 134/14 140/4 140/4 140/6 140/9 140/11 144/10 209/4 210/22 217/23 218/14 218/15 219/8 219/21 220/4 229/3 229/12 229/23 230/18 231/16 303/16
**does [78]**   8/3 15/20 16/25 20/19 20/21 21/5 28/3 28/5 42/24 52/25 53/13 57/5 61/2 61/5 66/22 66/22 66/24 66/25 67/1 67/8 72/5 73/1 73/24 74/2 75/7 76/14 76/25 77/11 78/2 78/20 79/5 79/13 79/18 80/24 85/5 85/17 90/15 91/25 93/19 95/4 101/4 112/21 113/6 119/12 119/16 121/6 150/20 151/12 151/12 154/5 155/12 157/10 157/11 165/1 165/19 173/12 174/3 174/20 174/25 175/8 181/18 198/9 214/13 222/7 251/18 259/20 267/25 273/5 276/13 277/10 277/13 278/15 279/19 282/24 283/8 291/9 291/17 295/21
**doesn't [16]**   40/25 51/22 68/8 73/13 78/22 95/10 127/7 127/7 151/8 151/11 154/6 159/4 208/8 257/24 258/1 288/25
**doing [28]**   7/22 16/7 26/3 34/1 37/3 72/5 73/20 74/7 118/23 135/3 135/18 138/20 150/17 152/18 153/2 153/25 155/24 155/24 157/6 167/13 175/1 185/11 210/11 252/17 257/4 282/5 286/2 287/23
**dollar [1]**   134/2
**dollars [2]**   139/12 141/3
**domestic [6]**   26/17 28/25 36/15 48/18 263/22 263/23
**don't [136]**   7/4 7/24 8/1 10/21 15/11 18/2 18/11 18/20 22/1 23/25 24/17 28/24 33/16 33/24 36/2 37/3 38/21 41/22 41/23 50/15 51/17 53/2 53/3 53/5 53/5 55/13 56/19 59/7 59/13 60/1 60/2 66/6 66/8 67/20 68/11 71/13 72/1 73/6 74/7 74/19 75/19 77/21 78/2 80/13 82/10 88/14 88/14 88/23 89/6 89/7 89/12 89/14 89/22 89/23 92/10 92/13 93/1 94/12 94/17 94/20 94/24 95/4 96/2 106/10 107/17 108/4 108/17 109/6 109/18 111/17 111/18 122/10 123/17 124/13 136/20 154/24 155/24 157/21 157/25 158/24 159/7 168/13 177/3 177/4 181/25 191/23 192/13 197/7 199/24 207/23 210/15 210/16 210/18 210/19 211/13 215/22 219/16 220/2 220/12 225/9 234/6 243/8 246/10 253/3 254/5 255/25 258/18 258/21 258/23 259/13 260/5 260/5 260/22 262/11 262/14 262/25 265/10 265/18 265/21 265/23 266/1 282/20 287/19 287/22 288/7 289/12 292/4 292/14 296/8 296/12 297/3 297/13 302/21 303/25 304/5 304/15
**done [10]**   69/21 88/5 88/7 88/18 88/20 89/15 123/18 126/8 274/25 301/6
**Donna [1]**   134/15
**door [39]**   33/14 37/9 37/10 37/10 51/21 63/6 85/22 86/11 136/23 144/9 173/23 173/25 174/1 174/4 174/7 174/12 179/8 183/6 183/9 183/20 185/21 186/10 188/12 188/15 188/16 188/18 190/10 195/15 241/4 241/7 242/4 248/4 264/16 264/22 265/3 265/3 265/5 265/7 267/20
**doors [5]**   63/7 63/10 66/11 188/7 240/6
**doorstep [1]**   158/14
**Dorothy [4]**   200/18 243/16 243/16 248/8
**double [1]**   188/7
**doubt [37]**   14/2 15/4 15/8 18/7 19/12 19/14 33/20 33/24 35/3 35/4 41/3 56/4 60/6 60/17 60/19 61/4 61/17 63/23 65/13 65/18 66/6 70/22 84/4 84/14 84/20 85/9 92/4 94/3 94/6 95/5 117/6 147/15 147/20 148/5 148/5 157/18 159/15
**down [27]**   7/6 15/17 18/13 37/13 51/22 54/8 55/22 95/24 128/3 131/3 136/7 137/21 138/16 138/17 150/15 151/21 151/21 152/25 164/16 166/20 191/7 219/9 249/17 254/24 265/13 271/1 279/2
**download [5]**   274/23 275/15 279/2 285/11 286/1
**downloaded [2]**   196/24 275/13
**downstairs [1]**   151/4
**downtown [5]**   168/16 168/17 168/22 168/25 261/20
**dozens [3]**   69/1 289/4 289/9
**dozens not [1]**   289/9
**Dr [4]**   38/5 292/6 292/13 292/15
**DR's [2]**   292/19 292/22
**dragging [2]**   137/1 138/5
**dramatic [2]**   148/8 148/10
**draw [3]**   12/11 100/25 179/6
**dressed [1]**   132/1
**drive [26]**   86/22 136/19 209/14 250/5 271/21 282/13 282/14 282/16 282/23 282/25 283/3 283/6 283/7 283/9 283/10 283/13 283/15 283/24 283/25 284/1 284/7 284/14 284/17 284/19 285/6 300/24

**driver [2]**   13/18 128/25
**driver's [11]**   128/22 130/5 140/6 209/17 229/5 241/4 241/7 242/4 248/18 268/6 303/20
**drivers [1]**   156/5
**drives [6]**   10/4 86/24 273/9 273/9 286/1 286/5
**driveway [1]**   169/25
**driving [11]**   13/14 86/17 86/20 86/20 137/15 138/7 167/18 170/4 264/1 264/5 265/9
**drop [2]**   171/19
**dropped [4]**   126/10 134/22 137/16 171/17
**dropping [1]**   142/1
**drove [7]**   126/1 126/4 126/12 127/6 137/16 144/11 168/22
**drug [2]**   136/6 136/7
**drugs [4]**   265/20 265/22 265/24 266/3
**duct [1]**   63/14
**duly [1]**   112/15
**dumb [1]**   132/12
**duration [2]**   113/13 160/23
**duress [1]**   153/16
**during [18]**   17/21 35/20 52/14 52/21 53/3 83/5 84/2 88/9 117/21 123/12 125/22 130/8 139/7 224/6 226/25 250/17 292/10 295/12
**dust [1]**   64/18
**dusted [1]**   175/16
**duties [1]**   161/6
**duty [6]**   18/1 57/12 88/19 114/1 114/3 260/9
**DXXXX [36]**   134/11 134/16 135/2 135/4 135/6 135/8 135/9 135/11 136/2 136/15 137/5 137/6 140/10 141/15 145/21 148/24 149/16 149/17 149/17 150/2 150/6 150/6 152/9 158/12 191/19 219/14 234/18 243/8 247/15 248/7 248/21 281/2 285/9 301/5 301/12 304/3
**DXXXX't [1]**   289/23
**DXXXXXX [18]**   140/9 140/10 140/21 140/24 141/1 141/14 141/22 149/4 149/5 149/7 149/9 149/16 151/5 151/7 153/10 229/3 230/18 292/1

## E

**each [17]**   9/24 39/17 41/18 53/22 86/8 91/2 91/11 105/1 105/6 148/17 157/7 192/19 192/25 207/24 208/20 281/12 288/21
**eager [1]**   150/12
**eagerly [1]**   156/15
**earlier [11]**   9/25 29/10 34/22 92/8 108/15 202/12 220/11 238/8 246/14 253/2 293/12
**early [3]**   37/23 43/17 117/10
**earned [1]**   139/13

**E**

**Earth [1]**  118/6
**ease [2]**  122/16 123/5
**easier [2]**  78/4 192/18
**easiest [2]**  164/16 304/19
**east [1]**  178/24
**eat [4]**  22/19 23/17 56/18
  143/25
**economically [1]**  145/22
**editorials [1]**  9/24
**education [2]**  271/24 272/5
**effects [1]**  263/7
**efficiency [1]**  46/1
**efficient [2]**  304/7 304/13
**efficiently [2]**  296/19
  301/19
**effort [3]**  125/5 290/2
  296/23
**eight [3]**  45/1 269/22 271/6
**eighth [1]**  102/23
**either [18]**  8/3 9/5 15/12
  21/15 27/15 50/1 50/2 55/10
  66/8 91/13 109/22 114/20
  117/14 177/3 237/23 237/25
  278/3 304/19
**El [1]**  168/16
**electronic [3]**  118/14 139/24
  273/8
**electronically [1]**  181/19
**element [1]**  164/24
**elements [2]**  75/19 75/25
**else [44]**  13/21 52/7 65/25
  69/12 70/4 72/22 72/24 73/4
  73/21 73/24 74/2 74/6 74/18
  76/6 77/15 78/23 79/19 80/17
  81/13 82/4 83/18 83/21 84/25
  95/4 96/9 116/22 117/15
  117/19 119/7 119/11 123/9
  131/3 138/3 155/20 155/25
  168/3 211/7 244/13 265/20
  275/3 276/11 276/24 278/21
  290/23
**elsewhere [1]**  44/19
**email [9]**  7/1 7/8 7/14 7/16
  51/5 118/18 177/3 274/17
  291/18
**emailed [1]**  6/15
**emails [1]**  274/18
**emits [1]**  259/25
**emotional [1]**  43/18
**emotionally [1]**  44/15
**emphasize [1]**  118/15
**employ [1]**  149/25
**employed [2]**  53/11 160/17
**employee [1]**  16/13
**employees [3]**  45/2 163/25
  164/3
**employer [1]**  117/16
**emptied [1]**  196/24
**enclosed [2]**  267/19 267/21
**enclosure [8]**  180/1 180/2
  184/6 184/20 195/13 251/6
  251/8 267/21
**encountered [1]**  140/17
**encrypt [1]**  276/10
**encrypted [5]**  276/6 276/8
  276/12 276/18 276/24

**encryptor [1]**  276/16
**end [26]**  9/7 9/18 12/13
  20/14 27/20 35/7 40/23 68/12
  70/14 84/12 113/15 114/2
  114/5 116/16 116/25 123/4
  128/15 132/4 144/24 148/14
  156/19 159/12 159/13 169/24
  214/24 304/7
**ended [5]**  87/1 108/12 110/22
  126/17 132/4
**ending [1]**  88/10
**ends [1]**  276/9
**enforcement [27]**  11/16 12/5
  12/16 12/20 12/21 13/14
  13/16 15/24 32/4 40/4 125/9
  126/15 126/18 133/10 134/12
  139/10 139/16 140/3 140/14
  140/17 141/12 153/11 161/1
  254/10 254/11 254/13 269/25
**enforcement's [1]**  139/8
**engage [11]**  71/23 72/2 72/19
  72/23 74/21 75/2 75/12 76/4
  76/6 76/15 292/15
**engaged [3]**  73/10 73/19
  128/10
**engaging [2]**  71/24 72/21
**enjoyed [1]**  150/7
**enough [11]**  39/12 42/21
  63/25 64/12 83/11 108/20
  125/6 133/25 163/22 167/3
  263/24
**ensure [1]**  122/9
**enter [3]**  134/17 185/22
  188/7
**entered [20]**  10/25 17/13
  26/8 29/5 29/7 36/8 43/7
  46/11 48/12 51/1 55/3 56/11
  57/25 87/21 112/4 167/23
  188/18 191/6 191/15 205/20
**enticing [1]**  151/3
**entire [9]**  20/14 29/14 59/5
  66/19 136/19 163/19 175/15
  179/20 280/18
**entirely [2]**  53/4 283/22
**entirety [2]**  207/15 236/11
**entitled [3]**  23/19 120/25
  276/2
**entry [9]**  8/13 8/18 9/19
  173/22 176/19 187/5 205/23
  298/11 298/13
**episodes [1]**  43/17
**equally [1]**  34/6
**erase [1]**  277/1
**escort [1]**  151/10
**escorting [1]**  127/16
**escorts [1]**  133/21
**especially [2]**  136/9 274/12
**ESQ [2]**  1/18 1/21
**essentially [3]**  274/1 274/2
  277/10
**evaluate [4]**  12/13 12/24
  109/13 119/20
**evaluation [1]**  101/19
**even [29]**  13/12 22/19 22/21
  23/14 33/19 42/20 51/16
  56/18 76/9 84/6 84/19 85/7
  86/7 109/12 109/25 110/22
  113/5 114/8 119/19 136/17

  137/24 138/16 143/9 143/10
  143/19 207/18 276/13 282/17
  283/21
**evening [7]**  122/8 269/6
  269/7 288/2 288/11 295/17
  304/22
**events [1]**  162/19
**eventually [7]**  108/8 126/7
  136/13 170/2 170/19 249/1
  277/1
**ever [10]**  11/24 15/19 16/5
  26/14 28/14 43/12 67/23
  123/11 259/2 272/14
**every [20]**  12/9 22/19 23/17
  39/17 39/25 57/13 65/15
  66/15 78/2 81/16 105/8
  114/21 123/22 134/2 145/3
  148/17 157/7 208/20 279/13
  288/22
**every-day [2]**  65/15 66/15
**everybody [16]**  12/12 36/11
  43/2 50/20 78/1 82/17 90/12
  107/14 124/1 124/19 174/19
  180/8 262/15 287/20 287/24
  303/14
**everybody's [1]**  44/14
**everyday [1]**  232/7
**everyone [18]**  6/4 23/19
  40/16 43/25 54/1 66/19
  66/21 66/23 67/1 67/25 78/25
  95/4 163/3 177/11 219/17
  253/13 298/5
**everyone's [1]**  10/4
**everything [22]**  7/10 10/5
  21/13 34/10 44/7 46/3 90/2
  90/9 106/9 111/17 116/5
  132/6 136/21 143/19 155/20
  210/7 210/14 244/13 248/25
  286/18 288/19 303/25
**everywhere [2]**  21/23 72/3
**evidence [256]**  9/13 10/2
  12/23 15/3 15/8 16/3 16/7
  17/1 17/6 19/7 19/19 19/19
  19/25 20/3 20/4 20/5 20/12
  20/13 20/15 21/13 27/22 30/2
  32/11 32/12 33/19 34/15 35/8
  39/6 39/8 39/9 39/13 39/15
  39/19 40/3 42/6 48/3 50/10
  62/6 64/7 71/11 80/9 80/9
  81/2 81/3 81/8 81/9 81/11
  82/1 82/14 82/15 82/16 82/18
  82/23 83/2 83/6 83/8 83/10
  83/12 83/13 84/2 84/10 85/12
  86/6 100/24 108/6 113/23
  114/9 114/10 114/12 114/13
  114/15 114/16 114/18 114/21
  114/23 115/2 115/4 115/5
  115/8 115/11 115/12 115/14
  115/20 115/21 115/23 115/24
  115/25 116/12 116/14 117/1
  117/4 119/21 120/4 121/5
  121/7 121/13 121/14 145/1
  146/13 146/17 147/1 147/24
  148/10 149/13 154/10 154/17
  155/15 156/14 156/21 157/3
  158/20 159/2 175/14 178/13
  178/14 178/20 182/12 182/25
  183/16 184/2 184/17 185/1

**E**

evidence... **[134]**  185/9
185/18 186/5 186/17 187/1
187/10 187/19 188/3 189/4
189/20 190/5 190/18 193/25
194/10 194/18 195/1 195/9
195/20 196/8 197/22 198/8
198/17 198/24 199/9 200/2
200/14 200/23 201/6 201/13
201/21 202/3 202/7 202/17
203/3 203/10 203/23 204/10
204/19 204/24 205/7 205/15
207/3 207/5 210/1 211/19
212/5 212/9 212/23 213/5
213/17 214/6 214/21 215/9
216/10 216/22 217/6 217/21
218/6 218/11 219/15 220/16
220/21 221/5 221/22 222/21
223/25 224/13 224/23 225/7
225/13 226/1 226/12 227/10
227/20 228/10 228/25 229/10
229/20 230/2 230/9 230/25
231/7 231/20 232/11 233/1
233/11 233/18 234/2 234/15
235/2 235/10 235/17 236/3
236/16 236/20 237/11 238/25
239/18 240/3 240/9 241/18
242/12 243/25 243/25 244/2
244/16 246/12 247/10 248/16
249/1 250/3 250/22 267/12
273/14 277/11 277/13 278/22
284/15 285/24 287/1 287/2
293/6 293/6 294/2 295/5
297/19 297/22 297/23 298/2
298/9 299/5 299/18 299/25
301/25

ex **[1]**  92/20
ex-husband **[1]**  92/20
exact **[7]**  108/5 169/17 222/3
279/13 283/23 284/6 284/20
exactly **[11]**  43/23 47/24
145/16 149/20 152/17 192/13
249/11 259/19 267/4 283/12
290/4
examination **[15]**  3/3 3/4 3/5
3/7 35/20 160/13 251/21
251/24 253/14 253/16 267/25
268/4 269/4 284/19 292/10
examinations **[3]**  271/13
272/12 281/2
examine **[3]**  121/10 121/12
285/14
examined **[1]**  281/4
examiner **[11]**  268/16 269/12
269/15 269/16 269/17 269/18
269/21 270/11 271/8 272/11
273/5
examiners **[2]**  270/18 278/13
examining **[2]**  275/16 278/5
example **[2]**  12/9 40/8
exams **[2]**  272/13 281/4
excellent **[1]**  146/10
except **[6]**  101/18 128/19
181/17 193/3 244/13 276/24
exception **[3]**  152/16 181/15
244/6
excuse **[18]**  45/13 51/7 52/4

57/14 87/19 93/25 111/7 113/7
131/22 139/19 175/22 190/22
197/5 211/8 230/21 245/12
249/8 262/19
excused **[17]**  7/17 8/11 10/20
45/19 46/4 46/6 52/6 57/21
57/23 87/15 87/16 87/18
87/19 90/10 91/24 113/16
288/18
excusing **[1]**  46/9
executing **[1]**  175/1
execution **[1]**  191/18
exercise **[4]**  96/18 99/24
109/1 208/20
exercised **[2]**  129/15 137/12
exercising **[1]**  104/24
exhibit **[266]**  3/10 3/10 3/11
3/11 3/12 3/12 3/13 3/13
3/14 3/14 3/15 3/15 3/16
3/16 3/17 3/17 3/18 3/18
3/19 3/19 3/20 3/20 3/21
3/21 3/22 3/22 3/23 3/23
3/24 3/24 3/25 3/25 4/1 4/1
4/2 4/2 4/3 4/3 4/4 4/4 4/5
4/5 4/6 4/6 4/7 4/7 4/8 4/9
4/9 4/10 4/10 4/11 4/11 4/12
4/12 4/13 4/13 4/14 4/15
4/16 4/16 4/17 4/17 4/18
4/18 4/19 4/20 4/20 4/21
4/21 4/22 4/23 4/23 4/24
4/24 4/25 5/1 5/2 5/3 5/3
5/4 5/4 5/5 5/5 5/6 5/6 5/7
5/8 5/9 5/9 5/10 5/11 5/12
5/12 5/14 5/15 9/20 9/20
10/6 10/9 114/12 115/13
115/16 115/17 177/22 178/3
178/13 178/20 180/5 180/9
180/14 181/14 181/16 181/16
182/2 182/2 182/11 182/24
183/15 184/1 184/16 184/25
185/8 185/17 186/4 186/16
186/25 187/9 187/18 188/2
189/3 189/19 190/4 190/17
191/13 193/24 194/9 194/17
194/25 195/9 195/20 196/4
196/8 197/6 197/22 198/17
198/24 199/8 200/1 200/13
200/23 201/5 201/13 201/20
202/3 202/7 202/17 203/3
203/10 204/10 204/19 204/24
205/7 205/15 206/23 208/20
210/10 210/10 210/21 210/24
210/24 212/4 212/9 212/22
213/5 213/17 214/1 214/2
214/6 214/16 214/21 215/3
215/5 215/9 216/10 216/22
217/6 218/6 219/9 220/21
220/23 221/5 221/24 222/14
222/16 222/19 222/21 223/25
224/13 224/17 224/20 224/23
225/7 226/1 226/12 227/6
227/7 227/10 227/20 228/5
228/10 229/10 229/20 230/2
230/9 230/25 231/7 231/22
232/11 233/11 233/18 234/2
234/12 234/12 234/15 235/2
235/7 235/10 235/17 235/25
236/3 236/15 239/14 239/18

240/24 241/14 241/15 241/18
242/9 242/12 245/25 246/11
246/12 247/6 247/10 250/5
250/11 250/22 255/10 263/25
266/23 267/2 267/4 267/5
267/10 267/12 288/22 289/16
289/23 291/5 292/16 293/7
293/12 293/21 300/21 304/9
exhibits **[69]**  3/8 4/8 4/14
4/15 4/19 4/22 5/1 5/2 5/7
5/10 5/13 178/15 181/20
192/10 192/16 203/22 207/9
207/11 207/25 208/17 209/10
209/20 210/12 211/18 217/11
217/20 220/1 220/15 225/12
228/15 228/24 230/13 231/14
231/19 232/18 232/25 237/10
238/24 240/24 244/4 244/6
244/15 245/9 248/10 248/11
248/15 249/22 250/2 253/4
253/8 267/6 268/18 288/15
288/20 288/24 289/2 295/12
295/13 297/10 297/10 297/16
300/6 300/10 301/13 301/14
301/21 303/24 304/15 304/19
exist **[2]**  119/6 128/18
existence **[1]**  42/14
exited **[3]**  167/23 169/16
172/3
exits **[1]**  252/11
expand **[1]**  242/18
expandable **[1]**  141/15
expect **[1]**  89/14
expected **[1]**  138/25
expecting **[1]**  122/4
experience **[24]**  12/2 12/19
27/8 29/18 36/19 44/1 45/21
46/18 49/9 50/25 52/7 57/14
57/16 69/4 87/16 90/5 92/19
100/3 100/4 108/3 110/4
113/8 161/1 269/25
experienced **[5]**  27/6 43/17
48/5 48/17 129/18
experiences **[20]**  27/14 27/16
27/25 29/23 30/1 32/9 33/11
33/14 35/24 38/19 39/1 39/3
39/5 40/8 41/4 41/4 94/22
95/3 95/19 107/22
experiencing **[1]**  45/11
expert **[6]**  34/5 155/7 272/14
272/16 272/20 272/23
explain **[17]**  19/13 19/13
22/15 26/18 36/18 43/15
113/25 114/6 114/7 143/12
143/15 153/24 246/9 282/20
299/12 299/13 300/18
explained **[8]**  23/1 24/1 25/3
29/18 38/8 51/16 125/24
127/14
explanation **[7]**  101/1 101/2
101/6 101/14 101/15 101/16
101/20
explicit **[4]**  20/2 20/9 20/10
20/25
explicitly **[1]**  294/15
exploits **[1]**  143/18
exposed **[3]**  17/20 42/1
107/23

**E**

**exposures [1]**   107/25
**expressed [1]**   94/19
**expressions [1]**   42/5
**extend [1]**   243/7
**extendable [2]**   242/7 242/17
**extender [1]**   250/5
**extension [1]**   111/23
**exterior [1]**   184/10
**external [1]**   285/5
**extra [2]**   41/20 304/16
**extract [11]**   275/17 278/8
278/16 279/12 280/19 281/18
282/8 282/21 283/12 285/7
285/18
**extracted [4]**   281/25 286/4
286/6 299/20
**extraction [10]**   279/1 279/19
279/20 280/8 280/11 280/13
280/17 282/5 286/6 300/11
**extractions [10]**   278/10
279/25 281/7 285/25 286/12
287/6 299/14 299/23 300/6
300/18
**extracts [4]**   222/8 279/5
279/5 281/22
**extraneous [1]**   176/17
**eye [3]**   86/19 178/7 178/22
**eyes [2]**   129/22 167/5

**F**

**face [5]**   118/16 118/16
129/22 133/1 136/7
**face-to-face [1]**   118/16
**Facebook [1]**   118/20
**facial [1]**   42/5
**facie [1]**   100/16
**facilitated [1]**   127/24
**facility [1]**   89/22
**facing [3]**   183/4 183/22
251/11
**fact [19]**   22/14 31/16 67/19
76/23 77/10 101/24 108/6
108/22 109/7 114/13 114/17
118/11 120/2 133/17 140/13
148/11 257/20 294/15 302/7
**factor [2]**   43/19 101/13
**factors [2]**   101/17 116/14
**facts [13]**   19/16 27/23 42/17
68/3 82/19 82/19 100/17
100/21 101/16 146/4 146/7
146/8 146/21
**factual [3]**   95/2 95/7 95/17
**fair [54]**   12/3 12/6 12/8
15/11 15/23 15/25 16/14
17/22 20/6 20/13 27/8 30/3
30/8 38/12 39/4 39/10 40/24
41/2 41/8 44/4 44/7 46/24
49/10 56/19 57/2 59/6 59/9
59/11 63/9 63/25 64/12 87/10
92/4 92/21 94/5 94/7 94/20
94/25 95/5 95/8 95/14 95/15
96/1 110/14 117/14 119/10
119/11 119/24 120/7 120/11
181/6 208/6 263/24 275/25
**fairly [1]**   124/2
**faith [2]**   296/22 304/14

**fake [5]**   149/7 149/7 153/18
153/18 167/1
**falling [1]**   233/6
**falls [3]**   297/22 298/3 298/9
**familiar [5]**   55/22 275/20
276/2 277/4 288/7
**family [16]**   11/6 26/19 31/5
31/12 31/14 36/19 37/1 46/15
48/16 130/16 130/25 131/12
135/25 151/15 151/24 158/16
**fan [3]**   62/23 62/25 65/19
**fantasy [2]**   129/3 129/3
**far [12]**   28/20 32/9 32/23
58/24 73/9 77/6 77/7 78/25
83/9 114/17 251/11 252/24
**fashion [2]**   176/25 282/14
**fat [1]**   132/12
**fate [2]**   134/7 136/3
**father [6]**   26/22 28/9 36/22
36/25 37/12 37/15
**fatty [1]**   136/25
**favor [2]**   25/15 109/8
**FBI [33]**   16/1 16/13 16/14
25/22 126/3 126/5 143/6
152/8 155/9 155/10 163/6
163/25 165/17 168/17 172/19
174/8 226/25 258/21 261/18
261/19 269/20 269/21 270/7
270/8 270/11 270/16 271/3
271/5 272/11 277/13 278/4
297/6 299/9
**feature [4]**   155/25 273/22
273/24 274/13
**Federal [10]**   1/19 1/22 53/9
53/11 159/5 159/6 159/8
163/2 269/12 305/6
**feel [29]**   12/6 13/24 14/4
14/20 15/7 15/9 24/10 40/10
49/11 53/23 57/11 57/16 59/8
67/8 68/3 79/19 80/7 81/13
83/16 84/14 85/5 85/11 85/14
89/13 92/10 92/14 122/7
122/10 209/3
**feeling [3]**   37/4 51/22 123/4
**feelings [6]**   12/15 23/9
23/19 27/24 29/25 42/3
**feels [9]**   59/5 73/21 77/15
77/17 80/18 83/21 100/11
210/23 211/3
**feet [1]**   190/10
**feisty [1]**   138/1
**fell [1]**   112/24
**fellow [2]**   19/6 120/18
**felt [10]**   11/17 11/20 11/23
12/4 38/12 43/18 43/21 78/23
84/3 298/22
**female [8]**   104/8 106/2
106/16 110/15 128/10 128/12
128/13 128/20
**females [1]**   128/10
**few [10]**   36/16 43/3 67/14
67/14 91/6 113/19 132/3
151/10 151/17 273/18
**fibromyalgia [1]**   31/9
**field [7]**   136/17 168/17
258/21 261/19 261/20 278/9
281/12
**fifth [3]**   99/3 99/10 138/7

**fight [1]**   138/1
**figure [3]**   123/2 170/18
234/6
**file [1]**   280/11
**filed [1]**   42/23
**files [3]**   39/12 54/7 54/20
**filtered [1]**   273/12
**final [4]**   9/8 80/21 119/15
179/22
**finally [3]**   83/18 119/25
125/6
**financially [3]**   72/22 72/24
72/25
**find [24]**   32/2 44/9 44/14
51/8 61/4 61/22 62/7 62/8
68/4 72/25 73/14 78/5 84/5
84/18 89/24 149/24 149/25
150/1 150/12 175/7 271/17
278/22 304/9 304/13
**finding [1]**   33/21
**finds [3]**   71/6 101/19 111/3
**fine [19]**   22/20 33/7 83/19
87/8 89/9 89/13 90/3 113/9
131/18 155/14 177/9 178/11
253/2 258/23 267/11 291/15
298/24 299/3 301/3
**finger [1]**   137/1
**fingernails [1]**   134/8
**fingerprint [1]**   239/22
**fingerprints [1]**   175/16
**fingers [1]**   137/4
**finish [7]**   54/11 80/3 82/20
88/1 107/16 252/16 302/19
**fire [4]**   68/24 69/8 69/16
70/1
**firearm [5]**   221/17 255/11
255/18 255/19 256/7
**fired [1]**   255/22
**firing [2]**   70/3 256/22
**first [76]**   7/9 18/1 18/14
18/24 21/9 23/24 30/22 30/23
53/17 53/24 73/6 73/8 73/10
73/10 77/17 78/23 79/12
80/22 81/8 81/10 81/13 81/19
90/23 90/23 90/24 91/2 96/14
96/16 96/18 96/20 97/11
97/22 105/15 107/3 107/17
108/11 108/16 111/25 112/17
116/19 119/17 121/3 122/9
123/19 124/3 127/18 127/19
129/12 130/18 135/4 135/13
138/24 140/17 146/22 159/18
166/19 166/25 176/24 178/13
179/12 182/6 185/22 207/1
223/19 233/21 236/8 243/22
245/14 246/18 253/24 265/13
277/18 278/9 278/14 283/25
301/19
**firsthand [1]**   260/3
**fit [4]**   59/2 92/11 131/15
159/4
**five [8]**   76/24 144/22 225/16
252/6 272/16 272/17 289/12
297/10
**fix [3]**   62/20 138/14 152/13
**FL [5]**   1/7 1/17 1/20 1/23
2/3
**Flagler [1]**   168/18

**F**

flashes [1]  260/2
flashlight [3]  259/18 259/22 260/1
FLETCHER [1]  1/18
flip [4]  91/1 274/2 274/8 304/18
flipping [1]  301/13
floor [2]  213/9 227/24
FLORIDA [6]  1/1 67/9 128/1 128/18 162/20 272/20
flow [1]  192/18
flying [1]  15/14
focus [1]  208/15
follow [13]  20/15 27/22 35/11 39/9 94/2 94/12 95/19 114/6 114/7 117/12 168/12 171/9 181/25
followed [4]  120/13 126/11 126/12 133/11
following [13]  9/5 28/20 100/15 120/14 121/10 145/24 169/6 171/4 252/20 253/6 297/11 297/25 298/1
follows [2]  35/7 104/16
followup [8]  33/3 35/14 36/18 41/10 41/13 48/19 49/14 243/11
food [2]  131/19 150/21
Foods [5]  168/23 169/8 169/10 169/11 169/12
foot [2]  139/11 144/13
forbid [2]  23/14 24/3
force [32]  72/15 125/13 149/19 149/19 149/21 149/21 149/21 149/22 149/25 149/25 150/3 150/4 152/5 153/19 156/15 156/16 159/9 159/10 161/8 162/23 163/10 163/11 163/18 163/24 164/8 164/24 165/1 165/7 165/13 243/10 262/2 286/22
forced [10]  76/15 152/10 153/8 153/8 153/15 153/21 153/24 154/2 156/19 158/10
forcing [1]  72/5
foregoing [1]  305/2
forensic [22]  39/12 268/16 269/12 269/16 269/21 270/6 270/16 270/18 271/13 272/10 272/13 273/5 273/11 273/11 278/13 283/2 283/5 283/10 283/14 284/4 285/22 286/14
forensically [1]  275/16
forensics [6]  270/6 272/15 272/20 272/23 273/1 273/3
foreperson [1]  110/4
forest [2]  157/21 157/25
forever [1]  142/8
forget [2]  38/10 38/19
forgot [2]  100/9 244/17
form [1]  164/23
formal [3]  179/11 186/9 187/22
formally [1]  301/8
format [5]  273/14 276/12 279/5 279/8 286/15

former [1]  358/15
forms [3]  114/11 137/11 139/19
Fort [1]  1/20
forth [3]  41/24 120/12 154/21
fortunate [1]  38/17
forward [17]  35/22 41/22 42/11 42/15 42/19 51/12 51/23 51/24 57/15 77/11 95/16 112/13 139/9 159/22 266/25 297/19 297/23
found [30]  7/21 31/2 49/3 49/4 119/10 133/11 133/20 133/25 136/15 140/3 140/14 142/2 144/10 226/3 227/25 230/19 233/3 242/14 244/1 255/16 256/10 256/25 257/7 260/16 265/10 267/17 286/18 293/25 295/15 295/25
foundation [9]  207/24 289/10 290/18 294/13 294/17 296/16 300/21 300/22 304/1
four [16]  11/16 23/5 24/2 43/16 91/3 91/4 104/25 105/2 105/7 105/16 108/13 108/14 170/8 292/9 296/1 299/17
four-year [1]  43/16
fourth [8]  80/18 82/6 83/16 98/18 98/24 103/6 107/1 137/17
Foxtrot [1]  294/10
frame [1]  52/22
frankly [2]  53/5 146/1
fraud [6]  149/21 149/22 150/1 150/5 153/19 159/11
free [9]  57/16 122/7 123/8 150/8 150/22 153/9 153/17 158/16 158/19
freedom [1]  125/18
French [1]  37/16
frequently [1]  135/19
Friday [26]  7/21 8/14 22/6 22/13 22/24 23/21 24/7 24/8 24/22 24/22 25/16 26/3 26/13 36/13 43/10 44/11 47/13 51/9 56/23 59/23 67/4 86/18 87/11 92/9 92/18 177/8
Fridays [1]  88/10
friend [15]  11/6 26/14 29/15 29/19 29/24 30/19 31/6 31/23 32/15 36/14 36/19 43/12 46/15 48/17 65/16
friendly [2]  10/10 279/6
front [27]  25/21 40/23 43/25 72/13 111/18 123/16 123/17 130/11 139/23 157/15 173/24 174/4 174/7 179/8 179/15 182/17 183/3 183/6 183/9 183/20 185/21 190/10 193/17 210/15 216/14 246/10 249/1
Ft [4]  2/3 123/21 177/10 303/7
fuck [1]  141/2
full [13]  6/24 7/18 45/2 77/22 101/8 135/20 138/25 160/7 173/7 257/18 269/1 287/18 291/16

full-time [3]  7/18 45/2 135/20
fuller [1]  274/7
fun [1]  144/16
function [2]  259/21 274/7
Funk [2]  176/18 176/24
furniture [1]  185/23
further [7]  17/24 56/6 83/14 117/6 146/17 152/14 251/18
fury [1]  145/15
future [2]  192/15 193/13

