1
                        UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
2
                      WEST PALM BEACH DIVISION

3
               CASE NO. 18-CR-80053-ROSENBERG

4

**UNITED STATES OF AMERICA,**    .
5
                                    .
      Plaintiff,              .
6
                                      .
            vs.               .
7
                                      .
**ALSTON O. WILLIAMS,**      .  West Palm Beach, FL
8
                                    .  December 4, 2018

9
      Defendant.            .

10
                  JURY TRIAL PROCEEDINGS
            BEFORE THE HONORABLE ROBIN L. ROSENBERG
11
               UNITED STATES DISTRICT JUDGE

12
                      VOLUME 3

13
      APPEARANCES:

14

      FOR THE PLAINTIFF:        **GREGORY SCHILLER**
15
                                **JUSTIN HOOVER**
                                United States Attorney's Office
16
                                500 Australian Avenue
                                Suite 400
17
                                West Palm Beach, FL 33401
                                954-789-6285
18
      FOR THE DEFENDANT:        **FLETCHER PEACOCK, ESQ.**
19
                                Federal Public Defenders Office
                                450 North 2nd Street
20
                                Fort Pierce, FL 34950
                                772-489-2123
21
                                **M. CAROLINE McCRAE, ESQ.**
22
                                Federal Public Defenders Office
                                450 S. Australian Avenue
23
                                Suite 500
                                West Palm Beach, FL 33401
24
                                561-833-6288

25

```
 1

 2          Official Court Reporter:    Pauline A. Stipes
                                        HON. ROBIN L. ROSENBERG
 3                                      Ft. Pierce/West Palm Beach, Fl
                                        772.467.2337
 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                              INDEX

 2        BRIAN O'NEIL

 3        Direct Examination by Mr. Schiller        Page 16

 4        Cross Examination by Ms. McCrae           Page 92

 5        Redirect Examination by Mr. Schiller      Page 101

 6        JAMES HARDEE

 7        Direct Examination by Mr. Hoover          Page 102

 8        Cross Examination by Ms. McCrae           Page 158

 9        Redirect Examination by Mr. Hoover        Page 189

10        TXXXX LXX

11        Direct Examination by Mr. Schiller        Page 193

12        Cross Examination by Mr. Peacock          Page 317

13                            EXHIBITS

14                                     I.D.         Received

15           Government Exhibits 1b-1k              Page 18
             Government Exhibits 3b-3d              Page 27
16           Government Exhibits 4b-4m, 4o, 4p      Page 32
             Government Exhibits 5ab-5af, 5ah-5aq,  Page 34
17              5as, 5au, 5av, 5ax, 5ay, 5ba-5bi, 5bk
             Government Exhibit 6b                  Page 42
18           Government Exhibit 8b                  Page 47
             Government Exhibits 13b, 13c           Page 48
19           Government Exhibits 17b-17j            Page 50
             Government Exhibits 18b-18f            Page 55
20           Government Exhibits 19b-19i            Page 63
             Government Exhibits 25b-25d            Page 67
21           Government Exhibits 36b-36j            Page 68
             Government Exhibits 42b, 42c           Page 75
22           Government Exhibits 50b-50i            Page 78
             Government Exhibit 48b                 Page 82
23           Government Exhibits 51aa-51az, 51bb,   Page 85
                bd, bf-bi, bk-bt
24           Government Exhibit 72a                 Page 87
             Government Exhibits 72b, 72c           Page 88
25           Government Exhibits 30-35, 65          Page 144
```

1          THE COURT:  Good morning.

2          MR. SCHILLER:  Good morning, your Honor.

3          THE COURT:  Are there any matters we need to talk

4     about?

5          MR. HOOVER:  Scheduling.  Our next witness, Mr.

6     Hardee, the water was shut off at the entire hotel, he expects

7     to be here at 9:00, he is checking into a new hotel.

8          THE COURT:  Okay.  We still have Mr. O'Neil on the

9     stand.

10          MR. HOOVER:  Right.

11          THE COURT:  You were going to finish up with your

12     direct, getting in those exhibits.

13          MS. McCREA:  Your Honor, I just wanted to bring to the

14     Court's attention, after thinking a bit overnight, I did want

15     to modify the Defense position with some of the exhibits that

16     the Government intends to introduce with this witness.

17          The problem is, Mr. O'Neil can lay part of the

18     foundation, he can provide testimony that this is evidence of

19     part of the extractions that he performed on the devices, but

20     those materials that he extracted from the phone do not become

21     relevant until there is another witness connected to the case.

22          There are telephone numbers that wouldn't be relevant

23     unless a witness testifies who it is that engaged in that

24     conversation so we know it is actually the women who have been

25     litigated in this case, or the Defendant, or someone else

 1    relevant to the trial.

 2          So, I think it is going to be a little more

 3    complicated if the Government is intending to introduce the

 4    items through Mr. O'Neil.

 5          THE COURT:  For relevancy, not authenticity.

 6          MS. McCREA:  Exactly.  If you look at 1g, as in

 7    gamble, what we see is an amount of U.S. currency with two

 8    fingers which appears to be acrylic or fake fingernails on

 9    them.  We don't know when the photo was taken, why it was

10    taken, what the significance of it is, whose fingers are in the

11    photograph.  This is information we need to know to make sure

12    it is relevant in the case, and also bringing in other acts not

13    ruled on by your Honor.

14          It is not the defense being difficult.  I think if the

15    Government is trying to introduce the evidence from just the

16    person who extracted it off the phone, the foundation is going

17    to be missing from the evidence until the witness identifies

18    the photographs or speakers in the conversation.

19          Another example is 5ab, as in apple, boy.

20          THE COURT:  It looks like a text message.  I can't

21    tell, mine is very blurry.

22          MR. SCHILLER:  Yes, that is the way it was extracted.

23          MS. McCREA:  It almost looks like a sticky note with

24    typed text over the top of it.

25          Again, no one knows who wrote this, when it was

1    communicated to them and why.  The relevance is not going to be

2    established just because this witness said it came off that

3    device.

4           My concern is that later on -- I brought this to the

5    Government's attention yesterday.  There are many of these

6    exhibits that have dozens of photographs of faces, the

7    Defendant is able to recognize some of the faces, and the

8    Government says it is the same women.  We can't recognize them

9    because of the change of time or features, and some don't have

10   faces at all.  Unless someone testifies who the body parts are,

11   we don't know that it would be relevant, as opposed to bringing

12   in potentially other women who have not been litigated in the

13   case.

14          *THE COURT:*  Has the Government thought about this?

15          *MR. SCHILLER:*  Yes, Judge.  Last week, when we were at

16   calendar call -- we are not holding the defense -- we said Mr.

17   O'Neil would bring in the extractions.  Every piece of

18   extraction we are bringing in -- there will be hundreds of

19   pieces of evidence in this case.  What we limited it down to,

20   some witness, whether it is a police officer or one of the

21   victims in this case, will testify to knowing who is in the

22   photograph.  Yes, that is my text message with the Defendant or

23   with someone else.  They will be able to identify every single

24   thing we are putting in.

25          Counsel brings up the photograph of the money with the

1    two fingers in it.  At least one of our witnesses has said that

2    they are the fingers of one of the other victims in this case.

3        THE COURT:  Do you intend showing all of these

4    exhibits you are getting in through the current witness --

5        MR. SCHILLER:  No.

6        THE COURT:  -- or through anyone else?

7        MR. SCHILLER:  All the exhibits going in through the

8    witness are going to be shown through some other witness.  My

9    plan is not to go through every one of the exhibits with the

10   witness and show them to the jury.  Some I do have to go

11   through.  In the text message where it says "deleted" he is the

12   only one who can explain what that means.  We are not going

13   into reading the text messages.

14       THE COURT:  There are a couple of different

15   possibilities.  One possibility is, if the defense has no

16   questions and doubt as to the fact that this witness has

17   extracted all of the exhibits through whom -- well, let's see

18   now.  We had witness Lisboa who spoke about extraction.  Is

19   witness O'Neil talking about extraction?

20       MR. SCHILLER:  Mr. Lisboa didn't testify to --

21       THE COURT:  That is true, O'Neil is regarding

22   extraction.

23       MR. SCHILLER:  Yes.

24       THE COURT:  If Defense has no concerns about the fact

25   that he was the one with the expertise, and you didn't question

1    his qualifications as a forensic expert who extracted the

2    information, it seems to me Defense should be in a position to

3    say Defense has no objection to the fact that these are items

4    that were extracted in a proper manner from the devices, so

5    that the Government doesn't necessarily go through each and

6    every exhibit with this witness to just establish that he

7    extracted them, but rather, if the Defense is in a position to

8    agree to that, and the only objection is relevancy, then let

9    the Government move on to the witnesses whom they -- the

10   Government was going to show these exhibits to, ask about them

11   since there wouldn't be, hypothetically, an objection to sort

12   of the fact that they were properly extracted from certain

13   devices, and at that time, if you have an objection to

14   relevancy.

15           But for us to go through -- unless this is what you

16   are asking to have the Government establish through each --

17   with each and every exhibit the sort of authenticity, if you

18   will, they were properly extracted by this witness, and then

19   to -- but to hold off on agreeing to its admissibility until

20   the Government goes through each and every exhibit in -- each

21   and every exhibit for relevancy, it would prolong the process.

22           I should think there would be enough time leading up

23   to the trial to question whether there is any authenticity

24   objection to these documents.  If there isn't, why can't that

25   be -- why can't some time be saved on that front and let the

1     Government move on and save your objections for when they are

2     shown to the witnesses, whom the Government again acknowledges

3     each and every one will be linked up to a witness to testify

4     about.

5          It won't be shown to the jury until you have a chance

6     to make your objection as to relevancy and there are questions

7     outside the jury's view.  That is one suggestion I have.

8          I don't see us -- I don't see it being very efficient

9     to do it the way we did it yesterday.

10         MR. SCHILLER:  Judge, if I may, if there is a

11    document, photograph, video, or otherwise that is somehow not

12    linked up by relevancy of the witness, it won't be shown to the

13    jury, and we can remove it from evidence prior to everything

14    going back to the jury if that should happen.  We don't expect

15    that to happen.  I am offering that as a preventative measure

16    for the Court.

17         THE COURT:  This witness is here to talk about how he

18    extracted all of these images.

19         MR. SCHILLER:  Admit them as properly extracted.

20         THE COURT:  All right.  So, do we need to go through

21    this with this witness?

22         MS. McCREA:  I view this differently than the Court

23    and the Government does.  My position is, what they said, they

24    want to introduce these through this witness, that is my

25    objection.  I don't think the foundation can be laid through

1    this witness.

2            THE COURT:  That is why I asked whether there was any

3    objection to the line of questioning relating to extraction.

4            Let's assume for a moment they are not going to be

5    objected to through this witness.  Is there a stipulation by

6    Defense that these documents were properly extracted, that is,

7    through the proper forensic means by this witness, so there

8    won't be any challenge to those exhibits on that basis, and the

9    Government doesn't need to spend the time going through these

10   with this witness and rather, will review the exhibits with the

11   subsequent witnesses, not showing them to the jury, and only

12   after you have had an opportunity to assess whether you want to

13   make an objection to relevancy will it then be admitted?

14           MS. McCREA:  This is why I find myself --

15           THE COURT:  Do you understand the question?

16           MS. McCREA:  Yes.  You are asking me if I can

17   stipulate that the witness did not testify under oath that what

18   he did was proper.  I am not inclined to do that.

19           I viewed Government 4m, this is what the witness would

20   say was properly extracted and reflected completely the SMS

21   text messages from device 4.  My review of device 4 was

22   incomplete.

23           The exhibit yesterday was a two-page document.  In

24   actuality there are seven pages of text messages with this one

25   particular phone number.

1          THE COURT:  That is one.

2          MS. McCREA:  That is an example where I have found

3    what this witness would have testified to would not be correct,

4    and so I --

5          THE COURT:  Let me stop you.  What is your proposal?

6          MS. McCREA:  My proposal is that the Government can

7    produce testimony from this witness relating to the extraction

8    of these items, but if he is going to attempt to introduce them

9    through this witness, we will be objecting to relevance because

10   it has not been connected to the case.

11         My concern is there are going to be photographs that

12   could be introduced into evidence that are not relevant because

13   they relate to other women.

14         THE COURT:  Are you going to be showing any of the

15   exhibits to the jury, did you say?

16         MR. SCHILLER:  Yes.

17         THE COURT:  Through this witness?

18         MR. SCHILLER:  There are certain things he needs to

19   explain from a forensic perspective.

20         THE COURT:  Why does the Government need to go through

21   extraction with each and every one of the exhibits?

22         If you have completeness arguments, haven't you been

23   able to identify which ones you object to based on

24   completeness?

25         MS. McCREA:  We received this device with the

Pauline A. Stipes, Official Federal Reporter

1    Government exhibits after the calendar call.  I want to point

2    out the conversation the Government was relating to about

3    conversations with Defense counsel at calendar call, I told the

4    Government, hey, you haven't given me the jump drive of your

5    exhibits yet.  To have a conversation about the exhibits is

6    problematic.

7         We had a discovery review, and we asked the Government

8    to direct us to the evidence they intended to use during trial.

9    They did not do so until providing this jump drive after the

10   calendar call.  So, I have done my best, but I am not able to

11   stipulate that there are no other issues, because if I had made

12   a mistake, I don't think I would be doing my client justice by

13   stipulating to something.

14        *THE COURT:*  Well, you have had time to review the

15   documents, we went over them last night, and I thought we went

16   through a number of them.  That was the whole point of going

17   through them, and you indicated there was a group you had no

18   objection to based on what you knew.

19        There were others you thought were cumulative, others

20   you thought -- you were consistent with prior objections that

21   we discussed as a standing objection.  You had Rule of

22   Completeness, and these were for full blocks of documents.  And

23   so, am I hearing you say that you are changing your position

24   and you want the Government to go through 1b, 1c, 1d, 1e, 1f,

25   1j, 1k, 3b, 3c, 3d, 4b, 4c, 4d, one at a time just like we did

1   yesterday with the first witness to establish the fact that he

2   has extracted the documents from the devices that he was

3   working with?

4          MS. McCREA:  No, that is not my position.

5          THE COURT:  Tell me how you see it play out to move

6   the case along and to allow to you preserve any opportunity you

7   want to make.

8          MS. McCREA:  I would anticipate the Government could

9   elicit testimony from the witnesses that items 1b through 1h --

10  excuse me, 1b through 1j, excluding 1i, are items that he

11  extracted from this device, and that would be the end of his

12  testimony with respect to 1b through 1j.

13         If the Government is going to attempt to admit 1b

14  through 1j with this witness, that is when I would be making my

15  relevance discussion.

16         THE COURT:  Is the Government hearing it for the first

17  time this morning?

18         MS. McCREA:  They are hearing it for the first time

19  this morning.  We talked to them before the Court took the

20  bench to let them know about this concern.  I am not going to

21  say more than that, unless the Court wants me to explain.

22         THE COURT:  Normally these objections are taken care

23  of in advance so the Court has an opportunity to rule on them

24  either in advance, or the parties have had a chance to

25  cooperate and try to work out an arrangement where the

```
 1    Government would likely have discussed, well, I am proffering

 2    what this witness will say, this witness will say.  And have

 3    you not had that conversation?

 4           MR. SCHILLER:  We haven't had a chance to have a

 5    conversation where we go through every single digital

 6    extraction and say RXXXXXX will say this about this image, and

 7    TXXXX said this.  We have not.

 8           Let me offer to the Court a reasonable suggestion.  We

 9    would like to move these extractions in through Mr. O'Neil

10    because he extracted them, move them into evidence.  If during

11    the course of the trial any one of the items do not become

12    mentioned or relevant by any other witness, and we don't meet a

13    relevancy standard, that would be removed from the evidence.

14           THE COURT:  You can't show them to the jury.

15           MR. SCHILLER:  They wouldn't be.

16           THE COURT:  That is why I asked, do you intend to show

17    the exhibits to the jury?

18           MR. SCHILLER:  The only exhibits they will see are the

19    exhibits 175 extractions that we have, maybe only about 20.

20           I need to ask what does deleted mean, where was it

21    when it was found?

22           If I don't do that with this witness, I have to put

23    them on individually as each of the victims come up to testify

24    about it.

25           THE COURT:  Mr. Peacock.
```

 1           MR. PEACOCK:  That is what we want, Judge, that they

 2     are not published.  Conditionally admitted.

 3           MR. SCHILLER:  We are fine with that.

 4           THE COURT:  It sounds like a reasonable solution.

 5           They will be conditionally admitted unless there is an

 6     objection at the time.  They won't be shown to the jury, and

 7     there will be opportunity for the Defense to make any relevancy

 8     objection before they are admitted for purposes of being shown

 9     to the jury, whether it is through a witness on the stand

10     subsequent to this witness or in the jury deliberations.

11           With respect to any exhibit that you intend to show

12     the jury, Let defense know at the time this is one of the 20 or

13     so you intend to show the jury, and let's see whether Defense

14     has any objection to that.

15           MR. SCHILLER:  If the Court would give me two minutes,

16     I will give them a quick list.  Is that something the Court

17     wants me to do?

18           THE COURT:  You can give them the list.  I am ready to

19     call the jury in if our jury is here.  If you have them written

20     down, if you want to show them, they can be following along.

21           (Thereupon, the jury entered the courtroom.)

22           THE COURT:  Good morning, ladies and gentlemen.

23     Welcome back.  You may be seated.

24           The Government may proceed with your direct

25     examination of the witness, Mr. O'Neil.

```
 1              MR. SCHILLER:  Thank you, ma'am.

 2                    DIRECT EXAMINATION continued

 3   BY MR. SCHILLER:

 4   Q.  Good morning, Mr. O'Neil.

 5   A.  Good morning.

 6   Q.  When we left off yesterday, you talked about the extraction

 7   of cell phones and computers?

 8   A.  Correct.

 9   Q.  Now I want to talk to you about extractions you did in this

10   case.

11              MR. SCHILLER:  Your Honor, may I approach the witness?

12              THE COURT:  Yes.

13              MR. SCHILLER:  For the sake of brevity, since I will

14   be going back and forth a lot, may I move to the witness back

15   and forth?

16              THE COURT:  Yes.

17              MR. SCHILLER:  Thank you, ma'am.

18   BY MR. SCHILLER:

19   Q.  Showing you Government Exhibit 1, do you recognize this

20   cell phone?

21   A.  Yes, I do.

22   Q.  And did you perform an extraction on that phone and confirm

23   that that is in fact a Galaxy Note 4?

24   A.  Yes.

25   Q.  And with this phone, and all the phones we are going to
```

1    discuss today, is there a label on that phone that you put

2    there?

3    A.   Yes.  It is on the back of the cell phone case.

4    Q.   Can you describe that label for us?

5    A.   It contains the FBI case number that references this case,

6    and also contains a unique identifying number that I placed on

7    each item.  It is a part of our initial exam process.  It

8    starts with a Q, for questioned item, MM for Miami division, a

9    date, and then my initials, and then like a sequential item

10   number.

11   Q.   And each of the phones that you performed an extraction on,

12   specifically the ones that have been moved into evidence, have

13   that numbering system on there?

14   A.   I believe there is -- we went over these in trial prep, and

15   I believe there is one where a label had fallen off.  Other

16   than that, yes, they all have a label on it.

17   Q.   We will get to that one at the end.  They have the labels

18   on it?

19   A.   Yes.

20   Q.   Was there any change to the labels at all?

21   A.   No.

22   Q.   Thank you.

23        I am now going to show you Government Exhibits 1b through

24   k.

25        Did you have a chance to look through this to see that all

1    of the exhibits in there -- did you have a chance to look
2    through all of these exhibits before trial?
3    A.  Yes.
4    Q.  Items 1b through k are these items you extracted from
5    Government Exhibit 1a, the Galaxy Note phone?
6    A.  Yes.
7    Q.  Do all of the exhibits fairly and accurately represent the
8    contents of 1a, the cell phone?
9    A.  Yes.
10          MR. SCHILLER:  I would like to move into evidence 1b
11   through k.
12          THE COURT:  Counsel.
13          MS. McCREA:  Subject to our objection and motion.
14          THE COURT:  They are admitted subject to what counsel
15   and the Court had discussed prior to the jury coming in.
16        (Whereupon Government Exhibits 1b - 1k were marked for
17          evidence.)
18          MR. SCHILLER:  Thank you.
19   BY MR. SCHILLER:
20   Q.  Mr. O'Neil, I have a few questions about these exhibits.
21          MR. SCHILLER:  Judge, may I have permission to publish
22   1b?
23          THE COURT:  Is that the only one you are going to
24   publish?
25          MR. SCHILLER:  No.

```
 1            THE COURT:  Which once.

 2            MR. SCHILLER:  B, c, j, and k.

 3            THE COURT:  Defense position?

 4            MS. McCREA:  Your Honor, the Government just provided

 5    me a list as they walked up to begin questioning.  There are

 6    direct responses for different ones.  B, I don't have an

 7    objection to b being shown.

 8            THE COURT:  You may publish b.

 9            MR. SCHILLER:  Yes, thank you.

10    BY MR. SCHILLER:

11    Q.  On the screen this is 1b.

12         Can you explain to the jury what we are looking at here,

13    starting at the top where it says "extraction report"?

14    A.  So, this is one of the extraction reports from this phone,

15    it is in a pdf format, and this particular report is showing

16    user accounts that Cellebrite has identified on the phone.

17    These would include things like email addresses, log ons to

18    different websites, possibly chat identifiers.

19    Q.  Okay.

20         Now, for all of these extractions, some of the ones we'll

21    look at, and ones that will be viewed later, did you

22    actually -- let me rephrase the question.

23         You told us you did the full extraction of these devices

24    such that the evidence could be examined; is that right?

25    A.  Correct.
```

```
1    Q.  And you also testified that agents then looked at all of
2    the evidence and selected items; is that right?
3    A.  Correct.
4    Q.  What is that process called when they select items?
5    A.  We typically refer to that as bookmarking, identifying
6    items relevant to a case.
7    Q.  And had you reviewed each of these to confirm that the
8    information in these bookmarked items, all the exhibits that we
9    are about to talk about, were extracted from the phones in
10   question?
11   A.  Yes.
12   Q.  So, you have gone back and double checked that as a
13   forensic examiner?
14   A.  Yes.
15   Q.  Including 1b, the extraction report?
16   A.  Correct.
17   Q.  Okay.  If we could remove publication.  Thank you.
18        MR. SCHILLER:  Your Honor, permission to publish 1c.
19        MS. McCREA:  No objection.
20        THE COURT:  You may do that.
21   BY MR. SCHILLER:
22   Q.  Now, we can't see the entire picture here; is that correct?
23   A.  Correct.
24   Q.  I want to ask you about the title of this picture.  It is
25   labeled within the phone, correct me if I am wrong, 20070822
```

```
 1    underscore 134618.
 2        Do you see that as the title up here at the top of the
 3    image?
 4    A.  Yes.
 5    Q.  I will circle that.
 6        Now, based on your knowledge and training and experience of
 7    digital photographs, what can you tell us about the naming
 8    convention of an image like this?
 9    A.  So, this is a device applied to this photograph.  The user
10    of this phone did not make this name up.
11    Q.  How do you know that?
12    A.  This naming convention is a time stamp and corresponds to
13    the create date for when this picture was created.
14        The date would be August 22, 2017.
15    Q.  Pause right there for a second.
16        That first numbering item, that is a year, month, and day?
17    A.  Correct.
18    Q.  And then there is an underscore.  What is on the other side
19    of the underscore?
20    A.  Additional 134618, which corresponds to the time, that
21    would be 1:46 and 18 seconds.
22    Q.  To be clear, Mr. O'Neil, there is no absolute guarantee
23    that that date -- what you have identified as date and time,
24    was actually done by the phone.  Some user could have created
25    it that way, correct?
```

22

1    *A.*  It is possible, that is not likely.  That is not my

2    experience with other examinations.

3    *Q.*  When people generally, based on your training experience

4    and expertise, name photos, videos, or other items, do they

5    either leave it with the original naming convention or change

6    it to something more user friendly?

7    *A.*  It is usually something more user friendly.

8    *Q.*  Thank you very much.

9         *MR. SCHILLER:*  Remove publication.

10        I would like to show you Government Exhibit 1j.

11        Judge, if we could have this published to the jury,

12   please.

13        *THE COURT:*  Any objection?

14        *MS. McCREA:*  Yes, your Honor.

15        *THE COURT:*  Basis.

16        *MS. McCREA:*  The previous motion.

17        *THE COURT:*  Without publishing it to the jury, may I

18   see it?

19        Can you go through the questioning without publication

20   to the jury?

21        *MR. SCHILLER:*  I can make attempts to, sure.

22   *BY MR. SCHILLER:*

23   *Q.*  Do you have 1j in front of you, sir?

24   *A.*  Yes.

25   *Q.*  What is 1j, what is this physical item?

1    *A.* This is a Cellebrite report that demonstrates a SMS or text

2    conversation between this phone and someone who has been

3    identified in the contact list as RXXX, based on the telephone

4    number stored in there.

5    *Q.* Let's break this down a little bit.

6        So, on this document it lists the phone number and name

7    assigned to that phone number?

8    *A.* Correct.

9    *Q.* You use an iPhone, do you?

10   *A.* Samsung.

11   *Q.* Galaxy?

12   *A.* Yes.

13   *Q.* We are a little different, then.  If you use a Galaxy phone

14   and want to send a text message, how do you do that?

15   *A.* You can pull up a particular name you want to send a text

16   message to in the contact list and send a message.

17   *Q.* That name becomes associated with the phone number?

18   *A.* Yes.

19   *Q.* Does the phone do that automatically or is it something the

20   user has to instruct the phone to do?

21   *A.* Typically, it is user action that creates that, and

22   sometime it is like an option to automatically add somebody to

23   a contact list.  The user has to approve that.

24   *Q.* All right.

25       Now, this document again has the name and phone number that

1    would be associated with the text messages between two

2    individuals; is that right?

3    A.   Correct.

4    Q.   And if you look at the very first message on there, is

5    there a date and time stamp?

6    A.   Yes.

7    Q.   How does the date and time stamp get there?

8    A.   It's placed on there by the phone.

9    Q.   Okay.  How does it get --

10   A.   The phone records that.

11   Q.   And how does it get then into this report?

12   A.   That is part of what Cellebrite does, extracts that data

13   and analyzes it and knows it is assigned to this text message.

14   Q.   At the end of the time, there is an indication that says --

15          MR. SCHILLER:  Judge, I can blow it up so we only look

16   at this one particular thing.

17          THE COURT:  Any objection?

18          MS. McCREA:  No, that is fine, your Honor.

19          MR. SCHILLER:  Publish, please.

20   BY MR. SCHILLER:

21   Q.   After the time it says UTC minus 4.  What does that mean?

22   A.   Universal coordinated time minus four refers to Eastern

23   Standard -- Eastern Daylight Time zone.

24       So, this is telling you that the 8:00 o'clock time that is

25   listed there has been adjusted to the proper time zone.

1   *Q.*  Okay.  If we see time stamps that say UTC minus zero, what

2   does that mean?

3   *A.*  It has been unadjusted to get the proper time for the

4   Eastern Time zone, either four or five, depending on whether it

5   is daylight savings.

6   *Q.*  Either four or five?

7   *A.*  Yes.

8        *MR. SCHILLER:*  Judge, could we remove publication

9   momentarily.

10        *THE COURT:*  Yes.

11        *MR. SCHILLER:*  Thank you.  If we could publish again,

12   please.

13   *BY MR. SCHILLER:*

14   *Q.*  On the same line of text, for each text message they say

15   read or sent.  What does that mean?

16   *A.*  That indicates that this message has been received by this

17   phone and has been read, and as opposed to sent, it has been

18   sent to the phone, to the participant that was identified

19   earlier.

20   *Q.*  So, the read and the sent is indicating what was happening

21   with the phone that actually this text message came out of,

22   whether it was read by that phone or sent by that phone?

23   *A.*  Correct.

24        *MR. SCHILLER:*  Remove from publication, please.

25

1    *BY MR. SCHILLER*:

2    *Q.*  I would like to now ask you a question about Government

3    exhibit -- I don't have to show it to the jury -- Government

4    Exhibit 1k, do you have that on the screen in front of you?

5    *A.*  Yes.

6    *Q.*  What is 1k?

7    *A.*  A Cellebrite report depicting the web history that has been

8    logged by the phone and recorded by the Cellebrite software.

9    *Q.*  Can you explain how the web history gets logged by a

10   cellular phone?

11   *A.*  Sure.  When a cellular phone goes out to a website it makes

12   a log or history of websites that it visited, and a part of

13   that is tracking the url, or the actual web location and time

14   stamp when that happened.

15   *Q.*  Thank you very much.

16       I would now like to direct your attention to

17   Government's -- I want to show you what is in evidence as

18   Government 3a.  Do you recognize this smart device?

19   *A.*  Yes.

20   *Q.*  Is this an iPhone 6s?

21   *A.*  Yes.

22   *Q.*  How do you recognize that device?

23   *A.*  It has the label that I placed on it when I examined the

24   phone.

25   *Q.*  Did you perform an extraction on that phone?

1   *A.*  Yes.

2   *Q.*  I would like to show you Government Exhibits 3b through 3d.

3   It is in this binder.

4       Have you had an opportunity before today to review those?

5   *A.*  Yes.

6   *Q.*  Do they fairly and accurately represent extracted evidence

7   from Government's 3a, the iPhone 6s?

8   *A.*  Yes, it does.

9           *MR. SCHILLER:*  I would like to move in 3b through 3d.

10          *MS. McCREA:*  No objection to publication.

11          *THE COURT:*  No objection to admission and publication,

12  but subject to the same understanding we discussed earlier?

13          *MS. McCREA:*  Yes, your Honor.

14          *THE COURT:*  So, admitted with that understanding.

15      (Whereupon Government Exhibits 3b – 3d were marked for

16      evidence.)

17          *MR. SCHILLER:*  Judge, if I could have publication,

18  please, of Government Exhibit 3b.  That is okay?

19          *THE COURT:*  The Defense has not objected to 3b through

20  3d.

21  *BY MR. SCHILLER:*

22  *Q.*  So, what is 3b?

23  *A.*  A Cellebrite extraction report depicting the contacts

24  extracted from this phone.

25  *Q.*  How many contacts?

1   *A.*   4,279.

2   *Q.*   4,279 contacts on the iPhone 6s?

3   *A.*   Yes.

4   *Q.*   I know you are an Android guy, but when somebody gets a

5   brand new iPhone and they open it for the first time, are there

6   any contacts on it when you open it straight out of the box?

7   *A.*   Not that I am aware of.  There may be a preloaded support

8   number for Apple or something on there.  Nothing that a user

9   created.

10   *Q.*   Fair enough.  For the 4,279 contacts on the phone,

11   excepting one or two preloaded by the company, they would have

12   to be actively physically entered?

13   *A.*   Correct.

14   *Q.*   Thank you.  I want to publish Government Exhibit 3c.

15       What is this a report for?

16   *A.*   Again, this is a web history report from Cellebrite of the

17   websites that this phone had searched or went to.

18   *Q.*   All right.  And how many -- how much -- how many entries in

19   the web history were pulled out?

20   *A.*   In this report, 626.

21   *Q.*   Have you had a chance to look through this exhibit?

22   *A.*   Yes.

23   *Q.*   Other than searches for Back Page, Bitcoin, hotels, or a

24   Net-Spend card, how many of the 626 entries in here were not

25   related to that?

1   *A.*   I believe when I reviewed this report there were only ten

2   that did not correspond to the sites or contacts of what you

3   mentioned.

4   *Q.*   Other than ten, every other search that was pulled out of

5   that phone for this exhibit was related to Back Page, Bitcoin,

6   hotels, or Net-Spend credit cards?

7   *A.*   Correct.

8   *Q.*   I would like to show you Government Exhibit 3d.

9        What are we looking at here?

10  *A.*   This is a Cellebrite report of the bookmarks, web bookmarks

11  that were on this phone.  A web bookmark in this case would be

12  a way to remember a particular website that you wanted to go to

13  so you could easily press a button to kind of return to a

14  website that you frequently visit or like.

15  *Q.*   Have you had an opportunity to look through these

16  bookmarks?

17  *A.*   Yes.

18  *Q.*   Let's look at bookmark number 1.

19        What website was bookmarked here?

20  *A.*   A Back Page website was bookmarked.

21  *Q.*   Can you read for us the title of the Back Page bookmark?

22  *A.*   Beautiful Classy Jazzman, West Palm Beach women looking for

23  men, personals.

24  *Q.*   Now, there are 12 of them here.  I won't ask you to read

25  through all of them.  Generally speaking, did they relate to

1   Back Page, Bitcoin or Net-Spend cards?

2   *A.*  Yes.

3   *Q.*  There are some other ones here that are not, Apple, Bing,

4   Google, iPhone User Guide, T Mobil My Account, and Yahoo.  What

5   are those bookmarks?

6   *A.*  I don't know about the Google and Yahoo, that may be

7   something a user added.  The other ones appear to me to

8   probably be preloaded on the device.

9   *Q.*  And is that a normal case, that when you get a Smart Phone

10  that can be internet search functions, Google, Safari or

11  Chrome, any of those, they are preloaded bookmarks that are

12  already there?

13  *A.*  Yes.  The manufacturer and carrier often preload

14  information for support and how to find out about your account

15  and direct you to their website.  That is not uncommon.

16          *MR. SCHILLER:*  Thank you very much.  If we could

17  remove publication, please.

18  *BY MR. SCHILLER:*

19  *Q.*  Mr. O'Neil, I am going to show you Government Exhibit 4a.

20          Do you recognize 4a?

21  *A.*  Yes.

22  *Q.*  And what is 4a?

23  *A.*  A Samsung cell phone, Galaxy S5.

24  *Q.*  And much like the other phones, how do you know what that

25  is?

 1  *A.*  I've labeled it.

 2  *Q.*  And did you confirm that it is a Galaxy S5 from the model

 3  number on the back?

 4  *A.*  Yes.

 5  *Q.*  All right.

 6        *MR. SCHILLER:*  Judge, if I could have the Court's

 7  indulgence for about 30 seconds, please.

 8        *THE COURT:*  Yes.

 9  *BY MR. SCHILLER*:

10  *Q.*  Mr. O'Neil, I am going to show you what is marked for

11  identification Government Exhibit 4b through 4p, as in papa.

12      Did you have an opportunity to review the contents of that

13  binder with those exhibits?

14  *A.*  Yes, I did.

15  *Q.*  Do those exhibits contain extracted items, bookmarked items

16  that you reviewed that came out of that phone?

17  *A.*  Yes.

18  *Q.*  Does it fairly and accurately represent the actual contents

19  of 4a?

20  *A.*  Yes.

21        *MR. SCHILLER:*  I would like to move 4b through p into

22  evidence.

23        *MS. McCREA:*  We object, subject to the prior motion,

24  your Honor.

25        *THE COURT:*  Okay.  So the Court will admit them

```
 1    subject to the prior ruling.  And are you also intending 4n to
 2    be part of that.  Yesterday you mentioned something about 4n,
 3    that you were not seeking that.  Are you seeking 4n as well?
 4              MR. SCHILLER:  Yes, 4n is in there.
 5              MS. McCREA:  I have a separate objection to 4n.
 6              MR. SCHILLER:  Judge, I apologize, there is no 4n,
 7    that is correct.
 8              THE COURT:  There is no 4n.
 9              MR. SCHILLER:  No 4n, 4b through p, without the letter
10    n.
11              THE COURT:  Okay.  So, 4b through 4p, but not 4n are
12    all admitted only -- without objection, other than the matter
13    that was taken up earlier, subject to any further discussion
14    about the exhibit with other witnesses who will be talking
15    about the exhibit.
16              MR. SCHILLER:  Thank you, ma'am.
17         (Whereupon Government Exhibits 4b - 4m, 4o, 4p were marked
18         for evidence.)
19    BY MR. SCHILLER:
20    Q.  Mr. O'Neil, I would like to show you Government Exhibit 5a.
21         Do you recognize this Smart Phone?
22    A.  Yes.
23    Q.  And what is 5a?
24    A.  This is a Galaxy Note3 Samsung cell phone.
25    Q.  Did you examine that?
```

1   *A.*  I did.  It contains the label that I placed on the other

2   items.

3   *Q.*  All right.  Did you extract items from Government Exhibit

4   5a?

5   *A.*  Yes.

6   *Q.*  I have four binders to show you of extracted items here

7   that I want to ask you about.

8         *THE COURT:*  Let me ask, I am sorry, going back to 4,

9   for a moment.  Yesterday in our conference Defense raised

10   something as to 4m.  Is that still an objection?  It was

11   completeness, has that been addressed?

12         *MS. McCREA:*  Yes.  No objection, your Honor.

13         *THE COURT:*  Okay.

14         *MR. SCHILLER:*  We took care of that yesterday.

15   *BY MR. SCHILLER:*

16   *Q.*  Mr. O'Neil, I have four binders of evidence extracted from

17   Government Exhibit 5a.  Did you have a chance before today to

18   review each and every exhibit in that?

19   *A.*  Yes, I did.

20   *Q.*  And within 5 -- Government Exhibits 5ab through 5bk, except

21   for the following letters, ag, ar, at, aw, az, and bj, are all

22   the items, 5ab through 5bk, found in those binders?

23   *A.*  Yes.

24   *Q.*  You reviewed those before today to make sure?

25   *A.*  Yes.

1    *Q.*  Do all the exhibits in there fairly and accurately

2    represent extracted items from Government Exhibit 5a, the

3    Samsung Galaxy Note3?

4    *A.*  Yes.

5         *MR. SCHILLER:*  At this time I would like to move these

6    into evidence, 5ab through bk, with the exception of 5ag, ar,

7    at, aw, az, and 5bj.

8         *THE COURT:*  Defense.

9         *MS. McCREA:*  No objection to their conditional

10   admission at this time.  The Government has provided me a list

11   of what they intend to publish.  I will address those

12   objections as they start to publish.

13        *THE COURT:*  Subject to the matter we took up this

14   morning.

15        *MR. SCHILLER:*  Yes, ma'am.

16        *THE COURT:*  So, they are admitted, subject to that

17   remaining issue.

18        (Whereupon Government Exhibits 5ab – 5af, 5ah 5aq, 5as,

19        5au, 5av, 5ax, 5ay, 5ba–5bi, 5bk were marked for evidence.)

20   *BY MR. SCHILLER*:

21   *Q.*  Mr. O'Neil, I want to show you Government Exhibit 5ab.  Do

22   you see that on your screen?

23   *A.*  I do.

24        *MR. SCHILLER:*  Judge, I would like to publish this so

25   the jury can see the title.  I have moved the image, they can't

1    see the image, just the title.

2              THE COURT:  Is there any objection to the publication?

3              MS. McCREA:  There is as to general publication, not

4    the way he explained.

5              THE COURT:  Okay.  Take it exhibit by exhibit.

6              MR. SCHILLER:  Okay.

7    BY MR. SCHILLER:

8    Q.  You see this is titled 17, underscore C-O-B-E-R?

9    A.  Yes.

10   Q.  Is that the title that came with the image when it was

11   extracted from the device?

12   A.  Yes.

13   Q.  Earlier, you testified when there are numbers in a certain

14   sequence looks like it is automatically named by the device.

15       Are you able to tell us whether or not this particular

16   image recovered from 5a actually was named that by the user?

17   Do you know?

18   A.  That is the name convention, something a user has named

19   that, that is not consistent with the way a device would

20   automatically name.

21   Q.  Thank you very much.

22             MR. SCHILLER:  If we could remove publication, please.

23   BY MR. SCHILLER:

24   Q.  I want to show you --

25             MR. SCHILLER:  I would like to publish 5ai.

1        *MS. McCREA:*  It is a partial publishing as the

2   Government has displayed on the screen.

3        *THE COURT:*  No objection?

4        *MS. McCREA:*  Not in this fashion, your Honor.

5        *THE COURT:*  You may publish in this fashion.

6   BY MR. SCHILLER:

7   Q.  Mr. O'Neil, this is a photograph?

8   A.  Yes.

9   Q.  CAM 00029, do you see that?

10  A.  Yes.

11  Q.  Is that a name someone would give to their image or is that

12  generated by the device?

13  A.  That is consistent with an automatically generated device

14  assigned file name.

15  Q.  I want to ask you one thing about this.

16      Just before the title, it says SD card.  Can you explain

17  how this image is related to an SD card?

18  A.  So, it is not uncommon for cell phones to have additional

19  storage devices like an SD card that is capable of storing

20  images and videos so they are not stored directly on the phone

21  and stored on an SD card placed in the phone.

22  Q.  That SD card was within Government Exhibit 5; is that

23  correct?

24  A.  Correct.

25        *MR. SCHILLER:*  If we could remove publication.  Your

1    Honor, I would like to publish Government 5ax in the form I

2    have it up on the screen.

3         *MS. McCREA:*  No objection to this format.

4         *THE COURT:*  You may publish in the form indicated 5ax.

5    *BY MR. SCHILLER*:

6    *Q.*  Mr. O'Neil, earlier we looked at text messages.  Remember

7    that?

8    *A.*  Yes.

9    *Q.*  What is this extraction report; is it also text message?

10   *A.*  Yes.  This is a text message from the what is an

11   application, and it shows the participants in this particular

12   chat, and it shows that -- basically, WhatsApp has an account

13   number that is assigned to each user when they sign up to use

14   the WhatsApp application.  It shows not only the name, but the

15   account number that WhatsApp has for the individual.

16   *Q.*  So, this is not regular text messages that one would have

17   on their phone, correct?

18   *A.*  Correct, it is not the native text messaging application on

19   the phone.  It is what we refer to as an app, where somebody

20   installed software that does text messaging.

21   *Q.*  When we look at the phone numbers that are assigned here,

22   is the top number the user of the phone and the second number

23   the person they are corresponding with?

24   *A.*  Correct.

25   *Q.*  And there is a name next to that phone number, it says

```
 1    Rosita.  Again, that would have had to be somehow user
 2    generated?
 3    A.  Yes, that would have to be assigned to that 1(818)826-4747
 4    account number.
 5    Q.  Okay.  We are not going to look through the text messages
 6    now, but down the page, sometime in the WhatsApp extraction is
 7    there -- are line entries just blank?
 8    A.  Right.
 9    Q.  Can you explain what that is when Cellebrite extracts a
10    WhatsApp conversation?
11    A.  Many times in the instant messages you can send images,
12    links to videos, goofy characters, emojis, smiley faces, and
13    stuff like that.  It is not uncommon for the Cellebrite program
14    to not know how to display that in the character set that
15    Cellebrite has to use, specifically A, B, C, and numbers.  If
16    there is a character -- if you send a text message and all you
17    do is send an emoji, it does not know how to display that.  In
18    some instances it is blank and sometimes garbled or sometimes
19    question marks.
20    Q.  Could the same thing happen -- let me ask you this, in
21    WhatsApp, can you send photos and videos?
22    A.  Yes.
23    Q.  Voice messages?
24    A.  I believe so.
25    Q.  If for some reason Cellebrite doesn't recognize that line
```

```
 1    item, it just leaves it blank?

 2    A.   Correct.

 3    Q.   All right.

 4         I would now like to show you Government Exhibit 6a.

 5         What is 6a?

 6    A.   This is a external hard drive backup device manufactured by

 7    a company called Clickfree.

 8    Q.   All right.  Could you hold that up for me?

 9    A.   (Witness complying).

10    Q.   It is really small?

11    A.   Yes.

12    Q.   What did you pull out of it?

13    A.   It has a little USB connection built into the device that

14    you connect it to the computer.

15    Q.   What is the purpose of the Clickfree hard drive?  What does

16    it do?

17    A.   It makes backups of selected data that the user wants

18    backed up to this.

19    Q.   You are familiar with thumb drives, right?

20    A.   Yes.

21    Q.   If I plug a thumb drive into my computer, can I copy

22    information on to it?

23    A.   Yes.

24    Q.   Is a Clickfree hard drive like that?

25    A.   It is similar, but directed to what the user tells it to
```

1  back up.

2      This is somewhat an unusual device, it is different than

3  what a typical USB external hard drive would look like.  It

4  looks like -- the function is different.  With a typical USB

5  hard drive you can just drag and drop files to it.

6      This device, when you plug it into a computer, presents you

7  with software preloaded on this, and the user is forced to

8  select and use the software on here to -- it basically backs up

9  whole folders of your computer.

10      You could plug this into your computer and say, I want my

11  videos and images folder backed up, but you can't select

12  individual files and drag and drop to this.

13  Q.  Does the device act that it takes the data in those folders

14  and puts it on to the Clickfree hard drive?

15  A.  Yes.  It appears in my examination of this, again, kind of

16  different from what a standard USB external hard drive would

17  do, it has a way of maintaining the original data by time stamp

18  on the cell phone.

19  Q.  Earlier, yesterday, you said you extracted from cell phones

20  with Cellebrite and computers with Hard Block.  Were you able

21  to do it with this device?

22  A.  No.  This device is different than an external hard drive,

23  I was not able to use some of the forensic methodology I would

24  on a standard device.  For this device I had to plug into --

25  directly to the forensic station, and navigate around the

1    software that it tried to use.

2         When I tried to use this with a write blocking method in

3    the most forensically sound way I could, I was not able to get

4    anything to work.

5         There was no way I could see the data on the device short

6    of plugging it into a computer.

7    Q.   I want to show you Government Exhibit 6b.  Are these

8    certain photographs extracted off of 6a, the Clickfree hard

9    drive?

10   A.   Yes, they were.

11   Q.   And if you -- you told us yesterday that if one were to

12   just go into a device and take stuff off without doing it

13   forensically, that things could be altered; is that right,

14   dates, times, things like that?

15   A.   Correct.

16   Q.   Did you perform the extraction on the Clickfree hard drive

17   in 2018?  Is that true?

18   A.   Correct.

19   Q.   Any of the photographs that you looked at today and in

20   front of you today, were any of the dates modified to reflect

21   they were 2018 dates?

22   A.   Correct.  They all appear to have the original time stamps,

23   none are current time stamps.

24   Q.   Whatever you did, did not affect what did you there?

25   A.   It does not appear to affect it.

42

1   *Q.*  Does that fairly and accurately represent the contents of

2   6a extracted?

3   *A.*  Yes.

4        *MR. SCHILLER:*  Your Honor, I would like to admit

5   Government Exhibit 6b.

6        *MS. McCREA:*  Subject to this morning's ruling.

7        *THE COURT:*  Subject to the ruling, you are not seeking

8   to publish?

9        *MR. SCHILLER:*  Yes, I am, what I have on the screen.

10        *MS. McCREA:*  No objection to this publication.

11        *THE COURT:*  6b, subject to the ruling this morning,

12   and no objection to this publication, so it may be published.

13        *MS. McCREA:*  In this fashion.

14        *MR. SCHILLER:*  I am not going to show the pictures,

15   just the data.

16        *THE COURT:*  Okay.

17      (Whereupon Government Exhibit 6b was marked for evidence.)

18   *BY MR. SCHILLER*:

19   *Q.*  You have in front of you each page.  Does it show data and

20   the picture associated with that data?

21   *A.*  Yes.

22   *Q.*  In the binder?

23   *A.*  Yes.

24   *Q.*  And on each subsequent page, is it the full blown-up

25   picture with the data?

43

1   *A.*  Yes.

2   *Q.*  Basically we have data, a mini picture, and on the next

3   page a full picture?

4   *A.*  Correct.

5   *Q.*  I want to ask you about that data.

6       At the top of the document, it has case information and

7   some other information.  How does that get there?

8   *A.*  So, in this case, we are not talking about Cellebrite any

9   more, we are talking about access data, forensic tool kit,

10  which is a forensic software that I processed the Clickfree

11  image with.

12      This data comes on the report that the forensic tool kit

13  software provides.

14  *Q.*  You mentioned earlier you have a numbering system along

15  with case numbers.  Is that listed there under the case name?

16  *A.*  Yes.

17  *Q.*  All right.  You said for each picture within Government

18  Exhibit 6b, and they are numbered on each page, there is data

19  that came along with each of those pictures; is that correct?

20  *A.*  Correct.

21  *Q.*  So, for the jury's sake, let's see if we can understand

22  what that data is.

23      Under file comments it says name.  What is that?

24  *A.*  That is the name of the image file on this device.

25  *Q.*  Okay.  The next item -- next two items, physical size and

1    logical size, what is that?

2    A.  That is the size of the image, the logical size of the

3    actual size of the file.  The physical size is the space that

4    is taken up in the hard drive.  It is common that a file will

5    take up more physical size on a hard drive storage media than

6    the file actually is.

7    Q.  Are the sizes here in bytes?

8    A.  Yes.

9    Q.  Every thousand bytes moves it into a kilobyte and another

10   thousand into a megabyte and kilobyte, so on and so forth?

11   A.  Correct.

12   Q.  Now, we have three dates here.  Do you see that?

13   A.  Yes.

14   Q.  Can you explain to the jury what created, modified, and

15   access date are?

16   A.  A created date is typically when a file is first put on the

17   storage medium that it is on, a thumb drive or hard drive.  A

18   modified date is typically the date when the last change has

19   been made on a file.  And the access date is typically the last

20   time that the file was opened.

21   Q.  Now, each of those dates, are they subject to some type of

22   modification?

23   A.  Yes.

24   Q.  When it comes to the last access date, does that

25   necessarily mean somebody opened it and looked at it, or could

1    something else have affected that last access date?

2    A.  There is a variety of reasons why the access date may not

3    be truly the last time that file was opened, including

4    antivirus scans sometimes change access dates.  Depending on

5    what the file system or operating system is, they update that

6    time stamp differently, some of them don't update it at all.

7    Q.  As far as created and modified dates, you see in this

8    exhibit 2007, 2008?

9    A.  Correct.

10   Q.  There would be no modifications to the images, this

11   particular image, after June 2008?

12   A.  Correct.

13   Q.  I want to ask you about a path.  Do you see that?

14   A.  Yes.

15   Q.  What is the path?

16   A.  The location on the computer, basically what folder a

17   particular file is in.

18   Q.  And where was this particular file, 006.jp, found within

19   the Clickfree hard drive?

20   A.  So, this is a long path, and it is kind of an

21   unconventional path, kind of a unique function that this

22   Clickfree device performs.

23       If you go all the way down to pretty far right on that line

24   you see a 3/C.  Everything before that C is the location.  My

25   forensic image, and it shows the file system, this NTFS, and a

46

 1    series of his folders, that is all kind of hidden to the user.

 2         When it gets to the C user's Nino pictures, and two folders

 3    with time -- you know, like a time stamp name to it, that

 4    indicates to me through my examination that that is the

 5    location of the computer that this was attached to.

 6         So, this 006.jpg image was in the folder structure that

 7    begins with the C drive of the computer it was attached to and

 8    the user's Nino pictures folder, there were these two layered

 9    date names, folders, and that picture was in there.

10    Q.  That is where the picture would have been on the computer

11    that this Clickfree was attached to?

12    A.  Yes.

13    Q.  It is showing us here because it was on the Clickfree as

14    well?

15    A.  Correct.

16    Q.  Can you remove the publication, please.

17         Mr. O'Neil, I want to show you Government Exhibit 8a.  Do

18    you recognize this as a ZTE cellular phone?

19    A.  I do.

20    Q.  Is it a ZTE Z835 cellular phone to be exact?

21    A.  Yes.

22    Q.  How do you recognize this phone?

23    A.  It has my label attached to it.

24    Q.  Did you examine the phone and confirm the model number?

25    A.  I did.

1   *Q.*  I show you Government Exhibit 8b.

2       How do you recognize 8b?

3   *A.*  This is a Cellebrite report of the calendar of events that

4   were extracted off that phone.

5   *Q.*  Does that calendar of events fairly and accurately

6   represent the actual contents that were extracted off of 8a,

7   the cell phone?

8   *A.*  Correct.

9           *MR. SCHILLER:*  Your Honor, this time I would like to

10  move it into evidence as Government Exhibit 8b.

11          *THE COURT:*  Any objection?

12          *MS. McCREA:*  No, your Honor.

13          *THE COURT:*  Admitted without objection.

14      (Whereupon Government Exhibit 8b was marked for evidence.)

15  *BY MR. SCHILLER:*

16  *Q.*  Mr. O'Neil, could you explain to the jury why there would

17  be a calendar on a Smart Phone?  Why does that exist?

18  *A.*  To remind the user of important dates.  Some of those dates

19  they may manually have entered to remind themselves; some of

20  them are automatically generated like major holidays,

21  pre-populated.

22  *Q.*  Certain things are populated by the phone and some are user

23  generated?

24  *A.*  Correct.

25  *Q.*  I want to show you Government Exhibit 13a, already in

 1   evidence.

 2        Do you recognize this Galaxy Note Smart Phone?

 3   *A.*  Yes, I do.

 4   *Q.*  And how do you recognize it?

 5   *A.*  It has a label I put on when I examined it.

 6   *Q.*  Did you examine that phone and confirm the information

 7   there to be accurate?

 8   *A.*  Yes.

 9   *Q.*  I am now showing you Government Exhibits 13b and c.

10        Did you have an opportunity before today to review the

11   content of that binder?

12   *A.*  I did.

13   *Q.*  All right.  Are 13b and c items bookmarked and extracted

14   from Government Exhibit 13a, the Galaxy Note5 cell phone?

15   *A.*  Yes.

16   *Q.*  Do they accurately represent items extracted from 13a?

17   *A.*  Yes.

18        *MR. SCHILLER:*  I would like to move in Government

19   Exhibits 13b and c.

20        *MS. McCREA:*  Subject to the previous objection.

21        *THE COURT:*  Admitted subject to the previous

22   objection.

23        *MR. SCHILLER:*  Thank you.

24      (Whereupon Government Exhibits 13b, 13c were marked for

25        evidence.)

```
 1    BY MR. SCHILLER:
 2    Q.   Mr. O'Neil, I would like to show you Government Exhibit
 3    17a.
 4         What is that?
 5    A.   This is a Samsung SCH-R810 cell phone.
 6    Q.   Did you examine that cell phone?
 7    A.   I did.
 8    Q.   How do you know?
 9    A.   I labeled it.
10    Q.   It has your labeling convention you have gone through?
11    A.   Yes.
12    Q.   I would like to show you Government Exhibits 17b through j.
13         Do you recognize the items in that binder?
14    A.   Yes, the Cellebrite extraction report and pictures and
15    videos that were identified by the investigators on that phone.
16    Q.   And did you confirm that all of those exhibits existed on
17    that device?
18    A.   Yes.
19    Q.   Do they fairly and accurately represent the actual contents
20    of 17a, the Samsung SCH-R810 cellular phone?
21    A.   Yes.
22              MR. SCHILLER:  I would like to move in 17b through j.
23              MS. McCREA:  Subject to our objection.
24              THE COURT:  Admitted subject to the objection.
25              So the record is clear, when they are shown again to
```

```
 1    another witness, it is going to be incumbent upon the Defendant

 2    to say that there actually is an objection.  If no objection is

 3    later raised, then the subject to prior objection goes away and

 4    it is admitted.

 5              MS. McCREA:  Yes, your Honor.

 6              THE COURT:  Okay.

 7           (Whereupon Government Exhibits 17b-17j were marked for

 8           evidence.)

 9              MR. SCHILLER:  At this time we would like to publish

10    what is on the screen as 17b.

11              MS. McCREA:  No objection to the limited publication.

12              THE COURT:  No objection to the limited publication

13    for 17b, and you may publish that portion.

14    BY MR. SCHILLER:

15    Q.  Mr. O'Neil, do you agree that cell phones have a lot of

16    data on them, pictures, videos, calls, messages, on and on?

17    A.  Yes.

18    Q.  When it comes to pictures, thousands of pictures?

19    A.  Yes.

20    Q.  Showing you 17b, what are we looking at here?

21    A.  This is a Cellebrite extraction report of the Samsung

22    SCH-R810 phone that I did.

23    Q.  This one is titled data files; is that right?

24    A.  Correct.

25    Q.  Underneath that, images?
```

```
 1    A.   Correct.
 2    Q.   So, this is a listing of images that were bookmarked; is
 3    that right?
 4    A.   Yes.
 5    Q.   Now, this particular exhibit only has three images; is that
 6    right?
 7    A.   This is -- yes.
 8    Q.   It does not have a 49 at the top, right?
 9    A.   Yes.
10    Q.   Can you tell us why?
11    A.   These are the only items investigators deemed to have
12    relevance in the case.
13    Q.   Or may have relevance in the case when someone looks at
14    them; is that right?
15    A.   Correct.
16    Q.   Rather than having a list of all 49 images, the three that
17    were desired were put into this report?
18    A.   Correct.
19    Q.   Okay.  So, I want to ask you about some of the data when it
20    comes to these photos.
21         Let's look at item number 5 for a second.  Okay?  What is
22    the name assigned to this particular photograph?
23    A.   The name of this photograph is 04170117\jpg.
24    Q.   If we look at the creation date, what is the creation date?
25    A.   4/17/2009, at 5:17:23 a.m.
```

 1    *Q.*  How does the title relate to the date and time of creation?

 2    *A.*  It appears to be some device automatically generated filing

 3    system on the 4/17 date.

 4        Also, you can see in the time stamp it indicates 4PC0, it

 5    has not been adjusted for the Eastern time zone, so April would

 6    be daylight savings, so the proper time for that, subtract

 7    four, which would be 1:17, which may be a part of the filing

 8    convention.

 9    *Q.*  So 0417 is the same as the date of the creation, 0117 is

10    the same as the hour and minute when we do the time zone

11    conversion?

12    *A.*  Correct.

13    *Q.*  All right.  Moving down on that page, I want to look at

14    item number 44.  Do you see this one has a creation date of

15    April 6, 2010?

16    *A.*  Yes.

17    *Q.*  Does the name of the file as we looked at in item number 5

18    above reflect the date and time?

19    *A.*  No.  This appears to be a user created name for that file,

20    that image.

21    *Q.*  When somebody takes a picture and creates a image, are you

22    aware of a computer system that anyone would automatically name

23    that Donnaa, two A's?

24    *A.*  I have not seen that.

25    *Q.*  This appears to be computer generated?

```
1    A.  Yes.

2    Q.  Can we remove that publication, please.

3          MR. SCHILLER:  Judge, I would like to publish 17f.

4          MS. McCREA:  It's my understanding this is a limited

5    publication, in which case there is no objection.

6          THE COURT:  Is that correct?

7          MR. SCHILLER:  Yes, ma'am.

8          THE COURT:  Okay, that is fine.

9    BY MR. SCHILLER:

10   Q.  Now, for 17f, what does this extraction contain?

11   A.  This contains four videos that were on the device I

12   examined.

13   Q.  Now, under the name for this one, I am going to circle the

14   first three, those are the names that came with the videos when

15   they were extracted from the device; is that correct?

16   A.  Correct.

17   Q.  And these were the four videos that were bookmarked for

18   evidentiary value out of Government Exhibit 17a?

19   A.  Correct.

20   Q.  Now, I will move to the right a little bit.  Do you see how

21   on the right-hand side there appear to be photos for each of

22   the -- there appear to be photos for each of the videos listed

23   here?

24   A.  Correct.

25   Q.  On the far right side?
```

1   A.   Yes.

2   Q.   You said these are videos, so why are there photographs

3   here?

4   A.   The Cellebrite report creates a thumbnail of one of the

5   frames of the videos to put on the report to kind of give

6   whoever is reviewing the report some kind of reference of what

7   the video is.

8   Q.   Now, within the binder of Government Exhibit 17, those

9   videos are in there; is that right?

10  A.   Right.

11  Q.   So, this is the report of the data of those videos?

12  A.   Correct.

13  Q.   To show title, creation dates, things like that?

14  A.   Yes.

15  Q.   Thank you.   If we could remove publication.

16       I would like to show you Government Exhibit 18a.   Do you

17  recognize this Galaxy S phone?

18  A.   Yes.

19  Q.   How do you recognize it?

20  A.   I labeled it when I examined it.

21  Q.   Did you perform an extraction on that device?

22  A.   Yes.

23  Q.   I would like to show you Government Exhibits 18b through f.

24  Prior to today, did you have an opportunity to review the

25  contents of that binder?

```
 1   A.  Yes.
 2   Q.  Do the items within that binder reflect bookmarked items
 3   selected from Government Exhibit 18a?
 4   A.  Yes.
 5   Q.  And did you confirm those items existed on 18a?
 6   A.  Yes.
 7            MR. SCHILLER:  I would like to move in 18b through f.
 8            MS. McCREA:  Subject to the objection.
 9            THE COURT:  Admitted subject to the prior ruling.
10        (Whereupon Government Exhibits 18b-18f were marked for
11         evidence.)
12            MR. SCHILLER:  I would like to publish 18b at this
13   time.
14            THE COURT:  The portion on the screen?
15            MR. SCHILLER:  Yes.
16            THE COURT:  Any objection?
17            MS. McCREA:  Yes, your Honor.
18            THE COURT:  Basis.
19            MS. McCREA:  Relevance.
20            THE COURT:  Can counsel bring this up with a
21   subsequent witness?
22            MR. SCHILLER:  Yes, ma'am.
23            THE COURT:  Or is there a limited purpose for this
24   witness?
25            MR. SCHILLER:  I need him to explain what is on the
```

Pauline A. Stipes, Official Federal Reporter

```
 1    screen.
 2              THE COURT:  Can you show him the narrow portion?
 3              MR. SCHILLER:  It would be difficult to do that.
 4              THE COURT:  Just the far right time stamp, and the far
 5    right -- is that what you want to discuss?
 6              MR. SCHILLER:  I need him to explain something about
 7    this because it relates to the next document as well.  This is
 8    going to be spoken about --
 9              MS. McCREA:  I ask we not have speaking objections,
10    and ask that we approach.
11              THE COURT:  Well, in an abundance of caution, you can
12    testify about it without publishing it at this point.
13              MR. SCHILLER:  All right.
14    BY MR. SCHILLER:
15    Q.  Mr. O'Neil, do you see 18b in front of you?
16    A.  Yes.
17    Q.  What is 18b?
18    A.  This is a Cellebrite report of the emails that were
19    extracted from that phone.
20    Q.  And is this one particular email?
21    A.  Yes.
22    Q.  Now, at the bottom of this -- does this email extraction
23    report show the date and time of the email?
24    A.  Yes.
25    Q.  Sender, receiver?
```

1   *A.*   Yes.

2   *Q.*   The actual contents of the email itself, the body?

3   *A.*   Yes.

4   *Q.*   At the bottom of the email, is there a hyperlink, something

5   you could click on if it was a live hyperlink?

6   *A.*   Correct.

7   *Q.*   What is a hyperlink?

8   *A.*   A hyperlink is a line that you can click on and the program

9   will take you to the full document or full image.

10   *Q.*   Why is there a hyperlink here in this email with the

11   extraction from the Cellebrite report?

12   *A.*   There must be some kind of maximum file size to be

13   displayed in Cellebrite in this report.  There is a hyperlink

14   that you could click on to see the entire file as it is.

15   *Q.*   If we look at 18c, not publishing it to the jury, just so

16   you can see it, does it show when you click on that report the

17   entire email?

18   *A.*   Yes.  The Cellebrite report truncates a little off the

19   bottom of the email.  If you put it to the hyperlink it runs

20   you through the complete document.

21   *Q.*   I am showing you 18d.  Do you recognize this?

22   *A.*   Yes, this is a Cellebrite report of the text messages or

23   SMS s messages that were on that phone.

24   *Q.*   All right.

25             *MR. SCHILLER:*  Permission to publish what is on the

```
1    screen now in 18d.
2             MS. McCREA:  No objection, as long as the Government
3    is not going to be scrolling.
4             MR. SCHILLER:  I'm not going to be scrolling.
5             THE COURT:  18d is able to be published to show what
6    is on the screen now.
7    BY MR. SCHILLER:
8    Q.  You said these are text messages?
9    A.  Yes.
10   Q.  There is a column that says deleted, yes, carved, and yes.
11   Could you explain what that means?
12   A.  Cellebrite software is often able to recover text messages
13   that a user deleted, and when it does that, it indicates that
14   on the record it has gone through a forensic process to recover
15   that data.
16   Q.  You mentioned yesterday different extractions allow you to
17   get more data than others?
18   A.  Yes.
19   Q.  When you were able to extract from the Samsung phone, you
20   were able to get this from these text messages?
21   A.  Yes.
22   Q.  Remove publication.
23       We have talked a great deal about text messages; is that
24   right?
25   A.  Yes.
```

1    *Q.*  Are you familiar with what MMS messages are as opposed to

2    SMS messages?

3    *A.*  Yes.

4    *Q.*  What are MMS messages?

5    *A.*  Messages that send images and videos.

6    *Q.*  Okay.

7    *A.*  It is a similar technology, and it happens sometimes even

8    seamlessly where a user doesn't realize even, though they are

9    texting and using the SMS technology to send a message back and

10   forth, when they attach a picture to the text message it uses

11   MMS technology to send that picture.

12   *Q.*  Is that the same for videos?

13   *A.*  Yes.

14   *Q.*  When we use the phone for texts, we don't know whether we

15   are using MMS or SMS, the phone is doing that?

16   *A.*  Yes.  It gets down to how texts and images and videos are

17   transferred over a wireless carrier's network.

18   *Q.*  When you performed the Cellebrite extraction on 18a, the

19   SMS and MMS got separated out?

20   *A.*  Yes.

21   *Q.*  Is 18e some of the MMS messages that relate to the text

22   messages of 18d?

23   *A.*  Yes.

24        *MR. SCHILLER:*  Thank you very much.  Your Honor, I

25   would like to publish 18f.

```
 1            THE COURT:  Any objection?

 2            MS. McCREA:  Yes, your Honor, to relevancy.

 3            THE COURT:  Is there an aspect of it that for purposes

 4   of this testimony, extraction --

 5            MR. SCHILLER:  It is web information from the phone,

 6   it does not have photographs of people.

 7            THE COURT:  I will overrule the objection as to

 8   publication.

 9            MR. SCHILLER:  Thank you.  If you could publish.

10   BY MR. SCHILLER:

11   Q.  I am showing you Government Exhibit 18f.

12       Do you recognize this document?

13   A.  Yes, this is the web history from -- the Cellebrite report

14   from the web history of the phone I examined.

15   Q.  There are approximately 300 entries extracted from this

16   device?

17   A.  Correct.

18   Q.  I want to take you to page four of this exhibit.  Now,

19   these entries kind of go from the bottom up; is that right?

20   A.  Right.

21   Q.  Everything is in reverse date and time order?

22   A.  Correct.

23   Q.  Do you see the highlighted portion on page four of 18f?

24   A.  Yes.

25   Q.  Line number 90, what are we looking at?
```

1   A.  This is a web history which indicates a user used Google to

2   search for a term "The Book of Power."

3   Q.  And when was that performed according to the web history?

4   A.  May 10, 2012.

5   Q.  If we look at 90, 89, 88, and 87, it has almost the same

6   date and time stamp; is that right?

7   A.  Correct.

8   Q.  This is one search, but multiple line items being created

9   by the device?

10  A.  Correct.

11  Q.  And if we go up to 85 through 82, this is the same day, May

12  10, 2012.  What is in line item 85 --

13  A.  It is actually recorded May 11th at 12:40 a.m.  That is an

14  unadjusted time.  If you subtract the four hours again, you

15  would be in the May 10th date.

16  Q.  Okay.  So, because these times haven't been adjusted for

17  Eastern Standard Time we need to subtract four hours?

18  A.  Correct.

19  Q.  Line item 87, where it says 9:17 p.m., it should be 5:17

20  p.m.?

21  A.  Correct.

22  Q.  Line item 85, where it says May 11, 12:40 a.m., that is

23  actually May 10 at 8:40 p.m.?

24  A.  Correct.

25  Q.  But these two groups of searches from 85 up to 82 and from

```
 1   90 up to 87, those are two separate searches; is that right,
 2   three hours apart?
 3   A.  I don't know.  It could be that he made that original
 4   search in 90, and then came back to the phone later and back
 5   spaced and it recorded a second time.
 6   Q.  Fair enough.
 7       Let me ask you this:  If you go down to 90, what was the
 8   search for here?
 9   A.  Book of Power.
10   Q.  If we go to 48 -- I am sorry, if you go to 85, again Book
11   of Power?
12   A.  It is different, it is Book of Power without the time.
13   That probably is a separate search for Book of Power.
14   Q.  Okay.  So, the first search under line item 90, there is
15   the word "the", and on 85 there is no "the"?
16   A.  Yes.
17   Q.  That is two separate searches?
18   A.  Yes.
19   Q.  Remove publication, please.
20       I show you 19a, do you recognize this device?
21   A.  This is an HTC cell phone that I examined.
22   Q.  HTC PA9292?
23   A.  Yes.
24   Q.  Did you perform the extraction on that device the same as
25   the others?
```

63

```
 1    A.   I did.

 2    Q.   Does it have a numbering system on the back?

 3    A.   It does.

 4    Q.   I would like to show you 19b through i.  Before today, did

 5    you have an opportunity to look through the contents of that

 6    binder?

 7    A.   I did.

 8    Q.   Do the items in that binder reflect the items bookmarked

 9    and extracted off of Government Exhibit 19a?

10    A.   Yes.

11         MR. SCHILLER:  Your Honor, at this time I would like

12    to move into evidence 19b through i.

13         MS. McCREA:  Subject to our previous motion, your

14    Honor.

15         THE COURT:  Okay, 19b through i ar admitted, subject

16    to the previous ruling.

17         (Whereupon Government Exhibits 19b-19i were marked for

18         evidence.)

19    BY MR. SCHILLER:

20    Q.   Now, Mr. O'Neil, if you could, on your screen, do you see

21    19f in front of you?

22    A.   Yes.

23    Q.   What is 19f?

24    A.   A Cellebrite report of the contact list of this phone.

25    Q.   These are the contacts?
```

Pauline A. Stipes, Official Federal Reporter

 1    *A.*  Yes.

 2    *Q.*  We talked about contacts earlier with another device,

 3    right?

 4    *A.*  Yes.

 5    *Q.*  In this contact list, if we go down and look at page four,

 6    were there some contacts that actually had names you could

 7    click on?

 8    *A.*  Yes.

 9    *Q.*  All right.

10         *MR. SCHILLER:*  Judge, I would like to publish what is

11    on the screen as 19f.

12         *MS. McCREA:*  No objection to this limited publication,

13    your Honor.

14         *THE COURT:*  All right.  You may publish in limited

15    form that is on the screen.

16    *BY MR. SCHILLER:*

17    *Q.*  So, in the contact list, if we could look at 100, the

18    contact name there is listed as Pinka?

19    *A.*  Right.

20    *Q.*  Underneath that, hyperlinks, things you could click on?

21    *A.*  Correct.

22    *Q.*  Did you click on those to see what would come up?

23    *A.*  Yes.

24    *Q.*  What was it?

25    *A.*  They are images, pictures of a young girl.

```
 1   Q.  And how do those images relate to these names?

 2   A.  So, in this contact list there is a way you can associate

 3   pictures with that contact and that is what Cellebrite is

 4   trying to demonstrate here, that those images are associated

 5   with that name.

 6   Q.  All right.  Thank you.  If we could remove publication.

 7       Now, for that contact list were there two images in

 8   particular that you clicked on and pulled out and created an

 9   exhibit for?

10   A.  Yes.

11   Q.  Showing you 19g.

12       MR. SCHILLER:  Judge, there are two pages here, I

13   would like to publish this for the jury so they can see the

14   relevance to the name.

15       MS. McCREA:  Objection to relevance.

16       THE COURT:  Can they be brought in through another

17   witness?

18       MR. SCHILLER:  Yes.

19       THE COURT:  What do you need from this witness?

20       MR. SCHILLER:  I want to have him explain to the jury

21   what he said and did.

22       THE COURT:  I'll overrule the objection.  What is

23   this?

24       MR. SCHILLER:  19g.  Publish, please.

25
```

```
 1    BY MR. SCHILLER:
 2    Q.  When you click on that contact, Pinka, does it produce that
 3    photograph that we are looking at on page one of Government
 4    Exhibit 19g?
 5    A.  Correct, but to be clear, that image to a user using that
 6    phone sees that image without having to click on it.  It is
 7    associated automatically.  So, you have to click on that
 8    hyperlink to get to this image in the Cellebrite report, but in
 9    the actual phone you don't have to click on it, you would see
10    that picture associated with that contact.
11    Q.  Understood.  There was another contact in there that you
12    also extracted out, and that was the contact for
13    ylax80@gmail.com; is that right?
14    A.  Yes.
15    Q.  That contact was in 19f that we just looked at?
16    A.  Yes.
17    Q.  Is this the photograph associated that?
18    A.  Yes.
19    Q.  Thank you very much.
20        Remove the publication, please.
21        Mr. O'Neil, I now show you Government Exhibit 25a.
22        Do you recognize 25a?
23    A.  Yes, this is a Samsung cell phone that I examined.  I have
24    my labeling on it.
25    Q.  All right.  Did you perform the extraction on that device?
```

1    *A.*   I did.

2    *Q.*   Is that the Samsung Illusion phone?

3    *A.*   Yes.

4    *Q.*   I now show you Government Exhibits 25b, c, d in this

5    binder.

6        Prior to today, did you have an opportunity to look at

7    those items?

8    *A.*  Yes, I did.

9    *Q.*  Do those fairly and accurately represent the actual

10   contents of 25a?

11   *A.*   Yes.

12        *MR. SCHILLER:*  Your Honor, at this time I would like

13   to move in 25b, c, d.

14        *MS. McCREA:*  Subject to our prior motion.

15        *THE COURT:*  Admitted subject to prior ruling.

16      (Whereupon Government Exhibits 25b–25d were marked for

17      evidence.)

18   *BY MR. SCHILLER:*

19   *Q.*  Now, Mr. O'Neil, you indicated that aside from the cellular

20   phones and Clickfree hard drive, you examined computers?

21   *A.*   Yes.

22   *Q.*  Did you examine an Elite desktop in this case?

23   *A.*   Yes.

24   *Q.*  Without going through that again, did you use the process

25   with the write block you explained to us yesterday?

1    *A.*  Yes.

2    *Q.*  Did you get a bit by bit extraction of the Elite desktop

3    computer?

4    *A.*  Yes.

5    *Q.*  I would like to show you 36a through g.

6         If you look at 36a, is that a photograph of the Elite

7    desktop computer?

8    *A.*  Yes, it is.

9    *Q.*  Both pages, one and two?

10   *A.*  Yes.

11   *Q.*  All right.  And looking at Government Exhibits b through j,

12   and the rest of the binder, are those bookmarked items

13   extracted from the device?

14   *A.*  Yes.

15   *Q.*  Do they fairly and accurately represent the contents of the

16   Elite desktop computer?

17   *A.*  They do.

18        *MR. SCHILLER:*  At this time the Government moves in

19   36b through j.

20        *MS. McCREA:*  Subject to the prior motion.

21        *THE COURT:*  Admitted, subject to prior ruling.

22      (Whereupon Government Exhibits 36b-36j were marked for

23        evidence.)

24   *BY MR. SCHILLER:*

25   *Q.*  Thank you.  There are a couple of things I want to go over

```
 1   with you in this binder.
 2               MR. SCHILLER:  Your Honor, I would like to publish
 3   Government Exhibit 36b.
 4               THE COURT:  What is on the screen now?
 5               MR. SCHILLER:  Yes, ma'am.
 6               THE COURT:  Any objection?
 7               MS. McCREA:  No, your Honor.
 8               THE COURT:  You may publish.
 9   BY MR. SCHILLER:
10   Q.  What are we looking at in 36b?
11   A.  So, this data is derived from forensic software named
12   Internet Evidence Finder that specifically analyzes data that
13   you get off a computer and this is a Chrome account,
14   OrlandoX478@gmail.com.
15   Q.  OrlandoX478@gmail.com?
16   A.  Yes.
17   Q.  Are you aware the Defendant's name is Alston Orlando Leroy
18   Williams?
19   A.  I was not aware that was his middle name.
20   Q.  All right.  Now, there were probably other accounts on this
21   device as well?
22   A.  Yes.
23               MR. SCHILLER:  Thank you, Judge.  If we could remove
24   publication.
25               THE COURT:  Okay.
```

```
 1    BY MR. SCHILLER:
 2    Q.  Government Exhibit 36c, we don't have to look at it, but do
 3    you see it up on the screen there?
 4    A.  Yes.
 5    Q.  Is this a listing -- well, what is it, first of all?
 6    A.  This is a report generated from the Internet Evidence
 7    Finder software.
 8        One of the things the software does is break web histories
 9    out into categories, and one of the categories it breaks things
10    out into is called classified url's, which would have Craig's
11    List listings or Back Page listings, typical classified ad
12    websites.
13            MR. SCHILLER:  I would like to publish 36c.
14            THE COURT:  Any objection?
15            MS. McCREA:  No, your Honor.
16            THE COURT:  36c may be published.
17    BY MR. SCHILLER:
18    Q.  Now, Mr. O'Neil, this exhibit is 73 pages; is that right?
19    A.  Yes.
20    Q.  These are classified url's pulled off that Elite desktop
21    computer?
22    A.  Yes.
23    Q.  For all of these classified ads, are they related to Back
24    Page or Craig's List?
25    A.  Yes.
```

```
 1    Q.   Do they range from 2011 all the way to 2016?

 2    A.   Yes.

 3    Q.   Thank you.

 4         Remove publication, please.

 5         Now, Government Exhibit 36d -- before we get there, on the

 6    Elite desktop computer, and in that binder you just identified

 7    that we moved into evidence, are there multiple videos found on

 8    that computer and extracted off?

 9    A.   Yes.

10    Q.   What is 36d?

11    A.   36d is the internet evidence binder report of the videos

12    identified to be relevant on this case by the other

13    investigators.

14         MR. SCHILLER:  Judge, I would like to publish 36d in

15    its limited form that I have it on the screen, not showing the

16    photographs contained within.

17         THE COURT:  Any objection?

18         MS. McCREA:  Yes, your Honor, I am requesting it be

19    scrolled over slightly to the right.

20         THE COURT:  As noted now?

21         MS. McCREA:  Yes.  Thank you.

22         THE COURT:  All right.  Publication as noted on the

23    screen now is admitted.

24    BY MR. SCHILLER:

25    Q.   This is the data recovered on the Elite desktop computer?
```

```
1    A.   Correct.

2    Q.   You talked about created, last accessed, and modified

3    dates; is that right?

4    A.   Yes.

5    Q.   So, this shows the dates of creation or notification of

6    these videos; is that right?

7    A.   Yes, correct.

8    Q.   We can't see it on the screen, but to the left is there a

9    column that shows an image representing each video?

10   A.   Yes.  What this software does for videos, it shows a series

11   of thumbnails, snippets of the video that -- so the

12   investigator can look at a series of snippets quickly and get

13   an idea what the entire video would contain.

14   Q.   The software takes this video and crushes it down into

15   eight or ten pictures?

16   A.   Yes.

17   Q.   So you can get an idea what is in there?

18   A.   Yes.

19   Q.   That is what the software does?

20   A.   Yes.

21   Q.   Would you agree it appears all of these images and videos

22   were created between 2011 and 2015?

23   A.   Yes.

24   Q.   And, again, all of the video data that is here relates to

25   the five videos that have been moved into evidence; is that
```

1    right?

2    A.   Yes.

3    Q.   That is Government Exhibits 36d, e, f, g, and h; is that

4    right -- and i?  Excuse me.

5    A.   Correct.

6    Q.   All right.  Now, for this exhibit, were there more videos

7    than just these few found on the Elite desktop computer?

8    A.   Yes.

9    Q.   Was this created as a summary exhibit to represent the

10   videos that would be moved into evidence?

11   A.   Yes.

12   Q.   Otherwise, we would be looking at a massively long

13   document?

14   A.   Yes.

15   Q.   Remove publication.

16        Government's Exhibit 36j is on the screen in front of you.

17        Now, 36j, are these photographs that were recovered off the

18   Elite desktop computer?

19   A.   Yes.

20   Q.   Are these the items bookmarked by the agents who reviewed

21   those?

22   A.   Yes.

23   Q.   These were created in the computer?

24   A.   Yes.

25   Q.   I would like the image on the screen, but I won't ask any

```
 1   questions about the individuals n the screen.
 2              THE COURT:  36j?
 3              MR. SCHILLER:  Yes, ma'am, just page one.
 4              MS. McCREA:  Your Honor, the same relevance objection.
 5              THE COURT:  I will overrule for purposes of
 6   publication to allow the witness to explain.
 7   BY MR. SCHILLER:
 8   Q.  Thank you.  If we could publish, please.
 9       So, this is page one of 36j; is that right?
10   A.  Correct.
11   Q.  This is a photograph of two women?
12   A.  Yes.
13   Q.  There is a number next to that photograph.
14       What is that number?
15   A.  That is the item number that the forensic software assigns
16   to this picture to give a point of reference.
17   Q.  Just a numbering sequence?
18   A.  Yes.
19   Q.  Your software does that so things can be referenced?
20   A.  Correct.
21   Q.  Is it fair to say that there were tens of thousands of
22   images located on this computer?
23   A.  Yes, there were.
24   Q.  And this exhibit contains 36 pages.  These are just 36 of
25   those thousands and thousands of images; is that right?
```

1    A.   Yes.

2    Q.   Thank you very much.  We can remove publication.

3         Showing you Government Exhibit 42a, do you recognize this

4    phone?

5    A.   Yes, this is a Samsung cell phone that I examined.

6    Q.   And does it have your numbering sequence on the back?

7    A.   Yes, it does.

8    Q.   All right.  Did you extract from that device?

9    A.   I did.

10   Q.   Showing you Government Exhibits 42b and c, are these the

11   two items that you extracted from within that device?

12   A.   Yes.

13   Q.   Does it fairly and accurately represent the actual contents

14   of 42a?

15   A.   Yes.

16        MR. SCHILLER:  I would like to move into evidence 42b

17   and c.

18        MS. McCREA:  No objection to 42 b, but 42c would be

19   the prior objection.

20        THE COURT:  42b admitted with no objection.  42c

21   admitted subject to prior ruling.

22        (Whereupon Government Exhibits 42b, 42c were marked for

23        evidence.)

24        MR. SCHILLER:  The Government would like to publish 42

25   about.

1              *THE COURT:*  That is fine, it has been admitted.

2    *BY MR. SCHILLER*:

3    *Q.*  Would you explain what is on the screen here?

4    *A.*  This is a Cellebrite report for the phone showing the first

5    contact in the contact list.

6    *Q.*  And what is that first contact?

7    *A.*  It is One Love --

8    *Q.*  Let me blow it up a little bit.  So it is easier to read?

9    *A.*  The name -- the user of the phone it is assigned to is One

10   Love 25616547100.

11   *Q.*  7100?

12   *A.*  Yes.

13   *Q.*  Speed dial 2, what is that?

14   *A.*  This is one of the more in between phones, a little bit of

15   a Smart Phone and probably a little more of a feature phone.

16       Speed dial -- it says speed dial 2, you press and hold 2,

17   and it would automatically dial whatever is assigned to speed

18   dial number 2.

19   *Q.*  Holding up 42a, do you see it?

20   *A.*  Yes.

21   *Q.*  42a can be moved and a keyboard popped out?

22   *A.*  Yes.

23   *Q.*  It also has a small keyboard on the front?

24   *A.*  Yes, a traditional key pad phone.

25   *Q.*  If you hold down number 2, it would dial that 7100 number?

1    *A.*  Yes.

2    *Q.*  If we could remove publication.

3       Now, 42c, do you see that on the screen in front of you?

4    *A.*  Yes.

5    *Q.*  Is 42c photos that were recovered from the device?

6    *A.*  Yes.

7    *Q.*  Again, there were many more photos within this device?

8    *A.*  Yes.

9    *Q.*  These were just ten recovered in relation to the criminal

10   charges going on here; is that right?

11   *A.*  Yes.

12   *Q.*  All right.  Thank you.

13      A lot of these images appear to have the automated sequence

14   with the date and time?

15   *A.*  Yes.

16   *Q.*  And actual, appears to be the name, that is user generated?

17   *A.*  Yes.

18   *Q.*  Mr. O'Neil, there was a phone you examined, a Samsung

19   Galaxy S8 that was provided separately from any of these other

20   phones, one that was given to you in return.  Do you remember

21   that phone?

22   *A.*  Yes.

23   *Q.*  All right.  Can you please explain Government -- what would

24   be the Samsung Galaxy S8 phone?

25   *A.*  That was a Samsung Galaxy S8 phone that was given on

```
 1   consent from the owner of the phone for the extraction and when
 2   the extraction was done we returned it to them.  It was not
 3   part of the investigation.
 4   Q.  After you confirmed the extraction?
 5   A.  Yes.
 6   Q.  And confirmed it was extracted accurately?
 7   A.  Yes.
 8   Q.  Was that phone given by RXXXXXX CXX?
 9   A.  Yes.
10   Q.  I show you 50b through 50i.
11       Do 50b through 50i reflect the extracted items from that
12   device?
13   A.  Yes, they do.
14   Q.  And do they fairly and accurately reflect the actual
15   contents of that phone that was given to you by RXXXXXX CXX and
16   then returned?
17   A.  Yes.
18       MR. SCHILLER:  Your Honor, I would like to move that
19   into evidence, Government Exhibits 50b through i.
20       MS. McCREA:  No objection to introduction, your Honor.
21       THE COURT:  Admitted without objection, 50b through i.
22       (Whereupon Government Exhibits 50b-50i were marked for
23       evidence.)
24       MR. SCHILLER:  Thank you, Judge.
25
```

```
1    BY MR. SCHILLER:

2    Q.  Mr. O'Neil, I would like to show you -- let me ask you

3    this:  Within Government Exhibit 50c that is on your screen, is

4    this a group of text messages?

5    A.  Yes.

6    Q.  Do you notice in the column where the messages are, there

7    are question marks, four, five question marks in a row?

8    A.  Yes.

9    Q.  If we see those going through text messages, what does that

10   mean?

11   A.  That, again, is from the Cellebrite report, there is some

12   data contained in that message, with this character set it does

13   not know how to display, so it displayed that with black

14   triangles with white question marks in it.

15       It's their way of knowing something else is there, not able

16   to display it.  Typically, that is an emoji, smily face,

17   something like that.

18   Q.  If we see that, that is something the software couldn't

19   translate?

20   A.  Correct.

21   Q.  Thank you very much.

22       I would like to show you 48a.  Do you recognize 48a?

23   A.  Yes.

24   Q.  How do you recognize it?

25   A.  It has my label and convention on it.
```

Pauline A. Stipes, Official Federal Reporter

80

1    *Q.*  Now I'll show you Government Exhibit 48b, phone 48.  Were

2    you able to, using your Cellebrite software or other software,

3    extract data off this device?

4    *A.*  I was not.

5    *Q.*  You were not.  Why not?

6    *A.*  This is an older -- well, not really old, it is a feature

7    phone that Cellebrite doesn't support.  It is not uncommon for

8    Cellebrite to not be able to support certain models or phones

9    from certain carriers because they disable functions on the

10   phone that Cellebrite needs to communicate with, a really old

11   phone that Cellebrite may not support.

12   *Q.*  So --

13   *A.*  Damage to a phone would prevent -- there are reasons why

14   sometimes Cellebrite is not able to communicate with a phone

15   and give an extraction.

16        *MR. SCHILLER:*  Judge, permission to exhibit 48a.

17   *BY MR. SCHILLER*:

18   *Q.*  Is that the phone?

19   *A.*  Yes.

20   *Q.*  Is this an old flip phone?

21   *A.*  I don't know how old it, it is a flip phone.

22   *Q.*  Cellebrite was not able to extract from it?

23   *A.*  Correct.

24   *Q.*  There are exhibits from that device, right?  That is what

25   48b is?

 1    *A.*  Correct.  When Cellebrite was unable to make an extraction

 2    from the phone, and we can't get in the phone whether it is PIN

 3    locked or not PIN locked, we are left with taking pictures from

 4    the phone screen of what is on there.

 5    *Q.*  So, who did that?  Who took photographs of what was on the

 6    phone?

 7    *A.*  Someone on the investigative team.

 8    *Q.*  One of the agents on the case?

 9    *A.*  Yes.

10    *Q.*  Did you go back and confirm every one of those photos taken

11    of the phone was in the phone?

12    *A.*  I did.  Prior to trial, I was provided with the binder and

13    I verified everything was on there.

14    *Q.*  So all 31 pages in 41b were confirmed by you to exist on

15    that phone?

16    *A.*  Yes.

17    *Q.*  All right.

18         *MR. SCHILLER:*  Judge, as one example, if the Court

19    would indulge me, I would like to publish page two of 48b.

20         *MS. McCREA:*  We are fine with that limited

21    publication.

22         *THE COURT:*  Are you seeking to admit 48b?  You did not

23    move that.

24         *MR. SCHILLER:*  I would like to move 48b.

25         *MS. McCREA:*  The same relevance objection.

```
 1              THE COURT:  Admitted, subject to the prior ruling.
 2          (Whereupon Government Exhibit 48b was marked for evidence.)
 3          MR. SCHILLER:  I would like to publish 48b.
 4   BY MR. SCHILLER:
 5   Q.  What are we looking at here?
 6   A.  This is a photograph of that phone screen showing part of
 7   the contact list, it is alphabetical, I am sure.  They are down
 8   to the H's, and contact Help is 561-654-7100.
 9   Q.  Is that the same phone number of One Love?
10   A.  Yes.
11   Q.  And this is labeled Help, H-E-L-P?
12          THE COURT:  We are going to need a break.  I see from
13   the prior discussions that you don't have many exhibits left.
14          MR. SCHILLER:  I probably have three minutes left.
15          THE COURT:  And then you will be finished with your
16   direct?
17          MR. SCHILLER:  Yes.
18          THE COURT:  Then we will take a break.
19          MR. SCHILLER:  Yes, ma'am.
20   BY MR. SCHILLER:
21   Q.  I would like to show you phone number 51.
22          MR. SCHILLER:  For the record, this is not in
23   evidence, showing it for identification only.
24   BY MR. SCHILLER:
25   Q.  Did you receive 51a?
```

1              *THE COURT:*  You are not seeking to get 51 in at this

2    point?

3              *MR. SCHILLER:*  Not yet.

4    BY MR. SCHILLER:

5    *Q.*  Did you get extractions from that device?

6    *A.*  Yes.

7    *Q.*  Was that phone received separately from all of the phones

8    from the house and car, and later on in the house, that we saw

9    yesterday?

10   *A.*  Yes.

11   *Q.*  Do you know where that phone came from?

12   *A.*  I believe this came from Hollywood --

13             *MS. McCREA:*  I object to the hearsay, your Honor.

14             *MR. SCHILLER:*  Withdrawn, Judge, that is fine.

15   BY MR. SCHILLER:

16   *Q.*  You did receive that phone?

17   *A.*  Yes.

18   *Q.*  Okay.  You examined that phone?

19   *A.*  Yes.

20   *Q.*  I want to show you what is marked for identification as

21   Government Exhibits 51aa through bt.

22       Did you extract from Government's 51 -- from item 51, that

23   phone, all the items found in 51aa through bt?

24   *A.*  Yes.

25   *Q.*  Except for the following numbers, ba, bc, be, bj?

```
 1    A.  Yes, except for those.
 2              THE COURT:  Except for which ones?
 3              MR. SCHILLER:  51ba, 51bc, 51be, 51bj.
 4    BY MR. SCHILLER:
 5    Q.  Other than those items, we don't have anything for those
 6    letters, were all the other items in that binder produced from
 7    Government's 51 for identification?
 8    A.  Correct.  Again, Cellebrite only provides like a partial
 9    extraction of some of the data in the phone, and those -- so
10    some of this other data that is represented here are pictures.
11    Q.  Okay.
12    A.  Similar to the last phone.
13    Q.  Now, to be fair, if you could extract items of evidence
14    from that device, those are in Cellebrite form?
15    A.  Yes.
16    Q.  If you couldn't, those are in photographic form by somebody
17    taking a picture of the actual phone?
18    A.  That is correct.
19    Q.  Did you take those photographs or someone else did?
20    A.  Someone else did.
21    Q.  Did you verify every single photograph taken was actually
22    recovered from that device?
23    A.  Yes.
24    Q.  All right.
25              THE COURT:  Are you seeking to have any of those
```

1    admitted?

2             MR. SCHILLER:  I would like to publish 51bt to explain

3    how this is different from the others.

4             THE COURT:  What are you seeking to admit?

5             MR. SCHILLER:  51aa through bt.

6             THE COURT:  Except for the four you asked that are

7    omitted?

8             MR. SCHILLER:  Yes.

9             THE COURT:  Any objection?

10            MS. McCREA:  Based on relevance.

11            THE COURT:  Admitted under the prior ruling.

12       (Whereupon Government Exhibits 51aa-51az, 51bb, 51bd,

13   51bf-51bi, 51bk-51bt were marked for evidence.)

14            MR. SCHILLER:  We would like to project 51bt.

15            THE COURT:  One page only?

16            MR. SCHILLER:  Yes, ma'am.

17            THE COURT:  I'll overrule the objection to the limited

18   publication.

19   BY MR. SCHILLER:

20   Q.  So, on the screen, is this one of the text messages

21   recovered from 51 for identification only at this point?

22   A.  Yes.

23   Q.  And why does it look like this, and not in the nice line

24   format we see otherwise?

25   A.  Because Cellebrite was unable to extract the messages from

1     the model phone.

2     Q.  At the top we see message 29.  What is that?

3     A.  The phone appears to sequentially number the messages.

4     Q.  And it assigns that number?

5     A.  Yes.

6     Q.  That is not a forensics tool, just the phone?

7     A.  Right.

8     Q.  And in the middle, we see the language, "I can't wait to

9     move in with you/ underscore, baby/.  What is that?

10    A.  That is the body of the text message.

11    Q.  On the bottom where there is a date and time, what is that?

12    A.  A time stamp.

13    Q.  Is this in relation to what this phone received?

14    A.  Yes.

15         MR. SCHILLER:  Thank you.  If we could remove

16    publication.

17    BY MR. SCHILLER:

18    Q.  We are almost there.

19        Showing you Government Exhibit 72, do you recognize this

20    device?

21    A.  This is an LG cell phone, I believe an M150 cell phone that

22    I examined.

23    Q.  Now, were you provided that cell phone separate and apart

24    from a lot of the other cell phones as well?

25    A.  Yes.

1   Q.   Was that cell phone provided to you by TXXXX LXX?

2   A.   Yes, it was TXXXX LXX phone.

3   Q.   She gave you several phones to examine, correct?

4   A.   Correct.

5   Q.   This is one of those phones?

6   A.   Yes.

7   Q.   That is Exhibit 72a?

8   A.   Correct.

9        MR. SCHILLER:  I would like to move in 72a at this

10  time.

11       MS. McCREA:  No objection.

12       THE COURT:  Admitted without objection.

13     (Whereupon Government Exhibit 72a was marked for evidence.)

14  BY MR. SCHILLER:

15  Q.   Before 72a, I want to show you 72b and c.

16      Are these extracted text messages out of 72a identified as

17  TXXXX LXX phone?

18  A.   Yes.

19  Q.   Do they accurately represent those extracted items as

20  bookmarked from that device, the LG Phoenix phone?

21  A.   Yes.

22       MR. SCHILLER:  I would like to move those into

23  evidence, 72b and c.

24       MS. McCREA:  Subject to the relevance objection.

25       THE COURT:  Admitted, subject to prior ruling.

```
 1            (Whereupon Government Exhibits 72b, 72c were marked for
 2       evidence.)
 3  BY MR. SCHILLER:
 4  Q.  One last phone and one last question, and then we are done.
 5       I want to show you what is already in evidence as
 6  Government Exhibit 16.  Do you see that?
 7  A.  Yes.
 8  Q.  What is this?
 9  A.  This is a really old mobile phone.
10  Q.  Were you able to extract anything off this kind of device?
11  A.  No, I was not.  Cellebrite did not support that.
12  Q.  Now, Mr. O'Neil, would you agree with me that in this case
13  you were provided in excess of 80 devices to extract from?
14  A.  Right.
15  Q.  For some of those devices -- for all of those devices,
16  could you extract from every one of them?
17  A.  No.
18  Q.  For what reasons?
19  A.  Some of them, they weren't supported by the software that
20  we have, some of them were damaged, some of them we weren't
21  able to get into because they were still locked, and we didn't
22  have any field method to defeat the lock that was placed on
23  them, and that one is very old, it wasn't supported.
24  Q.  For all of the extractions you did do in their entirety,
25  those were provided to the parties; is that correct?
```

1    *A.* Yes.

2    *Q.* Thank you.

3         *MR. SCHILLER:* Your Honor, at this time, no further

4    questions for the witness.

5         *THE COURT:* Okay. Ladies and gentlemen, we will take

6    the mid-morning break. Thank you for your patience. We were

7    able to complete the direct examination. If the Defense has

8    cross-examination, that is what we will proceed into.

9         We will be in recess for 15 minutes, and come back at

10   five minutes to 11:00. Do not discuss the case, have any

11   interaction with anyone associated with the case. We will see

12   everybody back in 15 minutes.

13        Thank you.

14     *(Thereupon, the jury leaves the courtroom.)*

15        *THE COURT:* Okay, our witness may step down.

16        What is Defense expecting as far as cross-examination

17   time wise?

18        *MS. McCREA:* Your Honor, I am not expecting in excess

19   of half an hour. That depends on how it goes.

20        *THE COURT:* You will have James Hardee then?

21        *MR. HOOVER:* He is here.

22        *THE COURT:* Trial plan, you indicated 30 minutes, he

23   was two hours and 11 minutes. You have Mr. Hardee, 120

24   minutes.

25        *MR. SCHILLER:* Your Honor, that was a scriveners area.

1    I got nervous when I saw 30, and it was two hours and 11.

2            THE COURT:  Given the estimate of 30 minutes on cross,

3    we will have Mr. Hardee available to commence before the lunch

4    hour?

5            MR. HOOVER:  Yes, your Honor.

6            THE COURT:  Okay.  We will be in recess.

7        (Thereupon, a short recess was taken.)

8            MR. SCHILLER:  Judge, if I may, I wanted to briefly

9    address to the Court my concern about the relevancy objections

10   we have been receiving so far.  The reason yesterday when we

11   put in physical pieces of evidence, photographs, there was

12   nothing tied-up to those items, they weren't tied-up to a

13   person, event.  They were found in the house, the pliers, the

14   taser ear, they hadn't been connected to a person.

15           All the exhibits that the Government put in should be

16   admitted the exact same way.  If for some reason later on they

17   want to raise an objection that it is plainly not relevant,

18   sobeit, but all of the exhibits put in are independently

19   admissible in themselves.

20           I know the Court has conditionally admitted them in.

21           THE COURT:  The Court has admitted them.  It is

22   incumbent on the Defendant, if and when any exhibit that has

23   been admitted the Defendant believes is not relevant, and the

24   Defendant would be allowed to be heard on that issue, and the

25   Government can respond.  They are admitted at this point.

1            There is no further action the Government needs to

2     take.  It is the Defendant who needs to raise at any time that

3     there is a relevancy objection to something that has been

4     admitted.  And the Court has said that it will reconsider the

5     admission of that exhibit in light of the specific relevancy

6     objection, which I understand Defense doesn't feel he can make

7     now because he hasn't seen it linked up through counsel.

8            *MR. SCHILLER:*  Understood.  To that end, the

9     Government painstakingly didn't show certain exhibits because

10    we didn't want to show the jury certain pictures or messages

11    that they are going to see anyway since they are in evidence.

12    The Government should be allowed to use those exhibits because

13    they are physically in evidence.

14            *THE COURT:*  These were the two witnesses through whom

15    most of the exhibits were being admitted, correct?

16            *MR. SCHILLER:*  85, to 90 of the exhibits are in.

17            *MS. McCREA:*  That is where I am confused about the

18    process.  What I understood your Honor to be saying is that you

19    are still going to entertain objections by Defense such as

20    relevance.

21            *THE COURT:*  That is what I said.

22            *MS. McCREA:*  I believe the Government said I can now

23    show everything.

24            *THE COURT:*  No, he said he should have been able to

25    show everything, but he examined the witness.  I think maybe he

```
 1   should have been able to, but the Court erred on the side of
 2   caution in not allowing him to do that, with the understanding
 3   that when the witness with whom he is going to link the exhibit
 4   up with, and there is no objection, that is when he can show
 5   those exhibits.
 6           So, we are proceeding as we discussed and exactly as
 7   Defense requested.  The Court has accommodated the Defense's
 8   request.
 9           With that, we will bring our jury in.
10           (Thereupon, the jury returned to the courtroom).
11           THE COURT:  Welcome back, ladies and gentlemen.  You
12   may be seated and defense may -- our witness may resume the
13   stand.
14           Defense may cross-examine the witness at this time.
15                          CROSS-EXAMINATION
16   BY MS. McCREA:
17   Q.  Good morning, Mr. O'Neil.
18   A.  Good morning.
19   Q.  I am showing you what is admitted into evidence as
20   Government Exhibit 6a.
21       Do you need me to approach so you can see it closer?
22   A.  I remember it.  Thank you.
23   Q.  This is the hard drive you testified about during direct,
24   correct?
25   A.  Correct.
```

1    *Q.*   I believe it is a Clickfree hard drive?

2    *A.*   Yes.

3    *Q.*   You indicated that this hard drive functions differently

4    than a standard jump drive would, correct?

5    *A.*   Correct.

6    *Q.*   So, a standard jump drive is additional storage that

7    someone can use, right?

8    *A.*   Correct.

9    *Q.*   They put it -- connect it to their computer and select

10   which images or data they want to transfer over to the device,

11   correct?

12   *A.*   Correct.  A lot of the external hard drives are sold with

13   backup software, but you would have to execute that software,

14   and it probably performs a lot the same way that that Clickfree

15   software does, but that one is different in that you have to

16   use their software to back up files to it.

17       You don't have the option of dragging and dropping files

18   onto it and using it as additional storage like you would on an

19   external hard drive.

20   *Q.*   Correct me if I am wrong, on direct you drew a distinction

21   in the way 6a functions and a standard drive?

22   *A.*   Yes.

23   *Q.*   The distinction you drew is selecting what you transfer?

24   *A.*   Correct.

25   *Q.*   So, unlike a standard jump drive, the way 6a would

1    function, someone would connect it through their computer and

2    through software certain portions would automatically be

3    transferred?

4    A.  Correct.

5    Q.  So, what gets transferred on to a device like 6a is not

6    individually selected pieces of data?

7    A.  Correct.  If I recall correctly, when I looked at that, you

8    could select entire folders to be backed up.  Whatever the

9    content of that folder would be is what would be backed up.

10   Q.  The whole folder?

11   A.  Correct.

12   Q.  As opposed to the user distinguishing what they did or did

13   not want to transfer?

14   A.  Correct.

15   Q.  And during direct, the Government asked you about a number

16   of cell phones, correct?

17   A.  Correct.

18   Q.  One of the cell phones they asked you about was 19a?

19   A.  Yes.

20   Q.  And when you were looking at some of the content -- you

21   downloaded the content from 19a, correct?

22   A.  Correct.

23   Q.  When you were reviewing some of the contents you reviewed

24   the contact list?

25   A.  Correct.

1  *Q.*  And on it -- the Government was able to publish a small

2  portion of that contact list from 19f, correct?

3  *A.*  Correct.

4  *Q.*  And on it, you discussed how there were hyperlinks to

5  images, correct?

6  *A.*  Yes.

7  *Q.*  And then you looked at Government Exhibit 19g, and you

8  testified that those were the same images that were linked in

9  19f, correct?

10 *A.*  Correct.

11 *Q.*  And when you first provided testimony about those images,

12 you stated those were images of young girls, correct?

13 *A.*  I believe I said that, yes.

14 *Q.*  And you recognize that there is a difference between a girl

15 and an adult woman, correct?

16 *A.*  Correct.

17 *Q.*  And the law looks at that as the age of 18, right?

18 *A.*  Yes.

19 *Q.*  So, when you described those images to depict young girls,

20 were you implying you had knowledge about how old those images

21 were?

22 *A.*  No, ma'am, I had no idea how old they are.  That is a term

23 I used to describe them, they are young women.

24 *Q.*  Okay.  Yesterday, when you testified about different text

25 messaging applications, you told the jury about WhatsApp?

1   *A.* Yes.

2   *Q.* And you also described two additional programs, Wickr and

3   Confide?

4   *A.* Yes.

5   *Q.* What you told us about Wickr and Confide, these were

6   slightly different in the way they functioned, right?

7   *A.* Correct.

8   *Q.* In both of those programs the user can set how long they

9   want their messages to remain available, correct?

10  *A.* Correct.

11  *Q.* And so, it could be the message only remains available for

12  ten seconds, right?

13  *A.* Correct.

14  *Q.* Or the user could set those programs so the messages remain

15  available for ten minutes, right?

16  *A.* Correct.  I don't know what the individual options are, I

17  would say those programs fit in general, yes.

18  *Q.* You are aware Wickr and Confide, they allow options in

19  excess of one minute, right?

20  *A.* I believe that is correct.

21  *Q.* If someone is using a program like Wickr or Confide, and

22  they get a message out of it, they can take a screen shot out

23  of that message, correct?

24  *A.* What I know about it, correct.

25  *Q.* What a screen shot is, is a caption of what is shown on the

1   person's phone, correct?

2   A.  Correct.

3   Q.  If there is a message that comes in to the user on Wickr or

4   Confide, they would be aware, if they understand how the

5   program works, that message would only been temporarily

6   available, right?

7   A.  Yes.

8   Q.  If they want it to be permanently available, the person can

9   take a screen shot, right?

10  A.  Correct.

11  Q.  Now, I want to show you what is admitted as Government

12  Exhibit 36a.  If we could publish, please.

13      You testified about this item, correct?

14  A.  Yes.

15  Q.  And so, 36a is photographs of a hard drive computer that

16  you examined in this case?

17  A.  Yes, it is a computer tower and there was a hard drive that

18  I examined, yes.

19  Q.  And in relation to 36a, the Government had you testify

20  regarding different web searches that were conducted on this

21  device, correct?

22  A.  Correct.

23  Q.  And we went through and looked at portions of the

24  classified ads section, correct?

25  A.  Correct.

1    *Q.*  Just looking at that extraction from that report, that does

2    not tell you who actually conducted that search, correct?

3    *A.*  That is correct.

4    *Q.*  It just tells you that someone who was using this computer

5    did the search, right?

6    *A.*  Correct.

7    *Q.*  You would need to have more information about the

8    accessibility of the computer, right?

9    *A.*  Yes.

10   *Q.*  Or the context of who had access to it?

11   *A.*  Right.

12   *Q.*  It is similar with the cell phones you went through as

13   well, right?

14   *A.*  Yes.  Any one particular thing, I don't know who the person

15   is behind it without some other context.

16   *Q.*  So, Government Exhibit 3b that they questioned you about,

17   you discussed with us how there were in excess of 4,000

18   contacts on that phone, right?

19   *A.*  Yes.

20   *Q.*  But you do not know who added those contacts to that phone,

21   right?

22   *A.*  Correct.

23   *Q.*  And phones can be used by different people at different

24   times?

25   *A.*  Yes.

1   Q.  And so, without having someone who knows who is using the

2   phone, you are not able to provide that name to the jury,

3   right?

4   A.  Right.

5   Q.  Some of the extractions you do can give context to the use

6   of the phone, right?

7   A.  Right.

8   Q.  For instance, when you look at text conversations that have

9   occurred, that might give a better indication who was using the

10  phone at that time, right?

11  A.  There are several things we could do with that attribution

12  to try to establish who was the person who actually produced a

13  particular picture or text message, something like that.  There

14  are different ways of doing that.

15  Q.  Just looking at a list of contacts, that doesn't have a lot

16  of attribution features, correct?

17  A.  That is right.

18  Q.  The same thing with web searches, web searches do not have

19  attribution features, correct?

20  A.  No.

21  Q.  During your testimony, you talked about some of the

22  problems you had with devices in this case?

23  A.  Correct.

24  Q.  You said some were not supported by the forensic software

25  that you had available?

```
1   A.   Correct.

2   Q.   You said some were damaged?

3   A.   Yes.

4   Q.   And you said some were still locked?

5   A.   Correct.

6   Q.   When you used those three limitations on your ability to

7   gather evidence, you were talking about there being in excess

8   of 80 devices in the case, correct?

9   A.   There were 80 devices total, some-odd 80.  I believe there

10  was about a dozen of them we were not able to get into or get

11  an extraction from.

12  Q.   There were between 80 and 90 devices, approximately, that

13  were turned over to you for potential extraction?

14  A.   Somewhere in that area, yes.

15  Q.   When you listed those limitations you had, those

16  limitations only applied to about a dozen of those items?

17  A.   Correct.

18  Q.   When we talk about how many items of additional media you

19  were able to examine, you were only able to examine 65 to 70

20  devices?

21  A.   Correct.

22  Q.   You were able to do full extractions from them?

23  A.   Correct.

24  Q.   Or partial extractions?

25  A.   Whatever I was able to get, yes.
```

1    *Q.*  Or manual examination of the item, right?

2    *A.*  Right.

3    *Q.*  Not only were you able to do that, but you were able to

4    give the information that you obtained from the devices to the

5    other members of the investigative team, right?

6    *A.*  Correct.

7    *Q.*  And they were able to go through each one of the devices to

8    look for any incriminating evidence they could find?

9    *A.*  Correct.

10   *Q.*  You testified about one phone that a woman named TXXXX LXX

11   provided you to do a search from?

12   *A.*  Yes.

13   *Q.*  She actually provided three phones for you to do an

14   extraction from, correct?

15   *A.*  Correct.

16        *MS. McCREA:*  Nothing further.

17        *MR. SCHILLER:*  One question, Judge.

18                    **REDIRECT EXAMINATION**

19   *BY MR. SCHILLER*:

20   *Q.*  Remove publication.

21      Good morning.  Counsel asked you about the 80 some devices

22   you attempted to extract from in this case.  Did you provide

23   all of those extractions to the agents and the Government

24   attorneys in this case?

25   *A.*  Yes.

1    *Q.*  Did you provide an identical copy to the Defense?

2    *A.*  Yes.

3         *MR. SCHILLER:*  Thank you, Judge, nothing further.

4         *THE COURT:*  Thank you very much to our witness, you

5    may step down.

6         The Government may call your next witness.

7         *MR. HOOVER:*  Thank you.  At this time the Government

8    calls supervisory Special Agent James Hardee.

9         *THE COURT:*  Okay.  All right.  He may come in.

10        JAMES HARDEE, GOVERNMENT'S WITNESS, SWORN

11        *THE COURTROOM DEPUTY:*  You may have a seat.  State

12   your full name for the record and spell your last name for the

13   Court Reporter.

14        *THE WITNESS:*  It is James E. Hardee, H-A-R-D-E-E.

15        *THE COURT:*  You may proceed.

16        *MR. HOOVER:*  Thank you, your Honor.

17                      **DIRECT EXAMINATION**

18   *BY MR. HOOVER*:

19   *Q.*  Good afternoon -- I guess morning.

20   *A.*  Good morning.

21   *Q.*  Your name is James Hardee?

22   *A.*  Yes.

23   *Q.*  Do you go by a different name?

24   *A.*  I go by Jake.

25   *Q.*  If we call you Jake Hardee, that is not a mistake?

1    *A.*   Yes.

2    *Q.*   Are you currently employed?

3    *A.*   I am as a supervisory Special Agent of the Federal Bureau

4    of Investigation.

5    *Q.*   Can I use the acronym FBI?

6    *A.*   Yes.

7    *Q.*   Within the FBI, are you assigned to a particular unit or

8    squad?

9    *A.*   Yes, the behavioral analysis unit located outside of

10   Quantico, Virginia.

11   *Q.*   Could you tell us what your duties are in that capacity?

12   *A.*   Crimes against children, and I provide operational support

13   for international, Federal, state, and local law enforcement on

14   various children matters, abductions, child pornography, sex

15   trafficking investigations as operational support.

16   *Q.*   Would you tell me what operational support means?

17   *A.*   It can run the gamut from investigative assistance,

18   prosecution strategies, interview strategies.  We go on site

19   during child abductions and assist with reactive type

20   investigations.

21   *Q.*   If there are agencies, law enforcement officers that might

22   not have the expertise in one of the subject matters, they

23   reach out to you?

24   *A.*   Yes.

25   *Q.*   How long have you been a Special Agent with the FBI?

1    A.   February 2001.

2    Q.   Prior to that, did you have any Government experience?

3    A.   I was in the United States Marine Corps from '91 to '97.

4    Q.   What about other employment?

5    A.   When I graduated from college, I worked for a social

6    service non-profit agency.

7    Q.   You say you graduated from college.  What is your degree

8    in?

9    A.   Bachelor's in criminal justice and Master of Science in

10   criminal justice with an emphasis on forensic psychology.

11   Q.   Would you tell us what forensic means?

12   A.   Intersection of the law and psychology.

13   Q.   I would like to talk about your FBI experience.  Did you

14   graduate from the academy in Quantico?

15   A.   I did.

16   Q.   Where did you begin?

17   A.   San Diego, California, I worked with a myriad of crimes,

18   kidnapping, bank robberies, extortions, murders for hire,

19   assault on Federal officers, as well as crimes against

20   children.

21   Q.   Where did you go after San Diego?

22   A.   I was transferred to the Toledo agency in Ohio.

23   Q.   In the FBI and Government in general, is it common for

24   agents to be transferred, especially when getting some kind of

25   promotion?

1    *A.*  It is.

2    *Q.*  That is not a disciplinary reason you get transferred from

3    one office to another?

4    *A.*  No, Toledo was an office of preference, it is near my home.

5    *Q.*  What were your responsibilities in Cleveland?

6    *A.*  Primarily, the most -- the primary violation that I worked

7    as an agent on before I became a supervisor was violent crimes

8    against children.  I was coordinator of the northwest Ohio

9    crimes against children task force based out of the FBI.

10          *MR. HOOVER:*  Judge, as we approach the lunch hour,

11   whenever you would like us to break, that is fine.

12          *THE COURT:*  Yes, that is fine.

13   *BY MR. HOOVER*:

14   *Q.*  Was one of the duties sex trafficking?

15   *A.*  Yes.

16   *Q.*  Does that include child and adult?

17   *A.*  Yes.

18   *Q.*  How long did you work in that capacity?

19   *A.*  I was coordinator from 2008 until 2013.

20   *Q.*  When you say coordinator, what does that mean?

21   *A.*  I was responsible for the day-to-day operations of the task

22   force, I guided the investigations that the task force officers

23   had from our multiple agencies I was involved with.

24        I coordinated sting operations, undercover operations that

25   we would conduct, and I would triage, conduct interviews of

1   victims and offenders.

2   Q.  So, does coordinator mean supervisor?

3   A.  Essentially, yes.

4   Q.  In that capacity, did you conduct investigations with sex

5   traffickers?

6   A.  Yes.

7   Q.  Coordinated with other task forces other than what you

8   served on?

9   A.  Yes.  It is quite common for task force officers to speak

10   to each other on a frequent basis, we have offenders that cross

11   boundaries, it is truly a national issue.

12   Q.  Did you remain -- while in that capacity, remain up to date

13   on human trafficking trends in and out of that division?

14   A.  Yes.

15   Q.  What did you do after that?

16   A.  I was transferred to liaison for nationally exploited

17   children.

18   Q.  What did you do for that?

19   A.  I was the point of contact for the 71 agencies involved in

20   trafficking organizations.  I coordinated from the national

21   center to our task force agencies nationwide.  If members of

22   the task forces had questions, they would contact me for

23   guidance.

24   Q.  Did you oversee human trafficking reporting by NCMEC?

25   A.  Yes.

1   Q.  National Center for Missing and Exploited Children, is that

2   NCMEC?

3   A.  NCMEC.

4   Q.  If we say that, that is what we are talking about?

5   A.  Yes.

6   Q.  Through this assignment, were you at the forefront of child

7   sex trafficking issues?

8   A.  Yes.

9   Q.  When were you in that position?

10  A.  I served in the role from 2013 until January 2015.

11  Q.  At that point in 2015, where did you go?

12  A.  I returned to the Toledo residency agency, RA, and was soon

13  selected to be the supervisor, supervisor Special Agent in

14  Charge of the criminal investigative squad there, and

15  eventually all the areas that operated under the Toledo area.

16  Q.  Were you supervising investigations that you discussed,

17  violent crimes, sex trafficking, that kind of thing?

18  A.  Yes.

19  Q.  Did that include supervising the Innocence Lost National

20  Initiative?

21  A.  Yes, that is a partnership between DOJ, the National Center

22  for Missing and Exploited Children, and the FBI, an initiative

23  nationwide that all of our task forces will be involved in.

24  Q.  And you supervised your specific -- did you say RA?

25  A.  RA.

1  Q.  What is RA?

2  A.  Resident agency.

3  Q.  Does that mean your local office there?

4  A.  Yes.  We serve 19 counties in northwest Ohio.

5  Q.  How long were you in that position?

6  A.  Until I transferred to BAU in 2017.

7  Q.  Since 2017, have you been in the capacity you're talking

8  about now?

9  A.  Yes.

10  Q.  Let's talk about your human trafficking experience.  When

11  did you start investigating this?

12  A.  2008.

13  Q.  Have you received training on the subject matter?

14  A.  Yes.

15  Q.  Can you describe the trainings?

16  A.  Numerous trainings put on by the FBI and other agencies.  I

17  had specific training in the interview of juvenile victims of

18  sex trafficking as well as just national training put on at

19  national coordination meetings, where all of the task forces

20  would get together and discuss current relevant trends.

21  Q.  Do you consult at national conferences?

22  A.  I presented at the Dallas Crimes Against Children

23  Conference in August of this year.

24  Q.  When you say present, you are actually teaching other

25  people?

1    A.  Yes.

2    Q.  How often do you receive training on the subject?

3    A.  In the behavioral unit, one of my jobs is to stay current

4    on our subject matter, so I regularly review cases and interact

5    with these types of cases.

6    Q.  Because you are providing assistance and advice to other

7    investigators in the field, is that crucial for you to stay up

8    on all human trafficking trends?

9    A.  Yes.

10   Q.  You said you had specialized training in interviewing

11   victims of human trafficking.  Does that include minor and

12   adult?

13   A.  The training was specifically geared toward minor victims I

14   am talking about, but I also received guidance in interviewing

15   adult victims as well.

16   Q.  What about human traffickers, have you received training in

17   that subject?

18   A.  Just best practices, there is not specific training on

19   interviewing traffickers.

20   Q.  That is one-on-one in the field doing it?

21   A.  Yes.

22   Q.  What about training on behavior dynamics associated with

23   sex trafficking for victims and traffickers?

24   A.  Yes, that is one of the things I present on.

25   Q.  A second ago you mentioned presenting to people at the

1   conferences.  Let's highlight some of your experience as far as

2   educating or testifying for others.

3       Can you tell us some of the training you put on?

4   *A.*  I presented at numerous venues, different types of

5   audiences, law enforcement, prosecutors, educators, health care

6   professionals, on the subject matter of sex trafficking.

7       I developed and taught an advance sex trafficking course at

8   the Ohio Police Officers Training Academy.

9       I was selected by the Department of Justice to travel to

10  Serbia to train law enforcement, prosecutors, judges, and

11  Governmental NGO personnel on sex trafficking matters.  In fact

12  I have one that twice; the first was to a couple hundred people

13  that we had discussions with throughout the country, and the

14  second deployment was a more focused group of I think maybe 50

15  prominent persons in the sex trafficking area to really drill

16  down into what occurs and educate them.

17  *Q.*  Have you ever testified before legislative bodies on the

18  subject?

19  *A.*  I have.  I testified before the Ohio House of

20  Representatives, provided testimony there.  And I also

21  testified before the United States Civil Rights Commission.

22  *Q.*  Did you ever serve on any commissions yourself or work

23  groups, anything like that involving the Government?

24  *A.*  I did.  I was selected by Attorney General to serve on the

25  trafficking commission, he is now the Governor, Attorney

```
 1    General at the time, to serve on the human trafficking
 2    commission.
 3    Q.  What about -- is sex trafficking a key concern for major
 4    events?
 5    A.  Yes.
 6    Q.  Have you ever participated in that at all?
 7    A.  Yes.
 8    Q.  Tell us about that.
 9    A.  The FBI, through the Innocence Lost National Initiative,
10    provides support during national events.  We will deploy
11    personnel to the Super Bowl, World Series, NBA championships,
12    NCAA final four.  I was deployed to the Super Bowl in Miami in,
13    I think, 2010, to Indianapolis in 2012, at the Super Bowl
14    there, and then the Super Bowl in East Rutherford, New Jersey
15    in 2014.
16    Q.  When you go to the Super Bowls, do you go and hang out?
17    A.  We don't see the game, we work pretty much nonstop
18    conducting undercover operations with the goal of recovering
19    victims of sex trafficking.
20    Q.  Why are you going to sporting events like that?
21    A.  With the major events, we found it does attract sex
22    trafficking because there are a lot of clientele that would be
23    willing to pay for prostitution, so we do find that there is an
24    increase or presence of sex trafficking in these events.
25    Q.  Overall, how long would you say your primary focus has been
```

1   on human trafficking?

2   A.  I would say since 2008.

3   Q.  How many cases have you participated in, just an estimate?

4   A.  It is hard for me to quantify that.  I would say at any

5   given point we would have 30 to 40 investigations open at any

6   given point with the AR, but I would say --

7   Q.  Not 30 to --

8   A.  It would vary, but it would be safe to say during the

9   course of my career, I have been involved in at least a hundred

10  active investigations that we have conducted, but there would

11  be many more when you talk about the ones I provided assistance

12  in and not taking a more direct active role.

13  Q.  An estimate, how many times would you interview personally

14  a suspected or convicted trafficker?

15  A.  I have interviewed hundreds of individuals involved in

16  prostitution, and among them would be dozens and dozens of

17  victims of sex trafficking, both adults and juveniles.  I would

18  say easily -- again, it is very hard to quantify, but I would

19  say 50 to 60 victims, and then as far as traffickers, I would

20  say probably about two dozen individuals that I would consider

21  higher up within a sex trafficking organization.

22  Q.  Have you spoken to traffickers about the methods they use

23  or tactics?

24  A.  Yes.

25  Q.  Have you read any literature by self-proclaimed traffickers

1  or pimps?

2  A.  I am familiar the literature, there is quite a bit out

3  there.

4  Q.  How is that possible?

5  A.  Traffickers and pimps are constantly promoting themselves,

6  and it is in an attempt to generate a greater status within the

7  lifestyle, but there are quite a few.  There is a particular

8  author named Pimping Ken that has a book called Pimpology, a

9  pimp in the '70's, Iceberg Slim, that has several novels.  True

10  fiction, that is what they refer to it as.

11      Those are the ones that I am familiar with, but there are

12  many, many more.

13  Q.  These are publicly available?

14  A.  Yes.

15  Q.  Have you ever -- I will list some things here.  Have you

16  ever worked trafficking human cases where violence was used?

17  A.  Yes.

18  Q.  Threats of violence?

19  A.  Yes.

20  Q.  Fraud or deceit?

21  A.  Yes.

22  Q.  Restraint or imprisonment?

23  A.  Yes.

24  Q.  Psychological coercion?

25  A.  Yes.

```
 1    Q.   Seizure of Government documents?

 2    A.   Yes.

 3    Q.   Branding?

 4    A.   Yes.

 5    Q.   We'll discuss some of those later.

 6         Have you been previously qualified to testify as an expert

 7    in the field of human trafficking?

 8    A.   Yes.

 9    Q.   How many times?

10    A.   Eight times in Federal Court, twice in State Court, once in

11    South Carolina, and another time in Ohio.

12    Q.   The times you testified in Federal Court, were these the

13    same districts or multiple districts?

14    A.   Multiple districts.  I testified in California, Western

15    District of Michigan, Connecticut, South Carolina.  I am not

16    sure if I am forgetting one.

17    Q.   Are you basing your testimony today on the training and

18    experience you have outlined for us?

19    A.   Yes.

20    Q.   Is your testimony today the product and principles and

21    methods you learned over the course of your career?

22    A.   Yes.

23    Q.   Are you applying the principles and methods to the

24    testimony in this case?

25    A.   Yes.
```

Pauline A. Stipes, Official Federal Reporter

```
1              MR. HOOVER:  At this time the Government asks the
2    Court to find the witness as an expert in human trafficking.
3              THE COURT:  Any position with the Defense?
4              MS. McCREA:  No objection.
5              THE COURT:  All right.  The witness is deemed an
6    expert in the area of human trafficking.
7    BY MR. HOOVER:
8    Q.  Do you know anything about the facts of this case?
9    A.  No.
10   Q.  Let's start with the basics, we are talking about human
11   trafficking, I would like to get into what that is.
12        What is human trafficking?
13   A.  So, human trafficking particularly, it is where an
14   individual benefits from the exploitation of another.  So, with
15   sex trafficking, you know, an individual is benefiting from
16   the -- a person engaging in acts of prostitution or commercial
17   sex.
18   Q.  If you were to define human traffic broadly, how many are
19   there?
20   A.  One is labor, and the other is sex trafficking.
21   Q.  What is the difference?
22   A.  With labor, it is forced labor in some sort of job.  Sex
23   trafficking, it is forced involvement in prostitution
24   activities.
25   Q.  For labor trafficking, can that include domestic servitude?
```

1    *A.*  It can.

2    *Q.*  Is there a difference between, when you talk about sex

3    trafficking, sex trafficking of adults and sex trafficking of

4    juveniles?

5    *A.*  Some of the nuances could be a little bit different, but

6    for the most part, the behavioral dynamics are essentially the

7    same.

8    *Q.*  As far as what has to be present for sex trafficking, is

9    there a difference between adults and juveniles?

10   *A.*  Typically there would be, with an adult there needs to be

11   fraud, force, and coercion, with a juvenile, simply anyone

12   under the age of 18.

13   *Q.*  Let's discuss some lingo.  Have you ever heard of the term

14   "pimp"?

15   *A.*  Yes.

16   *Q.*  What does that refer to?

17   *A.*  A pimp is a trafficker.  I may use terms interchangeably in

18   my testimony today.

19   *Q.*  Pimp and trafficker is the same thing?

20   *A.*  Yes.

21   *Q.*  What about a John?

22   *A.*  A John is a customer.  It is a customer that is seeking to

23   engage in a sex act.

24        All these things are vernacular that is used within the

25   prostitution culture.

```
 1   Q.   Did James Hardee come up with this vernacular?

 2   A.   No.  It has been around for a long time.

 3   Q.   Are there other terms for a John?

 4   A.   Yes.

 5   Q.   A client or a trick?

 6   A.   Yes.

 7   Q.   What about a regular, what does that imply?

 8   A.   A regular would be a John that seeks the services of the

 9   same, and for the purpose of my testimony now, of the same

10   prostitute on a regular basis, somebody they see frequently.

11   Q.   What about the term "date" or "appointment"?

12   A.   So, date can actually be used -- sometimes they refer to

13   the John as a date, or date or appointment could refer to the

14   sex act itself.

15   Q.   If somebody says they have a trafficking victim or a

16   prostitute says they have a call, is that the same thing?

17   A.   Yes.

18   Q.   Have you ever heard of an out call?

19   A.   Yes.

20   Q.   What is an out call?

21   A.   So, an out call, the prostitute will travel to the John to

22   engage in the sex act.

23   Q.   What about an in call?

24   A.   An in call, the John travels to the prostitute to engage in

25   the sex act.
```

1    Q.   Where do in calls frequently occur?

2    A.   In calls will occur at hotels frequently, residences,

3    sometimes like flop houses, crash houses.

4    Q.   What is a flop house?

5    A.   A flop house is a building, residence where no one really

6    lives, but a lot of illegal activities such as drug use and

7    sales and prostitution will occur at these places.

8    Q.   Have you ever heard of the phrase "the game" or "the life"?

9    A.   Yes.

10   Q.   What is that?

11   A.   As I stated before, the prostitution subculture,

12   prostitution, the lifestyle is a subculture in and of itself.

13   The game is the individuals involved in the lifestyle referred

14   to as prostitution.

15   Q.   What about family?

16   A.   Family is what the pimp and the victim, prostitute will

17   refer to the stable as.  The stable is essentially a group of

18   prostitutes that work for one particular pimp.

19   Q.   Can some of the more specific vernacular vary from

20   organization to organization?

21   A.   Yes.

22   Q.   Whereas in one situation they might say a date versus

23   appointment, family versus stable, something like that?

24   A.   Family, stable, they refer to them as team as well.

25   Q.   Specifically, a stable is referring to the group of women

1    working for the pimp?

2    A.   Yes.

3    Q.   And again, it is an offensive term, you didn't come up with

4    that, right?

5    A.   No.   The term is basically derogatory.   It is essentially

6    these victims were property of the trafficker or the pimp.

7    Q.   What about branding, did you hear of that?

8    A.   Yes.

9    Q.   Is that physically like burning somebody, like a brand?

10   A.   It can be.

11   Q.   What is it more commonly?

12   A.   It is tattoos on the person to show the trafficker.

13   Q.   Is it common for a trafficker to have assistants?

14   A.   Yes.

15   Q.   Further down the vulgar trail, have you ever heard of

16   bottom bitch?

17   A.   Yes.

18   Q.   What is a bottom bitch?

19   A.   I apologize for the terminology, it is vernacular, a bottom

20   bitch or bottom is the head prostitute in a stable.

21   Q.   What common role would a bottom fit?

22   A.   So, the bottom essentially is there to serve the pimp and

23   ensure that the day-to-day operations of the stable continue.

24   They serve to insulate the pimp from the criminal activity.

25        A lot of times they will deal out discipline to the other

1    ones in the stable if they do not do what the trafficker wants.

2    They collect the moneys, they will drive the victims to the

3    dates, they will set up the dates, take photographs of the

4    victims and post them online.  Those are all things that the

5    bottom is expected to do at the direction of the pimp.  Make no

6    mistake, the bottom may run day-to-day operations, but the

7    trafficker is always in charge.

8    Q.  The person who is the bottom, where do they generally come

9    from?

10   A.  It is generally the person that has been with the pimp the

11   longest, and someone who has proven their loyalty to the pimp

12   over time.

13   Q.  Is it possible -- or have you seen where a bottom -- excuse

14   me, a person fulfills the role of a bottom without having the

15   title, or is there congratulations, you have been promoted to

16   bottom?

17   A.  No.  I have heard it called different terms, it could be a

18   wife or in-law, it could be a top girl, or they might be put in

19   that position and not told what it is.  Everyone in the stable

20   will know who is the girl in charge when the pimp is not

21   around.

22   Q.  The bottom, are they frequently performing sex acts and

23   bringing in money?

24   A.  They will, yes.

25   Q.  What kind of dynamics typically exist, in your training and

```
 1    experience, between a bottom and a trafficker?
 2    A.  So, it is an interesting relationship.
 3        Sometimes the bottom will actually get beaten to serve as
 4    an example to everyone else.  I had a bottom tell me, you know,
 5    they get beat because the girls will know if he is willing to
 6    beat that person that he supposedly lavishes with all this
 7    extra attention and things like that, what is he going to do to
 8    me if I am the new person starting out.
 9    Q.  Okay.
10        Now, this person that might take the brunt, most of the
11    violence, more frequent violence, are they sometimes awarded
12    with extra privileges and freedoms?
13    A.  Yes, that is part of the whole process that instills
14    loyalty to the trafficker.
15    Q.  We will get into that more further in just a second.
16        Let's discuss relationships between the traffickers and
17    victims.  In your experience, are there factors that make
18    victims more susceptible to influence or recruitment by
19    traffickers?
20    A.  Yes.
21    Q.  Would you tell us these factors?
22    A.  There's a lot of different factors.  It could be a
23    person -- I have seen a lot of physical and sexual abuse in
24    their homes, a lot of children --
25    Q.  Can I interrupt you?  When you say physical and sexual
```

```
 1   abuse in their homes, you mean prior to coming to the
 2   trafficker?
 3   A.  Yes.
 4   Q.  Go ahead.
 5   A.  I have seen a lot of victims that have health issues, maybe
 6   they are bipolar, depressed, or have some issue there.
 7       I have seen developmentally delayed victims.  I have seen
 8   victims who are in vulnerable situations, maybe they have some
 9   sort of issue with law enforcement, victims that have an
10   unstable home life or are homeless, those types of things, but
11   primarily the major issue, the biggest issue that I see with
12   these victims is lack of self esteem.
13   Q.  That is something a lot of these victims have in common?
14   A.  It is.
15   Q.  What about juveniles, in addition to the ones you listed,
16   that might make them more vulnerable?
17   A.  Certainly any activity when they get on the street, it is a
18   very difficult lifestyle for victims, they can be beaten,
19   robbed, sexually assaulted, while engaging in the acts of
20   prostitution.
21       You can imagine for a juvenile that would be a very scary
22   situation for them to be in.
23   Q.  You discussed folks that come from a bad home life, mental
24   or physical abuse.  What about a juvenile that is a runaway
25   from home, how does that affect his or her vulnerability?
```

1    *A.*   One of the things we see are runaways are approached by

2    traffickers and attempted to be recruited.

3        One of the things I used to do is speak to runaways in

4    juvenile detention, once they were picked up, and talk to them

5    about their experiences while they were running away and

6    specifically the traffickers that would try to recruit them.

7    *Q.*   Why are runaways particularly vulnerable?

8    *A.*   We always say with a runaway, they are not running to

9    something, what are they running away from?  They don't have

10   anywhere else to go.  A lot of times they grab on to a

11   trafficker that is basically a beacon of light to them.  They

12   say, come with me, I will drive you to a place to stay and take

13   care of you.

14   *Q.*   In your experience, is it frequent that the situation is

15   nobody is looking for them, parents, loved ones not looking for

16   them?

17   *A.*   Unfortunately, that is more common than not.

18   *Q.*   In that situation, it is easier for a trafficker to recruit

19   or victimize that person versus somebody being actively looked

20   for?

21   *A.*   Yes.

22   *Q.*   Why?

23   *A.*   Just because nobody is really going to look for them, they

24   really have nothing else, as sad as it is in the world.  So --

25   *Q.*   Let's come back, you said the most common -- first, before

1   we get to that, what about folks who are not citizens of the

2   United States, does that create vulnerability?

3   A.   That is often that you see somebody doesn't have

4   documentation or has documentation that is expired, and the

5   trafficker may use that as leverage.  A lot of times even with

6   victims that don't have a status, the trafficker may take their

7   driver's license to control.

8   Q.   You say somebody has low self esteem.  Explain that.

9   A.   If a trafficker is walking through the mall and he sees

10  somebody who could become a victim that he would be able to

11  basically manipulate to having sex for money and giving most,

12  if not all, that money to him, he will approach them and may

13  say something like you're very pretty.  If that victim thanks

14  him and moves on, he knows that is somebody he can't manipulate

15  and do that.

16      If he approaches the victim and they have their head down

17  and show they don't have confidence -- they are very attuned to

18  picking up on the body language -- that person is more than

19  likely able to be manipulated to have sex for money.

20  Q.   The vulnerabilities we walked through, why are those folks

21  with those characteristics targeted?

22  A.   Essentially, because the trafficker is going to be able to

23  manipulate them to have sex for money.  They know it is not

24  going to be a hurdle for them to overcome to get them to do

25  that.

1   Q.  Would that be different from somebody who doesn't have

2   those factors, comes from a supportive home, people monitoring

3   them, they are confident in themselves and abilities; is that a

4   different challenge for a trafficker?

5   A.  It can be, but they are not insurmountable challenges.  We

6   have seen people from that background get into that.

7          MR. HOOVER:  Your Honor, we are about to move into a

8   different area.

9          THE COURT:  We can go for a little bit.

10  BY MR. HOOVER:

11  Q.  Let's talk about recruitment specifically.  Is there a

12  recruitment strategy that traffickers use?

13  A.  There are more than one strategies they may employ.

14     Essentially, they are going to figure out what the victim's

15  vulnerability or weakness is, and they are going to prey on

16  that weakness.

17  Q.  There are two main categories -- if you have to take a

18  thousand foot view of trafficker types, are there two main

19  types of trafficker?

20  A.  There are two types.  I will refer to them in more clinical

21  terms, and within the vernacular.

22     You have what we call a finesse or Romeo type pimp, a pimp

23  that uses their words as manipulation to affect that victim and

24  get that victim to do what they want, and you have what you

25  call a gorilla pimp who uses force and violence to do that.

```
 1        It is basically a spectrum, we refer to it as a charismatic
 2   pimp on the one hand, and then you have this aggressive pimp on
 3   the other hand, aggressive referring to a gorilla pimp.  I will
 4   refer to it as aggressive.
 5   Q.  The term gorilla trafficker, where did that come from?
 6   A.  It has been around for a long time.  A lot of times when
 7   you interview victims, they talk about it in those terms, they
 8   are very fearful of the pimps that are aggressive.
 9   Q.  Does that come from the sheer violent nature of that
10   particular animal?
11   A.  Yes.
12   Q.  We will use a different phrase, we will use aggressive from
13   here on out.
14   A.  Yes.
15   Q.  Let's talk about the Romeo or finesse factor.  What do they
16   employ with their victim?
17   A.  The victim believes they are in a girlfriend/boyfriend
18   relationship with the trafficker, start out feeling like to the
19   victim it is typical boyfriend/girlfriend relationship and
20   progresses into a sex trafficking situation.
21   Q.  What might the trafficker say or provide to the victim to
22   establish that relationship?
23   A.  I had a victim that was provided a stuffed animal and
24   balloon, that was affection that he showed that victim, and
25   that is what it took her to get involved in the sex trafficking
```

1    situation.   It is whatever that trafficker -- that trafficker

2    will fill whatever void or need that victim has.

3    Q.   Does that include housing?

4    A.   Yes.

5    Q.   Food?

6    A.   Yes.

7    Q.   Clothes?

8    A.   Yes.

9    Q.   What about emotional things, affection, love, attention?

10   A.   You will see emotion and attention that are rewards that

11   are sprinkled in there, and you see a withholding, just as

12   powerful, you see a withholding of the love and affection by

13   the trafficker.

14   Q.   Have you heard of the phrase grooming?

15   A.   Yes.

16   Q.   How does that play into this?

17   A.   That is how the trafficker -- it is the process with which

18   the trafficker will get the victim to the point where they will

19   engage in sex for money.

20   Q.   Now, we've talked about the phrase stable.   Is it also

21   common for traffickers in the finesse or Romeo category to use

22   different terminology like family and team?

23   A.   Yes.   Family and team promotes an environment where

24   basically it instills loyalty, it basically helps them make the

25   people more loyal to them as the trafficker.

1    Q.  So, is that juxtaposed to a stable where it's a farm

2    animal, we are a team and family all together?

3    A.  It is a softer word and a sales technique used by the

4    trafficker to entice the victim.

5    Q.  Let's transition to the aggressive trafficker.  What kind

6    of style do you see from this trafficker?

7    A.  I have seen horrific, horrific beatings that are given to

8    the victims.  I've seen sexual assaults.

9        I have had victims sodomized vaginally and anally with a

10   baseball bat, gang rapes, sexual acts filmed.

11   Q.  Just overall violence?

12   A.  Yes.

13   Q.  Does that include nonconsensual sex with the victims?

14   A.  Yes.

15   Q.  Are there also threats involved in that scenario?

16   A.  Yes.

17   Q.  So, let's talk about these two personas.  Is it common for

18   traffickers to use both?

19   A.  Yes.  What I found are the traffickers use these techniques

20   interchangeably depending on what works with a particular type

21   of victim.

22       So, if the Romeo finesse works, boyfriend/girlfriend thing

23   works, they don't need to do anything else.  If they need to

24   get more aggressive, they will, and it can change over time

25   with the victims as the victims spend more time within the

```
 1    stable.
 2    Q.  Will they sometimes go back and forth between these
 3    personas over the course of time given what is needed?
 4    A.  Yes.
 5    Q.  Is it common for traffickers to use other members of his
 6    operation or other victims to recruit new victims?
 7    A.  Yes.
 8    Q.  Why is that?
 9    A.  It is always instilled in the stable they get fresh victims
10    in the stable to make more money essentially.  So people --
11    victims within the stable are often times encouraged to
12    recruit, and they may be rewarded if they do recruit victims in
13    the stable.
14    Q.  Let's discuss -- move to a different topic.
15        Let's discuss some of the logistics of sex trafficking.
16        What are the most common -- we call them venues or methods
17    or means of prostitution or commercial sex activity?
18    A.  Sure.  One of the most common would be hotels, motels.  We
19    saw a lot of trafficking within hotels, motels.
20        Usually within cities or communities, especially larger
21    cities, there is a place called the track or the stroll, which
22    is a geographical location, it may be a street where
23    prostitution is prevalent so the Johns know the Johns can go
24    there and get services of the prostitutes and prostitutes know
25    they can go there and get Johns.
```

```
1    Q.   Specifically, have you seen sex traffic via internet?

2    A.   Yes.

3    Q.   What are the most common websites until recently?

4    A.   One of the most common websites is backpage.com.  That is

5    not being used.

6         You see a lot of recruitment and facilitation of the sex

7    trafficking over different social media sites, things like

8    that, and there is a plethora of other websites out there

9    that -- where people can go to seek the services of a

10   prostitute.

11   Q.   How does Back Page work, just briefly?

12   A.   Back Page, basically, a prostitute will place an ad or a

13   pimp will place an ad on Back Page where they have a photograph

14   and a number for them to contact, and there may be some sort of

15   veiled reference to donations or roses.  What the cost would be

16   for time usually is what it is, and maybe some other lingo

17   sprinkled in there, but the Johns know to call that ad.

18   Q.   Have you ever heard of escort agencies?

19   A.   Yes.

20   Q.   Is that usually a front for prostitution?

21   A.   In my experience, it has been a front for prostitution.

22   Q.   Theoretically, if someone wanted to have an escort agency

23   for lonely souls, that is legal?

24   A.   Yes.

25   Q.   Let's talk about the most common escort service.  How does
```

```
 1   that work?
 2   A.   They advertise a multitude of different ways.   In Toledo
 3   they advertised in the paper, they may be in the phone book.  A
 4   lot of times at strip clubs people pass out cards, and there
 5   are other venues where there might be clientele and the John
 6   will call the escort agency.
 7   Q.   Prostitution is illegal in almost every state?
 8   A.   Yes.
 9   Q.   These are public advertisements, they are operating under
10   the guise of a legal escort and companionship?
11   A.   Absolutely.
12   Q.   Let's talk about how traffickers maintain control.   In your
13   experience, is it common for traffickers to use force, fraud,
14   coercion?
15   A.   Yes.
16   Q.   What is the purpose of using coercion?
17   A.   So, coercion essentially is what -- the crux of what the
18   trafficker uses to control the victim.
19        So, a trafficker will create the course of the environment
20   where the victim is told what to wear, and when they can go,
21   you know, where they can go, when they can use the phone, this
22   controlling environment, and then you intersperse it with
23   affection or rewards, and this leads to something we refer to
24   as a trauma bond between the trafficker and the victim.
25   Essentially, it is a very strong emotional tie between that
```

1    victim and the trafficker, very, very difficult to break, to

2    the point that the victim won't seek any help at all.

3    Q.  In your experience, in order to have, you know, effective

4    control, does there have to be an act of violence every single

5    time that trafficker wants a victim to do something?

6    A.  No.

7    Q.  Why not?

8    A.  It's -- there are multiple reasons for that, but, you know,

9    even the mere fact that a victim in a stabile is aware of a

10   beating given to another person, it is called vicarious

11   victimizations, that is just as effective as if the pimp had

12   beaten that victim directly.  That could be just as effective

13   as them being directly beaten.

14   Q.  This may be a dumb question, but why do traffickers want to

15   maintain control over the women working for them?

16   A.  It is essentially to avoid law enforcement, to continue the

17   ability to make money.  Bottom line is money, that is their

18   concern.

19   Q.  Now, as far as the types of coercion that you see in your

20   sex trafficking investigation, is force a common type of

21   coercion that you see?

22   A.  You see it, but it is not as common as the manipulation

23   through a boyfriend/girlfriend type of thing.

24   Q.  So manipulation is more common?

25   A.  Yes, yes.

1    Q.   Mental and emotional manipulation?

2    A.   Yes.

3    Q.   Threats of force, also?

4    A.   Yes.

5    Q.   Withholding affection, things like that, that you already

6    discussed?

7    A.   Yes.

8    Q.   All right.   And you referred to vicarious victimization.

9    We will talk about a couple of these individually.

10        Let's talk about the emotional manipulation, and

11   specifically with the finesse pimp style.   Is it common for

12   traffickers to foster dependence in victims?

13   A.   Yes.

14   Q.   How so?   How do they do it?

15   A.   A bottom once told me this, it is such a coercive and

16   controlling environment, the victim actually gets to the point

17   where they believe they are dependent on that trafficker for

18   the very air they breathe, so they wouldn't dare -- they can't

19   even imagine a life outside of that pimp.

20        So, what happens is, essentially that victim becomes

21   isolated from everything that they would have known before,

22   their family, friends, and then, you know, they are left to

23   where that pimp basically becomes the only person in her life,

24   he is constantly there, and constantly present in their lives.

25   Q.   What are some ways you have seen traffickers use this

Pauline A. Stipes, Official Federal Reporter

```
 1   emotional manipulation and creation of dependence in real life
 2   practicality?  What would they do to foster that?
 3   A.  They will be -- I have seen it multi different ways.  They
 4   will shower them with periodic signs of affection.  They
 5   provide them with gifts, they will provide them with special --
 6   one time I had a pimp that referred to it as daddy's time, so
 7   they could spend one-on-one time with the pimp.  I have seen
 8   cases where the pimps have brought the stable to Disneyland or
 9   Disney World to have a day out, or an amusement park, and they
10   arrange for these special things for the victims.
11       I have also seen pimps that use a child or have impregnated
12   their victims to foster a loyalty and further the emotional
13   ties to the victim and sex trafficker.
14   Q.  Have you ever heard of the term "damaged goods?"
15   A.  Yes.
16   Q.  What does that have to do with control?
17   A.  The victim, everything in the life is foreign to them, once
18   they have been turned out -- and I say turned out, that is the
19   vernacular for engaging in the first act of prostitution.  The
20   trafficker will tell them, hey, you are damaged goods, you are
21   nothing but a prostitute, you can never go back to your family.
22   This is an embarrassing thing that you're never going to get
23   over, society will look at you differently, and you will never
24   be able to go back to your school.  You will never be able to
25   go back to your life that you had before you met the
```

1    trafficker.

2    *Q.*   Does that further instill dependence on the trafficker?

3    *A.*   Yes.

4    *Q.*   Let's talk about how the emotional manipulation might

5    affect the trafficking victim.  How does a victim perceive

6    things like the trip, showing affection, one-on-one time?  How

7    do they perceive it?

8    *A.*   They perceive it as it is great, they cherish that time

9    because it is essentially -- it will fill that void that they

10   have.

11   *Q.*   Let's specifically talk about -- do you commonly see

12   traffickers provide cell phones to a victim?

13   *A.*   Yes.

14   *Q.*   And could that be perceived as a wonderful gift?

15   *A.*   No.  When I talk about a cell phone -- essentially, when we

16   talk about a cell phone in a trafficking situation, it is an

17   electronic leash.  So, the victim may perceive it as, hey --

18   they refer to their pimp as daddy, got me a cell phone, great.

19   In all actuality, that is to facilitate the prostitution,

20   monitor their movements.

21       I have had situations where the traffickers have the

22   victims call them when they go into the room on the date, leave

23   the line open, and hang up when they get back.  Checking in and

24   out with texts is quite common.

25   *Q.*   Checking in and out between the trafficker and the victim?

1   A.   Trafficker and victim, where they see the traffic back and

2   forth.

3   Q.   For a victim that might have some of the vulnerability

4   factors we just discussed, if they have a trafficker providing

5   one-on-one time, affection, perceiving love, and gifts, have

6   you seen a lot of times these victims -- that is the first

7   person who has done that in quite awhile?

8   A.   Yes.

9   Q.   Can that be powerful manipulation for the victim?

10  A.   Very powerful, I have seen it time and time again.

11  Q.   Why use this kind of coercion, the love and affection and

12  all that, why not just straight fear, aggression, violence?

13  A.   So, it comes down to -- unfortunately, the end goal of a

14  trafficker is to make money, so, when you have a victim that is

15  being beaten every day, that food is being withheld, they have

16  bruises on all parts of their body, they may not be physically

17  able to walk or go anywhere, that is basically bad product.

18       I had a person involved in prostitution that said nobody

19  really likes a gorilla pimp or an aggressive pimp because they

20  put out bad product.  You don't make a lot of money because

21  nobody wants to be involved with a trafficker of that kind.

22  Q.   When you say nobody, customers?

23  A.   The customers.  If a victim shows up on a date with bruises

24  all over the body, the customer would wonder why that is.

25  Q.   How does the finesse style we discussed, Romeo trafficker

1   style, how does that affect the risk of getting caught with law

2   enforcement?

3   *A.*   The emotional bonding becomes very solidified.

4   Essentially, the victims will not disclose to law enforcement,

5   and they will remain loyal to the pimp to no end.

6   *Q.*   So, I want to give you two scenarios, hypothetical

7   scenarios based on the background you have discussed as a

8   violent crimes investigator and supervisor.

9        The first, a woman is robbed in a bank parking lot by a

10  total stranger; the second, a woman is beaten by a loved one,

11  husband, father, something like that.  In those scenarios,

12  which of those are able to reach out to law enforcement and get

13  an investigation involved?

14            *MS. McCREA:*  Objection, beyond the scope.  This is not

15  in his expertise.

16            *MR. HOOVER:*  This goes to coercive techniques used by

17  traffickers and that is why it was in our notice.

18            *THE COURT:*  Why don't you rephrase in the context the

19  witness has testified to.  He hasn't talked about bank

20  robberies.

21  *BY MR. HOOVER*:

22  *Q.*   I will change the hypothetical to sex trafficking.

23        If somebody, as you described, is forcibly kidnapped and

24  beaten every day, chained to a wall, something like that for a

25  long period of time and has an inability to escape, versus

1   someone brought in with the Romeo finesse style, and they

2   actually love the trafficker, which one of those people would

3   reach out to law enforcement?

4           MS. McCREA:  Objection, personal knowledge.

5           THE COURT:  Overruled.  If the witness knows.

6           THE WITNESS:  I can refer to it this way, maybe

7   something like the last straw, the person would disclose if a

8   person is subjected to that violence.  They may or may not

9   disclose -- the Romeo, boyfriend/girlfriend type situation is

10  basically the hardest bond to break because if a -- the

11  trafficker will essentially say if, you know, you say anything,

12  you know, I'm going to be taken away, and you will never be

13  able to see me again.

14          When you have a victim that the trafficker is their

15  whole entire world, that is very, very powerful, a very

16  powerful message.

17  BY MR. HOOVER:

18  Q.  What are common methods or messages traffickers provide in

19  addition to that to establish that kind of loyalty?  Are there

20  any others?

21  A.  Yes, they will say things to kind of foster a team

22  environment.  They will encourage the victims making money.

23  There will be positive rewards for both types of things.

24      A lot of times you see the person who makes the most money

25  for the pimp gets a lot of extra privileges, so to speak, or

 1   rewards.

 2           THE COURT:  Can you let me know when is a convenient

 3   breaking point?

 4           MR. HOOVER:  Now, Judge.

 5           THE COURT:  Okay.  Okay, ladies and gentlemen, we will

 6   take our lunch break at this time.  It is about 11:22 -- 12:22,

 7   or 12:25.  We will be in recess for about an hour, until 1:30,

 8   with the same reminder of the instructions not to discuss the

 9   case among yourselves or with anyone else, not to do any

10   research, not to have contact with anyone associated with the

11   case.

12           I remind our witness that you remain under oath, do

13   not discuss your testimony over the break.  You will resume

14   your direct examination, if any, and then cross-examination.

15           We will see everybody back at 1:30.  Have a nice

16   lunch.

17       (Thereupon, the jury leaves the courtroom.)

18           THE COURT:  All right.  A couple of matters.  Our

19   witness can feel free to step down.

20           Defense was supposed to provide me with an exhibit

21   list.  Do you have that?

22           MR. HOOVER:  Can you instruct the witness before he

23   steps out?

24           THE COURT:  You are on the stand, you cannot talk to

25   anybody including the lawyers about your testimony.

```
 1            THE WITNESS:  Yes.

 2            THE COURT:  The exhibit list.

 3            Secondly, Defense, to my knowledge, did not file a

 4  response by this morning to the anticipated testimony of DL --

 5  TL, TL relating to the subject matter of the motion that the

 6  Government's briefing at Docket Entry 123 as relates to the

 7  Bahamian trip.  Did I miss it or did you not file it?

 8            MR. PEACOCK:  I don't believe we did.  I can address

 9  it, I am not familiar with the Government's motion.  I didn't

10  see it.

11            THE COURT:  It was an elaboration on what we discussed

12  at calendar call, a notice of proffer and memorandum of law,

13  and went into greater detail, but more or less was consistent

14  with what the Government indicated at the calendar call with

15  respect to her arrest in the Bahamas.

16            MR. PEACOCK:  What is the relief they are requesting?

17            THE COURT:  That she be able to testify about it, and

18  Defense submitted a proposed 404(b) instruction, but has not

19  been requested it be read until the end of the trial, although

20  the Court indicated you could request it at any time, but it is

21  404(b).

22            It was raised in the context of all of the other

23  404(b) evidence presented at calendar call last Wednesday and

24  the hearing the Court conducted.

25            MR. PEACOCK:  Just one second, Judge.
```

```
1              Your Honor, if I understand correctly, the Government

2      wants to admit evidence of her getting caught as a drug

3      trafficker.  We have no objection to her being a drug

4      trafficker.

5              THE COURT:  Okay.  So, then, the Government -- it is

6      really a notice of proffer, there is no motion to rule on.  It

7      is an outstanding issue that the Court allowed for there to be

8      additional briefing.

9              So, the Court will permit the testimony of TL

10     consistent with the notice of proffer and anything else she

11     testifies to, and if anything comes up during her testimony

12     that is the subject of any other objection that Defense feels

13     is appropriate, you are not precluded to make the objection at

14     that time.

15             MR. PEACOCK:  To be clear, I have seen the materials

16     where she alleges Mr. Williams suggested that she do this, this

17     is the extent that the Government wants to discuss.  If there

18     is something beyond this incident, I need to know it first.

19             THE COURT:  I will give you over the lunch hour to

20     read the proffer on that issue, and I will leave it to Defense,

21     if there is anything more you want to add, let the Court know.

22     Otherwise, we assume it is resolved.

23             As far as the exhibit list, do you have that?

24             MS. McCREA:  Yes, your Honor.

25             THE COURT:  I want to make sure we note yesterday's
```

```
 1    exhibits so it doesn't get lost in the shuffle.

 2            Lastly -- yesterday's exhibit was -- you have that

 3    noted already.

 4            The Government has been with this witness for 59

 5    minutes and 54 seconds.  What do you anticipate, how much

 6    longer?  It is a question not -- so I have a sense of

 7    scheduling.

 8            MR. HOOVER:  I can't give a two second estimation.

 9            THE COURT:  Have you gone through the majority?

10            MR. HOOVER:  Out of 12 pages, we have gone through

11    nine.

12            THE COURT:  Based on what you've heard so far, can you

13    give me an estimate of your cross?

14            MS. McCREA:  The concern I have, your Honor, I think

15    this is going to be a witness who is going to be difficult on

16    cross just from reading previous testimony.  I can't at this

17    point in time because I have a feeling when a question is

18    answered -- or asked, there is going to be a much longer answer

19    than the question required.

20            THE COURT:  Assuming that is not the case, what is

21    your preparation?

22            MS. McCREA:  I would say 45 minutes.

23            THE COURT:  Okay.  All right.  And then the Government

24    has its next -- at least a couple of witnesses lined up?

25            MR. SCHILLER:  The next witness after Mr. Hardee is
```

```
1    going to be TL, she would take the better part of the
2    afternoon.
3         The Court intends on going to 6:30?
4         THE COURT:  It is a possibility.  To be on the safe
5    side, you have the next witness available?
6         MR. SCHILLER:  After TL, they are in the City of
7    Hollywood --
8         THE COURT:  Why don't you monitor it and at the
9    mid-afternoon break, based on how we are doing, I could ask you
10   what you anticipate so we give that witness enough time.
11        MR. SCHILLER:  After TL, they are a package deal, not
12   that they are --
13        THE COURT:  Ramos, Cady and --
14        MR. SCHILLER:  Ramos, Cady, and Callari.
15        THE COURT:  He is on the second page.  Those three are
16   the next three witnesses after TL?
17        MR. SCHILLER:  Yes, that is correct.  What we will do
18   is try to get in touch with them around 2:00 o'clock and see
19   where we are after lunch and figure it out.  From Hollywood, I
20   want to give two hours leeway.
21        THE COURT:  I will leave it up to you to check in with
22   the Court at enough time so you can assess how the rest of the
23   day will go and give them enough time to make a judgment call.
24        We will be in recess for an hour, same procedure, the
25   courtroom will be locked, so take anything you need.  Feel free
```

```
 1    to leave anything you want here.  It will be protected with a

 2    locked courtroom.

 3         (Thereupon, a luncheon recess was taken.)

 4         (Thereupon, trial reconvened after recess.)

 5         MR. PEACOCK:  Judge, we have one thing to do outside

 6    the presence of the jury before the jurors come in.  In the

 7    spirit of moving things along, we have agreed to a composite

 8    exhibit to come in.

 9         MR. SCHILLER:  The Government is going to move in

10    Government Exhibits 30 through 36, multiple birth certificates,

11    30 through 35 and 65.  Defense is stipulating those into

12    evidence.

13         THE COURT:  30 through 35, and 6 --

14         MR. SCHILLER:  30 through 35 and 65, under Federal

15    Rule of Evidence 902(1).

16         THE COURT:  I appreciate that.  Those will be admitted

17    without objection, 30 to 35 and 65.

18         Did you have an opportunity to look at the notice of

19    proffer?

20         MR. PEACOCK:  We will rely on our prior response, yes.

21         THE COURT:  Consistent with the Court's prior response

22    on the 404(b) issues, it will be permitted.

23         (Whereupon Government Exhibits 30-35, 65 were marked for

24         evidence.)

25         (Thereupon, the jury returned to the courtroom.)
```

```
 1              THE COURT:  Welcome back, everyone.
 2              Counsel can proceed with your direct examination.
 3              MR. HOOVER:  Thank you, your Honor.  Welcome back.
 4                   DIRECT EXAMINATION continued
 5   BY MR. HOOVER:
 6   Q.  Now, we were talking about the finesse trafficker.  We were
 7   talking about the --
 8   A.  It is where someone hears about or sees trauma or learns
 9   about it in another way, it would be just as effective as if
10   they were, in this instance, they were beaten directly.
11   Q.  Let's talk about another avenue of control.  Is it common
12   for traffickers to have rules about a victim's interaction with
13   others specifically, or specifically with the general public?
14   A.  Yes.
15   Q.  Is it common for you to see limitations on travel?
16   A.  Yes.
17   Q.  What about limitations on contact with the outside world?
18   A.  Yes.
19   Q.  Can you tell us about that?
20   A.  Essentially, what the trafficker will do is slowly, or
21   sometimes quickly, isolate that person from contact with others
22   that they may have known, it could be to control who they can
23   or can't call, who they can and can't see.  They may be told
24   they can -- can't visit with family, things like that.
25   Q.  What about contact with just men in the general public?
```

```
 1   A.   So, in the general public, there is a bunch of different
 2   situations here, but a trafficker is always concerned about
 3   another trafficker, another trafficker will steal the victim
 4   from one pimp and get them to learn from them.
 5        There are a lot of rules about engagement with other males.
 6   If there is a John there are things that are acceptable.  If it
 7   is other males outside the trafficker, they are generally told
 8   not to have any interaction.
 9   Q.   What about control over money?
10   A.   All the finances, money, are usually controlled by the
11   trafficker.  The pimp will have the ultimate say over the money
12   situation.
13   Q.   Is it common for the trafficker to be the ultimate
14   recipient of all of the gains of the commercial sex activities?
15   A.   It is common.
16   Q.   What about actual surveillance as far as -- you talked
17   about the electronic leash.  What about surveillance cameras,
18   is that common?
19   A.   Yes.  There are various techniques the traffickers will use
20   to maintain or ensure their victims are compliant.
21   Q.   What about perceived compliance, are you familiar with the
22   ways victims might be told they are being watched and they
23   weren't?
24   A.   Yes, it is instilled in the victim.  I remember
25   interviewing a juvenile victim once who basically was left with
```

Pauline A. Stipes, Official Federal Reporter

```
1    the impression the trafficker is always around the corner.
2    They do a lot of homework before they interact with the victim,
3    so they do not know a -- they know a lot about them, and they
4    use that leverage to seem like they know more than they do.
5    Q.   How about the everyday activities, have you seen the rules
6    when or whether a victim goes outside the house, whether or
7    when they can drive somewhere or ride in a car?
8    A.   Yes.
9    Q.   Or food?
10   A.   Food control can occur as well.
11   Q.   Is the purpose of all these rules ultimately more control?
12   A.   To maintain control, yes.
13   Q.   Is it common in your experience to have traffickers control
14   victims by taking documents, driver's licenses, birth
15   certificates, things like that?
16   A.   Yes, it is common to find those items in search warrants.
17   Q.   Why is that effective?
18   A.   It is effective, your driver's license is everything,
19   without it, or an ID, or birth certificate, you really can't do
20   anything.  That is one of the reasons that there is an
21   increased focus in training places like the Health Department.
22   When somebody comes in for a birth certificate, they claim they
23   have lost it, we will tell them to be cognizant of that.
24   Q.   I would like to transition to a little later.
25        Discuss some reasons why victims might stay with the
```

1    traffickers.  Is there a common misconception of a trafficking

2    victim's freedom of movement?

3    A.  Yes.

4    Q.  What is that?

5         MS. McCREA:  Objection, beyond the scope.  I believe

6    he is talking to people outside a prostitution relationship.

7    BY MR. HOOVER:

8    Q.  Maybe I misstated something.  Is there a common

9    misconception about a trafficking victim's freedom of movement?

10   A.  Yes.

11        MR. HOOVER:  Is that cured?  I don't know if I

12   misspoke the first time.  I am asking about a trafficking

13   victim --

14        MS. McCREA:  I am not sure if he is talking about a

15   misconception of the general public outside of this witness'

16   acknowledge or expertise, or misconception by people the

17   prosecutor is describing as victims.

18        THE COURT:  Is it by the alleged victims?

19        MR. HOOVER:  It is public misperception of how a

20   victim's movement might be controlled, and he will correct it

21   about how it is in reality.

22        MS. McCREA:  I object to testimony about public

23   conceptions.  I don't believe we have heard any basis for this

24   witness to testify about public conceptions.

25        MR. HOOVER:  Can I rephrase, Judge?

```
 1              THE COURT:  Yes.
 2    BY MR. HOOVER:
 3    Q.  You have talked to many people about misconceptions?
 4    A.  Yes.
 5    Q.  Have you interacted with members of the public and teaching
 6    them about human trafficking?
 7    A.  Yes.
 8    Q.  Based on that, is there a common misconception about
 9    trafficking?
10    A.  Yes.
11              MS. McCREA:  I object based on notice provided.  This
12    is not what was noticed regarding the witness' testimony.
13              THE COURT:  I am going to overrule.
14    BY MR. HOOVER:
15    Q.  Go ahead.
16    A.  There are prevailing common things concerning sex
17    trafficking.  If a victim is alone with a John, why don't they
18    just walk away?  That is one of the hardest things people not
19    familiar with the traffickers' techniques, why that does not
20    occur.
21    Q.  Situations where the victim is not physically next to the
22    pimp or physically under the control of the pimp?
23    A.  Yes.
24    Q.  Is that what you are talking about?
25    A.  Yes.
```

1    Q.  What is the reality of that situation?

2    A.  It is this trauma bonding that I talked about before, these

3    coercive techniques, intermingled with periodic displays of

4    affection or rewards, that this forms a very strong emotional

5    tie.  There are other things that would prevent a victim from

6    disclosing, those things would be if -- now, if the trafficker

7    had a child with the victim, threats that are made towards

8    family members.

9        I have seen it to where, you know, there is an animal, a

10   kitten or a dog in the house of the trafficker, where the

11   trafficker will threaten harm to that animal if the victim

12   doesn't comply.

13   Q.  And you already talked about how victims might feel the

14   trafficker is a boyfriend or loved one.  Is that intentional or

15   just a mistake or a mishap or circumstance of trafficking?

16   A.  No, it is intentional.  The trafficker employs that

17   technique solely to gain the loyalty of that victim.

18   Q.  Is it common for the victim to be in a sexual relationship

19   with the trafficker?

20   A.  Yes.

21   Q.  Is it common for him to live with the trafficker?

22   A.  Yes.

23        MS. McCREA:  I object to leading, your Honor.

24        THE COURT:  You can proceed with the next question.

25

```
 1    BY MR. HOOVER:
 2    Q.  Is it common, based on your training and experience, for a
 3    victim to want to live with or love a trafficker?
 4    A.  So, this comes down to choice, right?
 5        So, really, it is the perception of the victim that I
 6    found, in my experience, they believe they have made this
 7    choice, when in all actuality they have been chosen by the
 8    trafficker based off those vulnerabilities and weaknesses, and
 9    they are manipulated and coerced into engaging in the sex
10    trafficking.
11    Q.  Did you find in your training and experience that is the
12    case even if there are incidents of intense violence, anger, or
13    verbal abuse?
14    A.  The loyalty is something instilled early on through the
15    turn out process, and it is very, very hard to break that bond
16    between the trafficker and victim.
17    Q.  Is it common, based on your training and experience, for
18    victims to express or even experience happiness while being
19    with their trafficker?
20    A.  Yes.
21    Q.  Why is that?
22    A.  Again, it goes back to the very, very strong emotional tie
23    that is fostered through the coercive environment where it is
24    very difficult to break.
25        I have had cases where victims have written, you know,
```

1    letters to the trafficker, continued to communicate with the

2    trafficker even post arrest, continued to prostitute and engage

3    in acts of prostitution to make bail money for that trafficker

4    based on that loyalty.

5    Q.  Have you had occasion, in addition to these examples, where

6    there is evidence of the victims in photographs being happy

7    with the trafficker and with other victims?

8    A.  Yes, when I talked about the times when the traffickers

9    have taken them to amusement parks, things like that, or

10   situations where they pose for photographs.

11   Q.  Is it common for victims to want to proceed in a sex

12   trafficking world and make a lot of money?

13   A.  That is something that the trafficker is always trying to

14   get them to do.  The more money they make -- bottom line for

15   the pimp or trafficker, they want to make money, money rules

16   over everything else.  They will encourage and foster almost

17   like a competition between the victims in the stable, and with

18   that will come rewards and incentives.

19   Q.  A converse of that, is it normal, based on your training

20   and experience, for a human trafficking victim to be chained or

21   locked in a room, constantly held at gun or knife point one

22   hundred percent of the time?

23   A.  That is one of the common misconceptions out there.  In all

24   actuality, it doesn't happen all the time, although I have seen

25   it.

```
1   Q.  Are you familiar with the term automatic?

2   A.  Yes.

3   Q.  What does that mean?

4   A.  Automatic, that is the vernacular, a situation where the

5   prostitute is working in a different geographical location than

6   the trafficker.

7       You may see somebody that is told to travel to a legal

8   brothel in New York, and this is in my situation quite common

9   in Toledo, travel to a legal brothel in New York, engage in

10  acts of prostitution for two weeks at a time, and return to the

11  pimp who stayed in Toledo the whole time and give them all of

12  the money that they would make.  I often see that.  When we

13  were at the national operation, the Super Bowls, you have

14  victims sent out there to work the Super Bowl knowing they are

15  going to bring that money back to the pimp.

16  Q.  The word automatic, how does that get applied to that?

17  A.  Automatic is just what it is referred to.  The victims may

18  not know.  It is called automatic.  They may perceive it as

19  they are getting a little bit of freedom, so to speak.

20      Typically, it is a victim that has earned the loyalty of

21  the pimp that goes on automatic, or the victim is with someone

22  that the pimp knows is loyal that would go on automatic.

23  Q.  I would like to discuss a couple of techniques we have kind

24  of hit on thus far.

25      Is it common for traffickers to insulate themselves from
```

1   the organization on paper, as far as hotels, vehicles, phone

2   numbers, etc.?

3   A.  Yes.

4   Q.  Is that for obvious reasons, not wanting to get caught?

5   A.  Yes.

6   Q.  Is it common to insulate them from law enforcement as much

7   as possible?

8   A.  Yes.

9   Q.  How do they do that?

10  A.  Typically, the bottom essentially becomes the public face

11  of the prostitution operation, they are the ones renting the

12  rooms typically, although I have seen pimps renting rooms.

13  They are the ones taking the risk of detection from law

14  enforcement.

15  Q.  Is there an environment of jealousy among the victims?

16  A.  I have been told by victims there is always a lot of drama

17  in the stable, a lot of competition and people trying to become

18  the bottom.  The bottom will enjoy more benefits than the

19  others in the stable.

20  Q.  Is it common for the trafficker or the victims to claim he

21  is only there for safety or security of the victims or driving

22  them to locations?

23  A.  So, when we get into disclosure, and the disclosure

24  process, usually initially we are told things like that, that

25  it is somebody who watches over them and makes sure they are

```
 1   safe, that is a driver, that is my boyfriend.
 2        That is -- typically, if the victim is not going to
 3   disclose originally, that is what we are told if the pimp is
 4   present.
 5   Q.  Let's move on to the disclosure period where the victim has
 6   contact with law enforcement.
 7        Let's say a victim leaves a trafficker.  Is it common for a
 8   victim to express love or loyalty for him even though she is
 9   not working with him?
10   A.  Yes.
11   Q.  Is it common for them to be loyal to the trafficker?
12   A.  Very, very common.
13   Q.  After being recovered, is it common for victims to return
14   to the trafficker?
15   A.  Yes.  I have had victims who have been with the trafficker,
16   been recovered, and done whatever they could to get back with
17   the trafficker.
18   Q.  Once they are out of that game and they are safe, why would
19   they go back?
20   A.  There are multiple factors that weigh into their decision
21   or the situation, but, again, they are told they are damaged
22   goods, they can't function, they are outcasts of society.
23   During the recovery period, you know, they may -- they may be
24   placed somewhere where it is an environment that is not a good
25   environment and they might try to flee that environment.  Those
```

1    are the types of things you see.

2    Q.  Does love and loyalty play in that?

3    A.  Love and loyalty is the underlying -- the emotional

4    connection that fosters the loyalty that pimp instills in them

5    in the process.

6    Q.  And the victims are not in control, willing participants,

7    anything like that?

8    A.  It goes back to the fact the victims believe they made that

9    choice, when in all actuality they have been chosen

10   specifically by the trafficker because he knows or she knows

11   that they will make money for them.

12   Q.  So, let's move, then, even further.  Have you had victims

13   actually come forward and disclose and tell you the whole

14   story?

15   A.  Absolutely.

16   Q.  What can a person, with your experience, groomed,

17   brainwashed, what causes a person to finally disclose?

18   A.  There is a multitude of things that happen.  They have been

19   told early on that law enforcement is bad, you are the one that

20   is going to get in trouble, you are the one that is going to

21   get arrested.  They are told all these things about law

22   enforcement, and they have the interaction with law

23   enforcement, and it may be a positive interaction.

24       There may be something there that triggers this.  There may

25   be a final straw, maybe they abused the animal in the house,

1    maybe they saw them abuse someone within the stable, and it was

2    just too much, or maybe -- you know, it is a very rough

3    lifestyle, maybe they just couldn't take it, and luckily had

4    the strength to come forward and disclose.

5    *Q.*  Is it common for, when a victim does disclose, they

6    minimize or disclose in pieces a little bit at a time?

7    *A.*  Typically, the disclosure will come out in pieces, and it

8    is usually not a full disclosure until later on.

9    *Q.*  Based on your years of training and experience, is it

10   unusual for trafficker to use love and affection to control the

11   victims?

12   *A.*  No.

13   *Q.*  Is it unusual for the victims to feel love and loyalty to

14   the trafficker?

15   *A.*  No.

16   *Q.*  Is it unusual for the victims to be -- is it usual for the

17   victim to have the opportunity to flee, but not take it?

18   *A.*  To have the opportunity to flee?

19   *Q.*  But not take it.

20   *A.*  It is not unusual, no.

21   *Q.*  All the things I just asked you, are they more common than

22   not?

23   *A.*  More common than not, yes.

24           *MR. HOOVER:*  No further questions at this time.

25           *THE COURT:*  Okay.  Cross-examination.

Pauline A. Stipes, Official Federal Reporter

**CROSS-EXAMINATION**

*BY MS. McCREA:*

*Q.*   Good afternoon, sir.

*A.*   Good afternoon.

*Q.*   You have never been qualified as an expert in psychology, correct?

*A.*   No.

*Q.*   You are agreeing with me?

*A.*   Yes, I have not been qualified as an expert in psychology.

*Q.*   You have no background in sociology, right?

*A.*   Are you --

*Q.*   Testifying as an expert in sociology?

*A.*   I have not testified as an expert in sociology.

*Q.*   You are testifying here today based on your own personal experience?

*A.*   Based on my years of experience working with this crime problem.

*Q.*   Your personal experience, correct?

*A.*   Yes.

*Q.*   That is your experience specifically as a law enforcement officer, right?

*A.*   It is my experience combined with my shared information between others working this violation.

*Q.*   So, your experience as a law enforcement officer, coupled with other law enforcement officers' experiences?

Pauline A. Stipes, Official Federal Reporter

1  A.  NGO's, social workers, investigation of human trafficking,

2  sex trafficking cases, to be successful, you have to have an

3  interaction with multiple disciplines, and interact with

4  multiple different types of occupations.

5  Q.  And so, there are people with other occupations other than

6  law enforcement officers who have backgrounds in human

7  trafficking, correct?

8  A.  There could be, yes.

9  Q.  You are not one of those people, right?

10  A.  I am a law enforcement officer.

11  Q.  And what you testified today to is not based on statistical

12  or academic research, right?

13  A.  It is off my experience.

14  Q.  It is not based on statistical or academic research,

15  correct?

16  A.  Not my own research.

17  Q.  You are agreeing your testimony is not based on statistical

18  research?

19  A.  I am testifying about my experience.

20  Q.  Which does not include academic or statistical research?

21  A.  Yes.

22  Q.  Thank you.

23      You are not published in any journals on this subject,

24  right?

25  A.  I have produced products that are -- that are distributed,

1   but I have not authored an article for a peer review journal.

2   Q.  The answer is, you are not published in any peer review

3   journals on this subject?

4   A.  No.

5   Q.  There are scientific studies in this area, right?

6   A.  Yes.

7   Q.  Now, you did not talk to the alleged victims in this case,

8   right?

9   A.  No.

10  Q.  And you did not review any statements of the witnesses in

11  the case, correct?

12  A.  Yes.

13  Q.  You did not review any evidence related to this case,

14  right?

15  A.  That is correct.

16  Q.  But you do, like today, go around the country and testify

17  in criminal cases like this, right?

18  A.  I have, but it is -- it is such a small percentage of what

19  I do, it is not something I would say I regularly do.

20      I have done it, this is the 11th time, and I have been

21  working the crime problem since 2008.

22  Q.  When I ask you whether or not you travel around the country

23  testifying in cases of this fashion, the answer is correct,

24  right?

25  A.  Yes.

1   Q.  Your testimony today, it has been tailored for this case,

2   right?

3   A.  My testimony is based off my experience, whatever I am

4   asked in direct, I am asked in direct.  My job in this role,

5   not knowing anything about the case, is to educate the jury.

6   The jury, it is something that is not -- they wouldn't have

7   this kind of knowledge, so I see myself as more of an

8   educational role versus tailoring my testimony in a certain

9   way.

10  Q.  Well, I say tailored, your testimony here today for this

11  case differs from testimony you have given in other cases,

12  right?

13  A.  It is expert testimony.  I am asked what I am asked in

14  direct, and I am asked what I am asked in cross.

15  Q.  Before coming in today, you did have conversations with the

16  U.S. Attorneys on this case, right?

17  A.  Yes.

18  Q.  So, there were things you were not asked today in your

19  testimony that you have been asked by the prosecutors that

20  called you in other cases, right?

21  A.  Yes.  Every case has different fact patterns.

22  Q.  And then there are some things in your testimony today that

23  you emphasized more than what you emphasized in the past when

24  you testified, correct?

25  A.  My testimony -- my answers are pretty much consistent with

```
 1   what the questions are that I am asked.  Whatever I'm asked, I
 2   answer based off my experience.
 3   Q.  You talked about -- in your experience, you talked about
 4   recovery of alleged victims, right?
 5   A.  Yes.
 6   Q.  Only you -- if I am correct, every time you used the word
 7   "victim" during direct, you said victim, never alleged victim?
 8   A.  Well, in my experience, I'm thinking of cases where there
 9   have been -- it has been proven --
10   Q.  Am I correct in understanding that you did not use the term
11   "alleged victim" in your direct testimony?
12   A.  I didn't use alleged victim because I am talking about my
13   experiences with victims of sex trafficking.
14   Q.  And you talked about on direct that you go to major
15   sporting events.  You go to major sporting events?
16   A.  I have gone to three Super Bowls.
17   Q.  And you indicated that you worked nonstop at those events
18   with the goal of recovering victims of sex trafficking, right?
19   A.  Yes.  I say that because we know that ultimately, you know,
20   it may not result in the prosecution of a trafficker, but if
21   law enforcement can effect a recovery of a juvenile that is in
22   that lifestyle, that, for us, would be something that we would
23   try to do.
24   Q.  So, when I asked you whether or not you testified about
25   going to these major sporting events and working nonstop with
```

1    the goal of recovering victims in sex trafficking, the answer

2    is, yes, you did provide that testimony today, right?

3    A.  Yes.

4    Q.  A moment ago you tried to explain why you use victim as

5    opposed to alleged victim, right, now on cross-examination?

6    A.  Yes.

7    Q.  I asked you whether you used the term "alleged victim"

8    during direct and you provided an explanation for why you would

9    not do that, right?

10   A.  I wouldn't testify to something that -- an alleged victim,

11   somebody I didn't know wasn't involved in trafficking, I

12   wouldn't say this alleged victim told me this.  I would qualify

13   it by saying I was told by victims that were in sex trafficking

14   scenarios.

15   Q.  You used the term "victim" because you made a personal

16   judgment whether or not a person was a victim?

17   A.  It would be personal judgment based off of the totality of

18   the circumstances, and certainly a lot of cases I refer to are

19   cases I have taken to trial and had prosecuted or others have.

20   Q.  So, I just want to understand, when you drop alleged in

21   front of victim and say victim, is that based on your own

22   personal assessment, or are you saying the criminal justice

23   process has gone through completion?

24   A.  These are individuals that, based off of the totality of

25   the circumstances, I can -- based off my years of experience

1  working the crime problem, I can say definitively were victims.

2  Q.  Okay.  When you said your goal working nonstop at sporting

3  events is to go and recover victims of sex trafficking, I am

4  correct in understanding you would have that goal before you

5  even meet the individuals, right?

6  A.  No.  It would be one of the purposes to come back -- now it

7  is a known crime problem, so we would attempt to do what we

8  could to recover victims and make cases if we could.

9  Q.  So you would use the term "recovered victims" even if there

10  is not a subsequent case?

11  A.  I am confused about what you are asking me.

12  Q.  I thought at first the distinction you tried to draw that

13  you don't say alleged victim, you say victim, is because the

14  case has gone to completion, now the person is a victim.

15      Now I thought you said you don't use alleged victim

16  because, based on your review of the situation, you decided

17  that the person was a victim as opposed to alleged victim.

18  A.  There could be a victim that might say something, and if we

19  haven't further vetted the statement, there is a lot that gets

20  done to a point -- before something is brought forward for a

21  criminal proceeding, and based off all of the dynamics I talked

22  about before, it is possible, based off the control the

23  trafficker has of the victim, it may not get to the point where

24  it is adjudicated through the Criminal Justice System.

25  Q.  You are comfortable taking the word alleged off victim

1  before the criminal justice process?

2  *A.*  No.  I will not predispose myself that that person is under

3  a trafficker's control, it is the totality of the

4  circumstances.  I will take a look at the statement, I will

5  look at the electronic evidence, social media, text messages,

6  pocket lighter, notes, things that are in purses, wallets, and

7  take into consideration statements that may be made from other

8  individuals within the actual realm of the offender.

9  *Q.*  You start by thinking of the person as an alleged victim?

10  *A.*  No.  The FBI --

11  *Q.*  Do you start --

12      *MR. HOOVER:*  Objection.  Could the witness finish his

13  answer?

14      *THE COURT:*  Yes.

15      *THE WITNESS:*  In the FBI, if someone comes through,

16  they are a complainant or victim, when they make a disclosure

17  or if I go -- I have done stings.  If you are asking me this,

18  and if I have done a sting --

19  *BY MS. McCREA:*

20  *Q.*  Do you need me to clarify my question?

21  *A.*  It is confusing.

22  *Q.*  I am asking:  If you start from the perspective of thinking

23  of the complainant as an alleged victim, is that your starting

24  point?

25  *A.*  No.  When we do a sting, it is not all the time that

Pauline A. Stipes, Official Federal Reporter

1    somebody would be under a pimp's control.  It is when we, based

2    off of the totality of the evidence, determine that, yes, it is

3    more likely than not that person is under control that we go

4    and look at them as a victim and determine what we need to do

5    to ensure that person is safe.

6    Q.  Okay.  So, in a sting when you come into contact with

7    someone who is engaging in acts of prostitution, they start as

8    just a suspect?

9    A.  At that point what we have is a solicitation.

10   Q.  And that would make them a suspect of criminal activity?

11   A.  Potentially.

12   Q.  When you have someone appearing in a commercial sex act for

13   money, that person would start, from your perspective, as a

14   suspect?

15        MR. HOOVER:  Objection.  Can I get a clarification if

16   this person is an adult or juvenile?

17   BY MS. McCREA:

18   Q.  You can assume I am talking about adults unless I ask you

19   about someone under age.

20        So, when an adult appears for a sting to engage in a

21   commercial sex act, does that person begin, in your mind, as a

22   suspect of criminal activity?

23   A.  They have committed a criminal act, they committed a

24   solicitation, it would go from there, yes.

25   Q.  Then, depending on what you determine the situation to be,

1    you might make them go from a suspect of criminal activity to a

2    victim of sex trafficking, right, in your mind?

3    A.   It is a decision that you would need to make.  You have to

4    look, again, at the totality of the circumstances and determine

5    if that is a fact.

6    Q.   I am asking you about your thought process in your

7    experience.

8        If they come forward and you look at the evidence, and you

9    believe, like you said, they might be the victim of sex

10   trafficking, that is when they turn from a suspect of criminal

11   activity to a victim, right?

12   A.   It depends.  They may be charged for the violation.  I have

13   had that occur as well.  It depends on the circumstances.

14   Certainly, if I encounter a victim and it was blatantly obvious

15   they are a victim of sex trafficking, and there is a driver I

16   thought was a trafficker, I would certainly take that into

17   consideration.

18   Q.   Okay.  When do you think of the person as an alleged victim

19   as opposed to just a victim?

20   A.   I don't really make the distinction between -- it would be

21   if somebody brings forth, discloses -- I mean, you take any

22   disclosure seriously because it takes a lot of courage to come

23   forward and disclose.  So, you never want to discount a

24   disclosure, but you also need to look at the totality of the

25   circumstances to make sure that disclosure is genuine and

1    truthful.

2    Q.   So, when do you look at someone as an alleged victim

3    instead of a victim?

4    A.   Alleged victim, I guess it would be before I made the

5    decision, or before others had made the decision, hey, it looks

6    like there is a lot more going on here then a simple

7    solicitation, somebody not under pimp control, and that is only

8    with adults.

9    Q.   So, with adults you decide someone is a victim as opposed

10   to an actual victim when you have made that determination based

11   on your review of the circumstances?

12   A.   The evidence leads me to decide that, yes.

13   Q.   Okay.  Now, you indicated on direct that it is common for

14   victims of sex trafficking to be uncooperative with law

15   enforcement?

16   A.   Yes.

17   Q.   It is also common for prostitutes to be uncooperative with

18   law enforcement, right?

19   A.   Yes, they could be uncooperative.

20   Q.   It is common for them to be uncooperative?

21   A.   No.  There are some they have been arrested several times,

22   they know that is the cost of doing business.  You see them on

23   the street, they know it is the cost of doing business.  We try

24   to foster a relationship with the adults out there trafficking,

25   just to -- if they see children out there and people that are

1    under pimp control they give us a call.

2    Q.  Your testimony is, it is common for victims of sex

3    trafficking to be uncooperative with law enforcement, and less

4    common for prostitutes to be uncooperative?

5    A.  In my experience, it is basically that you can have some

6    that are uncooperative, and some that just accept the fact that

7    it is the cost of doing business.  I guess it is 50/50.  If it

8    is very uncooperative it is a red flag to me in that maybe

9    there is a trafficking situation or someone they are trying to

10   protect.

11   Q.  I want to talk to you about some of the definitions you

12   used today.

13       You testified on direct you use the term pimp and sex

14   trafficking interchangeably?

15   A.  Pimp and trafficker.

16   Q.  What is a pimp by your definition?

17   A.  A pimp is someone who benefits from a sexual exploitation

18   of a prostitution act.

19   Q.  A prostitution act is of a sexual nature?

20   A.  Yes, a sex act where money is exchanged.

21   Q.  When you are talking about using pimp and trafficker

22   interchangeably, you are talking about a sex trafficker?

23   A.  Yes.  I am not talking about a labor trafficker.

24   Q.  Excuse me, what is the end of that?

25   A.  When I say trafficker, I am talking about a pimp or sex

1    trafficker.

2    Q.  Your testimony under oath is that those terms are

3    interchangeable?

4    A.  Well, the terms are out there in the general public.  I

5    don't want to say something like pimp when somebody else heard

6    pimp, and somebody else heard trafficker, those are two terms

7    used to describe the same type of behavior.

8    Q.  Your testimony under oath is you use them interchangeably?

9    A.  When I testify I use it interchangeably.  The trafficker is

10   the more clinical or common, pimp is more --

11   Q.  Did you testify that you used the word pimp and trafficker

12   --

13        MR. HOOVER:  Objection.

14        THE COURT:  Sustained.

15   BY MS. McCREA:

16   Q.  Now, a pimp is deriving benefits from someone else's

17   prostitution, right?

18   A.  Yes, there is some sort of benefit they derive from that

19   act.

20   Q.  Sex trafficking is actually defined under law, right?

21   A.  There is a legal definition.

22   Q.  You are familiar with that legal definition, right?

23   A.  I am familiar it.

24   Q.  Because you are a Federal agent, yes?

25   A.  Yes.

1   *Q.*  And you are familiar with the Federal law defining sex

2   trafficking?

3   *A.*  Yes.

4   *Q.*  Now, in your -- and you are aware that definition is not

5   someone who benefits financially from someone else engaging in

6   prostitution, right?

7   *A.*  The legal definition is different, yes.

8   *Q.*  So, you are aware the legal definition that this trial is

9   about is different than the definition you have been using in

10  your testimony?

11  *A.*  You want me to recite -- I mean, it's still somebody that

12  receives -- there are multiple aspects of it, but it could be

13  that is the aspect of the law, there is a benefit.

14  *Q.*  I am trying to clarify, because you have come into court

15  and you used a legal term, right, sex trafficking?

16  *A.*  It's also a legal and academic term, it is used quite

17  commonly.

18  *Q.*  You understand there is a particular legal definition in

19  Federal Court for that?

20  *A.*  There is a law, 715.19, which is a sex trafficking law.

21  *Q.*  And it defines what it means to sex traffic?

22  *A.*  Yes, it does.

23  *Q.*  And defines that law in Federal Courts, yes?

24  *A.*  Yes.

25  *Q.*  And you are here in a Federal courtroom?

Pauline A. Stipes, Official Federal Reporter

1    A.   Yes.

2    Q.   But the definition that you relied on for sex trafficking

3    is different than the definition under Federal law, right?

4    A.   The definition of sex trafficking, I am essentially -- it

5    is boiling it down to a common thread, if that makes sense.

6    Q.   So, you are boiling down the Federal definition of sex

7    trafficking to anyone who benefits from someone else engaging

8    in a commercial sex act?

9    A.   It is anybody who harbors, recruits, entices, facilitates,

10   it is a legal definition.  There are multiple facets that

11   somebody could be charged under 715.

12   Q.   I know there are.  That is not the definition you are using

13   when you use the word sex trafficker, right?

14   A.   No.  I am talking about specifically pimp control and pimps

15   that benefit from the sex trafficking.

16   Q.   And you mentioned on direct that with adults, sex

17   trafficking usually involves fraud, force, or coercion.  That

18   is what you said on direct?

19   A.   No.  If there were a sex trafficking scenario, it would

20   need to involve fraud, force, or coercion.

21   Q.   Are you saying it usually involves fraud, force or

22   coercion?

23   A.   I don't know my exact terms.  That is the element of the

24   law.

25   Q.   If you had said on direct with sex trafficking of adults it

```
 1    usually involves fraud, force, or coercion, that would be a

 2    misstatement?

 3    A.  No.  If somebody were under pimp control, there is an

 4    element of fraud, force, or coercion.  If somebody is under

 5    pimp control, if there is a juvenile involved, they are under

 6    the age of 18, we don't even look to that aspect of it.

 7    Q.  I am talking to you about adults.  Are you saying the

 8    definition for sex trafficking of adults includes this term you

 9    are calling "pimp control?"

10    A.  No.  For it to be charged under Federal Court, as you

11    pointed out, we are in Federal Court, it needs to have an

12    element of fraud, force, or coercion.

13    Q.  It would always have to have that element?

14    A.  Yes.

15    Q.  Not only would it have to have the presence of fraud,

16    force, or coercion, that would have to be the basis that was

17    going to cause --

18          MR. HOOVER:  I object to counsel asking this witness

19    to provide a jury instruction on sex trafficking.

20          MS. McCREA:  He opened the door to that testimony.

21          THE COURT:  Not to legal instructions and jury

22    instruction.

23          You can cross-examine him on the testimony, but the

24    jury will be instructed on the law by the Court, not by the

25    witness.
```

1   *BY MS. McCREA:*

2   *Q.*  You used the term "coercion" throughout your direct

3   testimony, correct?

4   *A.*  Yes.

5   *Q.*  The definition you provided us for coercion was telling

6   someone what to wear, what to eat, things along those lines,

7   right?

8   *A.*  It is coercive and controlling.  I will use those terms,

9   controlling, coercive environment.

10  *Q.*  I want to clarify what the direct testimony was.

11  *A.*  I am clarifying my direct testimony.

12  *Q.*  Did you tell us on direct that coercion was telling someone

13  what to wear, what to eat, things along those lines?

14  *A.*  And other things, I was alluding to that forms that trauma

15  bond.

16  *Q.*  You are aware coercion is something that Federal law

17  defines, right?

18  *A.*  Coercion and control, when I speak to it that way, that is

19  what I am speaking of.

20      I am not here talking about the law, I am not here to speak

21  about the law.  I am talking about the behavioral aspect of it.

22  *Q.*  And so, you might have provided testimony that involved

23  legal terms of art, but you were not intending to mislead us

24  about those meanings?

25  *A.*  I never intended to mislead anybody in a court of law.

1   *Q.*  Now, during direct, you talked about there being two types

2   of pimps?

3   *A.*  Well, I talked about it being on a continuum, you have a

4   charismatic pimp, which we talked about finesse, Romeo, and in

5   the vernacular an aggressive pimp, a gorilla pimp, and I talked

6   about that the pimps are somewhere on that continuum and they

7   can swap the control.

8   *Q.*  When you use that word, you are talking about

9   G-O-R-I-L-L-A, that type of gorilla?

10  *A.*  Yes.

11  *Q.*  An animal?

12  *A.*  Yes.  It is an animal, yes.

13  *Q.*  You are aware there are racial undertones in using that

14  term, correct?

15  *A.*  As I stated before, that is the vernacular that has been

16  used and that is why I did not -- I refer to it as an

17  aggressive pimp.

18  *Q.*  You could have come in and said aggressive pimp the whole

19  time, right?

20  *A.*  The issue is, if I am going to educate the jury as to the

21  dynamics, I said there are multiple different things, like I

22  said, and I had to apologize for the vernacular.  It is not my

23  words, it is vernacular used among those involved in sex

24  trafficking.

25  *Q.*  Well, you said you had to apologize to the jury for using

1    that term?

2    A.   I am aware that could be an offensive term, it could be

3    misconstrued as an offensive term, hence my apology.

4    Q.   It is not that you had to apologize, but you chose to

5    apologize, right?

6    A.   I felt the jury was going to hear things that may be

7    uncomfortable and I thought it would be appropriate for me to

8    do that, yes.

9    Q.   So, you chose to apologize for using that term, right?

10   A.   That term and the term bottom bitch, which I feel is

11   offensive as well.   There are others that we did not speak

12   about.   I don't know if other terms would come up.

13   Q.   You would agree with me that you could have just not used

14   that term and you could have skipped straight to saying pimps

15   can fall on a spectrum from charismatic to aggressive?

16   A.   I don't agree with you.

17        I feel like my role here is to educate the jury and for me

18   to not speak to a particular vernacular that is out there, that

19   they may hear at some point -- I have no knowledge of the case,

20   they may hear that vernacular.   It is my job to educate them,

21   so I feel I should share with them as much knowledge as I have,

22   and give them an adequate basis to which they can make their

23   decision.

24   Q.   You testified about some of the things that a pimp looks

25   for in a victim, right?

1    A.   Yes.

2    Q.   And you describe those things as the person possessing low

3    self esteem?

4    A.   Yes.

5    Q.   But you would also agree that low self esteem is common

6    among anyone who engages in prostitution, right?

7    A.   It could be something you see.

8    Q.   And you testified a pimp would try to target someone with

9    mental health issues?

10   A.   Yes.

11   Q.   You agree mental health issues are probably present in a

12   lot of people who engage in prostitution?

13   A.   I would say yes.

14   Q.   You testified that they would target someone because of

15   addiction?

16   A.   Yes.

17   Q.   Again, addiction is probably something that is common among

18   anyone who engages in prostitution?

19   A.   Again, the threshold -- to explain my answer, the threshold

20   of people who made the choice to engage in prostitution, it is

21   vulnerabilities that they share among themselves.

22        A pimp in a recruitment process tries to find somebody they

23   know will engage in the acts of prostitution, in my opinion, it

24   would be common for people engaging in prostitution to share

25   those same vulnerabilities.

1  Q.  You acknowledge that adults can engage -- choose to engage

2  in prostitution?

3  A.  Adults can choose to engage in prostitution on their own,

4  yes.

5  Q.  Adults can be caused to engage in prostitution because of

6  fraud, force, and coercion?

7  A.  You are asking me if adults can be engaging in prostitution

8  because of fraud, force and --

9  Q.  Yes.  And you agree under the law it could be --

10          MR. HOOVER:  Objection to a jury instruction.

11          THE COURT:  Sustained.

12  BY MS. McCREA:

13  Q.  You understand prosecutions under sex trafficking, correct?

14  A.  Yes.

15  Q.  And so, if what you are telling us applies both to victims

16  of sex trafficking as well as people who choose to engage in

17  prostitution, then you agree it is not that helpful for us to

18  distinguish was it someone who voluntarily engaged in

19  prostitution or was this someone who engaged in prostitution by

20  force, fraud, or coercion?

21  A.  I am not quite understanding your question.

22  Q.  Well, you talked about you believe pimps can target people

23  because they have a terrible home life, right?

24  A.  Yes.

25  Q.  But someone could engage in prostitution voluntarily and

1    also have a terrible home life, right?

2    *A.*   So, you need to delineate when you are talking about my

3    answers to somebody who is under the control of a trafficker

4    versus somebody not under the control of a trafficker.

5    *Q.*   Well, I would prefer, unless you use the definition of sex

6    trafficking under the law, we use the term that you are saying

7    is the same thing, which is pimp, right?  Can you agree to

8    doing that?

9    *A.*   You are asking me to refer to a trafficker and pimp -- a

10   trafficker as a pimp?

11   *Q.*   By your definition, a trafficker is a pimp, right?

12   *A.*   In the terms of -- in terms of sex trafficking they are

13   referred to as trafficker and referred to as pimp, they are

14   used the same.

15       I am not speaking to a legal definition.

16   *Q.*   Since we are in a court of law and your definition of sex

17   trafficking is not tied to the law, let's use pimp.  You are

18   saying they are the same terms, it should not make a difference

19   to you.

20   *A.*   You are telling me what I should say or testify to?

21   *Q.*   If you agree you are using a legal term that has a

22   particular definition, yet you are not using it in the way the

23   law prescribes, that is a little confusing, wouldn't you --

24           *MR. HOOVER:*   Objection, counsel is testifying, getting

25   into the legal definitions.

1          THE COURT:  Try to rephrase the question.  We have
2     spent a lot of time on this.
3          Why don't you pose the question and let's see if the
4     witness can answer in a way that is clear and answers your
5     question without setting ground rules as to how he should refer
6     to certain terms.
7          So, what is the question you want to ask the witness?
8     BY MS. McCREA:
9     Q.  I want to go through a series of items you identified that
10    would make someone susceptible to someone who wants them to
11    cause to engage in prostitution.  Okay?
12    A.  Okay.
13          THE COURT:  That is not a question.  Ask a question.
14    BY MS. McCREA:
15    Q.  There are people who would be victims of sex trafficking,
16    right, that are not voluntarily engaged in prostitution?  Would
17    you agree with that?
18    A.  Yes.
19    Q.  There are also people who are in -- making their own
20    decision to engage in prostitution, right?
21    A.  When you speak to that, I want to be clear, when you say
22    own decision, that there is no pimp or trafficker involved in
23    that?
24    Q.  Correct, they are making their own decision.
25    A.  Yes.

```
 1   Q.  That is something an adult can do, right?

 2   A.  Yes.

 3   Q.  An adult can on their own choose to engage in prostitution,

 4   right?

 5   A.  Yes.

 6   Q.  Now, you talked about having a terrible home life as being

 7   something that could make someone susceptible to being a victim

 8   of sex trafficking, correct?

 9   A.  Yes.

10   Q.  But you would agree that if we are looking at someone who

11   engaged in prostitution and had a terrible home life, that that

12   does not necessarily tell us if they were under pimp control,

13   as you said?

14   A.  Yes.

15   Q.  Because that is a characteristic that would be present

16   either way, could be present either way?

17   A.  It could be, yes.

18   Q.  You also testified about a number of -- you described them

19   as methods of control, I believe.  For instance, you talked

20   about a cell phone, right?

21   A.  Yes.

22   Q.  And you described the cell phone as part of the control

23   that a pimp could exercise over someone, right?

24   A.  Yes.  I think I specifically referred to it as an

25   electronic leash.
```

1  *Q.* But it can also be a cell phone that a prostitute

2  possesses, correct?

3  *A.* Again, based on -- if we are speaking about a situation --

4  are we talking about a situation where a person is an adult

5  engaged in acts of prostitution without pimp control, the line

6  of questioning?

7  *Q.* Well, let's start with that adult that is one hundred

8  percent on their own, no one else is benefiting from their acts

9  of prostitution. They could have a cell phone, right?

10  *A.* Yes.

11  *Q.* Now, that person who is one hundred percent on their own

12  choosing to engage in prostitution could also choose to work

13  with someone else in their acts of prostitution, right?

14  *A.* In terms of what type of working -- can you define that?

15  *Q.* I believe you testified on direct about how that can be a

16  rough lifestyle for people who are engaged in commercial sex

17  acts, right?

18  *A.* Yes.

19  *Q.* And that it is a possibility when they go to a date or

20  trick, they could experience violence in that situation?

21  *A.* Yes.

22  *Q.* And so, some people might work with someone that they check

23  in with in order to let them know that they are safe?

24  *A.* Yes.

25  *Q.* I believe you talked about tattoos and described them as

1    branding, right?

2    A.   Yes.

3    Q.   But tattoos can also just be something that someone gets to

4    express themselves, right?

5    A.   Tattoos are quite common, yes.

6    Q.   And you talked about this term "automatic", right?

7    A.   Yes.

8    Q.   And that is a term that law enforcement uses to describe a

9    certain situation, right?

10   A.   Yes.

11   Q.   You indicated that what automatic is, is when someone will

12   travel away from their pimp in order to engage in prostitution,

13   right?

14   A.   Yes.

15   Q.   And that that would be described as being on automatic?

16   A.   Yes.   Automatic is a term that is used within the

17   prostitution subculture, it can be something that, you know,

18   that is quite common.

19   Q.   And someone can also travel away from the person that they

20   checked in with for security without being on automatic, right?

21   A.   It is -- for me as an investigator, it is a red flag if

22   someone has to check in with somebody.   I would have to know

23   what that relationship was and what benefit that individual was

24   receiving from them engaging in those acts of prostitution.

25   Q.   You would want to know more about the context of the

1   situation?

2   A.   I would need to have more context.

3   Q.   And just to be clear, all of these flags you have been

4   discussing with us today, that is true for all of them, right,

5   you want to know the context of those flags you identified,

6   right?

7   A.   You would dig deeper into that.

8   Q.   By reviewing the evidence in the case?

9   A.   A decision somebody engaged in or is involved in sex

10  trafficking is based off the totality of the evidence and

11  circumstances, it is not just a singular point or singular

12  thing.  It would be multiple, multiple things that you would

13  see before you would lean that way.

14  Q.   And so you, personally, would want to look at the evidence

15  before you made that judgment, right?

16  A.   It is my duty as a law enforcement officer to take all

17  sides into consideration and look at that type of evidence.

18  Q.   Now, we touched on it briefly before, but if someone is

19  choosing to engage in prostitution, then they are choosing to

20  engage in criminal activity, right?

21  A.   Yes.

22  Q.   And you indicated on direct that they could be told, oh,

23  don't talk to law enforcement because you will get in trouble,

24  right?

25  A.   You are kind of intermingling different aspects.

1          So, they are told when they are under pimp control, and

2     when you say someone can choose to be in prostitution, it is an

3     adult that is going on their own.  You are intermingling the

4     two things.

5     Q.  Someone who is under pimp control might not want to talk to

6     law enforcement?

7     A.  That is quite common.

8     Q.  Someone engaging in prostitution also might not want to

9     talk to law enforcement?

10    A.  Quite possible.

11    Q.  If someone does talk to law enforcement, they start out as

12    a suspect, right?

13    A.  Based on the normal connotation, that is correct.

14    Q.  If they identify themselves as sex trafficking, there are

15    certain resources available to them, correct?

16    A.  Yes.

17    Q.  That could be preferential treatment by Immigration?

18    A.  I am not familiar with that, the immigration, that type of

19    thing, so I wouldn't want to speak to that.

20    Q.  You are not familiar with being able to get preferred

21    immigration status if you are an alleged victim in a case?

22    A.  I know that does occur, but I haven't personally had a case

23    that I brought forward where somebody -- I can't think of one

24    where that would have been the case that I personally was

25    involved with.

1    *Q.*   But you are testifying today about your involvement

2    reviewing other cases as well, right?

3    *A.*   I believe there are accommodations being made, yes.

4    *Q.*   There are also financial resources that become available

5    when someone is identified as a victim as opposed to a suspect,

6    right?

7    *A.*   There are nonprofits that will assist with trying to get

8    them out of the lifestyle, that is correct.

9    *Q.*   When they become labeled as a victim of sex trafficking?

10   *A.*   Not necessarily that, anyone involved in prostitution.   A

11   lot of the nonprofits will actually work with people that we

12   would arrest, they are essentially on their own and try to get

13   them out of their lifestyle.

14   *Q.*   It would help provide resources for education?

15   *A.*   Yes.

16   *Q.*   Housing?

17   *A.*   There are those services, yes.

18   *Q.*   In addition, when someone is labeled as a victim of sex

19   trafficking, they also might not be prosecuted for their own

20   actions, right?

21   *A.*   Um-m-m, it is possible, yes.

22   *Q.*   So, that would be not getting prosecuted for their own acts

23   of prostitution?

24   *A.*   If they were under pimp control and it was definitive, yes.

25   *Q.*   If somebody helped recruit other individuals into

```
 1   prostitution, then they could also, while in general recruiting
 2   someone to engage in prostitution, if it is either a minor or
 3   adult that was going to be under force, fraud, or coercion,
 4   that would be a criminal act as well, right?
 5   A.  Yes.
 6   Q.  And you testified that sometimes people who are engaged in
 7   prostitution recruit others to similarly engage in
 8   prostitution?
 9   A.  Yes.
10   Q.  When someone becomes labeled as a victim of sex
11   trafficking, they are not usually going to be prosecuted for
12   their own acts of prostitution, right?
13   A.  I can't say that I have had cases where people were
14   prosecuted, people that were victims were prosecuted for their
15   acts under the violation of acts of related sex trafficking.
16       I can't say it always happens and I can't say it doesn't
17   happen; it is up to whatever decision that is made by whoever
18   is prosecuting the case.
19   Q.  And you have had people who were prosecuted -- prostitutes
20   prosecuted for their own acts of recruitment?
21   A.  Yes.
22   Q.  And you have had prostitutes prosecuted for their own acts
23   of physical violence?
24   A.  Yes.
25   Q.  But that is a rarer case, right?
```

```
 1    A.   I can only speak to my experience, and I have done that.
 2    Q.   You have done that?
 3    A.   Yes.
 4    Q.   But that is a rarity, right?
 5    A.   I really can't speak to that.
 6    Q.   So, it could be as much as half of your cases that you
 7    prosecuted one of the prostitutes?
 8    A.   I would say it depends on the involvement.  There are a lot
 9    of factors with that.  I would say I have done it at least -- I
10    can think of two occasions where individuals, victims were
11    prosecuted.
12    Q.   So, on at least two times, you have prosecuted one of the
13    prostitutes?
14    A.   Yes.
15    Q.   But I believe you testified you had how many cases that you
16    participated in?
17    A.   We have a lot that go on at any given time.  There have
18    been other cases, not my own, where victims have been
19    prosecuted or people that were victims had been prosecuted, but
20    I wouldn't want to the speak to those.
21    Q.   I want to get at, in your experience, whether that is a
22    rarity for one of the prostitutes to be prosecuted, and I think
23    you said you could not testify whether it is a rarity?
24    A.   Yes.  I would say it is possible.
25    Q.   There are at least two cases where you prosecuted one of
```

1    the prostitutes?

2    A.  Yes.

3    Q.  But you have 40 to 50 cases ongoing at any given time?

4    A.  Yes.

5    Q.  And you have had hundreds of sex trafficking cases?

6    A.  I wouldn't say hundreds, but I have had a significant

7    number, yes.

8    Q.  One hundred?

9    A.  I have been involved in at least a hundred.  It is

10   difficult for me to quantify.

11   Q.  And so, is it fair to say it is less than 5 percent of the

12   cases that, in your experience, where one of the prostitutes

13   also was prosecuted?

14   A.  There are lots of cases where they don't get prosecuted.

15       If a person is a bona fide victim, it would be probable

16   they wouldn't be prosecuted.

17            MS. McCREA:  Just a moment, your Honor.

18            Nothing further, thank you.

19            THE COURT:  Any redirect?

20            MR. HOOVER:  Yes, your Honor.

21                    **REDIRECT EXAMINATION**

22   BY MR. HOOVER:

23   Q.  I would like to ask you about what counsel just asked you

24   about.  People arrested for prostitution alleging to be a

25   victim with the goal of award avoiding prosecution, I want to

 1  ask you about that.

 2  A.  Sure.

 3  Q.  Have you had folks arrested in prostitution stings and say

 4  I am under the control of the pimp or trafficker?

 5  A.  They would allude to that, yes.

 6  Q.  What about this situation where an individual is arrested

 7  in a prostitution sting two or three times and doesn't say

 8  anything about a victim, and years later calls the police and

 9  says, I am a victim, would you analyze that differently than

10  the one arrested for prostitution?

11  A.  Yes.

12  Q.  Okay.  I want to ask you a couple of questions Defense

13  counsel referred to.  Let's talk about the purpose of why you

14  are here.  Are you here to provide legal definitions?

15  A.  No.

16  Q.  You told us what prostitution is, right?

17  A.  Yes.

18  Q.  You told us when you say prostitution, you are talking

19  about sex acts where money is exchanged?

20  A.  Yes, money or something of value.

21  Q.  Do you know what the legal definition of prostitution is?

22  A.  I believe it is --

23  Q.  It's a lot more complicated?

24  A.  Yes.

25  Q.  You are telling us what you mean by prostitution.  Are you

```
 1   providing a definition we can use in your testimony or are you
 2   telling the jury what the law is in the United States?
 3   A.  I am not instructing the jury on the law.
 4   Q.  I want to talk briefly about the vernacular.  Defense
 5   counsel asked you about one specific word, which was gorilla;
 6   is that right?
 7   A.  Yes.
 8   Q.  Which would be an incredibly offensive thing to call
 9   someone, right?
10   A.  Yes.
11   Q.  In your experience, are there aggressive pimps of all
12   makes, sizes, races, and maybe even genders?
13   A.  Yes.
14   Q.  Defense counsel asked you about that one specifically, but
15   she did not ask you about the word bottom bitch.  That is also
16   incredibly offensive?
17   A.  Yes.
18   Q.  Calling women a stable, that is offensive?
19   A.  Yes.
20   Q.  Did you come up with these terms?
21   A.  No.  They have been used for a long time.
22   Q.  And finally, if a woman shows up, or a person shows up in a
23   prostitution sting, they could be doing that of their own
24   volition?
25   A.  Possibly.
```

1   *Q.* If a person travels to another city, they could be doing

2   that under their own volition?

3   *A.* Yes.

4   *Q.* If a person checks in for a date, that could be of their

5   own volition?

6   *A.* Yes.

7   *Q.* What if you have a person who does all those things, and

8   doesn't have documents, doesn't keep the money they have, isn't

9   free to leave the house by themselves, does that change the

10  analysis of the situation?

11  *A.* Yes.

12          *MR. HOOVER:* No further questions, Judge.

13          *THE COURT:* All right.  Thank you very much.  You may

14  step down.

15          The Government may call your next witness.

16          *MR. SCHILLER:* Thank you, your Honor.  The Government

17  calls TXXXX LXX.

18           TXXXX LXX, GOVERNMNET'S WITNESS, SWORN

19          *THE COURTROOM DEPUTY:* Have a seat, and state your

20  full name for the record and spell your name.

21          *THE WITNESS:* TXXXX LXX, LXX.

22          *MR. SCHILLER:* May I proceed?

23          *THE COURT:* You may proceed.

24                      **DIRECT EXAMINATION**

25

```
 1    BY MR. SCHILLER:

 2    Q.  Good afternoon, ma'am.

 3    A.  Good afternoon.

 4    Q.  Would you please state your full name for the jury and

 5    spell your name for us?

 6    A.  TXXXX LXX, T-R-A-C-Y, L-Y-N.

 7    Q.  Do you have a middle name?

 8    A.  TXXXX AXX LXX, AXX.

 9    Q.  Ms. LXX, what is your date of birth?

10    A.  February 9, 1996.

11    Q.  I would like to show you --

12          MR. SCHILLER:  Judge, if we could publish number 33,

13    the birth certificate in evidence.

14          THE COURT:  Yes.

15    BY MR. SCHILLER:

16    Q.  Is this a copy of your birth certificate?

17    A.  It is.

18    Q.  You said your date of birth is February X?

19    A.  XXXX.

20    Q.  Is that it right there, above the line?

21    A.  It is.

22    Q.  Is that your name at the bottom of the document?

23    A.  It is.

24    Q.  This is your birth certificate, and that is your date of

25    birth; is that correct?
```

```
 1    A.   That is correct.

 2    Q.   Ms. LXX, what do you do for work?

 3    A.   I am a server.

 4    Q.   Where?

 5    A.   At the Miami International, Pompano Beach.

 6    Q.   How long have you worked there?

 7    A.   Three years.

 8    Q.   Are you married?

 9    A.   I am.

10    Q.   How long have you been married?

11    A.   For approximately five years.

12    Q.   Do you have children?

13    A.   I do.

14    Q.   How many?

15    A.   One.

16    Q.   How old?

17    A.   Eleven months.

18    Q.   Boy or girl?

19    A.   She is a girl.

20    Q.   Was she born without complications?

21    A.   She was born two months premature --

22         MR. PEACOCK:  Objection, relevance.

23         THE COURT:  Response.

24         MR. SCHILLER:  It goes to the state of the mind of the

25    Defendant as the proceedings were going on and interacting with
```

```
 1    the Defendant.
 2              MR. PEACOCK:  I still don't know why that is relevant.
 3              THE COURT:  Overruled.
 4    BY MR. SCHILLER:
 5    Q.  She was born two months early?
 6    A.  She was.
 7    Q.  Ms. LXX, are you nervous here today?
 8    A.  I am.
 9    Q.  Do you know the Defendant, Alston Williams?
10    A.  I do.
11    Q.  What year did you first meet him?
12    A.  I met Mr. Williams in 2004.
13    Q.  2004?
14    A.  Yes.
15    Q.  How old were you when you met him?
16    A.  17.
17    Q.  Okay.  Were you in high school when you met him?
18    A.  I was.
19    Q.  Where were you attending high school?
20    A.  Norland Senior High.
21    Q.  Where is that?
22    A.  Miami Gardens.
23    Q.  Miami Gardens?
24    A.  Yes.
25    Q.  When you first met the Defendant, where was he living?
```

1    *A.*  He was living in Miami Gardens at the time.

2    *Q.*  Do you see the Defendant sitting in court today?

3    *A.*  I do.

4    *Q.*  That is Alston Williams?

5    *A.*  Yes.

6    *Q.*  As he sits here in court today, does he look the same as he

7    did when you interacted with him back in -- when you were 17?

8    *A.*  No.

9         *MR. SCHILLER:*  Judge, with the Court's permission, I

10   would like to publish 22 through 29 of Government Exhibit 36j.

11   They are already in evidence.

12        *THE COURT:*  36a through j?

13        *MR. SCHILLER:*  No, just 36j, pages 22 through 29.

14        *THE COURT:*  Any objection?

15        *MR. PEACOCK:*  I assume the witness is going to

16   establish the relevance of these photographs.

17        *MR. SCHILLER:*  The photos are in evidence.

18        *THE COURT:*  There was an understanding that there was

19   a reservation of the relevancy objection.

20        Do you want to first, outside of the jury's view, have

21   the witness look at them and see if she can identify them and

22   we will see if the same objection --

23        *MR. SCHILLER:*  We have asked her to do that before

24   today.

25        *THE COURT:*  You want to establish that on the record.

 1              MR. SCHILLER:  Sure.

 2    BY MR. SCHILLER:

 3    Q.  Ms. LXX, I want to show you before it is published to the

 4    jury pages 22 through 29 of 36j, they are up on the screen.  I

 5    will show them to you one at a time.

 6         First page 22, page 23, page 24, page 25, page 26, page 27,

 7    page 28, and page 29.  Do you see all those photographs?

 8    A.  Yes.

 9    Q.  Do you know who the individual is in all those photographs?

10    A.  Alston Williams.

11    Q.  With your interaction with Alston Williams from 2003 to

12    2017, do those pictures reflect how Alston Williams looked?

13    A.  Yes, they do.

14              MR. PEACOCK:  No objection.

15              THE COURT:  You may publish them.  They are already in

16    evidence?

17              MR. SCHILLER:  These are already in evidence.

18    BY MR. SCHILLER:

19    Q.  So, this is page 22 of 36j; is that right?Ms. LXX, is that

20    Alston Williams?

21    A.  Yes, it is.

22    Q.  And page 23, is that Alston Williams?

23    A.  Yes, it is.

24    Q.  Page 24, is that Alston Williams?

25    A.  Yes, it is.

```
1    Q.   Page 25, is that Alston Williams?

2    A.   Yes, it is.

3    Q.   Page 26, is that Alston Williams?

4    A.   That is Alston Williams.

5    Q.   Page 27, is that Alston Williams?

6    A.   Yes.

7    Q.   Page 28, is that Alston Williams?

8    A.   Yes.

9    Q.   Page 29, is that Alston Williams?

10   A.   Yes.

11   Q.   Thank you.  Remove publication now.

12        How did you first meet the Defendant when you were 17 years

13   old?

14   A.   I met the Defendant at my apartment complex through a

15   friend that was staying there at the time.

16   Q.   What was your friend's name?

17   A.   Shawn.

18   Q.   Where was the Defendant living?

19   A.   He was living in a condo in north Miami -- Miami Gardens

20   Drive.

21   Q.   And soon after the two of you met, did it become more than

22   just a friendship?

23   A.   Yes, it did.

24   Q.   What happened?

25   A.   We went on a few dates, and then we became intimate.
```

1    Q.   Did that begin in the spring of 2004?

2    A.   Yes.

3    Q.   Now, at the time the two of you became intimate, did you

4    begin a dating relationship, boyfriend/girlfriend?

5    A.   Yes.

6    Q.   You were 18 at this point?

7    A.   I was.

8    Q.   Any sex that happened between you would have been after you

9    were 18?

10   A.   Yes.

11   Q.   Did you move in with the Defendant?

12   A.   I did.

13   Q.   During the dating relationship?

14   A.   Yes.

15   Q.   We have been referring to his name as Alston Orlando Leroy

16   Williams.  How did you refer to him?

17   A.   Nino.

18   Q.   Is that a nickname?

19   A.   Yes.

20   Q.   Is that N-I-N-O?

21   A.   Yes.

22   Q.   You indicated that when you met the Defendant you were in

23   school?

24   A.   I was.

25   Q.   What happened to your schooling once you became involved in

```
 1   a relationship with the Defendant?

 2   A.  I stopped -- I was in my last year of high school, I

 3   stopped.

 4   Q.  How were your grades when you stopped?

 5   A.  They were okay.  Graduation grades.

 6   Q.  B's and C's?

 7   A.  I would say so.

 8   Q.  Why did you stop?

 9   A.  Mr. Williams advised me to stop because, according to his

10   words, a high school diploma ain't shit.

11   Q.  A high school diploma ain't shit?

12   A.  Yes.

13   Q.  Did he tell you what you could do?

14   A.  He said if I needed a diploma, I could buy it online or do

15   it through the mail, that is what he did.

16   Q.  Online or through the mail?

17   A.  Yes.

18   Q.  Did you want to go to school?

19   A.  Yes.

20   Q.  Would he take you to school?

21   A.  No.

22   Q.  So, after you first met the Defendant, did you get a

23   part-time job at a Walgreens?

24   A.  I did.

25   Q.  And did you get that job before you moved in with him or
```

1    after?

2    A.   Before.

3    Q.   How much did you make working at Walgreens, approximately?

4    A.   Maybe 250 every two weeks.

5    Q.   Every two weeks?

6    A.   Yes.

7    Q.   You were working there part time?

8    A.   Yes.

9    Q.   And you got paid every Friday?

10   A.   Yes.

11   Q.   What happened when you got your paycheck once you became

12   interacting with the Defendant?

13   A.   Nino would come and pick me up from my job and take me to

14   the check cashing store and I would cash my check, and from

15   there, he would proceed to take it from my hand.

16   Q.   He would take the money from you?

17   A.   Yes.

18   Q.   Would this continue as long as you had the job?

19   A.   Yes.

20   Q.   Did you continue to cash it, and he would take the money,

21   or you would give him the check?  What would happen?

22   A.   At first he took the money.  Over time, it went on to where

23   I just started handing it to him because I knew that is what

24   was going to happen.

25   Q.   The question becomes:  Why would you do this?  What was

```
 1    happening within the relationship between you and the Defendant
 2    at this time?
 3    A.  At this time, Mr. Williams had become physically abusive.
 4    Q.  Towards you?
 5    A.  Towards me, yes.
 6    Q.  Was he also verbally abusive towards you?
 7    A.  He was.
 8    Q.  Ms. LXX, you are doing fine --
 9         MR. PEACOCK:  Objection to coaching the witness on how
10    she is doing --
11         MR. SCHILLER:  I meant in talking over each other.
12    Let me apologize.
13         THE COURT:  All right.
14         MR. SCHILLER:  Try not to answer a question until I am
15    done because the Court Reporter has to take down what I'm
16    saying.  That is all I meant, I apologize.
17         THE WITNESS:  Okay.
18    BY MR. SCHILLER:
19    Q.  So, you said from an early onset in the relationship he was
20    physically and verbally violent towards you?
21    A.  Yes.
22    Q.  Did you become, at an early point, in fear of Mr. Williams?
23    A.  Yes.
24    Q.  Do you have an early memory of one of the first things he
25    did that put you in fear, something involving a car?
```

```
 1   A.  The first thing that he did was --
 2           MR. PEACOCK:  Objection to leading, too, your Honor,
 3   something involving the car.
 4           THE COURT:  Yes, sustained.  Rephrase.
 5   BY MR. SCHILLER:
 6   Q.  What is one of the earliest memories of the Defendant
 7   causing violence towards you?
 8   A.  It was a Friday evening, I just got paid, he came to get me
 9   to go to the check cashing store.  Afterwards, we exchanged
10   words in the car about the fact where my money was going, the
11   fact that he was taking it from me.  He pulled up to Walgreens
12   and dropped me off, and I got out of the car -- he came around
13   to my side of the car, which is the passenger, and basically
14   pulled me out of the car.  When I was holding on, he slammed my
15   finger in the car door.
16   Q.  Could that be an accident?
17   A.  It was not an accident.
18   Q.  As time went on, what would happen if you challenged the
19   Defendant regarding giving him money or anything else?
20   A.  Abusive beating, my head went through the window of the
21   car, the dashboard.  I have taser marks, I have been tasered.
22   Q.  Hold on.  We will get to the instances later on.
23           If you challenged him --
24   A.  Uh-hum.
25   Q.  -- would he get upset?
```

1   *A.*  Yes.

2   *Q.*  And would that happen quickly or slowly?

3   *A.*  It is quick.

4   *Q.*  If you were out of the house, out of the Defendant's

5   residence, and you were -- and you saw that he was getting

6   upset or angry, would violence typically happen in the car or

7   later at home?

8   *A.*  It depends on how he feels.  It can happen in the car or he

9   will tell you, wait until we get home, and then it happens in

10  the home.

11  *Q.*  All right.  Ms. LXX, do you have any tattoos?

12  *A.*  I do.

13  *Q.*  Do you have any tattoos that reference the Defendant?

14  *A.*  I do.

15  *Q.*  Could you tell us where?

16  *A.*  On my ankle, right ankle.

17       *MR. SCHILLER:*  Judge, I would like the witness to step

18  down and display that to the jury.

19       *THE COURT:*  Okay.

20       *MR. PEACOCK:*  Could we put on the record what it is

21  before we display it?

22       *MR. SCHILLER:*  Sure.

23  *BY MR. SCHILLER*:

24  *Q.*  Ms. LXX, would you describe the tattoo?

25  *A.*  The first letters of his name, A-L, and a butterfly.

```
 1            MR. PEACOCK:  That is fine, Judge.

 2   BY MR. SCHILLER:

 3   Q.  You want to come over here.  It is small.

 4       I will point to it.  Is this your right leg?

 5   A.  Yes.

 6   Q.  Right above your ankle is a butterfly?

 7   A.  Yes.

 8   Q.  Right below that is an A and an L?

 9   A.  Yes.

10   Q.  Thank you very much.  You can return.

11       When did you get that tattoo?

12   A.  Um-m-m, it could have been 2004 or 2005.

13   Q.  So, early on in the relationship?

14   A.  Yes.

15   Q.  At some point early in the relationship, and if you can,

16   tell us what year, did you begin a series of acts that would

17   begin with prostitution?

18   A.  Yes.

19   Q.  Do you remember approximately when that first time was?

20   A.  I do.

21   Q.  When?

22   A.  It was the -- I would say about the summertime of 2005.

23   Q.  Summer of 2005.  All right.

24       How did the idea of engaging in prostitution for you first

25   come up?
```

```
1    A.   There was an ad in the newspaper.

2    Q.   In the newspaper?

3    A.   Yes.

4    Q.   Do you remember which one?

5    A.   Sun Sentinel.

6    Q.   What did the ad say?

7    A.   It said:  Are you an attractive person?  Are you willing to

8    make a thousand dollars a night?

9    Q.   A night?

10   A.   Yes.

11   Q.   And it actually said the amount, a thousand dollars?

12   A.   Yes.

13   Q.   Did you talk to the Defendant about the ad when you saw it

14   in the Sun Sentinel?

15   A.   I did.

16   Q.   What did he say?

17   A.   He thought it was a good gig.

18   Q.   Did he encourage it?

19   A.   He did.

20   Q.   Did you actually call the phone number in the ad?

21   A.   I did.

22   Q.   Why did you do that?

23   A.   Um-m-m, the type of relationship that me and the Defendant

24   had, the more money that was made, the better the life is as

25   far as, I was trying not to get beat up every day, basically.
```

```
1    Q.   So, by finding ways to make money, you would produce money

2    for him and not get beaten up?

3    A.   Exactly.

4    Q.   So, you called the phone number?

5    A.   I did.

6    Q.   What was the job?

7    A.   It was an escort agency.

8    Q.   What is an escort agency, what did you know that to be?

9    A.   After finding out it was a prostitution agency.

10   Q.   You learned that later on?

11   A.   Right.

12   Q.   So, you called this agency.  Did you go over there?

13   A.   I did.

14   Q.   How did you get there?

15   A.   Nino took me.

16   Q.   The Defendant?

17   A.   Yes.

18   Q.   When you got to this agency, what was it?  Describe it for

19   us, please.

20   A.   It is a building on the side of the street where inside,

21   there is sofas laid out and ladies sitting on the sofa, and a

22   TV, and basically a reception area with a woman answering the

23   phone.

24   Q.   When you got there, were you asked to fill out an

25   application?
```

```
 1    A.  I did.

 2    Q.  Sorry, what was that?

 3    A.  Yes.

 4    Q.  You did.  When you were filling out the application, did

 5    you realize what the thousand dollar gig was going to be?

 6    A.  Not exactly, not right there and then.  I thought it was

 7    companionship, and I was --

 8    Q.  We will get there.  At first you thought it was

 9    companionship?

10    A.  Yes.

11    Q.  What were you under the impression this was going to be?

12    A.  Hang out with people for money, basically.

13    Q.  That first day you were there, did you have an appointment?

14    A.  I did.

15    Q.  Can you tell us about that?

16    A.  After filling out the application, the lady on the phone

17    told me there was a call for me, and I should go ahead and take

18    it.  So, Nino took me to the call.

19    Q.  Where was the call?

20    A.  It was at a motel.

21    Q.  Did you have to rent the room?

22    A.  No.

23    Q.  So, how -- what was going to happen there?

24    A.  The agency has -- I found out the agency already had a room

25    provided, she handed me the key and gave me the address and I
```

```
 1    went.
 2    Q.   Nino, the Defendant, drove you there?
 3    A.   Yes.
 4    Q.   When you got there, did you wait in the car or go into the
 5    room?
 6    A.   I went directly into the room.
 7    Q.   What happened to the Defendant?
 8    A.   He was outside in the car.
 9    Q.   After some time, was there a knock on the door?
10    A.   There was a knock on the door, yes.
11    Q.   And who came in?
12    A.   A client came in.
13    Q.   You are 18, 19 years old?
14    A.   Still 18.
15    Q.   18?
16    A.   Yes.
17    Q.   How old was the individual that knocked on the door?
18    A.   It was an older man.  Old.
19    Q.   For an 18 year old, would you say what, 40's, 50's?
20    A.   I would say 40's.
21    Q.   40's, okay.  When the man entered the room, what happened?
22    A.   He handed me money and began to kiss me on the neck.
23    Q.   How much did he hand you?
24    A.   I think it was $180.
25    Q.   What did -- where did you put the money?
```

```
1    A.  I put it in the nightstand.

2    Q.  The nightstand drawer?

3    A.  Yes.

4    Q.  What did -- how did you feel?

5    A.  I felt funny.  I told the man it was not going to work out,

6    I gave the gentleman back his money and he left.

7    Q.  Was he happy or upset?

8    A.  He was pretty upset.

9    Q.  Did you leave the motel or hotel?

10   A.  Yes.

11   Q.  Was the Defendant waiting outside in the car?

12   A.  Yes.

13   Q.  What kind of car was he driving back then, do you remember?

14   A.  I believe it was a truck, Navigator truck.

15   Q.  Like an SUV?

16   A.  Yes.

17   Q.  Did you get back in the car with the Defendant?

18   A.  I did.

19   Q.  Where did you go?

20   A.  We went to drop the key off and went home.

21   Q.  After you did that, did you go back to the Defendant's

22   house in Miami?

23   A.  Yes.

24   Q.  After you got there, did you inform him what happened in

25   the hotel room?
```

1   A.   I did.  He knows.

2   Q.   The man gave you money and started to kiss on you?

3   A.   Yes.

4   Q.   What was the Defendant's reaction to this?

5   A.   He started to say I could have made at least $160, $100,

6   that night off of one client, and imagine how much more if you

7   are doing five, six clients in the night, how much it would add

8   up to be.

9   Q.   Would it be the idea of somebody kissing you on the neck or

10  something else?

11  A.   It was about going the full -- having sex.

12  Q.   Having sex?

13  A.   Yes, prostitution.

14  Q.   And that was the conversation between the Defendant and

15  you?

16  A.   Yes.

17  Q.   So, a few days later, what happened?

18  A.   He drove me back to the agency.

19  Q.   And then what?

20  A.   And then left me there.

21  Q.   And left you there?

22  A.   Yes.

23  Q.   From that point on, when you say left you there, were you

24  just there for years?  Were you there for a couple of days?

25  What does that mean?

```
 1   A.   From there, it was a couple -- it was basically a couple of
 2   days, until I made the amount of money, or enough money, and I
 3   would use a driver to drive me back to Miami.
 4   Q.   To the Defendant's residence?
 5   A.   Yes.
 6   Q.   During the time you were away from the Defendant, but at
 7   the agency, were you in communication with him?
 8   A.   Yes.
 9   Q.   And what was he telling you to do or talking to you about?
10   A.   We spoke about how much money I already made, where I am
11   going with the past clients that I already had.
12   Q.   And when you got back to the Defendant after a couple of
13   days, what happened with all the money you made?
14   A.   From day one, he was taking it.
15   Q.   So, for all the instances that we discussed during your
16   testimony, all the money that you made for the Defendant,
17   unless you tell us otherwise, all of it from any night --
18         MR. PEACOCK:   I object to the leading form of the
19   question.
20         THE COURT:   Rephrase.
21         MR. SCHILLER:   Withdrawn.
22   BY MR. SCHILLER:
23   Q.   So, at this point, based on the conversations with the
24   Defendant and interactions with you, does he know you are
25   committing commercial sex acts?
```

```
1    A.   He knows.

2    Q.   How many months did it go on that you were engaging in

3    prostitution from the agency?

4    A.   Um-m-m, it went on for awhile.  Um-m-m, a year, I think.

5    Q.   And what I want to know is, how long were you there at the

6    agency, like hours or days, and would you come back and forth?

7    Can you explain it to us?

8    A.   Sure.  I would be there for a week.

9    Q.   A week?

10   A.   Yes.

11   Q.   All right.  You said when you walked in there were couches,

12   a television, other girls sitting there.  Were you sleeping

13   there?

14   A.   Yes.

15   Q.   You were?

16   A.   Yes.

17   Q.   How would the acts of prostitution happen; would they

18   happen at the agency or would you go out?

19   A.   I would go out.  If it is an out call, the agency has a

20   driver or you have your own driver, you go out with the driver,

21   and the agency had the hotel, too.

22   Q.   A hotel, like a Marriott?

23   A.   No.  It is like a roadside motel.

24   Q.   Like a roadside motel.

25        When you were working for the agency, how many days a week
```

1    were you there?

2    A.  Seven.

3    Q.  On average, how many clients would you see a day?

4    A.  On a busy day, about 20.

5    Q.  Up to 20 in a day?

6    A.  Yes.

7    Q.  On a non-busy day, your average day?

8    A.  Seven.

9    Q.  So, you are at the motel, and like a revolving door the men

10   are coming and going?

11   A.  We are at the agency and, yes, we are the revolving door,

12   we are getting sent out.

13   Q.  What would be charged when the men would come to engage in

14   sex acts with you or any of the other girls working there?

15   A.  Anywhere are from $160 for a half hour to $200 for the

16   hour.

17   Q.  And that is per client?

18   A.  Per client.

19   Q.  So, how much of that money do you physically get to keep

20   after you pay the agency or the driver?

21   A.  Um-m-m, I would say 70 or 80 percent.

22   Q.  70 or 80 percent?

23   A.  Yes.

24   Q.  That was your money?

25   A.  Yes.

215

1    Q.  What happened to all that money?

2    A.  When I got home, it would go to Alston Williams, or Alston

3    would come and get it from me directly.

4    Q.  From the agency?

5    A.  Yes.

6    Q.  This was all cash?

7    A.  Yes.

8    Q.  I know you said this started in approximately 2005, but

9    were you prostituting for Alston Williams from July 2006

10   through the fall of 2014?

11   A.  Yes.

12   Q.  Did these acts happen in Miami, Broward, and Palm Beach

13   Counties over the years?

14   A.  Yes.

15   Q.  So, from what you told us, it sounds like at the beginning

16   all the prostitution activity was conducted through the

17   agencies; is that right?

18   A.  That is correct.

19   Q.  About six months after being at the agency, did the

20   Defendant move from Miami?

21   A.  Yes.

22   Q.  Where did he move to?

23   A.  To Tamarac.

24   Q.  Did he rent a place, buy a place?

25   A.  He bought a house.

```
1    Q.  With whom?

2    A.  Marissa Simmons.

3    Q.  Was that his girlfriend at the time?

4    A.  Yes.

5    Q.  What happened to you when he moved to Tamarac?

6    A.  I stayed in the hotel -- not the hotel, the agency.

7    Q.  Do you remember the address of the Tamarac house?

8    A.  Yes.

9    Q.  What is it?

10   A.  6786 Northwest 69th Court, Tamarac, Florida, 33321.

11   Q.  I didn't ask you for the zip code, but thank you very much,

12   I appreciate it.

13       Were you at the agency constantly and permanently, or did

14   you also leave the agency to have interactions with the

15   Defendant?

16   A.  At first, I was there constantly, but then I started

17   leaving to have interactions with the Defendant.

18   Q.  What would you guys do when you were together?

19   A.  In the morning, it was after Marissa went to work --

20   Q.  Slow down.  In the mornings?

21   A.  He would pick me up and we would hang out at the mall, drop

22   his kids off to school.

23   Q.  When you were at the agency, or when you were wherever --

24   I'm sorry.  When the Defendant moved to Tamarac, if you weren't

25   at the agency, where were you living?
```

```
 1   A.  Um-m-m, well, before I found out -- a few months before I
 2   found out that he had a house, basically, I was living nowhere,
 3   I was living at the agency.  If I wasn't there, I was hanging
 4   out with him.
 5   Q.  At the Tamarac house?
 6   A.  No.
 7   Q.  In Miami?
 8   A.  At the mall until I found out that he had the house, and
 9   then I stayed with him there.
10   Q.  He let you stay there?
11   A.  Right.
12   Q.  At the time you were at the agency, you say you
13   communicated with him over the phone?
14   A.  Yes.
15   Q.  Were there any communications over the phone where you were
16   in fear of Alston Williams?
17   A.  Yes.
18   Q.  Would any of that get consummated when you were in person?
19   A.  Yes.
20   Q.  So, I guess it begs the question, Ms. LXX, if you are at
21   the agency, and the Defendant is not living with you, why not
22   just leave, go do something else?
23   A.  Um-m-m, well, I can't just leave and do something else.  I
24   have nowhere to go.  When I met Nino, basically, I was drawn
25   away from all of my family, all I knew was that.
```

```
1    Q.  So you felt compelled to stay?

2    A.  Yes.

3    Q.  Did you feel a desire, a need to make him happy?

4    A.  Yes.

5    Q.  Why?

6    A.  Because him being happy, that means me happy, it means I

7    don't ever get to -- I don't get a beating, I don't -- you

8    know, a lot of things.

9    Q.  A lot of what?

10   A.  It is a lot of things that it helps with.

11   Q.  Did the Defendant ever come out and tell you point blank,

12   TXXXX LXX, you need to prostitute to make me money?  Did he say

13   those things to you?

14   A.  He doesn't have the to say that, he doesn't say you need to

15   prostitute.  You picking me up and drop me off at the agency,

16   you beat me when I don't have enough money, it all spells out.

17   Q.  Let's talk about some of that abuse you described so far.

18       Was there -- you mentioned something earlier about your

19   head on the dashboard?

20   A.  Yes.

21   Q.  What happened?

22   A.  He -- he was taking me to an orientation for work, and we

23   got in an argument in the car.

24   Q.  Pause for a second.

25       Orientation for work where?
```

```
 1    A.   I picked up a position as a cashier at Winn-Dixie.

 2    Q.   Was this on top of working at the agency or separate?

 3    A.   Separate.

 4    Q.   Before you started working there?

 5    A.   Before I started working there.

 6    Q.   I should have asked you about this earlier, and I

 7    apologize.

 8         MR. PEACOCK:   I object to the continuing commentary on

 9    the answers.  They are not part of the question, but they are

10    continuing.

11         THE COURT:   You can ask your next question.

12         Let me know when it is a convenient breaking point for

13    a mid-afternoon break.

14         MR. SCHILLER:   Judge, we are at a convenient break

15    right now.

16         THE COURT:   We will try to figure out what is going on

17    with the phone.  We apologize for that.

18         Ladies and gentlemen, we will take our mid-afternoon

19    break.  It is 3:25, so about 20 minutes to four.  I ask you to

20    follow the same instructions, do not discuss the case with

21    anyone, not to have any interaction with anyone associated with

22    the case.

23         I remind our witness, Ms. LXX, you remain under oath,

24    do not discuss your testimony with anyone.

25         We will be back in 15 minutes.  Thank you.
```

Pauline A. Stipes, Official Federal Reporter

```
 1                  (Thereupon, the jury left the courtroom.)

 2             THE COURT:  Okay, we will be in recess for 15 minutes.

 3             MR. SCHILLER:  Judge, I want to make sure Ms. LXX

 4      understands she is still under oath, she cannot talk about her

 5      testimony.

 6             Judge, since we are at 3:30, based on what I know I

 7      have to do with Ms. LXX --

 8             THE COURT:  How much longer is your direct, would you

 9      say?

10             MR. SCHILLER:  Probably an hour and a half.  We

11      wouldn't expect to put on any other witnesses this afternoon.

12             THE COURT:  Another hour and a half, 5:15, 5:30.

13             MR. SCHILLER:  We want to tell the witnesses don't

14      start driving up from Hollywood.  We will put them on first

15      thing Thursday morning.

16             THE COURT:  Okay.

17             MR. SCHILLER:  All right.  Thank you, ma'am.

18             (Thereupon, a brief recess was taken.)

19             THE COURT:  Welcome back everyone, you may be seated.

20      And counsel may continue your direct examination of the

21      witness.

22             MR. SCHILLER:  Thank you, your Honor.

23      BY MR. SCHILLER:

24      Q.  Ms. LXX, when we left, I wanted to ask you about some of

25      the violent acts that were caused upon you by the Defendant.
```

```
 1        You were about to tell us about something that happened

 2   when you went for orientation at Winn-Dixie?

 3   A.   Right.

 4   Q.   When was that?

 5   A.   This was still around 2004.

 6   Q.   And what happened?

 7   A.   On the way to orientation we got into an argument in the

 8   car, and he -- what I can remember from that date, he put his

 9   hand around the back of my neck and proceeded to go like this

10   (indicating) on the dashboard with my head.

11   Q.   Did it cause you injury?

12   A.   Yes.

13   Q.   What?

14   A.   My mouth was busted, the side of my face, major injuries on

15   my face, they would say she just got beat up just now,

16   basically busted my mouth.

17   Q.   Did the Defendant take you home after that?

18   A.   No.

19   Q.   What happened?

20   A.   I went into orientation.

21   Q.   Did he stay around?

22   A.   No.

23   Q.   Did you get back to his house?

24   A.   Yes.

25   Q.   At some point when you were with the Defendant, did you try
```

Pauline A. Stipes, Official Federal Reporter

1  to go to nursing school?

2  *A.*  Yes.

3  *Q.*  Now, why -- the application to Winn-Dixie, trying to get

4  into nursing school, why are you doing these things if you are

5  engaging in prostitution at the agency?

6  *A.*  All those jobs happened before the prostitution at the

7  agency.

8  *Q.*  That was all before?

9  *A.*  Yes.

10  *Q.*  Were there other incidents of violence caused by the

11  Defendant?

12  *A.*  Yes.

13  *Q.*  Can you tell us about those, please?

14  *A.*  I had hot water poured on me from a cup.  Mr. Williams

15  stepped on my ankle.

16  *Q.*  Were there other incidents as well?

17  *A.*  Yes.

18  *Q.*  What?

19  *A.*  He used a hamper filled with clothes and hit me in my head

20  and I basically lost consciousness.

21  *Q.*  A hamper?

22  *A.*  A clothes bag with dirty clothes.

23  *Q.*  And he hit you in the head with that?

24  *A.*  Yes.

25  *Q.*  You said you almost lost consciousness?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   No.  I did lose consciousness.

 2    Q.   Did you wake up?

 3    A.   I did.

 4    Q.   What happened when you woke up?

 5    A.   I woke up screaming, and the first he said was, shut the

 6    fuck up.

 7    Q.   What else has he done to you?

 8    A.   He  choked me out before, never lost consciousness,

 9    anything you can think of.  I have been beat like a child

10    inside Mr. Williams' house.

11    Q.   Did he ever use a belt?

12    A.   No, not with a belt.

13    Q.   All right.  Did he ever use needles?

14    A.   Yes.

15    Q.   Tell us about that, please.

16    A.   This was while I was living with Mr. Williams in the Miami

17    Gardens apartment, one of the things that he would do to me is

18    he would put needles on my knees or stick me with needles under

19    my nails.

20    Q.   Under your fingernails?

21    A.   Under my fingernails.

22    Q.   What kind of needles?

23    A.   Regular sewing needles.

24    Q.   Did Mr. Williams use a taser on you?

25    A.   Yes.
```

1    Q.   Tell us about that.

2    A.   Mr. Williams would tase me for no reason, he would tase me

3    if he was upset.  I had tase burns all on my side, going down

4    my torso, basically my torso area was covered in tase burns.

5    Q.   Were there instances where the Defendant would do something

6    called turning up the music?

7    A.   Yes.

8    Q.   Would you explain what that is, please?

9    A.   When he is going to beat you, he will forewarn you about a

10   beating, he will go inside so the neighbors wouldn't hear

11   anyone screaming and he turned the radio up loud.

12   Q.   He would turn the radio up loud so no one would hear it?

13   A.   Yes.

14   Q.   And then what happened?

15   A.   He would proceed to do whatever he does, throw you against

16   the wall, smack you upside the head, basically --

17   Q.   All of these acts of violence, was this a regular

18   occurrence?

19   A.   It was.

20   Q.   Was there an incident -- at some point, did you transition

21   from doing --

22          MR. PEACOCK:  Objection, leading.

23          MR. SCHILLER:  I haven't asked it, but I will rephrase

24   the question.

25

Pauline A. Stipes, Official Federal Reporter

```
 1   BY MR. SCHILLER:
 2   Q.  Did you continuously work at the agency doing the
 3   prostitution the entire time, or did you ever do something
 4   else?
 5   A.  I was doing prostitution the entire time, not at the agency
 6   the entire time.
 7   Q.  At some point, did you begin doing prostitution services at
 8   hotels?
 9   A.  Yes.
10   Q.  Was there an incident that occurred between you and the
11   Defendant at the La Quinta hotel in Broward County?
12   A.  Yes.
13   Q.  Tell us about that, please.
14   A.  I'd prostitute from the hotel, he met me, and a few other
15   girls with me.
16   Q.  We will talk about the girls in a second.  I want to stick
17   to what happened that day.
18   A.  Again, we exchanged words in the car, and he said to me,
19   wait until we got home.
20        Arriving to the house, he closed -- we got into the garage,
21   he went and turned up the radio, he closed the garage door, and
22   basically pounded me down inside the garage when I was trying
23   to get away.
24   Q.  Did you say pounded?
25   A.  Yes.
```

226

1    Q.   Was the garage locked?

2    A.   It was.

3    Q.   What were the doors like at the Tamarac house when this

4    occurred?

5    A.   The doors have about three or four locks.  You are not able

6    to open the door from the inside to get outside without a key.

7    Q.   You need a key to get into the house and a key to get out

8    of the house?

9    A.   Yes.

10   Q.   During that incident, did he use his hands, his fists?

11   What happened?

12   A.   Yes, he did use his hands and fists, and floor and wall and

13   everything else.

14   Q.   We will talk about them in a few minutes, but you mentioned

15   earlier there were several other girls at the hotel before

16   going back to the house.  Those girls also, were they at the

17   house?

18   A.   They were.

19   Q.   Were you present when that occurred?

20   A.   Yes.

21   Q.   Which girls were those?

22   A.   DXXXX LXXXXX and DXXXXXX RXXXXXXXX.

23   Q.   Did you suffer injuries from this assault?

24   A.   I did.

25   Q.   What?

Pauline A. Stipes, Official Federal Reporter

1    *A.*  I had a black eye and busted lip.

2    *Q.*  What did Mr. Williams make you do that night?

3    *A.*  I had to work that night, working as a prostitute.

4    *Q.*  In the course of all this violence, was there a look on Mr.

5    Williams' face that you would see before the violence was about

6    to erupt?

7    *A.*  Yes, basically his face turns into the devil, you could see

8    the way he looks at you and you know something is going to

9    happen, and it is not good at all.

10   *Q.*  You can see it in his face?

11   *A.*  You could see it in his face, yes.

12   *Q.*  What about his eyes?

13   *A.*  Yes, it is just pure evil.

14   *Q.*  Besides the physical violence, did Mr. Williams make verbal

15   threats towards you?

16   *A.*  Yes.

17   *Q.*  Like what?

18   *A.*  He told me that if he wanted to kill me, it would be

19   possible, and he will dump my body into the Everglades, that

20   way the gators can have me, that is how he will get rid of me,

21   and that peroxide would clean up the blood and no one would

22   find me.

23   *Q.*  Through all of this, were you in fear of Alston Williams?

24   *A.*  Yes.

25   *Q.*  I asked you earlier when you talked about being at the

1   agency why you didn't leave.

2   A.   Right.

3   Q.   So, when all this violence is going on, all these threats

4   are going on, why didn't you leave?

5   A.   Because of the violence, because of the violence and

6   threatening, I didn't have anywhere else to go, you know.

7   Q.   What did you feel would happened if you did leave?

8   A.   If I did, he would probably find me.  I have seen -- I am

9   not the only female, I have seen stuff happen, and I know.

10   Q.   We will talk about some of that in a few minutes.

11      Now, you mentioned another girl who was there by the name

12   of DXXXXXX RXXXXXXXX?

13   A.   Yes.

14   Q.   Was DXXXXXX also prostituting for the Defendant?

15   A.   Yes.

16   Q.   Did DXXXXXX leave several times?

17   A.   Yes.

18   Q.   And she always came back, too?

19   A.   Yes.

20   Q.   Okay.  Ms. LXX, how would you describe the mental feeling

21   you had from the physical and mental abuse you endured from the

22   Defendant?

23   A.   Well, I feel -- I felt trapped up until a year ago, I felt

24   trapped.  My mind -- he turned me into his property.  He turned

25   my mental state into basically anything he says, goes.  I have

```
 1    to go to him for everything.  What normal person does that?
 2    Q.  Did all the fear play into your continued prostituting at
 3    the direction of Alston Williams?
 4    A.  Yes.
 5    Q.  Why is that?  What would happen if you wouldn't?
 6    A.  I would get a beating, I would get abused, and it is all
 7    about the money.  If you are not bringing in enough money, if
 8    you are not bringing in any money, your life is a living hell,
 9    you are a rag doll to him.
10    Q.  So, if you didn't bring in money, the violence would ensue?
11    A.  Yes.
12    Q.  As time went on and you -- I think you said before you
13    moved on from doing commercial sex acts at the agency into
14    something else; is that right?
15    A.  Yes.
16    Q.  What was that?
17    A.  Doing commercial sex acts, advertising on Back Page and
18    Craig's List.
19    Q.  Can you briefly explain to the jury what Back Page is and
20    how it works?
21    A.  Back Page is a website, young women, female, male, doesn't
22    matter, advertise themselves for sex.
23    Q.  Did you do the same thing on Craig's List?
24    A.  Yes.
25    Q.  Is it a public website?
```

1    A.  Yes.

2    Q.  If a person sees an ad on Back Page, how do they get to

3    contact the girl?

4    A.  There is information on the site.

5    Q.  Did Mr. Alston Williams tell you about that or someone

6    else?

7    A.  I found out from the other girls who were prostitutes.

8    Q.  The girls working at the agency?

9    A.  Yes.

10   Q.  Did you tell the Defendant about this?

11   A.  Yes.

12   Q.  What did he say?

13   A.  It was a good idea.

14   Q.  Did he encourage you to do it?

15   A.  It was definitely an encouragement, it was low overhead, I

16   don't have to pay for a driver any more, that is getting rid of

17   that, and I didn't have to pay the agency any more.

18   Q.  So, how did the first ads get generated through Back Page

19   or Craig's List?

20   A.  Mr. Williams took pictures of me, and I used his computer

21   and uploaded it to Craig's List.

22   Q.  On the ads, whether it is Back Page or Craig's List, photos

23   are used?

24   A.  Yes.

25   Q.  Is there a description of what kind of services were

1   offered?

2   A.   Yes.

3   Q.   Where did that language get created from?

4   A.   That was -- those topics came from other females.

5   Q.   It was copied from someone else online?

6   A.   Yes.

7   Q.   And what about pricing, whose decision was that?

8   A.   It was basically based off the agency, the agency's --

9   Q.   The agency's pricing?

10  A.   Yes.

11  Q.   You used the pricing you had already known from the agency,

12  just incorporated that into Back Page and Craig's List?

13  A.   Yes.

14  Q.   Whatever date it was you started doing the advertising on

15  Back Page, did you answer the calls?

16  A.   Yes.

17  Q.   Who would answer the calls?

18  A.   I did.

19  Q.   Did you meet men for sex for money?

20  A.   Yes.

21  Q.   The first Craig's List appointment made for you, where did

22  that occur at?

23  A.   At 6786 in Tamarac.  The house number.

24  Q.   The Defendant's residence?

25  A.   Yes.

1    Q.  The first appointment was there?

2    A.  Yes.

3    Q.  What happened?  Please tell us.

4    A.  The ads were placed, the gentleman called and I answered

5    the phone, and I told him the address, and he came over.

6    Q.  Was the Defendant present?

7    A.  Yes.

8    Q.  Did you engage in sex with this individual?

9    A.  Yes.

10   Q.  Did he pay you for it?

11   A.  Yes.

12   Q.  Where did it happen in the house?

13   A.  In one of the bedrooms.

14   Q.  Now, how long did that go on for, where they were happening

15   at the house?

16   A.  For about two weeks.

17   Q.  And after that, did they -- did the appointments begin to

18   move somewhere else?

19   A.  Yes.

20   Q.  To where?

21   A.  To a hotel.

22   Q.  When they moved to hotels, are you going to the hotels

23   where the client is or are the clients coming to the hotel

24   where you are?

25   A.  The clients are coming to the hotel where I am.

1   Q.  What is that called when you are at the hotel and the

2   client is coming to you?

3   A.  It is called an in call.

4   Q.  An in call.  When you are engaging in communication with

5   the client for the appointment, is it sometimes over the phone?

6   A.  Yes.

7   Q.  Is it also sometimes by text?

8   A.  Yes.

9   Q.  Ms. LXX, I want to show you what is in evidence as 72a.

10        MR. SCHILLER:  Judge, if I could approach the witness,

11  please.

12        THE COURT:  Yes.

13  BY MR. SCHILLER:

14  Q.  Do you recognize this device?

15  A.  Yes.

16  Q.  Whose phone is that?

17  A.  Mine.

18  Q.  Did you give it to the FBI?

19  A.  Yes.

20  Q.  Did you give consent to search through it?

21  A.  Yes.

22  Q.  I'm going to show you what is in evidence, I want you to

23  look at it first, Government Exhibits 72b and 72c.

24       Do you see them on your screen right now?

25  A.  Yes.

1    *Q.*  Are these text messages you engaged in with clients through

2    that phone?

3    *A.*  Yes.

4    *Q.*  I will show you 72c.  Is that also one of those

5    conversations?

6    *A.*  Yes.

7           *MR. SCHILLER:*  At this time I would like to publish

8    72b.

9           *THE COURT:*  Any objection?

10          *MR. PEACOCK:*  No, ma'am, it is in evidence.

11          *THE COURT:*  Okay.

12   *BY MR. SCHILLER:*

13   *Q.*  Ms. LXX, this is a chat conversation with the phone number

14   (954)678-7889; is that correct?

15          *THE COURT:*  I want to be clear with Defense, to the

16   extent that any of them were admitted prior to prior ruling, it

17   is incumbent to let me know if there is a relevancy objection.

18   I am taking it there is no objection.

19          *MR. PEACOCK:*  On this exhibit, yes.

20          *THE COURT:*  That will go for all of them, if you state

21   a relevancy objection.  If not, there is none.

22          *MR. PEACOCK:*  Yes.

23   *BY MR. SCHILLER:*

24   *Q.*  Do you see a phone number there?

25   *A.*  I do.

```
1    Q.  That wasn't your number?

2    A.  I don't recall.

3    Q.  Does that number look familiar to you?  Have you ever had

4    that number?

5    A.  Not off the top of my head, no, I can't remember the

6    number.

7    Q.  Do you see time -- dates and times there?

8    A.  Yes.

9    Q.  So, all of these conversations took place on October 17,

10   2014; is that correct?

11        MR. PEACOCK:  I ask the Government not to lead the

12   witness, please.

13        THE COURT:  Sustained.

14        MR. SCHILLER:  It is in evidence, I am reading what is

15   on the page.

16        THE COURT:  Ask the question to the witness.

17   BY MR. SCHILLER:

18   Q.  Ms. LXX, I will read the back and forth exchange, and I

19   have a question for you about it.

20   A.  All right.

21   Q.  First is a message sent from the phone:  "Hey."  And

22   received:  "Hi, how are u doing?"  And sent:  "Goin fine, n u."

23   And received:  "I'm doing good.  So who's this?"  And sent by

24   the phone, your phone:  "Jazz.  I had ms ur call."

25        I want to pause there for a second.  Who is Jazz?
```

```
 1    A.   That would be me.

 2    Q.   That is one of the names you used?

 3    A.   Yes.

 4    Q.   When it says MS there, what is that?

 5    A.   Missed.

 6    Q.   Missed, a short version?

 7    A.   Yes.

 8    Q.   The response is:  "Oh, from yesterday."  And the sent

 9    message is:  Yeah, I'm just no available -- now."

10         Were you correcting no for now?

11    A.   Yes.

12    Q.   And response:  "Really I didn't call you now.  So where you

13    at to."  Response:  "Commercial n University."

14         What is at Commercial and University?

15    A.   There is a Comfort Suites.

16    Q.   Is that a hotel where you were engaging in prostitution for

17    Alston Williams?

18    A.   Yes.

19    Q.   And the response:  "So what time u gonna available?"  The

20    response is:  "Now til 3."  Incoming messages:  "About tonight

21    at 7."  Your response:  "K."  And you wrote:  "Call me then

22    cause I'm not sure I'll b available around that time."  And the

23    response from the person is:  "OK."

24         What is this chat message about?

25    A.   This is about setting up an appointment for prostitution
```

```
 1   that evening.

 2   Q.  Was this someone you had engaged in before?

 3   A.  Yes.

 4   Q.  Okay.

 5           MR. SCHILLER:  Judge, permission to publish 72c.

 6           THE COURT:  Any objection?  C is also in evidence,

 7   subject to any relevancy objection.

 8           MR. PEACOCK:  I have a quick question for the

 9   Government.

10           MR. SCHILLER:  If we could take off publication for a

11   minute.

12           THE COURT:  No objection?

13           MR. PEACOCK:  No objection.

14   BY MR. SCHILLER:

15   Q.  32c is a text message from (954)865-3643.  Do you see that?

16   A.  Yes.

17   Q.  What is the incoming message at 3:10 p.m. on October 17,

18   2014?

19   A.  "BTW, what are your hourly rates?"

20   Q.  What is BTW?

21   A.  By the way.

22   Q.  When you received that question -- did you receive that

23   question often in text messages for potential clients?

24   A.  Yes.

25   Q.  What is that inquiring of you?
```

1    *A.*   To send them my rates for sex.

2    *Q.*   And what did you respond approximately 30 minutes later?

3    *A.*   "180hr 100hh."

4    *Q.*   So, what does 180hr stand for?

5    *A.*   $180 for the hour.

6    *Q.*   And what is 100hh?

7    *A.*   $100 for the half hour.

8    *Q.*   Those are your rates for that client?

9    *A.*   Yes.

10   *Q.*   Thank you.

11        You told us you continued performing prostitution for the

12   Defendant until September 2017, correct, and these were in

13   October 2014?

14   *A.*   Yes.

15   *Q.*   Are these similar with conversations you had with clients

16   over the years?

17   *A.*   Yes.

18   *Q.*   When you were at a hotel, if you were doing an in call,

19   that means you are at the hotel and clients are coming to you?

20   *A.*   Correct.

21   *Q.*   Who pays for the hotel?

22   *A.*   If I don't have the money, Mr. Williams would pay for the

23   first night, and the second -- the next morning, the first call

24   would be for that.

25   *Q.*   The first client would pay for that?

```
 1    A.  Yes.

 2    Q.  Whatever money you make for the first client pays for the

 3    hotel?

 4    A.  Yes.

 5    Q.  What happens with all of the other money that comes in?

 6    A.  It goes to Mr. Williams.

 7    Q.  Was 11:00 a cutoff time you are familiar with?

 8    A.  There is no cutoff time.

 9    Q.  How long would you stay at the hotel?

10    A.  The hotel is where I lived.

11    Q.  What do you mean?

12    A.  That is where I was 24/7.

13    Q.  Would the Defendant come and see you?

14    A.  Yes.

15    Q.  Would he talk to you on the phone?

16    A.  Yes.

17    Q.  Would he text with you?

18    A.  Yes.

19    Q.  When he would have those communications with you, what was

20    he talking to you about while you were at the hotels?

21    A.  He would talk about just getting rich.  You know, we spoke

22    about how much money I made.  He spoke about what is happening

23    as far as where -- if it was a slow day, we spoke about what

24    kind of posting, we'd speak about different things.

25    Q.  Fair to say that while you were working in the hotels, work
```

1    was pretty much the dominant form of conversation?

2    A.   Yes.

3    Q.   And while you were at the hotel, you were obviously not

4    living with the Defendant at the Tamarac residence; is that

5    right?

6    A.   Yes, that is correct.

7    Q.   Would it be better at the hotel working, or not working and

8    be at the Tamarac residence?

9    A.   It was better to be at the hotel working.

10   Q.   Why?

11   A.   Being around Nino, it was always an issue, doesn't matter,

12   something would always come up and it would turn into me

13   getting beat down at the house.

14   Q.   Beat down at the house?

15   A.   Yes.

16   Q.   If you are at the hotel away from him, no physical

17   violence?

18   A.   Correct.

19   Q.   I understand.

20        You had to eat, you needed clothing, right?

21   A.   Yes.

22   Q.   How did those things get supplied to you if money was given

23   to the Defendant?

24   A.   We would go to the mall or the store and I'd pick up

25   whatever I need, and Nino would pay for it.

```
 1    Q.   Who decided what clothes you would wear?

 2    A.   He liked to pick them out.

 3    Q.   What about your hair and nails?

 4    A.   He tells you what to do with that also.

 5    Q.   Would he just let you go to the beauty salon to get your

 6    hair done and nails done?

 7    A.   No.  We discussed it before.

 8    Q.   Would he take you there?

 9    A.   Yes.

10    Q.   All the money for your clothes, nails, hair, food, anything

11    you needed, where did that money come from?

12    A.   From Nino.

13    Q.   You mentioned earlier that the Defendant helped in taking

14    the photographs of you that you posted on line?

15    A.   That is correct.

16    Q.   Did that continue all the time?

17    A.   It did continue until cell phones came out with cameras,

18    and you are able to take them yourself.

19    Q.   So you started taking some of your own pictures?

20    A.   Yes.

21    Q.   You mentioned some of the other girls we will talk about in

22    a few minutes.

23         Did some of the other girls take photos of you and you of

24    them?

25    A.   Yes.
```

1    Q.  Did you need the Defendant's approval of photographs before

2    they were posted on Back Page or Craig's List?

3    A.  Yes.

4    Q.  Some of the time?

5    A.  All of the time.

6    Q.  What would he tell you about the pictures?

7    A.  That looks good, it will drive them crazy, that is a good

8    picture.

9    Q.  When this was going on, did you get a car?

10   A.  Yes.

11   Q.  How did you get a car?

12   A.  I got a car from a client.

13   Q.  What was that client's name?

14   A.  Dwight Miller.

15   Q.  Dwight Miller was a client?

16   A.  Yes.

17   Q.  What did he do for work that he was able to give you a car?

18   A.  He was a car person.

19   Q.  Why did he give you a car?

20   A.  Him being nice, and it was a prostitution thing.

21   Q.  So, instead of paying him for each appointment, the car was

22   20 appointments, 30 appointments, like that?

23          MR. PEACOCK:  Continuing objection, leading.

24          THE COURT:  Sustained.

25

Pauline A. Stipes, Official Federal Reporter

```
1    BY MR. SCHILLER:

2    Q.  How did it work?  What was the car for?

3    A.  It was two appointments.

4    Q.  Did Mr. Williams have any problem with you receiving a gift

5    like this from a client?

6            MR. PEACOCK:  I move to strike the comment about 20 or

7    30 appointments.

8            THE COURT:  Stricken.  I ask the jury to disregard

9    that comment by counsel.

10   BY MR. SCHILLER:

11   Q.  What was Mr. Williams' comment to you about receiving this

12   gift from this client?

13   A.  He liked the car, he didn't have anything to say.  As long

14   as it wasn't coming out of his pocket, it is was fine.

15   Q.  Did you receive gifts from other clients as well?

16   A.  A few here and there.

17   Q.  As long as it wasn't coming from his pocket, he was okay

18   with that?

19   A.  Yes.

20   Q.  With this car, did you drive yourself to the appointments?

21   A.  Yes.

22   Q.  Did you have problems with the car?

23   A.  I did.

24   Q.  Did the Defendant stop driving you to appointments or --

25   did he stop doing that also?
```

1  *A.*  No, he didn't stop completely taking me to appointments,

2  depends on what was happening.

3      If I was home one night, I -- and not in the hotel, and my

4  phone started ringing, it was too many calls throughout an hour

5  period, and I couldn't drive myself, he would drive me.

6  *Q.*  If you did drive yourself, did you notify the Defendant of

7  anything?

8  *A.*  Yes, I did.

9  *Q.*  Could you tell us what that was?

10 *A.*  I let him know where I am going, when I get there, the

11 amount of money I collect, when I was done, and when I am on my

12 way back.

13 *Q.*  When you told him how much money you would collect, was

14 there a name you gave him for the money?

15 *A.*  Change.

16 *Q.*  And where did that term come from?

17 *A.*  It is their term.

18 *Q.*  The Defendant?

19 *A.*  The Defendant, Alston Williams.

20 *Q.*  Besides doing the in calls at the hotel, did you and some

21 of the other girls do out calls where you'd go to the client's

22 location?

23 *A.*  Yes.

24 *Q.*  Who would drive you to those?

25 *A.*  Mr. Williams drove.

1    Q.  And when he drove you, and you got to the appointment, did

2    he come in with you, did he stay outside?

3    A.  No.  He drove me and hid somewhere, I am not sure.

4    Q.  He drove and hid somewhere?

5    A.  Yes.

6    Q.  When you were done with the appointment, would he be

7    waiting outside the hotel or house waiting for you?

8    A.  No.  He would have me walk down the street and wait for him

9    far away from the house.

10   Q.  In the years you were engaging in prostitution for the

11   Defendant, what kind of vehicles did he drive?

12   A.  Mostly luxury, after the Navigator, an Infiniti Q45, and

13   then a Mercedes-Benz C230, and then he went to another -- a BMW

14   L740, I believe it was 740, and then he went to a Mercedes

15   S550, and another Mercedes E55.

16   Q.  You remember all those cars?

17   A.  Yes.

18   Q.  Where did the money come from to lease or buy these cars?

19   A.  From prostitution.

20   Q.  From you and the other girls?

21   A.  Yes.

22   Q.  What would the Defendant do with the money that he was

23   taking from you girls after you committed the sex acts?

24   A.  He had a wad in his pocket, and the rest he put in a safe

25   in his room.

```
1    Q.   A safe in his room, is that at the Tamarac house?

2    A.   Yes.

3    Q.   Would he spend any of that money on himself?

4    A.   Yes.

5    Q.   Where would he go shopping?

6    A.   He goes to the mall quite often, he does a lot of online

7    shopping and electronic shopping.

8    Q.   If you needed something, personal hygiene, clothing,

9    anything like that, could you just go to the store and buy it?

10   A.   Well, no.  Normally, we get all those things when we all go

11   to the store together, we pick up the things that we need and

12   he will pay for it.

13   Q.   Now, Ms. LXX, you said, on average, I think you said about

14   ten clients a night?

15   A.   Uh-hum.

16   Q.   That is a yes?

17   A.   Yes.

18   Q.   And then these clients are paying from 1 to $200 each?

19   A.   Yes, many more.

20   Q.   On average, a thousand, $2,000 a night?

21   A.   Yes.  On a busy night, yes.

22   Q.   All that money went to Alston Williams?

23   A.   Yes.

24   Q.   Did you have anything going on in your life you needed

25   money for that you didn't have access to?
```

Pauline A. Stipes, Official Federal Reporter

1    A.   Yes, my mom needed money.   I had stuff that I needed to get

2    to take care of personal.

3    Q.   You said your mother needed money?

4    A.   Yes.

5    Q.   Where is your family?

6    A.   Jamaica.

7    Q.   Is your brother there?

8    A.   Yes.

9    Q.   Did you need to give him any money?

10   A.   Yes.   When time comes for school my mom normally asks if I

11   could provide or help her with anything, or just my brother and

12   her.   While living with Alston Williams, I was never able to

13   provide money for my mom because I never had any.

14   Q.   Did the Defendant tell you why it was important that he

15   would hold on to the money?

16   A.   It is all about -- it is all about getting us something,

17   instead of -- it is about getting -- he wants control of the

18   money so he knows -- so he can get us what we needed.

19   Q.   He can get you what you need?

20   A.   Yes.

21   Q.   I see.   I want to show you Government Exhibit 6b, pages one

22   and two.

23        Do you recognize the photo in these exhibits?

24   A.   Yes.

25   Q.   Is that you?

1    *A.*  Yes.

2    *Q.*  Were these photos taken during the course of the

3    prostitution?

4    *A.*  Yes.

5         *MR. SCHILLER:*  At this time I would like to publish

6    one and two.

7         *THE COURT:*  Did you say 6 or 1?

8         *MR. SCHILLER:*  6b, 1 and 2.

9         *THE COURT:*  Any objection?

10        *MR. PEACOCK:*  No, ma'am.

11        *THE COURT:*  You may publish.

12   *BY MR. SCHILLER:*

13   *Q.*  We looked at the data with Mr. O'Neil earlier this morning.

14   This is the photograph that goes with page one.

15        Ms. LXX, who is in that photograph?

16   *A.*  Me.

17   *Q.*  Approximately when was this taken?

18   *A.*  2008, 2009.

19   *Q.*  Okay.  I want to show you page 2.

20        That is that same photograph, page two?

21   *A.*  Yes.

22   *Q.*  What was that photograph used for?

23   *A.*  It was to use to advertise on Back Page for prostitution.

24   *Q.*  Do you remember taking that photo?

25   *A.*  One of the girls did.

```
 1   Q.   Where was that taken?

 2   A.   At an apartment.

 3   Q.   How did you get an apartment?

 4   A.   From a client.

 5   Q.   Would Alston Williams come over to that apartment?

 6   A.   Yes.

 7   Q.   Would violence ensue there as well?

 8   A.   Not there, no.

 9   Q.   Were you seeing clients at that apartment?

10   A.   Yes.

11   Q.   Remove publication, please.

12        I want to now show you, on pages three and four in that

13   same exhibit, who is that sitting in the car?

14   A.   Me.

15   Q.   And whose car is that?

16   A.   Nino's.

17        MR. SCHILLER:  Judge, permission to publish pages

18   three and four in Government Exhibit 6b.

19        MR. PEACOCK:  No objection.

20        THE COURT:  You may publish.

21   BY MR. SCHILLER:

22   Q.   That is you with the hat?

23   A.   Yes.

24   Q.   From data, this looks like 2006.  Do you see the middle,

25   modified date?
```

```
 1    A.  Yes.
 2    Q.  I want to show you page four.  Is that the actual
 3    photograph?
 4    A.  Yes.
 5    Q.  Is this the car -- is this the Infiniti?
 6    A.  It is.
 7    Q.  When was this photograph taken?
 8    A.  It could have been taken in 2005 or 2006.
 9    Q.  Okay.  During what circumstance -- where were you coming
10    from and where were you going?
11    A.  He had just picked me up from the agency and we were
12    heading to the parking lot in the mall.
13    Q.  Now, you agree with me you have a smile on in that picture?
14    A.  Yes.
15    Q.  You described violent acts that were occurring, working as
16    a prostitute all hours of the night?
17    A.  Yes.
18    Q.  Why were you smiling in the picture?
19    A.  It is just a picture.
20    Q.  What do you mean?
21    A.  I am smiling because I am happy, and just smiling.
22    Q.  You are smiling for the picture?
23    A.  I am smiling for the picture.
24    Q.  Remove publication, please.
25        I now want to show you in the same exhibit pages 17 and 18.
```

Pauline A. Stipes, Official Federal Reporter

1      Do you see that photograph?

2   A.  Yes.

3   Q.  Page 18, is that the original photograph?

4   A.  Yes.

5   Q.  Is that you?

6   A.  Yes.

7   Q.  Where was this photo taken?

8   A.  It was at a beach in Fort Lauderdale.

9           MR. SCHILLER:  Your Honor, at this time the Government

10  wishes to publish pages 17 and 18 of Government Exhibit 6b.

11          MR. PEACOCK:  One second.

12          THE COURT:  Any objection?  Which exhibit was it

13  again?

14          MR. SCHILLER:  6b, as in Bravo, and 17 and 18.

15          MS. McCREA:  Can we see them on the monitor?

16          MR. PEACOCK:  No objection.

17          THE COURT:  It is admitted.  You may publish.

18  BY MR. SCHILLER:

19  Q.  Ms. LXX, is this the photograph we were talking about?

20  A.  Yes.

21  Q.  At the top here it looks like the photo was taken in

22  approximately 2009?

23  A.  Yes.

24  Q.  Go to the full photo.

25      Who took that photograph of you?

```
 1   A.   Um-m-m, I believe it was Maryann.

 2   Q.   Maryann B?

 3   A.   Maryann B.

 4   Q.   Why was that photograph taken?

 5   A.   It was taken for Back Page.

 6   Q.   Do you see at the bottom of 18 there is a time stamp on

 7   that?

 8   A.   Yes.

 9   Q.   Can you read that for us, please?

10   A.   March 23, 2009.

11   Q.   Thank you very much.  If we could remove publication.

12        I now want to show you the next two pages in that exhibit,

13   6b, pages 19 and 20.

14        Do you see those pages?

15   A.   Yes.

16   Q.   And those photographs?

17   A.   Yes.

18   Q.   Is that you?

19   A.   Yes.

20   Q.   And where are you in those photographs?

21   A.   At the hotel.

22            MR. SCHILLER:  I would like to publish 6b, 19 and 20.

23            MR. PEACOCK:  No objection.

24            THE COURT:  You may publish.

25
```

1   *BY MR. SCHILLER:*

2   Q.   This is 19 and 20, the actual photograph?

3   A.   Yes.

4   Q.   Read the date in the left-hand corner.

5   A.   March 25, 2009.

6   Q.   You said this was taken at a hotel?

7   A.   Yes.

8   Q.   Do you remember who took this photograph?

9   A.   I believe Maryann.

10  Q.   Maryann B?

11  A.   Yes.

12  Q.   And why was this taken?

13  A.   For posting pictures on Back Page.

14  Q.   Where did you get the clothes in that photograph?

15  A.   In an adult store.

16  Q.   Who took you shopping there?

17  A.   Nino.

18  Q.   When you went shopping with the Defendant, how did you pay?

19  A.   Cash.

20  Q.   Always in cash?

21  A.   Always in cash.

22  Q.   Remove the publication, please.

23       I want to show you 21 and 22 of the same exhibit.  Do you

24  see 21 with the data on top?

25  A.   Yes.

```
 1    Q.  What are we looking at there?

 2    A.  A picture of my school ID.

 3            MR. SCHILLER:  Permission to publish, please.

 4            MR. PEACOCK:  No objection.

 5            THE COURT:  You may publish.

 6    BY MR. SCHILLER:

 7    Q.  This is your school ID?

 8    A.  Yes.

 9    Q.  What is the year on the school ID that it says there?

10    A.  2004 to 2005.

11    Q.  You said earlier when we first met and we were first asking

12    you questions, you went to Norland Senior High School?

13    A.  Yes.

14    Q.  Is that your ID from Norland?

15    A.  No.

16    Q.  Where is that from?

17    A.  McFatter Technical.

18    Q.  When did you go there?

19    A.  I attempted to get my GED.

20    Q.  While you were with the Defendant?

21    A.  Yes.

22    Q.  What happened to that ID, do you happen to know?

23    A.  I have it.

24    Q.  You still do?

25    A.  I do.
```

```
1    Q.   Did you always have it?

2    A.   No.

3    Q.   What happened?

4    A.   It was with the rest of my ID's, Alston had them.

5    Q.   He had the rest of your ID's?

6    A.   Yes.

7    Q.   Like what?

8    A.   My birth certificate, driver's license, and my alien card,

9    my green card.

10   Q.   When you came into the United States?

11   A.   Yes.

12   Q.   We will talk about that a little later.

13        Remove publication, please.

14        Back in 2007, 2008, you were living with the Defendant in

15   Tamarac?

16   A.   Yes.

17   Q.   Performing prostitution acts for him?

18   A.   Yes.

19   Q.   Did you to go New York for a couple of days?

20   A.   I did.

21   Q.   How did that happen if you couldn't leave?

22   A.   I told Nino I had a client who wanted me to go to New York

23   with him.

24   Q.   And what was his reaction to that?

25   A.   He was fine with that.
```

```
1    Q.  Why?

2    A.  Because the client was paying.

3    Q.  Because the client was paying?

4    A.  Yes.

5    Q.  Did you actually have a client in New York?

6    A.  No.

7    Q.  What were you doing?

8    A.  I was taking money off on the side so I could hang out with

9    friends.

10   Q.  Why would you do that?

11   A.  I can't go anywhere.  I could not go anywhere with Nino not

12   paying.

13   Q.  Was this a risk?

14   A.  Yes.

15   Q.  Why?

16   A.  Who knows what would happen if he found out.

17   Q.  Did you come back a few days later?

18   A.  I did.

19   Q.  Why?

20   A.  I had to come back.  I had to come back.  He would find me

21   wherever I was.

22   Q.  Were you scared what would happened if he found you?

23   A.  Yes.

24   Q.  You said you were taking a little money off the top.  What

25   did you say about that?
```

1   A.   I would take a percentage -- if I made $500, I put a

2   hundred to the side.

3   Q.   From prostitution money?

4   A.   Yes.

5   Q.   How much money did you save up so you could go to New York

6   and try to get away?

7   A.   2,000 -- 2500.

8   Q.   And you came back a couple of days later?

9   A.   Yes.

10  Q.   Why did you go to New York; what was the point of that?

11  A.   I went to New York to see a friend.

12  Q.   Was any part of that trying to get away from Alston

13  Williams or no?

14  A.   Not necessarily to get away from Alston Williams, but to

15  have some sort of a regular life.

16      I knew that I wasn't going to get away from Alston

17  Williams.   I was trying to have a regular life.

18  Q.   Outside of the prostitution and outside of the beatings?

19  A.   Yes.

20  Q.   At some point when you were living with the Defendant, did

21  you try to enroll in nursing school?

22  A.   I did.

23  Q.   Whose idea was that?

24  A.   It was my idea.   I brought it to Alston Williams, and he

25  agreed.

1    Q.   Why?

2    A.   Because it was an opportunity to make more money.

3    Q.   Was this in substitution for any of the prostitution

4    activity?

5    A.   No.

6    Q.   Did you get a job as a caregiver?

7    A.   I did.

8    Q.   Did you complete the training or the schooling?

9    A.   I did.

10   Q.   And you got a job as a caregiver.  Did you get paid from

11   that?

12   A.   I did.

13   Q.   What happened to the money?

14   A.   It went to Alston Williams.

15   Q.   How?

16   A.   Two ways; he would come to pick the check up at the nursing

17   place where I was, or it would get direct deposited into my

18   account and Alston Williams had access to my card.

19   Q.   Did you have a Tropical Financial Bank account?

20   A.   I did.

21   Q.   Who set that up?

22   A.   I went to the bank with Alston.

23   Q.   Did you get a bank card?

24   A.   Yes.

25   Q.   Who had the bank card?

259

```
 1    A.   Alston.

 2    Q.   Who had access to the money in or out of that account?

 3    A.   Alston.

 4    Q.   Did you have any control of the money in there?

 5    A.   No.

 6    Q.   Other than the job at Walgreens and this caregiver job, did

 7    you have any other legal forms of employment?

 8    A.   While I was with Alston?

 9    Q.   Yes.

10    A.   No.

11    Q.   You mentioned some of the other girls who were in the

12    Tamarac house.  I would like to ask you questions about them.

13    All right?

14         First, I want to show you Government Exhibit 51ac.  It is

15    on the screen in front of you.

16         Do you know the girls in this photograph?

17    A.   Yes.

18    Q.   Did you live with them for a time, each one of them, at the

19    Defendant's residence?

20    A.   Yes.

21              MR. SCHILLER:  Judge, I would like to publish 51ac.

22              MR. PEACOCK:  No objection.

23              THE COURT:  Okay.

24    BY MR. SCHILLER:

25    Q.   Who is the girl on the left?
```

1    *A.*   DXXXX LXXXXX.

2    *Q.*   And the girl in the middle?

3    *A.*   Maryann B.

4    *Q.*   And the girl on the far right?

5    *A.*   DXXXXXX RXXXXXXXX.

6    *Q.*   Now, do you see the top where the pointer is?

7    *A.*   Yes.

8    *Q.*   And the image 040708 ma girlz, do you see that?

9    *A.*   I do.

10   *Q.*   Does that mean anything to you?

11   *A.*   Um-m-m --

12   *Q.*   Not necessarily the number, but the words after it?

13   *A.*   No.

14   *Q.*   All right.  How did Alston Williams refer to you and all

15   the other girls that were in the house?

16   *A.*   To me -- he never called me his girl.

17   *Q.*   What about the other three girls that you looked at in the

18   photograph?  Do you know of anything or no?

19   *A.*   No.

20   *Q.*   Okay.  For DXXXX, Maryann, and DXXXXXX, were all of these

21   girls engaging in prostitution at the direction of the

22   Defendant?

23   *A.*   Yes.

24   *Q.*   First, I want to talk to you about the girl in the middle,

25   Maryann B.

```
 1        If we could remove publication, please.

 2        When did you and the Defendant first meet Maryann B,

 3   approximately what year?

 4   A.   Could have been 2000 -- anywhere from 2006 or 2007.

 5   Q.   I would like to show you what is on the screen as

 6   Government Exhibit 51av.

 7        Do you recognize this photograph?

 8   A.   Yes.

 9   Q.   Who is it?

10   A.   Maryann B.

11           MR. SCHILLER:  Permission to publish, Judge.

12           MR. PEACOCK:  No objection.

13           THE COURT:  You may publish.

14   BY MR. SCHILLER:

15   Q.   Where is this photograph?

16   A.   That photograph was taken at a hotel.

17   Q.   Was this one of the hotels where the girls were engaging in

18   prostitution?

19   A.   Yes.

20   Q.   For this particular photograph, do you see at the top where

21   the pointer is, it says 040808 nia?

22   A.   Yes.

23   Q.   What is N-I-A?

24   A.   That is Maryann's working name.

25   Q.   Nia?
```

```
 1    A.   Yes.

 2    Q.   Thank you very much.

 3         How did you meet Maryann?

 4    A.   I met Maryann -- she just appeared at the house.

 5    Q.   And do you know how that happened?

 6    A.   I do.  Our next door neighbor she is related to.

 7    Q.   She is related to --

 8    A.   The next door neighbor.

 9    Q.   At the Tamarac house?

10    A.   Yes.

11    Q.   How did Maryann get to the house?

12    A.   Nino had a relationship with the next door neighbor.

13    Q.   Okay.

14    A.   And they spoke about bringing Maryann to the house because

15    she wanted to get away from the situation she was in.

16    Q.   All right.  Did Maryann begin to prostitute for Alston as

17    well?

18    A.   Yes.

19    Q.   As Maryann began engaging in the commercial sex acts for

20    Alston, did she take on additional roles for him when it came

21    to other girls?

22    A.   Yes.

23    Q.   Like what?

24    A.   She was recruiting.

25    Q.   What does that mean, recruiting?
```

263

1    *A.*   They would go out and she would basically approach a female

2    and get her to come home.

3    *Q.*   So, during those days, where was Maryann?

4    *A.*   Um-m-m, posted on Back Page and Craig's List.

5    *Q.*   Was she doing this at the hotels?

6    *A.*   Yes.  Yes.

7    *Q.*   I want to show you Government Exhibit 51ap.  Do you

8    recognize this photograph?

9    *A.*   I do.

10   *Q.*   Who is that?

11   *A.*   Maryann B.

12   *Q.*   Why was this photograph taken?

13   *A.*   It was taken to use as a picture for prostitution on one of

14   the websites.

15          *MR. SCHILLER:*  I would like to publish 51ap.

16          *THE COURT:*  Any objection?

17          *MR. PEACOCK:*  Just a minute, Judge.  I would like to

18   voir dire the witness.

19          *THE COURT:*  On this particular exhibit?

20          *MR. PEACOCK:*  Yes, ma'am.

21          *THE COURT:*  You may.

22                        **VOIR DIRE EXAMINATION**

23   *BY MR. PEACOCK*:

24   *Q.*   Ma'am, were you there when this picture was taken?

25   *A.*   I was not.

```
 1   Q.  So, you are not speaking from personal recollection?

 2   A.  I am.

 3   Q.  You are?

 4   A.  Yes.

 5   Q.  But you weren't there?

 6   A.  Correct.

 7   Q.  How does your personal recollection allow you to know why

 8   this picture was taken?

 9   A.  That picture was posted on one of the websites.

10   Q.  Do you know the picture was expressly taken for that

11   purpose?

12   A.  No.

13          MR. PEACOCK:  I think I would ask for the Government

14   to lay a different predicate for the relevance of this

15   photograph.

16          MR. SCHILLER:  I think that has already been done,

17   Judge.

18          THE COURT:  I will overrule the objection.

19          MR. SCHILLER:  Thank you.  Permission to publish.

20          THE COURT:  Yes.

21                   DIRECT EXAMINATION Continuing

22   BY MR. SCHILLER:

23   Q.  This is a naked photograph of Maryann B?

24   A.  Yes.

25   Q.  And this was used on the ads to solicit prostitution,
```

1  correct?

2  A.  Correct.

3  Q.  Thank you.

4     I want to show you Government Exhibit 51aw.  Is this also

5  MB?

6  A.  Yes.

7  Q.  Was this photograph also used for the same purposes?

8  A.  I have never seen that photograph on a website.

9  Q.  You haven't?

10  A.  No.

11  Q.  Do you know why this photograph was taken?

12  A.  No.

13  Q.  I want to show you Government Exhibit az -- 51az.

14     Do you recognize this photograph?

15  A.  Yes.

16  Q.  Who is this in the photograph?

17  A.  Maryann B.

18  Q.  And why was this taken?

19  A.  It was taken for one of the websites.

20  Q.  For one of the websites?

21  A.  Yes.

22        MR. SCHILLER:  Your Honor, permission to publish 51az.

23        MR. PEACOCK:  No objection.

24        THE COURT:  You may publish.

25

1   *BY MR. SCHILLER*:

2   Q.  In this photograph Maryann B is wearing underwear and a

3   bra?

4   A.  Yes.

5   Q.  And this was used on the Back Page ad?

6   A.  Yes.

7   Q.  I want to show you two more photographs in relation to

8   that, in relation to MB.  Showing you Government Exhibit 6b,

9   page seven.

10       Do you recognize that photograph?

11  A.  I do.

12  Q.  And on page eight, is that the same photograph?

13  A.  Yes.

14  Q.  Who is in that photograph?

15  A.  I am in the photograph and so is Maryann B.

16  Q.  When was this photograph taken?

17  A.  I can't really remember the date.

18  Q.  What was the point of it?

19  A.  I think we were just taking a picture.

20  Q.  Is this at a hotel where you were engaging in sex acts, or

21  do you know?  If you know.

22  A.  I can't remember the exact location where we took the

23  picture.

24  Q.  These are the two of you together?

25  A.  Yes.

1          MR. SCHILLER:  I move to publish 6b, pages seven and

2     eight.

3          MR. PEACOCK:  Objection, relevance.

4          THE COURT:  Response.

5          MR. SCHILLER:  This was taken at the time they were

6     both committing commercial sex acts with the Defendant.

7          THE COURT:  I will overrule the objection.

8     BY MR. SCHILLER:

9     Q.   This is the photograph?

10    A.   Correct.

11    Q.   Maryann B on the left and you on the right?

12    A.   Yes.

13    Q.   Thank you.  End publication.

14         I want to show you one other photograph in this series, and

15    that is Government Exhibit 6b, page nine and page ten.

16         This is for the same purpose the last one was.

17         Do you recognize that photograph?

18    A.   Yes.

19    Q.   Who is in that photograph?

20    A.   Maryann B, myself, and DXXXXXX RXXXXXXXX.

21    Q.   Showing you page ten, is that the actual photograph?

22    A.   Yes.

23         MR. SCHILLER:  Your Honor, permission to publish.

24         MR. PEACOCK:  Same thing, I don't think it is

25    relevant.

```
 1            THE COURT:  I'll overrule the objection to
 2   publication.
 3            MR. SCHILLER:  Thank you.
 4   BY MR. SCHILLER:
 5   Q.  This is page nine, the data?
 6   A.  Yes.
 7   Q.  And this is the photograph?
 8   A.  Yes.
 9   Q.  On the left, who is that?
10   A.  Me.
11   Q.  And the middle?
12   A.  Maryann B.
13   Q.  And the right?
14   A.  DXXXXXX RXXXXXXXX.
15   Q.  Do you know what hot mail is?
16   A.  No.
17   Q.  We saw a photograph of DXXXXXX RXXXXXXXX?
18   A.  Right.
19   Q.  Do you know DXXXXXX RXXXXXXXX?
20   A.  I do.
21            MR. SCHILLER:  I would like to publish Government
22   Exhibit 32, the birth certificate of DXXXXXX RXXXXXXXX.
23            MR. PEACOCK:  It is in evidence.  I don't know what it
24   has to do with this witness.
25            THE COURT:  Okay.
```

 1              *MR. SCHILLER:*  Permission to publish.

 2              *THE COURT:*  You may publish.

 3              *MR. SCHILLER:*  Thank you.

 4    *BY MR. SCHILLER:*

 5    *Q.*  This is a business record of DXXXXXX RXXXXXXXX's birth

 6    certificate.  What is the date of birth?

 7    *A.*  XXXX XX, XXXX.

 8    *Q.*  XXXX XX, XXXX; is that right?

 9    *A.*  Yes.

10    *Q.*  Thank you very much.  We can end publication.

11        I want to show you Government Exhibit 51b.

12        Who is that in that photograph?

13    *A.*  That is DXXXXXX RXXXXXXXX.

14              *MR. SCHILLER:*  Permission to publish.

15              *MR. PEACOCK:*  No objection.

16    *BY MR. SCHILLER:*

17    *Q.*  That is DXXXXXX RXXXXXXXX?

18    *A.*  Yes.

19    *Q.*  Do you see the top where it has a whole bunch of numbers

20    together?

21    *A.*  Sure.

22    *Q.*  Could you read the first six digits?

23    *A.*  040508.

24    *Q.*  040508.  Thank you very much.

25        End publication.

270

1        Did Ms. RXXXXXXXX also engage in commercial sex acts for

2   the Defendant, Alston Williams?

3   A.   Yes.

4   Q.   I want to show you a couple other photos of Ms. RXXXXXXXX.

5        Government Exhibit 51ad, is this Ms. RXXXXXXXX?

6   A.   Yes.

7            MR. SCHILLER:  Permission to publish, your Honor.

8            THE COURT:  Which exhibit?

9            MR. SCHILLER:  51ad.

10           MR. PEACOCK:  No objection.

11           THE COURT:  You may publish.

12  BY MR. SCHILLER:

13  Q.   Could you tell us what is going on in this photograph?

14  A.   She is at a hotel and posing --

15           MR. PEACOCK:  I object to speculation, your Honor.

16           MR. SCHILLER:  Let me lay a foundation.

17  BY MR. SCHILLER

18  Q.   It seems as -- do you know if this photograph was used in

19  ads at all, Ms. LXX?

20  A.   No, I don't know.

21  Q.   You don't know.  This is indicative --

22           MR. PEACOCK:  Objection, leading.

23           THE COURT:  Rephrase.

24  BY MR. SCHILLER:

25  Q.   Is this indicative of the hotels where you girls were

Pauline A. Stipes, Official Federal Reporter

1    prostituting from for Alston Williams?

2    A.  Yes.

3    Q.  Thank you.  End publication.

4        I would like to show you Government Exhibit al.

5        That is also Ms. RXXXXXXXX at a similar hotel?

6    A.  Yes.

7            MR. SCHILLER:  Permission to publish.

8            MR. PEACOCK:  No objection.

9            THE COURT:  You may publish.

10           MR. SCHILLER:  Thank you very much.  End publication.

11   BY MR. SCHILLER:

12   Q.  Government 51ax, is that also Ms. RXXXXXXXX?

13   A.  Yes.

14           MR. SCHILLER:  Permission to publish.

15           MR. PEACOCK:  No objection.

16           THE COURT:  You may publish.

17   BY MR. SCHILLER:

18   Q.  Do you know why this photograph was taken?

19   A.  I am not -- for an ad on Back Page.

20           MR. PEACOCK:  I couldn't tell whether that was an

21   answer or the question back.

22           THE WITNESS:  It was taken for an ad on Back Page.

23   BY MR. SCHILLER:

24   Q.  You know that?

25   A.  Yes.

1    Q.  Did you see it posted?

2    A.  Yes.

3    Q.  Thank you.

4        In this photograph Ms. RXXXXXXXX is wearing underwear and a

5    tank top?

6    A.  Yes.

7    Q.  End publication, please.

8        I want to show you Government Exhibit 51ay.  Who is in this

9    photograph?

10   A.  Maryann B and DXXXXXX RXXXXXXXX.

11           MR. PEACOCK:  No objection.

12   BY MR. SCHILLER:

13   Q.  That is Maryann B and DXXXXXX RXXXXXXXX?

14   A.  Yes.

15   Q.  That is in a hotel as well?

16   A.  Yes.

17   Q.  I want to show you two more photographs.  I am showing you

18   Government Exhibit 6b, pages 23 and 24.  Do you see that?

19   A.  Yes.

20   Q.  Who is that a photograph of?

21   A.  DXXXXXX RXXXXXXXX.

22           MR. SCHILLER:  Permission to publish.

23           MR. PEACOCK:  No objection.

24           THE COURT:  You may publish.

25

 1   *BY MR. SCHILLER:*

 2   *Q.*  First we have the small photo with the data, and what is

 3   the date marked on that photograph?

 4   *A.*  6/13/2008.

 5   *Q.*  June 13, 2008?

 6   *A.*  Yes.

 7   *Q.*  Thank you.  Remove publication.

 8       One last photograph in that set.  I would like to show you

 9   Government Exhibit 6b, page five.

10       Do you recognize that photograph?

11   *A.*  That picture, no.

12   *Q.*  I'm sorry?

13   *A.*  The person in the picture?

14   *Q.*  Yes.

15   *A.*  Yes.  DXXXXXX RXXXXXXXX.

16   *Q.*  Do you know why this photograph was taken?

17   *A.*  No.

18   *Q.*  That is DXXXXXX RXXXXXXXX in that photograph?

19   *A.*  Yes.

20   *Q.*  Thank you.

21       Can you tell us how DXXXXXX RXXXXXXXX came to the Tamarac

22   house where she began engaging in prostitution for the

23   Defendant?

24   *A.*  Sure.  I was at --

25           *MR. PEACOCK:*  Objection, your Honor, A, based on

1    hearsay; and B, it seems like it is beyond the scope of her

2    knowledge.  It is speculating as to Ms. RXXXXXXXX's reasons.

3            *MR. SCHILLER:*  I will rephrase the question.

4            *THE COURT:*  Okay.

5    *BY MR. SCHILLER:*

6    *Q.*  When was the first time you interacted with DXXXXXX

7    RXXXXXXXX?  When did you meet her?

8    *A.*  She came to the hotel where I was staying with Alston

9    Williams and Maryann B.

10   *Q.*  Was DXXXX LXXXXX there as well?

11   *A.*  Yes.

12   *Q.*  Was this a Red Roof Inn?

13   *A.*  Yes.

14   *Q.*  Was that in Broward County?

15   *A.*  Yes.

16   *Q.*  At that point, did Alston Williams introduce you to DXXXXXX

17   RXXXXXXXX?

18   *A.*  Yes.

19   *Q.*  When she got to the hotel?

20   *A.*  Yes.

21   *Q.*  From that point on, did DXXXXXX RXXXXXXXX begin to live

22   with you girls, whether at the Tamarac house or hotels?

23   *A.*  Yes.

24   *Q.*  Did she engage in sex acts for the Defendant?

25   *A.*  Yes.

Pauline A. Stipes, Official Federal Reporter

1    Q.   In 2008, after DXXXXXX RXXXXXXXX had gotten there, are you

2    aware that she and the Defendant got arrested in Broward

3    County?

4    A.   Yes.

5    Q.   Where were you when that happened?

6    A.   I was in a hotel.

7    Q.   Where?

8    A.   In Tamarac.

9    Q.   Were you with them in the hotel where they got arrested?

10   A.   No.

11   Q.   But you were in another hotel with clients?

12   A.   Yes.

13   Q.   Did you know that before the arrest they were going to a

14   prostitution appointment?

15   A.   Yes.

16   Q.   Did they come back?

17   A.   No.

18   Q.   When was the next time you spoke to the Defendant?

19   A.   Um-m-m, the next morning.

20   Q.   And did you talk to him on the phone or in person?

21   A.   On the phone.

22   Q.   Did he tell you about anything that happened in your

23   absence?

24   A.   He told me he was arrested and DXXXXXX was also arrested at

25   the hotel where they went to meet a client for prostitution.

```
 1    He told me he was on the phone with his --
 2              MR. PEACOCK:  Objection, that is not responsive.
 3              MR. SCHILLER:  I asked her what the Defendant told
 4    her.  She is still doing that.
 5    BY MR. SCHILLER:
 6    Q.  You said he was on the phone with his dad?
 7    A.  And DXXXXXX called -- and DXXXXXX called and said the
 8    client only had $160, was that okay?  And he said yes.
 9    Q.  That is what he told you, and he got arrested?
10    A.  Yes.
11    Q.  You indicated earlier when you got to live with Alston and
12    begin prostituting -- I may not have asked you this.
13        You said you had ID's, a Social Security card, birth
14    certificate, your green card, things like that?
15    A.  Yes.
16    Q.  Did you voluntarily give those to the Defendant or did he
17    take them?
18    A.  He took them.
19    Q.  Did he do it with all of the girls in the house?
20    A.  Yes.
21    Q.  Did he do it with DXXXXXX RXXXXXXXX?
22    A.  Yes.
23    Q.  Did he do that when he met her?
24    A.  Yes.
25    Q.  How old was she when he met her?
```

1  *A.*  I am not sure.  I know he did take her ID.

2  *Q.*  Do you know when DXXXXXX RXXXXXXXX ceased engaging in

3  prostitution acts for the Defendant?

4  *A.*  No, I can't tell you the date that she stopped.

5  *Q.*  The approximate year, do you know?

6  *A.*  Um—m—m, it could have been 2015, 2014.

7  *Q.*  You stopped in the fall of 2014, correct?

8  *A.*  Correct.

9  *Q.*  Was she still prostituting after you left?

10  *A.*  She was still there, yes.

11  *Q.*  Okay.  Let's talk about DXXXX LXXXXX.  I would like to show

12  you one photograph.

13       *MR. SCHILLER:*  Permission to publish Exhibit 6b, pages

14  13 and 14.

15           *THE COURT:*  Any objection?

16       *MR. PEACOCK:*  I would ask the relevance be established

17  before it is published.

18       *MR. SCHILLER:*  Same relevance as before, these girls

19  were together at the time the witness says they were

20  prostituting for the Defendant.

21       *MR. PEACOCK:*  This witness is not in the picture,

22  Judge.

23           *THE COURT:*  You can ask the witness a question

24  relating to the picture before it is published to establish her

25  knowledge.

278

```
 1   BY MR. SCHILLER:
 2   Q.  Do you know the girls in this photograph?
 3   A.  I do.
 4   Q.  Who are they?
 5   A.  DXXXX LXXXXX and DXXXXXX RXXXXXXXX.
 6   Q.  Was this taken during the time they were living in the
 7   Tamarac residence?
 8   A.  Yes.
 9   Q.  And prostituting for the Defendant, Alston Williams?
10   A.  Yes.
11           MR. SCHILLER:  Permission to publish.
12           THE COURT:  Yes.
13   BY MR. SCHILLER:
14   Q.  On the left is DXXXX LXXXXX and on the right is DXXXXXX
15   RXXXXXXXX?
16   A.  Yes.
17   Q.  From what you told us, it was you, Maryann, and DXXXXXX,
18   and then DXXXX?
19   A.  Um-m-m, it was me, Maryann, DXXXX, and then DXXXXXX.
20   Q.  DXXXX and then DXXXXXX.  Did DXXXX and Maryann know each
21   other?
22   A.  Yes.
23   Q.  How?
24   A.  They went to the same high school.
25   Q.  While DXXXX was living in the Tamarac house, was she also
```

1    prostituting for the Defendant?

2    A.  Yes.

3    Q.  Did you ever witness Alston violent towards those other

4    girls?

5    A.  No.

6    Q.  You didn't.

7         Did you ever notice anything about them that showed you

8    they had any injuries?

9    A.  They were always bruised up.

10   Q.  Always bruised up.  If the defendant -- would the Defendant

11   get angry at the other girls, Maryann, DXXXX, and DXXXXXX?

12   A.  Yes.

13   Q.  And would they -- what would happen after those arguments

14   when he would get angry with them?

15   A.  It is mostly, mostly mental, you know, telling them about

16   themselves, mental stuff.

17   Q.  Putting them down?

18   A.  Right.

19   Q.  Would he leave with the girls from your presence and go

20   somewhere else?

21   A.  Yes, one person --

22           MR. PEACOCK:  Objection, leading.

23           THE COURT:  Sustained.

24           THE WITNESS:  One person --

25

Pauline A. Stipes, Official Federal Reporter

1   *BY MR. SCHILLER:*

2   *Q.*  Let me ask you a question.

3       Were there any instances after an argument where the

4   Defendant or any of the girls left?

5           *MR. PEACOCK:*  It is leading.

6           *MR. SCHILLER:*  It is not leading, it is a yes or no

7   question.  I'm not giving her the answer.

8           *THE COURT:*  Overruled.

9           *THE WITNESS:*  Yes.

10  *BY MR. SCHILLER:*

11  *Q.*  Would you tell us about that incident?

12  *A.*  There was always an incident with that, an argument over

13  the phone with him and one of them, and he will come and get

14  that person, or he would be on the way to get that person --

15          *MR. PEACOCK:*  Objection, that is nonresponsive to the

16  question, your Honor.  We are not talking about some vague

17  instance, it was a specific question.

18          *THE COURT:*  Overruled.  I will allow the witness to

19  complete her answer.

20  *BY MR. SCHILLER:*

21  *Q.*  Go ahead.

22  *A.*  There was times when he is on the way and the argument is

23  on the phone, and as far as physically, Mr. Williams here and

24  the girl here arguing and going together, no.

25      It is mostly over the phone.  Over the phone.

```
 1    Q.   Okay.  And was DXXXX LXXXXX prostituted as well by Alston
 2    Williams?
 3    A.   Yes.
 4    Q.   Also through the ads and the agency?
 5    A.   Yes.
 6    Q.   I asked you about that.
 7         Did you hear communication between the Defendant and
 8    DXXXXXX RXXXXXXXX where he was putting her down?
 9    A.   Yes.
10    Q.   Was there anything specific involving her family he was
11    using?
12    A.   This is what he would always go to, she is going to die of
13    AIDS like her mother, her daddy is with her wherever she is
14    from.
15    Q.   When you -- would he say this one time or multiple times?
16    A.   Multiple times, that is his go-to thing.
17    Q.   When he spoke to DXXXX or DXXXXXX or Maryann B, would he
18    talk to them and put them down?
19    A.   Yes.
20    Q.   Based on what he did to you and the other girls, why was he
21    doing this?
22    A.   For me personally, I think he is addicted to money and also
23    addicted to power.  He wants to know that he is in control of
24    everything, in control of the way you eat, the way you sleep,
25    basically your entire being.
```

1   *Q.*  Over time, did Alston Williams communicate to you about the

2   prostitution of the other girls even after you left the house?

3   *A.*  I am sorry, repeat that.

4   *Q.*  Let me first show you Government Exhibit 5bf.  This is a

5   WhatsApp message extracted from one of the telephones.

6       Do you see the number, the second number on there, TXXXX

7   LXX number 1?

8   *A.*  Right.

9   *Q.*  Was that your phone number?

10  *A.*  Yes.

11  *Q.*  Okay.  Did you use WhatsApp to communicate with the

12  Defendant?

13  *A.*  Yes.

14  *Q.*  I want to direct your attention to page 92 of that exhibit.

15      Do you see the bottom of 92 and on to 93, the highlighted

16  portion?

17  *A.*  Yes.

18  *Q.*  Okay.

19          *MR. SCHILLER:*  Your Honor, permission to publish.

20          *THE COURT:*  Any objection?

21          *MR. PEACOCK:*  Your Honor, I do object to the

22  highlight.

23          *MR. SCHILLER:*  We added the highlighting so it would

24  be easier for the jurors to see and the Court.

25          *MR. PEACOCK:*  I am sure they did, but I object to it.

 1          THE COURT:  Are they going back to the jury with the

 2    highlighting?

 3          MR. SCHILLER:  They do have highlighting.  If we need

 4    to remove that, we will do that.

 5          THE COURT:  You can explain that is something you put

 6    on.

 7          MR. SCHILLER:  Wherever there is highlighting in any

 8    of the text messages, we did it to be easy to reference the

 9    material in direct and cross-examination.

10          THE COURT:  Okay.

11    BY MR. SCHILLER:

12    Q.  This is a WhatsApp message on May 21, 2016.  Do you see

13    this?

14    A.  Yes.

15    Q.  Do you see that photograph?

16    A.  Yes.

17    Q.  Who sent you that photograph?

18    A.  Nino did.

19    Q.  I want to go away from that for a second, and I want to

20    show you Government Exhibit 1i, just a blowup of that same

21    photograph.

22          MR. SCHILLER:  Permission to publish 1i.

23          THE COURT:  Same photograph?

24          MR. SCHILLER:  Same photograph.

25          THE COURT:  You may publish.

1    *BY MR. SCHILLER:*

2    Q.  Is that the photograph?

3    A.  Yes.

4    Q.  Who is in that photograph, do you know?

5    A.  RXXXXXX CXX.

6    Q.  Were you ever living with RXXXXXX CXX while under the

7    direction of Alston Williams?

8    A.  No.

9    Q.  Going back to Government Exhibit 5bf, that photograph is

10   sent from Alston Williams to you?

11   A.  Yes.

12   Q.  And then, did you respond, "U just took that?"

13   A.  I did.

14   Q.  And did he text you, "Yes.  I'm bad?"

15   A.  Ye.

16   Q.  And did you respond, "LOL.  Wa him doin?"

17   A.  Yes.

18   Q.  What is LOL?

19   A.  Laugh out loud.

20   Q.  By asking him "wa him doin," what are you asking?

21   A.  I am asking him what is he doing.

22   Q.  In the photograph we just looked at, besides RXXXXXX CXX

23   standing up, did you see another individual by the car?

24   A.  Yes.

25   Q.  Did it appear to be a male?

285

```
 1    A.  Yes.

 2    Q.  Did Alston respond to you, "Getting the package?"  Did you

 3    respond with dollar signs?  And did he respond, "Haha.

 4    Something to get that?"

 5    A.  Yes.

 6    Q.  Did you know what this was in reference to?

 7    A.  Yes.

 8    Q.  Tell us, please.

 9    A.  A few days before the text message, Alston Williams texted

10    me and said he had a plan how to get rich, he planned to tell

11    me he was blackmailing someone --

12         MR. PEACOCK:  Objection, Your Honor.  I don't know

13    where we are going with this, but I would request a sidebar.

14         THE COURT:  Okay, why don't we -- we have been in here

15    since 3:30.  Why don't we take a break -- how much longer do

16    you have on your direct examination?

17         MR. SCHILLER:  Probably about 30 minutes.

18         THE COURT:  We will take a 15 minute recess, and we'll

19    resume, with the same instructions.  So, we will be back at

20    5:20, reminding the jury not to discuss the case with anyone,

21    not to do any research.

22         And I want to remind you that you are to remain under

23    oath and do not discuss your testimony with anyone while we go

24    into a 15-minute break.

25         (Thereupon, the jury leaves the courtroom.)
```

```
 1              THE COURT:  Okay.  Do you want to proffer and ask the

 2   witness so we see what her testimony will be?

 3              MR. PEACOCK:  Could we talk outside the presence of

 4   the witness?

 5              THE COURT:  I didn't know if we were going to proffer

 6   the testimony.

 7              MR. SCHILLER:  All the witness is going to testify

 8   to -- you want me to ask the witness?

 9              THE COURT:  Yes.  Ask the question that you were in

10   the middle of asking and there was an objection to.

11   BY MR. SCHILLER:

12   Q.  Ms. LXX, do you know the background behind that photograph

13   and conversation?

14              THE COURT:  Ms. LXX, pull the microphone closer to

15   you.

16              THE WITNESS:  Mr. Williams texted me a few days before

17   this message and he said he had a plan how to get rich.  He

18   told me he was blackmailing someone who had lots of money and

19   owned gyms.

20   BY MR. SCHILLER:

21   Q.  And owned a gym?

22   A.  Yes.

23              MR. SCHILLER:  That is all the witness will testify

24   about.  The other witnesses will testify -- I won't say it --

25   more specifics about that incident.  It was used by the
```

1    Defendant to exert another method of power, control, and

2    coercion, to put fear into that other witness that he could use

3    things, including this blackmail operation, to coerce the girls

4    and scare the girls, so if they ever left him or did anything,

5    he would have evidence on them like he was doing in this

6    particular incident with the gym owner that Ms. LXX discussed.

7             THE COURT:  And who is the other witness who you will

8    elicit the testimony from?

9             MR. SCHILLER:  Ms. CXX .  There was a video captured

10   as well as text message screen shots detailing the conversation

11   with the individual Ms. LXX is speaking about right now.

12            THE COURT:  Response.

13            MR. PEACOCK:  This is 404(b), it is not inextricably

14   intertwined.  This is not anything the Government put in the

15   404(b) notice.  We didn't have an opportunity to respond.  Now

16   this witness blurted out the serious charge of blackmail.  I

17   would move for a mistrial at this point.  That has nothing to

18   do with what we are here on whatsoever.

19            As I understand this, there is an allegation about

20   some individual using drugs.  I don't know anything about any

21   blackmail.

22            I do know there was a video of some independent

23   individual using drugs which Ms. CXX had on her phone.  That is

24   not part of what we are on here in this trial.

25            THE COURT:  Okay.  Any further response from the

```
 1    Government?
 2            MR. SCHILLER:  No.  To go back to what I said before,
 3    it is part and parcel of the control over the girls by
 4    coercion, by showing them that he can do this to an individual
 5    not related to them in their house.  Ms. CXX will testify about
 6    how they made her feel in the continued activities.
 7            THE COURT:  And Ms. CXX will be testifying?
 8            MR. SCHILLER:  Yes.
 9            MR. PEACOCK:  Could we get a date on this?
10            THE COURT:  Here is what we are going to do.  I think,
11    so that I can consider it in full and so the Defense has an
12    opportunity, as with the other proffer we went through, I will
13    sustain the objection as relates to eliciting the testimony
14    through this witness.
15            You have another witness with whom you could get the
16    testimony, and I will have you prepare, similar to what you did
17    with the witness on the one matter you did the briefing, I will
18    have you do that with Ms. CXX, and give the Defendant an
19    opportunity to respond, and they can put that forth before the
20    witness testifies.
21            It sounds like that witness has more knowledge of the
22    situation, and if the Court ultimately overrules the objection,
23    you can bring it in through that witness.
24            MR. SCHILLER:  This witness heard it from the
25    Defendant himself, that is what she was testifying to.
```

```
 1          THE COURT:  What will the other witness testify to?
 2          MR. SCHILLER:  She was the one who made the video
 3   recording.  I don't know how much you want me to go into with
 4   the witness on the stand.
 5          THE COURT:  Why don't we take a break.  I do not want
 6   a new matter to come up at 5:10.  Can you get it in through the
 7   other witness?
 8          MR. SCHILLER:  I can.
 9          THE COURT:  That would be the better approach.
10          It is late in the day.  We tried to cover all
11   potentially objectionable materials so there is a thoughtful
12   ruling.  This one is coming late and Defense hasn't had the
13   opportunity to consider or fully respond like the Court has
14   given Defense with each and every other type of 404(b).
15          The motion for mistrial is denied, however, if Defense
16   requests a curative instruction, I ask you to put it together,
17   show the Government over the break, and let me know if there is
18   a joint agreement.  If there is not, Defense can request a
19   curative instruction when we come back with the jury.
20          MR. PEACOCK:  Yes, ma'am.
21          THE COURT:  All right.  We will be in recess until
22   5:20.
23       (Thereupon, a short recess was taken.)
24          THE COURT:  Okay.  Did the Defense want a curative
25   instruction in light of what was said when we took a break?
```

```
 1              MR. PEACOCK:  Yes, Defense requests that you strike
 2       the comment --
 3              THE COURT:  What exactly do you want me to say?
 4       Strike the comment -- do you want me to repeat the comment?
 5              MR. PEACOCK:  No.
 6              THE COURT:  Please ignore the last statement by the
 7       witness?
 8              MR. PEACOCK:  Disregard the last statement by the
 9       witness.
10              THE COURT:  Please dis regard --
11              MR. PEACOCK:  And that comment is stricken from the
12       record.
13              MR. SCHILLER:  Judge, am I correct that the Court is
14       saying that is inadmissible, or the Court --
15              THE COURT:  Let's take it one step at a time.
16              What is the Government's objection to the curative
17       instruction?
18              MR. SCHILLER:  If you do not want me to go into it
19       further with this witness, we will move on.  I don't think a
20       curative instruction is needed.  The Court is overruling the
21       motion for mistrial, and if we are going to debate the issue of
22       a proffer the Government will present so that it can come up
23       through Ms. CXX either tomorrow or the next day -- Thursday or
24       Friday, then giving a curative instruction to disregard is
25       saying that evidence is no good.
```

1          *THE COURT:*  At this time I am not satisfied that it is

2     admissible, the Court hasn't had a chance to consider it.  In

3     the event the Court doesn't allow it, I want to make sure the

4     Defense has been protected with any curative, and to the extent

5     that the Court ultimately decides it has a relevancy and

6     overrules the objection insofar as coming in through another

7     witness, it will come in at that time.  And the Court would not

8     find there would be any prejudice to the Government because you

9     ultimately would be able to get it in.

10          At this point, for the reasons the Court stated and it

11    hasn't been provided in advance, the Court hasn't had a chance

12    to consider it, there is another witness through whom the

13    evidence can come in, I am going to read the requested curative

14    instruction the Defense requested over objection of the

15    Government.

16          The Government may submit a written proffer.  If you

17    want to call Ms. CXX on Thursday, get the proffer to the Court

18    as soon as possible.

19          *MR. SCHILLER:*  I will do it tonight.

20          *THE COURT:*  I will say to the Defense, if it is going

21    to come in no later than midnight today, no later than

22    Wednesday if there's an objection to it so the Court has a

23    chance to consider both positions if Ms. CXX is called in on

24    Thursday, and we will do it in the methodical way we have done

25    all 404(b) evidence.

```
 1              Bring the jury in.  And, Ms. LXX, there will not be
 2      any questions on that topic.
 3              You think you have a half hour, until 6:00?
 4              MR. SCHILLER:  I will try to speed through things.
 5              THE COURT:  What is Defense thinking about cross?
 6              MR. SCHILLER:  We told her there might be a chance she
 7      comes back the next day.
 8              MR. PEACOCK:  I think it would be more than an hour.
 9              THE COURT:  Let's bring our jury in and see how you
10      can do with going through direct.
11              MR. SCHILLER:  That is fine.
12              THE COURT:  Okay.
13              (Thereupon, the jury returned to the courtroom).
14              THE COURT:  Welcome back.  The Government will
15      continue with the witness.
16              I want the jury to know, right before we took our
17      break, disregard the last statement made by the witness, and
18      that comment is stricken from the record.
19              You may proceed.
20      BY MR. SCHILLER:
21      Q.  I would like to show you Government Exhibit 5be.  This is a
22      WhatsApp exchange with the Defendant and you?
23      A.  Yes.
24      Q.  Are you communicating with the Defendant in these
25      exchanges?
```

Pauline A. Stipes, Official Federal Reporter

1   A.   Yes.

2   Q.   Did you send him a series of photos, and he is responding

3   to that?

4   A.   Yes.

5        MR. SCHILLER:   Your Honor, the Government wishes to

6   publish page two of 5be.

7        MR. PEACOCK:   I object to the highlighting if it is in

8   the ultimate exhibit.

9        THE COURT:   The objection to the highlighting is

10  noted.  Ladies and gentlemen, those highlights were made by the

11  Government, so it is for ease of viewing some of the messages,

12  they were not part of the original document, and we will take

13  up later in terms of the evidence that goes back to the jury

14  how to handle the highlighting.

15       For now, that is all the Government has, so I will

16  permit the highlighting for publication purposes.

17  BY MR. SCHILLER:

18  Q.   Ms. LXX, did you send these photographs to the Defendant

19  through WhatsApp?

20  A.   Yes.

21  Q.   What is the photograph of?

22  A.   Of me.

23  Q.   And the second photograph?

24  A.   Also a picture of me.

25  Q.   Were these photographs taken in 2016?

1    A.   No.

2    Q.   Were these older photographs?

3    A.   They were.

4    Q.   Did you send them to the Defendant?

5    A.   Yes.

6    Q.   Did he respond, "Years back?"

7    A.   Yes.

8    Q.   Did you respond back to him, "I ms my body, working on

9    heyyin bk right?"

10   A.   Yes.

11   Q.   Could you explain that?

12   A.   It was supposed to be getting back right.

13   Q.   As to getting your body back?

14   A.   Right.

15   Q.   Were these used during the course of your prostitution

16   under the Defendant?

17   A.   Yes.

18   Q.   Now you are showing them to him to show what your body

19   looked like?

20   A.   Correct.

21   Q.   Now, Ms. LXX, over the course -- Ms. LXX, are you okay?

22   A.   I am.

23   Q.   Okay.  In the course of your text exchanges with the

24   Defendant, were some of those exchanges, for lack of a better

25   term, not threatening, not harmful, just regular conversation

```
1    back and forth between the two of you?

2    A.   That is correct.

3    Q.   Was there a lot of text communication like that?

4    A.   Yes.

5    Q.   Over the years?

6    A.   Yes.

7    Q.   All right.

8         Did the Defendant ever call himself a pimp?

9    A.   Yes.

10   Q.   He used that word?

11   A.   Yes.

12   Q.   And did he have an abbreviation for it?

13   A.   The word that he used was pimp called set back, and the

14   abbreviation is PI.

15   Q.   A PI?

16   A.   Yes.

17   Q.   You mentioned the money you gave him he would store in the

18   Tamarac house?

19   A.   Yes.

20   Q.   What else would he store in the safe besides money?

21   A.   Personal items that belonged to me, pictures, his personal

22   items.

23   Q.   Personal items of the other girls as well?

24   A.   Personal items of the girls as well.

25   Q.   For you, birth certificate, Social Security card, green
```

```
1    card.  Did he have those items in there for the other girls as
2    well?
3    A.  Yes.
4    Q.  I may have asked you earlier, did he take the items from
5    the girls when they first got into the house?
6    A.  Yes.
7    Q.  Is that with all of them?
8    A.  Yes.
9    Q.  Including DXXXXXX RXXXXXXXX?
10   A.  Yes.
11   Q.  You mentioned earlier that during the first week of posting
12   ads online some of the clients were coming to the Tamarac
13   house; is that right?
14   A.  That is correct.
15   Q.  Other than that week, did the Defendant interact with the
16   clients when either you girls were going on dates to hotels or
17   the clients were coming to you or anything like that?
18   A.  You mean as far as did he open the door for the clients?
19   Q.  Even having conversations with any of the clients?
20   A.  Yes.
21   Q.  Was there one in particular?
22   A.  Dwight Miller.
23   Q.  Is that the gentleman who bought you the car?
24   A.  Yes.
25   Q.  Generally, would he keep his distance from the clients?
```

```
1    A.   Yes.

2    Q.   During the time you were engaging in commercial sex acts

3    with the Defendant, was he working?

4    A.   No.

5    Q.   Did he ever have a job during the time you knew him?

6    A.   One.

7    Q.   One?

8    A.   Yes.

9    Q.   What was that?

10   A.   Working at a box cutting factory.

11   Q.   A box cutting factory?

12   A.   Yes.

13   Q.   How long did he have that job?

14   A.   Two months, maybe.

15   Q.   Other than that, he never had any other employment that you

16   know of?

17   A.   No.

18   Q.   You mentioned the Defendant had a nickname, Nino?

19   A.   That is right.

20   Q.   Did he have any other names you knew him as?

21   A.   No.

22   Q.   I want to touch on a couple of other areas before we finish

23   your testimony.  Okay?

24   A.   That is okay.

25   Q.   Do you remember in 2006, you went to the Bahamas?
```

1   A.   Yes.

2   Q.   Could you tell the ladies and gentlemen of the jury about

3   that incident?

4   A.   Through the agency I met a girl who was taking cocaine from

5   the Bahamas to Fort Lauderdale, and she told me about how

6   everything worked.   I explained it to Nino, and he thought it

7   was a good idea for me to get with the girl and see how it

8   worked.

9   Q.   Why was that?

10  A.   Because it would be more money in a shorter period of time

11  coming in.

12  Q.   Was Nino going to travel with you?

13  A.   No.

14  Q.   And was Nino going to help you in any way during this?

15  A.   No.

16  Q.   So, did you go to the Bahamas?

17  A.   I did.

18  Q.   Did you to go traffic the drugs or did you go to learn?

19  A.   I went to learn.

20  Q.   What happened when you got there?

21  A.   When I got there, I was pressured into being the person

22  that takes it over.

23  Q.   Say that one more time.

24  A.   I was pressured into being the person to take it over at

25  that point.

```
 1    Q.   Was cocaine put on your body?

 2    A.   Yes.

 3    Q.   Where?

 4    A.   On my thighs.

 5    Q.   How did you get over to the Bahamas?

 6    A.   A cruise.

 7    Q.   Like one of the day cruises?

 8    A.   Right.

 9    Q.   How were you going to come back from the Bahamas?

10    A.   I was supposed to come back on the cruise.

11    Q.   What happened when you went to the port to get on the boat?

12    A.   I was stopped at the check.

13    Q.   Did they search you?

14    A.   They did.

15    Q.   Did they find the drugs?

16    A.   Yes.

17    Q.   Were you arrested?

18    A.   Yes.

19    Q.   After you were arrested, did you reach out to the

20    Defendant?

21    A.   Yes.

22    Q.   What did you ask of him?

23    A.   I told him what happened and I needed money for bail.

24    Q.   Did he post the bail?

25    A.   Yes.
```

```
 1    Q.  How much was it?

 2    A.  $5,000.

 3    Q.  Was it paid by the Defendant in cash?

 4    A.  Yes.

 5    Q.  Did you bond out?

 6    A.  Yes.

 7    Q.  Did you get back to the United States?

 8    A.  I did.

 9    Q.  When you got back here, were you just allowed in?

10    A.  Yes.

11    Q.  You said you were originally born in Jamaica; is that

12    right?

13    A.  That is correct.

14    Q.  Were you an American citizen?

15    A.  No.

16    Q.  You had a green card to be here?

17    A.  Yes.

18    Q.  When you came back into the United States, were you allowed

19    back in or were you paroled in?

20    A.  I was paroled in.

21    Q.  What does that mean?

22    A.  They let go me in temporarily, and some other stuff I had

23    to go through to get my status back.

24    Q.  Did you make the Defendant aware of this situation?

25    A.  Yes.
```

1  Q.  He knew that?

2  A.  Yes.

3  Q.  When you got back to the United States, did you go to

4  Alston's residence?

5  A.  Yes.

6  Q.  Did you go back to prostituting that same day?

7  A.  Yes.

8  Q.  Did you feel like you owed the Defendant anything after

9  this incident?

10  A.  I did.

11  Q.  What do you mean?

12  A.  As far as him bonding me out from another country, I felt

13  like I was indebted to him for that as well.

14  Q.  And this is back in 2006?

15  A.  Yes.

16  Q.  And you continued to do the commercial sex acts for the

17  Defendant all the way through 2014?

18  A.  Yes.

19  Q.  You told us earlier you went to New York for a couple of

20  days to visit a friend and told the Defendant it was for a

21  client?

22  A.  Right.

23  Q.  Did you go to New York a second time for a longer period?

24  A.  I did.

25  Q.  When was that?

1    *A.*   2008, 2009.

2    *Q.*   Okay.  Why did you go to New York?

3    *A.*   I went to basically attempt to get away.

4    *Q.*   Tell the jury how that worked.  How did you do that?

5    *A.*   Well, I had the apartment on Sunrise Boulevard from a

6    client that he knew about.  One evening he took DXXXXXX to his

7    house because we weren't always together, he had always one

8    person.  I was home by myself and I decided to just go.

9    *Q.*   When you went to New York, how long did you stay there?

10   *A.*   I stayed there, could be six to eight months.

11   *Q.*   While you were there, did you get regular employment?

12   *A.*   I did.

13   *Q.*   What kind of jobs did you get?

14   *A.*   I worked at the outlet mall on Long Island.

15   *Q.*   Long Island?

16   *A.*   Yes.

17   *Q.*   Okay.  You came back?

18   *A.*   I did.

19   *Q.*   Why did you come back?

20   *A.*   I received a message from Nino saying I had Immigration

21   issues, and I came back to fix it.

22   *Q.*   These were the same Immigration issues stemming from the

23   Bahamas incident?

24   *A.*   Yes.

25   *Q.*   While you were in New York, did you meet anybody?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.  No.

 2    Q.  Did you engage in a relationship with someone while you

 3    were up there?

 4    A.  I did.

 5    Q.  And did you get pregnant from that individual?

 6    A.  I did.

 7    Q.  I want to show you Government Exhibit 6b, pages 25 and 26.

 8        Is that you?

 9    A.  Yes.

10    Q.  Is that you pregnant in that photograph?

11    A.  Yes.

12            MR. SCHILLER:  Permission to publish.

13            MR. PEACOCK:  No objection.

14            MR. SCHILLER:  6b, pages 25 and 26.

15    BY MR. SCHILLER:

16    Q.  Are you in your second trimester in that photograph?

17    A.  Yes.

18    Q.  Remove publication.

19        When you got back from New York, were you pregnant?

20    A.  I was.

21    Q.  Did the Defendant see you were pregnant?

22    A.  Yes.

23    Q.  What happened?

24    A.  He told me to get an abortion.

25    Q.  While you were in your second trimester?
```

```
1    A.   Yes.

2    Q.   Did you get an abortion?

3    A.   I did.

4    Q.   Did you want to?

5    A.   No.

6    Q.   How did you get back from New York all the way to Florida?

7    A.   I took a bus.

8    Q.   A bus.  Did you have to do that yourself?

9    A.   Nino sent me money and I took a bus.

10   Q.   Say that one more time.

11   A.   Nino sent me money.

12   Q.   He sent you money and you took a bus?

13   A.   Yes.

14   Q.   A few nights after getting back, did you reengage in

15   prostitution activities for the Defendant?

16   A.   It was about two weeks after.

17   Q.   Why two weeks?

18   A.   I was pregnant and I needed to get rid of the baby first.

19   Q.   You came back --

20            MR. PEACOCK:  Objection, leading.

21            THE COURT:  Sustained.

22   BY MR. SCHILLER:

23   Q.   Two weeks after you got back, after the abortion, you went

24   back to prostitution?

25            MR. PEACOCK:  Objection, leading.
```

```
 1              MR. SCHILLER:  It is not leading.
 2              THE COURT:  That is leading.  Say, what happened when
 3    you came back, or something like that.
 4    BY MR. SCHILLER:
 5    Q.  What happened after you came back?
 6    A.  I sat down -- I sat in a hotel for a few days.  I did the
 7    abortion, and about a week and a half to two weeks later I went
 8    back to prostituting.
 9    Q.  When you got back and the Defendant saw you were pregnant,
10    and told to you get an abortion, did he harm you?
11    A.  I was in a depressed mood in his house, in one of the rooms
12    we were arguing.  His mom -- him and the girls were in his
13    room, they were going back and forth with me and Alston, and he
14    came in and picked me up and basically threw me like this.
15    Q.  On to the ground?
16    A.  On to the ground.  And yelling at the other girls not to
17    talk to me or even -- basically keep out of my reach.  Don't
18    conversate with me in any way.
19    Q.  After that, you had the abortion?
20    A.  Yes.
21    Q.  And then I think you said two weeks later you were back to
22    work?
23    A.  Yes.
24    Q.  Other than going to New York on those two occasions and the
25    Bahamas from 2006 to 2014, were you under the Defendant's
```

1    direction committing acts of prostitution for him?

2    A.   Yes.

3    Q.   Now, in 2014, were you arrested?

4    A.   Yes.

5    Q.   I guess maybe 2013; is that right?

6    A.   Yes.

7    Q.   What were you arrested for?

8    A.   I was arrested for having -- identity theft.

9    Q.   Did you plead guilty to that?

10   A.   No contest.

11   Q.   Did you go on probation?

12   A.   I did.

13   Q.   Do you remember what the judge gave you?

14   A.   Two years house arrest, two years probation.

15   Q.   Okay.  This had to do with a fake ID?

16   A.   Yes.

17   Q.   What was the story with the fake ID; how did you get it?

18   Why did you get it?

19   A.   When I came back from New York, Alston told me to get a

20   fake ID because I needed to stay under the radar from

21   Immigration.

22   Q.   Why did he want you to stay under the radar from

23   Immigration?

24   A.   He didn't want me to get caught up.  I needed to continue

25   to make money.

 1  *Q.*  And so, what did he tell you to do as far as protecting

 2  your identity from Immigration?

 3  *A.*  He said, in his country they normally get the people to buy

 4  and sell their information, that is an option that I can do to

 5  get an ID, and stay away.  I wasn't allowed to go back to the

 6  house after that.

 7  *Q.*  You were or were not?

 8  *A.*  Were not.

 9  *Q.*  I will get there in a second.

10      You said the Defendant said, in his country.  Where is he

11  from?

12  *A.*  Virgin Islands.

13          *MR. PEACOCK:*  If the Court would take note that the

14  Virgin Islands are part of the United States of America.

15          *MR. SCHILLER:*  There are two parts, one owned by the

16  United Kingdom and one by the United States.

17          *MR. PEACOCK:*  He is from the one owned by United

18  States of America.

19          *THE COURT:*  Is there any dispute about that fact?

20          *MR. SCHILLER:*  No.

21          *THE COURT:*  Both sides agree and the jury can consider

22  as fact that the Defendant is from the portion of the Virgin

23  Islands from the United States.

24  *BY MR. SCHILLER:*

25  *Q.*  Ms. LXX, you received a felony conviction for that, didn't

Pauline A. Stipes, Official Federal Reporter

1   you?

2   *A.*   Yes.

3   *Q.*   Were you convicted in the fall of 2014?

4   *A.*   Yes.

5   *Q.*   What was the punishment you got for that?

6   *A.*   Um-m-m, from the Court?

7   *Q.*   Yes.

8   *A.*   Two years house arrest and two years probation.

9   *Q.*   In the fall of 2014 -- you told us before that you stopped

10  seeing clients for the Defendant in 2014; is that right?

11  *A.*   That is right.

12  *Q.*   Does the fact that you stopped in the fall of 2014 have

13  anything to do with this conviction?

14  *A.*   Yes.

15  *Q.*   What do you mean?

16  *A.*   It was house arrest, I couldn't be out at the hotel.

17  *Q.*   You couldn't see any more clients?

18  *A.*   No.

19  *Q.*   Could you make any more money for the Defendant if you

20  weren't seeing clients?

21  *A.*   No.

22  *Q.*   Ms. LXX, I asked you before, but you said when you were at

23  the Defendant's residence whatever ID you had the Defendant

24  took from you; is that right?

25  *A.*   That is correct.

```
 1   Q.  I am going to show you what is in evidence as Government
 2   Exhibit 57.
 3           MR. SCHILLER:  Judge, if I may approach.
 4           THE COURT:  Yes.
 5           MR. SCHILLER:  Showing defense counsel.
 6   BY MR. SCHILLER:
 7   Q.  Is that your ID?
 8   A.  It is.
 9   Q.  Ms. LXX, would you agree with me that this was --
10           MR. PEACOCK:  Objection, leading.
11           MR. SCHILLER:  I want her to read from it.
12           THE COURT:  Could you read the date?
13           THE WITNESS:  Oh, 2/22/2007.
14   BY MR. SCHILLER:
15   Q.  February 22, 2007, that is when this was issued?
16   A.  Yes.
17   Q.  And you gave this to the Defendant?
18   A.  No, I didn't give it to him.  No.
19   Q.  How did he get it?
20   A.  He took it.
21   Q.  He took it.
22       You mentioned that the Defendant did not work.  As far as
23   the Tamarac residence, where did the money come for that?
24   A.  From prostitution.
25   Q.  Do you remember his mother, Dorothy Williams?
```

```
 1    A.   Yes.

 2    Q.   Was she paying for any of the expenses the Defendant had?

 3    A.   No.

 4    Q.   Do you know two women by the name of RXXXXXX CXX and

 5    GXXXXXX RXXX?

 6    A.   I do.

 7    Q.   Did you ever engage in your prostitution under the

 8    Defendant at the same time they did?

 9    A.   No.

10    Q.   Did the Defendant ever talk to you about them?

11    A.   Yes.

12    Q.   What did he say?

13    A.   When RXXXXXX first came about, he told me that he had a new

14    girl at the house and she reminded him of me.

15    Q.   Did he say why?

16    A.   No, he did not say why.

17    Q.   And did the Defendant tell you what these two girls were

18    doing for him?

19    A.   Well, no, he didn't come out -- physically out of his mouth

20    that they were prostituting for him.

21    Q.   Did you learn that they were?

22    A.   Yes.

23    Q.   Did you learn the Defendant was arrested in this case in

24    late November 2017, about a year ago?

25    A.   Yes.
```

```
1    Q.  And between the date he was arrested and February 2018, did
2    you speak with the Defendant on the phone?
3    A.  Yes.
4    Q.  Often?
5    A.  At first, yes.
6    Q.  Were you supporting him?
7    A.  Yes.
8    Q.  How?
9    A.  I was physically just being there as far as his support
10   goes.  I was also -- I did some of the stuff, I didn't really
11   believe them -- what I heard, I didn't believe them, and I was
12   helping out his mother.
13   Q.  What did you originally know to be the original charges
14   against the Defendant when he was arrested?
15   A.  Kidnapping and trafficking.
16   Q.  So you read those charges?
17   A.  Yes.
18   Q.  Now, you knew what had happened to you, correct?
19   A.  Yes.
20   Q.  Did that -- in your mind set of what happened to you, did
21   that sound like what had happened to you?
22   A.  No.
23   Q.  Did you come forward to the police on your own to tell them
24   what happened to you?
25   A.  No.
```

 1   *Q.*   What happened earlier this year in 2018?

 2   *A.*   With me?

 3   *Q.*   Yes.

 4          *MR. PEACOCK:*   Could we have a specific date, your

 5   Honor?   Earlier 2018.

 6   *BY MR. SCHILLER:*

 7   *Q.*   In April 2018, were you arrested?

 8   *A.*   I was arrested.

 9   *Q.*   For what?

10   *A.*   Driving with a suspended license.

11   *Q.*   Were you issued a ticket?

12   *A.*   I was.

13   *Q.*   Were you taken into custody?

14   *A.*   I was.

15   *Q.*   Why?

16   *A.*   Because it was a violation of my Immigration deal.

17   *Q.*   To be arrested on a driving offense?

18   *A.*   Right.

19   *Q.*   When you were arrested, did agents from the Sheriff's

20   Office and FBI come to talk to you?

21   *A.*   Yes.

22   *Q.*   Did you give them the whole story like you have given here

23   today?

24   *A.*   No.

25   *Q.*   Why not?

1   *A.*  My mind was -- I didn't know what was happening, I didn't
2   know what to expect.  I didn't know what was going on.
3   *Q.*  When you were working and seeing clients for Alston
4   Williams, did he ever talk to you about what you should do if
5   the police come talk to you, if you get in trouble with the law
6   what you should do?
7   *A.*  We did speak about it, but we hadn't spoken about it, you
8   know, in a few years.
9   *Q.*  But what did you know to do based on what he told you years
10  ago?
11  *A.*  Not say anything.
12  *Q.*  Not to say anything?
13  *A.*  No.
14  *Q.*  Sticking with this time frame, after the Defendant was
15  arrested, and you said you were speaking to him on the phone?
16  *A.*  Uh-hum.
17  *Q.*  Did the Defendant ask you to get in touch with a woman
18  named Brittney?
19  *A.*  Yes.
20  *Q.*  Who is Brittney?
21  *A.*  Brittney is the girlfriend or mother of his cellmate's baby
22  momma.
23  *Q.*  Someone he was in jail with?
24  *A.*  Right.
25  *Q.*  Do you know that individual's name?

```
 1   A.  Jason.
 2   Q.  Jason.  So, he wanted you to get in touch with Jason's
 3   girlfriend?
 4   A.  Correct.
 5   Q.  Did you speak with Jason?
 6   A.  Yes.
 7   Q.  Having spoken with the Defendant and with Jason, what was
 8   the request of the Defendant?
 9   A.  He wanted Jason --
10        MR. PEACOCK:  Objection, your Honor.  I think we
11   should come sidebar, I don't know what this is, again.
12        MR. SCHILLER:  We can, it will take 30 seconds.
13        THE COURT:  It takes longer than that.
14        MR. SCHILLER:  This is in relation to Count 11 of the
15   indictment, the obstruction count.
16        THE COURT:  Do you want to let counsel know.  And if
17   you need the Court to make a ruling, we will go sidebar.
18        MR. PEACOCK:  Thank you, your Honor, that is fine.
19        THE COURT:  You worked it out?
20        MR. PEACOCK:  Yes, I know what it is.
21   BY MR. SCHILLER:
22   Q.  What was the request of you, Ms. LXX?
23   A.  Jason wanted to find out where the girls were so that he
24   could have them write a letter and have it notarized saying
25   that Mr. Williams wasn't -- they were all lying, and he didn't
```

1    do anything to them.

2    *Q.*   The girls, in particular who is that?

3    *A.*   RXXXXXX CXX and Genesis Rios, and also DXXXXXX RXXXXXXXX

4    and -- not DXXXXXX RXXXXXXXX, DXXXX LXXXXX.

5    *Q.*   DXXXX LXXXXX?

6    *A.*   Yes.

7    *Q.*   Ms. LXX, earlier this afternoon you showed us a tattoo on

8    your ankle?

9    *A.*   Yes.

10   *Q.*   You told us it is the initials of the Defendant AL?

11   *A.*   Correct.

12   *Q.*   You also told us you are married?

13   *A.*   Yes.

14   *Q.*   Did your husband ever ask you about that particular tattoo?

15   *A.*   He did.

16          *MR. PEACOCK:*  Objection, relevance.

17          *MR. SCHILLER:*  It goes to witness credibility, Judge.

18          *THE COURT:*  I will overrule the objection as to that

19   question.

20   *BY MR. SCHILLER*:

21   *Q.*   What did you tell your husband the tattoo was for?

22          *MR. PEACOCK:*  Objection, hearsay.

23          *MR. SCHILLER:*  It's her own statement.

24          *THE COURT:*  Out of court statement.  It would be

25   hearsay.

1          *MR. SCHILLER:*  All right.

2     *BY MR. SCHILLER:*

3     *Q.*  Ms. LXX, after this case -- after you met with law

4     enforcement officers, after that first interview, you gave

5     other statements; is that correct?

6     *A.*  Correct.

7     *Q.*  And in those other statements, did you tell law enforcement

8     more of the story that occurred to you?

9     *A.*  Yes.

10    *Q.*  After that happened, did you receive any kind of money or

11    services that were given to you because of your association as

12    a victim in this case?

13    *A.*  I did get help paying the rent for two months.

14    *Q.*  Okay.  Did you get anything else?

15    *A.*  No.

16    *Q.*  How about clothes?

17    *A.*  Some baby clothes.

18    *Q.*  For the baby?

19    *A.*  Yes.

20    *Q.*  Did that come from the Federal Government or a non-profit

21    organization?

22    *A.*  From a non-profit organization.

23    *Q.*  Ms. LXX, as you sit here today, do you still fear the

24    Defendant, Alston Williams?

25    *A.*  I don't.

 1   Q.  Why not?

 2   A.  Because it is over.

 3   Q.  From 2004 to 2014, did you fear the Defendant?

 4   A.  Yes.

 5   Q.  Did you fear that if you didn't prostitute or make money

 6   for him, he would hurt you?

 7   A.  That was the biggest thing.

 8        MR. SCHILLER:  One moment, your Honor.

 9        THE COURT:  Yes.

10        MR. SCHILLER:  Your Honor, I tender the witness.

11        MR. PEACOCK:  Your Honor, if I can gather my notes, I

12   could make this go quicker.  There are a lot of out-of-court

13   statements, I am disorganized.

14        THE COURT:  Why don't we have you do the best you can

15   in the limited time we have left.  We are out of session

16   tomorrow.  If we weren't, I would be more lenient.

17        I want to make sure everything gets done.

18        MR. PEACOCK:  That is fine.  I can do it in stages and

19   find an appropriate break.

20        THE COURT:  That is fine.

21                       **CROSS-EXAMINATION**

22   BY MR. PEACOCK:

23   Q.  Almost good evening.

24      I represent Mr. Williams, Ms. LXX, and I want to ask you

25   questions about your testimony here today.  So, let me go back

```
1    through some of the things that you have testified to here

2    today.

3        Now, you initially told us that you have been married for

4    five years; is that right?

5    A.  That is right.

6    Q.  What was the date of your marriage?

7    A.  It is September -- I am sorry, January 14, 2000 and --

8    Q.  Five years ago?

9    A.  Yes.

10   Q.  You don't remember when you got married?

11   A.  I don't wake up every day saying did I get married today

12   or --

13   Q.  You had trouble with the year, right?

14   A.  Yes.

15   Q.  You had trouble with the month?

16   A.  Uh-hum.

17   Q.  You don't remember when you got married?

18   A.  I do remember when I got married.  I don't remember every

19   day, I got married and that was that.

20   Q.  What was the date?

21   A.  January 10 of 2000 -- 2000 --

22   Q.  That is enough, that is good.

23   A.  All right.

24   Q.  You have one child?

25   A.  Yes, I do.
```

```
1    Q.  Do you remember the child's name?

2    A.  Yes, I do.

3    Q.  What is the child's name?

4    A.  Penelope.

5    Q.  If you were married five years ago, how long have you been

6    in a relationship with your husband?

7    A.  We have been in a relationship for awhile.

8    Q.  What is awhile?

9    A.  Three years before that.

10   Q.  Okay.  So we can go back eight years, to 2010?

11   A.  Uh-hum.

12   Q.  Would it be safe to say while you were acting as a

13   prostitute, you were in a relationship with your husband?

14   A.  Yes.

15   Q.  Was he aware you were a prostitute?

16   A.  Yes.

17   Q.  Did he approve of that?

18   A.  No.

19   Q.  Did he ask you to stop that?

20   A.  Yes.

21   Q.  Did he try to get you to stop that?

22   A.  Yes.

23   Q.  But you continued to do it.  So you must have told -- what

24   is your husband's first name?

25             MR. SCHILLER:  We don't need to know her husband's
```

 1   name for the public record.

 2          *MR. PEACOCK:*  That is fine, we don't.

 3          *THE COURT:*  Okay.

 4   *BY MR. PEACOCK:*

 5   *Q.*  So, you told your husband you were doing this, and I assume

 6   you told him you were doing this at the behest of Mr.

 7   Williams, right?

 8   *A.*  No.  I did not tell him I was doing it because of Mr.

 9   Williams.

10   *Q.*  Okay.  Were you candid with your husband?

11   *A.*  What do you mean, candid?

12   *Q.*  Did you tell the truth?

13   *A.*  Yes, I did tell him the truth.

14   *Q.*  Did he ask you why you were doing it?

15   *A.*  When we met, I was doing it.  Him asking me why I am doing

16   it is my personal reason, I don't have to tell him why I am

17   doing it.

18   *Q.*  It wasn't just when you met him, it was a year after you

19   got married you continued to be a prostitute?

20   *A.*  Yes.

21   *Q.*  Did he ask you why you were doing it?

22   *A.*  Well, when we met, I didn't have a 9:00 to 5:00 job, the

23   reason I would be doing it is to make money.

24   *Q.*  That is not what I asked you.  I asked you:  Did your

25   husband ask you why you were doing it?

```
 1    A.   No.  He never asked me why.
 2    Q.   Did the subject of Alston Williams ever come up --
 3    A.   It is always --
 4    Q.   I am sorry, we have to wait to finish.
 5         Did the subject of Alston Williams come up?
 6    A.   Yes.
 7    Q.   You didn't tell him it was Alston Williams making you do
 8    this?
 9    A.   No, I did not.
10    Q.   Would you agree with me that your husband is probably the
11    person who has the most intimate knowledge about you?
12    A.   No.
13    Q.   Who has more intimate knowledge about you than your
14    husband?
15    A.   Alston Williams.
16    Q.   Well, certainly not since 2014, right?
17    A.   No.
18    Q.   So, who else did you tell that Alston Williams was forcing
19    you to do this?
20    A.   I told no one.
21    Q.   I'm trying to figure this out.
22         Were you close with anybody else other than your husband?
23    A.   No.
24    Q.   No one else to talk to.  Okay.
25         What -- did he think you were working independently?
```

```
 1              MR. SCHILLER:  Objection, calls for speculation.
 2              THE COURT:  Sustained as phrased.
 3   BY MR. PEACOCK:
 4   Q.  Well, did you tell your husband that you were working
 5   independently?
 6   A.  I never told my husband anything that has to do with the
 7   job.
 8   Q.  You never told him how you conducted your business?
 9   A.  No.
10   Q.  Did you tell him when you were going to be out on a call?
11   A.  No.
12   Q.  You kind of disappeared?
13   A.  I never disappeared, no.
14   Q.  You went out on the calls, correct?
15   A.  I did.
16   Q.  And you did this for four years while you and your husband
17   were in the relationship, correct?
18   A.  Correct.
19   Q.  What did you tell him you were doing?
20   A.  I didn't tell him anything.  I did what I have to do.
21   Q.  You disappeared and you did it?
22   A.  I did what I had to do, I didn't disappear.
23   Q.  Okay.  You kind of left and did it; is that right?
24   A.  Yes.
25   Q.  Now, let's go back to when you first met Mr. Williams.  You
```

1    met him through an individual named Shawn, correct?

2    A.   That is correct.

3    Q.   Shawn was your neighbor?

4    A.   Yes.

5    Q.   Shawn introduced you and you thought Mr. Williams was

6    attractive, correct?

7    A.   I did.

8    Q.   And you started to date Mr. Williams, right?

9    A.   I did.

10   Q.   After a few dates, you became intimate with him, correct?

11   A.   No.  Not after a few dates, no.

12   Q.   No.  How long did it take?

13   A.   It took for me to move out of my house.  It took for me to

14   move out of my friend's house.  I would say maybe six months.

15   Q.   Well, you only dated him for six months, didn't you?

16   A.   Yes.

17   Q.   Okay.  You became intimate at the end of your relationship?

18   A.   No, not at the very end of the relationship.  Let's go

19   back, probably, I will say maybe two months into the

20   relationship.

21   Q.   Okay, two months in, you guys become intimate?

22   A.   Right.

23   Q.   Okay.  Now, at that time he was living with another woman,

24   correct?

25   A.   He wasn't living with another woman.

1    Q.   He was dating another women, wasn't he?

2    A.   Yes.

3    Q.   That is Marissa?

4    A.   Yes.

5    Q.   It is your testimony they weren't living together?

6    A.   No, they weren't living together.

7    Q.   Ultimately, they did move up and live together in Tamarac?

8    A.   They did.

9    Q.   They were very, very close even when they were in North

10   Miami, right?

11   A.   Yes, they were close.

12   Q.   Did she know about you?

13   A.   I believe she found out the same time I knew about her.

14   Q.   She knew about you in North Miami?

15   A.   Yes.

16   Q.   Did you ultimately end up living at the Tamarac house?

17   A.   Yes.

18   Q.   Was Marissa living there as well?

19   A.   No, she was not.

20   Q.   Okay.  When you moved in with Mr. Williams, that was down

21   in North Miami, right?

22   A.   Correct.

23   Q.   And was that an apartment that the two of you shared?

24   A.   He shared it with his brother, and I was just sleeping

25   there.

1   Q.   His brother Andy?

2   A.   Yes.

3   Q.   You say you were sleeping there.  Did you move in there?

4   A.   Yes.

5   Q.   When you moved in, you were intimate, correct?

6   A.   Yes.

7   Q.   Now, you testified that Mr. Williams -- let me ask you this

8   first, when you met Mr. Williams, you were 18 years old, right?

9   A.   Yes.

10   Q.   I am sorry?

11   A.   Yes.

12   Q.   You were finishing high school; is that right?

13   A.   Yes.

14   Q.   Was that at the McFadden facility?

15   A.   No.  Norland.

16   Q.   That is a separate high school in Miami; is that right?

17   A.   Yes.

18   Q.   So, you said that Mr. Williams advised you to stop high

19   school; is that right?

20   A.   Yes.

21   Q.   Now, did he force you to stop high school?

22   A.   No.  He did not force me to stop.

23   Q.   That was your decision, wasn't it?

24   A.   I can't walk there from where I live.  If he can't take me

25   there, I can't go.

```
 1   Q.  What do you mean, you can't walk there from where you live?
 2   Did you live far from the school?
 3   A.  Yes.
 4   Q.  Did you choose where to live?
 5   A.  No, no.
 6   Q.  No?  Someone made you live there?
 7   A.  I lived where I lived, that is where I lived, that is where
 8   Mr. Williams was living.
 9   Q.  It was your choice to move in with Mr. Williams?
10   A.  Yes.
11   Q.  What I am getting at, it seems like everything is somebody
12   else's fault when you make these life decisions.
13        MR. SCHILLER:  Objection, argumentative.
14        THE COURT:  Rephrase.  Sustained.
15   BY MR. PEACOCK:
16   Q.  Is it Mr. Williams' fault that you quit high school?
17   A.  Um-m-m, I partially blame him, yes.
18   Q.  You blame him?
19   A.  Partially.
20   Q.  But it was your decision, right?
21   A.  Yes, it was.
22   Q.  Okay.  And when you made that decision you were an adult,
23   right?
24   A.  If you call a 17 year old child an adult, yes.
25   Q.  You met him when you were 18.
```

1   *A.*  I was 17 going on 18, winter of 2003, I was supposed to

2   graduate in 2004, summer.

3   *Q.*  Do you recall telling that man right there you were 18 when

4   you met Alston Williams?

5   *A.*  I turned 18 in February.

6   *Q.*  Do you recall --

7   *A.*  Yes, I do recall.

8   *Q.*  Did you lie to him?

9   *A.*  I was 18.

10  *Q.*  What you said about being 17 is wrong, isn't it?

11  *A.*  We will go with 18.

12  *Q.*  No.  What you said about being 17 in front of the ladies

13  and gentlemen of the jury is wrong, isn't it?

14      It is wrong, isn't it?

15          *THE COURT:*  I ask counsel --

16          *MR. PEACOCK:*  I need an answer, your Honor.

17          *THE COURT:*  The witness said she was 18.

18          *MR. PEACOCK:*  I am referring to her comment that she

19  was 17 five minutes ago.  That was an incorrect comment here in

20  the courtroom under oath.

21          *THE COURT:*  I don't want any speaking objections.  The

22  Court has asked you move on to the next question.

23  *BY MR. PEACOCK*:

24  *Q.*  Well, do you just say things that are expedient at the

25  time?

```
 1              MR. SCHILLER:  Objection.  That is relevant to what is

 2      going on here?

 3              THE COURT:  Okay, next question.

 4      BY MR. PEACOCK:

 5      Q.  Now, once you got out of high school -- by the way, when

 6      you left high school, you weren't acting as a prostitute at the

 7      time, correct?

 8      A.  No, I was not.

 9      Q.  So, you got yourself a job at Walgreen's?

10      A.  Yes.

11      Q.  Okay.  But did you also have a job in home health care at

12      the same time?

13      A.  I had the job at home health care after Walgreen's.

14      Q.  How long after?

15      A.  It could have been three months after.

16      Q.  Okay.  So the job at Walgreen's didn't last very long?

17      A.  No.

18      Q.  Did you get fired?

19      A.  I did.

20      Q.  For what?

21              MR. SCHILLER:  Objection, irrelevant.

22              THE COURT:  Does Defense have any basis for is

23      relevancy?

24              MR. PEACOCK:  If it is an action involving moral

25      turpitude, yes, it is relevant to her credibility.
```

Pauline A. Stipes, Official Federal Reporter

```
1              MR. SCHILLER:  Judge, I ask we go sidebar.
2              THE COURT:  I will sustain it at this time and we can
3    discuss it outside the jury's hearing.
4    BY MR. PEACOCK:
5    Q.  Now, you indicated that while you were working at
6    Walgreen's that you began giving Nino your money, your
7    paycheck; is that right?
8    A.  He was taking my pay check.
9    Q.  He was taking it, okay.
10             So, did you call the police?
11   A.  No.
12   Q.  Did you complain to your employer?
13   A.  No.
14   Q.  Did you try to take any action at all to stop this?
15   A.  No.
16   Q.  Is there any record of him taking your money?
17   A.  When you say record, do you mean like a paper trail,
18   something on a paper saying I, Nino, will take your money every
19   time you get paid or --
20   Q.  You are asking me.  If someone took my paycheck, I would
21   call the police and tell them that someone is taking my
22   paycheck.
23             MR. SCHILLER:  Objection, your Honor.  This is
24   irrelevant.
25             THE WITNESS:  Well, I --
```

Pauline A. Stipes, Official Federal Reporter

1              *THE COURT:*  Just a moment.  Sustained as to the

2    phrasing of the question.  I ask you to restate the question.

3              *MR. PEACOCK:*  I will move on, Judge.

4    *BY MR. PEACOCK:*

5    *Q.*  Now, when you worked for the home health care company, what

6    type of work was that?

7    *A.*  Basic health care, taking care of old people.

8    *Q.*  Was your job like to help them get around their house, that

9    kind of thing?

10   *A.*  Yes.

11   *Q.*  How long did that last for?

12   *A.*  It lasted maybe four or five clients, maybe three years or

13   so.

14   *Q.*  For three years?

15   *A.*  I am sorry, it was four clients in a one-year period.

16   *Q.*  One year is what it lasted for?

17   *A.*  Yes.

18   *Q.*  And did you quit or were you fired from that job?

19   *A.*  Neither.

20             *MR. SCHILLER:*  Objection.  How is that relevant to the

21   proceedings here today?

22             *MR. PEACOCK:*  It goes to the next employment which

23   is -- I don't want to do a speaking objection, Judge, I am

24   sorry.  It goes to why she went to her next employment.

25             *THE COURT:*  You can ask her why she went to her next

Pauline A. Stipes, Official Federal Reporter

1    employment.

2    *BY MR. PEACOCK*:

3    *Q.*  You went to your next employment because you couldn't keep

4    these other jobs?

5    *A.*  I couldn't keep them?

6    *Q.*  Yes.

7    *A.*  What do you mean?

8    *Q.*  You lost your job as at Walgreen's?

9    *A.*  Yes.

10   *Q.*  Your job as a home health only lasted a year.  You went

11   into prostitution?

12   *A.*  I literally went from working with home health into

13   prostitution.  I did not get fired and I did not quit.

14   *Q.*  Did you keep working as an aide when you were a prostitute?

15   *A.*  The job ended.

16   *Q.*  You didn't sign up for any new jobs, did you?

17   *A.*  No.  I did not.

18   *Q.*  The tattoo that you showed the jury, when did you get that?

19   *A.*  Um-m-m, early on, 2005, 2004.

20   *Q.*  Well, how long after you met Mr. Williams?

21   *A.*  Um-m-m, not very long, we were still in a relationship.

22   *Q.*  You weren't acting as a prostitute at the time you got that

23   tattoo?

24   *A.*  No.

25   *Q.*  It is not your testimony that was any kind of mark of you

1   as a prostitute, right?

2   A.  No.  Branding, no.

3   Q.  It wasn't because of any branding?

4   A.  No.

5   Q.  It was because you were in love with him, right?

6   A.  Yes.

7   Q.  Now, let's talk for a minute about how you got into the

8   prostitution business.

9       It was you that saw the ad about escort services, right?

10  A.  It wasn't.

11  Q.  It was your idea to pursue the escort agency?

12  A.  I saw the add.  It was Nino's idea to pursue the agency.

13  Q.  Didn't you say you took the ad home and talked to him about

14  it and asked his opinion?

15  A.  Right.

16  Q.  That was your idea?

17  A.  I didn't say that is an ad, let's go --

18  Q.  I couldn't understand you.

19  A.  I didn't bring home the ad and say, well, here, Nino, there

20  is an ad, come on, take me.  Let's go sell ass.

21  Q.  Sell ass?

22  A.  Yes, be a prostitute.

23  Q.  You told him that you thought it would be a good idea --

24  A.  I did not tell him it would be a good idea.  I showed the

25  ad to him based on the fact I'm -- I am -- picture yourself, 18

```
 1   years old, a little girl, don't know nothing, have no family
 2   around, and imagine him telling you, you need to get rich.  He
 3   groomed me into him, a mini him.  All I was doing is what he
 4   told me to do.
 5   Q.  Prior to you seeing this ad, Alston Williams never
 6   mentioned anything about this, had he?
 7   A.  Mention anything about money or prostitution?
 8   Q.  About prostitution.
 9   A.  No.
10   Q.  The idea came into your head?
11   A.  The idea of money he mentioned.  I brought back to him the
12   idea of money, not prostitution.  I was a child, I didn't know
13   anything about prostitution.
14   Q.  I understand, but I want to stick with that for a minute.
15   We will talk about the money after that.
16       The idea of prostitution came into your head because you
17   saw this ad and you thought I can make much more money in an
18   escort service than I can make in a home health care service,
19   correct?
20   A.  I'm sorry, repeat what you just said.
21   Q.  The idea for an escort service came into your head because
22   you saw an ad and you thought to yourself, I could make a lot
23   more money being an escort than I can working in a home health
24   care service?
25   A.  At the time, it wasn't about being a prostitute.  At the
```

1    time, it was about money.

2    *Q.*  Right.  Well, do you remember -- do you remember telling

3    the agents that this idea came to you when you were working in

4    the home health care job and you saw the ad and you thought to

5    yourself, I could make a lot more money doing this than I can

6    in home health care service?  Do you remember telling them

7    that?

8    *A.*  Yes, money.

9    *Q.*  Money, yes, making money.  And that was something that you

10   wanted to do?

11   *A.*  It was not something I wanted to do, it was something

12   Alston wanted, and I brought it up to save my own ass.  If I

13   don't bring enough money or bring more money, I am getting beat

14   down.  Money -- let me go be a prostitute just for money,

15   because money is awesome, that is not it.

16   *Q.*  This is another thing that was Alston's fault, right?

17   *A.*  I am not blaming anyone for anything, it is a fact.

18   *Q.*  So, it is your testimony that you thought the escort

19   service was just companionship, right?

20   *A.*  Right.

21   *Q.*  And you talked about many of the ads that were placed,

22   right?  You identified the pictures and everything else?

23   *A.*  Uh-hum.

24   *Q.*  Did you think those were companions?  You knew there was

25   more than companionship to an escort service.

```
 1           MR. SCHILLER:  I object, it is compound.

 2           MR. PEACOCK:  I withdraw it.

 3   BY MR. PEACOCK:

 4   Q.  You knew there was more than companionship when you saw the

 5   ad for the escort service?

 6   A.  What ad.

 7   Q.  When you saw it.

 8   A.  No, I did not.

 9   Q.  You thought somebody would pay a hundred bucks an hour just

10   to hang out with you, talk with you?

11   A.  At that time, I did.

12   Q.  Do you have a particular ability to charm people -- I

13   mean --

14           MR. SCHILLER:  Objection, Judge, badgering the witness

15   at this point.

16           THE COURT:  I will sustain.  Find another way to ask

17   the question if you want to pursue it.

18           You can let the Court know when it is a convenient

19   breaking point.

20           MR. PEACOCK:  This might be a good time, your Honor.

21   Does the Court want me to continue?

22           THE COURT:  No, I am making a note when we are ending.

23           Ladies and gentlemen, we will conclude for the

24   evening, remembering that we don't have any session tomorrow.

25   So, you don't need to show up for tomorrow.
```

 1              Is -- for Thursday, was it a problem to arrive by

 2       8:30?  If so, I could push it back to 9:00.

 3              *THE JUROR:*  8:30 is better.  8:00 o'clock.

 4              *THE COURT:*  We may get there.  Let's go with 8:30

 5       starting on Thursday.

 6              Again, with many thanks for your patience.  I know

 7       these are long days, we are very appreciative of your attention

 8       and patience.

 9              I do want to continue to remind you, since I won't be

10       able to remind you tomorrow, that you are not permitted to view

11       any media coverage, should there be any media coverage of the

12       case.  Coming and going to the courthouse, should you see each

13       other, you are not to discuss anything.  With colleagues at

14       work, should you return to work tomorrow, it is okay to say you

15       are a juror in the Federal courthouse.  You are not to do any

16       research, and if you see any of the parties coming and going,

17       or witnesses for that matter, from the courthouse, you are not

18       to have any interaction with them.

19              I wish you a nice rest of the evening and day

20       tomorrow.

21              I will remind Ms. LXX, our witness, that you remain

22       under oath until tomorrow -- sorry, Thursday -- Thursday, and

23       not to discuss your testimony during the period of time that we

24       have a break until Thursday.

25              Okay, thank you.

```
 1        (Thereupon, the jury leaves the courtroom.)

 2             THE COURT:  Okay.  Ms. LXX, you can be excused.

 3        Do you have any questions about what you can and

 4   cannot do?  You can't talk to anybody about the testimony.

 5   Kind of think of it in terms of you are still here.

 6        And then, if you could be back here at 8:30, we will

 7   have you on the stand to continue cross-examination from

 8   Defense, and maybe just a couple of questions from the

 9   Government, probably not many, if any at all, on what is

10   redirect examination.

11        Thank you so much.  Have a nice evening, we will see

12   you on Thursday.

13             MR. SCHILLER:  The only communication is logistics,

14   nothing about the case and the facts itself.

15             THE COURT:  That is correct.

16             MR. PEACOCK:  Your Honor, can we wait to dismiss the

17   witness until the jury is gone?  That would be a good idea.

18             THE COURT:  We can do that.

19        Ms. LXX, if you want to wait one moment.

20        I did want to take up a legal matter.  I sustained for

21   the time being an objection as to why she left Walgreens, and

22   Defense mentioned something about moral turpitude.

23        Did you want to pursue that or did you move on, or do

24   you need a Court ruling to ask why she left Walgreens?  You

25   have to point me to the rule for moral turpitude.
```

Pauline A. Stipes, Official Federal Reporter

```
1            MR. PEACOCK:  I withdraw that portion, your Honor.  My

2     line of questioning was -- I'd rather not do this with the

3     witness here.

4            THE COURT:  I didn't know if there was a question for

5     her to have to proffer.

6            MR. PEACOCK:  No.  The fact that she got fired goes to

7     the reasons she turned to prostitution.  There are independent

8     reasons she turned to prostitution, not simply the fault of the

9     Defendant.

10           THE COURT:  Well, for my purposes, I need to know

11    whether you still are waiting for the Court --

12           MR. PEACOCK:  No.

13           THE COURT:  You are going to withdraw the question why

14    she left Walgreens, you don't need a Court ruling on that?

15           MR. PEACOCK:  No.

16           THE COURT:  The Court will entertain argument, but I

17    need to know what the basis is.  It sounds like you don't want

18    to make that argument.

19           The only housekeeping matter is the Court entered an

20    order -- the Court has entered an order on the issue relating

21    to the comment about blackmailing and what the Court sustained

22    with respect to this witness, but gave the Government an

23    opportunity to provide a proffer as to whether you still wanted

24    to pursue that line of questioning with RC.

25           That order has been entered.  If you could get that
```

```
 1   this evening -- I will take you up on your word and have you
 2   provide that by the end of the evening.  If you do, and Defense
 3   wants to respond, you will have until tomorrow by the time it
 4   is put in the order for you to respond so the Court knows your
 5   position.
 6          I ask the Government to think about that in the
 7   context of all the other evidence and see whether you feel you
 8   need that evidence or not.  And if you still feel you do, put
 9   it in the proffer consistent with the order and be sure to
10   check in the online docket.
11          MR. SCHILLER:  I see it, Docket Entry 129.
12          THE COURT:  As far as the lineup for Thursday, let's
13   try to get a handle on what things look like for Thursday.
14          Mr. Peacock, you have gone about 25 minutes with
15   Ms. LXX.  How much longer do you think you need on cross with
16   her on Thursday?
17          MR. PEACOCK:  An hour.
18          THE COURT:  And redirect?
19          MR. SCHILLER:  I have to see what the rest of the
20   cross looks like, Judge, I don't know.
21          THE COURT:  We can safely say no more than half an
22   hour?
23          MR. SCHILLER:  Yes.
24          THE COURT:  That will put us at about 10:00 o'clock.
25   You will be calling next Ramos?
```

 1          *MR. SCHILLER:*  Yes.

 2          *THE COURT:*  You have Ramos down for 20 minutes.  Does

 3   Defense have an idea about your cross with Ramos?

 4          *MS. McCREA:*  Not without seeing the direct and how he

 5   is going to respond on cross.

 6          *THE COURT:*  If it is only a 20-minute direct, it

 7   likely wouldn't be too long.

 8          *MR. SCHILLER:*  So the Court knows, I can preview for

 9   the Court, Detective Ramos, Sergeant Cady, and Officer Callari,

10   they are going to testify regarding the 2008 arrest that you

11   heard Ms. LXX testify about today.

12          *MR. PEACOCK:*  Can we do this outside the presence of

13   the witness?

14          *MR. SCHILLER:*  I apologize.  They are going to testify

15   about that incident.

16          *THE COURT:*  Do you need all three to testify about

17   that?

18          *MR. SCHILLER:*  Yes, ma'am.

19          *THE COURT:*  Because you don't have a stipulation or

20   each one has a different aspect of the testimony?

21          *MR. SCHILLER:*  If they stipulate, we can do it with

22   one witness.

23          *THE COURT:*  Why three witnesses to talk about one

24   incident?

25          *MR. SCHILLER:*  The first officer had the interaction

1    with Ms. RXXXXXXXX, the second officer is the arresting officer

2    who coordinated the control call to the Defendant, and also

3    took custody of the phone not physically moved into evidence.

4    They will identify that phone and move it in through them.  And

5    the third witness, very brief, is one of the two officers that

6    stopped the Defendant and arrested him and the phone was found

7    in the car.

8         If Defense wants to stipulate the phone was found

9    there when he was arrested I could eliminate the last witness.

10    If they want to stipulate to the control call, and testify, a

11    little bit of hearsay, I could limit it to one witness.

12         *MS. McCREA:*  This is the first we are hearing about a

13    requested stipulation.  I don't believe I am in a position to

14    want to limit it, that is the most important testimony that

15    would be subject to cross-examination.  I can think overnight

16    regarding the recovery of the cell phone.

17         As far as allowing what I understood the second part

18    of what the Government just sought for a stipulation, that the

19    second officer could testify to what the first officer did and

20    saw, I would be very surprised if I thought that was an

21    appropriate stipulation for Defense counsel to make.

22         *MR. SCHILLER:*  Defense counsel has all of the reports

23    that these police officers wrote.  It's nothing more than what

24    is in the reports.  The first two officers were basically

25    almost together for everything, one with Ms. CXX -- Judge, I

```
 1    haven't asked Defense for any stipulations.  Every time we try
 2    to talk about something in advance, we don't see eye to eye on
 3    a lot of things.
 4         THE COURT:  All I will say -- nor is the Court
 5    requiring any stipulations.  The Court is requiring that
 6    counsel communicate, and should there be any agreement so as to
 7    streamline evidence and testimony, that you explore it and see
 8    if there is room for agreement.  If there is not, you will
 9    proceed with the witnesses whom you have identified that you
10    want -- whom you want to call.
11         Proceeding along those lines, Cady you have down for
12    20 minutes, that is about the same.  You anticipate Cady to be
13    the same as Ramos?
14         MR. SCHILLER:  I would say probably, yes, maybe 25
15    minutes, roughly the same.  Callari will be about five minutes.
16         THE COURT:  Okay.  After those three witnesses you are
17    going to go into -- who is the next witness?
18         MR. SCHILLER:  After that, we expect Ms. CXX, RXXXXXX
19    CXX.
20         THE COURT:  Is she also as long -- you have 180
21    minutes.
22         MR. SCHILLER:  Based on what the testimony went for
23    Ms. LXX today, I expect Ms. CXX to go longer.  We have to take
24    time to show her each of these exhibits and she is going to say
25    what they are and knows what they are, and we have to take the
```

1    time to do that.

2          So, I think Ms. CXX -- after we get done with Ms. CXX

3    testimony and the three officers, I wouldn't be surprised if we

4    spend the rest of the day on Ms. CXX.

5          THE COURT:  Who do you have after Ms. CXX so Defense

6    knows who could be called up on Thursday?

7          MR. SCHILLER:  After that, Detective Nick Masters from

8    the Broward Sheriff's Office.

9          THE COURT:  Okay.  You have him down for 40 minutes.

10   That is what you are anticipating?

11         MR. SCHILLER:  Mr. Hoover will be doing his direct,

12   and that is accurate.

13         THE COURT:  Well, I would put him on notice that there

14   is a potential, and Defense is on notice Detective Masters may

15   be called up.  If we are finding we are ahead of schedule, I

16   will ask you to let me know who will be called up after

17   Detective Masters.  Gary Silvestri goes next?

18         MR. SCHILLER:  We hope so.  His wife is expecting a

19   child tomorrow.  We might have to move a witness up from later

20   on, I don't know who yet.

21         THE COURT:  All right.  As soon as you know, let

22   Defense know so they know the order in which they are called.

23   It sounds like we won't get beyond Detective Masters on

24   Thursday, but you never know, maybe we will.

25         We will see everyone, then, at 8:15 on Thursday

1   morning in case there is anything we need to take up.  We will

2   get started at 8:30 and continue along, probably still putting

3   in until 6:30 on Thursday, leaving at 4:00 on Friday, and

4   re-evaluating the schedule at the end of the week to see where

5   we stand.

6        Have a nice day.  See you Thursday.

7        *(Thereupon, the Court was recessed.)*

8                              * * *

9        I certify that the foregoing is a correct transcript

10  from the record of proceedings in the above matter.

11

12       Date:  August 11, 2019

13                 /s/ Pauline A. Stipes, Official Federal Reporter

14                      Signature of Court Reporter

15

16

17

18

19

20

21

22

23

24

25

**MR. HOOVER: [27]**   4/4 4/9
89/20 90/4 102/6 102/15
105/9 114/25 125/6 137/15
139/3 139/21 142/7 142/9
145/2 148/10 148/18 148/24
157/23 165/11 166/14 170/12
173/17 178/9 179/23 189/19
192/11
**MR. PEACOCK: [99]**   14/25
140/7 140/15 140/24 141/14
144/4 144/19 194/21 195/1
196/14 197/13 202/8 203/1
204/19 204/25 212/17 219/7
224/21 234/9 234/18 234/21
235/10 237/7 237/12 242/22
243/5 248/9 249/18 251/10
251/15 252/22 254/3 259/21
261/11 263/16 263/19 264/12
265/22 267/2 267/23 268/22
269/14 270/9 270/14 270/21
271/7 271/14 271/19 272/10
272/22 273/24 276/1 277/15
277/20 279/21 280/4 280/14
282/20 282/24 285/11 286/2
287/12 288/8 289/19 289/25
290/4 290/7 290/10 292/7
293/6 303/12 304/19 304/24
307/12 307/16 309/9 312/3
314/9 314/17 314/19 315/15
315/21 317/10 317/17 320/1
327/15 327/17 328/23 330/2
330/21 335/1 335/19 337/15
337/25 338/5 338/11 338/14
339/16 340/11
**MR. SCHILLER: [250]**   4/1
5/21 6/14 7/4 7/6 7/19 7/22
9/9 9/18 11/15 11/17 14/3
14/14 14/17 15/2 15/14 15/25
16/10 16/12 16/16 18/9 18/17
18/20 18/24 19/1 19/8 20/17
22/8 22/20 24/14 24/18 25/7
25/10 25/23 27/8 27/16 30/15
31/5 31/20 32/3 32/5 32/8
32/15 33/13 34/4 34/14 34/23
35/5 35/21 35/24 36/24 42/3
42/8 42/13 47/8 48/17 48/22
49/21 50/8 53/2 53/6 55/6
55/11 55/14 55/21 55/24 56/2
56/5 56/12 57/24 58/3 59/23
60/4 60/8 63/10 64/9 65/11
65/17 65/19 65/23 67/11
68/17 69/1 69/4 69/22 70/12
71/13 74/2 75/15 75/23 78/17
78/23 80/15 81/17 81/23 82/2
82/13 82/16 82/18 82/21 83/2
83/13 84/2 85/1 85/4 85/7
85/13 85/15 86/14 87/8 87/21
89/2 89/24 90/7 91/7 91/15
101/16 102/2 142/24 143/5
143/10 143/13 143/16 144/8
144/13 192/15 192/21 193/11
194/23 196/8 196/12 196/16
196/22 196/25 197/16 202/10
202/13 204/16 204/21 212/20
219/13 220/2 220/9 220/12
220/16 220/21 224/22 233/9

234/6 235/19 237/4 237/9
248/4 248/7 249/16 251/8
251/13 252/21 254/2 259/20
261/10 263/14 264/15 264/18
265/21 266/25 267/4 267/22
268/2 268/20 268/25 269/2
269/13 270/6 270/8 270/15
271/6 271/9 271/13 272/21
274/2 276/2 277/12 277/17
278/10 280/5 282/18 282/22
283/2 283/6 283/21 283/23
285/16 286/6 286/22 287/8
288/1 288/7 288/23 289/1
289/7 290/12 290/17 291/18
292/3 292/5 292/10 293/4
303/11 303/13 304/25 307/14
307/19 309/2 309/4 309/10
314/11 314/13 315/16 315/22
315/25 317/7 317/9 319/24
321/25 326/12 327/25 328/20
328/25 329/22 330/19 334/25
335/13 337/12 339/10 339/18
339/22 339/25 340/7 340/13
340/17 340/20 340/24 341/21
342/13 342/17 342/21 343/6
343/10 343/17
**MS. McCREA: [81]**   4/12 5/5
5/22 9/21 10/13 10/15 11/1
11/5 11/24 13/3 13/7 13/17
18/12 19/3 20/18 22/13 22/15
24/17 27/9 27/12 31/22 32/4
33/11 34/8 35/2 35/25 36/3
37/2 42/5 42/9 42/12 47/11
48/19 49/22 50/4 50/10 53/3
55/7 55/16 55/18 56/8 58/1
60/1 63/12 64/11 65/14 67/13
68/19 69/6 70/14 71/17 71/20
74/3 75/17 78/19 81/19 81/24
83/12 85/9 87/10 87/23 89/17
91/16 91/21 101/15 115/3
137/13 138/3 141/23 142/13
142/21 148/4 148/13 148/21
149/10 150/22 173/19 189/16
251/14 340/3 341/11
**THE COURT: [328]**   3/25 4/2
4/7 4/10 5/4 5/19 6/13 7/2
7/5 7/13 7/20 7/23 9/16 9/19
10/1 10/14 10/25 11/4 11/13
11/16 11/19 12/13 13/4 13/15
13/21 14/13 14/15 14/24 15/3
15/17 15/21 16/11 16/15
18/11 18/13 18/22 18/25 19/2
19/7 20/19 22/12 22/14 22/16
24/16 25/9 27/10 27/13 27/18
31/7 31/24 32/7 32/10 33/7
33/12 34/7 34/12 34/15 35/1
35/4 36/2 36/4 37/3 42/6
42/10 42/15 47/10 47/12
48/20 49/23 50/5 50/11 53/5
53/7 55/8 55/13 55/15 55/17
55/19 55/22 56/1 56/3 56/10
58/4 59/25 60/2 60/6 63/14
64/13 65/15 65/18 65/21
67/14 68/20 69/3 69/5 69/7
69/24 70/13 70/15 71/16
71/19 71/21 74/1 74/4 75/19
75/25 78/20 81/21 81/25
82/11 82/14 82/17 82/25 84/1

84/24 85/3 85/5 85/8 85/10
85/14 85/16 87/11 87/24 89/4
89/14 89/19 89/21 90/1 90/5
90/20 91/13 91/20 91/23
92/10 102/3 102/8 102/14
105/11 115/2 115/4 125/8
137/17 138/4 139/1 139/4
139/17 139/23 140/1 140/10
140/16 141/4 141/18 141/24
142/8 142/11 142/19 142/22
143/3 143/7 143/12 143/14
143/20 144/12 144/15 144/20
144/25 148/17 148/25 149/12
150/23 157/24 165/13 170/13
173/20 178/10 179/25 180/12
189/18 192/12 192/22 193/13
194/22 195/2 196/11 196/13
196/17 196/24 197/14 202/12
203/3 204/18 212/19 219/10
219/15 220/1 220/7 220/11
220/15 220/18 233/11 234/8
234/10 234/14 234/19 235/12
235/15 237/5 237/11 242/23
243/7 248/6 248/8 248/10
249/19 251/11 251/16 252/23
254/4 259/22 261/12 263/15
263/18 263/20 264/17 264/19
265/23 267/3 267/6 267/25
268/24 269/1 270/7 270/10
270/22 271/8 271/15 272/23
274/3 277/14 277/22 278/11
279/22 280/7 280/17 282/19
282/25 283/4 283/9 283/22
283/24 285/13 285/17 285/25
286/4 286/8 286/13 287/6
287/11 287/24 288/6 288/9
288/25 289/4 289/8 289/20
289/23 290/2 290/5 290/9
290/14 290/25 291/19 292/4
292/8 292/11 292/13 293/8
304/20 305/1 307/18 307/20
309/3 309/11 314/12 314/15
314/18 315/17 315/23 317/8
317/13 317/19 320/2 322/1
326/13 327/14 327/16 327/20
328/2 328/21 329/1 329/25
330/24 335/15 335/21 336/3
337/1 337/14 337/17 338/3
338/9 338/12 338/15 339/11
339/17 339/20 339/23 340/1
340/5 340/15 340/18 340/22
342/3 342/15 342/19 343/4
343/8 343/12 343/20
**THE COURTROOM DEPUTY: [2]**
102/10 192/18
**THE JUROR: [1]**   336/2
**THE WITNESS: [12]**   102/13
138/5 139/25 165/14 192/20
202/16 271/21 279/23 280/8
286/15 309/12 329/24

**$**

**$100 [2]**   211/5 238/7
**$160 [3]**   211/5 214/15 276/8
**$180 [2]**   209/24 238/5
**$2,000 [1]**   246/20
**$200 [2]**   214/15 246/18
**$5,000 [1]**   300/2

**$**

**$500 [1]**   257/1

**'**

**'70's [1]**   113/9
**'91 [1]**   104/3
**'97 [1]**   104/3

**/**

**/s [1]**   344/13

**0**

**00029 [1]**   36/9
**006.jp [1]**   45/18
**006.jpg [1]**   46/6
**0117 [1]**   52/9
**040508 [2]**   269/23 269/24
**040708 [1]**   260/8
**040808 [1]**   261/21
**0417 [1]**   52/9
**04170117\jpg [1]**   51/23

**1**

**10 [4]**   61/4 61/12 61/23
318/21
**100 [1]**   64/17
**100hh [2]**   238/3 238/6
**101 [1]**   3/5
**102 [1]**   3/7
**10:00 o'clock [1]**   339/24
**10th [1]**   61/15
**11 [5]**   61/22 89/23 90/1
314/14 344/12
**11:00 [2]**   89/10 239/7
**11:22 [1]**   139/6
**11th [2]**   61/13 160/20
**12 [2]**   29/24 142/10
**120 [1]**   89/23
**123 [1]**   140/6
**129 [1]**   339/11
**12:22 [1]**   139/6
**12:25 [1]**   139/7
**12:40 [2]**   61/13 61/22
**13 [2]**   273/5 277/14
**134618 [2]**   21/1 21/20
**13a [3]**   47/25 48/14 48/16
**13b [5]**   3/18 48/9 48/13
48/19 48/24
**13c [2]**   3/18 48/24
**14 [2]**   277/14 318/7
**144 [1]**   3/25
**15 [5]**   89/9 89/12 219/25
220/2 285/18
**15-minute [1]**   285/24
**158 [1]**   3/8
**16 [2]**   3/3 88/6
**17 [16]**   35/8 52/3 54/8
195/16 196/7 198/12 235/9
237/17 250/25 251/10 251/14
326/24 327/1 327/10 327/12
327/19
**175 [1]**   14/19
**17a [3]**   49/3 49/20 53/18
**17b [5]**   49/12 49/22 50/10
50/13 50/20
**17b-17j [2]**   3/19 50/7
**17f [2]**   53/3 53/10

**17j [2]**   3/20  50/7
**18 [25]**   3/15 21/21 95/17
116/12 173/6 199/6 199/9
209/13 209/14 209/15 209/19
250/25 251/3 251/10 251/14
252/6 325/8 326/25 327/1
327/3 327/5 327/9 327/11
327/17 332/25
**18-CR-80053-ROSENBERG [1]**
1/3
**180 [1]**   342/20
**180hr [2]**   238/3 238/4
**189 [1]**   3/9
**18a [4]**   54/16 55/3 55/5
59/18
**18b [5]**   54/23 55/7 55/12
56/15 56/17
**18b-18f [2]**   3/19 55/10
**18c [1]**   57/15
**18d [4]**   57/21 58/1 58/5
59/22
**18e [1]**   59/21
**18f [5]**   3/19 55/10 59/25
60/11 60/23
**19 [5]**   108/4 209/13 252/13
252/22 253/2
**193 [1]**   3/11
**1996 [1]**   193/10
**19a [4]**   62/20 63/9 94/18
94/21
**19b [3]**   63/4 63/12 63/15
**19b-19i [2]**   3/20 63/17
**19f [6]**   63/21 63/23 64/11
66/15 95/2 95/9
**19g [4]**   65/11 65/24 66/4
95/7
**19i [2]**   3/20 63/17
**1:17 [1]**   52/7
**1:30 [2]**   139/7 139/15
**1:46 [1]**   21/21
**1a [2]**   18/5 18/8
**1b [12]**   12/24 13/9 13/10
13/12 13/13 17/23 18/4 18/10
18/16 18/22 19/11 20/15
**1b-1k [1]**   3/15
**1c [2]**   12/24 20/18
**1d [1]**   12/24
**1e [1]**   12/24
**1f [1]**   12/24
**1g [1]**   5/6
**1h [1]**   13/9
**1i [3]**   13/10 283/20 283/22
**1j [7]**   12/25 13/10 13/12
13/14 22/10 22/23 22/25
**1k [5]**   3/15 12/25 18/16 26/4
26/6

**2**

**2,000 [1]**   257/7
**2/22/2007 [1]**   309/13
**20 [12]**   14/19 15/12 214/4
214/5 219/19 242/22 243/6
252/13 252/22 253/2 340/2
342/12
**20-minute [1]**   340/6
**2000 [4]**   261/4 318/7 318/21
318/21
**2001 [1]**   104/1

**2003 [2]**   197/11 327/1
**2004 [9]**   195/12 195/13 199/1
205/12 221/5 254/10 317/3
327/2 331/19
**2005 [7]**   205/12 205/22
205/23 215/8 250/8 254/10
331/19
**2006 [7]**   215/9 249/24 250/8
261/4 297/25 301/14 305/25
**2007 [5]**   45/8 255/14 261/4
309/13 309/15
**20070822 [1]**   20/25
**2008 [13]**   45/8 45/11 105/19
108/12 112/2 160/21 248/18
255/14 273/4 273/5 275/1
302/1 340/10
**2009 [6]**   51/25 248/18 251/22
252/10 253/5 302/1
**2010 [3]**   52/15 111/13 319/10
**2011 [2]**   71/1 72/22
**2012 [3]**   61/4 61/12 111/13
**2013 [3]**   105/19 107/10 306/5
**2014 [16]**   111/15 215/10
235/10 237/18 238/13 277/6
277/7 301/17 305/25 306/3
308/3 308/9 308/10 308/12
317/3 321/16
**2015 [4]**   72/22 107/10 107/11
277/6
**2016 [3]**   71/1 283/12 293/25
**2017 [6]**   21/14 108/6 108/7
197/12 238/12 310/24
**2018 [7]**   1/8 41/17 41/21
311/1 312/1 312/5 312/7
**2019 [1]**   344/12
**21 [3]**   253/23 253/24 283/12
**2123 [1]**   1/20
**22 [8]**   21/14 196/10 196/13
197/4 197/6 197/19 253/23
309/15
**23 [4]**   197/6 197/22 252/10
272/18
**24 [3]**   197/6 197/24 272/18
**24/7 [1]**   239/12
**25 [7]**   197/6 198/1 253/5
303/7 303/14 339/14 342/14
**250 [1]**   201/4
**2500 [1]**   257/7
**25616547100 [1]**   76/10
**25a [3]**   66/21 66/22 67/10
**25b [2]**   67/4 67/13
**25b-25d [2]**   3/20 67/16
**25d [2]**   3/20 67/16
**26 [4]**   197/6 198/3 303/7
303/14
**27 [3]**   3/15 197/6 198/5
**28 [2]**   197/7 198/7
**29 [6]**   86/2 196/10 196/13
197/4 197/7 198/9
**2:00 o'clock [1]**   143/18
**2nd [1]**   1/19

**3**

**3/C [1]**   45/24
**30 [16]**   31/7 89/22 90/1 90/2
112/5 112/7 144/10 144/11
144/13 144/14 144/17 238/2
242/22 243/7 285/17 314/12

**3**

**30-35 [2]**  3/25 144/23
**300 [1]**  60/15
**31 [1]**  81/14
**317 [1]**  3/12
**32 [2]**  3/16 268/22
**32c [1]**  237/15
**33 [1]**  193/12
**33321 [1]**  216/10
**33401 [2]**  1/17 1/23
**34 [1]**  3/16
**34950 [1]**  1/20
**35 [6]**  3/25 144/11 144/13 144/14 144/17 144/23
**36 [3]**  74/24 74/24 144/10
**3643 [1]**  237/15
**36a [6]**  68/5 68/6 97/12 97/15 97/19 196/12
**36b [3]**  68/19 69/3 69/10
**36b-36j [2]**  3/21 68/22
**36c [3]**  70/2 70/13 70/16
**36d [5]**  71/5 71/10 71/11 71/14 73/3
**36j [10]**  3/21 68/22 73/16 73/17 74/2 74/9 196/10 196/13 197/4 197/19
**3:10 [1]**  237/17
**3:25 [1]**  219/19
**3:30 [2]**  220/6 285/15
**3a [2]**  26/18 27/7
**3b [8]**  12/25 27/2 27/9 27/15 27/18 27/19 27/22 98/16
**3b-3d [1]**  3/15
**3c [2]**  12/25 28/14
**3d [7]**  3/15 12/25 27/2 27/9 27/15 27/20 29/8

**4**

**4,000 [1]**  98/17
**4,279 [3]**  28/1 28/2 28/10
**4/17 [1]**  52/3
**4/17/2009 [1]**  51/25
**40 [3]**  112/5 189/3 343/9
**40's [3]**  209/19 209/20 209/21
**400 [1]**  1/16
**404 [8]**  140/18 140/21 140/23 144/22 287/13 287/15 289/14 291/25
**41b [1]**  81/14
**42 [3]**  3/17 75/18 75/24
**42a [4]**  75/3 75/14 76/19 76/21
**42b [5]**  3/21 75/10 75/16 75/20 75/22
**42c [6]**  3/21 75/18 75/20 75/22 77/3 77/5
**44 [1]**  52/14
**45 [1]**  142/22
**450 [2]**  1/19 1/22
**47 [1]**  3/18
**4747 [1]**  38/3
**48 [3]**  3/18 62/10 80/1
**48a [3]**  79/22 79/22 80/16
**48b [8]**  3/22 80/1 80/25 81/19 81/22 81/24 82/2 82/3
**49 [2]**  51/8 51/16

**4:00 [1]**  273/3
**4a [4]**  30/19 30/20 30/22 31/19
**4b [6]**  12/25 31/11 31/21 32/9 32/11 32/17
**4b-4m [1]**  3/16
**4c [1]**  12/25
**4d [1]**  12/25
**4m [4]**  3/16 10/19 32/17 33/10
**4n [9]**  32/1 32/2 32/3 32/4 32/5 32/6 32/8 32/9 32/11
**4o [2]**  3/16 32/17
**4p [4]**  3/16 31/11 32/11 32/17
**4PC0 [1]**  52/4

**5**

**5 percent [1]**  189/11
**50 [5]**  3/19 110/14 112/19 169/7 189/3
**50's [1]**  209/19
**50/50 [1]**  169/7
**500 [2]**  1/16 1/23
**50b [4]**  78/10 78/11 78/19 78/21
**50b-50i [2]**  3/22 78/22
**50c [1]**  79/3
**50i [4]**  3/22 78/10 78/11 78/22
**51 [6]**  82/21 83/1 83/22 83/22 84/7 85/21
**51a [1]**  82/25
**51aa [3]**  83/21 83/23 85/5
**51aa-51az [2]**  3/23 85/12
**51ac [2]**  259/14 259/21
**51ad [2]**  270/5 270/9
**51ap [2]**  263/7 263/15
**51av [1]**  261/6
**51aw [1]**  265/4
**51ax [1]**  271/12
**51ay [1]**  272/8
**51az [4]**  3/23 85/12 265/13 265/22
**51b [1]**  269/11
**51ba [1]**  84/3
**51bb [2]**  3/23 85/12
**51bc [1]**  84/3
**51bd [1]**  85/12
**51be [1]**  84/3
**51bf-51bi [1]**  85/13
**51bi [1]**  85/13
**51bj [1]**  84/3
**51bk-51bt [1]**  85/13
**51bt [3]**  85/2 85/13 85/14
**54 [1]**  142/5
**55 [1]**  3/19
**561-654-7100 [1]**  82/8
**561-833-6288 [1]**  1/24
**57 [1]**  309/2
**59 [1]**  142/4
**5:00 [1]**  320/22
**5:10 [1]**  289/6
**5:15 [1]**  220/12
**5:17 [1]**  61/19
**5:17:23 [1]**  51/25
**5:20 [2]**  285/20 289/22
**5:30 [1]**  220/12

**5a [6]**  32/20 32/23 33/4 33/17 34/2 35/16
**5ab [6]**  5/19 33/20 33/22 34/6 34/18 34/21
**5ab-5af [1]**  3/16
**5af [3]**  3/16 34/18
**5ag [1]**  34/6
**5ah [1]**  34/18
**5ah-5aq [1]**  3/16
**5ai [1]**  35/25
**5aq [2]**  3/16 34/18
**5as [2]**  3/17 34/18
**5au [2]**  3/17 34/19
**5av [2]**  3/17 34/19
**5ax [4]**  3/17 34/19 37/1 37/4
**5ay [2]**  3/17 34/19
**5ba-5bi [2]**  3/17 34/19
**5be [2]**  292/21 293/6
**5bf [2]**  282/4 284/9
**5bi [2]**  3/17 34/19
**5bj [1]**  34/7
**5bk [4]**  3/17 33/20 33/22 34/19

**6**

**6/13/2008 [1]**  273/4
**60 [1]**  112/19
**626 [2]**  28/20 28/24
**6285 [1]**  1/17
**6288 [1]**  1/24
**63 [1]**  3/20
**65 [6]**  3/25 100/19 144/11 144/14 144/17 144/23
**67 [1]**  3/20
**678-7889 [1]**  234/14
**6786 [2]**  216/10 231/23
**68 [1]**  3/21
**69th [1]**  216/10
**6:00 [1]**  292/3
**6:30 [2]**  143/3 344/3
**6a [8]**  39/4 39/5 41/8 42/2 92/20 93/21 93/25 94/5
**6b [21]**  3/17 41/7 42/5 42/11 42/17 43/18 247/21 248/8 249/18 251/10 251/14 252/13 252/22 266/8 267/1 267/15 272/18 273/9 277/13 303/7 303/14
**6s [3]**  26/20 27/7 28/2

**7**

**70 [3]**  100/19 214/21 214/22
**71 [1]**  106/19
**7100 [3]**  76/11 76/25 82/8
**715 [1]**  172/11
**715.19 [1]**  171/20
**72 [1]**  86/19
**72a [7]**  3/24 87/7 87/9 87/13 87/15 87/16 233/9
**72b [6]**  3/24 87/15 87/23 88/1 233/23 234/8
**72c [5]**  3/24 88/1 233/23 234/4 237/5
**73 [1]**  70/18
**740 [1]**  245/14
**75 [1]**  3/21
**772-489-2123 [1]**  1/20
**772.467.2337 [1]**  2/3

**7**

**78 [1]**   3/22
**7889 [1]**   234/14

**8**

**80 [8]**   88/13 100/8 100/9
 100/9 100/12 101/21 214/21
 214/22
**818 [1]**   38/3
**82 [3]**   3/22 61/11 61/25
**826-4747 [1]**   38/3
**85 [8]**   3/23 61/11 61/12
 61/22 61/25 62/10 62/15
 91/16
**865-3643 [1]**   237/15
**87 [4]**   3/24 61/5 61/19 62/1
**88 [2]**   3/24 61/5
**89 [1]**   61/5
**8:00 o'clock [2]**   24/24 336/3
**8:15 [1]**   343/25
**8:30 [5]**   336/2 336/3 336/4
 337/6 344/2
**8:40 [1]**   61/23
**8a [2]**   46/17 47/6
**8b [5]**   3/18 47/1 47/2 47/10
 47/14

**9**

**90 [8]**   60/25 61/5 62/1 62/4
 62/7 62/14 91/16 100/12
**902 [1]**   144/15
**92 [3]**   3/4 282/14 282/15
**93 [1]**   282/15
**954 [2]**   234/14 237/15
**954-789-6285 [1]**   1/17
**9:00 [3]**   4/7 320/22 336/2
**9:17 [1]**   61/19

**A**

**A's [1]**   52/23
**A-L [1]**   204/25
**a.m [3]**   51/25 61/13 61/22
**abbreviation [2]**   295/12
 295/14
**abductions [2]**   103/14 103/19
**abilities [1]**   125/3
**ability [3]**   100/6 132/17
 335/12
**able [48]**   6/7 6/23 11/23
 12/10 35/15 40/20 40/23 41/3
 58/5 58/12 58/19 58/20 79/15
 80/2 80/8 80/14 80/22 88/10
 88/21 89/7 91/24 92/1 95/1
 99/2 100/10 100/19 100/19
 100/22 100/25 101/3 101/3
 101/7 124/10 124/19 124/22
 134/24 134/24 136/17 137/12
 138/13 140/17 185/20 226/5
 241/18 242/17 247/12 291/9
 336/10
**abortion [6]**   303/24 304/2
 304/23 305/7 305/10 305/19
**about [322]**   4/4 6/14 7/18
 7/19 7/24 8/10 9/4 9/17 12/2
 12/5 13/20 14/6 14/19 14/24
 16/6 16/9 18/20 20/9 20/9
 20/24 21/7 26/2 30/6 30/14

31/7 32/21 32/14 32/15 33/7
36/15 43/5 43/8 43/9 45/13
51/19 56/6 56/8 56/12 58/23
64/2 72/2 74/1 75/25 90/9
91/17 92/23 94/15 94/18
95/11 95/20 95/24 95/25 96/5
96/24 97/13 98/7 98/16 99/21
100/7 100/10 100/16 100/18
101/10 101/21 104/4 104/13
107/4 108/8 108/10 109/14
109/16 109/22 111/3 111/8
112/11 112/20 112/22 115/8
115/10 116/2 116/21 117/7
117/11 117/23 118/15 119/7
122/15 122/24 123/5 124/1
125/7 125/11 126/7 126/15
127/9 127/20 128/17 130/25
131/12 133/9 133/10 135/4
135/11 135/15 135/16 137/19
139/6 139/7 139/25 140/17
145/6 145/7 145/8 145/9
145/11 145/12 145/17 145/19
145/25 146/2 146/5 146/9
146/16 146/17 146/17 146/21
147/3 147/5 148/9 148/12
148/14 148/21 148/22 148/24
149/3 149/6 149/8 149/24
150/2 150/13 152/8 156/21
159/19 161/5 162/3 162/3
162/12 162/14 162/24 164/11
164/22 166/18 166/19 167/6
169/11 169/21 169/22 169/23
169/25 171/9 172/14 173/7
174/20 174/21 174/21 174/24
175/1 175/3 175/4 175/6
175/8 176/12 176/24 178/22
179/2 181/6 181/18 181/20
182/3 182/4 182/15 182/25
183/6 183/25 186/1 189/23
189/24 190/1 190/6 190/8
190/13 190/19 191/4 191/5
191/14 191/15 203/10 205/22
206/13 208/15 211/11 212/9
212/10 214/4 215/19 218/17
218/18 219/6 219/19 220/4
220/24 221/1 221/1 222/13
223/15 224/1 224/9 225/13
225/16 226/5 226/14 227/5
227/12 227/25 228/10 229/7
230/5 230/10 231/7 232/16
235/19 236/20 236/24 236/25
239/20 239/21 239/22 239/22
239/23 239/24 241/3 241/21
242/6 243/6 243/11 246/13
247/16 247/16 247/17 251/19
255/12 256/25 259/12 260/17
260/24 262/14 275/22 277/11
279/7 279/15 280/11 280/16
281/6 282/1 285/17 286/24
286/25 287/11 287/19 287/20
288/5 292/5 298/2 298/5
302/6 304/16 305/7 307/19
310/10 310/13 310/24 313/4
313/7 313/7 315/14 316/16
317/25 321/11 321/13 324/12
324/13 324/14 327/10 327/12
332/7 332/9 332/13 333/6
333/7 333/8 333/13 333/15

333/25 334/1 334/21 337/3
337/4 337/14 337/22 338/21
339/6 339/14 339/24 340/3
340/11 340/15 340/16 340/23
341/12 342/2 342/12 342/15
**above [4]**   52/18 193/20 205/6
 344/10
**absence [1]**   275/23
**absolute [1]**   21/22
**Absolutely [2]**   131/11 156/15
**abundance [1]**   56/11
**abuse [7]**   121/23 122/1
 122/24 151/13 157/1 218/17
 228/21
**abused [2]**   156/25 229/6
**abusive [3]**   202/3 202/6
 203/20
**academic [4]**   159/12 159/14
 159/20 171/16
**academy [2]**   104/14 110/8
**accept [1]**   169/6
**acceptable [1]**   146/6
**access [11]**   43/9 44/15 44/19
 44/24 45/1 45/2 45/4 98/10
 246/25 258/18 259/2
**accessed [1]**   72/2
**accessibility [1]**   98/8
**accident [2]**   203/16 203/17
**accommodated [1]**   92/7
**accommodations [1]**   186/3
**according [2]**   61/3 200/9
**account [9]**   30/4 30/14 37/12
 37/15 38/4 69/13 258/18
 258/19 259/2
**accounts [2]**   19/16 69/20
**accurate [2]**   48/7 343/12
**accurately [14]**   18/7 27/6
 31/18 34/1 42/1 47/5 48/16
 49/19 67/9 68/15 75/13 78/6
 78/14 87/19
**acknowledge [2]**   148/16 178/1
**acknowledges [1]**   9/2
**acronym [1]**   103/5
**acrylic [1]**   5/8
**act [16]**   40/13 116/23 117/14
 117/22 117/25 132/4 134/19
 166/12 166/21 166/23 169/18
 169/19 169/20 170/19 172/8
 187/4
**acting [3]**   319/12 328/6
 331/22
**action [4]**   23/21 91/1 328/24
 329/14
**actions [1]**   186/20
**active [2]**   112/10 112/12
**actively [2]**   28/12 123/19
**activities [6]**   115/24 118/6
 146/14 147/5 288/6 304/15
**activity [10]**   119/24 122/17
 129/17 166/10 166/22 167/1
 167/11 184/20 215/16 258/4
**acts [42]**   5/12 115/16 120/22
 122/19 128/10 152/3 153/10
 166/7 177/23 182/5 182/8
 182/13 182/17 183/24 186/22
 187/12 187/15 187/15 187/20
 187/22 190/19 205/16 212/25
 213/17 214/14 215/12 220/25

**A**

**acts... [15]**   224/17 229/13
229/17 245/23 250/15 255/17
262/19 266/20 267/6 270/1
274/24 277/3 297/2 301/16
306/1

**actual [18]**   26/13 31/18 44/3
47/6 49/19 57/2 66/9 67/9
75/13 77/16 78/14 84/17
146/16 165/8 168/10 250/2
253/2 267/21

**actuality [5]**   10/24 135/19
151/7 152/24 156/9

**actually [25]**   4/24 19/22
21/24 25/21 35/16 44/6 50/2
61/13 61/23 64/6 84/21 98/2
99/12 101/13 108/24 117/12
121/3 133/16 138/2 156/13
170/20 186/11 206/11 206/20
256/5

**ad [24]**   70/11 130/12 130/13
130/17 206/1 206/6 206/13
206/20 230/2 266/5 271/19
271/22 332/9 332/13 332/17
332/19 332/20 332/25 333/5
333/17 333/22 334/4 335/5
335/6

**add [4]**   23/22 141/21 211/7
332/12

**added [3]**   30/7 98/20 282/23

**addicted [2]**   281/22 281/23

**addiction [2]**   177/15 177/17

**addition [4]**   122/15 138/19
152/5 186/18

**additional [8]**   21/20 36/18
93/6 93/18 96/2 100/18 141/8
262/20

**address [6]**   34/11 90/9 140/8
208/25 216/7 232/5

**addressed [1]**   33/11

**addresses [1]**   19/17

**adequate [1]**   176/22

**adjudicated [1]**   164/24

**adjusted [3]**   24/25 52/5
61/16

**admissibility [1]**   8/19

**admissible [2]**   90/19 291/2

**admission [3]**   27/11 34/10
91/5

**admit [7]**   9/19 13/13 31/25
42/4 81/22 85/4 141/2

**admitted [38]**   10/13 15/2
15/5 15/8 18/14 27/14 32/12
34/16 47/13 48/21 49/24 50/4
55/9 63/15 67/15 68/21 71/23
75/20 75/21 76/1 78/21 82/1
85/1 85/11 87/12 87/25 90/16
90/20 90/21 90/23 90/25 91/4
91/15 92/19 97/11 144/16
234/16 251/17

**ads [10]**   70/23 97/24 230/18
230/22 232/4 264/25 270/19
281/4 296/12 334/21

**adult [16]**   95/15 105/16
109/12 109/15 116/10 166/16
166/20 181/1 181/3 182/4
182/7 185/3 187/3 253/15

**adults [15]**   112/17 116/3
116/9 166/18 168/8 168/9
168/24 172/16 172/25 173/7
173/8 178/1 178/3 178/5
178/7

**advance [5]**   13/23 13/24
110/7 291/11 342/2

**advertise [3]**   131/2 229/22
248/23

**advertised [1]**   131/3

**advertisements [1]**   131/9

**advertising [2]**   229/17
231/14

**advice [1]**   109/6

**advised [2]**   200/9 325/18

**affect [6]**   41/24 41/25
122/25 125/23 135/5 137/1

**affected [1]**   45/1

**affection [11]**   126/24 127/9
127/12 131/23 133/5 134/4
135/6 136/5 136/11 150/4
157/10

**after [67]**   4/14 10/12 12/1
12/9 24/21 45/11 78/4 104/21
106/15 142/25 143/6 143/11
143/16 143/19 144/4 155/13
198/21 199/8 200/22 201/1
207/9 208/16 209/9 210/21
210/24 212/12 214/20 215/19
216/19 221/17 232/17 245/12
245/23 260/12 275/1 277/9
279/13 280/3 282/2 299/19
301/8 304/14 304/16 304/23
304/23 305/5 305/19 307/6
313/14 316/3 316/3 316/4
316/10 320/18 323/10 323/11
328/13 328/14 328/15 331/20
333/15 342/16 342/18 343/2
343/5 343/7 343/16

**afternoon [11]**   102/19 143/2
143/9 158/3 158/4 193/2
193/3 219/13 219/18 220/11
315/7

**Afterwards [1]**   203/9

**ag [1]**   33/21

**again [29]**   5/25 9/2 23/25
25/11 28/16 38/1 40/15 49/25
61/14 62/10 67/24 72/24 77/7
79/11 84/8 112/18 119/3
136/10 138/13 151/22 155/21
167/4 177/17 177/19 182/3
225/18 251/13 314/11 336/6

**against [7]**   103/12 104/19
105/8 105/9 108/22 224/15
311/14

**age [4]**   95/17 116/12 166/19
173/6

**agencies [7]**   103/21 105/23
106/19 106/21 108/16 130/18
215/17

**agency [50]**   104/6 104/22
107/12 108/2 130/22 131/6
207/7 207/8 207/9 207/12
207/18 208/24 208/24 211/18
212/7 213/3 213/6 213/18
213/19 213/21 213/25 214/11
214/20 215/4 215/19 216/6

326/22 329/4

216/13 216/14 216/23 216/25
217/3 217/12 217/21 218/15
219/2 222/5 222/7 225/2
225/5 228/1 229/13 230/8
230/17 231/8 231/11 250/11
281/4 298/4 332/11 332/12

**agency's [2]**   231/8 231/9

**agent [6]**   102/8 103/3 103/25
105/7 107/13 170/24

**agents [7]**   20/1 73/20 81/8
101/23 104/24 312/19 334/3

**aggression [1]**   136/12

**aggressive [13]**   126/2 126/3
126/4 126/8 126/12 128/5
128/24 136/19 175/5 175/17
175/18 176/15 191/11

**ago [8]**   109/25 163/4 228/23
310/24 313/10 318/8 319/5
327/19

**agree [18]**   8/8 50/15 72/21
88/12 176/13 176/16 177/5
177/11 178/9 178/17 179/7
179/21 180/17 181/10 250/13
307/21 309/9 321/10

**agreed [2]**   144/7 257/25

**agreeing [3]**   8/19 158/8
159/17

**agreement [3]**   289/18 342/6
342/8

**ahead [5]**   122/4 149/15
208/17 280/21 343/15

**aide [1]**   331/14

**AIDS [1]**   281/13

**ain't [2]**   200/10 200/11

**air [1]**   133/18

**al [2]**   271/4 315/10

**alien [1]**   255/8

**all [175]**   6/10 7/3 7/7 7/17
9/18 9/20 16/25 17/16 17/20
17/25 18/2 18/7 19/20 20/1
20/8 23/24 28/18 29/25 31/5
32/12 33/3 33/21 34/1 38/16
39/3 39/8 41/22 43/17 45/6
45/23 46/1 48/13 49/16 51/16
52/13 56/13 57/24 64/9 64/14
65/6 66/25 68/11 69/20 70/5
70/23 71/1 71/22 72/21 72/24
73/6 75/8 77/12 77/23 81/14
81/17 83/7 83/23 84/6 84/24
88/15 88/24 90/15 90/18
101/23 102/9 107/15 107/23
108/19 109/8 111/6 115/5
116/24 120/4 121/6 124/12
128/2 132/2 133/8 135/19
136/12 136/16 136/24 139/18
140/22 142/23 146/10 146/14
147/11 151/7 152/23 152/24
153/11 156/9 156/21 157/21
164/21 165/25 184/3 184/4
184/16 191/11 192/7 192/13
197/7 197/9 202/13 202/16
204/11 205/23 212/13 212/15
212/16 212/17 213/11 215/1
215/6 215/16 217/25 217/25
218/16 220/17 222/6 222/8
223/13 224/3 224/17 227/4
227/9 227/23 228/3 228/3
229/2 229/6 234/20 235/9

**A**

**all... [40]**   235/20 239/5
241/10 241/16 242/5 245/16
246/10 246/10 246/22 247/16
247/16 250/16 259/13 260/14
260/14 260/20 262/16 270/19
276/19 286/7 286/23 289/10
289/21 291/25 293/15 295/7
296/7 301/17 304/6 314/25
316/1 318/23 329/14 333/3
337/9 339/7 340/16 341/22
342/4 343/21
**allegation [1]**   287/19
**alleged [21]**   148/18 160/7
162/4 162/7 162/11 162/12
163/5 163/7 163/10 163/12
163/20 164/13 164/15 164/17
164/25 165/9 165/23 167/18
168/2 168/4 185/21
**alleges [1]**   141/16
**alleging [1]**   189/24
**allow [7]**   13/6 58/16 74/6
96/16 264/7 280/18 291/3
**allowed [6]**   90/24 91/12
141/7 300/9 300/18 307/5
**allowing [2]**   92/2 341/17
**allude [1]**   190/5
**alluding [1]**   174/14
**almost [8]**   5/23 61/5 86/18
131/7 152/16 222/25 317/23
341/25
**alone [1]**   149/17
**along [9]**   13/6 15/20 43/14
43/19 144/7 174/6 174/13
342/11 344/2
**alphabetical [1]**   82/7
**already [14]**   30/12 47/25
88/5 133/5 142/3 150/13
196/11 197/15 197/17 208/24
212/10 212/11 231/11 264/16
**also [57]**   5/12 17/6 20/1
32/1 37/9 52/4 66/12 76/23
96/2 109/14 110/20 127/20
128/15 133/3 134/11 167/24
168/17 171/16 177/5 179/1
180/19 181/18 182/1 182/12
183/3 183/19 185/8 186/4
186/19 187/1 189/13 191/15
202/6 216/14 226/16 228/14
233/7 234/4 237/6 241/4
243/25 265/4 265/7 270/1
271/5 271/12 275/24 278/25
281/4 281/22 293/24 311/10
315/3 315/12 328/11 341/2
342/20
**ALSTON [68]**   1/7 69/17 195/9
196/4 197/10 197/11 197/12
197/20 197/22 197/24 198/1
198/3 198/4 198/5 198/7
198/9 199/15 215/2 215/2
215/9 217/16 227/23 229/3
230/5 236/17 244/19 246/22
247/12 249/5 255/4 257/12
257/14 257/16 257/24 258/14
258/18 258/22 259/1 259/3
259/8 260/14 262/16 262/20
270/2 271/1 274/8 274/16

276/11 277/22 279/3 281/1
282/1 284/7 284/10 285/2
285/9 305/13 306/19 313/3
316/24 321/2 321/5 321/7
321/15 321/18 327/4 333/5
334/12
**Alston's [2]**   301/4 334/16
**altered [1]**   41/13
**although [3]**   140/19 152/24
154/12
**always [22]**   120/7 123/8
129/9 146/2 147/1 152/13
154/16 173/13 187/16 228/18
240/11 240/12 253/20 253/21
255/1 279/9 279/10 280/12
281/12 302/7 302/7 321/3
**am [117]**   9/15 10/18 12/10
12/23 13/20 14/1 15/18 17/23
20/25 28/7 30/19 31/10 33/8
42/9 42/14 48/9 53/13 57/21
60/11 62/10 71/18 82/7 89/18
91/17 92/19 93/20 103/3
109/14 113/2 113/11 114/15
114/16 121/8 140/9 148/12
148/14 149/13 159/10 159/19
161/3 161/4 161/13 161/13
161/14 161/14 162/1 162/6
162/10 162/12 164/3 164/11
165/22 166/18 167/6 169/23
169/25 170/23 171/14 172/4
172/14 173/7 174/11 174/19
174/20 174/20 174/21 175/20
176/2 178/21 179/15 185/18
190/4 190/9 191/3 194/3
194/9 195/8 202/14 212/10
228/8 232/25 234/18 235/14
244/10 244/11 245/3 250/21
250/21 250/23 264/2 266/15
271/19 272/17 277/1 282/3
282/25 284/21 290/13 291/1
291/13 294/22 309/1 317/13
318/7 320/15 320/16 321/4
325/10 326/11 327/18 330/15
330/23 332/25 334/13 334/17
335/22 341/13
**AMERICA [3]**   1/4 307/14
307/18
**American [1]**   300/14
**among [7]**   112/16 139/9
154/15 175/23 177/6 177/17
177/21
**amount [4]**   5/7 206/11 212/2
244/11
**amusement [2]**   134/9 152/9
**anally [1]**   128/9
**analysis [2]**   103/9 192/10
**analyze [1]**   190/9
**analyzes [2]**   24/13 69/12
**Android [1]**   28/4
**Andy [1]**   325/1
**anger [1]**   151/12
**angry [3]**   204/6 279/11
279/14
**animal [8]**   126/10 126/23
128/2 150/9 150/11 156/25
175/11 175/12
**ankle [5]**   204/16 204/16
205/6 222/15 315/8

**another [32]**   4/21 5/19 44/9
50/1 64/2 65/16 66/11 105/3
114/11 115/14 132/10 145/9
145/11 146/3 146/3 192/1
220/12 228/11 245/13 245/15
275/11 284/23 287/1 288/15
291/6 291/12 301/12 323/23
323/25 324/1 334/16 335/16
**answer [15]**   142/18 160/2
160/23 162/2 163/1 165/13
177/19 180/4 202/14 231/15
231/17 271/21 280/7 280/19
327/16
**answered [2]**   142/18 232/4
**answering [1]**   207/22
**answers [4]**   161/25 179/3
180/4 219/9
**anticipate [4]**   13/8 142/5
143/10 342/12
**anticipated [1]**   140/4
**anticipating [1]**   343/10
**antivirus [1]**   45/4
**any [128]**   4/3 8/23 10/2 10/8
11/14 13/6 14/11 14/12 15/7
15/11 15/14 17/20 22/13
24/17 28/6 30/11 32/13 35/2
41/19 41/20 43/8 47/11 55/16
60/1 69/6 70/14 71/17 73/25
77/19 84/25 85/9 88/22 89/10
90/22 91/2 98/14 101/8 104/2
110/22 112/4 112/5 112/25
115/3 122/17 132/2 138/20
139/9 139/14 140/20 141/12
146/8 148/23 159/23 160/2
160/10 160/13 167/21 188/17
189/3 189/19 196/14 199/8
204/11 204/13 212/17 214/14
217/15 217/18 219/21 220/11
229/8 230/16 230/17 234/9
234/16 237/6 237/7 243/4
246/3 247/9 247/13 248/9
251/12 257/12 258/3 259/4
259/7 263/16 277/15 279/8
280/3 280/4 282/20 283/7
285/21 287/20 287/25 291/4
291/8 292/2 296/19 297/15
297/20 298/14 305/18 307/19
308/17 308/19 310/2 316/10
327/21 328/22 329/14 329/16
331/16 331/25 332/3 335/24
336/11 336/11 336/15 336/16
336/18 337/3 337/9 342/1
342/5 342/6
**anybody [6]**   139/25 172/9
174/25 302/25 321/22 337/4
**anyone [17]**   7/6 52/22 89/11
116/11 139/9 139/10 172/7
177/6 177/18 186/10 219/21
219/21 219/24 224/11 285/20
285/23 334/17
**anything [48]**   41/4 84/5
88/10 110/23 115/8 128/23
138/11 141/10 141/11 141/21
143/25 144/1 147/20 156/7
161/5 190/8 203/19 223/9
228/25 241/10 243/13 244/7
246/9 246/24 247/11 260/10
260/18 275/22 279/7 281/10

351

**A**

anything... **[18]** 287/4
287/14 287/20 296/17 301/8
308/13 313/11 313/12 315/1
316/14 322/6 322/20 333/6
333/7 333/13 334/17 336/13
344/1
anyway **[1]** 91/11
anywhere **[7]** 123/10 136/17
214/15 228/6 256/11 256/11
261/4
apart **[2]** 62/2 86/23
apartment **[8]** 198/14 223/17
249/2 249/3 249/5 249/9
302/5 324/23
apologize **[12]** 32/6 119/19
175/22 175/25 176/4 176/5
176/9 202/12 202/16 219/7
219/17 340/14
apology **[1]** 176/3
app **[1]** 37/19
appear **[7]** 30/7 41/22 41/25
53/21 53/22 77/13 284/25
APPEARANCES **[1]** 1/13
appeared **[1]** 262/4
appearing **[1]** 166/12
appears **[9]** 5/8 40/15 52/2
52/19 52/25 72/21 77/16 86/3
166/20
apple **[3]** 5/19 28/8 30/3
application **[7]** 37/11 37/14
37/18 207/25 208/4 208/16
222/3
applications **[1]** 95/25
applied **[3]** 21/9 100/16
153/16
applies **[1]** 178/15
applying **[1]** 114/23
appointment **[12]** 117/11
117/13 118/23 208/13 231/21
232/1 233/5 236/25 242/21
245/1 245/6 275/14
appointments **[8]** 232/17
242/22 242/22 243/3 243/7
243/20 243/24 244/1
appreciate **[2]** 144/16 216/12
appreciative **[1]** 336/7
approach **[9]** 16/11 56/10
92/21 105/10 124/12 233/10
263/1 289/9 309/3
approached **[1]** 123/1
approaches **[1]** 124/16
appropriate **[4]** 141/13 176/7
317/19 341/21
approval **[1]** 242/1
approve **[2]** 23/23 319/17
approximate **[1]** 277/5
approximately **[10]** 60/15
100/12 194/11 201/3 205/19
215/8 238/2 248/17 251/22
261/3
April **[3]** 52/5 52/15 312/7
April 6 **[1]** 52/15
ar **[4]** 33/21 34/6 63/15
112/6
are **[464]**
area **[9]** 89/25 100/14 107/15

110/15 113/3 125/8 160/5
207/22 224/4
areas **[2]** 107/15 297/22
arguing **[2]** 280/24 305/12
argument **[7]** 218/23 221/7
280/3 280/12 280/22 338/16
338/18
argumentative **[1]** 326/13
arguments **[2]** 11/22 279/13
around **[16]** 40/25 117/2
120/21 126/6 143/18 147/1
160/16 160/22 203/12 221/5
221/9 221/21 236/22 240/11
330/8 333/2
arrange **[1]** 134/10
arrangement **[1]** 13/25
arrest **[8]** 140/15 152/2
186/12 275/13 306/14 308/8
308/16 340/10
arrested **[26]** 156/21 168/21
189/24 190/3 190/6 190/10
275/2 275/9 275/24 275/24
276/9 299/17 299/19 306/3
306/7 306/8 310/23 311/1
311/14 312/7 312/8 312/17
312/19 313/15 341/6 341/9
arresting **[1]** 341/1
arrive **[1]** 336/1
Arriving **[1]** 225/20
art **[1]** 174/23
article **[1]** 160/1
as **[273]** 5/6 5/19 6/11 7/16
8/1 9/6 9/15 9/19 12/21
14/23 19/5 20/5 20/12 21/2
21/23 23/3 25/17 26/17 31/11
32/3 33/10 34/12 35/3 36/1
37/19 45/7 45/7 46/13 46/18
47/10 50/10 52/9 52/10 52/17
56/7 57/14 58/2 58/2 59/1
60/7 62/24 64/11 64/18 69/21
71/20 71/22 73/9 81/18 83/20
86/24 87/16 87/19 88/5 89/16
89/16 91/19 92/6 92/6 92/19
93/18 94/12 95/17 97/11
98/12 103/3 103/15 104/19
104/19 105/7 105/10 108/18
108/18 109/15 110/1 110/1
112/19 112/19 113/10 114/6
115/2 116/8 116/8 117/13
118/6 118/11 118/14 118/17
118/24 118/24 121/3 123/24
123/24 124/5 125/23 126/1
126/4 127/11 127/25 128/25
131/24 132/11 132/11 132/12
132/13 132/19 132/19 132/22
132/22 134/6 135/8 135/14
135/17 135/18 137/7 137/23
140/6 141/2 141/23 141/23
145/9 145/9 146/16 146/16
147/10 148/17 153/18 154/1
154/1 154/6 154/7 158/5
158/9 158/12 158/13 158/20
158/24 161/7 163/4 164/17
165/9 165/23 166/4 166/7
166/13 166/21 167/13 167/18
167/19 168/2 168/9 173/10
175/15 175/16 175/20 176/3
176/11 176/21 176/21 177/2

178/16 178/16 179/10 179/13
179/13 180/5 181/6 181/13
181/19 181/22 181/24 182/25
183/15 183/21 184/16 185/11
185/14 186/2 186/5 186/5
186/9 186/18 187/4 187/10
188/6 188/6 194/25 196/6
196/6 199/15 201/18 201/18
203/18 206/24 206/25 219/1
222/16 227/3 229/12 233/9
239/23 239/23 243/13 243/14
243/15 243/17 243/17 249/7
250/15 251/14 258/6 258/10
261/5 262/16 262/19 263/13
270/18 272/15 274/2 274/10
277/18 280/23 280/23 281/1
287/10 287/10 287/19 288/12
288/13 291/6 291/18 291/18
294/13 295/23 295/24 296/1
296/18 296/18 297/20 301/12
301/12 301/13 307/1 307/1
307/22 309/1 309/22 309/22
311/9 311/9 315/18 316/11
316/23 319/12 322/2 324/18
328/6 330/1 331/8 331/10
331/14 331/22 332/1 337/21
338/23 339/12 339/12 341/17
341/17 342/6 342/13 342/20
343/21 343/21
aside **[1]** 67/19
ask **[59]** 8/10 14/20 20/24
26/2 29/24 33/7 33/8 36/15
38/20 43/5 45/13 51/19 56/9
56/10 62/7 73/25 79/2 143/9
160/22 166/18 180/7 180/13
189/23 190/1 190/12 191/15
216/11 219/11 219/19 220/24
235/11 235/16 243/8 259/12
264/13 277/16 277/23 280/2
286/1 286/8 286/9 289/16
299/22 313/17 315/14 317/24
319/19 320/14 320/21 320/25
325/7 327/15 329/1 330/2
330/25 335/16 337/24 339/6
343/16
asked **[40]** 10/2 12/7 14/16
85/6 94/15 94/18 101/21
142/18 157/21 161/4 161/4
161/13 161/13 161/14 161/14
161/18 161/19 162/1 162/1
162/24 163/7 189/23 191/5
191/14 196/23 207/24 219/6
224/23 227/25 276/3 276/12
281/6 296/4 308/22 320/24
320/24 321/1 327/22 332/14
342/1
asking **[17]** 8/16 10/16
148/12 164/11 165/17 165/22
167/6 173/18 178/7 179/9
254/11 284/20 284/20 284/21
286/10 320/15 329/20
asks **[2]** 115/1 247/10
aspect **[5]** 60/3 171/13 173/6
174/21 340/20
aspects **[2]** 171/12 184/25
ass **[3]** 332/20 332/21 334/12
assault **[2]** 104/19 226/23
assaulted **[1]** 122/19

**A**

**assaults [1]**   128/8
**assess [2]**   10/12 143/22
**assessment [1]**   163/22
**assigned [10]**   23/7 24/13
36/14 37/13 37/21 38/3 51/22
76/9 76/17 103/7
**assignment [1]**   107/6
**assigns [2]**   74/15 86/4
**assist [2]**   103/19 186/7
**assistance [3]**   103/17 109/6
112/11
**assistants [1]**   119/13
**associate [1]**   65/2
**associated [11]**   23/17 24/1
42/20 65/4 66/7 66/10 66/17
89/11 109/22 139/10 219/21
**association [1]**   316/11
**assume [5]**   10/4 141/22
166/18 196/15 320/5
**Assuming [1]**   142/20
**attach [1]**   59/10
**attached [4]**   46/5 46/7 46/11
46/23
**attempt [5]**   11/8 13/13 113/6
164/7 302/3
**attempted [3]**   101/22 123/2
254/19
**attempts [1]**   22/21
**attending [1]**   195/19
**attention [8]**   4/14 6/5 26/16
121/7 127/9 127/10 282/14
336/7
**Attorney [2]**   110/24 110/25
**Attorney's [1]**   1/15
**attorneys [2]**   101/24 161/16
**attract [1]**   111/21
**attractive [2]**   206/7 323/6
**attribution [3]**   99/11 99/16
99/19
**attuned [1]**   124/17
**audiences [1]**   110/5
**August [3]**   21/14 108/23
344/12
**August 22 [1]**   21/14
**Australian [1]**   1/16 1/22
**authenticity [3]**   5/5 8/17
8/23
**author [1]**   113/8
**authored [1]**   160/1
**automated [1]**   77/13
**automatic [12]**   153/1 153/4
153/16 153/17 153/18 153/21
153/22 183/6 183/11 183/15
183/16 183/20
**automatically [11]**   23/19
23/22 35/14 35/20 36/13
47/20 52/2 52/22 66/7 76/17
94/2
**available [14]**   90/3 96/9
96/11 96/15 97/6 97/8 99/25
113/13 143/5 185/15 186/4
236/9 236/19 236/22
**avenue [3]**   1/16 1/22 145/11
**average [4]**   214/3 214/7
246/13 246/20
**avoid [1]**   132/16

**avoiding [3]**   187 189/25
**aw [2]**   33/21 34/7
**award [1]**   189/25
**awarded [1]**   121/11
**aware [15]**   28/7 52/22 69/17
69/19 96/18 97/4 132/9 171/4
171/8 174/16 175/13 176/2
275/2 300/24 319/15
**away [20]**   50/3 123/5 123/9
138/12 149/18 183/12 183/19
212/6 217/25 225/23 240/16
245/9 257/6 257/12 257/14
257/16 262/15 283/19 302/3
307/5
**awesome [1]**   334/15
**awhile [4]**   136/7 213/4 319/7
319/8
**AXX [2]**   193/8 193/8
**az [3]**   33/21 34/7 265/13

**B**

**B's [1]**   200/6
**ba [1]**   83/25
**baby [5]**   86/9 304/18 313/21
316/17 316/18
**Bachelor's [1]**   104/9
**back [133]**   9/14 15/23 16/14
16/14 17/3 20/12 28/23 29/5
29/20 29/21 30/1 31/3 33/8
40/1 59/9 62/4 62/4 63/2
70/11 70/23 75/6 81/10 89/9
89/12 92/11 93/16 123/25
129/2 130/11 130/12 130/13
134/21 134/24 134/25 135/23
136/1 139/15 145/1 145/3
151/22 153/15 155/16 155/19
156/8 164/6 196/7 210/6
210/13 210/17 210/21 211/18
212/3 212/12 213/6 219/25
220/19 221/9 221/23 226/16
228/18 229/17 229/19 229/21
230/2 230/18 230/22 231/12
231/15 235/18 242/2 244/12
248/23 252/5 253/13 255/14
256/17 256/20 256/20 257/8
263/4 266/5 271/19 271/21
271/22 275/16 283/1 284/9
285/19 288/2 289/19 292/7
292/14 293/13 294/6 294/8
294/12 294/13 295/1 295/13
299/9 299/10 300/7 300/9
300/18 300/19 300/23 301/3
301/6 301/14 302/17 302/19
302/21 303/19 304/6 304/14
304/19 304/23 304/24 305/3
305/5 305/8 305/9 305/13
305/21 306/19 307/5 317/25
319/10 322/25 323/19 333/11
336/2 337/6
**backed [4]**   39/18 40/11 94/8
94/9
**background [4]**   125/6 137/7
158/10 286/12
**backgrounds [1]**   159/6
**backpage.com [1]**   130/4
**backs [1]**   40/8
**backup [2]**   39/6 93/13
**backups [1]**   39/17

**bad [5]**   122/23 136/17 136/20
156/19 284/14
**badgering [1]**   335/14
**bag [1]**   222/22
**Bahamas [8]**   140/15 297/25
298/5 298/16 299/5 299/9
302/23 305/25
**Bahamian [1]**   140/7
**bail [3]**   152/3 299/23 299/24
**balloon [1]**   126/24
**bank [7]**   104/18 137/9 137/19
258/19 258/22 258/23 258/25
**baseball [1]**   128/10
**based [45]**   11/23 12/18 21/6
22/3 23/3 85/10 105/9 137/7
142/12 143/9 149/8 149/11
151/2 151/8 151/17 152/4
152/19 157/9 158/14 158/16
159/11 159/14 159/17 161/3
162/2 163/17 163/21 163/24
163/25 164/16 164/21 164/22
166/1 168/10 182/3 184/10
185/13 212/23 220/6 231/8
273/25 281/20 313/9 332/25
342/22
**Basic [1]**   330/7
**basically [37]**   37/12 40/8
43/2 45/16 119/5 123/11
124/11 126/1 127/24 127/24
130/12 133/23 136/17 138/10
146/25 169/5 203/13 206/25
207/22 208/12 212/1 217/2
217/24 221/16 222/20 224/4
224/16 225/22 227/7 228/25
231/8 263/1 281/25 302/3
305/14 305/17 341/24
**basics [1]**   115/10
**basing [1]**   114/17
**basis [10]**   10/8 22/15 55/18
106/10 117/10 148/23 173/16
176/22 328/22 338/17
**bat [1]**   128/10
**BAU [1]**   108/6
**bc [1]**   83/25
**bd [1]**   3/23
**be [324]**   4/7 4/22 5/2 5/8
5/17 6/1 6/11 6/18 6/23 7/8
8/2 8/11 8/22 8/25 8/25 9/3
9/5 9/12 9/25 10/4 10/8
10/13 11/3 11/9 11/11 11/12
11/14 12/12 13/11 13/14
14/13 14/15 14/15 15/6 15/7
15/20 15/23 16/14 19/21
19/24 21/14 21/21 21/22 24/1
28/7 28/12 29/11 30/6 30/8
30/10 32/2 32/14 38/1 38/3
41/13 42/12 45/3 45/10 46/20
47/17 48/7 50/1 52/2 52/6
52/7 52/7 52/19 52/25 53/21
53/22 56/3 56/8 57/12 57/12
58/3 58/4 58/5 61/15 61/19
62/3 65/16 66/5 70/16 71/12
71/18 73/10 73/12 74/19
75/18 76/21 77/16 77/24 80/8
82/15 83/25 84/13 89/9 90/6
90/15 90/24 90/24 91/12
91/18 92/12 94/2 94/8 94/9
94/9 96/11 97/4 97/8 98/23

**B**

**be...** **[212]** 104/24 107/13 107/23 111/22 112/8 112/11 112/16 116/5 116/8 116/10 116/10 117/8 117/12 119/10 120/17 120/18 120/18 121/22 122/18 122/21 122/22 123/2 124/10 124/19 124/22 124/24 125/1 125/5 129/12 129/18 129/22 130/14 130/15 131/3 131/5 132/4 132/12 132/14 134/3 134/24 134/24 135/14 136/9 136/16 136/21 138/12 138/12 138/23 139/7 140/17 140/19 141/7 141/15 142/15 142/15 142/18 143/1 143/4 143/24 143/25 144/1 144/16 144/22 145/9 145/22 145/23 146/13 146/22 147/23 148/20 150/6 150/18 152/20 155/11 155/23 156/23 156/24 156/25 157/16 159/2 159/8 162/22 163/17 164/6 164/18 165/7 166/1 166/25 167/9 167/12 167/20 168/4 168/14 168/17 168/19 168/20 169/3 169/4 171/12 172/11 173/1 173/10 173/16 173/24 176/2 176/2 176/6 176/7 177/7 177/24 178/5 178/7 178/9 180/15 180/21 181/15 181/16 181/17 182/1 182/15 183/3 183/15 183/17 184/3 184/12 184/22 185/2 185/17 186/19 186/22 187/3 187/4 187/11 188/6 188/22 189/15 189/16 189/24 191/8 191/23 192/1 192/4 203/16 207/8 208/5 208/11 211/8 211/9 213/8 214/13 219/25 220/2 220/19 227/18 234/15 236/1 238/24 240/7 240/8 240/9 245/6 277/16 280/14 282/24 283/8 284/25 285/19 286/2 288/7 289/9 289/21 291/8 291/9 292/1 292/6 292/8 294/12 298/10 300/16 302/10 308/16 311/13 312/17 315/24 317/16 319/12 320/19 320/23 322/10 332/22 332/23 332/24 334/14 335/20 336/9 336/11 337/2 337/6 337/17 339/9 339/25 340/7 341/15 341/20 342/6 342/12 342/15 343/3 343/6 343/11 343/15 343/16

**beach** **[9]** 1/2 1/7 1/17 1/23 2/3 29/22 194/5 215/12 251/8

**beacon** **[1]** 123/11

**beat** **[10]** 121/5 121/6 206/25 218/16 221/15 223/9 224/9 240/13 240/14 334/13

**beaten** **[9]** 121/3 122/18 132/12 132/13 136/15 137/10 137/24 145/10 207/2

**beating** **[5]** 132/10 203/20 218/7 224/10 229/6

**beatings** **[2]** 128/7 257/18

**Beautiful** **[1]** 29/22

**beauty** **[1]** 241/5

**became** **[7]** 105/7 198/25 199/3 199/25 201/11 323/10 323/17

**because** **[67]** 6/2 6/9 11/9 11/12 12/11 14/10 46/13 56/7 61/16 80/9 85/25 88/21 91/7 91/9 91/12 109/6 111/22 121/5 123/23 124/22 135/9 136/19 136/20 138/10 142/17 156/10 162/12 162/19 163/15 164/13 164/16 167/22 170/24 171/14 177/14 178/5 178/8 178/23 181/15 184/23 200/9 201/23 202/15 218/6 228/5 228/5 247/13 250/21 256/2 256/3 258/2 262/14 291/8 298/10 302/7 306/20 312/16 316/11 317/2 320/8 331/3 332/3 332/5 333/16 333/21 334/15 340/19

**become** **[10]** 4/20 14/11 124/10 154/17 186/4 186/9 198/21 202/3 202/22 323/21

**becomes** **[7]** 23/17 133/20 133/23 137/3 154/10 187/10 201/25

**bedrooms** **[1]** 232/13

**been** **[80]** 4/24 6/12 11/10 11/22 17/12 23/2 24/25 25/3 25/16 25/17 25/17 26/7 33/11 44/19 46/10 52/5 61/16 72/25 76/1 90/10 90/14 90/23 91/3 91/24 92/1 97/5 103/25 108/7 111/25 112/9 114/6 117/2 120/10 120/15 126/6 130/21 134/18 140/19 142/4 151/7 154/16 155/15 155/16 156/9 156/18 158/5 158/9 160/20 161/1 161/19 162/9 162/9 168/21 171/9 175/15 184/3 185/24 188/18 188/18 188/19 189/9 191/21 194/10 199/8 199/15 203/21 205/12 223/9 250/8 261/4 264/16 277/6 285/14 291/4 291/11 318/3 319/5 319/7 328/15 338/25

**before** **[68]** 1/10 13/19 15/8 18/2 27/4 33/17 33/24 36/16 45/24 48/10 63/4 71/5 87/15 90/3 105/7 110/17 110/19 110/21 118/11 123/25 133/21 134/25 139/22 144/6 147/2 150/2 161/15 164/4 164/20 164/22 165/1 168/4 168/5 175/15 184/13 184/15 184/18 196/23 197/3 200/25 201/2 204/21 217/1 217/1 219/4 219/5 222/6 222/8 223/8 226/15 227/5 229/12 237/2 241/7 242/1 275/13 277/17 277/18 277/24 285/9 286/16 288/2 288/19 292/16 297/22 308/9 308/22 319/9

**began** **[4]** 209/22 262/19 273/22 329/6

**begin** **[12]** 19/5 104/16

166/21 199/1 199/4 205/16 205/17 225/7 232/17 262/16 274/21 276/12

**beginning** **[1]** 215/15

**begins** **[1]** 46/7

**begs** **[1]** 217/20

**behavior** **[2]** 109/22 170/7

**behavioral** **[4]** 103/9 109/3 116/6 174/21

**behest** **[1]** 320/6

**behind** **[2]** 98/15 286/12

**being** **[39]** 5/14 9/8 15/8 19/7 61/8 91/15 100/7 123/19 130/5 132/13 136/15 136/15 141/3 146/22 151/18 152/6 155/13 175/1 175/3 181/6 181/7 183/15 183/20 185/20 186/3 215/19 218/6 227/25 240/11 242/20 281/25 298/21 298/24 311/9 327/10 327/12 333/23 333/25 337/21

**believe** **[33]** 17/14 17/15 29/1 38/24 83/12 86/21 91/22 93/1 95/13 96/20 100/9 133/17 140/8 148/5 148/23 151/6 156/8 167/9 178/22 181/19 182/15 182/25 186/3 188/15 190/22 210/14 245/14 252/1 253/9 311/11 311/11 324/13 341/13

**believes** **[2]** 90/23 126/17

**belonged** **[1]** 295/21

**below** **[1]** 205/8

**belt** **[2]** 223/11 223/12

**bench** **[1]** 13/20

**benefit** **[4]** 170/18 171/13 172/15 183/23

**benefiting** **[2]** 115/15 182/8

**benefits** **[6]** 115/14 154/18 169/17 170/16 171/5 172/7

**Benz** **[1]** 245/13

**besides** **[4]** 227/14 244/20 284/22 295/20

**best** **[3]** 12/10 109/18 317/14

**better** **[8]** 99/9 143/1 206/24 240/7 240/9 289/9 294/24 336/3

**between** **[26]** 23/2 24/1 72/22 76/14 95/14 100/12 107/21 116/2 116/9 121/1 121/16 129/2 131/24 131/25 135/25 151/16 152/17 158/23 167/20 199/8 202/1 211/14 225/10 281/7 295/1 311/1

**beyond** **[5]** 137/14 141/18 148/5 274/1 343/23

**bf** **[1]** 3/23

**bf-bi** **[1]** 3/23

**bi** **[1]** 3/23

**biggest** **[2]** 122/11 317/7

**binder** **[17]** 27/3 31/13 42/22 48/11 49/13 54/8 54/25 55/2 63/6 63/8 67/5 68/12 69/1 71/6 71/11 81/12 84/6

**binders** **[3]** 33/6 33/16 33/22

**Bing** **[1]** 30/3

**bipolar** **[1]** 122/6

**birth** **[16]** 144/10 147/14

**B**

**birth... [14]** 147/19 147/22 193/9 193/13 193/16 193/18 193/24 193/25 255/8 268/22 269/5 269/6 276/13 295/25
**bit [13]** 4/14 23/5 53/20 68/2 68/2 76/8 76/14 113/2 116/5 125/9 153/19 157/6 341/11
**bitch [5]** 119/16 119/18 119/20 176/10 191/15
**Bitcoin [3]** 28/23 29/5 30/1
**bj [2]** 33/21 83/25
**bk [3]** 3/23 34/6 294/9
**bk-bt [1]** 3/23
**black [2]** 79/13 227/1
**blackmail [3]** 287/3 287/16 287/21
**blackmailing [3]** 285/11 286/18 338/21
**blame [2]** 326/17 326/18
**blaming [1]** 334/17
**blank [4]** 38/7 38/18 39/1 218/11
**blatantly [1]** 167/14
**block [2]** 40/20 67/25
**blocking [1]** 41/2
**blocks [1]** 12/22
**blood [1]** 227/21
**blow [2]** 24/15 76/8
**blown [1]** 42/24
**blown-up [1]** 42/24
**blowup [1]** 283/20
**blurry [1]** 5/21
**blurted [1]** 287/16
**BMW [1]** 245/13
**boat [1]** 299/11
**bodies [1]** 110/17
**body [11]** 6/10 57/2 86/10 124/18 136/16 136/24 227/19 294/8 294/13 294/18 299/1
**boiling [2]** 172/5 172/6
**bona [1]** 189/15
**bond [5]** 131/24 138/10 151/15 174/15 300/5
**bonding [3]** 137/3 150/2 301/12
**book [7]** 61/2 62/9 62/10 62/12 62/13 113/8 131/3
**bookmark [3]** 29/11 29/18 29/21
**bookmarked [12]** 20/8 29/19 29/20 31/15 48/13 51/2 53/17 55/2 63/8 68/12 73/20 87/20
**bookmarking [1]** 20/5
**bookmarks [5]** 29/10 29/10 29/16 30/5 30/11
**born [4]** 194/20 194/21 195/5 300/11
**both [9]** 68/9 96/8 112/17 128/18 138/23 178/15 267/6 291/23 307/21
**bottom [32]** 56/22 57/4 57/19 60/19 86/11 119/16 119/18 119/19 119/20 119/21 119/22 120/5 120/6 120/8 120/13 120/14 120/16 120/22 121/1

121/3 121/22 132/17 133/15 152/14 154/10 154/18 154/18 176/10 191/15 193/22 252/6 282/15
**bought [2]** 215/25 296/23
**Boulevard [1]** 302/5
**boundaries [1]** 106/11
**Bowl [5]** 111/11 111/12 111/13 111/14 153/14
**Bowls [3]** 111/16 153/13 162/16
**box [3]** 28/6 297/10 297/11
**boy [2]** 5/19 194/18
**boyfriend [8]** 126/17 126/19 128/22 132/23 138/9 150/14 155/1 199/4
**boyfriend/girlfriend [5]** 126/19 128/22 132/23 138/9 199/4
**bra [1]** 266/3
**brainwashed [1]** 156/17
**brand [2]** 28/5 119/9
**branding [5]** 114/3 119/7 183/1 332/2 332/3
**Bravo [1]** 251/14
**break [24]** 23/5 70/8 82/12 82/18 89/6 105/11 132/1 138/10 139/6 139/13 143/9 151/15 151/24 219/13 214 219/19 285/15 285/24 289/5 289/17 289/25 292/17 317/19 336/24
**breaking [3]** 139/3 219/12 335/19
**breaks [1]** 70/9
**breathe [1]** 133/18
**brevity [1]** 16/13
**BRIAN [1]** 3/2
**brief [2]** 220/18 341/5
**briefing [3]** 140/6 141/8 288/17
**briefly [5]** 90/8 130/11 184/18 191/4 229/19
**bring [12]** 4/13 6/17 55/20 92/9 153/15 229/10 288/23 292/1 292/9 332/19 334/13 334/13
**bringing [7]** 5/12 6/11 6/18 120/23 229/7 229/8 262/14
**brings [2]** 6/25 167/21
**Brittney [3]** 313/18 313/20 313/21
**broadly [1]** 115/18
**brothel [2]** 153/8 153/9
**brother [4]** 247/7 247/11 324/24 325/1
**brought [9]** 6/4 65/16 134/8 138/1 164/20 185/23 257/24 333/11 334/12
**Broward [2]** 215/12 225/11 274/14 275/2 343/8
**bruised [2]** 279/9 279/10
**bruises [2]** 136/16 136/23
**brunt [1]** 121/10
**bt [4]** 3/23 83/21 83/23 85/5
**BTW [2]** 237/19 237/20
**bucks [1]** 335/9
**building [2]** 118/5 207/20

**built [1]** 39/13
**bunch [2]** 146/1 269/19
**Bureau [1]** 103/3
**burning [1]** 119/9
**burns [2]** 224/3 224/4
**bus [4]** 304/7 304/8 304/9 304/12
**business [6]** 168/22 168/23 169/7 269/5 322/8 332/8
**busted [3]** 221/14 221/16 227/1
**busy [3]** 214/4 214/7 246/21
**butterfly [2]** 204/25 205/6
**button [1]** 29/13
**buy [5]** 200/14 215/24 245/18 246/9 307/3
**bytes [2]** 44/7 44/9

**C**

**C's [1]** 200/6
**C-O-B-E-R [1]** 35/8
**C230 [1]** 245/13
**Cady [5]** 143/13 143/14 340/9 342/11 342/12
**calendar [10]** 6/16 12/1 12/3 12/10 47/3 47/5 47/17 140/12 140/14 140/23
**California [2]** 104/17 114/14
**call [48]** 6/16 12/1 12/3 12/10 15/19 102/6 102/25 117/16 117/18 117/20 117/21 117/23 117/24 125/22 125/25 129/16 130/17 131/6 135/22 140/12 140/14 140/23 143/22 145/23 169/1 191/8 192/15 206/20 208/17 208/18 208/19 213/19 233/3 233/4 235/24 236/12 236/21 238/18 238/23 291/17 295/8 322/10 326/24 329/10 329/21 341/2 341/10 342/10
**Callari [3]** 143/14 340/9 342/15
**called [24]** 20/4 39/7 70/10 113/8 120/17 129/21 132/10 153/18 161/20 207/4 207/12 224/6 232/4 233/1 233/3 260/16 276/7 276/7 291/23 295/13 343/6 343/15 343/16 343/22
**calling [3]** 173/9 191/18 339/25
**calls [13]** 50/16 102/8 118/1 118/2 190/8 192/17 231/15 231/17 244/4 244/20 244/21 322/1 322/14
**CAM [1]** 36/9
**came [35]** 6/2 25/21 31/16 35/10 43/19 53/14 62/4 83/11 83/12 203/8 203/12 209/11 209/12 228/18 231/4 232/5 241/17 255/10 257/8 262/20 273/21 274/8 300/18 302/17 302/21 304/19 305/3 305/5 305/14 306/19 310/13 333/10 333/16 333/21 334/3
**cameras [2]** 146/17 241/17
**can [180]** 4/17 4/18 7/12

**C**

**can... [177]**   9/13 9/25 10/16
11/6 15/18 15/20 17/4 19/12
21/7 22/19 22/21 23/15 24/15
26/9 29/21 30/10 34/25 36/16
38/9 38/11 38/21 39/21 40/5
43/21 44/14 46/16 51/10 52/4
53/2 55/20 56/2 56/11 57/8
57/16 65/2 65/13 65/16 72/12
72/17 74/19 75/2 76/21 77/23
90/25 91/6 91/22 92/4 92/21
93/7 96/8 96/22 97/8 98/23
99/5 103/5 103/17 108/15
110/3 115/25 116/1 117/12
118/19 119/10 121/25 122/18
122/21 125/5 125/9 128/24
129/23 129/25 130/9 131/20
131/21 131/21 134/21 136/9
138/6 139/2 139/19 139/22
140/8 142/12 143/22 145/2
145/19 145/22 145/23 145/24
147/7 147/10 148/25 150/24
156/16 162/21 163/25 164/1
166/15 166/18 169/5 173/23
175/7 176/15 176/22 178/1
178/3 178/5 178/7 178/22
179/7 180/4 181/1 181/3
182/1 182/14 182/15 183/3
183/17 183/19 185/2 188/1
188/10 191/1 196/21 204/8
205/10 205/15 208/15 213/7
219/11 221/8 222/13 223/9
227/10 227/20 229/19 247/18
247/19 251/15 252/9 269/10
273/21 277/23 283/5 288/4
288/11 288/19 288/23 289/6
289/8 289/18 290/22 291/13
292/10 307/4 307/21 314/12
317/11 317/14 317/18 319/10
329/2 330/25 333/17 333/18
333/23 334/5 335/18 337/2
337/3 337/16 337/18 339/21
340/8 340/12 340/21 341/15

**can't [36]**   5/20 6/8 8/24
8/25 14/14 20/22 34/25 40/11
72/8 81/2 86/8 124/14 133/18
142/8 142/16 145/23 145/23
145/24 147/19 155/22 185/23
187/13 187/16 187/16 188/5
217/23 235/5 256/11 266/17
266/22 277/4 325/24 325/24
325/25 326/1 337/4

**candid [2]**   320/10 320/11
**cannot [3]**   139/24 220/4
337/4
**capable [1]**   36/19
**capacity [5]**   103/11 105/18
106/4 106/12 108/7
**caption [1]**   96/25
**captured [1]**   287/9
**car [37]**   83/8 147/7 202/25
203/3 203/10 203/12 203/13
203/14 203/15 203/21 204/6
204/8 209/4 209/8 210/11
210/13 210/17 218/23 221/8
225/18 242/9 242/11 242/12
242/17 242/18 242/19 242/21

243/2 243/15 243/20 243/22
249/13 249/15 250/5 284/23
296/23 341/7
**card [16]**   28/24 36/16 36/17
36/19 36/21 36/22 255/8
255/9 258/18 258/23 258/25
276/13 276/14 295/25 296/1
300/16
**cards [3]**   29/6 30/1 131/4
**care [14]**   13/22 33/14 110/5
123/13 247/2 328/11 328/13
330/5 330/7 330/7 333/18
333/24 334/4 334/6
**career [2]**   112/9 114/21
**caregiver [3]**   258/6 258/10
259/6
**Carolina [2]**   114/11 114/15
**CAROLINE [1]**   1/21
**carrier [1]**   30/13
**carrier's [1]**   59/17
**carriers [1]**   80/9
**cars [2]**   245/16 245/18
**carved [1]**   58/10
**case [67]**   1/3 4/21 4/25 5/12
6/13 6/19 6/21 7/2 11/10
13/6 16/10 17/3 17/5 17/5
20/6 29/11 30/9 43/6 43/8
43/15 43/15 51/12 51/13 53/5
67/22 71/12 81/8 88/12 89/10
89/11 97/16 99/22 100/8
101/22 101/24 114/24 115/8
139/9 139/11 142/20 151/12
160/7 160/11 160/13 161/1
161/5 161/11 161/16 161/21
164/10 164/14 176/19 184/8
185/21 185/22 185/24 187/18
187/25 219/20 219/22 285/20
310/23 316/3 316/12 336/12
337/14 344/1
**cases [25]**   109/4 109/5 112/3
113/16 134/8 151/25 159/2
160/17 160/23 161/11 161/20
162/8 163/18 163/19 164/8
186/2 187/13 188/6 188/15
188/18 188/25 189/3 189/5
189/12 189/14
**cash [7]**   201/14 201/20 215/6
253/19 253/20 253/21 300/3
**cashier [1]**   219/1
**cashing [2]**   201/14 203/9
**categories [3]**   70/9 70/9
125/17
**category [1]**   127/21
**caught [4]**   137/1 141/2 154/4
306/24
**cause [4]**   173/17 180/11
221/11 236/22
**caused [3]**   178/5 220/25
222/10
**causes [1]**   156/17
**causing [1]**   203/7
**caution [2]**   56/11 92/2
**ceased [1]**   277/2
**cell [35]**   16/7 16/20 17/3
18/8 30/23 32/24 36/18 40/18
40/19 47/7 48/14 49/5 49/6
50/15 62/21 66/23 75/5 86/21
86/21 86/23 86/24 87/1 94/16

94/18 98/12 135/12 135/15
135/16 135/18 181/20 181/22
182/1 182/9 241/17 341/16
**Cellebrite [43]**   19/16 23/1
24/12 26/7 26/8 27/23 28/16
29/10 38/9 38/13 38/15 38/25
40/20 43/8 47/3 49/14 50/21
54/4 56/18 57/11 57/13 57/18
57/22 58/12 59/18 60/13
63/24 65/3 66/8 76/4 79/11
80/2 80/7 80/8 80/10 80/11
80/14 80/22 81/1 84/8 84/14
85/25 88/11
**cellmate's [1]**   313/21
**cellular [6]**   26/10 26/11
46/18 46/20 49/20 67/19
**center [3]**   106/21 107/1
107/21
**certain [14]**   8/12 11/18
35/13 41/8 47/22 80/8 80/9
91/9 91/10 94/2 161/8 180/6
183/9 185/15
**certainly [5]**   122/17 163/18
167/14 167/16 321/16
**certificate [10]**   147/19
147/22 193/13 193/16 193/24
255/8 268/22 269/6 276/14
295/25
**certificates [2]**   144/10
147/15
**certify [1]**   344/9
**chained [2]**   137/24 152/20
**challenge [2]**   10/8 125/4
**challenged [2]**   203/18 203/23
**challenges [1]**   125/5
**championships [1]**   111/11
**chance [11]**   9/5 13/24 14/4
17/25 18/1 28/21 33/17 291/2
291/11 291/23 292/6
**change [9]**   6/9 17/20 22/5
44/18 45/4 128/24 137/22
192/9 244/15
**changing [1]**   12/23
**character [3]**   38/14 38/16
79/12
**characteristic [1]**   181/15
**characteristics [1]**   124/21
**characters [1]**   38/12
**charge [4]**   107/14 120/7
120/20 287/16
**charged [4]**   167/12 172/11
173/10 214/13
**charges [3]**   77/10 311/13
311/16
**charismatic [3]**   126/1 175/4
176/15
**charm [1]**   335/12
**chat [4]**   19/18 37/12 234/13
236/24
**check [11]**   143/21 182/22
183/22 201/14 201/14 201/21
203/9 258/16 299/12 329/8
339/10
**checked [2]**   20/12 183/20
**checking [3]**   4/7 135/23
135/25
**checks [1]**   192/4
**cherish [1]**   135/8

**C**

**child [11]** 103/14 103/19 105/16 107/6 134/11 150/7 223/9 318/24 326/24 333/12 343/19
**child's [2]** 319/1 319/3
**children [12]** 103/12 103/14 104/20 105/8 105/9 106/17 107/1 107/22 108/22 121/24 168/25 194/12
**choice [5]** 151/4 151/7 156/9 177/20 326/9
**choked [1]** 223/8
**choose [7]** 178/1 178/3 178/16 181/3 182/12 185/2 326/4
**choosing [3]** 182/12 184/19 184/19
**chose [2]** 176/4 176/9
**chosen [2]** 151/7 156/9
**Chrome [2]** 30/11 69/13
**circle [2]** 21/5 53/13
**circumstance [2]** 150/15 250/9
**circumstances [8]** 163/18 163/25 165/4 167/4 167/13 167/25 168/11 184/11
**cities [2]** 129/20 129/21
**citizen [1]** 300/14
**citizens [1]** 124/1
**city [2]** 143/6 192/1
**Civil [1]** 110/21
**claim [2]** 147/22 154/20
**clarification [1]** 166/15
**clarify [3]** 165/20 171/14 174/10
**clarifying [1]** 174/11
**classified [5]** 70/10 70/11 70/20 70/23 97/24
**Classy [1]** 29/22
**clean [1]** 227/21
**clear [8]** 21/22 49/25 66/5 141/15 180/4 180/21 184/3 234/15
**Cleveland [1]** 105/5
**click [11]** 57/5 57/8 57/14 57/16 64/7 64/20 64/22 66/2 66/6 66/7 66/9
**clicked [1]** 65/8
**Clickfree [14]** 39/7 39/15 39/24 40/14 41/8 41/16 43/10 45/19 45/22 46/11 46/13 67/20 93/1 93/14
**client [25]** 12/12 117/5 209/12 211/6 214/17 214/18 232/23 233/2 233/5 238/8 238/25 239/2 242/12 242/15 243/5 243/12 249/4 255/22 256/2 256/3 256/5 275/25 276/8 301/21 302/6
**client's [2]** 242/13 244/21
**clientele [2]** 111/22 131/5
**clients [26]** 211/7 212/11 214/3 232/23 232/25 234/1 237/23 238/15 238/19 243/15 246/14 246/18 249/9 275/11 296/12 296/16 296/17 296/18

296/19 296/25 308/10 308/17 308/20 313/3 330/12 330/15
**clinical [2]** 125/20 170/10
**close [3]** 321/22 324/9 324/11
**closed [2]** 225/20 225/21
**closer [2]** 92/21 286/14
**clothes [9]** 127/7 222/19 222/22 222/22 241/1 241/10 253/14 316/16 316/17
**clothing [2]** 240/20 246/8
**clubs [1]** 131/4
**coaching [1]** 202/9
**cocaine [2]** 298/4 299/1
**code [1]** 216/11
**coerce [1]** 287/3
**coerced [1]** 151/9
**coercion [25]** 113/24 116/11 131/14 131/16 131/17 132/19 132/21 136/11 172/17 172/20 172/22 173/1 173/4 173/12 173/16 174/2 174/5 174/12 174/16 174/18 178/6 178/20 187/3 287/2 288/4
**coercive [6]** 133/15 137/16 150/3 151/23 174/8 174/9
**cognizant [1]** 147/23
**colleagues [1]** 336/13
**collect [3]** 120/2 244/11 244/13
**college [2]** 104/5 104/7
**column [3]** 58/10 72/9 79/6
**combined [1]** 158/22
**come [66]** 14/23 64/22 89/9 102/9 117/1 119/3 120/8 122/23 123/12 123/25 126/5 126/9 144/6 144/8 152/18 156/13 157/4 157/7 164/6 166/6 167/8 167/22 171/14 175/18 176/12 191/20 201/13 205/3 205/25 213/6 214/13 215/3 218/11 239/13 240/12 241/11 244/16 245/2 245/18 249/5 256/17 256/20 256/20 258/16 263/2 275/16 280/13 289/6 289/19 290/22 291/7 291/13 291/21 299/9 299/10 302/19 309/23 310/19 311/23 312/20 313/5 314/11 316/20 321/2 321/5 332/20
**comes [14]** 43/12 44/24 50/18 51/20 97/3 125/2 136/13 141/11 147/22 151/4 165/15 239/5 247/10 292/7
**Comfort [1]** 236/15
**comfortable [1]** 164/25
**coming [18]** 18/15 122/1 161/15 214/10 232/23 232/25 233/2 238/19 243/14 243/17 250/9 289/12 291/6 296/12 296/17 298/11 336/12 336/16
**commence [1]** 90/3
**comment [11]** 243/6 243/9 243/11 290/2 290/4 290/4 290/11 292/18 327/18 327/19 338/21
**commentary [1]** 219/8
**comments [1]** 43/23

**commercial [17]** 115/16 129/17 146/14 166/12 166/21 172/8 182/16 212/25 229/13 229/17 236/13 236/14 262/19 267/6 270/1 297/2 301/16
**commission [3]** 110/21 110/25 111/2
**commissions [1]** 110/22
**committed [3]** 166/23 166/23 245/23
**committing [3]** 212/25 267/6 306/1
**common [64]** 44/4 104/23 106/9 119/13 119/21 122/13 123/17 123/25 127/21 128/17 129/5 129/16 129/18 130/3 130/4 130/25 131/13 132/20 132/22 132/24 133/11 135/24 138/18 145/11 145/15 146/13 146/15 146/18 147/13 147/16 148/1 148/8 149/8 149/16 150/18 150/21 151/2 151/17 152/11 152/23 153/8 153/25 154/6 154/20 155/7 155/11 155/12 155/13 157/5 157/21 157/23 168/13 168/17 168/20 169/2 169/4 170/10 172/5 177/5 177/17 177/24 183/5 183/18 185/7
**commonly [3]** 119/11 135/11 171/17
**communicate [6]** 80/10 80/14 152/1 282/1 282/11 342/6
**communicated [2]** 6/1 217/13
**communicating [1]** 292/24
**communication [5]** 212/7 233/4 281/7 295/3 337/13
**communications [2]** 217/15 239/19
**communities [1]** 129/20
**companions [1]** 334/24
**companionship [6]** 131/10 208/7 208/9 334/19 334/25 335/4
**company [3]** 28/11 39/7 330/5
**compelled [1]** 218/1
**competition [2]** 152/17 154/17
**complain [1]** 329/12
**complainant [2]** 165/16 165/23
**complete [4]** 57/20 89/7 258/8 280/19
**completely [2]** 10/20 244/1
**completeness [4]** 11/22 11/24 12/22 33/11
**completion [2]** 163/23 164/14
**complex [1]** 198/14
**compliance [1]** 146/21
**compliant [1]** 146/20
**complicated [2]** 5/3 190/23
**complications [1]** 194/20
**comply [1]** 150/12
**complying [1]** 39/9
**composite [1]** 144/7
**compound [1]** 335/1
**computer [31]** 39/14 39/21 40/6 40/9 40/10 41/6 45/16

357

**C**

computer... **[24]**   46/5 46/7
46/10 52/22 52/25 68/3 68/7
68/16 69/13 70/21 71/6 71/8
71/25 73/7 73/18 73/23 74/22
93/9 94/1 97/15 97/17 98/4
98/8 230/20
computers **[3]**   16/7 40/20
67/20
conceptions **[2]**   148/23
148/24
concern **[7]**   6/4 11/11 13/20
90/9 111/3 132/18 142/14
concerned **[1]**   146/2
concerning **[1]**   149/16
concerns **[1]**   7/24
conclude **[1]**   335/23
conditional **[1]**   34/9
conditionally **[3]**   15/2 15/5
90/20
condo **[1]**   198/19
conduct **[3]**   105/25 105/25
106/4
conducted **[6]**   97/20 98/2
112/10 140/24 215/16 322/8
conducting **[1]**   111/18
conference **[2]**   33/9 108/23
conferences **[2]**   108/21 110/1
Confide **[5]**   96/3 96/5 96/18
96/21 97/4
confidence **[1]**   124/17
confident **[1]**   125/3
confirm **[8]**   16/22 20/7 31/2
46/24 48/6 49/16 55/5 81/10
confirmed **[3]**   78/4 78/6
81/14
confused **[2]**   91/17 164/11
confusing **[2]**   165/21 179/23
congratulations **[1]**   120/15
connect **[3]**   39/14 93/9 94/1
connected **[3]**   4/21 11/10
90/14
Connecticut **[1]**   114/15
connection **[2]**   39/13 156/4
connotation **[1]**   185/13
consciousness **[4]**   222/20
222/25 223/1 223/8
consent **[2]**   78/1 233/20
consider **[7]**   112/20 288/11
289/13 291/2 291/12 291/23
307/21
consideration **[3]**   165/7
167/17 184/17
consistent **[8]**   12/20 35/19
36/13 140/13 141/10 144/21
161/25 339/9
constantly **[6]**   113/5 133/24
133/24 152/21 216/13 216/16
consult **[1]**   108/21
consummated **[1]**   217/18
contact **[32]**   23/3 23/16
23/23 63/24 64/5 64/17 64/18
65/2 65/3 65/7 66/2 66/10
66/11 66/12 66/15 76/5 76/5
76/6 82/7 82/8 94/24 95/2
106/19 106/22 130/14 139/10
145/17 145/21 145/25 155/6

166/6 230/22
contacts **[12]**   27/23 27/25
28/2 28/6 28/10 29/2 63/25
64/2 64/6 98/18 98/20 99/15
contain **[3]**   31/15 53/10
72/13
contained **[2]**   71/16 79/12
contains **[5]**   17/5 17/6 33/1
53/11 74/24
content **[4]**   48/11 94/9 94/20
94/21
contents **[14]**   18/8 31/12
31/18 42/1 47/6 49/19 54/25
57/2 63/5 67/10 68/15 75/13
78/15 94/23
contest **[1]**   306/10
context **[9]**   98/10 98/15 99/5
137/18 140/22 183/25 184/2
184/5 339/7
continue **[13]**   119/23 132/16
201/18 201/20 220/20 241/16
241/17 292/15 306/24 335/21
336/9 337/7 344/2
continued **[10]**   16/2 145/4
152/1 152/2 229/2 238/11
288/6 301/16 319/23 320/19
continuing **[4]**   219/8 219/10
242/23 264/21
continuously **[1]**   225/2
continuum **[2]**   175/3 175/6
control **[46]**   124/7 131/12
131/18 132/4 132/15 134/16
145/11 145/22 146/9 147/10
147/11 147/12 147/13 149/22
156/6 157/10 164/22 165/3
166/1 166/3 168/7 169/1
172/14 173/3 173/5 173/9
174/18 175/7 179/3 179/4
181/12 181/19 181/22 182/5
185/1 185/5 186/24 190/4
247/17 259/4 281/23 281/24
287/1 288/3 341/2 341/10
controlled **[2]**   146/10 148/20
controlling **[4]**   131/22
133/16 174/8 174/9
convenient **[4]**   139/2 219/12
219/14 335/18
convention **[7]**   21/8 21/12
22/5 35/18 49/10 52/8 79/25
conversate **[1]**   305/18
conversation **[14]**   4/24 5/18
12/2 12/5 14/3 14/5 23/2
38/10 211/14 234/13 240/1
286/13 287/10 294/25
conversations **[8]**   12/3 99/8
161/15 212/23 234/5 235/9
238/15 296/19
converse **[1]**   152/19
conversion **[1]**   52/11
convicted **[2]**   112/14 308/3
conviction **[2]**   307/25 308/13
cooperate **[1]**   13/25
coordinated **[5]**   24/22 105/24
106/7 106/20 341/2
coordination **[1]**   108/19
coordinator **[4]**   105/8 105/19
105/20 106/2
copied **[1]**   231/5

copy **[3]**   39/21 102/1 193/16
corner **[2]**   147/1 253/4
Corps **[1]**   104/3
correct **[192]**   11/3 16/8
19/25 20/3 20/16 20/22 20/23
20/25 21/17 21/25 23/8 24/3
25/23 28/13 29/7 32/7 36/23
36/24 37/17 37/18 37/24 39/2
41/15 41/18 41/22 43/4 43/19
43/20 44/11 45/9 45/12 46/15
47/8 47/24 50/24 51/1 51/15
51/18 52/12 53/6 53/15 53/16
53/19 53/24 54/12 57/6 60/17
60/22 61/7 61/10 61/18 61/21
61/24 64/21 66/5 72/1 72/7
73/5 74/10 74/20 79/20 80/23
81/1 84/8 84/18 87/3 87/4
87/8 88/25 91/15 92/24 92/25
93/4 93/5 93/8 93/11 93/12
93/20 93/24 94/4 94/7 94/11
94/14 94/16 94/17 94/21
94/22 94/25 95/2 95/3 95/5
95/9 95/10 95/12 95/15 95/16
96/7 96/9 96/10 96/13 96/16
96/20 96/23 96/24 97/1 97/2
97/10 97/13 97/21 97/22
97/24 97/25 98/2 98/3 98/6
98/22 99/16 99/19 99/23
100/1 100/5 100/8 100/17
100/21 100/23 101/6 101/9
101/14 101/15 143/17 148/20
158/6 158/18 159/7 159/15
160/11 160/15 160/23 161/24
162/6 162/10 164/4 174/3
175/14 178/13 180/24 181/8
182/2 185/13 185/15 186/8
193/25 194/1 215/18 234/14
235/10 238/12 238/20 240/6
240/18 241/15 264/6 265/1
265/2 267/10 277/7 277/8
290/13 294/20 295/2 296/14
300/13 308/20 311/18 314/4
315/11 316/5 316/6 322/14
322/17 322/18 323/1 323/2
323/6 323/10 323/24 324/22
325/5 328/7 333/19 337/15
344/9
correcting **[1]**   236/10
correctly **[2]**   94/7 141/1
correspond **[1]**   29/2
corresponding **[1]**   37/23
corresponds **[2]**   21/12 21/20
cost **[4]**   130/15 168/22
168/23 169/7
couches **[1]**   213/11
could **[137]**   11/12 13/8 19/24
20/17 21/24 22/11 25/8 25/11
27/17 29/13 30/16 31/6 35/22
36/25 38/20 39/8 40/10 41/3
41/5 41/13 44/25 47/16 54/15
57/5 57/14 58/11 60/9 62/3
63/20 64/6 64/17 64/20 65/6
69/23 74/8 77/2 84/13 86/15
88/16 94/8 96/11 96/14 97/12
99/11 101/8 103/11 116/5
117/13 120/17 120/18 121/22
124/10 132/12 134/7 135/14
140/20 143/9 145/22 155/16

## C

**could... [78]** 159/8 164/8 164/8 164/18 165/12 168/19 171/12 172/11 175/18 176/2 176/2 176/13 176/14 177/7 178/9 178/25 181/7 181/16 181/17 181/23 182/9 182/12 182/20 184/22 185/17 187/1 188/6 188/23 191/23 192/1 192/4 193/12 200/13 200/14 203/16 204/15 204/20 205/12 211/5 227/7 227/11 233/10 237/10 244/9 246/9 247/11 250/8 252/11 256/8 256/11 257/5 261/1 261/4 269/22 270/13 277/6 286/3 287/2 288/9 288/15 294/11 298/2 302/10 308/19 309/12 312/4 314/24 317/12 328/15 333/22 334/5 336/2 337/6 338/25 341/9 341/11 341/19 343/6
**couldn't [11]** 79/18 84/16 157/3 244/5 255/21 271/20 308/16 308/17 331/3 331/5 332/18
**counsel [22]** 6/25 12/3 18/12 18/14 55/20 91/7 101/21 145/2 173/18 179/24 189/23 190/13 191/5 191/14 220/20 243/9 309/5 314/16 327/15 341/21 341/22 342/6
**count [2]** 314/14 314/15
**counties [2]** 108/4 215/13
**country [6]** 110/13 160/16 160/22 301/12 307/3 307/10
**County [3]** 225/11 274/14 275/3
**couple [18]** 7/14 68/25 110/12 133/9 139/18 142/24 153/23 190/12 211/24 212/1 212/1 212/12 255/19 257/8 270/4 297/22 301/19 337/8
**coupled [1]** 158/24
**courage [1]** 167/22
**course [11]** 14/11 110/7 112/9 114/21 129/3 131/19 227/4 248/2 294/15 294/21 294/23
**court [78]** 1/1 2/2 9/16 9/22 13/19 13/21 13/23 14/8 15/15 15/16 18/15 31/25 81/18 90/9 90/20 90/21 91/4 92/1 92/7 102/13 114/10 114/10 114/12 115/2 140/20 140/24 141/7 141/9 141/21 143/3 143/22 171/14 171/19 173/10 173/11 173/24 174/25 179/16 196/2 196/6 202/15 216/10 282/24 288/22 289/13 290/13 290/14 290/20 291/2 291/3 291/5 291/7 291/10 291/11 291/17 291/22 307/13 308/6 314/17 315/24 317/12 327/22 335/18 335/21 337/24 338/11 338/14 338/16 338/19 338/20 338/21 339/4 340/8 340/9 342/4 342/5 344/7 344/14

**Court's [4]** 31/14 31/6 144/21 196/9
**courthouse [3]** 336/12 336/15 336/17
**courtroom [13]** 15/21 89/14 92/10 139/17 143/25 144/2 144/25 171/25 220/1 285/25 292/13 327/20 337/1
**Courts [1]** 171/23
**cover [1]** 289/10
**coverage [2]** 336/11 336/11
**covered [1]** 224/4
**CR [1]** 1/3
**Craig's [11]** 70/10 70/24 229/18 229/23 230/19 230/21 230/22 231/12 231/21 242/2 263/4
**crash [1]** 118/3
**crazy [1]** 242/7
**create [3]** 21/13 124/2 131/19
**created [14]** 21/13 21/24 28/9 44/14 44/16 45/7 52/19 61/8 65/8 72/2 72/22 73/9 73/23 231/3
**creates [3]** 23/21 52/21 54/4
**creation [8]** 51/24 51/24 52/1 52/9 52/14 54/13 72/5 134/1
**credibility [2]** 315/17 328/25
**credit [1]** 29/6
**crime [4]** 158/16 160/21 164/1 164/7
**crimes [8]** 103/12 104/17 104/19 105/7 105/9 107/17 108/22 137/8
**criminal [17]** 77/9 104/9 104/10 107/14 119/24 160/17 163/22 164/21 164/24 165/1 166/10 166/22 166/23 167/1 167/10 184/20 187/4
**cross [26]** 3/4 3/8 3/12 89/8 89/16 90/2 92/14 92/15 106/10 139/14 142/13 142/16 157/25 158/1 161/14 163/5 173/23 283/9 292/5 317/21 337/7 339/15 339/20 340/3 340/5 341/15
**cross-examination [11]** 89/8 89/16 92/15 139/14 157/25 158/1 163/5 283/9 317/21 337/7 341/15
**cross-examine [2]** 92/14 173/23
**crucial [1]** 109/7
**cruise [2]** 299/6 299/10
**cruises [1]** 299/7
**crushes [1]** 72/14
**crux [1]** 131/17
**culture [1]** 116/25
**cumulative [1]** 12/19
**cup [1]** 222/14
**curative [8]** 289/16 289/19 289/24 290/16 290/20 290/24 291/4 291/13
**cured [1]** 148/11
**currency [1]** 5/7

**current [4]** 7/4 41/23 108/20 109/3
**currently [1]** 103/2
**custody [2]** 312/13 341/3
**customer [3]** 116/22 116/22 136/24
**customers [2]** 136/22 136/23
**cutoff [2]** 239/7 239/8
**cutting [2]** 297/10 297/11
**CXX [23]** 78/8 78/15 284/5 284/6 284/22 287/9 287/23 288/5 288/7 288/18 290/23 291/17 291/23 310/4 315/3 341/25 342/18 342/19 342/23 343/2 343/2 343/4 343/5

## D

**dad [1]** 276/6
**daddy [2]** 135/18 281/13
**daddy's [1]** 134/6
**Dallas [1]** 108/22
**Damage [1]** 80/13
**damaged [5]** 88/20 100/2 134/14 134/20 155/21
**dare [1]** 133/18
**dashboard [3]** 203/21 218/19 221/10
**data [36]** 24/12 39/17 40/13 40/17 41/5 42/15 42/19 42/20 42/25 43/2 43/5 43/9 43/12 43/18 43/22 50/16 50/23 51/19 54/11 58/15 58/17 69/11 69/12 71/25 72/24 79/12 80/3 84/9 84/10 93/10 94/6 248/13 249/24 253/24 265/5 273/2
**date [58]** 17/9 21/13 21/14 21/23 21/23 24/5 24/7 44/15 44/16 44/18 44/18 44/19 44/24 45/1 45/2 46/9 51/24 51/24 52/1 52/3 52/9 52/14 52/18 56/23 60/21 61/6 61/15 77/14 86/11 106/12 117/11 117/12 117/13 117/13 118/22 135/22 136/23 182/19 192/4 193/9 193/18 193/24 221/8 231/14 249/25 253/4 266/17 269/6 273/3 277/4 288/9 309/12 311/1 312/4 318/6 318/20 323/8 344/12
**dated [1]** 323/15
**dates [19]** 41/14 41/20 41/21 44/12 44/21 45/4 45/7 47/18 47/18 54/13 72/3 72/5 120/3 120/3 198/25 235/7 296/16 323/10 323/11
**dating [3]** 199/4 199/13 324/1
**day [32]** 21/16 61/11 105/21 105/21 119/23 119/23 120/6 120/6 134/9 136/15 137/24 143/23 206/25 208/13 212/14 214/3 214/4 214/5 214/7 214/7 225/17 239/23 289/10 290/23 292/7 299/7 301/6 318/11 318/19 336/19 343/4 344/6
**day-to-day [3]** 105/21 119/23

**D**

**day-to-day... [1]** 120/6
**daylight [3]** 24/23 25/5 52/6
**days [15]** 211/17 211/24
 212/2 212/13 213/6 213/25
 255/19 256/17 257/8 263/3
 285/9 286/16 301/20 305/6
 336/7
**deal [4]** 58/23 119/25 143/11
 312/16
**debate [1]** 290/21
**deceit [1]** 113/20
**December [1]** 1/8
**decide [2]** 168/9 168/12
**decided [3]** 164/16 241/1
 302/8
**decides [1]** 291/5
**decision [14]** 155/20 167/3
 168/5 168/5 176/23 180/20
 180/22 180/24 184/9 187/17
 231/7 325/23 326/20 326/22
**decisions [1]** 326/12
**deemed [2]** 51/11 115/5
**deeper [1]** 184/7
**defeat [1]** 88/22
**defendant [136]** 1/9 1/18
 4/25 6/7 6/22 50/1 90/22
 90/23 90/24 91/2 194/25
 195/1 195/9 195/25 196/2
 198/12 198/14 198/18 199/11
 199/22 200/1 200/22 201/12
 202/1 203/6 203/19 204/13
 206/13 206/23 207/16 209/2
 209/7 210/11 210/17 211/14
 212/6 212/12 212/16 212/24
 215/20 216/15 216/17 216/24
 217/21 218/11 220/25 221/17
 221/25 222/11 224/5 225/11
 228/14 228/22 230/10 232/6
 238/12 239/13 240/4 240/23
 241/13 243/24 244/6 244/18
 244/19 245/11 245/22 247/14
 253/18 254/20 255/14 257/20
 260/22 261/2 267/6 270/2
 273/23 274/24 275/2 275/18
 276/3 276/16 277/3 277/20
 278/9 279/1 279/10 279/10
 280/4 281/7 282/12 287/1
 288/18 288/25 292/22 292/24
 293/18 294/4 294/16 294/24
 295/8 296/15 297/3 297/18
 299/20 300/3 300/24 301/8
 301/17 301/20 303/21 304/15
 305/9 307/10 307/22 308/10
 308/19 308/23 309/17 309/22
 310/2 310/8 310/10 310/17
 310/23 311/2 311/14 313/14
 313/17 314/7 314/8 315/10
 316/24 317/3 338/9 341/2
 341/6
**Defendant's [10]** 69/17 204/4
 210/21 211/4 212/4 231/24
 242/1 259/19 305/25 308/23
**Defenders [2]** 1/19 1/22
**defense [60]** 4/15 5/14 6/16
 7/15 7/24 8/2 8/3 8/7 10/6
 12/3 15/7 15/12 15/13 19/3

27/19 33/24 71/8 89/7 89/16
 91/6 91/19 92/7 92/12 92/14
 102/1 115/3 139/20 140/3
 140/18 141/12 141/20 144/11
 190/12 191/4 191/14 234/15
 288/11 289/12 289/14 289/15
 289/18 289/24 290/1 291/4
 291/14 291/20 292/5 309/5
 328/22 337/8 337/22 339/2
 340/3 341/8 341/21 341/22
 342/1 343/5 343/14 343/22
**Defense's [1]** 92/7
**define [2]** 115/18 182/14
**defined [1]** 170/20
**defines [3]** 171/21 171/23
 174/17
**defining [1]** 171/1
**definitely [1]** 230/15
**definition [23]** 169/16
 170/21 170/22 171/4 171/7
 171/8 171/9 171/18 172/2
 172/3 172/4 172/6 172/10
 172/12 173/8 174/5 179/5
 179/11 179/15 179/16 179/22
 190/21 191/1
**definitions [3]** 169/11
 179/25 190/14
**definitive [1]** 186/24
**definitively [1]** 164/1
**degree [1]** 104/7
**delayed [1]** 122/7
**deleted [4]** 7/11 14/20 58/10
 58/13
**deliberations [1]** 15/10
**delineate [1]** 179/2
**demonstrate [1]** 65/4
**demonstrates [1]** 23/1
**denied [1]** 289/15
**Department [2]** 110/9 147/21
**dependence [3]** 133/12 134/1
 135/2
**dependent [1]** 133/17
**depending [4]** 25/4 45/4
 128/20 166/25
**depends [6]** 89/19 167/12
 167/13 188/8 204/8 244/2
**depict [1]** 95/19
**depicting [2]** 26/7 27/23
**deploy [1]** 111/10
**deployed [1]** 111/12
**deployment [1]** 110/14
**deposited [1]** 258/17
**depressed [2]** 122/6 305/11
**derive [1]** 170/18
**derived [1]** 69/11
**deriving [1]** 170/16
**derogatory [1]** 119/5
**describe [9]** 17/4 95/23
 108/15 170/7 177/2 183/8
 204/24 207/18 228/20
**described [9]** 95/19 96/2
 137/23 181/18 181/22 182/25
 183/15 218/17 250/15
**describing [1]** 148/17
**description [1]** 230/25
**desire [1]** 218/3
**desired [1]** 51/17
**desktop [9]** 67/22 68/2 68/7

68/16 70/20 71/6 71/25 73/7
 73/18
**detail [1]** 140/13
**detailing [1]** 287/10
**detection [1]** 154/13
**Detective [5]** 340/9 343/7
 343/14 343/17 343/23
**detention [1]** 123/4
**determination [1]** 168/10
**determine [4]** 166/2 166/4
 166/25 167/4
**developed [1]** 110/7
**developmentally [1]** 122/7
**device [57]** 6/3 10/21 10/21
 11/25 13/11 21/9 26/18 26/22
 30/8 35/11 35/14 35/19 36/12
 36/13 39/6 39/13 40/2 40/6
 40/13 40/21 40/22 40/24
 40/24 41/5 41/12 43/24 45/22
 49/17 52/2 53/11 53/15 54/21
 60/16 61/9 62/20 62/24 64/2
 66/25 68/13 69/21 75/8 75/11
 77/5 77/7 78/12 80/3 80/24
 83/5 84/14 84/22 86/20 87/20
 88/10 93/10 94/5 97/21
 233/14
**devices [17]** 4/19 8/4 8/13
 13/2 19/23 36/19 88/13 88/15
 88/15 99/22 100/8 100/9
 100/12 100/20 101/4 101/7
 101/21
**devil [1]** 227/7
**dial [6]** 76/13 76/16 76/16
 76/17 76/18 76/25
**did [494]**
**didn't [45]** 7/20 7/25 88/21
 91/9 91/10 119/3 140/9
 162/12 163/11 216/11 228/1
 228/4 228/6 229/10 230/17
 236/12 243/13 244/1 246/25
 279/6 286/5 287/15 306/24
 307/25 309/18 310/19 311/10
 311/11 313/1 313/1 313/2
 314/25 317/5 320/22 321/7
 322/20 322/22 323/15 328/16
 331/16 332/13 332/17 332/19
 333/12 338/4
**die [1]** 281/12
**Diego [2]** 104/17 104/21
**difference [5]** 95/14 115/21
 116/2 116/9 179/18
**different [44]** 7/14 19/6
 19/18 23/13 40/2 40/4 40/16
 40/22 58/16 62/12 85/3 93/15
 95/24 96/6 97/20 98/23 98/23
 99/14 102/23 110/4 116/5
 120/17 121/22 125/1 125/4
 125/8 126/12 127/22 129/14
 130/7 131/2 134/3 146/1
 153/5 159/4 161/21 171/7
 171/9 172/3 175/21 184/25
 239/24 264/14 340/20
**differently [5]** 9/22 45/6
 93/3 134/23 190/9
**differs [1]** 161/11
**difficult [7]** 5/14 56/3
 122/18 132/1 142/15 151/24
 189/10

**D**

**dig [1]** 184/7

**digital [2]** 14/5 21/7

**digits [1]** 269/22

**diploma [3]** 200/10 200/11 200/14

**dire [2]** 263/18 263/22

**direct [51]** 3/3 3/7 3/11 4/12 12/8 15/24 16/2 19/6 26/16 30/15 82/16 89/7 92/23 93/20 94/15 102/17 112/12 139/14 145/2 145/4 161/4 161/4 161/14 162/7 162/11 162/14 163/8 168/13 169/13 172/16 172/18 172/25 174/2 174/10 174/11 174/12 175/1 182/15 184/22 192/24 220/8 220/20 258/17 264/21 282/14 283/9 285/16 292/10 340/4 340/6 343/11

**directed [1]** 39/25

**direction [5]** 120/5 229/3 260/21 284/7 306/1

**directly [7]** 36/20 40/25 132/12 132/13 145/10 209/6 215/3

**dirty [1]** 222/22

**dis [1]** 290/10

**disable [1]** 80/9

**disappear [1]** 322/22

**disappeared [3]** 322/12 322/13 322/21

**disciplinary [1]** 105/2

**discipline [1]** 119/25

**disciplines [1]** 159/3

**disclose [10]** 137/4 138/7 138/9 155/3 156/13 156/17 157/4 157/5 157/6 167/23

**discloses [1]** 167/21

**disclosing [1]** 150/6

**disclosure [9]** 154/23 154/23 155/5 157/7 157/8 165/16 167/22 167/24 167/25

**discount [1]** 167/23

**discovery [1]** 12/7

**discuss [21]** 17/1 56/5 89/10 108/20 114/5 116/13 121/16 129/14 129/15 139/8 139/13 141/17 147/25 153/23 219/20 219/24 285/20 285/23 329/3 336/13 336/23

**discussed [17]** 12/21 14/1 18/15 27/12 92/6 95/4 98/17 107/16 122/23 133/6 136/4 136/25 137/7 140/11 212/15 241/7 287/6

**discussing [1]** 184/4

**discussion [2]** 13/15 32/13

**discussions [2]** 82/13 110/13

**dismiss [1]** 337/16

**Disney [1]** 134/9

**Disneyland [1]** 134/8

**disorganized [1]** 317/13

**display [6]** 38/14 38/17 79/13 79/16 204/18 204/21

**displayed [3]** 36/2 57/13 79/13

**displays [3]** 150/3

**dispute [1]** 307/19

**disregard [4]** 243/8 290/8 290/24 292/17

**distance [1]** 296/25

**distinction [4]** 93/20 93/23 164/12 167/20

**distinguish [1]** 178/18

**distinguishing [1]** 94/12

**distributed [1]** 159/25

**DISTRICT [4]** 1/1 1/1 1/11 114/15

**districts [3]** 114/13 114/13 114/14

**division [3]** 1/2 17/8 106/13

**Dixie [3]** 219/1 221/2 222/3

**DL [1]** 140/4

**do [359]**

**docket [3]** 140/6 339/10 339/11

**document [12]** 9/11 10/23 23/6 23/25 43/6 56/7 57/9 57/20 60/12 73/13 193/22 293/12

**documentation [2]** 124/4 124/4

**documents [8]** 8/24 10/6 12/15 12/22 13/2 114/1 147/14 192/8

**does [98]** 9/23 11/20 14/20 23/19 24/7 24/9 24/11 24/12 24/21 25/2 25/15 27/8 31/18 37/20 38/17 39/15 40/13 41/25 42/1 42/19 43/7 44/24 47/5 47/17 51/8 52/1 52/17 53/10 56/22 57/16 58/13 60/6 63/2 63/3 66/2 70/8 72/10 72/19 74/19 75/6 75/7 75/13 79/9 79/12 85/23 93/15 98/1 105/16 105/20 106/2 108/3 109/11 111/21 116/16 117/7 122/25 124/2 126/9 127/3 127/16 128/13 130/11 130/25 132/4 134/16 135/2 135/5 136/25 137/1 149/19 153/3 153/16 156/2 157/5 159/20 166/21 171/22 181/12 185/11 185/22 192/7 192/9 196/6 211/25 212/24 224/15 229/1 235/3 238/4 246/6 260/10 262/25 264/7 300/21 308/12 328/22 335/21 340/2

**doesn't [21]** 8/5 10/9 38/25 59/8 80/7 91/6 99/15 124/3 125/1 142/1 150/12 152/24 187/16 190/7 192/8 192/8 218/14 218/14 229/21 240/11 291/3

**dog [1]** 150/10

**doin [2]** 284/16 284/20

**doing [49]** 12/12 41/12 59/15 99/14 109/20 143/9 168/22 168/23 169/7 179/8 191/23 192/1 202/8 202/10 211/7 222/4 224/21 225/2 225/5 225/7 229/13 229/17 231/14 235/22 235/23 238/18 243/25 244/20 256/7 263/5 276/4

**displays [3]** 150/3

**281/21 284/21 287/5 310/18 320/5 320/6 320/8 320/14 320/15 320/15 320/17 320/21 320/23 320/25 322/19 333/3 334/5 343/11

**DOJ [1]** 107/21

**doll [1]** 229/9

**dollar [2]** 208/5 285/3

**dollars [2]** 206/8 206/11

**domestic [1]** 115/25

**dominant [1]** 240/1

**don't [91]** 5/9 6/9 6/11 9/8 9/8 9/14 9/25 12/12 14/12 14/22 19/6 26/3 30/6 45/6 59/14 62/3 66/9 70/2 80/21 82/13 84/5 93/17 96/16 98/14 111/17 123/9 124/6 124/17 128/23 136/20 137/18 140/8 143/8 148/11 148/23 149/17 164/13 164/15 167/20 170/5 172/23 173/6 176/12 176/16 180/3 184/23 189/14 195/2 218/7 218/7 218/7 218/16 220/13 230/16 235/2 238/22 267/24 268/23 270/20 270/21 285/12 285/14 285/15 287/20 289/3 289/5 290/19 305/17 314/11 316/25 317/14 318/10 318/11 318/17 318/18 319/25 320/2 320/16 327/21 330/23 333/1 334/13 335/24 335/25 338/14 338/17 339/20 340/19 341/13 342/2 343/20

**donations [1]** 130/15

**done [23]** 12/10 21/24 78/2 88/4 136/7 155/16 160/20 164/20 165/17 165/18 188/1 188/2 188/9 202/15 223/7 241/6 241/6 244/11 245/6 264/16 291/24 317/17 343/2

**Donnaa [1]** 52/23

**door [13]** 173/20 203/15 209/9 209/10 209/17 214/9 214/11 225/21 226/6 262/6 262/8 262/12 296/18

**doors [2]** 226/3 226/5

**Dorothy [1]** 309/25

**double [1]** 20/12

**doubt [1]** 7/16

**down [40]** 6/19 15/20 23/5 38/6 45/23 52/13 59/16 62/7 64/5 72/14 76/25 82/7 89/15 102/5 110/16 119/15 124/16 136/13 139/19 151/4 172/5 172/6 192/14 202/15 204/18 216/20 224/3 225/22 240/13 240/14 245/8 279/17 281/8 281/18 305/6 324/20 334/14 340/2 342/11 343/9

**downloaded [1]** 94/21

**dozen [3]** 100/10 100/16 112/20

**dozens [3]** 6/6 112/16 112/16

**drag [2]** 40/5 40/12

**dragging [1]** 93/17

**drama [1]** 154/16

**draw [1]** 164/12

**drawer [1]** 210/2

**D**

drawn [1]   217/24
drew [2]   93/20 93/23
drill [1]   110/15
drive [42]   12/4 12/9 39/6
 39/15 39/21 39/24 40/3 40/5
 40/14 40/16 40/22 41/9 41/16
 44/4 44/5 44/17 44/17 45/19
 46/7 67/20 92/23 93/1 93/3
 93/4 93/6 93/19 93/21 93/25
 97/15 97/17 120/2 123/12
 147/7 198/20 212/3 242/7
 243/20 244/5 244/5 244/6
 244/24 245/11
driver [8]   155/1 167/15
 212/3 213/20 213/20 213/20
 214/20 230/16
driver's [4]   124/7 147/14
 147/18 255/8
drives [2]   39/19 93/12
driving [6]   154/21 210/13
 220/14 243/24 312/10 312/17
drop [6]   40/5 40/12 163/20
 210/20 216/21 218/15
dropped [1]   203/12
dropping [1]   93/17
drove [6]   209/2 211/18
 244/25 245/1 245/3 245/4
drug [3]   118/6 141/2 141/3
drugs [4]   287/20 287/23
 298/18 299/15
dumb [1]   132/14
dump [1]   227/19
during [27]   12/8 14/10 92/23
 94/15 99/21 103/19 111/10
 112/8 141/11 155/23 162/7
 163/8 175/1 199/13 212/6
 212/15 226/10 248/2 250/9
 263/3 278/6 294/15 296/11
 297/2 297/5 298/14 336/23
duties [2]   103/11 105/14
duty [1]   184/16
Dwight [3]   242/14 242/15
 296/22
DXXXX [17]   226/22 260/1
 260/20 274/10 277/11 278/5
 278/14 278/18 278/19 278/20
 278/20 278/25 279/11 281/1
 281/17 315/4 315/5
DXXXXXX [41]   226/22 228/12
 228/14 228/16 260/5 260/20
 267/20 268/14 268/17 268/19
 268/22 269/5 269/13 269/17
 272/10 272/13 272/21 273/15
 273/18 273/21 274/6 274/16
 274/21 275/1 275/24 276/7
 276/7 276/21 277/2 278/5
 278/14 278/17 278/19 278/20
 279/11 281/8 281/17 296/9
 302/6 315/3 315/4
dynamics [5]   109/22 116/6
 120/25 164/21 175/21

**E**

E55 [1]   245/15
each [34]   8/5 8/16 8/17 8/20
 8/20 9/3 11/21 14/23 17/7

17/11 20/3 31/14 33/18 37/13
 42/19 42/24 43/17 43/18
 43/19 44/21 53/21 53/22 72/9
 101/7 106/10 202/11 242/21
 246/18 258/18 278/20 289/14
 336/12 340/20 342/24
ear [1]   90/14
earlier [22]   25/19 27/12
 32/13 35/13 37/6 40/19 43/14
 64/2 218/18 219/6 226/15
 227/25 241/13 248/13 254/11
 276/11 296/4 296/11 301/19
 312/1 312/5 315/7
earliest [1]   203/6
early [9]   151/14 156/19
 195/5 202/19 202/22 202/24
 205/13 205/15 331/19
earned [1]   153/20
ease [1]   293/11
easier [3]   76/8 123/18
 282/24
easily [2]   29/13 112/18
East [1]   111/14
Eastern [5]   24/22 24/23 25/4
 52/5 61/17
easy [1]   283/8
eat [4]   174/6 174/13 240/20
 281/24
educate [5]   110/16 161/5
 175/20 176/17 176/20
educating [1]   110/2
education [1]   186/14
educational [1]   161/8
educators [1]   110/5
effect [1]   162/21
effective [6]   132/3 132/11
 132/12 145/9 147/17 147/18
efficient [1]   9/8
eight [6]   72/15 114/10
 266/12 267/2 302/10 319/10
either [6]   13/24 22/5 25/4
 25/6 181/16 181/16 187/2
 290/23 296/16
elaboration [1]   140/11
electronic [5]   135/17 146/17
 165/5 181/25 246/7
element [4]   172/23 173/4
 173/12 173/13
Eleven [1]   194/17
elicit [2]   13/9 287/8
eliciting [1]   288/13
eliminate [1]   341/9
Elite [9]   67/22 68/2 68/6
 68/16 70/20 71/6 71/25 73/7
 73/18
else [39]   4/25 6/23 7/6 45/1
 79/15 84/19 84/20 121/4
 123/10 123/24 128/23 139/9
 141/10 152/16 170/5 170/6
 171/5 172/7 182/8 182/13
 203/19 211/10 217/22 217/23
 223/7 225/4 226/13 228/6
 229/14 230/6 231/5 232/18
 279/20 295/20 316/14 321/18
 321/22 321/24 334/22
else's [2]   170/16 326/12
email [9]   19/17 56/20 56/22
 56/23 57/2 57/4 57/10 57/17

57/19
emails [1]   56/18
embarrassing [1]   134/22
emoji [2]   38/17 79/16
emojis [1]   38/12
emotion [1]   127/10
emotional [11]   127/9 131/25
 133/1 133/10 134/1 134/12
 135/4 137/3 150/4 151/22
 156/3
emphasis [1]   104/10
emphasized [2]   161/23 161/23
employ [2]   125/13 126/16
employed [1]   103/2
employer [1]   329/12
employment [8]   104/4 259/7
 297/15 302/11 330/22 330/24
 331/1 331/3
employs [1]   150/16
encounter [1]   167/14
encourage [4]   138/22 152/16
 206/18 230/14
encouraged [1]   129/11
encouragement [1]   230/15
end [19]   13/11 17/17 24/14
 91/8 136/13 137/5 140/19
 169/24 267/13 269/10 269/25
 271/3 271/10 272/7 323/17
 323/18 324/16 339/2 344/4
ended [1]   331/15
ending [1]   335/22
endured [1]   228/21
enforcement [33]   103/13
 103/21 110/5 110/10 122/9
 132/16 137/2 137/4 137/12
 138/3 154/6 154/14 155/6
 156/19 156/22 156/23 158/20
 158/24 158/25 159/6 159/10
 162/21 168/15 168/18 169/3
 183/8 184/16 184/23 185/6
 185/9 185/11 316/4 316/7
engage [31]   116/23 117/22
 117/24 127/19 152/2 153/9
 166/20 177/12 177/20 177/23
 178/1 178/1 178/3 178/5
 178/16 178/25 180/11 180/20
 181/3 182/12 183/12 184/19
 184/20 187/2 187/7 214/13
 232/8 270/1 274/24 303/2
 310/7
engaged [11]   4/23 178/18
 178/19 180/16 181/11 182/5
 182/16 184/9 187/6 234/1
 237/2
engagement [1]   146/5
engages [2]   177/6 177/18
engaging [24]   115/16 122/19
 134/19 151/9 166/7 171/5
 172/7 177/24 178/7 183/24
 185/8 205/24 213/2 222/5
 233/4 236/16 245/10 260/21
 261/17 262/19 266/20 273/22
 277/2 297/2
enjoy [1]   154/18
enough [11]   8/22 28/10 62/6
 143/10 143/22 143/23 212/2
 218/16 229/7 318/22 334/13
enroll [1]   257/21

362

**E**

**ensue [2]** 229/10 249/7
**ensure [3]** 119/23 146/20
166/5
**entered [7]** 15/21 28/12
47/19 209/21 338/19 338/20
338/25
**entertain [2]** 91/19 338/16
**entice [1]** 128/4
**entices [1]** 172/9
**entire [11]** 4/6 20/22 57/14
57/17 72/13 94/8 138/15
225/3 225/5 225/6 281/25
**entirety [1]** 88/24
**entries [5]** 28/18 28/24 38/7
60/15 60/19
**Entry [2]** 140/6 339/11
**environment [11]** 127/23
131/19 131/22 133/16 138/22
151/23 154/15 155/24 155/25
155/25 174/9
**erred [1]** 92/1
**erupt [1]** 227/6
**escape [1]** 137/25
**escort [15]** 130/18 130/22
130/25 131/6 131/10 207/7
207/8 332/9 332/11 333/18
333/21 333/23 334/18 334/25
335/5
**especially [2]** 104/24 129/20
**ESQ [2]** 1/18 1/21
**essentially [20]** 106/3 116/6
118/17 119/5 119/22 124/22
125/14 129/10 131/17 131/25
132/16 133/20 135/9 135/15
137/4 138/11 145/20 154/10
172/4 186/12
**establish [9]** 8/6 8/16 13/1
99/12 126/22 138/19 196/16
196/25 277/24
**established [2]** 6/2 277/16
**esteem [4]** 122/12 124/8
177/3 177/5
**estimate [4]** 90/2 112/3
112/13 142/13
**estimation [1]** 142/8
**etc [1]** 154/2
**evaluating [1]** 344/4
**even [18]** 59/7 59/8 124/5
132/9 133/19 151/12 151/18
152/2 155/8 156/12 164/5
164/9 173/6 191/12 282/2
296/19 305/17 324/9
**evening [9]** 203/8 237/1
302/6 317/23 335/24 336/19
337/11 339/1 339/2
**event [2]** 90/13 291/3
**events [12]** 47/3 47/5 111/4
111/10 111/20 111/21 111/24
162/15 162/15 162/17 162/25
164/3
**eventually [1]** 107/15
**ever [28]** 110/17 110/22
111/6 113/15 116/13 116/13
117/18 118/8 119/15 130/18
134/14 218/7 218/11 223/11
223/13 225/3 235/3 279/3

279/7 284/25 287/4 295/8
297/5 310/7 310/10 313/4
315/14 321/2
**Everglades [1]** 227/19
**every [31]** 6/17 6/23 7/9 8/6
8/17 8/20 8/21 9/3 11/21
14/5 29/4 33/18 44/9 81/10
84/21 88/16 131/7 132/4
136/15 137/24 161/21 162/6
201/4 201/5 201/9 206/25
289/14 318/11 318/18 329/18
342/1
**everybody [2]** 89/12 139/15
**everyday [1]** 147/5
**everyone [5]** 120/19 121/4
145/1 220/19 343/25
**everything [18]** 9/13 45/24
60/21 81/13 91/23 91/25
133/21 134/17 147/18 152/16
226/13 229/1 281/24 298/6
317/17 326/11 334/22 341/25
**evidence [93]** 4/18 5/15 5/17
6/19 9/13 11/12 12/8 14/10
14/13 17/12 18/10 18/17
19/24 20/2 26/17 27/6 27/16
31/22 32/18 33/16 34/6 34/19
42/17 47/10 47/14 48/1 48/25
50/8 55/11 63/12 63/18 67/17
68/23 69/12 70/6 71/7 71/11
72/25 73/10 75/16 75/23
78/19 78/23 82/2 82/23 84/13
85/13 87/13 87/23 88/2 88/5
90/11 91/11 91/13 92/19
100/7 101/8 140/23 141/2
144/12 144/15 144/24 152/6
160/13 165/5 166/2 167/8
168/12 184/8 184/10 184/14
184/17 193/13 196/11 196/17
197/16 197/17 233/9 233/22
234/10 235/14 237/6 268/23
287/5 290/25 291/13 291/25
293/13 309/1 339/7 339/8
341/3 342/7
**evidentiary [1]** 53/18
**evil [1]** 227/13
**exact [4]** 46/20 90/16 172/23
266/22
**exactly [5]** 5/6 92/6 207/3
208/6 290/3
**exam [1]** 17/7
**examination [37]** 3/3 3/4 3/5
3/7 3/8 3/9 3/11 3/12 15/25
16/2 40/15 46/4 89/7 89/8
89/16 92/15 101/1 101/18
102/17 139/14 139/14 145/2
145/4 157/25 158/1 163/5
189/21 192/24 220/20 263/22
264/21 283/9 285/16 317/21
337/7 337/10 341/15
**examinations [1]** 22/2
**examine [10]** 32/25 46/24
48/6 49/6 67/22 87/3 92/14
100/19 100/19 173/23
**examined [16]** 19/24 26/23
48/5 53/12 54/20 60/14 62/21
66/23 67/20 75/5 77/18 83/18
86/22 91/25 97/16 97/18
**examiner [1]** 20/13

**example [4]** 5/19 11/2 81/18
121/4
**examples [1]** 152/5
**except [5]** 33/20 83/25 84/1
84/2 85/6
**excepting [1]** 28/11
**exception [1]** 34/6
**excess [5]** 88/13 89/18 96/19
98/17 100/7
**exchange [2]** 235/18 292/22
**exchanged [4]** 169/20 190/19
203/9 225/18
**exchanges [3]** 292/25 294/23
294/24
**excluding [1]** 13/10
**excuse [4]** 13/10 73/4 120/13
169/24
**excused [1]** 337/2
**execute [1]** 93/13
**exercise [1]** 181/23
**exert [1]** 287/1
**exhibit [121]** 3/17 3/18 3/22
3/24 8/6 8/17 8/20 8/21
10/23 15/11 16/19 18/5 22/10
26/3 26/4 27/18 28/14 28/21
29/5 29/8 30/19 31/11 32/14
32/15 32/20 33/3 33/17 33/18
34/2 34/21 35/5 35/5 36/22
39/4 41/7 42/5 42/17 43/18
45/8 46/17 47/1 47/10 47/14
47/25 48/14 49/2 51/5 53/18
54/8 54/16 55/3 60/11 60/18
63/9 65/9 66/4 66/21 69/3
70/2 70/18 71/5 73/6 73/9
73/16 74/24 75/3 79/3 80/1
80/16 82/2 86/19 87/7 87/13
88/6 90/22 91/5 92/3 92/20
95/7 97/12 98/16 139/20
140/2 141/23 142/2 144/8
196/10 234/19 247/21 249/13
249/18 250/25 251/10 251/12
252/12 253/23 259/14 261/6
263/7 263/19 265/4 265/13
266/8 267/15 268/22 269/11
270/5 270/8 271/4 272/8
272/18 273/9 277/13 282/4
282/14 283/20 284/9 292/21
293/8 303/7 309/2
**exhibits [85]** 3/13 3/15 3/15
3/16 3/16 3/18 3/19 3/19
3/20 3/20 3/21 3/21 3/22
3/23 3/24 3/25 4/12 4/15 6/6
7/4 7/7 7/9 7/17 8/10 10/8
10/10 11/15 11/21 12/1 12/5
12/5 14/17 14/18 14/19 17/23
18/1 18/2 18/7 18/16 18/20
20/8 27/2 27/15 31/13 31/15
32/17 33/20 34/1 34/18 48/9
48/19 48/24 49/12 49/16 50/7
54/23 55/10 63/17 67/4 67/16
68/11 68/22 73/3 75/10 75/22
78/19 78/22 80/6 80/9 80/18
83/21 85/12 88/1 90/15 90/18
91/9 91/12 91/15 91/16 92/5
142/1 144/10 144/23 233/23
247/23 342/24
**exist [3]** 47/17 81/14 120/25
**existed [2]** 49/16 55/5

**E**

**expect [5]**  9/14 220/11 313/2
 342/18 342/23
**expected [1]**  120/5
**expecting [3]**  89/16 89/18
 343/18
**expects [1]**  4/6
**expedient [1]**  327/24
**expenses [1]**  310/2
**experience [43]**  21/6 22/2
 22/3 104/2 104/13 108/10
 110/1 114/18 121/1 121/17
 123/14 130/21 131/13 132/3
 147/13 151/2 151/6 151/11
 151/17 151/18 152/20 156/16
 157/9 158/15 158/16 158/18
 158/20 158/22 158/24 159/13
 159/19 161/3 162/2 162/3
 162/8 163/25 167/7 169/5
 182/20 188/1 188/21 189/12
 191/11
**experiences [3]**  123/5 158/25
 162/13
**expert [9]**  8/1 114/6 115/2
 115/6 158/5 158/9 158/12
 158/13 161/13
**expertise [5]**  7/25 22/4
 103/22 137/15 148/16
**expired [1]**  124/4
**explain [25]**  7/12 11/19
 13/21 19/12 26/9 36/16 38/9
 44/14 47/16 55/25 56/6 58/11
 65/20 74/6 76/3 77/23 85/2
 124/8 163/4 177/19 213/7
 224/8 229/19 283/5 294/11
**explained [3]**  35/4 67/25
 298/6
**explanation [1]**  163/8
**exploitation [2]**  115/14
 169/17
**exploited [3]**  106/16 107/1
 107/22
**explore [1]**  342/7
**express [3]**  151/18 155/8
 183/4
**expressly [1]**  264/10
**extent [3]**  141/17 234/16
 291/4
**external [6]**  39/6 40/3 40/16
 40/22 93/12 93/19
**extortions [1]**  104/18
**extra [3]**  121/7 121/12
 138/25
**extract [12]**  33/3 58/19 75/8
 80/3 80/22 83/22 84/13 85/25
 88/10 88/13 88/16 101/22
**extracted [45]**  4/20 5/16
 5/22 7/17 8/1 8/4 8/7 8/12
 8/18 9/18 9/19 10/6 10/20
 13/2 13/11 14/10 18/4 20/9
 27/6 27/24 31/15 33/6 33/16
 34/2 35/11 40/19 41/8 42/2
 47/4 47/6 48/13 48/16 53/15
 56/19 60/15 63/9 66/12 68/13
 71/8 75/11 78/6 78/11 87/16
 87/19 282/5
**extraction [41]**  6/18 7/18

7/19 7/22 7/23 11/7 11/21
 14/6 16/6 16/22 17/11 19/13
 19/14 19/23 20/15 26/25
 50/21 53/10 54/21 56/22
 57/11 59/18 60/4 62/24 66/25
 68/2 78/1 78/2 78/4 80/15
 81/1 84/9 98/1 100/11 100/13
 101/14
**extractions [13]**  4/19 6/17
 14/9 14/19 16/9 19/20 58/16
 83/5 88/24 99/5 100/22
 100/24 101/23
**extracts [2]**  24/12 38/9
**eye [3]**  227/1 342/2 342/2
**eyes [1]**  227/12

**F**

**face [8]**  79/16 154/10 221/14
 221/15 227/5 227/7 227/10
 227/11
**faces [4]**  6/6 6/7 6/10 38/12
**facets [1]**  172/10
**facilitate [1]**  135/19
**facilitates [1]**  172/9
**facilitation [1]**  130/6
**facility [1]**  325/14
**fact [20]**  7/16 7/24 8/3 8/12
 13/1 16/23 110/11 132/9
 156/8 161/21 167/5 169/6
 203/10 203/11 307/19 307/22
 308/12 332/25 334/17 338/6
**factor [1]**  126/15
**factors [7]**  121/17 121/21
 121/22 125/2 136/4 155/20
 188/9
**factory [2]**  297/10 297/11
**facts [2]**  115/8 337/14
**fair [6]**  28/10 62/6 74/21
 84/13 189/11 239/25
**fairly [11]**  18/7 27/6 31/18
 34/1 42/1 47/5 49/19 67/9
 68/15 75/13 78/14
**fake [4]**  5/8 306/15 306/17
 306/20
**fall [6]**  176/15 215/10 277/7
 308/3 308/9 308/12
**fallen [1]**  17/15
**familiar [15]**  39/19 59/1
 113/2 113/11 140/9 146/21
 149/19 153/1 170/22 170/23
 171/1 185/18 185/20 235/3
 239/7
**family [15]**  118/15 118/16
 118/23 118/24 127/22 127/23
 128/2 133/22 134/21 145/24
 150/8 217/25 247/5 281/10
 333/1
**far [30]**  45/7 45/23 53/25
 56/4 56/4 89/16 90/10 110/1
 112/19 116/8 132/19 141/23
 142/12 146/16 153/24 154/1
 206/25 218/17 239/23 245/9
 260/4 280/23 296/18 301/12
 307/1 309/22 311/9 326/2
 339/12 341/17
**farm [1]**  128/1
**fashion [4]**  36/4 36/5 42/13

160/23
**father [1]**  137/11
**fault [4]**  326/12 326/16
 334/16 338/8
**FBI [14]**  17/5 103/5 103/7
 103/25 104/13 104/23 105/9
 107/22 108/16 111/9 165/10
 165/15 233/18 312/20
**fear [10]**  136/12 202/22
 202/25 217/16 227/23 229/2
 287/2 316/23 317/3 317/5
**fearful [1]**  126/8
**feature [2]**  76/15 80/6
**features [3]**  6/9 99/16 99/19
**February [6]**  104/1 193/10
 193/18 309/15 311/1 327/5
**February 22 [1]**  309/15
**February 9 [1]**  193/10
**February X [1]**  193/18
**Federal [21]**  1/19 1/22 103/3
 103/13 104/19 114/10 114/12
 144/14 170/24 171/1 171/19
 171/23 171/25 172/3 172/6
 173/10 173/11 174/16 316/20
 336/15 344/13
**feel [16]**  91/6 139/19 143/25
 150/13 157/13 176/10 176/17
 176/21 210/4 218/3 228/7
 228/23 288/6 301/8 339/7
 339/8
**feeling [3]**  126/18 142/17
 228/20
**feels [2]**  141/12 204/8
**felony [1]**  307/25
**felt [6]**  176/6 210/5 218/1
 228/23 228/23 301/12
**female [3]**  228/9 229/21
 263/1
**females [1]**  231/4
**few [19]**  18/20 73/7 113/7
 198/25 211/17 217/1 225/14
 226/14 228/10 241/22 243/16
 256/17 285/9 286/16 304/14
 305/6 313/8 323/10 323/11
**fiction [1]**  113/10
**fide [1]**  189/15
**field [4]**  88/22 109/7 109/20
 114/7
**figure [4]**  125/14 143/19
 219/16 321/21
**file [20]**  36/14 43/23 43/24
 44/3 44/4 44/6 44/16 44/19
 44/20 45/3 45/5 45/17 45/18
 45/25 52/17 52/19 57/12
 57/14 140/3 140/7
**files [5]**  40/5 40/12 50/23
 93/16 93/17
**filing [2]**  52/2 52/7
**fill [3]**  127/2 135/9 207/24
**filled [1]**  222/19
**filling [2]**  208/4 208/16
**filmed [1]**  128/10
**final [2]**  111/12 156/25
**finally [2]**  156/17 191/22
**finances [1]**  146/10
**financial [2]**  186/4 258/19
**financially [1]**  171/5
**find [16]**  10/14 30/14 101/8

**F**

**find...** **[13]** 111/23 115/2 147/16 151/11 177/22 227/22 228/8 256/20 291/8 299/15 314/23 317/19 335/16
**Finder** **[2]** 69/12 70/7
**finding** **[3]** 207/1 207/9 343/15
**fine** **[18]** 15/3 24/18 53/8 76/1 81/20 83/14 105/11 105/12 202/8 205/1 235/22 243/14 255/25 292/11 314/18 317/18 317/20 320/2
**finesse** **[9]** 125/22 126/15 127/21 128/22 133/11 136/25 138/1 145/6 175/4
**finger** **[1]** 203/15
**fingernails** **[3]** 5/8 223/20 223/21
**fingers** **[4]** 5/8 5/10 7/1 7/2
**finish** **[4]** 4/11 165/12 297/22 321/4
**finished** **[1]** 82/15
**finishing** **[1]** 325/12
**fired** **[4]** 328/18 330/18 331/13 338/6
**first** **[69]** 13/1 13/16 13/18 21/16 24/4 28/5 44/16 53/14 62/14 70/5 76/4 76/6 95/11 110/12 123/25 134/19 136/6 137/9 141/18 148/12 164/12 195/11 195/25 196/20 197/6 198/12 200/22 201/22 202/24 203/1 204/25 205/19 205/24 208/8 208/13 216/16 220/14 223/5 230/18 231/21 232/1 233/23 235/21 238/23 238/23 238/25 239/2 254/11 254/11 259/14 260/24 261/2 269/22 273/2 274/6 282/4 296/5 296/11 304/18 310/13 311/5 316/4 319/24 322/25 325/8 340/25 341/12 341/19 341/24
**fists** **[2]** 226/10 226/12
**fit** **[2]** 96/17 119/21
**five** **[14]** 25/4 25/6 72/25 79/7 89/10 194/11 211/7 273/9 318/4 318/8 319/5 327/19 330/12 342/15
**fix** **[1]** 302/21
**FL** **[5]** 1/7 1/17 1/20 1/23 2/3
**flag** **[2]** 169/8 183/21
**flags** **[2]** 184/3 184/5
**flee** **[3]** 155/25 157/17 157/18
**FLETCHER** **[1]** 1/18
**flip** **[2]** 80/20 80/21
**floor** **[1]** 226/12
**flop** **[3]** 118/3 118/4 118/5
**FLORIDA** **[3]** 1/1 216/10 304/6
**focus** **[2]** 111/25 147/21
**focused** **[1]** 110/14
**folder** **[6]** 40/11 45/16 46/6 46/8 94/9 94/10
**folders** **[6]** 40/9 40/13 46/1 46/2 46/9 94/8

**folks** **[4]** 27/23 124/1 124/20 190/3
**follow** **[1]** 219/20
**following** **[3]** 15/20 33/21 83/25
**food** **[5]** 127/5 136/15 147/9 147/10 241/10
**foot** **[1]** 125/18
**force** **[23]** 105/9 105/22 105/22 106/9 106/21 116/11 125/25 131/13 132/20 133/3 172/17 172/20 172/21 173/1 173/4 173/12 173/16 178/6 178/8 178/20 187/3 325/21 325/22
**forced** **[3]** 40/7 115/22 115/23
**forces** **[4]** 106/7 106/22 107/23 108/19
**forcibly** **[1]** 137/23
**forcing** **[1]** 321/18
**forefront** **[1]** 107/6
**foregoing** **[1]** 344/9
**foreign** **[1]** 134/17
**forensic** **[16]** 8/1 10/7 11/19 20/13 40/23 40/25 43/9 43/10 43/12 45/25 58/14 69/11 74/15 99/24 104/10 104/11
**forensically** **[2]** 41/3 41/13
**forensics** **[1]** 86/6
**forewarn** **[1]** 224/9
**forgetting** **[1]** 114/16
**form** **[8]** 37/1 37/4 64/15 71/15 84/14 84/16 212/18 240/1
**format** **[3]** 19/15 37/3 85/24
**forms** **[3]** 150/4 174/14 259/7
**Fort** **[3]** 1/20 251/8 298/5
**forth** **[12]** 16/14 16/15 44/10 59/10 129/2 136/2 167/21 213/6 235/18 288/19 295/1 305/13
**forward** **[7]** 156/13 157/4 164/20 167/8 167/23 185/23 311/23
**foster** **[6]** 133/12 134/2 134/12 138/21 152/16 168/24
**fostered** **[1]** 151/23
**fosters** **[1]** 156/4
**found** **[21]** 11/2 14/21 33/22 45/18 71/7 73/7 83/23 90/13 111/21 128/19 151/6 208/24 217/1 217/2 217/8 230/7 256/16 256/22 324/13 341/6 341/8
**foundation** **[4]** 4/18 5/16 9/25 270/16
**four** **[24]** 24/22 25/4 25/6 33/6 33/16 52/7 53/11 53/17 60/18 60/23 61/14 61/17 64/5 79/7 85/6 111/12 219/19 226/5 249/12 249/18 250/2 322/16 330/12 330/15
**frame** **[1]** 313/14
**frames** **[1]** 54/5
**fraud** **[14]** 113/20 116/11 131/13 172/17 172/20 172/21 173/1 173/4 173/12 173/15

178/6 178/8 178/20 187/3
**free** **[3]** 139/19 143/25 192/9
**freedom** **[3]** 148/2 148/9 153/19
**freedoms** **[1]** 121/12
**frequent** **[3]** 106/10 121/11 123/14
**frequently** **[5]** 29/14 117/10 118/1 118/2 120/22
**fresh** **[1]** 129/9
**Friday** **[4]** 201/9 203/8 290/24 344/3
**friend** **[3]** 198/15 257/11 301/20
**friend's** **[2]** 198/16 323/14
**friendly** **[2]** 22/6 22/7
**friends** **[2]** 133/22 256/9
**friendship** **[1]** 198/22
**front** **[15]** 8/25 22/23 26/4 41/20 42/19 56/15 63/21 73/16 76/23 77/3 130/20 130/21 163/21 259/15 327/12
**Ft** **[1]** 2/3
**fuck** **[1]** 223/6
**fulfills** **[1]** 120/14
**full** **[14]** 12/22 19/23 42/24 43/3 57/9 57/9 100/22 102/12 157/8 192/20 193/4 211/11 251/24 288/11
**fully** **[1]** 289/13
**function** **[4]** 40/4 45/21 94/1 155/22
**functioned** **[1]** 96/6
**functions** **[4]** 30/10 80/9 93/3 93/21
**funny** **[1]** 210/5
**further** **[16]** 32/13 89/3 91/1 101/16 102/3 119/15 121/15 134/12 135/2 156/12 157/24 164/19 189/18 192/12 287/25 290/19

**G**

**G-O-R-I-L-L-A** **[1]** 175/9
**gain** **[1]** 150/17
**gains** **[1]** 146/14
**Galaxy** **[14]** 16/23 18/5 23/11 23/13 30/23 31/2 32/24 34/3 48/2 48/14 54/17 77/19 77/24 77/25
**gamble** **[1]** 5/7
**game** **[4]** 111/17 118/8 118/13 155/18
**gamut** **[1]** 103/17
**gang** **[1]** 128/10
**garage** **[4]** 225/20 225/21 225/22 226/1
**garbled** **[1]** 38/18
**Gardens** **[5]** 195/22 195/23 196/1 198/19 223/17
**Gary** **[1]** 343/17
**gather** **[2]** 100/7 317/11
**gators** **[1]** 227/20
**gave** **[10]** 87/3 208/25 210/6 211/2 244/14 295/17 306/13 309/17 316/4 338/22
**geared** **[1]** 109/13
**GED** **[1]** 254/19

**G**

**genders [1]** 191/12
**general [11]** 35/3 96/17
104/23 110/24 111/1 145/13
145/25 146/1 148/15 170/4
187/1
**generally [6]** 22/3 29/25
120/8 120/10 146/7 296/25
**generate [1]** 113/6
**generated [10]** 36/12 36/13
38/2 47/20 47/23 52/2 52/25
70/6 77/16 230/18
**Genesis [1]** 315/3
**gentleman [3]** 210/6 232/4
296/23
**gentlemen [9]** 15/22 89/5
92/11 129/5 219/18 293/10
298/2 327/13 335/23
**genuine [1]** 167/25
**geographical [2]** 129/22
153/5
**get [167]** 17/17 24/7 24/9
24/11 25/3 30/9 41/3 43/7
58/17 58/20 66/8 68/2 69/13
71/5 72/12 72/17 81/2 83/1
83/5 88/21 96/22 100/10
100/10 100/25 105/2 108/20
115/11 121/3 121/5 121/15
122/17 124/1 124/24 125/6
125/24 126/25 127/18 128/24
129/9 129/24 129/25 134/22
135/23 137/12 142/1 143/18
146/4 152/14 153/16 154/4
154/23 155/16 156/20 156/21
164/23 166/15 184/23 185/20
186/7 186/12 188/21 189/14
200/22 200/25 203/8 203/22
203/25 204/9 205/11 206/25
207/2 207/14 208/8 210/17
214/19 215/3 217/18 218/7
218/7 221/23 222/3 225/23
226/6 226/7 226/7 227/20
229/6 229/6 230/2 230/18
231/3 240/22 241/5 242/9
242/11 244/10 246/10 247/1
247/18 247/19 249/3 253/14
254/19 257/6 257/12 257/14
257/16 258/6 258/10 258/17
258/23 262/11 262/15 263/2
279/11 279/14 280/13 280/14
285/4 285/10 286/17 288/9
288/15 289/6 291/9 291/17
298/7 299/5 299/11 300/7
300/23 302/3 302/11 302/13
303/5 303/24 304/2 304/6
304/18 305/10 306/17 306/18
306/19 306/24 307/3 307/5
307/9 309/19 313/5 313/17
314/2 316/13 316/14 318/11
319/21 328/18 329/19 330/8
331/13 331/18 333/2 336/4
338/25 339/13 343/2 343/23
344/2
**gets [10]** 26/9 28/4 46/2
59/16 94/5 133/16 138/25
164/19 183/3 317/17
**getting [21]** 4/12 7/4 104/24

137/1 141/3 153/19 179/24
186/22 204/5 214/12 230/16
239/21 240/13 247/16 247/17
285/2 294/12 294/13 304/14
326/11 334/13
**gift [3]** 135/14 243/4 243/12
**gifts [3]** 134/5 136/5 243/15
**gig [2]** 206/17 208/5
**girl [18]** 64/25 95/14 120/18
120/20 194/18 194/19 228/11
230/3 259/25 260/2 260/4
260/16 260/24 260/24 298/4
298/7 310/14 333/1
**girlfriend [9]** 126/17 126/19
128/22 132/23 138/9 199/4
216/3 313/21 314/3
**girlfriend/boyfriend [1]**
126/17
**girls [49]** 95/12 95/19 121/5
213/12 214/14 225/15 225/16
226/15 226/16 226/21 230/7
230/8 241/21 241/23 244/21
245/20 245/23 248/25 259/11
259/16 260/15 260/17 260/21
261/17 262/21 270/25 274/22
276/19 277/18 278/2 279/4
279/11 279/19 280/4 281/20
282/2 287/3 287/4 288/3
295/23 295/24 296/1 296/5
296/16 305/12 305/16 310/17
314/23 315/2
**girlz [1]** 260/8
**give [30]** 15/15 15/16 15/18
36/11 54/5 74/16 80/15 99/5
99/9 101/4 137/6 141/19
142/8 142/13 143/10 143/20
143/23 153/11 169/1 176/22
201/21 233/18 233/20 242/17
242/19 247/9 276/16 288/18
309/18 312/22
**given [18]** 12/4 77/20 77/25
78/8 78/15 90/2 112/5 112/6
128/7 129/3 132/10 161/11
188/17 189/3 240/22 289/14
312/22 316/11
**giving [5]** 124/11 203/19
280/7 290/24 329/6
**gmail.com [3]** 66/13 69/14
69/15
**go [129]** 7/9 7/10 8/5 8/15
9/20 11/20 12/24 14/5 22/19
29/12 41/12 45/23 60/19
61/11 62/7 62/10 62/10 64/5
68/25 81/10 101/7 102/23
102/24 103/18 104/21 107/11
111/16 111/16 122/4 123/10
125/9 129/2 129/23 129/25
130/9 131/20 131/21 134/21
134/24 134/25 135/22 136/17
143/23 149/15 153/22 155/19
160/16 162/14 162/15 164/3
165/17 166/3 166/24 167/1
180/9 182/19 188/17 200/18
203/9 207/12 208/17 209/4
210/19 210/21 213/2 213/18
213/19 213/20 215/2 217/22
217/24 221/9 222/1 224/10
228/6 229/1 232/14 234/20

240/24 241/5 244/21 246/5
246/9 246/10 251/24 254/18
255/19 255/22 256/11 256/11
257/5 257/10 263/1 279/19
280/21 281/12 281/16 283/19
285/23 288/2 289/3 290/18
298/16 298/18 298/18 300/22
300/23 301/3 301/6 301/23
302/2 302/8 306/11 307/5
314/17 317/12 317/25 319/10
322/25 323/18 325/25 327/11
329/1 332/17 332/20 334/14
336/4 342/17 342/23
**go-to [1]** 281/16
**goal [7]** 111/18 136/13
162/18 163/1 164/2 164/4
189/25
**goes [21]** 8/20 26/11 50/3
89/19 137/16 147/6 151/22
153/21 156/8 194/24 228/25
239/6 246/6 248/14 293/13
311/10 315/17 330/22 330/24
338/6 343/17
**Goin [1]** 235/22
**going [124]** 4/11 5/2 5/16
6/1 7/7 7/8 7/12 8/10 9/14
10/4 10/9 11/8 11/11 11/14
12/16 13/13 13/20 16/14
16/25 17/23 18/23 30/19
31/10 33/8 38/5 42/14 50/1
53/13 56/8 58/3 58/4 67/24
77/10 79/9 82/12 91/11 91/19
92/3 111/20 121/7 123/23
124/22 124/24 125/14 125/15
134/22 138/12 142/15 142/15
142/18 143/1 143/3 144/9
149/13 153/15 155/2 156/20
156/20 162/25 168/6 173/17
175/20 176/6 185/3 187/3
187/11 194/25 196/15 201/24
203/10 208/5 208/11 208/23
210/5 211/11 212/11 214/10
219/16 224/3 224/9 226/16
227/8 228/3 228/4 232/22
233/22 242/9 244/10 246/24
250/10 257/16 270/13 275/13
280/24 281/12 283/1 284/9
285/13 286/5 286/7 288/10
290/21 291/13 291/20 292/10
296/16 298/12 298/14 299/9
305/13 305/24 309/1 313/2
322/10 327/1 328/2 336/12
336/16 338/13 340/5 340/10
340/14 342/17 342/24
**gone [10]** 20/12 49/10 58/14
142/9 142/10 162/16 163/23
164/14 337/17 339/14
**gonna [1]** 236/19
**good [29]** 4/1 4/2 15/22 16/4
16/5 92/17 92/18 101/21
102/19 102/20 155/24 158/3
158/4 193/2 193/3 206/17
227/9 230/13 235/23 242/7
242/7 290/25 298/7 317/23
318/22 332/23 332/24 335/20
337/17
**goods [3]** 134/14 134/20
155/22

**G**

**goofy [1]** 38/12
**Google [4]** 30/4 30/6 30/10 61/1
**gorilla [7]** 125/25 126/3 126/5 136/19 175/5 175/9 191/5
**got [45]** 59/19 90/1 135/18 201/9 201/11 203/8 203/12 207/18 207/24 209/4 210/24 212/12 215/2 218/23 221/7 221/15 225/19 225/20 242/12 245/1 258/10 274/19 275/2 275/9 276/9 276/11 296/5 298/20 298/21 300/9 301/3 303/19 304/23 305/9 308/5 318/10 318/17 318/18 318/19 320/19 328/5 328/9 331/22 332/7 338/6
**gotten [1]** 275/1
**Government [206]** 3/15 3/15 3/16 3/16 3/17 3/18 3/18 3/19 3/19 3/20 3/20 3/21 3/21 3/22 3/22 3/23 3/24 3/24 3/25 4/16 5/3 5/15 6/8 6/14 8/5 8/9 8/10 8/16 8/20 9/1 9/2 9/23 10/9 10/19 11/6 11/20 12/1 12/2 12/4 12/7 12/24 13/8 13/13 13/16 14/1 15/24 16/19 17/23 18/5 18/16 19/4 22/10 26/2 26/3 26/18 27/2 27/15 27/18 28/14 29/8 30/19 31/11 32/17 32/20 33/3 33/17 33/20 34/2 34/10 34/18 34/21 36/2 36/22 37/1 39/4 41/7 42/5 42/17 43/17 46/17 47/1 47/10 47/14 47/25 48/9 48/14 48/18 48/24 49/2 49/12 50/7 53/18 54/8 54/16 54/23 55/3 55/10 58/2 60/11 63/9 63/17 66/3 66/21 67/4 67/16 68/11 68/18 68/22 69/3 70/2 71/5 73/3 75/3 75/10 75/22 75/24 77/23 78/19 78/22 79/3 80/1 82/2 83/21 85/12 86/19 87/13 88/1 88/6 90/15 90/25 91/1 91/9 91/12 91/22 92/20 94/15 95/1 95/7 97/11 97/19 98/16 101/23 102/6 102/7 104/2 104/23 110/23 114/1 115/1 140/14 141/1 141/5 141/17 142/4 142/23 144/9 144/10 144/23 192/15 192/16 196/10 233/23 235/11 237/9 247/21 249/18 251/9 251/10 259/14 261/6 263/7 264/13 265/4 265/13 266/8 267/15 268/21 269/11 270/5 271/4 271/12 272/8 272/18 273/9 282/4 283/20 284/9 287/14 288/1 289/17 290/22 291/8 291/15 291/16 292/14 292/21 293/5 293/11 293/15 303/7 309/1 316/20 337/9 338/22 339/6 341/18
**Government's [10]** 6/5 26/17 27/7 73/16 83/22 84/7 102/10

**Governmental [1]** 110/11
**GOVERNMNET'S [1]** 192/18
**Governor [1]** 110/25
**grab [1]** 123/10
**grades [2]** 200/4 200/5
**graduate [2]** 104/14 327/2
**graduated [2]** 104/5 104/7
**Graduation [1]** 200/5
**great [3]** 58/23 135/8 135/18
**greater [2]** 113/6 140/13
**green [4]** 255/9 276/14 295/25 300/16
**GREGORY [1]** 1/14
**groomed [2]** 156/16 333/3
**grooming [1]** 127/14
**ground [3]** 180/5 305/15 305/16
**group [5]** 12/17 79/4 110/14 118/17 118/25
**groups [2]** 61/25 110/23
**guarantee [1]** 21/22
**guess [5]** 102/19 168/4 169/7 217/20 306/5
**guidance [2]** 106/23 109/14
**Guide [1]** 30/4
**guided [1]** 105/22
**guilty [1]** 306/9
**guise [1]** 131/10
**gun [1]** 152/21
**guy [1]** 28/4
**guys [2]** 216/18 323/21
**GXXXXXX [1]** 310/5
**gym [2]** 286/21 287/6
**gyms [1]** 286/19

**H**

**H's [1]** 82/8
**H-A-R-D-E-E [1]** 102/14
**H-E-L-P [1]** 82/11
**had [126]** 7/18 10/12 12/7 12/11 12/14 12/17 12/21 13/24 14/3 14/4 17/15 18/15 20/7 27/4 28/17 28/21 29/15 38/1 40/24 64/6 95/20 95/22 97/19 98/10 99/22 99/25 100/15 105/23 106/22 108/17 109/10 110/13 121/4 126/23 128/9 132/11 134/6 134/25 135/21 136/18 150/7 151/25 152/5 155/15 156/12 157/3 163/19 167/13 168/5 172/25 175/22 175/25 176/4 181/11 185/22 187/13 187/19 187/22 188/15 188/19 189/5 189/6 190/3 201/18 202/3 206/24 208/24 212/11 213/21 217/2 217/8 222/14 224/3 227/1 227/3 228/21 231/11 235/3 235/24 237/2 238/15 240/20 245/24 247/1 247/13 250/11 255/4 255/5 255/22 256/20 256/20 258/18 258/25 259/2 262/12 271/5 276/8 276/13 279/8 285/10 286/17 286/18 287/23 289/12 291/2 291/11 297/15 297/18 300/16 300/22 302/5 302/7 302/20 305/19

**H**

**306/15** 308/23 310/2 310/13 311/18 311/21 318/13 318/15 322/22 328/13 333/6 340/25
**hadn't [2]** 90/14 313/7
**Haha [1]** 285/3
**hair [3]** 241/3 241/6 241/10
**half [9]** 89/19 188/6 214/15 220/10 220/12 238/7 292/3 305/7 339/21
**hamper [2]** 222/19 222/21
**hand [7]** 53/21 126/2 126/3 201/15 209/23 221/9 253/4
**handed [2]** 208/25 209/22
**handing [1]** 201/23
**handle [2]** 293/14 339/13
**hands [2]** 226/10 226/12
**hang [6]** 111/16 135/23 208/12 216/21 256/8 335/10
**hanging [1]** 217/3
**happen [24]** 9/14 9/15 38/20 152/24 156/18 187/17 201/21 201/24 203/18 204/2 204/6 204/8 208/23 213/17 213/18 215/12 227/9 228/9 229/5 232/12 254/22 255/21 256/16 279/13
**happened [42]** 26/14 198/24 199/8 199/25 201/11 209/7 209/21 210/24 211/17 212/13 215/1 216/5 218/21 221/1 221/6 221/19 222/6 223/4 224/14 225/17 226/11 228/7 232/3 254/22 255/3 256/22 258/13 262/5 275/5 275/22 298/20 299/11 299/23 303/23 305/2 305/5 311/18 311/20 311/21 311/24 312/1 316/10
**happening [6]** 25/20 202/1 232/14 239/22 244/2 313/1
**happens [5]** 59/7 133/20 187/16 204/9 239/5
**happiness [1]** 151/18
**happy [6]** 152/6 210/7 218/3 218/6 218/6 250/21
**harbors [1]** 172/9
**hard [26]** 39/6 39/15 39/24 40/3 40/5 40/14 40/16 40/20 40/22 41/8 41/16 44/4 44/5 44/17 45/19 67/20 92/23 93/1 93/3 93/12 93/19 97/15 97/17 112/4 112/18 151/15
**HARDEE [12]** 3/6 4/6 89/20 89/23 90/3 102/8 102/10 102/14 102/21 102/25 117/1 142/25
**hardest [2]** 138/10 149/18
**harm [2]** 150/11 305/10
**harmful [1]** 294/25
**has [104]** 6/14 7/1 7/15 7/16 7/24 8/3 11/10 13/2 13/23 15/14 19/16 23/2 23/20 23/23 23/25 24/25 25/3 25/16 25/17 25/17 26/7 26/23 27/19 33/11 34/10 35/18 36/2 37/12 37/15 38/15 39/13 40/17 43/6 44/18 46/23 48/5 49/10 51/5 52/5 52/14 58/14 61/5 76/1 76/23 79/25 89/7 90/20 90/21 90/22

**H**

**has... [55]**   91/3 91/4 92/7
111/25 113/8 113/9 116/8
117/2 120/10 120/11 124/4
124/8 126/6 127/2 130/21
136/7 137/19 137/25 140/18
142/4 142/24 153/20 155/5
161/1 161/21 162/9 163/23
164/14 164/23 175/15 179/21
183/22 202/15 208/24 213/19
223/7 264/16 268/24 269/19
287/17 288/11 288/21 289/13
291/4 291/5 291/22 293/15
321/11 321/13 322/6 327/22
338/20 338/25 340/20 341/22
**hasn't [6]**   91/7 137/19
289/12 291/2 291/11 291/11
**hat [1]**   249/22
**have [442]**
**haven't [9]**   11/22 12/4 14/4
61/16 164/19 185/22 224/23
265/9 342/1
**having [11]**   51/16 66/6 99/1
120/14 124/11 181/6 211/11
211/12 296/19 306/8 314/7
**he [328]**   4/6 4/7 4/18 4/19
4/20 7/11 7/25 8/6 9/17
10/18 11/8 11/18 13/1 13/2
13/10 14/10 35/4 62/3 65/21
89/21 89/22 91/6 91/7 91/24
91/24 91/25 91/25 92/3 92/4
102/9 110/25 121/5 121/6
121/7 124/9 124/10 124/12
124/14 124/14 124/16 126/24
133/24 137/19 139/22 143/15
148/6 148/14 148/20 154/20
156/10 173/20 180/5 195/25
196/1 196/6 196/6 196/6
198/19 200/13 200/14 200/15
200/20 201/15 201/16 201/20
201/22 202/6 202/7 202/19
202/24 203/1 203/8 203/11
203/11 203/12 203/14 203/25
204/5 204/8 204/8 206/16
206/17 206/18 206/19 209/8
209/22 209/23 210/6 210/7
210/8 210/13 211/1 211/5
211/18 212/9 212/14 212/24
213/1 215/22 215/24 215/25
216/5 216/21 217/2 217/8
217/10 218/12 218/14 218/14
218/22 218/22 221/8 221/8
221/21 222/19 222/23 223/5
223/7 223/8 223/11 223/13
223/17 223/18 224/2 224/3
224/9 224/9 224/10 224/11
224/12 224/15 224/15 225/14
225/18 225/20 225/21 225/21
226/10 226/12 227/8 227/18
227/18 227/19 227/20 228/8
228/24 228/24 228/25 230/12
230/14 232/5 232/10 239/15
239/17 239/19 239/20 239/21
239/22 241/2 241/4 241/5
241/8 242/6 242/17 242/17
242/18 242/19 243/13 243/13
243/17 243/25 244/1 244/5

245/1 245/2 245/2 245/3
245/4 245/6 245/8 245/11
245/13 245/14 245/22 245/24
245/24 246/3 246/5 246/6
246/6 246/12 247/14 247/17
247/18 247/18 247/19 250/11
255/5 255/25 256/16 256/20
256/22 257/24 258/16 260/16
275/22 275/24 275/24 276/1
276/1 276/6 276/8 276/9
276/9 276/16 276/18 276/19
276/21 276/23 276/23 276/25
277/1 279/14 279/19 280/13
280/14 280/22 281/8 281/10
281/12 281/15 281/17 281/17
281/20 281/20 281/22 281/23
281/23 284/14 284/21 285/3
285/10 285/10 285/11 286/17
286/17 286/17 286/18 286/22
287/5 287/5 288/4 293/2
294/6 295/10 295/12 295/13
295/17 295/20 296/1 296/4
296/18 296/25 297/3 297/5
297/13 297/15 297/20 298/6
299/24 301/1 302/6 302/6
302/7 303/24 304/12 305/10
305/13 306/22 306/24 307/1
307/3 307/10 307/17 309/19
309/20 309/21 310/12 310/13
310/13 310/15 310/16 310/19
311/1 311/14 313/4 313/9
313/23 314/2 314/9 314/23
314/25 315/15 317/6 319/15
319/17 319/19 319/21 320/14
320/21 321/1 321/25 323/23
323/25 324/1 324/1 324/24
325/21 325/22 325/24 329/8
329/9 333/2 333/3 333/6
333/11 340/4 341/9
**head [12]**   119/20 124/16
203/20 218/19 221/10 222/19
222/23 224/16 235/5 333/10
333/16 333/21
**heading [1]**   250/12
**health [15]**   110/5 122/5
147/21 177/9 177/11 328/11
328/13 330/5 330/7 331/10
331/12 333/18 333/23 334/4
334/6
**hear [7]**   119/7 176/6 176/19
176/20 224/10 224/12 281/7
**heard [16]**   90/24 116/13
117/18 118/8 119/15 120/17
127/14 130/18 134/14 142/12
148/23 170/5 170/6 288/24
311/11 340/11
**hearing [6]**   12/23 13/16
13/18 140/24 329/3 341/12
**hears [1]**   145/8
**hearsay [5]**   83/13 274/1
315/22 315/25 341/11
**held [1]**   152/21
**hell [1]**   229/8
**help [8]**   82/8 82/11 132/2
186/14 247/11 298/14 316/13
330/8
**helped [2]**   186/25 241/13
**helpful [1]**   178/17

**helping [1]**   311/12
**helps [2]**   127/24 218/10
**hence [1]**   176/3
**her [43]**   122/25 126/25
133/23 140/15 141/2 141/3
141/11 196/23 220/4 247/11
247/12 263/2 274/1 274/7
276/3 276/4 276/23 276/25
277/1 277/24 280/7 280/19
281/8 281/10 281/13 281/13
281/13 286/2 287/23 288/6
292/6 309/11 315/23 319/25
324/13 327/18 328/25 330/24
330/25 330/25 338/5 339/16
342/24
**here [67]**   4/7 9/17 15/19
19/12 20/22 21/2 28/24 29/9
29/19 29/24 30/3 33/6 37/21
40/8 44/7 44/12 46/13 50/20
53/23 54/3 57/10 62/8 65/4
65/12 72/24 76/3 77/10 82/5
84/10 89/21 113/15 126/13
144/1 146/2 158/14 161/10
168/6 171/25 174/20 174/20
176/17 190/14 190/14 195/7
196/6 205/3 243/16 251/21
280/23 284/24 285/14 287/18
287/24 288/10 300/9 300/16
312/22 316/23 317/25 318/1
327/19 328/2 330/21 332/19
337/5 337/6 338/3
**hey [5]**   12/4 134/20 135/17
168/5 235/21
**heyyin [1]**   294/9
**Hi [1]**   235/22
**hid [2]**   245/3 245/4
**hidden [1]**   46/1
**high [15]**   195/17 195/19
195/20 200/2 200/10 200/11
254/12 278/24 325/12 325/16
325/18 325/21 326/16 328/5
328/6
**higher [1]**   112/21
**highlight [2]**   110/1 282/22
**highlighted [2]**   60/23 282/15
**highlighting [8]**   282/23
283/2 283/3 283/7 293/7
293/9 293/14 293/16
**highlights [1]**   293/10
**him [100]**   55/25 56/2 56/6
65/20 92/2 124/12 124/14
150/21 155/8 155/9 173/23
195/11 195/15 195/17 196/7
199/16 200/25 201/21 201/23
203/19 203/23 207/2 210/24
212/7 217/4 217/9 217/13
218/3 218/6 229/1 229/9
232/5 240/16 242/20 242/21
244/10 244/13 244/14 245/8
247/9 255/17 255/23 262/20
275/20 280/13 284/16 284/20
284/20 284/21 287/4 293/2
294/8 294/18 295/17 297/5
297/20 299/22 299/23 301/12
301/13 305/12 306/1 309/18
310/14 310/18 310/20 311/6
313/15 317/6 320/6 320/8
320/13 320/15 320/16 320/18

**H**

**him... [25]**   321/7 322/8
322/10 322/19 322/20 323/1
323/10 323/15 326/17 326/18
326/25 327/8 329/16 332/5
332/13 332/23 332/24 332/25
333/2 333/3 333/3 333/11
341/6 343/9 343/13
**himself [3]**   246/3 288/25
295/8
**hire [1]**   104/18
**his [53]**   8/1 13/11 46/1
69/19 122/25 129/5 137/15
165/12 199/15 200/9 204/25
210/6 216/3 216/22 221/8
221/23 226/10 226/10 226/12
227/7 227/10 227/11 227/12
228/24 230/20 243/14 243/17
245/24 245/25 246/1 255/24
260/16 276/1 276/6 281/16
295/21 296/25 302/6 305/11
305/12 305/12 307/3 307/10
309/25 310/19 311/9 311/12
313/21 324/24 325/1 332/14
343/11 343/18
**histories [1]**   70/8
**history [9]**   26/7 26/9 26/12
28/16 28/19 60/13 60/14 61/1
61/3
**hit [3]**   153/24 222/19 222/23
**hold [6]**   8/19 39/8 76/16
76/25 203/22 247/15
**holding [3]**   6/16 76/19
203/14
**holidays [1]**   47/20
**Hollywood [4]**   83/12 143/7
143/19 220/14
**home [30]**   105/4 122/10
122/23 122/25 125/2 178/23
179/1 181/6 181/11 204/7
204/9 204/10 210/20 215/2
221/17 225/19 244/3 263/2
302/8 328/11 328/13 330/5
331/10 331/12 332/13 332/19
333/18 333/23 334/4 334/6
**homeless [1]**   122/10
**homes [2]**   121/24 122/1
**homework [1]**   147/2
**HON [1]**   2/2
**Honor [71]**   4/2 4/13 5/13
16/11 19/4 20/18 22/14 24/18
27/13 31/24 33/12 36/4 37/1
42/4 47/9 47/12 50/5 55/17
59/24 60/2 63/11 63/14 64/13
67/12 69/2 69/7 70/15 71/18
74/4 78/18 78/20 83/13 89/3
89/18 89/25 90/5 91/18
102/16 125/7 141/1 141/24
142/14 145/3 150/23 189/17
189/20 192/16 203/2 220/22
251/9 265/22 267/23 270/7
270/15 273/25 280/16 282/19
282/21 285/12 293/5 312/5
314/10 314/18 317/8 317/10
317/11 327/16 329/23 335/20
337/16 338/1
**HONORABLE [1]**   1/10

**HOOVER [4]**   399/15 3/7 3/9
343/11
**hope [1]**   343/18
**horrific [2]**   128/7 128/7
**hot [2]**   222/14 268/15
**hotel [44]**   4/6 4/7 210/9
210/25 213/21 213/22 216/6
216/6 225/11 225/14 226/15
232/21 232/23 232/25 233/1
236/16 238/18 238/19 238/21
239/3 239/9 239/10 240/3
240/7 240/9 240/16 244/3
244/20 245/7 252/21 253/6
261/16 266/20 270/14 271/5
272/15 274/8 274/19 275/6
275/9 275/11 275/25 305/6
308/16
**hotels [16]**   28/23 29/6 118/2
129/18 129/19 154/1 225/8
232/22 232/22 239/20 239/25
261/17 263/5 270/25 274/22
296/16
**hour [19]**   52/10 89/19 90/4
105/10 139/7 141/19 143/24
214/15 214/16 220/10 220/12
238/5 238/7 244/4 292/3
292/8 335/9 339/17 339/22
**hourly [1]**   237/19
**hours [8]**   61/14 61/17 62/2
89/23 90/1 143/20 213/6
250/16
**house [59]**   83/8 83/8 90/13
110/19 118/4 118/5 147/6
150/10 156/25 192/9 204/4
210/22 215/25 216/7 217/2
217/5 217/8 221/23 223/10
225/20 226/3 226/7 226/8
226/16 226/17 231/23 232/12
232/15 240/13 240/14 245/7
245/9 246/1 259/12 260/15
262/4 262/9 262/11 262/14
273/22 274/22 276/19 278/25
282/2 288/5 295/18 296/5
296/13 302/7 305/11 306/14
307/6 308/8 308/16 310/14
323/13 323/14 324/16 330/8
**housekeeping [1]**   338/19
**houses [2]**   118/3 118/3
**housing [2]**   127/3 186/16
**how [161]**   9/17 13/5 21/11
23/14 24/7 24/9 24/11 26/9
26/22 27/25 28/18 28/18
28/18 28/24 30/14 30/24
36/17 38/14 38/17 43/7 46/22
47/2 48/4 49/8 52/1 53/20
54/19 59/16 65/1 79/13 79/24
80/21 85/3 89/19 95/4 95/20
95/22 96/8 97/4 98/17 100/18
103/25 105/18 108/5 109/2
111/25 112/3 112/13 113/4
114/9 115/18 122/25 127/16
127/17 130/11 130/25 131/12
133/14 133/14 135/4 135/5
135/6 136/25 137/1 142/5
143/9 143/22 147/5 148/19
148/21 150/13 153/16 154/9
180/5 182/15 188/15 194/6
194/10 194/14 194/16 195/15

197/12 198/12 199/16 200/4
201/3 202/9 204/8 205/24
207/14 208/23 209/17 209/23
210/4 211/6 211/7 212/10
213/2 213/5 213/17 213/25
214/3 214/19 220/8 227/20
228/20 229/20 230/2 230/18
232/14 235/22 239/9 239/22
240/22 242/11 243/2 244/13
249/3 253/18 255/21 257/5
258/15 260/14 262/3 262/5
262/11 264/7 273/21 276/25
278/23 285/10 285/15 286/17
288/6 289/2 292/9 293/14
297/13 298/5 298/7 299/5
299/9 300/1 302/4 302/4
302/9 304/6 306/17 309/19
311/8 316/16 319/5 322/8
323/12 328/14 330/11 330/20
331/20 332/7 339/15 340/4
**however [1]**   289/15
**HTC [2]**   62/21 62/22
**hum [6]**   203/24 246/15 313/16
318/16 319/11 334/23
**human [20]**   106/13 106/24
108/10 109/8 109/11 109/16
111/1 112/1 113/16 114/7
115/2 115/6 115/10 115/12
115/13 115/18 149/6 152/20
159/1 159/6
**hundred [9]**   110/12 112/9
152/22 182/7 182/11 189/8
189/9 257/2 335/9
**hundreds [4]**   6/18 112/15
189/5 189/6
**hurdle [1]**   124/24
**hurt [1]**   317/6
**husband [14]**   137/11 315/14
315/21 319/6 319/13 320/5
320/10 320/25 321/10 321/14
321/22 322/4 322/6 322/16
**husband's [2]**   319/24 319/25
**hygiene [1]**   246/8
**hyperlink [8]**   57/4 57/5 57/7
57/8 57/10 57/13 57/19 66/8
**hyperlinks [2]**   64/20 95/4
**hypothetical [2]**   137/6
137/22
**hypothetically [1]**   8/11

**I**

**I'd [3]**   225/14 240/24 338/2
**I'll [5]**   65/22 80/1 85/17
236/22 268/1
**I'm [16]**   58/4 138/12 162/1
162/8 202/15 216/24 233/22
235/23 236/9 236/22 273/12
280/7 284/14 321/21 332/25
333/20
**I've [2]**   31/1 128/8
**I.D [1]**   3/14
**Iceberg [1]**   113/9
**ID [13]**   147/19 254/2 254/7
254/9 254/14 254/22 277/1
306/15 306/17 306/20 307/5
308/23 309/7
**ID's [3]**   255/4 255/5 276/13
**idea [22]**   72/13 72/17 95/22

**I**

**idea... [19]**   205/24  211/9
230/13  257/23  257/24  298/7
332/11  332/12  332/16  332/23
332/24  333/10  333/11  333/12
333/16  333/21  334/3  337/17
340/3
**identical [1]**   102/1
**identification [5]**   31/11
82/23  83/20  84/7  85/21
**identified [13]**   19/16  21/23
23/3  25/18  49/15  71/6  71/12
87/16  180/9  184/5  186/5
334/22  342/9
**identifiers [1]**   19/18
**identifies [1]**   5/17
**identify [5]**   6/23  11/23
185/14  196/21  341/4
**identifying [2]**   17/6  20/5
**identity [2]**   306/8  307/2
**ignore [1]**   290/6
**illegal [2]**   118/6  131/7
**Illusion [1]**   67/2
**image [24]**   14/6  21/3  21/8
34/25  35/1  35/10  35/16  36/11
36/17  43/11  43/24  44/2  45/11
45/25  46/6  52/20  52/21  57/9
66/5  66/6  66/8  72/9  73/25
260/8
**images [26]**   9/18  36/20  38/11
40/11  45/10  50/25  51/2  51/5
51/16  59/5  59/16  64/25  65/1
65/4  65/7  72/21  74/22  74/25
77/13  93/10  95/5  95/8  95/11
95/12  95/19  95/20
**imagine [4]**   122/21  133/19
211/6  333/2
**immigration [9]**   185/17
185/18  185/21  302/20  302/22
306/21  306/23  307/2  312/16
**imply [1]**   117/7
**implying [1]**   95/20
**important [3]**   47/18  247/14
341/14
**impregnated [1]**   134/11
**impression [2]**   147/1  208/11
**imprisonment [1]**   113/22
**in-law [1]**   120/18
**inability [1]**   137/25
**inadmissible [1]**   290/14
**incentives [1]**   152/18
**incident [13]**   141/18  224/20
225/10  226/10  280/11  280/12
286/25  287/6  298/3  301/9
302/23  340/15  340/24
**incidents [3]**   151/12  222/10
222/16
**inclined [1]**   10/18
**include [8]**   19/17  105/16
107/19  109/11  115/25  127/3
128/13  159/20
**includes [1]**   173/8
**including [5]**   20/15  45/3
139/25  287/3  296/9
**incoming [2]**   236/20  237/17
**incomplete [1]**   10/22
**incorporated [1]**   231/12

**incorrect [2]**   327/19
**increase [1]**   111/24
**increased [1]**   147/21
**incredibly [2]**   191/8  191/16
**incriminating [1]**   101/8
**incumbent [3]**   50/1  90/22
234/17
**indebted [1]**   301/13
**independent [2]**   287/22  338/7
**independently [3]**   90/18
321/25  322/5
**INDEX [1]**   3/1
**Indianapolis [1]**   111/13
**indicated [14]**   12/17  37/4
67/19  89/22  93/3  140/14
140/20  162/17  168/13  183/11
184/22  199/22  276/11  329/5
**indicates [5]**   25/16  46/4
52/4  58/13  61/1
**indicating [2]**   25/20  221/10
**indication [2]**   24/14  99/9
**indicative [2]**   270/21  270/25
**indictment [1]**   314/15
**individual [17]**   37/15  40/12
96/16  115/14  115/15  183/23
190/6  197/9  209/17  232/8
284/23  287/11  287/20  287/23
288/4  303/5  323/1
**individual's [1]**   313/25
**individually [3]**   14/23  94/6
133/9
**individuals [10]**   24/2  74/1
112/15  112/20  118/13  163/24
164/5  165/8  186/25  188/10
**indulge [1]**   81/19
**indulgence [1]**   31/7
**inextricably [1]**   287/13
**Infiniti [2]**   245/12  250/5
**influence [1]**   121/18
**inform [1]**   210/24
**information [14]**   5/11  8/2
20/8  30/14  39/22  43/6  43/7
48/6  60/5  98/7  101/4  158/22
230/4  307/4
**initial [1]**   17/7
**initially [2]**   154/24  318/3
**initials [2]**   17/9  315/10
**initiative [3]**   107/20  107/22
111/9
**injuries [3]**   221/14  226/23
279/8
**injury [1]**   221/11
**Inn [1]**   274/12
**Innocence [2]**   107/19  111/9
**inquiring [1]**   237/25
**inside [5]**   207/20  223/10
224/10  225/22  226/6
**insofar [1]**   291/6
**installed [1]**   37/20
**instance [4]**   99/8  145/10
181/19  280/17
**instances [3]**   38/18  203/22
212/15  224/5  280/3
**instant [1]**   38/11
**instead [3]**   168/3  242/21
247/17
**instill [1]**   135/2
**instilled [3]**   129/9  146/24

151/14
**instills [3]**   121/13  127/24
156/4
**instruct [2]**   23/20  139/22
**instructed [1]**   173/24
**instructing [1]**   191/3
**instruction [11]**   140/18
173/19  173/22  178/10  289/16
289/19  289/25  290/17  290/20
290/24  291/14
**instructions [4]**   139/8
173/21  219/20  285/19
**insulate [3]**   119/24  153/25
154/6
**insurmountable [1]**   125/5
**intend [5]**   7/3  14/16  15/11
15/13  34/11
**intended [2]**   12/8  174/25
**intending [3]**   5/3  32/1
174/23
**intends [2]**   4/16  143/3
**intense [1]**   151/12
**intentional [2]**   150/14
150/16
**interact [4]**   109/4  147/2
159/3  296/15
**interacted [3]**   149/5  196/7
274/6
**interacting [2]**   194/25
201/12
**interaction [10]**   89/11
145/12  146/8  156/22  156/23
159/3  197/11  219/21  336/18
340/25
**interactions [3]**   212/24
216/14  216/17
**interchangeable [1]**   170/3
**interchangeably [6]**   116/17
128/20  169/14  169/22  170/8
170/9
**interesting [1]**   121/2
**intermingled [1]**   150/3
**intermingling [2]**   184/25
185/3
**international [2]**   103/13
194/5
**internet [5]**   30/10  69/12
70/6  71/11  130/1
**interrupt [1]**   121/25
**Intersection [1]**   104/12
**intersperse [1]**   131/22
**intertwined [1]**   287/14
**interview [5]**   103/18  108/17
112/13  126/7  316/4
**interviewed [1]**   112/15
**interviewing [4]**   109/10
109/14  109/19  146/25
**interviews [1]**   105/25
**intimate [8]**   198/25  199/3
321/11  321/13  323/10  323/17
323/21  325/5
**introduce [6]**   4/16  5/3  5/15
9/24  11/8  274/16
**introduced [2]**   11/12  323/5
**introduction [1]**   78/20
**investigating [1]**   108/11
**investigation [5]**   78/3  103/4
132/20  137/13  159/1

## I

**investigations [7]**  103/15
103/20 105/22 106/4 107/16
112/5 112/10
**investigative [4]**  81/7 101/5
103/17 107/14
**investigator [3]**  72/12 137/8
183/21
**investigators [4]**  49/15
51/11 71/13 109/7
**involve [1]**  172/20
**involved [21]**  105/23 106/19
107/23 112/9 112/15 118/13
126/25 128/15 136/18 136/21
137/13 163/11 173/5 174/22
175/23 180/22 184/9 185/25
186/10 189/9 199/25
**involvement [3]**  115/23 186/1
188/8
**involves [3]**  172/17 172/21
173/1
**involving [5]**  110/23 202/25
203/3 281/10 328/24
**iPhone [6]**  23/9 26/20 27/7
28/2 28/5 30/4
**irrelevant [2]**  328/21 329/24
**is [1326]**
**Island [2]**  302/14 302/15
**Islands [3]**  307/12 307/14
307/23
**isn't [5]**  8/24 192/8 327/10
327/13 327/14
**isolate [1]**  145/21
**isolated [1]**  133/21
**issue [13]**  34/17 90/24
106/11 122/6 122/9 122/11
122/11 141/7 141/20 175/20
240/11 290/21 338/20
**issued [2]**  309/15 312/11
**issues [8]**  12/11 107/7 122/5
144/22 177/9 177/11 302/21
302/22
**it [897]**
**it's [10]**  24/8 53/4 79/15
128/1 132/8 171/11 171/16
190/23 315/23 341/23
**item [18]**  17/7 17/8 17/9
21/16 22/25 39/1 43/25 51/21
52/14 52/17 61/12 61/19
61/22 62/14 74/15 83/22
97/13 101/11
**items [52]**  5/4 8/3 11/8 13/9
13/10 14/11 18/4 18/4 20/2
20/4 20/6 20/8 22/4 31/15
31/15 33/2 33/3 33/6 33/22
34/2 43/25 48/13 48/16 49/13
51/11 55/2 55/2 55/5 61/8
63/8 63/8 67/7 68/12 73/20
75/11 78/11 83/23 84/5 84/6
84/13 87/19 90/12 100/16
100/18 147/16 180/9 295/21
295/22 295/23 295/24 296/1
296/4
**its [3]**  8/19 71/15 142/24
**itself [4]**  57/2 117/14
118/12 337/14

## J

**jail [1]**  313/23
**Jake [2]**  102/24 102/25
**Jamaica [2]**  247/6 300/11
**JAMES [7]**  3/6 89/20 102/8
102/10 102/14 102/21 117/1
**January [3]**  107/10 318/7
318/21
**January 10 [1]**  318/21
**January 14 [1]**  318/7
**Jason [6]**  314/1 314/2 314/5
314/7 314/9 314/23
**Jason's [1]**  314/2
**Jazz [2]**  235/24 235/25
**Jazzman [1]**  29/22
**jealousy [1]**  154/15
**Jersey [1]**  111/14
**job [26]**  115/22 161/4 176/20
200/23 200/25 201/13 201/18
207/6 258/6 258/10 259/6
259/6 297/5 297/13 320/22
322/7 328/9 328/11 328/13
328/16 330/8 330/18 331/8
331/10 331/15 334/4
**jobs [5]**  109/3 222/6 302/13
331/4 331/16
**John [10]**  116/21 116/22
117/3 117/8 117/13 117/21
117/24 131/5 146/6 149/17
**Johns [4]**  129/23 129/23
129/25 130/17
**joint [1]**  289/18
**journal [1]**  160/1
**journals [2]**  159/23 160/3
**judge [55]**  1/11 6/15 9/10
15/1 18/21 22/11 24/15 25/8
27/17 31/6 32/6 34/24 53/3
64/10 65/12 69/23 71/14
78/24 80/16 81/18 83/14 90/8
101/17 102/3 105/10 139/4
140/25 144/5 148/25 192/12
193/12 196/9 204/17 205/1
219/14 220/3 220/6 233/10
237/5 249/17 259/21 261/11
263/17 264/17 277/22 290/13
306/13 309/3 315/17 329/1
330/3 330/23 335/14 339/20
341/25
**judges [1]**  110/10
**judgment [4]**  143/23 163/16
163/17 184/15
**July [1]**  215/9
**July 2006 [1]**  215/9
**jump [5]**  12/4 12/9 93/4 93/6
93/25
**June [2]**  45/11 273/5
**June 13 [1]**  273/5
**juror [1]**  336/15
**jurors [2]**  144/6 282/24
**jury [72]**  1/10 7/10 9/5 9/13
9/14 10/11 11/15 14/14 14/17
15/6 15/9 15/10 15/12 15/13
15/19 15/19 15/21 18/15
19/12 22/11 22/17 22/20 26/3
34/25 44/14 47/16 57/15
65/13 65/20 89/14 91/10 92/9
92/10 95/25 99/2 139/17

144/6 144/25 161/5 161/6
173/19 173/21 173/24 175/20
175/25 176/6 176/17 178/10
191/2 191/3 193/4 197/4
204/18 220/1 229/19 243/8
283/1 285/20 285/25 289/19
292/1 292/9 292/13 292/16
293/13 298/2 302/4 307/21
327/13 331/18 337/1 337/17
**jury's [4]**  9/7 43/21 196/20
329/3
**just [98]**  4/13 5/15 6/2 8/6
12/25 19/4 35/1 36/16 38/7
39/1 40/5 41/12 42/15 56/4
57/15 66/15 71/6 73/7 74/3
74/17 74/24 77/9 86/6 98/1
98/4 99/15 108/18 109/18
112/3 121/15 123/23 127/11
128/11 130/11 132/11 132/12
136/4 136/12 140/25 142/16
145/9 145/25 149/18 150/15
153/17 157/2 157/3 157/21
163/20 166/8 167/19 168/25
169/6 176/13 183/3 184/3
184/11 189/17 189/23 196/13
198/22 201/23 203/8 211/24
217/22 217/23 221/15 221/15
227/13 231/12 236/9 239/21
241/5 246/9 247/11 250/11
250/19 250/21 262/4 263/17
266/19 283/20 284/12 284/22
294/25 300/9 302/8 311/9
320/18 324/24 327/24 330/1
333/20 334/14 334/19 335/9
337/8 341/18
**justice [7]**  12/12 104/9
104/10 110/9 163/22 164/24
165/1
**JUSTIN [1]**  1/15
**juvenile [9]**  108/17 116/11
122/21 122/24 123/4 146/25
162/21 166/16 173/5
**juveniles [4]**  112/17 116/4
116/9 122/15
**juxtaposed [1]**  128/1

## K

**keep [7]**  192/8 214/19 296/25
305/17 331/3 331/5 331/14
**Ken [1]**  113/8
**key [7]**  76/24 111/3 208/25
210/20 226/6 226/7 226/7
**keyboard [2]**  76/21 76/23
**kidnapped [1]**  137/23
**kidnapping [2]**  104/18 311/15
**kids [1]**  216/22
**kill [1]**  227/18
**kilobyte [2]**  44/9 44/10
**kind [33]**  29/13 40/15 45/20
45/21 46/1 54/5 54/6 57/12
60/19 88/10 104/24 107/17
120/25 128/5 136/11 136/21
138/19 138/21 153/23 161/7
184/25 210/13 223/22 230/25
239/24 245/11 302/13 316/10
322/12 322/23 330/9 331/25
337/5
**Kingdom [1]**  307/16

**K**

**kiss [2]**   209/22 211/2
**kissing [1]**   211/9
**kit [2]**   43/9 43/12
**kitten [1]**   150/10
**knees [1]**   223/18
**knew [13]**   12/18 201/23
217/25 257/16 297/5 297/20
301/1 302/6 311/18 324/13
324/14 334/24 335/4
**knife [1]**   152/21
**knock [2]**   209/9 209/10
**knocked [1]**   209/17
**know [148]**   4/24 5/9 5/11
6/11 13/20 15/12 21/11 28/4
30/6 30/24 35/17 38/14 38/17
46/3 49/8 59/14 62/3 79/13
80/21 83/11 90/20 96/16
96/24 98/14 98/20 115/8
115/15 120/20 121/4 121/5
124/23 129/23 129/24 130/17
131/21 132/3 132/8 133/22
138/11 138/12 139/2 141/18
141/21 147/3 147/3 147/4
148/11 150/9 151/25 153/18
155/23 157/2 162/19 162/19
163/11 168/22 168/23 172/12
172/23 176/12 177/23 182/23
183/17 183/22 183/25 184/5
185/22 190/21 195/2 195/9
197/9 207/8 212/24 213/5
215/8 218/8 219/12 220/6
227/8 228/6 228/9 234/17
239/21 244/10 254/22 259/16
260/18 262/5 264/7 264/10
265/11 266/21 266/21 268/15
268/19 268/23 270/18 270/20
270/21 271/18 271/24 273/16
275/13 277/1 277/2 277/5
278/2 278/20 279/15 281/23
284/4 285/6 285/12 286/5
286/12 287/20 287/22 289/3
289/17 292/16 297/16 310/4
311/13 313/1 313/2 313/2
313/8 313/9 313/25 314/11
314/16 314/20 319/25 324/12
333/1 333/12 335/18 336/6
338/4 338/10 338/17 339/20
343/16 343/20 343/21 343/22
343/22 343/24
**knowing [4]**   6/21 79/15
153/14 161/5
**knowledge [12]**   21/6 95/20
138/4 140/3 161/7 176/19
176/21 274/2 277/25 288/21
321/11 321/13
**known [4]**   133/21 145/22
164/7 231/11
**knows [16]**   5/25 24/13 99/1
124/14 138/5 153/22 156/10
156/10 211/1 213/1 247/18
256/16 339/4 340/8 342/25
343/6

**L**

**L-Y-N [1]**   193/6
**L740 [1]**   245/14

**La [1]**   223/3
**label [9]**   17/1 17/4 17/15
17/16 26/23 33/1 46/23 48/5
79/25
**labeled [8]**   20/25 31/1 49/9
54/20 82/11 186/9 186/18
187/10
**labeling [2]**   49/10 66/24
**labels [2]**   17/17 17/20
**labor [5]**   115/20 115/22
115/22 115/25 169/23
**lack [2]**   122/12 294/24
**ladies [10]**   15/22 89/5 92/11
139/5 207/21 219/18 293/10
298/2 327/12 335/23
**lady [1]**   208/16
**laid [2]**   9/25 207/21
**language [3]**   86/8 124/18
231/3
**larger [1]**   129/20
**last [23]**   6/15 12/15 44/18
44/19 44/24 45/1 45/3 72/2
84/12 88/4 88/4 102/12 138/7
140/23 200/2 267/16 273/8
290/6 290/8 292/17 328/16
330/11 341/9
**lasted [3]**   330/12 330/16
331/10
**Lastly [1]**   142/2
**late [3]**   289/10 289/12
310/24
**later [24]**   6/4 19/21 50/3
62/4 83/8 90/16 114/5 147/24
157/8 190/8 203/22 204/7
207/10 211/17 238/2 255/12
256/17 257/8 291/21 291/21
293/13 305/7 305/21 343/19
**Lauderdale [2]**   251/8 298/5
**Laugh [1]**   284/19
**lavishes [1]**   121/6
**law [58]**   95/17 103/13 103/21
104/12 110/5 110/10 120/18
122/9 132/16 137/1 137/4
137/12 138/3 140/12 154/6
154/13 155/6 156/19 156/21
156/22 158/20 158/24 158/25
159/6 159/10 162/21 168/14
168/18 169/3 170/20 171/1
171/13 171/20 171/20 171/23
172/3 172/24 173/24 174/16
174/20 174/21 174/25 178/9
179/6 179/16 179/17 179/23
183/8 184/16 184/23 185/6
185/9 185/11 191/2 191/3
313/5 316/3 316/7
**lawyers [1]**   139/25
**lay [3]**   4/17 264/14 270/16
**layered [1]**   46/8
**lead [1]**   235/11
**leading [15]**   8/22 150/23
203/2 212/18 224/22 242/23
270/22 279/22 280/5 280/6
304/20 304/25 305/1 305/2
309/10
**leads [2]**   131/23 168/12
**lean [1]**   184/13
**learn [5]**   146/4 298/18
298/19 310/21 310/23

**learned [2]**   114/21 207/10
**learns [1]**   145/8
**lease [1]**   245/16
**leash [3]**   135/17 146/17
181/25
**least [8]**   7/1 112/9 142/24
188/9 188/12 188/25 189/9
211/5
**leave [16]**   22/5 135/22
141/20 143/21 144/1 192/9
210/9 216/14 217/22 217/23
228/1 228/4 228/7 228/16
255/21 279/19
**leaves [6]**   39/1 89/14 139/17
155/7 285/25 337/1
**leaving [2]**   216/17 344/3
**leeway [1]**   143/20
**left [28]**   16/6 72/8 81/3
82/13 82/14 133/22 146/25
210/6 211/20 211/21 211/23
220/1 220/24 253/4 259/25
267/11 268/9 277/9 278/14
280/4 282/2 287/4 317/15
322/23 328/6 337/21 337/24
338/14
**left-hand [1]**   253/4
**leg [1]**   205/4
**legal [21]**   130/23 131/10
153/7 153/9 170/21 170/22
171/7 171/8 171/15 171/16
171/18 172/10 173/21 174/23
179/15 179/21 179/25 190/14
190/21 259/7 337/20
**legislative [1]**   110/17
**lenient [1]**   317/16
**Leroy [2]**   69/17 199/15
**less [3]**   140/13 169/3 189/11
**let [33]**   8/8 8/25 11/5 13/20
14/8 15/12 19/22 33/8 38/20
62/7 76/8 79/2 139/2 141/21
182/23 202/12 217/10 219/12
234/17 241/5 244/10 270/16
280/2 282/4 289/17 300/22
314/16 317/25 325/7 334/14
335/18 343/16 343/21
**let's [43]**   7/17 10/4 15/13
23/5 29/18 43/21 51/21
108/10 110/1 115/10 116/13
121/16 123/25 125/11 126/15
128/5 128/17 129/14 129/15
130/25 131/12 133/10 135/4
135/11 145/11 155/5 155/7
156/12 179/17 180/3 182/7
190/13 218/17 277/11 290/15
292/9 322/25 323/18 332/7
332/17 332/20 336/4 339/12
**letter [2]**   32/9 314/24
**letters [4]**   33/21 84/6 152/1
204/25
**leverage [2]**   124/5 147/4
**LG [2]**   86/21 87/20
**liaison [1]**   106/16
**license [4]**   124/7 147/18
255/8 312/10
**licenses [1]**   147/14
**lie [1]**   327/8
**life [18]**   118/8 122/10
122/23 133/19 133/23 134/1

**L**

**life... [12]** 134/17 134/25
178/23 179/1 181/6 181/11
206/24 229/8 246/24 257/15
257/17 326/12

**lifestyle [9]** 113/7 118/12
118/13 122/18 157/3 162/22
182/16 186/8 186/13

**light [3]** 91/5 123/11 289/25

**lighter [1]** 165/6

**like [172]** 5/20 5/23 12/25
14/9 15/4 17/9 18/10 19/17
21/8 22/10 23/22 26/2 26/16
27/2 27/9 29/8 29/14 30/24
31/21 32/20 34/5 34/24 35/14
35/25 36/19 37/1 38/13 39/4
39/24 40/3 40/4 41/14 42/4
46/3 47/9 47/20 48/18 49/2
49/12 49/22 50/9 53/3 54/13
54/16 54/23 55/7 55/12 59/25
63/4 63/11 64/10 65/13 67/12
68/5 69/2 70/13 71/14 73/25
75/16 75/24 78/18 79/2 79/17
79/22 81/19 81/24 82/3 82/21
84/8 85/2 85/14 85/23 87/9
87/22 93/18 94/5 96/21 99/13
104/13 105/11 110/23 111/20
115/11 118/3 118/23 119/9
119/9 121/7 124/13 126/18
127/22 130/7 133/5 135/6
137/11 137/24 138/7 145/24
147/4 147/15 147/21 147/24
152/9 152/17 153/23 154/24
156/7 160/16 160/17 167/9
168/6 170/5 175/21 176/17
189/23 193/11 196/10 204/17
210/15 213/6 213/22 213/23
213/24 214/9 215/15 221/9
223/9 226/3 227/17 234/7
242/22 243/5 246/9 248/5
249/24 251/21 252/22 255/7
259/12 259/21 261/5 262/23
263/15 263/17 268/21 271/4
273/8 274/1 276/14 277/11
281/13 287/5 288/21 289/13
292/21 294/19 295/3 296/17
299/7 301/8 301/13 305/3
305/14 311/21 312/22 326/11
329/17 330/8 338/17 339/13
339/20 343/23

**liked [2]** 241/2 243/13

**likely [5]** 14/1 22/1 124/19
166/3 340/7

**likes [1]** 136/19

**limit [2]** 341/11 341/14

**limitations [5]** 100/6 100/15
100/16 145/15 145/17

**limited [11]** 6/19 50/11
50/12 53/4 55/23 64/12 64/14
71/15 81/20 85/17 317/15

**line [21]** 10/3 25/14 38/7
38/25 45/23 57/8 60/25 61/8
61/12 61/19 61/22 62/14
85/23 132/17 135/23 152/14
182/5 193/20 241/14 338/2
338/24

**lined [1]** 142/24

**lines [3]** 84/6 174/13
342/11

**lineup [1]** 339/12

**lingo [2]** 116/13 130/16

**link [1]** 92/3

**linked [4]** 9/3 9/12 91/7
95/8

**links [1]** 38/12

**lip [1]** 227/1

**Lisboa [2]** 7/18 7/20

**list [33]** 15/16 15/18 19/5
23/3 23/16 23/23 34/10 51/16
63/24 64/5 64/17 65/2 65/7
70/11 70/24 76/5 82/7 94/24
95/2 99/15 113/15 139/21
140/2 141/23 229/18 229/23
230/19 230/21 230/22 231/12
231/21 242/2 263/4

**listed [6]** 24/25 43/15 53/22
64/18 100/15 122/15

**listing [2]** 51/2 70/5

**listings [2]** 70/11 70/11

**lists [1]** 23/6

**literally [1]** 331/12

**literature [2]** 112/25 113/2

**litigated [2]** 4/25 6/12

**little [19]** 5/2 23/5 23/13
39/13 53/20 57/18 76/8 76/14
76/15 116/5 125/9 147/24
153/19 157/6 179/23 255/12
256/24 333/1 341/11

**live [12]** 57/5 150/21 151/3
259/18 274/21 276/11 324/7
325/24 326/1 326/2 326/4
326/6

**lived [4]** 239/10 326/7 326/7
326/7

**lives [2]** 118/6 133/24

**living [24]** 195/25 196/1
198/18 198/19 216/25 217/2
217/3 217/21 223/16 229/8
240/4 247/12 255/14 257/20
278/6 278/25 284/6 323/23
323/25 324/5 324/6 324/16
324/18 326/8

**local [2]** 103/13 108/3

**located [2]** 74/22 103/9

**location [8]** 26/13 45/16
45/24 46/5 129/22 153/5
244/22 266/22

**locations [1]** 154/22

**lock [1]** 88/22

**locked [8]** 81/3 81/3 88/21
100/4 143/25 144/2 152/21
226/1

**locks [1]** 226/5

**log [2]** 19/17 26/12

**logged [2]** 26/8 26/9

**logical [2]** 44/1 44/2

**logistics [2]** 129/15 337/13

**LOL [2]** 284/16 284/18

**lonely [1]** 130/23

**long [34]** 45/20 58/2 73/12
96/8 103/25 105/18 108/5
111/25 117/2 126/6 137/25
191/21 194/6 194/10 201/18
213/5 232/14 239/9 243/13
243/17 297/13 302/9 302/14

**lines** 302/15 319/5 323/12 328/14
328/16 330/11 331/20 331/21
336/7 340/7 342/20

**longer [8]** 142/6 142/18
220/8 285/15 301/23 314/13
339/15 342/23

**longest [1]** 120/11

**look [46]** 5/6 17/25 18/1
19/21 24/4 24/15 28/21 29/15
29/18 37/21 38/5 40/3 51/21
51/24 52/13 57/15 61/5 63/5
64/5 64/17 67/6 68/6 70/2
72/12 85/23 99/8 101/8
123/23 134/23 144/18 165/4
165/5 166/4 167/4 167/8
167/24 168/2 173/6 184/14
184/17 196/6 196/21 227/4
233/23 235/3 339/13

**looked [15]** 20/1 37/6 41/19
44/25 52/17 66/15 94/7 95/7
97/23 123/19 197/12 248/13
260/17 284/22 294/19

**looking [17]** 19/12 29/9
29/22 50/20 60/25 66/3 68/11
69/10 73/12 82/5 94/20 98/1
99/15 123/15 123/15 181/10
254/1

**looks [13]** 5/20 5/23 35/14
40/4 51/13 95/17 168/5
176/24 227/8 242/7 249/24
251/21 339/20

**lose [1]** 223/1

**lost [8]** 107/19 111/9 142/1
147/23 222/20 222/25 223/8
331/8

**lot [52]** 16/14 50/15 77/13
86/24 93/12 93/14 99/15
111/22 118/6 119/25 121/22
121/23 121/24 122/5 122/13
123/10 124/5 126/6 129/19
130/6 131/4 136/6 136/20
137/9 138/24 138/25 146/5
147/2 147/3 152/12 154/16
154/17 163/18 164/19 167/22
168/6 177/12 180/2 186/11
188/8 188/17 190/23 218/8
218/9 218/10 246/6 250/12
295/3 317/12 333/22 334/5
342/3

**lots [2]** 189/14 286/18

**loud [3]** 224/11 224/12
284/19

**love [15]** 76/7 76/10 82/9
127/9 127/12 136/5 136/11
138/2 151/3 155/8 156/2
156/3 157/10 157/13 332/5

**loved [3]** 123/15 137/10
150/14

**low [4]** 124/8 177/2 177/5
230/15

**loyal [4]** 127/25 137/5
153/22 155/11

**loyalty [14]** 120/11 121/14
127/24 134/12 138/19 150/17
151/14 152/4 153/20 155/8
156/2 156/3 156/4 157/13

**luckily [1]** 157/3

**lunch [6]** 90/3 105/10 139/6

**L**

**lunch... [3]**   139/16 141/19
143/19
**luncheon [1]**   144/3
**luxury [1]**   245/12
**LXX [56]**   3/10 87/1 87/2
87/17 101/10 192/17 192/18
192/21 192/21 193/6 193/8
193/9 194/2 195/7 197/3
197/19 202/8 204/11 204/24
217/20 218/12 219/23 220/3
220/7 220/24 228/20 233/9
234/13 235/18 246/13 248/15
251/19 270/19 282/7 286/12
286/14 287/6 287/11 292/1
293/18 294/21 294/21 307/25
308/22 309/9 314/22 315/7
316/3 316/23 317/24 336/21
337/2 337/19 339/15 340/11
342/23
**LXXXXX [9]**   226/22 260/1
274/10 277/11 278/5 278/14
281/1 315/4 315/5
**lying [1]**   314/25

**M**

**M150 [1]**   86/21
**ma [1]**   260/8
**ma'am [19]**   16/1 16/17 32/16
34/15 53/7 55/22 69/5 74/3
82/19 85/16 95/22 193/2
220/17 234/10 248/10 263/20
263/24 289/20 340/18
**made [30]**   12/11 44/19 62/3
150/7 151/6 156/8 163/15
165/7 168/4 168/5 168/10
177/20 184/15 186/3 187/17
206/24 211/5 212/2 212/10
212/13 212/16 231/21 239/22
257/1 288/6 289/2 292/17
293/10 326/6 326/22
**mail [3]**   200/15 200/16
268/15
**main [2]**   125/17 125/18
**maintain [4]**   131/12 132/15
146/20 147/12
**maintaining [1]**   40/17
**major [8]**   47/20 111/3 111/21
122/11 162/14 162/15 162/25
221/14
**majority [1]**   142/9
**make [64]**   5/11 9/6 10/13
13/7 15/7 21/10 22/21 33/24
81/1 91/6 120/5 121/17
122/16 127/24 129/10 132/17
136/14 136/20 141/13 141/25
143/23 152/3 152/12 152/14
152/15 153/12 156/11 164/8
165/16 166/10 167/1 167/3
167/20 167/25 176/22 179/18
180/10 181/7 201/3 206/8
207/1 218/3 218/12 220/3
227/2 227/14 239/2 258/2
291/3 300/24 306/25 308/19
314/17 317/5 317/12 317/17
320/23 326/12 333/17 333/18
333/22 334/5 338/18 341/21

**makes [6]**   39/11 39/17 138/24
154/25 172/5 191/12
**making [7]**   13/14 138/22
180/19 180/24 321/7 334/9
335/22
**male [2]**   229/21 284/25
**males [2]**   146/5 146/7
**mall [7]**   124/9 216/21 217/8
240/24 246/6 250/12 302/14
**man [5]**   209/18 209/21 210/5
211/2 327/3
**manipulate [3]**   124/11 124/14
124/23
**manipulated [2]**   124/19 151/9
**manipulation [8]**   125/23
132/22 132/24 133/1 133/10
134/1 135/4 136/9
**manner [1]**   8/4
**manual [1]**   101/1
**manually [1]**   47/19
**manufactured [1]**   39/6
**manufacturer [1]**   30/13
**many [27]**   6/5 27/25 28/18
28/18 28/24 38/11 77/7 82/13
100/18 112/3 112/11 112/13
113/12 113/12 114/9 115/18
149/3 188/15 194/14 213/2
213/25 214/3 244/4 246/19
231/24 336/6 337/9
**March [2]**   252/10 253/5
**March 23 [1]**   252/10
**March 25 [1]**   253/5
**Marine [1]**   104/3
**Marissa [4]**   216/2 216/19
324/3 324/18
**mark [1]**   331/25
**marked [22]**   18/16 27/15
31/10 32/17 34/19 42/17
47/14 48/24 50/7 55/10 63/17
67/16 68/22 75/22 78/22 82/2
83/20 85/13 87/13 88/1
144/23 273/3
**marks [5]**   38/19 79/7 79/7
79/14 203/21
**marriage [1]**   318/6
**married [11]**   194/8 194/10
315/12 318/3 318/10 318/11
318/17 318/18 318/19 319/5
320/19
**Marriott [1]**   213/22
**Maryann [33]**   252/1 252/2
252/3 253/9 253/10 260/3
260/20 260/25 261/2 261/10
262/3 262/4 262/11 262/14
262/16 262/19 263/3 263/11
264/23 265/17 266/2 266/15
267/11 267/20 268/12 272/10
272/13 274/9 278/17 278/19
278/20 279/11 281/17
**Maryann's [1]**   261/24
**massively [1]**   73/12
**Master [1]**   104/9
**Masters [4]**   343/7 343/14
343/17 343/23
**material [1]**   283/9
**materials [3]**   4/20 141/15
289/11
**matter [14]**   32/12 34/13

108/13 109/4 110/6 140/5
229/22 240/11 288/17 289/6
336/17 337/20 338/19 344/10
**matters [5]**   4/3 103/14
103/22 110/11 139/18
**maximum [1]**   57/12
**may [101]**   9/10 15/23 15/24
16/11 16/14 18/21 19/8 20/20
22/17 28/7 30/6 36/5 37/4
42/12 45/2 47/19 50/13 51/13
52/7 61/4 61/11 61/13 61/15
61/22 61/23 64/14 69/8 70/16
80/11 89/15 90/8 92/12 92/12
92/12 92/14 102/5 102/6
102/9 102/11 102/15 116/17
120/6 124/5 124/6 124/12
125/13 129/12 129/22 130/14
131/3 132/14 135/17 136/16
138/8 138/8 145/22 145/23
153/7 153/17 153/18 155/23
155/23 156/23 156/24 156/24
162/20 164/23 165/7 167/12
176/6 176/19 176/20 192/13
192/15 192/22 192/23 197/15
220/19 220/20 248/11 249/20
251/17 252/24 254/5 261/13
263/21 265/24 269/2 270/11
271/9 271/16 272/24 276/12
283/12 283/25 291/16 292/19
296/4 309/3 336/4 343/14
**maybe [24]**   14/19 91/25
110/14 122/5 122/8 130/16
138/6 148/8 156/25 157/1
157/2 157/3 169/8 191/12
201/4 297/14 306/5 323/14
323/19 330/12 330/12 337/8
342/14 343/24
**MB [2]**   265/5 266/8
**McCRAE [3]**   1/21 3/4 3/8
**McFadden [1]**   325/14
**McFatter [1]**   254/17
**me [178]**   8/2 10/16 11/5 12/4
13/5 13/10 13/21 14/8 15/15
15/17 19/5 19/22 20/25 30/7
33/8 34/10 38/20 39/8 46/4
62/7 73/4 76/8 79/2 81/19
88/12 92/21 93/20 103/16
106/22 112/4 120/14 121/4
121/8 123/12 133/15 135/18
138/13 139/2 139/20 142/13
158/8 163/12 164/11 165/17
165/20 168/12 169/8 169/24
171/11 176/7 176/13 176/17
178/7 179/9 179/20 183/21
189/10 200/9 201/13 201/13
202/5 202/12 203/8 203/11
203/12 203/14 206/23 207/15
208/17 208/17 208/18 208/25
208/25 209/22 209/22 211/18
211/20 212/3 215/3 216/21
218/6 218/12 218/15 218/15
218/16 218/22 219/12 222/14
222/19 223/8 223/17 223/18
224/2 224/2 225/14 225/15
225/18 225/22 227/18 227/18
227/20 227/20 227/22 228/8
228/24 230/20 234/17 236/1
236/21 240/12 244/1 244/5

**M**

**me... [66]**   245/3 245/8
248/16 249/14 250/11 250/13
255/22 256/20 260/16 260/16
268/10 270/16 275/24 276/1
278/19 280/2 281/22 282/4
285/10 285/11 286/8 286/16
286/18 289/3 289/17 290/3
290/4 290/18 293/22 293/24
295/21 298/5 298/7 300/22
301/12 303/24 304/9 304/11
305/13 305/14 305/14 305/17
305/18 306/19 306/24 309/9
310/13 310/14 312/2 317/25
320/15 321/1 321/10 323/13
323/13 325/7 325/22 325/24
329/20 332/20 333/3 333/4
334/14 335/21 337/25 343/16
**mean [28]**   14/20 24/21 25/2
25/15 44/25 79/10 105/20
106/2 108/3 122/1 153/3
167/21 171/11 190/25 211/25
239/11 250/20 260/10 262/25
296/18 300/21 301/11 308/15
320/11 326/1 329/17 331/7
335/13
**meanings [1]**   174/24
**means [10]**   7/12 10/7 58/11
103/16 104/11 129/17 171/21
218/6 218/6 238/19
**meant [2]**   202/11 202/16
**measure [1]**   9/15
**media [6]**   44/5 100/18 130/7
165/5 336/11 336/11
**medium [1]**   44/17
**meet [10]**   14/12 164/5 195/11
198/12 231/19 261/2 262/3
274/7 275/25 302/25
**meetings [1]**   108/19
**megabyte [1]**   44/10
**members [5]**   101/5 106/21
129/5 149/5 150/8
**memorandum [1]**   140/12
**memories [1]**   203/6
**memory [1]**   202/24
**men [5]**   29/23 145/25 214/9
214/13 231/19
**mental [9]**   122/23 133/1
177/9 177/11 228/20 228/21
228/25 279/15 279/16
**Mention [1]**   333/7
**mentioned [20]**   14/12 29/3
32/2 43/14 58/16 109/25
172/16 218/18 226/14 228/11
241/13 241/21 259/11 295/17
296/11 297/18 309/22 333/6
333/11 337/22
**Mercedes [3]**   245/13 245/14
245/15
**Mercedes-Benz [1]**   245/13
**mere [1]**   132/9
**message [37]**   5/20 6/22 7/11
23/14 23/16 23/16 24/4 24/13
25/14 25/16 25/21 37/9 37/10
38/16 59/9 59/10 79/12 86/2
86/10 96/11 96/22 96/23 97/3
97/5 99/13 138/16 235/21

236/9 236/22 237/15 237/17
282/5 283/12 285/9 286/17
287/10 302/20
**messages [39]**   7/13 10/21
10/24 24/1 37/6 37/16 38/5
38/11 38/23 50/16 57/22
57/23 58/8 58/12 58/20 58/23
59/1 59/2 59/4 59/5 59/21
59/22 79/4 79/6 79/9 85/20
85/25 86/3 87/16 91/10 96/9
96/14 138/18 165/5 234/1
236/20 237/23 283/8 293/11
**messaging [3]**   37/18 37/20
95/25
**met [26]**   134/25 195/12
195/15 195/17 195/25 198/14
198/21 199/22 200/22 217/24
225/14 254/11 262/4 276/23
276/25 298/4 316/3 320/15
320/18 320/22 322/25 323/1
325/8 326/25 327/4 331/20
**method [3]**   41/2 88/22 287/1
**methodical [1]**   291/24
**methodology [1]**   40/23
**methods [6]**   112/22 114/21
114/23 129/16 138/18 181/19
**Miami [18]**   17/8 111/12 194/5
195/22 195/23 196/1 198/19
198/19 210/22 212/3 215/12
215/20 217/7 223/16 324/10
324/14 324/21 325/16
**Michigan [1]**   114/15
**microphone [1]**   286/14
**mid [4]**   89/6 143/9 219/13
219/18
**mid-afternoon [3]**   143/9
219/13 219/18
**mid-morning [1]**   89/6
**middle [8]**   69/19 86/8 193/7
249/24 260/2 260/24 268/11
286/10
**midnight [1]**   291/21
**might [26]**   99/9 103/21
118/22 120/18 121/10 122/16
126/21 131/5 135/4 136/3
146/22 147/25 148/20 150/13
155/25 164/18 167/1 167/9
174/22 182/22 185/5 185/8
186/19 292/6 335/20 343/19
**Miller [3]**   242/14 242/15
296/22
**mind [6]**   166/21 167/2 194/24
228/24 311/20 313/1
**mine [2]**   5/21 233/17
**mini [2]**   43/2 333/3
**minimize [1]**   157/6
**minor [3]**   109/11 109/13
187/2
**minus [3]**   24/21 24/22 25/1
**minute [9]**   52/10 96/19
237/11 263/17 285/18 285/24
332/7 333/14 340/6
**minutes [28]**   15/15 82/14
89/9 89/10 89/12 89/22 89/23
89/24 90/2 96/15 142/5
142/22 219/19 219/25 220/2
226/14 228/10 238/2 241/22
285/17 327/19 339/14 340/2

342/12 342/15 342/15 342/21
343/9
**misconception [5]**   148/1
148/9 148/15 148/16 149/8
**misconceptions [2]**   149/3
152/23
**misconstrued [1]**   176/3
**mishap [1]**   150/15
**mislead [2]**   174/23 174/25
**misperception [1]**   148/19
**miss [1]**   140/7
**Missed [2]**   236/5 236/6
**missing [3]**   5/17 107/1
107/22
**misspoke [1]**   148/12
**misstated [1]**   148/8
**misstatement [1]**   173/2
**mistake [4]**   12/12 102/25
120/6 150/15
**mistrial [3]**   287/17 289/15
290/21
**MM [1]**   17/8
**MMS [6]**   59/1 59/4 59/11
59/15 59/19 59/21
**Mobil [1]**   30/4
**mobile [1]**   88/9
**model [3]**   31/2 46/24 86/1
**models [1]**   80/8
**modification [1]**   44/22
**modifications [1]**   45/10
**modified [6]**   41/20 44/14
44/18 45/7 72/2 249/25
**modify [1]**   4/15
**mom [4]**   247/1 247/10 247/13
305/12
**moment [7]**   10/4 33/9 163/4
189/17 317/18 330/1 337/19
**momentarily [1]**   25/9
**momma [1]**   313/22
**money [121]**   6/25 120/23
124/11 124/12 124/19 124/23
127/19 129/10 132/17 132/17
136/14 136/20 138/22 138/24
146/9 146/10 146/11 152/3
152/12 152/14 152/15 152/15
153/12 153/15 156/11 166/13
169/20 190/19 190/20 192/8
201/16 201/20 201/22 203/10
203/19 206/24 207/1 207/1
208/12 209/22 209/25 210/6
211/2 212/2 212/2 212/10
212/13 212/16 214/19 214/24
215/1 218/12 218/16 229/7
229/7 229/8 229/10 231/19
238/22 239/2 239/5 239/22
240/22 241/10 241/11 244/11
244/13 244/14 245/18 245/22
246/3 246/22 246/25 247/1
247/3 247/9 247/13 247/15
247/18 256/8 256/24 257/3
257/5 258/2 258/13 259/2
259/4 281/22 286/18 295/17
295/20 298/10 299/23 304/9
304/11 304/12 306/25 308/19
309/23 316/10 317/5 320/23
329/6 329/16 329/18 333/7
333/11 333/12 333/15 333/17
333/23 334/1 334/5 334/8

## M

**money... [7]** 334/9 334/9
334/13 334/13 334/14 334/14
334/15
**moneys [1]** 120/2
**monitor [3]** 135/20 143/8
251/15
**monitoring [1]** 125/2
**month [2]** 21/16 318/15
**months [14]** 194/17 194/21
195/5 213/2 215/19 217/1
297/14 302/10 316/13 323/14
323/15 323/19 323/21 328/15
**mood [1]** 305/11
**moral [3]** 328/24 337/22
337/25
**more [76]** 5/2 13/21 22/6
22/7 43/9 44/5 58/17 73/6
76/14 76/15 77/7 98/7 110/14
112/11 112/12 113/12 118/19
119/11 121/11 121/15 121/18
122/16 123/17 124/18 125/13
125/20 127/25 128/24 128/25
129/10 132/24 140/13 141/21
147/4 147/11 152/14 154/18
157/21 157/23 161/7 161/23
166/3 168/6 170/10 170/10
183/25 184/2 190/23 198/21
206/24 211/6 230/16 230/17
246/19 258/2 266/7 272/17
286/25 288/21 292/8 298/10
298/23 304/10 308/17 308/19
316/8 317/16 321/13 333/17
333/23 334/5 334/13 334/25
335/4 339/21 341/23
**morning [22]** 4/1 4/2 13/17
13/19 15/22 16/4 16/5 34/14
42/11 89/6 92/17 92/18
101/21 102/19 102/20 140/4
216/19 220/15 238/23 248/13
275/19 344/1
**morning's [1]** 42/6
**mornings [1]** 216/20
**most [15]** 41/3 91/15 105/6
116/6 121/10 123/25 124/11
129/16 129/18 130/3 130/4
130/25 138/24 321/11 341/14
**mostly [4]** 245/12 279/15
279/15 280/25
**motel [5]** 208/20 210/9
213/23 213/24 214/9
**motels [2]** 129/18 129/19
**mother [5]** 247/3 281/13
309/25 311/12 313/21
**motion [11]** 18/13 22/16
31/23 63/13 67/14 68/20
140/5 140/9 141/6 289/15
290/21
**mouth [3]** 221/14 221/16
310/19
**move [47]** 8/9 9/1 13/5 14/9
14/10 16/14 18/10 27/9 31/21
34/5 47/10 48/18 49/22 53/20
55/7 63/12 67/13 75/16 78/18
81/23 81/24 86/9 87/9 87/22
125/7 129/14 144/9 155/5
156/12 199/11 215/20 215/22

232/18 245/9 267/1 287/17
290/19 323/13 323/14 324/7
325/3 326/9 327/22 330/3
337/23 341/4 343/19
**moved [14]** 17/12 34/25 71/7
72/25 73/10 76/21 200/25
216/5 216/24 229/13 232/22
324/20 325/5 341/3
**movement [3]** 148/2 148/9
148/20
**movements [1]** 135/20
**moves [3]** 44/9 68/18 124/14
**moving [2]** 52/13 144/7
**Mr [81]** 3/3 3/5 3/7 3/9 3/11
3/12 4/5 4/8 4/17 5/4 6/16
7/20 14/9 14/25 15/25 16/4
18/20 21/22 30/19 31/10
32/20 33/16 34/21 36/7 37/6
46/17 47/16 49/2 50/15 56/15
63/20 66/21 67/19 70/18
77/18 79/2 88/12 89/23 90/3
92/17 141/16 142/25 195/12
200/9 202/3 202/22 222/14
223/10 223/16 223/24 224/2
227/2 227/4 227/14 230/5
230/20 238/22 239/6 243/4
243/11 244/25 248/13 280/23
286/16 314/25 317/24 320/6
320/8 322/25 323/5 323/8
324/20 325/7 325/8 325/18
326/8 326/9 326/16 331/20
339/14 343/11
**ms [5]** 3/4 3/8 235/24 236/4
294/8
**Ms. [66]** 193/9 194/2 195/7
197/3 197/19 202/8 204/11
204/24 217/20 219/23 220/3
220/7 220/24 228/20 233/9
234/13 235/18 246/13 248/15
251/19 270/1 270/4 270/5
270/19 271/5 271/12 272/4
274/2 286/12 286/14 287/6
287/9 287/11 287/23 288/5
288/7 288/18 290/23 291/17
291/23 292/1 293/18 294/21
294/21 307/25 308/22 309/9
314/22 315/7 316/3 316/23
317/24 336/21 337/2 337/19
339/15 340/11 341/1 341/25
342/18 342/23 342/23 343/2
343/2 343/4 343/5
**Ms. CXX [11]** 287/9 288/18
291/17 291/23 341/25 342/18
342/23 343/2 343/2 343/4
343/5
**Ms. CXX either [1]** 290/23
**Ms. CXX had [1]** 287/23
**Ms. CXX will [2]** 288/5 288/7
**Ms. LXX [43]** 193/9 194/2
195/7 197/3 197/19 202/8
204/11 204/24 217/20 219/23
220/3 220/7 220/24 228/20
233/9 234/13 235/18 246/13
248/15 251/19 270/19 286/12
286/14 287/6 287/11 292/1
293/18 294/21 294/21 307/25
308/22 309/9 314/22 315/7
316/3 316/23 317/24 336/21

337/2 337/19 339/15 340/11
342/23
**Ms. RXXXXXXX [7]** 270/1
270/4 270/5 271/5 271/12
272/4 341/1
**Ms. RXXXXXXX's [1]** 274/2
**much [44]** 22/8 26/15 28/18
30/16 30/24 35/21 59/24
66/19 75/2 79/21 102/4
111/17 142/5 142/18 154/6
157/2 161/25 176/21 186/6
192/13 201/3 205/10 209/23
211/6 211/7 212/10 214/19
216/11 220/8 239/22 240/1
244/13 252/11 257/5 262/2
269/10 269/24 271/10 285/15
289/3 300/1 333/17 337/11
339/15
**multi [1]** 134/3
**multiple [17]** 61/8 71/7
105/23 114/13 114/14 132/8
144/10 155/20 159/3 159/4
171/12 172/10 175/21 184/12
184/12 281/15 281/16
**multitude [2]** 131/2 156/18
**murders [1]** 104/18
**music [1]** 224/6
**must [2]** 57/12 319/23
**my [127]** 6/4 6/22 7/8 9/23
9/24 10/21 11/6 11/11 12/10
12/12 13/4 13/14 17/9 22/1
30/4 39/21 40/10 40/15 45/24
46/4 46/23 53/4 66/24 79/25
90/9 105/4 109/3 112/9
116/18 117/9 130/21 140/3
151/6 153/8 155/1 158/16
158/22 158/22 159/13 159/16
159/19 161/3 161/3 161/4
161/8 161/25 161/25 162/2
162/8 162/12 163/25 165/20
169/5 172/23 174/11 175/22
176/3 176/17 176/20 177/19
177/23 179/2 184/16 188/1
188/18 198/14 200/2 201/13
201/14 201/15 203/10 203/13
203/14 203/20 204/16 217/25
221/9 221/10 221/14 221/14
221/15 221/16 222/15 222/19
223/18 223/19 223/21 224/3
224/4 224/4 227/19 228/24
228/25 235/5 238/1 244/3
244/11 247/1 247/10 247/11
247/13 254/2 254/19 255/4
255/8 255/8 255/9 257/24
258/17 258/18 294/8 299/4
300/23 305/17 312/16 313/1
317/11 320/16 322/6 323/13
323/14 329/8 329/20 329/21
334/12 338/1 338/10
**myriad [1]** 104/17
**myself [6]** 10/14 161/7 165/2
244/5 267/20 302/8

## N

**N-I-A [1]** 261/23
**N-I-N-O [1]** 199/20
**nails [4]** 223/19 241/3 241/6
241/10

## N

naked [1]   264/23
name [53]   21/10 22/4 23/6
 23/15 23/17 23/25 35/18
 35/20 36/11 36/14 37/14
 37/25 43/15 43/23 43/24 46/3
 51/22 51/23 52/17 52/19
 52/22 53/13 64/18 65/5 65/14
 69/17 69/19 76/9 77/16 99/2
 102/12 102/12 102/21 102/23
 192/20 192/20 193/4 193/5
 193/7 193/22 198/16 199/15
 204/25 228/11 242/13 244/14
 261/24 310/4 313/25 319/1
 319/3 319/24 320/1
named [8]   35/14 35/16 35/18
 69/11 101/10 113/8 313/18
 323/1
names [6]   46/9 53/14 64/6
 65/1 236/2 297/20
naming [3]   21/7 21/12 22/5
narrow [1]   56/2
national [11]   106/11 106/20
 107/1 107/19 107/21 108/18
 108/19 108/21 111/9 111/10
 153/13
nationally [1]   106/16
nationwide [2]   106/21 107/23
native [1]   37/18
nature [2]   126/9 169/19
navigate [1]   40/25
Navigator [2]   210/14 245/12
NBA [1]   111/11
NCAA [1]   111/12
NCMEC [3]   106/24 107/2 107/3
near [1]   105/4
necessarily [6]   8/5 44/25
 181/12 186/10 257/14 260/12
neck [3]   209/22 211/9 221/9
need [48]   4/3 5/11 9/20 10/9
 11/20 14/20 55/25 56/6 61/17
 65/19 82/12 92/21 98/7 127/2
 128/23 128/23 141/18 143/25
 165/20 166/4 167/3 167/24
 172/20 179/2 184/2 218/3
 218/12 218/14 226/7 240/25
 242/1 246/11 247/9 247/19
 283/3 314/17 319/25 327/16
 333/2 335/25 337/24 338/10
 338/14 338/17 339/8 339/15
 340/16 344/1
needed [15]   129/3 200/14
 240/20 241/11 246/8 246/24
 247/1 247/1 247/3 247/18
 290/20 299/23 304/18 306/20
 306/24
needles [5]   223/13 223/18
 223/18 223/22 223/23
needs [6]   11/18 80/10 91/1
 91/2 116/10 173/11
neighbor [4]   262/6 262/8
 262/12 323/3
neighbors [1]   224/10
Neither [1]   330/19
nervous [2]   90/1 195/7
Net [3]   28/24 29/6 30/1
Net-Spend [3]   28/24 29/6

network [1]   59/17
never [21]   134/21 134/22
 134/23 134/24 138/12 158/5
 162/7 167/23 174/25 223/8
 247/12 247/13 260/16 265/8
 297/15 321/1 322/6 322/8
 322/13 333/5 343/24
new [25]   4/7 28/5 111/14
 121/8 129/6 153/8 153/9
 255/19 255/22 256/5 257/5
 257/10 257/11 289/6 301/19
 301/23 302/2 302/9 302/25
 303/19 304/6 305/24 306/19
 310/13 331/16
newspaper [2]   206/1 206/2
next [34]   4/5 37/25 43/2
 43/25 43/25 56/7 74/13 102/6
 142/24 142/25 143/5 143/16
 149/21 150/24 192/15 219/11
 238/23 252/12 262/6 262/8
 262/12 275/18 275/19 290/23
 292/7 327/22 328/3 330/22
 330/24 330/25 331/3 339/25
 342/17 343/17
NGO [1]   110/11
NGO's [1]   159/1
nia [2]   261/21 261/25
nice [6]   85/23 139/15 242/20
 336/19 337/11 344/6
Nick [1]   343/7
nickname [2]   199/18 297/18
night [14]   12/15 206/8 206/9
 211/6 211/7 212/17 227/2
 227/3 238/23 244/3 246/14
 246/20 246/21 250/16
nights [1]   304/14
nightstand [2]   210/1 210/2
nine [3]   142/11 267/15 268/5
Nino [26]   46/2 46/8 199/17
 201/13 207/15 208/18 209/2
 217/24 240/11 240/25 241/12
 253/17 255/22 256/11 262/12
 283/18 297/18 298/6 298/12
 298/14 302/20 304/9 304/11
 329/6 329/18 332/19
Nino's [2]   249/16 332/12
no [228]   1/3 5/25 7/5 7/15
 7/24 8/3 12/11 12/17 13/4
 17/21 18/25 20/19 21/22
 24/18 27/10 27/11 32/6 32/8
 32/9 33/12 34/9 36/3 37/3
 40/22 41/5 42/10 42/12 45/10
 47/12 50/2 50/11 50/12 52/19
 53/5 58/2 62/15 64/12 69/7
 70/15 75/18 75/20 78/20
 87/11 88/11 88/17 89/3 91/1
 91/24 92/4 95/22 95/22 99/20
 105/4 115/4 115/9 117/2
 118/5 119/5 120/5 120/17
 132/6 135/15 137/5 141/3
 141/6 150/16 157/12 157/15
 157/20 157/24 158/7 158/10
 160/4 160/9 164/6 165/2
 165/10 165/25 168/21 172/14
 172/19 173/3 173/10 176/19
 180/22 182/8 190/15 191/21
 192/12 196/8 196/13 197/14

200/21 208/22 213/23 217/6
 221/18 221/22 223/1 223/12
 224/2 224/12 227/21 234/10
 234/18 235/5 236/9 236/10
 237/12 237/13 239/8 240/16
 241/7 244/1 245/3 245/8
 246/10 248/10 249/8 249/19
 251/16 252/23 254/4 254/15
 255/2 256/6 257/13 258/5
 259/5 259/10 259/22 260/13
 260/18 260/19 261/12 264/12
 265/10 265/12 265/23 268/16
 269/15 270/10 270/20 271/8
 271/15 272/11 272/23 273/11
 273/17 275/10 275/17 277/4
 279/5 280/6 280/24 284/8
 288/2 290/5 290/25 291/21
 291/21 294/1 297/4 297/17
 297/21 298/13 298/15 300/15
 303/1 303/13 304/5 306/10
 307/20 308/18 308/21 309/18
 309/18 310/3 310/9 310/16
 310/19 311/22 311/25 312/24
 313/13 316/15 319/18 320/8
 321/1 321/9 321/12 321/17
 321/20 321/23 321/24 322/9
 322/11 322/13 323/11 323/11
 323/12 323/18 324/6 324/19
 325/15 325/22 326/5 326/5
 326/6 327/12 328/8 328/17
 329/11 329/13 329/15 331/17
 331/24 332/2 332/2 332/4
 333/1 333/9 335/8 335/22
 338/6 338/12 338/15 339/21
nobody [5]   123/15 123/23
 136/18 136/21 136/22
non [4]   104/6 214/7 316/20
 316/22
non-busy [1]   214/7
non-profit [3]   104/6 316/20
 316/22
nonconsensual [1]   128/13
none [2]   41/23 234/21
nonprofits [2]   186/7 186/11
nonresponsive [1]   280/15
nonstop [4]   111/17 162/17
 162/25 164/2
Norland [4]   195/20 254/12
 254/14 325/15
normal [4]   30/9 152/19
 185/13 229/1
normally [4]   13/22 246/10
 247/10 307/3
north [5]   1/19 198/19 324/9
 324/14 324/21
northwest [3]   105/8 108/4
 216/10
not [329]   4/20 5/5 5/12 5/14
 6/1 6/12 6/16 7/9 7/12 9/11
 10/4 10/11 10/17 10/18 11/3
 11/10 11/12 12/9 12/10 13/4
 13/20 14/3 14/7 14/11 15/2
 21/10 22/1 22/1 27/19 28/7
 28/24 29/2 30/3 30/15 32/3
 32/11 35/3 35/15 35/19 36/4
 36/18 36/20 37/14 37/16
 37/18 38/5 38/13 38/14 38/17
 40/23 41/3 41/24 41/25 42/7

## N

**not... [275]**   42/14 43/8 45/2
51/8 52/5 52/24 56/9 57/15
58/3 58/4 60/6 69/19 71/15
78/2 79/13 79/15 80/4 80/5
80/5 80/6 80/7 80/8 80/11
80/14 80/22 81/3 81/22 82/22
83/1 83/3 85/23 86/6 88/11
88/11 89/10 89/18 90/17
90/23 92/2 94/5 94/13 98/2
98/20 99/2 99/18 99/24
100/10 101/3 102/25 103/22
105/2 109/18 112/7 112/12
114/15 120/1 120/19 120/20
123/8 123/15 123/17 124/1
124/12 124/23 125/5 130/5
132/7 132/22 136/12 136/16
137/4 137/14 138/8 139/8
139/9 139/10 139/13 140/3
140/7 140/9 140/18 141/13
142/6 142/20 143/11 146/8
147/3 148/14 149/12 149/18
149/19 149/21 153/18 154/4
155/2 155/9 155/24 156/6
157/8 157/17 157/19 157/20
157/22 157/23 158/9 158/13
159/9 159/11 159/14 159/16
159/17 159/20 159/23 160/1
160/2 160/7 160/10 160/13
160/19 160/22 161/5 161/6
161/18 162/10 162/20 162/24
163/9 163/16 164/10 164/23
165/2 165/25 166/3 168/7
169/23 171/4 172/12 173/15
173/21 173/24 174/20 174/20
174/23 175/16 175/22 176/4
176/11 176/13 176/18 178/17
178/21 179/4 179/15 179/17
179/18 179/22 180/13 180/16
181/12 184/11 185/5 185/8
185/18 185/20 186/10 186/19
186/22 187/11 188/18 188/23
191/3 191/15 202/14 203/17
206/25 207/2 208/6 208/6
210/5 216/6 217/21 217/21
219/9 219/20 219/21 219/24
223/12 225/5 226/5 227/9
228/9 229/7 229/8 234/21
235/5 235/11 236/22 240/3
240/7 244/3 245/3 249/8
256/11 256/11 257/14 260/12
263/25 264/1 271/19 276/2
276/12 277/1 277/21 280/6
280/7 280/16 285/20 285/21
285/23 287/13 287/14 287/24
288/5 289/5 289/18 290/18
291/1 291/7 292/1 293/12
294/25 294/25 305/1 305/16
307/7 307/8 309/22 310/16
312/25 313/11 313/12 315/4
317/1 320/8 320/24 321/9
321/16 323/11 323/18 324/19
325/22 328/8 331/13 331/13
331/17 331/21 331/25 332/24
333/12 334/11 334/15 334/17
335/8 336/10 336/13 336/15
336/17 336/23 337/9 338/2
338/8 339/25 340/4 341/3
342/8

**notarized [1]**   314/24
**note [7]**   5/23 16/23 18/5
48/2 141/25 307/13 335/22
**Note3 [2]**   32/24 34/3
**Note5 [1]**   48/14
**noted [4]**   71/20 71/22 142/3
293/10
**notes [2]**   165/6 317/11
**nothing [11]**   28/8 90/12
101/16 102/3 123/24 134/21
189/18 287/17 333/1 337/14
341/23
**notice [11]**   79/6 137/17
140/12 141/6 141/10 144/18
149/11 279/7 287/15 343/13
343/14
**noticed [1]**   149/12
**notification [1]**   72/5
**notify [1]**   244/6
**novels [1]**   113/9
**November [1]**   310/24
**now [100]**   7/18 16/9 17/23
19/20 20/22 21/6 23/25 26/2
26/16 29/24 38/6 39/4 44/12
44/21 48/9 51/5 53/10 53/13
53/20 54/8 56/22 58/1 58/6
60/18 63/20 65/7 66/21 67/4
67/19 69/4 69/20 70/18 71/5
71/20 71/23 73/6 73/17 77/3
80/1 84/13 86/23 88/12 91/7
91/22 97/11 108/8 110/25
117/9 121/10 127/20 132/19
139/4 145/6 150/6 160/7
163/5 164/6 164/14 164/15
168/13 170/16 171/4 175/1
181/6 182/11 184/18 198/11
199/3 219/15 221/15 222/3
228/11 232/14 233/24 236/9
236/10 236/12 236/20 246/13
249/12 250/13 250/25 252/12
260/6 287/11 287/15 293/15
294/18 294/21 306/3 311/18
318/3 322/25 323/23 325/7
325/21 328/5 329/5 330/5
332/7
**nowhere [2]**   217/2 217/24
**NTFS [1]**   45/25
**nuances [1]**   116/5
**number [53]**   10/25 12/16 17/5
17/6 17/10 23/4 23/6 23/7
23/17 23/25 28/8 29/18 31/3
37/13 37/15 37/22 37/22
37/25 38/4 46/24 51/21 52/14
52/17 60/25 74/13 74/14
74/15 76/18 76/25 76/25 82/9
82/21 86/3 86/4 94/15 130/14
181/18 189/7 193/12 206/20
207/4 231/23 234/13 234/24
235/1 235/3 235/4 235/6
260/12 282/6 282/6 282/7
282/9
**numbered [1]**   43/18
**numbering [6]**   17/13 21/16
43/14 63/2 74/17 75/6
**numbers [8]**   4/22 35/13 37/21
38/15 43/15 83/25 154/2

269/19
**numerous [2]**   108/16 110/4
**nursing [4]**   222/1 222/4
257/21 258/16

## O

**o'clock [4]**   24/24 143/18
336/3 339/24
**O'NEIL [33]**   3/2 4/8 4/17 5/4
6/17 7/19 7/21 14/9 15/25
16/4 18/20 21/22 30/19 31/10
32/20 33/16 34/21 36/7 37/6
46/17 47/16 49/2 50/15 56/15
63/20 66/21 67/19 70/18
77/18 79/2 88/12 92/17
248/13
**oath [9]**   10/17 139/12 170/2
170/8 219/23 220/4 285/23
327/20 336/22
**oath until [1]**   336/22
**object [14]**   11/23 31/23
83/13 148/22 149/11 150/23
173/18 212/18 219/8 270/15
282/21 282/25 293/7 335/1
**objected [2]**   10/5 27/19
**objecting [1]**   11/9
**objection [153]**   8/3 8/8 8/11
8/13 8/24 9/6 9/25 10/3
10/13 12/18 12/21 15/6 15/8
15/14 18/13 19/7 20/19 22/13
24/17 27/10 27/11 32/5 32/12
33/10 33/12 34/9 35/2 36/3
37/3 42/10 42/12 47/11 47/13
48/20 48/22 49/23 49/24 50/2
50/2 50/3 50/11 50/12 53/5
55/8 55/16 58/2 60/1 60/7
64/12 65/15 65/22 69/6 70/14
71/17 74/4 75/18 75/19 75/20
78/20 78/21 81/25 85/9 85/17
87/11 87/12 87/24 90/17 91/3
91/6 92/4 115/4 137/14 138/4
141/3 141/12 141/13 144/17
148/5 165/12 166/15 170/13
178/10 179/24 194/22 196/14
196/19 196/22 197/14 202/9
203/2 224/22 234/9 234/17
234/18 234/21 237/6 237/7
237/12 237/13 242/23 248/7
249/19 251/12 251/16 252/23
254/4 259/22 261/12 263/16
264/18 265/23 267/3 267/7
268/1 269/15 270/10 270/22
271/8 271/15 272/11 272/23
273/25 276/2 277/15 279/22
280/15 282/20 285/12 286/10
288/13 288/22 290/16 291/6
291/14 291/22 293/9 303/13
304/20 304/25 309/10 314/10
315/16 315/18 315/22 322/1
326/13 328/1 328/21 329/23
330/20 330/23 335/14 337/21
**objectionable [1]**   289/11
**objections [8]**   9/1 12/20
13/22 34/12 56/9 90/9 91/19
327/21
**obstruction [1]**   314/15
**obtained [1]**   101/4
**obvious [2]**   154/4 167/14

**O**

**obviously [1]** 240/3
**occasion [1]** 152/5
**occasions [2]** 188/10 305/24
**occupations [2]** 159/4 159/5
**occur [8]** 118/1 118/2 118/7
 147/10 149/20 167/13 185/22
 231/22
**occurred [5]** 99/9 225/10
 226/4 226/19 316/8
**occurrence [1]** 224/18
**occurring [1]** 250/15
**occurs [1]** 110/16
**October [3]** 235/9 237/17
 238/13
**October 17 [2]** 235/9 237/17
**odd [1]** 100/9
**off [40]** 4/6 5/16 6/2 8/19
 16/6 17/15 41/8 41/12 47/4
 47/6 57/18 63/9 69/13 70/20
 71/8 73/17 80/3 88/10 151/8
 159/13 161/3 162/2 163/17
 163/24 163/25 164/21 164/22
 164/25 166/2 184/10 203/12
 210/20 211/6 216/22 218/15
 231/8 235/5 237/10 256/8
 256/24
**offender [1]** 165/8
**offenders [2]** 106/1 106/10
**offense [1]** 312/17
**offensive [7]** 119/3 176/2
 176/3 176/11 191/8 191/16
 191/18
**offer [1]** 14/8
**offered [1]** 231/1
**offering [1]** 9/15
**office [8]** 1/15 1/19 1/22
 105/3 105/4 108/3 312/20
 343/8
**officer [11]** 6/20 158/21
 158/24 159/10 184/16 340/9
 340/25 341/1 341/1 341/19
 341/19
**officers [11]** 103/21 104/7
 105/22 106/9 110/8 159/6
 316/4 341/5 341/23 341/24
 343/3
**officers' [1]** 158/25
**Official [2]** 2/2 344/13
**often [9]** 30/13 58/12 109/2
 124/3 129/11 153/12 237/23
 246/6 311/4
**oh [3]** 184/22 236/8 309/13
**Ohio [6]** 104/22 105/8 108/4
 110/8 110/19 114/11
**OK [1]** 236/23
**okay [99]** 4/8 19/19 20/17
 24/9 25/1 27/18 31/25 32/11
 33/13 35/5 35/6 38/5 42/16
 43/25 50/6 51/19 51/21 53/8
 59/6 61/16 62/14 63/15 69/25
 83/18 84/11 89/5 89/15 90/6
 95/24 102/9 121/9 139/5
 139/5 141/5 142/23 157/25
 164/2 166/6 167/18 168/13
 180/11 180/12 190/12 195/17
 200/5 202/17 204/19 209/21

220/2 220/22 228/20 234/11
 237/4 243/17 248/19 250/9
 259/23 260/20 262/13 268/25
 274/4 276/8 277/11 281/1
 282/11 282/18 283/10 285/14
 286/1 287/25 289/24 292/12
 294/21 294/23 297/23 297/24
 302/2 302/17 306/15 316/14
 319/10 320/3 320/10 321/24
 322/23 323/17 323/21 323/23
 324/20 326/22 328/3 328/11
 328/16 329/9 336/14 336/25
 337/2 342/16 343/9
**old [20]** 80/6 80/10 80/20
 80/21 88/9 88/23 95/20 95/22
 194/16 195/15 198/13 209/13
 209/17 209/18 209/19 276/25
 325/8 326/24 330/7 333/1
**older [3]** 80/6 209/18 294/2
**omitted [1]** 85/7
**once [10]** 19/1 114/10 123/4
 133/15 134/17 146/25 155/18
 199/25 201/11 328/5
**one [175]** 5/25 6/20 7/1 7/2
 7/9 7/12 7/15 7/25 9/3 9/7
 10/24 11/1 11/21 12/25 14/11
 15/12 17/15 17/17 18/23
 19/14 24/16 28/11 36/15
 37/16 41/11 50/23 52/14
 53/13 54/4 56/20 61/8 66/3
 68/9 70/8 70/9 74/3 74/9
 76/7 76/9 76/14 77/20 81/8
 81/10 81/18 82/9 85/15 85/20
 87/5 88/4 88/4 88/16 88/23
 93/15 94/18 96/19 98/14
 101/7 101/10 101/17 103/22
 105/3 105/14 109/3 109/20
 109/20 109/24 110/12 114/16
 115/20 118/5 118/18 118/22
 123/1 123/3 125/13 126/2
 129/18 130/4 134/6 134/7
 134/7 135/6 135/6 136/5
 136/5 137/10 138/2 140/25
 144/5 146/4 147/20 149/18
 150/14 152/21 152/23 156/19
 156/20 159/9 164/6 182/7
 182/8 182/11 185/23 188/7
 188/12 188/22 188/25 189/8
 189/12 190/10 191/5 191/14
 194/15 197/5 202/24 203/6
 206/4 211/6 212/14 223/17
 224/12 227/21 232/13 234/4
 236/2 244/3 247/21 248/6
 248/14 248/25 251/11 259/18
 261/17 263/13 264/9 265/19
 265/20 267/14 267/16 273/8
 277/12 279/21 279/24 280/13
 281/15 282/5 288/17 289/2
 289/12 290/15 296/21 297/6
 297/7 298/23 299/7 302/6
 302/7 304/10 305/11 307/15
 307/16 307/17 317/8 318/24
 321/20 321/24 330/15 330/16
 337/19 340/20 340/22 340/23
 341/5 341/11 341/25
**one-on-one [4]** 109/20 134/7
 135/6 136/5
**one-year [1]** 330/15

**ones [15]** 11/23 17/12 19/6
 19/20 19/21 30/3 30/7 84/2
 112/11 113/11 120/1 122/15
 123/15 154/11 154/13
**ongoing [1]** 189/3
**online [7]** 120/4 200/14
 200/16 231/5 246/6 296/12
 339/10
**only [34]** 7/12 8/8 10/11
 14/18 14/19 18/23 24/15 29/1
 32/12 37/14 51/5 51/11 82/23
 84/8 85/15 85/21 96/11 97/5
 100/16 100/19 101/3 133/23
 154/21 162/6 168/7 173/15
 188/1 228/9 276/8 323/15
 331/10 337/13 338/19 340/6
**ons [1]** 19/17
**onset [1]** 202/19
**open [6]** 28/5 28/6 112/5
 135/23 226/6 296/18
**opened [4]** 44/20 44/25 45/3
 173/20
**operated [1]** 107/15
**operating [2]** 45/5 131/9
**operation [4]** 129/6 153/13
 154/11 287/3
**operational [3]** 103/12
 103/15 103/16
**operations [6]** 105/21 105/24
 105/24 111/18 119/23 120/6
**opinion [2]** 177/23 332/14
**opportunity [20]** 10/12 13/6
 13/23 15/7 27/4 29/15 31/12
 48/10 54/24 63/5 67/6 144/18
 157/17 157/18 258/2 287/15
 288/12 288/19 289/13 338/23
**opposed [9]** 6/11 25/17 59/1
 94/12 163/5 164/17 167/19
 168/9 186/5
**option [3]** 23/22 93/17 307/4
**options [2]** 96/16 96/18
**order [10]** 60/21 132/3
 182/23 183/12 338/20 338/20
 338/25 339/4 339/9 343/22
**organization [6]** 112/21
 118/20 118/20 154/1 316/21
 316/22
**organizations [1]** 106/20
**orientation [5]** 218/22
 218/25 221/2 221/7 221/20
**original [7]** 22/5 40/17
 41/22 62/3 251/3 293/12
 311/13
**originally [3]** 155/3 300/11
 311/13
**Orlando [2]** 69/17 199/15
**OrlandoX478 [2]** 69/14 69/15
**other [116]** 5/12 6/12 7/2
 7/8 11/13 12/11 14/12 17/15
 21/18 22/2 22/4 28/23 29/4
 29/4 30/3 30/7 30/24 32/12
 32/14 33/1 43/7 69/20 71/12
 77/19 80/2 84/5 84/6 84/10
 86/24 98/15 101/5 104/4
 106/7 106/7 106/10 108/16
 108/24 109/6 115/20 117/3
 119/25 126/3 129/5 129/6
 130/8 130/16 131/5 140/22

## O

**other... [68]** 141/12 146/5
146/7 150/5 152/7 158/25
159/5 159/5 161/11 161/20
165/7 174/14 176/12 186/2
186/25 188/18 202/11 213/12
214/14 220/11 222/10 222/16
225/14 226/15 230/7 231/4
239/5 241/21 241/23 243/15
244/21 245/20 259/6 259/7
259/11 260/15 260/17 262/21
267/14 270/4 278/21 279/3
279/11 281/20 282/2 286/24
287/2 287/7 288/12 289/1
289/7 289/14 295/23 296/1
296/15 297/15 297/15 297/20
297/22 300/22 305/16 305/24
316/5 316/7 321/22 331/4
336/13 339/7

**others [15]** 12/19 12/19
58/17 62/25 85/3 110/2
138/20 145/13 145/21 154/19
158/23 163/19 168/5 176/11
187/7

**otherwise [5]** 9/11 73/12
85/24 141/22 212/17

**our [28]** 4/5 7/1 15/19 17/7
18/13 33/9 49/23 63/13 67/14
89/15 92/9 92/12 102/4
105/23 106/21 107/23 109/4
137/17 139/6 139/12 139/18
144/20 219/18 219/23 262/6
292/9 292/16 336/21

**out [119]** 12/2 13/5 13/25
25/21 26/11 28/6 28/19 29/4
30/14 31/16 39/12 53/18
59/19 65/8 66/12 70/9 70/10
76/21 87/16 96/22 96/22
103/23 105/9 106/13 111/16
113/2 117/18 117/20 117/21
119/25 121/8 125/14 126/13
126/18 130/8 131/4 134/9
134/18 134/18 135/24 135/25
136/20 137/12 138/3 139/23
142/10 143/19 151/15 152/23
153/14 155/18 157/7 168/24
168/25 170/4 173/11 176/18
185/11 186/8 186/13 203/12
203/14 204/4 204/4 207/9
207/21 207/24 208/4 208/12
208/16 208/24 210/5 213/18
213/19 213/19 213/20 214/12
216/21 217/1 217/2 217/4
217/8 218/11 218/16 219/16
223/8 226/7 230/7 241/2
241/17 243/14 244/21 256/8
256/16 259/2 263/1 284/19
287/16 299/19 300/5 301/12
305/17 308/16 310/19 310/19
311/12 314/19 314/23 315/24
317/12 317/15 321/21 322/10
322/14 323/13 323/14 324/13
328/5 335/10

**out-of-court [1]** 317/12
**outcasts [1]** 155/22
**outlet [1]** 302/14
**outlined [1]** 114/18

**outside [20]** 9/7 103/9
133/19 144/5 145/17 146/7
147/6 148/6 148/15 196/20
209/8 210/11 226/6 245/2
245/7 257/18 257/18 286/3
329/3 340/12

**outstanding [1]** 141/7

**over [47]** 5/24 12/15 17/14
59/17 68/25 71/19 93/10
100/13 114/21 120/12 128/24
129/3 130/7 132/15 134/23
136/24 139/13 141/19 146/9
146/11 152/16 154/25 181/23
201/22 202/11 205/3 207/12
215/13 217/13 217/15 232/5
233/5 238/16 249/5 280/12
280/25 280/25 282/1 288/3
289/17 291/14 294/21 295/5
298/22 298/24 299/5 317/2

**overall [2]** 111/25 128/11
**overcome [1]** 124/24
**overhead [1]** 230/15
**overnight [2]** 4/14 341/15
**overrule [9]** 60/7 65/22 74/5
85/17 149/13 264/18 267/7
268/1 315/18
**Overruled [4]** 138/5 195/3
280/8 280/18
**overrules [2]** 288/22 291/6
**overruling [1]** 290/20
**oversee [1]** 106/24
**owed [1]** 301/8
**own [26]** 158/14 159/16
163/21 178/3 180/19 180/22
180/24 181/3 182/8 182/11
185/3 186/12 186/19 186/22
187/12 187/20 187/22 188/18
191/23 192/2 192/5 213/20
241/19 311/23 315/23 334/12
**owned [4]** 286/19 286/21
307/15 307/17
**owner [2]** 78/1 287/6

## P

**p.m [4]** 61/19 61/20 61/23
237/17
**PA9292 [1]** 62/22
**package [2]** 143/11 285/2
**pad [1]** 76/24
**page [100]** 3/3 3/4 3/5 3/7
3/8 3/9 3/11 3/12 3/15 3/15
3/16 3/16 3/17 3/18 3/18
3/19 3/19 3/20 3/20 3/21
3/21 3/22 3/22 3/23 3/24
3/24 3/25 10/23 28/23 29/5
29/20 29/21 30/1 38/6 42/19
42/24 43/3 43/18 52/13 60/18
60/23 64/5 66/3 70/11 70/24
74/3 74/9 81/19 85/15 130/11
130/12 130/13 143/15 197/6
197/6 197/6 197/6 197/6
197/6 197/7 197/7 197/19
197/22 197/24 198/1 198/3
198/5 198/7 198/9 229/17
229/19 229/21 230/2 230/18
230/22 231/12 231/15 235/15
242/2 248/14 248/19 248/20
248/23 250/2 251/3 252/5

253/13 263/4 266/5 266/9
266/12 267/15 267/15 267/21
268/5 271/19 271/22 273/9
282/14 293/6

**pages [22]** 10/24 65/12 68/9
70/18 74/24 81/14 142/10
196/13 197/4 247/21 249/12
249/17 250/25 251/10 252/12
252/13 252/14 267/1 272/18
277/13 303/7 303/14

**paid [5]** 201/9 203/8 258/10
300/3 329/19
**painstakingly [1]** 91/9
**PALM [7]** 1/2 1/7 1/17 1/23
2/3 29/22 215/12
**papa [1]** 31/11
**paper [4]** 131/3 154/1 329/17
329/18
**parcel [1]** 288/3
**parents [1]** 123/15
**park [1]** 134/9
**parking [2]** 137/9 250/12
**parks [1]** 152/9
**paroled [2]** 300/19 300/20
**part [22]** 4/17 4/19 17/7
24/12 26/12 32/2 52/7 78/3
82/6 116/6 121/13 143/1
181/22 200/23 201/7 219/9
257/12 287/24 288/3 293/12
307/14 341/17
**part-time [1]** 200/23
**partial [3]** 36/1 84/8 100/24
**partially [2]** 326/17 326/19
**participant [1]** 25/18
**participants [2]** 37/11 156/6
**participated [3]** 111/6 112/3
188/16
**particular [31]** 10/25 19/15
23/15 24/16 29/12 35/15
37/11 45/11 45/17 45/18 51/5
51/22 56/20 65/8 98/14 99/13
103/7 113/7 118/18 126/10
128/20 171/18 176/18 179/22
261/20 263/19 287/6 296/21
315/2 315/14 335/12
**particularly [2]** 115/13
123/7
**parties [3]** 13/24 88/25
336/16
**partnership [1]** 107/21
**parts [3]** 6/10 136/16 307/15
**pass [1]** 131/4
**passenger [1]** 203/13
**past [2]** 161/23 212/11
**path [4]** 45/13 45/15 45/20
45/21
**patience [3]** 89/6 336/6
336/8
**patterns [1]** 161/21
**Pauline [2]** 2/2 344/13
**pause [3]** 21/15 218/24
235/25
**pay [12]** 111/23 214/20
230/16 230/17 232/10 238/22
238/25 240/25 246/12 253/18
329/8 335/9
**paycheck [4]** 201/11 329/7
329/20 329/22

**P**

**paying [7]** 242/21 246/18
256/2 256/3 256/12 310/2
316/13
**pays [2]** 238/21 239/2
**pdf [1]** 19/15
**PEACOCK [4]** 1/18 3/12 14/25
339/14
**peer [2]** 160/1 160/2
**Penelope [1]** 319/4
**people [41]** 22/3 60/6 98/23
108/25 109/25 110/12 125/2
125/6 127/25 129/10 130/9
131/4 138/2 148/6 148/16
149/3 149/18 154/17 159/5
159/9 168/25 177/12 177/20
177/24 178/16 178/22 180/15
180/19 182/16 182/22 186/11
187/6 187/13 187/14 187/19
188/19 189/24 208/12 307/3
330/7 335/12
**per [2]** 214/17 214/18
**perceive [5]** 135/5 135/7
135/8 135/17 153/18
**perceived [2]** 135/14 146/21
**perceiving [1]** 136/5
**percent [6]** 152/22 182/8
182/11 189/11 214/21 214/22
**percentage [2]** 160/18 257/1
**perception [1]** 151/5
**perform [6]** 16/22 26/25
41/16 54/21 62/24 66/25
**performed [4]** 4/19 17/11
59/18 61/3
**performing [3]** 120/22 238/11
255/17
**performs [2]** 45/22 93/14
**period [8]** 137/25 155/5
155/23 244/5 298/10 301/23
330/15 336/23
**periodic [2]** 134/4 150/3
**permanently [2]** 97/8 216/13
**permission [23]** 18/21 20/18
57/25 80/16 196/9 237/5
249/17 254/3 261/11 264/19
265/22 267/23 269/1 269/14
270/7 271/7 271/14 272/22
277/13 278/11 282/19 283/22
303/12
**permit [2]** 141/9 293/16
**permitted [2]** 144/22 336/10
**peroxide [1]** 227/21
**person [64]** 5/16 37/23 90/13
90/14 97/8 98/14 99/12
115/16 119/12 120/8 120/10
120/14 121/6 121/8 121/10
121/23 123/19 124/18 132/10
133/23 136/7 136/18 138/7
138/8 138/24 145/21 156/16
156/17 163/16 164/14 164/17
165/2 165/9 166/3 166/5
166/13 166/16 166/21 167/18
177/2 182/4 182/11 183/19
189/15 191/22 192/1 192/4
192/7 206/7 217/18 229/1
230/2 236/23 242/18 273/13
275/20 279/21 279/24 280/14

280/14 295/21 298/24 302/8
321/11
**person's [1]** 97/1
**personal [15]** 138/4 158/14
158/18 163/15 163/17 163/22
246/8 247/2 264/1 264/7
295/21 295/21 295/23 295/24
320/16
**personally [5]** 112/13 184/14
185/22 185/24 281/22
**personals [1]** 29/23
**personas [2]** 128/17 129/3
**personnel [2]** 110/11 111/11
**persons [1]** 110/15
**perspective [3]** 11/19 165/22
166/13
**Phoenix [1]** 87/20
**phone [190]** 4/20 5/16 10/25
16/20 16/22 16/25 17/1 17/3
18/5 18/8 19/14 19/16 20/25
21/10 21/24 23/2 23/6 23/7
23/13 23/17 23/19 23/20
23/25 24/8 24/10 25/17 25/18
25/21 25/22 25/22 26/8 26/10
26/11 26/24 26/25 27/24
28/10 28/17 29/5 29/11 30/9
30/23 31/16 32/21 32/24
36/20 36/21 37/17 37/19
37/21 37/22 37/25 40/18
46/18 46/20 46/22 46/24 47/4
47/7 47/17 47/22 48/2 48/6
48/14 49/5 49/6 49/15 49/20
50/22 54/17 56/19 57/23
58/19 59/14 59/15 60/5 60/14
62/4 62/21 63/24 66/6 66/9
66/23 67/2 75/4 75/5 76/4
76/9 76/15 76/15 76/24 77/18
77/21 77/24 77/25 78/1 78/8
78/15 80/1 80/7 80/10 80/11
80/13 80/14 80/18 80/20
80/21 81/2 81/2 81/4 81/6
81/11 81/11 81/15 82/6 82/9
82/21 83/7 83/11 83/16 83/18
83/23 84/9 84/12 84/17 86/1
86/3 86/6 86/13 86/21 86/21
86/23 87/1 87/2 87/17 87/20
88/4 88/9 97/1 98/18 98/20
99/2 99/6 99/10 101/10 131/3
131/21 135/15 135/16 135/18
154/1 181/20 181/22 182/1
182/9 206/20 207/4 207/23
208/16 217/13 217/15 219/17
232/5 233/5 233/16 234/2
234/13 234/24 235/21 235/24
235/24 239/15 244/4 275/20
275/21 276/1 276/6 280/13
280/23 280/25 280/25 282/9
287/23 311/2 313/15 341/3
341/4 341/6 341/8 341/16
**phones [23]** 16/7 16/25 17/11
20/9 30/24 36/18 40/19 50/15
67/20 76/14 77/20 80/8 83/7
86/24 87/3 87/5 94/16 94/18
98/12 98/23 101/13 135/12
241/17
**photo [7]** 5/9 247/23 248/24
251/7 251/21 251/24 273/2
**photograph [86]** 5/11 6/22

6/25 9/11 21/9 36/7 51/22
51/23 66/3 66/17 68/6 74/11
74/13 82/6 84/21 130/13
248/14 248/15 248/20 248/22
250/3 250/7 251/1 251/3
251/19 251/25 252/4 253/2
253/8 253/14 259/16 260/18
261/7 261/15 261/16 261/20
263/8 263/12 264/15 264/23
265/7 265/8 265/11 265/14
265/16 266/2 266/10 266/12
266/14 266/15 266/16 267/9
267/14 267/17 267/19 267/21
268/7 268/17 269/12 270/13
270/18 271/18 272/4 272/9
272/20 273/3 273/8 273/10
273/16 273/18 277/12 278/2
283/15 283/17 283/21 283/23
283/24 284/2 284/4 284/9
284/22 286/12 293/21 293/23
303/10 303/16
**photographic [1]** 84/16
**photographs [29]** 5/18 6/6
11/11 21/7 41/8 41/19 54/2
60/6 71/16 73/17 81/5 84/19
90/11 97/15 120/3 152/6
152/10 196/16 197/7 197/9
241/14 242/1 252/16 252/20
266/7 272/17 293/18 293/25
294/2
**photos [14]** 22/4 38/21 51/20
53/21 53/22 77/5 77/7 81/10
196/17 230/22 241/23 248/2
270/4 293/2
**phrase [4]** 118/8 126/12
127/14 127/20
**phrased [1]** 322/2
**phrasing [1]** 330/2
**physical [12]** 22/25 43/25
44/3 44/5 90/11 121/23
121/25 122/24 187/23 227/14
228/21 240/16
**physically [13]** 28/12 91/13
119/9 136/16 149/21 149/22
202/3 202/20 214/19 280/23
310/19 311/9 341/3
**PI [2]** 295/14 295/15
**pick [6]** 201/13 216/21
240/24 241/2 246/11 258/16
**picked [4]** 123/4 219/1
250/11 305/14
**picking [2]** 124/18 218/15
**picture [37]** 20/22 20/24
21/13 42/20 42/25 43/2 43/3
43/17 46/9 46/10 52/21 59/10
59/11 66/10 74/16 84/17
99/13 242/8 250/13 250/18
250/19 250/22 250/23 254/2
263/13 263/24 264/8 264/9
264/10 266/19 266/23 273/11
273/13 277/21 277/24 293/24
332/25
**pictures [21]** 42/14 43/19
46/2 46/8 49/14 50/16 50/18
50/18 64/25 65/3 72/15 81/3
84/10 91/10 197/12 230/20
241/19 242/6 253/13 295/21
334/22

**P**

piece [1]  6/17
pieces [5]  6/19 90/11 94/6
157/6 157/7
Pierce [2]  1/20 2/3
Pierce/West [1]  2/3
pimp [85]  113/9 116/14
116/17 116/19 118/16 118/18
119/1 119/6 119/22 119/24
120/5 120/10 120/11 120/20
125/22 125/22 125/25 126/2
126/2 126/3 130/13 132/11
133/11 133/19 133/23 134/6
134/7 135/18 136/19 136/19
137/5 138/25 146/4 146/11
149/22 149/22 152/15 153/11
153/15 153/21 153/22 155/3
156/4 168/7 169/1 169/13
169/15 169/16 169/17 169/21
169/25 170/5 170/6 170/10
170/11 170/16 172/14 173/3
173/5 173/9 175/4 175/5
175/5 175/17 175/18 176/24
177/8 177/22 179/7 179/9
179/10 179/11 179/13 179/17
180/22 181/12 181/23 182/5
183/12 185/1 185/5 186/24
190/4 295/8 295/13
pimp's [1]  166/1
Pimping [1]  113/8
Pimpology [1]  113/8
pimps [12]  113/1 113/5 126/8
134/8 134/11 154/12 172/14
175/2 175/6 176/14 178/22
191/11
PIN [2]  81/2 81/3
Pinka [2]  64/18 66/2
place [8]  123/12 129/21
130/12 130/13 215/24 215/24
235/9 258/17
placed [9]  17/6 24/8 26/23
33/1 36/21 88/22 155/24
232/4 334/21
places [2]  118/7 147/21
plainly [1]  90/17
Plaintiff [2]  1/5 1/14
plan [4]  7/9 89/22 285/10
286/17
planned [1]  285/10
play [4]  13/5 127/16 156/2
229/2
plead [1]  306/9
please [37]  22/12 24/19
25/12 25/24 27/10 30/17 31/7
35/22 46/16 53/2 62/19 65/24
66/20 71/4 74/8 77/23 97/12
193/4 207/19 222/13 223/15
224/8 225/13 232/3 233/11
235/12 249/11 250/24 252/9
253/22 254/3 255/13 261/1
272/7 285/8 290/6 290/10
plethora [1]  130/8
pliers [1]  90/13
plug [4]  39/21 40/6 40/10
40/24
plugging [1]  41/6
pocket [4]  165/6 243/14

243/17 243/21
point [45]  12/1 12/16 56/12
74/16 83/2 85/21 90/25
106/19 107/11 112/5 112/6
127/18 132/2 133/16 139/3
142/17 152/21 164/20 164/23
165/24 166/9 176/19 184/11
199/6 202/22 205/4 205/15
211/23 212/23 218/11 219/12
221/25 224/20 225/7 257/10
257/20 266/18 274/16 274/21
287/17 291/10 298/25 335/15
335/19 337/25
pointed [1]  173/11
pointer [2]  260/6 261/21
police [8]  6/20 110/8 190/8
311/23 313/5 329/10 329/21
341/23
Pompano [1]  194/5
popped [1]  76/21
populated [2]  47/21 47/22
pornography [1]  103/14
port [1]  299/11
portion [8]  50/13 55/14 56/2
60/23 95/2 282/16 307/22
338/1
portions [2]  94/2 97/23
pose [2]  152/10 180/3
posing [1]  270/14
position [14]  4/15 8/2 8/7
9/23 12/23 13/4 19/3 107/9
108/5 115/3 120/19 219/1
339/5 341/13
positions [1]  291/23
positive [2]  138/23 156/23
possesses [1]  182/2
possessing [1]  177/2
possibilities [1]  7/15
possibility [3]  7/15 143/4
182/19
possible [10]  22/1 113/4
120/13 154/7 164/22 185/10
186/21 188/24 227/19 291/18
possibly [2]  19/18 191/25
post [3]  120/4 152/2 299/24
posted [5]  241/14 242/2
263/4 264/9 272/1
posting [3]  239/24 253/13
296/11
potential [3]  100/13 237/23
343/14
potentially [3]  6/12 166/11
289/11
pounded [2]  225/22 225/24
poured [1]  222/14
power [7]  61/2 62/9 62/11
62/12 62/13 281/23 287/1
powerful [5]  127/12 136/9
136/10 138/15 138/16
practicality [1]  134/2
practices [1]  109/18
pre [1]  47/21
pre-populated [1]  47/21
precluded [1]  141/13
predicate [1]  264/14
predispose [1]  165/2
prefer [1]  179/5
preference [1]  105/4

preferential [1]  185/17
preferred [1]  185/20
pregnant [6]  303/5 303/10
303/19 303/21 304/18 305/9
prejudice [1]  291/8
preload [1]  30/13
preloaded [5]  28/7 28/11
30/8 30/11 40/7
premature [1]  194/21
prep [1]  17/14
preparation [1]  142/21
prepare [1]  288/16
prescribes [1]  179/23
presence [6]  111/24 144/6
173/15 279/19 286/3 340/12
present [11]  108/24 109/24
116/8 133/24 155/4 177/11
181/15 181/16 226/19 232/6
290/22
presented [3]  108/22 110/4
140/23
presenting [1]  109/25
presents [1]  40/6
preserve [1]  13/6
press [2]  29/13 76/16
pressured [2]  298/21 298/24
pretty [6]  45/23 111/17
124/13 161/25 210/8 240/1
prevailing [1]  149/16
prevalent [1]  129/23
prevent [2]  80/13 150/5
preventative [1]  9/15
preview [1]  340/8
previous [6]  22/16 48/20
48/21 63/13 63/16 142/16
previously [1]  114/6
prey [1]  125/15
pricing [3]  231/7 231/9
231/11
primarily [2]  105/6 122/11
primary [2]  105/6 111/25
principles [2]  114/20 114/23
prior [27]  9/13 12/20 18/15
31/23 32/1 50/3 54/24 55/9
67/6 67/14 67/15 68/20 68/21
75/19 75/21 81/12 82/1 82/13
85/11 87/25 104/2 122/1
144/20 144/21 234/16 234/16
333/5
privileges [2]  121/12 138/25
probable [1]  189/15
probably [17]  30/8 62/13
69/20 76/15 82/14 93/14
112/20 177/11 177/17 220/10
228/8 285/17 321/10 323/19
337/9 342/14 344/2
probation [3]  306/11 306/14
308/8
problem [7]  4/17 158/17
160/21 164/1 164/7 243/4
336/1
problematic [1]  12/6
problems [2]  99/22 243/22
procedure [1]  143/24
proceed [12]  15/24 89/8
102/15 145/2 150/24 152/11
192/22 192/23 201/15 224/15
292/19 342/9

**P**

**proceeded [1]** 221/9
**proceeding [3]** 92/6 164/21
342/11
**proceedings [4]** 1/10 194/25
330/21 344/10
**process [15]** 8/21 17/7 20/4
58/14 67/24 91/18 121/13
127/17 151/15 154/24 156/5
163/23 165/1 167/6 177/22
**processed [1]** 43/10
**proclaimed [1]** 112/25
**produce [3]** 11/7 66/2 207/1
**produced [3]** 84/6 99/12
159/25
**product [3]** 114/20 136/17
136/20
**products [1]** 159/25
**professionals [1]** 110/6
**proffer [14]** 140/12 141/6
141/10 141/20 144/19 286/1
286/5 288/12 290/22 291/16
291/17 338/5 338/23 339/9
**proffering [1]** 14/1
**profit [3]** 104/6 316/20
316/22
**program [4]** 38/13 57/8 96/21
97/5
**programs [4]** 96/2 96/8 96/14
96/17
**progresses [1]** 126/20
**project [1]** 85/14
**prolong [1]** 8/21
**prominent [1]** 110/15
**promoted [1]** 120/15
**promotes [1]** 127/23
**promoting [1]** 113/5
**promotion [1]** 104/25
**proper [6]** 8/4 10/7 10/18
24/25 25/3 52/6
**properly [5]** 8/12 8/18 9/19
10/6 10/20
**property [2]** 119/6 228/24
**proposal [2]** 11/5 11/6
**proposed [1]** 140/18
**prosecuted [19]** 163/19
186/19 186/22 187/11 187/14
187/14 187/19 187/20 187/22
188/7 188/11 188/12 188/19
188/19 188/22 188/25 189/13
189/14 189/16
**prosecuting [1]** 187/18
**prosecution [3]** 103/18
162/20 189/25
**prosecutions [1]** 178/13
**prosecutor [1]** 148/17
**prosecutors [3]** 110/5 110/10
161/19
**prostitute [29]** 117/10
117/16 117/21 117/24 118/16
119/20 130/10 130/12 134/21
152/2 153/5 182/1 218/12
218/15 225/14 227/3 250/16
262/16 317/5 319/13 319/15
320/19 328/6 331/14 331/22
332/1 332/22 333/25 334/14
**prostituted [1]** 281/1

**prostitutes [13]** 118/18
129/24 129/24 168/17 169/4
187/19 187/22 188/7 188/13
188/22 189/1 189/12 230/7
**prostituting [12]** 215/9
228/14 229/2 271/1 276/12
277/9 277/20 278/9 279/1
301/6 305/8 310/20
**prostitution [121]** 111/23
112/16 115/16 115/23 116/25
118/7 118/11 118/12 118/14
122/20 129/17 129/23 130/20
130/21 131/7 134/19 135/19
136/18 148/6 152/3 153/10
154/11 166/7 169/18 169/19
170/17 171/6 177/6 177/12
177/18 177/20 177/23 177/24
178/2 178/3 178/5 178/7
178/17 178/19 178/19 178/25
180/11 180/16 180/20 181/3
181/11 182/5 182/9 182/12
182/13 183/12 183/17 183/24
184/19 185/2 185/8 186/10
186/23 187/1 187/2 187/7
187/8 187/12 189/24 190/3
190/7 190/10 190/16 190/18
190/21 190/25 191/23 205/17
205/24 207/9 211/13 213/3
213/17 215/16 222/5 222/6
225/3 225/5 225/7 236/16
236/25 238/11 242/20 245/10
245/19 248/3 248/23 255/17
257/3 257/18 258/3 260/21
261/18 263/13 264/25 273/22
275/14 275/25 277/3 282/2
294/15 304/15 304/24 306/1
309/24 310/7 331/11 331/13
332/8 333/7 333/8 333/12
333/13 333/16 338/7 338/8
**protect [1]** 169/10
**protected [2]** 144/1 291/4
**protecting [1]** 307/1
**proven [2]** 120/11 162/9
**provide [19]** 4/18 99/2
101/22 102/1 103/12 126/21
134/5 134/5 135/12 138/18
139/20 163/2 173/19 186/14
190/14 247/11 247/13 338/23
339/2
**provided [20]** 19/4 34/10
77/19 81/12 86/23 87/1 88/13
88/25 95/11 101/11 101/13
110/20 112/11 126/23 149/11
163/8 174/5 174/22 208/25
291/11
**provides [3]** 43/13 84/8
111/10
**providing [4]** 12/9 109/6
136/4 191/1
**Psychological [1]** 113/24
**psychology [4]** 104/10 104/12
158/5 158/9
**public [15]** 1/19 1/22 131/9
145/13 145/25 146/1 148/15
148/19 148/22 148/24 149/5
154/10 170/4 229/25 320/1
**publication [56]** 20/17 22/9
22/19 25/8 25/24 27/10 27/11

27/17 30/17 35/2 35/3 35/22
36/25 42/10 42/12 46/16
50/11 50/12 53/2 53/5 54/15
58/22 60/8 62/19 64/12 65/6
66/20 69/24 71/4 71/22 73/15
74/6 75/2 77/2 81/21 85/18
86/16 101/20 198/11 237/10
249/11 250/24 252/11 253/22
255/13 261/1 267/13 268/2
269/10 269/25 271/3 271/10
272/7 273/7 293/16 303/18
**publicly [1]** 113/13
**publish [80]** 18/21 18/24
19/8 20/18 24/19 25/11 28/14
34/11 34/12 34/24 35/25 36/5
37/1 37/4 42/8 50/9 50/13
53/3 55/12 57/25 59/25 60/9
64/10 64/14 65/13 65/24 69/2
69/8 70/13 71/14 74/8 75/24
81/19 82/3 85/2 95/1 97/12
193/12 196/10 197/15 234/7
237/5 248/5 248/11 249/17
249/20 251/10 251/17 252/22
252/24 254/3 254/5 259/21
261/11 261/13 263/15 264/19
265/22 265/24 267/1 267/23
268/21 269/1 269/2 269/14
270/7 270/11 271/7 271/9
271/14 271/16 272/22 272/24
277/13 278/11 282/19 283/22
283/25 293/6 303/12
**published [10]** 15/2 22/11
42/12 58/5 70/16 159/23
160/2 197/3 277/17 277/24
**publishing [4]** 22/17 36/1
56/12 57/15
**pull [3]** 23/15 39/12 286/14
**pulled [6]** 28/19 29/4 65/8
70/20 203/11 203/14
**punishment [1]** 308/5
**pure [1]** 227/13
**purpose [8]** 39/15 55/23
117/9 131/16 147/11 190/13
264/11 267/16
**purposes [7]** 15/8 60/3 74/5
164/6 265/7 293/16 338/10
**purses [1]** 165/6
**pursue [5]** 332/11 332/12
335/17 337/23 338/24
**push [1]** 336/2
**put [37]** 14/22 17/1 44/16
48/5 51/17 54/5 57/19 90/11
90/15 90/18 93/9 108/16
108/18 110/3 120/18 136/20
202/25 204/20 209/25 210/1
220/11 220/14 221/8 223/18
245/24 257/1 281/18 283/5
287/2 287/14 288/19 289/16
299/1 339/4 339/8 339/24
343/13
**puts [1]** 40/14
**putting [4]** 6/24 279/17
281/8 344/2

**Q**

**Q45 [1]** 245/12
**qualifications [1]** 8/1
**qualified [3]** 114/6 158/5

## Q

**qualified... [1]**   158/9
**qualify [1]**   163/12
**Quantico [2]**   103/10 104/14
**quantify [3]**   112/4 112/18
189/10
**question [53]**   7/25 8/23
10/15 19/22 20/10 26/2 38/19
79/7 79/7 79/14 88/4 101/17
132/14 142/6 142/17 142/19
150/24 165/20 178/21 180/1
180/3 180/5 180/7 180/13
180/13 201/25 202/14 212/19
217/20 219/9 219/11 224/24
235/16 235/19 237/8 237/22
237/23 271/21 274/3 277/23
280/2 280/7 280/16 280/17
286/9 315/19 327/22 328/3
330/2 330/2 335/17 338/4
338/13
**questioned [2]**   17/8 98/16
**questioning [6]**   10/3 19/5
22/19 182/6 338/2 338/24
**questions [16]**   7/16 9/6
18/20 74/1 89/4 106/22
157/24 162/1 190/12 192/12
254/12 259/12 292/2 317/25
337/3 337/8
**quick [3]**   15/16 204/3 237/8
**quicker [1]**   317/12
**quickly [3]**   72/12 145/21
204/2
**Quinta [1]**   225/11
**quit [3]**   326/16 330/18
331/13
**quite [13]**   106/9 113/2 113/7
135/24 136/7 153/8 171/16
178/21 183/5 183/18 185/7
185/10 246/6

## R

**R810 [3]**   49/5 49/20 50/22
**RA [4]**   107/12 107/24 107/25
108/1
**races [1]**   191/12
**racial [1]**   175/13
**radar [2]**   306/20 306/22
**radio [3]**   224/11 224/12
225/21
**rag [1]**   229/9
**raise [2]**   90/17 91/2
**raised [3]**   33/9 50/3 140/22
**Ramos [7]**   143/13 143/14
339/25 340/2 340/3 340/9
342/13
**range [1]**   71/1
**rapes [1]**   128/10
**rarer [1]**   187/25
**rarity [3]**   188/4 188/22
188/23
**rates [3]**   237/19 238/1 238/8
**rather [4]**   8/7 10/10 51/16
338/2
**RC [1]**   338/24
**re [1]**   344/4
**re-evaluating [1]**   344/4
**reach [5]**   103/23 137/12

138/3 299/19 305/17
**reaction [2]**   211/4 255/24
**reactive [1]**   103/19
**read [18]**   25/15 25/17 25/20
25/22 29/21 29/24 76/8
112/25 140/19 141/20 235/18
252/9 253/4 269/22 291/13
309/11 309/12 311/16
**reading [3]**   7/13 142/16
235/14
**ready [1]**   15/18
**real [1]**   134/1
**reality [2]**   148/21 150/1
**realize [2]**   59/8 208/5
**really [17]**   39/10 80/6 80/10
88/9 110/15 118/5 123/23
123/24 136/19 141/6 147/19
151/5 167/20 188/5 236/12
266/17 311/10
**realm [1]**   165/8
**reason [7]**   38/25 90/10 90/16
105/2 224/2 320/16 320/23
**reasonable [2]**   14/8 15/4
**reasons [11]**   45/2 80/13
88/18 132/8 147/20 147/25
154/4 274/2 291/10 338/7
338/8
**recall [5]**   94/7 235/2 327/3
327/6 327/7
**receive [6]**   82/25 83/16
109/2 237/22 243/15 316/10
**received [13]**   3/14 11/25
25/16 83/7 86/13 108/13
109/14 109/16 235/22 235/23
237/22 302/20 307/25
**receiver [1]**   56/25
**receives [1]**   171/12
**receiving [4]**   90/10 183/24
243/4 243/11
**recently [1]**   130/3
**reception [1]**   207/22
**recess [12]**   89/9 90/6 90/7
139/7 143/24 144/3 144/4
220/2 220/18 285/18 289/21
289/23
**recessed [1]**   344/7
**recipient [1]**   146/14
**recite [1]**   171/11
**recognize [33]**   6/7 6/8 16/19
26/18 26/22 30/20 32/21
38/25 46/18 46/22 47/2 48/2
48/4 49/13 54/17 54/19 57/21
60/12 62/20 66/22 75/3 79/22
79/24 86/19 95/14 233/14
247/23 261/7 263/8 265/14
266/10 267/17 273/10
**recollection [2]**   264/1 264/7
**reconsider [1]**   91/4
**reconvened [1]**   144/4
**record [14]**   49/25 58/14
82/22 102/12 192/20 196/25
204/20 269/5 290/12 292/18
320/1 329/16 329/17 344/10
**recorded [3]**   26/8 61/13 62/5
**recording [1]**   289/3
**records [1]**   24/10
**recover [4]**   58/12 58/14
164/3 164/8

**recovered [10]**   35/16 71/25
73/17 77/5 77/9 84/22 85/21
155/13 155/16 164/9
**recovering [3]**   111/18 162/18
163/1
**recovery [4]**   155/23 162/4
162/21 341/16
**recruit [7]**   123/6 123/18
129/6 129/12 129/12 186/25
187/7
**recruited [1]**   123/2
**recruiting [3]**   187/1 262/24
262/25
**recruitment [6]**   121/18
125/11 125/12 130/6 177/22
187/20
**recruits [1]**   172/9
**red [3]**   169/8 183/21 274/12
**redirect [7]**   3/5 3/9 101/18
189/19 189/21 337/10 339/18
**reengage [1]**   304/14
**refer [20]**   20/5 37/19 113/10
116/16 117/12 117/13 118/17
118/24 125/20 126/1 126/4
131/23 135/18 138/6 163/18
175/16 179/9 180/5 199/16
260/14
**reference [6]**   54/6 74/16
130/15 204/13 283/8 285/6
**referenced [1]**   74/19
**references [1]**   17/5
**referred [8]**   118/13 133/8
134/6 153/17 179/13 179/13
181/24 190/13
**referring [4]**   118/25 126/3
199/15 327/18
**refers [1]**   24/22
**reflect [7]**   41/20 52/18 55/2
63/8 78/1 78/14 197/12
**reflected [1]**   10/20
**regard [1]**   290/10
**regarding [6]**   7/21 97/20
149/12 203/19 340/10 341/16
**regular [10]**   37/16 117/7
117/8 117/10 223/23 224/17
257/15 257/17 294/25 302/11
**regularly [2]**   109/4 160/19
**relate [5]**   11/13 29/25 52/1
59/21 65/1
**related [9]**   28/25 29/5 36/17
70/23 160/13 187/15 262/6
262/7 288/5
**relates [4]**   56/7 72/24 140/6
288/13
**relating [6]**   10/3 11/7 12/2
140/5 277/24 338/20
**relation [6]**   77/9 86/13
97/19 266/7 266/8 314/14
**relationship [26]**   121/2
126/18 126/19 126/22 148/6
150/18 168/24 183/23 199/4
199/13 200/1 202/1 202/19
205/13 205/15 206/23 262/12
303/2 319/6 319/7 319/13
322/17 323/17 323/18 323/20
331/21
**relationships [1]**   121/16
**relevance [20]**   6/1 11/9

**R**

**relevance... [18]**   13/15
51/12 51/13 55/19 65/14
65/15 74/4 81/25 85/10 87/24
91/20 194/22 196/16 264/14
267/3 277/16 277/18 315/16
**relevancy [19]**   5/5 8/8 8/14
8/21 9/6 9/12 10/13 14/13
15/7 60/2 90/9 91/3 91/5
196/19 234/17 234/21 237/7
291/5 328/23
**relevant [17]**   4/21 4/22 5/1
5/12 6/11 11/12 14/12 20/6
71/12 90/17 90/23 108/20
195/2 267/25 328/1 328/25
330/20
**relied [1]**   172/2
**relief [1]**   140/16
**rely [1]**   144/20
**remain [9]**   96/9 96/14 106/12
106/12 137/5 139/12 219/23
285/22 336/21
**remaining [1]**   34/17
**remains [1]**   96/11
**remember [27]**   29/12 37/6
77/20 92/22 146/24 205/19
206/4 210/13 216/7 221/8
235/5 245/16 248/24 253/8
266/17 266/22 297/25 306/13
309/25 318/10 318/17 318/18
318/18 319/1 334/2 334/2
334/6
**remembering [1]**   335/24
**remind [8]**   47/18 47/19
139/12 219/23 285/22 336/9
336/10 336/21
**reminded [1]**   310/14
**reminder [1]**   139/8
**reminding [1]**   285/20
**remove [32]**   9/13 20/17 22/9
25/8 25/24 30/17 35/22 36/25
46/16 53/2 54/15 58/22 62/19
65/6 66/20 69/23 71/4 73/15
75/2 77/2 86/15 101/20
198/11 249/11 250/24 252/11
253/22 255/13 261/1 273/7
283/4 303/18
**removed [1]**   14/13
**rent [3]**   208/21 215/24
316/13
**renting [2]**   154/11 154/12
**repeat [3]**   282/3 290/4
333/20
**rephrase [10]**   19/22 137/18
148/25 180/1 203/4 212/20
224/23 270/23 274/3 326/14
**report [37]**   19/13 19/15
20/15 23/1 24/11 26/7 27/23
28/15 28/16 28/20 29/1 29/10
37/9 43/12 47/3 49/14 50/21
51/17 54/4 54/5 54/6 54/11
56/18 56/23 57/11 57/13
57/16 57/18 57/22 60/13
63/24 66/8 70/6 71/11 76/4
79/11 98/1
**Reporter [5]**   2/2 102/13
202/15 344/13 344/14

**reporting [2]**   106/24
**reports [3]**   19/14 341/22
341/24
**represent [14]**   18/7 27/6
31/18 34/2 42/1 47/6 48/16
49/19 67/9 68/15 73/9 75/13
87/19 317/24
**Representatives [1]**   110/20
**represented [1]**   84/10
**representing [1]**   72/9
**request [6]**   92/8 140/20
285/13 289/18 314/8 314/22
**requested [5]**   92/7 140/19
291/13 291/14 341/13
**requesting [2]**   71/18 140/16
**requests [2]**   289/16 290/1
**required [1]**   142/19
**requiring [2]**   342/5 342/5
**research [8]**   139/10 159/12
159/14 159/16 159/18 159/20
285/21 336/16
**reservation [1]**   196/19
**residence [11]**   118/5 204/5
212/4 231/24 240/4 240/8
259/19 278/7 301/4 308/23
309/23
**residences [1]**   118/2
**residency [1]**   107/12
**Resident [1]**   108/2
**resolved [1]**   141/22
**resources [3]**   185/15 186/4
186/14
**respect [4]**   13/12 15/11
140/15 338/22
**respond [15]**   90/25 238/2
284/12 284/16 285/2 285/3
285/3 287/15 288/19 289/13
294/6 294/8 339/3 339/4
340/5
**responding [1]**   293/2
**response [14]**   140/4 144/20
144/21 194/23 236/8 236/12
236/13 236/19 236/20 236/21
236/23 267/4 287/12 287/25
**responses [1]**   19/6
**responsibilities [1]**   105/5
**responsible [1]**   105/21
**responsive [1]**   276/2
**rest [8]**   68/12 143/22 245/24
255/4 255/5 336/19 339/19
343/4
**restate [1]**   330/2
**Restraint [1]**   113/22
**result [1]**   162/20
**resume [3]**   92/12 139/13
285/19
**return [6]**   29/13 77/20
153/10 155/13 205/10 336/14
**returned [6]**   78/2 78/16
92/10 107/12 144/25 292/13
**reverse [1]**   60/21
**review [16]**   10/10 10/21 12/7
12/14 27/4 31/12 33/18 48/10
54/24 109/4 160/1 160/2
160/10 160/13 164/16 168/11
**reviewed [6]**   20/7 29/1 31/16
33/24 73/20 94/23
**reviewing [4]**   54/6 94/23

**184/8 186/2
**revolving [2]**   214/9 214/11
**rewarded [1]**   129/12
**rewards [6]**   127/10 131/23
138/23 139/1 150/4 152/18
**rich [4]**   239/21 285/10
286/17 333/2
**rid [3]**   227/20 230/16 304/18
**ride [1]**   147/7
**right [252]**   4/10 9/20 19/24
20/2 21/15 23/24 24/2 28/18
31/5 33/3 38/8 39/3 39/8
39/19 41/13 43/17 45/23
48/13 50/23 51/3 51/6 51/8
51/14 52/13 53/20 53/21
53/25 54/9 54/10 56/4 56/5
56/13 57/24 58/24 60/19
60/20 61/6 62/1 64/3 64/9
64/14 64/19 65/6 66/13 66/25
68/11 69/20 70/18 71/19
71/22 72/3 72/6 73/1 73/4
73/6 74/9 74/25 75/8 77/10
77/12 77/23 80/24 81/17
84/24 86/7 88/14 93/7 95/17
96/6 96/12 96/15 96/19 97/6
97/9 98/5 98/8 98/11 98/13
98/18 98/21 99/3 99/4 99/6
99/7 99/10 99/17 101/1 101/2
101/5 102/9 111/5 119/4
133/8 139/18 142/23 151/4
158/10 158/21 159/9 159/12
159/24 160/5 160/8 160/14
160/17 160/24 161/2 161/12
161/16 161/20 162/4 162/18
163/2 163/5 163/9 164/5
167/2 167/11 168/18 170/17
170/20 170/22 171/6 171/15
172/3 172/13 174/7 174/17
175/19 176/5 176/9 176/25
177/6 178/23 179/1 179/7
179/11 180/16 180/20 181/1
181/4 181/20 181/23 182/9
182/13 182/17 183/1 183/4
183/6 183/9 183/13 183/20
184/4 184/6 184/15 184/20
184/24 185/12 186/2 186/6
186/20 187/4 187/12 187/25
188/4 190/16 191/6 191/9
192/13 193/20 197/19 202/13
204/11 204/16 205/4 205/6
205/8 205/23 207/11 208/6
213/11 215/17 217/11 219/15
220/17 221/3 223/13 228/2
229/14 233/24 235/20 240/5
240/20 259/13 260/4 260/14
262/16 267/11 268/13 268/18
269/8 278/14 279/18 282/8
287/11 289/21 292/16 294/9
294/12 294/14 295/7 296/13
297/19 299/8 300/12 301/22
306/5 308/10 308/11 308/24
312/18 313/24 316/1 318/4
318/5 318/13 318/23 320/7
321/16 322/23 323/8 323/22
324/10 324/21 325/8 325/12
325/16 325/19 326/20 326/23
327/3 329/7 332/1 332/5
332/9 332/15 334/2 334/16

# R

**right... [4]**  334/19 334/20 334/22 343/21
**right-hand [1]**  53/21
**Rights [1]**  110/21
**ringing [1]**  244/4
**Rios [1]**  315/3
**risk [3]**  137/1 154/13 256/13
**roadside [2]**  213/23 213/24
**robbed [2]**  122/19 137/9
**robberies [2]**  104/18 137/20
**ROBIN [2]**  1/10 2/2
**role [7]**  107/10 112/12 119/21 120/14 161/4 161/8 176/17
**roles [1]**  262/20
**Romeo [8]**  125/22 126/15 127/21 128/22 136/25 138/1 138/9 175/4
**Roof [1]**  274/12
**room [12]**  135/22 152/21 208/21 208/24 209/5 209/6 209/21 210/25 245/25 246/1 305/13 342/8
**rooms [3]**  154/12 154/12 305/11
**ROSENBERG [3]**  1/3 1/10 2/2
**roses [1]**  130/15
**Rosita [1]**  38/1
**rough [2]**  157/12 182/16
**roughly [1]**  342/15
**row [1]**  79/7
**rule [5]**  12/21 13/23 141/6 144/15 337/25
**ruled [1]**  5/13
**rules [6]**  145/12 146/5 147/5 147/11 152/15 180/5
**ruling [17]**  32/1 42/6 42/7 42/11 55/9 63/16 67/15 68/21 75/21 82/1 85/11 87/25 234/16 289/12 314/17 337/24 338/14
**run [2]**  103/17 120/6
**runaway [2]**  122/24 123/8
**runaways [3]**  123/1 123/3 123/7
**running [3]**  123/5 123/8 123/9
**runs [1]**  57/19
**Rutherford [1]**  111/14
**RXXX [2]**  23/3 310/5
**RXXXXXX [10]**  14/6 78/8 78/15 284/5 284/6 284/22 310/4 310/13 315/3 342/18
**RXXXXXXXX [35]**  226/22 228/12 260/5 267/20 268/14 268/17 268/19 268/22 269/13 269/17 270/1 270/4 270/5 271/5 271/12 272/4 272/10 272/13 272/21 273/15 273/18 273/21 274/7 274/17 274/21 275/1 276/21 277/2 278/5 278/15 281/8 296/9 315/3 315/4 341/1
**RXXXXXXXX's [2]**  269/5 274/2

# S

**S5 [2]**  30/23 31/2
**S550 [1]**  9/15
**S8 [3]**  77/19 77/24 77/25
**sad [1]**  123/24
**Safari [1]**  30/10
**safe [10]**  112/8 143/4 155/1 155/18 166/5 182/23 245/24 246/1 295/20 319/12
**safely [1]**  339/21
**safety [1]**  154/21
**said [70]**  6/2 6/16 7/1 9/23 14/7 40/19 43/17 54/2 58/8 65/21 91/4 91/21 91/22 91/24 95/13 99/24 100/2 100/4 109/10 123/25 136/18 162/7 164/2 164/15 167/9 172/18 172/25 175/18 175/21 175/22 175/25 181/13 188/23 193/18 200/14 202/19 206/7 206/11 213/11 215/8 222/25 223/5 225/18 229/12 246/13 246/13 247/3 253/6 254/11 256/24 276/6 276/7 276/8 276/13 285/10 286/17 288/2 289/25 300/11 305/21 307/3 307/10 307/10 308/22 313/15 325/18 327/10 327/12 327/17 333/20
**sake [2]**  16/13 43/21
**sales [2]**  118/7 128/3
**salon [1]**  241/5
**same [56]**  6/8 25/14 27/12 38/20 52/9 52/10 59/12 61/5 61/11 62/24 74/4 81/25 82/9 90/16 93/14 95/8 99/18 114/13 116/7 116/19 117/9 117/9 117/16 139/8 143/24 170/7 177/25 179/7 179/14 179/18 196/6 196/22 219/20 229/23 248/20 249/13 250/25 253/23 265/7 266/12 267/16 267/24 277/18 278/24 283/20 283/23 283/24 285/19 301/6 302/22 310/8 324/13 328/12 342/12 342/13 342/15
**Samsung [14]**  23/10 30/23 32/24 34/3 49/5 49/20 50/21 58/19 66/23 67/2 75/5 77/18 77/24 77/25
**San [2]**  104/17 104/21
**sat [2]**  305/6 305/6
**satisfied [1]**  291/1
**save [3]**  9/1 257/5 334/12
**saved [1]**  8/25
**savings [2]**  25/5 52/6
**saw [16]**  83/8 90/1 129/19 157/1 204/5 206/13 268/17 305/9 332/9 332/12 333/17 333/22 334/4 335/4 335/7 341/20
**say [116]**  8/3 10/20 11/15 12/23 13/21 14/2 14/2 14/6 14/6 25/1 25/14 40/10 50/2 74/21 96/17 104/7 105/20 107/4 107/24 108/24 111/25 112/2 112/4 112/6 112/8 112/18 112/19 112/20 118/22 121/25 123/8 123/12 124/8 124/13 126/21 134/18 136/22 138/11 138/11 138/21 142/22
**S550 [1]**  9/15
**scans [1]**  45/4
**scare [1]**  287/4
**scared [1]**  256/22
**scary [1]**  122/21
**scenario [2]**  128/15 172/19
**scenarios [4]**  137/6 137/7 137/11 163/14
**SCH [3]**  49/5 49/20 50/22
**SCH-R810 [3]**  49/5 49/20 50/22
**schedule [2]**  343/15 344/4
**scheduling [2]**  4/5 142/7
**SCHILLER [4]**  1/14 3/3 3/5 3/11
**school [27]**  134/24 195/17 195/19 199/23 200/2 200/10 200/11 200/18 200/20 216/22 222/1 222/4 247/10 254/2 254/7 254/9 254/12 257/21 278/24 325/12 325/16 325/19 325/21 326/2 326/16 328/5 328/6
**schooling [2]**  199/25 258/8
**Science [1]**  104/9
**scientific [1]**  160/5
**scope [3]**  137/14 148/5 274/1
**screaming [2]**  223/5 224/1
**screen [36]**  19/11 26/4 34/22 36/2 37/2 42/9 50/10 55/14 56/1 58/1 58/6 63/20 64/11 64/15 69/4 70/3 71/15 71/23 72/8 73/16 73/25 74/1 76/3 77/3 79/3 81/4 82/6 85/20 96/22 96/25 97/9 197/4 233/24 259/15 261/5 287/10
**scriveners [1]**  89/25
**scrolled [1]**  71/19
**scrolling [2]**  58/3 58/4

**S550 [1]**  9/15
**sad [1]**  123/24
**Safari [1]**  30/10
**safe [10]**  112/8 143/4 155/1 155/18 166/5 182/23 245/24 246/1 295/20 319/12

**146/11 155/7 160/19 161/10 162/19 163/12 163/21 164/1 164/13 164/13 164/18 169/25 170/5 177/13 179/20 180/21 185/2 187/13 187/16 187/16 188/8 188/9 188/24 189/6 189/11 190/3 190/7 190/18 200/7 205/22 206/6 206/16 209/19 209/20 211/5 211/23 214/21 217/12 218/12 218/14 218/14 220/9 221/15 225/24 230/12 239/25 243/13 248/7 256/25 281/15 286/24 290/3 291/20 298/23 304/10 305/2 310/12 310/15 310/16 313/11 313/12 319/12 323/14 323/19 325/3 327/24 329/17 332/13 332/17 332/19 336/14 339/21 342/4 342/14 342/24**
**saying [15]**  91/18 163/13 163/22 172/21 173/7 176/14 179/6 179/18 202/16 290/14 290/25 302/20 314/24 318/11 329/18
**says [20]**  6/8 7/11 19/13 24/14 24/21 36/16 37/25 43/23 58/10 61/19 61/22 76/16 117/15 117/16 190/9 228/25 236/4 254/9 261/21 277/19

**S**

**SD [5]**   36/16 36/17 36/19 36/21 36/22

**seamlessly [1]**   59/8

**search [14]**   29/4 30/10 61/2 61/8 62/4 62/8 62/13 62/14 98/2 98/5 101/11 147/16 233/20 299/13

**searched [1]**   28/17

**searches [7]**   28/23 61/25 62/1 62/17 97/20 99/18 99/18

**seat [2]**   102/11 192/19

**seated [3]**   15/23 92/12 220/19

**second [26]**   21/15 37/22 51/21 62/5 109/25 110/14 121/15 137/10 140/25 142/8 143/15 218/24 225/16 235/25 238/23 251/11 282/6 283/19 293/23 301/23 303/16 303/25 307/9 341/1 341/17 341/19

**Secondly [1]**   140/3

**seconds [5]**   21/21 31/7 96/12 142/5 314/12

**section [1]**   97/24

**security [4]**   154/21 183/20 276/13 295/25

**see [129]**   5/7 7/17 9/8 9/8 13/5 14/18 15/13 17/25 20/22 21/2 22/18 25/1 34/22 34/25 35/1 35/8 36/9 41/5 43/21 44/12 45/7 45/13 45/24 52/4 52/14 53/20 56/15 57/14 57/16 60/23 63/20 64/22 65/13 66/9 70/3 72/8 76/19 77/3 79/9 79/18 82/12 85/24 86/2 86/8 88/6 89/11 91/11 92/21 111/17 117/10 122/11 123/1 124/3 127/10 127/11 127/12 128/6 130/6 132/19 132/21 132/22 135/11 136/1 138/13 138/24 139/15 140/10 143/18 145/15 145/23 153/7 153/12 156/1 161/7 168/22 168/25 177/7 180/3 184/13 196/2 196/21 196/22 197/7 214/3 227/5 227/7 227/10 227/11 233/24 234/24 235/7 237/15 239/13 247/21 249/24 251/1 251/15 252/6 252/14 253/24 257/11 260/6 260/8 261/20 269/19 272/1 272/18 282/6 282/15 282/24 283/12 283/15 284/23 286/2 292/9 298/7 303/21 308/17 336/12 336/16 337/11 339/7 339/11 339/19 342/2 342/7 343/25 344/4 344/6

**seeing [6]**   249/9 308/10 308/20 313/3 333/5 340/4

**seek [2]**   130/9 132/2

**seeking [8]**   32/3 32/3 42/7 81/22 83/1 84/25 85/4 116/22

**seeks [1]**   117/8

**seem [1]**   147/4

**seems [4]**   8/2 270/18 274/1 326/11

**seen [25]**   90/24 91/7 120/13 121/23 122/5 122/7 122/7 125/6 128/7 128/8 130/1 133/25 134/3 134/7 134/11 136/6 136/10 141/15 147/5 150/9 152/24 154/12 228/8 228/9 265/8

**sees [4]**   66/6 124/9 145/8 230/2

**Seizure [1]**   114/1

**select [5]**   20/4 40/8 40/11 93/9 94/8

**selected [7]**   20/2 39/17 55/3 94/6 107/13 110/9 110/24

**selecting [1]**   93/23

**self [5]**   112/25 122/12 124/8 177/3 177/5

**self-proclaimed [1]**   112/25

**sell [3]**   307/4 332/20 332/21

**send [14]**   23/14 23/15 23/16 38/11 38/16 38/17 38/21 59/5 59/9 59/11 238/1 293/2 293/18 294/4

**Sender [1]**   56/25

**Senior [2]**   195/20 254/12

**sense [2]**   142/6 172/5

**sent [16]**   25/15 25/17 25/18 25/20 25/22 153/14 214/12 235/21 235/22 235/23 236/8 283/17 284/10 304/9 304/11 304/12

**Sentinel [2]**   206/5 206/14

**separate [8]**   32/5 62/1 62/13 62/17 86/23 219/2 219/3 325/16

**separated [1]**   59/19

**separately [2]**   77/19 83/7

**September [2]**   238/12 318/7

**sequence [4]**   35/14 74/17 75/6 77/13

**sequential [1]**   17/9

**sequentially [1]**   86/3

**Serbia [1]**   110/10

**Sergeant [1]**   340/9

**series [8]**   46/1 72/10 72/12 111/11 180/9 205/16 267/14 293/2

**serious [1]**   287/16

**seriously [1]**   167/22

**serve [7]**   108/4 110/22 110/24 111/1 119/22 119/24 121/3

**served [2]**   106/8 107/10

**server [1]**   194/3

**service [10]**   104/6 130/25 333/18 333/18 333/21 333/24 334/6 334/19 334/25 335/5

**services [8]**   117/8 129/24 130/9 186/17 225/7 230/25 316/11 332/9

**servitude [1]**   115/25

**session [2]**   317/15 335/24

**set [9]**   38/14 79/12 96/8 96/14 120/3 258/21 273/8 295/13 311/20

**setting [2]**   180/5 236/25

**seven [5]**   10/24 214/2 214/8 266/9 267/1

**several [6]**   87/3 99/11 113/9 168/21 226/15 228/16

**sewing [1]**   223/23

**sex [117]**   103/14 105/14 106/4 107/7 107/17 108/18 109/23 110/6 110/7 110/11 110/15 111/3 111/19 111/21 111/24 112/17 112/21 115/15 115/17 115/20 115/22 116/2 116/3 116/3 116/8 116/23 117/14 117/22 117/25 120/22 124/11 124/19 124/23 126/20 126/25 127/19 128/13 129/15 129/17 130/1 130/6 132/20 134/13 137/22 146/14 149/16 151/9 152/11 159/2 162/13 162/18 163/1 163/13 164/3 166/12 166/21 167/2 167/9 167/15 168/14 169/2 169/13 169/20 169/22 169/25 170/20 171/1 171/15 171/20 171/21 172/2 172/4 172/6 172/8 172/13 172/15 172/16 172/19 172/25 173/8 173/19 175/23 178/13 178/16 179/5 179/12 179/16 180/15 181/8 182/16 184/9 185/14 186/9 186/18 187/10 187/15 189/5 190/19 199/8 211/11 211/12 212/25 214/14 229/13 229/17 229/22 231/19 232/8 238/1 245/23 262/19 266/20 267/6 270/1 274/24 297/2 301/16

**sexual [7]**   121/23 121/25 128/8 128/10 150/18 169/17 169/19

**sexually [1]**   122/19

**share [3]**   176/21 177/21 177/24

**shared [3]**   158/22 324/23 324/24

**Shawn [4]**   198/17 323/1 323/3 323/5

**she [67]**   87/3 101/13 140/17 141/10 141/16 141/16 143/1 155/8 156/10 191/15 194/19 194/20 194/21 195/5 195/6 196/21 202/10 208/25 220/4 220/4 221/15 228/18 262/4 262/6 262/7 262/15 262/15 262/20 262/24 263/1 263/5 270/14 273/22 274/8 274/19 274/24 275/2 276/4 276/25 277/4 277/9 277/10 278/25 281/12 281/13 288/25 289/2 292/6 298/5 310/2 310/14 324/12 324/3 324/14 324/19 327/17 327/18 330/24 330/25 337/21 337/24 338/6 338/7 338/8 338/14 342/20 342/24

**sheer [1]**   126/9

**Sheriff's [2]**   312/19 343/8

**shit [2]**   200/10 200/11

**shopping [5]**   246/5 246/7 246/7 253/16 253/18

**short [4]**   41/5 90/7 236/6 289/23

**shorter [1]**   298/10

**S**

**shot [3]** 96/22 96/25 97/9
**shots [1]** 287/10
**should [21]** 8/2 8/22 9/14
 61/19 90/15 91/12 91/24 92/1
 176/21 179/18 179/20 180/5
 208/17 219/6 313/4 313/6
 314/11 336/11 336/12 336/14
 342/6
**show [92]** 7/10 8/10 14/14
 14/16 15/11 15/13 15/20
 17/23 22/10 26/3 26/17 27/2
 29/8 30/19 31/10 32/20 33/6
 34/21 35/24 39/4 41/7 42/14
 42/19 46/17 47/1 47/25 49/2
 49/12 54/13 54/16 54/23 56/2
 56/23 57/16 58/5 62/20 63/4
 66/21 67/4 68/5 78/10 79/2
 79/22 80/1 82/21 83/20 87/15
 88/5 91/9 91/10 91/23 91/25
 92/4 97/11 119/12 124/17
 193/11 197/3 197/5 233/9
 233/22 234/4 247/21 248/19
 249/12 250/2 250/25 252/12
 253/23 259/14 261/5 263/7
 265/4 265/13 266/7 267/14
 269/11 270/4 271/4 272/8
 272/17 273/8 277/11 282/4
 283/20 289/17 292/21 294/18
 303/7 309/1 335/25 342/24
**showed [5]** 126/24 279/7
 315/7 331/18 332/24
**shower [1]** 134/4
**showing [26]** 7/3 10/11 11/14
 16/19 19/15 46/13 48/9 50/20
 57/21 60/11 65/11 71/15 75/3
 75/10 76/4 82/6 82/23 86/19
 92/19 135/6 266/8 267/21
 272/17 288/4 294/18 309/5
**shown [9]** 7/8 9/2 9/5 9/12
 15/6 15/8 19/7 49/25 96/25
**shows [10]** 37/11 37/12 37/14
 45/25 72/5 72/9 72/10 136/23
 191/22 191/22
**shuffle [1]** 142/1
**shut [2]** 4/6 223/5
**side [11]** 21/18 53/21 53/25
 92/1 143/5 203/13 207/20
 221/14 224/3 256/8 257/2
**sidebar [4]** 285/13 314/11
 314/17 329/1
**sides [2]** 184/17 307/21
**sign [2]** 37/13 331/16
**Signature [1]** 344/14
**significance [1]** 5/10
**significant [1]** 189/6
**signs [2]** 134/4 285/3
**Silvestri [1]** 343/17
**similar [7]** 39/25 59/7 84/12
 98/12 238/15 271/5 288/16
**similarly [1]** 187/7
**Simmons [1]** 216/2
**simple [1]** 168/6
**simply [2]** 116/11 338/8
**since [11]** 8/11 16/13 91/11
 108/7 112/2 160/21 179/16
 220/6 285/15 321/16 336/9

**single [4]** /23 14/5 84/21
 132/4
**singular [2]** 184/11 184/11
**sir [2]** 22/23 158/3
**sit [1]** 316/23
**site [2]** 103/18 230/4
**sites [2]** 29/2 130/7
**sits [1]** 196/6
**sitting [4]** 196/2 207/21
 213/12 249/13
**situation [26]** 118/22 122/22
 123/14 123/18 126/20 127/1
 135/16 138/9 146/12 150/1
 153/4 153/8 155/21 164/16
 166/25 169/9 182/3 182/4
 182/20 183/9 184/1 190/6
 192/10 262/15 288/22 300/24
**situations [5]** 122/8 135/21
 146/2 149/21 152/10
**six [6]** 211/7 215/19 269/22
 302/10 323/14 323/15
**size [8]** 43/25 44/1 44/2
 44/2 44/3 44/3 44/5 57/12
**sizes [2]** 44/7 191/12
**skipped [1]** 176/14
**slammed [1]** 203/14
**sleep [1]** 281/24
**sleeping [3]** 213/12 324/24
 325/3
**slightly [2]** 71/19 96/6
**Slim [1]** 113/9
**slow [2]** 216/20 239/23
**slowly [2]** 145/20 204/2
**smack [1]** 224/16
**small [6]** 39/10 76/23 95/1
 160/18 205/3 273/2
**smart [6]** 26/18 30/9 32/21
 47/17 48/2 76/15
**smile [1]** 250/13
**smiley [1]** 38/12
**smiling [5]** 250/18 250/21
 250/21 250/22 250/23
**smily [1]** 79/16
**SMS [7]** 10/20 23/1 57/23
 59/2 59/9 59/15 59/19
**snippets [2]** 72/11 72/12
**so [223]** 4/24 5/2 8/4 9/20
 10/7 11/4 12/9 12/10 12/23
 13/23 15/13 19/14 20/12 21/9
 23/6 24/15 24/24 25/20 27/14
 27/22 29/13 31/25 32/11
 34/16 34/24 36/18 36/20
 37/16 38/24 42/12 43/8 43/21
 44/10 44/10 45/20 46/6 49/25
 51/2 51/19 52/5 52/6 52/9
 54/2 54/11 57/15 61/16 62/14
 64/17 65/2 65/13 66/7 69/11
 72/5 72/11 72/17 74/9 74/19
 76/8 79/13 80/12 81/5 81/14
 84/9 85/20 90/10 92/6 92/21
 93/6 93/25 94/5 95/19 96/11
 96/14 97/15 98/16 99/1 106/2
 109/4 111/23 115/13 115/14
 117/12 117/21 119/22 121/2
 123/24 128/1 128/17 128/22
 129/10 129/23 131/17 131/19
 132/24 133/14 133/18 133/20
 134/6 135/17 136/13 136/14

137/6 138/25 141/5 141/9
 142/1 142/6 142/12 143/10
 143/22 143/25 146/1 147/3
 151/4 151/5 153/19 154/23
 156/12 158/24 159/5 161/7
 161/18 162/24 163/20 164/7
 164/9 166/6 166/20 167/23
 168/2 168/9 171/8 172/6
 174/22 176/9 176/21 178/15
 179/2 180/7 182/22 184/14
 185/1 185/19 186/22 188/6
 188/12 189/11 197/19 200/7
 200/22 202/19 205/13 207/1
 207/4 207/12 208/18 208/23
 211/17 212/15 212/23 214/9
 214/19 215/15 217/20 218/1
 218/17 219/19 224/10 224/12
 228/3 229/10 230/18 235/9
 235/23 236/12 236/19 238/4
 241/19 242/21 247/18 247/18
 256/8 257/5 263/3 264/1
 266/15 282/23 285/19 286/2
 287/4 288/11 288/11 289/11
 290/22 291/22 293/11 293/15
 298/16 307/1 311/16 314/2
 314/23 317/25 319/10 319/23
 320/5 321/18 325/18 328/9
 328/16 329/10 330/13 334/18
 335/25 336/2 337/11 339/4
 340/8 342/6 343/2 343/5
 343/18 343/22
**sobeit [1]** 90/18
**social [6]** 104/5 130/7 159/1
 165/5 276/13 295/25
**society [2]** 134/23 155/22
**sociology [3]** 158/10 158/12
 158/13
**sodomized [1]** 128/9
**sofa [1]** 207/21
**sofas [1]** 207/21
**softer [1]** 128/3
**software [26]** 26/8 37/20
 40/7 40/8 41/1 43/10 43/13
 58/12 69/11 70/7 70/8 72/10
 72/14 72/19 74/15 74/19
 79/18 80/2 80/2 88/19 93/13
 93/13 93/15 93/16 94/2 99/24
**sold [1]** 93/12
**solely [1]** 150/17
**solicit [1]** 264/25
**solicitation [3]** 166/9
 166/24 168/7
**solidified [1]** 137/3
**solution [1]** 15/4
**some [95]** 4/15 6/7 6/9 6/20
 7/8 7/10 8/25 19/20 21/24
 30/3 38/18 38/25 40/23 43/7
 44/21 45/6 47/18 47/19 47/22
 51/19 52/2 54/6 57/12 59/21
 64/6 79/11 84/9 84/10 88/15
 88/19 88/20 88/20 90/16
 94/20 94/23 94/25 99/5 99/21
 99/24 100/2 100/4 100/9
 101/21 104/24 110/1 110/3
 113/15 114/5 115/22 116/5
 116/13 118/19 122/6 122/8
 129/15 130/14 130/16 133/25
 136/3 147/25 161/22 168/21

**S**

**some... [33]**   169/5 169/6
169/11 170/18 176/19 176/24
182/22 205/15 209/9 218/17
220/24 221/25 224/20 225/7
228/10 241/19 241/21 241/23
242/4 244/20 257/15 257/20
259/11 280/16 287/20 287/22
293/11 294/24 296/12 300/22
311/10 316/17 318/1

**some-odd [1]**   100/9

**somebody [39]**   23/22 28/4
37/19 44/25 52/21 84/16
117/10 117/15 119/9 123/19
124/3 124/8 124/10 124/14
125/1 137/23 147/22 153/7
154/25 163/11 166/1 167/21
168/7 170/5 170/6 171/11
172/11 173/3 173/4 177/22
179/3 179/4 183/22 184/9
185/23 186/25 211/9 326/11
335/9

**somehow [2]**   9/11 38/1

**someone [70]**   4/25 6/10 6/23
23/2 36/11 51/13 81/7 84/19
84/20 93/7 94/1 96/21 98/4
99/1 120/11 130/22 138/1
145/8 153/21 157/1 165/15
166/7 166/12 166/19 168/2
168/9 169/9 169/17 170/16
171/5 171/5 172/7 174/6
174/12 177/8 177/14 178/18
178/19 178/25 180/10 180/10
181/7 181/10 181/23 182/13
182/22 183/3 183/11 183/19
183/22 184/18 185/2 185/5
185/8 185/11 186/5 186/18
187/2 187/10 191/9 230/5
231/5 237/2 285/11 286/18
303/2 313/23 326/6 329/20
329/21

**something [70]**   12/13 15/16
22/6 22/7 23/19 28/8 30/7
32/2 33/10 35/18 45/1 56/6
57/4 79/15 79/17 79/18 91/3
99/13 118/23 122/13 123/9
124/13 131/23 132/5 137/11
137/24 138/7 141/18 148/8
151/14 152/13 156/24 160/19
161/6 162/22 163/10 164/18
164/20 170/5 174/16 177/7
177/17 181/1 181/7 183/3
183/17 190/20 202/25 203/3
211/10 217/22 217/23 218/18
221/1 224/5 225/3 227/8
229/14 240/12 246/8 247/16
283/5 285/4 305/3 329/18
334/9 334/11 334/11 337/22
342/2

**sometime [2]**   23/22 38/6

**sometimes [14]**   38/18 38/18
45/4 59/7 80/14 117/12 118/3
121/3 121/11 129/2 145/21
187/6 233/5 233/7

**somewhat [1]**   40/2

**somewhere [8]**   100/14 147/7
155/24 175/6 232/18 245/3

245/4 279/25

**soon [4]**   107/12 198/21
291/18 343/21

**sorry [13]**   33/8 62/10 208/2
216/24 273/12 282/3 318/7
321/4 325/10 330/15 330/24
333/20 336/22

**sort [7]**   8/11 8/17 115/22
122/9 130/14 170/18 257/15

**sought [1]**   341/18

**souls [1]**   130/23

**sound [2]**   41/3 311/21

**sounds [5]**   15/4 215/15
288/21 338/17 343/23

**South [2]**   114/11 114/15

**SOUTHERN [1]**   1/1

**space [1]**   44/3

**spaced [1]**   62/5

**speak [17]**   106/9 123/3
138/25 153/19 174/18 174/20
176/11 176/18 180/21 185/19
188/1 188/5 188/20 239/24
311/2 313/7 314/5

**speakers [1]**   5/18

**speaking [10]**   29/25 56/9
174/19 179/15 182/3 264/1
287/11 313/15 327/21 330/23

**special [6]**   102/8 103/3
103/25 107/13 134/5 134/10

**specialized [1]**   109/10

**specific [9]**   91/5 107/24
108/17 109/18 118/19 191/5
280/17 281/10 312/4

**specifically [17]**   17/12
38/15 69/12 109/13 118/25
123/6 125/11 130/1 133/11
135/11 145/13 145/13 156/10
158/20 172/14 181/24 191/14

**specifics [1]**   286/25

**spectrum [2]**   126/1 176/15

**speculating [1]**   274/2

**speculation [2]**   270/15 322/1

**speed [5]**   76/13 76/16 76/16
76/17 292/4

**spell [3]**   102/12 192/20
193/5

**spells [1]**   218/16

**spend [8]**   10/9 28/24 29/6
30/1 128/25 134/7 246/3
343/4

**spent [1]**   180/2

**spirit [1]**   144/7

**spoke [8]**   7/18 212/10 239/21
239/22 239/23 262/14 275/18
281/17

**spoken [4]**   56/8 112/22 313/7
314/7

**sporting [5]**   111/20 162/15
162/15 162/25 164/2

**spring [1]**   199/1

**sprinkled [2]**   127/11 130/17

**squad [2]**   103/8 107/14

**stabile [1]**   132/9

**stable [22]**   118/17 118/17
118/23 118/24 118/25 119/20
119/23 120/1 120/19 127/20
128/1 129/1 129/9 129/10
129/11 129/13 134/8 152/17

154/17 154/19 157/1 191/18

**stages [1]**   317/18

**stamp [12]**   21/12 24/5 24/7
26/14 40/17 45/6 46/3 52/4
56/4 61/6 86/12 252/6

**stamps [3]**   25/1 41/22 41/23

**stand [8]**   4/9 15/9 92/13
139/24 238/4 289/4 337/7
344/5

**standard [9]**   14/13 24/23
40/16 40/24 61/17 93/4 93/6
93/21 93/25

**standing [2]**   12/21 284/23

**start [12]**   34/12 108/11
115/10 126/18 165/9 165/11
165/22 166/7 166/13 182/7
185/11 220/14

**started [12]**   201/23 211/2
211/5 215/8 216/16 219/4
219/5 231/14 241/19 244/4
323/8 344/2

**starting [4]**   19/13 121/8
165/23 336/5

**starts [1]**   17/8

**state [9]**   102/11 103/13
114/10 131/7 192/19 193/4
194/24 228/25 234/20

**stated [4]**   95/12 118/11
175/15 291/10

**statement [7]**   164/19 165/4
290/6 290/8 292/17 315/23
315/24

**statements [5]**   160/10 165/7
316/5 316/7 317/13

**STATES [16]**   1/1 1/4 1/11
1/15 104/3 110/21 124/2
191/2 255/10 300/7 300/18
301/3 307/14 307/16 307/18
307/23

**station [1]**   40/25

**statistical [4]**   159/11
159/14 159/17 159/20

**status [4]**   113/6 124/6
185/21 300/23

**stay [13]**   109/3 109/7 123/12
147/25 217/10 218/1 221/21
239/9 245/2 302/9 306/20
306/22 307/5

**stayed [4]**   153/11 216/6
217/9 302/10

**staying [2]**   198/15 274/8

**steal [1]**   146/3

**stemming [1]**   302/22

**step [6]**   89/15 102/5 139/19
192/14 204/17 290/15

**stepped [1]**   222/15

**steps [1]**   139/23

**stick [3]**   223/18 225/16
333/14

**Sticking [1]**   313/14

**sticky [1]**   5/23

**still [21]**   4/8 33/10 88/21
91/19 100/4 171/11 195/2
209/14 220/4 221/5 254/24
276/4 277/9 277/10 316/23
331/21 337/5 338/11 338/23
339/8 344/2

**sting [7]**   105/24 165/18

## S

**sting... [5]** 165/25 166/6 166/20 190/7 191/23
**stings [2]** 165/17 190/3
**Stipes [2]** 2/2 344/13
**stipulate [5]** 10/17 12/11 340/21 341/8 341/10
**stipulating [2]** 12/13 144/11
**stipulation [5]** 10/5 340/19 341/13 341/18 341/21
**stipulations [2]** 342/1 342/5
**stop [12]** 11/5 200/8 200/9 243/24 243/25 244/1 319/19 319/21 325/18 325/21 325/22 329/14
**stopped [9]** 200/2 200/3 200/4 277/4 277/7 299/12 308/9 308/12 341/6
**storage [5]** 36/19 44/5 44/17 93/6 93/18
**store [8]** 201/14 203/9 240/24 246/9 246/11 253/15 295/17 295/20
**stored [3]** 23/4 36/20 36/21
**storing [1]** 36/19
**story [4]** 156/14 306/17 312/22 316/8
**straight [3]** 28/6 136/12 176/14
**stranger [1]** 137/10
**strategies [3]** 103/18 103/18 125/13
**strategy [1]** 125/12
**straw [2]** 138/7 156/25
**streamline [1]** 342/7
**street [6]** 1/19 122/17 129/22 168/23 207/20 245/8
**strength [1]** 157/4
**stricken [3]** 243/8 290/11 292/18
**strike [3]** 243/6 290/1 290/4
**strip [1]** 131/4
**stroll [1]** 129/21
**strong [3]** 131/25 150/4 151/22
**structure [1]** 46/6
**studies [1]** 160/5
**stuff [7]** 38/13 41/12 228/9 247/1 279/16 300/22 311/10
**stuffed [1]** 126/23
**style [5]** 128/6 133/11 136/25 137/1 138/1
**subculture [3]** 118/11 118/12 183/17
**subject [44]** 18/13 18/14 27/12 31/23 32/1 32/13 34/13 34/16 42/6 42/7 42/11 44/21 48/20 48/21 49/23 49/24 50/3 55/8 55/9 63/13 63/15 67/14 67/15 68/20 68/21 75/21 82/1 87/24 87/25 103/22 108/13 109/2 109/4 109/17 110/6 110/18 140/5 141/12 159/23 160/3 237/7 321/2 321/5 341/15
**subjected [1]** 138/8
**submit [1]** 291/16

**submitted [2]** 140/18
**subsequent [5]** 10/11 15/10 42/24 55/21 164/10
**substitution [1]** 258/3
**subtract [3]** 52/6 61/14 61/17
**successful [1]** 159/2
**such [5]** 19/24 91/19 118/6 133/15 160/18
**suffer [1]** 226/23
**suggested [1]** 141/16
**suggestion [2]** 9/7 14/8
**Suite [2]** 1/16 1/23
**Suites [1]** 236/15
**summary [1]** 73/9
**summer [2]** 205/23 327/2
**summertime [1]** 205/22
**Sun [2]** 206/5 206/14
**Sunrise [1]** 302/5
**Super [8]** 111/11 111/12 111/13 111/14 111/16 153/13 153/14 162/16
**supervised [1]** 107/24
**supervising [2]** 107/16 107/19
**supervisor [5]** 105/7 106/2 107/13 107/13 137/8
**supervisory [2]** 102/8 103/3
**supplied [1]** 240/22
**support [11]** 28/7 30/14 80/7 80/8 80/11 88/11 103/12 103/15 103/16 111/10 311/9
**supported [3]** 88/19 88/23 99/24
**supporting [1]** 311/6
**supportive [1]** 125/2
**supposed [4]** 139/20 294/12 299/10 327/1
**supposedly [1]** 121/6
**sure [25]** 5/11 22/21 26/11 33/24 82/7 114/16 129/18 141/25 148/14 154/25 167/25 190/2 197/1 204/22 213/8 220/3 236/22 245/3 269/21 273/24 277/1 282/25 291/3 317/17 339/9
**surprised [2]** 341/20 343/3
**surveillance [2]** 146/16 146/17
**susceptible [3]** 121/18 180/10 181/7
**suspect [8]** 166/8 166/10 166/14 166/22 167/1 167/10 185/12 186/5
**suspected [1]** 112/14
**suspended [1]** 312/10
**sustain [3]** 288/13 329/2 335/16
**sustained [12]** 170/14 178/11 203/4 235/13 242/24 279/23 304/21 322/2 326/14 330/1 337/20 338/21
**SUV [1]** 210/15
**swap [1]** 175/7
**SWORN [2]** 102/10 192/18
**system [9]** 17/13 43/14 45/5 45/5 45/25 52/3 52/22 63/2 164/24

## T

**T-R-A-C-Y [1]** 193/6
**tactics [1]** 112/23
**tailored [2]** 161/1 161/10
**tailoring [1]** 161/8
**take [64]** 35/5 41/12 44/5 57/9 60/18 82/18 84/19 89/5 91/2 96/2 97/9 120/3 121/10 123/12 124/6 125/17 139/6 143/1 143/25 157/3 157/17 157/19 165/4 165/7 167/16 167/21 184/16 200/20 201/13 201/15 201/16 201/20 202/15 208/17 219/18 221/17 237/10 241/8 241/18 241/23 247/2 257/1 262/20 276/17 277/1 285/15 285/18 289/5 290/15 293/12 296/4 298/24 307/13 329/18 332/20 337/20 339/1 342/23 342/25 344/1
**taken [42]** 5/9 5/10 13/22 32/13 44/4 81/10 84/21 90/7 138/12 144/3 152/9 163/19 220/18 248/2 248/17 249/1 250/7 250/8 251/7 251/21 252/4 252/5 253/6 253/12 261/16 263/12 263/13 263/24 264/8 264/10 265/11 265/18 265/19 266/16 267/5 271/18 271/22 273/16 278/6 289/23 293/25 312/13
**takes [6]** 40/13 52/21 72/14 167/22 298/22 314/13
**taking [24]** 81/3 84/17 112/12 147/14 154/13 164/25 203/11 212/14 218/22 234/18 241/13 241/19 244/1 245/23 248/24 256/8 256/24 266/19 298/4 329/8 329/9 329/16 329/21 330/7
**talk [59]** 4/3 9/17 16/9 20/9 100/18 104/13 108/10 112/11 116/2 123/4 125/11 126/7 126/15 128/17 130/25 131/12 133/9 133/10 135/4 135/11 135/15 135/16 139/24 145/11 160/7 169/11 184/23 185/5 185/9 185/11 190/13 191/4 206/13 218/17 220/4 225/16 226/14 228/10 239/15 239/21 241/21 255/12 260/24 275/20 277/11 281/18 286/3 305/17 310/10 312/20 313/4 313/5 321/24 332/7 333/15 335/10 337/4 340/23 342/2
**talked [29]** 13/19 16/6 58/23 64/2 72/2 99/21 127/20 137/19 146/16 149/3 150/2 150/13 152/8 162/3 162/3 162/14 164/21 175/1 175/3 175/4 175/5 178/22 181/6 181/19 182/25 183/6 227/25 332/13 334/21
**talking [33]** 7/19 32/14 43/8 43/9 100/7 107/4 108/7 109/14 115/10 145/6 145/7

**T**

**talking... [22]** 148/6 148/14
149/24 162/12 166/18 169/21
169/22 169/23 169/25 172/14
173/7 174/20 174/21 175/8
179/2 182/4 190/18 202/11
212/9 239/20 251/19 280/16

**Tamarac [24]** 215/23 216/5
216/7 216/10 216/24 217/5
226/3 231/23 240/4 240/8
246/1 255/15 259/12 262/9
273/21 274/22 275/8 278/7
278/25 295/18 296/12 309/23
324/7 324/16

**tank [1]** 272/5

**target [3]** 177/8 177/14
178/22

**targeted [1]** 124/21

**tase [4]** 224/2 224/2 224/3
224/4

**taser [3]** 90/14 203/21
223/24

**tasered [1]** 203/21

**task [9]** 105/9 105/21 105/22
106/7 106/9 106/21 106/22
107/23 108/19

**tattoo [7]** 204/24 205/11
315/7 315/14 315/21 331/18
331/23

**tattoos [6]** 119/12 182/25
183/3 183/5 204/11 204/13

**taught [1]** 110/7

**teaching [2]** 108/24 149/5

**team [7]** 81/7 101/5 118/24
127/22 127/23 128/2 138/21

**Technical [1]** 254/17

**technique [2]** 128/3 150/17

**techniques [6]** 128/19 137/16
146/19 149/19 150/3 153/23

**technology [3]** 59/7 59/9
59/11

**telephone [2]** 4/22 23/3

**telephones [1]** 282/5

**television [1]** 213/12

**tell [65]** 5/21 13/5 21/7
35/15 51/10 98/2 103/11
103/16 104/11 110/3 111/8
121/4 121/21 134/20 145/19
147/23 156/13 174/12 181/12
200/13 204/9 204/15 205/16
208/15 212/17 218/11 220/13
221/1 222/13 223/15 224/1
225/13 230/5 230/10 232/3
242/6 244/9 247/14 270/13
271/20 273/21 275/22 277/4
280/11 285/8 285/10 298/2
302/4 307/1 310/17 311/23
315/21 316/7 320/8 320/12
320/13 320/16 321/7 321/18
322/4 322/10 322/19 322/20
329/21 332/24

**telling [13]** 24/24 174/5
174/12 178/15 179/20 190/25
191/2 212/9 279/15 327/3
333/2 334/2 334/6

**tells [3]** 39/25 98/4 241/4

**temporarily [2]** 97/5 300/22

**ten [9]** 23/11 29/4 72/15 77/9
96/12 96/15 246/14 267/15
267/21

**tender [1]** 317/10

**tens [1]** 74/21

**term [34]** 61/2 95/22 116/13
117/11 119/3 119/5 126/5
134/14 153/1 162/10 163/7
163/15 164/9 169/13 171/15
171/16 173/8 174/2 175/14
176/1 176/2 176/3 176/9
176/10 176/10 176/14 179/6
179/21 183/6 183/8 183/16
244/16 244/17 294/25

**terminology [2]** 119/19
127/22

**terms [20]** 116/17 117/3
120/17 125/21 126/7 170/2
170/4 170/6 172/23 174/8
174/23 176/12 179/12 179/12
179/18 180/6 182/14 191/20
293/13 337/5

**terrible [4]** 178/23 179/1
181/6 181/11

**testified [28]** 11/3 20/1
35/13 92/23 95/8 95/24 97/13
101/10 110/17 110/19 110/21
114/12 114/14 137/19 158/13
159/11 161/24 162/24 169/13
176/24 177/8 177/14 181/18
182/15 187/6 188/15 318/1
325/7

**testifies [4]** 4/23 6/10
141/11 288/20

**testify [27]** 6/21 7/20 9/3
10/17 14/23 56/12 97/19
114/6 140/17 148/24 160/16
163/10 170/9 170/11 179/20
188/23 286/7 286/23 286/24
288/5 289/1 340/10 340/11
340/14 340/16 341/10 341/19

**testifying [9]** 110/2 158/12
158/14 159/19 160/23 179/24
186/1 288/7 288/25

**testimony [65]** 4/18 11/7
13/9 13/12 60/4 95/11 99/21
110/20 114/17 114/20 114/24
116/18 117/9 139/13 139/25
140/4 141/9 141/11 142/16
148/22 149/12 159/17 161/1
161/3 161/8 161/10 161/11
161/13 161/19 161/22 161/25
162/11 163/2 169/2 170/2
170/8 171/10 173/20 173/23
174/3 174/10 174/11 174/22
191/1 212/16 219/24 220/5
285/23 286/2 287/8 287/8
288/13 288/16 297/23 317/25
324/5 331/25 334/18 336/23
337/4 340/20 341/14 342/7
342/22 343/3

**text [50]** 5/20 5/24 6/22
7/11 7/13 10/21 10/24 23/1
23/14 23/15 24/1 24/13 25/14
25/14 25/21 37/6 37/9 37/10
37/16 37/18 37/20 38/5 38/16
57/22 58/8 58/12 58/20 58/23
59/10 59/21 79/4 79/9 85/20

86/10 87/16 95/24 99/8 99/13
165/5 233/7 234/1 237/15
237/23 239/17 283/8 284/14
285/9 287/10 294/23 295/3

**texted [2]** 285/9 286/16

**texting [1]** 59/9

**texts [3]** 59/14 59/16 135/24

**than [49]** 9/22 13/21 17/16
28/23 29/4 32/12 40/2 40/22
44/5 51/16 58/17 73/7 84/5
93/4 106/7 123/17 124/18
125/13 142/19 147/4 153/5
154/18 157/21 157/23 159/5
161/23 166/3 171/9 172/3
189/11 190/9 198/21 259/6
291/21 291/21 292/8 296/15
297/15 305/24 314/13 321/13
321/22 333/18 333/23 334/5
334/25 335/4 339/21 341/23

**thank [66]** 16/1 16/17 17/22
18/18 19/9 20/17 22/8 25/11
26/15 28/14 30/16 32/16
35/21 48/23 54/15 59/24 60/9
65/6 66/19 68/25 69/23 71/3
71/21 74/8 75/2 77/12 78/24
79/21 86/15 89/2 89/6 89/13
92/22 102/3 102/4 102/7
102/16 145/3 159/22 189/18
192/13 192/16 198/11 205/10
216/11 219/25 220/17 220/22
238/10 252/11 262/2 264/19
265/3 267/13 268/3 269/3
269/10 269/24 271/3 271/10
272/3 273/7 273/20 314/18
336/25 337/11

**thanks [2]** 124/13 336/6

**that [1577]**

**theft [1]** 306/8

**their [55]** 30/15 34/9 36/11
37/17 79/15 88/24 93/9 93/16
94/1 96/9 120/11 121/24
122/1 123/5 124/6 124/16
125/23 126/16 132/17 133/22
133/24 134/12 135/18 135/20
136/16 138/14 146/20 151/19
155/20 176/22 178/3 180/19
180/24 181/3 182/8 182/8
182/11 182/13 183/12 185/3
186/12 186/13 186/19 186/22
187/12 187/14 187/20 187/22
191/23 192/2 192/4 244/17
288/5 307/4 330/8

**them [154]** 5/9 6/1 6/8 7/10
8/7 8/10 9/19 10/11 11/8
12/15 12/16 12/17 13/19
13/20 13/23 14/10 14/10
14/14 14/23 15/16 15/18
15/19 15/20 29/24 29/25
31/25 45/6 47/20 50/16 51/14
78/2 88/16 88/19 88/20 88/20
88/23 90/20 90/21 95/23
100/10 100/22 110/16 112/16
118/24 120/4 122/16 122/22
123/4 123/6 123/11 123/15
123/16 123/23 124/12 124/23
124/24 124/24 125/3 125/20
127/24 127/25 129/16 130/14
132/13 132/15 134/4 134/5

**T**

**them... [87]**   134/5 134/17
134/20 135/22 143/18 143/23
146/4 146/4 147/3 147/23
149/6 152/9 152/14 153/11
154/6 154/22 154/25 155/11
156/4 156/11 157/1 166/4
166/10 167/1 168/20 168/22
170/8 176/20 176/21 176/22
180/10 181/18 182/23 182/25
183/24 184/4 185/15 186/8
186/13 196/21 196/21 197/5
197/15 220/14 226/14 233/24
234/16 234/20 238/1 241/2
241/18 241/24 242/7 251/15
255/4 259/12 259/18 259/18
275/9 276/17 276/18 279/7
279/14 279/15 279/17 280/13
281/18 281/18 287/5 288/4
288/5 294/4 294/18 296/7
310/10 311/11 311/11 311/23
312/22 314/24 315/1 329/21
330/8 331/5 334/6 336/18
341/4

**themselves [11]**   47/19 90/19
113/5 125/3 153/25 177/21
183/4 185/14 192/9 229/22
279/16

**then [54]**   8/8 8/18 10/13
17/9 17/9 20/1 21/18 23/13
24/11 50/3 62/4 78/16 82/15
82/18 88/4 89/20 95/7 111/14
112/19 126/2 131/22 133/22
139/14 141/5 142/23 156/12
161/22 166/25 168/6 178/17
184/19 187/1 198/25 204/9
208/6 210/13 211/19 211/20
216/16 217/9 224/14 236/21
245/13 245/13 245/14 246/18
278/18 278/19 278/20 284/12
290/24 305/21 337/6 343/25

**Theoretically [1]**   130/22

**there [384]**

**there's [2]**   121/22 291/22

**Thereupon [15]**   15/21 89/14
90/7 92/10 139/17 144/3
144/4 144/25 220/1 220/18
285/25 289/23 292/13 337/1
344/7

**these [107]**   6/5 7/3 8/3 8/10
8/24 9/18 9/24 10/6 10/9
11/8 12/22 13/22 14/9 17/14
18/2 18/4 18/20 19/17 19/20
19/23 20/7 20/8 29/15 34/5
41/7 46/8 51/11 51/20 53/17
54/2 58/8 58/20 60/19 61/16
61/25 63/25 65/1 70/20 70/23
72/6 72/21 73/7 73/17 73/20
73/23 74/24 75/10 77/9 77/13
77/19 87/16 91/14 96/5 109/5
111/24 113/13 114/12 116/24
118/7 119/6 121/21 122/12
122/13 128/17 128/19 129/2
131/9 133/9 134/10 136/6
147/11 150/2 152/5 156/21
162/25 163/24 184/3 191/20
196/16 197/17 215/12 222/4

224/17 228/21 234/1 235/9
238/12 238/15 245/18 246/18
247/23 248/2 260/20 266/24
277/18 292/24 293/18 293/25
294/2 294/15 302/22 310/17
326/12 331/4 336/7 341/23
342/24

**they [375]**

**thighs [1]**   299/4

**thing [26]**   6/24 24/16 36/15
38/20 98/14 99/18 107/17
116/19 117/16 128/22 132/23
134/22 144/5 179/7 184/12
185/19 191/8 203/1 220/15
229/23 242/20 267/24 281/16
317/7 330/9 334/16

**things [71]**   11/18 19/17
41/13 41/14 47/22 54/13
64/20 68/25 70/8 70/9 74/19
99/11 109/24 113/15 116/24
120/4 121/7 122/10 123/1
123/3 127/9 130/7 133/5
134/10 135/6 138/21 138/23
144/7 145/24 146/6 147/15
149/16 149/18 150/5 150/6
152/9 154/24 156/1 156/18
156/21 157/21 161/18 161/22
165/6 174/6 174/13 174/14
175/21 176/6 176/24 177/2
184/12 185/4 192/7 202/24
218/8 218/10 218/13 222/4
223/17 239/24 240/22 246/10
246/11 276/14 287/3 292/4
318/1 327/24 339/13 342/3

**think [37]**   5/2 5/14 8/22
9/25 12/12 91/25 110/14
111/13 142/14 167/18 181/24
185/23 188/10 188/22 209/24
213/4 223/9 229/12 246/13
264/13 264/16 266/19 267/24
281/22 288/10 290/19 292/3
292/8 305/21 314/10 321/25
334/24 337/5 339/6 339/15
341/15 343/2

**thinking [5]**   4/14 162/8
165/9 165/22 292/5

**third [1]**   341/5

**this [510]**

**those [128]**   4/12 4/20 10/8
27/4 30/5 30/11 31/13 31/15
33/22 33/24 34/11 40/13
43/19 44/21 47/18 49/16
53/14 54/8 54/11 55/5 62/1
64/22 65/1 65/4 67/7 67/9
68/12 73/21 74/25 79/9 81/10
84/1 84/5 84/5 84/9 84/14
84/16 84/19 84/25 87/5 87/19
87/22 88/15 88/15 88/25
90/12 91/12 92/5 95/8 95/11
95/12 95/19 95/20 96/8 96/14
96/17 98/20 100/6 100/15
100/15 100/16 101/23 113/11
114/5 120/4 122/10 124/20
124/21 125/2 126/7 137/11
137/12 138/2 143/15 144/11
144/16 147/16 150/6 151/8
155/25 159/9 162/17 170/2
170/6 174/6 174/8 174/13

174/24 175/23 177/2 177/25
183/24 184/5 186/17 188/20
192/7 197/7 197/9 197/12
218/13 222/6 222/13 226/16
226/21 231/4 234/4 238/8
239/19 240/22 244/24 245/16
246/10 252/14 252/16 252/20
263/3 276/16 279/3 279/13
293/10 294/24 296/1 305/24
311/16 316/7 334/24 342/11
342/16

**though [2]**   59/8 155/8

**thought [21]**   6/14 12/15
12/19 12/20 164/12 164/15
167/6 167/16 176/7 206/17
208/6 208/8 298/6 323/5
332/23 333/17 333/22 334/4
334/18 335/9 341/20

**thoughtful [1]**   289/11

**thousand [7]**   44/9 44/10
125/18 206/8 206/11 208/5
246/20

**thousands [4]**   50/18 74/21
74/25 74/25

**thread [1]**   172/5

**threaten [1]**   150/11

**threatening [2]**   228/6 294/25

**threats [6]**   113/18 128/15
133/3 150/7 227/15 228/3

**three [25]**   44/12 51/5 51/16
53/14 62/2 82/14 100/6
101/13 143/15 143/16 162/16
190/7 194/7 226/5 249/12
249/18 260/17 319/9 328/15
330/12 330/14 340/16 340/23
342/16 343/3

**threshold [2]**   177/19 177/19

**threw [1]**   305/14

**through [132]**   5/4 7/4 7/6
7/7 7/8 7/9 7/11 7/17 8/5
8/15 8/16 8/20 9/20 9/24
9/25 10/5 10/7 10/9 11/9
11/17 11/20 12/16 12/17
12/24 13/9 13/10 13/12 13/14
14/5 14/9 15/9 17/23 17/25
18/2 18/4 18/11 22/19 27/2
27/9 27/19 28/21 29/15 29/25
31/11 31/21 32/9 32/11 33/20
33/22 34/6 38/5 46/4 49/10
49/12 49/22 54/23 55/7 57/20
58/14 61/11 63/4 63/5 63/12
63/15 65/16 67/24 68/5 68/11
68/19 78/10 78/11 78/19
78/21 79/9 83/21 83/23 85/5
91/7 91/14 94/1 94/2 97/23
98/12 101/7 107/6 111/9
124/9 124/20 132/23 142/9
142/10 144/10 144/11 144/13
144/14 151/14 151/23 163/23
164/24 165/15 180/9 196/10
196/12 196/13 197/4 198/14
200/15 200/16 203/20 215/10
215/16 227/23 230/18 233/20
234/1 281/4 288/12 288/14
288/23 289/6 290/23 291/6
291/12 292/4 292/10 293/19
298/4 300/23 301/17 318/1
323/1 341/4

**T**

**throughout [3]**   110/13 174/2
244/4
**throw [1]**   224/15
**thumb [3]**   39/19 39/21 44/17
**thumbnail [1]**   54/4
**thumbnails [1]**   72/11
**Thursday [18]**   220/15 290/23
291/17 291/24 336/1 336/5
336/22 336/22 336/24 337/12
339/12 339/13 339/16 343/6
343/24 343/25 344/3 344/6
**thus [1]**   153/24
**ticket [1]**   312/11
**tie [3]**   131/25 150/5 151/22
**tied [3]**   90/12 90/12 179/17
**tied-up [2]**   90/12 90/12
**ties [1]**   134/13
**til [1]**   236/20
**time [179]**   6/9 8/13 8/22
8/25 10/9 12/14 12/25 13/17
13/18 15/6 15/12 21/12 21/20
21/23 24/5 24/7 24/14 24/21
24/22 24/23 24/24 24/25 25/1
25/3 25/4 26/13 28/5 34/5
34/10 40/17 41/22 41/23
44/20 45/3 45/6 46/3 46/3
47/9 50/9 52/1 52/4 52/5
52/6 52/10 52/18 55/13 56/4
56/23 60/21 61/6 61/14 61/17
62/5 62/12 63/11 67/12 68/18
77/14 86/11 86/12 87/10 89/3
89/17 91/2 92/14 99/10 102/7
111/1 114/11 115/1 117/2
120/12 126/6 128/24 128/25
129/3 130/16 132/5 134/6
134/6 134/7 135/6 135/8
136/5 136/10 136/10 137/25
139/6 140/20 141/14 142/17
143/10 143/22 143/23 148/12
152/22 152/24 153/10 153/11
157/6 157/24 160/20 162/6
165/25 175/19 180/2 188/17
189/3 191/21 196/1 197/5
198/15 199/3 200/23 201/7
201/22 202/2 202/3 203/18
205/19 209/9 212/6 216/3
217/12 225/3 225/5 225/6
229/12 234/7 235/7 236/19
236/22 239/7 239/8 241/16
242/4 242/5 247/10 248/5
251/9 252/6 259/18 267/5
274/6 275/18 277/19 278/6
281/15 282/1 290/15 291/1
291/7 297/2 297/5 298/10
298/23 301/23 304/10 310/8
313/14 317/15 323/23 324/13
327/25 328/7 328/12 329/2
329/19 331/22 333/25 334/1
335/11 335/20 336/23 337/21
339/3 342/1 342/24 343/1
**times [25]**   38/11 41/14 61/16
98/24 112/13 114/9 114/10
114/12 119/25 123/10 124/5
126/6 129/11 131/4 136/6
138/24 152/8 168/21 188/12
190/7 228/16 235/7 280/22

281/15 283/3
**title [10]**   20/24 21/2 29/21
34/25 35/1 35/10 36/16 52/1
54/13 120/15
**titled [2]**   35/8 50/23
**TL [7]**   140/5 140/5 141/9
143/1 143/6 143/11 143/16
**today [38]**   17/1 27/4 33/17
33/24 41/19 41/20 48/10
54/24 63/4 67/6 114/17
114/20 116/18 158/14 159/11
160/16 161/1 161/10 161/15
161/18 161/22 163/2 169/12
184/4 186/1 195/7 196/2
196/6 196/24 291/21 312/23
316/23 317/25 318/2 318/11
330/21 340/11 342/23
**together [14]**   108/20 128/2
216/18 246/11 266/24 269/20
277/19 280/24 289/16 302/7
324/5 324/6 324/7 341/25
**told [60]**   12/3 19/23 41/11
95/25 96/5 120/19 131/20
133/15 145/23 146/7 146/22
153/7 154/16 154/24 155/3
155/21 156/19 156/21 163/12
163/13 184/22 185/1 190/16
190/18 208/17 210/5 215/15
227/18 232/5 238/11 244/13
255/22 275/24 276/1 276/3
276/9 278/17 286/18 292/6
298/5 299/23 301/19 301/20
303/24 305/10 306/19 308/9
310/13 313/9 315/10 315/12
318/3 319/23 320/5 320/6
321/20 322/6 322/8 332/23
333/4
**told they [1]**   155/21
**Toledo [7]**   104/22 105/4
107/12 107/15 131/2 153/9
153/11
**tomorrow [10]**   290/23 317/16
335/24 335/25 336/10 336/14
336/20 336/22 339/3 343/19
**tonight [2]**   236/20 291/19
**too [6]**   157/2 203/2 213/21
228/18 244/4 340/7
**took [30]**   13/19 33/14 34/13
81/5 126/25 201/22 207/15
208/18 230/20 235/9 251/25
253/8 253/16 266/22 276/18
284/12 289/25 292/16 302/6
304/7 304/9 304/12 308/24
309/20 309/21 323/13 323/13
329/20 332/13 341/3
**tool [3]**   43/9 43/12 86/6
**top [17]**   5/24 19/13 21/2
37/22 43/6 51/8 86/2 120/18
219/2 235/5 251/21 253/24
256/24 260/6 261/20 269/19
272/5
**topic [2]**   129/14 292/2
**topics [1]**   231/4
**torso [2]**   224/4 224/4
**total [2]**   100/9 137/10
**totality [7]**   163/17 163/24
165/3 166/2 167/4 167/24
184/10

**touch [4]**   143/18 297/22
313/17 314/2
**touched [1]**   184/18
**toward [1]**   109/13
**towards [8]**   150/7 202/4
202/5 202/6 202/20 203/7
227/15 279/3
**tower [1]**   97/17
**track [1]**   129/21
**tracking [1]**   26/13
**traditional [1]**   76/24
**traffic [5]**   115/18 130/1
136/1 171/21 298/18
**trafficker [110]**   112/14
116/17 116/19 119/6 119/12
119/13 120/1 120/7 121/1
121/14 122/2 123/11 123/18
124/5 124/6 124/9 124/22
125/4 125/18 125/19 126/5
126/18 126/21 127/1 127/1
127/13 127/17 127/18 127/25
128/4 128/5 128/6 131/18
131/19 131/24 132/1 132/5
133/17 134/13 134/20 135/1
135/2 135/25 136/1 136/4
136/14 136/21 136/25 138/2
138/11 138/14 141/3 141/4
145/6 145/20 146/2 146/3
146/3 146/7 146/11 146/13
147/1 150/6 150/10 150/11
150/14 150/16 150/19 150/21
151/3 151/8 151/16 151/19
152/1 152/2 152/3 152/7
152/13 152/15 153/6 154/20
155/7 155/11 155/14 155/15
155/17 156/10 157/10 157/14
162/20 164/23 167/16 169/15
169/21 169/22 169/23 169/25
170/1 170/6 170/9 170/11
172/13 179/3 179/4 179/9
179/10 179/11 179/13 180/22
190/4
**trafficker's [1]**   165/3
**traffickers [32]**   106/5
109/16 109/19 109/23 112/19
112/22 112/25 113/5 121/16
121/19 123/2 123/6 125/12
127/21 128/18 128/19 129/5
131/12 131/13 132/14 133/12
133/25 135/12 135/21 137/17
138/18 145/12 146/19 147/13
148/1 152/8 153/25
**traffickers' [1]**   149/19
**trafficking [106]**   103/15
105/14 106/13 106/20 106/24
107/7 107/17 108/10 108/18
109/8 109/11 109/23 110/6
110/7 110/11 110/15 110/25
111/1 111/3 111/19 111/22
111/24 112/1 112/17 112/21
113/16 114/7 115/2 115/6
115/11 115/12 115/13 115/15
115/20 115/23 115/25 116/3
116/3 116/3 116/8 117/15
126/20 126/25 129/15 129/19
130/7 132/20 135/5 135/16
137/22 148/1 148/9 148/12
149/6 149/9 149/17 150/15

**T**

**trafficking... [49]** 151/10
152/12 152/20 159/1 159/2
159/7 162/13 162/18 163/1
163/11 163/13 164/3 167/2
167/10 167/15 168/14 168/24
169/3 169/9 169/14 170/20
171/2 171/15 171/20 172/2
172/4 172/7 172/15 172/17
172/19 172/25 173/8 173/19
175/24 178/13 178/16 179/6
179/12 179/17 180/15 181/8
184/10 185/14 186/9 186/19
187/11 187/15 189/5 311/15
**trail [2]** 119/15 329/17
**train [1]** 110/10
**training [22]** 21/6 22/3
108/13 108/17 108/18 109/2
109/10 109/13 109/16 109/18
109/22 110/3 110/8 114/17
120/25 147/21 151/2 151/11
151/17 152/19 157/9 258/8
**trainings [2]** 108/15 108/16
**transcript [1]** 344/9
**transfer [3]** 93/10 93/23
94/13
**transferred [8]** 59/17 94/3
94/5 104/22 104/24 105/2
106/16 108/6
**transition [3]** 128/5 147/24
224/20
**translate [1]** 79/19
**trapped [2]** 228/23 228/24
**trauma [4]** 131/24 145/8
150/2 174/14
**travel [9]** 110/9 117/21
145/15 153/7 153/9 160/22
183/12 183/19 298/12
**travels [2]** 117/24 192/1
**treatment [1]** 185/17
**trends [3]** 106/13 108/20
109/8
**triage [1]** 105/25
**trial [14]** 1/10 5/1 8/23
12/8 14/11 17/14 18/2 81/12
89/22 140/19 144/4 163/19
171/8 287/24
**triangles [1]** 79/14
**trick [2]** 117/5 182/20
**tried [5]** 41/1 41/2 163/4
164/12 289/10
**tries [1]** 177/22
**triggers [1]** 156/24
**trimester [2]** 303/16 303/25
**trip [2]** 135/6 140/7
**Tropical [1]** 258/19
**trouble [5]** 156/20 184/23
313/5 318/13 318/15
**truck [2]** 210/14 210/14
**true [4]** 7/21 41/17 113/9
184/4
**truly [2]** 45/3 106/11
**truncates [1]** 57/18
**truth [2]** 320/12 320/13
**truthful [1]** 168/1
**try [20]** 13/5 99/12 123/6
143/18 155/25 162/23 168/23

177/8 180/5 186/12 202/14
219/16 221/25 257/6 257/21
292/4 319/21 329/14 339/13
342/1
**trying [13]** 5/15 65/4 152/13
154/17 169/9 171/14 186/7
206/25 222/3 225/22 257/12
257/17 321/21
**turn [4]** 151/15 167/10
224/12 240/12
**turned [10]** 100/13 134/18
134/18 224/11 225/21 228/24
228/24 327/5 338/7 338/8
**turning [1]** 224/6
**turns [1]** 227/7
**turpitude [3]** 328/25 337/22
337/25
**TV [1]** 207/22
**twice [2]** 110/12 114/10
**two [77]** 5/7 7/1 10/23 15/15
24/1 28/11 43/25 46/2 46/8
52/23 61/25 62/1 62/17 65/7
65/12 68/9 74/11 75/11 81/19
89/23 90/1 91/14 96/2 112/20
125/17 125/18 125/20 128/17
137/6 142/8 143/20 153/10
170/6 175/1 185/4 188/10
188/12 188/25 190/7 194/21
195/5 198/21 199/3 201/4
201/5 232/16 243/3 247/22
248/6 248/20 252/12 258/16
266/7 266/24 272/17 293/6
295/1 297/14 304/16 304/17
304/23 305/7 305/21 305/24
306/14 306/14 307/15 308/8
308/8 310/4 310/17 316/13
323/19 323/21 324/23 341/5
341/24
**two-page [1]** 10/23
**TXXXX [13]** 3/10 14/7 87/1
87/2 87/17 101/10 192/17
192/18 192/21 193/6 193/8
218/12 282/6
**type [15]** 44/21 103/19
125/22 128/20 132/20 132/23
138/9 170/7 175/9 182/14
184/17 185/18 206/23 289/14
330/6
**typed [1]** 5/24
**types [11]** 109/5 110/4
122/10 125/18 125/19 125/20
132/19 138/23 156/1 159/4
175/1
**typical [4]** 40/3 40/4 70/11
126/19
**typically [14]** 20/5 23/21
44/16 44/18 44/19 79/16
116/10 120/25 153/20 154/10
154/12 155/2 157/7 204/6

**U**

**U.S [2]** 5/7 161/16
**Uh [6]** 203/24 246/15 313/16
318/16 319/11 334/23
**Uh-hum [6]** 203/24 246/15
313/16 318/16 319/11 334/23
**ultimate [3]** 146/11 146/13
293/8

**ultimately [7]** 147/11 162/19
288/22 291/5 291/9 324/7
324/16
**Um [18]** 186/21 205/12 206/23
213/4 213/4 214/21 217/1
217/23 252/1 260/11 263/4
275/19 277/6 278/19 308/6
326/17 331/19 331/21
**Um-m-m [18]** 186/21 205/12
206/23 213/4 213/4 214/21
217/1 217/23 252/1 260/11
263/4 275/19 277/6 278/19
308/6 326/17 331/19 331/21
**unable [2]** 81/1 85/25
**unadjusted [2]** 25/3 61/14
**uncomfortable [1]** 176/7
**uncommon [4]** 30/15 36/18
38/13 80/7
**unconventional [1]** 45/21
**uncooperative [8]** 168/14
168/17 168/19 168/20 169/3
169/4 169/6 169/8
**under [55]** 10/17 43/15 43/23
53/13 62/14 85/11 107/15
116/12 131/9 139/12 144/14
149/22 165/2 166/1 166/3
166/19 168/7 169/1 170/2
170/8 170/20 172/3 172/11
173/3 173/4 173/5 173/10
178/9 178/13 179/3 179/4
179/6 181/12 185/1 185/5
186/24 187/3 187/15 190/4
192/2 208/11 219/23 220/4
223/18 223/20 223/21 284/6
285/22 294/16 305/25 306/20
306/22 310/7 327/20 336/22
**undercover [2]** 105/24 111/18
**underlying [1]** 156/3
**Underneath [2]** 50/25 64/20
**underscore [5]** 21/1 21/18
21/19 35/8 86/9
**understand [12]** 10/15 43/21
91/6 97/4 141/1 163/20
171/18 178/13 240/19 287/19
332/18 333/14
**understanding [8]** 27/12
27/14 53/4 92/2 162/10 164/4
178/21 196/18
**understands [1]** 220/4
**understood [4]** 66/11 91/8
91/18 341/17
**undertones [1]** 175/13
**underwear [2]** 266/2 272/4
**unfortunately [2]** 123/17
136/13
**unique [2]** 17/6 45/21
**unit [3]** 103/7 103/9 109/3
**UNITED [17]** 1/1 1/4 1/11
1/15 104/3 110/21 124/2
191/2 255/10 300/7 300/18
301/3 307/14 307/16 307/16
307/17 307/23
**Universal [1]** 24/22
**University [2]** 236/13 236/14
**unless [8]** 4/23 6/10 8/15
13/21 15/5 166/18 179/5
212/17
**unlike [1]** 93/25

**U**

**unstable [1]**  122/10
**until [27]**  4/21 5/17 8/19
 9/5 12/9 105/19 107/10 108/6
 130/3 139/7 140/19 157/8
 202/14 204/9 212/2 217/8
 225/19 228/23 238/12 241/17
 289/21 292/3 336/22 336/24
 337/17 339/3 344/3
**unusual [5]**  40/2 157/10
 157/13 157/16 157/20
**up [112]**  4/11 6/25 8/22 9/3
 9/12 14/23 19/5 21/2 21/10
 23/15 24/15 32/13 34/13 37/2
 37/13 39/8 39/18 40/1 40/8
 40/11 42/24 44/4 44/5 55/20
 60/19 61/11 61/25 62/1 64/22
 70/3 76/8 76/19 90/12 90/12
 91/7 92/4 93/16 94/8 94/9
 106/12 109/7 112/21 117/1
 119/3 120/3 123/4 124/18
 135/23 136/23 141/11 142/24
 143/21 176/12 187/17 191/20
 191/22 191/22 197/4 201/13
 203/11 205/25 206/25 207/2
 211/8 214/5 216/21 218/15
 219/1 220/14 221/15 223/2
 223/4 223/5 223/6 224/6
 224/11 224/12 225/21 227/21
 228/23 236/25 240/12 240/24
 246/11 250/11 257/5 258/16
 258/21 279/9 279/10 284/23
 289/6 290/22 293/13 303/3
 305/14 306/24 318/11 321/2
 321/5 324/7 324/16 331/16
 334/12 335/25 337/20 339/1
 343/6 343/15 343/16 343/19
 344/1
**update [2]**  45/5 45/6
**uploaded [1]**  230/21
**upon [2]**  50/1 220/25
**upset [5]**  203/25 204/6 210/7
 210/8 224/3
**upside [1]**  224/16
**ur [1]**  235/24
**url [1]**  26/13
**url's [2]**  70/10 70/20
**us [65]**  8/15 9/8 12/8 17/4
 19/23 21/7 29/21 35/15 41/11
 46/13 51/10 67/25 96/5 98/17
 103/11 104/11 105/11 110/3
 111/8 114/18 121/21 145/19
 162/22 169/1 174/5 174/12
 174/23 178/15 178/17 181/12
 184/4 190/16 190/18 190/25
 193/5 204/15 205/16 207/19
 208/15 212/17 213/7 215/15
 221/1 222/13 223/15 224/1
 225/13 232/3 238/11 244/9
 247/16 247/18 252/9 270/13
 273/21 278/17 280/11 285/8
 301/19 308/9 315/7 315/10
 315/12 318/3 339/24
**USB [4]**  39/13 40/3 40/4
 40/16
**use [60]**  12/8 23/9 23/13
 37/13 38/15 40/8 40/23 41/1

41/2 59/13 79/24 91/12 93/7
 93/16 99/5 103/5 112/22
 116/17 118/6 124/5 125/12
 126/12 126/12 127/21 128/18
 128/19 129/5 131/13 131/21
 133/25 134/11 136/11 146/19
 147/4 157/10 162/10 162/12
 163/4 164/9 164/15 169/13
 170/8 170/9 172/13 174/8
 175/8 179/5 179/6 179/17
 191/1 212/3 223/11 223/13
 223/24 226/10 226/12 248/23
 263/13 282/11 287/2
**used [40]**  61/1 95/23 98/23
 100/6 113/16 116/24 117/12
 123/3 128/3 130/5 137/16
 162/6 163/7 163/15 169/12
 170/7 170/11 171/15 171/16
 174/2 175/16 175/23 176/13
 179/14 183/16 191/21 222/19
 230/20 230/23 231/11 236/2
 248/22 264/25 265/7 266/5
 270/18 286/25 294/15 295/10
 295/13
**user [33]**  19/16 21/9 21/24
 22/6 22/7 23/20 23/21 23/23
 28/8 30/4 30/7 35/16 35/18
 37/13 37/22 38/1 39/17 39/25
 40/7 46/1 47/18 47/22 52/19
 58/13 59/8 61/1 66/5 76/9
 77/16 94/12 96/8 96/14 97/3
**user's [2]**  46/2 46/8
**uses [5]**  59/10 125/23 125/25
 131/18 183/8
**using [21]**  59/9 59/15 66/5
 80/2 93/18 96/21 98/4 99/1
 99/9 131/16 169/21 171/9
 172/12 175/13 175/25 176/9
 179/21 179/22 281/11 287/20
 287/23
**usual [1]**  157/16
**usually [11]**  22/7 129/20
 130/16 130/20 146/10 154/24
 157/8 172/17 172/21 173/1
 187/11
**UTC [2]**  24/21 25/1

**V**

**vaginally [1]**  128/9
**vague [1]**  280/16
**value [2]**  53/18 190/20
**variety [1]**  45/2
**various [2]**  103/14 146/19
**vary [2]**  112/8 118/19
**vehicles [2]**  154/1 245/11
**veiled [1]**  130/15
**venues [3]**  110/4 129/16
 131/5
**verbal [2]**  151/13 227/14
**verbally [2]**  202/6 202/20
**verified [1]**  81/13
**verify [1]**  84/21
**vernacular [14]**  116/24 117/1
 118/19 119/19 125/21 134/19
 153/4 175/5 175/15 175/22
 175/23 176/18 176/20 191/4
**version [1]**  236/6
**versus [6]**  118/22 118/23

123/19 137/25 161/8 179/4
**very [54]**  5/21 9/8 22/8 24/4
 26/15 30/16 35/21 59/24
 66/19 75/2 79/21 88/23 102/4
 112/18 122/18 122/21 124/13
 124/17 126/8 131/25 132/1
 132/1 133/18 136/10 137/3
 138/15 138/15 138/15 150/4
 151/15 151/15 151/22 151/22
 151/24 155/12 155/12 157/2
 169/8 192/13 205/10 216/11
 252/11 262/2 269/10 269/24
 271/10 323/18 324/9 324/9
 328/16 331/21 336/7 341/5
 341/20
**vetted [1]**  164/19
**via [1]**  130/1
**vicarious [2]**  132/10 133/8
**victim [116]**  117/15 118/16
 124/10 124/13 124/16 125/23
 125/24 126/16 126/17 126/19
 126/21 126/23 126/24 127/2
 127/18 128/4 128/21 131/18
 131/20 131/24 132/1 132/2
 132/5 132/9 132/12 133/16
 133/20 134/13 134/17 135/5
 135/5 135/12 135/17 135/25
 136/1 136/3 136/9 136/14
 136/23 138/14 146/3 146/24
 146/25 147/2 147/6 148/13
 149/17 149/21 150/5 150/7
 150/11 150/17 150/18 151/3
 151/5 151/16 152/20 153/20
 153/21 155/2 155/5 155/7
 155/8 157/5 157/17 162/7
 162/7 162/7 162/11 162/12
 163/4 163/5 163/7 163/10
 163/12 163/15 163/16 163/21
 163/21 164/13 164/13 164/14
 164/15 164/17 164/17 164/18
 164/23 164/25 165/9 165/16
 165/23 166/4 167/2 167/9
 167/11 167/14 167/15 167/18
 167/19 168/2 168/3 168/4
 168/9 168/10 176/25 181/7
 185/21 186/15 186/9 186/18
 187/10 189/15 189/25 190/8
 190/9 316/12
**victim's [5]**  125/14 145/12
 148/2 148/9 148/20
**victimization [1]**  133/8
**victimizations [1]**  132/11
**victimize [1]**  123/19
**victims [88]**  6/21 7/2 14/23
 106/1 108/17 109/11 109/13
 109/15 109/23 111/19 112/17
 112/19 119/6 120/2 120/4
 121/17 121/18 122/5 122/7
 122/8 122/9 122/12 122/13
 122/18 124/6 126/7 128/8
 128/9 128/13 128/25 128/25
 129/6 129/6 129/9 129/11
 129/12 133/12 134/10 134/12
 135/22 136/6 137/4 138/22
 146/20 146/22 147/14 147/25
 148/17 148/18 150/13 151/18
 151/25 152/6 152/7 152/11
 152/17 153/14 153/17 154/15

## V

victims... **[29]**   154/16
154/20 154/21 155/13 155/15
156/6 156/8 156/12 157/11
157/13 157/16 160/7 162/4
162/13 162/18 163/1 163/13
164/1 164/3 164/8 164/9
168/14 169/2 178/15 180/15
187/14 188/10 188/18 188/19
video **[10]**   9/11 54/7 72/9
72/11 72/13 72/14 72/24
287/9 287/22 289/2
videos **[26]**   22/4 36/20 38/12
38/21 40/11 49/15 50/16
53/11 53/14 53/17 53/22 54/2
54/5 54/9 54/11 59/5 59/12
59/16 71/7 71/17 71/6 72/10
72/21 72/25 73/6 73/10
view **[5]**   9/7 9/22 125/18
196/20 336/10
viewed **[2]**   10/19 19/21
viewing **[1]**   293/11
violation **[5]**   105/6 158/23
167/12 187/15 312/16
violence **[25]**   113/16 113/18
121/11 121/11 125/25 128/11
132/4 136/12 138/8 151/12
182/20 187/23 203/7 204/6
222/10 224/17 227/4 227/5
227/14 228/3 228/5 228/5
229/10 240/17 249/7
violent **[8]**   105/7 107/17
126/9 137/8 202/20 220/25
250/15 279/3
Virgin **[3]**   307/12 307/14
307/22
Virginia **[1]**   103/10
visit **[3]**   29/14 145/24
301/20
visited **[1]**   26/12
Voice **[1]**   38/23
void **[2]**   127/2 135/9
voir **[2]**   263/18 263/22
volition **[3]**   191/24 192/2
192/5
VOLUME **[1]**   1/12
voluntarily **[4]**   178/18
178/25 180/16 276/16
vulgar **[1]**   119/15
vulnerabilities **[4]**   124/20
151/8 177/21 177/25
vulnerability **[4]**   122/25
124/2 125/15 136/3
vulnerable **[3]**   122/16 122/16
123/7

## W

wa **[2]**   284/16 284/20
wad **[1]**   245/24
wait **[8]**   86/8 204/9 209/4
225/19 245/8 321/4 337/16
337/19
waiting **[4]**   210/11 245/7
245/7 338/11
wake **[2]**   223/2 318/11
Walgreen's **[5]**   328/9 328/13
328/16 329/6 331/8

Walgreens **[7]**   200/23 201/3
203/11 259/6 337/21 337/24
338/14
walk **[5]**   136/17 149/18 245/8
325/24 326/1
walked **[3]**   19/5 124/20
213/11
walking **[1]**   124/9
wall **[3]**   137/24 224/16
226/12
wallets **[1]**   165/6
want **[139]**   4/14 9/24 10/12
12/1 12/24 13/7 15/1 15/20
16/9 20/24 23/14 23/15 26/17
28/14 33/7 34/21 35/24 36/15
40/10 41/7 43/5 45/13 46/17
47/25 51/19 52/13 56/5 60/18
65/20 68/25 83/20 87/15 88/5
90/17 91/10 93/10 94/13 96/9
97/8 97/11 125/24 132/14
137/6 141/21 141/25 143/20
144/1 151/3 152/11 152/15
163/20 167/23 169/11 170/5
171/11 174/10 180/7 180/9
180/21 183/25 184/5 184/14
185/5 185/8 185/19 188/20
188/21 189/25 190/12 191/4
196/20 196/25 197/3 200/18
205/3 213/5 220/3 220/13
225/16 233/9 233/22 234/15
235/25 247/21 248/19 249/12
250/2 250/25 252/12 253/23
259/14 260/24 263/7 265/4
265/13 266/7 267/14 269/11
270/4 272/8 272/17 282/14
283/19 283/19 285/22 286/1
286/8 289/3 289/5 289/24
290/3 290/4 290/18 291/3
291/17 292/16 297/22 303/7
304/4 306/22 306/24 309/11
314/16 317/17 317/24 327/21
330/23 333/14 335/17 335/21
336/9 337/19 337/20 337/23
338/17 341/10 341/14 342/10
342/10
wanted **[15]**   4/13 29/12 90/8
130/22 220/24 227/18 255/22
262/15 314/2 314/9 314/23
334/10 334/11 334/12 338/23
wanting **[1]**   154/4
wants **[13]**   13/21 15/17 39/17
120/1 132/5 136/21 141/2
141/17 180/10 247/17 281/23
339/3 341/8
warrants **[1]**   147/16
was **[506]**
wasn't **[16]**   88/23 163/11
217/3 235/1 243/14 243/17
257/16 307/5 314/25 320/18
323/25 324/1 325/3 332/3
332/10 333/25
watched **[1]**   146/22
watches **[1]**   154/25
water **[2]**   4/6 222/14
way **[43]**   5/22 9/9 21/25
29/12 35/4 35/19 40/17 41/3
41/5 45/23 65/2 71/1 79/15
90/16 93/14 93/21 93/25 96/6

138/6 145/9 161/9 174/18
179/22 180/4 181/16 181/16
184/13 221/7 227/8 227/20
237/21 244/12 280/14 280/22
281/24 281/24 291/24 298/14
301/17 304/6 305/18 328/5
335/16
ways **[7]**   99/14 131/2 133/25
134/3 146/22 207/1 258/16
we **[386]**
we'd **[1]**   239/24
we'll **[3]**   19/20 114/5 285/18
we've **[1]**   127/20
weakness **[2]**   125/15 125/16
weaknesses **[1]**   151/8
wear **[4]**   131/20 174/6 174/13
241/1
wearing **[2]**   266/2 272/4
web **[16]**   26/7 26/9 26/13
28/16 28/19 29/10 29/11 60/5
60/13 60/14 61/1 61/3 70/8
97/20 99/18 99/18
website **[9]**   26/11 29/12
29/14 29/19 29/20 30/15
229/21 229/25 265/8
websites **[11]**   19/18 26/12
28/17 70/12 130/3 130/4
130/8 263/14 264/9 265/19
265/20
Wednesday **[2]**   140/23 291/22
week **[8]**   6/15 213/8 213/9
213/25 296/11 296/15 305/7
344/4
weeks **[9]**   153/10 201/4 201/5
232/16 304/16 304/17 304/23
305/7 305/21
weigh **[1]**   155/20
Welcome **[6]**   15/23 92/11
145/1 145/3 220/19 292/14
well **[60]**   7/17 12/14 14/1
32/3 46/14 56/7 56/11 69/21
70/5 80/6 86/24 98/13 104/19
108/18 109/15 118/24 147/10
161/10 162/8 167/13 170/4
175/3 175/25 176/11 178/16
178/22 179/5 182/7 186/2
187/4 217/1 217/23 222/16
228/23 243/15 246/10 249/7
262/17 272/15 274/10 281/1
287/10 295/23 295/24 296/2
301/13 302/5 310/19 320/22
321/16 322/4 323/15 324/18
327/24 329/25 331/20 332/19
334/2 338/10 343/13
went **[47]**   12/15 12/15 17/14
28/17 97/23 98/12 140/13
198/25 201/22 203/18 203/20
209/1 209/6 210/20 210/20
213/4 216/19 221/2 221/20
225/21 229/12 245/13 245/14
246/22 253/18 254/12 257/11
258/14 258/22 275/25 278/24
288/12 297/25 298/19 299/11
301/19 302/3 302/9 304/23
305/7 322/14 330/24 330/25
331/3 331/10 331/12 342/22
were **[324]**   4/11 6/15 8/4
8/12 8/18 10/6 12/19 12/19

**W**

**were... [316]**  12/20 12/22
18/16 20/9 27/15 28/19 28/24
29/1 29/11 32/3 32/17 34/19
40/20 41/10 41/11 41/20
41/21 46/8 47/4 47/6 48/24
49/15 50/7 51/2 51/17 51/17
53/11 53/15 53/17 53/17
55/10 56/18 57/23 58/19
58/20 63/17 64/6 65/7 67/16
68/22 69/20 72/22 73/6 73/17
73/23 74/21 74/23 75/22 77/5
77/7 77/9 78/22 80/1 80/5
81/14 84/6 85/13 86/23 88/1
88/10 88/13 88/20 88/21
88/25 89/6 90/13 91/14 91/15
94/20 94/23 95/4 95/8 95/8
95/12 95/20 95/21 96/5 97/20
98/17 99/24 100/2 100/4
100/7 100/9 100/10 100/12
100/13 100/19 100/19 100/22
101/3 101/3 101/7 105/5
107/6 107/9 107/16 108/5
114/12 115/18 119/6 123/4
123/5 144/23 145/6 145/6
145/10 145/10 153/13 161/18
161/18 163/3 164/1 172/19
173/3 174/23 181/12 186/24
187/13 187/14 187/14 187/19
188/10 188/19 194/25 195/15
195/17 195/19 196/7 198/12
199/6 199/9 199/22 200/4
200/5 201/7 204/4 204/5
207/24 208/4 208/11 208/13
211/23 211/24 212/6 212/7
213/2 213/5 213/11 213/12
213/15 213/25 214/1 215/9
216/13 216/18 216/23 216/23
216/25 217/12 217/15 217/15
217/18 220/25 221/1 221/25
222/10 222/16 224/5 226/3
226/15 226/16 226/18 226/19
226/21 227/23 230/7 230/25
232/4 232/14 234/16 236/10
236/16 238/12 238/18 238/18
239/20 239/25 240/3 240/3
242/2 245/6 245/10 248/2
249/9 250/9 250/10 250/11
250/15 250/18 251/19 254/11
254/20 255/14 256/7 256/22
256/24 257/20 259/11 260/15
260/20 261/17 263/24 266/19
266/20 267/5 270/25 275/5
275/9 275/11 275/13 277/19
277/19 278/6 279/9 280/3
284/6 286/5 286/9 293/10
293/12 293/25 294/2 294/3
294/15 294/24 296/12 296/16
296/17 297/2 299/9 299/17
299/19 300/9 300/11 300/14
300/18 300/19 302/11 302/22
302/25 303/3 303/19 303/21
303/25 305/9 305/12 305/12
305/13 305/21 305/25 306/3
306/7 307/7 307/7 307/8
308/3 308/22 310/17 310/20
310/21 311/6 312/7 312/11

312/13 312/19 313/3 313/15
314/23 314/25 316/11 319/5
319/12 319/13 319/15 320/5
320/6 320/10 320/14 320/21
320/25 321/22 321/25 322/4
322/10 322/17 322/19 324/9
324/9 324/11 325/3 325/5
325/8 325/12 326/22 326/25
327/3 329/5 330/18 331/14
331/21 332/5 334/3 334/21
334/24 341/24

**weren't [13]**  88/19 88/20
90/12 146/23 216/24 264/5
302/7 308/20 317/16 324/5
324/6 328/6 331/22

**WEST [6]**  1/2 1/7 1/17 1/23
2/3 29/22

**Western [1]**  114/14

**what [497]**

**whatever [15]**  41/24 76/17
94/8 100/25 127/1 127/2
155/16 161/3 162/1 187/17
224/15 231/14 239/2 240/25
308/23

**WhatsApp [12]**  37/12 37/14
37/15 38/6 38/10 38/21 95/25
282/5 282/11 283/12 292/22
293/19

**whatsoever [1]**  287/18

**when [264]**  5/9 5/25 6/15 9/1
13/14 14/21 16/6 20/4 21/13
22/3 26/11 26/14 26/23 28/4
28/6 29/1 30/9 35/10 35/13
37/13 37/21 38/9 40/6 41/2
44/16 44/18 44/24 46/2 48/5
49/25 50/18 51/13 51/19
52/10 52/21 53/14 54/20
57/16 58/13 58/19 59/10
59/14 59/18 61/3 66/2 78/1
81/1 90/1 90/10 90/22 92/3
92/4 94/7 94/20 94/23 95/11
95/19 95/24 99/8 100/6
100/15 100/18 104/5 104/24
105/20 107/9 108/10 108/24
111/16 112/11 116/2 120/20
121/25 122/17 126/6 131/20
131/21 135/15 135/15 135/22
135/23 136/14 136/22 138/14
139/2 142/17 147/6 147/7
147/22 151/7 152/8 152/8
153/12 154/23 156/9 157/5
160/22 161/23 162/24 163/20
164/2 165/16 165/25 166/1
166/6 166/12 166/20 167/10
167/18 168/2 168/10 169/21
169/25 170/5 170/9 172/13
174/18 175/8 179/2 180/21
180/21 182/19 183/11 185/1
185/2 186/5 186/9 186/18
187/10 190/18 195/15 195/17
195/25 196/7 196/7 198/12
199/22 200/4 201/11 203/14
205/11 205/19 205/21 206/13
207/18 207/24 208/4 209/4
209/21 211/23 212/12 213/11
213/25 214/13 215/2 216/5
216/18 216/23 216/23 216/24
217/18 217/24 218/16 219/12

220/24 221/2 221/4 221/25
223/4 224/9 225/22 226/3
226/19 227/25 228/3 232/22
233/1 233/4 236/4 237/22
238/18 239/19 242/9 244/10
244/11 244/11 244/13 245/1
245/6 246/10 247/10 248/17
250/7 253/18 254/11 254/18
255/10 257/20 261/2 262/20
263/24 266/16 274/6 274/7
274/19 275/5 275/18 276/11
276/23 276/25 277/2 279/14
280/22 281/15 281/17 289/19
289/25 296/5 296/16 298/20
298/21 299/11 300/9 300/18
301/3 301/25 302/9 303/19
305/2 305/9 306/19 308/22
309/15 310/13 311/14 312/19
313/3 318/10 318/17 318/18
320/15 320/18 320/22 322/10
322/25 324/9 324/20 325/5
325/8 326/12 326/22 326/25
327/3 328/5 329/17 330/5
331/14 331/18 334/3 335/4
335/7 335/18 335/22 341/9

**whenever [1]**  105/11

**where [144]**  7/11 11/2 13/25
14/5 14/20 17/15 19/13 37/19
45/18 46/10 59/8 61/19 61/22
79/6 83/11 86/11 91/17
104/16 104/21 107/11 108/19
113/16 115/13 118/1 118/5
120/8 120/13 126/5 127/18
127/23 128/1 129/22 130/9
130/13 131/5 131/20 131/21
133/17 133/23 134/8 135/21
136/1 141/16 143/19 145/8
149/21 150/9 150/10 151/23
151/25 152/5 152/10 153/4
155/5 155/24 162/8 164/23
169/20 182/4 185/23 185/24
187/13 188/10 188/18 188/25
189/12 189/14 190/6 190/19
194/4 195/19 195/21 195/25
198/18 201/22 203/10 204/15
207/20 208/19 209/25 210/19
212/10 215/22 216/25 217/15
218/25 224/5 231/3 231/21
232/12 232/14 232/20 232/23
232/24 232/25 236/12 236/16
239/10 239/12 239/23 241/11
244/10 244/16 244/21 245/18
246/5 247/5 249/1 250/9
250/10 251/7 252/20 253/14
254/16 258/17 260/6 261/15
261/17 261/20 263/3 266/20
266/22 269/19 270/25 273/22
274/8 275/5 275/7 275/9
275/25 280/3 281/8 285/13
299/3 307/10 309/23 314/23
325/24 326/1 326/4 326/7
326/7 326/7 344/4

**Whereas [1]**  118/22

**Whereupon [19]**  18/16 27/15
32/17 34/18 42/17 47/14
48/24 50/7 55/10 63/17 67/16
68/22 75/22 78/22 82/2 85/12
87/13 88/1 144/23

**W**

wherever [4]   216/23 256/21
281/13 283/7
whether [25]   6/20 8/23 10/2
10/12 15/9 15/13 25/4 25/22
35/15 59/14 81/2 147/6 147/6
160/22 162/24 163/7 163/16
188/21 188/23 230/22 271/20
274/22 338/11 338/23 339/7
which [33]   5/8 11/23 19/1
21/20 43/10 52/7 52/7 53/5
61/1 70/10 84/2 91/6 93/10
127/17 129/21 137/12 138/2
159/20 171/20 175/4 176/10
176/22 179/7 191/5 191/8
203/13 206/4 226/21 251/12
270/8 287/23 330/22 343/22
while [22]   106/12 122/19
123/5 151/18 187/1 223/16
239/20 239/25 240/3 247/12
254/20 259/8 278/25 284/6
285/23 302/11 302/25 303/2
303/25 319/12 322/16 329/5
white [1]   79/14
who [117]   4/23 4/24 5/16
5/25 6/10 6/12 6/21 7/12
7/18 8/1 23/2 32/14 73/20
81/5 81/5 91/2 98/2 98/4
98/10 98/14 98/20 99/1 99/1
99/9 99/12 99/12 120/8
120/11 120/20 122/8 124/1
124/10 125/1 125/25 136/7
138/24 142/15 145/22 145/23
146/25 153/11 154/25 155/15
159/6 166/7 169/17 171/5
172/7 172/9 177/6 177/12
177/18 177/20 178/16 178/18
178/19 179/3 180/10 180/15
180/19 181/10 182/11 182/16
185/5 187/6 187/19 192/7
197/9 209/11 228/11 230/7
231/17 235/25 238/21 241/1
244/24 248/15 249/13 251/25
253/8 253/16 255/22 256/16
258/21 258/25 259/2 259/11
259/25 261/9 263/10 265/16
266/14 267/19 268/9 269/12
272/8 272/20 278/4 283/17
284/4 286/18 287/7 287/7
289/2 296/23 298/4 313/20
315/2 321/11 321/13 321/18
341/2 342/17 343/5 343/6
343/16 343/20
who's [1]   235/23
whoever [2]   54/6 187/17
whole [10]   12/16 40/9 94/10
121/13 138/15 153/11 156/13
175/18 269/19 312/22
whom [10]   7/17 8/9 9/2 91/14
92/3 216/1 288/15 291/12
342/9 342/10
whose [5]   5/10 231/7 233/16
249/15 257/23
why [98]   5/9 6/1 8/24 8/25
10/2 10/14 11/20 14/16 45/2
47/16 47/17 51/10 54/2 57/1
80/5 80/13 85/23 111/20

123/7 123/23 124/20 129/8
132/7 132/14 136/11 136/12
136/24 137/17 137/18 143/8
147/17 147/25 149/17 149/19
151/21 155/18 163/4 163/8
175/16 180/3 190/13 195/2
200/8 201/25 206/22 217/21
218/5 222/3 222/4 228/1
228/4 229/5 240/10 242/19
247/14 250/18 252/4 253/12
256/1 256/10 256/15 256/19
257/10 258/1 263/12 264/7
265/11 265/18 271/18 273/16
281/20 285/14 285/15 289/5
298/9 302/2 302/19 304/17
306/18 306/22 310/15 310/16
312/15 312/25 317/1 317/14
320/14 320/15 320/16 320/21
320/25 321/1 330/24 330/25
337/21 337/24 338/13 340/23
Wickr [5]   96/2 96/5 96/18
96/21 97/3
wife [2]   120/18 343/18
will [210]   6/18 6/21 6/23
8/18 9/3 10/10 10/13 11/9
14/2 14/2 14/6 14/18 15/5
15/7 15/16 16/13 17/17 19/21
21/5 31/25 32/14 34/11 44/4
53/20 57/9 60/7 74/5 82/15
82/18 89/5 89/8 89/9 89/11
89/20 90/3 90/6 91/4 92/9
107/23 111/10 113/15 117/21
118/2 118/7 118/16 119/25
120/2 120/3 120/20 120/24
121/3 121/5 121/15 123/12
124/12 125/20 126/3 126/12
126/12 127/2 127/10 127/18
127/18 128/24 129/2 130/12
130/13 131/6 131/19 133/9
134/3 134/4 134/5 134/20
134/23 134/23 134/24 135/9
137/4 137/5 137/22 138/11
138/12 138/21 138/22 138/23
139/5 139/7 139/13 139/15
141/9 141/19 141/20 143/17
143/21 143/23 143/24 143/25
144/1 144/16 144/20 144/22
145/20 146/3 146/11 146/19
147/23 148/20 150/11 152/16
152/18 154/18 156/11 157/7
165/2 165/4 165/4 173/24
174/8 177/23 183/11 184/23
186/7 186/11 196/22 197/5
203/22 204/9 205/4 208/8
219/16 219/18 219/25 220/2
220/14 224/9 224/10 224/23
225/16 226/14 227/19 227/20
228/10 234/4 234/20 235/18
241/21 242/7 246/12 255/12
264/18 267/7 274/3 280/13
280/18 283/4 285/18 285/19
286/2 286/23 286/24 287/7
288/5 288/7 288/12 288/16
288/17 289/1 289/21 290/19
290/22 291/7 291/19 291/20
291/24 292/1 292/4 292/14
293/12 293/15 307/9 314/12
314/17 315/18 323/19 327/11

329/2 329/18 330/3 333/15
335/16 335/23 336/21 337/6
337/11 338/16 339/1 339/3
339/24 339/25 341/4 342/4
342/8 342/15 343/11 343/16
343/16 343/24 343/25 344/1
WILLIAMS [87]   1/7 69/18
141/16 195/9 195/12 196/4
197/10 197/11 197/12 197/20
197/22 197/24 198/1 198/3
198/4 198/5 198/7 198/9
199/16 200/9 202/3 202/22
215/2 215/9 217/16 222/14
223/16 223/24 224/2 227/2
227/14 227/23 229/3 230/5
230/20 236/17 238/22 239/6
243/4 244/19 244/25 246/22
247/12 249/5 257/13 257/14
257/17 257/24 258/14 258/18
260/14 270/2 271/1 274/9
274/16 278/9 280/23 281/2
282/1 284/7 284/10 285/9
286/16 309/25 313/4 314/25
316/24 317/24 320/7 320/9
321/2 321/5 321/7 321/15
321/18 322/25 323/5 323/8
324/20 325/7 325/8 325/18
326/8 326/9 327/4 331/20
333/5
Williams' [4]   223/10 227/5
243/11 326/16
willing [4]   111/23 121/5
156/6 206/7
window [1]   203/20
Winn [3]   219/1 221/2 222/3
Winn-Dixie [3]   219/1 221/2
222/3
winter [1]   327/1
wireless [1]   59/17
wise [1]   89/17
wish [1]   336/19
wishes [2]   251/10 293/5
withdraw [3]   335/2 338/1
338/13
Withdrawn [2]   83/14 212/21
withheld [1]   136/15
withholding [3]   127/11
127/12 133/5
within [24]   20/25 33/20
36/22 43/17 45/18 54/8 55/2
71/16 75/11 77/7 79/3 103/7
112/21 113/6 116/24 125/21
128/25 129/11 129/19 129/22
157/1 165/8 183/16 202/1
without [23]   22/17 22/19
32/9 32/12 41/12 47/13 56/12
62/12 66/6 67/24 78/21 87/12
98/15 99/1 120/14 144/17
147/19 180/5 182/5 183/20
194/20 226/6 340/4
witness [134]   4/5 4/16 4/21
4/23 5/17 6/2 6/20 7/4 7/8
7/8 7/10 7/16 7/18 7/19 8/6
8/18 9/3 9/12 9/17 9/21 9/24
10/1 10/5 10/7 10/10 10/17
10/19 11/3 11/7 11/9 11/17
13/1 13/14 14/2 14/2 14/12
14/22 15/9 15/10 15/25 16/11

## W

**witness... [93]**   16/14 39/9
50/1 55/21 55/24 65/17 65/19
74/6 89/4 89/15 91/25 92/3
92/12 92/14 102/4 102/6
102/10 115/2 115/5 137/19
138/5 139/12 139/19 139/22
142/4 142/15 142/25 143/5
143/10 148/24 165/12 173/18
173/25 180/4 180/7 192/15
192/18 196/15 196/21 202/9
204/17 219/23 220/21 233/10
235/12 235/16 263/18 268/24
277/19 277/21 277/23 279/3
280/18 286/2 286/4 286/7
286/8 286/23 287/2 287/7
287/16 288/14 288/15 288/17
288/20 288/21 288/23 288/24
289/1 289/4 289/7 290/7
290/9 290/19 291/7 291/12
292/15 292/17 315/17 317/10
327/17 335/14 336/21 337/17
338/3 338/22 340/13 340/22
341/5 341/9 341/11 342/17
343/19
**witness' [2]**   148/15 149/12
**witnesses [17]**   7/1 8/9 9/2
10/11 13/9 32/14 91/14
142/24 143/16 160/10 220/11
220/13 286/24 336/17 340/23
342/9 342/16
**woke [2]**   223/4 223/5
**woman [9]**   95/15 101/10 137/9
137/10 191/22 207/22 313/17
323/23 323/25
**women [13]**   4/24 6/8 6/12
11/13 29/22 74/11 95/23
118/25 132/15 191/18 229/21
310/4 324/1
**won't [10]**   9/5 9/12 10/8
15/6 29/24 73/25 132/2
286/24 336/9 343/23
**wonder [1]**   136/24
**wonderful [1]**   135/14
**word [13]**   62/15 128/3 153/16
162/6 164/25 170/11 172/13
175/8 191/5 191/15 295/10
295/13 339/1
**words [6]**   125/23 175/23
200/10 203/10 225/18 260/12
**work [27]**   13/25 41/4 105/18
110/22 111/17 118/18 130/11
131/1 153/14 182/12 182/22
186/11 194/2 210/5 216/19
218/22 218/25 225/2 227/3
239/25 242/17 243/2 305/22
309/22 330/6 336/14 336/14
**worked [12]**   104/5 104/17
105/6 113/16 162/17 194/6
298/6 298/8 302/4 302/14
314/19 330/5
**workers [1]**   159/1
**working [38]**   13/3 119/1
132/15 153/5 155/9 158/16
158/23 160/21 162/25 164/1
164/2 182/14 201/3 201/7
213/25 214/14 219/2 219/4
219/5 227/9 230/8 239/25
240/7 240/7 240/9 250/15
261/24 294/8 297/3 297/10
313/3 321/25 322/4 329/5
331/12 331/14 333/23 334/3
**works [5]**   97/5 128/20 128/22
128/23 229/20
**world [6]**   111/11 123/24
134/9 138/15 145/17 152/12
**would [386]**
**wouldn't [17]**   4/22 8/11
14/15 133/18 161/6 163/10
163/12 179/23 185/19 188/20
189/6 189/16 220/11 224/10
229/5 340/7 343/3
**write [3]**   41/2 67/25 314/24
**written [3]**   15/19 151/25
291/16
**wrong [5]**   20/25 93/20 327/10
327/13 327/14
**wrote [3]**   5/25 236/21 341/23

## X

**XX [2]**   269/7 269/8
**XXXX [5]**   193/19 269/7 269/7
269/8 269/8
**XXXX XX [2]**   269/7 269/8

## Y

**Yahoo [2]**   30/4 30/6
**Ye [1]**   284/15
**Yeah [1]**   236/9
**year [19]**   21/16 108/23
195/11 200/2 205/16 209/19
213/4 228/23 254/9 261/3
277/5 310/24 312/1 318/13
320/18 326/24 330/15 330/16
331/10
**years [30]**   157/9 158/16
163/25 190/8 194/7 194/11
198/12 209/13 211/24 215/13
238/16 245/10 294/6 295/5
306/14 306/14 308/8 308/8
313/8 313/9 318/4 318/8
319/5 319/9 319/10 322/16
325/8 330/12 330/14 333/1
**yelling [1]**   305/16
**yes [910]**
**yesterday [16]**   6/5 9/9 10/23
13/1 16/6 32/2 33/9 33/14
40/19 41/11 58/16 67/25 83/9
90/10 95/24 236/8
**yesterday's [2]**   141/25 142/2
**yet [4]**   12/5 83/3 179/22
343/20
**ylax80 [1]**   66/13
**York [17]**   153/8 153/9 255/19
255/22 256/5 257/5 257/10
257/11 301/19 301/23 302/2
302/9 302/25 303/19 304/6
305/24 306/19
**you [2043]**
**you'd [1]**   244/21
**you're [3]**   108/7 124/13
134/22
**you've [1]**   142/12
**young [5]**   64/25 95/12 95/19
95/23 229/21

**your [287]**   4/2 4/11 4/13
5/13 9/1 9/6 11/5 12/4 12/23
15/24 16/11 19/4 20/18 21/6
22/3 22/14 24/18 26/16 27/13
30/14 31/24 33/12 34/22 36/4
36/25 40/9 40/10 42/4 47/9
47/12 49/10 50/5 55/17 59/24
60/2 63/11 63/13 63/20 64/13
67/12 69/2 69/7 70/15 71/18
74/4 74/19 75/6 78/18 78/20
79/3 80/2 82/15 83/13 89/3
89/6 89/18 89/25 90/5 91/18
99/21 100/6 102/6 102/12
102/12 102/16 102/21 103/11
104/7 104/13 105/5 107/24
108/3 108/10 110/1 111/25
114/7 114/20 114/21 120/25
121/17 123/14 125/7 131/12
132/3 132/19 134/21 134/24
134/25 139/13 139/14 139/25
141/1 141/24 142/13 142/14
142/21 145/2 145/3 147/13
147/18 150/23 151/2 151/11
151/17 152/19 156/16 157/9
158/14 158/18 158/20 158/24
159/17 161/1 161/10 161/18
161/22 162/3 162/11 163/21
164/2 164/16 165/23 166/13
166/21 167/2 167/6 167/6
168/11 169/2 169/16 170/2
170/8 171/4 171/10 174/2
178/21 179/11 179/16 180/4
186/1 188/6 188/21 189/12
189/17 189/20 191/1 191/11
192/15 192/16 192/19 192/20
193/4 193/5 193/9 193/16
193/18 193/22 193/24 193/24
197/11 198/16 199/25 200/4
201/11 203/2 205/4 205/6
212/15 213/20 214/7 214/24
218/18 219/11 219/24 220/8
220/20 220/22 223/20 229/2
229/8 233/24 235/1 235/24
236/21 237/19 238/8 241/3
241/5 241/10 241/19 246/24
247/3 247/5 247/7 251/9
254/7 254/14 255/5 264/7
265/22 267/23 270/7 270/15
273/25 275/22 276/14 279/19
280/16 281/25 282/9 282/14
282/19 282/21 285/12 285/16
285/23 293/5 294/13 294/15
294/18 294/23 297/23 299/1
303/16 303/25 307/2 309/7
310/7 311/20 311/23 312/4
314/10 314/18 315/8 315/14
315/21 316/11 317/8 317/10
317/11 317/25 318/6 319/6
319/13 319/24 320/5 320/10
320/24 321/10 321/13 321/22
322/4 322/8 322/16 323/3
323/17 324/5 325/23 326/9
326/20 327/16 329/6 329/6
329/12 329/16 329/18 329/23
330/8 331/3 331/8 331/10
331/25 332/11 332/16 333/10
333/16 333/21 334/18 335/20
336/6 336/7 336/23 337/16

**Y**

**your... [4]**  338/1 339/1
339/4 340/3
**yourself [9]**  110/22 241/18
243/20 244/6 304/8 328/9
332/25 333/22 334/5
**yourselves [1]**  139/9

**Z**

**Z835 [1]**  46/20
**zero [1]**  25/1
**zip [1]**  216/11
**zone [5]**  24/23 24/25 25/4
52/5 52/10
**ZTE [2]**  46/18 46/20