**G**

gain [1]  205/23
Galaxy [1]  274/9
game [2]  65/17 144/16
games [1]  275/14
gang [1]  31/24
garage [8]  51/21 136/24 179/22 201/9 201/15 201/23 245/6 262/13
garages [1]  183/4
Gardens [2]  168/23 168/25
Gary [1]  127/1
gave [15]  48/21 58/19 62/5 95/12 110/1 131/19 139/1 146/10 152/19 211/1 261/22 288/24 297/6 298/22 299/18
gears [1]  67/3
gender [1]  110/15
general [10]  17/18 24/1 29/14 30/4 40/17 78/17 110/9 164/6 195/5 208/6
generally [7]  69/13 76/18 128/22 129/4 164/15 273/6 285/22
generating [1]  274/24
gentleman [1]  85/11
gentlemen [14]  15/16 15/19 58/22 59/14 67/14 71/16 85/17 145/8 146/8 159/14 176/3 252/5 269/10 287/17
Germany [1]  38/9
get [93]  14/4 15/17 18/25 30/1 33/24 37/13 54/24 62/20 63/13 66/11 68/11 70/20 78/8 86/4 87/2 88/5 88/17 88/20 88/21 90/1 91/3 91/6 91/12 91/14 100/11 105/2 108/13 109/2 109/6 111/10 111/23 123/18 124/5 125/4 125/5 129/7 130/13 132/1 132/12 132/17 133/18 136/13 137/5 137/15 143/11 143/18 143/25 144/2 144/21 146/2 148/14 149/20 151/20 151/21 152/4 154/6 154/12 157/5 160/11 165/9 170/25 172/6 173/10 174/4 188/16 206/17 210/11 220/2 226/19 238/10 253/7 256/5 260/7 271/10 273/14 273/18 274/3 277/20 279/8 279/10 280/4 280/5 280/6 280/13 280/20 280/22 280/23 282/13 282/14 289/1 302/18 302/21 302/24
get-go [1]  253/7
gets [13]  61/15 105/6 128/25

# G

**gets... [10]**  128/25 128/25
150/21 186/10 276/20 283/17
284/3 284/15 284/15 302/2
**getting [10]**  7/10 15/15
35/21 70/12 74/12 74/14
91/18 146/3 257/25 262/17
**Giants [2]**  65/17 65/19
**gifts [2]**  131/10 142/13
**girl [4]**  36/21 128/25 140/20
141/10
**girlfriend [1]**  152/25
**girls [12]**  129/3 129/5 131/7
131/8 131/15 135/24 135/25
138/18 139/17 144/11 144/15
155/20
**give [45]**  6/20 7/9 10/3 10/3
12/12 12/15 15/20 15/22
19/14 19/17 19/21 27/23
39/25 40/7 59/6 59/9 59/15
60/8 62/12 71/17 90/21 91/5
93/1 93/3 100/17 114/2
114/21 116/15 117/6 117/17
131/10 133/16 133/18 142/13
154/24 157/22 164/1 164/3
169/17 179/3 206/23 234/6
271/9 279/20 297/19
**given [20]**  8/5 9/7 16/15
27/9 44/5 46/24 49/9 50/10
51/7 70/16 75/25 76/2 79/2
108/6 108/20 109/4 210/14
278/4 297/6 301/13
**gives [4]**  12/23 280/19
283/18 304/20
**giving [5]**  8/15 12/9 129/22
141/24 304/9
**glad [1]**  291/14
**glasses [1]**  79/22
**Glimpse [2]**  156/4 156/4
**glossed [1]**  146/12
**go [122]**  6/18 7/2 7/10 7/11
10/15 11/10 11/15 11/21
20/14 22/18 22/19 24/18
24/20 28/14 38/7 38/11 38/15
41/22 48/1 51/22 53/21 53/25
56/20 61/15 63/12 77/8 81/5
81/8 81/11 81/16 82/2 86/1
86/24 88/1 89/4 90/22 91/2
91/6 96/13 96/22 99/11
102/15 106/7 111/7 111/10
113/20 117/9 119/20 120/18
121/15 122/8 124/13 127/14
128/4 128/24 129/6 131/18
136/11 136/17 139/23 140/1
142/18 144/21 146/16 148/20
150/24 151/22 155/20 155/21
158/13 158/19 162/2 163/22
164/14 165/3 168/21 169/15
169/19 169/25 170/15 170/21
171/15 172/8 172/18 178/14
178/17 181/20 182/1 196/22
208/20 210/12 236/18 243/5
244/24 246/7 246/7 249/1
253/7 255/10 255/13 255/22
258/1 258/6 258/8 258/16
258/20 262/4 270/10 278/14
279/7 286/9 286/23 287/3

287/24 288/7 289/9 290/13
292/24 301/19 302/5 302/5
304/16
**go-to [1]**  278/14
**goal [1]**  122/2
**God [2]**  23/14 24/3
**goes [9]**  150/15 155/9 158/2
161/19 181/16 284/9 284/10
288/19 290/21
**going [170]**  9/8 10/3 12/17
15/6 15/10 16/14 21/11 21/11
21/14 21/15 23/15 24/10
31/25 40/6 44/21 45/2 45/13
50/23 51/17 52/8 53/21 54/10
55/15 58/4 58/20 65/3 65/18
67/15 67/15 68/7 69/5 76/21
79/5 80/16 81/18 82/12 82/13
83/4 85/22 86/9 87/9 92/17
93/14 96/5 101/13 110/17
121/17 121/20 125/10 126/7
126/16 127/23 127/23 129/24
130/9 130/12 131/1 131/3
131/13 132/1 132/18 132/20
135/3 137/11 137/23 138/22
139/2 139/6 139/10 139/20
142/3 142/10 142/16 142/24
143/5 143/13 143/14 143/16
143/24 144/5 144/8 144/17
144/25 145/17 145/24 146/2
146/16 147/13 148/6 148/22
149/3 149/15 152/1 152/11
152/14 153/13 153/15 154/11
154/15 154/17 154/18 154/20
154/22 154/23 155/1 155/2
155/13 155/15 155/19 157/22
158/4 158/25 159/3 163/14
163/14 169/24 170/23 171/19
171/20 176/22 179/15 181/21
182/4 182/4 206/5 206/15
210/6 210/13 210/13 210/24
211/2 219/13 234/23 238/9
239/24 246/4 246/6 251/20
253/5 258/16 258/20 262/4
266/25 267/7 279/15 283/9
288/8 288/9 289/6 290/9
290/12 290/13 290/17 291/1
291/22 292/22 293/17 294/1
294/4 294/8 295/9 296/18
297/1 297/3 297/19 298/25
300/4 301/10 302/7 304/20
**gold [1]**  278/12
**gone [8]**  7/24 47/25 51/17
109/20 143/2 252/24 268/20
288/21
**good [81]**  6/1 6/2 6/6 11/1
11/2 13/4 13/5 14/3 16/20
17/15 17/16 26/10 29/9 30/19
33/6 36/10 36/11 38/6 41/15
42/4 43/2 43/9 46/2 46/13
47/11 47/12 48/14 49/18
49/19 50/8 50/9 51/4 51/13
51/22 55/5 56/13 58/1 59/18
59/19 59/21 62/3 62/4 62/13
64/14 64/15 65/5 65/6 66/4
66/5 68/17 68/18 69/25 71/19
71/20 86/19 90/9 95/21 96/4
96/4 96/6 100/11 112/22
113/9 113/14 127/8 135/10

138/15 145/8 147/12 153/2
160/15 160/16 253/18 253/19
269/6 269/7 269/9 287/9
296/22 304/14 304/22
**good-bye [1]**  113/14
**Google [2]**  118/6 119/1
**got [26]**  7/23 14/15 27/1
37/11 51/13 51/15 51/18 52/1
60/15 63/4 129/19 131/16
132/23 133/5 133/18 136/18
136/22 136/24 137/14 137/25
138/17 155/5 161/25 170/7
219/17 271/25
**gotten [3]**  8/15 63/14 65/8
**Government [415]**
**Government's [35]**  35/15
96/20 97/4 102/6 103/6
106/25 107/3 111/1 121/11
147/14 151/19 160/6 182/11
182/24 183/15 184/1 184/16
184/25 185/8 185/17 186/4
186/16 186/25 187/9 187/18
188/2 189/3 189/19 190/4
190/17 193/24 194/9 194/17
268/25 293/5
**grabbed [2]**  136/5 139/4
**grabbing [1]**  37/9
**graduation [1]**  272/5
**Grand [15]**  50/25 52/12 52/14
52/20 53/1 53/2 53/6 53/18
55/6 55/16 55/25 107/21
109/24 110/3 110/5
**granddaughter [1]**  44/12
**grandmother [1]**  44/24
**grant [2]**  108/24 109/13
**granted [1]**  100/3
**granting [1]**  9/11
**grass [1]**  114/14
**grateful [1]**  51/8
**great [8]**  49/21 51/11 54/9
61/1 279/18 280/24 281/6
300/10
**greater [2]**  40/7 121/1
**Green [1]**  169/18
**Greg [2]**  6/6 144/25
**GREGORY [1]**  1/14
**ground [4]**  15/17 60/10
122/14 180/2
**group [19]**  14/3 17/10 17/19
26/12 29/11 29/18 30/4 36/12
46/23 48/16 68/8 70/5 70/6
70/9 90/24 105/16 105/22
206/7 291/1
**growing [1]**  37/7
**grown [1]**  12/6
**grudges [1]**  50/1
**guarantee [1]**  120/11
**guard [1]**  283/8
**guess [9]**  31/25 40/17 42/8
42/17 88/1 109/19 115/19
296/3 300/16
**guidelines [1]**  116/15
**guiding [1]**  134/23
**guilt [4]**  15/3 80/11 116/22
117/5
**guilty [38]**  14/22 17/3 18/7
18/7 21/15 21/15 33/21 33/25
59/24 60/5 60/21 60/22 60/23

**G**

**guilty... [25]**   61/4 61/17 61/17 61/19 61/23 61/23 62/7 62/8 68/5 70/16 70/16 70/16 70/16 70/25 70/25 71/12 71/12 84/6 84/18 114/4 114/4 116/20 145/3 150/1 159/16

**gun [10]**   129/25 173/15 196/24 198/7 255/20 255/22 255/22 255/24 256/20 256/23

**guns [1]**   196/20

**guy [4]**   126/22 127/1 140/20 141/2

**GX [1]**   293/21

**GXXXXXX [29]**   125/14 126/14 129/25 130/19 139/9 139/18 149/12 150/14 150/14 150/15 150/16 150/19 150/23 150/25 150/25 151/4 151/4 153/21 153/21 154/5 165/24 166/11 168/6 172/5 199/4 237/1 262/8 293/24 297/6

**GXXXXXX' [1]**   200/4

**H**

**had [130]**   10/9 11/5 11/10 11/15 11/21 12/19 13/6 14/3 14/6 17/17 17/18 19/25 21/7 27/25 35/25 36/14 36/19 36/25 37/1 37/6 38/3 39/1 40/9 42/16 43/12 44/1 44/11 44/24 46/15 46/18 46/19 47/25 48/15 48/17 52/14 53/9 55/5 56/18 61/21 62/20 69/8 69/16 69/18 70/1 77/22 83/9 84/3 84/6 85/6 85/8 86/21 88/1 88/3 88/21 90/19 92/14 92/15 92/19 106/12 108/18 108/22 109/7 109/20 110/10 110/22 123/2 125/5 125/6 125/8 125/25 126/15 127/11 130/3 130/7 130/8 130/9 137/9 139/2 139/25 140/14 140/24 142/4 142/22 143/18 144/1 144/14 147/2 149/7 152/9 152/10 152/10 152/12 154/7 165/11 166/24 166/24 167/4 168/1 168/20 169/21 170/22 170/24 173/25 174/16 209/7 213/20 219/14 226/23 228/21 233/6 237/15 256/14 257/20 258/25 260/22 261/2 263/18 264/16 264/19 269/14 283/23 286/12 297/10 297/25 299/8 304/18

**hadn't [2]**   153/11 304/6

**hair [4]**   136/5 138/5 139/5 251/13

**half [6]**   30/24 31/13 161/10 271/8 287/10 304/11

**halfway [1]**   206/16

**hallway [1]**   186/11

**hand [40]**   17/18 17/23 17/25 25/2 26/12 26/15 29/13 29/17 29/20 36/16 36/18 37/25 43/10 46/14 46/21 48/15

48/22 61/24 62/2 64/13 65/3 66/2 66/17 67/11 68/15 69/12 69/24 70/4 72/7 72/8 74/18 80/22 81/23 92/19 122/13 137/1 158/2 158/3 186/9 237/15

**handcuffs [3]**   139/18 248/3 248/18

**handed [4]**   214/8 230/13 231/22 299/9

**handful [1]**   301/15

**handing [1]**   70/9

**handle [5]**   6/12 163/15 170/12 268/22 291/20

**handled [3]**   163/14 171/4 256/14

**hands [18]**   59/7 59/13 61/5 67/2 67/20 71/13 72/20 77/3 77/16 79/17 81/18 81/19 83/19 129/18 137/19 138/23 141/23 163/20

**hands-on [1]**   163/20

**hanging [3]**   135/4 198/20 257/9

**hangs [1]**   150/21

**happen [15]**   22/18 26/23 38/16 38/19 38/24 42/17 42/24 63/24 65/21 85/23 122/1 129/23 152/20 152/22 166/5

**happened [39]**   11/20 22/20 23/13 23/22 24/3 24/8 24/23 30/22 31/1 31/22 31/25 32/14 34/3 34/9 34/25 37/18 37/18 38/4 38/21 38/23 42/23 47/13 47/22 50/13 59/10 63/20 114/3 127/2 143/2 143/17 146/15 169/8 170/6 171/13 172/1 232/4 263/11 286/20 298/22

**happening [3]**   66/15 166/9 167/6

**happens [4]**   70/15 143/7 143/12 196/22

**happy [2]**   65/4 134/6

**hard [29]**   41/24 95/16 172/14 243/8 246/22 250/5 271/21 273/9 282/13 282/14 282/16 282/23 282/25 283/3 283/6 283/9 283/10 283/13 283/15 283/24 283/25 284/6 284/14 284/17 284/19 285/5 286/1 286/5 303/7

**Hardy [4]**   143/6 252/21 302/9 302/19

**harmed [1]**   292/11

**has [82]**   8/18 10/2 10/2 12/13 14/8 15/2 15/4 19/11 19/16 22/8 26/14 29/15 33/9 36/19 39/18 40/16 44/24 47/2 47/24 57/22 60/5 69/11 70/21 71/16 74/18 78/25 81/17 86/16 92/4 101/15 101/20 101/21 101/24 106/10 106/23 106/24 106/24 107/21 107/22 108/18 109/9 109/15 110/25 111/2 115/25 116/25 117/2 137/2 137/3 137/17 139/13

145/15 145/21 146/2 147/6 147/9 148/8 150/20 155/10 159/15 164/23 200/9 205/25 211/13 216/4 233/5 256/20 256/22 268/21 271/5 271/21 274/7 274/17 279/7 281/13 281/25 287/15 287/19 293/5 298/23 300/10 303/12

**hash [2]**   206/12 283/22

**hasn't [5]**   68/1 144/12 148/2 299/17 299/18

**hatch [2]**   264/9 283/16

**hatched [1]**   284/1

**hatches [1]**   284/3

**hatching [1]**   283/17

**hath [1]**   145/15

**have [397]**

**haven't [5]**   24/13 75/24 147/1 301/16 301/17

**Haverhill [2]**   170/16 178/25

**having [18]**   21/2 27/6 32/9 42/1 43/24 44/9 51/12 87/2 88/19 106/8 126/6 131/22 135/1 285/18 297/22 299/11 299/20 300/20

**he [178]**   6/9 10/23 12/17 12/22 14/20 14/21 14/21 15/8 16/6 16/6 16/7 16/8 16/10 16/10 17/5 21/12 22/2 22/3 22/16 22/22 22/22 23/14 23/15 23/16 23/16 25/19 25/20 27/1 28/20 36/22 37/3 37/4 37/16 38/5 38/6 38/8 38/9 38/9 38/10 38/12 38/13 40/24 52/16 52/17 53/9 53/9 73/8 77/23 84/18 100/10 121/11 125/1 125/4 126/10 126/10 126/12 126/12 127/2 129/5 129/19 129/20 129/22 130/2 130/4 130/5 130/8 131/8 131/9 131/9 131/10 131/14 132/7 132/9 132/17 133/1 133/2 133/5 133/6 133/7 133/15 133/17 133/18 134/4 134/7 135/25 136/7 136/15 136/21 136/22 137/4 137/15 138/14 139/4 140/8 141/10 141/11 141/25 142/7 142/12 143/2 143/6 143/7 143/11 143/11 143/15 143/17 143/18 143/18 143/20 143/20 144/9 144/10 144/11 144/12 144/14 144/14 144/15 144/16 144/16 144/21 144/23 145/9 145/9 145/13 147/2 147/2 147/11 147/12 148/24 148/25 149/5 151/12 151/12 152/4 152/4 154/8 155/10 155/12 155/12 155/23 156/1 159/9 159/10 159/10 162/15 166/24 167/16 167/18 169/24 170/2 170/4 170/21 170/23 170/24 170/25 171/2 171/3 171/14 171/17 171/19 171/20 172/18 192/22 192/23 226/20 226/22 226/24 242/23 252/21 258/9 261/19 261/22 261/25 262/4 264/5 265/11 288/1 299/23

**H**

He's [1]  16/3
head [5]  32/22 60/23 62/16
 77/18 150/21
headed [1]  169/17
heading [1]  169/16
headquarters [3]  161/12
 261/18 281/11
heads [1]  66/24
health [3]  7/25 140/7 209/15
hear [95]  12/22 17/6 49/1
 67/15 76/21 76/24 78/15
 79/25 82/18 83/24 84/9 93/23
 106/22 116/9 120/6 120/20
 125/22 126/15 126/16 126/21
 127/1 127/22 127/23 127/23
 128/2 128/8 128/14 128/17
 129/2 129/8 129/13 129/14
 129/17 129/18 129/20 129/24
 130/1 130/3 130/12 130/14
 130/19 130/22 130/24 131/6
 131/9 131/13 131/20 132/9
 132/25 133/9 134/11 136/14
 137/6 137/11 137/19 137/19
 137/24 138/2 138/4 138/22
 138/24 139/6 139/8 139/15
 139/16 140/5 140/12 140/13
 140/23 141/9 142/3 142/5
 142/11 142/12 142/14 142/16
 142/22 142/24 143/5 143/13
 143/21 143/24 144/5 144/5
 144/8 144/12 144/17 145/24
 146/13 151/18 152/11 152/14
 154/10 156/23 212/13
heard [21]  8/3 12/10 12/11
 15/14 15/19 16/13 22/20 39/9
 39/19 40/3 55/21 65/11 67/6
 68/3 82/19 83/8 84/2 114/11
 147/1 292/25 301/17
hearing [13]  12/17 19/19
 32/11 50/11 81/3 82/14 82/23
 93/25 193/14 207/1 297/25
 298/16 301/16
hearings [1]  123/12
heart [2]  137/9 154/7
heavy [1]  169/22
heinous [3]  18/10 21/18
 21/23
held [2]  37/16 60/17
hell [1]  145/15
Hello [1]  51/3
help [7]  117/13 120/11
 120/16 121/5 154/14 154/15
 170/9
helpful [1]  300/24
her [225]  7/20 7/25 25/17
 25/18 26/2 26/5 31/10 31/11
 31/11 32/7 45/1 51/13 51/15
 51/17 52/14 61/6 88/3 88/3
 88/19 92/5 92/10 92/16 92/18
 92/19 92/19 92/20 94/11
 94/16 94/17 94/19 94/22
 94/23 95/19 100/8 108/3
 108/4 108/5 108/8 109/25
 110/1 110/2 110/3 110/3
 110/7 110/8 110/9 110/9
 110/11 110/12 110/12 127/10

127/11 127/12 127/14 127/18
129/11 129/11 129/19 129/20
129/20 129/21 129/22 129/22
129/23 130/5 130/15 130/22
131/1 131/5 131/15 131/16
131/16 131/17 131/18 131/19
131/23 132/1 132/2 132/2
132/7 132/9 132/9 132/10
132/11 132/11 132/11 132/13
132/15 132/19 132/23 132/23
132/24 133/1 133/2 133/3
133/3 133/3 133/4 133/5
133/6 133/7 133/15 134/7
134/8 134/8 134/8 134/9
134/13 134/14 134/14 134/20
134/22 134/23 134/23 134/23
135/1 135/4 135/8 135/12
135/17 136/5 136/6 136/6
136/7 136/8 136/13 136/22
136/23 137/1 137/1 137/1
137/4 137/5 137/9 137/15
137/15 137/16 137/22 138/2
138/4 138/5 138/6 138/6
138/6 138/7 138/7 138/16
138/22 138/25 139/1 139/2
139/2 139/2 139/3 139/4
139/5 141/4 141/11 141/12
144/7 145/11 145/20 145/24
146/2 146/2 146/3 146/3
149/7 150/8 150/21 151/12
151/12 152/4 152/4 152/5
152/8 152/10 152/11 152/19
152/21 152/21 153/2 153/4
153/9 153/16 153/16 153/17
153/25 154/6 154/7 154/8
154/8 156/19 156/20 156/20
156/22 157/2 157/11 158/16
167/24 171/17 171/19 171/20
172/10 172/11 237/15 237/21
238/3 238/7 243/18 254/12
256/15 256/16 262/14 262/21
262/22 263/3 266/4 292/1
292/3 292/3 292/23 292/23
293/7 297/7

here [121]  15/8 18/1 20/11
23/8 23/24 29/11 35/8 39/6
44/13 44/21 45/15 48/14
51/21 52/7 60/3 73/3 74/3
79/3 79/9 80/15 80/23 81/6
82/4 82/6 82/12 82/22 85/22
87/16 88/22 90/6 93/10
108/13 114/10 123/9 136/11
138/17 144/25 145/14 145/18
146/24 147/5 149/23 153/21
157/8 157/15 157/16 157/21
159/1 159/7 159/9 159/13
160/11 162/14 177/9 177/12
179/17 179/18 179/21 179/25
180/2 182/16 183/2 183/18
184/4 184/7 184/8 184/19
185/3 186/7 186/10 186/11
187/12 188/5 188/13 189/6
189/9 195/16 195/22 196/13
202/19 203/5 205/2 205/17
210/11 212/25 213/19 214/25
218/18 221/22 223/13 225/16
225/18 226/5 227/12 227/22
229/5 231/2 232/13 233/20

235/12 235/19 236/18 240/3
240/18 241/11 241/12 243/9
247/24 248/6 249/6 252/13
255/13 256/2 256/4 256/6
287/24 291/5 291/18 302/4
303/7 303/8
hers [1]  257/12
herself [4]  94/16 95/15
 127/12 133/25
hesitancy [1]  69/16
hesitant [1]  41/5
hesitating [1]  92/10
hesitation [1]  147/22
hey [2]  134/16 172/11
Hibiscus [1]  168/19
high [6]  23/6 117/8 126/23
 126/25 127/7 134/22
highway [1]  87/2
him [91]  6/15 6/20 16/5
 16/11 17/1 17/6 21/9 21/10
 23/17 24/10 25/22 28/19
 36/24 36/24 37/4 37/6 37/6
 38/7 38/10 38/11 38/13 39/24
 53/12 62/8 84/15 84/18 125/3
 125/8 125/15 126/6 127/9
 127/10 131/8 132/18 133/16
 133/18 133/20 134/4 134/6
 134/6 134/10 134/20 135/3
 136/1 136/18 136/18 136/20
 138/1 138/4 138/14 139/23
 142/6 142/8 142/8 142/8
 142/12 142/21 142/25 143/10
 143/17 143/19 144/2 144/5
 144/8 144/20 144/23 145/12
 145/13 150/1 155/25 156/3
 156/7 162/11 162/13 166/22
 166/25 169/20 171/5 171/21
 172/2 172/3 172/3 191/8
 252/20 261/22 262/2 265/14
 265/14 272/22 294/3 299/13
hire [4]  11/11 68/24 69/4
 70/1
hires [1]  162/1
his [44]  16/5 22/19 23/9
 25/22 25/23 37/16 111/10
 115/7 117/1 127/1 127/2
 129/15 129/18 130/8 132/6
 133/16 136/18 138/12 138/13
 138/15 139/15 140/12 141/5
 141/6 142/2 143/20 144/5
 144/14 144/20 169/18 170/19
 171/5 171/7 174/6 175/20
 227/3 252/9 252/16 252/17
 258/9 265/16 265/19 288/2
 295/25
history [3]  274/15 275/1
 280/2
hit [2]  115/7 133/1
hitting [1]  129/22
ho [4]  132/17 132/18 132/18
 132/22
hold [11]  10/19 35/3 35/4
 50/1 56/2 63/2 147/24 147/25
 192/24 223/3 223/11
holder [1]  256/18
holding [3]  37/9 256/16
 293/23
holds [2]  16/8 213/12

**H**

hole [1]  159/4
holes [1]  34/14
holiday [2]  36/23 113/15
holidays [3]  122/1 122/19
124/6
Hollywood [4]  140/18 299/7
299/24 300/8
home [25]  7/20 36/24 37/1
37/9 37/11 37/11 38/11 38/13
48/23 51/13 51/18 51/19
86/18 127/8 130/8 136/18
136/19 137/20 144/13 144/22
173/16 173/22 237/2 285/8
285/12
Homeland [1]  163/6
homeless [1]  130/24
HON [1]  2/2
Honda [2]  167/17 238/8
honest [4]  18/2 18/12 43/22
58/24
honestly [3]  58/8 113/1
300/14
honesty [1]  41/1
Honor [88]  6/2 6/23 8/9 8/25
14/11 20/20 20/22 24/14
34/18 35/14 41/12 44/6 46/7
46/8 47/9 50/23 56/17 57/6
57/8 58/11 67/10 71/19 76/3
80/3 83/23 90/7 90/18 91/21
92/13 94/10 96/12 97/8 97/14
99/22 102/11 103/4 104/19
104/21 104/22 105/6 105/13
107/10 124/22 159/20 159/24
177/16 186/21 188/24 192/4
192/12 193/7 193/16 197/7
206/10 211/21 213/24 214/2
214/19 215/4 215/19 218/1
219/19 222/10 222/15 223/7
224/10 227/17 228/17 234/13
242/10 244/5 244/10 244/17
245/8 246/6 247/7 249/3
251/16 266/20 266/24 267/13
272/22 272/25 290/11 291/24
296/14 296/24 303/8
Honor's [1]  176/20
HONORABLE [1]  1/11
HOOVER [11]  1/15 3/7 6/7
52/14 146/10 146/11 150/11
150/24 152/7 153/10 159/12
hope [9]  39/16 57/12 90/1
94/5 95/25 109/6 252/16
290/9 302/21
hopefully [1]  255/9
hoping [4]  158/23 169/23
290/1 302/18
horrible [1]  137/25
hospitalized [1]  44/12
hosted [1]  161/24
hot [2]  134/9 163/13
hotel [18]  126/3 126/4
126/10 126/12 130/6 135/7
141/10 141/20 141/22 156/8
167/9 167/10 167/22 167/23
167/24 168/13 170/25 171/1
hotels [1]  135/3
hour [12]  87/11 88/10 111/9

113/21 115/22 122/21 123/7
123/8 123/15 123/18 128/22
287/10
hours [8]  7/20 11/14 51/19
88/9 89/11 113/11 135/4
287/23
house [68]  126/22 127/2
127/21 127/25 128/24 129/7
129/15 129/23 131/1 131/1
131/18 131/20 132/5 132/24
136/4 136/5 136/9 136/22
137/2 137/7 138/15 138/21
139/11 139/16 139/22 139/24
140/12 142/10 142/17 142/21
144/20 150/17 151/13 153/23
153/25 154/3 154/9 169/23
169/25 170/19 174/23 175/2
175/4 175/4 175/15 179/3
179/12 179/15 179/20 179/24
183/19 184/5 184/6 184/21
185/3 185/11 189/8 199/4
207/23 251/9 258/20 260/25
262/8 262/17 263/4 263/9
263/16 265/24
houses [1]  143/21
how [85]  8/2 11/1 12/13 13/4
13/24 21/22 21/22 26/10 33/6
35/25 38/10 41/23 49/20 51/3
59/8 59/20 63/3 68/19 71/20
73/4 75/17 78/20 80/18 80/24
81/7 95/16 96/3 126/21
127/22 135/9 138/19 138/19
143/12 143/15 143/15 143/17
143/18 143/20 144/23 146/7
146/20 146/21 148/18 150/11
151/14 153/18 155/5 155/6
160/19 160/21 161/9 163/14
164/10 165/9 173/22 174/20
175/8 181/10 196/20 204/14
223/2 226/19 227/25 234/7
242/20 249/11 251/24 266/12
267/7 269/8 269/14 269/21
271/12 271/21 272/11 274/5
277/13 277/14 277/19 281/2
281/10 281/24 283/12 289/2
292/14
Howard [2]  6/7 55/18
however [1]  7/20
HSI [1]  163/6
huh [1]  46/22
hum [1]  168/15
human [12]  33/17 67/7 125/13
161/7 161/20 161/25 162/22
162/23 164/7 165/1 165/4
285/1
hundred [2]  44/23 141/2
hundreds [2]  281/4 281/24
hurricane [1]  182/18
husband [9]  7/19 18/19 18/24
21/8 23/2 31/10 31/11 86/24
92/20
hush [2]  48/1 48/1
hush-hush [1]  48/1
hypothetical [1]  60/8

**I**

I sustain [1]  115/18
I'd [3]  65/20 206/17 291/14

I'll [2]  169/17 200/22
I'm [10]  21/9 37/13 100/5
161/5 161/7 191/10 197/13
236/7 245/12 251/25
I-95 [1]  123/23
I.D [1]  3/9
ID [18]  16/3 149/7 149/7
153/18 196/4 209/16 216/2
216/4 216/6 216/15 216/25
217/11 230/18 247/6 248/10
248/19 248/22 250/11
ID's [4]  247/25 260/12
260/16 261/1
idea [2]  38/6 122/14
identification [10]  177/22
180/6 209/15 210/8 220/23
222/14 227/23 228/5 248/7
266/8
identifications [1]  217/23
identified [7]  162/15 207/13
210/17 257/3 261/11 268/21
273/13
identify [1]  299/19
Igloo [1]  294/19
ignore [2]  115/19 115/21
ignored [1]  303/25
illegal [9]  61/10 61/14 72/3
152/12 152/21 176/19 259/14
261/9 265/20
image [2]  183/3 183/19
images [6]  17/19 19/23 20/9
20/24 39/7 275/23
imagine [2]  41/25 59/1
immediate [1]  249/15
immediately [1]  137/22
impact [2]  35/25 78/20
impacted [6]  80/23 82/4
82/22 83/17 83/19 85/7
impacting [1]  94/23
impacts [1]  81/7
impaired [1]  93/25
impaneled [2]  108/8 109/6
impartial [30]  12/3 12/9
16/15 17/23 20/6 20/13 27/9
30/3 30/8 39/4 39/11 40/24
41/8 42/8 42/9 44/4 46/24
49/11 57/2 92/5 92/21 94/7
94/20 94/25 95/5 95/8 95/14
95/15 96/1 110/14
impersonal [1]  78/3
importance [1]  120/14
important [32]  39/13 39/15
40/23 45/16 57/9 57/10 59/1
113/4 117/10 119/5 119/6
120/6 140/12 147/7 147/17
147/19 147/22 148/1 148/6
149/11 149/23 150/23 151/2
154/13 154/16 154/22 154/24
155/2 155/3 157/17 209/3
282/19
importantly [3]  12/1 44/1
112/25
impose [1]  124/4
imposing [1]  122/6
impossible [1]  100/22
impression [2]  121/1 224/11
improper [1]  14/23
improperly [1]  118/1

## I

**in-call [5]** 128/8 128/9 129/2 129/2 135/21
**in-depth [2]** 280/11 280/21
**in-ground [1]** 180/2
**inability [2]** 92/22 94/12
**inappropriate [1]** 37/17
**incarcerated [1]** 27/1
**incidences [1]** 30/21
**incident [12]** 28/9 28/10 28/12 31/22 32/4 46/17 117/25 129/20 133/2 133/5 137/12 150/24
**incidents [5]** 30/19 32/14 32/16 34/23 137/4
**include [4]** 19/25 20/10 198/9 271/12
**included [1]** 12/8
**includes [4]** 118/22 176/15 293/4 297/16
**including [5]** 101/23 102/3 118/18 118/24 119/3
**incoming [1]** 277/23
**incumbent [1]** 298/19
**independent [1]** 168/16
**INDEX [1]** 3/1
**indicate [1]** 258/25
**indicated [19]** 7/15 11/5 16/20 17/18 17/19 24/6 25/15 52/16 53/9 56/13 76/12 88/9 89/6 108/4 109/24 110/10 110/10 121/19 146/19
**indicates [1]** 94/12
**indicating [1]** 81/1
**indicative [1]** 151/14
**indictment [6]** 114/5 116/20 148/12 148/13 148/17 149/3
**indirect [2]** 114/15 114/19
**indirectly [1]** 114/13
**individual [6]** 7/12 70/6 79/1 110/7 207/24 265/4
**individually [1]** 193/1
**individuals [5]** 6/25 21/3 32/7 78/16 79/4
**indulgence [2]** 122/3 160/11
**indulging [1]** 62/14
**infer [1]** 257/12
**inference [2]** 100/17 100/25
**influence [1]** 118/1
**influenced [1]** 35/9
**influences [1]** 21/22
**information [22]** 19/21 70/10 79/10 88/2 117/18 117/23 118/21 118/23 119/2 120/9 165/11 166/24 258/22 261/8 275/17 280/1 280/2 281/25 283/12 286/2 286/12 286/13
**informing [1]** 124/16
**initial [5]** 173/24 265/13 271/5 271/11 286/17
**initially [3]** 81/23 191/22 261/15
**initiated [1]** 131/8
**injected [1]** 110/23
**innocence [5]** 14/2 76/18 80/11 117/1 146/24
**innocent [7]** 14/19 14/24

17/3 116/25 146/25 147/2 147/3
**inquire [7]** 7/8 50/23 50/24 52/19 53/18 83/23 110/1
**inquired [1]** 48/16
**inside [22]** 130/8 136/23 139/24 140/1 140/3 141/11 167/4 169/13 173/25 174/18 213/1 213/21 222/23 224/3 224/4 241/4 242/4 248/4 255/24 264/1 265/22 268/7
**installed [1]** 130/4
**instance [11]** 78/4 115/6 126/2 129/18 133/1 142/18 156/3 157/1 157/23 157/23 157/23
**instances [1]** 142/4
**instant [2]** 118/14 154/19
**instead [3]** 95/13 138/18 151/13
**institution [1]** 36/22
**instruct [5]** 19/7 115/25 121/15 146/6 146/20
**instruction [12]** 8/23 8/23 9/4 9/7 12/12 12/14 12/23 62/6 86/7 117/9 147/19 252/7
**instructions [16]** 9/15 9/17 35/6 54/18 94/3 94/13 111/8 113/20 114/1 114/2 117/7 117/12 121/17 176/6 288/3 304/1
**instructs [1]** 39/10
**intel [1]** 173/25
**intend [1]** 288/22
**intended [1]** 82/15
**intending [1]** 111/18
**intends [1]** 292/13
**intensive [1]** 301/24
**intent [1]** 9/3
**intention [2]** 123/24 124/4
**interact [1]** 288/9
**interaction [2]** 252/8 288/10
**interest [2]** 116/11 145/20
**interested [1]** 175/11
**interesting [2]** 150/15 151/24
**interfere [5]** 12/2 27/8 39/3 44/4 124/6
**Internally [1]** 14/4
**internet [9]** 118/5 118/10 118/13 118/18 118/24 259/7 259/9 274/20 274/22
**internship [1]** 53/9
**interpret [1]** 121/14
**intertwined [1]** 207/9
**interview [3]** 126/6 144/3 226/25
**interviewed [2]** 126/5 261/19
**intimidate [1]** 158/8
**intimidated [1]** 158/11
**intimidation [1]** 159/11
**introduce [4]** 39/8 253/5 292/13 304/20
**introduced [6]** 126/21 134/12 295/9 295/21 296/15 297/20
**introducing [4]** 21/2 289/2 293/6 300/6
**inures [1]** 210/15

**invasion [1]** 48/23
**investigate [3]** 164/8 165/1 166/1
**investigating [3]** 47/22 161/20 253/22
**investigation [12]** 13/17 16/20 139/9 140/16 163/4 165/12 175/8 192/14 226/7 269/13 284/25 299/8
**investigations [4]** 125/12 161/5 163/20 224/7
**investigative [1]** 133/11
**investigator [1]** 240/22
**investigators [3]** 164/18 273/13 286/21
**invited [1]** 131/17
**invoke [1]** 159/24
**invoked [2]** 160/1 160/2
**involuntary [1]** 73/15
**involve [1]** 33/17
**involved [14]** 14/15 28/21 47/21 48/3 67/18 70/5 78/18 118/5 119/3 144/6 151/4 151/8 163/5 165/22
**involvement [1]** 32/4
**involves [2]** 68/1 150/9
**involving [4]** 29/23 118/1 163/13 229/3
**iPhone [1]** 274/9
**is [1131]**
**island [1]** 187/4
**isn't [3]** 60/12 70/6 300/17
**isolated [2]** 28/10 28/12
**issue [19]** 32/16 32/18 44/9 47/5 49/7 53/15 110/22 111/16 118/11 120/2 124/1 208/5 209/7 248/21 259/4 288/25 298/18 298/23 303/10
**issued [2]** 239/11 298/16
**issues [7]** 31/9 40/5 48/4 48/6 170/13 210/9 298/16
**it [771]**
**it's [7]** 18/9 72/14 73/4 179/19 289/11 293/21 295/9
**item [16]** 9/24 115/25 175/7 175/10 195/22 196/11 213/9 221/7 222/5 228/12 236/8 242/14 259/6 259/8 259/10 259/19
**items [33]** 10/1 139/15 155/4 155/5 189/9 214/25 221/23 222/1 229/2 229/5 233/13 240/19 241/7 241/9 241/12 243/22 257/21 258/5 258/13 261/4 262/17 263/3 263/6 264/16 264/19 264/21 265/1 265/4 265/5 266/17 289/13 300/23 301/15
**its [14]** 15/2 19/11 70/22 96/18 109/10 110/21 121/9 148/3 158/1 159/15 216/6 216/16 293/11 298/21
**itself [4]** 64/23 71/1 223/16 255/19

## J

**Jacksonville [2]** 138/11 138/12

**J**

**jail [5]**  22/19 23/16 28/19
28/20 143/16
**James [2]**  143/6 302/9
**January [1]**  176/22
**jargon [1]**  125/23
**Jason [4]**  143/14 143/14
143/16 143/21
**Jennifer [1]**  6/7
**Jersey [1]**  161/3
**jettisoned [1]**  63/15
**jewelry [7]**  198/20 257/3
257/6 257/8 257/13 257/16
263/7
**job [17]**  13/13 39/25 58/9
73/13 73/14 85/12 96/6
112/25 133/17 135/20 138/14
138/17 154/14 154/15 175/1
273/6 273/10
**jobs [2]**  133/14 270/4
**John [10]**  125/11 125/24
128/9 128/19 129/4 130/11
135/7 135/12 139/1 165/16
**joining [2]**  62/13 270/7
**Jordan [2]**  21/25 24/25
**judge [81]**  1/11 10/8 15/4
23/1 24/1 25/3 32/10 33/3
33/9 34/3 34/4 34/6 34/12
34/20 42/4 45/7 50/5 55/12
55/21 59/22 60/9 61/14 62/5
65/11 67/3 67/7 67/13 71/8
71/14 76/17 89/1 91/15 91/18
92/2 92/3 93/24 95/22 95/24
96/25 97/3 99/8 99/18 99/20
100/25 101/10 106/1 106/7
106/22 107/13 107/15 111/16
119/4 146/5 146/6 146/19
147/13 148/4 160/10 176/17
181/19 182/4 182/20 198/11
199/12 205/25 206/5 206/16
209/2 214/15 218/18 220/18
231/15 232/17 236/7 241/15
243/2 246/4 252/14 253/9
300/10 303/24
**judges [4]**  18/21 22/1 146/4
146/8
**judgment [3]**  15/25 18/4
18/22
**juggling [1]**  45/18
**jump [6]**  60/9 61/10 61/12
61/14 82/12 83/4
**jumped [2]**  60/10 60/17
**jumping [2]**  52/18 60/15
**June [2]**  153/6 285/12
**June 2018 [1]**  285/12
**juries [1]**  273/15
**jurisdictions [1]**  166/6
**juror [300]**  6/16 6/17 7/1
7/14 7/14 7/15 8/4 8/7 8/10
10/16 10/17 10/25 11/2 12/3
14/17 14/24 17/11 17/12
17/13 17/17 18/14 18/25 19/6
19/18 21/1 21/5 21/8 24/13
25/7 25/8 25/14 25/19 25/25
26/7 26/8 26/11 27/9 29/5
29/6 29/7 29/9 30/8 33/6
33/10 34/2 36/6 36/7 36/8

36/10 39/24 39/4 39/17 39/19
39/20 39/25 40/21 40/22 43/5
43/6 43/7 44/4 46/4 46/5
46/11 46/13 48/10 48/11
48/12 48/14 49/11 49/18
50/21 50/22 50/24 51/1 51/3
52/11 52/12 52/16 53/2 53/6
53/7 53/8 53/18 55/3 55/5
56/9 56/10 56/11 56/13 57/21
59/16 61/2 61/6 62/2 62/12
64/13 64/25 65/3 65/4 65/7
66/2 68/15 68/17 69/24 71/6
71/25 73/3 73/16 73/17 73/22
73/25 74/3 74/24 75/6 75/7
75/10 76/10 76/11 76/12
76/21 76/24 77/5 77/15 77/19
77/20 77/22 77/24 77/24 78/1
78/7 78/20 78/23 78/24 79/7
79/22 79/23 80/7 80/8 81/1
81/23 82/6 82/17 82/22 83/20
84/11 84/16 84/22 84/24 85/2
85/5 85/10 85/21 85/23 86/15
86/16 87/9 87/19 87/21 87/23
88/8 90/10 90/24 90/25 90/25
91/2 91/21 91/24 92/3 92/11
92/25 93/24 94/1 94/7 94/10
94/15 94/25 95/3 95/11 96/8
96/13 96/15 96/16 96/17
96/19 96/23 96/24 96/25
97/10 97/11 97/11 97/13
97/16 97/17 97/17 97/18
97/21 97/24 97/25 98/4 98/6
98/12 98/13 98/13 98/14
98/15 98/17 98/20 98/21
98/23 98/24 98/24 99/1 99/2
99/3 99/9 99/10 99/10 99/11
99/12 99/14 99/14 99/18
99/20 99/24 99/24 100/1
100/3 100/9 100/14 101/1
101/3 101/11 101/23 102/3
102/5 102/12 102/13 102/14
102/15 102/16 102/19 102/23
102/24 102/25 103/8 103/11
103/14 103/20 103/25 104/5
105/1 105/3 105/10 105/24
106/3 106/6 106/8 106/17
106/18 106/19 106/19 106/21
106/23 106/24 106/25 107/2
107/21 107/21 108/4 108/9
109/23 109/24 110/6 110/13
110/16 110/19 110/20 110/20
112/7 112/8 112/8 112/8
112/9 112/9 112/9 112/10
112/10 112/10 112/10 112/11
112/11 112/11 112/12 112/12
112/21 112/23 117/17 117/17
119/22

**jurors [62]**  6/11 7/12 8/6
10/11 10/14 19/7 19/11 21/14
25/21 39/19 43/24 45/20
45/22 45/23 52/5 53/16 54/23
57/10 57/24 58/15 59/4 70/21
72/17 73/21 74/2 74/5 75/19
79/18 83/8 84/2 85/19 86/1
86/3 86/4 90/6 90/11 90/23
93/7 101/24 104/23 107/6
107/20 108/14 109/2 109/2
109/4 109/17 109/22 110/24

111/7 111/17 112/14 112/17
113/5 113/10 114/1 117/12
119/7 119/9 119/12 120/18
123/16
**jury [96]**  1/10 8/22 9/9 9/17
12/7 15/5 17/20 18/1 19/10
22/1 22/8 23/25 50/25 52/13
52/14 52/20 53/1 54/6 55/6
55/16 55/25 56/3 56/22 57/12
57/25 59/2 59/2 66/8 67/15
70/14 70/15 75/23 77/9 78/5
83/5 83/11 86/13 88/19 94/14
94/17 100/11 102/2 106/20
107/17 107/22 107/25 110/3
110/5 110/5 111/5 111/6
112/4 112/15 113/3 113/6
113/17 113/19 113/24 118/2
120/19 120/23 121/16 122/22
122/22 122/25 124/18 145/8
146/4 146/23 154/12 176/11
177/13 178/17 191/7 193/17
198/1 210/16 214/15 222/11
223/8 225/2 246/11 249/2
250/25 252/11 253/11 253/12
253/21 267/16 269/10 277/14
287/15 287/24 288/13 299/13
299/14
**jury's [1]**  193/14
**just [100]**  6/25 8/1 8/15
11/20 14/9 17/1 18/24 19/2
19/5 24/1 24/5 28/13 28/17
28/18 30/9 31/5 34/8 34/20
36/17 38/7 38/9 38/17 40/13
41/1 43/20 44/10 45/19 47/23
51/7 52/7 53/5 54/22 56/24
57/17 58/8 61/21 62/14 64/1
66/21 66/25 70/16 75/10
79/12 84/24 85/2 85/11 88/1
88/7 90/3 93/5 95/8 100/15
102/11 104/21 107/17 115/5
117/13 121/19 126/19 127/16
127/24 139/16 139/17 144/16
148/20 150/16 151/22 155/11
159/4 159/12 160/23 161/25
176/18 176/21 176/24 183/19
189/8 191/9 197/8 208/5
213/20 219/21 220/3 220/3
220/12 228/21 231/22 240/17
241/8 279/25 280/1 281/21
281/22 283/6 283/9 283/23
287/17 299/2 299/13 301/25
**justice [2]**  49/2 272/1
**JUSTIN [1]**  1/15
**juvenile [3]**  137/20 164/22
164/23
**juveniles [2]**  164/18 164/24

**K**

**K-9 [1]**  174/24
**keep [20]**  10/22 27/19 39/2
40/11 78/1 116/18 120/18
133/20 134/4 136/17 139/2
140/8 152/22 155/21 155/23
158/19 164/6 167/5 167/6
204/4
**keeping [1]**  20/13
**Kentucky [1]**  162/1
**kept [3]**  14/3 37/19 233/6

## K

**key [2]**  139/24 226/24
**kick [2]**  151/12 173/22
**kidnapped [1]**  68/2
**kids [7]**  13/10 22/17 22/21
  23/13 23/15 24/2 138/13
**kids' [2]**  26/22 28/9
**Kiefer [2]**  62/23 63/14
**killed [1]**  23/14
**kind [30]**  20/5 23/8 37/18
  38/15 48/24 58/21 65/15
  84/22 114/20 123/23 128/21
  130/17 137/7 143/7 148/1
  149/14 155/16 156/5 163/3
  167/7 179/4 188/15 226/6
  246/22 263/17 271/8 274/14
  278/4 284/24 286/15
**kindness [2]**  123/22 131/10
**kinds [2]**  138/23 277/11
**kissed [1]**  37/16
**Kissimmee [2]**  141/20 150/24
**kitchen [9]**  37/8 139/5
  179/17 186/10 186/20 187/3
  187/13 235/4 260/23
**knew [16]**  14/2 37/5 37/18
  44/13 47/17 48/5 78/11 100/6
  130/5 135/6 136/16 136/19
  139/25 140/2 144/9 262/4
**knives [1]**  137/4
**knob [1]**  188/15
**Knocking [1]**  174/4
**know [152]**  6/11 7/3 7/4 8/11
  13/6 14/3 14/19 14/20 15/7
  15/25 17/6 18/3 18/12 18/19
  18/20 20/24 21/3 23/8 23/25
  29/22 32/7 33/16 37/3 37/18
  38/8 38/19 39/13 41/7 41/23
  44/14 45/14 45/20 47/16
  47/17 47/18 47/20 47/21
  48/24 49/6 51/7 52/6 52/13
  52/25 53/5 53/23 57/4 57/10
  58/12 58/24 59/2 59/10 60/12
  61/18 66/20 68/8 73/7 74/8
  75/19 76/17 76/19 78/5 80/13
  85/19 86/2 88/7 88/14 88/15
  89/20 89/22 90/19 91/12 96/2
  100/22 106/10 107/14 108/17
  109/18 111/17 116/9 116/17
  117/25 120/15 121/23 121/24
  122/7 123/11 123/14 124/2
  124/14 135/5 145/15 149/5
  151/19 155/13 156/9 156/12
  156/12 159/7 160/2 166/7
  167/20 168/10 170/13 172/14
  175/25 176/24 177/6 192/2
  192/13 193/9 199/15 199/22
  199/23 204/2 206/22 219/16
  222/23 226/5 243/8 253/7
  254/5 255/24 255/25 257/6
  258/16 258/19 258/21 258/23
  263/1 263/3 265/16 265/19
  266/1 269/11 281/10 281/13
  283/12 283/23 285/23 288/16
  288/17 289/16 296/5 298/13
  298/21 301/14 302/21 303/6
  303/10 303/10 303/12 303/24
**knowing [17]**  13/25 13/25

32/10 48/25 78/24 78/13 78/21
  79/3 79/4 79/12 79/19 80/23
  81/6 81/13 108/13 142/9
  144/6
**knowledge [4]**  19/17 82/23
  94/19 292/3
**known [2]**  30/24 45/12
**knows [2]**  107/24 303/15
**Kuwait [3]**  21/24 21/24 24/25
**XXXXXX [7]**  138/9 138/13
  138/13 152/24 152/24 152/25
  153/1

## L

**L-I-S-B-O-A [1]**  160/9
**lab [1]**  180/24
**labeled [1]**  211/1
**labor [3]**  153/21 153/24
  164/15
**lack [2]**  94/19 100/3
**ladder [1]**  62/21
**ladies [15]**  15/15 15/19
  58/22 59/13 67/14 71/16
  85/17 145/8 146/8 153/1
  159/14 176/3 252/5 269/10
  287/17
**laid [5]**  255/17 264/24
  290/18 294/14 294/17
**Lake [2]**  139/11 178/24
**Lakes [3]**  168/24 168/25
  169/4
**land [1]**  15/15
**landing [2]**  15/16 15/20
**Lane [1]**  178/24
**language [3]**  42/5 65/15
  108/5
**laptop [1]**  303/16
**laptops [1]**  285/4
**large [2]**  179/16 235/20
**larger [4]**  26/12 29/11 29/18
  46/23
**last [26]**  51/16 56/23 70/15
  78/8 79/7 83/18 83/23 105/21
  108/13 113/11 125/19 127/19
  144/4 153/20 158/2 160/8
  165/3 211/24 218/16 218/22
  248/19 259/12 269/2 272/9
  296/25 299/16
**lasted [1]**  132/3
**Lastly [1]**  50/22
**late [7]**  6/10 43/16 44/2
  86/21 87/11 89/23 123/23
**lately [1]**  88/5
**later [9]**  30/25 38/8 87/11
  89/11 90/2 117/7 140/11
  285/11 299/15
**latitude [2]**  25/18 25/24
**law [80]**  7/18 8/13 11/15
  12/4 12/16 12/20 12/20 13/14
  13/16 14/12 15/24 16/1 16/16
  17/4 19/8 19/8 19/9 19/13
  19/15 19/15 19/17 19/17
  20/15 27/22 27/23 32/4 35/11
  39/10 40/3 44/25 51/10 60/2
  60/11 61/3 61/9 61/14 61/20
  62/5 68/8 68/11 68/12 75/24
  75/25 80/13 95/19 114/6
  114/7 114/8 114/17 117/12

118/11 119/2 119/12 119/16
  119/25 120/2 120/5 120/12
  121/15 125/9 126/15 126/18
  133/10 134/12 139/8 139/10
  139/16 140/3 140/14 140/17
  141/12 146/6 146/7 146/19
  153/11 161/1 254/10 254/11
  254/12 269/25
**law related [1]**  120/2
**law that [1]**  114/6
**laws [3]**  119/7 145/2 245/24
**lawyer [4]**  58/21 115/7
  115/12 115/13
**lawyer's [1]**  115/6
**lawyers [5]**  100/13 114/25
  115/1 115/3 119/4
**lawyers' [1]**  115/3
**lay [4]**  43/22 44/19 249/11
  300/21
**laying [1]**  289/10
**lays [2]**  175/12 296/16
**lead [3]**  119/14 165/15
  218/18
**leading [1]**  218/21
**leads [1]**  133/11
**leaning [1]**  96/2
**learn [3]**  30/24 82/18 271/21
**learned [1]**  38/16
**learner's [1]**  231/23
**leash [1]**  130/4
**least [7]**  58/4 70/8 87/10
  122/9 124/2 128/1 290/2
**leave [22]**  7/20 11/16 11/18
  33/13 38/11 45/20 45/21
  45/24 51/18 57/16 90/4 93/19
  120/22 123/9 136/4 142/17
  158/8 158/13 158/13 170/19
  222/9 262/8
**leaves [3]**  122/25 176/11
  288/13
**leaving [3]**  11/14 130/11
  134/9
**led [3]**  13/12 44/3 283/1
**leeway [1]**  299/22
**left [56]**  17/11 25/7 36/6
  36/13 43/5 44/11 48/10 50/21
  51/22 52/11 56/9 77/17 84/11
  86/13 86/19 86/25 95/4 105/4
  113/17 120/23 129/1 129/8
  129/23 130/5 142/25 153/4
  153/4 153/7 158/6 158/9
  158/12 168/8 168/20 168/22
  169/10 169/11 169/14 179/10
  186/8 186/9 187/22 189/7
  190/11 193/19 204/15 213/8
  214/24 218/9 235/13 237/25
  260/13 262/10 262/12 262/15
  268/11 287/25
**left-hand [1]**  186/9
**leg [2]**  133/6 139/18
**legal [2]**  261/11 278/2
**legalized [1]**  67/9
**legally [1]**  117/3
**legitimate [1]**  133/14
**legs [3]**  37/16 129/21 133/3
**lend [1]**  80/10
**lengthy [1]**  302/20
**less [2]**  39/24 43/22

**L**

**let [52]**   8/11 18/13 18/24
22/6 24/15 30/12 36/24 37/22
38/6 38/7 38/15 45/20 47/4
48/1 49/14 52/6 52/18 53/23
57/9 58/10 58/12 60/8 67/20
68/14 83/24 86/2 89/4 90/11
91/12 107/14 107/16 112/17
120/19 122/7 123/11 124/14
138/15 147/18 149/2 149/20
151/19 154/8 160/2 174/14
175/25 253/7 255/10 256/2
269/10 286/3 288/17 296/5
**let's [36]**   7/11 10/15 10/16
10/19 26/7 54/13 54/23 57/24
60/8 60/12 60/15 61/6 63/12
64/1 65/4 77/20 122/8 141/4
150/24 154/6 165/3 175/10
205/19 208/14 220/2 226/8
244/24 270/10 271/24 273/5
274/11 281/9 282/4 284/22
288/14 298/4
**lets [1]**   281/1
**letter [2]**   28/18 232/18
**letting [2]**   14/3 57/4
**level [3]**   59/22 117/8 133/20
**levels [2]**   279/20 280/23
**Lexus [6]**   238/5 262/10
262/12 262/18 262/20 262/24
**Liam [2]**   67/23 68/1
**library [4]**   37/21 37/23 38/2
118/13
**license [5]**   140/7 209/17
240/12 248/18 268/6
**licenses [2]**   229/5 303/20
**lie [6]**   39/14 39/14 39/14
76/23 77/1 79/15
**lied [1]**   42/22
**Lieutenant [1]**   141/9
**life [24]**   21/25 22/19 22/21
23/15 23/18 23/25 33/10
33/13 41/3 44/14 52/3 59/10
65/16 66/15 67/18 127/11
130/7 130/22 132/8 132/10
134/17 134/22 142/3 148/2
**light [15]**   29/23 31/4 31/5
49/9 89/3 116/13 119/21
121/21 123/2 204/5 259/25
260/1 260/2 260/5 260/6
**like [118]**   6/19 12/21 12/24
13/12 14/20 18/4 18/16 18/21
21/24 23/2 23/22 23/24 24/2
24/2 24/8 24/10 24/23 24/24
24/24 25/1 31/5 32/24 34/16
38/12 40/5 40/10 41/8 41/9
43/18 55/16 59/15 62/19 64/3
64/10 66/15 68/3 69/5 71/10
76/12 76/19 77/1 81/4 84/1
84/16 88/4 90/22 92/6 100/11
107/20 108/8 111/5 127/17
128/21 130/23 132/13 132/20
132/20 135/14 135/20 136/21
136/21 138/17 139/17 139/17
143/8 145/16 151/8 151/11
153/5 153/23 155/11 155/16
159/9 159/12 169/22 172/13
173/5 175/16 177/5 179/3

**likely [5]**   65/24 65/25
100/19 100/23 147/11
**likes [1]**   95/15
**limited [5]**   115/24 116/1
116/2 169/21 273/25
**limiting [1]**   9/4
**line [9]**   9/24 42/18 53/25
74/13 75/22 163/13 179/6
192/1 251/11
**lines [4]**   29/14 43/11 67/5
95/12
**lingo [1]**   127/23
**lips [1]**   133/2
**LISBOA [17]**   3/2 159/21 160/6
160/9 178/3 178/22 180/14
194/4 196/10 225/15 229/2
234/4 248/18 250/13 253/18
267/16 299/6
**list [17]**   9/20 9/20 9/21
9/22 10/6 55/22 93/1 93/2
114/24 181/16 197/16 266/23
267/2 267/5 280/2 288/24
289/23
**listen [15]**   19/7 20/11 27/21
30/2 34/13 39/17 65/16 79/7
80/13 81/10 82/1 113/23
117/10 118/8 119/25
**listening [4]**   28/25 32/23
37/2 48/3
**lists [3]**   148/15 274/1
274/15
**literally [3]**   51/16 71/1
154/21
**litigated [2]**   207/2 295/14
**litigation [1]**   206/23
**little [29]**   13/10 18/11
25/24 26/18 32/25 36/21 37/6
40/7 40/15 60/23 94/11 96/1
122/3 130/13 141/12 146/18
146/22 148/21 153/3 161/10
176/4 176/5 186/9 231/11
266/15 282/18 282/25 287/23
298/7
**live [9]**   22/18 22/19 23/17
117/16 138/14 150/22 151/13
153/23 154/8
**lived [4]**   125/3 135/3 139/22
144/20
**lives [4]**   45/16 59/1 145/25
150/20
**living [12]**   23/18 37/2 125/7
127/4 137/12 138/11 150/17
175/10 179/10 179/16 179/18
235/20
**loaded [2]**   133/6 257/20
**loading [1]**   256/22
**lobby [2]**   167/23 168/8
**local [5]**   11/10 11/15 11/17

**locate [2]**   134/13 265/22
**located [24]**   141/18 188/6
195/4 195/24 195/25 196/15
199/3 204/13 213/1 218/10
232/15 234/7 234/19 235/13
241/7 249/12 250/7 250/17
251/6 265/16 265/19 265/24
265/25 266/3
**location [15]**   118/7 128/7
167/4 167/5 167/7 167/7
168/12 170/16 171/5 171/14
172/21 233/3 241/10 246/20
280/11
**locations [1]**   166/7
**lock [1]**   260/22
**locked [12]**   123/8 139/20
140/8 140/11 188/20 205/21
226/17 260/19 261/3 261/15
261/22 268/9
**log [1]**   275/1
**logged [1]**   275/3
**logic [1]**   108/21
**logical [5]**   66/13 66/14
279/25 280/8 280/9
**logistical [1]**   111/16
**logistics [1]**   112/3
**logs [3]**   274/1 274/15 281/19
**long [22]**   32/17 37/19 43/21
54/18 100/12 124/5 125/1
135/2 135/4 138/20 160/21
161/9 177/5 192/20 196/20
252/24 261/2 269/14 269/21
287/15 287/20 303/13
**longer [5]**   94/11 145/20
287/12 287/19 287/23
**longest [1]**   153/14
**longing [1]**   134/24
**longish [1]**   302/6
**look [47]**   21/13 21/13 34/15
51/23 55/15 62/16 62/19 64/5
64/7 64/8 64/16 85/12 91/5
113/9 132/13 143/8 148/9
155/4 155/4 156/24 157/13
157/21 157/24 158/20 159/2
172/24 180/14 186/10 191/13
216/2 216/4 219/11 221/12
223/12 229/2 250/13 257/22
262/4 263/17 278/21 280/21
282/24 285/24 291/14 295/11
295/16 296/4
**looked [6]**   191/25 249/17
257/8 273/12 295/13 304/6
**looking [37]**   31/9 32/12
37/21 37/23 37/24 51/11
51/24 92/18 133/19 182/16
182/17 183/2 183/18 184/4
186/7 186/19 187/12 187/21
188/5 189/6 196/13 202/19
203/5 205/2 205/17 212/25
213/19 213/20 227/12 227/22
231/2 233/20 235/19 244/22
247/24 267/16 302/14
**looks [8]**   174/19 180/1
202/20 222/2 247/1 251/12
257/25 282/25
**loose [1]**   252/21
**loosely [1]**   170/22

**L**

**lose [3]**   107/17 122/4 277/23
**lost [5]**   122/4 169/23 254/18
254/20 255/2
**lot [33]**   45/2 45/13 58/25
60/4 88/4 92/10 100/12
125/23 128/14 136/12 140/22
141/21 141/24 143/3 144/17
154/18 154/19 154/19 162/3
164/15 166/8 169/10 169/16
169/22 169/22 173/15 192/11
208/16 210/8 238/9 243/25
287/1 304/18
**lounge [1]**   221/20
**lousy [1]**   14/5
**love [5]**   131/11 135/24 142/8
142/12 143/3
**loved [4]**   35/24 142/6 142/7
156/17
**loves [3]**   132/13 132/14
135/24
**lower [3]**   141/3 214/24
235/13
**luck [2]**   46/2 90/9
**lunch [17]**   54/15 88/10 111/9
111/9 111/10 111/11 112/3
113/21 113/22 121/3 121/18
122/23 123/7 123/8 123/15
123/18 124/7
**LXX [18]**   133/9 133/25 134/5
151/16 151/23 151/23 152/1
152/8 152/11 152/12 152/12
152/14 152/15 158/15 209/15
228/6 299/17 299/25
**LXXXX [16]**   125/15 126/2
126/14 126/17 129/25 130/19
130/19 131/16 131/21 132/19
134/21 165/24 166/16 172/20
237/2 293/24
**LXXXXX [20]**   134/11 134/11
136/10 136/25 137/12 140/10
141/15 148/24 149/16 149/17
149/17 149/19 150/3 150/6
150/6 158/12 234/18 247/15
248/7 248/22
**lying [1]**   76/12
**Lyn [1]**   133/11

**M**

**ma'am [43]**   10/8 10/13 23/7
29/21 32/5 54/21 58/14 58/18
59/18 62/3 91/8 111/22
158/25 182/9 186/2 186/23
187/16 187/25 190/2 190/15
192/8 197/20 198/3 200/11
200/21 203/20 204/8 204/22
214/4 215/7 220/25 223/22
228/8 238/21 268/1 294/6
294/25 299/22 301/22 302/17
302/25 303/23 304/24
**machine [2]**   11/14 283/10
**made [41]**   8/14 14/4 39/22
70/11 78/8 95/17 110/25
129/20 133/3 133/15 133/22
134/2 134/3 137/15 143/15
148/2 156/20 156/22 157/5
170/24 171/14 172/2 172/4

207/12 207/14 208/4 209/23
211/7 219/10 263/15 267/22
283/23 284/13 284/24 286/5
293/5 296/21 296/21 298/10
298/20 298/21
**magazine [2]**   222/2 223/8
**magazines [3]**   223/1 223/2
223/12
**main [2]**   63/6 276/5
**maintain [5]**   169/20 193/6
276/13 293/3 297/18
**majority [1]**   268/23
**make [68]**   8/21 10/10 13/24
18/2 18/22 24/20 29/12 30/10
32/18 32/24 34/14 34/25
43/24 44/10 45/12 55/7 72/10
78/16 81/11 82/3 89/15 89/24
100/16 109/12 111/11 121/4
121/6 122/17 123/3 123/15
124/21 125/23 127/10 127/12
132/21 133/19 134/6 134/16
135/10 138/19 138/19 144/11
153/2 153/16 155/8 166/9
167/3 170/24 173/22 173/24
179/6 196/24 206/20 209/5
211/6 211/13 219/17 277/15
278/1 278/9 284/4 288/19
298/5 299/2 301/9 301/10
302/5 303/20
**makes [5]**   42/6 66/15 74/12
114/18 301/9
**makeup [1]**   139/3
**making [12]**   11/13 71/24
78/14 78/18 94/24 132/3
132/18 144/7 208/19 275/2
282/16 298/20
**male [2]**   100/9 102/4
**malls [1]**   132/20
**man [1]**   150/18
**manage [2]**   155/17 159/8
**management [1]**   155/18
**Managing [1]**   159/5
**manipulated [1]**   132/11
**manipulation [5]**   124/24
124/24 135/23 144/19 144/21
**manner [3]**   116/10 253/5
273/11
**many [24]**   11/12 12/4 19/19
20/3 59/4 71/22 114/10 130/7
139/12 142/4 158/6 163/8
164/10 181/8 181/10 204/14
223/2 239/4 272/11 278/7
281/2 281/6 281/24 289/2
**maps [1]**   118/5
**marijuana [3]**   265/25 266/11
267/8
**mark [3]**   124/14 179/6 267/2
**marked [123]**   177/22 178/3
178/20 182/11 182/24 183/15
184/1 184/16 184/25 185/8
185/17 186/4 186/16 186/25
187/9 187/18 188/2 189/3
189/19 190/4 190/17 193/24
194/9 194/17 194/25 195/9
195/20 196/3 196/8 197/22
198/17 198/24 199/8 200/1
200/13 200/23 201/5 201/13
201/20 202/3 202/7 202/17

203/3 203/10 203/22 204/10
204/19 204/24 205/7 205/15
211/18 212/4 212/9 212/22
213/5 213/17 214/6 214/21
215/3 215/9 216/10 216/22
217/6 217/10 217/20 218/6
220/13 220/15 220/21 220/22
221/5 222/14 222/21 223/25
224/13 224/23 225/7 225/12
226/1 226/12 227/5 227/10
227/20 228/10 228/14 228/24
229/10 229/20 230/2 230/9
230/25 231/7 231/19 232/11
232/25 233/11 233/18 234/2
234/15 235/2 235/6 235/10
235/17 235/24 236/3 236/7
236/15 237/10 238/24 239/18
241/18 242/8 242/12 244/16
246/12 247/5 247/10 248/15
250/3 250/10 250/22 266/8
267/12
**Mart [1]**   274/3
**Mary [1]**   291/6
**Maryann [11]**   134/12 134/13
134/13 134/15 134/15 135/2
135/8 135/16 137/7 137/8
293/9
**Maryland [1]**   272/7
**Massachusetts [2]**   44/13
44/22
**master [13]**   179/13 179/14
202/23 203/6 203/6 203/12
204/1 204/12 204/13 205/10
205/18 247/20 249/9
**Master's [1]**   272/6
**Masters [1]**   141/10
**masturbating [1]**   21/3
**match [3]**   145/10 145/10
284/5
**matches [1]**   284/6
**mathematical [1]**   283/16
**matter [6]**   6/16 61/2 80/15
121/19 136/16 305/3
**matters [5]**   52/2 85/24
123/10 123/14 209/9
**mattress [1]**   200/6
**mattresses [1]**   189/10
**mature [1]**   100/13
**may [98]**   7/18 8/15 11/3
12/17 17/20 19/25 20/10
24/14 27/25 29/10 35/8 35/14
35/21 40/15 45/21 45/24
50/11 51/16 52/7 57/13 58/2
58/6 58/6 74/16 75/1 80/3
83/13 83/13 83/23 84/8 84/9
84/11 87/16 87/18 94/15
95/24 111/13 112/5 112/16
112/20 113/18 114/20 115/14
115/15 115/20 116/3 116/5
116/7 117/2 117/15 117/19
118/9 119/22 119/23 120/16
121/6 121/10 121/11 121/12
124/22 145/7 157/15 159/18
162/15 176/14 177/14 177/15
177/25 180/11 190/25 192/3
192/19 193/16 194/2 198/4
199/12 204/4 208/22 211/3
211/17 213/24 218/18 218/20

**M**

**may... [15]** 219/4 219/16
221/4 223/23 234/9 242/20
243/10 245/8 251/16 253/14
266/5 267/13 268/14 293/13
300/9

**maybe [19]** 22/23 22/24 40/8
40/10 40/10 73/6 73/6 82/10
83/2 95/14 113/10 151/9
177/8 190/10 191/25 255/13
274/1 282/18 300/18

**MB [7]** 293/4 293/6 297/17
297/20 298/2 298/6 298/7

**McCRAE [14]** 1/21 3/4 6/8
6/12 81/15 82/20 83/14
208/22 288/23 288/24 289/12
289/14 291/13 303/4

**MD [1]** 283/16

**me [123]** 6/9 7/6 7/24 10/17
11/18 13/9 13/12 14/3 14/3
14/4 18/1 18/5 18/9 18/13
18/24 21/7 21/10 21/20 22/6
22/9 22/20 23/1 23/11 23/24
24/1 24/15 25/3 33/1 34/25
36/2 37/4 37/5 37/16 37/16
37/22 37/25 38/4 38/6 38/8
38/11 43/19 44/7 47/4 49/14
50/16 51/11 51/18 51/22
52/18 53/23 54/22 58/8 58/10
58/19 60/8 62/14 62/19 64/5
64/8 64/19 65/1 68/14 69/3
83/24 86/21 88/21 88/22 89/4
89/9 89/14 90/11 91/12 93/1
107/16 112/17 117/25 120/7
122/7 131/22 139/19 141/2
146/14 147/18 149/2 149/20
151/22 172/9 175/22 175/25
176/18 190/22 196/10 197/5
207/12 209/22 210/14 211/8
213/22 214/8 214/10 216/14
223/2 230/21 245/12 248/21
249/8 253/7 254/2 254/6
255/10 256/2 259/3 260/25
262/19 265/4 266/22 276/22
286/3 288/25 289/7 289/18
296/5 303/5

**mean [23]** 32/19 34/24 40/25
41/23 50/15 50/16 66/22 67/1
72/5 73/1 78/3 112/21 155/5
165/19 169/10 173/12 174/3
174/25 208/8 222/7 242/16
276/13 304/5

**meaning [1]** 27/21

**means [10]** 19/14 73/5 115/22
118/13 118/17 118/22 118/25
139/19 160/3 196/24

**meant [1]** 168/25

**measure [1]** 95/1

**mechanism [1]** 304/8

**media [8]** 118/11 179/18
189/23 190/11 235/20 236/5
288/4 288/4

**medical [2]** 31/9 89/8

**medium [1]** 280/19

**meet [4]** 59/23 134/17 135/17
165/24

**meetings [1]** 163/17

**Melaleuca [5]** 170/16 178/24
183/22

**Melanie [6]** 7/3 7/9 7/12
111/8 112/7 121/19

**member [13]** 11/6 26/13 26/19
29/15 36/13 36/19 43/11
46/15 48/16 118/2 125/11
143/6 165/7

**members [6]** 37/1 113/19
113/24 126/11 163/1 163/24

**memorandum [1]** 8/13

**memorialized [3]** 8/14 9/10
51/5

**memories [2]** 29/1 50/12

**memory [5]** 29/16 116/10
120/24 120/25 121/1

**men [3]** 39/14 132/21 144/22

**mental [3]** 7/25 36/22 135/23

**mention [1]** 8/17

**mentioned [9]** 9/25 23/9
31/10 31/10 31/11 189/23
266/11 273/19 275/6

**mentorship [1]** 271/7

**message [6]** 52/1 261/17
276/10 276/19 276/22 276/22

**messages [12]** 11/14 118/18
142/7 143/23 274/15 275/14
277/23 280/4 280/6 280/13
281/19 291/12

**messaging [1]** 154/20

**met [8]** 37/1 130/21 134/20
134/25 138/10 138/13 148/2
150/11

**methods [1]** 130/2

**Miami [2]** 135/21 270/21

**microphone [13]** 58/16 58/17
59/16 61/6 62/2 62/12 64/13
65/3 66/2 66/17 68/15 69/24
72/9

**mid [5]** 9/15 176/4 176/12
183/7 189/7

**mid-afternoon [2]** 176/4
176/12

**mid-trial [1]** 9/15

**middle [6]** 40/10 96/1 156/8
158/13 237/17 276/11

**midst [1]** 270/4

**might [35]** 20/5 20/8 20/9
20/25 32/16 32/18 32/24
34/25 39/3 54/15 55/11 76/22
76/24 83/6 83/7 84/14 85/1
93/25 106/10 106/23 113/20
125/23 147/10 153/2 159/6
163/17 163/17 192/1 201/17
207/17 207/17 207/19 252/3
264/23 287/14

**miles [1]** 88/4

**mince [1]** 50/15

**mind [17]** 12/22 14/2 20/13
27/19 27/22 33/14 39/9 40/12
41/3 44/19 62/14 116/18
117/7 152/23 157/18 158/20
292/22

**minded [2]** 40/15 40/17

**mindful [1]** 121/24

**Minds [1]** 18/20

**mine [1]** 13/15

**mini [1]** 170/17

**minor [6]** 148/23 148/24
149/4 149/6 150/10 151/1

**minors [2]** 108/8 151/3

**minus [1]** 256/4

**minute [8]** 53/20 54/3 102/11
176/9 181/20 228/20 232/1
283/20

**minutes [27]** 6/9 15/16 15/20
53/22 53/22 69/20 69/21 80/2
81/18 83/14 90/21 91/5 91/6
124/10 124/13 151/18 176/5
176/13 252/2 252/3 252/6
252/6 252/15 273/18 287/11
287/11 289/12

**miracles [1]** 65/21

**Miranda [1]** 227/3

**misleading [1]** 83/7

**miss [3]** 143/3 157/21 157/25

**missing [4]** 64/24 161/8
162/22 255/4

**Missouri [2]** 272/2 272/4

**misstatement [1]** 14/11

**mistake [1]** 155/8

**mistaken [1]** 119/22

**mistreated [1]** 12/4

**mobile [1]** 37/1

**mode [3]** 277/20 277/21 283/4

**model [1]** 262/24

**models [1]** 132/12

**modified [1]** 9/9

**molested [2]** 108/3 110/12

**mom [8]** 36/23 37/17 47/22
47/23 47/24 48/5 173/25
243/17

**moment [11]** 48/8 50/20 56/8
58/4 59/16 62/14 99/8 104/21
126/10 208/23 251/16

**moments [1]** 43/4

**money [21]** 73/6 73/13 127/12
127/15 132/3 132/18 133/15
133/15 133/16 133/17 133/20
135/10 137/23 138/19 138/19
141/24 142/2 144/22 153/3
234/4 234/7

**monitor [2]** 130/5 246/14

**monitors [2]** 123/15 123/17

**monocular [3]** 241/21 241/22
265/6

**month [4]** 45/1 151/9 158/14
162/1

**months [5]** 11/17 51/12 132/3
135/17 153/22

**moral [1]** 71/9

**more [60]** 10/10 14/9 21/7
21/20 26/18 31/16 31/23
32/16 32/18 32/25 34/19
34/25 38/20 38/24 39/24 42/8
50/17 53/13 70/7 79/1 80/4
100/4 100/13 100/19 100/23
101/10 108/13 108/18 114/2
116/21 135/10 135/11 135/19
138/3 144/17 147/11 152/6
164/7 170/8 181/15 208/21
219/20 223/1 229/12 239/4
274/7 274/11 275/6 280/11
280/21 291/13 291/17 295/21
296/18 300/13 300/14 301/1
301/18 301/19 304/13

**M**

**morning [57]**  6/1 6/2 6/6 11/1 11/2 13/4 16/20 17/15 17/16 26/10 29/9 30/19 33/6 36/10 36/11 37/24 41/15 43/9 44/10 44/13 45/16 46/13 47/11 47/12 48/14 49/18 49/19 50/8 50/9 51/4 51/14 55/5 56/13 58/1 59/18 59/19 62/3 62/4 62/13 63/2 64/14 64/15 65/5 65/6 66/4 66/5 68/17 68/18 69/25 71/19 71/20 89/20 210/11 288/11 303/2 303/14 304/23

**most [13]**  39/15 90/20 147/16 147/19 147/22 148/1 192/17 206/6 243/6 278/11 286/21 289/13 304/7

**mother [9]**  7/18 46/19 47/14 47/16 51/10 110/9 110/12 174/7 263/15

**mother's [2]**  108/3 200/17

**mother-in-law [2]**  7/18 51/10

**motion [4]**  94/24 104/22 293/4 293/5

**motions [1]**  292/25

**motive [4]**  156/24 156/25 157/2 157/8

**move [83]**  67/12 74/19 78/13 79/14 79/20 80/4 86/10 92/3 96/25 98/17 99/20 102/25 103/5 103/8 111/14 112/1 190/12 190/22 192/18 192/21 192/25 193/14 194/6 194/14 194/22 195/6 195/17 201/2 201/10 201/17 201/25 202/4 202/14 202/25 203/7 203/14 204/6 204/16 204/20 205/4 205/12 207/24 209/1 211/20 212/6 213/2 213/14 214/2 214/18 216/11 217/3 218/3 223/20 225/4 225/22 226/9 227/15 229/15 229/24 230/6 231/4 232/8 233/8 233/15 233/24 234/22 234/23 235/14 237/7 241/15 244/17 249/23 253/8 266/20 266/22 266/25 289/8 290/2 290/5 291/2 293/6 297/23 301/9

**moved [15]**  21/24 24/25 79/9 100/2 140/10 140/10 186/8 207/4 207/5 216/6 216/16 216/19 216/25 264/19 299/24

**movements [1]**  130/5

**moves [20]**  192/6 215/17 217/15 219/24 220/17 222/15 224/19 225/9 227/6 228/5 228/19 231/15 234/12 235/25 236/9 238/18 239/14 244/5 247/8 248/11

**movie [5]**  21/11 67/23 67/24 67/25 68/4

**movies [1]**  18/19

**moving [6]**  79/5 120/16 123/5 192/21 194/5 290/7

**Mr [74]**  3/3 3/5 3/7 6/7 6/8 6/9 6/13 6/14 6/17 6/21 6/22 6/24 16/23 19/21 52/13 52/14 59/6 66/10 76/20 84/6 84/13 85/6 94/22 95/9 111/10 146/10 146/11 147/6 148/15 148/22 149/4 149/9 149/12 149/13 149/18 149/25 150/10 150/11 150/19 150/24 151/2 152/2 152/7 152/9 152/9 152/10 152/24 152/25 153/10 154/20 155/16 155/17 155/21 157/5 157/11 158/7 158/7 159/12 162/8 176/18 176/24 207/20 208/11 252/21 261/17 264/1 265/11 269/6 299/11 299/19 302/8 302/19 302/19 303/3

**Ms [16]**  3/4 6/12 81/15 82/20 83/14 134/11 136/25 137/12 149/19 208/22 288/23 288/24 289/12 289/14 291/13 303/4

**Ms. [38]**  125/21 126/1 126/1 126/4 126/4 126/10 126/16 126/17 126/21 126/24 126/24 127/9 127/15 127/18 129/9 129/17 130/3 130/9 130/14 130/17 130/19 131/4 131/15 131/16 131/21 132/2 132/19 133/25 134/5 134/21 136/10 137/17 138/9 139/9 172/20 268/11 297/6 299/25

**Ms. CXX [22]**  125/21 126/1 126/4 126/4 126/10 126/16 126/21 126/24 126/24 127/9 127/15 127/18 129/9 129/17 130/3 130/9 130/14 130/17 131/4 131/15 132/2 268/11

**Ms. CXXXXXXX [1]**  138/9

**Ms. GXXXXXX [2]**  139/9 297/6

**Ms. LXX [2]**  133/25 134/5

**Ms. LXXXX [1]**  132/19

**Ms. LXXXXX [1]**  136/10

**Ms. RXXX [7]**  126/1 126/17 130/19 131/16 131/21 134/21 172/20

**Ms. RXXXXXXXX [1]**  137/17

**Ms. TXXXX [1]**  299/25

**much [40]**  12/1 17/9 25/6 29/4 33/16 36/4 38/25 43/1 45/10 45/25 46/2 48/7 50/5 50/19 51/19 52/9 61/1 62/1 62/11 66/16 71/14 85/15 87/5 94/15 112/19 113/14 122/14 125/15 172/13 209/3 234/7 251/24 253/6 259/19 268/14 274/7 278/12 287/18 287/19 287/21

**mug [1]**  226/5

**multi [2]**  163/1 166/5

**multi-discipline [1]**  163/1

**multiple [19]**  21/3 43/17 70/5 76/20 76/21 77/11 78/9 78/18 129/5 129/9 132/25 142/2 142/8 144/13 170/11 235/21 293/25 294/2 295/24

**multitude [1]**  170/13

**music [1]**  37/3

**must [20]**  16/11 61/4 71/24 100/16 101/6 114/6 114/7 114/9 114/23 115/19 115/22 116/1 116/18 117/5 117/25 118/5 118/16 118/21 119/1 120/3

**my [81]**  7/18 7/19 12/5 14/2 14/2 14/5 15/25 18/2 18/19 20/4 21/19 21/21 21/25 22/21 23/1 23/2 23/2 23/13 23/15 24/3 24/23 25/14 26/22 28/18 30/23 36/21 36/23 36/25 37/12 37/15 37/17 37/25 38/3 39/2 41/25 43/16 44/6 44/19 44/25 44/25 47/23 47/24 48/23 51/21 54/7 55/15 61/20 73/7 86/16 86/17 86/17 86/19 86/19 86/24 87/5 92/18 93/21 96/6 96/7 100/14 106/7 107/17 118/20 123/24 144/24 146/17 148/2 158/21 158/23 167/13 172/3 176/21 207/15 219/25 273/10 277/2 281/14 283/5 289/11 289/23 295/17

**myself [11]**  26/19 35/21 37/10 37/19 44/9 44/14 56/19 63/15 69/13 144/24 259/3

**N**

**N-E-I-L [1]**  269/3

**N-I-N-O [1]**  134/19

**name [13]**  88/15 127/1 130/14 143/14 160/7 160/8 177/6 218/16 218/22 234/17 247/14 269/2 269/2

**names [2]**  143/21 237/17

**narcotics [1]**  170/13

**national [1]**  163/13

**native [1]**  280/5

**naturally [1]**  127/9

**nature [19]**  13/7 17/22 20/2 20/5 20/9 20/10 26/2 27/7 27/9 27/10 32/13 46/24 48/2 50/10 56/25 110/5 251/20 251/23 273/10

**navigated [1]**  87/1

**Navy [2]**  259/10 259/12

**near [1]**  168/18

**necessarily [1]**  265/1

**necessary [4]**  25/10 25/10 101/5 294/14

**need [44]**  6/12 7/3 7/4 7/16 19/15 24/15 37/13 38/5 44/23 45/4 52/3 54/20 69/21 73/6 76/10 78/15 89/17 106/22 107/11 109/12 111/21 111/25 113/7 113/24 121/25 122/9 133/24 163/16 166/4 210/19 211/10 219/10 246/10 267/2 289/9 291/15 295/16 295/21 296/21 299/13 300/13 300/14 304/17 304/21

**needed [10]**  11/17 11/23 44/13 55/24 88/17 123/19 137/5 155/18 155/18 163/15

**needles [3]**  129/19 134/7 144/16

**needs [3]**  59/23 73/13 301/17

**Neeson [1]**  67/23

**Neeson's [1]**  68/2

**N**

**nefarious [1]**   156/11
**Negative [1]**   48/6
**neglected [1]**   152/7
**negotiate [1]**   129/6
**neither [3]**   119/23 121/7
  262/7
**nervous [1]**   41/25
**network [1]**   277/16
**networking [1]**   118/19
**neutral [7]**   39/16 42/8 95/25
  100/14 101/1 101/2 101/20
**never [25]**   11/19 11/19 13/17
  14/16 16/9 16/21 16/23 37/1
  38/17 38/18 38/21 42/15 49/3
  49/4 49/22 55/7 56/22 59/4
  108/14 152/4 152/4 152/5
  158/7 158/7 304/3
**nevertheless [2]**   109/15
  178/16
**new [3]**   131/7 161/2 162/1
**news [2]**   118/10 120/1
**newspaper [1]**   288/6
**newspapers [1]**   118/10
**next [37]**   10/23 15/13 25/8
  57/12 65/17 66/2 74/19
  103/14 108/14 121/6 127/20
  141/14 144/18 169/19 170/6
  193/18 193/20 197/8 252/12
  263/15 268/15 290/3 291/21
  293/2 293/19 294/7 294/9
  294/18 294/25 295/4 296/7
  297/1 297/10 299/5 299/10
  299/16 302/1
**nice [14]**   57/18 90/8 93/15
  113/15 113/20 122/23 124/7
  127/5 127/6 131/19 131/19
  142/12 142/15 288/11
**Nicholas [1]**   141/10
**night [20]**   13/14 31/24 86/20
  86/20 86/22 128/23 130/20
  131/4 158/13 166/1 173/21
  181/6 192/23 199/23 221/10
  237/23 239/7 262/7 263/14
  266/17
**Nino [2]**   134/19 134/20
**ninth [1]**   103/20
**no [321]**
**nobody [5]**   19/16 33/13 67/11
  109/21 265/9
**nodding [3]**   66/24 77/18
  83/20
**Nods [1]**   32/22
**nomenclature [1]**   275/10
**non [2]**   25/14 101/15
**non-racial [1]**   101/15
**non-responsive [1]**   25/14
**none [6]**   20/20 116/5 282/1
  282/2 282/3 304/8
**normal [2]**   137/7 141/3
**normally [1]**   300/21
**north [6]**   1/19 168/16 178/25
  183/19 183/21 184/5
**not [378]**
**note [5]**   44/17 99/22 104/7
  106/18 120/19
**note-taking [1]**   120/19

**notebook [4]**   209/13 224/3
  224/5 226/3
**noted [2]**   107/24 210/2
**notes [12]**   91/6 92/18 93/21
  96/7 106/7 106/14 110/2
  120/16 120/17 120/22 120/23
  120/24
**nothing [16]**   8/19 8/20 13/6
  13/21 14/6 17/6 22/17 86/16
  89/10 100/8 106/13 116/21
  138/17 150/17 150/20 153/24
**notice [3]**   8/12 60/23 300/10
**noticed [2]**   38/15 253/24
**notion [1]**   34/8
**notions [1]**   40/1
**notwithstanding [1]**   104/22
**November [12]**   125/6 125/19
  126/18 133/9 144/4 144/4
  162/8 165/3 177/20 177/20
  251/4 285/9
**November 29 [4]**   125/6 133/9
  162/8 285/9
**November 29th [4]**   125/19
  126/18 144/4 165/3
**November 30th [2]**   144/4
  177/20
**now [114]**   10/1 10/12 16/6
  24/13 41/25 44/15 44/20
  44/25 45/11 47/25 68/8 68/12
  70/20 71/16 74/14 76/17
  78/11 78/22 79/3 79/9 80/23
  81/6 81/18 82/4 82/14 82/22
  83/14 83/17 85/19 89/23 93/6
  95/18 99/11 99/24 102/7
  102/19 102/25 103/21 104/1
  104/6 104/25 105/3 105/11
  107/13 107/16 113/24 114/24
  119/22 120/16 121/18 122/3
  125/23 137/7 146/10 146/24
  147/2 147/10 148/8 148/12
  149/11 150/18 153/14 154/10
  155/7 157/6 158/21 171/16
  174/18 176/2 179/25 181/21
  185/20 196/15 197/3 198/6
  201/8 205/19 206/18 212/19
  216/14 217/8 219/22 220/12
  220/13 221/22 230/13 231/22
  231/24 234/23 240/2 245/1
  246/14 247/20 248/25 252/4
  253/7 255/9 256/23 257/3
  257/18 258/16 258/24 260/11
  261/5 261/8 262/7 269/17
  278/7 279/4 279/12 285/25
  290/7 296/17 296/22
**nowhere [1]**   156/9
**nude [2]**   291/25 292/4
**number [191]**   6/16 7/1 7/15
  7/15 8/4 10/16 10/18 11/2
  11/5 11/24 17/12 17/17 26/7
  26/11 41/15 43/6 44/11 46/5
  46/17 48/11 49/6 50/22 50/24
  51/3 55/5 56/10 59/16 61/2
  62/2 62/12 66/3 68/15 68/17
  71/25 72/17 73/3 73/22 73/25
  74/3 74/24 76/11 77/5 77/15
  77/19 78/2 78/7 78/23 78/24
  79/22 79/23 80/8 80/9 80/14
  80/15 81/23 82/7 84/22 85/5

  85/10 87/9 87/20 87/23 90/24
  91/1 91/21 92/3 92/23 92/25
  93/7 93/11 96/15 96/17 96/19
  96/22 96/23 96/23 96/24
  96/25 97/6 97/7 97/10 97/12
  97/13 97/16 97/17 97/18
  97/21 97/23 97/24 97/25 98/2
  98/3 98/4 98/6 98/8 98/9
  98/12 98/14 98/15 98/17
  98/19 98/25 99/2 99/3 99/4
  99/5 99/10 99/14 99/15 99/18
  99/20 99/24 100/5 100/9
  101/11 101/23 102/3 102/5
  102/7 102/8 102/9 102/12
  102/13 102/15 102/16 102/18
  102/19 102/23 103/5 103/7
  103/8 103/11 103/13 103/14
  103/20 103/25 104/1 104/5
  104/6 104/11 105/5 105/11
  105/12 105/14 105/17 105/24
  105/25 106/3 106/5 106/6
  106/19 106/21 107/2 107/4
  108/1 109/15 110/6 110/19
  110/20 110/20 112/7 112/8
  112/8 112/9 112/9 112/9
  112/9 112/10 112/10 112/10
  112/10 112/11 112/11 112/11
  112/12 112/12 128/5 128/6
  131/16 177/4 177/6 193/2
  222/3 291/10 297/16 297/17
  298/7 298/8 299/17 300/10
  301/20
**numbers [10]**   77/6 77/7 77/8
  78/25 79/15 93/3 93/5 289/7
  289/16 290/3
**numeral [2]**   298/3 298/8
**numerous [1]**   285/3

**O**

**o'clock [5]**   54/19 88/11
  122/8 173/21 176/5
**O'NEIL [10]**   3/6 252/13
  268/17 268/25 269/3 269/6
  299/11 299/19 302/8 302/19
**oath [4]**   120/15 152/20
  252/10 288/1
**object [12]**   34/18 74/13
  75/18 115/14 197/7 207/4
  207/10 210/18 211/10 242/24
  246/2 293/6
**objected [11]**   206/19 206/21
  206/22 208/14 208/18 209/20
  289/10 289/10 289/13 293/12
  304/8
**objecting [7]**   207/11 208/19
  210/1 210/7 268/22 291/22
  297/18
**objection [301]**   8/9 14/11
  14/23 67/10 68/6 92/17 92/23
  96/8 102/21 110/2 111/3
  115/15 115/16 115/18 164/11
  178/9 178/12 181/18 182/1
  182/3 182/8 182/10 182/21
  182/22 182/23 183/11 183/12
  183/13 183/14 183/24 183/25
  184/14 184/15 184/23 184/24
  185/6 185/7 185/14 185/15
  185/16 186/1 186/3 186/13

**O**

**objection... [258]**   186/14
186/15 186/22 186/24 187/7
187/8 187/15 187/17 187/24
188/1 188/25 189/1 189/2
189/16 189/18 190/1 190/3
190/14 190/16 192/7 193/21
193/22 193/23 194/7 194/8
194/15 194/16 194/23 194/24
195/7 195/8 195/18 195/19
196/5 196/6 196/7 197/15
197/19 197/21 198/2 198/14
198/15 198/16 198/22 198/23
199/6 199/7 199/11 199/24
199/25 200/10 200/12 200/20
201/3 201/4 201/11 201/12
201/18 201/19 202/1 202/2
202/5 202/6 202/15 202/16
203/1 203/2 203/8 203/9
203/15 203/17 203/19 203/21
204/7 204/9 204/17 204/18
204/21 204/23 205/5 205/6
205/13 205/14 206/8 207/6
207/12 208/19 209/4 209/5
210/14 211/6 211/9 211/11
211/12 211/16 211/21 212/2
212/7 212/8 212/17 212/18
212/20 212/21 213/3 213/4
213/15 213/16 214/3 214/5
214/19 214/20 215/6 215/8
216/8 216/9 216/20 216/21
217/4 217/17 217/19 218/4
218/5 219/23 220/1 220/7
220/9 220/18 220/20 220/24
221/3 222/17 222/18 222/20
223/21 223/23 224/9 224/12
224/21 225/5 225/11 225/24
225/25 226/10 226/11 227/8
227/9 227/18 227/19 228/7
228/9 228/18 228/23 229/8
229/9 229/18 229/19 229/25
230/1 230/7 230/8 230/23
230/24 231/5 231/6 231/17
231/18 232/9 232/10 232/19
232/20 232/24 233/9 233/10
233/16 233/17 233/25 234/1
234/13 234/14 234/25 235/1
235/8 235/9 235/15 235/16
236/1 236/2 236/10 236/13
237/8 238/20 238/23 239/16
239/17 240/25 241/16 241/17
242/10 242/11 244/11 246/1
246/11 247/7 247/9 248/13
248/14 249/24 250/20 250/21
254/22 258/2 258/7 267/1
267/11 272/24 289/8 289/9
289/22 289/25 290/1 290/8
290/18 291/3 291/6 291/7
293/3 293/10 293/17 293/20
294/5 294/8 294/11 294/12
294/16 294/17 294/20 294/24
295/2 295/3 295/9 296/2
296/3 296/9 296/10 296/12
296/13 297/4 297/13 297/18
297/21 297/22 298/15 299/1
299/2 301/7 301/9 301/10
304/10

**objectionable [1]**   110/3
**objections [10]**   110/18 115/3
193/7 206/9 206/17 207/14
211/4 211/7 296/21 301/16
**obligations [2]**   71/9 160/4
**obscene [2]**   11/13 13/7
**observation [2]**   258/10
258/12
**observe [2]**   169/12 241/23
**observed [3]**   192/23 292/22
292/23
**obtain [2]**   173/16 238/10
**obtained [1]**   139/10
**obviously [5]**   13/11 14/8
33/16 80/11 181/12
**occasion [1]**   129/19
**occasions [4]**   110/7 123/11
137/14 142/19
**occur [1]**   153/13
**occurred [6]**   42/16 101/1
110/13 137/13 146/9 162/19
**occurrence [1]**   135/20
**off [49]**   31/11 41/20 54/1
70/9 80/18 87/2 105/4 124/16
126/10 129/11 133/3 137/16
142/1 142/4 153/8 168/9
171/17 171/19 187/22 190/11
193/19 206/20 219/9 233/6
259/6 266/14 267/19 267/20
277/2 278/18 278/23 278/24
281/18 281/21 282/9 283/6
283/15 283/17 284/3 284/13
284/20 284/20 284/21 286/5
286/12 287/25 288/5 288/5
292/17
**offense [5]**   36/14 43/13
46/16 48/17 85/7
**offer [1]**   189/25
**offered [1]**   178/13
**offers [5]**   115/13 178/8
181/14 197/6 215/5
**offhand [2]**   191/21 298/11
**office [62]**   1/15 1/19 1/22
38/3 53/10 53/12 64/2 125/10
126/12 128/20 139/20 139/24
140/1 140/3 141/8 141/17
144/9 160/20 160/21 160/23
161/2 162/2 163/7 163/25
168/17 170/11 172/19 174/8
179/13 188/6 188/8 188/18
205/19 205/20 205/23 206/6
211/23 212/11 213/1 213/21
218/8 218/9 224/3 224/4
225/18 226/3 226/16 234/20
234/23 245/16 258/21 259/5
260/11 261/14 261/19 261/20
268/7 268/9 270/21 270/25
281/10 282/21
**officer [6]**   34/5 141/20
141/23 259/2 270/2 272/3
**officers [6]**   12/5 12/16
136/14 243/6 299/8 299/24
**official [3]**   2/2 259/4 305/6
**often [6]**   37/6 38/24 69/13
120/5 145/15 274/22
**oh [1]**   152/22
**okay [129]**   6/21 10/12 11/1
12/8 19/5 20/18 22/11 26/6

26/21 27/4 27/11 27/12 28/2
35/13 36/4 36/21 37/4 38/6
38/25 40/11 41/5 41/8 41/10
46/5 48/9 48/20 49/4 50/18
52/10 54/10 55/10 56/13
56/16 56/21 56/23 57/4 59/15
60/14 60/22 64/8 64/12 64/25
65/25 66/2 67/13 67/24 68/20
69/22 73/4 81/16 82/12 82/12
83/4 85/16 86/23 87/4 88/8
88/13 88/17 88/24 89/3 89/9
91/10 91/19 91/24 93/9 93/13
93/15 93/22 96/24 97/11
97/22 98/16 100/15 102/13
104/10 104/15 106/21 112/16
113/11 113/18 123/1 136/21
145/6 148/23 155/8 159/18
160/1 160/12 163/23 168/20
175/15 175/22 177/24 179/23
180/7 191/3 192/15 193/9
197/17 198/4 212/2 215/20
220/9 222/5 226/25 228/20
234/21 236/24 245/5 247/4
251/20 253/11 254/8 254/15
256/10 260/11 261/11 261/25
263/3 268/24 279/9 280/16
288/17 290/12 293/18 294/23
296/10 297/14
**Okay.DXXXX [1]**   297/12
**Okeechobee [1]**   168/18
**old [9]**   7/18 29/1 36/21
44/12 45/1 127/7 140/21
149/10 227/13
**older [5]**   37/20 127/5 197/16
231/11 273/24
**omission [1]**   304/4
**once [28]**   7/22 7/25 15/7
40/21 53/17 78/8 83/8 87/15
119/19 140/1 143/2 145/10
146/13 154/21 156/14 157/20
157/25 168/8 169/11 174/23
175/2 191/25 277/14 283/3
286/4 286/12 294/4 295/22
**one [172]**   6/15 6/17 9/14
10/2 10/2 13/15 16/24 19/2
19/6 20/3 23/20 25/14 27/16
28/12 28/13 29/13 30/22
30/23 34/20 35/6 35/18 36/12
38/3 40/25 47/25 50/20 53/20
59/11 60/4 63/9 63/15 71/7
72/8 72/11 73/6 73/8 73/10
73/10 76/23 79/1 79/15 80/4
82/9 83/3 83/24 86/12 88/10
88/23 90/25 92/2 95/11 99/8
101/10 101/24 102/11 103/4
105/5 105/8 105/10 105/11
105/15 105/25 107/23 109/22
110/1 110/19 112/23 119/11
122/18 123/9 123/15 129/5
129/18 132/1 132/13 132/14
132/22 133/19 134/15 135/7
135/24 139/4 139/17 139/25
144/9 148/17 151/16 153/8
153/8 153/10 153/21 156/19
156/20 157/7 158/2 158/4
164/7 168/24 172/11 173/13
175/2 176/17 181/15 181/23
181/24 182/6 189/7 191/18

O

**one... [64]**   191/21 192/19
192/20 193/1 193/12 193/20
197/9 199/3 201/15 204/12
204/15 204/15 206/7 206/7
211/25 215/25 228/12 228/16
228/20 229/23 233/5 235/12
236/5 236/8 236/10 236/12
237/17 237/25 238/4 241/11
243/13 245/5 247/21 247/22
251/14 253/4 253/24 255/25
263/1 276/24 277/14 279/25
280/10 280/17 280/23 290/14
291/1 292/17 293/13 293/22
294/1 294/18 294/25 295/13
295/25 295/25 296/7 296/25
297/1 298/6 299/4 299/5
301/13 302/1
**one's [2]**   52/3 95/10
**one-hour [1]**   88/10
**one-minute [1]**   53/20
**one-sided [1]**   107/23
**ones [25]**   6/17 7/3 7/4 35/24
146/9 165/19 172/11 192/16
193/9 206/19 206/21 206/22
207/14 208/3 208/14 208/18
209/5 210/19 263/1 268/21
274/13 280/14 290/2 299/1
300/18
**ongoing [2]**   28/10 271/7
**online [3]**   20/1 20/2 128/2
**only [50]**   7/19 15/13 18/10
21/16 35/8 39/6 39/18 40/2
40/19 41/25 54/18 59/2 61/21
93/4 101/13 109/11 115/4
115/24 116/1 116/21 119/9
119/10 119/10 120/25 130/12
132/2 132/14 133/20 135/24
139/25 140/2 140/8 144/9
145/1 145/2 146/3 150/12
161/17 165/19 169/21 193/2
193/14 210/17 276/19 280/23
283/4 289/11 290/21 294/1
294/4
**open [20]**   12/21 20/13 27/19
27/22 37/16 39/9 40/12 40/15
40/17 89/20 126/19 127/24
128/3 129/20 173/13 174/7
188/17 197/3 223/4 226/14
**opened [2]**   58/25 233/21
**opening [12]**   8/20 113/23
115/1 121/4 121/7 121/7
124/11 124/21 146/10 146/17
151/19 282/8
**openings [4]**   54/5 54/8 54/13
111/21
**operate [1]**   128/18
**operating [2]**   151/10 279/14
**operation [4]**   163/19 166/4
259/23 279/17
**operational [2]**   163/18 166/9
**operations [3]**   143/20 163/12
163/15
**opinion [4]**   24/4 73/7 114/13
120/9
**opinions [1]**   29/25
**opportunities [1]**   142/22

**opportunity [11]**   24/11 39/25
68/24 69/3 69/11 71/16
108/19 110/1 116/8 127/12
298/23
**oppose [2]**   92/13 93/14
**opposed [4]**   76/6 109/8
192/19 300/7
**opposing [2]**   93/17 124/23
**opposite [1]**   171/25
**opposition [1]**   293/5
**options [1]**   109/4
**oral [1]**   298/19
**order [13]**   10/15 115/20
117/13 182/5 242/17 243/6
266/21 298/4 298/10 298/17
298/21 302/14 302/15
**orders [2]**   164/1 164/3
**organization [1]**   281/14
**organized [4]**   132/6 145/23
148/19 278/20
**organizing [2]**   163/14 166/4
**original [9]**   216/16 216/18
245/15 282/9 284/14 284/16
284/17 284/20 303/19
**originally [3]**   197/1 227/25
260/16
**originated [1]**   13/16
**Orlando [3]**   16/2 16/4 237/17
**Osceola [1]**   141/17
**other [113]**   8/6 12/21 12/24
13/17 13/20 19/10 20/3 20/12
21/14 23/14 27/16 34/4 34/15
37/8 39/8 40/4 44/24 45/20
52/5 52/12 53/7 67/5 71/8
73/14 79/18 83/1 83/24 84/2
84/5 84/10 84/14 84/18 85/7
85/19 86/4 86/9 88/1 89/6
91/11 92/24 94/18 95/11
100/20 101/3 101/12 101/24
108/7 110/23 111/7 111/17
112/23 115/13 116/2 116/12
116/14 118/4 118/6 118/10
118/13 118/17 118/25 120/3
120/7 120/9 120/20 123/12
130/1 130/7 130/15 130/16
131/8 132/21 133/19 135/24
137/4 137/11 137/24 138/18
139/18 139/19 143/21 149/11
153/1 192/9 198/6 199/3
208/3 208/3 210/16 210/18
217/24 234/24 246/8 251/3
254/15 256/7 256/8 262/16
263/6 267/5 271/9 280/14
286/21 288/17 289/1 292/18
292/21 295/14 295/14 298/6
301/20 301/23 302/23
**others [12]**   10/12 36/16
81/25 113/9 118/12 138/10
162/6 165/22 278/7 293/15
296/1 302/24
**otherwise [2]**   44/21 119/1
**our [82]**   6/3 10/14 15/5 17/4
25/8 40/19 40/20 43/23 53/16
53/21 54/11 54/23 57/24 72/7
77/20 90/1 90/22 93/24 96/13
96/14 96/16 96/22 97/6 97/11
97/17 97/23 98/2 98/8 98/13
98/19 98/24 99/4 99/10 99/14

102/7 102/18 102/23 103/7
103/13 103/20 103/25 104/5
104/15 104/15 104/22 105/15
105/22 109/1 109/8 111/5
111/6 111/7 112/14 113/10
113/22 117/12 119/7 119/12
119/16 119/25 120/12 161/12
163/12 175/1 175/13 176/4
207/5 211/9 224/6 226/7
253/11 266/21 276/21 281/12
287/15 288/15 288/17 288/19
293/3 300/25 304/4 304/7
**ours [1]**   10/5
**ourselves [2]**   60/17 163/6
**out [95]**   10/12 14/5 19/8
27/14 30/25 31/2 31/8 32/2
33/14 38/2 42/22 43/22 44/19
54/22 63/7 70/7 72/25 77/22
77/24 83/2 86/24 89/24 90/2
101/13 107/10 112/3 116/23
123/2 128/9 128/13 129/5
132/1 132/4 132/18 132/20
134/16 134/22 135/4 136/11
136/13 136/15 140/10 140/11
140/20 141/19 141/24 143/1
143/10 144/16 144/21 146/16
150/21 151/7 151/12 153/22
154/8 155/20 156/8 162/13
170/18 172/3 172/6 177/6
192/16 193/13 204/5 206/12
206/18 209/6 221/19 233/13
234/23 249/15 249/18 249/20
253/7 260/13 262/17 265/3
265/7 266/16 266/20 270/23
275/17 275/18 278/21 281/13
282/13 283/9 283/10 287/2
290/15 301/17 302/3 303/21
**out-call [4]**   128/9 128/13
140/20 141/19
**outcome [1]**   116/11
**outer [1]**   267/19
**outlay [1]**   179/3
**Outlet [1]**   168/23
**outlets [1]**   169/1
**outline [1]**   121/5
**outright [1]**   149/1
**outset [1]**   121/25
**outside [18]**   10/15 51/23
57/18 85/21 86/8 89/11
114/14 120/10 130/8 131/2
136/8 136/12 162/2 167/5
167/13 193/14 255/20 288/9
**over [100]**   6/16 7/2 7/2 7/10
7/11 7/14 8/12 11/22 15/25
24/18 36/23 39/23 43/21
44/17 45/12 52/20 53/1 53/19
53/25 54/13 58/5 58/10 61/6
62/2 65/3 65/4 69/1 69/8
71/8 74/3 81/18 91/5 106/7
113/10 113/20 117/9 117/10
123/8 123/15 123/18 124/20
125/1 125/3 126/5 126/13
126/20 129/1 129/8 129/13
129/15 131/17 134/3 134/23
135/9 137/12 139/14 141/14
142/3 144/14 144/17 145/12
148/20 150/20 158/15 158/15
161/10 171/3 171/6 171/21

**O**

**over... [31]** 172/4 175/13
176/6 179/14 182/18 189/9
204/2 210/12 211/16 220/9
229/5 240/3 245/13 246/11
253/3 256/2 260/17 262/14
268/20 270/18 272/10 272/13
285/19 286/21 288/2 288/21
288/23 297/8 299/9 299/19
301/7
**overall [2]** 101/3 163/18
**overcome [1]** 15/4
**overhang [1]** 179/9
**overlap [1]** 55/11
**overlapped [1]** 55/8
**overrule [8]** 92/17 92/23
115/15 243/3 292/24 293/10
294/5 296/2
**overruled [5]** 111/4 164/12
210/2 211/13 293/1
**overruling [1]** 294/16
**oversees [1]** 161/7
**own [17]** 6/13 12/12 23/23
86/17 94/19 120/23 120/24
123/24 142/18 143/10 147/17
147/23 150/8 153/9 153/17
156/20 295/17
**owned [1]** 126/22

**P**

**P.D [1]** 300/8
**p.m [1]** 128/23
**pacemaker [1]** 137/8
**packaged [1]** 196/20
**packed [2]** 258/5 258/8
**packet [1]** 9/16
**packing [1]** 257/25
**pad [2]** 139/24 188/16
**pads [1]** 139/3
**page [119]** 3/3 3/4 3/5 3/7
3/10 3/10 3/11 3/11 3/12
3/12 3/13 3/13 3/14 3/14
3/17 3/18 3/18 3/19 3/19
3/20 3/20 3/21 3/21 3/22
3/22 3/23 3/23 3/24 3/24
3/25 3/25 4/1 4/1 4/2 4/2
4/3 4/3 4/4 4/4 4/5 4/5 4/6
4/6 4/7 4/7 4/8 4/8 4/9 4/9
4/10 4/10 4/11 4/11 4/12
4/12 4/13 4/13 4/14 4/14
4/15 4/15 4/16 4/16 4/17
4/17 4/18 4/18 4/19 4/19
4/20 4/20 4/21 4/21 4/22
4/22 4/23 4/23 4/24 4/24
4/25 5/1 5/1 5/2 5/2 5/3 5/3
5/4 5/4 5/5 5/5 5/6 5/6 5/7
5/7 5/8 5/9 5/9 5/10 5/10
5/11 5/12 5/12 5/13 5/14
5/15 128/4 129/11 135/20
137/22 140/19 141/18 151/9
226/3 288/7
**pages [4]** 154/21 236/8
236/12 274/23
**paid [3]** 11/16 130/11 139/12
**painted [1]** 148/8
**pair [2]** 136/24 250/16

**PALM [30]** 1/2 1/7 1/17 1/23
2/3 13/13 13/16 125/25 126/3
126/11 126/13 135/21 136/11
160/20 160/23 161/12 162/23
163/9 163/25 166/6 168/14
168/17 168/22 169/1 169/2
169/4 171/11 171/12 261/20
270/24
**panel [26]** 10/23 26/13 29/14
29/15 36/13 43/12 59/5 66/19
67/22 83/11 96/13 96/22 97/6
97/23 98/2 98/8 98/19 99/4
102/7 102/18 103/7 103/13
104/15 104/16 104/18 108/12
**panicking [1]** 123/4
**pants [1]** 133/3
**paper [3]** 19/9 207/17 221/22
269/20 288/6
**papers [2]** 207/17 298/19
**paperwork [1]** 248/1
**park [1]** 131/2
**parking [6]** 136/12 140/22
141/21 141/24 169/10 169/16
**part [25]** 9/16 9/17 13/8
13/13 16/3 16/8 74/7 92/8
116/5 136/25 162/23 169/6
179/22 202/23 226/23 241/25
253/22 254/6 267/22 270/12
278/3 283/14 285/14 286/22
304/4
**part-time [1]** 13/13
**partially [3]** 92/9 291/25
292/4
**participate [1]** 113/4
**participated [3]** 127/18
129/9 135/12
**participation [2]** 113/2
253/21
**particular [8]** 13/19 39/20
59/3 64/8 110/16 126/2
192/24 209/10
**particularly [2]** 192/20
301/13
**parties [12]** 39/8 41/2 57/10
91/19 94/15 104/24 120/8
122/18 124/10 160/1 288/8
296/23
**partner [1]** 158/17
**partnership [4]** 145/11
145/11 145/19 158/18
**parts [2]** 154/22 254/23
**party [8]** 119/23 126/22
127/5 165/10 166/24 280/7
280/12 280/13
**party's [1]** 100/20
**pass [2]** 72/8 271/10
**passed [2]** 82/9 82/10
**passing [2]** 70/10 121/21
**passport [9]** 207/8 218/15
230/13 231/3 231/9 231/10
231/22 231/24 232/1
**passports [1]** 140/7
**past [5]** 35/25 56/17 65/4
95/3 108/5
**pat [1]** 265/13
**pat-down [1]** 265/13
**patience [1]** 303/13
**patrol [1]** 265/14

**pattern [3]** 9/1 79/2 79/8
**patterns [1]** 124/1
**Pauline [3]** 2/2 25/11 305/6
**Pause [3]** 91/16 208/25
209/19
**pausing [1]** 192/19
**pay [4]** 22/22 22/22 132/22
138/16
**paying [2]** 23/17 260/6
**payment [1]** 117/23
**PBSO [4]** 160/24 163/10
180/24 196/19
**PEACOCK [13]** 1/18 6/9 6/13
6/14 6/17 6/21 6/22 6/24
35/21 111/10 207/20 208/12
303/3
**peculiar [1]** 101/17
**peg [1]** 159/3
**pen [1]** 10/20
**penalty [7]** 22/15 23/21 24/7
24/22 25/16 26/1 26/3
**penny [1]** 134/2
**people [39]** 19/20 21/2 23/12
37/8 38/17 39/13 39/14 63/7
68/24 69/8 70/1 70/5 72/10
77/1 78/9 78/14 78/18 108/13
108/19 114/14 117/16 119/3
127/10 128/10 129/15 130/15
130/16 131/14 135/16 151/21
174/8 254/20 254/20 255/2
262/16 275/14 276/7 276/9
279/2
**people's [2]** 45/16 143/21
**pepper [1]** 141/16
**per [1]** 107/14
**percent [4]** 44/23 288/25
289/1 289/6
**peremptories [13]** 91/4 91/14
105/1 107/20 108/12 108/18
108/22 108/24 109/7 109/10
109/11 109/17 110/18
**peremptory [23]** 96/19 96/21
97/5 97/23 98/1 98/7 98/18
99/4 99/23 100/2 100/8
100/13 100/20 101/8 101/25
102/6 102/17 103/7 103/13
105/8 105/15 105/22 109/19
**perfect [1]** 176/2
**perfectly [1]** 41/5
**perform [2]** 128/15 272/12
**performed [3]** 272/13 285/25
287/6
**perhaps [2]** 32/20 40/6
**period [7]** 125/1 139/3 151/8
276/17 276/17 276/19 283/21
**perjure [1]** 80/12
**permission [50]** 111/13 144/2
178/18 182/13 182/20 183/10
183/23 184/12 184/22 185/13
185/25 186/12 187/6 187/14
188/22 189/11 190/13 194/1
196/1 197/12 197/18 198/1
198/11 198/13 198/21 199/5
199/10 200/8 200/19 214/15
217/8 218/18 222/10 223/7
223/18 224/8 225/2 225/20
229/7 230/15 230/21 234/22
240/8 240/14 240/23 242/1

**P**

**permission... [4]** 244/18 248/24 250/23 250/25
**permit [6]** 100/24 119/7 119/8 119/12 119/16 231/23
**permitted [1]** 115/14
**permitting [1]** 8/17
**person [35]** 10/20 10/22 13/9 31/12 31/19 38/8 47/20 48/24 60/17 69/16 73/8 73/13 73/14 73/19 74/6 74/11 74/12 76/23 79/15 83/1 117/22 118/1 128/4 128/5 151/24 156/12 165/10 167/20 175/11 185/21 231/9 263/2 265/17 265/19 293/13
**personal [17]** 6/16 12/15 27/14 27/16 27/24 27/24 29/23 29/25 39/5 41/4 52/3 117/13 124/6 140/3 144/10 230/18 263/7
**personally [1]** 167/14
**personnel [4]** 166/7 170/7 171/22 174/24
**persons [3]** 40/4 161/8 162/22
**perspective [3]** 73/9 202/21 264/7
**persuasive [1]** 101/5
**persuasiveness [1]** 101/3
**Pete [1]** 165/18
**Peter [1]** 6/7
**pets [1]** 263/9
**phone [73]** 11/13 13/20 44/11 128/5 128/6 130/3 141/5 141/7 154/18 155/19 156/1 165/10 173/1 227/13 235/13 239/8 239/10 239/14 239/20 240/17 273/22 273/23 273/24 273/24 274/2 274/2 274/5 274/6 274/8 274/9 274/17 275/2 275/6 275/7 275/9 276/17 277/2 277/14 277/16 277/19 277/20 277/24 278/1 278/2 278/3 278/5 278/10 278/11 278/15 278/17 278/18 278/22 278/24 278/24 279/12 279/24 280/1 280/3 280/6 280/19 281/7 281/21 290/16 291/9 291/12 297/6 299/5 299/7 299/8 299/9 299/16 299/19 300/12
**phones [32]** 127/5 135/16 225/15 225/16 232/13 235/12 235/22 236/5 250/7 271/13 271/17 273/9 273/20 274/3 274/11 274/12 274/12 274/13 274/20 274/24 275/15 276/21 277/12 278/8 280/25 281/3 281/4 281/18 285/3 286/4 286/18 299/20
**photo [27]** 180/24 183/7 183/21 184/20 185/21 196/14 199/16 199/18 207/18 214/9 215/12 215/22 216/2 216/5 216/17 216/18 227/13 231/24 257/8 257/24 258/15 264/3

264/6 264/22 264/16 264/25 292/1
**photocopies [1]** 231/25
**photocopy [2]** 303/20 303/21
**photograph [29]** 185/20 186/20 187/3 187/4 190/9 199/19 207/8 208/7 208/8 210/22 221/13 224/15 225/16 228/12 236/22 237/15 237/20 245/13 247/20 249/18 251/12 257/3 258/24 260/11 266/9 267/8 267/17 292/5 295/5
**photographed [5]** 175/23 237/5 251/15 264/17 264/23
**photographing [8]** 216/7 216/19 227/24 238/16 241/8 241/13 247/2 264/22
**photographs [28]** 21/3 32/13 155/1 180/19 181/8 206/6 206/17 207/7 207/16 208/2 209/17 209/18 217/24 219/14 226/16 236/12 239/2 239/4 244/18 244/24 248/19 249/20 251/3 264/20 293/4 300/7 303/16 303/18
**photos [11]** 175/3 175/12 180/18 180/25 181/4 191/17 191/25 199/21 207/21 207/22 292/3
**phrases [1]** 120/5
**physical [7]** 7/25 32/12 42/2 130/1 133/18 136/3 280/17
**physically [5]** 165/9 167/2 167/12 282/20 292/11
**pick [9]** 54/6 106/9 146/23 157/10 171/15 171/20 175/8 287/17 287/25
**picked [2]** 36/24 170/25
**picking [1]** 106/9
**picture [21]** 42/18 148/8 148/11 157/21 157/24 158/3 175/12 182/17 187/22 191/13 205/3 205/18 215/14 216/15 221/20 255/10 255/13 255/14 257/20 263/25 266/18
**pictures [5]** 132/12 134/14 195/25 260/13 274/16
**piece [4]** 114/21 144/1 178/14 233/7
**Pierce [5]** 1/20 2/3 123/22 177/10 303/7
**Pierce/West [1]** 2/3
**pimp [5]** 82/10 82/11 83/3 155/14 155/17
**pimps [1]** 83/1
**ping [2]** 156/3 156/7
**pins [1]** 251/13
**pipe [4]** 27/1 265/25 266/11 267/9
**place [19]** 88/21 118/3 118/5 119/16 119/18 119/20 122/23 125/19 127/2 127/3 131/18 131/19 136/11 167/3 168/11 171/16 174/6 196/25 216/16
**placed [11]** 123/16 141/12 198/8 216/6 216/16 236/20 241/8 241/10 241/12 251/14 264/22

**places [6]** 37/5 37/17 129/2 129/3 132/20 135/21
**Plainly [1]** 145/18
**Plaintiff [2]** 1/5 1/14
**plan [10]** 124/12 166/16 166/18 166/19 167/2 168/11 173/24 174/6 174/10 302/15
**plane [3]** 15/14 44/21 138/16
**planned [1]** 145/23
**planning [2]** 252/17 302/9
**plastic [2]** 185/23 282/25
**plate [2]** 45/14 240/12
**plausible [2]** 63/17 78/16
**play [3]** 129/3 259/19 275/14
**played [1]** 13/9
**playing [1]** 136/17
**plea [1]** 176/20
**pleasant [2]** 69/4 69/11
**please [19]** 61/8 68/15 71/17 75/1 85/22 87/24 112/13 112/14 120/17 124/19 124/23 136/20 143/3 145/7 209/18 218/16 253/6 269/2 269/10
**pliers [6]** 136/24 136/25 137/2 138/5 250/16 250/17
**plus [2]** 280/20
**pocket [3]** 144/14 241/11 241/11
**pockets [3]** 241/11 241/12 265/4
**point [34]** 10/7 15/5 28/21 40/13 40/14 58/3 58/4 67/18 73/5 74/14 85/23 101/10 101/13 109/15 112/20 113/9 113/15 117/7 126/9 129/25 130/25 137/2 146/16 154/22 162/13 164/6 169/21 171/16 172/24 187/5 236/25 258/18 287/16 300/20
**pointed [2]** 133/5 139/18
**pointing [1]** 266/16
**points [1]** 108/11
**Polaris [1]** 163/12
**police [26]** 14/15 28/14 28/17 28/18 31/7 31/8 34/5 47/21 49/22 125/9 125/17 136/13 136/14 140/18 161/15 163/25 214/14 243/6 258/25 259/2 269/25 270/2 270/3 270/4 272/3 299/7
**policy [1]** 304/15
**pool [4]** 139/12 180/2 251/5 251/6
**poor [1]** 14/6
**popped [1]** 129/21
**popular [1]** 278/11
**porch [1]** 267/19
**portion [3]** 195/13 256/23 267/18
**portions [1]** 9/12
**pose [1]** 122/11
**posed [3]** 110/8 216/4 216/15
**position [19]** 8/4 16/6 41/1 71/7 71/10 75/20 105/12 106/25 113/2 145/13 161/11 186/8 211/2 216/6 219/13 269/14 287/9 296/5 296/23
**positive [1]** 7/25

**P**

possession [1]  142/2
possessions [1]  257/18
possibility [3]  32/11 78/10
78/17
possible [25]  42/21 53/4
63/18 65/7 66/22 66/25 74/21
74/23 75/2 75/8 75/10 75/12
75/15 76/4 76/14 76/16 76/22
76/25 77/6 77/7 79/15 82/9
122/15 165/12 209/3
Possibly [1]  33/1
post [4]  13/13 13/17 13/21
128/4
posted [1]  142/20
posting [1]  118/22
postings [2]  17/20 20/2
postpone [1]  177/4
potential [5]  78/20 84/1
84/11 84/16 279/20
potentially [3]  257/1 257/2
277/23
pound [1]  238/9
powder [1]  239/22
Power [1]  245/24
powerful [1]  67/25
praise [3]  131/10 142/8
142/14
pre [6]  34/18 40/1 68/6
74/14 276/18 277/1
pre-conceived [1]  40/1
pre-set [2]  276/18 277/1
pre-trying [3]  34/18 68/6
74/14
precarious [1]  89/12
precisely [1]  284/22
preclude [1]  209/23
predators [1]  161/8
predetermined [2]  34/8 96/3
Predictable [1]  66/1
pregnant [2]  45/1 137/14
prejudge [1]  80/16
prejudging [1]  12/10
prejudice [2]  35/9 116/11
preliminary [10]  54/13 54/18
111/8 113/19 114/1 121/17
296/18 296/20 301/6 301/8
premature [2]  119/14 119/15
premises [2]  118/3 118/4
preoccupied [1]  56/24
prepared [1]  289/18
preponderance [1]  81/25
prerequisite [1]  19/18
presence [1]  153/25
present [12]  83/12 117/1
121/9 121/11 121/13 171/23
181/2 196/15 207/21 238/14
238/16 244/2
presentation [2]  84/3 86/5
presented [15]  17/7 34/13
34/17 35/8 39/6 52/14 52/21
53/3 55/16 71/11 108/17
114/10 120/4 207/21 296/15
presents [1]  79/8
preserve [5]  207/13 211/13
273/10 277/16 282/15
preserved [1]  211/7

preserving [1]  209/25
presided [1]  53/1
president [2]  68/21 121/21
presiding [1]  52/20
pressured [1]  211/3
presume [1]  299/10
presumed [5]  14/24 116/19
146/25 147/2 147/2
presumption [2]  76/18 146/23
pretend [1]  131/9
pretended [2]  125/21 125/24
pretending [1]  149/9
pretrial [2]  207/2 218/18
pretty [10]  13/10 14/4 14/6
42/4 89/23 131/5 131/16
262/18 262/20 278/12
prevent [2]  256/22 283/8
previous [11]  25/19 50/24
52/12 104/22 206/23 215/22
220/1 221/20 269/16 280/20
293/12
previously [5]  107/21 205/20
239/7 247/1 266/11
price [3]  128/7 129/6 130/10
prices [1]  128/5
prima [1]  100/16
primarily [1]  278/9
primary [1]  127/20
principal [2]  38/5 38/7
principles [1]  113/25
print [1]  283/19
printed [1]  278/21
prior [16]  9/5 10/6 34/22
94/22 140/10 161/1 161/11
191/17 199/22 210/3 211/12
219/14 240/2 269/15 272/16
293/11
private [6]  11/17 16/21
43/24 270/5 270/7 271/9
privately [7]  10/18 11/7
11/8 47/6 110/8 110/11
110/11
privy [1]  258/22
probably [13]  14/21 31/1
43/20 44/16 50/14 50/16
62/21 80/10 137/25 138/2
147/11 158/21 304/17
problem [20]  33/21 33/25
34/1 52/9 60/2 62/5 70/17
70/25 89/14 122/11 156/10
178/10 197/14 206/15 291/3
291/4 292/12 300/19 303/11
304/2
problematic [1]  122/5
problems [3]  92/14 92/15
122/10
procedure [3]  193/19 304/12
304/13
proceed [5]  10/23 193/12
210/10 212/3 253/14
proceedings [5]  1/10 14/16
26/24 206/14 305/3
process [16]  6/18 43/20 52/8
54/14 83/5 86/1 89/23 91/7
94/14 113/4 174/19 175/5
211/4 273/11 278/23 285/22
processed [2]  175/13 239/22
processes [2]  278/19 286/14

processing [1]  279/7
producing [1]  100/24
product [1]  100/23
productivity [1]  69/5
professional [3]  155/9
155/11 155/12
proffer [1]  8/13
profit [1]  125/5
profitable [1]  145/20
program [4]  118/6 270/12
271/4 271/5
project [1]  124/1
projected [2]  123/3 124/16
projecting [2]  124/10 296/23
promise [1]  120/15
promised [1]  119/10
promptly [1]  117/25
proof [17]  35/3 35/4 56/3
59/22 65/12 116/22 116/24
117/8 147/4 147/5 147/11
147/14 147/14 147/15 147/20
147/20 148/4
proper [2]  95/11 294/17
properly [3]  242/18 243/7
281/10
property [2]  174/16 251/11
proposal [1]  9/16
prosecutors [1]  101/5
prospective [25]  10/25 17/11
17/13 25/7 26/8 29/5 29/7
36/6 36/8 43/5 43/7 46/4
46/11 48/10 48/12 50/21 51/1
52/11 55/3 56/9 56/11 57/21
87/19 87/21 90/10
prostitute [12]  72/4 150/7
150/7 150/8 150/16 150/22
150/25 151/1 151/25 153/22
154/1 156/18
prostitutes [3]  151/3 159/5
159/8
prostituting [1]  137/23
prostitution [45]  67/8 67/8
67/18 71/23 71/24 72/3 72/11
72/19 72/21 72/23 72/23 73/1
73/11 73/19 74/7 74/22 75/3
75/13 76/5 76/6 76/9 76/15
125/19 126/7 127/22 127/24
127/25 129/12 130/21 132/2
133/23 135/6 135/19 138/20
139/13 140/19 141/9 141/18
141/19 142/1 142/18 142/20
144/6 155/21 292/15
protocol [1]  303/4
protocols [1]  11/21
prove [11]  33/19 33/23 35/2
59/23 60/5 60/19 84/13 84/19
116/25 117/5 175/20
proved [6]  19/11 60/16 62/6
84/14 85/6 159/15
proven [12]  15/2 17/3 22/2
33/20 70/22 84/4 84/7 85/8
116/19 147/9 148/16 158/1
proves [6]  61/3 61/16 61/23
114/13 114/17 147/4
provide [5]  118/21 226/22
243/20 285/23 290/10 300/22
provided [4]  67/4 226/24
285/3 299/16

**P**

**proving [1]** 101/21
**public [5]** 1/19 1/22 53/10 53/11 132/20
**publication [1]** 304/10
**publish [51]** 178/18 180/4 180/9 181/21 182/2 182/13 182/20 183/10 183/23 184/12 184/22 185/13 185/25 186/12 187/6 187/14 188/22 189/11 189/12 189/15 194/1 194/2 197/12 197/18 198/1 198/21 199/5 200/8 200/19 201/2 205/25 206/5 214/15 221/14 222/10 223/7 223/18 223/24 224/8 225/2 230/21 239/24 240/8 240/14 240/23 242/1 244/18 244/19 245/8 250/25 267/13
**published [2]** 217/7 219/19
**publishing [20]** 180/9 191/7 215/16 218/1 219/2 225/22 236/24 237/12 237/19 237/21 245/5 245/12 246/22 246/24 247/19 247/23 248/2 248/5 249/4 251/3
**Publix [2]** 138/15 153/3
**puddle [8]** 60/9 60/10 60/11 60/15 60/18 61/10 61/12 61/14
**pull [9]** 169/25 171/21 192/16 206/19 275/18 278/24 283/6 283/14 286/23
**pulled [6]** 126/13 133/6 168/9 171/24 249/17 287/1
**pulling [3]** 138/5 281/21 283/17
**Pulse [1]** 16/9
**punch [2]** 137/7 137/9
**punished [1]** 23/16
**punishing [1]** 150/19
**punishment [2]** 22/4 22/25
**purchase [1]** 261/12
**purchasing [1]** 259/8
**purely [1]** 101/7
**purpose [7]** 100/18 115/24 116/1 116/2 174/18 279/9 302/16
**purposeful [2]** 100/23 101/21
**purposes [14]** 121/24 123/9 177/23 180/6 196/4 197/4 217/11 220/23 222/14 247/6 248/10 250/11 266/9 292/17
**pursuant [2]** 234/20 299/1
**push [2]** 37/10 77/12
**pushed [1]** 249/15
**put [53]** 10/1 10/22 11/16 11/18 14/17 25/11 29/25 35/2 37/25 39/5 87/12 89/8 89/12 92/15 95/19 107/12 108/5 108/14 117/3 124/12 137/22 139/3 143/20 145/13 159/3 166/25 173/13 174/6 175/8 192/1 196/25 199/21 206/19 208/14 208/18 210/23 211/2 227/24 233/6 256/2 260/13 264/17 264/25 265/14 274/7

275/7 277/20 283/17 284/15 284/15 291/15 298/25 302/6
**puts [2]** 75/20 286/15
**putting [2]** 138/6 302/2

**Q**

**qualified [2]** 119/11 272/23
**quality [1]** 80/11
**Quantico [1]** 281/16
**quarterly [1]** 163/17
**question [68]** 7/13 10/18 11/5 16/13 20/4 26/12 26/16 28/8 39/2 43/11 43/19 46/17 48/19 48/22 55/15 60/8 61/21 61/22 66/20 67/12 67/22 68/9 68/10 68/14 72/1 74/17 74/19 75/1 75/9 75/18 75/21 76/1 76/2 77/21 77/22 81/16 81/17 81/24 82/8 82/25 84/8 84/23 95/18 101/2 101/8 115/6 115/8 115/12 115/15 115/16 115/18 115/19 119/19 184/7 188/12 191/11 192/17 192/25 215/18 216/14 218/21 254/2 254/2 254/5 254/23 255/3 286/3 303/10
**questioned [1]** 25/20
**questioning [20]** 8/20 10/24 25/18 29/22 40/20 40/20 47/5 53/19 53/21 53/25 54/11 57/5 74/13 75/23 82/20 85/18 108/2 109/25 110/7 192/19
**questionnaire [1]** 22/13
**questions [61]** 13/2 17/18 20/19 20/21 24/12 24/17 24/18 25/15 28/3 28/5 29/11 29/14 30/12 34/19 35/15 35/19 35/22 36/1 36/2 41/10 41/13 45/5 46/14 47/7 49/14 53/14 53/23 54/13 55/6 55/11 58/3 58/5 58/6 58/7 58/16 58/21 58/25 67/3 67/5 71/17 71/17 75/23 82/15 82/16 83/15 87/7 88/25 89/1 89/2 90/20 92/6 92/14 92/15 92/22 94/12 110/9 113/1 115/3 115/4 251/19 291/2
**quick [3]** 33/3 54/23 251/25
**quickly [3]** 126/5 127/17 145/12
**quiet [1]** 47/23
**quit [2]** 152/1 152/6
**quite [5]** 31/25 91/18 145/25 295/24 302/20
**quote [2]** 9/4 130/15

**R**

**race [10]** 100/8 100/14 100/21 101/1 101/2 101/3 101/17 101/20 110/15 111/3
**racial [3]** 20/1 20/11 101/15
**racist [2]** 19/25 20/10
**rack [1]** 266/15
**radio [3]** 118/10 171/6 288/5
**raise [5]** 61/20 72/7 95/18 122/13 157/17
**raised [28]** 17/18 17/23 21/24 26/11 26/15 29/13

29/17 29/20 36/16 36/18 43/10 46/14 46/21 48/15 67/11 72/8 74/18 77/3 81/23 92/19 106/2 109/21 110/2 110/18 209/8 297/25 298/16 298/18
**raises [1]** 294/13
**raising [2]** 17/25 48/21
**rally [2]** 171/14 171/16
**ran [4]** 37/11 38/2 107/10 143/20
**random [1]** 48/24
**range [1]** 280/18
**Rangel [2]** 181/1 196/19
**rape [1]** 139/1
**raped [5]** 29/19 30/23 31/24 48/23 139/1
**rarely [1]** 131/7
**rate [1]** 141/3
**rather [7]** 89/11 90/2 128/19 153/3 206/7 206/17 299/11
**re [1]** 176/19
**re-entry [1]** 176/19
**reach [3]** 53/22 114/7 143/1
**reached [2]** 58/12 134/16
**reaching [1]** 116/3
**reaction [1]** 74/24
**read [11]** 30/9 42/21 44/5 54/12 55/21 118/8 119/25 227/3 276/10 283/4 288/7
**readable [1]** 10/10
**reader [1]** 288/6
**reading [4]** 7/15 35/6 68/12 101/9
**ready [11]** 15/15 45/4 91/17 217/13 257/25 258/5 258/7 287/24 302/5 302/5 302/24
**real [4]** 23/25 148/5 154/11 164/6
**reality [1]** 45/16
**realize [8]** 100/1 126/9 135/2 197/15 266/21 266/24 297/9 304/2
**realized [3]** 86/20 127/17 133/22
**really [14]** 16/8 31/21 43/19 65/9 89/6 92/6 127/6 130/25 146/5 147/7 149/23 152/13 154/12 172/13
**rear [4]** 184/6 200/17 244/22 265/25
**reason [16]** 24/6 24/21 25/15 59/12 71/8 99/25 100/5 100/10 100/14 112/22 112/24 156/7 156/11 254/3 255/6 256/25
**reasonable [45]** 15/3 15/8 18/7 19/12 19/14 22/16 33/20 33/24 35/3 35/4 56/3 60/6 60/16 60/19 61/4 61/16 63/20 64/3 64/4 65/1 65/9 65/13 65/18 65/22 65/23 66/6 66/10 66/10 66/22 67/1 70/22 84/4 84/14 84/20 85/9 92/4 94/3 94/6 95/5 117/6 147/14 147/20 148/5 157/17 159/15
**reasonableness [1]** 116/13
**reasons [9]** 8/6 9/11 23/20

**R**

**reasons... [6]**   70/16 78/4
101/22 109/16 111/2 277/17
**recalculated [1]**   284/5
**recall [8]**   17/25 59/22 93/25
253/22 257/4 262/11 262/25
265/23
**receive [9]**   51/5 147/19
163/12 165/7 271/3 272/5
272/8 276/9 277/14
**received [10]**   3/9 8/12 8/22
9/19 115/12 115/16 115/17
181/19 270/10 299/20
**receiver [1]**   256/6
**recently [2]**   128/3 152/12
**recess [9]**   54/3 54/25 124/8
124/9 176/5 176/10 176/13
176/16 253/10
**recessed [1]**   304/25
**reciting [1]**   253/21
**recognize [9]**   42/10 55/13
55/18 178/4 180/15 196/10
221/7 266/9 266/12
**recognized [1]**   272/19
**reconvened [1]**   124/9
**record [26]**   9/11 10/1 10/8
25/12 37/14 67/20 77/3 104/7
106/1 106/15 106/18 107/12
111/3 156/21 162/15 162/17
182/1 210/5 210/6 210/13
215/2 236/24 299/1 299/2
301/8 305/3
**recording [1]**   140/24
**records [1]**   154/18
**recover [5]**   140/9 254/1
254/3 254/12 254/17
**recovered [20]**   130/20 131/24
139/15 139/16 139/17 139/18
139/18 139/19 141/6 149/7
168/1 196/16 221/10 224/3
236/5 253/25 274/14 285/8
285/12 299/7
**recovering [1]**   254/7
**recovery [6]**   16/1 16/3 16/7
166/10 166/16 254/14
**recruit [1]**   131/8
**recruiting [1]**   131/7
**recruitment [1]**   133/21
**red [1]**   227/14
**redact [1]**   303/15
**redacted [2]**   219/18 303/17
**redacting [1]**   219/8
**redaction [1]**   228/16
**redactions [2]**   219/10 220/10
**redirect [3]**   3/5 268/2 268/4
**refer [6]**   93/21 134/13
166/22 255/9 279/2 301/10
**reference [1]**   301/11
**referring [2]**   29/13 78/1
**refers [1]**   273/24
**reflect [3]**   67/20 110/2
162/15
**reflections [1]**   192/23
**reflects [1]**   162/17
**regard [6]**   18/22 21/12 36/20
47/2 150/2 216/13
**regarding [17]**   7/8 8/13 8/23

25/22 30/25 31/22 46/14
52/16 53/8 53/14 53/15 55/6
67/4 79/21 92/19 117/13
272/15
**regardless [2]**   23/13 23/18
**registered [2]**   238/7 262/21
**registration [1]**   262/23
**regret [1]**   7/16
**regular [1]**   152/1
**regularly [3]**   152/2 152/3
152/3
**rehired [1]**   11/22
**reiterates [1]**   110/21
**reject [1]**   148/11
**relate [5]**   67/7 163/11
206/22 297/17 298/20
**related [12]**   13/21 30/20
117/15 117/19 118/9 118/12
120/2 165/13 207/3 210/21
261/22 293/13
**relates [4]**   39/2 86/9 292/20
297/20
**relating [2]**   84/10 298/2
**relation [2]**   26/2 26/5
**relationship [5]**   16/16 43/16
44/2 136/1 142/5
**relative [5]**   26/14 29/15
31/17 36/14 43/12
**relatively [1]**   164/10
**relayed [2]**   125/10 261/17
**relearn [1]**   60/3
**release [1]**   86/4
**released [2]**   36/22 36/22
**relevance [6]**   164/11 208/5
246/2 254/22 291/25 292/4
**relevancy [3]**   210/5 211/6
292/24
**relevant [5]**   100/17 130/23
175/7 208/8 264/23
**reliable [1]**   143/9
**relied [1]**   148/1
**relief [2]**   126/16 172/14
**religious [1]**   71/9
**relocate [1]**   25/11
**rely [4]**   120/24 147/16
147/21 302/15
**remain [7]**   31/14 85/22 86/11
90/5 117/2 252/10 288/1
**remainder [3]**   240/23 240/24
250/7
**remaining [6]**   20/13 45/23
108/22 109/7 206/6 245/6
**remains [1]**   102/2
**remarks [1]**   115/2
**remember [24]**   10/17 36/23
38/10 53/2 53/5 53/12 59/24
60/6 65/13 68/21 86/7 106/8
120/17 191/23 260/5 260/5
260/12 260/14 262/15 266/13
266/15 287/22 288/3 288/9
**remind [4]**   22/6 32/14 54/22
123/21
**reminded [2]**   152/21 176/18
**remote [2]**   277/24 277/24
**removable [1]**   62/20
**removal [2]**   8/7 283/21
**removed [7]**   9/24 63/15 198/7
227/23 228/2 241/12 247/1

**render [7]**   12/6 12/8 15/11
30/3 39/10 44/7 119/9
**repeat [2]**   81/15 191/11
**repeated [1]**   65/11
**repeatedly [1]**   107/23
**rephrase [7]**   14/13 14/25
68/10 75/9 75/25 258/3 286/3
**replica [1]**   283/24
**report [3]**   31/6 31/8 278/20
**reported [4]**   118/9 125/9
254/20 255/4
**reporter [5]**   2/2 10/4 269/2
305/6 305/7
**reporter's [1]**   120/8
**reports [1]**   285/23
**representation [1]**   181/6
**request [15]**   8/1 9/5 9/8
100/13 107/19 109/9 109/12
110/17 117/21 175/15 180/9
206/5 285/18 285/21 299/22
**requested [4]**   128/15 129/7
285/7 285/11
**requesting [1]**   107/11
**require [1]**   166/10
**required [7]**   56/3 95/20
100/19 117/8 117/18 164/25
207/23
**requirement [1]**   19/18
**requirements [1]**   152/16
**requires [4]**   100/4 117/12
119/25 271/6
**research [6]**   118/11 118/13
118/15 120/2 252/8 269/19
**reservations [1]**   12/18
**reserve [4]**   215/16 218/1
220/7 225/22
**residence [28]**   155/3 155/3
166/14 169/18 170/1 173/19
174/1 175/20 175/21 177/19
178/7 178/23 179/8 182/17
183/3 183/5 183/21 184/10
185/22 188/7 188/18 221/10
237/23 243/11 243/18 250/17
259/17 285/15
**residency [1]**   152/16
**resident [1]**   270/24
**resides [1]**   284/4
**resolved [1]**   176/25
**respect [7]**   8/4 26/13 94/18
110/21 295/8 298/1 300/5
**respond [5]**   8/16 8/19 82/13
94/1 243/1
**responded [2]**   25/14 136/15
**responding [1]**   84/22
**response [12]**   8/21 11/5 26/4
26/15 49/6 106/22 108/10
111/1 208/16 246/3 270/15
292/8
**responses [1]**   94/11
**responsibilities [1]**   163/11
**responsibility [3]**   45/15
84/24 85/2
**responsible [2]**   70/10 70/11
**responsive [1]**   25/14
**rest [7]**   17/10 22/21 57/18
90/8 126/18 245/8 295/6
**resting [1]**   216/16
**restrict [1]**   94/16

# R

**rests [2]**   101/17 147/5
**result [3]**   26/23 26/24
 287/23
**resume [1]**   176/9
**retain [1]**   281/1
**retired [1]**   68/21
**retract [2]**   242/18 243/8
**retractable [3]**   242/7 242/16
 242/17
**retrieve [7]**   198/11 225/20
 230/15 248/24 250/23 263/16
 277/13
**return [4]**   113/8 117/23
 122/23 159/16
**returned [4]**   7/21 124/18
 232/5 263/12
**returning [1]**   6/3
**returns [2]**   177/13 253/12
**revenge [4]**   146/2 146/4
 157/2 157/12
**reverse [1]**   59/8
**review [14]**   8/24 9/17 19/22
 27/21 90/11 208/17 286/17
 288/4 296/18 296/20 301/6
 301/18 304/14 304/21
**reviewed [6]**   9/10 181/4
 192/22 286/16 287/2 295/15
**revisit [2]**   110/24 124/3
**rich [1]**   125/5
**rid [1]**   154/6
**ride [1]**   141/4
**rifle [6]**   215/13 221/10
 221/21 223/16 261/5 261/5
**right [125]**   6/3 7/11 8/10
 10/14 23/10 24/13 25/6 26/20
 33/17 35/13 42/13 44/15
 44/20 44/25 45/11 52/1 54/6
 57/9 57/20 61/11 67/22 68/8
 68/11 68/13 73/3 78/11 78/22
 79/9 80/1 80/22 80/23 81/11
 82/6 82/13 82/14 83/4 83/18
 85/17 88/18 89/23 90/8 91/10
 91/19 93/6 95/1 95/18 101/12
 104/25 105/3 105/14 112/5
 117/2 124/17 127/3 133/14
 135/15 142/21 143/10 144/25
 146/24 147/5 149/20 162/14
 163/23 164/4 166/23 170/16
 176/3 176/12 177/11 177/14
 179/8 179/10 179/12 180/3
 181/12 181/21 183/9 183/20
 184/8 185/20 186/10 188/6
 188/12 191/20 204/15 205/21
 206/11 211/17 213/21 220/8
 220/19 230/19 231/24 236/18
 237/15 240/18 243/10 244/20
 246/16 246/21 247/2 247/17
 247/21 249/25 252/4 254/8
 256/6 256/20 256/23 257/3
 257/16 259/18 262/7 263/20
 263/22 263/24 275/16 277/11
 284/22 285/2 285/7 288/14
 303/1 303/12
**right-hand [1]**   80/22
**rights [1]**   227/3
**rise [4]**   48/21 100/17 106/11

298/22
**road [3]**   13/18 88/12 178/25
**ROBIN [2]**   1/11 2/2
**role [13]**   18/2 18/16 18/25
 19/5 21/8 21/10 22/8 22/24
 23/2 23/2 129/3 166/3 285/2
**roles [1]**   35/18
**Roman [2]**   298/3 298/8
**roof [1]**   150/20
**room [57]**   15/5 19/10 37/2
 37/8 64/5 64/21 112/18
 120/19 120/23 121/16 122/22
 129/6 131/25 135/12 141/11
 141/14 141/20 141/22 175/10
 178/17 179/10 179/11 179/11
 179/16 179/18 179/19 186/9
 187/22 189/6 189/22 189/23
 189/23 190/7 190/11 191/6
 191/15 194/12 194/20 195/3
 195/4 195/14 195/15 198/19
 199/2 200/4 200/6 200/16
 200/17 200/25 201/1 202/9
 206/3 235/20 235/20 266/13
 267/22 287/24
**rooms [4]**   118/19 118/24
 179/4 261/2
**rope [1]**   138/6
**Rosanna [1]**   168/8
**Rosanna's [1]**   267/20
**ROSENBERG [7]**   1/3 1/11 2/2
 146/6 146/19 147/13 148/4
**round [4]**   159/3 222/2 222/8
 223/12
**rounds [3]**   222/6 223/2
 255/24
**route [2]**   169/17 170/23
**routine [1]**   175/19
**row [20]**   77/17 78/23 79/12
 79/18 80/7 80/17 80/18 80/21
 80/22 81/13 81/16 81/16
 81/16 81/20 81/21 82/5 82/6
 83/16 83/18 83/21
**rubber [1]**   133/3
**rule [6]**   8/19 101/9 159/25
 160/1 160/2 291/8
**rules [7]**   115/11 115/14
 116/18 119/5 120/11 120/13
 120/14
**ruling [14]**   8/14 8/21 9/10
 104/23 110/21 111/1 206/21
 207/12 209/23 210/3 219/11
 293/11 293/12 296/4
**rulings [3]**   218/19 298/10
 301/8
**run [7]**   54/8 136/8 142/23
 142/25 143/11 224/6 278/17
**runaway [1]**   137/20
**rundown [1]**   288/14
**running [3]**   122/10 150/13
 279/18
**ruse [2]**   125/18 125/18
**rushed [1]**   123/4
**RXXX [21]**   125/15 126/1
 126/14 126/17 129/25 130/19
 130/19 131/16 131/21 134/21
 150/14 150/14 150/15 150/16
 150/19 150/23 150/25 151/1
 165/24 168/6 172/20

**RXXX' [1]**   199/4
**RXXXXXX [59]**   125/14 125/21
 139/9 140/9 141/11 141/21
 141/23 142/19 144/6 145/10
 145/10 145/12 145/19 150/9
 150/10 150/10 150/11 150/12
 151/5 154/4 154/5 156/3
 156/6 156/17 157/1 157/4
 157/10 165/24 166/11 166/16
 166/25 167/20 170/24 171/15
 172/12 190/21 231/3 231/16
 231/23 232/5 237/1 237/20
 238/3 254/10 255/6 256/11
 256/13 256/14 257/9 257/10
 258/16 258/19 258/21 262/7
 262/12 262/18 262/20 263/12
 266/3
**RXXXXXXXX [15]**   137/17 140/9
 140/21 141/15 141/22 149/4
 149/16 153/10 209/4 209/8
 209/16 209/16 229/3 230/19
 292/1
**Ryan [1]**   252/12

# S

**safe [29]**   140/1 140/13 144/9
 144/12 156/13 213/1 213/7
 213/8 213/20 226/8 226/14
 226/17 226/17 226/22 226/24
 227/14 227/24 228/2 230/19
 232/2 232/15 233/13 233/21
 234/7 261/3 261/14 261/22
 262/4 268/12
**safely [1]**   15/17
**safety [1]**   251/13
**said [87]**   13/8 16/1 16/9
 18/13 19/25 20/25 21/9 21/12
 22/6 23/2 23/12 23/24 24/2
 24/21 24/24 24/24 24/25
 28/24 30/4 30/5 32/6 32/24
 34/23 37/4 38/4 38/5 38/6
 38/6 38/10 41/17 44/2 46/25
 49/11 49/22 52/18 52/24
 60/23 61/19 61/20 74/8 76/13
 79/7 83/24 88/19 88/20 94/4
 95/14 95/25 110/14 120/17
 120/24 123/19 133/23 133/24
 134/16 135/14 135/15 135/25
 136/15 139/17 144/16 145/15
 152/22 153/10 154/5 157/13
 157/16 159/12 168/13 168/20
 168/25 172/11 172/11 205/20
 210/18 238/8 239/7 253/24
 262/7 270/8 279/4 279/4
 280/24 287/22 291/14 294/15
 301/6
**same [82]**   10/19 15/9 24/18
 34/4 46/17 49/7 51/14 54/2
 54/2 58/8 64/2 69/8 71/18
 72/15 73/21 78/9 78/18 79/1
 85/11 86/7 119/18 119/19
 130/17 132/13 134/5 138/22
 142/9 163/3 163/3 171/16
 172/21 176/6 186/8 190/7
 191/5 191/14 191/14 194/4
 194/5 194/12 194/20 195/3
 195/4 195/4 195/5 196/14
 197/24 198/19 199/20 200/4

359

**S**

**same... [32]** 200/25 214/9
215/12 215/14 216/13 216/24
231/9 233/3 245/13 245/16
245/21 246/20 246/20 246/21
252/7 255/16 255/18 262/15
262/16 274/21 277/9 279/12
293/13 293/21 294/14 295/8
295/9 297/24 298/6 298/15
299/17 302/14

**Samsung [1]** 279/15

**Samsungs [1]** 279/15

**sash [1]** 213/12

**sat [6]** 84/11 84/16 106/20
109/4 109/5 109/24

**satellite [1]** 270/25

**saw [19]** 16/10 18/20 36/15
114/11 114/14 115/7 115/9
153/1 183/20 195/25 226/7
232/1 239/7 245/12 248/19
257/20 258/24 261/5 264/16

**say [87]** 6/21 6/22 11/23
12/18 15/19 18/7 18/21 21/15
21/24 32/18 38/20 39/13
40/11 40/13 41/5 41/23 42/8
42/19 44/23 50/15 59/10 60/8
60/12 60/15 61/8 63/9 63/13
63/18 63/20 64/2 65/11 65/16
65/20 66/9 71/1 71/12 73/4
74/7 74/22 75/3 75/13 75/15
76/5 76/8 86/15 87/10 87/23
95/7 95/21 95/23 96/5 113/14
122/8 132/17 136/8 147/18
148/11 151/18 157/14 157/15
158/2 164/17 173/12 175/7
175/10 181/15 189/12 193/11
208/10 214/13 218/16 218/21
220/3 234/17 240/2 242/16
256/1 262/14 275/25 278/12
289/6 290/12 290/17 291/2
291/3 291/4 292/10

**say she [1]** 95/21

**saying [22]** 13/9 24/1 33/25
34/3 35/23 41/16 41/17 42/10
44/22 56/23 65/19 70/25
74/10 74/10 77/10 78/9 78/13
94/25 132/13 142/9 152/19
207/22

**says [13]** 11/24 12/22 15/15
17/4 21/14 34/9 34/10 38/23
116/5 135/8 148/25 290/5
291/13

**scalded [1]** 134/8

**scantily [1]** 128/4

**scar [1]** 137/2

**scare [1]** 138/7

**scars [1]** 134/9

**scary [1]** 155/24

**scene [10]** 119/23 173/18
175/3 175/23 179/1 181/1
264/2 264/3 264/5 264/6

**schedule [6]** 54/4 89/5 89/6
123/3 123/5 123/6

**scheduled [2]** 88/6 89/7

**scheduling [3]** 111/12 121/18
121/24

**scheme [1]** 141/18

**SCHILLER [36]** 1/14 3/3 3/5
6/6 52/13 66/10 144/25

**school [14]** 11/12 11/13
11/17 11/22 13/7 13/19 16/21
23/6 37/20 38/11 60/2 126/23
126/25 134/22

**schooler [1]** 127/7

**scorned [1]** 145/16

**scraping [1]** 133/4

**screen [11]** 111/19 179/5
179/7 179/17 183/8 195/13
219/9 251/6 251/8 267/18
283/1

**screened [6]** 180/1 180/2
184/6 184/20 266/1 267/21

**screened-in [1]** 266/1

**screens [1]** 111/17

**SD [1]** 271/17

**seal [2]** 173/10 173/12

**sealed [4]** 197/1 238/9 240/2
240/6

**sealing [1]** 62/17

**search [46]** 118/6 119/1
139/10 155/2 166/13 173/7
173/10 173/16 174/16 177/19
180/18 191/15 199/15 199/22
199/22 199/23 208/11 208/11
221/11 234/20 237/1 238/10
238/10 238/12 238/14 239/10
240/3 243/11 243/18 244/2
244/18 245/1 245/2 245/14
245/15 245/17 246/18 250/18
258/17 258/20 264/21 278/1
278/2 278/3 278/4 285/9

**searched [6]** 175/4 258/19
264/22 265/12 273/12 278/19

**searches [1]** 274/23

**searching [1]** 174/18

**season [1]** 113/15

**seat [1]** 160/7

**seated [10]** 11/3 54/1 58/2
111/6 112/6 112/8 112/16
113/18 124/19 177/14

**seating [2]** 54/2 112/24

**seats [2]** 19/6 54/2

**Sebring [1]** 137/20

**second [19]** 62/16 63/2 79/18
81/21 92/2 97/4 97/17 98/1
103/4 105/21 116/24 119/19
149/2 152/21 222/5 245/2
245/17 250/18 286/9

**secondary [1]** 44/9

**seconds [1]** 297/10

**section [4]** 195/12 195/12
266/1 266/10

**sector [2]** 270/5 271/10

**secure [1]** 256/21

**security [13]** 63/23 140/7
163/6 218/15 229/12 229/23
231/23 231/25 232/2 246/23
247/12 270/6 270/7

**see [121]** 8/1 10/21 18/11
21/13 21/14 34/13 38/5 42/7
47/4 49/14 54/14 58/7 59/7
59/13 61/5 62/17 63/3 64/16
66/24 67/2 67/20 69/4 71/13
72/13 73/22 74/3 74/24 77/16
83/20 84/22 88/16 91/12

111/17 116/9 119/21 122/15
122/22 122/24 123/16 124/7
130/13 131/4 134/14 140/25
141/6 142/7 143/1 143/23
144/2 144/3 144/4 145/17
147/24 148/14 149/8 150/16
150/19 152/1 152/17 153/23
154/2 154/2 154/4 154/15
155/1 155/2 155/19 156/1
156/2 156/5 156/6 156/13
156/17 157/2 157/4 157/13
157/25 158/4 158/16 159/3
162/11 164/15 167/20 171/7
173/1 185/22 210/16 216/2
219/12 224/5 227/13 228/12
229/5 235/12 237/21 246/22
247/12 248/6 249/11 249/17
252/22 253/6 256/2 256/4
259/23 260/4 264/25 266/17
276/11 276/22 276/24 284/1
288/5 288/11 292/4 292/14
298/4 300/5 303/1 303/13
304/22

**seeing [5]** 50/11 72/20 79/17
260/5 266/13

**seek [2]** 182/2

**seeking [4]** 192/25 221/1
223/19 244/8

**seeks [1]** 101/23

**seem [1]** 92/6

**seemed [2]** 172/13 172/14

**seems [1]** 169/22

**seen [8]** 37/6 67/23 67/24
68/1 141/24 208/2 226/16
259/10

**sees [1]** 135/8

**Seize [1]** 173/5

**seized [1]** 246/18

**seizure [1]** 243/13

**select [3]** 67/14 72/14 113/3

**selected [13]** 9/12 27/20
40/21 54/12 70/17 86/3 88/8
104/23 110/19 112/21 112/23
113/5 117/17

**selecting [2]** 22/24 86/1

**selection [4]** 83/5 91/7
94/14 107/18

**selects [1]** 129/5

**send [4]** 38/13 275/23 276/22
277/24

**senders [1]** 276/6

**sending [1]** 132/12

**senior [3]** 269/12 269/15
269/18

**sense [13]** 34/14 44/24 66/15
88/17 93/9 125/23 148/5
148/7 148/10 157/20 157/21
157/24 254/14

**sensitive [5]** 18/9 32/16
32/18 34/25 56/18

**sent [2]** 44/17 132/2

**sentence [7]** 18/22 18/23
21/12 23/15 25/2 61/19 61/19

**sentencing [2]** 22/8 176/20

**separate [5]** 30/21 91/25
267/20 267/21 290/3

**separated [1]** 209/6

**sergeant [21]** 159/21 161/7

**S**

**sergeant... [19]** 163/10
165/4 177/18 178/3 178/22
180/14 188/12 191/5 194/4
196/10 215/22 221/7 225/15
229/2 234/4 248/18 250/13
253/18 299/6

**series [8]** 244/14 297/16
300/5 300/15 301/1 301/2
301/2 301/19

**serious [1]** 120/12

**seriously [3]** 44/6 45/15
303/8

**serve [3]** 19/5 57/11 86/3

**served [3]** 107/21 176/20
176/23

**service [8]** 52/13 52/14
87/14 94/17 113/6 113/7
151/10 156/3

**serving [3]** 18/14 39/2 51/23

**set [26]** 96/14 125/18 126/2
133/14 136/23 140/19 141/10
141/18 160/11 166/19 166/25
167/2 168/11 168/21 170/1
170/17 170/22 170/22 191/17
192/15 276/18 277/1 282/20
283/3 290/3 297/9

**sets [3]** 120/12 191/17
297/10

**Setting [1]** 72/3

**seven [1]** 269/16

**seventh [2]** 102/13 103/12

**several [9]** 16/9 77/16 81/17
93/25 113/11 125/1 127/20
144/18 246/4

**sex [43]** 21/2 26/14 36/14
36/14 43/13 43/13 46/16
48/17 48/18 67/7 68/2 68/5
74/23 75/4 75/14 75/19 125/4
127/19 129/12 131/23 132/7
133/25 135/1 135/13 141/23
143/19 144/22 148/22 149/4
149/18 152/15 155/8 162/22
164/15 164/17 164/18 164/21
224/7 253/22 292/2 292/14
292/20 298/2

**sexual [11]** 26/15 29/16
32/13 36/15 43/13 46/16
48/18 108/7 128/15 129/7
161/8

**sexually [4]** 20/1 20/9 20/10
20/25

**Shall [1]** 91/5

**share [1]** 51/6

**sharing [5]** 33/8 38/25 72/22
73/5 88/3

**she [343]**

**she's [1]** 45/1

**shelf [2]** 195/22 256/3

**shell [1]** 256/18

**shells [7]** 198/9 213/10
215/12 255/20 256/5 256/15
256/17

**shelves [1]** 266/15

**Sheriff's [14]** 11/10 125/10
126/11 141/8 141/17 160/20
160/21 160/23 161/2 162/2

**shift [1]** 128/21

**shifts [3]** 128/21 128/22
129/4

**shirt [1]** 162/14

**shit [4]** 132/17 132/18
132/19 132/22

**shoes [2]** 14/18 266/14

**shoot [1]** 222/8

**shooting [1]** 16/9

**shop [1]** 259/13

**shopped [1]** 169/13

**shopping [1]** 132/20

**short [7]** 36/5 54/25 124/8
151/8 176/16 253/10 256/14

**shot [1]** 197/24

**shotgun [14]** 195/23 196/14
196/15 197/10 197/24 198/9
213/10 215/12 255/14 255/20
256/14 256/14 256/16 256/17

**shots [1]** 226/5

**should [35]** 10/7 22/22 23/16
23/16 39/19 45/23 57/17 67/9
71/17 81/5 81/8 89/14 95/4
96/3 101/9 108/23 109/7
114/21 115/5 120/22 120/24
139/3 141/2 146/20 146/21
155/6 157/17 160/2 206/20
207/3 251/25 284/5 288/4
301/15 301/15

**shouldn't [1]** 54/17

**shoved [2]** 129/19 134/7

**show [35]** 42/2 62/23 62/25
81/17 81/19 83/19 100/19
112/7 137/3 150/13 155/15
156/7 156/14 157/16 158/14
177/22 178/3 178/16 191/8
209/18 209/22 220/12 221/12
221/17 241/9 266/8 273/14
273/15 287/1 291/8 294/1
294/2 294/4 295/23 299/14

**showed [3]** 140/20 221/20
260/11

**shower [2]** 131/10 142/13

**showing [39]** 100/16 113/1
180/5 196/3 202/21 208/7
208/15 214/1 215/2 217/10
217/12 219/6 220/22 222/13
224/17 225/8 225/15 227/5
228/4 228/14 231/13 232/17
234/11 235/6 235/24 236/8
239/13 241/14 242/8 244/4
245/25 247/5 248/9 249/22
250/10 250/13 264/7 292/4
299/12

**shown [4]** 20/25 208/7 219/14
263/25

**shows [3]** 56/19 151/2 187/4

**shut [1]** 128/3

**shutters [1]** 182/18

**shy [1]** 131/9

**side [29]** 27/16 77/16 77/16
80/22 91/13 95/11 105/2
105/6 112/23 115/13 179/12
179/20 183/19 183/21 184/5
184/21 186/9 189/7 199/3
206/20 214/10 241/7 242/4
251/8 256/7 256/8 258/14

**sidebar [6]** 25/9 193/7
206/12 206/14 211/15 246/7

**sidebars [1]** 25/10

**sided [1]** 107/23

**sides [9]** 46/6 46/10 57/2
57/22 59/2 91/22 91/23 93/16
102/2

**sigh [1]** 126/15

**sight [1]** 249/16

**Signature [1]** 305/7

**signs [1]** 42/2

**silent [1]** 117/2

**Silvestri [1]** 127/1

**similar [7]** 79/2 80/7 134/7
134/21 274/6 276/5 277/8

**similarly [11]** 73/16 77/15
77/17 78/23 79/19 83/21
102/2 110/6 128/18 293/11
298/4

**simply [8]** 114/16 121/4
145/18 148/13 150/6 150/6
156/12 300/22

**since [13]** 7/18 12/5 12/6
15/24 51/15 58/17 107/21
117/1 126/10 176/1 269/23
270/8 304/7

**single [1]** 279/13

**singly [1]** 260/13

**sir [22]** 62/13 65/5 160/15
228/1 229/14 241/9 249/7
253/19 253/23 255/5 255/8
255/15 255/19 256/4 256/9
256/21 259/1 260/8 261/21
261/24 262/3 267/23

**sister [9]** 29/19 29/24 30/20
30/23 32/14 48/23 49/23
50/13 115/8

**sit [21]** 14/16 15/16 19/6
20/8 20/11 21/5 56/25 76/21
76/23 79/3 79/9 80/15 80/23
81/6 82/4 82/22 83/17 86/1
109/2 109/22 128/22

**site [2]** 20/2 118/24

**sitting [13]** 16/13 16/25
19/20 21/1 37/12 37/15 50/11
51/21 157/16 179/13 179/16
202/11 203/25

**situation [12]** 15/6 15/10
47/24 51/7 51/14 87/12 89/3
89/10 89/12 95/2 134/21
210/24

**six [14]** 76/24 78/12 78/13
78/21 79/3 79/4 79/12 79/16
79/19 80/23 81/6 81/8 81/14
82/23

**sixth [3]** 99/14 102/17 138/9

**size [2]** 180/19 223/2

**skeleton [1]** 148/18

**slate [2]** 17/5 116/23

**slave [1]** 132/5

**sleep [3]** 56/17 131/1 143/25

**sleeping [3]** 131/1 257/22
293/24

**slept [1]** 131/2

**slow [2]** 37/13 166/20

**slurs [2]** 20/1 20/11

**small [3]** 163/21 263/19

**S**

**small... [1]** 275/14
**smaller [1]** 274/13
**Smart [12]** 273/22 274/5
 274/6 274/9 274/12 274/20
 275/6 275/6 275/9 275/15
 277/12 277/24
**smelled [1]** 114/12
**smooth [1]** 145/9
**smoother [1]** 211/4
**smoothly [2]** 288/19 304/16
**so [220]** 7/2 8/3 8/14 9/14
 9/24 10/3 10/4 10/14 11/2
 12/4 12/8 15/4 15/11 18/1
 18/2 18/18 19/9 20/8 21/25
 22/1 22/23 23/16 23/20 29/4
 30/25 36/4 37/13 38/15 39/12
 39/14 40/6 40/11 40/17 40/23
 41/1 42/8 42/10 43/1 43/21
 44/16 46/2 46/6 48/24 50/19
 51/8 51/13 51/19 51/21 57/22
 58/24 61/21 66/16 74/10
 75/10 76/1 77/13 78/11 81/6
 82/17 84/4 84/11 84/17 86/2
 87/17 88/6 92/10 93/11 93/17
 94/4 94/6 95/17 96/17 96/20
 102/5 104/15 105/23 107/17
 110/11 110/17 110/24 111/5
 111/8 111/9 112/25 114/3
 117/17 119/6 119/11 120/6
 120/15 120/20 121/23 122/13
 123/7 123/16 125/4 125/18
 127/9 133/4 133/19 134/20
 135/8 135/14 135/15 136/16
 137/15 141/19 142/15 143/9
 145/21 147/24 148/20 150/2
 151/22 154/8 154/21 155/25
 156/3 156/23 157/15 160/1
 160/19 162/17 164/23 168/20
 170/16 170/17 171/5 174/1
 175/7 177/2 179/8 186/8
 188/6 191/17 191/23 192/24
 193/13 193/14 208/14 209/20
 210/19 213/20 218/21 222/2
 222/9 223/6 223/12 227/25
 230/18 233/6 242/18 244/24
 249/1 249/17 253/7 255/12
 255/13 256/1 256/2 256/2
 256/14 257/5 257/24 264/3
 264/25 265/10 265/18 265/21
 267/4 273/11 276/10 276/18
 276/24 277/11 277/23 278/9
 278/17 278/19 278/21 279/14
 280/1 280/22 280/24 281/13
 281/18 282/16 283/3 283/20
 283/20 284/22 285/18 285/23
 286/15 286/23 287/15 287/21
 290/12 294/23 295/5 295/16
 296/4 296/17 297/5 297/22
 298/7 298/8 298/13 299/14
 300/16 300/21 301/5 301/12
 301/23 302/6 302/8 303/10
 303/15 303/24 304/3
**social [12]** 20/2 118/19
 118/25 140/7 218/15 229/12
 229/23 231/23 231/25 232/1
 246/23 247/12

**social-networking [1]** 118/19
**software [19]** 273/11 274/7
 275/13 275/14 278/7 278/10
 278/11 278/15 278/18 279/4
 279/9 279/20 280/22 281/9
 281/13 283/5 283/14 285/22
 286/14
**solely [3]** 25/19 114/9 120/3
**some [49]** 13/9 18/21 19/23
 29/22 30/25 38/17 40/8 42/11
 42/22 62/19 67/4 67/17 69/2
 71/8 73/5 80/10 84/14 85/6
 90/20 100/21 113/25 114/13
 115/24 120/8 120/9 142/11
 142/17 149/11 151/18 154/23
 155/16 156/11 164/23 190/12
 206/9 222/2 224/6 234/23
 239/20 270/10 271/24 273/14
 273/19 277/15 278/4 280/5
 282/14 286/15 302/20
**somebody [24]** 7/1 37/25
 40/21 50/3 52/2 60/15 61/15
 61/22 62/20 73/4 74/6 134/17
 134/24 143/13 156/9 156/22
 165/11 174/4 177/3 257/25
 275/2 276/11 278/21 281/13
**somehow [1]** 63/15
**someone [30]** 31/18 40/21
 40/24 42/15 42/19 47/16
 47/17 47/18 68/4 69/4 69/12
 70/4 71/24 72/5 72/5 72/15
 72/22 72/24 72/25 73/18
 74/21 75/2 75/12 76/4 76/6
 76/8 100/4 100/13 114/11
 266/15
**someone's [1]** 114/13
**someplace [1]** 131/3
**something [58]** 11/9 11/14
 11/20 11/22 13/21 14/5 14/19
 14/20 16/7 18/4 18/4 18/21
 21/11 21/12 22/17 23/12
 23/14 23/15 23/22 24/2 24/8
 24/23 25/9 25/11 27/6 37/18
 38/23 41/6 59/9 62/20 65/22
 66/21 66/25 69/18 70/3 71/9
 80/19 82/10 85/20 86/15
 122/7 127/12 131/11 143/25
 149/14 156/20 177/5 178/16
 214/10 254/17 266/15 288/7
 296/17 298/22
**sometime [1]** 158/14
**sometimes [23]** 18/20 39/14
 52/1 60/3 69/14 84/9 112/22
 112/23 114/16 115/20 138/2
 142/4 142/25 160/24 162/2
 163/20 178/15 271/17 277/17
 277/25 280/22 280/23 287/18
**somewhat [1]** 47/5
**somewhere [2]** 128/20 158/13
**son [9]** 16/1 16/13 16/16
 25/23 44/25 138/11 138/13
 138/21 153/1
**son's [1]** 152/25
**son-in-law [2]** 16/1 16/16
**soon [7]** 83/10 131/21 133/25
 134/25 179/9 205/10 277/21
**sooner [2]** 89/11 90/2

**sorry [27]** 24/10 28/8 37/13
 37/22 39/1 45/11 49/1 51/9
 59/11 70/6 79/23 97/2 99/7
 100/5 149/19 179/17 191/10
 197/13 211/24 223/20 228/20
 240/24 245/12 251/22 263/2
 263/21 273/2
**sort [5]** 9/15 48/4 77/11
 154/12 304/2
**sorted [1]** 278/19
**sorting [1]** 95/18
**sought [2]** 102/1 220/5
**sound [1]** 55/22
**sounded [2]** 13/12 18/16
**sounds [4]** 285/19 288/7
 300/17 301/19
**source [3]** 31/9 118/13 120/7
 179/20
**south [3]** 128/18 178/25
 179/20
**SOUTHERN [2]** 1/1 272/19
**Space [1]** 118/20
**spared [1]** 132/16
**sparse [1]** 125/16
**spatula [1]** 133/4
**speak [21]** 6/12 10/17 16/5
 18/24 45/21 55/2 56/14 58/15
 58/17 85/23 86/12 90/4 92/18
 110/11 110/11 112/25 166/20
 208/22 219/7 260/3 289/12
**speaker [1]** 136/23
**speaking [3]** 19/24 164/10
 275/6
**speaks [2]** 43/20 76/10
**special [10]** 44/18 53/4
 55/18 120/5 125/12 143/5
 152/16 161/5 165/18 295/24
**specialist [3]** 16/1 16/3
 25/22
**specific [4]** 100/10 161/4
 294/3 301/16
**specifically [10]** 89/17
 108/7 109/17 125/12 149/13
 164/17 170/15 246/5 265/3
 274/11
**speculate [1]** 83/10
**speculation [3]** 254/22 258/2
 258/7
**spell [2]** 160/8 269/2
**spend [2]** 304/7 304/17
**spent [2]** 90/20 262/8
**spoke [8]** 21/17 44/3 108/3
 110/12 137/12 141/11 152/3
 289/11
**spoken [1]** 19/21
**spot [1]** 10/22
**spray [1]** 141/16
**spread [1]** 133/3
**spurned [1]** 157/4
**squad [1]** 253/24
**square [3]** 139/11 144/13
 159/4
**squeezed [1]** 136/25
**stacked [2]** 260/13 260/16
**staff [1]** 129/2
**stage [3]** 10/23 279/7 279/10
**stages [1]** 117/10
**stairs [3]** 37/15 136/6 136/7
**stamps [1]** 275/3

## S

**stand [6]** 146/24 157/15 159/22 242/23 302/9 302/20
**standard [6]** 9/1 55/24 56/2 147/25 147/25 278/12
**standing [7]** 185/21 190/9 220/1 297/22 298/15 299/2 301/10
**stands [1]** 146/3
**start [11]** 41/20 77/12 79/5 82/18 83/3 96/15 105/23 147/8 220/3 274/24 303/6
**started [15]** 37/4 37/24 54/24 74/11 129/21 131/17 131/22 135/4 135/9 135/18 136/6 137/1 137/22 169/16 172/4
**starting [5]** 78/11 90/25 98/20 122/5 282/9
**starts [5]** 78/12 79/14 79/20 80/18 116/23
**state [12]** 6/4 67/9 125/2 159/6 160/7 162/20 178/8 181/25 197/5 215/4 269/1 277/16
**stated [6]** 9/11 25/15 79/1 81/17 111/2 247/1
**statement [18]** 8/20 39/22 66/25 77/19 78/8 78/10 78/19 78/19 115/1 121/4 121/7 124/21 146/10 146/12 146/13 146/14 152/19 152/20
**statements [6]** 78/15 95/17 113/23 114/25 121/7 144/5
**STATES [10]** 1/1 1/4 1/11 1/15 6/4 67/9 72/4 145/3 146/25 152/17
**stating [2]** 79/1 304/9
**station [4]** 125/17 283/2 283/6 284/5
**stay [11]** 37/10 86/21 122/16 131/19 138/15 149/2 153/8 158/12 237/23 276/16 287/19
**stayed [1]** 152/1
**staying [1]** 127/2
**step [5]** 85/21 101/6 101/19 157/23 242/23
**stepfather [2]** 108/4 110/13
**stepped [3]** 77/22 77/24 254/12
**stereo [1]** 189/24
**Stevens [1]** 272/6
**stick [2]** 52/18 168/7
**sticking [2]** 144/15 221/19
**sticky [1]** 10/20
**still [29]** 9/23 30/7 31/18 35/2 35/4 49/11 52/8 54/1 64/2 73/10 75/3 90/6 123/3 126/24 137/3 140/11 143/11 169/2 202/20 203/12 218/8 218/9 225/18 239/10 245/19 252/10 254/14 299/8 302/9
**sting [2]** 140/19 141/9
**Stipes [2]** 2/2 305/6
**stood [1]** 171/5
**stop [7]** 158/7 171/15 171/21 171/24 239/7 287/9 287/14

**stopped [2]** 242/25 265/1
**storage [3]** 195/13 260/24 280/18
**store [4]** 242/19 259/10 259/13 280/12
**stored [3]** 196/25 277/12 280/1
**stories [4]** 34/16 79/8 94/4 129/17
**story [7]** 34/13 41/25 42/5 82/10 126/17 126/18 133/10
**straight [1]** 179/16
**straightforward [1]** 58/24
**strangers [1]** 123/22
**strategy [1]** 101/18
**streamline [2]** 209/2 290/2
**streamlined [1]** 289/4 301/12
**street [9]** 1/19 127/3 131/3 154/8 167/13 170/8 170/10 170/12 172/2
**strength [3]** 77/7 78/25 79/15
**stress [1]** 145/11
**stricken [8]** 93/16 93/18 101/24 102/1 102/5 108/13 108/15 115/21
**strike [23]** 94/21 96/25 97/21 97/25 98/6 98/17 99/2 99/20 100/2 100/14 101/1 101/23 102/16 103/5 103/11 104/9 105/13 105/20 107/2 107/3 107/20 108/1 108/19
**strikes [5]** 91/3 104/24 107/10 107/11 108/20
**striking [3]** 97/2 101/1 108/1
**struck [1]** 108/16
**struggled [1]** 43/18
**struggling [1]** 88/4
**student [1]** 13/15
**stuff [8]** 11/15 16/8 21/4 54/7 174/19 215/14 239/20 285/23
**subject [7]** 177/19 207/18 210/5 210/14 220/10 228/16 294/17
**submit [7]** 145/16 147/18 150/3 150/13 152/17 156/21 157/11
**submitted [2]** 9/22 219/15
**subsection [2]** 298/3 298/8
**subsets [1]** 297/17
**substance [1]** 299/13
**success [1]** 174/5
**successful [1]** 174/2
**such [14]** 14/18 21/18 27/15 30/1 37/19 61/9 114/14 118/19 147/15 147/20 149/12 229/12 259/10 289/4
**suffered [5]** 134/7 135/23 136/3 137/19 137/25
**suffering [1]** 138/22
**sufficient [2]** 100/24 207/24
**suggest [8]** 16/25 145/25 146/11 146/12 148/9 246/7 304/5 304/14
**suggesting [2]** 109/18 109/19
**suggestion [1]** 109/12

**suggests [1]** 115/6
**suite [9]** 1/16 1/23 179/14 202/23 203/6 203/12 204/1 205/10 205/18
**suited [1]** 134/9
**summarize [1]** 121/14
**summary [2]** 10/9 83/9
**sunk [1]** 51/17
**superficial [1]** 38/18
**supervise [1]** 164/3
**supervisor [1]** 161/12
**supervisory [1]** 143/5
**supplement [1]** 291/15
**supplying [1]** 117/23
**support [5]** 15/3 22/14 81/3 131/11 166/10
**supported [1]** 145/1
**supporting [1]** 13/21
**supports [2]** 81/2 81/9
**supposed [3]** 130/6 171/14 176/19
**supposition [1]** 13/20
**sure [50]** 18/2 21/9 21/10 22/16 29/12 30/10 32/1 41/6 45/3 47/24 55/7 55/12 60/24 60/24 60/25 62/15 64/9 70/11 75/10 75/17 81/11 89/15 90/19 94/5 100/1 119/17 122/1 122/17 123/15 136/16 144/12 166/9 167/3 191/13 196/24 207/20 219/17 254/1 256/1 257/17 259/22 260/10 262/18 262/20 263/23 265/13 278/12 288/19 298/5 302/5
**surface [1]** 243/8
**surgery [1]** 44/24
**surveillance [12]** 167/4 167/13 168/11 168/21 169/6 169/17 169/20 170/1 170/13 170/22 171/9 184/9
**sustain [5]** 68/7 75/22 96/7 115/16 115/18
**Sustained [2]** 14/13 14/25
**Sutherland [2]** 62/23 63/14
**swabbed [1]** 175/15
**swabbing [1]** 239/23
**swear [3]** 86/4 111/6 112/14
**swelled [1]** 133/2
**switch [2]** 67/3 108/17
**sworn [5]** 112/15 113/24 159/23 160/6 268/25
**sympathetic [3]** 32/20 32/25 34/23
**sympathy [1]** 35/9
**system [5]** 10/19 49/2 174/22 279/14 279/17
**systematic [2]** 174/21 264/21

## T

**table [2]** 16/14 147/5
**tablet [1]** 274/6
**tablets [1]** 286/18
**tactical [1]** 166/10
**tactics [1]** 131/10
**tad [1]** 37/13
**Tagged [1]** 175/13
**take [50]** 19/9 19/22 44/6 45/14 53/20 54/3 54/23 57/20

**T**

**take... [42]**  87/2 89/6 90/23 90/24 91/13 113/9 116/8 120/16 120/17 120/23 123/7 123/17 133/3 133/15 135/2 151/17 170/23 173/3 173/14 175/12 176/4 181/20 182/1 191/7 193/13 193/15 193/18 219/9 229/2 237/25 249/18 250/13 251/25 252/4 253/20 263/6 264/12 268/11 278/23 280/18 292/18 296/4

**taken [46]**  28/20 52/3 54/25 67/23 68/4 82/11 124/8 126/5 126/13 141/25 144/14 172/16 172/20 176/16 191/5 191/6 191/13 191/15 191/17 191/17 191/18 191/21 192/1 192/13 207/16 208/3 208/8 208/9 208/10 233/13 238/8 238/9 239/2 239/4 244/24 245/16 251/14 253/10 260/13 264/3 264/6 265/7 265/11 275/1 292/3 300/7

**takes [3]**  129/7 278/18 280/11

**taking [12]**  7/17 20/12 101/14 120/19 138/5 183/20 185/20 185/21 190/9 192/11 208/16 279/25

**tale [1]**  126/19

**talk [40]**  16/6 16/8 19/2 28/14 38/6 43/25 52/6 57/16 84/1 87/16 90/5 95/15 112/2 113/8 113/12 117/14 119/7 119/8 119/12 143/7 143/7 146/17 146/18 148/20 153/20 165/11 176/14 192/3 205/19 226/8 271/24 273/5 274/11 281/9 282/4 284/22 300/4 300/13 300/14 300/19

**talked [16]**  20/24 47/25 76/17 143/17 143/20 146/22 150/11 150/24 152/2 152/8 155/7 256/18 261/14 274/13 277/11 298/4

**talking [16]**  23/8 65/16 93/10 93/24 105/11 118/15 135/9 167/7 177/18 193/2 202/11 206/3 240/4 297/9 298/5 298/14

**Tamarac [4]**  127/3 131/20 136/6 136/22

**tape [4]**  173/13 233/5 233/7 240/3

**tase [1]**  129/25

**tased [3]**  132/24 134/8 260/7

**taser [8]**  139/16 213/23 214/9 258/24 259/2 259/15 259/22 293/24

**tasering [1]**  144/15

**task [16]**  70/18 125/13 149/23 154/11 161/7 162/23 163/10 163/11 163/18 163/24 164/8 165/1 165/7 165/13 243/10 286/22

**tasks [1]**  166/4

**tattoo [2]**  137/16 237/21

**tattooed [1]**  130/15

**tattoos [1]**  130/17

**taught [1]**  11/12

**teacher [5]**  37/22 38/1 38/1 38/9 38/12

**teachers [1]**  38/3

**teaching [1]**  271/12

**team [10]**  16/4 16/7 167/4 169/6 170/8 170/10 170/12 171/4 172/2 270/15

**teams [4]**  166/7 167/3 167/5 168/21

**tech [1]**  181/1

**technicians [1]**  175/3

**techniques [1]**  282/15

**technology [1]**  123/14

**tedious [1]**  154/23

**teens [1]**  43/17

**telephone [1]**  118/18

**television [2]**  118/10 288/5

**tell [57]**  21/7 21/20 23/11 31/23 48/21 50/16 54/2 54/12 87/15 89/9 117/15 117/25 125/15 129/9 129/17 131/13 139/20 139/22 147/13 148/4 152/7 153/13 153/15 153/17 155/15 159/1 161/23 162/25 168/13 175/11 178/6 182/6 182/16 183/2 191/21 192/2 195/11 196/10 207/12 213/22 214/8 214/10 215/11 223/2 224/2 229/22 234/17 234/19 248/21 259/12 259/19 267/17 271/25 273/6 279/23 289/7 289/18

**telling [12]**  40/1 40/2 41/25 70/6 77/8 77/8 80/19 89/4 132/11 142/8 148/25 266/12

**tells [2]**  61/15 119/13

**ten [6]**  6/9 48/23 144/22 148/15 270/2 272/10

**tend [2]**  39/22 86/22

**tendered [1]**  101/20

**tending [1]**  39/24

**tenth [1]**  103/25

**term [6]**  155/16 254/3 254/7 254/15 254/17 270/24

**terminology [3]**  254/1 254/6 254/16

**terms [8]**  29/22 49/2 95/10 95/20 149/20 149/23 160/3 193/19

**terror [1]**  42/1

**test [6]**  88/5 88/14 88/17 89/10 89/15 269/19

**tested [1]**  281/13

**testified [9]**  39/18 55/19 116/9 208/1 262/12 272/14 272/16 292/1 304/11

**testifies [2]**  155/10 290/13

**testify [17]**  12/16 19/21 35/20 40/1 81/9 117/1 117/3 117/4 160/4 160/5 162/19 208/6 246/5 246/8 292/15 292/22 299/23

**testifying [4]**  116/10 156/25 157/8 299/10

**testimony [34]**  9/6 12/11 12/23 12/24 20/10 32/23 32/24 32/25 34/13 39/7 79/25 80/12 80/13 81/2 82/1 114/11 116/4 116/4 116/7 116/12 116/13 118/7 119/17 119/20 120/3 121/2 154/17 192/22 252/9 253/20 288/2 290/10 292/19 304/11

**tests [3]**  89/21 90/2 281/11

**text [7]**  118/18 142/7 143/3 143/23 280/4 280/5 281/19

**texted [1]**  152/3

**texting [3]**  154/19 275/2 275/25

**texts [6]**  17/20 20/1 130/12 155/19 156/2 156/6

**than [41]**  13/17 13/20 14/9 31/16 38/20 38/24 39/24 42/9 43/22 78/3 79/1 79/18 85/5 85/14 87/11 89/11 90/2 100/19 100/23 101/3 108/19 121/1 127/5 127/11 128/19 138/3 141/3 147/11 153/3 164/7 206/7 208/3 216/18 274/8 287/12 295/14 295/22 296/19 298/18 299/11 301/19

**thank [86]**  17/8 17/9 20/20 25/4 25/6 29/3 29/4 30/15 33/2 33/7 33/8 35/13 36/3 36/4 38/25 41/12 42/25 43/1 45/10 45/19 45/25 45/25 46/2 47/7 48/7 50/5 50/5 50/18 50/19 52/4 52/9 56/7 57/15 57/19 58/11 58/14 58/22 58/24 59/13 61/1 62/1 62/11 62/13 66/16 67/2 67/13 67/20 67/24 71/5 71/14 71/15 71/19 77/14 80/7 81/12 85/4 85/14 85/15 85/16 86/12 87/13 87/14 87/18 90/1 90/7 96/10 112/16 112/19 113/16 124/22 145/5 159/17 159/20 160/10 176/10 177/7 177/16 252/10 267/23 267/23 267/24 268/14 287/21 294/6 303/12 304/24

**thankful [1]**  38/18

**thanks [3]**  91/15 113/14 253/9

**that [1237]**

**that's [3]**  214/9 280/8 290/4

**their [47]**  6/5 13/21 22/21 23/19 32/23 34/16 36/16 37/25 40/12 42/5 67/11 67/18 69/4 74/18 76/8 85/25 104/24 108/12 108/18 114/25 115/2 117/13 121/13 122/18 134/3 140/6 142/17 143/10 147/4 147/4 155/21 156/1 156/5 156/25 157/8 157/8 160/3 160/4 199/21 207/15 237/2 243/6 270/24 273/25 276/7 276/9 280/12

**them [153]**  7/6 7/10 8/11 14/1 22/18 22/18 24/3 24/12 30/9 30/13 34/3 34/6 34/25 35/20 38/3 38/23 38/24 52/6 53/18 53/19 53/24 54/2 54/12

**T**

**them... [130]**   54/12 67/19
71/24 72/6 74/9 75/15 75/20
108/15 108/17 109/1 109/2
109/5 111/6 113/10 113/12
114/24 117/17 117/19 119/8
119/13 120/18 121/10 123/17
125/4 125/5 126/17 128/24
129/19 130/13 131/10 131/11
132/13 135/10 135/11 138/14
138/15 140/8 141/23 141/23
142/7 142/11 142/13 142/13
142/13 142/13 142/17 143/1
143/3 143/11 143/18 143/18
143/24 144/15 144/21 149/13
152/9 153/5 153/8 153/8
155/4 155/22 155/23 157/7
158/5 158/6 158/6 158/7
158/8 158/12 163/15 164/1
164/1 166/1 169/6 177/4
181/12 181/21 192/17 192/18
192/21 192/22 193/11 193/13
193/14 206/6 206/9 206/18
206/20 207/21 209/6 209/18
211/1 219/22 220/5 220/6
220/12 220/12 223/13 223/14
224/6 233/5 240/21 249/12
249/18 253/8 257/20 260/16
262/16 263/11 265/10 268/20
273/14 274/25 275/13 275/18
276/10 280/23 285/23 288/10
289/8 290/7 294/15 298/20
299/20 299/20 301/9 304/3
304/6 304/8 304/21
**theme [2]**   131/6 132/24
**themselves [6]**   71/6 80/12
119/13 219/21 274/24 276/13
**then [49]**   6/18 12/5 12/6
12/11 14/7 16/6 16/11 19/7
19/11 19/23 26/1 31/2 37/4
40/4 53/21 53/25 54/11 74/11
74/22 82/18 85/25 88/20 91/1
93/16 101/6 110/6 111/11
113/22 115/15 121/9 142/14
150/1 157/5 157/13 158/14
171/9 179/14 222/5 242/18
274/12 276/19 283/3 283/22
286/15 296/17 298/8 298/19
299/3 302/12
**there [287]**   6/15 7/22 9/12
9/24 10/1 10/12 10/21 12/1
12/16 13/18 14/2 15/2 15/8
16/9 17/1 17/21 19/21 19/23
20/3 21/3 21/25 22/1 22/2
22/5 22/21 22/22 24/12 25/1
25/9 25/11 26/23 27/4 31/6
31/8 32/4 32/5 32/11 34/14
37/16 37/21 38/1 38/1 38/7
41/3 42/10 42/21 42/22 45/5
49/5 49/14 53/23 55/11 59/5
60/9 61/9 63/6 71/6 72/17
72/18 74/18 75/16 76/1 76/19
77/6 77/10 77/22 78/9 78/13
78/17 78/18 78/21 79/1 79/3
79/12 79/14 79/19 80/23 81/6
81/11 81/13 82/14 82/23
83/12 85/19 85/24 89/9 91/12

91/18 93/2 93/25 95/12
102/2 108/6 112/22 115/11
116/17 123/11 123/14 128/23
129/3 129/3 131/13 136/10
136/15 137/17 138/13 138/17
139/24 140/1 141/15 142/11
142/16 144/8 147/12 149/12
150/3 150/3 150/4 150/4
150/9 150/20 150/22 151/17
153/6 153/14 153/16 153/20
154/19 155/5 155/25 156/10
156/14 156/16 156/21 157/5
158/11 163/21 164/7 164/23
165/17 166/16 167/25 168/3
170/11 170/17 170/17 170/18
172/12 172/15 173/18 175/10
175/22 175/23 179/9 179/9
179/10 179/13 179/14 179/16
179/19 179/21 179/22 181/6
181/8 181/9 182/1 183/9
187/5 191/17 192/12 192/16
192/17 193/6 193/15 195/13
197/14 200/6 200/7 203/15
204/14 205/10 206/17 207/11
207/17 208/3 208/15 208/17
209/23 214/10 215/22 216/6
218/10 220/24 221/22 223/13
230/13 233/5 233/22 234/4
235/20 235/21 235/22 235/22
236/18 239/4 239/10 239/20
241/11 241/12 242/24 243/2
245/19 246/14 246/14 251/14
253/4 254/3 255/24 258/5
258/13 258/16 258/20 258/25
259/13 260/2 260/12 262/16
262/16 263/3 264/14 264/17
265/1 265/13 265/16 265/22
265/24 265/25 266/3 266/13
268/18 268/22 270/18 271/5
271/7 271/8 274/1 275/1
275/7 276/16 277/17 277/23
278/18 278/22 279/16 279/18
279/24 280/15 280/24 281/11
283/1 285/4 285/4 285/5
285/24 288/4 289/8 290/7
290/24 291/3 291/5 291/13
291/14 291/24 293/17 293/20
294/8 294/11 294/20 295/2
295/10 296/8 296/12 297/2
297/3 297/17 301/15 304/1
**thereafter [1]**   131/21
**therefore [3]**   14/19 116/22
121/23
**Thereupon [18]**   54/25 57/25
86/13 112/4 112/15 113/17
122/25 124/8 124/9 124/18
176/11 176/16 177/13 252/11
253/10 253/12 288/13 304/25
**these [107]**   13/25 23/19
23/22 29/23 32/14 35/22
38/24 39/3 39/5 42/22 42/23
51/12 60/3 73/14 78/14 82/16
85/8 89/20 89/24 108/19
109/2 112/2 114/1 119/5
120/11 120/14 125/2 127/6
129/8 130/2 131/15 134/2
139/6 140/4 140/11 142/4
142/22 142/24 143/23 151/21

151/21 153/1 155/4 155/5
155/17 155/20 156/23 157/22
158/5 158/19 180/18 188/7
189/9 198/6 207/4 207/21
207/22 207/24 210/4 210/8
211/1 214/25 215/11 217/23
218/9 218/14 218/25 221/23
221/23 222/1 222/23 223/2
225/15 226/7 227/23 229/12
230/18 231/22 232/15 233/3
237/23 239/2 240/19 247/12
248/3 249/20 250/8 250/17
254/20 254/20 255/2 256/17
274/14 285/18 285/22 286/12
299/5 299/12 299/12 299/20
300/2 300/4 300/23 300/23
302/2 302/15 303/24
**they [293]**   8/11 11/7 11/17
11/20 11/21 13/9 13/10 13/17
18/5 18/21 19/20 20/25 28/19
30/1 30/9 30/12 30/20 30/21
35/18 35/23 36/1 37/2 37/3
38/4 38/11 38/13 38/20 41/18
42/2 42/19 42/20 45/1 49/3
52/19 52/21 53/17 55/18
57/11 58/6 58/16 59/5 61/15
62/19 62/21 65/18 68/8 69/5
70/11 70/12 71/7 72/14 73/5
73/6 73/11 73/20 74/7 74/22
75/3 75/13 75/20 75/24 76/5
76/14 78/13 80/12 80/19 82/1
82/10 84/2 84/3 84/4 84/5
84/13 84/14 85/6 85/24 88/16
88/21 88/21 89/20 90/4 94/25
99/23 107/9 107/24 108/12
108/16 108/17 108/19 109/6
111/18 113/12 115/14 119/6
120/25 123/16 123/23 125/9
125/15 125/15 125/16 125/17
125/18 126/8 127/10 127/11
127/14 128/2 128/11 128/18
128/20 128/21 128/23 129/6
131/11 131/17 131/17 131/18
133/10 133/11 134/2 134/3
134/4 135/10 135/25 136/1
136/22 137/25 138/14 139/10
139/20 139/23 140/8 140/19
140/23 140/24 142/4 142/6
142/6 142/6 142/7 142/12
142/25 143/2 143/4 143/10
143/10 143/11 143/19 143/24
143/25 144/1 144/1 144/12
148/16 149/3 151/5 152/2
152/2 152/3 152/8 152/20
154/16 155/5 155/6 155/13
155/14 155/14 155/20 155/23
155/24 155/24 156/1 156/13
156/15 156/25 157/8 157/9
157/13 157/14 157/15 157/15
157/16 157/18 158/8 158/8
158/8 158/10 158/11 158/12
160/4 160/4 162/1 165/10
168/7 168/8 169/8 169/13
169/15 169/16 170/11 171/4
171/6 171/24 172/22 178/15
181/6 184/10 186/8 189/13
192/1 192/13 192/22 193/10
196/22 196/22 198/7 198/7

**T**

**they... [75]**   204/4 207/1
207/4 207/4 207/8 208/1
210/23 211/3 218/12 219/18
219/18 220/9 220/10 222/25
223/3 223/12 227/25 228/2
232/2 232/5 237/5 237/25
241/9 247/1 247/13 247/14
249/11 249/15 249/21 250/19
255/2 255/4 260/12 260/19
261/2 261/3 261/4 262/8
262/10 262/15 263/9 263/12
263/17 263/18 263/22 264/22
265/3 265/13 266/1 271/9
271/10 275/5 275/13 276/10
276/16 279/16 280/14 285/24
286/23 286/23 288/9 289/8
291/15 291/16 292/22 292/23
296/19 299/6 299/8 299/15
299/24 300/17 302/4 303/18
303/19

**they'll [1]**   142/8

**thick [1]**   106/8

**thing [30]**   7/25 15/13 21/16
64/2 65/1 70/15 78/9 128/17
138/16 142/9 146/3 146/22
149/14 151/16 156/5 158/2
158/4 172/11 176/17 179/4
185/22 204/2 226/6 241/20
242/6 256/22 259/11 277/18
299/5 299/17

**things [54]**   7/11 13/25 34/3
38/16 38/19 38/24 39/14
40/17 42/17 42/22 42/23 60/3
73/14 85/1 95/7 101/12 112/3
114/23 116/9 122/15 123/5
123/9 127/6 127/17 128/8
130/7 136/17 137/25 142/13
146/16 152/3 153/10 156/24
157/13 166/8 166/9 176/22
177/6 253/24 263/7 273/9
273/13 273/19 273/25 274/25
275/7 278/23 281/20 281/21
283/9 296/18 299/12 299/14
301/25

**think [92]**   7/24 8/15 13/12
18/3 28/24 29/10 29/24 32/11
32/13 32/24 35/24 36/2 38/5
38/16 38/24 39/13 39/16
40/15 40/16 40/16 41/8 41/9
41/22 42/1 42/2 42/4 42/14
44/2 46/16 48/3 50/11 51/15
51/17 54/17 56/19 65/17
71/22 71/23 72/14 73/9 73/18
73/19 73/20 76/14 78/9 78/15
78/17 78/17 79/22 79/24
85/24 94/6 94/10 94/12 94/14
94/17 94/20 94/25 95/1 95/4
95/15 95/25 100/4 106/8
108/18 114/22 115/5 124/13
148/1 149/24 152/22 154/16
154/24 157/1 157/2 157/4
168/25 207/23 208/5 208/20
210/15 210/23 258/24 279/4
285/15 291/11 291/24 292/12
293/14 295/15 300/13 303/25

**thinking [14]**   23/21 24/7

24/22 25/2 26/1 26/4 79/14
84/12 85/5 106/10 124/11
127/16 207/20 304/11

**thinks [5]**   72/18 73/16
115/13 252/3 291/13

**third [17]**   45/1 80/7 80/17
82/5 98/7 98/13 99/23 102/6
117/5 127/18 129/11 165/10
166/24 280/7 280/12 280/13
280/17

**third-party [4]**   165/10 280/7
280/12 280/13

**this [478]**

**those [76]**   9/25 19/6 29/1
30/1 32/9 34/4 38/19 42/3
42/14 63/9 67/5 67/17 68/14
71/8 72/11 74/2 74/5 79/7
93/4 96/7 104/23 107/22
107/24 108/14 109/22 121/17
124/25 129/10 136/25 148/17
149/23 151/20 154/22 165/19
177/2 180/19 181/2 182/18
193/15 198/6 204/3 206/12
208/15 209/11 229/2 229/3
229/5 232/4 246/24 249/25
250/7 255/20 255/22 256/5
256/17 260/16 261/4 261/11
265/7 265/9 266/17 268/22
270/4 271/12 275/17 276/14
281/6 289/9 294/23 295/3
298/9 299/1 300/6 301/8
303/16 303/21

**though [11]**   42/20 51/16 76/9
84/6 84/19 85/7 110/22 113/5
137/24 207/18 282/18

**thought [27]**   22/24 24/6
24/21 24/24 25/2 56/22 63/2
84/17 85/6 107/17 113/20
133/21 135/5 136/1 136/16
142/6 142/6 145/9 153/2
170/23 200/9 208/16 209/7
220/6 262/12 287/10 304/10

**thoughts [3]**   74/24 84/23
85/10

**thousand [1]**   181/11

**thousands [1]**   154/21

**threatened [3]**   129/23 134/9
152/4

**threats [7]**   149/21 149/21
149/25 150/4 153/19 158/12
159/10

**three [23]**   7/24 51/12 51/19
56/20 60/2 63/6 70/8 89/7
101/6 101/19 108/22 109/7
116/17 142/1 161/2 167/5
169/21 225/15 225/16 279/24
280/20 280/23 292/9

**three-week [1]**   89/7

**threw [2]**   136/23 139/5

**through [122]**   6/18 11/10
11/15 11/21 14/4 16/10 19/21
22/13 27/17 31/14 37/24 39/7
52/8 56/20 56/25 64/3 64/6
64/16 65/1 66/10 66/11 81/8
86/1 91/6 95/18 105/1 109/20
111/7 123/24 130/7 139/12
145/24 149/19 149/19 149/20
151/22 154/21 157/3 179/16

181/15 181/17 181/17 181/20
193/3 193/4 195/14 195/15
206/16 208/20 217/12 217/24
219/6 219/24 220/4 226/21
228/15 228/19 228/21 231/14
231/15 238/18 238/22 241/1
244/5 244/6 244/11 256/23
262/5 270/10 273/12 277/14
278/19 278/21 279/7 280/12
285/24 286/23 287/3 289/1
289/3 289/9 289/21 289/24
290/5 290/12 290/14 290/20
290/21 290/24 291/2 291/16
291/21 292/13 292/16 292/25
293/7 294/7 294/9 294/9
294/12 294/14 294/15 294/18
294/18 294/22 294/24 294/25
295/6 295/7 295/11 297/1
299/6 299/20 299/21 299/24
299/25 301/13 301/20 302/18
302/21 303/24 304/18

**throughout [6]**   126/6 147/3
147/6 166/5 170/14 175/3

**throw [2]**   154/8 155/13

**thrown [1]**   60/4

**thumb [7]**   10/4 137/1 209/14
273/9 283/7 283/19 300/24

**Thursday [1]**   88/2

**thus [1]**   83/8

**ticket [1]**   138/16

**tie [1]**   23/12

**tied [1]**   256/23

**tile [1]**   64/23

**tiles [6]**   62/17 62/19 63/12
63/15 65/1 66/12

**tilted [1]**   60/23

**time [153]**   7/18 8/1 8/17 9/4
13/13 13/24 18/1 18/14 21/9
22/23 23/24 28/13 28/22 29/1
30/4 31/6 32/2 32/17 35/21
37/19 38/16 38/16 42/18
43/21 45/2 45/19 51/16 51/19
52/1 52/2 52/22 52/23 53/1
53/3 53/12 54/15 54/16 57/12
58/13 71/10 71/14 72/15
76/10 82/3 83/17 83/19 86/12
87/1 89/16 89/20 89/24 90/20
90/25 107/13 107/16 108/25
111/21 112/2 112/20 113/7
117/21 124/6 124/16 124/20
125/1 125/16 126/23 127/4
127/13 127/15 127/16 130/11
130/20 130/22 132/10 132/13
132/23 133/12 133/21 134/3
134/19 135/6 135/20 136/10
136/16 139/4 140/17 140/21
151/1 151/5 151/9 152/21
157/14 157/17 158/21 158/23
158/24 166/6 171/13 173/4
173/18 176/20 176/23 178/8
181/16 181/23 181/24 191/24
192/1 192/11 197/5 206/7
207/1 208/2 208/16 208/21
211/10 215/4 217/15 224/19
243/22 244/1 244/5 251/19
251/24 253/15 258/19 259/12
262/16 264/19 265/11 275/3
276/17 276/17 276/19 277/1

**T**

**time... [17]** 279/13 282/19 286/9 287/14 287/21 290/14 294/1 296/5 300/13 300/14 301/1 301/13 301/18 302/20 304/7 304/9 304/16

**times [20]** 81/17 94/1 142/1 142/2 142/5 142/6 142/11 142/12 142/14 142/16 142/22 142/24 143/4 164/10 272/16 272/17 276/18 281/24 281/25 301/6

**tip [1]** 125/10

**tips [3]** 163/12 163/13 163/14

**tired [1]** 136/12

**title [2]** 245/23 269/18

**TL [3]** 8/14 302/12 302/20

**today [22]** 8/15 23/8 49/20 51/9 58/22 59/20 62/13 63/16 68/19 88/20 92/8 92/9 92/19 123/23 137/3 145/14 145/18 162/11 252/18 293/12 296/19 303/10

**together [8]** 81/4 81/5 163/3 172/22 192/1 199/21 262/8 290/3

**token [1]** 69/8

**told [41]** 13/6 15/4 18/5 19/2 21/10 23/11 23/12 33/9 38/3 38/10 38/11 47/13 49/6 49/9 52/23 59/22 60/9 60/11 88/3 88/19 94/4 125/25 126/8 127/10 131/5 131/16 132/1 133/6 133/23 138/13 138/18 139/4 139/10 141/1 141/3 143/17 149/13 152/8 157/1 159/9 206/25

**tomorrow [23]** 8/16 210/11 210/25 211/5 267/5 287/17 288/11 288/15 288/20 292/25 296/5 296/21 301/8 301/20 301/23 302/6 302/16 302/17 302/21 303/1 303/2 303/14 304/22

**tone [1]** 133/14

**tonight [2]** 301/17 304/20

**too [6]** 92/9 163/21 259/19 280/4 282/5 287/19

**took [20]** 28/19 31/11 125/19 129/19 132/23 133/3 136/22 136/25 153/7 172/3 180/25 181/2 238/3 262/18 262/20 263/3 263/13 264/19 265/14 304/16

**tool [3]** 241/23 242/17 243/6

**tools [5]** 19/14 64/11 64/12 124/25 125/2

**top [2]** 227/14 247/25

**topic [4]** 80/3 83/23 83/24 83/25

**topics [1]** 23/19

**toss [1]** 101/6

**total [4]** 105/2 105/7 105/8 269/22

**totality [2]** 100/17 199/21

**totally [1]** 176/17

**touch [1]** 29/6

**touching [2]** 38/18 181/11

**tough [1]** 51/9

**toward [3]** 16/15 27/15 169/16

**towards [3]** 153/16 169/17 172/4

**tower [2]** 236/18 236/22

**track [5]** 122/10 122/15 123/6 155/22 155/23

**Tracy [1]** 133/11

**traffic [8]** 87/1 124/1 169/22 171/15 171/21 171/25 303/3 303/9

**trafficked [6]** 68/2 148/23 149/4 149/18 292/10 292/14

**traffickers [1]** 143/8

**trafficking [33]** 26/14 33/17 36/15 43/13 46/16 48/18 67/7 68/5 74/23 75/4 75/14 75/19 125/13 152/15 155/8 161/7 161/21 161/25 162/22 164/7 164/15 164/16 164/17 164/18 164/21 165/1 165/4 224/7 253/22 285/1 292/2 292/20 298/2

**train [2]** 107/17 162/1

**trained [1]** 162/6

**training [13]** 38/2 38/9 38/13 161/17 161/20 162/3 162/4 269/19 270/10 271/3 271/6 271/9 271/10

**trainings [1]** 271/12

**transaction [1]** 128/16

**transcript [2]** 140/25 305/2

**transported [1]** 172/22

**trauma [1]** 42/2

**travel [3]** 44/25 128/11 128/13

**traveled [2]** 138/12 158/15

**traveling [2]** 31/24 32/6

**travels [1]** 128/9

**tray [1]** 227/14

**treat [1]** 12/20

**treated [1]** 26/20

**treatment [1]** 44/18

**trees [2]** 157/22 157/25

**triage [2]** 163/13 170/17

**trial [62]** 1/10 9/7 9/15 12/17 17/21 27/20 35/18 38/23 39/23 41/2 48/4 55/25 56/3 56/25 59/6 59/9 60/16 61/16 66/8 70/14 84/12 84/19 87/10 88/8 89/5 89/7 89/11 100/25 101/4 101/6 101/18 113/6 113/13 113/25 114/2 114/6 117/14 117/21 117/24 120/12 121/3 121/25 122/18 122/19 123/13 124/9 124/12 125/22 128/14 144/24 147/3 147/6 149/24 151/22 197/4 206/21 207/3 210/1 298/22 302/7 302/15 303/16

**tricked [1]** 76/15

**tried [8]** 97/10 101/16 124/5 136/4 152/4 152/5 153/22 191/25

**trigger [2]** 50/12 133/6

**truck [2]** 13/14 13/18

**true [14]** 17/3 18/21 49/25 75/22 78/10 78/19 79/21 80/20 95/8 106/12 115/5 148/11 153/12 208/2

**truly [5]** 7/19 51/24 142/6 142/7 146/9

**trunk [1]** 138/7

**trust [1]** 120/13

**trusting [1]** 123/1

**truth [5]** 40/2 40/2 41/24 77/8 77/8

**truthful [1]** 157/18

**truthfully [1]** 113/1

**truthfulness [1]** 41/1

**try [24]** 10/15 18/13 34/12 43/24 88/20 89/17 112/1 115/19 122/14 123/18 124/1 136/17 151/7 153/24 154/22 154/23 174/4 192/16 273/14 277/15 277/20 282/13 282/14 288/25

**trying [21]** 16/11 23/11 24/5 24/20 25/13 25/24 34/18 37/10 68/6 74/14 106/7 132/12 136/13 159/1 159/3 177/2 209/2 251/25 275/17 295/23 304/13

**turn [11]** 53/19 54/13 58/5 58/10 90/2 91/1 124/20 252/20 282/17 288/5 288/7

**turned [3]** 131/25 262/14 286/21

**turning [1]** 282/9

**TV [4]** 23/25 39/12 111/23 179/19

**TVs [1]** 189/24

**twice [1]** 137/14

**Twitter [1]** 118/20

**two [72]** 10/1 22/17 22/17 23/4 23/6 23/6 30/19 34/22 44/12 48/8 69/21 70/8 85/19 91/4 93/4 105/1 105/8 105/9 106/5 106/24 107/19 108/11 108/16 109/4 109/15 109/22 110/6 110/20 123/16 124/25 125/5 125/7 130/16 133/8 138/12 151/9 158/14 161/10 165/19 167/5 169/21 172/2 176/9 189/10 191/17 204/15 209/11 210/17 221/20 221/22 223/1 223/13 223/14 226/23 229/5 231/24 236/8 236/10 236/12 236/12 241/11 244/18 254/23 255/11 270/7 276/7 280/23 297/10 297/11 299/10 300/2 302/2

**TXXXX [16]** 133/9 151/16 151/23 151/23 152/1 152/8 152/11 152/12 152/12 152/14 152/15 158/15 209/15 228/6 299/17 299/25

**tying [1]** 138/6

**type [15]** 17/19 30/8 32/10 39/8 50/12 64/11 117/22 131/14 163/3 164/7 188/16 259/11 271/6 282/5 298/9

**types [5]** 20/3 20/3 20/24

**T**

types... **[2]** 50/10 285/4
typically **[6]** 254/6 277/15
277/17 279/7 279/24 284/3

**U**

U.S **[4]** 53/4 63/3 218/15
231/3
UC **[6]** 166/19 166/21 166/22
166/24 167/25 170/24
ugly **[1]** 132/12
Uh **[2]** 46/22 168/15
Uh-huh **[1]** 46/22
Uh-hum **[1]** 168/15
ultimate **[1]** 126/16
ultimately **[4]** 113/3 196/19
263/12 273/13
Um **[3]** 41/8 106/12 266/10
Um-m-m **[3]** 41/8 106/12
266/10
umbrellas **[1]** 114/15
unable **[2]** 44/25 94/2
unclear **[1]** 18/16
uncooperative **[1]** 137/18
under **[18]** 19/13 86/5 111/3
134/7 146/25 152/20 153/15
180/2 191/14 208/4 224/10
251/6 252/10 271/8 288/1
297/22 298/3 298/7
undercover **[7]** 140/18 141/9
141/18 141/20 141/22 166/22
166/22
undergraduate **[1]** 271/25
underlying **[1]** 95/1
underneath **[1]** 243/9
understand **[37]** 17/24 19/15
22/7 22/9 23/20 24/5 32/6
33/9 33/11 33/13 33/17 41/16
41/16 42/10 44/16 45/13
47/13 49/22 52/2 55/24 70/20
70/22 72/1 74/10 75/9 119/5
120/13 121/5 123/25 193/4
258/18 288/24 299/15 300/3
300/22 300/23 303/9
understanding **[12]** 35/1
75/24 76/1 92/6 92/14 92/15
94/15 124/15 138/25 219/25
289/11 296/22
understands **[2]** 100/12
219/17
understood **[3]** 70/11 110/4
285/1
undue **[2]** 122/6 124/4
unexpected **[1]** 303/9
unique **[3]** 138/10 283/18
295/24
unit **[9]** 143/6 161/4 161/8
162/22 163/1 163/21 165/9
270/16 281/11
UNITED **[10]** 1/1 1/4 1/11
1/15 6/4 67/8 72/4 145/3
146/25 152/16
University **[1]** 272/6
unless **[11]** 9/15 42/15 68/3
74/18 89/4 89/9 115/9 147/3
199/20 294/13 297/18
unpleasant **[1]** 69/11

unpredictable **[1]** 124/2
unquote **[2]** 9/4 130/16
unreasonable **[2]** 73/18 73/20
unselect **[1]** 40/21
unsuitable **[1]** 109/22
until **[26]** 8/16 8/18 8/21
12/10 17/3 17/6 20/14 27/20
30/25 31/2 39/9 77/20 82/18
116/19 116/24 119/13 120/18
122/17 125/5 128/3 128/23
129/21 131/23 147/3 153/6
176/22
until the **[1]** 119/13
unusual **[1]** 130/16
up **[117]** 7/3 7/5 7/12 10/19
15/16 16/9 22/14 22/15 22/19
23/20 24/6 24/21 28/20 29/1
35/22 36/24 37/7 37/22 37/25
40/18 42/11 44/22 48/4 51/21
53/17 53/17 53/24 54/23
57/12 58/25 62/20 69/11 87/1
90/23 91/13 96/13 106/9
106/9 108/17 112/7 113/1
121/18 122/7 122/16 123/5
125/18 126/2 126/19 127/24
128/6 130/11 131/7 131/15
132/4 133/2 133/11 135/17
135/18 136/6 137/22 138/6
138/13 138/14 140/8 140/11
140/19 140/20 141/11 141/19
141/22 158/14 158/21 158/23
159/13 160/11 166/19 167/1
167/2 167/6 168/11 168/21
169/24 169/25 170/1 170/17
170/22 170/23 170/25 171/15
171/20 171/24 172/9 174/19
175/8 193/13 193/15 193/18
211/24 223/4 223/11 249/1
254/12 257/20 257/25 258/5
258/8 260/19 261/3 264/17
282/8 282/20 283/3 287/17
287/25 292/18 293/24 303/10
update **[1]** 126/6
updated **[3]** 9/19 9/20 10/5
updates **[1]** 171/6
updating **[1]** 130/9
upon **[5]** 75/23 75/24 91/20
101/17 298/19
upset **[2]** 84/4 84/17
upstairs **[4]** 37/11 37/17
38/2 151/6
urgent **[1]** 44/11
us **[69]** 13/6 15/22 16/10
19/2 21/23 31/23 33/8 35/3
39/1 46/17 47/13 48/21 49/6
49/9 52/23 55/2 57/4 57/9
58/17 59/1 62/13 72/7 78/4
86/7 90/24 93/19 105/1
108/14 111/9 112/19 122/4
122/5 148/12 153/12 154/23
161/23 162/25 163/22 165/11
168/13 170/8 170/9 176/15
178/6 178/25 179/3 182/6
182/16 183/2 195/11 215/11
221/12 221/17 224/2 226/20
226/24 229/22 234/6 234/17
234/19 241/9 260/11 266/12
267/17 271/25 273/6 279/23

use **[40]** 9/3 10/19 15/13
65/15 65/22 65/23 66/6 100/7
108/18 108/23 118/5 119/1
135/10 148/7 155/14 156/4
157/20 157/20 157/23 158/24
159/9 159/10 159/10 166/20
183/8 232/7 254/6 254/15
254/17 254/17 274/22 274/23
278/8 281/12 281/15 281/18
282/15 283/5 283/14 288/22
used **[24]** 67/7 73/11 100/2
100/8 108/5 109/10 125/1
125/2 130/2 131/10 144/19
144/21 158/21 158/23 175/5
242/25 254/1 254/3 254/5
259/2 260/2 278/12 281/6
281/24
user **[3]** 10/10 279/5 280/18
users **[2]** 275/7 275/15
uses **[1]** 120/5
using **[9]** 73/5 73/6 73/8
73/8 73/14 153/18 218/16
278/24 286/4
usual **[1]** 126/1
usually **[6]** 40/15 128/22
174/23 204/4 273/8 273/24
utilize **[2]** 242/17 243/7
utilized **[2]** 170/7 226/23
Utilizing **[1]** 179/5

**V**

vagina **[4]** 129/21 133/4
138/4 139/3
valid **[1]** 87/6
validated **[1]** 281/14
validates **[1]** 281/12
value **[3]** 283/19 283/22
284/2
van **[7]** 238/8 264/1 264/5
264/8 264/16 265/2 265/22
vanities **[4]** 204/12 247/21
247/22 251/14
vanity **[5]** 247/25 248/4
249/9 249/15 263/8
variance **[1]** 279/18
variation **[1]** 280/24
varies **[1]** 279/14
variety **[3]** 67/16 78/4 285/3
various **[8]** 224/6 226/7
227/23 248/1 257/21 263/7
270/3 271/9
vehicle **[38]** 126/14 128/22
130/20 141/6 167/13 167/16
167/22 167/23 168/3 168/9
168/12 168/20 168/21 169/13
170/4 171/5 172/3 172/4
172/6 172/24 173/1 173/7
173/10 173/13 201/23 237/25
238/3 238/12 239/5 239/15
239/25 240/2 240/12 242/14
244/22 262/14 262/15 285/8
vehicles **[6]** 144/13 166/7
170/8 201/15 243/14 245/6
veins **[1]** 88/15
venire **[5]** 6/24 57/25 86/13
112/4 113/17
venues **[1]** 129/8

**V**

**verbal [1]**   172/13
**verdict [16]**   12/6 12/9 15/11
30/3 39/11 44/8 60/20 61/17
114/7 116/3 119/9 121/16
145/1 145/2 145/3 155/6
**verdicts [1]**   159/16
**verified [1]**   287/5
**vernacular [1]**   66/6
**version [2]**   9/23 281/12
**versus [3]**   6/4 12/15 164/22
**very [60]**   7/22 12/1 17/9
20/22 25/6 28/6 36/23 37/6
38/25 39/1 39/13 41/24 44/6
45/10 45/15 45/25 48/7 49/1
50/5 51/8 52/9 56/24 59/1
61/1 62/1 62/11 69/4 70/14
71/14 83/7 83/7 85/15 86/21
112/19 116/25 123/23 134/21
137/18 145/9 145/21 145/22
148/6 148/8 150/14 150/18
150/23 151/2 151/8 151/14
154/24 155/1 157/17 158/4
268/14 273/25 280/2 283/18
287/21 301/16 304/16
**vice [1]**   68/21
**vice-president [1]**   68/21
**victim [33]**   26/14 29/16 34/6
34/9 36/14 40/8 42/1 42/1
42/20 43/12 46/15 46/19
48/17 74/23 75/4 75/13 95/16
110/10 130/18 133/8 137/17
138/8 138/9 143/8 152/15
163/16 253/25 254/4 254/7
254/8 254/9 292/2 299/17
**victims [28]**   32/21 34/23
35/23 36/1 40/4 41/20 41/22
76/22 76/25 78/12 78/21 79/4
79/13 79/20 80/24 81/7 81/9
81/14 82/9 82/23 82/25
131/13 132/25 137/24 139/6
140/5 142/17 143/9
**video [10]**   20/8 144/3 293/21
293/22 293/23 293/25 294/2
295/9 295/23 295/25
**videos [8]**   17/20 17/22 19/23
20/2 32/13 39/7 274/16
275/23
**view [21]**   21/22 35/25 80/24
81/7 118/3 118/7 119/22
120/9 146/20 146/21 159/2
178/7 178/22 187/13 200/17
211/23 214/23 247/25 264/8
304/6 304/6
**viewed [2]**   264/24 295/18
**violation [1]**   164/25
**violations [1]**   163/3
**violence [13]**   28/25 124/24
124/24 129/14 132/16 138/23
139/19 144/19 144/21 149/20
153/16 158/12 159/10
**Virginia [1]**   281/16
**visible [3]**   126/15 207/17
207/19
**vision [1]**   86/19
**visit [4]**   37/1 118/3 119/16
138/12

**vitally [2]**   10/23 113/4
**voice [2]**   13/11 209/3
**voir [3]**   146/23 190/25
208/13
**volume [2]**   1/10 301/14
**voluminous [1]**   154/11
**voluntarily [13]**   71/23 72/2
72/18 72/23 73/2 73/10 73/20
74/21 75/2 75/12 76/4 156/15
261/25
**voluntary [6]**   73/12 73/15
74/11 76/7 76/9 76/16
**volunteered [2]**   26/1 26/3
**volunteering [1]**   22/23
**vote [1]**   147/2
**vulnerable [1]**   131/14

**W**

**W-H-A-T-S-A-P-P [1]**   275/20
**wait [12]**   6/13 6/24 12/22
20/14 45/23 77/20 82/17
128/23 176/22 177/1 228/20
252/22
**waited [1]**   136/12
**waiting [6]**   57/17 86/8
167/24 171/4 288/16 304/10
**waiving [2]**   207/5 211/3
**wake [1]**   22/19
**waking [1]**   293/24
**Wal [1]**   274/3
**Wal-Mart [1]**   274/3
**Walgreen's [1]**   133/13
**walk [6]**   88/4 125/17 133/5
179/9 205/10 277/13
**walked [6]**   63/7 66/10 127/4
168/8 172/9 226/20
**walking [4]**   114/14 131/3
172/4 185/3
**walks [1]**   135/7
**wall [4]**   183/7 198/20 221/21
257/9
**want [107]**   6/13 7/6 8/3
15/13 15/21 18/2 24/13 24/17
25/9 25/11 25/20 30/7 30/10
38/4 41/1 41/6 43/15 43/23
44/10 44/18 45/10 45/17
45/19 45/25 49/7 51/7 52/3
52/6 52/19 53/13 53/20 55/7
55/10 57/15 59/4 62/16 66/20
67/3 67/5 68/11 74/7 78/5
83/12 84/18 86/15 87/11 89/8
89/10 89/12 93/21 95/23
104/7 107/25 108/17 109/16
112/19 118/15 121/18 122/1
122/17 124/5 124/21 134/17
135/8 135/14 136/11 143/19
146/17 146/18 148/20 151/18
152/6 153/20 154/7 155/14
156/23 158/2 177/1 177/4
178/9 178/16 179/18 189/12
192/24 209/5 209/25 211/4
211/4 211/24 219/9 219/17
220/2 222/3 253/20 255/9
278/16 282/21 287/14 287/19
288/16 288/19 289/12 291/2
291/15 298/5 299/4 303/25
**wanted [34]**   10/17 11/7 11/8
17/24 25/17 25/17 29/12

36/17 45/12 47/5 48/18 52/13
52/15 53/8 56/14 85/19 85/24
87/23 88/7 92/3 93/9 94/16
110/10 121/23 132/7 150/6
156/9 158/8 158/17 165/11
176/21 176/25 286/24 304/2
**wants [21]**   55/1 110/24 141/2
151/7 157/12 193/8
**warrant [21]**   139/11 166/13
173/10 173/16 174/16 175/1
177/19 180/18 191/18 199/23
221/11 234/20 237/1 238/10
238/10 239/10 243/13 245/15
246/18 250/18 278/3
**was [639]**
**washed [1]**   132/6
**wasn't [21]**   9/23 31/2 38/12
51/13 100/3 132/3 133/6
137/21 142/15 153/4 154/2
172/12 174/1 255/25 258/14
258/21 260/6 262/22 263/14
283/23 304/18
**watch [7]**   18/19 20/8 20/12
21/11 23/25 39/12 118/8
**watching [3]**   56/18 65/17
134/23
**water [1]**   134/9
**Watts [1]**   167/25
**way [47]**   9/13 15/12 27/7
27/15 30/1 30/2 34/4 37/9
44/3 49/12 58/8 65/8 85/11
86/5 94/2 94/17 95/1 123/2
128/10 133/20 134/16 138/10
146/2 148/12 151/17 152/20
152/22 153/2 153/24 156/25
164/16 176/22 193/12 196/23
210/10 210/16 240/6 243/7
267/18 274/21 277/9 279/13
282/15 289/5 296/16 302/3
304/7
**ways [4]**   19/19 120/6 127/23
133/19
**we [620]**
**we'll [12]**   53/18 72/8 111/6
111/9 111/23 134/13 157/16
176/9 225/22 287/15 287/17
303/1
**weapon [1]**   255/25
**weapons [1]**   265/16
**wear [1]**   213/12
**web [3]**   274/15 274/21 275/1
**webinars [1]**   161/24
**website [1]**   275/23
**websites [4]**   118/19 118/25
224/6 226/7
**Wednesday [5]**   107/14 121/21
121/21 287/22 302/7
**week [7]**   56/23 65/17 88/6
89/7 122/3 122/9 124/3
**weekend [8]**   6/16 7/2 7/14
8/12 44/17 45/12 56/17 90/19
**weekly [1]**   163/17
**weeks [6]**   7/24 16/9 51/12
56/20 151/10 271/6
**weigh [1]**   109/7
**weighing [2]**   32/23 32/25
**weight [4]**   40/7 114/21 117/3
121/1

**W**

**welcome [5]**   25/5 58/1 112/5
124/19 253/13
**well [46]**   7/22 14/18 17/9
21/2 21/4 30/13 31/7 34/19
38/8 40/19 45/18 48/23 56/8
72/14 74/5 74/8 89/3 96/7
100/15 110/8 124/17 129/25
130/10 138/20 139/14 147/11
149/5 149/12 158/23 189/12
210/8 220/2 256/21 257/12
258/5 261/12 263/13 267/2
275/4 275/18 285/15 288/18
291/16 296/14 301/2 301/2
**went [59]**   11/19 13/18 14/16
16/10 16/21 16/23 16/24
22/13 25/21 27/17 29/22 37/1
37/2 37/8 37/17 37/23 38/2
38/17 51/21 60/16 71/8
117/10 126/19 126/23 130/10
131/7 131/14 131/15 134/4
134/19 135/12 136/5 136/18
136/24 138/24 141/10 141/11
141/22 142/19 152/8 152/20
158/6 158/15 158/16 168/10
169/8 169/13 169/13 169/23
170/25 171/24 217/23 226/16
245/13 258/19 267/19 288/23
295/11 303/24
**were [202]**   9/6 9/8 9/23 9/24
10/9 13/8 13/24 14/16 18/16
21/1 21/17 22/23 23/21 24/7
24/22 26/23 29/13 30/20
30/21 33/19 33/20 36/25 37/2
37/3 37/9 37/16 42/20 42/20
45/5 47/14 47/21 52/20 53/11
67/17 70/9 70/9 70/12 72/8
74/22 75/3 75/13 76/5 76/14
82/2 85/19 85/24 89/16 92/6
93/25 95/7 95/12 100/20
108/16 112/21 119/19 123/14
125/7 125/15 125/21 126/8
128/11 132/17 133/2 136/1
136/13 137/25 139/23 140/11
140/24 142/11 142/16 142/20
143/2 144/10 144/12 150/3
151/6 153/1 156/1 158/19
165/3 165/19 165/22 166/6
166/9 167/10 167/12 169/6
169/20 171/2 171/6 171/23
172/15 172/22 174/8 175/22
175/22 177/18 179/1 181/2
181/8 181/9 184/10 192/1
192/13 196/15 202/11 203/22
204/14 205/23 208/3 211/18
213/20 217/20 219/13 220/15
225/12 227/23 227/25 228/2
228/24 231/19 232/2 232/5
232/15 232/25 233/3 234/4
235/21 235/22 237/1 237/5
237/10 238/9 238/14 238/16
238/24 239/4 240/6 241/7
241/8 241/9 241/9 241/12
244/2 244/15 247/1 248/15
249/15 249/21 250/2 250/17
250/19 253/1 253/21 255/2
255/4 255/24 258/5 258/13

258/16 259/10 260/12 260/13
260/16 260/19 261/4 262/4
262/15 262/16 263/8 263/12
263/15 263/22 263/25 264/1
264/14 264/21 265/7 265/16
265/22 265/24 266/3 266/14
266/25 272/3 274/25 276/21
280/7 283/21 284/24 285/7
285/11 286/2 286/22 292/3
292/3 297/9 300/7 303/18
304/8 304/11
**weren't [12]**   44/21 123/23
158/10 158/11 158/11 254/20
255/2 261/3 261/4 265/1
300/2 303/19
**west [27]**   1/2 1/7 1/17 1/23
2/3 88/12 125/25 126/3
126/13 135/21 136/11 161/12
163/9 163/25 166/6 168/14
168/17 168/22 169/2 171/11
171/12 178/24 178/24 184/21
251/8 261/20 270/24
**wet [2]**   114/14 114/15
**what [414]**
**whatever [11]**   44/17 114/21
129/1 129/8 137/5 208/7
264/23 283/7 286/23 294/13
301/9
**whatnot [2]**   80/14 123/12
**WhatsApp [5]**   275/20 275/22
276/5 280/7 280/14
**whatsoever [4]**   115/8 118/22
147/1 147/7
**when [187]**   7/20 7/20 8/10
9/10 11/21 13/24 16/6 16/6
17/18 18/22 19/10 20/14
20/24 22/13 23/11 24/12
25/10 25/25 26/3 26/12 28/19
29/10 29/13 30/4 30/23 30/25
31/4 32/18 33/10 34/22 35/19
35/25 36/1 36/21 36/24 37/6
37/11 37/11 37/15 37/20
42/23 43/10 45/20 45/20
46/14 47/25 48/15 50/15
51/13 51/18 55/21 55/21
57/15 58/12 58/16 59/2 63/2
65/22 66/8 69/11 69/16 70/3
71/10 75/24 76/19 78/18
81/23 86/7 88/19 89/17 91/12
95/13 108/2 110/8 110/13
111/20 115/12 115/22 115/25
117/18 120/22 130/22 131/4
131/6 131/25 133/16 135/16
135/17 136/4 136/9 136/10
137/13 139/2 140/20 142/12
142/15 142/22 142/25 143/2
143/9 143/11 143/16 143/19
144/13 145/19 146/7 148/9
149/9 149/15 149/16 150/2
150/15 152/8 157/15 159/1
167/22 169/8 169/23 171/2
171/24 173/12 175/1 175/19
175/23 175/25 178/14 178/15
178/16 181/2 188/6 188/18
191/6 191/14 191/18 192/1
192/13 194/2 196/15 196/22
197/1 198/7 205/20 207/4
207/16 208/7 208/8 218/9

222/8 226/16 233/21 234/4
237/25 239/10 240/2 242/16
243/7 249/12 249/17 253/21
254/17 256/25 260/2 260/16
264/3 264/5 264/6 265/1
265/13 268/11 272/8 273/13
274/12 275/9 275/16 276/16
278/23 279/4 279/12 279/19
281/18 282/5 282/8 283/25
284/19 299/14 299/24 300/9
**whenever [5]**   115/18 132/7
134/9 137/5 166/20
**where [94]**   15/6 36/16 37/8
38/2 43/17 54/14 63/16 71/7
71/10 74/14 79/13 79/14 96/2
110/4 112/8 112/24 118/3
122/22 123/11 127/3 128/9
128/11 128/13 130/4 131/1
131/4 141/1 141/10 142/6
142/7 142/11 142/24 144/10
145/25 146/23 147/8 156/1
156/1 156/5 156/7 156/9
156/12 167/12 168/10 168/21
169/15 169/19 169/23 170/15
170/21 171/2 171/6 171/14
172/8 172/18 173/14 178/23
179/4 179/19 180/23 183/6
185/20 186/7 190/9 192/13
195/11 195/24 201/8 205/9
210/13 211/3 221/12 221/17
226/17 234/19 235/21 237/15
241/9 249/14 257/6 260/12
261/17 264/24 265/10 266/13
267/17 270/23 271/25 272/3
280/12 280/17 287/25 298/4
300/22
**whereas [1]**   14/15
**Whereupon [106]**   178/20
182/11 182/24 183/15 184/1
184/16 184/25 185/8 185/17
186/4 186/16 186/25 187/9
187/18 188/2 189/3 189/19
190/4 190/17 193/24 194/9
194/17 194/25 195/9 195/20
196/8 197/22 198/17 198/24
199/8 200/1 200/13 200/23
201/5 201/13 201/20 202/3
202/7 202/17 203/3 203/10
203/22 204/10 204/19 204/24
205/7 205/15 211/18 212/4
212/9 212/22 213/5 213/17
214/6 214/21 215/9 216/10
216/22 217/6 217/20 218/6
220/15 220/21 221/5 222/21
223/25 224/13 224/23 225/7
225/12 226/1 226/12 227/10
227/20 228/10 228/24 229/10
229/20 230/2 230/9 230/25
231/7 231/19 232/11 232/25
233/11 233/18 234/2 234/15
235/2 235/10 235/17 236/3
236/15 237/10 238/24 239/18
241/18 242/12 244/15 246/12
247/10 248/15 250/2 250/22
267/12
**wherever [1]**   130/6
**whether [60]**   17/21 19/11
26/2 26/13 29/23 36/13 39/3

**W**

**whether... [53]**   39/20 40/3
40/24 41/4 43/13 46/14 46/23
47/16 47/21 48/16 49/10
52/13 52/19 52/25 55/11
58/19 61/22 64/6 70/21 76/25
79/21 80/19 82/16 88/17 92/4
94/3 94/7 94/19 95/5 95/10
96/1 101/7 101/15 101/16
108/24 109/13 109/18 114/4
114/18 116/12 117/3 118/12
120/23 130/10 130/10 147/8
148/16 157/18 174/23 177/4
182/1 191/23 199/22
**which [41]**   7/3 7/4 12/13
14/6 19/23 30/22 45/18 51/5
88/12 92/8 100/21 102/18
109/10 118/9 121/4 129/5
129/15 157/14 164/16 169/21
193/9 196/24 200/16 207/13
209/20 210/21 232/21 238/4
239/22 253/7 254/9 256/10
268/21 278/10 282/15 283/16
295/10 298/2 299/1 300/18
302/15
**while [13]**   7/10 7/11 31/24
36/5 45/14 51/21 76/22
116/10 131/21 138/20 153/4
175/22 267/16
**white [2]**   257/8 260/22
**who [80]**   6/15 7/1 7/14 12/16
18/18 32/7 34/2 38/1 40/1
40/2 53/7 54/12 57/10 57/17
59/5 67/14 68/1 71/6 72/8
72/17 72/18 72/21 73/16
73/21 74/12 74/18 77/15
77/17 77/24 78/14 78/23
81/20 85/11 85/19 86/3 93/25
100/11 101/11 101/24 101/25
102/3 106/20 107/12 111/17
113/10 114/14 127/7 130/9
132/14 135/1 135/24 136/14
139/22 140/20 141/1 141/1
144/9 144/20 146/9 153/21
155/18 163/14 163/24 165/11
168/5 180/21 180/25 196/18
237/19 238/2 240/21 243/16
254/20 255/25 269/11 286/20
292/1 292/6 292/9 299/9
**whoever [2]**   22/18 207/20
**whole [10]**   36/12 42/18 48/16
67/22 168/23 169/8 169/10
169/11 169/12 300/20
**wholesale [1]**   304/15
**whom [5]**   7/12 26/21 117/16
121/12 301/20
**whose [3]**   247/14 256/12
257/6
**why [44]**   22/9 22/15 22/22
23/1 23/11 29/20 36/18 43/18
45/15 46/21 51/18 61/20
63/22 70/12 74/19 77/21
88/22 93/1 100/7 101/22
107/12 109/17 112/22 119/5
119/6 129/13 130/23 140/12
143/7 143/12 145/18 158/10
173/9 175/18 177/2 181/25

197/3 232/25 238/6 243/24
253/3 277/22 282/20 295/21
**Wickr [5]**   276/2 276/4 276/7
276/21 277/8
**will [370]**
**WILLIAMS [53]**   1/7 6/4 6/9
16/25 59/6 76/20 84/6 84/13
85/6 95/9 125/1 134/18
134/19 140/22 141/25 145/9
145/12 145/21 146/24 147/6
148/15 148/22 149/4 149/9
149/12 149/13 149/18 149/25
150/11 150/19 151/2 152/2
152/9 152/9 152/10 153/7
154/4 154/7 154/20 155/16
155/17 155/21 157/5 157/11
158/7 158/7 162/9 243/16
243/16 248/8 261/17 264/1
265/11
**Williams' [6]**   8/22 94/22
127/21 152/25 153/1 155/3
**willing [6]**   80/12 147/16
147/21 150/12 177/11 297/19
**Wilson [4]**   143/14 143/14
143/16 143/22
**win [1]**   65/18
**window [1]**   204/2
**windows [1]**   182/18
**wings [1]**   263/18
**winner [1]**   127/20
**wipe [1]**   33/14
**wiped [1]**   277/25
**wise [1]**   166/8
**wish [5]**   45/11 45/18 57/17
113/14 120/16
**wishes [1]**   121/11
**withdraw [1]**   180/4
**within [10]**   9/24 109/13
164/17 166/5 221/23 221/23
269/20 275/3 281/14 298/9
**without [124]**   12/10 12/17
18/7 22/16 27/24 82/22 122/6
123/3 139/23 147/22 153/25
153/25 178/12 182/10 182/23
183/13 183/25 184/15 184/24
185/7 185/16 186/3 186/15
186/24 187/8 187/17 188/1
189/2 189/18 190/3 190/16
192/25 193/16 193/23 194/8
194/16 194/24 195/8 195/19
196/7 197/21 198/16 198/23
199/7 199/25 200/12 201/4
201/12 201/19 202/2 202/6
202/16 203/2 203/9 203/17
203/21 204/9 204/18 204/23
205/6 205/14 212/2 212/8
212/18 212/21 213/4 213/16
214/5 214/20 215/8 216/9
216/21 217/18 218/5 218/16
220/19 221/3 222/19 223/23
224/12 225/10 225/25 226/11
227/9 227/19 228/9 228/23
229/9 229/19 230/1 230/8
230/24 231/6 231/18 232/10
232/20 232/23 233/10 233/17
234/1 234/14 235/1 235/9
235/16 236/2 238/22 239/17
241/17 242/11 247/9 248/14

250/21 266/12 267/10 282/16
289/8 290/24 294/12 294/16
294/23 295/3 296/13 303/4
303/5
**witness [87]**   9/20 9/21 9/22
10/6 12/9 12/10 12/14 12/19
12/21 12/24 21/14 34/4 39/17
39/18 39/18 39/20 39/23
39/24 39/25 40/5 41/18 55/22
111/25 114/14 115/7 115/9
115/10 116/5 116/7 116/8
119/21 119/22 123/19 155/9
155/11 155/11 155/12 157/15
159/19 159/22 160/6 163/16
167/14 176/14 177/25 180/11
191/9 192/25 196/1 208/1
208/6 208/10 208/15 213/24
217/8 219/4 221/18 224/17
234/9 242/20 242/23 252/9
252/12 252/20 253/6 253/14
258/9 268/15 268/18 268/25
272/14 287/18 288/1 288/15
288/16 288/17 288/17 288/22
289/3 290/9 290/13 291/16
292/13 292/14 292/17 294/14
300/7
**witness' [8]**   12/11 116/9
116/10 116/10 116/12 116/13
156/24 192/22
**witnessed [2]**   129/24 137/6
**witnesses [37]**   12/21 27/21
34/2 34/2 34/4 35/19 40/12
55/21 67/16 67/17 70/8 77/11
80/15 95/21 116/16 119/4
120/17 120/21 121/9 121/12
151/22 154/18 156/23 160/2
246/4 246/8 253/6 292/9
292/18 292/21 300/20 301/20
301/23 302/2 302/8 302/16
302/23
**witnesses' [2]**   81/2 115/4
**woman [3]**   128/5 145/16 292/5
**women [35]**   35/22 39/14 42/22
125/1 125/3 125/7 128/15
128/21 129/7 129/16 130/2
132/17 134/2 139/13 139/22
140/4 142/1 142/4 142/9
142/17 142/22 142/24 143/24
144/20 149/12 154/20 155/18
156/15 158/5 158/19 162/4
162/5 237/23 295/14 295/14
**won't [11]**   14/17 71/11
148/10 154/23 156/21 289/13
294/11 294/20 295/2 299/12
303/6
**wondering [1]**   71/22
**word [9]**   15/14 16/10 65/22
65/23 66/9 67/7 155/14
237/17 254/5
**words [4]**   19/21 50/15 120/5
254/15
**work [35]**   54/22 55/6 72/4
89/11 112/3 123/3 123/14
128/21 133/17 135/16 136/2
139/4 143/15 153/3 153/25
156/19 160/20 174/10 174/20
175/9 177/2 177/6 193/13
269/11 270/4 270/23 271/8

**W**

**work...** **[8]** 271/21 273/19
283/2 283/6 284/4 284/17
284/22 301/17
**worked** **[7]** 16/21 139/14
140/14 144/12 144/20 151/15
253/7
**working** **[20]** 9/23 13/13
13/17 54/1 70/6 89/5 125/8
129/4 132/4 133/13 150/21
163/2 165/19 166/5 177/5
281/10 284/13 284/20 284/20
284/21
**works** **[3]** 127/22 242/21
277/9
**world** **[2]** 127/22 158/15
**worldwide** **[1]** 274/21
**worried** **[2]** 36/23 122/18
**worst** **[1]** 138/1
**Worth** **[2]** 139/11 178/24
**would** **[254]** 6/19 6/23 7/24
8/7 9/12 12/2 12/24 13/10
14/23 17/22 18/3 18/3 20/25
22/3 22/4 22/21 22/24 25/2
27/7 27/8 28/25 29/24 30/1
31/23 33/21 33/22 33/24 34/1
34/3 34/4 34/6 34/7 34/8
34/12 34/15 34/23 35/1 35/2
35/4 35/12 35/25 36/2 38/15
39/22 41/6 42/2 42/6 42/8
42/15 43/21 44/3 44/7 48/3
48/4 50/24 54/9 56/19 58/7
58/19 58/20 58/21 59/15
60/19 61/17 61/22 61/23 62/6
62/8 62/14 62/19 63/13 63/18
63/20 63/24 64/2 64/5 64/7
64/8 64/13 64/16 64/25 66/19
66/21 67/18 67/25 68/4 69/3
70/17 70/25 71/1 71/3 71/7
73/18 73/19 75/23 77/10
78/15 79/25 80/10 80/12
81/20 82/20 82/25 83/2 84/1
84/5 84/17 85/7 89/10 89/17
89/17 90/22 90/24 91/11 93/7
93/7 94/6 94/20 94/22 95/8
95/13 96/14 96/22 97/24
98/17 99/22 105/10 105/13
106/18 107/5 107/13 107/19
107/20 107/25 107/25 108/5
108/6 108/8 108/13 109/16
109/19 111/5 112/13 113/2
115/20 120/7 122/1 126/19
128/15 129/23 131/8 131/9
131/23 132/16 132/17 132/22
135/9 136/8 137/9 138/1
138/14 138/15 140/6 140/8
142/21 143/1 143/2 147/16
147/21 148/1 150/1 155/20
155/20 155/21 155/23 156/3
156/6 156/18 158/13 159/24
162/13 175/20 176/2 176/22
180/14 183/20 192/18 198/7
199/20 206/11 207/5 207/13
207/21 208/16 208/17 210/1
210/4 215/11 216/4 216/13
246/7 256/5 260/9 262/6

264/22 264/23 264/25 265/20
266/22 266/22 267/17 272/22
273/6 274/8 274/9 276/11
276/12 278/12 278/14 280/1
280/4 280/5 280/9 280/10
280/17 280/20 280/25 282/17
282/18 282/18 282/18 282/19
282/20 283/1 283/21 283/22
283/23 284/2 287/10 287/18
290/9 292/16 294/13 295/6
298/19 299/3 299/22 299/24
301/1 303/7
**wouldn't** **[9]** 33/1 34/11
54/17 65/19 68/9 192/2
199/21 280/6 304/1
**write** **[7]** 7/6 282/15 282/22
283/4 283/8 283/25 284/1
**written** **[5]** 19/8 214/10
226/5 258/25 269/19
**wrong** **[8]** 18/5 37/5 37/5
40/25 69/3 112/22 284/9
284/10
**wrote** **[4]** 7/1 7/14 28/18
95/24

**Y**

**yeah** **[1]** 152/22
**year** **[13]** 7/18 43/16 44/12
125/20 127/7 140/10 140/11
144/4 161/10 165/3 269/15
271/7 272/9
**years** **[26]** 11/9 11/12 12/4
12/19 15/25 30/25 36/21
48/23 60/2 69/1 69/9 125/8
127/20 129/13 137/13 140/21
144/12 149/10 160/22 161/2
161/10 269/16 269/22 270/2
277/9 272/10
**yes** **[513]**
**yesterday** **[2]** 54/2 71/9
**yet** **[11]** 9/23 76/5 82/19
84/3 88/23 147/1 150/19
177/23 200/10 209/6 299/18
**you** **[1584]**
**you'd** **[4]** 34/9 44/21 66/9
291/20
**You're** **[1]** 129/24
**you've** **[2]** 65/11 281/24
**young** **[8]** 100/3 100/10
100/11 106/19 106/20 106/24
110/24 155/17
**younger** **[1]** 30/23
**your** **[300]** 6/2 6/12 6/23 8/3
8/9 8/25 9/3 9/25 10/19 12/2
12/12 13/11 14/11 14/15 16/1
16/13 16/16 17/18 17/23
17/25 18/16 18/24 19/5 19/6
19/10 20/5 20/20 20/22 21/8
21/8 23/9 23/10 23/23 24/8
24/14 26/12 26/15 27/8 27/14
28/9 29/13 29/17 29/19 29/20
29/24 30/2 30/19 31/22 32/9
32/14 33/10 33/13 33/14
34/18 35/7 35/14 35/24 36/18
39/2 39/4 41/3 41/12 41/20
43/10 44/2 44/4 44/6 45/14
45/14 45/19 45/21 46/1 46/7
46/8 46/14 46/19 46/21 47/9

47/13 47/16 47/22 48/5 48/15
48/21 49/23 50/12 50/13
50/23 51/5 51/9 52/2 52/7
53/21 53/22 54/4 54/11 54/20
56/17 56/25 57/2 57/6 57/8
58/11 58/17 58/25 59/10
60/19 60/23 61/17 62/16
65/15 65/16 66/6 67/10 71/19
72/1 72/8 74/24 76/3 77/18
80/3 81/23 82/20 83/23 84/8
84/23 85/10 85/12 85/12
87/14 87/16 89/10 90/7 90/18
91/5 91/21 92/13 94/10 96/12
97/8 97/14 99/22 102/11
103/4 104/19 104/21 104/22
105/6 105/13 107/10 112/20
112/25 113/2 113/6 113/8
113/25 114/3 114/7 116/3
117/16 120/2 120/8 120/15
120/18 120/22 120/23 120/24
120/25 121/1 121/16 122/13
123/3 123/9 123/19 124/5
124/6 124/11 124/12 124/16
124/22 134/16 147/17 147/22
148/7 149/23 154/24 155/6
157/18 157/20 157/20 157/24
158/24 159/18 159/20 159/24
160/7 160/8 161/11 161/14
161/17 161/17 162/22 163/10
164/3 164/17 165/4 165/7
165/9 166/3 175/7 176/6
176/20 177/16 186/21 188/24
192/3 192/12 193/7 193/16
196/20 197/7 206/10 211/21
213/12 213/24 214/2 214/19
215/4 215/18 216/13 216/14
218/1 219/19 222/10 222/15
223/7 224/10 227/17 228/17
234/13 242/10 244/5 244/10
244/17 245/8 246/6 247/7
249/3 249/8 251/16 252/12
253/20 253/21 253/21 253/24
255/6 255/7 258/12 259/4
259/17 261/8 266/20 266/24
267/13 268/15 269/1 269/2
269/18 271/25 272/5 272/10
272/22 272/25 273/6 274/2
275/23 281/2 281/9 281/10
282/21 283/10 284/1 284/4
284/14 284/19 284/22 285/2
287/21 288/14 290/10 290/13
291/24 296/14 296/22 296/24
301/10 302/14 303/8 303/13
303/25
**yourself** **[8]** 14/18 51/8
69/12 69/14 70/4 120/18
127/25 147/10
**yourselves** **[2]** 117/14 155/5

**Z**

**ziplocked** **[1]** 196/25
**zooming** **[1]** 184/7