```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                       WEST PALM BEACH DIVISION

 3               CASE NO. 18-CR-80053-ROSENBERG

 4
         UNITED STATES OF AMERICA,     .
 5                                      .
              Plaintiff,                .
 6                                      .
                   vs.                  .
 7                                      .
         ALSTON O. WILLIAMS,            .  West Palm Beach, FL
 8                                      .  December 6, 2018
                                        .
 9            Defendant.                .

10                        JURY TRIAL PROCEEDINGS
                BEFORE THE HONORABLE ROBIN L. ROSENBERG
11                   UNITED STATES DISTRICT JUDGE

12                              VOLUME 4

13       APPEARANCES:

14
         FOR THE PLAINTIFF:          GREGORY SCHILLER
15                                   JUSTIN HOOVER
                                     United States Attorney's Office
16                                   500 Australian Avenue
                                     Suite 400
17                                   West Palm Beach, FL 33401
                                     954-789-6285
18
         FOR THE DEFENDANT:          FLETCHER PEACOCK, ESQ.
19                                   Federal Public Defenders Office
                                     450 North 2nd Street
20                                   Fort Pierce, FL 34950
                                     772-489-2123
21
                                     M. CAROLINE McCRAE, ESQ.
22                                   Federal Public Defenders Office
                                     450 S. Australian Avenue
23                                   Suite 500
                                     West Palm Beach, FL 33401
24                                   561-833-6288

25
```

1

2          Official Court Reporter:    Pauline A. Stipes
                                       HON. ROBIN L. ROSENBERG
3                                      Ft. Pierce/West Palm Beach, Fl
                                       772.467.2337
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                            INDEX

2      **TXXXX LXX**

3      Cross Examination by Mr. Peacock            Page 7

4      Redirect Examination by Mr. Schiller        Page 83

5      **EDGARDO RAMOS**

6      **Direct Examination by Mr. Schiller        Page 104**

7      Cross Examination by Ms. McCrae             Page 119

8      **RHETT CADY**

9      Direct Examination by Mr. Schiller          Page 121

10     Cross Examination by Ms. McCrae             Page 137

11     **RXXXXXX CXX**

12     Direct Examination by Mr. Schiller          Page 159

13

14                          **EXHIBITS**

15                                    I.D.          Received

16         Government Exhibit 52b                   Page 130
           Government Exhibit 51                    Page 136
17         Government Exhibit 14                    Page 218
           Government Exhibit 2                     Page 218
18         Government Exhibit 15a                   Page 247
           Government Exhibit 15c                   Page 251
19         Government Exhibit 21d                   Page 256
           Government Exhibit 24                    Page 329
20         Government Exhibit 23                    Page 333

21

22

23

24

25

1          *THE COURT:*  Good morning.  I apologize.  I understand

2     there are jurors late, but I was, too, because of inner city

3     traffic.

4          Did you say we have all of our jurors or we are still

5     waiting for one?

6          Okay.  Do we have our witness who is back here today?

7          *MR. SCHILLER:*  She is in one the rooms outside.  Do

8     you want me to bring her in?

9          *THE COURT:*  We'll double check on the status of our

10    jurors first.

11         Is everything on track with the same lineup of

12    witnesses we discussed?

13         *MR. SCHILLER:*  Yes.  If the Court would indulge the

14    Government for a moment, we received a copy of the Court's

15    order, Docket Entry 131, and the Defense response, 132.

16         I want to note, it was inadvertent for me to leave it

17    out, page two, the last full paragraph.  The Court remarked

18    "first, blackmailing does not appear to be part of the alleged

19    sex trafficking.  The Government has not alleged the gym owner

20    was a John."  He was, and Ms. CXX will testify to that.

21         I inadvertently left that out of the motion, that was

22    my fault.  I was putting it together, it was quickly and late,

23    I should have spent more time in there.

24         I don't know if that affects the Court's ruling.

25         *THE COURT:*  We will see where we are before Ms. CXX

```
 1   testifies about it, and we can have a proffer outside the jury

 2   if that works, since the Court did not have the benefit of

 3   knowing that.

 4        MR. SCHILLER:  I apologize.  I do understand regarding

 5   the 404(b) aspect, although we believe it would be 404(b), we

 6   are not contesting that.  We do believe it is inextricably

 7   intertwined and than it is intrinsic to the case.

 8        THE COURT:  Remind me before she is ready to take the

 9   stand, and if we have a convenient breaking point where in a

10   matter of a few minutes we could have a proffer outside of her

11   testimony, I'll entertain that.

12        MR. PEACOCK:  I would ask the witness be sequestered

13   until the Court hears -- if and when the Court hears any

14   evidence from her.

15        THE COURT:  When you say sequestered, you mean what,

16   not permitted to talk to anybody about her testimony?

17        MR. PEACOCK:  Yes, about what she should say to the

18   Court, I don't think it should be tailored.

19        THE COURT:  Presumably counsel told all witnesses no

20   witness is to have any discussion with anyone else about

21   testimony, and that would go for counsel not telling witnesses

22   what other witnesses have testified about, because that would

23   really be kind of a violation of the spirit of the rule.

24        So, you agree with that, Mr. Schiller?

25        MR. SCHILLER:  Yes.  We are not going to have any
```

1    witnesses telling any witnesses anything else.

2         THE COURT:  You won't be telling Ms. CXX about the

3    nature of this matter?

4         MR. SCHILLER:  No, Judge.  If I talk to her, it will

5    be about anything else, not this particular issue, the Court

6    has my assurance on that.

7         THE COURT:  Okay.

8         MR. SCHILLER:  Other than to remind Ms. CXX not to

9    talk about that particular issue on the witness stand unless I

10   specifically ask and the Court has ruled otherwise.

11        THE COURT:  Right.

12        (Pause).

13        THE COURT:  Okay, we can have our witness come in.

14   Our jurors are here.

15        (Thereupon, the jury returns to the courtroom.)

16        THE COURT:  Welcome back, everybody.  Please be

17   seated.  I know we had heavy traffic this morning, that is why

18   we are late.

19        In any event, we'll resume at this point.  We left off

20   with Ms. LXX on the stand and the Defense is cross-examining

21   her, and we were about 25 minutes into your cross-examination.

22   Ms. LXX remains under oath.

23        You may proceed.

24        MR. PEACOCK:  Thank you, your Honor.

25                    **CROSS-EXAMINATION** continued

 1    *BY MR. PEACOCK:*

 2    *Q.*   Ms. LXX, when did you move out of the Tamarac house?

 3    *A.*   I moved out in 2009, 2010.

 4    *Q.*   2009 is your best estimate?

 5    *A.*   Yes.

 6    *Q.*   And where did you move to?

 7    *A.*   I moved to New York.

 8    *Q.*   And was that the trip you said where you went from six to

 9    eight months?

10    *A.*   Yes.

11    *Q.*   Okay.  Now, when you moved out, you never moved back in

12    with Mr. Williams after that, correct?

13    *A.*   I did.

14    *Q.*   Okay.  When you came back from New York?

15    *A.*   Yes.

16    *Q.*   Let's go to that point.  When did you move back after you

17    came back from New York?

18    *A.*   Um-m-m, maybe a month or two after, still 2009.

19    *Q.*   Okay.  You go to New York for six to eight months, you come

20    back, you are there for a month or two, and then you leave.

21    Did you leave for good at that point?

22    *A.*   Yes.

23    *Q.*   So, we are still in 2009, correct?

24    *A.*   Yes.

25    *Q.*   Where did you go after that?  Where did you live after

```
 1    that?
 2    A.   In a hotel.
 3    Q.   For how long?
 4    A.   Until 2013, I believe.
 5    Q.   So, you lived in a hotel for four years?
 6    A.   Yes.
 7    Q.   What hotel?
 8    A.   It was multiple hotels.
 9    Q.   You never lived in a home after that until 2013?
10    A.   I have lived in a house.  I did move out of the hotel and
11    moved into a house, and moved back into a hotel.
12    Q.   Okay.  Where was the house that you lived in?
13    A.   In Miramar.
14    Q.   Who lived with you?
15    A.   My husband lived with me.
16    Q.   And then, did you move from there back into a hotel?
17    A.   I did.
18    Q.   Did your husband go with you?
19    A.   Well, he was living at his mom's' house.  We spent days
20    together, yes.
21    Q.   Is this before or after you were married?
22    A.   Before.
23    Q.   How long did you live in that house with your husband?
24    A.   A year.
25    Q.   Now, when you moved out after you came back from New York,
```

1    you spent a month or two in the Tamarac house, and you moved

2    out, did Mr. Williams try to stop you?

3    *A.*   No.

4    *Q.*   Okay.  He approved of you moving out, correct?

5    *A.*   Yes.  He is the one who told me to leave.

6    *Q.*   Okay.  Did he -- when you moved in with your husband for

7    the year, did Mr. Williams tell you where you and your husband

8    had to live?

9    *A.*   No.

10   *Q.*   Was that your choice?

11   *A.*   Yes.

12   *Q.*   And did you and your husband rent a house under your own

13   names?

14   *A.*   He rented it under his name, yes.

15   *Q.*   Okay.  Now, during this time period, it is your testimony

16   your husband was aware you were acting as a prostitute,

17   correct?

18   *A.*   Yes.

19   *Q.*   Now -- so, since 2009, sometime in 2009, you have not lived

20   with Mr. Williams, right?

21   *A.*   No.

22   *Q.*   But you -- after 2009, you indicated you continued to be a

23   prostitute until what time, what month or year?

24   *A.*   2014.

25   *Q.*   Now, it's your testimony that Mr. Williams forced you to do

1   that from 2009 to 2014?

2   A.   Yes.

3   Q.   Even though you moved out on your own?

4   A.   Well, it wasn't necessarily moving out on my own, he was

5   protecting his own self.

6   Q.   No, I understand.  I am talking about you now.

7        You made the decision to leave, you moved in with your

8   soon-to-be husband, but yet, it is your testimony that Mr.

9   Williams was still forcing you to work for him?

10   A.   Yes.

11   Q.   And I believe you said the other day that you never told

12   your husband about that part of it?

13   A.   No.

14   Q.   No what?  I'm sorry.

15   A.   No, I never told my husband about being forced to do

16   prostitution.

17   Q.   You could have told him, correct?

18   A.   I could have.

19   Q.   Now, did you have any other jobs during this time period

20   between 2009 and 2014?

21   A.   No.

22   Q.   Did you have the opportunity to get any other jobs?

23   A.   No.

24   Q.   So you couldn't have gone back to Walgreen's?

25   A.   No.

```
1    Q.  You couldn't have gone to Winn-Dixie?

2    A.  No.

3    Q.  You couldn't have gone to Target?

4    A.  No.

5    Q.  Why not?

6    A.  Because Mr. Williams was still collecting his money from

7    prostitution, and it was still the same where I would meet up

8    with him and give him the money, and it was still -- if I

9    didn't have it, I didn't have enough, it was still a beating in

10   the car, in the parking lot that we were at.

11   Q.  I see.  Now, since 2014, when you say you stopped being a

12   prostitute, you have continued to be in contact with Mr.

13   Williams, correct?

14   A.  Yes.

15   Q.  Regular contact?

16   A.  Yes.

17   Q.  You text each other?

18   A.  I do.

19   Q.  You talk on the phone with each other?

20   A.  Yes.

21   Q.  He is a friend of yours, isn't he?

22   A.  I wouldn't say friend, no.

23   Q.  Well, he has helped you with things, hasn't he?

24   A.  Yes.

25   Q.  That is what friends do, right?
```

1    A.  Yes.

2    Q.  Well, if he is not your friend, why are you texting him,

3    why are you calling him on a regular basis since 2014?

4    A.  He has texted me and I text back.  I text him and he texts

5    back, just a conversation.  It is not -- it is not anything, he

6    texts me for advice on when does the season start, he texts me

7    to know what -- if any states -- if there are laws on

8    prostitution to look into that.  He texts me about what

9    agencies I think the girls should go in, and he asked me about

10   that.

11   Q.  Okay.  Now, let me go back.  You testified that you lived

12   in North Miami with Mr. Williams and that you were unaware that

13   he had found a house in Tamarac, correct?

14   A.  Yes.

15   Q.  And he actually moved and didn't tell you, right?

16   A.  Yes.

17   Q.  So -- and North Miami is in Dade County, correct?

18   A.  That is right.

19   Q.  Tamarac is up in north Broward County?

20   A.  That is correct.

21   Q.  He moved and didn't bother to tell you he was going, right?

22   A.  Not quite like that.  But --

23   Q.  Well, you said you didn't know he had gotten a house and

24   you said you didn't know he had moved.

25   A.  Yes, but I wasn't living with him at the time.

1    *Q.* The point is, he moved away from you without even telling

2    you, right?

3    *A.* No.

4    *Q.* You testified that you didn't know he had gotten a house in

5    Tamarac, correct?

6    *A.* Yes.

7    *Q.* And then you testified you didn't know that he had moved,

8    correct?

9    *A.* No, I knew he moved.  We all moved out of the apartment at

10   the same time.

11   *Q.* You didn't know where he moved?

12   *A.* I knew exactly where he went.

13   *Q.* You didn't know about the house?

14   *A.* He didn't go to the house.

15   *Q.* He moved up to Tamarac, though?

16   *A.* He moved into Lauderhill, yes.

17   *Q.* He didn't tell you he was moving, did he?

18   *A.* We all moved up to Lauderhill.

19   *Q.* Okay.  Now, you testified the other day that Mr. Williams

20   never told you that you had to be a prostitute.  Do you recall

21   that?

22   *A.* Not physically say, TXXXX, I want you to be a prostitute,

23   no.

24   *Q.* Let's be clear, he never said to you, you need to get out

25   there and be a prostitute?

1    *A.*  Not in so many words.

2    *Q.*  In other words, he let you make that decision for yourself,

3    didn't he?

4    *A.*  No.

5    *Q.*  Okay.  Did he communicate it to you in some other fashion?

6    Did he do it in writing?

7    *A.*  In action.

8    *Q.*  You interpreted his actions to mean that you had to do

9    this?

10   *A.*  Dropping me off at a brothel or escort house is one way.

11   Telling me that I need to bring in certain amounts of money and

12   dropping me off there is another, yes.

13   *Q.*  When he dropped you off there, it was is because you asked

14   him for a ride, correct?

15   *A.*  No.

16   *Q.*  Because you didn't have transportation?

17   *A.*  No.

18   *Q.*  Now, you told us about some incidents where you say Mr.

19   Williams was violent with you.  Do you recall those?

20   *A.*  Yes.

21   *Q.*  One of those was during your orientation at Winn-Dixie.

22        Do you have any paperwork with you about your orientation?

23   *A.*  I --

24            *MR. SCHILLER:*  Judge --

25            *THE COURT:*  Just one moment.  Is there an objection?

```
1              MR. SCHILLER:  Yes, ma'am.

2              THE COURT:  Basis.

3              MR. SCHILLER:  There is no subpoena duces tecum that

4    she bring any documents to court today.

5              MR. PEACOCK:  Should I respond?

6              THE COURT:  Yes.

7              MR. PEACOCK:  Witnesses can bring documents without a

8    subpoena duces tecum.  I want to know whether she has any

9    documents to substantiate this incident.

10             THE COURT:  Here in court or in general?

11             MR. PEACOCK:  Here in court or anywhere.

12             THE COURT:  You may ask the question.

13   BY MR. PEACOCK:

14   Q.  Do you have any documents with you?

15   A.  Not with me.

16   Q.  Okay.  Do you remember the date of it?

17   A.  The year, it could have been 2005.  I don't remember the

18   exact date, no.

19   Q.  Could have been, but might not have been?

20   A.  No.  It was 2005.

21   Q.  So it "could have been" was not correct?

22   A.  Correct.

23   Q.  All right.

24       So, you indicated that another time he poured hot water on

25   your leg?
```

1    A.   Yes.

2    Q.   What was the date?

3    A.   I don't have the exact date, again, around the same year,

4    2005, 2006.

5    Q.   Did you seek medical attention?

6    A.   No, I did not.

7    Q.   Did you tell anybody else?

8    A.   No, I did not.

9    Q.   You said he put needles under your nails?

10   A.   Yes.

11   Q.   When was that?

12   A.   Around the same time.  All this happened in North Miami,

13   2005, 2006.

14   Q.   And then stopped once you left North Miami?

15   A.   Never told --

16   Q.   You said it all happened in North Miami?

17   A.   The incidents you are referencing?

18   Q.   The taser incident, when did that happen?

19   A.   It happened in 2005.  It happened when we moved into the

20   Tamarac house, 2006, 2007, 2008, when he came back, 2009, all

21   those years.

22   Q.   For either of those, did you seek any kind of medical

23   treatment?

24   A.   No.

25   Q.   Never went to a doctor?

```
 1    A.   No.

 2    Q.   There is no record of anything, is there?

 3    A.   Not on paper, no.

 4    Q.   So, then you went on to say that Mr. Williams -- you could

 5    see pure evil, and you could see it in his eyes.  Do you

 6    remember saying that?

 7    A.   Yes, I do.

 8    Q.   This is the same person you continued to be in regular

 9    contact with after 2014, correct?

10    A.   Yes.

11    Q.   You chose to be in regular contact with this pure evil

12    person?

13    A.   I wasn't in physical contact with him, whenever a

14    conversation happened it was over the phone.

15    Q.   Now, Mr. Schiller asked you, did all your fear make you be

16    a prostitute, did all of your fear of Mr. Williams make you be

17    a prostitute?  Do you remember that?

18    A.   Yes.

19         MR. SCHILLER:  Judge, I object to the form of the

20    question.  I don't think I asked it in that way or context,

21    just for the record.

22         THE COURT:  Why don't we ask you to ask your questions

23    and the witness will have a chance to answer.

24         MR. PEACOCK:  Yes, ma'am.

25
```

1    *BY MR. PEACOCK:*

2    *Q.* Let me rephrase it.  If I remember correctly, the answer to

3    Mr. Schiller's question was, after speaking to all of this, did

4    your fear of Mr. Williams make you be a prostitute?  Do you

5    remember him asking you that?

6    *A.* It is not about --

7    *Q.* Do you remember him asking you that?

8    *A.* I'm sorry, repeat the question.

9    *Q.* Do you remember him asking you that?

10   *A.* Repeat what you asked me.

11   *Q.* Did all of your fears of Mr. Williams make you be a

12   prostitute or cause you to be a prostitute?

13   *A.* Yes.

14   *Q.* Do you remember him asking you that?

15   *A.* Yes.

16   *Q.* Your answer was?

17   *A.* Yes.

18   *Q.* Do you recall giving a statement to Agent Angell on

19   April 12th of this year?

20   *A.* We did have conversation, yes.

21   *Q.* It was a pretty long conversation, wasn't it?  Wasn't it?

22   *A.* I am not sure what you mean by long.

23   *Q.* It was well over an hour you talked to him on April 12th,

24   didn't you?

25   *A.* I'm sorry, I don't know how long we spoke.

```
 1    Q.  Okay, okay.

 2         Back on April 12th, when you were discussing why you acted

 3    as a prostitute, you said --

 4              MR. SCHILLER:  Judge, if we could have a page number

 5    so I can follow along.

 6              THE COURT:  Are you going to put the page number for

 7    the record.

 8              MR. PEACOCK:  50, your Honor.

 9              THE COURT:  Okay.

10    BY MR. PEACOCK:

11    Q.  Ms. LXX, do you recall saying, "Yeah, so I wasn't

12    prostituting, it wasn't for me, I knew it wasn't for me, but

13    since it was already instilled in me, I didn't mind, you know,

14    if I needed to get some money."

15         Do you recall telling him that?  Would you like to see your

16    statement?

17    A.  Well, seeing it wouldn't do anything, I just don't remember

18    it.

19    Q.  At the time you talked to Agent Angell, were you telling

20    the truth?

21    A.  Yes, I was telling the truth.

22    Q.  Okay.  And you knew this was very important when you talked

23    to Agent Angell, correct?

24    A.  Yes.

25    Q.  You knew it was important to tell him accurate things?
```

```
 1    A.   Uh-hum.

 2    Q.   What you told him was, you knew you didn't care for the

 3    prostitution, but the money was good, right?

 4    A.   No.  I can't -- I don't recall stating those words.

 5    Q.   Would you like to see them?

 6    A.   Seeing them wouldn't make a difference.

 7    Q.   Would or --

 8    A.   Would not.

 9    Q.   Are you saying you didn't say that?

10    A.   No.  I just don't remember.

11    Q.   Would it refresh your recollection to see them?

12    A.   No.

13    Q.   Now, once you found out about Backpage and Craig's List,

14    you then showed that to Mr. Williams, correct?

15    A.   I did.

16    Q.   And you asked him what he thought about that idea, correct?

17    A.   Uh-hum.

18    Q.   And he said he thought it was a good idea?

19    A.   Uh-hum.

20    Q.   He never said you had to do it?

21    A.   Mr. Williams, no, he didn't say I have to do it.

22    Q.   Now, at some point, you stopped giving all your money to

23    Mr. Williams, correct?

24    A.   That's correct.

25    Q.   And you started taking some money for yourself, right?
```

21

1    *A.*  Uh-hum.

2    *Q.*  And I believe you said the other day that you saved up

3    enough money to go to New York with your boyfriend?

4    *A.*  Uh-hum.

5          *THE COURT:*  Ms. LXX, rather than saying uh-hum, you

6    have to say yes or no so we can reflect it on the record.  Was

7    the answer yes?

8          *THE WITNESS:*  Yes.

9          *THE COURT:*  Thank you.

10   *BY MR. PEACOCK*:

11   *Q.*  Who was the boyfriend?

12   *A.*  A boyfriend.  Do I have to give a name?

13   *Q.*  Yes.

14         *MR. SCHILLER:*  I object.  I don't see the point to

15   putting his name in the record.

16         *THE COURT:*  Relevance.

17         *MR. PEACOCK:*  I don't know if he exists.

18         *MR. SCHILLER:*  Does that give us an answer whether he

19   exists just by the name?

20         *MR. PEACOCK:*  The first name.

21         *THE COURT:*  You can give the first name.

22         *THE WITNESS:*  Taylor.

23   *BY MR. PEACOCK*:

24   *Q.*  Taylor.  How long had you known Taylor?

25   *A.*  Since May 2007.

```
 1    Q.   Okay.  So you had known him for a year, maybe?

 2    A.   I'm sorry, I don't know how long -- I don't know how far --

 3    what do you mean?

 4    Q.   Okay.  Let me start over again.

 5         You went to New York in 2009; is that right?

 6    A.   Yes.

 7    Q.   You had known him since 2007?

 8    A.   Yes.

 9    Q.   So, can we say for two years?

10    A.   Yes, from 2007.

11    Q.   Was he a client or was he a boyfriend?

12    A.   He started out as a client, yes.

13    Q.   And then he became your boyfriend?

14    A.   Yes.

15    Q.   Did Mr. Williams know about him?

16    A.   Yes.

17    Q.   Okay.  Did Mr. Williams try to prevent you from having a

18    boyfriend?

19    A.   Yes.

20    Q.   How did he try to prevent you from having a boyfriend?

21    A.   First, he told me not to speak to him, he took the phone

22    from me while I was talking to someone.  He didn't know who it

23    was at the time, but from the conversation, he took the phone

24    from me.  He told -- he said he would never last, I would

25    always be his.
```

```
 1    Q.  That was it, that is what he did?  What was this fellow's
 2    name again you went to New York with?
 3    A.  Taylor.
 4    Q.  Did he pay you to go to New York?
 5    A.  No.
 6    Q.  You went together as boyfriend and girlfriend?
 7    A.  He lived in New York.
 8    Q.  You went together as girlfriend and boyfriend?
 9    A.  Yes.
10    Q.  You stayed up there how long?
11    A.  Um-m-m --
12    Q.  The first time that you went.
13    A.  Two days.
14    Q.  Okay.  And I think you said you took $2,500 on that trip?
15    A.  Yes.
16    Q.  You spent the $2,500?
17    A.  No.
18    Q.  Okay.  You brought back some?
19    A.  The 2500 went to Mr. Williams.
20    Q.  Well, I believe you said you had taken $2,500 off the top
21    so you could go on the trip, correct?
22    A.  The 2500 off the top was to pay Mr. Williams.
23    Q.  So, the rest went to you?
24    A.  No.
25    Q.  Well, 2500 wasn't a whole lot for you, you said you were
```

1   making 3 to $4,000 a day?

2   *A.*  Okay.  Yes.

3   *Q.*  So, 2500 would have been about a half day's work, wouldn't

4   it?

5   *A.*  Okay.

6   *Q.*  So you were taking -- you said you were working seven days

7   a week.  So, basically, six days at 3 to 4,000, you were

8   keeping 18 to $20,000 a week for yourself, weren't you?

9   *A.*  No.

10  *Q.*  Well, ma'am, it is your testimony.  I am trying to figure

11  it out.

12  *A.*  Every day is different.

13  *Q.*  Every day is different.  You testified you were working

14  seven days a week, 24 hours a day, you were making 3 to $4,000

15  a day.  Isn't that what you said the other day?

16  *A.*  That is what I said.

17  *Q.*  If you were giving $2,500 to Mr. Williams, and you were

18  making that kind of money, you were keeping 18 to $20,000 off

19  the top?

20  *A.*  No.

21  *Q.*  That is why you told Agent Angell in the debriefing, that

22  the reason you were doing it is because the money was good?

23  *A.*  No.

24  *Q.*  Now, you indicated that you gave your ID's to Mr.

25  Williams?

25

1   *A.*  Mr. Williams took my ID.

2   *Q.*  Okay.  You say he took them?

3   *A.*  Yes.

4   *Q.*  For example, your Social Security card, did he have that?

5   *A.*  Yes.

6   *Q.*  That came to the house, didn't it?

7   *A.*  That came to the house, a copy, yes.

8   *Q.*  In truth, you asked him to keep that for you, correct?

9   *A.*  No.

10  *Q.*  Because you were pretty itinerant, weren't you, you were

11  moving around from place to place, hotel to hotel, weren't you?

12  *A.*  I have a purse.

13  *Q.*  I understand you have a purse, but you are out there,

14  somebody could steal from you, you could leave it somewhere,

15  you could get arrested, you could lose it, and that is why you

16  asked Mr. Williams to keep your identification, didn't you?

17  *A.*  No.

18  *Q.*  Because he is the same person that you continued to stay in

19  touch with right up until he got arrested, correct?

20  *A.*  Are you asking me?

21  *Q.*  Right?

22  *A.*  No, I didn't give him my ID.

23  *Q.*  You said he took DXXXXXX's and DXXXX's ID's?

24  *A.*  Yes.

25  *Q.*  Were you there?

```
 1    A.  No, I was not present at the time.

 2    Q.  Okay.  So, you don't know that, then, do you?

 3    A.  I do know.

 4    Q.  You know if you weren't there and you didn't see it happen,

 5    but you know?

 6    A.  I do know.

 7    Q.  Uh-huh.  How many times have you spoken with the Government

 8    about your testimony?

 9    A.  Maybe --

10          MR. SCHILLER:  Judge, does he mean for trial purposes,

11    information to the agents?

12          MR. PEACOCK:  It was a simple question, your Honor.

13          THE COURT:  Maybe, so there is clarity, ask the

14    witness specifically what you mean.

15    BY MR. PEACOCK:

16    Q.  How many times have you spoken with law enforcement about

17    your testimony?

18    A.  Maybe two times.

19    Q.  More than that, isn't it?

20    A.  No.

21    Q.  Okay.  No more than two?

22    A.  No.

23    Q.  Okay.  You indicated that you had a Tropical Bank account?

24    A.  Yes.

25    Q.  And that Mr. Williams controlled that bank account and you
```

1   had no control over it, right?

2   A.   Correct.

3   Q.   Wasn't it in your name?

4   A.   It was.

5   Q.   So, what do you mean, you didn't have any control over it?

6   A.   What was I going to do?  He had my ID's, my Social Security

7   card, he had everything.  I can't walk into a bank without the

8   card.

9   Q.   Simply because you didn't have your ID?

10   A.   How do you control your bank account if you don't have

11   information to show or prove who you are?

12   Q.   Okay.  Since the time that Mr. Williams had your ID's, have

13   you gotten new ID's?

14   A.   Some, yes.

15   Q.   How did you do that?

16   A.   I went to the DMV.

17   Q.   But you couldn't do that before?

18   A.   I was in a hotel.

19   Q.   And you couldn't go to the DMV?

20   A.   Regardless whether I went to the DMV or not, Mr. Williams

21   would take my stuff.

22   Q.   You are skimming all that money off the top, you were able

23   to keep stuff from Mr. Williams, weren't you?  You kept a lot

24   of things from him, didn't you?

25   A.   No.

1    Q.  You had the boyfriend on the side that you knew he didn't

2    like, right?  You were skimming money off the top, right?

3        I mean, you were able to hide things from him?

4    A.  Um-m-m, I did what I could, but that was it.

5    Q.  Now, Maryann B, you indicated that she came into the house

6    under bad circumstances.  What did you mean by that?

7    A.  Um-m-m, from what I heard, she was leaving one prostitution

8    house, or a prostitution house.

9    Q.  And why was it bad circumstances?

10   A.  I am not quite sure, that is just what I heard, it was bad

11   circumstances.

12   Q.  Okay.  Maryann B was introduced to you and Mr. Williams

13   through a woman named Kesha, correct?

14   A.  Maryann B was introduced to me by Mr. Williams.

15   Q.  Well, then, she was introduced to him by a woman named

16   Kesha?

17   A.  That is correct.

18   Q.  Do you know Kesha?

19   A.  No.

20   Q.  Did you ever meet here?

21   A.  I have seen her.

22   Q.  Okay.  So, when Maryann came and when Maryann met Mr.

23   Williams, she was already in the prostitution business,

24   correct?

25   A.  Yes.

```
 1    Q.   Now, ma'am, you were shown several photographs of DXXXXXX
 2    RXXXXXXXX.  Do you recall that?
 3    A.   Yes.
 4    Q.   And you identified those as photographs that were put on
 5    Backpage ads, correct?
 6    A.   Yes.
 7    Q.   There was one of DXXXXXX in a tank top and underwear.  Do
 8    you remember that?
 9    A.   Yes.
10    Q.   When was it taken?
11    A.   I can't recall the year --
12    Q.   Did you take it?
13    A.   I can't recall if I took it.
14    Q.   Were you there when it was taken?
15    A.   Yes.
16    Q.   How do you know that?
17    A.   Because where it was, the background and the picture, who
18    was around.
19    Q.   It was in a hotel room, wasn't it?
20    A.   Yes.
21    Q.   Do you remember the hotel?
22    A.   If I see the picture, I would remember it.
23    Q.   You don't remember it right now as we talk?
24    A.   No.
25    Q.   But you remembered it back then.  The other day you
```

 1   remembered it?

 2   *A.*   The hotel?

 3   *Q.*   Yes.

 4   *A.*   The name of the hotel?

 5   *Q.*   Well, you remembered what hotel it was, right?

 6   *A.*   If I see the picture, and I can see the inside of the

 7   hotel, I could figure out the best -- figure it out based on

 8   the hotel we were in.

 9   *Q.*   Who took the picture?

10   *A.*   I don't remember.

11   *Q.*   You were there?

12   *A.*   Yes.

13   *Q.*   You don't remember who took the picture?

14          *MR. SCHILLER:*   Objection, asked three times.

15          *THE COURT:*   Sustained.

16   *BY MR. PEACOCK:*

17   *Q.*   Who posted the picture?

18   *A.*   I can't really say who posted the picture, because I am not

19   sure.

20   *Q.*   Now, Maryann B is the one who brought DXXXXXX into the

21   house, correct?

22   *A.*   Yes.

23   *Q.*   In fact, Maryann B was the one who recruited most of the

24   women involved in the case, correct, not you, right?

25   *A.*   Yes.

1    Q.  She was responsible for recruiting DXXXXXX, correct?

2    A.  Yes.

3    Q.  DXXXX?

4    A.  Yes.

5    Q.  And RXXXXXX?

6    A.  Not that I know of about RXXXXXX.

7    Q.  But at least DXXXX and DXXXXXX?

8    A.  Yes.

9    Q.  So, it wasn't Mr. Williams who did that, was it?

10   A.  I can't quite say.  I'm not sure.

11   Q.  Well, you told us it was Maryann B, correct?

12   A.  Yes.

13   Q.  In fact, Maryann B is the one who went out and found women

14   who wanted to be prostitutes, correct?

15   A.  Yes.

16   Q.  Now, you testified that you got caught smuggling cocaine in

17   the Bahamas, right?

18   A.  Yes.

19   Q.  So, the idea to do that came from one of your co-workers;

20   is that right?

21   A.  Yes.

22   Q.  Where was the co-worker from?

23   A.  From the Bahamas.

24   Q.  Did she work in a club with you?

25   A.  No.

1    Q.   Where did she work with you?

2    A.   We met at the hotel.

3    Q.   And so, this woman told you that this opportunity existed

4    to go to the Bahamas and bring back cocaine, right?

5    A.   Yes.

6    Q.   And she told you that while you were still here in the

7    United States, correct?

8    A.   Yes.

9    Q.   So, I think you said, I went over and I wasn't aware of

10   exactly what was going to go on.  But you knew what was going

11   to go on, right?

12   A.   No.

13   Q.   Well, she told you about this opportunity to smuggle

14   cocaine into the United States, right?

15   A.   She did.

16   Q.   So, you knew that that is what the trip was for, correct?

17   A.   Um-m-m, the conversation that we had, no, it wasn't about

18   that.

19   Q.   So, you thought you'd just go over there for the day to

20   hang out with other drug smugglers?  What did you think the

21   trip was about?

22   A.   She was going to show me what -- how she did her --

23   whatever it is she did there.

24   Q.   Fair enough.  And you wanted to see that, right?

25   A.   Not necessarily, but --

```
 1    Q.  But you wanted to go over there for the day to take the

 2    trip, correct?

 3    A.  Yes.

 4    Q.  And she told you this is a good opportunity to make fast

 5    money, correct?

 6    A.  Yes.

 7    Q.  How much fast money would you have made on a successful

 8    tour?

 9    A.  2500 to 3,000.

10    Q.  2500 to 3,000?

11    A.  Yes.

12    Q.  And that was for a day's work, correct?

13    A.  Yes.

14    Q.  So, who made the arrangements for you to go over there?

15    A.  She did.

16    Q.  All right.  And you bought a ticket on a cruise ship.  Is

17    that what you did?

18    A.  Yes.

19    Q.  Mr. Williams didn't buy you that ticket, did he?

20    A.  No.

21    Q.  So, when you went over, was it just you and this other

22    woman?

23    A.  Yes.

24    Q.  And you get over there, and did the woman then introduce

25    you to other people?  What happened once you got over there?
```

1    *A.*  Yes, it was me, her, and her cousin.

2    *Q.*  Okay.  And did her cousin travel with you or was her cousin

3    already over there?

4    *A.*  The cousin was already there.

5    *Q.*  And then, at some point, somebody at least suggested that

6    you bring back some cocaine, correct?

7    *A.*  That's not how it went.

8    *Q.*  Why don't you tell us what happened.

9    *A.*  Um-m-m, I was showed a gun when I got there, I was told

10   that this is what was going to happen.  I was scared, so I

11   complied and that was it.

12   *Q.*  And when you say you complied, what does that mean?  What

13   did you do exactly?

14   *A.*  I allowed her to strap the cocaine to my body and to enter

15   the port to get on the cruise ship.

16   *Q.*  Where was it strapped to on your body?

17   *A.*  My thighs.

18   *Q.*  Was it a single package?

19   *A.*  One single package.

20   *Q.*  It was a kilo?

21   *A.*  I can't say, I am not really sure what it was, how much.

22   *Q.*  Okay.  So, then you proceeded to try to get back on the

23   boat?

24   *A.*  Yes.  I was stopped by an officer.

25   *Q.*  By a Bahamian officer?

35

```
 1    A.  Yes.
 2    Q.  And then you were searched?
 3    A.  Yes.
 4    Q.  And they found the cocaine?
 5    A.  Yes.
 6    Q.  And they arrested you?
 7    A.  Yes.
 8    Q.  Now, at the time, of course, you were -- you had residency
 9    in the United States, correct?
10    A.  Yes.
11    Q.  But that could cause a problem for your residency here,
12    correct?
13    A.  Yes.
14    Q.  You knew you were in deep trouble at the time, right?
15    A.  Yes.
16    Q.  You were a foreigner in the Bahamas, residency problems in
17    the United States, you needed some help, didn't you?
18    A.  I'm confused.  Are we still in the Bahamas or here?
19    Q.  You are under arrest in the Bahamas.  Yes, we are still
20    there.
21        What year was that?
22    A.  2006, I believe.
23    Q.  Okay.  So, you are in that situation, and you called Mr.
24    Williams, didn't you?
25    A.  Yes.
```

1    Q.   And you said, I need help, correct?

2    A.   I did tell him what happened, yes.

3    Q.   And he agreed to help you?

4    A.   Yes.  He told me that he would send the bail money.

5    Q.   And that is exactly what he did, correct?

6    A.   Yes.

7    Q.   And when you got back, Mr. Williams didn't reprimand you,

8    did he?

9    A.   No.

10   Q.   He didn't beat you?

11   A.   No.

12   Q.   He didn't put pins under your finger nails, did he?

13   A.   No.

14   Q.   He didn't shock you with a taser, did he?

15   A.   No.

16   Q.   And it cost him $5,000, correct?

17   A.   Yes.

18   Q.   Now, you had indicated the other day that you felt Mr.

19   Williams pressured you into doing that.  Do you remember that?

20   A.   Pressured me to go to the Bahamas?

21   Q.   Yes.

22   A.   Yes.

23   Q.   Okay.  You said, once you got to the Bahamas, he pressured

24   you there, too?

25   A.   Uh-hum.

```
 1    Q.  You get pressured a lot, right?

 2    A.  No.

 3    Q.  Okay.  Do you have any text or anything that would show Mr.

 4    Williams pressuring you to go to the Bahamas?

 5    A.  The conversation we had was not by text messages, that was

 6    by word of mouth.

 7    Q.  So that is a no?

 8    A.  Yes.

 9    Q.  Now, in 2013, you testified you got arrested for identity

10    theft, correct?

11    A.  Yes.

12    Q.  And, again, you said that this was Mr. Williams pressuring

13    you, right?

14    A.  Yes, he suggested.

15    Q.  So, whose identity did you steal?

16            MR. SCHILLER:  Objection, Judge, irrelevant.

17            MR. PEACOCK:  It is very relevant.  She testified it

18    is an integral part of this.

19            THE COURT:  Are you asking for the name of the person?

20            MR. PEACOCK:  Yes, ma'am, I am asking for the name of

21    the person.

22            THE COURT:  Overruled.

23            THE WITNESS:  Tahara Cabret, C-A-B-R-E-T.

24    BY MR. PEACOCK:

25    Q.  And who was Tahara Cabret?
```

Pauline A. Stipes, Official Federal Reporter

1    *A.*  I don't know.

2    *Q.*  And so, you went down and -- let me ask you, how did you do

3    that?  What did you do when you got that fake identity?  How

4    did you get that?

5    *A.*  I bought it.

6    *Q.*  Bought it from where?

7    *A.*  From someone that I know.

8    *Q.*  Okay.  And then what did you do with it?

9    *A.*  I told Mr. Williams that I had the -- well, it wasn't the

10   ID I bought, I bought a birth certificate and Social.

11   *Q.*  Right.  And what did you do with those?

12   *A.*  I told Mr. Williams I had the birth certificate and Social.

13   *Q.*  What did you do with those?

14   *A.*  What do you mean?

15   *Q.*  I know you want to blame Mr. Williams.

16   *A.*  I am not blaming Mr. Williams --

17           *MR. SCHILLER:*  Objection.

18           *THE COURT:*  Wait a minute.  You are talking over each

19   other.  Stop, ask the question again, and let the witness

20   answer until she is finished.

21   *BY MR. PEACOCK:*

22   *Q.*  Did you use those documents to get some kind of official

23   identification?

24   *A.*  I did.

25   *Q.*  What official identification did you get?

```
 1   A.   An ID.

 2   Q.   What kind of ID?

 3   A.   Driver's license, learner's license ID.

 4   Q.   You went down to the driver's license office, correct?

 5   A.   Correct.

 6   Q.   You presented them with fake documents, correct?

 7   A.   Right.

 8   Q.   You swore you were this Ms. Cabret?

 9   A.   Correct.

10   Q.   Had your picture taken?

11   A.   Correct.

12   Q.   And you signed the license?

13   A.   Correct.

14   Q.   And then you left.  Did you get any other ID's?

15   A.   That time or --

16   Q.   Did you get any other fake ID any time?

17   A.   No.

18   Q.   Okay.  Once you got your driver's license, did you try to

19   get any other identification in that name?

20   A.   No.

21   Q.   Okay.  How did you use that driver's license?

22   A.   To drive a car.

23   Q.   Did you open any bank accounts?

24   A.   I did have a bank account, yes.

25   Q.   In that name?
```

1   *A.*  Yes.

2   *Q.*  So, we can safely assume that is a bank account you had

3   control over, right?

4   *A.*  Yes.

5   *Q.*  Is that where you put the money that you were skimming off

6   the top?

7   *A.*  No.

8   *Q.*  What bank was that in?

9   *A.*  I believe it was Sun Trust.

10  *Q.*  Did you tell the Government you got a bank account in a

11  fake name?

12  *A.*  I don't understand.

13  *Q.*  Did you tell the Government, did you tell Agent Angell or

14  any other law enforcement officers, or the prosecutors, that

15  you got a bank account in a fake name?

16  *A.*  No.

17  *Q.*  That is a Federal crime, isn't it, ma'am?

18      *MR. SCHILLER:*  Objection, Judge, to what she knows is

19  a crime or what kind of crime it is.  The point was made, it

20  happened.  Anything else is irrelevant.

21      *MR. PEACOCK:*  No, it is not, your Honor, crimes that

22  she has committed --

23      *THE COURT:*  I don't want speaking objections.  You can

24  ask the witness whether she is aware that what she did

25  committed a crime or not.

Pauline A. Stipes, Official Federal Reporter

```
 1   BY MR. PEACOCK:
 2   Q.  Well, that is certainly a crime, correct?
 3         THE COURT:  You can ask her whether she knows it is or
 4   not.
 5   BY MR. PEACOCK:
 6   Q.  You know that is a crime, correct?
 7   A.  No, I didn't know.
 8   Q.  To open a bank account in a fake name, you didn't know
 9   that.  Okay.  No one has ever prosecuted you for any such
10   offense, though, right?
11   A.  I went to court, yes.
12   Q.  No, I mean for opening the bank account.
13   A.  All this is a part of what happened in that court.
14   Q.  All right.  So, you testified that in 2014, you finish that
15   case and you are sentenced to two years house arrest, and two
16   years probation, right?
17   A.  Yes.
18   Q.  That is when you stopped being a prostitute, right?
19   A.  Yes.
20   Q.  So, when you were arrested in 2013, did you get out on
21   bond?
22   A.  I did.
23   Q.  Did you continue to be a prostitute while you were on bond?
24   A.  Not that I can recall.
25   Q.  So, you must have stopped in 2013, then, right?
```

42

```
 1    A.   No, no, I didn't stop in 2013.
 2    Q.   Okay.  So, you were still acting as a prostitute while you
 3    were on bond on your identity case.  That was a violation of
 4    your conditions of bond, right?
 5    A.   I'm not sure.
 6    Q.   Well, you know that prostitution is a crime, correct?
 7    A.   Yes.
 8    Q.   So, you are committing crimes while you are on bond, right?
 9    A.   I suppose, yes.
10    Q.   Now, you indicated that -- let me ask you this:  When did
11    your probation end?
12    A.   2000 -- October of 2018.
13    Q.   October.  Okay.
14    A.   Uh-hum.
15    Q.   But you got arrested for driving on a suspended license
16    last spring, correct?
17    A.   Yes.
18    Q.   And that was a violation of your probation as well, wasn't
19    it?
20    A.   No.  I wasn't violated for it.
21    Q.   Okay.  I will rephrase my question.
22         That could have been a violation of your probation,
23    correct?
24    A.   It could have.
25    Q.   But it wasn't?
```

1    A.   Correct.

2    Q.   Do you know if the FBI interceded on your behalf in that

3    case?

4    A.   Absolutely not.

5    Q.   You don't know?

6    A.   They did not.

7    Q.   Did you report that arrest to your Probation Officer?

8    A.   I did.

9    Q.   And nothing happened?

10   A.   Me and the probation officer, we had a conversation,

11   nothing happened.

12   Q.   Did that conversation -- did you discuss that you were

13   acting as a witness for the Government in this case?

14   A.   No.

15   Q.   The Probation Officer didn't know that?

16   A.   Well, she didn't speak to me about it, I didn't speak to

17   her about it.

18   Q.   So, once you stopped being a prostitute in 2014, four years

19   ago, did Mr. Williams retaliate against you?

20   A.   No.

21   Q.   You talked a little bit about your actions after -- well,

22   let me go back to something else first.

23        You said that Mr. Williams encouraged you to lie to people,

24   correct?

25   A.   Yes.

44

1    *Q.*  Okay.  In fact, though, he often told you to tell the truth

2    and you had doubts about whether you should, correct?

3    *A.*  No.

4    *Q.*  Well, do you recall applying for a job at Target?  Do you

5    recall applying for a job at Target?

6    *A.*  Yes.

7    *Q.*  Do you recall discussing your application with Mr.

8    Williams?

9    *A.*  No.

10   *Q.*  By text?

11   *A.*  I don't recall.

12   *Q.*  I am going to refer you -- it is Government Exhibit 5bf.

13          *MR. PEACOCK:*  May I approach, your Honor?

14          *THE COURT:*  Yes.

15   *BY MR. PEACOCK*:

16   *Q.*  I will ask you to read this exchange.  I will ask you to

17   read that exchange beginning on line 629 there.  Read it to

18   yourself.

19       Did you get a chance to read it?

20   *A.*  I did.

21   *Q.*  Do you recall discussing your application for Target with

22   Mr. Williams now?

23   *A.*  Now that I see that.

24   *Q.*  In that text, you were asking him if you should tell them

25   about your prior problems, correct?

Pauline A. Stipes, Official Federal Reporter

45

1   *A.*  That is not what I said.

2   *Q.*  Well, you say to him, "Went to Target for an interview, got

3   hired on the spot, and they said they do background checks."

4   And he asked you, "Did you tell them?"  And then he said, "Just

5   tell them," right?

6   *A.*  I didn't see "just tell them."

7   *Q.*  Do you want to see it again?

8   *A.*  Yes.

9        *MR. SCHILLER:*  If counsel is going to read the

10   transcript, I would ask that we not skip any lines, that it be

11   read as it flows through the text.

12        *MR. PEACOCK:*  I will do that.

13        If I may let the witness see it?

14        *THE COURT:*  Yes.

15        *THE WITNESS:*  Okay.

16   *BY MR. PEACOCK:*

17   *Q.*  Okay.  So we'll read it in its entirety.  You are texting

18   Mr. Williams and you say "Yep, went to Target for interview,

19   got hired on the spot.  Then they said they do background

20   checks."

21        That was the point you were making.

22        He said, "Ho shit, SMH."  What does that mean?

23   *A.*  Shaking my head.

24   *Q.*  And he said, "Did you tell them?"  Right?

25   *A.*  Yes.

46

1    Q.  And then he says, "Just tell them."  And you said, "I told

2    them what the deal was, so now I am waiting."  And he said,

3    "Okay, I always tell them."

4        So, there Mr. Williams was encouraging you to be candid

5    with the people at Target where you had gotten your job, right?

6            MR. SCHILLER:  That last text was taken out of

7    context.  That was a statement by Ms. LXX, not Mr. Williams.

8            MR. PEACOCK:  I am sorry.  If that is the case, I am

9    sorry.

10   BY MR. PEACOCK:

11   Q.  The point is, Mr. Williams was telling you to tell the

12   truth, right?

13   A.  Yes, he is telling me to tell them about what happened.

14   Q.  He is not telling you, don't tell them about that; he is

15   telling you to be candid with them, correct?

16   A.  Yes.

17   Q.  Now, when Mr. Williams was arrested in November of 2000 --

18   let's see -- 2017, you remained in contact with him, correct?

19   A.  Yes.

20   Q.  In fact, you were in frequent contact with him?

21   A.  Yes.

22   Q.  And you were trying to help him, right?

23   A.  Yes.

24   Q.  And in helping him, you were discussing the case with other

25   people, correct?

```
 1   A.   I'm not sure who other people was.
 2   Q.   Do you remember discussing a case with a woman named Sally
 3   Apgar?
 4   A.   Yes.
 5   Q.   Who is Sally Apgar?
 6   A.   She says she was an investigator.
 7   Q.   For who?
 8   A.   For Mr. Williams.
 9   Q.   And was Ms. Apgar trying to get your help in her
10   investigation?
11   A.   Yes, she asked my for information.
12   Q.   And you communicated with her frequently, correct?
13   A.   A few times.
14   Q.   Yes.  And at some point in your communication with
15   Ms. Apgar -- she is not a friend of yours, right?
16   A.   No.
17   Q.   At some point in your communication with Ms. Apgar, you
18   indicated to her that RXXX mastermind everything, with
19   exclamation points, correct?
20   A.   Uh-hum.
21   Q.   And what did you mean by "RXXX mastermind everything?"
22   A.   Um-m-m, as far as I know, RXXX was in control.
23   Q.   Rosa -- you meant RXXX was the one who created this whole
24   situation, correct?
25   A.   Yes.
```

1    *Q.*  And that is RXXXXXX CXX, by the way, right?

2         Do you know RXXXXXX CXX?

3    *A.*  We met before.

4    *Q.*  So you know who she is, correct?

5    *A.*  Yes.

6    *Q.*  Does she know who you are?

7    *A.*  Yes.

8    *Q.*  How many times have you met her?

9    *A.*  Quite a few times.

10   *Q.*  Okay.  So you are familiar with her?

11   *A.*  Yes.

12   *Q.*  She is familiar with you?

13   *A.*  Yes.

14   *Q.*  So, let me ask you this:  In the months before Mr.

15   Williams was arrested, we've already discussed you were in

16   contact with him.  Are you aware of who was living in his house

17   at that time?

18   *A.*  No.

19   *Q.*  Okay.  If I ask you single individuals, might you know some

20   of them?

21   *A.*  Yes.

22   *Q.*  Okay.  Was his mother living there?

23   *A.*  Yes.

24   *Q.*  Was DXXXXXX living there?

25   *A.*  No.

1   *Q.*   DXXXXXX moved out?

2   *A.*   Yes.

3   *Q.*   When did DXXXXXX move out?

4   *A.*   I believe it was 2014, but I am not sure.

5   *Q.*   Okay.  Was RXXX living there?

6   *A.*   Yes.

7   *Q.*   And how about GXXXXXX?

8   *A.*   Yes.

9   *Q.*   Are you aware of anyone else living there?

10   *A.*   No.

11   *Q.*   At the time of his arrest, isn't it true that only RXXX was

12   acting as a prostitute?

13          *MR. SCHILLER:*  Objection, Judge, within what

14   context --

15          *MR. PEACOCK:*  Whatever -- I don't understand the

16   objection.

17          *THE COURT:*  The witness may answer.

18          *THE WITNESS:*  I don't know that.

19   *BY MR. PEACOCK:*

20   *Q.*   Were you aware of anyone else acting as a prostitute at the

21   time Mr. Williams was arrested?

22   *A.*   I don't know.

23   *Q.*   Are you aware RXXX was acting as a prostitute at the time

24   Mr. Williams was arrested?

25   *A.*   Yes.

```
 1              THE COURT:  Counsel, it is an hour.  How much longer
 2      do you think, another hour?  You estimated an hour.  You think
 3      it is another hour?
 4              MR. PEACOCK:  I don't know.  I will try to make it as
 5      brief as possible.
 6              THE COURT:  We need to keep our minds on time.
 7              MR. PEACOCK:  Okay.
 8      BY MR. PEACOCK:
 9      Q.  Now, during this time period, you had another boyfriend,
10      correct, his name is Gabe?
11      A.  That is still Taylor.
12      Q.  I'm sorry?
13      A.  That is Taylor.
14      Q.  Taylor is not a first name?
15      A.  No.
16      Q.  I'm sorry, Judge, just to be clear, the name is Gabe
17      Taylor?
18      A.  Yes, sir.
19      Q.  That is the fellow you went to New York with?
20      A.  Yes.
21      Q.  Did you also go up to New York with him a second time?
22      A.  Yes.  The second time is when I moved out.
23      Q.  So, he was already up there when you went the second time?
24      A.  Yes, he was.
25      Q.  You went up to be with him?
```

```
 1    A.   Yes.

 2    Q.   You spent six to eight months?

 3    A.   Uh-hum.

 4    Q.   You came back because you had an Immigration notice?

 5    A.   Yes.

 6    Q.   Did you have a hearing set?

 7    A.   Yes.

 8    Q.   You had to come back, right?

 9    A.   Yes, but the Court was for -- yes.

10    Q.   So, it wasn't anything Mr. Williams did, he simply told you

11    that you have a notice for an Immigration hearing?

12    A.   Yes.

13    Q.   He didn't make you come back?

14    A.   No.

15    Q.   And when you came back, you moved into the house with Mr.

16    Williams, right?

17    A.   Yes.

18    Q.   That is when you stayed a month or two?

19    A.   Yes.

20    Q.   All right.  Now, let me talk to you about drugs in the

21    household.

22         Did people in the house use drugs?

23    A.   Not that I know of.

24    Q.   Didn't you tell Agent Angell that DXXXX used to use pills a

25    lot?
```

1          MR. SCHILLER:  Objection, outside the scope of direct

2     exam and irrelevant.

3          MR. PEACOCK:  We can recall her, Judge, but we ought

4     to get it done now.

5          MR. SCHILLER:  Judge, this was a subject of the Motion

6     in Limine before trial.

7          THE COURT:  Was it excluded?

8          MR. PEACOCK:  Sorry?

9          THE COURT:  When you say the subject of the Motion in

10    Limine, by which counsel?

11         MR. SCHILLER:  Filed by the Government.  Judge, can we

12    approach?

13         THE COURT:  Yes.

14         (Sidebar conference held and not included in this

15    transcript.)

16         THE COURT:  I understand that some jurors want to take

17    a break.  We will be in recess until 25 minutes after 10:00.

18         I ask you to remain under oath, do not discuss the

19    case amongst yourselves or with anyone else, you are not to

20    view any coverage, if there is any, not to have any association

21    with anyone connected with the case, and we will see you back

22    in 15 minutes.  Thank you.

23      (Thereupon, the jury leaves the courtroom.)

24         THE COURT:  Okay, we will be in recess.

25      (Thereupon, a short recess was taken.)

Pauline A. Stipes, Official Federal Reporter

1          THE COURT:  Okay, I want to review what we discussed

2    sidebar before the jury comes back in.  I want the rulings to

3    be clear.  Sometimes when you do them at sidebar, it is hard.

4          There was an objection that was made by the Government

5    to delve into areas of DXXXX's use of drugs with this witness,

6    Ms. LXX, and --

7          MR. PEACOCK:  Defense.

8          THE COURT:  Defense was delving into it and the

9    Government objected.

10         Just to be clear, at Docket Entry 112 -- and I know we

11   did this -- that wasn't it.  What was the docket entry?

12         THE LAW CLERK:  81.

13         THE COURT:  The Court, at Docket Entry 81, entered an

14   order.  Mr. Schiller recited this, but I want to have it clear

15   in my mind as well.  On 11/15/2018, there was a paperless order

16   granting in part and reserving in part on the Government's

17   Omnibus Motion in Limine.  The Court notes that the parties are

18   in agreement regarding the limited use for which evidence of

19   witness' prior drug use, alcohol use, and mental health history

20   may be introduced at trial.  Docket Entries 64 and 78.

21         Accordingly, the Court grants Paragraphs 2 and 3

22   regarding drug and alcohol use and mental health history.  That

23   was the relevant portion.

24         If we go back to Docket Entry 64, the Government's

25   notice of Omnibus Motion in Limine, and look at Paragraphs 2

1    and 3:  2, use of drugs or alcohol.  A witness' prior use of

2    drugs or alcohol cannot be used as a general form of

3    impeachment, but can only be used to impeach his or her ability

4    to perceive the underlying events and to testify lucidly at

5    trial, citing United States versus Clemons, 32 F.3d 1504,

6    Eleventh Circuit, 1994.

7         And then when we look at Docket Entry 78, which was

8    filed by the Defense, the Defense indicated that -- let me pull

9    up 78, Defendant's response.  The Defendant indicated in

10   paragraph two:  The Defense agrees a witness' use of

11   psychotropic drugs cannot be used as general impeachment, but

12   can only be used to impeach a witness' ability to perceive

13   events and testify lucidly.

14        And then, in the meanwhile, the Court pulled up again

15   two cases which stand for these propositions, one cited by the

16   Government, U.S. versus Clemons, 32 F.3d 1504, Eleventh

17   Circuit, 1994, and if you read that case and the relevant

18   portions, it actually cites to another case where the Court

19   says this Circuit long adhered to the proposition that the

20   witness' use of drugs may not be used to attack as to an

21   underlying event and testify at trial, citing United States

22   versus Sellers, 906 F.2d 597, and the Court also looked at that

23   case.

24        And so, unless counsel tells me differently, the way I

25   see this happening, under Federal Rule 608(b) and the case law,

1    would be that DXXXX would be called and you arguably could be

2    permitted to ask her, or any other witness, but she is the one

3    whose name came up with Ms. LXX about drug use only for her

4    impeachment as ability to remember call, under 608 about, you

5    would need to accept her answer and you couldn't bring in

6    extrinsic evidence to bring in that point.

7           I give you that information so you can research it

8    further, because you want to keep Ms. LXX available, you need

9    to look at the case law and rule, and let me and the Government

10   know why you believe, under the case law and rule, that

11   regardless of what DXXXX testifies to should you get into drug

12   use, you should nevertheless be able to bring in Ms. LXX to

13   testify about the very thing you would be asking DXXXX about.

14          And specifically, just looking at some of the

15   annotations in 608 -- well, I can't put my finger on it, and it

16   may be in one of the cases I just read, but it seems to me

17   there is a suggestion in the law that you accept -- you accept

18   the answer, and that you can't bring in additional impeachment

19   evidence through extrinsic evidence.

20          So, I would want you to flush that argument out more

21   before having -- this is a three-week trial, to just make a

22   casual statement that Ms. LXX has to remain available, I think

23   when she is done, she should have every expectation of knowing

24   she is done, unless there is a specific reason why she is not

25   done, and I would like Defense to provide the Court with that

1 reason.

2    *MR. PEACOCK:* If the Court wants, I can just subpoena

3 her, and she could come when I tell her to come.

4    *THE COURT:* Okay. I think that is what you need to do

5 in light of the length of the case and whatever -- she has not

6 been told to be available for three weeks. Since she was

7 called early on in the trial, I want to make sure Defense has a

8 good faith basis to call her back as relates to this issue.

9 You may have other reasons, but I am not seeing it based on the

10 additional research I was able to do between now and when this

11 came up ten minutes ago.

12    *MR. PEACOCK:* I understand, and I will respond to the

13 Court's order there. My position would be the Defendant is not

14 allowed to argue that drug use makes somebody a bad person.

15 There is a difference between arguing and eliciting.

16    The evidence from this witness is substantive evidence

17 in its own right, and it's -- you know, it doesn't have to come

18 from the drug user. It can come from other people who

19 witnessed the witness use drugs during the time in question in

20 the indictment. And there is evidence, Judge -- I am not doing

21 this on a lark.

22    Ms. LXX was debriefed and she told Agent Angell that

23 DXXXX LXXXXX was on pills all the time. She referred to them

24 as downers. There is other evidence regarding DXXXX LXXXXX

25 being on drugs during the time of the conspiracy, and that is

1    critical to the Defense's questioning of DXXXX Lulkin's memory

2    of events.

3            I understand the Court's ruling, I will certainly

4    abide by it.  This is not some effort to tar her without a

5    basis.

6            *THE COURT:*  I am not suggesting it.

7            In any event, the sequence is not the appropriate one.

8    You may be able to persuade the Court that asking Ms. LXX about

9    this line of questioning has a basis in the Rules of Evidence

10   and law under 608(b) or any other rule you point the Court to,

11   but what I am persuaded by is the sequence is not appropriate

12   at this time.

13           DXXXX LXXXXX has not been called yet.  She would need

14   to be called and you would explore that as I understand under

15   the rules, more importantly, what the parties have agreed to.

16           If you have argument as to why Ms. LXX should be

17   called back on that issue, you can make it at that time.

18           It is without prejudice for you to be able to ask

19   Ms. LXX about it, but you need to make that request and it

20   would have to be subsequent to DXXXX's testimony.

21           *MR. PEACOCK:*  I understand.  If Ms. LXXXXX takes the

22   stand and denies she was using the drugs from the time period

23   such as the debriefings of Ms. LXX, that would be perjury, and

24   they have a duty to correct that on the record.

25           *THE COURT:*  We will take it one step at a time.  I

1    want to make sure the ruling is clear as to Ms. LXX.

2              MR. PEACOCK:  I can ask her about her drug use?

3              MR. HOOVER:  At specific times, not generally over the

4    course of ten years, have you ever used drugs.  That is the

5    point about her testifying lust idly.

6              MR. PEACOCK:  We have to find out when it was.

7              MR. HOOVER:  Before we move on, there is one other

8    twist to that issue.  There is a significant amount of text

9    messages about the Defendant providing narcotics to DXXXX

10   LXXXXX.  If we open the door, I don't want there to be a

11   surprise, where did you get the narcotics, the Defendant

12   brought them to me.

13             I don't want that to be a surprise.  We don't think

14   that is a relevant inquiry without the specific relevance to a

15   specific incident, and the response in the statement was DXXXX

16   LXXXXX may have been, not that she was.

17             THE COURT:  DXXXX is not testifying now and I don't

18   see her soon in the lineup.

19             MR. HOOVER:  Next week, Judge.

20             THE COURT:  I don't hear the Government objecting to

21   you asking Ms. LXX about using drugs, but the only appropriate

22   way would be in terms of her ability to recall incidents so

23   that it has a basis in time, so it is used properly.

24             So, with that understanding, agreeable to the

25   Government?

```
 1            MR. HOOVER:  Yes.

 2            THE COURT:  Defense?

 3            MS. McCREA:  The only issue with that --

 4            THE COURT:  Mr. Peacock is questioning the witness.

 5            MS. McCREA:  I thought you said DXXXX.

 6            THE COURT:  No, Ms. LXX.

 7            MR. PEACOCK:  All I wanted to ask is if she was

 8    involved during the prostitution using drugs, and if she says

 9    yes, when.  I am not trying to embarrass her.

10            MR. SCHILLER:  A suggestion for the Court, so we don't

11    have to deal with objection by objection, why don't we voir

12    dire Ms. LXX on the topic, see what the answers are going to

13    be, because he doesn't know the answers to the questions he is

14    asking.  He already told us that.

15            The voir dire is important so we can make sure the

16    questions are pointed and the way they should be under the law.

17            THE COURT:  We can bring Ms. LXX in now.

18            (Thereupon, the witness entered the courtroom.)

19            THE COURT:  Ms. LXX, you can have a seat.  There is

20    one line of questioning I was going to have Mr. Peacock ask you

21    before the jury came in.

22            What is the question, Mr. Peacock?

23    BY MR. PEACOCK:

24    Q.  Yes, ma'am.

25        During the time that you were acting as a prostitute, did
```

1   you use drugs?

2   *A.*   No.

3   *Q.*   No marijuana?

4   *A.*   No.

5          *MR. PEACOCK:*  Okay.

6          *THE COURT:*  So, you won't ask the question, then, in

7   front of the jury.

8          *MR. PEACOCK:*  No, ma'am.

9          *THE COURT:*  All right.  We can bring the jury in.

10   Thank you.

11          I will remind both counsel -- actually, I made the

12   comment to Ms. McCrae, whosoever's witness it is, let counsel

13   address the issues.  If counsel need to confer with one

14   another, fine, but let's keep it straight, one counsel per

15   witness for both sides.

16          *MR. SCHILLER:*  Thank you, ma'am.

17          (Thereupon, the jury returned to the courtroom).

18          *THE COURT:*  Welcome back, everyone.  We can represent

19   to the jury we are working on the temperature in the courtroom.

20   We are aware it is chilly in the courtroom, we are working on

21   it.  It might seem to be an easy thing, switch a button, but we

22   have to go through the procedure.

23          When it is too uncomfortable, and if it is after the

24   lunch break, if you want to bring in warm beverages or cold

25   beverages, too, you can bring those.

```
 1              Counsel may proceed with examination.
 2              MR. PEACOCK:  Thank you, ma'am.
 3    BY MR. PEACOCK:
 4    Q.  Ms. LXX, when you came back the second time and you stayed
 5    with Mr. Williams for a month or two, that is for Immigration
 6    issues, why didn't you stay somewhere else?
 7    A.  I had nowhere else to stay.
 8    Q.  You have family in South Florida, correct?
 9    A.  I do.
10    Q.  You couldn't go stay with them?
11    A.  No.
12    Q.  At one point, there was a woman named Ashley who lived in
13    the house, correct?
14    A.  Yes.
15    Q.  And Ashley -- how long was she there?
16    A.  Um-m-m, a month or so.
17    Q.  And then she just left, correct?
18    A.  Yes.
19    Q.  DXXXXXX RXXXXXXXX, when she was living in the house, she
20    left many times, correct?
21    A.  Yes.
22    Q.  And she returned?
23    A.  Yes.
24    Q.  Voluntarily?
25    A.  Hard for me to say.
```

1 *Q.* And when I say left, she left the area many times, correct?

2 *A.* Yes.

3 *Q.* Now, you testified the other day that Mr. Williams called

4 himself a pimp.  Did you say that?

5 *A.* I did.

6 *Q.* Back on April 12th, page 69, isn't it true you told Agent

7 Angell that Mr. Williams didn't consider himself a pimp?

8 *A.* Yes.

9 *Q.* Okay.  Now, so, let me -- there were many women that came

10 and went, correct?

11 *A.* Yes.

12 *Q.* You were one of them, correct?

13 *A.* Yes.

14 *Q.* So, there was Maryann B, she came and went?

15 *A.* Yes.

16 *Q.* Maryann B would disappear for a time, correct?

17 *A.* Not that I know of.

18 *Q.* Well, wouldn't she get involved with some guy and go off

19 for awhile?

20 *A.* No.  Not that I know of.

21 *Q.* Didn't she become a dancer and not work as a prostitute for

22 awhile?

23 *A.* She was dancing.

24 *Q.* Right.  And she got into that life as a topless dancer

25 rather than being a prostitute for a period of time, correct?

```
 1    A.  She was, yes.

 2    Q.  So, are you familiar with a woman named Crystal?

 3    A.  I am not.

 4    Q.  You mentioned Kesha?

 5    A.  Yes.

 6    Q.  Kesha came and went, correct?

 7    A.  Yes.

 8    Q.  Did Kesha ever act as a prostitute?

 9    A.  Not that I can recall.  Not that I know of, no.

10    Q.  Was she intimately involved with Mr. Williams?

11    A.  Yes.

12          MR. SCHILLER:  Objection, irrelevant.  How does that

13    have any bearing on the charges in this case?

14          MR. PEACOCK:  It goes to the fact that this woman was

15    intimate with him and he didn't make her become a prostitute.

16          THE COURT:  I will overrule the objection.

17    BY MR. PEACOCK:

18    Q.  Marissa, you talked about her?

19    A.  Yes.

20    Q.  She never acted as a prostitute?

21    A.  Not that I know of.

22    Q.  She was in a long-term relationship with Mr. Williams,

23    right?

24    A.  Yes.

25          MR. SCHILLER:  Judge, irrelevant to anything
```

Pauline A. Stipes, Official Federal Reporter

```
 1   concerning Marissa and a relationship with the Defendant.
 2              THE COURT:  Are you --
 3              MR. PEACOCK:  I am done with that question.
 4              THE COURT:  All right.
 5   BY MR. PEACOCK:
 6   Q.  We talked about Ashley coming and going, DXXXXXX coming and
 7   going.  What about GXXXXXX RXXX, she came and went as well?
 8   A.  Not that I know of.
 9   Q.  Are you familiar with her while she was in the house with
10   Mr. Williams?
11   A.  Yes.
12   Q.  You don't recall a time when she left?
13   A.  No.
14   Q.  How about RXXXXXX CXX?
15   A.  I don't think she ever left.  I am not familiar with that,
16   no.
17   Q.  You are not aware of any travel by her?
18   A.  Travel, yes.
19   Q.  That is what I mean by leaving, she left the house and went
20   out of the county, out of the state?
21   A.  Yes.
22   Q.  She did that frequently, correct?
23   A.  I am not sure how frequently she left.
24   Q.  All right.  So, I want to ask you a little bit about your
25   immigration status.
```

```
 1         Now, since you have gotten involved in this case, you have
 2    learned that you can request residency as a victim of a sex
 3    trafficking crime, correct?
 4    A.  Yes, I found out.
 5    Q.  When did you find that out?
 6    A.  After I came forward.
 7    Q.  Okay.  And there is a special program that United States
 8    Citizenship and Immigration Services has for people who are
 9    victims of sex trafficking crimes, correct?
10    A.  I guess, yes.
11    Q.  And that allows you to get a special status in which you
12    would be called a T immigrant, right?
13    A.  I guess.
14    Q.  Have you filed paperwork for that?
15    A.  I believe, yes.
16    Q.  Okay.  So, you are applying to get that status so you can
17    remain in the United States, correct?
18    A.  Yes.
19    Q.  And Agent Angell is assisting you in that, correct?
20    A.  Yes.
21    Q.  Agent Angell has filed paperwork to allow you to stay so
22    you can assist him in this case, correct?
23    A.  Yes.
24    Q.  And when did he do that?
25    A.  Um-m-m, earlier this year, I believe.
```

1    *Q.*  Would it have been in June of this year?

2    *A.*  Yes.

3    *Q.*  Did you see the paperwork he filed on your behalf?

4    *A.*  I did.

5    *Q.*  So, you are well aware that by testifying on behalf of the

6    Government, that they will try to keep you here?

7    *A.*  Yeah.

8    *Q.*  And after you are here on your T status for three years,

9    you can apply for residency again, correct?

10   *A.*  I suppose so.  I am not really sure how it works.

11   *Q.*  Ultimately, what you want to do is be here permanently?

12   *A.*  Yes.

13   *Q.*  You don't want to go back to Jamaica?

14   *A.*  No.

15   *Q.*  You have nobody there, correct?

16   *A.*  No.

17   *Q.*  So, I have been talking to you about the statement you gave

18   on April 12th to Special Agent Angell.  You gave a statement

19   before that, correct?

20   *A.*  I did.

21   *Q.*  And they came down -- you were sitting in the Broward

22   County Sheriff's Office, and they came down and interviewed

23   you?

24   *A.*  Yes.

25   *Q.*  And this was the first time that Special Agent Angell had

1    interviewed you, correct?

2    A.   Yes.

3    Q.   So you are in an interview room and he identified himself

4    as a Special Agent with the Federal Bureau of Investigation?

5    A.   Yes.

6    Q.   There was another guy with him?

7    A.   Yes.

8    Q.   And he was a Palm Beach County Sheriff's deputy?

9    A.   Yes.

10   Q.   They told you what they were there to speak to you about?

11   A.   Yes.

12   Q.   And you understood what they were there about?

13   A.   Yes.

14   Q.   You knew it was law enforcement officers?

15   A.   Yes.

16   Q.   And you knew it was important for you to tell the truth,

17   correct?

18   A.   Yes.

19   Q.   Just like it was important for you to tell the truth here?

20   A.   Yes.

21   Q.   You didn't do that, did you?

22   A.   Tell the truth or --

23   Q.   Yes.  You didn't tell the truth, did you?

24   A.   I don't believe I did anything wrong.

25   Q.   You testified to all of the things in court, but when you

1  gave the statement to Agent Angell on April 4, 2018, you told

2  Agent Angell that, you know, the most important thing to you

3  was to go home to your daughter, right?

4      You told Agent Angell that you live with Mr. Williams on

5  and off, much of it moving around, going to New York, etc.; is

6  that right?

7  *A.*  Not that I can recall.

8  *Q.*  Okay.  You told Agent Angell on April 4th that Mr.

9  Williams had nothing to do with what I was doing?

10      *MR. SCHILLER:*  Page number, please, so I can see where

11  we are.

12      *MR. PEACOCK:*  Page 24.

13  *BY MR. PEACOCK*:

14  *Q.*  You told Agent Angell that "Mr. Williams had nothing to do

15  with what I was doing?"

16  *A.*  I don't remember.

17  *Q.*  Would you like to see it?

18  *A.*  No.

19  *Q.*  Would it refresh your recollection if you saw a transcript

20  as to that is what you said that day?

21  *A.*  No.

22  *Q.*  It wouldn't if you see it?

23  *A.*  If you would like to show me, that is fine, but I can't

24  remember.

25      *MR. SCHILLER:*  Judge, if counsel can show me, I don't

1    see it on page 24.

2    *BY MR. PEACOCK:*

3    *Q.*  I want to ask you to read that bottom line going over to

4    25.

5        Have you read it?

6    *A.*  I did.

7    *Q.*  Does that refresh your recollection what you told Agent

8    Angell that day?

9    *A.*  Not really.

10   *Q.*  Sorry?

11   *A.*  No.

12   *Q.*  Isn't it true you told him, quote, "he had nothing to do

13   with what I was doing?"

14   *A.*  Meaning?

15   *Q.*  Meaning being a prostitute.

16   *A.*  I don't recall.  If I said he had nothing with me to being

17   a prostitute, that would be totally different.

18   *Q.*  Okay.  Page 27.

19       In that same interview with Agent Angell you told him, did

20   you not, that we, meaning you and Mr. Williams, "we never spoke

21   about it.  We never -- it's not like I ever confided in him and

22   say, well, you know, this is what I am doing, what do you think

23   about it?  Or he never said, hum, I think you are doing a good

24   job or, TXXXX, I don't think you should do it.  We never had a

25   conversation about it."

1    *A.*  Right.

2    *Q.*  That was talking about the prostitution, right?

3    *A.*  Yes.

4    *Q.*  On that day, April 4, 2018, the first time you spoke to law

5    enforcement, you told Agent Angell that Mr. Williams didn't

6    know what you were doing and that was your own business,

7    correct?

8    *A.*  I didn't say he didn't know what I was doing.  He was well

9    aware of it.

10   *Q.*  You told him you never discussed it?

11   *A.*  We never discussed it, not to have a conversation.

12   *Q.*  You told him you never speak about it, right?  Page 28.

13        You told Agent Angell that I never saw him, Mr. Williams,

14   "I never did see him more than maybe a few times a month."

15        Would you like to see it?

16   *A.*  No.

17   *Q.*  You told him that, didn't you?

18   *A.*  This could be a possibility, but I don't know what you have

19   reference to, the time line.

20   *Q.*  Ms. LXX, we are not dealing with possibilities here.  You

21   told Agent Angell that the first time you were speaking to him,

22   correct?

23   *A.*  Yes.

24   *Q.*  And you then went on to tell him, "he wasn't a pimp or

25   nothing to me."

```
 1        Do you remember that?
 2   A.   Nope.
 3   Q.   Would you like to see it?
 4   A.   No.
 5   Q.   Did you say it?
 6   A.   If it is in the transcript, but I can't recall.
 7   Q.   Didn't you say to Agent Angell, "Um-m-m, I paid some bills,
 8   yeah, but no, not go out -- he wasn't like a pimp or nothing to
 9   me.  I made the decision to do what I did, you know, based on
10   how I felt about the situation and based on the fact that I
11   needed money, but he had nothing to do with that.  I was my own
12   person."
13        That is what you told Agent Angell on April 4th, correct?
14   A.   That is in the transcript.
15   Q.   Is it correct?
16   A.   Yes.
17   Q.   During that same interview with Agent Angell, page 39,
18   isn't it a fact that you told Agent Angell -- at the bottom of
19   the page, Mr. Schiller -- "and I was kinda confused, like, are
20   you -- or you know, this person that I know is not the person
21   that would do -- do such a thing."
22        Now, in that context, you were talking to Agent Angell
23   about your actions after Mr. Williams was was arrested, right?
24   A.   Yes.
25   Q.   You had conversations with RXXX, correct?
```

```
 1    A.   Yes.

 2    Q.   You were talking to RXXX about why she never said anything

 3    to you about problems that might have occurred in the house?

 4    A.   Yes.

 5    Q.   You indicated that Mr. Williams was "not the person that

 6    would do -- do such a thing," right?

 7    A.   That's right.

 8    Q.   Page 41, bottom half.  Did you also tell Agent Angell, "I

 9    still can't imagine those things happening, like I can't

10    even -- my imagination cannot bring those things to mind."

11         Once again you are talking about the allegations against

12    Mr. Williams, correct?

13    A.   Yes.

14    Q.   So you are telling Agent Angell that you didn't believe

15    those allegations, did you?

16    A.   Yes.

17    Q.   Page 42.  You indicated to Agent Angell in the same

18    statement, "I have never seen him hit anyone," right?

19         Did you say it?

20    A.   If it is there, yes.

21    Q.   Did you say it?

22    A.   Yes.

23    Q.   "I've never seen that, um-m-m, as far as them giving him

24    money, I've never physically seen it.  I am not saying this

25    shit never happened, you know, I am just telling you I wasn't."
```

1      Did you say that to him?

2  A.  Would you repeat that.

3  Q.  Did you tell Agent Angell, on April 4, 2018, "I've never

4  seen that, um-m-m, as far as them giving him money, I've never

5  physically seen it?"

6  A.  Yes.  I, said that.

7  Q.  Okay.  Page 49.  On page 49 you were talking about DXXXX

8  LXXXXX.  At the bottom of the page you indicate, "She, um-m-m,

9  she was an adult.  She wasn't in school, she, um-m-m -- and

10  Maryann had been out of school for awhile."

11      You were telling Agent Angell that DXXXX LXXXXX was an

12  adult before she started working as a prostitute, correct?

13  A.  Yes.

14  Q.  That was your understanding of this, correct?

15  A.  Yes.

16  Q.  You were the one who was around during this time period,

17  correct?

18  A.  I was around.

19  Q.  Page 50.  You indicated to Agent Angell that DXXXX would

20  come and go?

21  A.  Yes.

22  Q.  DXXXX would leave the house for a period of time, correct?

23  A.  Yes.

24  Q.  She would just disappear, wouldn't she?

25  A.  No.

```
 1    Q.   Did you know where she went?
 2    A.   She went to her dad's house.
 3    Q.   She went to her father's house.  Did she go other places?
 4    A.   Not that I know of.
 5    Q.   She would come and go, in other words, and she was free to
 6    do so, right?
 7    A.   Yes.
 8    Q.   Now, do you know if Alston knew DXXXX's mother?
 9    A.   Not that I know, no.
10    Q.   You told Agent Angell that Mr. Williams was the only one
11    who was there for you, right?
12    A.   Yes.
13    Q.   Sorry?
14    A.   Yes.
15    Q.   When you told him that, you meant he was the only person
16    who cared about you, correct?
17    A.   That is not what I meant.
18    Q.   What did you mean by "he is the only person that was there
19    for me?"
20    A.   He was the only one I knew, when I was there.
21    Q.   Who would take care of you?
22    A.   Yes.
23    Q.   He put a roof over your head, he helped you with your
24    transportation, those types of things?
25    A.   Yes.
```

Pauline A. Stipes, Official Federal Reporter

```
 1              MR. SCHILLER:  Page, counsel.

 2              MR. PEACOCK:  That was on 53.

 3   BY MR. PEACOCK:

 4   Q.  Also on 53, you told Agent Angell that he was that one

 5   friend.  It doesn't matter what happened, I always have some

 6   place to go."

 7   A.  Yes.

 8   Q.  Page 57, you were again asked, "And you have never seen or

 9   heard him hitting these girls or these girls yelling?"  And you

10   said, "I promise."  And he said, "Never?"  And you said, "I

11   promise you, never."

12   A.  Yes, I did.

13   Q.  And that was true when you told him, wasn't it?

14   A.  Yes.

15   Q.  And then you were asked, "Have these girls ever told you

16   anything?"  And you answered --

17              MR. SCHILLER:  Objection, that calls for hearsay.

18              MR. PEACOCK:  It is a question to her, shows the

19   context of her answer, your Honor.

20              MR. SCHILLER:  The answer is based on hearsay.

21              THE COURT:  If the answer is based on hearsay, that is

22   inadmissible.

23              MR. PEACOCK:  This is a prior inconsistent statement,

24   it is not hearsay.

25              MR. SCHILLER:  Judge --
```

```
 1              THE COURT:  Prior inconsistent statement of this
 2   witness?
 3              MR. PEACOCK:  Yes.
 4              MR. SCHILLER:  It's hearsay, what someone told her.
 5   It might be inconsistent, it is hearsay.
 6              MR. PEACOCK:  I am not asking what anyone told her.
 7              THE COURT:  Rephrase the question.
 8   BY MR. PEACOCK:
 9   Q.  You were asked a question, "Have these girls ever told you
10   anything?"  And your answer was "no", right?
11   A.  Yes.
12   Q.  Okay, specifically you said never --
13              MR. SCHILLER:  Objection, it is hearsay.
14              THE COURT:  This is what the witness, Ms. LXX said.
15   So far, I haven't heard hearsay.
16   BY MR. PEACOCK:
17   Q.  Your answer was, "Never.  That is why I asked RXXXXXX, why
18   didn't you say something?  And I've never, I've never seen any
19   bruises.  I have never, ever seen anything."
20       That is what you told Agent Angell?
21   A.  Yes.
22   Q.  In fact, you told him "Most of what I have seen is a lot of
23   shopping going on," right?
24   A.  Yes.
25   Q.  What did you mean by that?
```

Pauline A. Stipes, Official Federal Reporter

```
 1   A.   Um-m-m, trips to the mall, shopping.
 2   Q.   Okay.  Page 66.  You were talking about you, Maryann, and
 3   DXXXXXX and you told Agent Angell that "me and DXXXXXX and
 4   Maryann, we have moved on.  I stopped doing what I was doing.
 5   I -- you know, Maryann stopped doing what she was doing,
 6   DXXXXXX stopped doing what she was doing."  Right?
 7   A.   Yes.
 8   Q.   And you told him again you never physically have seen the
 9   other girls giving money to Mr. Williams, page 68, correct?
10   A.   Yes.
11   Q.   And then on page 70, Mr. Schiller -- I'm sorry, page 69,
12   you told Agent Angell, "I kept my money," correct?
13   A.   Not that I can recall, no.
14          MR. PEACOCK:  If I may approach?
15   BY MR. PEACOCK:
16   Q.   Did you have a chance to read that?
17   A.   No.
18   Q.   Take your time.
19        Did you have a chance to read it?
20   A.   I did.
21   Q.   You told Agent Angell -- when asked what happened to your
22   money, you told him, "I kept my money;" isn't that right?
23   A.   Yes.
24   Q.   Page 70, at the top, you said, "I have never given him any
25   money, I promise you that.  I have never given him any money at
```

Pauline A. Stipes, Official Federal Reporter

```
 1   all."
 2        Would you like to read it?
 3   A.  No.
 4   Q.  Did you say it?
 5   A.  I suppose so.
 6   Q.  No, did you say it?
 7   A.  Yes.
 8   Q.  And last, you told Agent Angell that you considered
 9   yourself an outsider, didn't you?
10   A.  Yes.
11             MR. SCHILLER:  What page is that?
12             MR. PEACOCK:  Page 80.
13   BY MR. PEACOCK:
14   Q.  Now, during this whole interview on April 4, 2018, Agent
15   Angell and the other law enforcement officer were reminding you
16   that you had a young child at home, correct?
17   A.  Yes.
18   Q.  And they were reminding you that you needed to do the best
19   thing you could for you and your child, correct?
20   A.  Correct.
21   Q.  And they did that many times throughout the interview,
22   right?
23   A.  I wouldn't say many times.
24   Q.  Do I need to go through all of them?
25   A.  If you like to.
```

```
1    Q.  They talked about your Immigration problems as well?
2    A.  Yes.
3    Q.  They reminded you that you had Immigration issues?
4    A.  I knew that.
5    Q.  I know you knew that, but they reminded you?
6    A.  Yes.
7    Q.  They reminded you at the beginning, in the middle, and at
8    the end, right?
9    A.  Yep.
10   Q.  And they told you that you needed to do the right thing,
11   didn't they?
12   A.  Yes.
13   Q.  And what did you think they meant when they said you need
14   to do the right thing?
15   A.  Do the right things.
16   Q.  You needed to help them?
17   A.  No.  I needed to do the right thing.
18   Q.  So, a week later, they came back and talked to you again,
19   right?
20   A.  Uh-hum.
21   Q.  And you told them an entirely different story that time,
22   correct?
23   A.  Correct.
24   Q.  Were you lying on April 4th, or were you lying on
25   April 12th?
```

1    *A.*  I wasn't lying.

2    *Q.*  They are entirely different, Ms. LXX.

3          *THE COURT:*  Ms. LXX, pull the microphone closer.

4    Repeat your answer, we didn't hear it.  Repeat your last

5    answer.

6          *THE WITNESS:*  I kind of lost where I was.

7          *THE COURT:*  I think the last question was:  Were you

8    lying on April 4th or were you lying on April 12th?  You said:

9    I wasn't lying.

10         If there is a question after that --

11         *MR. PEACOCK:*  No, I will move on.

12   *BY MR. PEACOCK:*

13   *Q.*  So, you told us you acted as a prostitute, correct?

14   *A.*  Yes.

15   *Q.*  You acted as an international drug smuggler, correct?

16   *A.*  Yes.

17   *Q.*  You are a trafficker yourself, aren't you, of drugs?

18         *MR. SCHILLER:*  Objection to the characterization of

19   the witness.  She did it one time, and didn't even do it, she

20   got arrested.

21         *THE COURT:*  No speaking objections.  Let the Court

22   know there is an objection and one or two words for the basis.

23         I will have you rephrase the question.

24   *BY MR. PEACOCK:*

25   *Q.*  You were a drug trafficker?

1    *A.*  I would not consider myself as a drug trafficker.

2    *Q.*  You are not a successful drug trafficker, you are a

3    trafficker just the same?

4    *A.*  I am not a drug trafficker.

5           MR. SCHILLER:  Objection.

6           THE COURT:  Just a moment.  Rephrase the question.

7    Ask the witness what she has done, rather than ascribing a

8    particular label.  That might be easier.

9    *BY MR. PEACOCK:*

10   *Q.*  You are an identity thief.

11          MR. SCHILLER:  Objection, he is characterizing these

12   events.

13          MR. PEACOCK:  I am characterizing them.

14          THE COURT:  You asked the questions.  Actually, it is

15   cumulative, you have gone through the background information

16   relating to the incidents.  I will have you move on.

17   *BY MR. PEACOCK:*

18   *Q.*  You are an illegal alien, correct?

19   *A.*  No.

20   *Q.*  You are pending removal, are you not?

21   *A.*  I am not illegal here.

22   *Q.*  You are pending removal for committing these crimes while

23   you were here?

24   *A.*  Correct.

25   *Q.*  You committed identity theft and drug trafficking while you

1   were here as guest of the United States, didn't you?

2   A.  I did.

3   Q.  And then you got caught driving on a suspended license,

4   correct?

5   A.  Yes.

6   Q.  That is why you are pending removal, isn't it?

7   A.  Yes.

8   Q.  And the way you are going to get out of that is by this

9   gentleman over here, Special Agent Angell, isn't it?

10  A.  No.

11  Q.  He is going to help you become a T resident who can adjust

12  their status to one who becomes a citizen in the United States?

13  A.  No.

14  Q.  He has already done it.

15  A.  No.

16  Q.  He did it in June, he asked you to remain here and for your

17  Immigration proceedings be delayed so you could obtain your

18  status, correct?

19      I am sorry, go ahead.

20  A.  Not that I know of.  I am not sure.

21  Q.  Didn't we just go through these documents, Ms. LXX, where

22  he applied for status for you?

23  A.  He did.

24  Q.  Thank you.

25      And you are a convicted felon?

```
 1    A.  Yes.

 2    Q.  And you have given two totally different statements to him

 3    during two debriefings?

 4    A.  Is that a question?

 5    Q.  Yes.

 6    A.  I don't think my statements were two totally different

 7    statements.

 8    Q.  Okay.  Well, bottom line is, whether you get beneficial

 9    treatment from the FBI is up to these people right here, isn't

10    it?

11    A.  No.

12    Q.  They are going to apply for status for you if you do what

13    they think is right, correct?

14    A.  No.

15    Q.  Okay.

16          MR. PEACOCK:  Thank you, no further questions.

17          THE COURT:  Any redirect?

18          MR. SCHILLER:  Just a little bit, Judge.

19                      REDIRECT EXAMINATION

20    BY MR. SCHILLER:

21    Q.  Ms. LXX, would you please tell the jury how old you were

22    when you came to the United States?

23    A.  13.

24    Q.  Who did you come here with?

25    A.  I came her on behalf of my grandma.
```

1    *Q.*  Your grandma was here?

2    *A.*  Yes.

3    *Q.*  She helped you into the country?

4    *A.*  Yes.

5    *Q.*  Did you know Alston Williams then?

6    *A.*  No.

7    *Q.*  14?

8    *A.*  No.

9    *Q.*  15?

10   *A.*  No.

11   *Q.*  16?

12   *A.*  No.

13   *Q.*  You said at late 17 or early 18 you met Alston Williams?

14   *A.*  Yes.

15   *Q.*  Did you have any Immigration problems whatsoever before

16   meeting the Defendant?

17   *A.*  No.

18   *Q.*  Did problems begin in 2005, when he encouraged you to go to

19   the Bahamas and commit drug trafficking?

20   *A.*  Yes.

21   *Q.*  In 2014, when you got convicted of the identity theft, and

22   on cross-examination, you said you moved out of the house, why

23   did you move out of the house?

24   *A.*  I moved out of the house because Nino wanted me to stay in

25   a hotel, he said he didn't want my situation to bring heat on

```
 1    him.
 2    Q.   He didn't want your situation to bring heat on him?
 3    A.   Yes.
 4    Q.   You were basically damaged goods at this point, right?
 5    A.   Yes.
 6    Q.   I'll ask you something that -- regarding the question and
 7    answer that just happened, and then we will go back to some
 8    stuff from yesterday and today briefly.
 9         When you were arrested in April of this year, you gave a
10    statement to Special Agent Angell and a Sheriff's deputy on
11    April 4th, I believe?
12    A.   Yes.
13    Q.   You were in custody.
14         So, there was an FBI agent, right?
15    A.   Yes.
16    Q.   A Sheriff's detective was asking you questions?
17    A.   Yes.
18    Q.   They weren't even from Broward County, were they?
19              MR. PEACOCK:   I object to the leading, your Honor.
20              THE COURT:   Rephrase.
21    BY MR. SCHILLER:
22    Q.   Did you know whether they were from Palm Beach, Broward,
23    Miami?
24    A.   No.
25    Q.   Had you ever met these two gentlemen before?
```

```
 1    A.   No.
 2    Q.   Were they asking you questions about Alston Williams?
 3    A.   Yes.
 4    Q.   To that point in your life, had anyone questioned or
 5    interrogated you about the Defendant, Alston Williams?
 6    A.   No.
 7    Q.   What had Alston Williams told you repeatedly while he was
 8    trafficking you if you ever engaged in law enforcement?
 9    A.   Don't say anything.
10    Q.   When you spoke to law enforcement originally --
11              MR. PEACOCK:  Objection, leading.
12              MR. SCHILLER:  A question is coming.
13              THE COURT:  Wait for the question.
14    BY MR. SCHILLER:
15    Q.   When you spoke to the agents originally, did you tell them
16    you were giving Alston all the money?
17    A.   I don't believe I did.  No.
18    Q.   Did you tell them that Alston was causing violence upon you
19    for the better part of eight or nine years?
20    A.   No.  I don't believe I said anything.
21    Q.   Did you tell them about all of the other girls you knew
22    about that he was trafficking as well?
23    A.   No.
24    Q.   And why not?
25    A.   Because I was -- I didn't know what was happening at that
```

1    point.

2    Q.   Did you have in the back of your mind the things Alston

3    always told you?

4    A.   Yes.

5    Q.   I think you said it yesterday, but do you feel that you

6    were brainwashed by Alston Williams?

7    A.   I felt I was brainwashed until I actually sat down and

8    talked to myself in the middle of this year.   I talked to

9    myself, what am I doing?   This is the time.

10   Q.   Did that happen after the first interview and before the

11   second one?

12   A.   Yes.

13   Q.   Did anyone force you or coerce you to come forward to the

14   police?

15   A.   No.

16   Q.   You were able to do that on your own?

17   A.   Yes.

18   Q.   Now, after the Defendant's arrest in November of 2017, you

19   maintained contact with him, correct?

20   A.   Yes.

21   Q.   Phone calls?

22   A.   Yes.

23   Q.   Do you know his mother, Dorothy Williams?

24   A.   I do.

25   Q.   Was she living with the Defendant up until the time of the

```
 1   arrest?
 2   A.  Yes.
 3   Q.  It was in that Lake Worth house?
 4   A.  Yes.
 5   Q.  Do you know how that house was paid for?
 6   A.  A --
 7           MR. PEACOCK:  Objection.  Beyond the scope of cross.
 8           MR. SCHILLER:  The house was brought up on
 9   cross-examination, Judge.
10           MR. PEACOCK:  I don't remember doing that.
11           THE COURT:  I think you brought it up on direct and
12   you covered it with her on direct.
13           MR. SCHILLER:  I did.
14           THE COURT:  Yes.  Why don't we leave it with that.
15   BY MR. SCHILLER:
16   Q.  Were you in communication with Dorothy Williams, the
17   Defendant's mother, after his arrest?
18   A.  Yes.
19   Q.  Why?
20   A.  Because I felt sorry for her, and she was all alone by
21   herself.
22   Q.  Did she have any money?
23   A.  No.
24   Q.  Was she still living in the house?
25   A.  Yes.
```

```
 1            MR. PEACOCK:  Same objection to this whole line of
 2     questioning, your Honor.  I didn't ask anything in that regard.
 3            MR. SCHILLER:  Defense attempted to impeach her
 4     credibility.  I am attempting to show why she said what she
 5     said.
 6            THE COURT:  Overruled.
 7            MR. SCHILLER:  Thank you.
 8     BY MR. SCHILLER:
 9     Q.  Did your original statement to the police on April 4, 2018,
10     when you first got arrested on a suspended license, have
11     anything to do with your feelings toward Dorothy Williams?
12     A.  No.
13     Q.  Okay.  Were you concerned about Dorothy Williams at all
14     because Mr. Williams was arrested?
15     A.  I was.  She called me.
16     Q.  When Alston got arrested, you were the first person she
17     called?
18     A.  Yes.
19     Q.  Why?
20     A.  She was a frail old lady, I wanted to make sure she was
21     okay.
22     Q.  You told us on Tuesday that you, to this day, to this
23     moment, have not told your husband about your life being
24     trafficked by Alston Williams; is that correct?
25     A.  That is correct.
```

1    Q.   Why haven't you told your husband?

2    A.   Because it is an embarrassing situation.  It is disgusting.

3    I don't want my loved ones to know about that part of my life.

4    It is gone.

5    Q.   Thank you.

6         Counsel on cross-examination asked you, well, he is your

7    husband, who knows you better than your husband?  And you said,

8    Alston Williams.  Do you remember that?

9    A.   Yes.

10   Q.   Why does Alston Williams know you even better than your

11   husband?

12   A.   I feel as if I was groomed by Alston Williams.

13   Q.   You said groomed?

14   A.   Yes.

15   Q.   What do you mean by that?

16   A.   The prostitution started around that time, but it really

17   didn't -- he allowed me to have whatever boyfriend I have in

18   terms -- I had in terms of getting whatever it is they have to

19   offer me way before he brought me to the brothel, or to the

20   house.  It was random men on the street, with random men at the

21   gas station.  He dressed me up so that I can be picked up by

22   men and that I could get -- I can con men out of what they had.

23   Q.   Your life was controlled by Alston Williams, was it?

24   A.   Yes.

25   Q.   When you first met him, you were either almost to the end

1  of 17 or 18, right?

2         *MR. PEACOCK:*  Objection, leading.

3         *MR. SCHILLER:*  I will rephrase.

4  *BY MR. SCHILLER:*

5  Q.  Do you remember on direct examination two days ago you said

6  you were 17 when you met the Defendant?

7  A.  Yes.

8  Q.  On cross-examination you said it might have been 18?

9  A.  Yes.

10  Q.  Was it right around the time it was your birthday?

11  A.  Yes.

12  Q.  The Defendant was ten years older than you?

13         *MR. PEACOCK:*  Objection, leading.

14         *THE COURT:*  Just ask.

15  *BY MR. SCHILLER:*

16  Q.  How much older was the Defendant?

17  A.  I think older.  I don't know how much.

18  Q.  Good looking guy when you met him?

19         *MR. PEACOCK:*  Objection, leading.

20         *THE COURT:*  Counsel, leading.  Rephrase.

21         Try not to cover areas that have been covered unless

22  you think they need to be redressed in light of cross.

23         *MR. SCHILLER:*  That is all I am trying to do, Judge.

24  *BY MR. SCHILLER:*

25  Q.  On cross-examination, you said you moved from Miami not to

Pauline A. Stipes, Official Federal Reporter

1    Tamarac, but Lauderdale?

2    A.   Yes.

3    Q.   Do you remember those questions about moving on your own?

4    A.   I do remember.

5    Q.   Can you explain the process of where you lived and how you

6    lived with the Defendant, from how you left Miami and got to

7    Tamarac?

8    A.   I lived in north Miami with Nino, I was prostituting back

9    and forth, prostituting in Pompano Beach, being driven by a

10   driver to Miami Gardens.

11       After the lease ended, I was told to stay permanently, or

12   he left me permanently in the brothel while he moved in with

13   Marissa and I lived a lot in Pompano in the brothel.

14   Q.   You were asked about the incident which you testified about

15   on direct where the Defendant poured hot water on your leg.  Do

16   you remember that?

17   A.   I remember.

18   Q.   Defense counsel asked you, did you see anyone, did you seek

19   medication?

20   A.   Yes.

21   Q.   Why didn't you?

22   A.   I am afraid of him, I never told anyone about what

23   happened.  He just never took me, never went.

24   Q.   Before April of this year, did you tell anyone about the

25   eight or nine years of trafficking and all that occurred with

1    that to anyone?

2    A.   No one.

3    Q.   So, the first day that was asked of you was by the Special

4    Agent?

5    A.   Yes.

6    Q.   Now, you have given two actual recorded statements to

7    Special Agent Angell?

8    A.   Yes.

9    Q.   And you have spoken to him on the phone other times as

10   well?

11   A.   Yes.

12           MR. PEACOCK:   Objection, leading.

13           THE COURT:   Sustained.

14   BY MR. SCHILLER:

15   Q.   Did you speak to Special Agents other times as well?

16   A.   Yes.

17   Q.   Okay.   Since your second statement and every time in

18   between until now, and your testimony, has what you have told

19   the jury remained consistent?

20   A.   Yes.

21   Q.   So, after 2014, when Alston Williams has you go out from

22   his life because of the Immigration and he doesn't want to have

23   the heat, why did you still maintain contact with him?

24   A.   It's just -- I maintained contact because he wanted money

25   regardless.

1    *Q.*  He wanted money regardless?

2    *A.*  He wanted money.  I kept in contact because he called me to

3    meet up so I could give him his money.

4    *Q.*  What about when you were done with prostitution activities,

5    why did you continue to communicate with him then?

6    *A.*  I continued because at that point, it was over.  He was

7    just there.

8    *Q.*  You said earlier that he was the closest person in your

9    life.  Did that even change after 2014?

10   *A.*  Yes, it changed.

11   *Q.*  Was he still an intimate person within your life?

12   *A.*  He was there, he was still there.  He was still, but I had

13   my husband.

14   *Q.*  And so were you able to break free from the Defendant a

15   little bit?

16   *A.*  Yes.

17          *MR. PEACOCK:*  Objection, leading.  Move to strike that

18   question.

19          *MR. SCHILLER:*  Withdrawn.

20          *THE COURT:*  I will ask the jury to disregard the last

21   question by counsel.

22   *BY MR. SCHILLER*:

23   *Q.*  Ms. LXX, earlier, Defense counsel read a statement to you

24   from your second interview and he read the following on page

25   50: "Yeah, so I wasn't prostituting, it wasn't for me.  Since

```
 1   it was already instilled in me, I didn't mind, you know, you
 2   know, I needed to get some money."
 3       Do you remember when he read that to you?
 4   A.  Yes.
 5   Q.  Do you remember the questions and answers just before that?
 6   A.  No.
 7           MR. SCHILLER:  Judge, if I could approach the witness?
 8           THE COURT:  Yes.
 9           MR. SCHILLER:  Thank you.
10   BY MR. SCHILLER:
11   Q.  If you could read, the five --
12           MR. PEACOCK:  Show me where you are.
13           MR. SCHILLER:  Page 50, line down --
14           MR. PEACOCK:  April 4th or 12th?
15           MR. SCHILLER:  Second interview, April 12th.
16   BY MR. SCHILLER:
17   Q.  Read here.
18   A.  Just that --
19   Q.  Read it to yourself.
20   A.  Okay.
21   Q.  So, when you said you weren't prostituting, was that
22   specifically when you were in New York?
23   A.  Yes.
24   Q.  And when you mentioned, "You know, if I needed to get some
25   money" was that about the job you got at the Gap in New York?
```

1    *A.*  Yes.

2    *Q.*  And it says that in there?

3    *A.*  Yes.

4    *Q.*  That is the whole context of the statement, right?

5    *A.*  (Witness nods.)

6          *THE COURT:*  Was there an answer to that question?

7          *THE WITNESS:*  Correct.

8          *MR. SCHILLER:*  I am sorry, Judge, she did say it.

9    *BY MR. SCHILLER*:

10   *Q.*  Regarding Backpage and Craig's List, you said on

11   cross-examination that the Defendant said you had to do it?

12   *A.*  Yes.

13   *Q.*  Did he ever tell you that you have to prostitute, TXXXX?

14   Were those his words?

15   *A.*  No.

16   *Q.*  What happened if you didn't engage in this other type of

17   prostitution work, what would happen to you?

18   *A.*  I would get beat down if I didn't.

19   *Q.*  If you ever went against the Defendant on an idea, a

20   thought, anything he asked of you, what would happen?

21   *A.*  I would be beaten down in the car or he would tell me, when

22   you get home, and the music would go on and he would abuse me.

23   *Q.*  Okay.  I want to ask you about the weekend you went to New

24   York.

25         Take a minute.  Are you okay?

```
 1         You stated on direct on Tuesday, and were questioned on
 2    cross-examination about the money you took off the top to be
 3    able to get to New York.  Do you remember that?
 4    A.  I remember.
 5    Q.  You said it was about $2,500?
 6    A.  Yes.
 7    Q.  This money was money you were taking off the top from
 8    clients over time leading up to that trip?
 9    A.  Yes, it was over time.
10    Q.  Approximately how long did it take you to save up that
11    money?
12    A.  Maybe a week.
13    Q.  And you were -- a week?
14    A.  Yes.
15    Q.  You were able to save 2500 in a week and still give enough
16    to the Defendant?
17    A.  The 25 was -- I took the money and gave it back to him.
18    Q.  The 2500 for when you went to New York, you were able to
19    take a little off the top each day?
20         MR. PEACOCK:  Objection, leading.
21    BY MR. SCHILLER:
22    Q.  Were you able to take it off the top each day?
23    A.  I was.
24    Q.  If that is a little bit, would you give the rest of the
25    money that day to the Defendant?
```

```
 1              MR. PEACOCK:  Objection, leading.

 2              THE COURT:  Sustained.

 3   BY MR. SCHILLER:

 4   Q.  Were you giving the rest to the Defendant?

 5   A.  Yes.

 6   Q.  You took the 2500 to New York?

 7   A.  Yes.

 8   Q.  What was the purpose of having it with you when you came

 9   back to Florida?

10   A.  To give it back to Nino, so I could give it to him so he'd

11   think I was with a John.

12   Q.  The money you gave back was to --

13              MR. PEACOCK:  Your Honor, he is continuing the leading

14   questions.

15              MR. SCHILLER:  Judge, she can answer yes or no to each

16   of these questions.

17              THE COURT:  Don't ask leading questions.  Answering

18   yes and no is a leading question.  Don't suggest the answer in

19   the question.

20   BY MR. SCHILLER:

21   Q.  On cross-examination you were asked whether or not you saw

22   the Defendant take DXXXXXX's or DXXXX's identification.  Do you

23   remember that?

24   A.  Yes.

25   Q.  You said you didn't actually see it?
```

99

1    *A.*  Yes.

2    *Q.*  How do you know it happened?

3    *A.*  Because if we should go anywhere that needs an ID, we have

4    to get our ID's from him.

5    *Q.*  Were there ever times where DXXXXXX and DXXXX needed their

6    ID's?

7    *A.*  Yes.

8    *Q.*  Did they have to get them from the Defendant?

9    *A.*  Yes.

10          *MR. SCHILLER:*  Judge, if I could have the Court's

11   indulgence for a second.  My fingers are cold and I can't type

12   the keys.

13   *BY MR. SCHILLER*:

14   *Q.*  I would like to show you what is in evidence as

15   Government's 51ax.

16        Do you see that on your screen?

17   *A.*  Yes.

18   *Q.*  Do you remember that photograph?

19   *A.*  Yes.

20   *Q.*  Do you remember during cross-examination when Defense was

21   asking you about that photograph?

22   *A.*  Yes.

23          *MR. SCHILLER:*  Permission to publish, Judge.

24          *THE COURT:*  Yes.

25

1    *BY MR. SCHILLER:*

2    *Q.*  Is that the photograph in underwear he was asking you

3    about?

4    *A.*  Yes.

5    *Q.*  Do you see at the top where the pointer is?  I will

6    underline that.  Could you read the title of that photograph,

7    what is in the parentheses --

8           *MR. SCHILLER:*  I am sorry, is that showing up on the

9    jurors' screen, the title?

10          Let me move it down a little bit.  Let's try this one

11   more time.

12   *BY MR. SCHILLER:*

13   *Q.*  Right above the red line, what is the title there in

14   parentheses?

15   *A.*  040808.

16   *Q.*  What is the word that comes after that?

17   *A.*  DXXXXXX.

18          *MR. PEACOCK:*  Your Honor, may I speak to Mr. Schiller

19   for a second, please?

20          Thank you, Judge.

21   *BY MR. SCHILLER:*

22   *Q.*  So, when you were asked about this photograph, you said you

23   didn't know exactly when it was taken, correct?

24   *A.*  Yes.

25   *Q.*  Thank you.

```
 1        When you got arrested in the Bahamas, who posted your bond?
 2   A.   Alston Williams.
 3   Q.   When you got back to the United States, did you have to
 4   continue prostituting for the Defendant?
 5   A.   Yes.
 6   Q.   How hard did you have to work when you got back?
 7   A.   There is no end, prostitution is 24/7.  As soon as I got
 8   back home he bought me a wig and I started working for an
 9   agency.
10   Q.   You started working 24/7?
11   A.   Yes.
12   Q.   Do you remember being cross-examined about your fake ID?
13   A.   Yes.
14   Q.   You said you got a birth certificate and Social Security
15   card?
16   A.   Yes.
17   Q.   And from that, you got the license?
18   A.   Yes.
19   Q.   And with that, you were able to get a bank account?
20   A.   Yes.
21   Q.   I want to go over on cross --
22             THE COURT:  Well, I think we got it.  There has been a
23   long direct and long cross.  I do not think that everything
24   needs to be repeated, it runs the danger of you leading.  And
25   there is a time issue, time is an issue for both parties in
```

1   this case.  I ask you focus in on particular areas you want to

2   focus on in the redirect.

3   BY MR. SCHILLER:

4   Q.  Can you explain to the jury why you did all that, why you

5   got the fake ID's and fake driver's license?

6   A.  About the same time Mr. Williams told me --

7           MR. PEACOCK:  Judge, that is asked and answered.  That

8   is not a specific question, that is asking the witness to

9   repeat what she said on direct.

10          THE COURT:  I explained to counsel, I assume there is

11  a specific reason.  I will allow it.  Counsel understands what

12  the Court said.

13          MR. SCHILLER:  Because Defense tried to make it look

14  like it was her idea.

15          THE COURT:  So, the question may be asked.  Objection

16  overruled.

17  BY MR. SCHILLER:

18  Q.  Why did you do all that?

19  A.  Around the time Mr. Williams told me that I wasn't able to

20  come back to the house because he didn't want heat on himself,

21  he suggested I get a fake ID and told me that people in his

22  country normally sell their ID or sell their information, and

23  that is what I did.

24  Q.  Thank you.  I want to touch on two other points.

25          In your -- when you were questioned on cross-examination

103

```
 1    about your original statement, you were questioned about this
 2    idea that whatever was originally reported about Alston
 3    Williams when he got arrested, through RXXXXXX or whatever, is
 4    not true.  Do you remember that?
 5    A.  Yes.
 6    Q.  What did you hear to be the charges when Alston Williams
 7    was originally arrested?
 8    A.  Human trafficking and kidnapping, I believe.
 9    Q.  Okay.
10    A.  And holding someone hostage.
11    Q.  Okay.
12         Now, were you ever held hostage in the terms that you know
13    that word to mean by Alston Williams?
14    A.  No.
15    Q.  Were you ever kidnapped in the terms those meant to you by
16    Alston Williams?
17    A.  No.
18    Q.  When you first heard the charges, did you consider yourself
19    a human trafficking victim?
20    A.  No.
21    Q.  So, when asked that question by the agents on April 4th,
22    what did you know about the original charges?  And you said, I
23    didn't believe them.  Is that why?
24    A.  Yes.
25    Q.  Since learning -- since speaking more with the agents and
```

```
 1   understanding, thinking about what happened to you, do you
 2   change that position?
 3   A.  Yes.  Now I know the true definition of everything that was
 4   happening.
 5   Q.  Thank you.
 6           MR. SCHILLER:  One second, your Honor.
 7           THE COURT:  Yes.
 8           MR. SCHILLER:  Your Honor, the Government has no
 9   further questions.  Thank you very much.
10           THE COURT:  Okay, thank you very much, Ms. LXX, you
11   may step down.
12           The Government may call your next witness.
13           MR. SCHILLER:  The Government calls Officer Rhett
14   Cady.  Judge, it should be Detective Ramos.
15           THE COURT:  Okay.
16            EDGARDO RAMOS, GOVERNMENT'S WITNESS, SWORN
17           THE COURTROOM DEPUTY:  You may have a seat, and if
18   you'd state your full name for the record and spell your last
19   name for the Court Reporter.
20           THE WITNESS:  Edgardo Ramos, R-A-M-O-S.
21           MR. SCHILLER:  May it please the Court.
22                         DIRECT EXAMINATION
23   BY MR. SCHILLER:
24   Q.  Good morning.
25   A.  Good morning.
```

1   Q.   How are you employed?

2   A.   City of Hollywood.

3   Q.   What do you do for them?

4   A.   Police officer.

5   Q.   What do you do for the City of Hollywood?

6   A.   Police officer.

7   Q.   How long have you been with the city?

8   A.   18 years.

9   Q.   What is your current assignment?

10  A.   CCTV, an LPR unit.

11  Q.   What is that?

12  A.   I manage the CCTV project, cameras.

13  Q.   Closed circuit?

14  A.   Yes.

15  Q.   You manage that?

16  A.   Yes.

17  Q.   How long have you been doing that?

18  A.   A couple of months now.

19  Q.   What were your prior assignments before that?

20  A.   Throughout my work there, I have been assigned to street

21  crimes, vice intelligence narcotics, I was in traffic, homicide

22  investigator.

23  Q.   Over the 18 years, have you received continued training as

24  a law enforcement officer?

25  A.   I have.

1    Q.  I want to direct your attention, if I could, to April 22,

2    2008.  April 22, 2008.

3         Were you working that day?

4    A.  I was.

5    Q.  What were you working -- under what assignment?

6    A.  I was assigned in the vice intelligence narcotics unit back

7    then.

8    Q.  Vice intelligence narcotics?

9    A.  Yes.

10   Q.  And were you and other agents in your unit engaging in a

11   certain operation that day?

12   A.  We were doing a prostitution sting that day.

13   Q.  Would you explain what a prostitution sting was back in

14   2008?

15   A.  We would get a hotel room and pose as undercovers and we

16   would call phone numbers from Craig's List, Backpage, and New

17   Times back then, and get a list of prostitutes that come to the

18   hotel.

19   Q.  Why was this being done by the Hollywood Police Department?

20   A.  Just a sting we do.

21        MS. McCREA:  Objection, relevance.

22        THE COURT:  Response.

23        MR. SCHILLER:  It goes to the state of minds of the

24   officers, and why they are there that day.

25        THE COURT:  Overruled.

1          *THE WITNESS:*  That is sting we do periodically to

2     combat illegal prostitution.

3     *BY MR. SCHILLER:*

4     Q.  And specifically on April 22, 2008, which hotel were you

5     set up at?

6     A.  La Quinta hotel.

7     Q.  Is that in the City of Hollywood?

8     A.  It is.

9     Q.  And I think you described to us what would happen as far as

10    contacting girls.  You said it was done through what services?

11    A.  We did a search through Craig's List, Backpage sites, and

12    New Times was a newspaper back then that had ads in the back.

13    Q.  Were you targeting juvenile prostitutes or adults, or it

14    didn't matter?

15    A.  Just whoever would respond.

16    Q.  How did you reach out to the women you were calling?

17    A.  Reach out to their ads, postings, they had a phone number

18    we would call.

19    Q.  When you called to set up the date, what is that

20    conversation like?

21    A.  I would ask, you know, I am inquiring about your post here,

22    are you available?  And they would say yes or no.  And I'd tell

23    them where I am at and what room I am in, and give me a time

24    frame when they would show up.

25    Q.  On this particular day, April 22, 2008, what was your role?

```
1    A.   I was an undercover that day in our sting.

2    Q.   What does that mean?

3    A.   I was posing as the John, you know, in communicating with

4    them, and they would come in and we would do a deal for

5    prostitution.

6    Q.   You were the client?

7    A.   I was the client, yes.

8    Q.   On that particular day, did you call 954-780-3784?

9    A.   Yes.

10   Q.   And did a man or woman answer?

11   A.   From what I remember, a woman answered.

12   Q.   And that was from an ad you found online?

13   A.   One of the three sources, I don't know which one it was.

14   Q.   Okay.  What was the conversation like with the woman you

15   spoke to on the phone?

16   A.   Again, I would say -- ask their availability, and they

17   would say they are available or not, and I will tell them where

18   we are at and they show up or not show up.

19   Q.   What about pricing?

20   A.   That is not negotiated over the phone.

21   Q.   Why not?

22   A.   The woman are -- you spook them.  When you talk over the

23   phone, you are committing the crime over the phone, so you

24   don't want to talk about that.

25   Q.   You don't want to give away your cover?
```

```
1    A.   Yes.   They would know that we are policing them.
2    Q.   At approximately 6:00 p.m. on April 22, 2008, did a female
3    arrive at your hotel room you booked at the La Quinta?
4    A.   Yes.
5    Q.   Are you alone in this hotel room?
6    A.   I am alone in one room.   We have adjoining rooms when we do
7    the operation, detectives in the following room, adjoining
8    room.
9          THE COURT:   I ask you to pull the microphone close to
10   you.
11   BY MR. SCHILLER:
12   Q.   How were they monitoring the room?
13   A.   From what I remember, audio recordings, I believe.
14   Q.   So they could listen?
15   A.   They could hear what I am saying.
16   Q.   They could hear what you are saying.
17        Did the female come to your room?
18   A.   She did.
19   Q.   When she entered the room, what was the exchange?
20   A.   We greeted each other, small talk, and came to negotiations
21   of $200 for sex.
22   Q.   Did you give her money?
23   A.   I gave her $200, yes.
24   Q.   Where did you get the money from?
25   A.   We have a fund that we use for these type of transactions.
```

1  *Q.*  Once the agreement of sex for money was complete and you

2  handed over the money, what did you do next?

3  *A.*  I give the take-down signal and the detectives come in the

4  room.

5  *Q.*  Without telling us what the signal is, would it be

6  something you say?

7  *A.*  It would be a word, and they would come in the room.

8  *Q.*  Did the agents come in the room?

9  *A.*  They did.

10  *Q.*  Was the woman placed under arrest?

11  *A.*  She was.

12  *Q.*  Who was that?

13      *MS. McCREA:*  Hearsay, confrontation clause.

14      *THE COURT:*  The question was, who was in the room.

15      *MS. McCREA:*  Lack of foundation how he gained this

16  knowledge.

17  *BY MR. SCHILLER:*

18  *Q.*  Once the woman was placed under arrest, was she questioned?

19  *A.*  She was.

20  *Q.*  For identification purposes, did you ask her what her name

21  was?

22  *A.*  We did.

23  *Q.*  What did she tell you?

24      *MS. McCREA:*  Objection, hearsay, confrontation clause.

25      *THE COURT:*  What is the purpose for offering it?  Is

Pauline A. Stipes, Official Federal Reporter

1    it being offered for the truth or being offered as to what was

2    told to the witness?

3         MR. SCHILLER:  It is not being offered for the truth

4    for this witness, it is being offered for booking questions,

5    Judge, which are admissible, to this officer and do not invoke

6    the confrontation clause.

7         THE COURT:  Response.

8         MS. McCREA:  The booking applies to Miranda.  This is

9    a confrontation issue.  I don't believe there is an exception

10   when it is being provided by law enforcement.

11        THE COURT:  I don't believe this is for the truth.  If

12   the jury is told it is not for the truth of the matter, but

13   rather the impact on the witness --

14        MS. McCREA:  I don't think there is a relevance to the

15   impact on this witness.  The jury is going to use it for an

16   impermissible purpose.  I don't believe there is another

17   purpose the Government is soliciting it for.

18        MR. SCHILLER:  There is.

19        THE COURT:  The Court is going to overrule the

20   objection on relevancy, and the Court will instruct the jury

21   the answer is not being offered for the truth of the matter --

22   this is an out-of-court statement, somebody made the statement

23   to the witness -- rather the impact or effect of the statement,

24   that is the person's identification, had on this witness.

25        So, the jury should only consider the witness' answer

 1    in that context, again, not for the truth of the matter, but

 2    what impact it may or may not have on the witness.

 3            You may ask him and he may answer.

 4    BY MR. SCHILLER:

 5    Q.   Did the witness provide ID?

 6    A.   No.

 7    Q.   Did she have any on her?

 8    A.   No.

 9    Q.   What did she say her name was?

10    A.   DXXXXXX RXXXXXXXX.

11    Q.   Did she provide a date of birth?

12    A.   She did.

13    Q.   What was that?

14    A.   I don't remember right off.

15            MR. SCHILLER:  Judge, if I could approach the witness?

16            THE COURT:  Yes.

17            MR. SCHILLER:  We will mark this as 82 for

18    identification purposes only.

19    BY MR. SCHILLER:

20    Q.   I am showing you the incident report from that night.  Does

21    that refresh your recollection as to the date of birth?

22    A.   Yes.

23    Q.   What was it?

24    A.   XXXX XX, XXXX.

25    Q.   XXXX XX, XXXX.

```
 1              THE COURT:  Just a minute.  What is 82 that is being
 2    marked for ID only?
 3              MR. SCHILLER:  Page one of the incident report.
 4              THE COURT:  That is all, page one of the incident
 5    report?
 6              MR. SCHILLER:  Yes, ma'am.
 7    BY MR. SCHILLER:
 8    Q.  XXXX XX, XXXX; is that right?
 9    A.  Yes.
10              THE COURT:  What is the date of the incident report?
11              MR. SCHILLER:  April 22, 2008.
12    BY MR. SCHILLER:
13    Q.  If this takes place on April 22nd, and she is telling you
14    her birthdate is XXXX XX, XXXX, does that make her 17?
15    A.  Yes.
16    Q.  Was this an unusual arrest for you when it came to
17    arresting a prostitute in one of the stings?
18    A.  She was probably the first juvenile teenage prostitute I
19    have arrested in my time.
20    Q.  The first one?
21    A.  Yes.
22    Q.  How was her demeanor when you spoke with her?
23    A.  She was cooperative, she was upset she got arrested, other
24    than that --
25    Q.  She was cooperative with you?
```

1   *A.*  Yes.

2   *Q.*  Was she interviewed?

3   *A.*  We did.

4   *Q.*  I'm not going to ask you what she said during that

5   interview, but based on that interview, did you learn that

6   there was some other individual around the hotel?

7          *MS. McCREA:*  Your Honor, I am going to object.  I

8   don't think -- I think this is back dooring in hearsay and

9   violation of the confrontation clause.

10          *MR. SCHILLER:*  Judge, maybe we should approach

11   sidebar.

12          *THE COURT:*  Okay.

13          (Proceedings at sidebar.)

14          *MR. SCHILLER:*  In response to the confrontation

15   clause, first of all, Ms. RXXXXXXXX is not being confronted and

16   Ms. RXXXXXXXX is going to be put on as a witness by the

17   Defense, who has been asked all of these things during her

18   deposition.

19          Number two, Ms. RXXXXXXXX and Mr. Williams were acting

20   as co-conspirators.  The statement she tells law enforcement

21   about date of birth, name -- and I am not going to ask him

22   about the substance of the interview.  If she denies that

23   during her deposition, and we have to call the officer after

24   the fact to put that in, that is fine, but her statements are

25   in furtherance of the conspiracy involving Alston Williams.

```
 1    They are admissible for that purpose as well.

 2              MS. McCREA:  Your Honor, at this point in time my

 3    understanding is that the Government does not intend to call

 4    DXXXXXX RXXXXXXXX in their case in chief.  We do have a

 5    confrontation clause right to challenge any out-of-court

 6    statements by Ms. RXXXXXXXX.

 7              I understand Defense is in a position where we may

 8    attempt to bring in her previous deposition, I don't know that.

 9    We don't know that she is going to become a witness in the

10    trial at this time.  The fact that she was previously deposed

11    does not cure the confrontation clause.

12              The problem with the question the Government asked, I

13    believe they would agree -- or I thought before they made this

14    secondary argument regarding a co-conspirator, I thought they

15    understood they could not repeat in front of the jury the

16    statement DXXXXXX RXXXXXXXX made to him after the prostitution

17    sting occurred with her.

18              What they did is, don't tell us what she said, but

19    based on what she said did you learn X?  That is the same thing

20    as if she told X.  All of the information came from

21    conversations with Ms. RXXXXXXXX after they revealed themselves

22    to be law enforcement.  Saying what did she say and saying what

23    did -- that is back dooring the statement in.

24              Regarding the secondary argument they should be able

25    to bring them in as statements of the co-conspirator, those
```

1    statements would have to be made in furtherance of the

2    conspiracy.  Any conspiracy ceased to be continuing when law

3    enforcement busted her and it became apparent she was speaking

4    to law enforcement.

5         At that time, when she makes inculpatory statements

6    that is no longer in furtherance of the conspiracy.  That is

7    what the Government is describing as a co-conspirator

8    cooperating against Mr. Williams.  That is the type of

9    statement we should be able to confront and cross-examine.

10         THE COURT:  Well, these are new issues being raised

11   for the first time, and the Court was under the impression you

12   weren't seeking to get in hearsay statements for the truth of

13   the matte, which is why the Court allowed you to ask the

14   initial question and gave the instruction to the jury.

15         The next question is, did you learn there was another

16   person at the hotel?  That in and of itself may not elicit

17   hearsay.  She might then -- he might say yes, but if he were

18   to -- you were to go further than that, we are getting into the

19   truth of the matter.

20         You are seeking to have hearsay statements that are

21   hearsay, and the Court find it is in furtherance of the

22   conspiracy.  It is not raised once in any of the filings or you

23   don't seek to get any out-of-court statements through this

24   witness.

25         MR. SCHILLER:  I will say, based on information you

```
1   gathered, what did you do next?  And he is going to say the
2   Defendant was -- well, we did a controlled call that occurred
3   with the witness to the Defendant.
4         I am not -- I am going to ask what he did next based
5   upon the statement.
6         MS. McCREA:  I wouldn't object to that line of
7   questioning.  The question just asked --
8         THE COURT:  You are not going to object to that?
9         MS. McCREA:  Not to that.
10        THE COURT:  Let's do that.
11        MS. McCREA:  Did you learn someone was downstairs is
12  not hugely prejudicial to the Defense.  What I want to be sure
13  is that there are not any questions framed asking him that Ms.
14  RXXXXXXXX was asked statements about her age.  I don't think
15  you could ask what Ms. RXXXXXXXX told them.
16        MR. SCHILLER:  No.  If the deposition comes in, we
17  will have a rebuttal witness.
18        THE COURT:  That is different.
19        (Sidebar concluded.)
20        THE COURT:  Okay.  So, why don't you start with the
21  question so we are clear what the pending question is.
22        MR. SCHILLER:  Thank you, Judge.
23  BY MR. SCHILLER:
24  Q.  Detective, after your interview with Ms. RXXXXXXXX, did you
25  and another officer ask her to participate in a controlled
```

1  call?

2  *A.*  We did.

3  *Q.*  Who is that other officer?

4  *A.*  Detective Cady.

5  *Q.*  Were the two of you together for that?

6  *A.*  Yes.

7  *Q.*  Could you explain what a controlled call is?

8  *A.*  A controlled call is using a cooperative, she was detained

9  by us, monitored call to the subject.

10  *Q.*  Did she do that voluntarily with you, based on her

11  demeanor?

12  *A.*  She did.

13  *Q.*  I am not going to ask you the subject of that controlled

14  call, but based on that control call, what did you all do next?

15  *A.*  It was discovered that there was someone downstairs or in

16  the parking lot.

17  *Q.*  All right.

18  *A.*  And officers made contact with that person on the other end

19  of the phone call.

20  *Q.*  Did you go downstairs to interact with that individual that

21  was made contact with?

22  *A.*  I did not.

23  *Q.*  What happened to Ms. RXXXXXXXX?

24  *A.*  She was taken to the police department where she was --

25  actually, we were trying to -- she was a juvenile, juveniles

1    are released to parents.  We reached out to her father who was

2    up north somewhere, he couldn't make it down, and we tried

3    other family members that just wouldn't pick her up, so she was

4    transported to the juvenile detention facility.

5    Q.  If you didn't know she was a juvenile, you wouldn't engage

6    in those proceedings?

7    A.  Correct.

8         MR. SCHILLER:  Nothing further, your Honor.

9         THE COURT:  Cross.

10                    **CROSS-EXAMINATION**

11   BY MS. McCREA:

12   Q.  Good afternoon, sir.

13        When the Government was asking you questions about making

14   the phone call in this case, I think that you said that you

15   were telling us what you generally do, right?

16   A.  I guess.

17   Q.  Am I correct in understanding that you do not specifically

18   remember that particular phone call that was made in this case

19   in order to set up the appointment?

20   A.  Which phone call?

21   Q.  You told us you would locate a phone number on that ad and

22   place a call to that ad?

23   A.  Yes.

24   Q.  Do you specifically remember the phone call that was made

25   in order to set up the date you are telling us about?

1   A.   The particular phone call, no.

2   Q.   And I also believe you indicated that you do not remember

3   where you found that phone number, correct?

4   A.   Correct.

5   Q.   So, as far as the source of the advertisement, that is

6   unknown to you, right?

7   A.   It was one of the three sources, again, I don't know which

8   one.

9   Q.   Okay.  Am I also correct in assuming that means that you do

10  not remember what photographs, if any, were part of that

11  advertisement?

12  A.   Usually, from what I remember, there are no photographs.  I

13  don't remember seeing pictures.

14  Q.   Kind of a description?

15  A.   Just a description.

16  Q.   And a phone number?

17  A.   Yes.

18  Q.   And then you indicated that there was some sort of audio

19  device that you would be equipped with during the actual

20  appointment?

21  A.   In the room?

22  Q.   Yes.  You indicated that you guys would get two adjoining

23  rooms?

24  A.   Correct.

25  Q.   And you would be posing as the client in one room, right?

1    A.   Yes.

2    Q.   And then your backup officers would be in the adjoining

3    room?

4    A.   Yes.

5    Q.   With some sort of audio device so the people in the

6    adjoining room could hear what is going on in your room?

7    A.   Yes.

8    Q.   In part, for your own safety?

9    A.   Yes.

10   Q.   Did you indicate that would have been an audio recording or

11   audio streaming so they could listen in live time?

12   A.   I believe it was just streaming, live time.

13          MS. McCREA:   Nothing further, thank you.

14          THE COURT:   Any redirect?

15          MR. SCHILLER:   No, your Honor.

16          THE COURT:   Thank you so much, you may step down.

17          Does the Government have your next witness?

18          MR. SCHILLER:   Yes, Sergeant Rhett Cady.

19          RHETT CADY, GOVERNMENT'S WITNESS, SWORN

20          THE COURTROOM DEPUTY:   You may have a seat.   If you'd

21   state your full name for the record and spell your last name.

22          THE WITNESS:   Rhett, R-H-E-T-T, Cady, C-A-D-Y.

23                        **DIRECT EXAMINATION**

24   BY MR. SCHILLER:

25   Q.   Good afternoon, sir.

```
1   A.   Good afternoon.  How are you?

2   Q.   Good.  How are you?

3   A.   Excellent.

4   Q.   Mr. Cady, how are you employed?

5   A.   Sergeant with the Hollywood Police Department, I supervise

6   the Special Victims Unit.

7   Q.   How long have you been supervisor of the Special Victims

8   Unit?  What does the Special Victims Unit cover?

9   A.   Sexual battery, human trafficking related, child

10  pornography, anything in that realm.

11  Q.   How long have you been an officer with the Hollywood Police

12  Department?

13  A.   16 years.

14  Q.   Before that, any police?

15  A.   Four years in the village, and three years with Drug

16  Enforcement Administration.

17  Q.   DEA?

18  A.   DEA.

19  Q.   As a supervisor, do you supervise other detectives?

20  A.   I do.  I supervise five.

21  Q.   What other assignments did you have with Hollywood?

22  A.   Patrol, I worked vice intelligence narcotics, street

23  crimes, one level lower.  In patrol, went back to patrol, and

24  asked to go to criminal investigations, burglary, robbery,

25  economic crimes, domestic violence, and now special victims.
```

1    Q.   Throughout the course of the years have you received

2    continued training in law enforcement?

3    A.   Yes, I have.

4    Q.   On April 22, 2008, were you and other units of the

5    Hollywood vice unit conducting a sting for prostitution?

6    A.   Yes.

7    Q.   Where?

8    A.   The La Quinta hotel.

9    Q.   Is the hotel still there?

10   A.   I don't know about the name, but the structure is still

11   there.

12   Q.   There is still a hotel?

13   A.   Yes.

14   Q.   What were you going to be doing?

15   A.   Calling Craig's List, Backpage, anything to recruit them to

16   come to the room.  If they were going to violate the statutes,

17   we were going to make an arrest.

18   Q.   Was there a room in the hotel that your group had booked

19   and set up in?

20   A.   Correct, there was.

21   Q.   Can you explain the setup?

22   A.   Usually one room, an adjacent room next to it that is

23   connected so we could monitor the undercover operation.  One

24   detective would go into the room once the prostitute would

25   arrive, and the other officers and detectives would monitor

1   video and audio to set up the technician.

2   Q.  Why do you monitor that?

3   A.  So we can hear, and safety of the officer, so it is

4   credible, everything is truthful to put in a report at a later

5   date.

6   Q.  Are you able to hear and see what is going on in the other

7   room?

8   A.  Correct.

9   Q.  Was there one particular girl that would show up on a day

10  or could it have been multiple?

11  A.  Could have been multiple.  We send out a barrage of calls

12  to get people to show up.

13  Q.  Do you remember on April 22, 2008 specifically an incident

14  regarding a girl named DXXXXXX RXXXXXXXX?

15  A.  I do.  Yes.

16  Q.  Did Ms. RXXXXXXXX arrive at your hotel after such a call

17  was placed?

18  A.  Yes, she did.

19  Q.  You were in the other room when that happened?

20  A.  Correct.

21  Q.  Were you able to hear the conversations and goings on

22  between her and the undercover officer in the next room?

23  A.  Yes.

24  Q.  Who was that?

25  A.  Detective Ed Ramos.

```
1    Q.  At some point, were you given a signal to make an arrest?

2    A.  Yes.

3    Q.  Did you engage Ms. RXXXXXXXX?

4    A.  I did.

5    Q.  Did she have an ID?

6    A.  I don't remember an ID.

7    Q.  Did she provide her date of birth?

8         MS. McCREA:  Objection, confrontation clause.  I

9    maintain my confrontation clause and hearsay objections.

10        THE COURT:  I will permit the question in the same

11   context in which you presented it to Detective Ramos, and

12   instruct the jury that it is not coming in for the truth of the

13   matter, but the impact that it had on the witness as to what

14   actions he took or didn't take as a result of receiving the

15   information.

16        MR. SCHILLER:  Thank you, ma'am.

17   BY MR. SCHILLER:

18   Q.  And so, her date of birth?  Sorry.

19   A.  She told us her age was 17.  At that point, that is when it

20   perked our interest.

21   Q.  Why did it perk your interest?

22   A.  She was a minor.  Previously I made an arrest when I was in

23   the lower level street crimes, so I was familiar with the

24   charge and the elements and this seemed to fall in the same

25   category.
```

Pauline A. Stipes, Official Federal Reporter

1  Q.  How would you describe Ms. RXXXXXXXX's demeanor at that

2  time?

3  A.  Young and nervous.

4  Q.  Did you interview Ms. RXXXXXXXX?

5  A.  I did.

6  Q.  Was that interview audio recorded?

7  A.  It was.

8  Q.  What happened to the actual recording?

9  A.  I don't know, that is ten years ago.  We do transcription,

10  so we have a transcript.

11  Q.  That interview was transcribed?

12  A.  Correct.

13  Q.  When it was transcribed, did you make sure it was accurate?

14  A.  Yes.

15  Q.  Showing you for identification only Government Exhibit 52a.

16  Do you see that on your screen?

17  A.  I do.

18  Q.  Is that a four-page document?

19  A.  It is.

20  Q.  Is that the entirety of the interview of Ms. RXXXXXXXX?

21  A.  Yes, it is.

22  Q.  Page one, page two, page three, and page four?

23  A.  Yes.

24  Q.  Sergeant Cady, before today, did you have an opportunity to

25  review that transcript and confirm that it was, to your memory,

1    accurate?

2    A.  I have, yes.

3    Q.  Were there any changes to that transcript after it was

4    typed up?

5    A.  No.

6    Q.  Did you confirm it was accurate based on the audio

7    recording at the time?

8    A.  Yes.

9    Q.  After the interview with Ms. RXXXXXXXX, did you ask her to

10   engage in a controlled call?

11   A.  Yes, we did.

12   Q.  Who was that controlled call to be to?

13   A.  We knew it to be the person who transported her to the

14   property, upstairs.

15        MS. McCREA:  I object on hearsay and confrontation

16   clause and move to strike.

17        MR. SCHILLER:  It is not for the truth of the matter,

18   but what they did with the information to allow them to have

19   the controlled call.

20        THE COURT:  You can ask the witness what their steps

21   were, what did they do.  So, sustained.

22   BY MR. SCHILLER:

23   Q.  Did Ms. RXXXXXXXX voluntarily comply with the controlled

24   call?

25   A.  Yes.

1    Q.  Where did you get the phone number?

2    A.  From Ms. RXXXXXXXX's phone.

3    Q.  From her phone.

4        Okay.  Did you see the number in the phone?

5    A.  Yes.

6    Q.  Was there a contact name along with the number?

7    A.  Yes, there was.

8    Q.  What was that?

9    A.  Nino.

10   Q.  The controlled call happened at approximately what time?

11   A.  6:00 p.m.

12   Q.  Around 6:00 p.m.  How long after the contact was made with

13   Ms. RXXXXXXXX, the take-down, the interview and controlled

14   call, how long do you think that time period would have been?

15   A.  That is ten years ago, but within an hour.

16   Q.  Within an hour?

17   A.  Within an hour.

18   Q.  Were you present for the controlled call?

19   A.  Yes.

20   Q.  Was that audio recorded?

21   A.  Yes.

22   Q.  What happened to the audio call?

23   A.  It could have been purged.  Generally, by policy, we purge

24   a lot that does not have evidentiary value for the state.

25   Q.  Did you look to see if this audio recording or the one from

Pauline A. Stipes, Official Federal Reporter

```
 1   the interview were still in evidence?
 2   A.  We did, we asked them to do a search, and nothing there,
 3   just the transcripts.
 4   Q.  Just the transcripts.
 5       So, was the controlled call transcribed?
 6   A.  Yes.
 7   Q.  I am showing you Government Exhibit 52b on the screen, a
 8   one-page document.  Is that a transcript of the controlled
 9   call?
10   A.  Yes.
11   Q.  Does it accurately reflect the controlled call you were
12   listening in on with Ms. RXXXXXXXX to Nino?
13   A.  Yes.
14   Q.  Are there any changes to it?
15   A.  No.
16   Q.  Does it accurately reflect the recording --
17   A.  Yes.
18   Q.  -- when you reviewed it ten years ago?
19   A.  Yes, it does.
20          MR. SCHILLER:  At this time the Government would like
21   to move into evidence 52b.
22          MS. McCREA:  No objection.
23          THE COURT:  52b?
24          MR. SCHILLER:  Yes.
25          THE COURT:  52b is admitted without objection.
```

Pauline A. Stipes, Official Federal Reporter

1          MR. SCHILLER:  Thank you very much.

2          (Whereupon Government Exhibit 52b was marked for evidence.)

3          MR. SCHILLER:  Your Honor, at this time, the

4    Government would publish 52b.

5          THE COURT:  Okay, you may publish.

6    BY MR. SCHILLER:

7    Q.  Sergeant, where it says complaint number, what is that?

8    A.  The case number for the incident.

9    Q.  Offense and classification:  Prostitution.  What is that?

10   A.  The State statute that would fall under, how we categorize

11   the incident.

12   Q.  Phone call of?

13   A.  Phone call of Desenia RXXXXXXXX to Nino, who placed the

14   call and to whom the call is placed.

15   Q.  And underneath that there is a sentence in brackets?

16   A.  "The following may contain unintelligible or misunderstood

17   words due to the recording quality."

18   Q.  If there were any, that would have been designated in this

19   transcript?

20   A.  Correct.

21   Q.  Where it says A or Q, who are which parties?

22   A.  A is going to be the person calling -- response -- the

23   response being received and the question from the person

24   calling.

25   Q.  So we are clear, A would be Nino, and Q would be

1    Ms. RXXXXXXXX?

2    A.  Correct.

3    Q.  Are law enforcement asking any questions during the call?

4    A.  Sometimes we try to monitor.  I don't recall at that time

5    what we were monitoring or how close we were, we might be

6    feeding her information to lead her down a path based on the

7    responses she would get.  If there was resistance or answers

8    weren't being provided that we were looking for, we would make

9    sure DXXXXXX would ask the right question.

10   Q.  I see.  As far as the Q and A, are you guys any of the Q's

11   and A's or is it all DXXXXXX and Nino?

12   A.  Correct.

13   Q.  All DXXXXXX and Nino?

14   A.  Yes.

15   Q.  If you could read it for the record.  If you say A, use

16   Nino, and Q, DXXXXXX, so we are clear who is talking.

17   A.  Nino:  "Hello".

18       DXXXXXX:  "Nino".

19       And again Nino:  "Yeah".

20       DXXXXXX:  "Dude only has $100.  He wants to fuck me for

21   $100."

22       Nino:  "So what -- what you been doing so -- so far."

23       Response by DXXXXXX:  "Nothing".

24       Nino's response in a question format:  "Nothing?"

25       And response from DXXXXXX:  "Nothing.  So what should I

1    do?"

2    Q.  Okay.  And how does Nino respond?

3    A.  He responds:  "All right.  Get -- get in there and do it

4    and get out."  DXXXXXX says, "Huh", in a question form.

5    Q.  That is an answer, so is that DXXXXXX or Nino?

6    A.  I am sorry, two A's there.  Nino.

7    Q.  Both those lines are Nino?

8    A.  Yes.

9    Q.  How does DXXXXXX respond?

10   A.  "If you wanna do it in there, unintelligible.  How long --

11   you've been in there for a while now, like 30 minutes."

12       That sounds like Nino.

13   Q.  That sounds like Nino?

14   A.  Yes.

15   Q.  You think that Q is a mistake there?

16   A.  Could be.

17   Q.  And the response?

18   A.  "Yeah".

19   Q.  Okay.  And what is then the question from Nino?

20   A.  "How are you -- I mean -- all right, man."  He was asking

21   if everything was fine.

22   Q.  And how does DXXXXXX respond?

23   A.  "All right."

24   Q.  And what does Nino respond?

25   A.  "Don't be a lady."

1    Q.  How does DXXXXXX respond?

2    A.  "All right."

3    Q.  And how does Nino respond?

4    A.  "Don't be, unintelligible."

5    Q.  And how does DXXXXXX respond after that?

6    A.  "All right."  Then Nino says, "Get it."  And then the

7    response is "Bye."

8    Q.  That is where it ended?

9    A.  That is where it ended.

10   Q.  Okay.  What was Ms. RXXXXXXXX's demeanor during the

11   controlled call?

12   A.  Scared.

13   Q.  And how long was she acting like that?

14   A.  She was scared, remained scared the entire time.

15   Q.  Do you know why she was scared?

16       MS. McCREA:  Objection, beyond personal knowledge,

17   hearsay.

18       MR. SCHILLER:  Withdrawn.

19       THE COURT:  Sustained.

20   BY MR. SCHILLER:

21   Q.  After the controlled call was placed, did agents go to the

22   parking lot area of the hotel?

23   A.  Yes.

24   Q.  Why did they go to the parking lot area?

25   A.  To locate the subject Nino.

1    Q.   Were they looking for a particular car?

2    A.   They were.

3    Q.   Do you remember what kind?

4    A.   Bluish silver Chrysler Crossfire.

5         MS. McCREA:  I object, hearsay, confrontation clause.

6         MR. SCHILLER:  Not for the truth of the matter

7    asserted, it is to show the officers knew what they were

8    looking for and -- knew what they were looking for.

9         THE COURT:  You can ask him.

10   BY MR. SCHILLER:

11   Q.   Did the agents go to the parking lot and know what kind of

12   car they were looking for?

13   A.   Yes.

14   Q.   Did the agents stop or come into contact with a Chrysler

15   Crossfire?

16   A.   They did.

17   Q.   Did you go down to the car eventually, too?

18   A.   I did, eventually.

19   Q.   Was the individual arrested?

20   A.   He was.

21   Q.   How was he identified?

22   A.   I believe by driver's license.  I don't recall.

23   Q.   What was his name?

24   A.   He was known as Nino, Alston Orlando Williams.

25   Q.   Okay.  Incident to an arrest, was money found in the car?

1    A.   Yes.

2    Q.   How much?

3    A.   Over $500.

4    Q.   Found inside the vehicle, was there a cell phone found?

5    A.   There was, correct.

6    Q.   Did you inquire of the individual right then and there if

7    that was his cell phone?

8    A.   We did.

9    Q.   What did he say?

10   A.   Yes.

11   Q.   Sergeant, I want to show you what is marked for

12   identification --

13        MR. SCHILLER:   Not in evidence yet, your Honor.   If I

14   may approach?

15        THE COURT:    Yes.

16   BY MR. SCHILLER:

17   Q.   -- Government Exhibit 51.

18        Do you recognize the packaging on Government Exhibit 51?

19   A.   Yes, I do.

20   Q.   How do you recognize it?

21   A.   This is packaging we use commonly for evidence.

22   Q.   Who would have put the contents of that package into

23   evidence?

24   A.   I would.

25   Q.   You did.   Before we open it, was that package retrieved

1    from evidence?

2    *A.*   It was.

3    *Q.*   Recently, this year?

4    *A.*   Yes.

5    *Q.*   Did you do that?

6    *A.*   I did.

7    *Q.*   What did you do with that device?

8    *A.*   I delivered it to the Special Agent.

9    *Q.*   Special Agent Angell?

10   *A.*   Correct.

11   *Q.*   I would like you to open 51.  Is that the phone recovered

12   from the car of Alston Orlando Williams?

13   *A.*   Yes, it is.

14         *MR. SCHILLER:*  Judge, I would like to admit 51 into

15   evidence.

16         *MS. McCREA:*  No objection.

17         *THE COURT:*  Admitted without objection.

18      (Whereupon Government Exhibit 51 was marked for evidence.)

19   *BY MR. SCHILLER:*

20   *Q.*   On scene was a cursory examination done of the phone?

21   *A.*   It was.

22   *Q.*   The number dialed by Ms. RXXXXXXXX, was that the number for

23   the phone?

24   *A.*   Yes, they matched up.

25   *Q.*   While -- I want to take you back a little bit in the

```
 1    investigation.  While you were with Ms. RXXXXXXXX in the room
 2    and she was being interviewed by you all, did she send a text
 3    message to Nino?
 4    A.   I don't recall if she sent a message out.
 5    Q.   Okay.
 6              MR. SCHILLER:  One second, your Honor.
 7              No further questions.
 8              THE COURT:  Cross.
 9              MR. SCHILLER:  Remove publication.
10                        CROSS-EXAMINATION
11    BY MS. McCREA:
12    Q.   Good afternoon, sir.
13    A.   Hey, how are you?
14    Q.   Good, thank you.
15         With respect to Government Exhibit 52b, that was the
16    transcript that you just read through to us?
17    A.   Yes.
18    Q.   You indicated you compared this transcript to the audio
19    recording?
20    A.   At the time -- we read through the transcripts to make sure
21    they are accurate.
22    Q.   So, when was this transcript completed?
23    A.   A long time ago, when the case was initially started.
24    Q.   The case -- the arrest happened April 22, 2018?
25    A.   8.  Yes.
```

1    Q.   How long after April 22, 2008 was this transcribed?

2    A.   I can't tell you.

3    Q.   Whether it was April or March, you are not able to say at

4    this time, right?

5    A.   No.

6    Q.   I believe you just said you are supposed to compare the

7    transcripts to your audio recordings, right?

8    A.   We match them up.

9    Q.   Is there a deadline you are supposed to do that by?

10   A.   Not that I am aware of.  We try to do it for the State

11   Attorneys.

12   Q.   Because the transcripts are created in the police

13   department?

14   A.   They are sent out.

15   Q.   To some outside contractor and returned to the police

16   department.

17   A.   Right.

18   Q.   The police department would forward those to the State

19   Attorneys?

20   A.   The deadline is 45 days.  The deadline was 21, and then

21   switched to 18, but I don't recall.

22   Q.   Before you send the documents to the State Attorney's

23   Office you are supposed to review it with the transcript and

24   recording?

25   A.   Yes.

```
 1    Q.  Do you have a memory of doing it in this case?

 2    A.  I review all of the transcriptions, but I don't recall

 3    sitting down doing it.

 4    Q.  I know you said Government Exhibit 51, you helped turn that

 5    over to the FBI in this case?

 6    A.  Yes.

 7    Q.  Did you also help retrieve 52b to make it available for

 8    this case?

 9    A.  52b?

10    Q.  The transcript?

11    A.  Yes.

12    Q.  You provided that to the FBI?

13    A.  I believe so, yes.

14    Q.  Did you reach out to the State Attorney to obtain it, or

15    did you get it because the Hollywood Police Department had it?

16    A.  Hollywood Police Department still had it.

17    Q.  Do you know whether or not the transcript was sent to the

18    State Attorney's Office?

19    A.  I don't know.

20    Q.  If it had not been sent to the State Attorney's Office,

21    your obligation to review it would not have occurred?

22    A.  No.  I would still review it, it would be in preparation to

23    move cases ahead.  We have our own case files and we try to

24    move through with the procedure.

25    Q.  Every single case, you have reviewed every single
```

1    transcript?

2    A.   There are not that many transcripts.

3    Q.   So, you agree every single case with every transcript, you

4    have reviewed it?

5    A.   I have done my best to do so.

6    Q.   Not every single case?

7    A.   There could be one that wasn't.

8    Q.   Okay.  And then, you also indicated that when you were

9    interacting with the woman that the undercover came into

10   contact within the hotel room, once you came into contact with

11   her she appeared to be scared?

12   A.   Yes.

13   Q.   She was being arrested for prostitution?

14   A.   She was.

15   Q.   Prostitution is a criminal offense?

16   A.   Correct.

17   Q.   You are saying she was scared when she was talking to law

18   enforcement after she knew she was being arrested?

19   A.   Correct.

20          MS. McCREA:  Nothing further.

21          THE COURT:  Any redirect?

22          MR. SCHILLER:  Nothing further, your Honor.

23          THE COURT:  Okay, thank you so much.  You may step

24   down.

25          I know it is the lunch hour, and I know you had a

 1   third witness.  And I want to ask of the Defense -- you have

 2   more -- a third in the group of three who you indicated were

 3   the next witnesses up and in the interest of seeing whether --

 4   not to have that witness waiting, where do we stand with that?

 5           MR. SCHILLER:  The next witness is Ms. CXX.

 6           THE COURT:  What about Officer Callari?

 7           MR. SCHILLER:  No need.

 8           THE COURT:  That is helpful to the Court.  Bear with

 9   me one moment.

10           All right.  Ladies and gentlemen, thank you for your

11   patience.  It is 12:35, we'll break for lunch now.  We will be

12   in recess for an hour, and I ask you to come back -- you have

13   all been very prompt, we appreciate it.  You can have lunch

14   with each other.

15           Do not discuss anything at all related to this case or

16   discuss it with anyone else.  You can't do any research, media

17   viewing, should there be media coverage of the case, and over

18   the break, coming and going, please avoid any contact with the

19   parties should you see them in elevators.

20           Have a nice lunch.  We will see you back at 1:35.

21      (Thereupon, the jury leaves the courtroom.)

22           THE COURT:  Ms. RXXXXXX CXX is next?

23           MR. SCHILLER:  Yes.

24           THE COURT:  Any objections we can take up before she

25   comes in?

1          MR. SCHILLER:  I don't think so.  The only one is the

2     blackmail situation.

3          THE COURT:  Why don't we have here come in -- we have

4     the jury coming back at 1:35.  Why don't we come back at 1:30,

5     five minutes early.  Let's have her ready and I will have you

6     do a short proffer of that issue and let Defense cross, and the

7     Court can see what is -- whether what is presented in the

8     motions differs from what she says given the information that

9     hadn't be put forth in the proffer.

10         Right now, the Court's ruling stands.  I will ask you

11     to be back five minutes earlier.

12         MR. PEACOCK:  Judge, you know, first I heard that this

13     was going to come into evidence was yesterday when the witness

14     blurted it out.  The Court made its ruling.  To reopen it at

15     this time, you know, I don't think it is appropriate.

16         I am going to ask for a continuance in the event that

17     the Court admits it because I am going to have to investigate

18     this very serious allegation.  It is going to cause a mini

19     trial here in court and it is extremely prejudicial.

20         THE COURT:  I will let you make any cross-examination

21     and argument.

22         I have not reopened or reconsidered it.  The

23     Government put forth additional information that wasn't in the

24     proffer.  I will allow the Government to make the proffer with

25     the witness outside the jury's hearing and the Government can

1   make its record, as you make your record with the proffer.  If

2   I don't let certain evidence in, it does not suggest the Court

3   is reconsidering it.  If the Court does reconsider it, we'll

4   come to that.

5         It is the lunch hour.

6         And Detective Masters is lined up today?

7         *MR. SCHILLER:*  We will not be able to finish with her

8   today.

9         *THE COURT:*  In an abundance of caution, do you have

10  the next witness available?

11        *MR. SCHILLER:*  I guarantee the Court -- most of the

12  evidence that has been put in through Mr. O'Neil and Sergeant

13  Lisboa is in evidence because it directly relates to her.

14  There are many things she is going to talk about, text

15  messages, and photographs.

16        I don't know if we will finish with her today.  It is

17  going to be lengthy.  She is the longest witness we have.

18        *THE COURT:*  Okay.  All right.

19        *MR. SCHILLER:*  As far as 82 for ID only, the

20  Government will retain this with all the other evidence.

21        *THE COURT:*  Yes.  At the end of the day, before the

22  evidence goes back we want to have everything there, those for

23  ID only separate from all that is going back.  So, I will give

24  you my exhibit list and you can match my exhibit list up, that

25  is my marking of the Government list and Defense list, I want

```
1    you to match it up.  I want to make sure it is accurate as to
2    exhibits admitted and/or marked.  Don't take it away too far.
3           MR. SCHILLER:  No, Judge.
4           (Thereupon, a luncheon recess was taken.)
5           THE COURT:  All right.  If the Government wants to
6    bring in the next witness for the proffer.
7           MR. SCHILLER:  Yes, Judge.
8           THE COURT:  Good afternoon.
9           We are going to swear you in once, and we'll swear you
10   in in front of the jury.  As you see, the jury is not here.
11   There is one matter we want to go over first so the Court has
12   an understanding of what that testimony will be.
13            RXXXXXX CCC, GOVERNMENT'S WITNESS, SWORN
14          THE COURTROOM DEPUTY:  State your full name for the
15   record, and spell your last name.  Speak into the microphone.
16          THE WITNESS:  RXXXXXX CXX, XXX.
17          THE COURT:  Very brief.
18   BY MR. SCHILLER:
19   Q.  Ms. CXX, through the course of years, along with Alston
20   Williams, did you come to know an individual named Chris
21   Cavolo?
22   A.  Yes.
23   Q.  How did you come to meet Chris Cavolo?  Can you please tell
24   the Court how you first came to meet Chris Cavolo?
25   A.  Through prostituting.
```

1   Q.   How did you meet him, an agency, Backpage?

2   A.   Agency.

3   Q.   What did Chris Cavolo do for work?

4   A.   He owned a gym.

5   Q.   So you said he owned a gym?

6   A.   Yes.

7   Q.   Did you notify Alston Williams, the Defendant, about the

8   relationship you were having client-wise with Mr. Cavolo?

9   A.   Yes.

10  Q.   And what did Alston say and do about that?

11  A.   He told me to blackmail him.

12  Q.   Did he tell you why?

13  A.   To get more money.

14  Q.   What are the circumstances under which he told you to

15  blackmail Mr. Cavolo?

16  A.   To say he was smoking crack.

17  Q.   Did he know he was smoking crack?

18  A.   Yes.

19  Q.   How?

20  A.   Because I told him.

21  Q.   He had done that in your presence before?

22  A.   Yes.

23  Q.   Do you know why the Defendant wanted to blackmail

24  specifically Mr. Cavolo?

25  A.   Because he had a lot of money.

1    *Q.*  Because he owned a gym?

2    *A.*  Uh-hum.

3    *Q.*  Is that a yes?

4    *A.*  Yes.

5    *Q.*  Did you, at some point, videotape Mr. Cavolo smoking crack

6    cocaine in the office of his business?

7    *A.*  Yes.

8    *Q.*  We have --

9    *A.*  Yes.

10         *MR. SCHILLER:*  We have a video of that, the exhibit we

11   are talking about is 4k, Government Exhibit 4k.

12         *THE COURT:*  Okay.

13   *BY MR. SCHILLER:*

14   *Q.*  I want to show you text messages recovered from the

15   devices.

16       Do you see on your screen a text message beginning "haven't

17   forgotten?"

18   *A.*  Yes.

19   *Q.*  From Chris Cavolo?

20   *A.*  Yes.

21   *Q.*  Do you see where he has hasn't forgotten about you, "I've

22   been on calls all day, I'll call u shortly?"

23   *A.*  Yes.

24   *Q.*  You respond, "OK?"

25   *A.*  Yes.

1    *Q.*  All right.  The next text message in the same exhibit, 50e

2    for the record, did you write, "You are going to stick to the

3    promises you made me?"

4    *A.*  Yes.

5    *Q.*  What were the promises he made you?

6    *A.*  To give me more money.

7    *Q.*  Why?

8    *A.*  Because I was going to blackmail him.

9    *Q.*  Did Chris Cavolo think that you were the one blackmailing

10   him or Alston Williams?

11   *A.*  That I was --

12              *MR. PEACOCK:*  Objection to what Mr. Cavolo believed.

13              *THE COURT:*  Sustained.

14   *BY MR. SCHILLER:*

15   *Q.*  When you spoke to Mr. Cavolo, did he know you recorded that

16   video?

17   *A.*  No.

18   *Q.*  Did you tell him eventually that you did?

19   *A.*  Yes.

20   *Q.*  Did you tell him that unless he paid you money -- what

21   would you do with the video?

22   *A.*  I was going to expose him.

23   *Q.*  Did you ever communicate to Mr. Cavolo that Alston Williams

24   had anything to do with this?

25   *A.*  No.

1  *Q.*  In the text message under the screen, "You are going to

2  stick to the promises you made," did you send this to Mr.

3  Cavolo?

4  *A.*  Yes.

5  *Q.*  Is this a screen shot?

6  *A.*  Yes.

7  *Q.*  Did you make that screen shot?

8  *A.*  No.

9  *Q.*  Who did?

10 *A.*  Alston.

11 *Q.*  Did Mr. Cavolo say, "Take it easy.  I sent you $" --

12        *MR. PEACOCK:*  Objection, hearsay.

13        *MR. SCHILLER:*  It goes to the story and the

14 listener --

15        *MR. PEACOCK:*  Your Honor, it is offered for the truth,

16 is exactly what it is.

17        *THE COURT:*  You can ask what the witness communicated

18 without getting into what Mr. Cavolo communicated to her.

19        *MR. SCHILLER:*  That is impossible, it makes no sense.

20 On the next page is the text messages and her response.

21        *MR. PEACOCK:*  They are all hearsay.

22        *MR. SCHILLER:*  It is hearsay, but not for the truth of

23 the matter asserted, it is what the witness did with the

24 information when she received it.  Whether it is true or not is

25 irrelevant, it is what she communicated back to Mr. Williams.

1          *MR. PEACOCK:*  She can to testify what she did and what

2     she thought.

3          *THE COURT:*  Why don't you ask the witness, based on

4     communication with Mr. Cavolo, what did she do?  Let's see how

5     the testimony goes.

6     *BY MR. SCHILLER*:

7     *Q.*  Did you send the video to Mr. Cavolo?

8     *A.*  Yes.

9     *Q.*  Did he respond after you sent that video?

10    *A.*  Yes.

11    *Q.*  After he responded and communicated to you, did you receive

12    money from Mr. Cavolo?

13    *A.*  Yes.

14    *Q.*  How much did you receive?

15    *A.*  700.

16    *Q.*  $700?

17    *A.*  Yes.

18    *Q.*  I want to show you Government Exhibit 50g.  Is this the

19    $700 you received?

20    *A.*  Yes.

21    *Q.*  Now, this appears to be something from Venmo.  Is that a

22    way to receive money?

23    *A.*  Yes.

24          *MR. SCHILLER:*  I apologize for leading, I want to get

25    the Court what it needs.

```
 1              THE COURT:  Okay.
 2     BY MR. SCHILLER:
 3     Q.  Where it says Gus Perez, is that a fake name?
 4     A.  Yes.
 5     Q.  And cleaning is not the name of what you performed?
 6     A.  Yes.
 7     Q.  What did you do with the $700?
 8     A.  Alston used it.
 9     Q.  From the online account?
10     A.  Yes.
11     Q.  And showing you Government Exhibit 50f, about two months
12     later, does this show another $700 through Western Union that
13     Mr. Cavolo was telling you he sent you?
14     A.  Yes.
15     Q.  Why did you go along with Alston's request to blackmail Mr.
16     Cavolo?
17     A.  Because I was scared.
18     Q.  Of who?
19     A.  Alston.
20     Q.  Did Alston ask you to do many things when you were with him
21     that you didn't want to do?
22     A.  Yes.
23     Q.  Is this one more example of it?
24     A.  Yes.
25     Q.  If you had denied his request to go along with this, what
```

```
 1    were you afraid would happen to you?

 2    A.  He was going to hurt me.

 3    Q.  He was going to hurt you?

 4    A.  Yes.

 5    Q.  Did that fear -- how did that fear that you had affect your

 6    continued prostitution for Alston Williams?

 7    A.  I was really scared.

 8    Q.  And you were really scared of Mr.  Williams?

 9    A.  Yes.

10    Q.  Did that fear at all have an effect on you continuing to

11    prostitute for Mr. Williams?

12    A.  Yes.

13             MR. SCHILLER:  That is it, Judge.

14             THE COURT:  Cross.

15    BY MR. PEACOCK:

16    Q.  Are there any texts between you and Mr. Williams about

17    this?

18    A.  I don't know.

19    Q.  You are not sure?

20    A.  No.

21    Q.  You would remember those, wouldn't you, if you were texting

22    him about blackmailing somebody?

23    A.  No, because he scared me.

24    Q.  You texted him about all kinds of things?

25    A.  Yes, but I was scared.
```

```
 1    Q.   You texted him constantly?

 2    A.   Doesn't matter, I was scared.

 3    Q.   Did the Government ask you if you had any?

 4    A.   No.

 5    Q.   Did you tell them you might have some?

 6    A.   I don't remember.

 7    Q.   Okay.  You don't remember that.

 8         Now, Mr. Cavolo, does he still live here?

 9    A.   I don't know.

10    Q.   You don't know.  You haven't had any contact with him?

11    A.   No.

12    Q.   Do you know if Mr. Williams had any contact with him?

13    A.   No.

14    Q.   When you took the video of him, what were the

15    circumstances; were you there as a prostitute?

16    A.   Yes.

17    Q.   And you say he didn't -- he wasn't aware you were taking

18    the video, correct?

19    A.   Correct.

20    Q.   There wasn't anybody else with you?

21    A.   No.

22    Q.   Okay.  When did you do this?

23    A.   I don't remember.

24    Q.   You don't remember?

25    A.   No.
```

1    *Q.*  You want to try a year?

2    *A.*  I don't remember.

3    *Q.*  You don't remember the year?

4    *A.*  No.

5         *MR. PEACOCK:*  No further questions.

6         *THE COURT:*  Okay.  We will have you step outside one

7    moment, thank you so much, and we will bring you back in in

8    front of the jury to be sworn in again.  Thank you so much.

9         (Thereupon, the witness left the courtroom.)

10        *THE COURT:*  Anything further from the Government?

11        *MR. SCHILLER:*  No, your Honor.  I rest on my arguments

12   in my motion as well as what I supplied to the Court this

13   morning.

14        *THE COURT:*  From the Defense?

15        *MR. PEACOCK:*  Yes, Judge, just to sum it up, it has

16   nothing to do with sex trafficking.

17        *THE COURT:*  But she just testified that she gave the

18   money, $700, to the Defendant.

19        *MR. PEACOCK:*  That may be, I don't know.  I am

20   certainly not admitting that.  It doesn't have the anything to

21   do with sex trafficking, it is an entirely separate crime.

22   There is nothing that has to do -- beyond that, we didn't get

23   notice of it, Judge.

24        *THE COURT:*  Did the Government give notice?

25        *MR. SCHILLER:*  So, all of these items were provided in

Pauline A. Stipes, Official Federal Reporter

1    the discovery originally.  Defense has had the items for months

2    and months, since, I believe, June or July, whenever --

3            MR. PEACOCK:  August.

4            MR. SCHILLER:  They have had it since then in their

5    possession.  When we published the evidence list the Wednesday

6    before trial, they were listed in there, and when we gave them

7    the thumb drive of all of the Government exhibits on Friday,

8    they were also in there.

9            We didn't specifically tell them what that related to,

10   but all these text messages and that video were in there.

11           It wasn't until, I believe, yesterday when Ms. LXX

12   took the stand that the whole issue was flushed out so

13   everybody would understand what we were doing with it.  That

14   was the first time the full facts and what we said we would be

15   doing with it was given to the Defense.

16           I understand the Court's ruling.  We do not want to

17   proceed under 404(b), we are wishing this to come in as

18   inextricably intertwined, how it relates to the victim's

19   thought process and fear and coercion that she was put under by

20   the Defendant.

21           MR. PEACOCK:  Your Honor, if I may, in the middle of

22   August we received 1.7 terabytes of discovery, primarily the

23   devices they have referred to.  I didn't find anything yet

24   after March, some five months earlier.  We have done the best

25   we could to go through that 1.7 terabytes to make sure we are

1   ready for this Court date, and we focused on the issues in the

2   indictment.  Not one word has been mentioned about blackmail

3   until TXXXX LXX took the stand yesterday and the Government

4   elicited that.

5            The Court specifically required the Government and

6   Defense to put forward 404(b) matters.  I don't know if the

7   Government took it upon themselves to decide that or not, but

8   the Government brought acts of violence against -- by Mr.

9   Williams against family members, acts outside the time of the

10  indictment.  They didn't say one word to the Court about

11  blackmail.

12           Now I'm supposed to basically defend a blackmail

13  charge in the middle of trial.  I don't know this person

14  Cavolo, I don't know whether he is around, I don't know whether

15  he would admitted it, deny it, or what he would do.  It is

16  totally unfair.

17           Beyond that, it lacks hardly any probative value

18  whatsoever, and certainly, its prejudice is obvious and great.

19           THE COURT:  Okay.

20           MR. PEACOCK:  403 should prevent the Court from

21  admitting it.

22           THE COURT:  Here is how the Court will strike the

23  balance.  The factual proffer is slightly different than the

24  Government put forth insofar as your proffer didn't include the

25  fact that he was a John, that she had engaged in prostitution

1    with him, he paid her, that money had gone to the Defendant,

2    and so to the extent that all of that is her testimony, the

3    Court does see that as -- or if she, you know, testifies that

4    she was required to give the money to him, I think it was

5    implicit in her testimony she gave the money to the Defendant,

6    but it would be up to counsel to ask whether the Defendant

7    required her to do that or she was doing it on her own

8    volition.

9          So, to that extent the Court sees that part of the

10   testimony inextricably intertwined with the evidence, that is

11   part of the sex trafficking.

12         With respect to the blackmail and -- which calls upon

13   the text message, which I believe has hearsay issues, even

14   though I understand the Government is saying portions of it

15   from Mr. Cavolo are not being offered for the truth of the

16   matter, I am not persuaded that a limiting instruction in that

17   regard would suffice.

18         I do think the potential prejudicial effect could

19   outweigh the probative value.

20         It doesn't mean the witness can't testify as to her

21   fear of the Defendant, and I am certain the Government -- if

22   you are telling me you have her on the stand the rest of the

23   day, the Government has ample evidence of that.  The Government

24   is not going to be prejudiced to not have this witness talk

25   about the narrow portion of her testimony as relates to Mr.

1    Cavolo as relates to the blackmailing.

2            I will allow you to discuss with her whether she

3    prostituted with Mr. Cavolo, whether she was required to give

4    the money to the Defendant, all things it appears she is

5    testifying to now, but I will preclude you from having her

6    testimony about the so-called scheme to blackmail him to get

7    the money because it wasn't explicitly put forth in the other

8    404(b) notice that the Court had a special hearing on, even

9    though the Court doesn't doubt that the information was turned

10   over by the Government in the context of all of the other

11   documents.

12           Number two, the prejudice outweighs the probative

13   value; and number three, it will call upon other evidence that

14   would be inadmissible under hearsay.

15           And those factors coupled together suggest to the

16   Court that the aspect of the testimony regarding the blackmail

17   should be precluded, but the topic of Chris Cavolo, and the

18   role that played in sex trafficking, if the Government chooses

19   to pursue that, that will be like any other testimony

20   regarding the victims' alleged interactions with other persons

21   as part of the sex trafficking.  That is how I will handle

22   that.

23           MR. SCHILLER:  Based on the Court's ruling, the

24   Government is not even going to inquire about it.  We have

25   substantial other information.  Those four exhibits I have

1    removed from anything I am potentially showing the jurors

2    through Ms. CXX.

3            THE COURT:  Do you want them marked for ID?

4            MR. SCHILLER:  They were moved in through Mr. O'Neil.

5            THE COURT:  Tell my which ones.

6            MR. SCHILLER:  50e.

7            THE COURT:  50e I will change from admitted to marked.

8            MR. SCHILLER:  Sure.  4k.

9            THE COURT:  4k I will move from admitted to marked.

10           MR. SCHILLER:  50f.

11           THE COURT:  50f, from admitted to marked.

12           MR. SCHILLER:  And 50g.

13           THE COURT:  Admitted to marked.

14           MR. SCHILLER:  If I could have five seconds to tell

15   the witness I won't be asking her any questions along that

16   line.

17           THE COURT:  Any objection from the Defense?

18           MR. PEACOCK:  No, ma'am.

19           THE COURT:  Okay.

20           (Pause).

21           THE COURT:  We are all set.

22      (Thereupon, the jury returns to the courtroom.)

23           THE COURT:  Welcome back, ladies and gentlemen.  I

24   apologize, we were going over matters to hopefully try to

25   streamline the testimony that will come in.

1          So, with that, we have our next witness on the stand.

2          We'll swear the next witness in.

3                **RXXXXXX CXX, GOVERNMENT'S WITNESS, SWORN**

4          *THE COURT:*  If you'd state your full name for the

5     record, and spell your last name for the Court Reporter, and

6     speak into the microphone.

7          *THE WITNESS:*  RXXXXXX CXX, C-I-D, last name.

8                        **DIRECT EXAMINATION**

9     *BY MR. SCHILLER*:

10    *Q.*  Good afternoon, Ms. CXX.

11    *A.*  Good afternoon.

12    *Q.*  How are you doing today?

13    *A.*  Okay.

14    *Q.*  All right.  I want to ask you about things that went on in

15    the last couple of years.

16    *A.*  Okay.

17    *Q.*  If I interrupt you to speak louder -- you have to speak

18    into the microphone, closer.

19    *A.*  Okay.

20    *Q.*  Could you tell us your date of birth?

21    *A.*  X/X/XX.

22    *Q.*  How old are you today?

23    *A.*  25.

24          *MR. SCHILLER:*  Judge, permission to publish 34.

25          *THE COURT:*  Any objection?

Pauline A. Stipes, Official Federal Reporter

1           MR. PEACOCK:  No objection.

2           THE COURT:  You may.

3    BY MR. SCHILLER:

4    Q.  Ms. CXX, on the screen, that is a copy of your birth

5    certificate?

6    A.  Yes.

7    Q.  And where I am circling, March 6, 1993?

8    A.  Yes.

9    Q.  Thank you very much.

10          Where are you from originally?

11   A.  New York.

12   Q.  When did you move to Florida; approximately how old were

13   you?

14   A.  I don't remember.

15   Q.  You were a kid?

16   A.  Yes.

17   Q.  Elementary school?

18   A.  Maybe like 12.

19   Q.  Who did you move down with?

20   A.  My family.

21   Q.  Where did you move to in Florida?

22   A.  Fort Lauderdale.

23   Q.  Do you know the Defendant, Alston Williams?

24   A.  Yes.

25   Q.  How old were you when you met him?

1    A.   18.

2    Q.   So, based on your age, that would have been 2011?

3    A.   Yes.

4    Q.   Do you see the photograph I am showing you for

5    identification, Government Exhibit 6b?  Do you recognize that

6    photograph, page one?

7    A.   Yes.

8    Q.   Page two, is that the full photo?

9    A.   Yes.

10   Q.   When was that photograph taken?

11   A.   I don't remember.

12   Q.   Was it before you moved in with the Defendant?

13   A.   Yes.

14   Q.   Before you met the Defendant?

15   A.   Yes.

16   Q.   Was it taken around the time of 2010 or 11?

17   A.   Yes.

18          MR. SCHILLER:  The Government wishes to publish 6b.

19          MR. PEACOCK:  No objection.

20          THE COURT:  You may.

21   BY MR. SCHILLER:

22   Q.   So, Ms. CXX -- let me get to the second page.

23        This is you in 2011?

24   A.   Yes.

25   Q.   Where was that photograph taken?

```
 1    A.   In my mom's house.

 2    Q.   In Fort Lauderdale?

 3    A.   Yes.

 4    Q.   Thank you very much.  Remove publication.

 5         When you met the Defendant, how old did he say he was?

 6    A.   In his 20's.

 7    Q.   In his 20's?

 8    A.   Yes.

 9    Q.   Did you later learn how old he was?

10    A.   Yes.

11    Q.   How old was that?

12    A.   Now he is 42.

13    Q.   Now he is 42.  When you met him 2011, seven years younger

14    than he is now?

15    A.   Yes.

16    Q.   So, in his 30's?

17    A.   Yes.

18    Q.   Ms. XXX, back before 2011, did you have a friend named Gary

19    Silvestri?

20    A.   Yes.

21    Q.   How did you know Gary?

22    A.   School.

23    Q.   You went to school together?

24    A.   Yes.

25              MR. PEACOCK:  Would the Court please instruct counsel
```

Pauline A. Stipes, Official Federal Reporter

1    not to lead the witness.

2              THE COURT:  Counsel is instructed not to lead.

3              MR. SCHILLER:  I am trying to move along with the

4    introductory testimony so we can keep up with the Judge's

5    schedule.

6    BY MR. SCHILLER:

7    Q.   You went to school with Gary?

8    A.   Yes.

9    Q.   Which school is that?

10   A.   Coconut Creek High.

11   Q.   Is that in Broward County?

12   A.   Yes.

13   Q.   Did Gary invite you to a party at his house senior year?

14   A.   Yes.

15   Q.   Was that 2011?

16   A.   Yes.

17   Q.   Did Gary tell you -- did Gary tell you whether or not you

18   would be meeting someone at the party?

19   A.   Yes.

20   Q.   Did he tell you that person's name or anything about him?

21   A.   Yes.

22   Q.   What?

23   A.   That I am going to make a lot of money with him, Alston.

24   Q.   Did he tell you the name Alston?

25   A.   Yes.

```
 1    Q.   Did he tell you about him?

 2    A.   Yes, he was a guy.

 3    Q.   Did he tell you any more information than that?

 4    A.   No.

 5    Q.   What were your grades in high school?

 6    A.   Very good.

 7    Q.   What were you getting?

 8    A.   A's and B's.

 9    Q.   Could you tell the ladies and gentlemen of the jury, on the

10    night of the party Gary invited you to what happened?

11    A.   Alston was nice, he gave me a hug, and we were talking.

12    Q.   Can you move all the way in like this?

13    A.   Okay.

14    Q.   Perfect.

15         So, what happened the night of the party?

16    A.   Alston gave me a hug, he was talking to me and flirting.

17    Q.   How did you get introduced to the Defendant?

18    A.   Gary.

19    Q.   Was anyone else there?

20    A.   DXXXXXX and DXXXX.

21    Q.   DXXXXXX RXXXXXXXX and DXXXX LXXXXX?

22    A.   Yes.

23    Q.   Did you know DXXXXXX's nickname?

24    A.   Pinky.

25    Q.   And how about DXXXX?
```

1   A.   Yla, Y-L-A.

2   Q.   How were they introduced to you in relation to the

3   Defendant?

4   A.   Cousins.

5   Q.   Did they talk to you?

6   A.   Yes.

7   Q.   What did they talk to you about?

8   A.   About taking trips together and shopping.

9   Q.   Okay.  Did they talk to you about where they live?

10  A.   Yes.

11  Q.   What did they tell you about that?

12  A.   They live in a nice house.

13  Q.   Did they say who they live with?

14  A.   Yes.

15  Q.   Who?

16  A.   Alston.

17  Q.   The Defendant?

18  A.   Yes.

19  Q.   Did they talk about living together?

20  A.   Yes.

21  Q.   And did they inquire if you had any interest in living with

22  them?

23  A.   Yes.

24  Q.   And that night at the party, other than talking with DXXXX

25  and DXXXXXX, did you have any communication with Alston?

1    A.   Yes.

2    Q.   What did you talk about?

3    A.   Moving in.

4    Q.   Even that night?

5    A.   Yes.

6    Q.   Did he bring up the subject of making money?

7    A.   Yes.

8    Q.   What did he say?

9    A.   He asked me about making a lot of money.

10   Q.   That night?

11   A.   Yes.

12   Q.   What did you say?

13   A.   Thought it was a good idea.

14   Q.   Why?

15   A.   Everybody likes money.

16   Q.   You were a senior in high school?

17   A.   Yes.

18        MR. SCHILLER:  Judge, if I could approach the witness.

19        THE COURT:  Yes.

20        MR. SCHILLER:  Do we have a way to switch over to the

21   ELMO relatively quickly?  If we could switch over.

22        Judge, permission to publish Government Exhibit 19.

23        THE COURT:  Any objection?

24        MR. PEACOCK:  No objection.

25        THE COURT:  You may publish.  You said 19, but it

1    starts with 19a.

2              MR. SCHILLER:  19a.

3    BY MR. SCHILLER:

4    Q.  Ms. CXX, do you recognize this device?

5    A.  Yes.

6    Q.  If I turn it over to the back, do you see how inside there

7    appears to be some red?

8    A.  Yes.

9    Q.  Do you recognize this phone?

10   A.  Yes.

11   Q.  Whose phone do you recognize this to be?

12   A.  Alston's.

13   Q.  Have you seen him with this phone?

14   A.  Yes.

15   Q.  And seen him use this phone?

16   A.  Yes.

17   Q.  Thank you.

18       After the party, did you and Mr. Williams continue to talk?

19   A.  Yes.

20   Q.  And did you do so over the phone?

21   A.  Yes.

22   Q.  And in text messages?

23   A.  Yes.

24   Q.  I'm showing you Government Exhibit 19d on the screen.

25       Do you see it in front of you?

1    *A.*  Yes.

2    *Q.*  Have you had an opportunity to look at this text message

3    stream before today?

4    *A.*  No.

5    *Q.*  Have you looked at the text message stream before today?

6    *A.*  Yes.

7    *Q.*  Are these between you and the Defendant?

8    *A.*  Yes.

9    *Q.*  Do you remember these messages?

10   *A.*  Yes.

11   *Q.*  The number (754)245-3422, was that your number?

12   *A.*  Yes.

13          *MR. SCHILLER:*  Your Honor, at this time permission to

14   publish 19d.

15          *MR. PEACOCK:*  Same objection to the highlighting other

16   than for demonstrative purposes.

17          *THE COURT:*  No objection for demonstrative purposes?

18          *MR. PEACOCK:*  No, ma'am.

19          *THE COURT:*  You may publish.

20   BY *MR. SCHILLER:*

21   *Q.*  All right.  Ms. CXX, I would like to read a few of the text

22   messages and ask you a question based on it.

23          So, do you see where it says "from"?

24   *A.*  Yes.

25   *Q.*  Where the cursor is?

```
 1    A.   Yes.

 2    Q.   So, that is from your number; is that right?

 3    A.   Yes.

 4    Q.   If it says "to", that is sent to your number; is that

 5    correct?

 6    A.   Yes.

 7    Q.   So, beginning July 7, 2011, at approximately 12:51 a.m. you

 8    wrote, "Who's this?  Hey stranger, what you been up to?  LOL

 9    idk" -- what does that stand for?

10    A.   I don't know.

11    Q.   "I just feel like chilling, why don't we go to your place

12    and watch a movie or something.  Sounds good tah me.  What do

13    you wanna do?"

14         Now, it sounds like in those text messages there are other

15    messages you are receiving and responding to.

16              MR. PEACOCK:  Objection, leading.

17              THE COURT:  Sustained.

18    BY MR. SCHILLER:

19    Q.   Do you know whether or not there were any other messages

20    you received in between there?

21    A.   Yes.

22    Q.   Would those have been from the Defendant?

23    A.   Yes.

24    Q.   They are just not here for whatever reason; is that

25    correct?
```

1    *A.*   Correct.

2    *Q.*   So, after those four messages, did the Defendant respond,

3    "Okay, Rosy.  Get at me.  Your Nino?"  Did he write that to

4    you?

5    *A.*   Yes.

6    *Q.*   Who is Rosy?

7    *A.*   Me.

8    *Q.*   If your name is RXXXXXX, who gave you the name Rosy?

9    *A.*   Alston.

10   *Q.*   Nino, where does that come from?

11   *A.*   That is Alston.

12   *Q.*   That is his nickname?

13   *A.*   Yes.

14   *Q.*   And Alston wrote, "You know go out and whatever then you

15   come and spend the night with me."  You responded, "When?"  And

16   he wrote, "I wanted you to stay tonight but you wanted to go."

17   And then you responded, "I'm sorry, I had to talk to my mom."

18   He said, "No prob.  Don't even worry about it."  Smily face.

19   And then, "I feel me and you are gonna get close.  Just a

20   premonition."

21       I want to ask you about that.

22       Were you still living with your mother at the time you met

23   Alston Williams?

24   *A.*   Yes.

25   *Q.*   Why did you have to go talk to your mom?  What does that

1    mean when you say in the middle, "I'm sorry, I had to go talk

2    to my mom?"

3    A.   I was just talking to my mom.

4    Q.   About what?

5    A.   About moving out.

6    Q.   About moving out?

7    A.   Yes.

8    Q.   Had you had conversations with the Defendant about moving

9    into his place?

10   A.   Yes.

11   Q.   At the bottom, where he writes, "I feel you and me gonna

12   get close.  Just a premonition," at that point did you know

13   what he meant?

14   A.   No.

15   Q.   I want to direct your attention to page four of that

16   exhibit.

17        Do you see at the top line 62 where you wrote, "Haha you

18   like?"  Do you see that up here?

19   A.   Yes.

20   Q.   Now, had you sent a picture or something just before that

21   for him to respond to?

22   A.   Yes.

23   Q.   Is it here in the text messages?

24   A.   No.

25   Q.   So, Mr. Williams responds, "Yep", and, "Oh shittttt," with

```
1    five T's.  "Damn".  And then you respond, "LOL I love taking
2    pics."  And he says, "I see that.  You should.  Your pretty."
3    And you wrote back, "Awh thank you.  Smily face.  "I know."
4    And a wink face?
5    A.  Yes.
6    Q.  He wrote, "LOL."  And you wrote, "Mhm", M-H-M.  What does
7    that mean?  Just an expression?
8    A.  Um-hum.
9    Q.  Like you are saying okay to something.  And then you sent
10   three dots, and finally, "I don't mean tah been up your ass or
11   anything, buh I have school tomorrow and I wanted to see you
12   before it gets too late."
13        Were you still in high school and attending when these
14   messages were sent?
15   A.  Yes.
16   Q.  Showing you page five of Government Exhibit 19d, where the
17   Defendant wrote to you, "I know.  So me and you talk about some
18   stuff tomorrow."  And you respond, "Okay babez," B-A-B-E-Z.
19   And the Defendant wrote, "Ok.  Member you can talk to me about
20   anything and will always be between me and you, RXXXlita.  Have
21   a good night."  And you responded, "Awhh thanx boo your the
22   best.  Good night muawh."  And he sends you a winky smily face?
23   A.  Yes.
24   Q.  What kind of stuff was he going to be talking to you about
25   tomorrow?  Did that ever happen?
```

1    *A.*   Yes.

2    *Q.*   What was the stuff?

3    *A.*   About moving in.

4    *Q.*   About moving in with him.

5          How did you take it when he wrote to you that anything you

6    two talk about will always be between the two of you?  When you

7    received that message back on July 12, 2011, how did you take

8    that message?

9    *A.*   Comforting.

10   *Q.*   Why?

11   *A.*   Because he was like there for me.

12   *Q.*   Okay.  Showing you page six, beginning at line 112.  At

13   3:00 p.m. -- 3:43 p.m. in the afternoon, you wrote, "Tell me

14   how I called Gary and he denied everything."  And Alston

15   responds, "hahahahahahaha."  And you said, "He said you lying

16   about what you told me about him calling me a hore are and

17   shit.  Lol."

18         Did Alston say to you that Gary told him that?

19   *A.*   Yes.

20   *Q.*   Did you confront Gary about it?

21   *A.*   Yes.

22   *Q.*   Did Gary deny that?

23   *A.*   Yes.

24   *Q.*   So he responds, "I'm close."  And you say, "And alright."

25   And he says, "Gary is a fuckin liar," right?

1    *A.* Yes.

2    *Q.* And Alston also says, "Ask him about his best friend and

3    see what he says."  And you respond, "OMG."

4        What does that mean?

5    *A.* Oh my gosh.

6    *Q.* "Calm down babez.  I'm just letting you know what the fuck

7    nigga told me.  So I cursed him out and told him to keep my

8    name out his mouth.  I trust you."  And his response was,

9    "Listen I'm not a hater it is what it is.  I don't have shit to

10   lie for.  Gary not my friend and shit."

11       When you originally met the friend through Gary Silvestri,

12   how did he tell you they knew each other?

13   *A.* That they were close.

14   *Q.* From Mr. Williams, did you think that was true?

15   *A.* Yes.

16   *Q.* What about from the text messages, did you still think it

17   was true?

18   *A.* No.

19   *Q.* Remove publication, please.

20       So, after you are conversing with him for a couple of days,

21   where was the Defendant living at that time?

22   *A.* Tamarac.

23   *Q.* Do you remember the address?

24   *A.* Yes.

25   *Q.* What was it?

```
 1    A.   6786 Northwest 69th Court, Tamarac, Florida.

 2    Q.   When was the first time you went to that house?

 3    A.   I don't remember.

 4    Q.   Weeks, months, or years after you first met him, days?

 5    A.   Days.

 6    Q.   It was days?

 7    A.   Yes.

 8    Q.   Did you move into that house?

 9    A.   Yes.

10    Q.   What was happening at home with your family before you

11    moved in there?

12    A.   Divorce.

13    Q.   Who was getting a divorce?

14    A.   My parents.

15    Q.   Did you want to move out of the house?

16    A.   Yes.

17    Q.   Did you communicate to the Defendant that your parents were

18    in the middle of a divorce?

19    A.   Yes.

20    Q.   How was it making you feel, that they were in the middle of

21    a divorce?

22    A.   Alone.

23    Q.   I'm sorry?

24    A.   Alone.

25              MR. PEACOCK:  Objection, relevance.
```

1          *THE COURT:*  Overruled.

2     *BY MR. SCHILLER:*

3     *Q.*  Did you communicate those feelings with the Defendant?

4     *A.*  Yes.

5     *Q.*  How did you get to the Defendant's house from your house?

6     *A.*  A ride.

7     *Q.*  Do you remember who picked you up?

8     *A.*  No.

9     *Q.*  When it came to moving into the Defendant's house in

10    Tamarac, did you request to move in there or did Mr.  Williams

11    invite you?

12    *A.*  He invited me.

13    *Q.*  Did he say you could stay if you wanted to?

14    *A.*  Yes.

15    *Q.*  Was he forceful about it, directive about it?

16    *A.*  No.

17    *Q.*  When you met the girls that night at the party, DXXXX and

18    DXXXXXX, did they also invite you to stay at the residence?

19    *A.*  Yes.

20    *Q.*  So, Ms. CXX, when you got to the Tamarac house, the

21    Defendant's residence, did you come to some understanding about

22    whether or not the Defendant and Ms. RXXXXXXXX and Ms. LXXXXX,

23    the three of them were involved in some sexual relationship?

24    *A.*  No.

25    *Q.*  Did you learn that eventually?

Pauline A. Stipes, Official Federal Reporter

1   *A.*   Yes.

2   *Q.*   How?

3   *A.*   They were at the house, they slept in the same room.

4   *Q.*   Did the girls relate to you that they were having sex with

5   Mr. Williams?

6   *A.*   Yes.

7   *Q.*   But you didn't know that right away?

8   *A.*   No.

9   *Q.*   When you first got to the residence in Tamarac, did you

10  notice any unusual behavior between Mr. Williams, Ms. RXXXXXXXX

11  and Ms. LXXXXX about the hour they were coming home?

12  *A.*   Yes.

13  *Q.*   What did you notice?

14  *A.*   They would come home early or late.

15  *Q.*   Would you give us the time?

16  *A.*   5:00 in the morning.

17  *Q.*   Did you know what they were doing for work?

18  *A.*   No.

19  *Q.*   When Ms. RXXXXXXXX came home what was she wearing?

20  *A.*   A short dress and heels, and her hair was messed up.

21  *Q.*   Would you see her give anything to the Defendant?

22  *A.*   Yes.

23  *Q.*   What?

24  *A.*   Money.

25  *Q.*   Like a $5 bill.

```
 1   A.   No.   A lot of money.

 2   Q.   How would you describe the money she gave him?

 3   A.   Like a pack of money.

 4   Q.   You put your hand in a fist?

 5   A.   It was thick.

 6   Q.   How thick would you say it was?

 7   A.   Like that.

 8   Q.   About an inch?

 9   A.   Yes.

10   Q.   Filled with hundreds?

11   A.   Hundreds, 20's, 50's.

12   Q.   Was there ever a time early on in the Tamarac house, in the

13   first days you were there, that you noticed the Defendant

14   complaining about DXXXXXX, complaining about not coming home

15   with enough money?

16   A.   Yes.

17          MR. PEACOCK:  Objection, leading.

18          THE COURT:  Sustained.

19   BY MR. SCHILLER:

20   Q.   I am trying to --

21          THE COURT:  Do it in a way that is not leading so we

22   don't have objections and ultimately speed things up.

23   BY MR. SCHILLER:

24   Q.   Were you able to observe how the Defendant complained about

25   DXXXXXX coming home?
```

```
 1   A.  Yes.

 2   Q.  And about the money?

 3   A.  Yes.

 4   Q.  What would he say if she didn't come back with enough

 5   money?

 6   A.  Go back to work.

 7   Q.  Would he tell her to go in the house?

 8   A.  Yes.

 9   Q.  Where?

10   A.  The garage.

11   Q.  Did you know what would happen in the garage?

12   A.  No.

13   Q.  If either Ms. LXXXXX or Ms. RXXXXXXXX were admonished by

14   the Defendant for not having enough money, would they engage in

15   communication in front of you after that?

16   A.  Yes.

17   Q.  So, they would discuss the whole thing in front of you?

18   A.  Yes.

19   Q.  Would he ever take them into another room?

20   A.  Yes.

21   Q.  When he would go into the other room, would you hear

22   anything?

23   A.  Screaming.

24   Q.  Screaming?

25   A.  Yes.
```

1    Q.   From a male's voice or female's voice?

2    A.   Female.

3    Q.   Could you hear what they were screaming about, though?

4    A.   Barely.

5    Q.   Ms. CXX, over time, did the Defendant develop nicknames for

6    you?

7    A.   Yes.

8    Q.   What were they were?

9    A.   RXXX, Rosita.

10   Q.   Did he call you Chunks?

11   A.   Yes.

12   Q.   Did he call you Marissa?

13   A.   Yes.

14   Q.   Do you know why he came up with Chunks for you?

15   A.   Because he said I was overweight at the time.

16   Q.   Did you like the nicknames he gave you?

17   A.   No.

18   Q.   Did you have a nickname you called him?

19   A.   Correson. (phon)

20   Q.   Is that Spanish?

21   A.   Yes.

22   Q.   What does that translate into?

23   A.   My heart.

24   Q.   Did you know any other nicknames that anyone else called

25   the Defendant?

```
1   A.  Nino.

2         MR. PEACOCK:  If he does not repeat ever answer that

3   is given, that might help, your Honor.

4         MR. SCHILLER:  Sorry, I apologize.

5         I want to show you 36j.  Judge, permission to publish.

6         THE COURT:  Any objection?

7         MR. PEACOCK:  No objection.

8         THE COURT:  You may publish.

9   BY MR. SCHILLER:

10  Q.  Ms. CXX, showing you 36j, pages 22 through 29.

11      Is this the Defendant?

12  A.  Yes.

13  Q.  Is this the Defendant?

14  A.  Yes.

15  Q.  Page 24, is this the Defendant?

16  A.  Yes.

17  Q.  Page 25, is this the Defendant?

18  A.  Yes.

19  Q.  Page 26, is this the Defendant?

20  A.  Yes.

21  Q.  Page 27, is this the Defendant?

22  A.  Yes.

23  Q.  Page 28, is this the Defendant?

24  A.  Yes.

25  Q.  Page 29, is this the Defendant?
```

1   A.   Yes.

2   Q.   End publication.   Thank you.

3        Were you living with the Defendant when those photographs

4   were taken?

5   A.   Yes.

6   Q.   Do you know where those were taken, at which house?

7   A.   Some of them.

8   Q.   Which house were they taken at?

9   A.   Lake Worth.

10  Q.   In the Lake Worth house?

11  A.   Yes.

12  Q.   We will get to that later.

13       During the first month while living at the Tamarac house,

14  how did he treat you during that first month?

15  A.   Really good.   Nice.

16  Q.   When he was nice, was he doing anything for you?

17  A.   Taking me shopping, taking me to eat.

18  Q.   Would he take you to nice places?

19  A.   Okay places.

20  Q.   All right.   How did he treat you compared to DXXXX and

21  DXXXXXX?

22  A.   Nicer.

23  Q.   Did you start to feel something for him?

24  A.   Yes.

25  Q.   Did you think you were falling in love with him?

1    A.   Yes.

2    Q.   During the first few weeks -- during those first few weeks

3    you were there, did the conversation develop about something

4    called companion dates?

5    A.   Yes.

6    Q.   Were you told what those were?

7    A.   Yes.

8    Q.   At first?

9    A.   Yes.

10   Q.   And who told you about what those companion dates would be?

11   A.   DXXXXXX and DXXXX.

12   Q.   Not the Defendant?

13   A.   No.

14   Q.   How did DXXXXXX and DXXXX describe what the companion dates

15   would be?

16   A.   I would go on dates and get paid for it.

17   Q.   Was there any mention of sex?

18   A.   No.

19   Q.   Did you speak to the Defendant about those companion dates?

20   A.   Yes.

21   Q.   What did he tell you?

22   A.   At first he said I was going to go on dates.

23   Q.   Okay.  He didn't go into any more detail on that?

24   A.   No.

25   Q.   Did he buy you clothes?

```
 1    A.   Yes.

 2    Q.   What kind of clothes in anticipation of going on dates?

 3    A.   Dresses, heels.

 4    Q.   Were you asked whether you wanted to do these dates or were

 5    you told about them?

 6    A.   No.  I was told about them.

 7    Q.   Did the Defendant explain to you how this would work, how

 8    you would get there, and how it would happen?

 9    A.   Yes.

10    Q.   What would he tell you?

11    A.   A driver would pick me up.

12    Q.   Did he tell you where the driver would pick you up from?

13    A.   Down the street, at a store, never by the house.

14    Q.   Never by the house.

15         Did he tell you where the driver would drop you off?

16    A.   The same thing, down the street, at a store.

17    Q.   Is that at the end of the night when you come home?

18    A.   Yes.

19    Q.   Did he explain where the driver would take you?

20    A.   Yes.

21    Q.   Where?

22    A.   Hotels, houses, apartments.

23    Q.   At this point, had he, DXXXX, or DXXXXXX tell you anything

24    about sex in relation to that?

25    A.   No.
```

1    *Q.*  What are some of the instructions DXXXX and DXXXXXX gave

2    you about going out on the companion dates, what you should

3    look like?

4           *MR. PEACOCK:*  Objection, hearsay.

5           *MR. SCHILLER:*  It is the affect on the listener.

6           *THE COURT:*  Ask her what she did.

7           *MR. SCHILLER:*  I appreciate that, it would result in

8    the same response.  It is not a leading question.  It is going

9    to get the same answer.

10          *THE COURT:*  Well, ask the question.

11   *BY MR. SCHILLER:*

12   *Q.*  So, did it finally come to a point one night you went to go

13   and do these companion dates?

14   *A.*  Yes.

15   *Q.*  Can you please tell us about the first night you did this?

16   *A.*  I met some old guy and he gave me $800.

17   *Q.*  How did you get from the Tamarac house to meet this old

18   guy?

19   *A.*  A driver picked me up.

20   *Q.*  Where did the driver pick you up?

21   *A.*  Down the street.

22   *Q.*  Did the driver say anything to you when you got in the car?

23   *A.*  That I was beautiful.

24   *Q.*  That you were beautiful.  He didn't pick you up at the

25   Tamarac house?

1   A.   No.

2   Q.   Did Alston tell you why he didn't want any of the girls

3   getting picked up at the Tamarac house?

4   A.   He didn't want heat on the house.

5   Q.   Getting back to the first night, who is the driver that

6   picked you up?

7   A.   He was an old man, I think his name was Gary.

8   Q.   Not Gary Silvestri?

9   A.   No.

10  Q.   A different Gary?

11  A.   Yes.

12  Q.   And who did he work for?

13  A.   The agency.

14  Q.   We will get to the agency in a second.

15       When you got into the car that night, who was with you?

16  A.   DXXXX.

17  Q.   DXXXX LXXXXX?

18  A.   Yes.

19  Q.   Where did the car take you?

20  A.   To a hotel.

21  Q.   And when you got to the hotel, did both of you get out of

22  the car?

23  A.   Just me.

24  Q.   Where did DXXXX go?

25  A.   To another call.

```
 1   Q.  You said there was an old man that gave you approximately
 2   $800?
 3   A.  Yes.
 4   Q.  Were you at the hotel first or the man was?
 5   A.  The man was.
 6   Q.  He was there waiting for you?
 7   A.  Yes.
 8   Q.  For that $800, what did you do?
 9   A.  I gave him a massage.
10   Q.  Any kissing?
11   A.  Yes.
12   Q.  Did he touch your body at all?
13   A.  Yes.
14   Q.  Was there any sex?
15   A.  No.
16   Q.  So, after he gives you the $800, what do you do?
17   A.  I leave.
18   Q.  Was the car waiting for you outside?
19   A.  Yes.
20   Q.  And where did you go from there?
21   A.  To another appointment.
22   Q.  What did you think after that first appointment, having
23   made $800, and spending some time with a guy?
24   A.  I thought that it would be easy, it would be like that all
25   the time.
```

```
 1    Q.  It would be like that all the time, is that what you said?

 2    A.  Yes.

 3    Q.  You said you went to another appointment after that?

 4    A.  Yes.

 5    Q.  Was there an appointment later that night in which you

 6    engaged in sex?

 7    A.  Yes.

 8    Q.  Which appointment was that, do you remember?

 9    A.  I don't remember.

10    Q.  How did that work when you had sex the first time?

11    A.  I felt disgusted.

12    Q.  Can you explain the interaction with the client?

13    A.  We had sex.

14    Q.  I understand.  Did you go somewhere, did he come to meet

15    you somewhere?

16    A.  I went to a house.

17    Q.  When you got to the house, was he already there?

18    A.  Yes.

19    Q.  How much was the normal fee through the agency that you

20    would receive for these dates?

21    A.  I don't remember, like a hundred.

22    Q.  Were you paid anything extra because you were having sex?

23    A.  Yes.

24    Q.  How much extra did you receive from that man the first time

25    you had sex for money?
```

Pauline A. Stipes, Official Federal Reporter

1    *A.*   200.

2    *Q.*   Say that again, please.

3    *A.*   200.

4    *Q.*   After that night, did you return home?

5    *A.*   Yes.

6    *Q.*   What happened with the money that you made when you got

7    home that night?

8    *A.*   I gave it to Alston.

9    *Q.*   Gave it directly to Alston?

10   *A.*   Gave it to DXXXX and DXXXX gave it to Alston.

11   *Q.*   Did you see her give it to Alston?

12   *A.*   Yes.

13   *Q.*   In response to coming home with what sounds like over a

14   thousand dollars, what did the Defendant say to you?

15   *A.*   Great job.

16   *Q.*   That night you committed your first act of prostitution?

17   *A.*   Yes.

18   *Q.*   How did DXXXX and DXXXXXX refer to the acts of

19   prostitution?  What did they call them?

20   *A.*   The calls.

21   *Q.*   Yes.  When you would go and meet the client was the

22   conversation, hey, we are going to prostitute tonight?

23   *A.*   We are going to a call.

24   *Q.*   Calls.  Anything else?

25   *A.*   Situations.

1    Q.  Situation?

2    A.  Yes.

3    Q.  That was a term referencing a client?

4    A.  Yes.

5    Q.  Do you know where that term came from?

6    A.  Alston.

7    Q.  Alston created that term?

8    A.  Yes.

9    Q.  What was the name of the agency you worked for?

10   A.  Kitty Cats.

11         MR. SCHILLER:  If I could publish 19d.

12         THE COURT:  You may.

13   BY MR. SCHILLER:

14   Q.  Ms. CXX, I want to take you to page nine of 18d.  These are

15   text messages from September 16, 2011.

16         THE COURT:  18d or 19d?

17         MR. SCHILLER:  I am sorry, 19d.

18   BY MR. SCHILLER:

19   Q.  These are text messages on September 16, 2011.  You wrote,

20   "Okay, I'm kind of nervous."  He wrote back, "It happens.  Just

21   stay focused.  You'll be fine.  You'll have this shit on lock

22   before you know it.  Member we talk to each other.  I trust you

23   with that so trust me with it.  Ok."

24         What was he referring to there?

25   A.  I need to trust him, I will get the hang of things.

Pauline A. Stipes, Official Federal Reporter

1    Q.   What things?

2    A.   Prostitution.

3    Q.   You responded, "Itee."  What is that?

4    A.   I don't know.  It is a word for okay.

5    Q.   And a smily face, "and I wanna go to the movies tonight."

6    And he responded, "Absolutely.  Cheeeer," with four E's, right?

7    A.   Yes.

8    Q.   Over the course of the time you knew the Defendant, did he

9    use that term to respond to you a lot?

10   A.   Yes.

11   Q.   What does that mean?

12   A.   He was happy.

13   Q.   You responded, "I miss you.  Lol."  And he responded,

14   "Awww.  I'm here my Rosalita," with a smily face.  You

15   responded, "KK.  So what are you gonna do today?"  He says, I'm

16   looking for that place do where we can really get rolling.

17   Naaaa meannnn."  And you responded, "With my own room and

18   closet?  Lol."  And he responded, "4 sure.  Rd always?"  You

19   respond, "Rd always," smily face, "me."

20        What did rd mean?

21   A.   Ride or die.

22   Q.   What does ride or die mean in the context of the

23   conversations with Alston Williams?

24   A.   He will be there no matter what.

25   Q.   He's got your back?

```
 1    A.   Yes.
 2    Q.   In your conversations with Alston Williams, did he discuss
 3    loyalty to you?
 4    A.   Yes.
 5    Q.   What did he talk to you about loyalty to him?
 6    A.   If I didn't, he would kill me.
 7    Q.   Where?
 8    A.   At the house.
 9    Q.   Did that happen that same week or later on?
10    A.   Later on.
11    Q.   1:17 p.m., September 16, 2011, you said, "Hmmmmmm and I
12    like hanging out wid yla she's cool.
13         Yla, who is that?
14    A.   DXXXX.
15    Q.   The Defendant responded, "I know.  Will not lead you wrong
16    in no way.  That's the kinda people you need around you."  And
17    you responded, "Of course.  He said, "You said your all about
18    realism.  Now you got it," smily face.  And you responded,
19    "well, thank u."  He said, "Your very well come.  Trust me I
20    trust you."
21         How important was trust with the Defendant over the years
22    you knew him?
23    A.   Very important.
24    Q.   Why?
25    A.   If he didn't trust you, it would be bad.
```

1    *Q.*  Would there be violence?

2    *A.*  Yes.

3    *Q.*  When he said -- you refer to Yla and she being cool, and he

4    responds, "I know.  Will not lead you wrong in no way," was he

5    referring to Yla there?

6    *A.*  Yes.

7    *Q.*  What kind of relationship did you begin to develop now that

8    you were committing acts of prostitution for Alston Williams

9    with DXXXX and DXXXXXX?  What was your relation with them like?

10   *A.*  Friends.

11   *Q.*  Did you look up to them?

12   *A.*  Yes.

13   *Q.*  I want to show you page 12, beginning at 4:08 p.m. on the

14   16th.

15       You wrote "Lmao".  What does that stand for?

16   *A.*  Laughing my ass off.

17   *Q.*  Okay.  "Me and Yla wearing the same thing today.  Lol."  He

18   responds, "Very good.  Two pretty girls got on some pretty

19   shit.  I love it when a plan comes together," all caps.

20   *A.*  Yes.

21   *Q.*  With a smily face.  You respond, smily face, "Lol.  You got

22   me rolling over here."  He responds, "Hahahahahaha".  And you

23   wrote, "I have such a huge headache."  He said, "Hmmm, drink

24   bottle of water."  And you wrote, "Because the driver talks too

25   much.  Lol."  And he wrote back, Hahahahahaha."

```
1        What driver are you referring to?
2    A.  Gary.
3    Q.  The old man you mentioned?
4    A.  Yes.
5    Q.  Was the Defendant aware you were going on the prostitution
6    dates through the agency?
7    A.  Of course.
8    Q.  Why do you say of course?
9    A.  He was the one who told me.
10   Q.  Showing you page 13, at 6:18 p.m. he wrote, "Okay, just
11   checking in you.  You know you put your trust in me and that's
12   very important to me."  You respond, Really?"  And he said,
13   "Really."  You say, "Awwwww I love youuuu."  And he wrote, "And
14   I love you backkkkk," with five K's.  And you said "You
15   better," and he wrote, "Course."  You said, "I'm sooo tired."
16   He said, "Come home eat and relax yourself.  I'll take care of
17   everything."  And you wrote, "Your taking me and yla out
18   tonight."  You wrote a B --
19   A.  That is a smily face.
20   Q.  That is a smily face.  And he said, "Whatever yall wanna
21   do."
22        When you communicated to the Defendant wanting to take you
23   out and do things, would he do that?
24   A.  Yes.
25   Q.  Often?
```

1   *A.* No.

2   *Q.* Were you disappointed by the fact he wouldn't take you out

3   as often as you wanted?

4   *A.* Yes.

5   *Q.* Showing you page 14 of that same exhibit, at the bottom,

6   beginning at 10:56 a.m., September 17th. You wrote, "Your very

7   important in my life my love. You make me feel like I'm at

8   home." And he wrote back to you, "You are, you are." Smily

9   face. "You make me feel comfy same." And you responded,

10  "Awhh! And I feel very comfortable with everything." And he

11  responded, "Member, you don't have to hide your feelings no

12  more. You can speak to me about anything. That's what I'm for

13  ma Rosalita. Anything between me and you." And you responded,

14  "I know and thank you for everything you and everyone has done

15  for me. It means a lot."

16      Would you consider these encouraging words?

17  *A.* Yes.

18  *Q.* Why were you talking that way to the Defendant?

19  *A.* He was making me feel comfortable.

20  *Q.* Was he nice to you?

21  *A.* Yes.

22  *Q.* You had already been engaging in acts of prostitution

23  through the agency?

24  *A.* Yes.

25  *Q.* You were making money?

1    *A.*   Yes.

2    *Q.*   And was that money being supplied to the Defendant?

3    *A.*   Yes.

4    *Q.*   Page 16, beginning at 4:41 p.m. on September 18th, you

5    said, "Never n ite.  And I'm gonna get a tat with all of u guys

6    names."

7         What is a tat?

8    *A.*   A tattoo.

9    *Q.*   He responded, "Wow.  I feel the love ma.  You will surely

10   get it back."  And you responded with what looks like a bracket

11   and a 3?

12   *A.*   I think it is an emoji.

13   *Q.*   A symbol?

14   *A.*   Yes.

15   *Q.*   And you wrote, "Can we go tonight."  And he responded,

16   smily face, "Are RD for real and loyal and all in

17   between??????????"

18        Again, RD did means what?

19   *A.*   Ride or die.

20   *Q.*   So ride or die for real and loyal, and all in between, he

21   is asking you that?

22   *A.*   Yes.

23   *Q.*   And you responded, "Yes that's why I get all you guys names

24   duhh lol?"

25   *A.*   Yes.

1    *Q.*   Did you get a tattoo with all their names?

2    *A.*   Yes.

3    *Q.*   The last thing I want to ask you about, bottom of page 17

4    through 18, beginning at 7:10 p.m. on the same day, "So what

5    you did all day lazy."  Is that what you wrote to him?

6    *A.*   Yes.

7    *Q.*   "Haha.  Just laxin figuring more ways to take over the

8    world.  And you responded, Woooooow."  And he wrote, "How to

9    get us rich quicker.  You still got that wall up and won't let

10   me in."  And you said, "What do you mean by that?"  And he

11   responded, "Hmmm, not talking to me real and ish.  Naaaa

12   meannn.  I won't judge you.  Just don't judge me.  I'm here for

13   you.  If your hold shit back why should I bother."

14       And you responded, "Ima talk to you after I do my hair

15   kay."  Smily face.  And he responded, "Just a thought."  Smily

16   face.  And he said, "I'm not forcing you.  If you don't want to

17   don't.  I'm just saying cause I got a gift to see into people.

18   Just a thought."

19       When he said, I'm not forcing you, what is he saying there?

20   *A.*   He is not forcing me to do anything.

21   *Q.*   Was it about talking to him that night?

22   *A.*   Yes.

23   *Q.*   We can end publication.  Thank you.

24       Soon after you met the Defendant, and while living with

25   him, did you have identification documents with you?

```
1    A.   Yes.

2    Q.   What kind of documents did you have of yours?

3    A.   Passport, driver's permit, my birth certificate.

4    Q.   Okay.

5         MR. SCHILLER:   Your Honor, these were the items found

6    in the Defendant's residence.

7    BY MR. SCHILLER:

8    Q.   62b, is that your Social Security -- or a copy of the

9    Social Security card?

10   A.   Yes.

11   Q.   Is that a copy of the learner's permit?

12   A.   Yes.

13   Q.   Did you give those to the Defendant?

14   A.   Yes.

15   Q.   62c, another copy of your Social Security card and birth

16   certificate?

17   A.   Yes.

18   Q.   Did you give those to the Defendant?

19   A.   Yes.

20   Q.   Did you give him copies like these or the originals?

21   A.   Originals.

22   Q.   And finally, 62a, whose passport is that?

23   A.   Mine.

24   Q.   I know it is blurry.  I want to zoom in on this for a

25   second.
```

1      Can you read for us when that passport was issued, please?

2  A.  The 29th of May, 2007.

3  Q.  More than four years before you met the Defendant, right?

4  A.  Yes.

5  Q.  You said you gave the Defendant some other exhibits; is

6  that correct.

7          MR. PEACOCK:  Objection, leading.

8          MR. SCHILLER:  She just said she did.

9          MR. PEACOCK:  If that is the case, there is no reason

10  to repeat the answer again.

11  BY MR. SCHILLER:

12  Q.  Showing you Government Exhibit 55.  Whose Florida learner's

13  license is that?

14  A.  Mine.

15  Q.  Did you give this to the Defendant?

16  A.  Yes.

17  Q.  We will talk about the Lake Worth house in a little while,

18  but do you know where the Defendant kept your Id and personal

19  information in his residence?

20  A.  In his safe.

21  Q.  In his safe?

22  A.  Yes.

23  Q.  Where was that safe?

24  A.  In the office.

25  Q.  When you would come home from the dates through the agency,

```
1   how often would you have to give Alston the money?
2   A.  All the time.
3   Q.  Did you always give it to Alston?
4   A.  No.
5   Q.  Who would you give it to if not Alston?
6   A.  DXXXXXX and DXXXX.
7   Q.  Would this be six years of activity of prostitution for the
8   Defendant?
9   A.  Yes.
10  Q.  You said you were in school when you met the Defendant, you
11  were a senior in high school?
12  A.  Yes.
13  Q.  What happened to your schooling when you met, went into the
14  Tamarac house, and began your activities?
15  A.  He told me I didn't have to go back.
16  Q.  Who told you?
17  A.  Alston.
18  Q.  What about the school books, what happened to them?
19          MR. PEACOCK:  Objection, relevance about school books.
20          MR. SCHILLER:  Withdrawn.
21          THE COURT:  Okay.
22  BY MR. SCHILLER:
23  Q.  At some point, did you begin to fear the Defendant?
24  A.  Yes.
25  Q.  Was it verbal or physical, the first things that put you in
```

1    fear?

2    A.   Verbal.

3    Q.   What kinds of verbal things would put you in fear?

4    A.   If I leave he will kill me and my whole family.

5    Q.   Did you ever hear him yelling at DXXXX and DXXXXXX?

6    A.   Yes.

7    Q.   If you weren't living with the Defendant in the fall of

8    2011, where would you be living?

9    A.   With my mom.

10   Q.   And she was in Fort Lauderdale?

11   A.   Yes.

12   Q.   If you had known from the beginning you would be

13   prostituting with Williams, would you be engaging in

14   conversation with him, DXXXXXX, and DXXXX?

15   A.   I would never.

16   Q.   Now that you had been going on dates and you began to fear

17   Alston Williams, why wouldn't you go home?

18   A.   Because he installed fear inside of me.

19   Q.   So, the fear made you stay?

20   A.   Yes.

21   Q.   How?

22   A.   He said he would kill anyone I met or know.

23   Q.   Did you call your mom?

24   A.   No.

25   Q.   Why not?

1    *A.*   He wouldn't let me.

2    *Q.*   Did you have a phone when you moved in?

3    *A.*   Yes.  It stopped working, he put bleach inside the phone.

4    *Q.*   So, did you ever speak to your mother during the first

5    month or two while you were working at the Tamarac house and

6    engaging in prostitution?

7    *A.*   No.

8    *Q.*   Where did you sleep at the Tamarac house?

9    *A.*   In the room next to his room.

10   *Q.*   What were the sleeping arrangements since now it is Alston,

11   DXXXX, DXXXXXX, and you?

12   *A.*   They would switch days, DXXXX would sleep with him one day

13   and DXXXXXX the next.

14   *Q.*   Where would you sleep?  If DXXXXXX was sleeping with the

15   Defendant, where would you be sleeping?

16   *A.*   In the next room with DXXXX.

17   *Q.*   And if DXXXX were sleeping with the Defendant, where would

18   you be sleeping?

19   *A.*   With DXXXXXX.

20   *Q.*   Were you sleeping with the Defendant at this point?

21   *A.*   No.  Later on.

22   *Q.*   Were you having sex with the Defendant at this point?

23   *A.*   Yes.

24   *Q.*   There is a difference between having sex and sleeping?

25   *A.*   Yes.

```
 1              MR. SCHILLER:  Your Honor, permission to publish 19e.
 2              THE COURT:  Any objection?
 3              MR. PEACOCK:  No, ma'am.
 4              THE COURT:  You may publish.
 5              MR. SCHILLER:  We will need to switch over to the
 6    computer.  Thank you very much.
 7    BY MR. SCHILLER:
 8    Q.   Do you see in the first message there, 561-401-5730?
 9    A.   Yes.
10    Q.   Do you see that?
11    A.   Yes.
12    Q.   Was that your phone number?
13    A.   Yes.
14    Q.   And you've already told us that the phone where this came
15    out of belonged to the Defendant.  Was that a contact name for
16    you?
17    A.   Yes.
18    Q.   The first message says, "New number."  Smily face.
19         Why did you text that to the Defendant?
20    A.   So he could have the number.
21    Q.   Say that one more time.
22    A.   So he could have the new number.
23    Q.   Who got you that new phone and phone number?
24    A.   Alston.
25    Q.   I want to take you to page three of that exhibit, at the
```

1    bottom, beginning September 21, at 1:17 p.m.

2        You wrote to the Defendant, "I needs take a shower and in

3    the girls room sleeping the driver had too many girls in the

4    car today."  What does that refer to?

5    *A.*  I needed to take a shower because I was working.

6    *Q.*  By driver in the car, what is that?

7    *A.*  He had too many girls in the car.

8    *Q.*  Is this a driver for the agency?

9    *A.*  Yes.

10   *Q.*  So, you weren't alone in the car?

11   *A.*  No.

12   *Q.*  On any given night, how many girls could be in the car with

13   you?

14   *A.*  Six.

15   *Q.*  What kind of car was it?

16   *A.*  A van.

17   *Q.*  The Defendant responded to that text, "Duhh.  I know.  When

18   I get out IMA tell you."  You responded, "Huh?"  He responded,

19   "When I get out the bathroom IMA let you know."  And you

20   responded, "About what?"  And he said, "Smdh!!!"

21       What does that mean?

22   *A.*  Shaking my damn head.

23   *Q.*  What are they trying to express when they write that?

24   *A.*  They are upset or annoyed.

25   *Q.*  So he wrote, "Smdh!!!  So you can take a shower.  But for

```
 1   now relax."  You responded, Lmao."

 2        What is that?

 3   A.  Laughing my ass off.

 4   Q.  "So since I don't work today could we go to my appointment

 5   to get my tat?"

 6        What did you mean by tat?

 7   A.  Tattoo.

 8   Q.  He responded, "Itee chunks.  You a pretty girl.  Smily

 9   face."  And you responded, "Thanxx, n where's pinky?"

10        That is DXXXXXX?

11   A.  Yes.

12   Q.  He responded, "She out there on my bed knocked out."

13        So, were you communicating to the Defendant about the night

14   you had in the car?

15   A.  Yes.

16   Q.  I want to take you through page six at the bottom,

17   September 21, 2011, 10:34 p.m.  You wrote to the Defendant,

18   "You didn't even tell me if you liked my dress."  And then you

19   wrote Nino with four O's, and he responded, "I love it RXXX."

20   And you responded, "Hmm."  And he responded, "Sexy RXXX."

21        Is he referring to you when he says RXXX?

22   A.  Yes.

23   Q.  On page seven, later that night he wrote, "Rosa".  And you

24   responded, "That's not my name sweetheart."  He said, "That's

25   what u wanna call you."  And then "I".
```

```
 1        How did you take that I by itself with the text before

 2   that?

 3   A.   That is what he wants to call me.

 4   Q.   It is supposed to be that is what I want to call you?

 5   A.   Yes.

 6   Q.   And you responded, That aint no excuse.  It is what it is.

 7   You better be good."  And he responded, "RXXX".  And you wrote,

 8   "You better be good.  RXXX que?"

 9        What does that mean?

10   A.   What.

11   Q.   And he responded, "You've came to be very important to me.

12   That's what.  You a pretty girl."  And you responded, "Really?"

13        Did you like the nicknames the Defendant created for you?

14   A.   No.

15   Q.   What is your first name?

16   A.   RXXXXXX.

17   Q.   Do you like being called Rosie?

18   A.   No.

19   Q.   RXXX?

20   A.   No.

21   Q.   When the Defendant tells you that you are a pretty girl,

22   and you respond "really", why are you saying that with a

23   question mark?

24   A.   I wanted to make sure he was telling the truth.

25   Q.   Did you enjoy it when he complimented you?
```

1    *A.*  Yes.

2    *Q.*  Page ten, September 22nd, 2011, at 9:55 p.m. you wrote to

3    him, "You don't love me." And he responded, "Smdh", shaking my

4    damn head, "Course I do.  Stop saying that crap.  I know you be

5    feeling ma realness."  You respond, "Hmmm, you don't even spend

6    time with me."  Sad face.  He responded, "Cause we been on a

7    grind.  Were gonna chill in cup."

8        And you say, "Explain.  And you needa show it more often.

9    Mister.  Send me a picture."  And he responded, "Okay."  And

10   you said, "Now."  And he says, "Calm down RXXX...lol."  And you

11   say, "Who's RXXXaaaaaaa?  That's not my name stop calling me

12   that."

13       When the Defendant says, "cause we been on a grind," what

14   does that mean?

15   *A.*  To make more money, keep working.

16   *Q.*  Did you ever, for the Defendant to make money, hustle, or

17   do anything other than prostitution?

18   *A.*  No.

19   *Q.*  And the last group I want to show you in here, beginning on

20   page 13, September 23, 2011, at 12:32 a.m. in the morning, you

21   wrote, "Call me" with a sad face.  He wrote, "What's wrong now.

22   Focus."  And you said, "Focus on what?  We have no calls right

23   now."  And he said, "Talk to me."  And you said, "Can you open

24   the bathroom for me please."

25       That last one happens about an hour later?

```
 1   A.  Yes.
 2   Q.  The first group where he is telling you to focus, is that
 3   something the Defendant would say often to you?
 4   A.  Yes.
 5   Q.  Why would he tell you to focus?
 6   A.  Because he wants me to make money.
 7   Q.  How did that make you feel when the Defendant told you to
 8   focus, stay sharp, be loyal, anything like that?
 9   A.  Upset, angry.
10   Q.  At the time when it was early, did you like being part of
11   this group?
12   A.  No.
13   Q.  Ms. CXX, at this point would you say Alston Williams became
14   your pimp?
15   A.  Yes.
16   Q.  When you started in the fall of 2011, who was prostituting
17   with you?
18   A.  DXXXX.
19   Q.  Anyone else?
20   A.  DXXXXXX.
21   Q.  After that first night prostituting for Mr. Williams, did
22   he remain a nice guy to you, buying you things, as you
23   discussed previously?
24   A.  No.
25   Q.  How did he start to treat you as compared to DXXXXXX and
```

1    DXXXX?

2    A.   Like trash.

3    Q.   Was he treating them like trash?

4    A.   Yes.

5    Q.   Did you continue for days, weeks, months, years

6    prostituting for him?

7    A.   Yes.

8    Q.   I'm starting to get personal with this question, but you

9    were 18 when you started doing these dates; is that right?

10   A.   Yes.

11   Q.   Just so I understand, from here on out if we refer to

12   "dates", in your mind does that mean sex for money?

13   A.   Yes.

14   Q.   If you were 18 years old, how did you know how to give the

15   clients what they wanted sexually?

16   A.   I didn't.  I didn't know.

17   Q.   How did you learn?

18   A.   The client told me what to do.

19   Q.   For each client you would learn more and more?

20   A.   Yes.

21   Q.   Did any of the customers become regulars?

22   A.   Yes.

23   Q.   Some, all, most?

24   A.   Most.

25   Q.   What does it mean to be a regular?

1    A.   A person who calls you often.

2    Q.   Did you keep those contacts in your phone?

3    A.   Yes.

4    Q.   We'll look at some of the phones later, but did Mr.

5    Williams give you instructions on how to mark down in the phone

6    the contacts?

7    A.   Yes.

8    Q.   What did he tell you to do?

9    A.   To label the bad ones and the good ones.

10   Q.   We'll look at a few of those later.

11        Where did you get the phones you used?

12   A.   From Alston.

13   Q.   You told us earlier you worked the first night and then on

14   for an agency called Kitty Cats?

15   A.   Correct.

16   Q.   Did you work for any other agencies?

17   A.   Yes.

18   Q.   What were the names?

19   A.   I don't remember.

20   Q.   How many agencies did you work for?

21   A.   Maybe two or three.

22   Q.   Were they in South Florida?

23   A.   Yes.

24   Q.   Broward, Palm Beach, or Miami-Dade?

25   A.   All over.

```
1    Q.  All over those three counties?

2    A.  Yes.

3    Q.  Can you explain to the jury how you, DXXXX, and DXXXXXX get

4    hooked up with the agencies?

5    A.  He tells us to go online and search for agencies.

6    Q.  And you would do that?

7    A.  Yes.

8    Q.  If you found an agency that was hiring, what were you

9    instructed to do?

10   A.  To call and ask if we could come in for an interview.

11   Q.  If the agency said yes, what would you do?

12   A.  Get dressed up and go talk to them.

13   Q.  Right then and there?

14   A.  Yes.

15   Q.  What terms or expressions would the Defendant say when he

16   wanted you to go on dates?

17   A.  Go grind, hustle.

18   Q.  Would he ever tell you to get ready for work?

19   A.  Yes.

20   Q.  Did he ever use the term "make some regulars?"

21   A.  Yes.

22   Q.  REG's, what are those?

23   A.  Regulars.

24   Q.  Like clients?

25   A.  Yes.
```

```
1   Q.  Did you and the other girls use your real names when you

2   were engaging in prostitution?

3   A.  No.

4   Q.  What names did you use?

5   A.  Jocelyn, Mickey, Lea.

6   Q.  When you'd come back, would you, DXXXX, and DXXXXXX, and

7   Alston talk about what happened that night?

8   A.  Yes.

9   Q.  Was Alston interested in the men you had been with and what

10  sex acts you were performing?

11  A.  No.

12  Q.  What was he interested in?

13  A.  In the money.

14  Q.  Did you feel at the beginning like Alston Williams was

15  proud of you for the work you were doing?

16  A.  Yes.

17  Q.  How did that make you feel?

18  A.  Good.

19  Q.  After awhile, between you, DXXXXXX, and DXXXX, who began to

20  make the most money from prostitution?

21  A.  Me.

22  Q.  You told us DXXXX's nickname was Yla?

23  A.  Yes.

24  Q.  Besides Pinky, did DXXXXXX have any other names?

25  A.  Pinky, Viola.
```

1   *Q.*  Did the Defendant call her "my baby"?

2   *A.*  Yes.

3          *MR. SCHILLER:*  I would like to publish 36j, page 12.

4          *THE COURT:*  Any objection?

5          *MR. PEACOCK:*  Page 12, no objection.

6          *THE COURT:*  You may publish.

7   BY *MR. SCHILLER*:

8   *Q.*  Do you see the tattoos on the screen?

9   *A.*  Yes.

10  *Q.*  Whose is the one on the left that says Nino and Yla?

11  *A.*  DXXXX.

12  *Q.*  And whose is the one on the right that says Pinky Nino?

13  *A.*  DXXXXXX.

14  *Q.*  Did either girl have their own names on their own body?

15  *A.*  No.

16  *Q.*  You saw these tattoos on their arms?

17  *A.*  Yes.

18  *Q.*  Now, what did you observe of DXXXX when she came home from

19  prostitution dates; what time would she come home?

20  *A.*  Early in the morning.

21  *Q.*  How did she appear?

22  *A.*  Her hair was messed up.

23  *Q.*  Did you see her give money to the Defendant?

24  *A.*  Yes.

25  *Q.*  Did you ever see and engage in conversation where DXXXX and

Pauline A. Stipes, Official Federal Reporter

```
 1    DXXXXXX were complaining to Alston about you?
 2    A.  Yes.
 3    Q.  What were they complaining about?
 4    A.  That I don't do anything.
 5    Q.  What do you mean, don't do anything?
 6    A.  I don't take care of the house or work enough.
 7    Q.  You said take care of the house.  Besides engaging in
 8    prostitution for the Defendant, did you and DXXXX and DXXXXXX
 9    have things you had to do in the house for him?
10    A.  Yes.
11    Q.  Like what?
12    A.  Cleaning, cooking, massaging him.
13    Q.  All for him?
14    A.  Yes.
15    Q.  After awhile being there, how many -- how did DXXXXXX
16    describe herself to you as her role in the house?
17    A.  The bottom B word.
18    Q.  B-I-T-C-H?
19    A.  Yes.
20    Q.  What did that mean to you?
21    A.  Pimp girl.
22    Q.  You have to talk louder.
23    A.  Pimp girl.
24    Q.  What does that mean?
25    A.  He is a pimp, and she is the girl version of him,
```

1    basically.

2    Q.  Would she boss you around and give orders to you and DXXXX

3    as well?

4    A.  Yes.

5    Q.  How would she act towards you and DXXXX -- and we will talk

6    about her eventually -- but GXXXXXX as well, how would DXXXXXX

7    act towards each of you girls?

8    A.  That she is the boss.

9    Q.  Let's talk for a minute about how the actual agencies work

10   that you were at.

11       You said that, I think, you made $100?

12   A.  Yes.

13   Q.  How much did the client actually have to pay total for an

14   appointment with you through the agency?

15   A.  250.

16   Q.  You got to keep a hundred?

17   A.  Yes.

18   Q.  And if the client wanted more than just being with you, was

19   that in addition to the 250?

20   A.  Yes.

21   Q.  Is the 250 per appointment or per hour?

22   A.  Per hour.

23   Q.  As time went on, did you continue to go on dates for the

24   Defendant through the agencies?

25   A.  Yes.

1   *Q.*  Did that work for the agency, prostituting that way, seem

2   to be not as profitable?

3   *A.*  Yes.

4   *Q.*  Were you introduced to a different way to begin engaging in

5   prostitution for the Defendant?

6   *A.*  Yes.

7        *MR. PEACOCK:*  Judge, I have to voice a continuing

8   objection.  Every single question is leading.

9        *MR. SCHILLER:*  I will rephrase the he question, Judge.

10  I will rephrase the question.

11  *BY MR. SCHILLER:*

12  *Q.*  Did there come a time you did something else other than the

13  agencies?

14  *A.*  Yes.

15  *Q.*  Tell us what that is.

16  *A.*  Backpage.

17  *Q.*  Explain what Backpage is.

18  *A.*  You put up ads and men call you.

19  *Q.*  Did you do the same with Craig's List?

20  *A.*  Yes.

21  *Q.*  Did the Defendant say what the benefit was to doing

22  internet ads on Backpage versus the agencies?

23  *A.*  Yes.

24  *Q.*  What did he tell you?

25  *A.*  You will be getting all the money instead of splitting it

```
1    with the driver and the agency.
2    Q.  When posting the ads, did you do it yourself or did someone
3    do it for?
4    A.  Someone did it for me.
5    Q.  Who?
6    A.  DXXXX, DXXXXXX, or GXXXXXX.
7    Q.  How did you know how to do this?
8    A.  Alston.
9    Q.  What did he do?
10   A.  He told us what to do.
11   Q.  What else?
12   A.  Eros.
13   Q.  E-R-O-S?
14   A.  Yes.
15   Q.  How was that different?
16   A.  Pictures to the website.
17   Q.  The pictures you put on Eros would be real?
18   A.  Yes.
19   Q.  Who took the pictures of you that were put up on Backpage
20   or Eros?
21   A.  One of the other girls.
22   Q.  Did Alston ever take the pictures?
23   A.  No.
24   Q.  To your knowledge, did DXXXXXX post on Backpage?
25   A.  Yes.
```

```
1              MR. SCHILLER:  Your Honor, at this point the

2    Government would like to introduce Government Exhibit 14, a

3    116-page exhibit of Backpage ads.

4              THE COURT:  Which exhibit, 14?

5              MR. SCHILLER:  Yes, certification.

6              THE COURT:  Any objection?

7              MR. PEACOCK:  Let me confer with the Government, if I

8    may, your Honor.  No objection.

9              THE COURT:  Okay.  14 is admitted without objection.

10         (Whereupon Government Exhibit 14 was marked for evidence.)

11             MR. SCHILLER:  The Government would like to publish

12   pages five and eight.

13        At this time the Government would like to admit

14   Exhibit 2.

15             THE COURT:  Any objection?

16             MR. PEACOCK:  No objection.

17             THE COURT:  Admitted without objection.

18             MR. SCHILLER:  I would like to publish from 2, pages

19   five and eight of that exhibit.

20             THE COURT:  Any objection?

21             MR. PEACOCK:  No.  No, ma'am.  We don't have any

22   objection to the entire publishing.

23             THE COURT:  All right.

24         (Whereupon Government Exhibit 2 was marked for evidence.)

25
```

1    *BY MR. SCHILLER*:

2    *Q.*   Is this a typical Backpage ad posted for the girls?

3    *A.*   Yes.

4    *Q.*   Who is in the photograph?

5    *A.*   DXXXXXX.

6    *Q.*   DXXXXXX RXXXXXXXX?

7    *A.*   Yes.

8    *Q.*   Who took that photograph of her?

9    *A.*   Herself.

10   *Q.*   How do you know?

11   *A.*   She is holding the phone.

12   *Q.*   Could you read that?

13   *A.*   "We are visiting...Last night...Outcall Specials...No

14   agency...No scam...CALL NOW-26."

15   *Q.*   What does 26 mean?

16   *A.*   The age.

17   *Q.*   Could you read the ad?

18   *A.*   "Hello, my name is Myah.  If you want a sweet time call me,

19   I'll make sure your well taking care of!  Long day?  Hard work

20   My specialty (:  See me now im READY.  Im funn.  Awesome time

21   you'll never forget or regret.  Call me 8636778273.  No pimps.

22   No thugs.  SERIOUS CALLERS ONLY.  Outcall!!  Tips are smily

23   face.  Ask about 2 girl special."

24   *Q.*   When it says no pimps and no thugs, who wrote that?

25   *A.*   Alston.

```
 1   Q.   Why did he say that?
 2   A.   He didn't want anyone taking the girls away.
 3   Q.   To someone else?
 4   A.   Yes.
 5   Q.   When it says outcall, what does that mean?
 6   A.   You go to the client, you drive to them.
 7   Q.   Two girl special, what does that mean?
 8   A.   You get a special price for two girls.
 9   Q.   Two girls at once?
10   A.   Yes.
11   Q.   Did you, DXXXX, and DXXXXXX ever do two girls specials
12   together?
13   A.   Yes.
14   Q.   This ad was posted on Sunday, November 6, 2016; is that
15   right?
16   A.   Yes.
17   Q.   I now want to show you -- there is another photo here.  Is
18   that also DXXXXXX?
19   A.   Yes.
20   Q.   I want to show you page eight.  Is this another ad of
21   DXXXXXX?
22   A.   Yes.
23   Q.   What is the title of this one?
24   A.   "Holiday specials, 100 half hour, 60qv" -- quick visit --
25   "Back in Town-26 ".
```

1  *Q.*  After the number 100, it says hh, you read half hour.  Is

2  that half hour?

3  *A.*  Yes.

4  *Q.*  You read qv.  What is qv?

5  *A.*  Quick visit.  Five minutes.

6  *Q.*  Did you engage in dates at hotels for five minutes long?

7  *A.*  Yes.

8  *Q.*  And it gives more information about the pricing in the ad;

9  is that right?

10  *A.*  Yes.

11  *Q.*  Thank you.  If you would remove publication.

12      I would like to ask you about a few pictures of DXXXXXX

13  from the desktop that was found in the house.

14      Now, are you familiar that in the computer area of the

15  house there were several different computers?

16  *A.*  Yes.

17  *Q.*  Are you familiar with one just a computer, no screen

18  attached to it?

19  *A.*  Yes.

20  *Q.*  Okay.

21      *MR. SCHILLER:*  Judge, I would like permission to

22  publish from 36j, 5, 6, 16, 19, and 32.

23      *MR. PEACOCK:*  Would you scroll through those?

24      *MR. SCHILLER:*  Yes.

25      *THE COURT:*  Any objection?

1         *MR. PEACOCK:*  One second.

2         Your Honor, could we approach very briefly?

3         *THE COURT:*  This is 36?

4         *MR. PEACOCK:*  Yes.

5         *THE COURT:*  They are all in evidence.

6         *MR. PEACOCK:*  They are, but we just don't see the need

7    to emphasize lurid naked pictures of DXXXXXX RXXXXXXXX.

8         *MR. SCHILLER:*  Maybe Defense doesn't.  It is part of

9    the Government's case.

10        *THE COURT:*  There was a relevancy -- is that what you

11   want to discuss, relevancy?

12        *MS. McCREA:*  Yes.

13        *THE COURT:*  You may approach.

14        It might be easier, we will take our mid-afternoon

15   break.  We will be in recess until 3:30, with the same

16   important instructions not to discuss the case, not to do any

17   research, not to have any interaction with anyone associated

18   with the case.

19        I remind our witness you remain under oath, do not

20   discuss your testimony with anyone.

21        We will take a 15-minute break.

22     *(Thereupon, the jury leaves the courtroom.)*

23        *THE COURT:*  What is the argument to the Exhibit 36j,

24   portions?

25        *MR. SCHILLER:*  5, 6, 16, 19, and 32.

1           Page five are two photos of Ms. RXXXXXXXX and the

2    Defendant together.  The next one is Ms. RXXXXXXXX's face with

3    the tattoo on her arm.  The next one is a naked photograph of

4    her showing the psoriasis she has on her body.  This is because

5    he wanted to exert authority over her and control over her.

6    And the next photograph is a naked photograph the Defendant

7    took of DXXXXXX and Ms. LXX in the shower for his own pleasure

8    and dominance over the girls.  And finally, pictures of

9    Ms. RXXXXXXXX that were used for Backpage ads.

10          THE COURT:  So you are going to ask this witness what

11   about the pictures?

12          MR. SCHILLER:  If she recognizes them and in what

13   context they were taken.

14          The first one, that is the Defendant and a victim not

15   testifying for the Government.

16          MR. PEACOCK:  No objection to that one.

17          THE COURT:  That is 6.

18          MR. PEACOCK:  As long as the witness can establish

19   relevance, I don't have any objection.

20          THE COURT:  To 19?

21          MR. PEACOCK:  Yes.

22          THE COURT:  What about 32?

23          MR. PEACOCK:  No.

24          THE COURT:  No objection.

25          There is an objection to 16?

 1          MR. PEACOCK:  Yes.

 2          THE COURT:  Okay.  Do you want to be heard?

 3          MR. PEACOCK:  Judge, I think it is particularly lurid.

 4  We have taken precautions to protect people in this case who

 5  were perhaps involved who are not here.  I don't see -- there

 6  is no probative value of her showing her genitals like that.

 7          I don't know that it is relevant yet.  I know what the

 8  Government just proffered, and I am assuming the witness can

 9  establish that, but it seems to me we could do something with

10  that photograph where we do not have to degrade the woman.

11          She is a victim just like the Government says the

12  other women are.  I think they could black it out or do

13  something and still get across the point.

14          MR. SCHILLER:  I don't disagree she is a victim, she

15  is.  She is charged in Counts 9 and 10.  She is not here to

16  testify about what the Defendant did for her, she is going to

17  testify on behalf of the Defendants through deposition,

18  supposedly.

19          The Government has to prove up what happened to

20  Ms. RXXXXXXXX through these other women and he exerted fear,

21  fraud, and coercion to get her to commit sex acts in this whole

22  case.

23          Any photograph he took that can be seen in a way that

24  dominates these girls goes directly to that.

25          If Defense wants to argue this is a random picture he

1     took, let them.

2             The photograph and the relationship the Defendant had

3     with all these girls, evidenced by the two girls you heard and

4     everyone you will hear from, it is clear everything he did with

5     the girls is to exert power and control over them.  They are

6     inherently relevant to the idea of force and coercion by the

7     Defendant over these girls.

8             THE COURT:  Okay.  Anything further?

9             MR. PEACOCK:  So the Court is aware, in

10    Ms. RXXXXXXXX's deposition she indicated under oath that she

11    requested Mr. Williams to take that photo.

12            I am not arguing that the photo is totally irrelevant.

13    I think to show it in that fashion is overly prejudicial,

14    especially to Ms. RXXXXXXXX who doesn't have a dog in this

15    fight.  And there is no reason that the photo can't be used by

16    the Government and have those explicit portions blocked out.

17            Everybody is going to know what is underneath the

18    black part.

19            THE COURT:  What is the Government's position on that?

20            MR. SCHILLER:  The photo should stand for itself,

21    Judge.  I think the photo should stand for itself.  I

22    understand the compromise, I understand that.  I think the

23    photo should stand for itself.

24            THE COURT:  We will take a break and be back at about

25    3:30.

```
 1        (Thereupon, a short recess was taken.)
 2             THE COURT:  The Court has considered the arguments
 3   made with respect to one of the exhibits in 36j.  Was it number
 4   19?
 5             MR. SCHILLER:  16, Judge.
 6             THE COURT:  The Court is going to overrule the
 7   objection.
 8             I think the Court understood the Defendant has pretty
 9   much conceded relevancy, but for the reasons Defense has
10   articulated, the privacy of Ms. RXXXXXXXX, the prejudicial
11   effect, that it shouldn't come in and the Court overrules,
12   number one, because the Defense has acknowledged its relevancy,
13   which is the only remaining objection; and number two, this
14   jury has been screened for this type of case and was carefully
15   questioned about whether they were able to see photos and hear
16   testimony and view videos of a graphic and sexual nature.
17             And so it is the nature of the case, and the Court
18   believes that this jury is capable and has been screened
19   thoroughly by the attorneys on behalf of their clients to sit
20   in this kind of case and see these sort of photographs.  And
21   the Court does not want to set a precedent, because the Court
22   has not had the benefit of seeing each and every exhibit each
23   side may seek to admit.
24             If there are any other videos or photos of this
25   nature, the Court does not want to start parceling out portions
```

1    of exhibits that may be difficult or impossible to do, and also

2    would otherwise be relevant, but for maybe the graphic or lurid

3    nature of the photograph, and the Government in putting this

4    case together has relied upon this type of evidence, making

5    this argument, and there shouldn't be prejudice to the

6    Government either.

7           For all of those reasons, although the Court

8    understands the reason the Defense brings up, and is not

9    insensitive to what the jury will be exposed to in this photo,

10   and I am imagining other exhibits, it is the nature of the

11   case, so the Court will allow the photo and overrule the

12   objection.

13          MR. PEACOCK:  We would ask that that photo be sealed.

14          MR. SCHILLER:  We could do that, with the Court's

15   permission.

16          THE COURTROOM DEPUTY:  That is part of the local

17   rules, anything of an explicit nature is supposed to be under

18   seal

19          MR. SCHILLER:  I know.

20          THE COURT:  Counsel will have to work together to come

21   to an agreement on all exhibits that should be sealed.  If

22   there is disagreement, it should be taken care of prior to

23   uploading.

24          THE COURTROOM DEPUTY:  Regardless of whether there is

25   a conviction or not, anything tendered in a trial has to be

```
 1   uploaded, but something of this nature would be uploaded under
 2   seal.
 3           MR. SCHILLER:  Okay.
 4           THE COURT:  All right.  We will bring our jury in.
 5       (Thereupon, the jury returns to the courtroom.)
 6           THE COURT:  Welcome back, everyone, you may be seated.
 7           Counsel may continue with your examination.
 8           MR. SCHILLER:  Thank you.  I ask to publish 36j, 6,
 9   19, and 32.
10           THE COURT:  Yes.
11   BY MR. SCHILLER:
12   Q.  Who is on the screen here?
13   A.  DXXXXXX.
14   Q.  And who is taking the picture?
15   A.  Alston.
16   Q.  Are you able to tell where it is taken?
17   A.  Yes.
18   Q.  Where?
19   A.  Tamarac.
20   Q.  The Tamarac house?
21   A.  Yes.
22   Q.  If I repeat what you say, it is because I can't hear the
23   word.  I want you to speak into the mic.
24   A.  Okay.
25   Q.  Looking at page six, who is that?
```

1    A.   DXXXX.

2    Q.   Earlier you identified a photograph of a tattoo that said

3    Yla and Nino.   Is that the tattoo here where I circled?

4    A.   Yes.

5    Q.   I want to show you 36j, page 16.   Who is that?

6    A.   DXXXX.

7    Q.   We see dots on her body.   Do you know what they are?

8    A.   Psoriasis.

9    Q.   Did she have psoriasis?

10   A.   Yes.

11   Q.   Who took this photograph?

12   A.   Alston.

13   Q.   The Defendant?

14   A.   Yes.

15   Q.   19, who is in this photograph?

16   A.   Me and DXXXXXX.

17   Q.   Which one is you?   Can you touch the screen and circle

18   which one is you?

19   A.   (Witness complying.)

20   Q.   So that is you, and that is the tattoo you had on the back?

21   A.   Yes.

22   Q.   You said the other girl is DXXXXXX.   Where is this taken?

23   A.   In the Tamarac house, in the shower upstairs.

24   Q.   Who took this photograph?

25   A.   Alston.

```
1    Q.  Did Alston have a tendency to take photographs of you
2    girls?
3    A.  Yes.
4    Q.  Did he often times put himself in the photos?
5    A.  Not often.
6    Q.  Finally 36j, page 32.  Who is that in these
7    photographs?DXXXX
8    Q.  Do you know where the photographs were taken?
9    A.  Comfort Inn Suites on Commercial and University.
10   Q.  You know exactly which hotel it is?
11   A.  Yes.
12   Q.  Do you know why these photos were taken for?
13   A.  Backpage.
14   Q.  For what?
15   A.  Prostitution.
16   Q.  Why were they going to be on Backpage?
17   A.  They were going to be put up on Backpage so clients could
18   call.
19   Q.  Thank you very much.  Remove publication.
20        Speaking about the Backpage ads, I would like to publish a
21   few of them.  14 in evidence, pages 87 to 92.
22             THE COURT:  Any objection?
23             MR. PEACOCK:  No, ma'am.
24             THE COURT:  You may publish.
25
```

```
 1    BY MR. SCHILLER:

 2    Q.  Ms. CXX, can you tell us who is pictured in the photograph

 3    we are looking at 14, page 87?

 4    A.  Me.

 5    Q.  Who took that photo?

 6    A.  Alston.

 7    Q.  Where?

 8    A.  Tamarac house.

 9    Q.  Is that in the kitchen?

10    A.  Yes.

11    Q.  Read the ad.

12    A.  "DISCRETE, BeAuTiFul, AddiCTIVE, BLoND, BoMBSHeLL, NEW

13    PICS!!! 21."

14    Q.  What does 21 refer to?

15    A.  The age.

16    Q.  Do you see the date?

17    A.  March 20, 2014.

18    Q.  Four and a half years ago; is that correct?

19    A.  Yes.

20    Q.  Let's take a look at the others.  Showing you page 88, is

21    that also a photo of you?

22    A.  Yes.

23    Q.  At the bottom?

24    A.  Yes.

25    Q.  Where is that picture taken?
```

```
 1    A.   Commercial and 441, Comfort Inn Suites.

 2    Q.   What about the next page?

 3    A.   In the kitchen in the Tamarac house.

 4    Q.   Again, it is you?

 5    A.   Yes.

 6    Q.   Now, at the bottom here it reads, "Gentlemen Only, No

 7    Thugs, If you are rude Or aggressive in anyway Your Time with

 8    me Will be Immediately Terminated."

 9         Did you put that graphic together?

10    A.   Yes.

11    Q.   You put it together how?

12    A.   I copied and pasted it and put it on the ad.

13    Q.   Who wanted these things in the ad?

14    A.   Alston.

15    Q.   Where it says on page 91, "I do not offer 40$, 50$, 60$

16    specials," what does that mean?

17    A.   I do not accept $40, $60.

18    Q.   For what?

19    A.   For sex.

20    Q.   It would have to be more than that?

21    A.   Yes.

22    Q.   And at the bottom of page 91, into 92, could you read down

23    there?

24    A.   "Good service is not cheap & cheap service is not good."

25    Q.   And how about the titles at the bottom, and then we will go
```

1    into the next page?

2    A.   "Hi there!  My names Nikki.  Gorgeous exotic Latin beauty,

3    upscale I'm the total package; intelligence, sophistication and

4    beauty that's unforgettable.  So STOP wasting YOUR time with

5    the rest and call the best.  I will make your experience

6    something you'll never forget.  A real gentleman rewards

7    himself.  Come have fun with me.  Take an exotic getaway, you

8    deserve it.  Nikki" and the phone number.

9    Q.   Is that the phone number clients would call to schedule a

10   date with you?

11   A.   Yes.

12   Q.   How important was it to the Defendant that these ads

13   attract men?

14   A.   Very important.

15   Q.   Why?

16   A.   Because he liked money.  The more calls, the more money he

17   gets.

18   Q.   Were these ads free?

19   A.   No.

20   Q.   Do you see where it says ad price, $12?

21   A.   Yes.

22   Q.   Is that generally how much you pay for ads?

23   A.   Yes.

24   Q.   How was it that ads were paid for, cash, credit card?

25   A.   Credit card.

```
 1   Q.  Where would you get a credit card from?

 2   A.  Walgreens, CVS.

 3   Q.  Can you explain the process of getting a credit card?

 4   A.  It is a reloadable card, you put money in and take money

 5   off.

 6   Q.  You would go get the credit cards yourself?

 7   A.  Yes, or one of the girls.

 8   Q.  Where would you get the money?

 9   A.  From us working.

10   Q.  Okay.  Would you use money that you got from the date and

11   put it on the card, or would the money be given to you by the

12   Defendant?

13   A.  By the Defendant.

14   Q.  Were the credit cards that you used in your name, in the

15   Defendant's name, in the girls' names?

16   A.  In the girls' names.

17   Q.  Did Mr. Williams put them in his name?

18   A.  No.

19        MR. SCHILLER:  Your Honor, permission to publish 14,

20   pages 83, 82.

21        THE COURT:  Any objection?

22        MR. PEACOCK:  No.

23        THE COURT:  You may publish.

24        MR. SCHILLER:  Thank you.

25
```

```
1    BY MR. SCHILLER:

2    Q.  Ms. CXX, is this another advertisement of you?

3    A.  Yes.

4    Q.  Your face is blurred?

5    A.  Yes.

6    Q.  How did that happen?

7    A.  I used an app to blur my face and the tattoo.

8    Q.  And the tattoo?

9    A.  Yes.

10   Q.  In the previous ad we saw your face.  Why is it blurred

11   here?

12   A.  He told me to.

13   Q.  Who told you to?

14   A.  Alston.

15   Q.  Did he say why he wanted it blurred?

16   A.  Because we had gotten arrested before.

17   Q.  Showing you 81, is that also you?

18   A.  Yes.

19   Q.  Do you know where that was taken?

20   A.  Comfort Inn and Suites.

21   Q.  Did you work often at that hotel?

22   A.  Yes.

23   Q.  Years?

24   A.  Yes.

25   Q.  Again, was the price of this add $12?
```

```
 1   A.  Yes.
 2   Q.  Now, there is an email associated with this Backpage
 3   account, pinkyX21@gmail.com.  Whose email is that, do you know?
 4   A.  DXXXXXX's.
 5   Q.  How is it her email address is attached to the Backpage
 6   account?
 7   A.  She used her email, sometimes DXXXX, sometimes Genesis, and
 8   sometimes mine.
 9   Q.  To do what?
10   A.  To post an ad.
11   Q.  Was it ever in the Defendant's email address?
12   A.  Never.
13         MR. SCHILLER:  Your Honor, permission to publish
14   Exhibit 14, pages 13 through 16.
15         THE COURT:  I don't think there is any objection to
16   14.
17         MR. PEACOCK:  No.
18   BY MR. SCHILLER:
19   Q.  Who is this?
20   A.  DXXXXXX.
21   Q.  Can you tell us when this was posted?
22   A.  August 7, 2014, on a Thursday.
23   Q.  So, the first picture on page 13 is DXXXXXX?
24   A.  Yes.
25   Q.  How about page 14?
```

Pauline A. Stipes, Official Federal Reporter

1    *A.*   Yes.

2    *Q.*   Do you know that hotel?

3    *A.*   Yes.

4    *Q.*   Which one was that?

5    *A.*   Comfort Inn and Suites.

6    *Q.*   And what was the price paid for this ad?

7    *A.*   $12.

8    *Q.*   Were some of these ads posted again and again and again on

9    Backpage?

10   *A.*   Yes.

11   *Q.*   Can you explain why you would want to repost an ad and not

12   leave it up there?

13   *A.*   As people post, it goes down.  The more you post, it goes

14   up top.

15   *Q.*   If an ad needs to be reposted, who had to give permission

16   for that to happen?

17   *A.*   Alston.

18   *Q.*   And now I would like to show you Government exhibit --

19         *MR. SCHILLER:*  Judge, permission to publish -- if we

20   could remove publication for a moment.  Permission to publish

21   36j, page 36.

22         *MR. PEACOCK:*  That is the same exhibit, your Honor.

23         *MR. SCHILLER:*  This is page 36.

24         *MR. PEACOCK:*  No, I don't have any objection.

25         *THE COURT:*  You may publish.

Pauline A. Stipes, Official Federal Reporter

```
 1              MR. SCHILLER:  Thank you.

 2   BY MR. SCHILLER:

 3   Q.  Ms. CXX, could you tell us what this is?

 4   A.  This is a payment for $12.

 5   Q.  Payment for what?

 6   A.  Backpage.

 7   Q.  At the bottom, I know it is blurry, is that your name and

 8   address there?

 9   A.  Yes.

10   Q.  I want to scroll down to the second item on the page.  Is

11   that the same kind of thing?

12   A.  Yes.

13   Q.  Can you explain why on the computer we would find screen

14   shots of payments to Backpage?

15   A.  He would screen shot it in case the payment didn't go

16   through.

17   Q.  Who would screen shot it?

18   A.  Alston.

19   Q.  The Defendant?

20   A.  Yes.

21   Q.  The second item on the page, on Government Exhibit 36j,

22   page 36, do you see the name for the payment?

23   A.  Sara Blaze.

24   Q.  Sara Blaze.  Who is Sara Blaze?

25   A.  That is a made-up name.
```

Pauline A. Stipes, Official Federal Reporter

239

```
 1    Q.   Who made that up?

 2    A.   I don't remember.

 3    Q.   What was the point of making up this name, Sara Blaze, for

 4    Backpage ads?

 5    A.   Just so you won't be known.

 6    Q.   So you won't be associated with the account?

 7    A.   Yes.

 8    Q.   Remove publication, please.

 9         Ms. CXX, during the years that you were doing these dates

10    for Alston Williams, were you ever hurt?

11    A.   Yes.

12    Q.   Can you tell the jury what kind of injuries you suffered

13    from the clients you served?

14    A.   He would put me to sleep --

15    Q.   I'm talking about the clients.

16    A.   Choked, put to sleep, slapped, punched.

17    Q.   These are by the clients?

18    A.   Yes.

19    Q.   When you would get home from an evening, or evenings, did

20    you relay that information to the Defendant?

21    A.   Yes.

22    Q.   Did you come home with visible injuries?

23    A.   Yes.

24    Q.   What would he do upon you telling him you suffered these

25    injuries and show them to him?
```

Pauline A. Stipes, Official Federal Reporter

```
1    A.   He would get mad.

2    Q.   He would get mad?

3    A.   Yes.

4    Q.   Why?

5    A.   He would tell me to stop being the B word.

6    Q.   Being?

7    A.   B-I-T-C-H word.

8    Q.   What else would he tell you?

9    A.   Tighten up, G up.

10   Q.   G up, and that means gangster up?

11   A.   Yes.

12   Q.   Now, why not just -- if you suffered an injury and you were

13   battered, a crime is committed against you by one of the

14   clients, why didn't you go to the police?

15   A.   Because he told me never to go to the police.

16   Q.   You mentioned the Comfort Inn and Suites on Commercial and

17   441?

18   A.   Yes.

19   Q.   Is that in Fort Lauderdale?

20   A.   Yes.

21   Q.   At what other hotels did you perform commercial sex acts

22   for clients in the area?

23   A.   Best Western in Hollywood.

24   Q.   Any others?

25   A.   Comfort Inn and Suites in Hollywood.
```

```
 1    Q.   Okay.  Now, while living at the Tamarac house, when you

 2    weren't on dates or you weren't doing out calls or in calls,

 3    what were the other -- you and the other girls doing?

 4    A.   Cleaning, cooking, massaging Alston.

 5    Q.   Did you have a lot of down time?

 6    A.   No.

 7    Q.   Did you watch TV?

 8    A.   Rarely.

 9    Q.   We have seen photographs that you said Alston had taken?

10    A.   Yes.

11    Q.   Did he videotape you girls while you were in the house?

12    A.   Yes.

13         MR. SCHILLER:  Your Honor, at this time, the

14    Government would like to publish Government Exhibit 36d, the

15    summary of the videos from the Elite desktop computer, and

16    after that, 36h, one of the videos from that summary.

17         THE COURT:  Any objection?

18         MR. PEACOCK:  Your Honor, with respect to these, we

19    would have the same objection to the lurid nature of the video.

20    I don't see the need for it.

21         THE COURT:  Is the argument the same as to the exhibit

22    we just spoke about?

23         MR. PEACOCK:  Yes, the exhibit is of the same nature.

24         THE COURT:  The Government's response is the same?

25         MR. SCHILLER:  Yes, the first exhibit included dated
```

```
 1   information as well.
 2           THE COURT:  The Court will overrule the objection to
 3   publication.
 4           MR. SCHILLER:  Thank you.  Permission to publish.
 5   BY MR. SCHILLER:
 6   Q.  We are looking at 36d.  The previous witness testified this
 7   is a summary exhibit of different videos found on that
 8   computer.  I want to direct your attention to the fourth item
 9   down.
10       Do you see the one in the center of the screen?
11   A.  Yes.
12   Q.  Have you before today -- first of all, do you recognize the
13   kind of screen shots in front of us?
14   A.  Yes.
15   Q.  Before today, did you have the opportunity to review the
16   video?
17   A.  Yes.
18   Q.  The date associated with this video suggests that it was
19   taken in May of 2012.  Does that sound accurate based on when
20   it was taken?
21   A.  Yes.
22   Q.  Are you present in the video?
23   A.  Yes.
24           MR. SCHILLER:  Judge, at this time -- one other thing.
25   Can we scroll to the end.
```

1    *BY MR. SCHILLER:*

2    *Q.*  Do you see the name of the file S2 466.mp4?

3    *A.*  Yes.

4            *MR. SCHILLER:*  I would ask to publish S2 466.mp4?

5            *THE COURT:*  Any objection?

6            *MR. PEACOCK:*  I voiced my objection.

7            *THE COURT:*  You may publish over the objection as to

8    publication.

9            *MR. SCHILLER:*  Thank you, Judge.

10           (Video played.)

11   *BY MR. SCHILLER:*

12   *Q.*  I am going to pause 12 seconds in.  Who took this video?

13   *A.*  Alston.

14   *Q.*  Who is the girl in the white shirt?

15   *A.*  DXXXX.

16   *Q.*  Who is the girl in the yellow shirt?

17   *A.*  Anna.

18   *Q.*  Was she just coming over for the day?

19   *A.*  Yes.

20   *Q.*  No involvement with Mr. Alston's activities?

21   *A.*  No.

22   *Q.*  There is a girl in the back.  Who is that?

23   *A.*  Me.

24   *Q.*  Do we see Alston Williams at all in the video?

25   *A.*  No.

1    Q.  He is videoing?

2    A.  Yes.

3    Q.  I will continue the video 12 seconds in.

4        (Video continued).

5    Q.  Pausing at 31 seconds.  Whose voice is that?

6    A.  Alston's.

7        (Video continued.)

8    Q.  Pausing at 1:34.  The male voice, is that still Alston

9    Williams?

10   A.  Yes.

11       (Video continued.)

12           MR. SCHILLER:  End publication.

13   BY MR. SCHILLER:

14   Q.  So, Ms. CXX, with that video, it appears you and Ms. LXXXXX

15   and this other girl are having a great time.  Would you agree?

16   A.  Yes.

17   Q.  Was life always like that at the Tamarac house where Alston

18   had you living?

19   A.  Absolutely not.

20   Q.  Please explain why we are seeing what we see there?

21   A.  He likes to record girls dancing.

22   Q.  There was a point in the video you and Ms. LXXXXX were just

23   standing there.  What was going on there?

24   A.  We were waiting to see what he would say.

25   Q.  Waiting to see what he was going to say?

```
 1    A.   Yes.

 2    Q.   Thank you very much.

 3         During the course of going on these dates for Alston

 4    Williams, did you get arrested?

 5    A.   Yes.

 6    Q.   What would Alston Williams tell you to say if you ever --

 7              MR. PEACOCK:   Objection, leading.

 8    BY MR. SCHILLER:

 9    Q.   Did Alston Williams tell you what to say if you got

10    arrested?

11    A.   Yes.

12    Q.   And what did he say?

13    A.   That I was forced into doing what he was doing.

14    Q.   And what would you say?

15    A.   Companionship.

16    Q.   Did he tell you why he said companionship?

17    A.   Yes.

18    Q.   Why?

19    A.   So I wouldn't get into trouble.

20    Q.   How many times were you arrested?

21    A.   Twice.

22    Q.   Once in Orlando?

23    A.   And once in Fort Lauderdale.

24    Q.   Let's talk about the Fort Lauderdale incident first.  Was

25    that in 2012?
```

1    A.   Yes.

2    Q.   Who was arrested in Fort Lauderdale in 2012 along with you?

3    A.   Me, DXXXXXX, DXXXX, and Alston.

4    Q.   For that day when you all were arrested, what was the --

5    was this through the agency, through Backpage?  How did you

6    meet the client?

7    A.   Through Backpage.

8           MR. SCHILLER:  Your Honor, permission to publish

9    Government Exhibit 15 -- one second, Judge.

10          THE COURT:  15 is not in evidence.

11   BY MR. SCHILLER:

12   Q.   Ms. CXX, I show you 15 for identification.  Do you

13   recognize this ad?

14   A.   Yes.

15   Q.   Is this a Backpage ad?

16   A.   Yes.

17   Q.   Who is the female?

18   A.   Me.

19   Q.   Was this ad used -- was this the ad that was posted and

20   responded to such that you all got arrested that night?

21   A.   Yes.

22          MR. SCHILLER:  Your Honor, at this point, the

23   Government would like to admit into evidence 15a, it is a

24   two-page exhibit.

25          MR. PEACOCK:  No objection.

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Admitted without objection.
 2              MR. SCHILLER:  Permission to publish.
 3              THE COURT:  You may publish.
 4          (Whereupon Government Exhibit 15a was marked for evidence.)
 5      BY MR. SCHILLER:
 6      Q.  So this is you, Ms. CXX?
 7      A.  Yes.
 8      Q.  Read the title.
 9      A.  "Great specials!!  Up all night!!  Call now!!!! 21."
10      Q.  Could you read the file where it says hello?
11      A.  "Hello guys my name is Jasmin.  Here to please your every
12      need in the most wonderful experience you will ever come
13      across.  Look no further I am all you need to be happy.  What
14      are you waiting for?  Im ready for you!!!"
15      Q.  And a phone number?
16      A.  Yes.
17      Q.  Is that the phone number that would have been called on the
18      evening you were arrested?
19      A.  Yes.
20      Q.  This incident where you got arrested, was this an in call
21      or an out call?
22      A.  In call.
23      Q.  What does that mean?
24      A.  Clients come to you.
25      Q.  How many rooms -- what hotel was it at?
```

```
 1   A.   Comfort Inn and Suites on 441.

 2   Q.   The same one you mentioned several times?

 3   A.   Yes.

 4   Q.   How many rooms did you rent that evening?

 5   A.   Two.

 6   Q.   Why?

 7   A.   One for Alston to be in and one for working.

 8   Q.   Were the rooms connected?

 9   A.   Yes.

10   Q.   How?

11   A.   Connecting door.

12   Q.   You could go from one to the other?

13   A.   Yes.

14   Q.   I am talking about the instance where you got arrested; did

15   a client knock on the door and turn out not to be a client?

16   A.   Correct.

17   Q.   When the client arrived, did he come in the room?

18   A.   Yes.

19   Q.   And what did you advise your name was?

20   A.   Jasmin.

21   Q.   Was there an agreement of sex for money?

22   A.   Yes.

23   Q.   What happened next?

24   A.   Got arrested.

25   Q.   Okay.  Did you do anything with your phone before getting
```

1    arrested?

2    A.   I texted Alston.

3    Q.   And why did you text Alston?

4    A.   I was nervous, scared, and tried to warn him.

5    Q.   Did you receive any kind of text on your phone from Alston?

6    A.   I don't remember.

7    Q.   After you received the money -- did you receive the money

8    from the client?

9    A.   Yes.

10   Q.   What did you do with the money?

11   A.   Put it down on the counter.

12   Q.   Did you communicate at all with the people in the next

13   room?

14   A.   Yes.

15   Q.   How?  What did you do?

16   A.   I think I complied or something.

17   Q.   To communicate with them?

18   A.   Yes.

19   Q.   Did this turn out to be a real client?

20   A.   No.

21   Q.   What was it?

22   A.   An undercover cop.

23   Q.   When you were advised it was the cop, were you arrested?

24   A.   Yes.

25   Q.   Were you cooperative with the police officer?

```
1   A.  No.

2   Q.  Why not?

3   A.  Because Alston put in my head that all cops are bad.

4   Q.  Did you receive a text message from someone in the

5   adjoining room telling you not to say anything to the police?

6   A.  Yes.

7   Q.  What did do you with that text after you received it?

8   A.  I think I deleted it.

9   Q.  I am showing you for identification purposes Government

10  Exhibit 15c.  This is a seven-page exhibit.  Do you recognize

11  these seven photographs?

12  A.  Yes.

13  Q.  I will scroll through them one at a time.  Page one, two,

14  three, four, five, six, seven.

15      Do you recognize all those photographs?

16  A.  Yes.

17  Q.  Are all those people you, DXXXXXX, or DXXXX?

18  A.  Yes.

19  Q.  When were these taken?

20  A.  A few years back.

21  Q.  Is it the night of the arrest?

22  A.  Yes.

23          MR. SCHILLER:  At this time, the Government would like

24  to admit 15c, all seven pages, into evidence.

25          THE COURT:  Any objection?
```

```
 1              MR. PEACOCK:  No.

 2              THE COURT:  You went from 15a to 15c?

 3              MR. SCHILLER:  I did.

 4              THE COURT:  Admitted without objection, and you may

 5    publish.

 6          (Whereupon Government Exhibit 15c was marked for evidence.)

 7    BY MR. SCHILLER:

 8    Q.  Do you know whose arm that is?

 9    A.  Yes.

10    Q.  Whose?

11    A.  Donna's.

12    Q.  You said earlier that DXXXX had a tattoo that said Pinky

13    and Nino?

14    A.  Yes.

15    Q.  What is the difference about this?

16    A.  The name he calls her.

17    Q.  Did Ms. LXXXXX get the tattoo and add the name RXXX on it?

18    A.  Yes.

19    Q.  Do you know why she did that?

20    A.  Alston told her to.

21    Q.  Page two, who is that?

22    A.  DXXXX.

23    Q.  Page three, whose arm is that?

24    A.  DXXXXXX's

25    Q.  Again, we talked about the tattoo earlier.  Whose name has
```

1   been added to the tattoo?

2   A.   Mine.

3   Q.   Showing you page four, who is that?

4   A.   DXXXXXX.

5   Q.   And who is that?

6   A.   DXXXXXX.

7   Q.   Where were the photographs taken, can you tell?

8   A.   Comfort Inn Suites on Commercial and 441.

9   Q.   That same hotel?

10  A.   Yes.

11  Q.   Do you know if this was the room where the incident

12  occurred where you got arrested?

13  A.   I don't remember.

14  Q.   And who is that?

15  A.   Me.

16  Q.   From the day you were arrested?

17  A.   Yes.

18  Q.   One more picture.

19       What are we seeing here?

20  A.   A tattoo on my back of Nino, Pinky, and Yla.

21  Q.   There is more than just the names.  Can you describe it for

22  us?

23  A.   Yes, it is a heart and wings, and his name is first and

24  DXXXXX's and DXXXX's.

25  Q.   I want to go back to the other photos for a second.

1      You said his name is first; is that right?

2   A.  Yes.

3   Q.  If we look at the first picture on DXXXX's arm, whose name

4   is first here?

5   A.  Pinky.

6   Q.  And then the Defendant's?

7   A.  Yes.

8   Q.  If we look at DXXXXXX's arm, whose name is first there?

9   A.  Alston.

10  Q.  And then DXXXX's?

11  A.  Yes.

12  Q.  If we go back to page seven, whose name is first?

13  A.  Alston.

14  Q.  Were you specifically directed on the order in which the

15  names should be put on your back?

16  A.  Yes.

17  Q.  Who told you that order?

18  A.  Alston.

19  Q.  Remove publication, please.

20      I would like to ask you about the other time you were

21  arrested.  Was that in Orlando in 2014?

22  A.  Yes.

23  Q.  Who was arrested with you then?

24  A.  DXXXXXX, Alston, and me.

25  Q.  Was this an in call or out call?

1    A.  Out call.

2    Q.  What does that mean again?

3    A.  We go to the clients.

4    Q.  Who went up to the room to see the client?

5    A.  DXXXX.

6    Q.  Did you go with her?

7    A.  Yes.

8    Q.  Were you in the room when -- was the client already there

9    when you got there?

10   A.  Yes.

11   Q.  So, three people are now in the room?

12   A.  Yes.

13   Q.  Was there some kind of conversation about sex for money?

14   A.  No.  I wasn't there.

15   Q.  So, what happened?

16   A.  I walked downstairs and I got arrested.

17   Q.  You didn't have the money when you went to the car?

18   A.  Yes, I did.

19   Q.  Explain.  If you weren't there for the conversation of sex

20   for money, how did you get the money?

21   A.  The client gave it to DXXXXXX and DXXXXXX gave it to me and

22   I went downstairs to give it to Alston.

23   Q.  Why did you do that?

24   A.  Because Alston told me to.

25   Q.  After you gave Alston the money, what happened next?

1    A.   He got arrested as well.

2    Q.   You got arrested, too?

3    A.   Yes.

4    Q.   Was there another girl in the car when you got back there?

5    A.   GXXXXXX.

6    Q.   That is GXXXXXX LXXXX?

7    A.   Yes.

8    Q.   When you got to the car, were you cooperative with the

9    police officers?

10   A.   No.

11   Q.   What did you say to them?

12   A.   To F off.

13   Q.   Did you say anything else to them?

14   A.   I don't recall.

15   Q.   Let me show you Government Exhibit 21d.

16        I want to show you a series of nine photographs.  I will go

17   through them quickly and ask you question about them.

18        21d, page one, two, three, four, five, six, seven, eight,

19   nine.

20        Do you recognize these photographs?

21   A.   Yes.

22   Q.   Are these from the night of the arrest?

23   A.   Yes.

24   Q.   Do these photos fairly and accurately --

25             MR. PEACOCK:  The question is how do you recognize

1    them, not telling what they are.  Ask the witness, how do you

2    recognize them?

3         MR. SCHILLER:  I will lay a different predicate,

4    Judge.

5    BY MR. SCHILLER:

6    Q.  Ms. CXX, how do you recognize the photographs?

7    A.  Alston, DXXXXXX, me.

8    Q.  From when?

9    A.  From the arrest in Orlando.

10   Q.  Do they fairly accurate depict the four of you -- three of

11   you that night?

12   A.  Yes.

13   Q.  The last page, what are we looking at here?

14   A.  The last page?

15   Q.  Yes.  What do you see on the screen right now?

16   A.  Our ID's.

17   Q.  Do those ID's fairly and accurately depict the ID's on the

18   night of the arrest?

19   A.  Yes.

20        MR. SCHILLER:  I would like to admit 21d, 1 through 9.

21        THE COURT:  Any objection?

22        MR. PEACOCK:  No.

23        THE COURT:  Admitted without objection.

24     (Whereupon Government Exhibit 21d was marked for evidence.)

25

```
 1   BY MR. SCHILLER:

 2   Q.  Permission to publish.

 3       What are we looking at here?

 4   A.  Inside of the Honda.

 5   Q.  Honda what?

 6   A.  I don't remember.

 7   Q.  Is it a --

 8   A.  It is a van, a Honda.

 9   Q.  Is it a Honda minivan?

10   A.  Yes.

11   Q.  And is this a car?

12   A.  Yes.

13   Q.  Is this the car you arrived in at the hotel?

14   A.  Yes.

15   Q.  Page two, who is that?

16   A.  Alston.

17   Q.  Page three, who is that?

18   A.  My leg.

19   Q.  Do you still have that tattoo?

20   A.  Yes.

21   Q.  When did you get that tattoo?

22   A.  Years back, before I met Alston.

23   Q.  Whose hands are those?

24   A.  Mine.

25   Q.  When did you get those tattoos?
```

```
 1   A.   Years before I met him.

 2   Q.   And who is that?

 3   A.   Me.

 4   Q.   Is your hair different in that color than it is today?

 5   A.   Yes.

 6   Q.   What is your natural color?

 7   A.   Brunette.

 8   Q.   What you are now?

 9   A.   Yes.

10   Q.   Looking at page six, whose arm is that?

11   A.   DXXXXXX's.

12   Q.   Page seven, who is that?

13   A.   DXXXX.

14   Q.   Page eight, who is that?

15   A.   Me.

16   Q.   Is that your tattoo?

17   A.   Yes.

18   Q.   Now, I want to show you page nine.  You said these are the

19   ID's collected from all of you that night; is that right?

20   A.   Yes.

21   Q.   I want to focus in first on the two of you.

22        Do you see these two ID's I am referring to on the left

23   side of the page of 21d, page nine?

24   A.   Yes.

25   Q.   Are these both of your ID's?
```

```
 1    A.   Yes.

 2    Q.   Are they real ID's?

 3    A.   Yes.

 4    Q.   I want to move down the page to the bottom.  Do you see

 5    another Id here?

 6    A.   Yes.

 7    Q.   Is that your picture?

 8    A.   Yes.

 9    Q.   Is that your name and information in the picture?

10    A.   No.

11    Q.   Where did that come from?

12    A.   Alston.

13    Q.   You have to be more specific than that.

14    A.   He got the fake ID from someone.

15    Q.   For you?

16    A.   Yes.

17    Q.   Why?

18    A.   So I could get into clubs.

19    Q.   So you could get into some clubs?

20    A.   Yes.

21    Q.   Did he ever tell to you use this ID for anything else?

22    A.   No.

23    Q.   Remove publication, please.

24         Ms. CXX, did those arrests alter the way this was done on

25    Backpage and Eros?
```

1    A.  Yes.

2    Q.  How?

3    A.  With the fake ID.

4    Q.  When you got arrested for the second time from the Backpage

5    ad, you can see yourself?

6    A.  Uh-hum.

7    Q.  We also see other Backpage ads where the face was blurred

8    out.  Did this affect the way you posed for pictures?

9    A.  Yes, so we weren't identified.  We already had mug shots.

10   Q.  I would like to show you --

11        MR. SCHILLER:  Judge, already in evidence, Government

12   Exhibit 2, pages 14 through 30.

13        If we could publish that, please.

14   BY MR. SCHILLER:

15   Q.  What are we looking at here?

16   A.  A Backpage ad with fake pictures.

17   Q.  They look like real people?

18   A.  They are real people, they are just not me.

19   Q.  Are they GXXXXXX?

20   A.  No.

21   Q.  DXXXXXX?

22   A.  No.

23   Q.  DXXXX?

24   A.  No.

25   Q.  Are they Crystal R?

1    A.   No.

2    Q.   Are they TXXXX LXX?

3    A.   No.

4    Q.   So, where did you find these pictures?

5    A.   Backpage.

6    Q.   I am not understanding.  Explain exactly what happened.

7    A.   Other girls post pictures, so we post pictures that look

8    like us and post it on the ad.

9    Q.   Whose idea was it to do this?

10   A.   Alston's.

11   Q.   Why?

12   A.   Because we got arrested before, he didn't want us to get in

13   trouble again.

14   Q.   We won't look at every page, there are about 17 of them

15   here.  Are each of the ads, as I am scrolling through them, 14

16   through 30, pictures of these other girls used to cover your

17   identity?

18   A.   Yes.

19   Q.   They are all like that?

20   A.   Yes.

21   Q.   Remove publication, please.

22        Over the years, how often per week were you prostituting

23   for Alston Williams?

24   A.   A lot.

25   Q.   Two days a week, five days a week?

1    *A.*   Every day.

2    *Q.*   Seven days a week?

3    *A.*   Yes.

4    *Q.*   On average, how many clients would you see a day or night?

5    *A.*   I lost count.

6    *Q.*   Approximately?

7    *A.*   Maybe more than 20.

8    *Q.*   Was that the maximum or the average?

9    *A.*   Average.

10   *Q.*   The average was 20 a day?

11   *A.*   Yes.

12   *Q.*   Some days you saw less?

13   *A.*   Yes.

14   *Q.*   Were some of these clients coming in for hours or just

15   minutes?

16   *A.*   Everyone is different, hours or minutes.

17   *Q.*   Would you see clients for five minutes and the next one

18   would come in?

19   *A.*   Yes.

20   *Q.*   Who picked the hotels you would use?

21   *A.*   Alston.

22   *Q.*   We talked about the ads that were posted.  What kind of

23   involvement did Alston have in the ads that were posted for

24   you?

25   *A.*   Everything, he would tell us what to do, and we would do

1    it.

2    Q.  As far as generating the ad, photos, words, where it was

3    posted, was he having any kind of say in any of that?

4    A.  Yes.  He was telling GXXXXXX what pictures, what to say in

5    the ads.

6    Q.  You said he was telling GXXXXXX?

7    A.  Yes.

8    Q.  Who was posting the ad for you?

9    A.  GXXXXXX.

10   Q.  Alston was telling her?

11   A.  Yes.

12   Q.  While you were on the dates, in calls or out calls, did you

13   communicate with the Defendant or one of the girls to give

14   updates?

15   A.  DXXXX at first.

16   Q.  And then?

17   A.  Then DXXXXXX and then Alston.

18   Q.  How would you communicate this information about the dates

19   and clients you were seeing?

20   A.  There were apps, and we sent a message and text.

21   Q.  Would you use regular texting?

22   A.  Yes.

23   Q.  Did you travel outside the State of Florida to participate

24   in prostitution on behalf of the Defendant?

25   A.  Yes.

1    Q.   How often?

2    A.   Here and there.

3         MR. SCHILLER:  I would like to publish page --

4    Government Exhibit 2, pages 13, 14 and 35.

5         THE COURT:  Any objection?

6         MR. PEACOCK:  No, ma'am.

7         THE COURT:  You may publish.

8    BY MR. SCHILLER:

9    Q.   Page 14, do you see at the bottom where it says location?

10   A.   Yes.

11   Q.   Where was this ad posted?

12   A.   City of Atlanta.

13   Q.   Did you go to Atlanta?

14   A.   Yes.

15   Q.   Now, you told us that you couldn't leave or go anywhere

16   without Alston's permission?

17   A.   Correct.

18   Q.   How did you get to Atlanta?

19   A.   Because he told me to go.

20   Q.   Tell us how you got there.

21   A.   He tells GXX to find a flight and she pays for it and I go.

22   Q.   How does GXX have money?

23   A.   It is my money that I made.

24   Q.   Your money that you made.  How does your money get to Gen

25   so she could book a flight?

1    A.   By Alston, he gives it to her and puts money on the card.

2    Q.   And she purchases the flight?

3    A.   Yes.

4    Q.   What about the hotel?

5    A.   Same thing.

6    Q.   Who is picking the city you are going to?

7    A.   Alston.

8    Q.   Showing you page 24 of Government Exhibit 2.

9         Where did you go in this ad?

10   A.   Austin, Texas.

11   Q.   Did it work the same way as Atlanta?

12   A.   Yes.

13   Q.   Showing you page 35, where did you go in this ad?

14   A.   Los Angeles.

15   Q.   Is that California?

16   A.   Yes.

17   Q.   When you would go on these trips and engage in prostitution

18   at these hotels, you said that is at Alston's direction?

19   A.   Yes.

20   Q.   How long were you there for?

21   A.   Maybe a couple of days.

22   Q.   And then you fly back?

23   A.   Yes.

24   Q.   While you were there, did you have to maintain constant

25   communication with Alston or the other girls?

```
 1    A.   Always.

 2    Q.   What would happen if you didn't communicate?

 3    A.   I'd get hurt.

 4    Q.   Who told you that?

 5    A.   Alston.

 6    Q.   Ms. CXX, from 2011 until the end in November of 2017, did

 7    the Defendant use physical violence on you?

 8    A.   Yes.

 9    Q.   Did it happen at the Tamarac house?

10    A.   Yes.

11    Q.   What would happen if you, for example, did not work as a

12    prostitute or make enough money for him?

13    A.   He would beat me.

14    Q.   Were you afraid he would kill you?

15    A.   Yes.

16    Q.   When he would hit you, how bad would it get?

17    A.   I would be put to sleep or knocked out or bleeding or

18    bruising very bad.

19    Q.   When you say put to sleep --

20    A.   He chokes me until I pass out.

21    Q.   Do you remember the first time he knocked you unconscious?

22    A.   Yes.

23    Q.   Tell us about that.

24    A.   I didn't see it coming, he just lunged at me.

25    Q.   How old were you?  Where were you?  Give us some context.
```

```
 1   A.   I was in the garage downstairs in the Tamarac house.

 2   Q.   Was this long after you got to the Tamarac house?

 3   A.   Yes.

 4   Q.   How long?

 5   A.   Maybe a couple of weeks after.

 6   Q.   Was this the only type of punishment you endured from the

 7   Defendant?

 8   A.   No.

 9   Q.   Tell us about some of the other things?

10   A.   He groped my private area and busted it open and started

11   beating.

12   Q.   Are you referring to your pubic area?

13   A.   Yes.

14   Q.   Did you go to the hospital?

15   A.   No.

16   Q.   How did you deal with that injury?

17   A.   I didn't have a choice, I just did it.

18   Q.   You didn't have to see a doctor for that?

19   A.   I did, but I didn't.

20        MR. PEACOCK:  Objection, leading.

21   BY MR. SCHILLER:

22   Q.   I will rephrase.

23        Did you see a doctor for that?

24   A.   No.

25   Q.   Would Mr. Williams let you go see a doctor for that?
```

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  No.

 2   Q.  What other kinds of things would he do to punish you?

 3   A.  He would put needles in my butt.

 4   Q.  Where?

 5   A.  In my back area.

 6   Q.  In your butt?

 7   A.  Yes.

 8   Q.  Like in the cheeks or somewhere else?

 9   A.  In the cheeks.

10   Q.  How many times did that happen?

11   A.  Once.

12   Q.  Once?

13   A.  Yes.

14   Q.  And do you remember what kind of needles they were?

15   A.  Needles they use to sew.

16   Q.  And what else?

17   A.  He tased me with a taser.

18   Q.  How many times did that happen?

19   A.  A couple of times.

20   Q.  And where would he tase you?

21   A.  All over.

22   Q.  What does that feel like when you get tased?

23   A.  Like it is on fire and it can't stop.

24   Q.  It hurt, yes?

25   A.  Yes.
```

1    *Q.*  What else would he do to you?

2    *A.*  Punch me, slap me.

3    *Q.*  Where would he punch you?

4    *A.*  My face, my head, my stomach a lot.

5    *Q.*  Would you ever suffer a black eye?

6    *A.*  Yes.

7    *Q.*  What else would he do?

8    *A.*  Trip me, push me down.  He handcuffed me a couple of times.

9    *Q.*  Okay.  I will come back to that a little bit later.

10       Did he ever slap you on your leg to leave a mark?

11   *A.*  All the time.

12       *MR. PEACOCK:*  Objection, leading.  Judge, the

13   suggestion of the answers never stops.

14       *THE COURT:*  Rephrase, open questions so the witness

15   can answer without there being any leading.

16       *MR. SCHILLER:*  Sure.

17   *BY MR. SCHILLER*:

18   *Q.*  I'm showing you Government Exhibit 36j, page 35.

19       Do you recognize this photograph?

20   *A.*  Yes.

21   *Q.*  Who is that?

22   *A.*  Me.

23   *Q.*  What do we see in that photo?

24   *A.*  He slapped my leg.

25   *Q.*  We see him slapping your leg?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.  No, the mark.
 2          MR. SCHILLER:  We seek to publish 36j, page 35.
 3          THE COURT:  Any objection?
 4          MR. PEACOCK:  No, ma'am.
 5          THE COURT:  You may publish.
 6   BY MR. SCHILLER:
 7   Q.  Can you please circle on the screen the mark you are
 8   talking about?
 9   A.  (Witness complying.)
10   Q.  Thank you very much.  We can end publication.
11       What other kinds of things did he do to you?
12   A.  Mostly punch me and put me to sleep.  He put pliers on my
13   hands.
14   Q.  Tell us about the pliers.
15   A.  He would get a plier and put a rag on my finger and he
16   would squeeze me until he thought it was good to stop.
17   Q.  The rag was a round your finger and the plier would squeeze
18   the rag?
19   A.  Yes.
20   Q.  Why would he do that?
21   A.  He said I was doing something bad.
22   Q.  Did he have a word to describe it when you did something
23   bad?
24   A.  I was being a hoe or I was being disloyal.
25   Q.  What did that mean, you were being a hoe?
```

Pauline A. Stipes, Official Federal Reporter

```
1    A.  He thought I was looking at someone.

2    Q.  Be more specific.

3    A.  If I looked at a guy or girl, he would get mad and say I

4    was a hoe.

5    Q.  Was there an incident with the bathtub?

6    A.  Yes.

7    Q.  Tell the jury about that.

8    A.  He filled up the bathtub and put my head in it.

9    Q.  Please be more detailed.

10   A.  He tried to drown me.

11   Q.  Your head went under water?

12   A.  Yes.

13   Q.  Did you ever see him do this to anyone else?

14   A.  Not that I recall.

15   Q.  Did the Defendant have an expression called "get to go

16   work?"

17   A.  Yes.

18   Q.  Could you please explain what that meant?

19   A.  That he was going to train me.

20   Q.  Did that mean a particular punishment?

21   A.  Yes, he would put the music up and start beating me up,

22   punching me, putting me to sleep.

23   Q.  You mentioned at the beginning putting the music up?

24   A.  Yes, he put the music up so nobody could hear screaming.

25   Q.  Who, the neighbors?
```

Pauline A. Stipes, Official Federal Reporter

1    A.   Neighbors, people walking outside, his mom sleeping

2    upstairs, I guess.

3    Q.   Throughout all these injuries that you suffered, did the

4    Defendant ever take you to seek medical treatment?

5    A.   Never.

6    Q.   Why not?

7    A.   He doesn't believe in that.  He knew he would get in

8    trouble.

9    Q.   Say that one more time.

10   A.   He doesn't believe in that.

11   Q.   What did you say after that?

12   A.   He would get into trouble.

13   Q.   Explain what that means.

14   A.   They would question what happened to her.

15   Q.   What was the Defendant afraid of?  What did he tell you if

16   you went to the hospital?

17   A.   He wouldn't say what he was afraid of, he just wouldn't

18   take me.

19   Q.   Okay.

20        Most of the beatings that you described, where did that

21   occur?

22   A.   Tamarac house.

23   Q.   And were you prostituting during all this time?

24   A.   Yes.

25   Q.   So, what would happen if you had a black eye, could you

```
1   still go out and work?

2   A.  No.

3   Q.  So, what would happen?

4   A.  He would leave me at home a couple days until I looked

5   better.

6   Q.  And then what?

7   A.  Then I would get back to work.

8   Q.  Did Ms. RXXXXXXXX or Ms. LXX LXXXXX -- were they ever in

9   your presence when you were suffering any of these violent

10  acts?

11  A.  Yes.

12  Q.  Do you know why -- was there a reason why they were present

13  when the Defendant was beating you?

14  A.  So they would see if they are not --

15          MR. PEACOCK:  Objection, lack of foundation of her

16  acknowledge.

17          MR. SCHILLER:  I'll build a little more foundation

18  with the question.

19          THE COURT:  All right.

20  BY MR. SCHILLER:

21  Q.  Did the Defendant explain to you why the other girls would

22  be present or did he say why they would be present?

23  A.  Yes.

24  Q.  What did he say?

25  A.  So they would learn.
```

1    Q.   Learn what?

2    A.   Not to do what I did.

3    Q.   Were you present when the other girls were being beaten?

4    A.   Yes.

5    Q.   As time went on into 2015, 16, 17, did the beatings become

6    less for you?

7    A.   Yes.

8    Q.   Did you see the other girls still being beaten?

9    A.   Yes.

10   Q.   How did that affect you?

11   A.   Made me feel bad.

12   Q.   Were you scared of Alston for that?

13   A.   Very scared.

14   Q.   Why?

15   A.   Because he would beat me and show me what he would do to

16   the girls and to me.

17   Q.   Okay.  Did you ever witness the Defendant be violent with

18   DXXXXXX RXXXXXXXX?

19   A.   Yes.

20   Q.   Do you remember a particular incident with the car?

21   A.   Yes.

22   Q.   Could you please tell the jury about that?  And be as

23   detailed as you can.

24   A.   He tied her up with rope, put her in the trunk of the car,

25   and we were driving for a long time and he said he was going to

Pauline A. Stipes, Official Federal Reporter

```
 1    get rid of her.  I was in the car freaking out, crying and

 2    screaming, and I kept telling him to stop.  At first she was

 3    screaming and then she got silent.

 4    Q.  Did you have any contact with Ms. RXXXXXXXX when she was in

 5    the trunk?

 6    A.  No.

 7    Q.  What about the back seat, some cars have a compartment

 8    where you can get in the trunk?

 9    A.  Yes.

10    Q.  Was that up or down?

11    A.  It was down.

12    Q.  Why?

13    A.  So she could breathe.

14    Q.  Did you see the interaction between the Defendant and

15    Ms. RXXXXXXXX before this happened with the car?

16    A.  Yes.

17    Q.  What did he say to her in advance of this that led to the

18    violence?

19    A.  He was just saying that she was going to get it, this is

20    what you get for being bad.

21    Q.  For being bad?

22    A.  Yes.

23    Q.  How long was he driving in the car with Ms. RXXXXXXXX in

24    the trunk?

25    A.  Like an hour.
```

276

```
1    Q.  What were you saying to Mr. Williams during the ride?
2    A.  To stop.
3    Q.  You mentioned he used pliers on you?
4    A.  Yes.
5    Q.  Did he ever do that to Ms. RXXXXXXXX?
6    A.  Yes, on her hand.
7    Q.  On her hand?
8    A.  Yes.
9    Q.  Did you witness him being violent to Ms. LXXXXX?
10   A.  Yes, with pliers as well.
11   Q.  In all of this, all of these violent acts, did you ever
12   think about calling the police?
13   A.  Yes.
14   Q.  Why didn't you call the police?
15   A.  Because I was terrified.
16   Q.  Of what?
17   A.  Alston.
18   Q.  What were you scared he would do?
19   A.  He would kill me and my family.
20   Q.  Did the Defendant know where your mom lived?
21   A.  Yes.
22   Q.  How do you know?
23   A.  I don't know.  He just did.
24   Q.  Did he ever pick you up from your house when you first met
25   him?
```

```
 1   A.  He did.

 2   Q.  Was he ever violent to you by pulling your hair?

 3   A.  Yes.

 4   Q.  Was there a particular incident about that?

 5   A.  Yes.  He would drag me down the stairs because he said I

 6   didn't hear him.  He called for me, and I didn't know, he got

 7   angry and dragged me down the stairs.

 8   Q.  Did you suffer injuries from that?

 9   A.  Yes.

10   Q.  After he dragged you down the stairs, what did he do then?

11   A.  Nothing.  He just walked off.

12   Q.  He just --

13   A.  Walked off.

14   Q.  In 2015, did you, the Defendant, and GXXXXXX RXXXX LXXXX

15   move into a new house?

16   A.  Yes.

17   Q.  Where was that?

18   A.  Lake Worth.

19   Q.  Lake Worth?

20   A.  Yes.

21   Q.  Do you know who purchased that house?

22   A.  Dorothy Williams.

23   Q.  Dorothy Williams.  Can you describe this house to us?

24   A.  It is a big house with a lot of land.

25   Q.  Do you know where Dorothy Williams got the money for the
```

1    house?

2    *A.*   Yes.

3    *Q.*   Where?

4    *A.*   From Alston.

5    *Q.*   How did she get the money from Alston?

6    *A.*   By us, mainly.

7    *Q.*   Explain in more words.

8    *A.*   From the escorting.

9    *Q.*   From the escorting you were doing?

10   *A.*   Yes.

11   *Q.*   What would happen with that money?

12   *A.*   Alston would use it where he wanted to use it.

13   *Q.*   Was part of that money used to purchase the house?

14   *A.*   Yes.

15   *Q.*   Did the violence become more or less when you got to the

16   Lake Worth house?

17   *A.*   Less.

18   *Q.*   Why?

19   *A.*   Because I was making money.

20   *Q.*   Did you fear him even though it got less?

21   *A.*   Yes.

22   *Q.*   Ms. CXX, you are voluntarily testifying in court today; is

23   that right?

24   *A.*   Yes.

25   *Q.*   Sitting here today, are you in fear of the Defendant,

Pauline A. Stipes, Official Federal Reporter

```
 1    Alston Williams?

 2    A.   Of course.

 3    Q.   What do you mean by of course?

 4    A.   I am terrified.

 5    Q.   Why?

 6    A.   Because he is evil.

 7    Q.   How quickly would Mr. Williams come to anger?

 8    A.   In less than a second.

 9    Q.   What would it be like?  Could you explain it to us?  What

10    would you see?

11    A.   A demon.

12    Q.   What do you mean by that?

13    A.   He would go crazy.

14    Q.   What would his eyes do?

15    A.   All black.

16    Q.   They would get all black?

17    A.   Yes.

18    Q.   Besides the beating, did he threaten you and the other

19    girls?

20    A.   Yes.

21    Q.   Did he threaten your families?

22    A.   Yes.

23    Q.   You mentioned he threatened to kill you?

24    A.   Yes.

25    Q.   Did he ever threaten you with a taser?
```

```
 1   A.  Yes.

 2           MR. SCHILLER:  I would like to publish 9as.

 3           THE COURT:  Any objection?

 4           MR. PEACOCK:  No, ma'am.

 5           THE COURT:  You may publish.

 6   BY MR. SCHILLER:

 7   Q.  Are you familiar with the office in the Lake Worth house?

 8   A.  Yes.

 9   Q.  What was that room?

10   A.  Where he kept his money and weapons, and TVs for the

11   cameras around the house.

12   Q.  Say that last thing again.

13   A.  The cameras around the house.

14   Q.  The surveillance cameras?

15   A.  Yes.

16   Q.  Do you see this item on the shelf?

17   A.  Yes.

18   Q.  What is this item on the shelf?

19   A.  A taser.

20   Q.  In the Lake Worth house -- let me show you this.

21           MR. SCHILLER:  Your Honor, permission to publish 12,

22   already in evidence.

23           THE COURT:  Any objection?

24           MR. PEACOCK:  It is already in evidence.

25           THE COURT:  Okay, you may publish.
```

```
1    BY MR. SCHILLER:

2    Q.  These handcuffs were found in the Defendant's vanity in the

3    Lake Worth house.

4        Do you remember seeing these handcuffs?

5    A.  Yes.

6    Q.  Explain to the jury.

7    A.  He used them on me.

8    Q.  How?

9    A.  He would handcuff me in the back.

10   Q.  And what would happen?

11   A.  He would beat me.

12   Q.  Where would he handcuff you, Lake Worth or Tamarac?

13   A.  Tamarac.

14   Q.  Showing you Government Exhibit 77, do these look like the

15   handcuffs that were used on you?

16   A.  Yes.

17        MR. SCHILLER:  Your Honor, if I may publish them for

18   the jury?

19        THE COURT:  Okay.

20   BY MR. SCHILLER:

21   Q.  Why would the Defendant handcuff you on occasion at the

22   Tamarac house?  Why would he do that?

23   A.  So I wouldn't move.

24   Q.  What had you done in advance of that to upset the Defendant

25   that he would handcuff you?
```

```
 1    A.   He said I would do hoe shit.
 2    Q.   Hoe shit, is that what he was talking about before, looking
 3    at other men?
 4    A.   Yes.
 5    Q.   Were you looking at other men?
 6    A.   No.
 7    Q.   Why did he accuse you of that?
 8    A.   Because he thought I did it.
 9    Q.   I would like to talk to you about some of the money you
10    made.  Okay?
11         How much of the money that you gave the Defendant after
12    each prostitution appointment would he give to you?
13    A.   Zero.
14    Q.   Zero.  Was that your only source of income while living
15    with Mr. Williams?
16    A.   Yes.
17    Q.   Did you have any other jobs?
18    A.   No.
19    Q.   So, if he is not giving you any money, if you are giving
20    him all the money and he is giving you none, and you don't have
21    any other job, how do you have any money to eat, to do
22    anything?
23    A.   He would feed us.
24    Q.   And how would he feed you?
25    A.   He would buy us things off the street.
```

1    Q.  Like what?

2    A.  Wendy's.

3    Q.  How would the Defendants eat?

4    A.  Perfect, organic, best foods, best drinks, everything.

5    Q.  Not for you?

6    A.  No.

7    Q.  What about for DXXXX?

8    A.  No.

9    Q.  DXXXXXX?

10   A.  No.

11   Q.  GXXXXXX?

12   A.  No.

13   Q.  What about for CXXXX?

14   A.  No.

15   Q.  Did Alston tell you why you had to give him all the money?

16   A.  Because he said we are not good with money and he is smart

17   and he knows what he is doing.

18   Q.  Would he use the money -- would he actually use the money

19   you gave him?

20   A.  Yes.

21   Q.  What would he do with the money?

22   A.  To pay bills, buy things he wanted.

23   Q.  Like what?

24   A.  Electronics.

25   Q.  Cars?

1    A.   Yes.

2    Q.   Did you take a little bit of the money from the

3    prostitution dates?

4    A.   Never.

5    Q.   $5 to get yourself a hamburger?

6    A.   Never.

7    Q.   Why not?

8    A.   He would kill me.

9    Q.   How do you know that?

10   A.   Because that is what he said, he would beat me.

11   Q.   You believed him?

12   A.   Yes.

13   Q.   If you stole from him, you took that money for yourself,

14   what would that be like?

15   A.   Like dying.

16   Q.   What do you mean, like dying?

17   A.   He would probably beat me until I died.

18   Q.   So, you never stole any money you made from Alston

19   Williams?

20   A.   No.

21   Q.   Where did he keep the money that you gave him when you all

22   were in the Tamarac house?

23   A.   In the safe.

24   Q.   Where was the safe?

25   A.   In his room.

285

```
 1   Q.  I am showing you Government Exhibit 5aj.

 2       Who is in this photograph?

 3   A.  Defendant.

 4   Q.  Who took this photo?

 5   A.  Alston.

 6   Q.  How do you know that?

 7   A.  Because he always took pictures of the girls.

 8   Q.  Did he take pictures of the other girls naked?

 9           MR. PEACOCK:  Objection to that basis, he has not

10   established the foundation.

11           THE COURT:  First of all, it is in evidence --

12           MR. PEACOCK:  Not for relevancy, your Honor.

13           THE COURT:  Counsel hasn't attempted to do anything

14   yet, he is just asking questions.

15           MR. PEACOCK:  Very well.

16           THE COURT:  Is there an objection to that particular

17   question?

18           MR. PEACOCK:  There is an objection to that particular

19   exhibit unless there is a foundation to the relevancy.

20           MR. SCHILLER:  I am getting there.

21           THE COURT:  All right.  The question is not being

22   objected to.

23   BY MR. SCHILLER:

24   Q.  Could you look at the top portion of that photograph?

25   A.  Yes.
```

```
 1    Q.  What is that?

 2    A.  The safe.

 3         MR. SCHILLER:  I would like to move this into

 4    evidence, Government Exhibit 5aj.  It is in, I would like to

 5    publish it.

 6         THE COURT:  Any objection to 5aj from the Defense?

 7         MR. PEACOCK:  No, ma'am.

 8         THE COURT:  Okay.  So it may be published, it is

 9    already in evidence.

10         Although Defense preserved any relevancy objection,

11    none had been made.

12    BY MR. SCHILLER:

13    Q.  This is the photo you were talking about?

14    A.  Yes.

15    Q.  That is DXXXXXX lying on the bed?

16    A.  Yes.

17    Q.  Whose bed is that?

18    A.  Alston's.

19    Q.  Whose room is that?

20    A.  Alston's.

21    Q.  What is this object in the corner?

22    A.  The safe.

23    Q.  Did you know the code?

24    A.  No.

25    Q.  Did anyone else?
```

1  *A.* No.

2  *Q.* What was he keeping in the safe?

3       *MR. PEACOCK:* Objection, that is speculation.

4       *THE COURT:* Whether anyone else had the code?

5       *MR. PEACOCK:* Yes.

6       *THE COURT:* Can you lay a foundation for that

7  question?

8  *BY MR. SCHILLER:*

9  *Q.* Did you ever hear Alston give anyone else the code for the

10 safe?

11 *A.* No.

12      *MR. PEACOCK:* That is not sufficient to make the

13 assumption no one knew the code but Mr. Williams.

14      *THE COURT:* We will leave the question as to whether

15 the witness has ever heard the Defendant give the code to

16 anyone, and the prior question I will have stricken, the

17 question and answer at this time, until there is any further

18 foundation.

19      *MR. SCHILLER:* That is fine, Judge. We can remove

20 publication. Thank you.

21      I want to show you -- Judge, if we could publish --

22 these are already in evidence, this is the crime scene photos

23 from the search warrant, 9df. If I could publish that, please.

24 *BY MR. SCHILLER:*

25 *Q.* Is that the same safe?

```
 1    A.   Yes.

 2    Q.   Where is this one now?

 3    A.   Lake Worth.

 4    Q.   How did the safe get from the Tamarac house to the Lake

 5    Worth house?

 6    A.   He brought it.

 7    Q.   Who is "he"?

 8    A.   Alston.

 9    Q.   Now, at the Tamarac house, where was it?

10    A.   In Alston's room upstairs.

11    Q.   His bedroom?

12    A.   Yes.

13    Q.   In the Lake Worth house, where was it?

14    A.   In the office.

15              MR. SCHILLER:   Thank you.   Remove publication.

16    BY MR. SCHILLER:

17    Q.   Was Alston -- did Alston -- did the Defendant ever display

18    that he was proud of all the money he was making off you girls?

19    A.   Yes.

20    Q.   How would he do that?

21    A.   He would you just say, cheer, we are saving money, or keep

22    grinding.

23    Q.   He would say those things?

24    A.   Yes.

25    Q.   I would like to show you Government Exhibit 36j, page nine.
```

```
 1        Do you recognize this photograph?
 2   A.   Yes.
 3   Q.   What is it of?
 4   A.   Money on Alston's lap.
 5   Q.   Would you know where the money come from?
 6   A.   Yes.
 7   Q.   Where?
 8   A.   From me.
 9   Q.   From you?
10   A.   Yes.
11           MR. SCHILLER:  Permission to publish 36j, page nine.
12           MR. PEACOCK:  No objection.
13           THE COURT:  You may publish.
14   BY MR. SCHILLER:
15   Q.   How do you know the person in the photograph is Alston
16   Williams?
17   A.   His pants.
18   Q.   You said that is the money he made from prostitution?
19   A.   Yes.
20   Q.   Who is this little guy on the right?
21   A.   My bird.
22   Q.   What is his name?
23   A.   Pip.
24   Q.   Where did you get the bird?
25   A.   He bought him with the money I made.
```

```
1    Q.  In which house did you have that bird?

2    A.  Tamarac house and the Lake Worth house.

3    Q.  Okay.  We can end publication.

4        Ms. CXX, did you leave the Defendant's residence, go away,

5    not just to go on dates or travel out-of-town, but did you

6    leave a couple of times?

7    A.  Yes.

8    Q.  How many times?

9    A.  Maybe three times.

10   Q.  Where did you go?

11   A.  My family's house.

12   Q.  Locally?

13   A.  Yes.

14   Q.  Did you come back?

15   A.  Yes.

16   Q.  Why did you come back if you left?

17   A.  Because I was scared.

18   Q.  Scared of what?

19   A.  He would come get me and he would say he would kill

20   everyone I know.

21   Q.  So, you would go back to Alston's house or would you get

22   back some other way?

23   A.  He would pick me up.

24   Q.  How did that work?  I guess the question is, if you are at

25   your mom's house and Alston Williams is coming to get you, you
```

```
 1   would not say, mom, mom, protect me, don't let him take me?
 2   A.   No.
 3   Q.   What would you do?
 4   A.   He would wait outside.
 5   Q.   And how did you know?
 6   A.   He would text me.
 7   Q.   And what would he communicate to you?
 8   A.   Come outside.
 9   Q.   And you did?
10   A.   Yes.
11   Q.   Over the years, did you have sex with Alston Williams?
12   A.   Yes.  At first I did.
13   Q.   Why?
14   A.   Because I thought I was in love.
15   Q.   When did that change?
16   A.   When I started to know the type of person he is.
17   Q.   In what way?
18   A.   Abuse, mind control.
19   Q.   While he was having sex with you, was he having sex with
20   the other girls?
21   A.   Yes.
22   Q.   How often would you say you were having sex with the
23   Defendant while living at the Tamarac house?
24   A.   A lot.
25   Q.   What does that mean?
```

1   *A.*   Every few days.

2   *Q.*   What about at the Lake Worth house during the last two

3   years before the Defendant was arrested, same kind of thing?

4   *A.*   No.

5   *Q.*   Why not?

6   *A.*   Because I wasn't working.

7   *Q.*   Did the Defendant talk to you about why you were having

8   less sex with him?

9   *A.*   Yes.

10  *Q.*   What did he say?

11  *A.*   We have to grind.  We have to get more money and get rich.

12  *Q.*   What does that have to do with you not having as much sex

13  with him?

14  *A.*   He wanted me to work and not be home.

15  *Q.*   Who was he having sex with if he wasn't having it with you?

16  *A.*   The other girl.

17  *Q.*   Who?

18  *A.*   GXXXXXX.

19  *Q.*   Okay.

20          *MR. SCHILLER:*  Judge, can we take another break?

21          *THE COURT:*  Ladies and gentlemen, we will take a

22  15-minute break.  It is ten minutes to 5:00.  We'll return at

23  five minutes or so after 5:00, with the same instruction, you

24  are not to discuss the case, do any research, have any

25  interaction with anyone in the case.

```
1              And our witness, do not discuss your testimony with

2    anyone during the break.

3         (Thereupon, the jury leaves the courtroom.)

4              THE COURT:  How much longer are we expecting on

5    direct?  It is about two hours and 20 minutes.

6              MR. SCHILLER:  I don't anticipate finishing with her

7    today, it will have to go into tomorrow morning.

8              THE COURT:  Okay.  When we leave today we'll discuss

9    the overall schedule.

10             MR. SCHILLER:  I want to let the Court know, the back

11   end of our schedule, we are going to be dropping off a lot of

12   witnesses.

13             THE COURT:  Maybe it is helpful for you to let the

14   Court know that so we don't have the level of concern for the

15   parties completing the time frame in the way they want to

16   complete their case.  We can do it afterwards.

17             Let me let you take your break and we will be back in

18   15.

19        (Thereupon, a short recess was taken.)

20        (Thereupon, trial reconvened after recess.)

21             MS. McCREA:  Your Honor, there is something that I

22   would like to address before the jury comes in.  During various

23   portions of the Government's direct when Mr. Schiller would be

24   referring to Mr. Williams, he would sometimes either drift over

25   here to Defense counsel table or actually point at Mr.
```

1    Williams.

2            We have asked the Government if they could cease doing

3    that going forward, and we can't reach agreement.  This is my

4    concern:  The Defendant's demeanor in the courtroom does not

5    become relevant unless he is a witness at the trial.

6    Otherwise, the Government constantly trying to focus over here

7    on Mr. Williams is trying to have the jury make an improper

8    basis for their verdict, and distracting from the witnesses on

9    the stand where the jury should be focused.

10           There are certain circumstances in a trial where the

11   Government might be able to use the Defendant as an exhibit or

12   have him display himself to the jury, but that certainly

13   wouldn't entail the Government, every time they bring up the

14   Defendant's name, shifting the focus over to Defense counsel.

15           THE COURT:  What is the specific request you are

16   making?

17           MS. McCREA:  If the Court could instruct the

18   Government that they should not be constantly pointing over

19   here to Mr. Williams or drifting over toward Defense table

20   every time the witness mentions Mr. Williams.

21           THE COURT:  Response from the Government.

22           MR. SCHILLER:  I don't know how to respond.  This is a

23   courtroom, and with the Court's permission, if I move left or

24   right or point to the Defendant when I am mentioning him, we do

25   that in closing, the jury is observing him and watching him,

Pauline A. Stipes, Official Federal Reporter

1    not that I am standing behind him and putting arrows in his

2    head.  The Defense request is unreasonable, how I should move

3    around the courtroom and pretend like he is not even here.

4          THE COURT:  What I will say to both counsel -- and I

5    have not noticed it, that counsel is doing this.

6          Generally speaking, we like counsel to be at the

7    podium so we can have you speak into the microphone and we can

8    hear you and how important it is to get a good record.

9          I would say movements should be at the podium, except

10    when you are approaching the witness for purposes of showing

11    the witness an exhibit.

12          I haven't noticed anything to the contrary.  I will

13    emphasize that is a procedure that the Court likes all counsel

14    to follow so we can ensure that everybody hears what you are

15    saying and keeps order in the courtroom.

16          MR. SCHILLER:  Has the Court had any problem

17    hearing --

18          THE COURT:  I haven't noticed anything to the

19    contrary, so now that something has been brought up, it is not

20    to suggest that someone is doing something or not doing

21    something, but I will use it as an occasion to state how the

22    Court likes counsel to proceed in trials.

23          Sometimes there are questions about whether counsel

24    can be moving around and that hasn't been asked of the Court,

25    but my preference is to have counsel at the podium speaking

1    into the microphone and approaching when asked to go to the

2    witness.

3         MR. PEACOCK:  Your Honor, I did want to address, I

4    have had to make these continuing objections to leading.  I do

5    think it is affecting the fairness of the proceeding at this

6    point.

7         THE COURT:  So, you have made a lot of objections on

8    leading.

9         Just because a question -- Mr. Schiller, you said it

10   is a yes or no.  My understanding is leading questions are

11   exactly the answer is yes or no.  I know you know the

12   difference.  Sometimes you do tend to ask questions that

13   suggest the answer in the question as opposed to it being open

14   ended, rather than, was he always doing this, as opposed to

15   what did he always do.

16        Try to think about that so it would cut down on the

17   objections, and I have sustained most of them.  That would be

18   helpful.

19        MR. SCHILLER:  Yes, ma'am.

20        THE COURT:  Okay.  All right.

21        MR. SCHILLER:  Judge, we are going to be doing a lot

22   of text messages now, these are things that came out of the

23   phones.  I want you to be aware of where we are going.

24        THE COURT:  These are things based on the evidence?

25        MR. SCHILLER:  Yes.

```
1              THE COURT:  I always turn to the Defense to see if you
2    have an objection.  Even though it is admitted, you were able
3    to preserve relevancy.  If you are not objecting to
4    publication, am I correct, there is no objection to relevancy?
5              MR. PEACOCK:  Yes.  I don't think there will be much.
6              THE COURT:  Do you want me to ask?
7              MR. PEACOCK:  I will volunteer, your Honor.
8              THE COURT:  Okay.
9              (Thereupon, the jury returned to the courtroom).
10             THE COURT:  Welcome back.  You may be seated and
11   counsel may proceed.
12             MR. SCHILLER:  Thank you.
13   BY MR. SCHILLER:
14   Q.  Welcome back, Ms. CXX.  Get close to the microphone, okay.
15        Do you know whether or not there were many phones inside
16   Alston Williams' Lake Worth house?
17   A.  Yes.
18   Q.  Were there many or not many?
19   A.  There was a lot.
20   Q.  I would like to ask you questions about some of those
21   phones.
22   A.  Okay.
23   Q.  You mentioned earlier that sometimes you didn't always
24   communicate to the Defendant, but you also communicated to
25   DXXXX or DXXXXXX?
```

1    A.  Yes.

2    Q.  I would like to ask you about text messages found in 18a,

3    the Samsung HPSD 1700.

4        Showing you what is on the screen as Government Exhibit

5    18d.  Have you seen these text messages before?

6    A.  Yes.

7    Q.  Do you recognize these messages?

8    A.  Yes.

9    Q.  Are they of you and DXXXX LXXXXX?

10   A.  Yes.

11           MR. SCHILLER:  Permission to publish 18d.

12           THE COURT:  You may publish.

13   BY MR. SCHILLER:

14   Q.  Let's talk through a few of these messages.  Who is Chunky?

15   A.  Me.

16   Q.  Why is that a name for you?

17   A.  Because he said I was overweight.

18   Q.  Who did?

19   A.  Alston.

20   Q.  954-873-1776, whose number was that?

21   A.  Mine.

22   Q.  In these messages, do you see where it says from?

23   A.  Yes.

24   Q.  Are these messages you are sending to the phone?

25   A.  Yes.

```
 1   Q.  I want to look at the first bunch of messages that are
 2   here.  I want to ask you a question after I read the first few.
 3       It says in the first message from you, April 7, 2012 at
 4   7:46 p.m., "Vcu nw."  And the response from DXXXX is "K", and
 5   you say, "Vi".  She says, "K".  You say, "VI eg".  She says
 6   what looks like a smily face.  And you say, "V gave me 180
 7   wings," and she says, "K".
 8       Do you have any idea what all that means?
 9   A.  Yes, they are codes.
10   Q.  They are codes?
11   A.  Uh-hum.
12   Q.  Let's take it line-by-line.
13       When we see you writing Vcu nw, what does that mean?
14   A.  V coming up now, the client is coming upstairs.
15   Q.  What does V mean?
16   A.  Client.
17   Q.  C?
18   A.  Coming.
19   Q.  U?
20   A.  Up.
21   Q.  And nw?
22   A.  Now.
23   Q.  Why not just write the client is coming up now?
24   A.  You don't want to get caught and just code.
25   Q.  Are you referring to the Defendant?
```

1   *A.*  Yes.

2   *Q.*  Who created these codes?

3   *A.*  Alston.

4   *Q.*  DXXXX responded, K, and you said VI?  What is VI?

5   *A.*  Client in.

6   *Q.*  What does that mean?

7   *A.*  Client inside.

8   *Q.*  Where?

9   *A.*  The room.

10  *Q.*  DXXXX responded, K, and you wrote -- you know, we are in

11  like the same couple of minutes -- Vi eg.  What does that mean?

12  *A.*  Client's in, everything good.

13  *Q.*  Why did you have to write everything good?

14  *A.*  Because I have to.

15  *Q.*  Whose rule was that?

16  *A.*  Alston.

17  *Q.*  That is at 7:50, right?

18  *A.*  Yes.

19  *Q.*  Okay.  And then at 7:51, what do you write?

20  *A.*  Client gave me 180 wings, which is money.

21  *Q.*  So, wings equals dollars?

22  *A.*  Yes.

23  *Q.*  And she wrote K.

24      How normal an exchange is this between you and DXXXX or you

25  and DXXXXXX or you and the Defendant when it came to clients?

Pauline A. Stipes, Official Federal Reporter

```
 1   A.   I had to do it all the time.

 2   Q.   Is this pretty regular?

 3   A.   Yes.

 4   Q.   Okay.  I would like to take you to page three of this

 5   exhibit.

 6        You write, "Munchy we both got V's waiting," and the

 7   response, "Ok."  Who is Munchy?

 8   A.   DXXXX.

 9   Q.   Was that a nickname for her?

10   A.   Yes.

11   Q.   And at the bottom of the page she wrote, "Is anyone bz?"

12   What is bz?

13   A.   Busy.

14   Q.   And you responded, "I'm not.  Let me check on p hold on."

15   Who is P?

16   A.   DXXXXXX.

17   Q.   Why P?

18   A.   Stands for Pinky.

19   Q.   She responded, "Aren't u in the same rm."  You wrote back,

20   "Yes, but Im in shwr," and you said "she done sw."  DXXXX

21   wrote, "Is she bz," and you wrote, "She was but she's done nw,"

22   and DXXXX said "Ok."

23        So, you guys -- are you and DXXXXXX in the same room?

24   A.   Yes.

25   Q.   Now, if you are seeing clients, how are you both in the
```

1    same room?

2    A.  One stays in the bathroom while the other one is in the

3    bed.

4    Q.  With the client?

5    A.  Yes.

6    Q.  When the client leaves, the person comes out of the

7    bathroom?

8    A.  Yes.

9    Q.  DXXXX goes on to ask you, "Scheduled?"  And you say, "Yes,"

10   and Donna says, "Don't wet the phone and hurry out the shower".

11   You say, "Ok I'm out Munchy.  Munchy I need pads, please."

12       What are you referring to?

13   A.  Period pads.

14   Q.  Why do you have to ask DXXXX for pads?

15   A.  Because I wasn't allowed.

16   Q.  By who?

17   A.  Alston.

18   Q.  To leave the hotel room?

19   A.  Yes.

20   Q.  I want to show you page eight.

21       So, is this another series of codes about a client?

22   A.  Yes.

23   Q.  Bottom of page eight?

24   A.  Yes.

25   Q.  Specifically for the record, lines 229 to 232?

1  A.  Yes.

2  Q.  Beginning at line 241, April 22, 2012, at 5:02 a.m.  Now,

3  just for the record, we know that is four hours earlier.  As we

4  heard from a witness the other day, this is roughly 1:00 in the

5  morning.  You wrote, "My vi."

6      What does that mean?

7  A.  My client is in.

8  Q.  And DXXXX responds "K".  And you write, "Vo eg and got

9  sched."

10     What does that mean?

11 A.  Client is out, everything is good, and there is more people

12 on the way.

13 Q.  DXXXX responds, "K", and you wrote about 25 minutes later,

14 "Total:  526 situps, smily face, & I love uuuu munchersssss

15 goodnight!!  Don't worry Ima blaze."  And she writes, "Ok,

16 lol."

17     What does that mean?

18 A.  I made $526 and I am saying I love her, goodnight, and

19 don't worry, I will keep making more money.

20 Q.  Why wouldn't you just say 526 with a dollar sign?

21 A.  I wasn't allowed.

22 Q.  By who?

23 A.  Alston.

24 Q.  Going to the bottom of page nine, are we looking at another

25 appointment here?

 1   *A.*  Yes.

 2   *Q.*  And then you wrote to DXXXX -- is V a client?

 3   *A.*  Yes.

 4   *Q.*  Can we assume that every time we see C or Vi that is a

 5   client?

 6   *A.*  Yes.

 7   *Q.*  Client "wanted something else thats not safe, but got oth."

 8   *A.*  Other.

 9   *Q.*  It's supposed to be other.  And she says, "Ok Chunky."  You

10   say, "Vcu nw."  What is that?

11   *A.*  Client coming up.

12   *Q.*  "So far total situps:  200."  What does that mean?

13   *A.*  So far I made $200.

14   *Q.*  Looking at page 12 -- looking at page 12, line 295,

15   April 22, 8:33 p.m., minus four hours, is this another

16   prostitution appointment?

17   *A.*  Yes.

18   *Q.*  At approximately 8:59 you say, "Got other v two min away."

19   What is that a reference to?

20   *A.*  I have another client two minutes away.

21   *Q.*  On top of the one you were just dealing with?

22   *A.*  Yes.

23   *Q.*  At 9:09, you say, client "said is 6 mins away and its a

24   reg."

25        Why did you have to provide that information?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   I have to provide every type of information.

 2    Q.   What does that mean, client is six minutes away and it is a

 3    regular?

 4    A.   Someone I saw before.

 5    Q.   In the next line DXXXX writes, "Pay attention to everything

 6    p does but don't let" -- it appears to be cut off.  Who is P?

 7    A.   DXXXX.

 8    Q.   Next line:  "Vo eg for P."

 9    A.   Everything good, client left for DXXXXXX.

10    Q.   Are you advising for DXXXXXX as well to DXXXX?

11    A.   Yes.

12    Q.   And what does DXXXX do with all of this information?

13    A.   Sending it to Alston.

14             MR. PEACOCK:  Objection, no evidence for that

15    statement.

16    BY MR. SCHILLER:

17    Q.   How did you know DXXXX was sending this information to

18    Alston Williams?

19    A.   Because he asked for all of that.

20    Q.   Were you present for that conversation?

21    A.   Yes.

22    Q.   I want to show you page 20, May 5, 2012, with the time

23    change, 4:26 a.m., you say, "Let me know when to tell p to rep

24    munch."  What does that mean?

25    A.   Let me know when to put another ad on Backpage.
```

```
 1    Q.  And you say, "Vi for p," client for DXXXXXX.  And then you
 2    say, Can I buy some fruit piz.  Thank you.  Yummy this fruit is
 3    goof."  What does that mean?
 4    A.  Can I by some fruit.
 5    Q.  Like actual fruit.  You had to ask for permission to get
 6    food?
 7    A.  Yes.
 8    Q.  On page 23 of that exhibit, line 616, May 6, 2012, it says
 9    at 6:15, but it is 2:15 a.m, you wrote to DXXXX, "She sleeping
10    again smh."  Shaking my head?
11    A.  Yes.
12    Q.  And DXXXX wrote back, "Keep on wakin her up," and you say,
13    "She dont listen."  Who are you talking about there?
14    A.  DXXXXXX.
15    Q.  Did you have frustration with DXXXXXX when you were
16    working?
17    A.  Yes.
18    Q.  What do you mean?
19    A.  She would push her clients on back of me.
20    Q.  You have to explain what that means.
21    A.  She would be sleeping and have a client at the door and
22    Alston would tell DXXXX to tell me to deal with the clients.
23    Q.  In place of DXXXXXX?
24    A.  Yes.
25    Q.  Was that frustrating to you?
```

```
 1    A.   Yes.
 2    Q.   Were you ever doing that to DXXXXXX?
 3    A.   No.
 4    Q.   Page 34, May 13th, at the top you said, "Other vi.  Vi og."
 5    And then 20 minutes later, "Vi."  Right?
 6    A.   Yes.
 7    Q.   That is a client?
 8    A.   Yes.
 9    Q.   Three hours later you said, "Vi eg he a reg."  What is that
10    again?
11    A.   Someone I saw before.
12    Q.   A client?
13    A.   Yes.
14    Q.   And 15 minutes later, "V bout to go?"
15    A.   The client is about to go.
16    Q.   The client is there at 5:44, and the client is gone at
17    6:01?
18    A.   Yes.
19    Q.   15 minutes.  DXXXX writes, "K when v goes hurry n wash up n
20    come to publix."  What does that mean, wash up?
21    A.   Take a quick shower.
22    Q.   Why was DXXXX telling you to take a quick shower?
23    A.   To shower and go to Publix.
24    Q.   Why do you have to shower?
25    A.   Because I had sex with the client.
```

1   Q.  Did Alston talk to you about showering?

2   A.  Yes.

3   Q.  What did he tell you?

4   A.  Get up, shower, meet me down the road.

5   Q.  Did he tell you why he was telling you that?

6   A.  Yes.

7   Q.  Why?

8   A.  He doesn't want me being around when I am dirty.

9   Q.  He doesn't want you to be around him if you are dirty?

10  A.  Yes.

11  Q.  Finally, in this exhibit, page 37 into page 38, beginning

12  on May 16, at 2:43 a.m., minus four hours from that, you

13  write -- or DXXXX writes, "U know how to change pics?"  You

14  say, "Yes, mam I toke some new one, cheekers said I ca."

15      What is that supposed to be?  Is that supposed to be C-A-N

16  at the end?

17  A.  Yes.

18  Q.  Who is Cheekers?

19  A.  Alston.

20  Q.  Is that another nickname?

21  A.  Yes.

22  Q.  Where did that nickname come from, do you know?

23  A.  From him.

24  Q.  Do you know why Cheekers?

25  A.  Because of his cheeks.

1  Q.  What about them?

2  A.  They are big.

3  Q.  And DXXXX responds, "Ok," and you say, Vo eg for p."  That

4  is a client for DXXXXXX?

5  A.  Yes.

6  Q.  She says, "K, yeah nice," and you ask, "Did u get them?"

7  And she says, "Yes."  You say, "Are they okay to put up?  I

8  like when u give me your", cut off.  She says, "yes, 2nd n 3rd

9  is good to use."

10     Did you text photos to DXXXX to see if they were okay?

11  A.  Yes.

12  Q.  I want to show you -- if we could remove publication

13  momentarily, please.

14     I want to show you Government Exhibit 18e.

15     Are these the pictures you would have sent to DXXXX at that

16  time?

17  A.  Yes.

18         MR. SCHILLER:  Permission to publish.

19         THE COURT:  Any objection?

20         MR. PEACOCK:  No, ma'am.

21         THE COURT:  You may publish.

22  BY MR. SCHILLER:

23  Q.  Now, why did you send these pictures to DXXXX?

24  A.  So she can show them to Alston to see if they were good to

25  put up.

1    *Q.*  And she responded that she did?

2    *A.*  Yes.

3    *Q.*  Thank you.  Let's go back to Government Exhibit 18d.

4        I want to ask you about two other things in here.

5            *MR. PEACOCK:*  Your Honor, I object to the comment "she

6    responded that she did."  I don't think that is accurate.

7    *BY MR. SCHILLER*:

8    *Q.*  I will go back to the transcript.

9        What did DXXXX say to you on line 1048 on May 16, at 2:52

10   a.m., minus four hours?  Could you read that?

11   *A.*  "Yes, 2nd n 3rd is good to use."

12   *Q.*  What did that mean to you?

13   *A.*  To use the second and third photo.

14   *Q.*  The ones we just looked at?

15   *A.*  Yes.

16   *Q.*  Looking at page 44, May 19, 2012, at 8:38 a.m., minus four

17   hours, DXXXX wrote to you, "Make sure u stay focused n take

18   care of stuff correctly ok."  And you say, "Ok gotchu and I

19   feel better ne."  What is that a reference to?

20   *A.*  I think I had my period and she told me to make sure that

21   blood didn't get on the client.

22   *Q.*  Did Alston give you advice on what you should do if you had

23   your period and you were seeing clients?

24   *A.*  Yes, to stick a sponge up my vaginal area, and put a

25   suction cup up.

```
1    Q.  If the blood didn't come out, what could you still do?

2    A.  Have sex with the client.

3    Q.  Thank you.

4        Now, you looked through this group of text messages before

5    today, right?

6    A.  Yes.

7    Q.  There are a lot of the codes in there talking about

8    clients?

9    A.  Yes.

10   Q.  These text messages begin on -- we are looking at page

11   one -- April 7, 2012; is that right?

12   A.  Yes.

13   Q.  They go all the way down to the bottom, May 20, 2012.

14   Would you agree?

15   A.  Yes.

16   Q.  About a month and a half, yes?

17   A.  Yes.

18   Q.  Prior to today, did you have an opportunity to go through

19   and count up the number of appointments that were discussed in

20   these text messages?

21   A.  Yes.

22   Q.  And over the month and a half period, was it over 120 of

23   them?

24   A.  Yes.

25           MR. SCHILLER:  Remove publication, please.
```

```
 1              Judge, if I may approach the witness.
 2          THE COURT:  Yes.
 3          MR. SCHILLER:  Thanks.
 4   BY MR. SCHILLER:
 5   Q.  Ms. CXX, whose phone was this to use?
 6   A.  DXXXX's.
 7   Q.  Government Exhibit 18a was DXXXX's phone?
 8   A.  Yes.
 9   Q.  You recognize this is her phone?
10   A.  Yes.
11          MR. SCHILLER:  Judge, if I may approach the witness
12   again?
13          THE COURT:  Yes.
14   BY MR. SCHILLER:
15   Q.  Showing you Government Exhibit 25a, a Samsung phone.  Whose
16   was this?
17   A.  Mine.
18   Q.  This was your phone?
19   A.  Yes.
20          MR. SCHILLER:  Judge, permission to publish 25b.
21          THE COURT:  Any objection?
22          MR. PEACOCK:  No, ma'am.
23          THE COURT:  You may publish.
24   BY MR. SCHILLER:
25   Q.  Thank you.
```

1       Ms. CXX, we are looking at the contact list out of your

2   phone.  How many contacts were in your phone?

3   *A.*  Thousands.

4   *Q.*  Can you read the number that is here?

5   *A.*  2,928.

6   *Q.*  2,928 contacts.  Did you put all those in?

7   *A.*  Yes.

8   *Q.*  Have you looked through this list before?

9   *A.*  Yes.

10  *Q.*  What are the contacts that are in here mostly of?

11  *A.*  Clients.

12  *Q.*  I want to show you one in particular, contact numbers 1864,

13  1865, and 1866.

14      Who is Corazoncito?

15  *A.*  Alston.

16  *Q.*  Can you read the numbers?

17  *A.*  (561)654-7100.  The (954)940-2373.

18  *Q.*  And the last?

19  *A.*  (954)899-2855.

20  *Q.*  Thank you.

21          *MR. SCHILLER:*  Judge, permission to publish 25c.

22          *THE COURT:*  Any objection?

23          *MR. PEACOCK:*  No, ma'am.

24          *THE COURT:*  You may publish.

25

```
 1   BY MR. SCHILLER

 2   Q.  Are these the text messages?

 3   A.  Yes.

 4   Q.  What are the numbers?

 5   A.  (561)654-7100.

 6   Q.  Do you agree with me that these texts begin in

 7   November 2012 and end in April 2013?

 8   A.  Yes.

 9   Q.  Let's start with the first one.  We are not going to go

10   through all of them, I want to touch on a few.

11       November 10, 2012, 5:42 in the morning.  Did you write to

12   Ma Corazoncito, to the Defendant, "Vi"?

13   A.  Yes.

14   Q.  And "Vi?"

15   A.  Yes.

16   Q.  Why did you write it twice?

17   A.  Because I don't think he got my text.

18   Q.  If you could speak closely into the microphone, that would

19   be great.

20   A.  Okay.

21   Q.  Did he respond with a colon and slash?

22   A.  Yes.

23   Q.  What does that represent to you?

24   A.  He is upset.

25   Q.  You wrote, "U getting my txt?  U ok?  V only has 80 & wants
```

1    30 min."  What does that mean?

2    *A.*  He only has $80 and wants a half hour.

3    *Q.*  He responds, "15.  You gotta pay driver."

4    *A.*  15 minutes.

5    *Q.*  Instead of 30 minutes for the 80?

6    *A.*  Yes.

7    *Q.*  For the $80?

8    *A.*  Yes.

9    *Q.*  You respond, "Ok.  And he says, "Usually its 140," right?

10   That is what he says?

11   *A.*  Yes.

12   *Q.*  Okay.  Then he says, "Hes getting a deal.  Or ride out."

13   What does that mean?

14   *A.*  The client is getting a deal.

15   *Q.*  And you respond, "Ok gotchu.  He saying 20 min. Smh."

16        How does the Defendant respond?

17   *A.*  I have until 6:05, that is when the time is up.

18   *Q.*  The time according to the text message is 5:48; is that

19   right?

20   *A.*  Yes.

21   *Q.*  That is about 17 minutes later.

22        What does he say after that?

23   *A.*  "Your not working for free."

24   *Q.*  And you respond, "Okay, so 20?  Exactly."  He said, "Or

25   ride now."  And you say, "So what do I do?"  He says, "Driver

1   has to get paid." And you say, "Ok." He says, "6:05 will be
2   15 min." You say, "Ok. Im leaving. Vo." What does that
3   mean?
4   A.  Client left.
5   Q.  And you sent a smily face, right?
6   A.  Yes.
7   Q.  And you say "Vcu". Which means what?
8   A.  Client coming up.
9   Q.  Two minutes later, client in, two minutes later the client
10  gives you $100, and 14 minutes later, client about to go, and
11  client gone?
12  A.  Yes.
13  Q.  Why do you have to detail every single aspect of what is
14  happening here?
15  A.  Because I have to.
16  Q.  By whose direction?
17  A.  Alston.
18  Q.  At the end of that conversation, you say "Te amoooo mi
19  corazon. Is that Spanish?
20  A.  Yes.
21  Q.  What does that mean?
22  A.  That I love you, my heart.
23  Q.  Beginning at 10:28 the next morning, he wrote to you, "U
24  cannot believe you went to sleep? And missed the Vees."
25       What is the Defendant saying there?

Pauline A. Stipes, Official Federal Reporter

```
 1    A.   He can't believe I went to sleep and missed the client.
 2    Q.   And he said, Really RXXX???  And you said, "I returned my
 3    missed just now.  And my phone is rin."
 4         What does that mean?
 5    A.   I texted back everybody who I had a missed a call from.
 6    Q.   And then, Hurry, client keeps asking where I am.  And what
 7    do you say after that?
 8    A.   Calling him dumb in Spanish.
 9    Q.   What is the word there?
10    A.   Brutoo.
11    Q.   And it means dumb?
12    A.   Dumb.
13    Q.   After that, the Defendant responded, "Your on the road
14    coming, butch," and you responded, "Ok, u Brutoo."
15         So, what would happen if you missed clients and didn't make
16    enough money, what would happen the next time he saw you?
17    A.   He would torture me.
18    Q.   Going to the bottom of page four, the letter V comes before
19    that, are you with a client?
20    A.   Yes.
21    Q.   He says to you beginning at 11:50 a.m., "Stay, stay."  And
22    you say, "Ok," and he says, "Stayyy.  Stay my oit bull," and
23    then he says, "Stay boy."  This is to you?
24    A.   Yes.
25    Q.   And you respond, "Lol, eff u."  What does that mean?
```

```
 1    A.  F off.
 2    Q.  He responds, "Go under the tree.  Dogs need shelter to."
 3   You respond, "Smh.  Woow."
 4        How did you take go under a tree, dogs need shelter?
 5    A.  Hurtful.  He is calling me a dog.
 6    Q.  I see.
 7        At the bottom of page five, are these more codes regarding
 8   a client?
 9    A.  Yes.
10    Q.  Line 113, he says, "Cheeerrr" after you announce you have a
11   client for $100.  Why does he say that?
12    A.  Because he is happy.
13    Q.  Bottom of page six, you write to him, "What about the sugar
14   daddy thing?"  What does that mean?
15    A.  He told me to sign up for a sugar daddy site.
16    Q.  What is sugar daddy?
17    A.  Sugardaddy.com.
18    Q.  What is that?
19    A.  An old person who pays for your company or to sleep with
20   you.
21    Q.  Another form of prostitution?
22    A.  Yes.
23    Q.  In that same group of conversations, 8:06 p.m.,
24   November 10th, after you talk about a client, you said, "V
25   keeps saying 40."  What does that mean?
```

1    A.   The client pays $40.  Vo means the client left.

2    Q.   You said, "Wanted to do 40 & wanted to see me naked first.

3    Smh."  How does the Defendant respond?

4    A.   "Nope".

5    Q.   On page 12, still November 12th, 11:00 in the morning, you

6    write "Lol and I only have 8 bucks left what can I get wi" and

7    you said, shaking my head, question mark, "Corazon."

8         He hasn't responded yet, has he?

9    A.   No.

10   Q.   You say to him, "I got sched, v's were gonna call when they

11   are in area."  What does sched mean?

12   A.   I have people on the way.

13   Q.   And you say, "She should rep me now, its about to be twelve

14   lunch time."  What does that mean?

15   A.   DXXXX put up an ad so my phone could ring and meaning they

16   will call around 12:00, so you will get more calls.

17   Q.   Bottom of page 17, at 8:53 p.m. that same night you write,

18   "Do I go pay the 20 for the room that I owe?  He says, "Yes, go

19   now."  You respond, "Okay, Im putting on clothes.  Ok going nw.

20   Vcu."  What does that mean?

21   A.   Client coming upstairs.

22   Q.   And he responds "CHEEERRRRRR.  Sc."  What does Sc mean?

23   A.   Super careful.

24   Q.   Would the Defendant write those letters to you?

25   A.   Yes.

1    Q.   Why would he write super careful?

2    A.   To be careful with cops.

3    Q.   And you respond, "K.  Vi.  V using restroom.  Vi eg 100.  I

4    texted you vi eg 100.  He says, "No tha fuk you didn't."  You

5    respond, "Yes I did itch."  What does that mean?

6    A.   That is the same thing for the B word.

7    Q.   You say, "Vi eg 100.  Got it.  The vi eg."  What does that

8    mean?

9    A.   Client in, everything good.

10   Q.   Four minutes later, client "about to go."

11        That is like a ten-minute appointment right there?

12   A.   Yes.

13   Q.   When he says to you, "No the fuk you didn't," what is he

14   saying you didn't do?

15   A.   That he didn't get the text message.

16   Q.   Does that upset him?

17   A.   Yes.

18   Q.   Let's go to page 26, at the bottom.  Is this another

19   client?

20   A.   Yes.

21   Q.   And after the codes come through over four minutes, line

22   692, what does he tell you right here?

23   A.   "Pull out your A game."

24   Q.   What does that mean?

25   A.   To keep trying to turn into a machine that doesn't stop.

1    *Q.*  To turn into a machine that doesn't stop, is that what you
2    said?
3    *A.*  Yes.
4    *Q.*  Ms. CXX, the harder you worked and the more money you made,
5    what would happen or not happen to you from the Defendant
6    because of that?
7    *A.*  He would beat me.
8    *Q.*  What if you worked hard and made a lot of money?
9    *A.*  He would be happy.
10   *Q.*  Would he beat you then?
11   *A.*  No.
12   *Q.*  So, is it fair to say, the harder you worked and more money
13   you made, the less violence there was?
14   *A.*  Yes.
15   *Q.*  Was that encouragement for you to keep working?
16   *A.*  Yes.
17   *Q.*  I want to move to page 36, November 20, 2012, just before
18   4:00 in the morning, you say, "My corazon," with a smily face?
19   *A.*  Yes.
20   *Q.*  "Awee corazon i do??  Your words mean alot to me."  You
21   say, if only you knew how much your words affect me."  That is
22   you talking?
23   *A.*  Yes.
24   *Q.*  He says, "Course."  Smily face, smily face.  You say, "I
25   will never hurt u again.  Everytime I think of what I put my

```
 1    corazon thru."  He says, "I forgive you."  You say, "U mean

 2    that corazoncito?"  And he says, "Course.  Your marosa."  You

 3    say, My love, my sweet sweet love."  Smily face.  "You sweep

 4    me.  I will forever & ever take care of u always."  He says, "I

 5    need a truck for that."  You say, "I fell on the floor from

 6    laughing so."  He says, "Lol lololol."  And you say, "Lmao.

 7    You crazy goose.  I love the fact that u make.  Its good to

 8    laugh and smile."  You said that, and he sends a smily face,

 9    and you say, "I can't stop smiling."

10        Now, when he says to you, marosa, and you respond, "if you

11    only knew how much your words affect me, what does marosa mean?

12    A.  My rose.

13    Q.  And why did that mean something to you when the Defendant

14    sent that?

15    A.  I thought he cared.

16    Q.  Later on you expressed how much you love him, right?

17    A.  Yes.

18    Q.  Now, this is November 2012.  You have been with the

19    Defendant just over a year; is that right?

20    A.  Yes.

21    Q.  I want to show you at the bottom page 46, five messages.

22    He says to you, "I love how close we are getting," and you

23    respond, "Aweee, same here, my sweet love, Im loving it.  Your

24    my everything."  And he says, "Down for whatever.  Makes me

25    feel like I finally got a true og!"  And you say, "Hell yeahhhh
```

1  & u do my sexy gangster u do!  I got you all the way son.

2  Lololol."

3      Can you explain what that means to you, that conversation?

4  A.  He is saying he finally has someone who basically will be

5  there no matter what.  And I'm saying that I have, like I am

6  staying there no matter what.

7  Q.  Did you really feel that way?

8  A.  I thought I did at the moment.

9  Q.  You mentioned earlier that if you worked hard and made a

10  lot of money the beatings would be minimal, right?

11  A.  Yes.

12  Q.  Would there be the same result if you talked nice to him?

13  A.  Yes.

14  Q.  Which one?

15  A.  I wouldn't get beat if I was nice.

16  Q.  And showing you page 53, beginning at 1:31 p.m., "You gotta

17  get out that room in couple minutes," he tells you.  You say,

18  "Ok, Im bathing real quick."  And he says, "Eat ass.  Cause we

19  gotta make up for that extra we gotta pay."  And you say, "Ok."

20  He said, "You gotta start things asap."  You say, "You eat ass

21  ill t u wen out of shower punk."  And he says, "Pay 140

22  downstairs, please.  You nasty ass.  Lolol."  And you say, "Ok

23  you dirty slut and I only have 85 member."  And he says, "Ok

24  Ill be on way."  What is that about?

25  A.  I am missing money, so he is going to put the rest in for

```
 1    the room.

 2    Q.  So, you have to pay for the room?

 3    A.  Yes.

 4    Q.  When he says I will be on the way, what does that mean?

 5    A.  He is on the way with the rest of the money.

 6    Q.  On page 54, beginning on line 1490, is this another client

 7    you are relaying to the Defendant?

 8    A.  Yes.

 9    Q.  Do you say, "Vi eg 160hr?"

10    A.  Yes.

11    Q.  Is that $160 for the hour?

12    A.  Yes.

13    Q.  A few minutes later you say, "Its 147 sorry."  He says,

14    Smdh."  What does that mean?

15    A.  Shaking my damn head.

16    Q.  You told him 160 and then corrected it.  Why did you do

17    that?

18    A.  I would get in trouble if I didn't.

19    Q.  Do what?

20    A.  Recount the money and --

21    Q.  If you are $13 short, based on all the numbers you are

22    sending, what happens?

23    A.  We have a sit down and he will beat me.

24    Q.  Would that happen?

25    A.  Yes.
```

1    *Q.*  On page 80, beginning on line 2255, is this another client?

2    *A.*  Yes.

3    *Q.*  Do you see at 12:43:23 a.m., he says "Focus?"

4    *A.*  Yes.

5    *Q.*  Why does he say focus?

6    *A.*  He doesn't want me to get distracted, he wants me to keep

7    making money.

8    *Q.*  If you'd move the microphone closer, we are losing you at

9    the end.

10        You respond, "Ok."  And he says, "Squeeze these vees.  Vvg.

11   That's ma girl."  What does that mean?

12   *A.*  Take more money out of the client, and he says very, very

13   good, that's my girl.

14   *Q.*  Is he happy when you are productive?

15   *A.*  Yes.

16   *Q.*  What does that mean, being productive?

17   *A.*  Making more money.

18   *Q.*  More clients?

19   *A.*  More clients.

20   *Q.*  This is another client, beginning March 2, 2013, just after

21   midnight.

22            *MR. PEACOCK:*  Where are you?

23            *MR. SCHILLER:*  Page 111.

24   *BY MR. SCHILLER:*

25   *Q.*  Do you see that?

Pauline A. Stipes, Official Federal Reporter

1    A.   Yes.

2    Q.   You write, "vi eg 100," and he responds, "Vvggg."  What

3    does that mean?

4    A.   Very, very good, good, good.

5    Q.   You say "ty," and "v in bathroom?"

6    A.   Yes.

7    Q.   What does he say?

8    A.   "Sc", super careful.

9    Q.   And he said, "You never said vcu jerk."  What does that

10   mean?

11   A.   I never said the client is coming upstairs.

12   Q.   Did you leave out a code there?

13   A.   Yes.

14   Q.   He told you about that?

15   A.   Yes.

16   Q.   Over this four-month period, there were over 110

17   prostitution appointments related to the Defendant, right?

18   A.   Yes.

19             MR. SCHILLER:  Judge, permission to publish 25d.

20             THE COURT:  Any objection?

21             MR. PEACOCK:  No, ma'am.

22             THE COURT:  You may publish 25d.

23   BY MR. SCHILLER:

24   Q.   Ms. CXX, who is Inka?

25   A.   DXXXX.

1    *Q.*  Were these text messages you had with her?

2    *A.*  Yes.

3    *Q.*  I want to ask you about two or three of them in this chat.

4    Just like with DXXXX, did you have to relay the messages to

5    DXXXXXX at this time?

6    *A.*  Yes.

7    *Q.*  Go to page four at bottom, she wrote, "P should start

8    ringing now people going to lunch."

9        I thought P was DXXXXXX?

10   *A.*  That is her daughter.

11   *Q.*  And she says, "Did u switch my pics?"  And you said, "Yes."

12   What does that mean?

13   *A.*  Switch pictures around, move them up.

14   *Q.*  On the ads?

15   *A.*  Yes.

16   *Q.*  And then you ask, "Is my eros on?"  And she says, "No, np,"

17   and you say "Kay."

18       So you asked when is it going to be on, and she says,

19   "Idk".  Idk means what?

20   *A.*  I don't know.

21   *Q.*  "Ask yoko."  Who is Yoko?

22   *A.*  Alston.

23   *Q.*  Is that another name for the Defendant?

24   *A.*  Yes.

25   *Q.*  I want to show you in this group another one, page 12 on

Pauline A. Stipes, Official Federal Reporter

```
 1    March 18, 2013, just after midnight.  She says, "Chunky make

 2    sure u get good with manager and ill do the same," and you

 3    responded "Ok, gotchu."

 4        What does that mean, get good with the manager?

 5    A.  So, basically, instead of paying for the room, we will have

 6    sex with him and we won't have to pay for the room.

 7    Q.  Would that happen often?

 8    A.  Yes.

 9    Q.  Remove publication, please.

10        Ms. CXX, did there come a time when the Defendant wanted

11    you to change your appearance?

12    A.  Yes.

13    Q.  How did he want you to do that?

14    A.  Change my hair to blond.

15    Q.  What about your body?

16    A.  Yes.

17    Q.  What did he want you to do?

18    A.  Look like girls on Google, Instagram.

19    Q.  Why did he -- how did he want you to do that?

20    A.  Getting surgery.

21    Q.  Did you have plastic surgery?

22    A.  Yes.

23    Q.  Did you want plastic surgery?

24    A.  No.

25    Q.  Whose direction was it?
```

```
 1    A.   Alston's.

 2    Q.   How many plastic surgeries did you have?

 3    A.   Two.

 4    Q.   In 2013, did you have what is commonly referred to as a

 5    Brazilian butt lift?

 6    A.   Yes.

 7    Q.   Did that also involve a tummy tuck?

 8    A.   Yes.

 9    Q.   Why did he want you to have that surgery?

10    A.   He said to make more money.

11         MR. SCHILLER:  Your Honor, at this time the Government

12    would like to move into evidence Exhibit 24.  This is South

13    Florida Cosmetic Surgery business records, 123 pages.

14         MR. PEACOCK:  No objection.

15         THE COURT:  Admitted without objection.

16      (Whereupon Government Exhibit 24 was marked for evidence.)

17    BY MR. SCHILLER:

18    Q.   I would like to ask you a couple of questions about these

19    records.

20         MR. SCHILLER:  Judge, if we could please publish.

21         THE COURT:  You may.

22    BY MR. SCHILLER:

23    Q.   Did you have to give your ID when you went to the surgery

24    center?

25    A.   Yes.
```

```
1    Q.   Who is that?

2    A.   Me.

3    Q.   Who went with you for the appointments?

4    A.   DXXXXXX.

5    Q.   Is that her ID on page 23?

6    A.   Yes.

7    Q.   Did she also have to give her ID?

8    A.   Yes.

9    Q.   Page ten, we are looking at the client information.  Whose

10   name appears on there?

11   A.   Mine.

12   Q.   Whose address is that?

13   A.   Tamarac address.

14   Q.   Where it says email, who is Yadina7765?

15   A.   Mine.

16   Q.   Is that your birthday?

17   A.   Yes.

18   Q.   Emergency contact, what did you say?

19   A.   DXXXXXX.

20   Q.   And what did you put as relationship?

21   A.   Sister.

22   Q.   Are you really sisters?

23   A.   No.

24   Q.   Page 16, you were asked for reason for surgery.

25        What did you say about how did you feel about yourself and
```

```
 1    your appearance?
 2    A.   "So and so."
 3    Q.   Is that a truthful answer?
 4    A.   No.
 5    Q.   Why?
 6    A.   Because I was comfortable with myself.
 7    Q.   You were happy with your body the way it was?
 8    A.   Yes.
 9    Q.   The next question:  Is your appearance important to your
10    career?
11    A.   "Yes, because I want to feel more confident."
12    Q.   Did you?
13    A.   No.
14    Q.   Why were you getting this surgery?
15    A.   Alston told me to.
16    Q.   Next:  How important to you is having this surgery?  To
17    your spouse or significant other?
18    A.   "Very, extremely important."
19    Q.   Was that regarding you or Alston Williams?
20    A.   Alston.
21    Q.   Page 119, are these before photos of your stomach and your
22    rear?
23    A.   Yes.
24    Q.   End publication, please.
25             Showing you Government Exhibit 36j, page eight, are these
```

 1    photos of you before the surgery?

 2    A.   Yes.

 3    Q.   If we could publish, please.

 4         So that is you, Ms. CXX?

 5    A.   Yes.

 6    Q.   Before the surgery?

 7    A.   Yes.

 8    Q.   Thank you.  End publication.

 9         They have to mark up your whole body and all that?

10    A.   Yes.

11    Q.   Did you want to do this?

12    A.   No.

13    Q.   Did you have another surgery on your body?

14    A.   Yes.

15    Q.   What was that?

16    A.   Breast.

17    Q.   Did you want that?

18    A.   No.

19    Q.   Whose idea was that one?

20    A.   Alston's.

21         MR. SCHILLER:  Your Honor, at this time the Government

22    would move into evidence Government Exhibit 23, 103 pages of

23    records from Strax Rejuvenation, with the business record

24    certification attached.

25              MR. PEACOCK:  No objection.

```
 1          THE COURT:  Admitted without objection.
 2          (Whereupon Government Exhibit 23 was marked for evidence.)
 3          MR. SCHILLER:  If we could publish?
 4          THE COURT:  You may.
 5   BY MR. SCHILLER:
 6   Q.  I want to show you the first page of this exhibit.
 7       For your emergency contact, who did you write there?
 8   A.  DXXXXXX RXXXXXXXX.
 9   Q.  Is that her email --
10   A.  That is my email address.
11   Q.  Okay, that is yours.
12       On page six, you filled out almost an identical form as the
13   other one?
14   A.  Yes.
15   Q.  Whose email did you put down?
16   A.  Alston's, OrlandoX478@gmail.com.
17   Q.  You know that to be the Defendant's email address?
18   A.  Yes.
19   Q.  What is one of his middle names?
20   A.  Orlando.
21   Q.  Is that the ID you provided on page nine?
22   A.  Yes.
23   Q.  Now, the address on there appears to be a Margate address.
24   What address is that?
25   A.  My mom's.
```

Pauline A. Stipes, Official Federal Reporter

1    Q.   Your mom's?

2    A.   Yes.

3    Q.   Where did you get this ID from?

4    A.   The DMV.

5    Q.   You said when you moved into the house you had to give all

6    your ID's to Alston Williams.  How did you get the ID to go to

7    the surgery?

8    A.   He gave it to me.

9    Q.   Your old ID?

10   A.   Yes.

11   Q.   Thank you.  If we could remove publication, please.

12       I'm showing you what is in evidence as Government Exhibit

13   50d, two pages.  Do you recognize those photos?

14   A.   Yes.

15            MR. SCHILLER:  Permission to publish, Judge.

16            THE COURT:  Yes.

17   BY MR. SCHILLER:

18   Q.   Ms. CXX, who is that?

19   A.   Me.

20   Q.   On page one?

21   A.   Yes.

22   Q.   Who is that on page two?

23   A.   Me.

24   Q.   End publication.

25       Why were those photos taken?

```
 1   A.  To send to the doctor in the Dominican Republic to get a
 2   cheaper price.
 3   Q.  At whose request?
 4   A.  Alston's.
 5   Q.  How did these surgeries, after you got them both, change
 6   your work prostituting for Alston Williams?
 7   A.  I made more money.
 8   Q.  Why?
 9   A.  Clients like boobs and butts.
10          MR. SCHILLER:  Judge, if I could approach the witness.
11          THE COURT:  Yes.
12   BY MR. SCHILLER:
13   Q.  I am showing you 4a.  Do you recognize this device?
14   A.  Yes.
15   Q.  Whose is this?
16   A.  Alston's.
17   Q.  How do you know?
18   A.  I have seen it before.
19          MR. SCHILLER:  Permission to publish 4b.
20          MR. PEACOCK:  No objection, your Honor.
21          THE COURT:  You may.
22   BY MR. SCHILLER:
23   Q.  Ms. CXX, these are the user accounts out of this particular
24   device.
25       As we scroll through these, you notice some of the ones
```

```
 1    that are highlighted.  I want to ask you about those.
 2        Where it says Luckee10, who is Luckee?
 3  A.  Alston.
 4  Q.  Where it says corazon, whose password would that be?
 5  A.  Alston.
 6  Q.  Did any of the girls have passwords like that?
 7  A.  No.
 8  Q.  Orlandosnow, whose name is that?
 9  A.  Alston.
10  Q.  Moms100, whose is that?
11  A.  Alston's.
12  Q.  How do you know these are his user names and passwords?
13  A.  That is what he used.
14  Q.  His_pinky18, who is that?
15  A.  DXXXXXX.
16  Q.  Where it says gorgeous_rican, who is that?
17  A.  DXXXX.
18  Q.  What about shinzle, who is that?
19  A.  Alston.
20  Q.  How do you know that?
21  A.  He called himself that.
22  Q.  Did anyone else use mother or moms100 or 1000 that you know
23  of?
24  A.  Yes.
25  Q.  Who?
```

1    *A.*   DXXXX.

2    *Q.*   She used it, too?

3    *A.*   Yes.

4    *Q.*   What about poopsicle, whose account was that?

5    *A.*   DXXXX's.

6    *Q.*   Okay, thank you.

7         I now want to show you 4c, the contacts from that device,

8    and I have a question about four of them.

9         On page three there are contacts here for Crys-tal, C-R-Y-S

10   dash T-A-L.  Do you see that?

11   *A.*   Yes.

12   *Q.*   That is Crystal R?

13   *A.*   Yes.

14   *Q.*   Okay.  There is a contact there for Elias Hilal.  Who is

15   that?

16   *A.*   A lawyer/client.

17   *Q.*   Of whose?

18   *A.*   Defendant's.

19   *Q.*   And on page six, who is Pinca?

20   *A.*   Defendant.

21   *Q.*   And these are all the phone numbers associated with that

22   name?

23   *A.*   Yes.

24   *Q.*   And that goes on for almost two pages; is that right?

25   *A.*   Yes.

```
 1   Q.  Why is it that DXXXXXX would have so many different phone
 2   numbers?
 3   A.  I guess so nobody will try to find her.
 4   Q.  Did the Defendant, on occasion, give the girls new phones
 5   and new numbers?
 6   A.  New numbers.
 7   Q.  New numbers.  And finally, if we see these phone numbers
 8   and the name RXXX.  Who whose contact information is that?
 9   A.  Mine.
10   Q.  Thank you very much.  Now, remove publication.  Thank you.
11       Ms. CXX, you indicated you suffered injury from the clients
12   or Defendant, never went to the hospital, never went to the
13   doctor?
14   A.  Correct.
15   Q.  Did you at some time receive a spider bite?
16   A.  Yes.
17   Q.  Could you tell the jury about that?
18   A.  I got bit by a spider, so I had to be rushed to the
19   emergency room because my heart rate was slowing down and I was
20   about to die.
21           MR. SCHILLER:  Judge, permission to publish 4e.
22           THE COURT:  You may.
23   BY MR. SCHILLER:
24   Q.  Who are we seeing here?
25   A.  DXXXXXX standing up and me laying down.
```

```
 1    Q.   Where?

 2    A.   In the hospital.

 3    Q.   Is this from the spider bite?

 4    A.   Yes.

 5    Q.   Who took this photograph?

 6    A.   Alston.

 7    Q.   Other than this incident when you went to the hospital, did

 8    you ever get to go to the hospital for any other injury or

 9    illness that you had?

10    A.   No.

11    Q.   Thank you, end publication.

12         I want to show you Government Exhibit 4g.  Who is that?

13    A.   DXXXXXX.

14    Q.   Where is she?

15    A.   In the car.

16    Q.   Do you know which car?

17    A.   The van.

18    Q.   The Honda Odyssey minivan?

19    A.   Yes.

20    Q.   What is she doing?

21    A.   Sleeping.

22    Q.   Who took this picture?

23    A.   Alston.

24             MR. SCHILLER:  Permission to publish this.

25             MR. PEACOCK:  Objection, relevance.
```

```
1                 THE COURT:  The response.

2                 MR. SCHILLER:  For the same reason every other picture

3      of her is being admitted, Judge.

4                 THE COURT:  Overruled.

5      BY MR. SCHILLER:

6      Q.  Ms. CXX, is that the picture?

7      A.  Yes.

8      Q.  How often would the Defendant take photographs of the girls

9      sleeping?

10     A.  All the time.

11     Q.  Do you know why?

12     A.  He just liked doing it.

13     Q.  He just liked doing it?

14     A.  Yes.

15                MR. SCHILLER:  Thank you.  Remove publication.

16                Permission to publish 4l.

17                MR. PEACOCK:  No objection.

18                THE COURT:  You may publish.

19                MR. SCHILLER:  Thank you.

20     BY MR. SCHILLER:

21     Q.  Ms. CXX, are these text messages between you and the

22     Defendant, again, from his phone and a different phone now?

23     A.  Yes.

24     Q.  Do you see how at the top it is January 2015?

25     A.  Yes.
```

```
 1   Q.  If we go to the last page, it begins April 2014?

 2   A.  Yes.

 3   Q.  So, these text messages cover that period, correct?

 4   A.  Correct.

 5   Q.  You said the Defendant switched numbers for the girls; is

 6   that right?

 7   A.  Yes.

 8   Q.  Did he do that for you, too?

 9   A.  Yes.

10   Q.  In these text messages, we see multiple phone numbers

11   assigned to you.  Is that why?

12   A.  Yes.

13   Q.  Other than you, who could possibly be Rosita?

14   A.  No one else.

15   Q.  All right.  I have to ask you about two of them here.

16       Beginning on page 22, April 30, 2014, you said, "I have out

17   its a reg."  What does that mean?

18   A.  I have to go to the house.

19   Q.  And you wrote 14 seconds later, "Next door in town suites?"

20   A.  Next door -- I was in the hotel and there was a hotel next

21   to me.

22   Q.  Where was the Town Suites?

23   A.  Commercial and 441.

24   Q.  There are a whole bunch of motels right there?

25   A.  Yes.
```

1    Q.  You said, "Should I just walk there it's next door."  What

2    does the Defendant respond?

3    A.  "Go deal with it."

4    Q.  So you say, "Ok."  Ten minutes later, "Vi.  Vi eg 200.  Vo

5    on eg made con."  What does that mean?

6    A.  Client out and I made a regular.

7    Q.  You made a regular?

8    A.  Meaning he is going to call back.

9    Q.  That is what "con" means?

10   A.  Yes.

11   Q.  You say "Vbg"?

12   A.  Client about to go.

13   Q.  "V talking?"

14   A.  Client talking.

15   Q.  The Defendant responds, "Bloop?"

16   A.  Cheers, he is happy.

17   Q.  And you respond "Ass.  Walking home.  Ass."  He says,

18   "Where is the food p gave you?"

19       Did Pinky or DXXXXXX give you food?

20   A.  Money.

21   Q.  Food means money?

22   A.  Yes.

23   Q.  What does he mean when he says, "Its short 80 drum sticks?"

24   A.  Short $80.

25   Q.  The money you turned in?

```
 1    A.   Yes.

 2    Q.   And he says "Nvm," never mind; is that right?

 3    A.   Yes.

 4    Q.   Okay.

 5         I want to show you page 20, beginning on May 5th of that

 6    year.  You write to the Defendant, "Corazon.  Corazon I'm

 7    outside.  Corazon," with a sad face.  "Corazon," with a

 8    question mark.  He says, "Yes."  You say, I'm using bathroom,"

 9    and you say question mark.  He said, "Coming in sec."  You

10    respond, "Why aren't u answering.  Really.  Outside thinking u

11    left me."  He said, "Would never, your forever marosa."  And

12    you responded with a sad face, and you said, "U have me crying.

13    I thought u left me.  I was standing outside for you.  He says,

14    "Lax."

15         What does that mean?

16    A.   Relax, meaning relax.

17    Q.   Take it easy?

18    A.   Yes.

19    Q.   And he says, "Soon come," and you say sad face, "Corazon.

20    Corazon?  I'm by tennis court.  Corazon."

21         Did you actually think he was leaving you there stranded?

22    A.   Yes.

23    Q.   The last thing I want to ask you about, on page six, there

24    is a message to you here on March 17, 2015 at 10:37 p.m.

25         It says, "Yoko Yoko wants to stay connected to you on Live
```

1    360?"

2    *A.*  Yes.

3    *Q.*  What is that?

4    *A.*  That is an app to where he can locate where I am and track

5    everywhere I go.

6    *Q.*  Did you have that on your phone?

7    *A.*  Yes.

8    *Q.*  Did he have it on his phone?

9    *A.*  Yes.

10   *Q.*  Who else had it on their phone?

11   *A.*  DXXXXXX, DXXXX, GXXXXXX, and Dorothy Williams.

12   *Q.*  His mother had it on her phone, too?

13   *A.*  Yes.

14         *MR. SCHILLER:*  Judge, permission to approach the

15   witness.

16         *THE COURT:*  Yes.

17   *BY MR. SCHILLER:*

18   *Q.*  I want to show you Government Exhibit 3.  Do you recognize

19   this?

20   *A.*  Yes.

21   *Q.*  Whose phone is this?

22   *A.*  GXXXXXX.

23   *Q.*  What does it say on the back?

24   *A.*  Pink.

25   *Q.*  And you saw this phone used by GXXXXXX RXXX LXXXX?

1   A.  Yes.

2            THE COURT:  That is 3a.

3            MR. SCHILLER:  3a, I apologize.

4            Permission to publish 3b.

5            THE COURT:  Any objection?

6            MR. PEACOCK:  No, ma'am.

7            THE COURT:  You may publish.

8   BY MR. SCHILLER:

9   Q.  This is a contact list out of that phone, okay.

10       If this is Ms. LXX -- if this is GXXXXXX' phone, how are

11  there 4,279 contacts?

12  A.  He would sync my contacts into that phone in case my

13  contacts got deleted.

14  Q.  How did the contacts for clients get into your phone?

15  A.  I put them there.

16  Q.  You said he would sync that to Ms. RXXX LXXXX's phone to

17  get all the contacts in there?

18  A.  Yes.

19  Q.  Let's look at page one.  Line item six says, "200 For 2

20  hrs, DA."  Can you explain to the jury what that means?

21  A.  200 for two hours, don't answer.

22  Q.  Why don't answer?

23  A.  Because they wanted to pay 200 for two hours.

24  Q.  That is not enough?

25  A.  No.

1  *Q.* Line item 21, page two, "80 30 Min DA."  What does that

2  mean?

3  *A.* $80 for 30 minutes, don't answer.

4  *Q.* On page three, where it says, "Agency 1,000 per day

5  outcall," and, "Agency 4 900 weekly," what are those contacts?

6  *A.* For the agency, you make a thousand dollars per day.  You

7  go to clients, the second one, you make 4,900 weekly.

8  *Q.* For seeing clients?

9  *A.* Yes.

10 *Q.* On page five, there is a contact here for Amparo Depo Lady.

11 Who is that?

12 *A.* It's a lady that gave the depo shot so that we wouldn't get

13 our period.

14 *Q.* What is a depo shot?

15 *A.* It is like a birth control shot.

16 *Q.* And this is the woman who would give it to you?

17 *A.* Yes.

18 *Q.* Page 21, going into 22, who are all these phone numbers for

19 somebody called Corazon?

20 *A.* Alston.

21 *Q.* I want to ask you about three more.  Page 50, the contact

22 at the bottom, Jason 200, what is that?

23 *A.* A client that gives $200 all the time.

24 *Q.* And you identified him as somebody named Jason?

25 *A.* Yes.

1    Q.   And then on page 117, at the bottom, where it says Mat

2    Eros, what does that mean?

3    A.   A person I have seen before is Matt, and I met him on

4    eros.com.

5    Q.   That is the website you told us about?

6    A.   Yes.

7    Q.   Finally, page 167, all of these contacts with different

8    phone numbers appear to be named Pimp.  Do you see that?

9    A.   Yes.

10   Q.   It goes on to the next page and the next page and the next

11   page and the fifth page.  Why are all these contacts labeled

12   Pimp in this phone?

13   A.   He told me to.

14   Q.   Alston Williams told you to?

15   A.   Yes.

16   Q.   Are they pimps?

17   A.   He said yes, because they would send messages like join our

18   team, or come get money with us, things like that.

19   Q.   Other people trying to get you to prostitute for them?

20   A.   Yes.

21   Q.   You labeled them as Pimp in your phone why?

22   A.   He told me to so I wouldn't answer the phone call.

23   Q.   If it came again?

24   A.   Yes.

25   Q.   Thank you.

```
 1            MR. SCHILLER:  Judge, the next section I am going to
 2   go into is a little lengthy.  I don't know if you want me to
 3   stop now or keep going.
 4            THE COURT:  Go for the next ten minutes and we'll end
 5   at 6:30.
 6            MR. SCHILLER:  Sounds good.
 7   BY MR. SCHILLER:
 8   Q.  5a, this is a Galaxy Note 3.  Whose phone is this?
 9   A.  Alston's.
10   Q.  Did you see him use this phone?
11            THE COURT:  5aa.
12            MR. SCHILLER:  Yes, 5aa.  Thank you.
13   BY MR. SCHILLER:
14   Q.  Ms. CXX, I want to show you a couple of things out of this
15   phone.
16       First, showing you Government Exhibit 5ab.  Do you
17   recognize what we are looking at here?
18   A.  Yes.
19   Q.  What is it?
20   A.  It's a code.
21   Q.  What do you mean, it's a code?
22   A.  For working for clients.
23   Q.  It is one code?
24   A.  No.  There is a whole bunch.
25   Q.  Okay.  Did you create this?
```

1    *A.*  No.

2    *Q.*  Do you know who did?

3    *A.*  One of the girls.

4         *MR. SCHILLER:*  Your Honor, at this time we would like

5    to publish 5ab.

6         *MR. PEACOCK:*  5ab?

7         *MR. SCHILLER:*  Yes.

8         *MR. PEACOCK:*  No objection.

9         *THE COURT:*  You may publish.

10   *BY MR. SCHILLER*:

11   *Q.*  Now, I know it is a little blurry, the way it came out of

12   the computer.

13        Can you explain to us what we are looking at on the screen?

14   Go line by line.

15   *A.*  Vi, client in with you.

16   *Q.*  And the next line, vi eg 200, is it explained after that

17   what that means?

18   *A.*  Yes, you are with the client, everything is good, and then

19   you put the amount, which is $200.  200, everything is good,

20   and they put the amount.

21   *Q.*  This kind of looks like a cheat sheet for all the codes?

22   *A.*  Yes.

23   *Q.*  What does it say at the bottom here where it says keep?

24   *A.*  Keep -- in car, you're back in car, in safe.

25   *Q.*  That is at the end.  What does "keep glympse on" mean?

```
1   A.  My GPS locator.

2   Q.  Is Glympse an app?

3   A.  Yes.

4   Q.  Would you tell the jury how it works?

5   A.  You turn it on for three hours, and when it is done, he can

6   find where you are.

7   Q.  Would both of you have it on the phones?

8   A.  No.  Alston put it on my phone.  I only sent it to him, he

9   never sent it to me.

10  Q.  You have Glympse on your phone?

11  A.  Yes.

12  Q.  What do you mean, you send it to him?

13  A.  I send it to my location, it is active for three hours,

14  when it runs out, you activate it again for another three

15  hours.

16  Q.  When he gets the message, is he able to see your location?

17  A.  Yes.

18  Q.  Where it says "burn texts only," what is that?

19  A.  It's an app where you text and your messages are deleted

20  once you see it.

21  Q.  What does it mean, "check time you get in, watch time?"

22  A.  Make sure you're not in there longer than you have to be.

23  Q.  On the next line, "save 10 minutes to wash up?"

24  A.  The time I am in with the client, take ten minutes out of

25  that to wash up.
```

```
 1   Q.  For a 30-minute appointment, you are stopping at 20?

 2   A.  Yes.

 3   Q.  What does "look around and inspect place" mean?

 4   A.  Make sure there are no cops or anyone following me.

 5   Q.  And if you are ever asked what are you here for, according

 6   to this, how are you supposed to respond?

 7   A.  Time and companionship only, no massage and body rub.

 8   Q.  Why no massage and body rub?

 9   A.  You could get arrested for that if you don't have a

10   license.

11   Q.  Time and companionship is okay?

12   A.  Yes.

13   Q.  Showing you 5ac and 5ad.

14       Do you see these two things in front of you?

15   A.  Yes.

16   Q.  Whose handwriting is this?

17   A.  Alston's.

18   Q.  Have you seen him write things?

19   A.  Yes.

20   Q.  Did you see him write things over six, six and a half

21   years?

22   A.  Yes.

23   Q.  You know that to be his handwriting?

24   A.  Yes.

25            MR. SCHILLER:  Your Honor, permission to publish 5ac
```

1    and ad.

2            MR. PEACOCK:  No objection.

3            THE COURT:  We will make these the two last exhibits.

4    BY MR. SCHILLER:

5    Q.   That is fine.

6         What are we looking at on this page?

7    A.   Passwords and the apps he had.

8    Q.   Is one of the apps Wickr?

9    A.   Yes.

10   Q.   Do you know what P-O-F stands for?

11   A.   No.

12   Q.   Okay.  Was one of the apps Confide?

13   A.   Yes.

14   Q.   I will ask you about that later.  And the other one is 5ad.

15        Where it says RXXX Note 4, do you know what that refers to?

16   A.   My phone.

17   Q.   And what is P Note 4?  What is the box next to that?

18   A.   Password.

19   Q.   Could you read it?

20   A.   "Loyalt 9."

21   Q.   Thank you.

22            MR. SCHILLER:  End the publication.

23            Judge, do you want to stop there?

24            THE COURT:  Yes, okay.

25            All right.  Ladies and gentlemen, again, thank you for

Pauline A. Stipes, Official Federal Reporter

```
 1    your time and attention during this day.  We'll conclude for

 2    the day, and we'll resume tomorrow at 8:30.  I will remind you

 3    tomorrow is a shorter day and we will be ending at

 4    4:00 o'clock.

 5          With the same instructions not to discuss the case

 6    with anyone, don't do any research, don't view any media should

 7    there be coverage of the case, don't have any interaction with

 8    anyone in the case.

 9          I will remind our witness as well that you remain

10    under oath, and so you shouldn't discuss your testimony with

11    anyone, and you will resume the stand tomorrow under oath.

12          Have a nice evening.

13          (Thereupon, the jury left the courtroom.)

14          Okay, you should feel free to leave at this point.  We

15    will see you tomorrow.  Have a nice evening.

16          (Thereupon, the witness left the courtroom.)

17          Let's talk about tomorrow.  How much longer does the

18    Government think you will be with our witness?

19          MR. SCHILLER:  About an hour.  I am almost done with

20    the text messages.

21          THE COURT:  You have gone three hours and 30 minutes.

22    You think another hour?

23          MR. SCHILLER:  Yes.

24          THE COURT:  That is 8:30 to 9:00 --

25          MR. SCHILLER:  8:30 to 9:30.
```

```
 1                 THE COURT:  Cross-examination.
 2                 MR. PEACOCK:  I would say two and a half to three.
 3                 THE COURT:  What is the Government's lineup after this
 4     witness?
 5                 MR. SCHILLER:  So, you want to know the actual
 6     witnesses?
 7                 THE COURT:  Yes, in the order that you intend to call
 8     them, and we will go through them to see who you are not
 9     calling.
10                 MR. SCHILLER:  This is subject to change.  At this
11     point we intend on calling Detective Nick Masters.
12                 THE COURT:  How long do you think you will be with
13     Nick Masters?  How long, approximately.
14                 MR. HOOVER:  Judge, I can't see that going longer than
15     a half hour on direct.
16                 THE COURT:  Okay.  And who else after that?
17                 MR. SCHILLER:  Detective Justin Shaw.
18                 MR. HOOVER:  30 minutes.
19                 THE COURT:  All right.  Who else?
20                 MR. SCHILLER:  We are not sure who we will be calling
21     after that.  We are trying to figure out who we will put on
22     next after that.
23                 We will have somebody if we still have time in the
24     day, I am not sure yet.
25                 THE COURT:  Who is coming off the list?
```

```
 1           MR. SCHILLER:  Okay, let me get to the file.

 2           MR. PEACOCK:  The only thing I would ask, Judge, I

 3   realize the Government is juggling witnesses and stuff, if we

 4   are going to have one of the victims, if we could get a heads

 5   up about that so we are prepared.  They do take a lot of time

 6   to get everything in order.

 7           THE COURT:  Do you intend to call any other victims

 8   tomorrow other than the one on the stand now?

 9           MR. SCHILLER:  No, Judge.

10           THE COURT:  Okay.

11           MR. SCHILLER:  Judge, we have eliminated Nerissa

12   Simmonds because of Court rulings, middle of page one, the IRS

13   records because of Court rulings.

14           Judge, farther down on the list, Deputy Artola, Deputy

15   Guevara.

16           MR. PEACOCK:  These are people that will not testify?

17           MR. SCHILLER:  Based on the testimony of other

18   witnesses, it will be duplicative.

19           Deputy Sammarco, bottom of page one, Sergeant Jackie

20   Molzer, Lieutenant Randy Foley.  These are people we are

21   eliminating.  CSI Elizabeth Lancaster, CSI Christine Rangel,

22   Detective Juliana Martinez.  That is on page two.  Above him,

23   Detective Andrew Rousell, and above him, Officer James Callari.

24   Page one in the middle, Detective Brandon Chambers.

25           That is it for now, Judge, who are definitely not
```

```
 1   going to testify.
 2          Deputy Steven Del Sol in the middle of page one.
 3   Right now, those are the ones.
 4          THE COURT:  Are there others that you will eliminate
 5   depending on the testimony of other witnesses?
 6          MR. SCHILLER:  Depending on who testifies.
 7          For example, Detective Jhon Chavez, if we do call him,
 8   we put 60 minutes, I don't anticipate him being 60 minutes.
 9   Either he or another witness might play the Defendant's
10   statement.
11          THE COURT:  He would be how long?
12          MR. SCHILLER:  Half that.
13          THE COURT:  Anyone else significantly shortened?
14          MR. SCHILLER:  Yes, Rachel Jimenez, an hour, at the
15   most.
16          THE COURT:  60 rather than 120.
17          MR. SCHILLER:  That is several hours of time we cut
18   off.
19          THE COURT:  You have GRL, 180.  That is another one?
20          MR. SCHILLER:  Yes, she was recovered with Ms. CXX.
21          THE COURT:  CC for 90.
22          MR. SCHILLER:  Yes, she is one of the other victims.
23          THE COURT:  60 for Dyondre Williams.  DL, you have
24   180.
25          MR. SCHILLER:  Yes, Judge.
```

Pauline A. Stipes, Official Federal Reporter

 1            THE COURT:  Okay.  So, tomorrow, when we finish with

 2     Ms. CXX and Masters and Shaw, we'll revisit who, if anyone, you

 3     think can be eliminated in light of that testimony, and then

 4     kind of project how things look for the remainder of the time

 5     period we have allotted for the case so we can ensure the case

 6     does get complete, and again, with a trial ending date of the

 7     21st, which is a Friday, as I indicated earlier.

 8            That would really suggest to the Court it should go to

 9     the jury by the 19th, no later than the 19th, to allow for

10     deliberations.

11            MR. SCHILLER:  Right.  We have pushed this case to as

12     concise a case as possible to get it done within the two weeks,

13     the first two weeks.  That is my plan.

14            THE COURT:  Do you still feel you are on schedule to

15     do that?

16            MR. SCHILLER:  Because of the Court pushing us to ten

17     hour days, we will make our mark.

18            I just can't anticipate what Defense will do.  At this

19     point, all I am aware of is the video deposition of DXXXXXX

20     RXXXXXXXX.  I know the Court issued an order that there be

21     objections put out by the Defense within three business days of

22     the day off, that is at the close today.  I didn't know if the

23     Court wanted to inquire and see what the status is of that.

24            THE COURT:  So, it is the deposition and the first

25     deadline was for the Defendant -- the Defendant to do

1    designations?

2            MR. SCHILLER:  Yes.

3            THE COURT:  So, has Defense designated the DR

4    deposition?

5            MR. PEACOCK:  I don't understand what your Honor

6    means, designations.

7            THE COURT:  Any time, at least in a civil world --

8    generally you don't have depos, maybe it is not as familiar --

9    when there is a deposition that a party is relying upon, we

10   begin the process by having the party who wants to introduce

11   the deposition designate those portions of the deposition that

12   the party wants to either show by video or read, and then we

13   turn it over to the other side to see whether there are any

14   objections to those designations or counter designations.

15           I can't pull up the docket entry right now, I believe

16   I set the parties on a schedule of a date by which you needed

17   to designate what portions of the deposition you wanted.  We

18   talked about that at the calendar call, and there was mention

19   we would play the whole deposition, and when we distilled it

20   down, there was a recognition -- I can't remember if you had

21   taken the deposition at that time.

22           MR. SCHILLER:  When we had the calendar call we said

23   the deposition had taken place, it was a four and a half hour

24   depo.  That was the transcript we expected when we had jury

25   selection.  It did come in that day.

```
 1          THE COURT:  112, the parties agreed to meet and confer

 2     within the deposition being available, there was a question

 3     whether it would be available that Friday, or not after the

 4     Wednesday calendar call.  The party offering the testimony, the

 5     Defendant, would have to file designations within three days,

 6     and the opposing party respond with objections and the basis no

 7     later than two business days after the filing of the business

 8     day designation, which would be next Monday.

 9          So, the Court was trying to do that in order to have

10     it all done well enough in advance of when the depo would be

11     used, if the depo was going to be used, and all of that is

12     premised on the witness not being available according to the

13     procedure the Court spoke about earlier in the prior orders,

14     getting some kind of a medical documentation that she is not

15     available due to her medical condition.

16          So, where do we stand on that?

17          The Court is trying to push it out far enough so you

18     didn't have to go through the exercise where everyone was

19     scrambling to try to figure out what was going to be played to

20     the jury and what was being objected to.

21          MS. McCREA:  So, your Honor, I have spoken briefly

22     with the Government about the deposition in general, probably

23     not to the extent that your Honor was hoping would be done by

24     today, but it sounds like -- the deadlines are different

25     because of the morning yesterday, but it sounds like to apply
```

1     those deadlines moving forward it would be within three days of

2     today that Defense would need to designate.

3              THE COURT:  No.  It was within three days that the

4     transcript was available.

5              MS. McCREA:  That was three business days.

6              THE COURT:  Right.

7              MS. McCREA:  This is the third business day.

8              THE COURT:  No, meet and confer within three days or

9     do the designations within three days.  After the meet and

10    confer, three days.

11             So today is the meet and confer, and then it would be

12    Friday and Tuesday, I guess.

13             MS. McCREA:  I don't think I would need that long as

14    long as the Defense -- we need to make a strategic decision

15    whether or not we are going to present this in our case, and we

16    would like to make that decision after the Government has

17    rested, as we would usually make that decision.

18             So, if the Court doesn't want me to move on a faster

19    timetable, I don't have to.  If the Court would like me to, I

20    could do those designations before Monday at 9:00 a.m. as long

21    as that still leaving us in a position where we could make the

22    strategic decisions about the case after the case in chief.

23             THE COURT:  About whether you want to use it at all.

24             No, it is not for you to use it, it is enough time to

25    play out the designations and objections and cross

```
 1    designations.  You, of course, have the right not to use it.  I
 2    understand she may even be available.
 3           I was trying to do it in a time frame that didn't put
 4    you in a futile exercise.  It is not intended to be onerous
 5    above and beyond what you are going through, but just to be
 6    prepared if we find ourselves with the Government resting and
 7    Defense does want to rely upon the deposition.
 8           So, I think if you are comfortable with a 9:00 a.m. on
 9    Monday, yes, I think that is fine.  If you wanted until
10    Tuesday, which is what the order says, that would be the three
11    business days from the meet and confer.  It sounds like you
12    only talked a little bit.  Meet and confer was intended so
13    maybe there would be agreement.
14           Stick to the schedule unless you tell me you can't.
15           It sounds like you haven't missed any deadlines yet.
16           MS. McCREA:  Thank you, your Honor.
17           MR. SCHILLER:  Judge, if I can inquire.  I know
18    Defense hasn't decided if they want to use the video or not.
19    Assuming she is unavailable --
20           THE COURT:  They haven't decided.
21           MR. SCHILLER:  If Defense is not going to use that
22    deposition, the Government is wanting to use that transcript
23    because of how the cross-examination went.
24           I don't know.  If Defense want to use it, I don't want
25    to take that away from them, to put it on in their case in
```

 1    chief.  If we rest and they say, no, we are not going to use

 2    it, that puts us in an awkward situation.  I am not putting

 3    pressure on the Defense.  Would the Court allow us to reopen

 4    our case and put it on during rebuttal?

 5         *THE COURT:*  Well, I ask the parties have a chance to

 6    talk about that first and see what you can work out, but it

 7    stresses the point of exercising meeting and conferring, and

 8    cross designations become more important, not only for the

 9    purpose of Defense to present it if Defense wants to, but also

10    it could be that the Government wants to use portions of it,

11    and Defense should have the right to know what portions those

12    are.

13         So, I guess when you do your designations and cross

14    designations, Government, you need to think in terms if the

15    Defense is using it, and this is what the Defense has

16    designated, you may want additional portions and want cross

17    designations, but you may want to have your own set of

18    designations on the assumption or possibility Defense may not

19    rely upon the deposition.  So, that may be what you both want

20    to do before the deadline.

21         Maybe you are both doing designations and both doing

22    cross designations.

23         *MR. SCHILLER:*  It will be a long weekend.

24         *THE COURT:*  That is how we do it in the civil world

25    with depo designations.  The bottom line is, you want a ruling

Pauline A. Stipes, Official Federal Reporter

```
 1    on anything either side has objected to before you are playing
 2    it or calling the witness or reading the testimony, and I want
 3    to have the advantage of knowing what your designations are and
 4    what the basis of the objections are so I can make a ruling.
 5              MR. SCHILLER:  We are on the time crunch because of
 6    hours in court, we will try to get together.
 7              THE COURT:  You have until Tuesday.  All right.  We
 8    are off the record.
 9              (Discussion off the record.)
10         (Thereupon, the hearing was concluded.)
11                                  * * *
12              I certify that the foregoing is a correct transcript
13    from the record of proceedings in the above matter.
14
15         Date:  August 11, 2019
16                   /s/ Pauline A. Stipes, Official Federal Reporter
17                        Signature of Court Reporter
18
19
20
21
22
23
24
25
```

**MR. HOOVER: [6]**  58/2 58/6
58/18 58/25 354/13 354/17
**MR. PEACOCK: [160]**  5/11
5/16 6/23 15/4 15/6 15/10
17/23 19/7 21/16 21/19 26/11
37/16 37/19 40/20 44/12
45/11 46/7 49/14 50/3 50/6
52/2 52/7 53/6 56/1 56/11
57/20 58/1 58/5 59/6 60/4
60/7 61/1 63/13 64/2 68/11
75/1 75/17 75/22 76/2 76/5
77/13 78/11 80/10 81/12
83/15 85/18 86/10 88/6 88/9
88/25 91/1 91/12 91/18 93/11
94/16 95/11 95/13 97/19
97/25 98/12 100/17 102/6
142/11 147/11 148/11 148/14
148/20 148/25 153/4 153/14
153/18 154/2 154/20 155/19
158/17 159/25 161/18 162/24
166/23 168/14 168/17 169/15
175/24 178/16 181/1 181/6
185/3 199/6 199/8 200/18
203/2 213/4 216/6 218/6
218/15 218/20 221/22 221/25
222/3 222/5 223/15 223/17
223/20 223/22 223/25 224/2
225/8 227/12 230/22 234/21
236/16 237/21 237/23 241/17
241/22 243/5 245/6 246/24
250/25 255/24 256/21 264/5
267/19 269/11 270/3 273/14
280/3 280/23 285/8 285/11
285/14 285/17 286/6 287/2
287/4 287/11 289/11 296/2
297/4 297/6 305/13 309/19
310/4 312/21 313/22 325/21
326/20 329/13 332/24 335/19
339/24 340/16 345/5 349/5
349/7 352/1 354/1 355/1
355/15 358/4
**MR. SCHILLER: [250]**  4/6
4/12 5/3 5/24 6/3 6/7 14/23
14/25 15/2 17/18 19/3 21/13
21/17 26/9 30/13 37/15 38/16
40/17 45/8 46/5 49/12 51/25
52/4 52/10 59/9 60/15 63/11
63/24 68/9 68/24 74/25 75/16
75/19 75/24 76/3 76/12 78/10
80/17 81/4 81/10 83/17 86/11
88/7 88/12 89/2 89/6 91/2
91/22 94/18 95/6 95/8 95/12
95/14 96/7 98/14 99/9 99/22
100/7 102/12 104/5 104/7
104/12 104/20 106/22 111/2
111/17 112/14 112/16 113/2
113/5 113/10 114/9 114/13
116/24 117/15 117/21 119/7
121/14 121/17 125/15 127/16
129/19 129/23 129/25 130/2
133/17 134/5 135/12 136/13
137/5 137/8 140/21 141/4
141/6 141/22 141/25 143/6
143/10 143/18 144/2 144/6
146/9 148/12 148/18 148/21
149/23 151/12 153/10 153/24

154/3 157/17 158/3 158/5
158/7 158/9 158/11 158/13
159/21 161/17 163/2 166/17
166/19 167/1 168/12 181/3
185/4 185/6 190/10 190/16
198/4 199/7 200/19 202/25
203/4 213/2 216/8 217/25
218/4 218/10 218/17 221/20
221/23 222/7 222/24 223/11
224/13 225/19 226/4 227/13
227/18 228/2 228/7 234/18
234/23 236/12 237/18 237/22
237/25 241/12 241/24 242/3
242/23 243/3 243/8 244/11
246/7 246/21 247/1 250/22
251/2 256/2 256/19 260/10
264/2 269/15 270/1 273/16
280/1 280/20 281/16 285/19
286/2 287/18 288/14 289/10
292/19 293/5 293/9 294/21
295/15 296/18 296/20 296/24
297/11 298/10 309/17 311/24
312/2 312/10 312/19 313/20
325/22 326/18 329/10 329/19
332/20 333/2 334/14 335/9
335/18 338/20 339/23 340/1
340/14 340/18 344/13 345/2
347/25 348/5 348/11 349/3
349/6 351/24 352/21 353/18
353/22 353/24 354/4 354/9
354/16 354/19 354/25 355/8
355/10 355/16 356/5 356/11
356/13 356/16 356/19 356/21
356/24 357/10 357/15 358/1
358/21 361/16 361/20 362/22
363/4
**MS. McCREA: [29]**  59/2 59/4
106/20 110/12 110/14 110/23
111/7 111/13 114/6 115/1
117/5 117/8 117/10 121/12
127/7 127/14 129/21 133/15
134/4 136/15 140/19 222/11
293/20 294/16 359/20 360/4
360/6 360/12 361/15
**THE COURT: [329]**  3/20 4/8
4/24 5/7 5/14 5/18 6/1 6/6
6/10 6/12 6/15 14/24 15/1
15/5 15/9 15/11 17/21 19/5
19/8 21/4 21/8 21/15 21/20
26/12 30/14 37/18 37/21
38/17 40/22 41/2 44/13 45/13
49/16 49/25 50/5 52/6 52/8
52/12 52/15 52/23 52/25 53/7
53/12 56/3 57/5 57/24 58/16
58/19 59/1 59/3 59/5 59/16
59/18 60/5 60/8 60/17 63/15
64/1 64/3 75/20 75/25 76/6
76/13 80/2 80/6 80/20 81/5
81/13 83/16 85/19 86/12
88/10 88/13 89/5 91/13 91/19
93/12 94/19 95/7 96/5 98/1
98/16 99/23 101/21 102/9
102/14 104/6 104/9 104/14
106/21 106/24 109/8 110/13
110/24 111/6 111/10 111/18
112/15 112/25 113/3 113/9
114/11 116/9 117/7 117/9
117/17 117/19 119/8 121/13

121/15 125/9 127/19 129/22
129/24 130/4 133/18 134/8
135/14 136/16 137/7 140/20
140/22 141/5 141/7 141/21
141/23 142/2 142/19 143/8
143/17 143/20 144/4 144/7
144/16 146/11 147/12 148/16
149/2 149/25 151/13 153/5
153/9 153/13 153/16 153/23
155/18 155/21 158/2 158/4
158/6 158/8 158/10 158/12
158/16 158/18 158/20 158/22
159/3 159/24 160/1 161/19
163/1 166/18 166/22 166/24
168/16 168/18 169/16 175/25
178/17 178/20 181/5 181/7
185/5 185/9 190/11 190/15
200/20 203/1 203/3 213/3
213/5 218/3 218/5 218/8
218/14 218/16 218/19 218/22
221/24 222/2 222/4 222/9
222/12 222/22 223/9 223/16
223/19 223/21 223/23 224/1
225/7 225/18 225/23 226/1
226/5 227/19 228/3 228/5
228/9 230/21 230/23 234/20
234/22 236/14 237/24 241/16
241/20 241/23 242/1 243/4
243/6 246/9 246/25 247/2
250/24 251/1 251/3 256/20
256/22 264/4 264/6 269/13
270/2 270/4 273/18 280/2
280/4 280/22 280/24 281/18
285/10 285/12 285/15 285/20
286/5 286/7 287/3 287/5
287/13 289/12 292/20 293/3
293/7 293/12 294/14 294/20
295/3 295/17 296/6 296/19
296/23 296/25 297/5 297/7
297/9 298/11 309/18 309/20
312/1 312/12 312/20 312/22
313/21 313/23 326/19 326/21
329/14 329/20 332/25 333/3
334/15 335/10 335/20 338/21
339/25 340/3 340/17 344/15
345/1 345/4 345/6 348/3
348/10 349/8 352/2 352/23
353/20 353/23 353/25 354/2
354/6 354/11 354/15 354/18
354/24 355/6 355/9 356/3
356/10 356/12 356/15 356/18
356/20 356/22 356/25 357/13
357/23 358/2 358/6 358/25
360/2 360/5 360/7 360/22
361/19 362/4 362/23 363/6
**THE COURTROOM DEPUTY: [5]**
104/16 121/19 144/13 227/15
227/23
**THE LAW CLERK: [1]**  53/11
**THE WITNESS: [12]**  21/7
21/21 37/22 45/14 49/17 80/5
96/6 104/19 106/25 121/21
144/15 159/6

**$**

**$100 [5]**  131/20 131/21
215/11 316/10 318/11
**$12 [4]**  233/20 235/25 237/7

**$**

**$12...** [1]   238/4
**$13** [1]   324/21
**$160** [1]   324/11
**$2,500** [5]   23/14 23/16 23/20 24/17 97/5
**$20,000** [2]   24/8 24/18
**$200** [5]   109/21 109/23 304/13 346/23 349/19
**$4,000** [2]   24/1 24/14
**$40** [2]   232/17 319/1
**$5** [2]   177/25 284/5
**$5,000** [1]   36/16
**$500** [1]   135/3
**$526** [1]   303/18
**$60** [1]   232/17
**$700** [5]   149/16 149/19 150/7 150/12 153/18
**$80** [4]   315/2 315/7 342/24 346/3
**$800** [5]   185/16 187/2 187/8 187/16 187/23

**/**

**/s** [1]   363/16

**0**

**040808** [1]   100/15

**1**

**1,000** [1]   346/4
**1.7** [2]   154/22 154/25
**10** [3]   224/15 314/11 350/23
**100** [6]   220/24 221/1 320/3 320/4 320/7 326/2
**1000** [1]   336/22
**103** [1]   332/22
**104** [1]   3/6
**1048** [1]   310/9
**10:00** [1]   52/17
**10:28** [1]   316/23
**10:34** [1]   205/17
**10:37** [1]   343/24
**10:56** [1]   195/6
**10th** [1]   318/24
**11** [2]   161/16 363/15
**11/15/2018** [1]   53/15
**110** [1]   326/16
**111** [1]   325/23
**112** [3]   53/10 173/12 359/1
**113** [1]   318/10
**116-page** [1]   218/3
**117** [1]   347/1
**119** [2]   3/7 331/21
**11:00** [1]   319/5
**11:50** [1]   317/21
**12** [12]   160/18 173/7 193/13 213/3 213/5 243/12 244/3 280/21 304/14 304/14 319/5 327/25
**120** [2]   311/22 356/16
**121** [1]   3/9
**123** [1]   329/13
**12:00** [1]   319/16
**12:32** [1]   207/20
**12:35** [1]   141/11
**12:43:23** [1]   325/3
**12:51** [1]   179/7
**12th** [10]   18/19 18/23 19/2 62/6 66/18 79/25 80/8 95/14 95/15 319/5
**13** [6]   83/23 194/10 207/20 236/14 236/23 264/4
**130** [1]   3/16
**131** [1]   4/15
**132** [1]   4/15
**136** [1]   3/16
**137** [1]   3/10
**13th** [1]   307/4
**14** [19]   3/17 84/7 195/5 218/2 218/4 218/9 218/10 230/21 231/3 234/19 236/14 236/16 236/25 260/12 261/15 264/4 264/9 316/10 341/19
**140** [2]   315/9 323/21
**147** [1]   324/13
**1490** [1]   324/6
**15** [11]   52/22 84/9 246/9 246/10 246/12 293/18 307/14 307/19 315/3 315/4 316/2
**15-minute** [2]   222/21 292/22
**1504** [2]   54/5 54/16
**159** [1]   3/12
**15a** [4]   3/18 246/23 247/4 251/2
**15c** [5]   3/18 250/10 250/24 251/2 251/6
**16** [16]   84/11 122/13 190/15 190/19 192/11 196/4 221/22 222/25 223/25 226/5 229/5 236/14 274/5 308/12 310/9 330/24
**160** [1]   324/16
**160hr** [1]   324/9
**167** [1]   347/7
**16th** [1]   193/14
**17** [11]   84/13 91/1 91/6 113/14 125/19 197/3 261/14 274/5 315/21 319/17 343/24
**1700** [1]   298/3
**1776** [1]   298/20
**17th** [1]   195/6
**18** [13]   24/8 24/18 84/13 91/1 91/8 105/8 105/23 138/21 161/1 197/4 209/9 209/14 328/1
**18-CR-80053-ROSENBERG** [1]   1/3
**180** [4]   299/6 300/20 356/19 356/24
**1864** [1]   313/12
**1865** [1]   313/13
**1866** [1]   313/13
**18a** [2]   298/2 312/7
**18d** [5]   190/14 190/16 298/5 298/11 310/3
**18e** [1]   309/14
**18th** [1]   196/4
**19** [9]   166/22 166/25 221/22 222/25 223/20 226/4 228/9 229/15 310/16
**1993** [1]   160/7
**1994** [2]   54/6 54/17
**19a** [2]   167/1 167/2
**19d** [6]   167/24 168/14 172/16
**190/11 190/16 190/17**
**19e** [1]   203/1
**19th** [2]   357/9 357/9
**1:00** [1]   303/4
**1:17** [2]   192/11 204/1
**1:30** [1]   142/4
**1:31** [1]   323/16
**1:34** [1]   244/8
**1:35** [2]   141/20 142/4

**2**

**2,928** [2]   313/5 313/6
**20** [13]   231/17 262/7 262/10 293/5 305/22 307/5 311/13 315/15 315/24 319/18 321/17 343/5 351/1
**20's** [3]   162/6 162/7 178/11
**200** [10]   189/1 189/3 304/12 342/4 345/19 345/21 345/23 346/22 349/16 349/19
**2000** [2]   42/12 46/17
**2005** [6]   15/17 15/20 16/4 16/13 16/19 84/18
**2006** [4]   16/4 16/13 16/20 35/22
**2007** [5]   16/20 21/25 22/7 22/10 199/2
**2008** [11]   16/20 106/2 106/2 106/14 107/4 107/25 109/2 113/11 123/4 124/13 138/1
**2009** [11]   7/3 7/4 7/18 7/23 9/19 9/19 9/22 10/1 10/20 16/20 22/5
**2010** [2]   7/3 161/16
**2011** [16]   161/2 161/23 162/13 162/18 163/15 169/7 173/7 190/15 190/19 192/11 201/8 205/17 207/2 207/20 208/16 266/6
**2012** [14]   242/19 245/25 246/2 299/3 303/2 305/22 306/8 310/16 311/11 311/13 314/7 314/11 321/17 322/18
**2013** [10]   8/4 8/9 37/9 41/20 41/25 42/1 314/7 325/20 328/1 329/4
**2014** [17]   9/24 10/1 10/20 11/11 12/3 17/9 41/14 43/18 49/4 84/21 93/21 94/9 231/17 236/22 253/21 341/1 341/16
**2015** [4]   274/5 277/14 340/24 343/24
**2016** [1]   220/14
**2017** [3]   46/18 87/18 266/6
**2018** [9]   1/8 42/12 53/15 68/1 70/4 73/3 78/14 89/9 137/24
**2019** [1]   363/15
**21** [8]   138/20 204/1 205/17 231/13 231/14 247/9 346/1 346/18
**2123** [1]   1/20
**218** [2]   3/17 3/17
**21d** [6]   3/19 255/15 255/18 256/20 256/24 258/23
**21st** [1]   357/7
**22** [15]   106/1 106/2 107/4 107/25 109/2 113/11 123/4

**2**

**22...** **[8]**   124/13 137/24
138/1 181/10 303/2 304/15
341/16 346/18
**2255** **[1]**   325/1
**229** **[1]**   302/25
**22nd** **[2]**   113/13 207/2
**23** **[6]**   3/20 207/20 306/8
330/5 332/22 333/2
**232** **[1]**   302/25
**2373** **[1]**   313/17
**24** **[8]**   3/19 24/14 68/12 69/1
181/15 265/8 329/12 329/16
**24/7** **[2]**   101/7 101/10
**241** **[1]**   303/2
**245–3422** **[1]**   168/11
**247** **[1]**   3/18
**25** **[7]**   6/21 52/17 69/4 97/17
159/23 181/17 303/13
**250** **[3]**   215/15 215/19 215/21
**2500** **[9]**   23/19 23/22 23/25
24/3 33/9 33/10 97/15 97/18
98/6
**251** **[1]**   3/18
**256** **[1]**   3/19
**25a** **[1]**   312/15
**25b** **[1]**   312/20
**25c** **[1]**   313/21
**25d** **[2]**   326/19 326/22
**26** **[5]**   181/19 219/14 219/15
220/25 320/18
**27** **[2]**   69/18 181/21
**28** **[2]**   70/12 181/23
**2855** **[1]**   313/19
**29** **[2]**   181/10 181/25
**295** **[1]**   304/14
**29th** **[1]**   199/2
**2:15** **[1]**   306/9
**2:43** **[1]**   308/12
**2:52** **[1]**   310/9
**2nd** **[3]**   1/19 309/8 310/11

**3**

**3,000** **[2]**   33/9 33/10
**30** **[10]**   132/11 260/12 261/16
315/1 315/5 341/16 346/1
346/3 353/21 354/18
**30's** **[1]**   162/16
**30-minute** **[1]**   351/1
**31** **[1]**   244/5
**32** **[7]**   54/5 54/16 221/22
222/25 223/22 228/9 230/6
**329** **[1]**   3/19
**333** **[1]**   3/20
**33401** **[2]**   1/17 1/23
**34** **[2]**   159/24 307/4
**3422** **[1]**   168/11
**34950** **[1]**   1/20
**35** **[4]**   264/4 265/13 269/18
270/2
**36** **[5]**   222/3 237/21 237/23
238/22 321/17
**360** **[1]**   344/1
**36d** **[2]**   241/14 242/6
**36h** **[1]**   241/16
**36j** **[16]**   181/5 181/10 213/3
221/22 222/23 226/3 228/8

**4**

229/5 230/1 237/21 238/21
269/18 270/2 288/25 289/11
331/25
**37** **[1]**   308/11
**3784** **[1]**   108/8
**38** **[1]**   308/11
**39** **[1]**   71/17
**3:00** **[1]**   173/13
**3:30** **[2]**   222/15 225/25
**3:43** **[1]**   173/13
**3a** **[2]**   345/2 345/3
**3b** **[1]**   345/4
**3rd** **[2]**   309/8 310/11

**4**

**4,000** **[1]**   24/7
**4,279** **[1]**   345/11
**4,900** **[1]**   346/7
**40** **[3]**   232/15 318/25 319/2
**400** **[1]**   1/16
**403** **[1]**   155/20
**404** **[5]**   5/5 5/5 154/17 155/6
157/8
**41** **[1]**   72/8
**42** **[3]**   72/17 162/12 162/13
**44** **[1]**   310/16
**441** **[5]**   232/1 240/17 248/1
252/8 341/23
**45** **[1]**   138/20
**450** **[2]**   1/19 1/22
**46** **[1]**   322/21
**466.mp4** **[2]**   243/2 243/4
**49** **[2]**   73/7 73/7
**4:00** **[1]**   321/18
**4:00 o'clock** **[1]**   353/4
**4:08** **[1]**   193/13
**4:26** **[1]**   305/23
**4:41** **[1]**   196/4
**4a** **[1]**   335/13
**4b** **[1]**   335/19
**4c** **[1]**   337/7
**4e** **[1]**   338/21
**4g** **[1]**   339/12
**4k** **[4]**   146/11 146/11 158/8
158/9
**4l** **[1]**   340/16
**4th** **[7]**   68/8 71/13 79/24
80/8 85/11 95/14 103/21

**5**

**50** **[6]**   19/8 73/19 94/25
95/13 232/15 346/21
**50's** **[1]**   178/11
**500** **[2]**   1/16 1/23
**50d** **[1]**   334/13
**50e** **[3]**   147/1 158/6 158/7
**50f** **[3]**   150/11 158/10 158/11
**50g** **[2]**   149/18 158/12
**51** **[7]**   3/16 135/17 135/18
136/11 136/14 136/18 139/4
**51ax** **[1]**   99/15
**526** **[2]**   303/14 303/20
**52a** **[1]**   126/15
**52b** **[10]**   3/16 129/7 129/21
129/23 129/25 130/2 130/4
137/15 139/7 139/9
**53** **[3]**   75/2 75/4 323/16
**54** **[1]**   324/6

**55** **[1]**   199/12
**561** **[2]**   313/17 314/5
**561–401–5730** **[1]**   203/8
**561–833–6288** **[1]**   1/24
**57** **[1]**   75/8
**5730** **[1]**   203/8
**597** **[1]**   54/22
**5:00** **[3]**   177/16 292/22
292/23
**5:02** **[1]**   303/2
**5:42** **[1]**   314/11
**5:44** **[1]**   307/16
**5:48** **[1]**   315/18
**5a** **[1]**   348/8
**5aa** **[2]**   348/11 348/12
**5ab** **[3]**   348/16 349/5 349/6
**5ac** **[2]**   351/13 351/25
**5ad** **[2]**   351/13 352/14
**5aj** **[3]**   285/1 286/4 286/6
**5bf** **[1]**   44/12
**5th** **[1]**   343/5

**6**

**60** **[5]**   232/15 356/8 356/8
356/16 356/23
**608** **[4]**   54/25 55/4 55/15
57/10
**60qv** **[1]**   220/24
**616** **[1]**   306/8
**62** **[1]**   171/17
**6285** **[1]**   1/17
**6288** **[1]**   1/24
**629** **[1]**   44/17
**62a** **[1]**   198/22
**62b** **[1]**   198/8
**62c** **[1]**   198/15
**64** **[2]**   53/20 53/24
**654–7100** **[2]**   313/17 314/5
**66** **[1]**   77/2
**6786** **[1]**   175/1
**68** **[1]**   77/9
**69** **[2]**   62/6 77/11
**692** **[1]**   320/22
**69th** **[1]**   175/1
**6:00** **[3]**   109/2 128/11 128/12
**6:01** **[1]**   307/17
**6:05** **[2]**   315/17 316/1
**6:15** **[1]**   306/9
**6:18** **[1]**   194/10
**6:30** **[1]**   348/5
**6b** **[2]**   161/5 161/18

**7**

**70** **[2]**   77/11 77/24
**700** **[1]**   149/15
**7100** **[2]**   313/17 314/5
**754** **[1]**   168/11
**77** **[1]**   281/14
**772–489–2123** **[1]**   1/20
**772.467.2337** **[1]**   2/3
**78** **[3]**   53/20 54/7 54/9
**7:10** **[1]**   197/4
**7:46** **[1]**   299/4
**7:50** **[1]**   300/17
**7:51** **[1]**   300/19

**8**

**80** **[6]**   78/12 314/25 315/5

**8**

**80... [3]**   325/1 342/23 346/1
**81 [3]**   53/12 53/13 235/17
**82 [4]**   112/17 113/1 143/19
234/20
**83 [2]**   3/4 234/20
**85 [1]**   323/23
**8636778273 [1]**   219/21
**87 [2]**   230/21 231/3
**88 [1]**   231/20
**899-2855 [1]**   313/19
**8:06 [1]**   318/23
**8:30 [3]**   353/2 353/24 353/25
**8:33 [1]**   304/15
**8:38 [1]**   310/16
**8:53 [1]**   319/17
**8:59 [1]**   304/18

**9**

**90 [1]**   356/21
**900 [1]**   346/5
**906 [1]**   54/22
**91 [2]**   232/15 232/22
**92 [2]**   230/21 232/22
**940-2373 [1]**   313/17
**954 [2]**   313/17 313/19
**954-780-3784 [1]**   108/8
**954-789-6285 [1]**   1/17
**954-873-1776 [1]**   298/20
**9:00 [3]**   353/24 360/20 361/8
**9:09 [1]**   304/23
**9:30 [1]**   353/25
**9:55 [1]**   207/2
**9as [1]**   280/2
**9df [1]**   287/23

**A**

**A's [3]**   131/11 132/6 164/8
**a.m [13]**   169/7 195/6 207/20
303/2 305/23 306/9 308/12
310/10 310/16 317/21 325/3
360/10 361/8
**abide [1]**   57/4
**ability [4]**   54/3 54/12 55/4
58/22
**able [26]**   27/22 28/3 55/12
56/10 57/8 57/18 87/16 94/14
97/3 97/15 97/18 97/22
101/19 102/19 115/24 116/9
124/6 124/21 138/3 143/7
178/24 226/15 228/16 294/11
297/2 350/16
**about [271]**   5/1 5/16 5/17
5/20 5/22 6/2 6/5 6/9 6/21
10/6 10/12 10/15 12/8 12/9
13/13 14/18 14/22 18/6 20/13
20/16 22/15 24/3 26/8 26/16
31/6 32/13 32/17 32/21 43/16
43/17 43/21 44/2 44/25 46/13
46/14 49/7 51/20 55/3 55/4
55/13 55/13 57/8 57/19 58/2
58/5 58/9 58/21 63/18 64/6
64/7 64/14 64/24 66/17 67/10
67/12 69/21 69/23 69/25 70/2
70/12 71/10 71/23 72/2 72/3
72/11 73/7 74/16 77/2 79/1
86/2 86/5 86/21 86/22 89/13

89/23 90/3 92/3 92/14 92/14
92/22 92/24 94/4 95/25 96/23
97/2 97/5 99/21 100/3 100/22
101/12 102/6 103/1 103/1
103/2 103/22 104/1 107/21
108/19 108/24 114/21 114/22
117/14 119/13 119/25 123/10
141/6 143/14 145/7 145/10
146/11 146/21 150/11 151/16
151/22 151/24 155/2 155/10
156/25 157/6 157/24 159/14
163/20 164/1 164/25 165/7
165/8 165/9 165/11 165/19
166/2 166/9 170/18 170/21
171/4 171/5 171/6 171/8
172/17 172/19 172/24 173/3
173/4 173/6 173/16 173/16
173/20 174/2 174/16 176/15
176/15 176/21 177/11 178/8
178/14 178/14 178/24 179/2
180/3 183/3 183/10 183/19
184/5 184/6 184/24 185/2
185/15 192/5 192/17 195/12
197/3 197/21 199/17 200/18
200/19 204/20 205/13 207/25
212/7 214/1 214/3 215/6
215/9 219/23 221/8 221/12
223/11 223/22 224/16 225/24
226/15 230/20 232/2 232/25
236/25 239/15 241/22 245/24
248/14 251/15 251/25 253/20
254/13 255/17 261/14 262/22
263/18 265/4 266/23 267/9
270/8 270/14 271/7 274/22
275/7 276/12 277/4 282/2
282/9 283/7 283/13 286/13
292/2 292/7 293/5 295/23
296/16 297/20 298/2 302/21
303/13 306/13 307/15 308/1
309/1 310/4 311/7 311/16
315/21 316/10 318/13 318/24
319/13 320/10 323/24 326/14
327/3 328/15 329/18 330/25
330/25 336/1 336/18 337/4
337/8 338/17 338/20 341/15
342/12 343/23 346/21 347/5
352/14 353/17 353/19 355/5
358/18 359/13 359/22 360/22
360/23 362/6
**above [5]**   100/13 355/22
355/23 361/5 363/13
**Absolutely [3]**   43/4 191/6
244/19
**abundance [1]**   143/9
**abuse [2]**   96/22 291/18
**accept [4]**   55/5 55/17 55/17
232/17
**according [3]**   315/18 351/5
359/12
**Accordingly [1]**   53/21
**account [15]**   26/23 26/25
27/10 39/24 40/2 40/10 40/15
41/8 41/12 101/19 150/9
236/3 236/6 239/6 337/4
**accounts [2]**   39/23 335/23
**accurate [9]**   19/25 126/13
127/1 127/6 137/21 144/1
242/19 256/10 310/6

**accurately [4]**   129/11 129/16
255/24 256/17
**accuse [1]**   282/7
**acknowledge [1]**   273/16
**acknowledged [1]**   226/12
**across [2]**   224/13 247/13
**act [4]**   63/8 189/16 215/5
215/7
**acted [4]**   19/2 63/20 80/13
80/15
**acting [9]**   9/16 42/2 43/13
49/12 49/20 49/23 59/25
114/19 133/13
**action [1]**   14/7
**actions [4]**   14/8 43/21 71/23
125/14
**activate [1]**   350/14
**active [1]**   350/13
**activities [3]**   94/4 200/14
243/20
**activity [1]**   200/7
**acts [10]**   155/8 155/9 189/18
193/8 195/22 212/10 224/21
240/21 273/10 276/11
**actual [6]**   93/6 120/19 126/8
215/9 306/5 354/5
**actually [11]**   12/15 54/18
60/11 81/14 87/7 98/25
118/25 215/13 283/18 293/25
343/21
**ad [32]**   108/12 119/21 119/22
219/2 219/17 220/14 220/20
221/8 231/11 232/12 232/13
233/20 235/10 236/10 237/6
237/11 237/15 246/13 246/15
246/19 246/19 260/5 260/16
261/8 263/2 263/8 264/11
265/9 265/13 305/25 319/15
352/1
**add [2]**   235/25 251/17
**added [1]**   252/1
**AddiCTIVE [1]**   231/12
**addition [1]**   215/19
**additional [4]**   55/18 56/10
142/23 362/16
**address [14]**   60/13 174/23
236/5 236/11 238/8 293/22
296/3 330/12 330/13 333/10
333/17 333/23 333/23 333/24
**adhered [1]**   54/19
**adjacent [1]**   123/22
**adjoining [6]**   109/6 109/7
120/22 121/2 121/6 250/5
**adjust [1]**   82/11
**Administration [1]**   122/16
**admissible [2]**   111/5 115/1
**admit [6]**   136/14 218/13
226/23 246/23 250/24 256/20
**admits [1]**   142/17
**admitted [17]**   129/25 136/17
144/2 155/15 158/7 158/9
158/11 158/13 218/9 218/17
247/1 251/4 256/23 297/2
329/15 333/1 340/3
**admitting [2]**   153/20 155/21
**admonished [1]**   179/13
**ads [21]**   29/5 107/12 107/17
216/18 216/22 217/2 218/3

**A**

**ads... [14]**   223/9 230/20
233/12 233/18 233/22 233/24
237/8 239/4 260/7 261/15
262/22 262/23 263/5 327/14
**adult [2]**   73/9 73/12
**adults [1]**   107/13
**advance [3]**   275/17 281/24
359/10
**advantage [1]**   363/3
**advertisement [3]**   120/5
120/11 235/2
**advice [2]**   12/6 310/22
**advise [1]**   248/19
**advised [1]**   249/23
**advising [1]**   305/10
**affect [6]**   151/5 185/5 260/8
274/10 321/21 322/11
**affecting [1]**   296/5
**affects [1]**   4/24
**afraid [5]**   92/22 151/1
266/14 272/15 272/17
**after [86]**   7/12 7/16 7/18
7/25 7/25 8/9 8/21 8/25 9/22
17/9 18/3 43/21 52/17 60/23
65/6 66/8 71/23 80/10 87/10
87/18 88/17 92/11 93/21 94/9
100/16 114/23 115/16 115/21
117/24 124/16 127/3 127/9
128/12 133/5 133/21 138/1
140/18 149/9 149/11 154/24
167/18 170/2 174/20 175/4
179/15 187/16 187/22 188/3
189/4 197/14 197/24 208/21
212/19 214/15 221/1 241/16
249/7 250/7 254/25 267/2
267/5 272/11 277/10 282/11
292/23 293/20 299/2 315/22
317/7 317/13 318/10 318/24
320/21 325/20 328/1 335/5
349/16 354/3 354/16 354/21
354/22 359/3 359/7 360/9
360/16 360/22
**afternoon [9]**   119/12 121/25
122/1 137/12 144/8 159/10
159/11 173/13 222/14
**afterwards [1]**   293/16
**again [38]**   16/3 22/4 23/2
37/12 38/19 45/7 54/14 66/9
72/11 75/8 77/8 79/18 108/16
112/1 120/7 131/19 153/8
189/2 196/18 199/10 232/4
235/25 237/8 237/8 237/8
251/25 254/2 261/13 280/12
306/10 307/10 312/12 321/25
340/22 347/23 350/14 352/25
357/6
**against [7]**   43/19 72/11
96/19 116/8 155/8 155/9
240/13
**age [5]**   117/14 125/19 161/2
219/16 231/15
**agencies [9]**   12/9 210/16
210/20 211/4 211/5 215/9
215/24 216/13 216/22
**agency [21]**   101/9 145/1
145/2 186/13 186/14 188/19

190/9 194/17 195/23 199/25
204/8 210/14 211/8 211/11
215/14 216/1 217/1 246/5
346/4 346/5 346/6
**agency...No [1]**   219/14
**agent [49]**   18/18 19/19 19/23
24/21 40/13 51/24 56/22 62/6
65/19 65/21 66/18 66/25 67/4
68/1 68/2 68/4 68/8 68/14
69/7 69/19 70/5 70/13 70/21
71/7 71/13 71/17 71/18 71/22
72/8 72/14 72/17 73/3 73/11
73/19 74/10 75/4 76/20 77/3
77/12 77/21 78/8 78/14 82/9
85/10 85/14 93/4 93/7 136/8
136/9
**agents [10]**   26/11 86/15
93/15 103/21 103/25 106/10
110/8 133/21 134/11 134/14
**aggressive [1]**   232/7
**ago [8]**   43/19 56/11 91/5
126/9 128/15 129/18 137/23
231/18
**agree [6]**   5/24 115/13 140/3
244/15 311/14 314/6
**agreeable [1]**   58/24
**agreed [3]**   36/3 57/15 359/1
**agreement [6]**   53/18 110/1
227/21 248/21 294/3 361/13
**agrees [1]**   54/10
**ahead [2]**   82/19 139/23
**aint [1]**   206/6
**alcohol [4]**   53/19 53/22 54/1
54/2
**alcohol use [1]**   53/22
**alien [1]**   81/18
**all [152]**   4/4 5/19 13/9
13/18 15/23 16/12 16/16
16/20 17/15 17/16 18/3 18/11
20/22 27/22 33/16 41/13
41/14 51/20 56/23 59/7 60/9
64/4 64/24 67/25 78/1 78/24
86/16 86/21 88/20 89/13
91/23 92/25 102/4 102/18
113/4 114/15 114/17 115/20
118/14 118/17 131/11 131/13
132/3 132/20 132/23 133/2
133/6 137/2 139/2 141/10
141/13 141/15 143/18 143/20
143/23 144/5 146/22 147/1
148/21 151/10 151/24 153/25
154/7 154/10 156/2 157/4
157/10 158/21 159/14 164/12
168/21 182/20 187/12 187/24
188/1 192/17 193/19 196/5
196/16 196/20 196/23 197/1
197/5 200/2 209/23 210/25
211/1 214/13 216/25 218/23
222/5 225/3 227/7 227/21
228/4 242/12 243/24 246/4
246/20 247/9 247/13 249/12
250/3 250/15 250/17 250/24
258/19 261/19 268/21 269/11
272/3 272/23 273/19 276/11
276/11 279/15 279/16 282/20
283/15 284/21 285/11 285/21
288/18 295/13 296/20 299/8
301/1 305/12 305/19 311/13

313/6 314/10 323/1 324/21
332/9 334/5 337/21 340/10
341/15 345/17 346/18 346/23
347/7 347/11 349/21 352/25
354/19 357/19 359/10 359/11
360/23 363/7
**allegation [1]**   142/18
**allegations [2]**   72/11 72/15
**alleged [3]**   4/18 4/19 157/20
**allotted [1]**   357/5
**allow [8]**   65/21 102/11
127/18 142/24 157/2 227/11
357/9 362/3
**allowed [6]**   34/14 56/14
90/17 116/13 302/15 303/21
**allows [1]**   65/11
**almost [4]**   90/25 333/12
337/24 353/19
**alone [6]**   88/20 109/5 109/6
175/22 175/24 204/10
**along [8]**   19/5 128/6 144/19
150/15 150/25 158/15 163/3
246/2
**alot [1]**   321/20
**already [19]**   19/13 28/23
34/3 34/4 48/15 50/23 59/14
82/14 95/1 188/17 195/22
203/14 254/8 260/9 260/11
280/22 280/24 286/9 287/22
**alright [1]**   173/24
**also [20]**   50/21 54/22 72/8
75/4 120/2 120/9 139/7 140/8
154/8 174/2 176/18 220/18
227/1 231/21 235/17 260/7
297/24 329/7 330/7 362/9
**ALSTON [168]**   1/7 74/8 84/5
84/13 86/2 86/5 86/7 86/16
86/18 87/2 87/6 89/16 89/24
90/8 90/10 90/12 90/23 93/21
101/2 103/2 103/6 103/13
103/16 114/25 134/24 136/12
144/19 145/7 145/10 147/10
147/23 148/10 150/8 150/19
150/20 151/6 160/23 163/23
163/24 164/11 164/16 165/16
165/25 170/9 170/11 170/14
170/23 173/14 173/18 174/2
186/2 189/8 189/9 189/10
189/11 190/6 190/7 191/23
192/2 193/8 200/1 200/3
200/5 200/17 201/17 202/10
203/24 208/13 210/12 212/7
212/9 212/14 214/1 217/8
217/22 219/25 228/15 229/12
229/25 230/1 231/6 232/14
235/14 237/17 238/18 239/10
241/4 241/9 243/13 243/24
244/8 244/17 245/3 245/6
245/9 246/3 248/7 249/2
249/3 249/5 250/3 251/20
253/9 253/13 253/18 253/24
254/22 254/24 254/25 256/7
257/16 257/22 259/12 261/23
262/21 262/23 263/10 263/17
265/1 265/7 265/25 266/5
274/12 276/17 278/4 278/5
278/12 279/1 283/15 284/18
285/5 287/9 288/8 288/17

**A**

**ALSTON... [34]** 288/17 289/15
290/25 291/11 297/16 298/19
300/3 300/16 302/17 303/23
305/13 305/18 306/22 308/1
308/19 309/24 310/22 313/15
316/17 327/22 331/15 331/19
331/20 334/6 335/6 336/3
336/5 336/9 336/19 339/6
339/23 346/20 347/14 350/8
**Alston's [20]** 150/15 167/12
243/20 244/6 261/10 264/16
265/18 286/18 286/20 288/10
289/4 290/21 329/1 332/20
333/16 335/4 335/16 336/11
348/9 351/17
**alter [1]** 259/24
**although [3]** 5/5 227/7
286/10
**always [17]** 22/25 46/3 75/5
87/3 172/20 173/6 191/18
191/19 200/3 244/17 266/1
285/7 296/14 296/15 297/1
297/23 322/4
**am [95]** 10/6 18/22 24/10
28/10 30/18 34/21 37/20
38/16 44/12 46/2 46/8 46/8
49/4 56/9 56/20 57/6 57/11
59/9 63/3 64/3 64/15 64/23
66/10 69/22 72/24 72/25 76/6
81/4 81/13 81/21 82/19 82/20
87/9 89/4 91/23 92/22 96/8
100/8 107/21 107/23 107/23
109/6 109/15 112/20 114/7
114/21 117/4 117/4 118/13
119/17 120/9 129/7 132/6
138/10 142/16 142/17 153/19
156/16 156/21 158/1 160/7
161/4 163/3 163/23 178/20
190/17 224/8 225/12 227/10
243/12 247/13 248/14 250/9
258/22 261/6 261/15 279/4
285/1 285/20 294/24 295/1
297/4 303/18 308/8 317/6
323/5 323/25 335/13 344/4
348/1 350/24 353/19 354/24
357/19 362/2
**AMERICA [1]** 1/4
**amongst [1]** 52/19
**amoooo [1]** 316/18
**amount [3]** 58/8 349/19
349/20
**amounts [1]** 14/11
**Amparo [1]** 346/10
**ample [1]** 156/23
**and/or [1]** 144/2
**Andrew [1]** 355/23
**Angeles [1]** 265/14
**Angell [45]** 18/18 19/19
19/23 24/21 40/13 51/24
56/22 62/7 65/19 65/21 66/18
66/25 68/1 68/2 68/4 68/8
68/14 69/8 69/19 70/5 70/13
70/21 71/7 71/13 71/17 71/18
71/22 72/8 72/14 72/17 73/3
73/11 73/19 74/10 75/4 76/20
77/3 77/12 77/21 78/8 78/15

82/9 85/14 133/7 136/9
**anger [1]** 279/7
**angry [2]** 208/9 277/7
**Anna [1]** 243/17
**annotations [1]** 55/15
**announce [1]** 318/10
**annoyed [1]** 204/24
**another [41]** 14/12 15/24
50/2 50/3 50/9 54/18 60/14
67/6 111/16 116/15 117/25
150/12 179/19 186/25 187/21
188/3 198/15 220/17 220/20
235/2 255/4 259/5 292/20
302/21 303/24 304/15 304/20
305/25 308/20 318/21 320/18
324/6 325/1 325/20 327/23
327/25 332/13 350/14 353/22
356/9 356/19
**answer [37]** 17/23 18/2 18/16
21/7 21/18 38/20 49/17 55/5
55/18 75/19 75/20 75/21
76/10 76/17 80/4 80/5 85/7
96/6 98/15 98/18 108/10
111/21 111/25 112/3 132/5
181/2 185/9 199/10 269/15
287/17 296/11 296/13 331/3
345/21 345/22 346/3 347/22
**answered [3]** 75/16 102/7
108/11
**answering [2]** 98/17 343/10
**answers [5]** 59/12 59/13 95/5
131/7 269/13
**anticipate [3]** 293/6 356/8
357/18
**anticipation [1]** 184/2
**any [139]** 5/13 5/20 5/25 6/1
6/19 10/19 10/22 12/7 14/22
15/4 15/8 15/14 16/22 27/5
37/3 39/14 39/16 39/16 39/19
39/23 40/14 41/9 45/10 52/20
52/20 52/20 55/2 57/7 57/10
63/13 64/17 76/18 77/24
77/25 83/17 84/15 88/22
112/7 115/5 116/2 116/22
116/23 117/13 120/10 121/14
122/14 127/3 129/14 130/18
131/3 131/10 140/21 141/16
141/18 141/24 142/20 151/16
152/3 152/10 152/12 155/17
157/19 158/15 158/17 159/25
164/3 165/21 165/25 166/23
169/19 177/10 180/24 181/6
183/17 183/23 186/2 187/10
187/14 203/2 204/12 209/21
210/16 212/24 213/4 218/6
218/15 218/20 218/21 221/25
222/16 222/17 223/19 224/23
226/24 230/22 234/21 236/15
237/24 240/24 241/17 243/5
249/5 250/25 256/21 263/3
263/3 264/5 269/15 270/3
273/9 275/4 280/3 280/23
282/17 282/19 282/21 282/21
284/18 286/6 286/10 287/17
292/24 292/24 295/16 299/8
309/19 312/21 313/22 326/20
336/6 339/8 345/5 353/6
353/6 353/7 355/7 358/7

358/13 361/15
**anybody [3]** 5/16 16/7 152/20
**anyone [36]** 5/20 49/6 49/20
52/19 52/21 72/18 76/6 86/4
87/13 92/18 92/22 92/24 93/1
141/16 164/19 180/24 201/22
208/19 220/2 222/17 222/20
271/13 286/25 287/4 287/9
287/16 292/25 293/2 301/11
336/22 351/4 353/6 353/8
353/11 356/13 357/2
**anything [57]** 6/1 6/5 12/5
17/2 19/17 37/3 40/20 51/10
63/25 67/24 72/2 75/16 76/10
76/19 86/9 86/20 89/2 89/11
96/20 122/10 123/15 141/15
147/24 153/10 153/20 154/23
158/1 163/20 172/11 172/20
173/5 177/21 179/22 182/16
184/23 185/22 188/22 189/24
195/12 195/13 197/20 207/17
208/8 214/4 214/5 225/8
227/17 227/25 248/25 250/5
255/13 259/21 282/22 285/13
295/12 295/18 363/1
**anyway [1]** 232/7
**anywhere [3]** 15/11 99/3
264/15
**apartment [1]** 13/9
**apartments [1]** 184/22
**Apgar [5]** 47/3 47/5 47/9
47/15 47/17
**apologize [6]** 4/1 5/4 149/24
158/24 181/4 345/3
**app [4]** 235/7 344/4 350/2
350/19
**apparent [1]** 116/3
**appear [3]** 4/18 213/21 347/8
**appearance [3]** 328/11 331/1
331/9
**APPEARANCES [1]** 1/13
**appeared [1]** 140/11
**appears [7]** 149/21 157/4
167/7 244/14 305/6 330/10
333/23
**application [2]** 44/7 44/21
**applied [1]** 82/22
**applies [1]** 111/8
**apply [3]** 66/9 83/12 359/25
**applying [3]** 44/4 44/5 65/16
**appointment [15]** 119/19
120/20 187/21 187/22 188/3
188/5 188/8 205/4 215/14
215/21 282/12 303/25 304/16
320/11 351/1
**appointments [3]** 311/19
326/17 330/3
**appreciate [2]** 141/13 185/7
**approach [14]** 44/13 52/12
77/14 95/7 112/15 114/10
135/14 166/18 222/2 222/13
312/1 312/11 335/10 344/14
**approaching [2]** 295/10 296/1
**appropriate [4]** 57/7 57/11
58/21 142/15
**approved [1]** 9/4
**approximately [9]** 97/10
109/2 128/10 160/12 169/7

**A**

approximately... [4]   187/1
262/6 304/18 354/13
apps [4]   263/20 352/7 352/8
352/12
April [41]   18/19 18/23 19/2
62/6 66/18 68/1 68/8 70/4
71/13 73/3 78/14 79/24 79/25
80/8 80/8 85/9 85/11 89/9
92/24 95/14 95/15 103/21
106/1 106/2 107/4 107/25
109/2 113/11 113/13 123/4
124/13 137/24 138/1 138/3
299/3 303/2 304/15 311/11
314/7 341/1 341/16
April 12th [8]   18/19 18/23
19/2 62/6 66/18 79/25 80/8
95/15
April 22 [12]   106/1 106/2
107/4 107/25 109/2 113/11
123/4 124/13 137/24 138/1
303/2 304/15
April 22nd [1]   113/13
April 30 [1]   341/16
April 4 [5]   68/1 70/4 73/3
78/14 89/9
April 4th [7]   68/8 71/13
79/24 80/8 85/11 95/14
103/21
April 7 [2]   299/3 311/11
are [317]   4/2 4/4 4/25 5/6
5/25 6/14 6/18 7/20 7/23
12/2 12/3 12/7 16/17 19/6
20/9 25/13 25/20 27/11 27/22
35/18 35/19 35/19 35/23
37/19 38/18 41/15 42/8 42/8
45/17 48/6 48/10 48/16 49/9
49/23 52/19 53/17 59/12
59/16 60/19 60/20 60/20 63/2
64/2 64/9 64/17 65/8 65/16
66/5 66/8 67/3 68/11 69/23
70/20 71/19 72/11 72/14 80/2
80/17 81/2 81/2 81/10 81/18
81/20 81/20 81/22 82/6 82/8
82/25 83/12 95/12 96/25
99/11 105/1 106/24 107/22
108/17 108/18 108/22 108/23
109/1 109/5 109/16 111/5
114/24 115/1 116/10 116/18
116/20 116/20 117/8 117/13
117/21 119/1 119/25 120/12
122/1 122/2 122/4 124/6
129/14 130/21 130/25 131/3
131/10 131/16 132/7 132/20
137/13 137/21 138/3 138/6
138/9 138/12 138/14 138/23
140/2 140/17 143/14 144/9
145/14 146/11 147/2 148/1
148/21 151/16 151/19 154/17
154/25 156/15 156/22 158/21
159/12 159/22 160/10 168/7
169/14 169/15 169/24 170/19
172/9 173/16 174/20 185/1
189/22 189/23 190/14 190/19
191/15 194/1 195/8 195/8
196/16 204/23 204/24 206/21
206/22 211/22 219/13 219/22

221/14 221/17 222/5 222/6
223/1 223/10 224/5 224/12
225/5 226/24 228/16 229/7
231/3 232/7 239/17 242/6
242/22 244/15 244/20 247/14
250/3 250/17 252/19 254/11
255/22 256/1 256/13 257/3
257/23 258/8 258/18 258/25
259/2 260/15 260/18 260/18
260/19 260/25 261/2 261/14
261/15 261/19 265/6 267/12
270/7 273/14 278/22 278/25
280/7 282/19 283/16 287/22
288/21 290/24 292/24 293/4
293/11 294/10 294/15 295/10
295/14 295/23 296/10 296/21
296/22 296/23 296/24 297/3
298/9 298/24 298/24 299/1
299/9 299/10 299/25 300/10
301/23 301/25 301/25 302/12
303/24 305/10 306/13 308/9
309/2 309/7 309/15 311/7
311/10 313/1 313/10 313/10
314/2 314/4 314/9 317/19
318/7 319/11 322/22 324/7
324/21 324/21 325/8 325/14
325/22 330/9 330/22 331/21
331/25 335/23 336/1 336/12
337/9 337/21 338/24 340/21
341/24 345/10 346/5 346/18
347/11 347/16 348/17 349/13
349/18 350/6 350/19 351/1
351/4 351/5 351/5 351/6
352/6 354/8 354/20 354/21
355/4 355/5 355/16 355/20
355/20 355/25 356/3 356/4
357/14 358/13 359/24 360/15
361/5 361/8 362/1 362/12
362/21 363/1 363/3 363/4
363/5 363/8
are smily [1]   219/22
area [10]   62/1 133/22 133/24
221/14 240/22 267/10 267/12
268/5 310/24 319/11
areas [3]   53/5 91/21 102/1
aren't [3]   80/17 301/19
343/10
arguably [1]   55/1
argue [2]   56/14 224/25
arguing [2]   56/15 225/12
argument [8]   55/20 57/16
115/14 115/24 142/21 222/23
227/5 241/21
arguments [2]   153/11 226/2
arm [6]   223/3 251/8 251/23
253/3 253/8 258/10
arms [1]   213/16
around [25]   16/3 16/12 25/11
29/18 68/5 73/16 73/18 90/16
91/10 102/19 114/6 128/12
155/14 161/16 192/16 215/2
280/11 280/13 295/3 295/24
308/8 308/9 319/16 327/13
351/3
arrangements [2]   33/14
202/10
arrest [19]   35/19 41/15 43/7
49/11 87/18 88/1 88/17

110/10 110/18 113/16 123/17
125/1 125/22 134/25 137/24
250/21 255/22 256/9 256/18
arrested [48]   25/15 25/19
35/6 37/9 41/20 42/15 46/17
48/15 49/21 49/24 71/23
80/20 85/9 89/10 89/14 89/16
101/1 103/3 103/7 113/19
113/23 134/19 140/13 140/18
235/16 245/4 245/10 245/20
246/2 246/4 246/20 247/18
247/20 248/14 248/24 249/1
249/23 252/12 252/16 253/21
253/23 254/16 255/1 255/2
260/4 261/12 292/3 351/9
arresting [1]   113/17
arrests [1]   259/24
arrive [3]   109/3 123/25
124/16
arrived [2]   248/17 257/13
arrows [1]   295/1
articulated [1]   226/10
Artola [1]   355/14
as [144]   9/16 19/3 22/12
23/6 23/8 29/4 29/23 42/2
42/18 43/13 45/11 47/22
47/22 49/12 49/20 49/23 50/4
50/5 53/15 54/2 54/11 54/20
55/4 56/8 56/24 57/14 57/16
57/23 58/1 59/25 62/21 62/24
63/8 63/20 64/7 65/2 67/4
68/20 72/23 72/23 73/4 73/4
73/12 79/1 80/13 80/15 81/1
82/1 86/22 90/12 93/9 93/15
99/14 101/7 101/7 105/23
106/15 107/9 107/9 108/3
111/1 112/17 112/21 114/16
114/20 115/1 115/20 115/25
116/7 120/5 120/5 120/25
122/19 125/13 125/14 131/10
131/10 134/24 143/1 143/19
143/19 144/1 144/10 152/15
153/12 153/12 154/17 155/24
156/3 156/20 156/25 157/1
157/21 195/3 195/3 208/22
208/25 214/16 215/3 215/6
215/23 216/2 223/18 223/18
237/13 241/21 242/1 243/7
255/1 261/15 263/2 263/2
265/11 266/11 274/5 274/22
274/23 276/10 287/14 292/12
294/11 295/21 296/13 296/14
298/4 303/3 305/10 329/4
330/20 333/12 334/12 335/25
346/24 347/21 353/9 357/7
357/11 357/12 358/8 360/13
360/14 360/17 360/20 360/21
asap [1]   323/20
ascribing [1]   81/7
Ashley [3]   61/12 61/15 64/6
ask [96]   5/12 6/10 15/12
17/22 17/22 26/13 38/2 38/19
40/24 41/3 42/10 44/16 44/16
45/10 48/14 48/19 52/18 55/2
57/18 58/2 59/7 59/20 60/6
64/24 69/3 81/7 85/6 89/2
91/14 94/20 96/23 98/17
102/1 107/21 108/16 109/9

**A**

**ask... [60]** 110/20 112/3 114/4 114/21 116/13 117/4 117/15 117/25 118/13 127/9 127/20 131/9 134/9 141/1 141/12 142/10 142/16 148/17 149/3 150/20 152/3 156/6 159/14 168/22 170/21 174/2 185/6 185/10 197/3 211/10 219/23 221/12 223/10 227/13 228/8 243/4 253/20 255/17 256/1 296/12 297/6 297/20 298/2 299/2 302/9 302/14 306/5 309/6 310/4 327/3 327/16 327/21 329/18 336/1 341/15 343/23 346/21 352/14 355/2 362/5

**asked [43]** 12/9 14/13 17/15 17/20 18/10 20/16 25/8 25/16 30/14 45/4 47/11 75/8 75/15 76/9 76/17 77/21 81/14 82/16 90/6 92/14 92/18 93/3 96/20 98/21 100/22 102/7 102/15 103/21 114/17 115/12 117/7 117/14 122/24 129/2 166/9 184/4 294/2 295/24 296/1 305/19 327/18 330/24 351/5

**asking [26]** 18/5 18/7 18/9 18/14 25/20 37/19 37/20 44/24 55/13 57/8 58/21 59/14 76/6 85/16 86/2 99/21 100/2 102/8 117/13 119/13 131/3 132/20 158/15 196/21 285/14 317/6

**aspect [3]** 5/5 157/16 316/13

**ass [8]** 172/10 193/16 205/3 323/18 323/20 323/22 342/17 342/17

**asserted [2]** 134/7 148/23

**assigned [3]** 105/20 106/6 341/11

**assignment [2]** 105/9 106/5

**assignments [2]** 105/19 122/21

**assist [1]** 65/22

**assisting [1]** 65/19

**associated [5]** 222/17 236/2 239/6 242/18 337/21

**association [1]** 52/20

**assume [3]** 40/2 102/10 304/4

**assuming [3]** 120/9 224/8 361/19

**assumption [2]** 287/13 362/18

**assurance [1]** 6/6

**Atlanta [4]** 264/12 264/13 264/18 265/11

**attached [3]** 221/18 236/5 332/24

**attack [1]** 54/20

**attack as [1]** 54/20

**attempt [1]** 115/8

**attempted [2]** 89/3 285/13

**attempting [1]** 89/4

**attending [1]** 172/13

**attention [6]** 16/5 106/1 171/15 242/8 305/5 353/1

**Attorney [1]** 139/14

**Attorney's [17]** 1/15 138/22 139/18 139/20

**attorneys [3]** 138/11 138/19 226/19

**attract [1]** 233/13

**audio [13]** 109/13 120/18 121/5 121/10 121/11 124/1 126/6 127/6 128/20 128/22 128/25 137/18 138/7

**August [4]** 154/3 154/22 236/22 363/15

**August 7 [1]** 236/22

**Austin [1]** 265/10

**Australian [2]** 1/16 1/22

**authority [1]** 223/5

**availability [1]** 108/16

**available [13]** 55/8 55/22 56/6 107/22 108/17 139/7 143/10 359/2 359/3 359/12 359/15 360/4 361/2

**Avenue [1]** 1/16 1/22

**average [4]** 262/4 262/8 262/9 262/10

**avoid [1]** 141/18

**aware [17]** 9/16 32/9 40/24 48/16 49/9 49/20 49/23 60/20 64/17 66/5 70/9 138/10 152/17 194/5 225/9 296/23 357/19

**away [11]** 13/1 108/25 144/2 177/7 220/2 290/4 304/18 304/20 304/23 305/2 361/25

**Awee [1]** 321/20

**Aweee [1]** 322/23

**Awesome [1]** 219/20

**Awh [1]** 172/3

**Awhh [2]** 172/21 195/10

**awhile [5]** 62/19 62/22 73/10 212/19 214/15

**awkward [1]** 362/2

**Awww [1]** 191/14

**Awwwww [1]** 194/13

**B**

**B's [1]** 164/8

**B-A-B-E-Z [1]** 172/18

**B-I-T-C-H [2]** 214/18 240/7

**babez [2]** 172/18 174/6

**baby [1]** 213/1

**back [117]** 4/6 6/16 7/11 7/14 7/16 7/17 7/20 8/11 8/16 8/25 10/24 12/4 12/5 12/11 16/20 19/2 23/18 29/25 32/4 34/6 34/22 36/7 43/22 51/4 51/8 51/13 51/15 52/21 53/2 53/24 56/8 57/17 60/18 61/4 62/6 66/13 79/18 85/7 87/2 92/8 97/17 98/9 98/10 98/12 101/3 101/6 101/8 102/20 106/6 106/13 106/17 107/12 107/12 114/8 115/23 122/23 136/25 141/12 141/20 142/4 142/4 142/11 143/22 143/23 148/25 153/7 158/23 162/18 167/6 172/3 173/7 179/4 179/6 186/5 190/20 191/25 193/25 195/8 196/10 197/13 200/15 212/6 220/25

225/24 228/6 229/20 243/22 250/20 252/20 252/25 253/12 253/15 255/4 257/22 265/22 268/5 269/9 273/7 275/7 281/9 290/14 290/16 290/21 290/22 293/10 293/17 297/10 297/14 301/19 306/12 306/19 310/3 310/8 317/5 342/8 344/23 349/24

**background [4]** 29/17 45/3 45/19 81/15

**backkkkk [1]** 194/14

**Backpage [34]** 20/13 29/5 96/10 106/16 107/11 123/15 145/1 216/16 216/17 216/22 217/19 217/24 218/3 219/2 223/9 230/13 230/16 230/17 230/20 236/2 236/5 237/9 238/6 238/14 239/4 246/5 246/7 246/15 259/25 260/4 260/7 260/16 261/5 305/25

**backup [1]** 121/2

**bad [14]** 28/6 28/9 28/10 56/14 192/25 210/9 250/3 266/16 266/18 270/21 270/23 274/11 275/20 275/21

**Bahamas [11]** 31/7 31/23 32/4 35/16 35/18 35/19 36/20 36/23 37/4 84/19 101/1

**Bahamian [1]** 34/25

**bail [1]** 36/4

**balance [1]** 155/23

**bank [13]** 26/23 26/25 27/7 27/10 39/23 39/24 40/2 40/8 40/10 40/15 41/8 41/12 101/19

**Barely [1]** 180/4

**barrage [1]** 124/11

**based [22]** 30/7 56/9 71/9 71/10 75/20 75/21 114/5 115/19 116/25 117/4 118/10 118/14 127/6 131/6 149/3 157/23 161/2 168/22 242/19 296/24 324/21 355/17

**basically [6]** 24/7 85/4 155/12 215/1 323/4 328/5

**basis [11]** 12/3 15/2 56/8 57/5 57/9 58/23 80/22 285/9 294/8 359/6 363/4

**bathing [1]** 323/18

**bathroom [6]** 204/19 207/24 302/2 302/7 326/5 343/8

**bathtub [2]** 271/5 271/8

**battered [1]** 240/13

**battery [1]** 122/9

**be [255]** 4/18 5/5 5/12 5/18 5/23 6/2 6/5 6/16 9/22 10/8 11/12 13/20 13/22 13/24 13/25 17/8 17/11 17/15 17/16 18/4 18/11 18/12 22/25 31/14 41/23 45/10 46/4 46/15 50/16 50/25 52/17 52/24 53/3 53/10 53/20 54/2 54/3 54/11 54/12 54/20 55/1 55/1 55/1 55/12 55/13 55/16 56/6 56/13 57/8 57/14 57/16 57/18 57/20 57/23 58/10 58/13 58/22 59/13 59/16 60/21 65/12

**B**

**be... [194]** 66/11 69/17
70/18 76/5 81/8 82/17 90/21
91/22 96/21 97/2 101/24
102/15 103/6 104/14 110/5
110/7 114/16 115/22 115/24
116/1 116/2 116/9 117/12
120/19 120/25 121/2 123/14
127/12 127/13 130/22 130/25
130/25 131/5 132/16 132/25
133/4 139/22 140/7 140/11
141/11 141/17 142/9 142/11
143/7 143/17 144/12 149/21
153/8 153/19 154/14 156/6
156/24 157/14 157/17 157/19
158/15 163/18 167/7 167/11
172/20 172/24 173/6 183/10
183/15 187/24 187/24 188/1
190/21 191/24 192/25 193/1
200/7 201/8 201/12 201/13
202/15 202/18 204/12 206/4
206/7 206/8 206/11 207/4
208/8 209/25 216/2 216/25
217/17 222/14 222/15 224/2
224/23 225/15 225/24 227/1
227/2 227/5 227/9 227/13
227/17 227/21 227/22 227/25
228/1 228/6 230/16 230/17
232/8 232/20 234/11 237/15
239/5 239/6 247/13 248/7
248/15 249/19 253/15 259/13
266/17 271/2 271/9 273/22
273/22 274/17 274/22 279/9
284/14 286/8 292/14 293/11
293/17 293/23 294/9 294/11
294/18 295/6 295/9 295/24
296/17 296/21 296/23 297/5
297/10 304/9 305/6 306/21
308/9 308/15 308/15 314/19
316/1 319/13 320/2 321/9
323/4 323/10 323/12 323/24
324/4 327/18 333/17 333/23
336/4 338/18 341/13 347/8
350/22 351/23 353/3 353/7
353/18 354/12 354/20 355/18
356/11 357/3 357/20 359/3
359/8 359/10 359/11 359/19
359/23 360/1 360/11 361/2
361/4 361/5 361/10 361/13
362/10 362/19 362/23

**BEACH [9]** 1/2 1/7 1/17 1/23
2/3 67/8 85/22 92/9 210/24

**Bear [1]** 141/8

**bearing [1]** 63/13

**beat [11]** 36/10 96/18 266/13
274/15 281/11 284/10 284/17
321/7 321/10 323/15 324/23

**beaten [3]** 96/21 274/3 274/8

**beating [5]** 11/9 267/11
271/21 273/13 279/18

**beatings [3]** 272/20 274/5
323/10

**beautiful [3]** 185/23 185/24
231/12

**beauty [2]** 233/2 233/4

**became [3]** 22/13 116/3
208/13

**because [89]** 4/2 5/22 11/6
14/13 14/16 24/22 25/10
25/18 27/9 29/17 30/18 51/4
55/8 59/13 84/24 86/25 88/20
89/14 90/2 93/22 93/24 94/2
94/6 99/3 102/13 102/20
138/12 139/15 142/17 143/13
145/20 145/25 146/1 147/8
150/17 151/23 157/7 173/11
180/15 188/22 193/24 201/18
204/5 208/6 223/4 226/12
226/21 228/22 233/16 235/16
240/15 250/3 254/24 261/12
264/19 274/15 276/15 277/5
278/19 279/6 282/8 283/16
284/10 285/7 290/17 291/14
292/6 296/9 298/17 300/14
302/15 305/19 307/25 308/25
314/17 316/15 318/12 321/6
331/6 331/11 338/19 345/23
347/17 355/12 355/13 357/16
359/25 361/23 363/5

**become [9]** 62/21 63/15 82/11
115/9 209/21 274/5 278/15
294/5 362/8

**becomes [1]** 82/12

**bed [4]** 205/12 286/15 286/17
302/3

**bedroom [1]** 288/11

**been [51]** 15/17 15/19 15/19
15/21 24/3 42/22 56/6 57/13
58/16 66/1 66/17 73/10 91/8
91/21 101/22 105/7 105/17
105/20 114/17 121/10 122/7
122/11 124/10 124/11 128/14
128/23 130/18 131/22 132/11
139/20 141/13 143/12 146/22
155/2 161/2 169/8 169/22
172/10 195/22 201/16 207/6
207/13 212/9 226/14 226/18
247/17 252/1 286/11 295/19
295/24 322/18

**before [68]** 1/10 4/25 5/8
8/21 8/22 27/17 48/3 48/14
52/6 53/2 55/21 58/7 59/21
66/19 73/12 84/15 85/25
87/10 90/19 92/24 95/5
105/19 115/13 122/14 126/24
135/25 138/22 141/24 143/21
145/21 154/6 161/12 161/14
162/18 168/3 168/5 171/20
172/12 175/10 190/22 199/3
206/1 235/16 242/12 242/15
248/25 257/22 258/1 261/12
275/15 282/2 292/3 293/22
298/5 305/4 307/11 311/4
313/8 317/18 321/17 331/21
332/1 332/6 335/18 347/3
360/20 362/20 363/1

**began [3]** 200/14 201/16
212/19

**begin [7]** 84/18 193/7 200/23
216/4 311/10 314/6 358/10

**beginning [24]** 44/17 79/7
146/16 169/7 173/12 193/13
195/6 196/4 197/4 201/12
204/1 207/19 212/14 271/23
303/2 308/11 316/23 317/21

**323/16 324/6 325/1 325/20
341/16 343/5

**begins [1]** 341/1

**behalf [7]** 43/2 66/3 66/5
83/25 224/17 226/19 263/24

**behavior [1]** 177/10

**behind [1]** 295/1

**being [53]** 10/15 11/11 41/18
43/18 56/25 62/25 69/15
69/16 89/23 92/9 101/12
106/19 111/1 111/1 111/3
111/4 111/10 111/21 113/1
114/15 116/10 130/23 131/8
137/2 140/13 140/18 156/15
193/3 196/2 206/17 208/10
214/15 215/18 240/5 240/6
269/15 270/24 270/24 270/25
274/3 274/8 275/20 275/21
276/9 285/21 296/13 308/8
325/16 340/3 356/8 359/2
359/12 359/20

**believe [37]** 5/5 5/6 8/4
10/11 21/2 23/20 35/22 40/9
49/4 55/10 65/15 65/25 67/24
72/14 85/11 86/17 86/20
103/8 103/23 109/13 111/9
111/11 111/16 115/13 120/2
121/12 134/22 138/6 139/13
154/2 154/11 156/13 272/7
272/10 316/24 317/1 358/15

**believed [2]** 147/12 284/11

**believes [1]** 226/18

**belonged [1]** 203/15

**beneficial [1]** 83/8

**benefit [3]** 5/2 216/21
226/22

**Besides [3]** 212/24 214/7
279/18

**best [11]** 7/4 30/7 78/18
140/5 154/24 172/22 174/2
233/5 240/23 283/4 283/4

**better [8]** 86/19 90/7 90/10
194/15 206/7 206/8 273/5
310/19

**between [19]** 10/20 56/10
56/15 93/18 124/22 151/16
168/7 169/20 172/20 173/6
177/10 195/13 196/17 196/20
202/24 212/19 275/14 300/24
340/21

**beverages [2]** 60/24 60/25

**beyond [5]** 88/7 133/16
153/22 155/17 361/5

**big [2]** 277/24 309/2

**bill [1]** 177/25

**bills [2]** 71/7 283/22

**bird [3]** 289/21 289/24 290/1

**birth [13]** 38/10 38/12
101/14 112/11 112/21 114/21
125/7 125/18 159/20 160/4
198/3 198/15 346/15

**birthdate [1]** 113/14

**birthday [2]** 91/10 330/16

**bit [11]** 43/21 64/24 83/18
94/15 97/24 100/10 136/25
269/9 284/2 338/18 361/12

**bite [2]** 338/15 339/3

**black [6]** 224/12 225/18

**B**

**black... [4]**   269/5 272/25 279/15 279/16
**blackmail [12]**   142/2 145/11 145/15 145/23 147/8 150/15 155/2 155/11 155/12 156/12 157/6 157/16
**blackmailing [4]**   4/18 147/9 151/22 157/1
**blame [1]**   38/15
**blaming [1]**   38/16
**blaze [5]**   238/23 238/24 238/24 239/3 303/15
**bleach [1]**   202/3
**bleeding [1]**   266/17
**blocked [1]**   225/16
**blond [2]**   231/12 328/14
**blood [2]**   310/21 311/1
**Bloop [1]**   342/15
**Bluish [1]**   134/4
**blur [1]**   235/7
**blurred [4]**   235/4 235/10 235/15 260/7
**blurry [3]**   198/24 238/7 349/11
**blurted [1]**   142/14
**boat [1]**   34/23
**body [12]**   34/14 34/16 187/12 213/14 223/4 229/7 328/15 331/7 332/9 332/13 351/7 351/8
**BoMBSHeLL [1]**   231/12
**bond [6]**   41/21 41/23 42/3 42/4 42/8 101/1
**boo [1]**   172/21
**boobs [1]**   335/9
**book [1]**   264/25
**booked [2]**   109/3 123/18
**booking [1]**   111/4 111/8
**books [2]**   200/18 200/19
**boss [2]**   215/2 215/8
**both [14]**   60/11 60/15 101/25 132/7 186/21 258/25 295/4 301/6 301/25 335/5 350/7 362/19 362/21 362/21
**bother [2]**   12/21 197/13
**bottle [1]**   193/24
**bottom [34]**   69/3 71/18 72/8 73/8 83/8 171/11 195/5 197/3 204/1 205/16 214/17 231/23 232/6 232/22 232/25 238/7 259/4 264/9 301/11 302/23 303/24 311/13 317/18 318/7 318/13 319/17 320/18 322/21 327/7 346/22 347/1 349/23 355/19 362/25
**bought [7]**   33/16 38/5 38/6 38/10 38/10 101/8 289/25
**bout [1]**   307/14
**box [1]**   352/17
**boy [1]**   317/23
**boyfriend [12]**   21/3 21/11 21/12 22/11 22/13 22/18 22/20 23/6 23/8 28/1 50/9 90/17
**bracket [1]**   196/10
**brackets [1]**   130/15

**brainwashed [2]**   87/6 87/7
**Brandon [1]**   355/24
**Brazilian [1]**   329/5
**break [12]**   52/17 60/24 94/14 141/11 141/18 222/15 222/21 225/24 292/20 292/22 293/2 293/17
**breaking [1]**   5/9
**Breast [1]**   332/16
**breathe [1]**   275/13
**brief [2]**   50/5 144/17
**briefly [3]**   85/8 222/2 359/21
**bring [24]**   4/8 14/11 15/4 15/7 32/4 34/6 55/5 55/6 55/12 55/18 59/17 60/9 60/24 60/25 72/10 84/25 85/2 115/8 115/25 144/6 153/7 166/6 228/4 294/13
**brings [1]**   227/8
**brothel [4]**   14/10 90/19 92/12 92/13
**brought [9]**   23/18 30/20 58/12 88/8 88/11 90/19 155/8 288/6 295/19
**Broward [6]**   12/19 66/21 85/18 85/22 163/11 210/24
**bruises [1]**   76/19
**bruising [1]**   266/18
**Brunette [1]**   258/7
**Brutoo [2]**   317/10 317/14
**bucks [1]**   319/6
**buh [1]**   172/11
**build [1]**   273/17
**bull [1]**   317/22
**bunch [3]**   299/1 341/24 348/24
**Bureau [1]**   67/4
**burglary [1]**   122/24
**burn [1]**   350/18
**business [11]**   28/23 70/6 146/6 329/13 332/23 357/21 359/7 359/7 360/5 360/7 361/11
**busted [2]**   116/3 267/10
**Busy [1]**   301/13
**butch [1]**   317/14
**butt [3]**   268/3 268/6 329/5
**button [1]**   60/21
**butts [1]**   335/9
**buy [5]**   33/19 183/25 282/25 283/22 306/2
**buying [1]**   208/22
**Bye [1]**   133/7
**bz [3]**   301/11 301/12 301/21

**C**

**C-A-B-R-E-T [1]**   37/23
**C-A-D-Y [1]**   121/22
**C-A-N [1]**   308/15
**C-I-D [1]**   159/7
**C-R-Y-S [1]**   337/9
**ca [1]**   308/14
**Cabret [3]**   37/23 37/25 39/8
**CADY [8]**   3/8 104/14 118/4 121/18 121/19 121/22 122/4 126/24
**calendar [3]**   358/18 358/22

359/4
**California [1]**   265/15
**call [80]**   55/4 56/8 104/12 106/16 107/18 108/8 114/23 115/3 117/2 118/1 118/7 118/8 118/9 118/14 118/14 118/19 119/14 119/18 119/20 119/22 119/24 120/1 124/16 127/10 127/12 127/19 127/24 128/10 128/14 128/18 128/22 129/5 129/9 129/11 130/12 130/13 130/14 130/14 131/3 133/11 133/21 146/22 157/13 180/10 180/12 186/25 189/19 189/23 201/23 205/25 206/3 206/4 207/21 211/10 213/1 216/18 219/18 219/21 230/18 233/5 233/9 247/9 247/20 247/21 247/22 253/25 253/25 254/1 276/14 317/5 319/10 319/16 342/8 347/22 354/7 355/7 356/7 358/18 358/22 359/4
**Callari [2]**   141/6 355/23
**called [24]**   35/23 55/1 56/7 57/13 57/14 57/17 62/3 65/12 89/15 89/17 94/2 107/19 157/6 173/14 180/18 180/24 183/4 206/17 210/14 247/17 271/15 277/6 336/21 346/19
**CALLERS [1]**   219/22
**calling [14]**   12/3 107/16 123/15 130/22 130/24 173/16 207/11 276/12 317/8 318/5 354/9 354/11 354/20 363/2
**calls [17]**   75/17 87/21 104/13 124/11 146/22 156/12 189/20 189/24 207/22 210/1 233/16 241/2 241/2 251/16 263/12 263/12 319/16
**Calm [2]**   174/6 207/10
**came [43]**   7/14 7/17 8/25 16/20 25/6 25/7 28/5 28/22 31/19 51/4 51/15 55/3 56/11 59/21 61/4 62/9 62/14 63/6 64/7 65/6 66/21 66/22 79/18 83/22 83/25 98/8 109/20 113/16 115/20 140/9 140/10 144/24 176/9 177/19 180/14 190/5 203/14 206/11 213/18 296/22 300/25 347/23 349/11
**cameras [4]**   105/12 280/11 280/13 280/14
**can [113]**   5/1 6/13 15/7 19/5 21/6 21/21 22/9 30/6 40/2 40/23 41/3 41/24 52/3 52/11 54/3 54/12 55/7 56/2 56/18 57/17 58/2 59/15 59/17 59/19 60/9 60/18 60/25 63/9 65/2 65/16 65/22 66/9 68/7 68/10 68/25 77/13 82/11 90/21 90/22 92/5 98/15 102/4 123/21 124/3 127/20 134/9 141/13 141/24 142/7 142/25 143/24 144/23 148/17 149/1 163/4 164/12 172/19 185/15 188/12 191/16 195/12 196/15 197/23 199/1 204/25 207/23

**C**

**can... [47]**   211/3 223/18
224/8 224/23 229/17 231/2
234/3 236/21 237/11 238/13
239/12 242/25 252/7 252/21
260/5 269/15 270/7 270/10
274/23 275/8 277/23 287/6
287/19 290/3 292/20 293/16
295/7 295/7 295/14 295/24
304/4 306/2 306/4 309/24
313/4 313/16 319/6 323/3
344/4 345/20 349/13 350/5
357/3 357/5 361/17 362/6
363/4

**can't [28]**   20/4 27/7 29/11
29/13 30/18 31/10 34/21
55/15 55/18 68/23 71/6 72/9
72/9 99/11 138/2 141/16
156/20 225/15 228/22 268/23
294/3 317/1 322/9 354/14
357/18 358/15 358/20 361/14

**candid [2]**   46/4 46/15
**cannot [4]**   54/2 54/11 72/10
316/24
**capable [1]**   226/18
**caps [1]**   193/19
**car [34]**   11/10 39/22 96/21
134/1 134/12 134/17 134/25
136/12 185/22 186/15 186/19
186/22 187/18 204/4 204/6
204/7 204/10 204/12 204/15
205/14 254/17 255/4 255/8
257/11 257/13 274/20 274/24
275/1 275/15 275/23 339/15
339/16 349/24 349/24
**card [13]**   25/4 27/7 27/8
101/15 198/9 198/15 233/24
233/25 234/1 234/3 234/4
234/11 265/1
**cards [2]**   234/6 234/14
**care [9]**   20/2 74/21 194/16
214/6 214/7 219/19 227/22
310/18 322/4
**cared [2]**   74/16 322/15
**career [1]**   331/10
**careful [4]**   319/23 320/1
320/2 326/8
**carefully [1]**   226/14
**CAROLINE [1]**   1/21
**cars [2]**   275/7 283/25
**case [66]**   1/3 5/7 30/24
41/15 42/3 43/3 43/13 46/8
46/24 47/2 52/19 52/21 54/17
54/18 54/23 54/25 55/9 55/10
56/5 63/13 65/1 65/22 102/1
115/4 119/14 119/18 130/8
137/23 137/24 139/1 139/5
139/8 139/23 139/25 140/3
140/6 141/15 141/17 199/9
222/9 222/16 222/18 224/4
224/22 226/14 226/17 226/20
227/4 227/11 238/15 292/24
292/25 293/16 345/12 353/5
353/7 353/8 357/5 357/5
357/11 357/12 360/15 360/22
360/22 361/25 362/4
**cases [3]**   54/15 55/16 139/23

**cash [1]**   417/24
**casual [1]**   55/22
**categorize [1]**   130/10
**category [1]**   125/25
**Cats [2]**   190/10 210/14
**caught [3]**   31/16 82/3 299/24
**cause [7]**   18/12 35/11 142/18
197/17 207/6 207/13 323/18
**causing [1]**   86/18
**caution [1]**   143/9
**Cavolo [27]**   144/21 144/23
144/24 145/3 145/8 145/15
145/24 146/5 146/19 147/9
147/12 147/15 147/23 148/3
148/11 148/18 149/4 149/7
149/12 150/13 150/16 152/8
155/14 156/15 157/1 157/3
157/17
**CC [1]**   356/21
**CCC [1]**   144/13
**CCTV [2]**   105/10 105/12
**cease [1]**   294/2
**ceased [1]**   116/2
**cell [2]**   135/4 135/7
**center [2]**   242/10 329/24
**certain [5]**   14/11 106/11
143/2 156/21 294/10
**certainly [5]**   41/2 57/3
153/20 155/18 294/12
**certificate [6]**   38/10 38/12
101/14 160/5 198/3 198/16
**certification [2]**   218/5
332/24
**certify [1]**   363/12
**challenge [1]**   115/5
**Chambers [1]**   355/24
**chance [5]**   17/23 44/19 77/16
77/19 362/5
**change [10]**   94/9 104/2 158/7
291/15 305/23 308/13 328/11
328/14 335/5 354/10
**changed [1]**   94/10
**changes [2]**   127/3 129/14
**characterization [1]**   80/18
**characterizing [2]**   81/11
81/13
**charge [2]**   125/24 155/13
**charged [1]**   224/15
**charges [4]**   63/13 103/6
103/18 103/22
**chat [1]**   327/3
**Chavez [1]**   356/7
**cheap [2]**   232/24 232/24
**cheaper [1]**   335/2
**cheat [1]**   349/21
**check [3]**   4/9 301/14 350/21
**checking [1]**   194/11
**checks [2]**   45/3 45/20
**Cheeeer [1]**   191/6
**Cheeerrr [1]**   318/10
**CHEEERRRRRR [1]**   319/22
**cheekers [3]**   308/14 308/18
308/24
**cheeks [3]**   268/8 268/9
308/25
**cheer [1]**   288/21
**Cheers [1]**   342/16
**chief [3]**   115/4 360/20 362/1

**child [3]**   78/16 78/19 122/9
**chill [1]**   207/7
**chilling [1]**   169/11
**chilly [1]**   60/20
**choice [2]**   9/10 267/17
**Choked [1]**   239/16
**chokes [1]**   266/20
**chooses [1]**   157/18
**chose [1]**   17/11
**Chris [7]**   144/20 144/23
144/24 145/3 146/19 147/9
157/17
**Christine [1]**   355/21
**Chrysler [2]**   134/4 134/14
**chunks [3]**   180/10 180/14
205/8
**Chunky [3]**   298/14 304/9
328/1
**circle [2]**   229/17 270/7
**circled [1]**   229/3
**circling [1]**   160/7
**circuit [4]**   54/6 54/17 54/19
105/13
**circumstances [6]**   28/6 28/9
28/11 145/14 152/15 294/10
**cited [1]**   54/15
**cites [1]**   54/18
**citing [2]**   54/5 54/21
**citizen [1]**   82/12
**Citizenship [1]**   65/8
**city [7]**   4/2 105/2 105/5
105/7 107/7 264/12 265/6
**civil [2]**   358/7 362/24
**clarity [1]**   26/13
**classification [1]**   130/9
**clause [11]**   110/13 110/24
111/6 114/9 114/15 115/5
115/11 125/8 125/9 127/16
134/5
**cleaning [3]**   150/5 214/12
241/4
**clear [10]**   13/24 50/16 53/3
53/10 53/14 58/1 117/21
130/25 131/16 225/4
**Clemons [2]**   54/5 54/16
**client [86]**   22/11 22/12
108/6 108/7 120/25 145/8
188/12 189/21 190/3 209/18
209/19 215/13 215/18 220/6
246/6 248/15 248/15 248/17
249/8 249/19 254/4 254/8
254/21 299/14 299/16 299/23
300/5 300/7 300/20 302/4
302/6 302/21 303/7 303/11
304/2 304/5 304/7 304/11
304/20 304/23 305/2 305/9
306/1 306/21 307/7 307/12
307/15 307/16 307/16 307/25
309/4 310/21 311/2 315/14
316/4 316/8 316/9 316/9
316/10 316/11 317/1 317/6
317/19 318/8 318/11 318/24
319/1 319/1 319/21 320/9
320/10 320/19 324/6 325/1
325/12 325/20 326/11 330/9
337/16 342/6 342/12 342/14
346/23 349/15 349/18 350/24
**Client's [1]**   300/12

**C**

**client-wise [1]** 145/8
**clients [33]** 97/8 209/15
211/24 226/19 230/17 233/9
239/13 239/15 239/17 240/14
240/22 247/24 254/3 262/4
262/14 262/17 263/19 300/25
301/25 306/19 306/22 310/23
311/8 313/11 317/15 325/18
325/19 335/9 338/11 345/14
346/7 346/8 348/22
**close [9]** 109/9 131/5 170/19
171/12 173/24 174/13 297/14
322/22 357/22
**Closed [1]** 105/13
**closely [1]** 314/18
**closer [3]** 80/3 159/18 325/8
**closest [1]** 94/8
**closet [1]** 191/18
**closing [1]** 294/25
**clothes [3]** 183/25 184/2
319/19
**club [1]** 31/24
**clubs [2]** 259/18 259/19
**co [6]** 31/19 31/22 114/20
115/14 115/25 116/7
**co-conspirator [3]** 115/14
115/25 116/7
**co-conspirators [1]** 114/20
**co-worker [1]** 31/22
**co-workers [1]** 31/19
**cocaine [7]** 31/16 32/4 32/14
34/6 34/14 35/4 146/6
**Coconut [1]** 163/10
**code [10]** 286/23 287/4 287/9
287/13 287/15 299/24 326/12
348/20 348/21 348/23
**codes [8]** 299/9 299/10 300/2
302/21 311/7 318/7 320/21
349/21
**coerce [1]** 87/13
**coercion [3]** 154/19 224/21
225/6
**cold [2]** 60/24 99/11
**collected [1]** 258/19
**collecting [1]** 11/6
**colon [1]** 314/21
**color [2]** 258/4 258/6
**combat [1]** 107/2
**come [69]** 6/13 7/19 51/8
51/13 56/3 56/3 56/17 56/18
73/20 74/5 83/24 87/13
102/20 106/17 108/4 109/17
110/3 110/7 110/8 123/16
134/14 141/12 142/3 142/4
142/13 143/4 144/20 144/23
154/17 158/25 170/10 170/15
176/21 177/14 179/4 184/17
185/12 188/14 192/19 194/16
199/25 211/10 212/6 213/19
216/12 226/11 227/20 233/7
239/22 247/12 247/24 248/17
259/11 262/18 269/9 279/7
289/5 290/14 290/16 290/19
291/8 307/20 308/22 311/1
320/21 328/10 343/19 347/18
358/25

**comes [8]** 87/2 100/16 117/16
141/25 193/19 293/22 302/6
317/18
**Comfort [8]** 230/9 232/1
235/20 237/5 240/16 240/25
248/1 252/8
**comfortable [4]** 195/10
195/19 331/6 361/8
**Comforting [1]** 173/9
**comfy [1]** 195/9
**coming [25]** 64/4 64/6 86/12
125/12 141/18 142/4 177/11
178/14 178/25 189/13 243/18
262/14 266/24 299/25 299/14
299/14 299/18 299/23 304/11
316/8 317/14 319/21 326/11
343/9 354/25
**comment [2]** 60/12 310/5
**commercial [6]** 230/9 232/1
240/16 240/21 252/8 341/23
**commit [2]** 84/19 224/21
**committed [5]** 40/22 40/25
81/25 189/16 240/13
**committing [4]** 42/8 81/22
108/23 193/8
**commonly [2]** 135/21 329/4
**communicate [12]** 14/5 94/5
147/23 175/17 176/3 249/12
249/17 263/13 263/18 266/2
291/7 297/24
**communicated [7]** 47/12
148/17 148/18 148/25 149/11
194/22 297/24
**communicating [2]** 108/3
205/13
**communication [7]** 47/14
47/17 88/16 149/4 165/25
179/15 265/25
**companion [6]** 183/4 183/10
183/14 183/19 185/2 185/13
**companionship [4]** 245/15
245/16 351/7 351/11
**company [1]** 318/19
**compare [1]** 138/6
**compared [3]** 137/18 182/20
208/25
**compartment [1]** 275/7
**complained [1]** 178/24
**complaining [4]** 178/14
178/14 214/1 214/3
**complaint [1]** 130/7
**complete [3]** 110/1 293/16
357/6
**completed [1]** 137/22
**completing [1]** 293/15
**complied [3]** 34/11 34/12
249/16
**complimented [1]** 206/25
**comply [1]** 127/23
**complying [2]** 229/19 270/9
**compromise [1]** 225/22
**computer [7]** 203/6 221/14
221/17 238/13 241/15 242/8
349/12
**computers [1]** 221/15
**con [3]** 90/22 342/5 342/9
**conceded [1]** 226/9
**concern [2]** 293/14 294/4

**concerned [1]** 89/13
**concerning [1]** 64/1
**concise [1]** 357/12
**conclude [1]** 353/1
**concluded [2]** 117/19 363/10
**condition [1]** 359/15
**conditions [1]** 42/4
**conducting [1]** 123/5
**confer [8]** 60/13 218/7 359/1
360/8 360/10 360/11 361/11
361/12
**conference [1]** 52/14
**conferring [1]** 362/7
**Confide [1]** 352/12
**confided [1]** 69/21
**confident [1]** 331/11
**confirm [2]** 126/25 127/6
**confront [2]** 116/9 173/20
**confrontation [12]** 110/13
110/24 111/6 111/9 114/9
114/14 115/5 115/11 125/8
125/9 127/15 134/5
**confronted [1]** 114/15
**confused [2]** 35/18 71/19
**connected [4]** 52/21 123/23
248/8 343/25
**Connecting [1]** 248/11
**consider [5]** 62/7 81/1
103/18 121/25 195/16
**considered [2]** 78/8 226/2
**consistent [1]** 93/19
**conspiracy [6]** 56/25 114/25
116/2 116/2 116/6 116/22
**conspirator [3]** 115/14
115/25 116/7
**conspirators [1]** 114/20
**constant [1]** 265/24
**constantly [3]** 152/1 294/6
294/18
**contact [33]** 11/12 11/15
17/9 17/11 17/13 46/18 46/20
48/16 87/19 93/23 93/24 94/2
118/18 118/21 128/6 128/12
134/14 140/10 140/10 141/18
152/10 152/12 203/15 275/4
313/1 313/12 330/18 333/7
337/14 338/8 345/9 346/10
346/21
**contacting [1]** 107/10
**contacts [15]** 210/2 210/6
313/2 313/6 313/10 337/7
337/9 345/11 345/12 345/13
345/14 345/17 346/5 347/7
347/11
**contain [1]** 130/16
**contents [1]** 135/22
**contesting [1]** 5/6
**context [12]** 17/20 46/7
49/14 71/22 75/19 96/4 112/1
125/11 157/10 191/22 223/13
266/25
**continuance [1]** 142/16
**continue [8]** 41/23 94/5
101/4 167/18 209/5 215/23
228/7 244/3
**continued [12]** 6/25 9/22
11/12 17/8 25/18 94/6 105/23
123/2 151/6 244/4 244/7

**C**

continued... [1]   244/11
continuing [5]   98/13 116/2
  151/10 216/7 296/4
contractor [1]   138/15
contrary [2]   295/12 295/19
control [10]   27/1 27/5 27/10
  40/3 47/22 118/14 223/5
  225/5 291/18 346/15
controlled [19]   26/25 90/23
  117/2 117/25 118/7 118/8
  118/13 127/10 127/12 127/19
  127/23 128/10 128/13 128/18
  129/5 129/8 129/11 133/11
  133/21
convenient [1]   5/9
conversation [22]   12/5 17/14
  18/20 18/21 22/23 32/17 37/5
  43/10 43/12 69/25 70/11
  107/20 108/14 183/3 189/22
  201/14 213/25 254/13 254/19
  305/20 316/18 323/3
conversations [7]   71/25
  115/21 124/21 171/8 191/23
  192/2 318/23
conversing [1]   174/20
convicted [2]   82/25 84/21
conviction [1]   227/25
cooking [2]   214/12 241/4
cool [2]   192/12 193/3
cooperating [1]   116/8
cooperative [5]   113/23
  113/25 118/8 249/25 255/8
cop [2]   249/22 249/23
copied [1]   232/12
copies [1]   198/20
cops [3]   250/3 320/2 351/4
copy [6]   4/14 25/7 160/4
  198/8 198/11 198/15
corazon [14]   316/19 319/7
  321/18 321/20 322/1 336/4
  343/6 343/6 343/7 343/7
  343/19 343/20 343/20 346/19
corazoncito [2]   313/14
  314/12 322/2
corner [1]   286/21
correct [152]   7/12 7/23 9/4
  9/17 10/17 11/13 12/13 12/17
  12/20 13/5 13/8 14/14 15/21
  15/22 17/9 19/23 20/14 20/16
  20/23 20/24 23/21 25/8 25/19
  27/2 28/13 28/17 28/24 29/5
  30/21 30/24 31/1 31/11 31/14
  32/7 32/16 33/2 33/5 33/12
  34/6 35/9 35/12 36/1 36/5
  36/16 37/10 39/4 39/5 39/6
  39/9 39/11 39/13 41/2 41/6
  42/6 42/16 42/23 43/1 43/24
  44/2 44/25 46/15 46/18 46/25
  47/12 47/19 47/24 48/4 50/10
  57/24 61/8 61/13 61/17 61/20
  62/1 62/10 62/12 62/16 62/25
  63/6 64/22 65/3 65/9 65/17
  65/19 65/22 66/9 66/15 66/19
  67/1 67/17 70/7 70/22 71/13
  71/15 71/25 72/12 73/12
  73/14 73/17 73/22 74/16 77/9
  77/12 78/4 78/19 78/20
  79/22 79/23 80/13 80/15
  81/18 81/24 82/4 82/18 83/13
  87/19 89/24 89/25 96/7
  100/23 119/17 119/17 120/3
  120/4 120/9 120/24 123/20
  124/8 124/20 126/12 130/20
  131/2 131/12 135/5 136/10
  140/16 140/19 152/18 152/19
  169/5 169/25 170/1 199/6
  210/15 231/18 248/16 264/17
  297/4 338/14 341/3 341/4
  363/12
corrected [1]   324/16
correctly [2]   18/2 310/18
Correson [1]   180/19
Cosmetic [1]   329/13
cost [1]   36/16
could [108]   5/10 10/17 10/18
  15/17 15/19 15/21 17/4 17/5
  19/4 23/21 25/14 25/14 25/15
  25/15 28/4 30/7 35/11 42/22
  42/24 55/1 56/3 70/18 78/19
  82/17 90/22 94/3 95/7 95/11
  98/10 99/10 100/6 106/1
  109/14 109/15 109/16 112/15
  115/15 117/15 118/7 121/6
  121/11 123/23 124/10 124/11
  128/23 131/15 132/16 140/7
  154/25 156/18 158/14 159/20
  164/9 166/18 166/21 176/13
  180/3 190/11 203/20 203/22
  204/12 205/4 211/10 219/12
  219/17 222/2 224/9 224/12
  227/14 230/17 232/22 237/20
  238/3 247/10 248/12 259/18
  259/19 260/13 264/25 271/18
  271/24 272/25 274/22 275/13
  279/9 285/24 287/21 287/23
  294/2 294/17 309/12 310/10
  311/1 314/18 319/15 329/20
  332/3 333/3 334/11 335/10
  338/17 341/13 351/9 352/19
  355/4 360/20 360/21 362/10
couldn't [9]   10/24 11/1 11/3
  27/17 27/19 55/5 61/10 119/2
  264/15
counsel [36]   5/19 5/21 45/9
  50/1 52/10 54/24 60/11 60/12
  60/13 60/14 61/1 68/25 75/1
  90/6 91/20 92/18 94/21 94/23
  102/10 102/11 156/6 162/25
  163/2 227/20 228/7 285/13
  293/25 294/14 295/4 295/5
  295/6 295/13 295/22 295/23
  295/25 297/11
count [2]   262/5 311/19
counter [2]   249/11 358/14
counties [1]   211/1
country [2]   84/3 102/22
Counts [1]   224/15
county [7]   12/17 12/19 64/20
  66/22 67/8 85/18 163/11
couple [13]   105/18 159/15
  174/20 265/21 267/5 268/19
  269/8 273/4 290/6 300/11
  323/17 329/18 348/14
coupled [1]   157/15

course [16]   35/8 58/4 123/1
  144/19 191/8 192/17 194/7
  194/8 194/15 207/4 245/3
  279/2 279/3 321/24 322/2
  361/1
court [100]   1/1 2/2 4/13
  4/17 5/2 5/13 5/13 5/18 6/5
  6/10 15/4 15/10 15/11 41/11
  41/13 51/9 53/13 53/17 53/21
  54/14 54/18 54/22 55/25 56/2
  57/8 57/10 59/10 67/25 80/21
  102/12 104/19 104/21 111/19
  111/20 111/22 115/5 116/11
  116/13 116/21 116/23 141/8
  142/7 142/14 142/17 142/19
  143/2 143/3 143/11 144/11
  144/24 149/25 153/12 155/1
  155/5 155/10 155/20 155/22
  156/3 156/9 157/8 157/9
  157/16 159/5 162/25 175/1
  225/9 226/2 226/6 226/8
  226/11 226/17 226/21 226/21
  226/25 227/7 227/11 242/2
  278/22 293/10 293/14 294/17
  295/13 295/16 295/22 295/24
  343/20 355/12 355/13 357/8
  357/16 357/20 357/23 359/9
  359/13 359/17 360/18 360/19
  362/3 363/6 363/17
Court's [10]   4/14 4/24 56/13
  57/3 99/10 142/10 154/16
  157/23 227/14 294/23
courtroom [19]   6/15 52/23
  59/18 60/17 60/19 60/20
  141/21 153/9 158/22 222/22
  228/5 293/3 294/4 294/23
  295/3 295/15 297/9 353/13
  353/16
cousin [4]   34/1 34/2 34/2
  34/4
Cousins [1]   165/4
cover [5]   91/21 108/25 122/8
  261/16 341/3
coverage [3]   52/20 141/17
  353/7
covered [2]   88/12 91/21
CR [1]   1/3
crack [3]   145/16 145/17
  146/5
Craig's [6]   20/13 96/10
  106/16 107/11 123/15 216/19
crap [1]   207/4
crazy [2]   279/13 322/7
create [1]   348/25
created [5]   47/23 138/12
  190/7 206/13 300/2
credibility [1]   89/4
credible [1]   124/4
credit [6]   233/24 233/25
  234/1 234/3 234/6 234/14
Creek [1]   163/10
crime [12]   40/17 40/19 40/19
  40/25 41/2 41/6 42/6 65/3
  108/23 153/21 240/13 287/22
crimes [8]   40/21 42/8 65/9
  81/22 105/21 122/23 122/25
  125/23
criminal [2]   122/24 140/15

**C**

**critical [1]**  57/1
**cross [36]**  3/3 3/7 3/10 6/20
  6/21 6/25 84/22 88/7 88/9
  90/6 91/8 91/22 91/25 96/11
  97/2 98/21 99/20 101/12
  101/21 101/23 102/25 116/9
  119/9 119/10 137/8 137/10
  142/6 142/20 151/14 354/1
  360/25 361/23 362/8 362/13
  362/16 362/22
**cross-examination [17]**  6/21
  6/25 84/22 88/9 90/6 91/8
  91/25 96/11 97/2 98/21 99/20
  102/25 119/10 137/10 142/20
  354/1 361/23
**cross-examine [1]**  116/9
**cross-examined [1]**  101/12
**cross-examining [1]**  6/20
**Crossfire [2]**  134/4 134/15
**cruise [2]**  33/16 34/15
**crunch [1]**  363/5
**crying [2]**  275/1 343/12
**Crys [1]**  337/9
**Crys-tal [1]**  337/9
**Crystal [3]**  63/2 260/25
  337/12
**CSI [2]**  355/21 355/21
**cumulative [1]**  81/15
**cup [2]**  207/7 310/25
**cure [1]**  115/11
**current [1]**  105/9
**cursed [1]**  174/7
**cursor [1]**  168/25
**cursory [1]**  136/20
**custody [1]**  85/13
**customers [1]**  209/21
**cut [4]**  296/16 305/6 309/8
  356/17
**CVS [1]**  234/2
**CXX [52]**  3/11 4/20 4/25 6/2
  6/8 48/1 48/2 64/14 141/5
  141/22 144/16 144/19 158/2
  159/3 159/7 159/10 160/4
  161/22 167/4 168/21 176/20
  180/5 181/10 190/14 208/13
  231/2 235/2 238/3 239/9
  244/14 246/12 247/6 256/6
  259/24 266/6 278/22 290/4
  297/14 312/5 313/1 321/4
  326/24 328/10 332/4 334/18
  335/23 338/11 340/6 340/21
  348/14 356/20 357/2
**CXXXX [1]**  283/13

**D**

**DA [2]**  345/20 346/1
**dad's [1]**  74/2
**daddy [3]**  318/14 318/15
  318/16
**Dade [2]**  12/17 210/24
**damaged [1]**  85/4
**damn [4]**  172/1 204/22 207/4
  324/15
**dancer [2]**  62/21 62/24
**dancing [2]**  62/23 244/21
**danger [1]**  101/24

**dash [1]**  417/10
**date [22]**  15/16 15/18 16/2
  16/3 107/19 112/11 112/21
  113/10 114/21 119/25 124/5
  125/7 125/18 155/1 159/20
  231/16 233/10 234/10 242/18
  357/6 358/16 363/15
**dated [1]**  241/25
**dates [27]**  183/4 183/10
  183/14 183/16 183/19 183/22
  184/2 184/4 185/2 185/13
  188/20 194/6 199/25 201/16
  209/9 209/12 211/16 213/19
  215/23 221/6 239/9 241/2
  245/3 263/12 263/18 284/3
  290/5
**daughter [2]**  68/3 327/10
**day [54]**  10/11 13/19 21/2
  24/1 24/12 24/13 24/14 24/15
  24/15 29/25 32/19 33/1 36/18
  62/3 68/20 69/8 70/4 89/22
  93/3 97/19 97/22 97/25 106/3
  106/11 106/12 106/24 107/25
  108/1 108/8 124/9 143/21
  146/22 156/23 197/4 197/5
  202/12 219/19 243/18 246/4
  252/16 262/1 262/4 262/10
  303/4 346/4 346/6 353/1
  353/2 353/3 354/24 357/22
  358/25 359/8 360/7
**day's [2]**  24/3 33/12
**days [32]**  8/19 23/13 24/6
  24/7 24/14 91/5 138/20
  174/20 175/4 175/5 175/6
  178/13 202/12 209/5 261/25
  261/25 262/2 262/12 265/21
  273/4 292/1 357/17 357/21
  359/5 359/7 360/1 360/3
  360/5 360/8 360/9 360/10
  361/11
**DEA [2]**  122/17 122/18
**deadline [5]**  138/9 138/20
  138/20 357/25 362/20
**deadlines [3]**  359/24 360/1
  361/15
**deal [8]**  46/2 59/11 108/4
  267/16 306/22 315/12 315/14
  342/3
**dealing [2]**  70/20 304/21
**debriefed [1]**  56/22
**debriefing [1]**  24/21
**debriefings [2]**  57/23 83/3
**December [1]**  1/8
**decide [1]**  155/7
**decided [2]**  361/18 361/20
**decision [6]**  10/7 14/2 71/9
  360/14 360/16 360/17
**decisions [1]**  360/22
**deep [1]**  35/14
**defend [1]**  155/12
**Defendant [178]**  1/9 1/18
  54/9 56/13 58/9 58/11 64/1
  84/16 86/5 87/25 91/6 91/12
  91/16 92/6 92/15 94/14 96/11
  96/19 97/16 97/25 98/4 98/22
  99/8 101/4 117/2 117/3 145/7
  145/23 153/18 154/20 156/1
  156/5 156/6 156/21 157/4

**160/23 161/2 161/14 162/5
  164/17 165/3 165/17 168/7
  169/22 170/2 171/8 172/17
  172/19 174/21 175/17 176/3
  176/22 177/21 178/13 178/24
  179/14 180/5 180/25 181/11
  181/13 181/15 181/17 181/19
  181/21 181/23 181/25 182/3
  183/12 183/19 184/7 189/14
  191/8 192/15 192/21 194/5
  194/22 195/18 196/2 197/24
  198/13 198/18 199/3 199/5
  199/15 199/18 200/8 200/10
  200/23 201/7 202/15 202/17
  202/20 202/22 203/15 203/19
  204/2 204/17 205/13 205/17
  206/13 206/21 207/13 207/16
  208/3 208/7 211/15 213/1
  213/23 214/8 215/24 216/5
  216/21 223/2 223/6 223/14
  224/16 225/2 225/7 226/8
  229/13 233/12 234/12 234/13
  238/19 239/20 263/13 263/24
  266/7 267/7 271/15 272/4
  272/15 273/13 273/21 274/17
  275/14 276/20 277/14 278/25
  281/21 281/24 282/11 285/3
  287/15 288/17 291/23 292/3
  292/7 294/11 294/24 297/24
  299/25 300/25 314/12 315/16
  316/25 317/13 319/3 319/24
  321/5 322/13 322/19 324/7
  326/17 327/23 328/10 337/20
  338/4 338/12 340/8 340/22
  341/5 342/2 342/15 343/6
  357/25 357/25 359/5
**Defendant's [17]**  54/9 87/18
  88/17 176/5 176/9 176/21
  198/6 234/15 236/11 253/6
  281/2 290/4 294/4 294/14
  333/17 337/18 356/9
**Defendants [2]**  224/17 283/3
**Defenders [2]**  1/19 1/22
**Defense [54]**  4/15 6/20 53/7
  53/8 54/8 54/8 54/10 55/25
  56/7 59/2 89/3 92/18 94/23
  99/20 102/13 114/17 115/7
  117/12 141/1 142/6 143/25
  153/14 154/1 154/15 155/6
  158/17 222/8 224/25 226/9
  226/12 227/8 286/6 286/10
  293/25 294/14 294/19 295/2
  297/1 357/18 357/21 358/3
  360/2 360/14 361/7 361/18
  361/21 361/24 362/3 362/9
  362/9 362/11 362/15 362/15
  362/18
**Defense's [1]**  57/1
**definitely [1]**  355/25
**definition [1]**  104/3
**degrade [1]**  224/10
**Del [1]**  356/2
**delayed [1]**  82/17
**deleted [3]**  250/8 345/13
  350/19
**deliberations [1]**  357/10
**delivered [1]**  136/8
**delve [1]**  53/5

**D**

**delving [1]** 53/8
**demeanor [5]** 113/22 118/11
 126/1 133/10 294/4
**demon [1]** 279/11
**demonstrative [2]** 168/16
 168/17
**denied [2]** 150/25 173/14
**denies [2]** 57/22 114/22
**deny [2]** 155/15 173/22
**department [9]** 106/19 118/24
 122/5 122/12 138/13 138/16
 138/18 139/15 139/16
**depending [2]** 356/5 356/6
**depict [2]** 256/10 256/17
**depo [7]** 346/10 346/12
 346/14 358/24 359/10 359/11
 362/25
**depos [1]** 358/8
**deposed [1]** 115/10
**deposition [21]** 114/18
 114/23 115/8 117/16 224/17
 225/10 357/19 357/24 358/4
 358/9 358/11 358/11 358/17
 358/19 358/21 358/23 359/2
 359/22 361/7 361/22 362/19
**deputy [6]** 67/8 85/10 355/14
 355/14 355/19 356/2
**describe [7]** 126/1 178/2
 183/14 214/16 252/21 270/22
 277/23
**described [2]** 107/9 272/20
**describing [1]** 116/7
**description [2]** 120/14
 120/15
**Desenia [1]** 130/13
**deserve [1]** 233/8
**designate [3]** 358/11 358/17
 360/2
**designated [3]** 130/18 358/3
 362/16
**designation [1]** 359/8
**designations [18]** 358/1
 358/6 358/14 358/14 359/5
 360/9 360/20 360/25 361/1
 362/8 362/13 362/14 362/17
 362/18 362/21 362/22 362/25
 363/3
**desktop [2]** 221/13 241/15
**detail [2]** 183/23 316/13
**detailed [2]** 271/9 274/23
**detained [1]** 118/8
**detective [14]** 85/16 104/14
 117/24 118/4 123/24 124/25
 125/11 143/6 354/11 354/17
 355/22 355/23 355/24 356/7
**detectives [4]** 109/7 110/3
 122/19 123/25
**detention [1]** 119/4
**develop [3]** 180/5 183/3
 193/7
**device [7]** 120/19 121/5
 136/7 167/4 335/13 335/24
 337/7
**devices [2]** 146/15 154/23
**dialed [1]** 136/22
**did [690]**

**didn't [125]** 11/7 11/9 11/9 12/15
 12/21 12/23 12/24 13/4 13/7
 13/11 13/13 13/14 13/17 14/3
 14/16 18/24 19/13 20/2 20/9
 20/21 22/22 25/6 25/16 25/22
 26/4 27/5 27/9 27/24 28/1
 33/19 35/17 35/24 36/7 36/10
 36/12 36/14 41/7 41/8 42/1
 43/15 43/16 43/16 45/6 51/13
 51/24 61/6 62/7 62/21 63/15
 67/21 67/23 70/5 70/8 70/8
 70/17 71/7 72/14 76/18 78/9
 79/11 80/4 80/19 82/1 82/21
 84/25 85/2 86/25 89/2 90/17
 92/21 95/1 96/16 96/18 98/25
 100/23 102/20 103/23 107/14
 119/5 125/14 150/21 152/17
 153/22 154/9 154/23 155/10
 155/24 177/7 179/4 183/23
 185/24 186/2 186/4 192/6
 192/25 200/15 205/18 209/16
 209/16 220/2 238/15 240/14
 254/17 261/12 266/2 266/24
 267/17 267/18 267/19 276/14
 277/6 277/6 297/23 310/21
 311/1 317/15 320/4 320/13
 320/14 320/15 324/18 357/22
 359/18 361/3
**die [5]** 191/21 191/22 196/19
 196/20 338/20
**died [1]** 284/17
**difference [5]** 20/6 56/15
 202/24 251/15 296/12
**different [21]** 24/12 24/13
 69/17 79/21 80/2 83/2 83/6
 117/18 155/23 186/10 216/4
 217/15 221/15 242/7 256/3
 258/4 262/16 338/1 340/22
 347/7 359/24
**differently [1]** 54/24
**differs [1]** 142/8
**difficult [1]** 227/1
**dire [2]** 59/12 59/15
**direct [20]** 3/6 3/9 3/12
 52/1 88/11 88/12 91/5 92/15
 97/1 101/23 102/9 104/22
 106/1 121/23 159/8 171/15
 242/8 293/5 293/23 354/15
**directed [1]** 253/14
**direction [3]** 265/18 316/16
 328/25
**directive [1]** 176/15
**directly [3]** 143/13 189/9
 224/24
**dirty [3]** 308/8 308/9 323/23
**disagree [1]** 224/14
**disagreement [1]** 227/22
**disappear [2]** 62/16 73/24
**disappointed [1]** 195/2
**discovered [1]** 118/15
**discovery [2]** 154/1 154/22
**DISCREtE [1]** 231/12
**discuss [15]** 43/12 52/18
 141/15 141/16 157/2 179/17
 192/2 222/11 222/16 222/20
 292/24 293/1 293/8 353/5
 353/10
**discussed [7]** 4/12 48/15

 53/1 70/10 70/11 208/23
 311/19
**discussing [5]** 19/2 44/7
 44/21 46/24 47/2
**discussion [2]** 5/20 363/9
**disgusted [1]** 188/11
**disgusting [1]** 90/2
**disloyal [1]** 270/24
**display [2]** 288/17 294/12
**disregard [1]** 94/20
**distilled [1]** 358/19
**distracted [1]** 325/6
**distracting [1]** 294/8
**DISTRICT [3]** 1/1 1/1 1/11
**DIVISION [1]** 1/2
**divorce [4]** 175/12 175/13
 175/18 175/21
**Dixie [2]** 11/1 14/21
**DL [1]** 356/23
**DMV [4]** 27/16 27/19 27/20
 334/4
**do [428]**
**docket [8]** 4/15 53/10 53/11
 53/13 53/20 53/24 54/7
 358/15
**doctor [6]** 16/25 267/18
 267/23 267/25 335/1 338/13
**document [2]** 126/18 129/8
**documentation [1]** 359/14
**documents [11]** 15/4 15/7
 15/9 15/14 38/22 39/6 82/21
 138/22 157/11 197/25 198/2
**does [128]** 4/18 12/6 21/18
 26/10 34/12 45/22 48/6 63/12
 69/7 90/10 108/2 112/20
 113/14 115/3 115/11 121/17
 122/8 128/24 129/11 129/16
 129/19 132/2 132/9 132/22
 132/24 133/1 133/3 133/5
 143/2 143/3 150/12 152/8
 156/3 169/9 170/10 170/25
 172/6 174/4 180/22 181/2
 191/11 191/22 193/15 204/4
 204/21 206/9 207/14 209/12
 209/25 214/24 219/15 220/5
 220/7 226/21 226/25 231/14
 232/16 242/19 247/23 254/2
 264/22 264/24 268/2 291/25
 292/12 294/4 299/13 299/15
 300/6 300/11 303/6 303/10
 303/17 304/12 305/2 305/6
 305/12 305/24 306/3 307/20
 314/23 315/1 315/13 315/16
 315/22 316/2 316/21 317/4
 317/25 318/11 318/14 318/25
 319/3 319/11 319/14 319/20
 319/22 320/5 320/7 320/16
 320/22 320/24 322/11 324/4
 324/14 325/5 325/11 325/16
 326/3 326/7 326/9 327/12
 328/4 341/17 342/2 342/5
 342/23 343/15 344/23 346/1
 347/2 349/23 349/25 350/21
 351/3 353/17 357/6 361/7
**does Nino [1]** 133/3
**doesn't [18]** 56/17 59/13
 75/5 93/22 152/2 153/20
 156/20 157/9 222/8 225/14

**D**

**doesn't... [8]** 272/7 272/10
308/8 308/9 320/25 321/1
325/6 360/18
**dog [2]** 225/14 318/5
**dogs [2]** 318/2 318/4
**doing [53]** 24/22 36/19 56/20
68/9 68/15 69/13 69/22 69/23
70/6 70/8 77/4 77/4 77/5
77/5 77/6 77/6 87/9 88/10
105/17 106/12 123/14 131/22
139/1 139/3 154/13 154/15
156/7 159/12 177/17 182/16
209/9 212/15 216/21 239/9
241/2 241/3 245/13 245/13
270/21 278/9 283/17 294/2
295/5 295/20 295/20 296/14
296/21 307/2 339/20 340/12
340/13 362/21 362/21
**dollar [1]** 303/20
**dollars [3]** 189/14 300/21
346/6
**domestic [1]** 122/25
**dominance [1]** 223/8
**dominates [1]** 224/24
**Dominican [1]** 335/1
**don't [173]** 4/24 5/18 15/17
16/3 17/20 17/22 18/25 19/17
20/4 20/10 21/14 21/17 22/2
22/2 26/2 27/10 29/23 30/10
30/13 34/8 38/1 40/12 40/23
43/5 44/11 46/14 49/15 49/18
49/22 50/4 58/10 58/13 58/13
58/17 58/20 59/10 59/11
64/12 64/15 66/13 67/24
68/16 68/25 69/16 69/24
70/18 83/6 86/9 86/17 86/20
88/10 88/14 90/3 91/17 98/17
98/18 108/13 108/24 108/25
111/9 111/11 111/14 111/16
112/14 114/8 115/8 115/9
115/18 116/23 117/14 117/20
120/7 120/13 123/10 125/6
126/9 131/4 132/25 133/4
134/22 137/4 138/21 139/2
139/19 142/1 142/3 142/4
142/15 143/2 143/16 144/2
149/3 151/18 152/6 152/7
152/9 152/10 152/23 152/24
153/2 153/3 153/19 155/6
155/13 155/14 155/14 160/14
161/11 169/10 169/11 170/18
172/10 174/9 175/3 178/22
188/9 188/21 191/4 195/11
197/12 197/16 197/17 205/4
207/3 207/5 210/19 214/4
214/5 214/6 218/21 222/6
223/19 224/5 224/7 224/14
236/15 237/24 239/2 241/20
249/6 252/13 255/14 257/6
276/23 282/20 291/1 293/6
293/14 294/22 297/5 299/24
302/10 303/15 303/19 305/6
310/6 314/17 327/20 345/21
345/22 346/3 348/2 351/9
353/6 353/6 353/7 356/8
358/5 358/8 360/13 360/19

361/24 364/14
**done [24]** 52/4 55/23 55/24
55/25 64/3 81/7 82/14 94/4
106/19 107/10 136/20 140/5
145/21 154/24 195/14 259/24
281/24 301/20 301/21 350/5
353/19 357/12 359/10 359/23
**Donna [1]** 302/10
**Donna's [1]** 251/11
**dont [1]** 306/13
**door [7]** 58/10 248/11 248/15
306/21 341/19 341/20 342/1
**dooring [2]** 114/8 115/23
**Dorothy [8]** 87/23 88/16
89/11 89/13 277/22 277/23
277/25 344/11
**dots [2]** 172/10 229/7
**double [1]** 4/9
**doubt [1]** 157/9
**doubts [1]** 44/2
**down [48]** 38/2 39/4 66/21
66/22 87/7 95/13 96/18 96/21
100/10 104/11 110/3 119/2
121/16 128/13 131/6 134/17
139/3 140/24 160/19 174/6
184/13 184/16 185/21 207/10
210/5 232/22 237/13 238/10
241/5 242/9 249/11 259/4
269/8 275/10 275/11 277/5
277/7 277/10 296/16 308/4
311/13 322/24 324/23 333/15
338/19 338/25 355/14 358/20
**downers [1]** 56/24
**downstairs [7]** 117/11 118/15
118/20 254/16 254/22 267/1
323/22
**DR [1]** 358/3
**drag [1]** 277/5
**dragged [2]** 277/7 277/10
**dress [2]** 177/20 205/18
**dressed [2]** 90/21 211/12
**Dresses [1]** 184/3
**drift [1]** 293/24
**drifting [1]** 294/19
**drink [1]** 193/23
**drinks [1]** 283/4
**drive [3]** 39/22 154/7 220/6
**driven [1]** 92/9
**driver [17]** 92/10 184/11
184/12 184/15 184/19 185/19
185/20 185/22 186/5 193/24
194/1 204/3 204/6 204/8
217/1 315/3 315/25
**driver's [7]** 39/3 39/4 39/18
39/21 102/5 134/22 198/3
**driving [4]** 42/15 82/3
274/25 275/23
**drop [1]** 184/15
**dropped [1]** 14/13
**dropping [3]** 14/10 14/12
293/11
**drown [1]** 271/10
**drug [16]** 32/20 53/19 53/22
55/3 55/11 56/14 56/18 58/2
80/15 80/25 81/1 81/2 81/4
81/25 84/19 122/15
**drugs [15]** 51/20 51/22 53/5
54/1 54/2 54/11 54/20 56/19

56/25 57/22 58/4 58/21 59/8
60/1 80/17
**drum [1]** 342/23
**duces [2]** 15/3 15/8
**Dude [1]** 131/20
**due [2]** 130/17 359/15
**duhh [2]** 196/24 204/17
**dumb [3]** 317/8 317/11 317/12
**duplicative [1]** 355/18
**during [33]** 9/15 10/19 14/21
50/9 56/19 56/25 59/8 59/25
71/17 73/16 78/14 83/3 99/20
114/4 114/17 114/23 120/19
131/3 133/10 182/13 182/14
183/2 183/2 202/4 239/9
245/3 272/23 276/1 292/2
293/2 293/22 353/1 362/4
**duty [1]** 57/24
**DXXXX [108]** 31/3 31/7 51/24
55/1 55/11 55/13 56/23 56/24
57/1 57/13 58/9 58/15 58/17
59/5 73/7 73/11 73/19 73/22
99/5 164/20 164/21 164/25
165/24 176/17 182/20 183/11
183/14 184/23 185/1 186/16
186/17 186/24 189/10 189/10
189/18 192/14 193/9 200/6
201/5 201/14 202/11 202/12
202/16 202/17 208/18 209/1
211/3 212/6 212/19 213/11
213/18 213/25 214/8 215/2
215/5 217/6 220/11 229/1
229/6 230/7 236/7 243/15
246/3 250/17 251/12 251/22
254/5 258/13 260/23 263/15
283/7 297/25 298/9 299/4
300/4 300/10 300/24 301/8
301/20 301/22 302/9 302/14
303/8 303/13 304/2 305/5
305/7 305/10 305/12 305/17
306/9 306/12 306/22 307/19
307/22 308/13 309/3 309/10
309/15 309/23 310/9 310/17
319/15 326/25 327/4 336/17
337/1 344/11
**DXXXX's [12]** 25/23 53/5
57/20 74/8 98/22 212/22
252/24 253/3 253/10 312/6
312/7 337/5
**DXXXXX's [1]** 252/24
**DXXXXXX [117]** 29/1 29/7
30/20 31/1 31/7 48/24 49/1
49/3 61/19 64/6 77/3 77/3
77/6 99/5 100/17 112/10
115/4 115/16 124/14 131/9
131/11 131/13 131/16 131/18
131/20 131/23 131/25 132/4
132/5 132/9 132/22 133/1
133/5 164/20 164/21 165/25
176/18 178/14 178/25 182/21
183/11 183/14 184/23 185/1
189/18 193/9 200/6 201/5
201/14 202/11 202/13 202/14
202/19 205/10 208/20 208/25
211/3 212/6 212/19 212/24
213/13 214/1 214/8 214/15
215/6 217/6 217/24 219/5
219/6 220/11 220/18 220/21

**D**

**DXXXXXX... [45]**   221/12 222/7
223/7 228/13 229/16 229/22
236/20 236/23 246/3 250/17
252/4 252/6 253/24 254/21
254/21 256/7 260/21 263/17
274/18 283/9 286/15 297/25
300/25 301/16 301/23 305/9
305/10 306/1 306/14 306/15
306/23 307/2 309/4 327/5
327/9 330/4 330/19 333/8
336/15 338/1 338/25 339/13
342/19 344/11 357/19
**DXXXXXX's [7]**   25/23 98/22
164/23 236/4 251/24 253/8
258/11
**dying [2]**   284/15 284/16
**Dyondre [1]**   356/23

**E**

**E's [1]**   191/6
**E-R-O-S [1]**   217/13
**each [16]**   11/17 11/19 38/18
97/19 97/22 98/15 109/20
141/14 174/12 190/22 209/19
215/7 226/22 226/22 261/15
282/12
**earlier [14]**   65/25 94/8
94/23 142/11 154/24 210/13
229/2 251/12 251/15 297/23
303/3 323/9 357/7 359/13
**early [7]**   56/7 84/13 142/5
177/14 178/12 208/10 213/20
**easier [2]**   81/8 222/14
**easy [4]**   60/21 148/11 187/24
343/17
**eat [6]**   182/17 194/16 282/21
283/3 323/18 323/20
**economic [1]**   122/25
**Ed [1]**   124/25
**EDGARDO [3]**   3/5 104/16
104/20
**eff [1]**   317/25
**effect [4]**   111/23 151/10
156/18 226/11
**effort [1]**   57/4
**eg [15]**   299/5 300/11 303/8
305/8 307/9 309/3 320/3
320/4 320/7 320/7 324/9
326/2 342/4 342/5 349/16
**eight [13]**   7/9 7/19 51/2
86/19 92/25 218/12 218/19
220/20 255/18 258/14 302/20
302/23 331/25
**either [9]**   16/22 90/25
179/13 213/14 227/6 293/24
356/9 358/12 363/1
**Electronics [1]**   283/24
**Elementary [1]**   160/17
**elements [1]**   125/24
**elevators [1]**   141/19
**Eleventh [2]**   54/6 54/16
**Elias [1]**   337/14
**elicit [1]**   116/16
**elicited [1]**   155/4
**eliciting [1]**   56/15
**eliminate [1]**   356/4

**eliminated [2]**   355/11 357/3
**eliminating [1]**   355/21
**Elite [1]**   241/15
**Elizabeth [1]**   355/21
**ELMO [1]**   166/21
**else [38]**   5/20 6/1 6/5 16/7
40/20 43/22 49/9 49/20 52/19
61/6 61/7 141/16 152/20
164/19 180/24 189/24 208/19
216/12 217/11 220/3 240/8
255/13 259/21 268/8 268/16
269/1 269/7 271/13 286/25
287/4 287/9 304/7 336/22
341/14 344/10 354/16 354/19
356/13
**email [10]**   236/2 236/3 236/5
236/7 236/11 330/14 333/9
333/10 333/15 333/17
**embarrass [1]**   59/9
**embarrassing [1]**   90/2
**emergency [3]**   330/18 333/7
338/19
**emoji [1]**   196/12
**emphasize [2]**   222/7 295/13
**employed [2]**   105/1 122/4
**encouraged [2]**   42/23 84/18
**encouragement [1]**   321/15
**encouraging [2]**   46/4 195/16
**end [26]**   42/11 79/8 90/25
101/7 118/18 143/21 182/2
184/17 197/23 242/25 244/12
266/6 270/10 290/3 293/11
308/16 314/7 316/18 325/9
331/24 332/8 334/24 339/11
348/4 349/25 352/22
**ended [4]**   92/11 133/8 133/9
296/14
**ending [2]**   353/3 357/6
**endured [1]**   267/6
**enforcement [17]**   26/16 40/14
67/14 70/5 78/15 86/8 86/10
105/24 111/10 114/20 115/22
116/3 116/4 122/16 123/2
131/3 140/18
**engage [8]**   96/16 119/5 125/3
127/10 179/14 213/25 221/6
265/17
**engaged [3]**   86/8 155/25
188/6
**engaging [7]**   106/10 195/22
201/13 202/6 212/2 214/7
216/4
**enjoy [1]**   206/25
**enough [14]**   11/9 21/3 32/24
97/15 178/15 179/4 179/14
214/6 266/12 317/16 345/24
359/10 359/17 360/24
**ensure [2]**   295/14 357/5
**entail [1]**   294/13
**enter [1]**   34/14
**entered [3]**   53/13 59/18
109/19
**entertain [1]**   5/11
**entire [2]**   133/14 218/22
**entirely [3]**   79/21 80/2
153/21
**entirety [2]**   45/17 126/20
**Entries [1]**   53/20

**entry [7]**   4/15 53/10 53/11
53/13 53/24 54/7 358/15
**equals [1]**   300/21
**equipped [1]**   120/19
**eros [6]**   217/12 217/17
217/20 259/25 327/16 347/2
**eros.com [1]**   347/4
**escort [1]**   14/10
**escorting [2]**   278/8 278/9
**especially [1]**   225/14
**ESQ [2]**   1/18 1/21
**establish [2]**   223/18 224/9
**established [1]**   285/10
**estimate [1]**   7/4
**estimated [1]**   50/2
**etc [1]**   68/5
**even [18]**   10/3 13/1 72/10
80/19 85/18 90/10 94/9
156/13 157/8 157/24 166/4
170/13 205/18 207/5 278/20
295/3 297/2 361/2
**evening [5]**   239/19 247/18
248/4 353/12 353/15
**evenings [1]**   239/19
**event [4]**   6/19 54/21 57/7
142/16
**events [4]**   54/4 54/13 57/2
81/12
**eventually [5]**   134/17 134/18
147/18 176/25 215/6
**ever [52]**   28/20 41/9 58/4
63/8 64/15 69/21 75/15 76/9
76/19 85/25 86/8 96/13 96/19
99/5 103/12 103/15 147/23
172/25 178/12 179/19 181/2
201/5 202/4 207/16 211/18
211/20 213/25 217/22 220/11
236/11 239/10 245/6 247/12
259/21 269/5 269/10 271/13
272/4 273/8 274/17 276/5
276/11 276/24 277/2 279/25
287/9 287/15 288/17 307/2
322/4 339/8 351/5
**every [21]**   24/12 24/13 55/23
93/17 139/25 139/25 140/3
140/3 140/6 216/8 226/22
247/11 261/14 262/1 292/1
294/13 294/20 304/4 305/1
316/13 340/2
**everybody [6]**   6/16 154/13
166/15 225/17 295/14 317/5
**everyone [7]**   60/18 195/14
225/4 228/6 262/16 290/20
359/18
**everything [26]**   4/11 27/7
47/18 47/21 101/23 104/3
124/4 132/21 143/22 173/14
194/17 195/10 195/14 225/4
262/25 283/4 300/12 300/13
303/11 305/5 305/9 320/9
322/24 349/18 349/19 355/6
**Everytime [1]**   321/25
**everywhere [1]**   344/5
**evidence [55]**   5/14 53/18
55/6 55/19 55/19 56/16 56/16
56/20 56/24 57/9 99/14 129/1
129/21 130/2 135/13 135/21
135/23 136/1 136/15 136/18

**E**

**evidence... [35]**   142/13
143/2 143/12 143/13 143/20
143/22 154/5 156/10 156/23
157/13 218/10 218/24 222/5
227/4 230/21 246/10 246/23
247/4 250/24 251/6 256/24
260/11 280/22 280/24 285/11
286/4 286/9 287/22 296/24
305/14 329/12 329/16 332/22
333/2 334/12
**evidenced [1]**   225/3
**evidentiary [1]**   128/24
**evil [3]**   17/5 17/11 279/6
**exact [2]**   15/18 16/3
**exactly [10]**   13/12 32/10
34/13 36/5 100/23 148/16
230/10 261/6 296/11 315/24
**exam [1]**   52/2
**examination [32]**   3/3 3/4 3/6
3/7 3/9 3/10 3/12 6/21 6/25
61/1 83/19 84/22 88/9 90/6
91/5 91/8 91/25 96/11 97/2
98/21 99/20 102/25 104/22
119/10 121/23 136/20 137/10
142/20 159/8 228/7 354/1
361/23
**examine [1]**   116/9
**examined [1]**   101/12
**examining [1]**   6/20
**example [4]**   25/4 150/23
266/11 356/7
**Excellent [1]**   122/3
**except [1]**   295/9
**exception [1]**   111/9
**exchange [4]**   44/16 44/17
109/19 300/24
**exclamation [1]**   47/19
**excluded [1]**   52/7
**excuse [1]**   206/6
**exercise [2]**   359/18 361/4
**exercising [1]**   362/7
**exert [2]**   223/5 225/5
**exerted [1]**   224/20
**exhibit [88]**   3/16 3/16 3/17
3/17 3/18 3/18 3/19 3/19
3/20 44/12 126/15 129/7
130/2 135/17 135/18 136/18
137/15 139/4 143/24 143/24
146/10 146/11 147/1 149/18
150/11 161/5 166/22 167/24
171/16 172/16 195/5 199/12
203/25 218/2 218/3 218/4
218/10 218/14 218/19 218/24
222/23 226/22 236/14 237/18
237/22 238/21 241/14 241/21
241/23 241/25 242/7 246/9
246/24 247/4 250/10 250/10
251/6 255/15 256/24 260/12
264/4 265/8 269/18 281/14
285/1 285/19 286/4 288/25
294/11 295/11 298/4 301/5
306/8 308/11 309/14 310/3
312/7 312/15 329/12 329/16
331/25 332/22 333/2 333/6
334/12 339/12 344/18 348/16
**exhibits [10]**   3/14 144/2

154/7 157/17 199/5 226/3
227/1 227/10 227/21 352/3
**existed [1]**   32/3
**exists [2]**   21/17 21/19
**exotic [2]**   233/2 233/7
**expectation [1]**   55/23
**expected [1]**   358/24
**expecting [1]**   293/4
**experience [2]**   233/5 247/12
**explain [27]**   92/5 102/4
106/13 118/7 123/21 184/7
184/19 188/12 207/8 211/3
216/17 234/3 237/11 238/13
244/20 254/19 261/6 271/18
272/13 273/21 278/7 279/9
281/6 306/20 323/3 345/20
349/13
**explained [2]**   102/10 349/16
**explicit [2]**   225/16 227/17
**explicitly [1]**   157/7
**explore [1]**   57/14
**expose [1]**   147/22
**exposed [1]**   227/9
**express [1]**   204/23
**expressed [1]**   322/16
**expression [2]**   172/7 271/15
**expressions [1]**   211/15
**extent [3]**   156/2 156/9
359/23
**extra [3]**   188/22 188/24
323/19
**extremely [2]**   142/19 331/18
**extrinsic [2]**   55/6 55/19
**eye [2]**   269/5 272/25
**eyes [2]**   17/5 279/14

**F**

**F.2d [1]**   54/22
**F.3d [2]**   54/5 54/16
**F.3d 1504 [1]**   54/5
**face [38]**   170/18 172/3 172/4
172/22 191/5 191/14 191/19
192/18 193/21 193/21 194/19
194/20 195/9 196/16 197/15
197/16 203/18 205/9 207/6
207/21 219/23 223/2 235/4
299/6 303/14 316/5 321/18
321/24 321/24 322/3 322/8
343/7 343/12 343/19
**facility [1]**   119/4
**fact [13]**   30/23 31/13 44/1
46/20 63/14 71/10 71/18
76/22 114/24 115/10 155/25
195/2 322/7
**factors [1]**   157/15
**facts [1]**   154/14
**factual [1]**   155/23
**fair [2]**   32/24 321/12
**fairly [3]**   255/24 256/10
256/17
**fairness [1]**   296/5
**faith [1]**   56/8
**fake [14]**   38/3 39/6 39/16
40/11 40/15 41/8 101/12
102/5 102/5 102/21 150/3
259/14 260/3 260/16
**fall [4]**   125/24 130/10 201/7

**208/16**
**falling [1]**   182/25
**familiar [10]**   48/10 48/12
63/2 64/9 64/15 125/23
221/14 221/17 280/7 358/8
**families [1]**   279/21
**family [7]**   61/8 119/3 155/9
160/20 175/10 201/4 276/19
**family's [1]**   290/11
**far [15]**   22/2 47/22 72/23
73/4 76/15 107/9 120/5
131/10 131/22 143/19 144/2
263/2 304/12 304/13 359/17
**farther [1]**   355/14
**fashion [2]**   14/5 225/13
**fast [2]**   33/4 33/7
**faster [1]**   360/18
**father [1]**   119/1
**father's [1]**   74/3
**fault [1]**   4/22
**FBI [5]**   43/2 83/9 85/14
139/5 139/12
**fear [17]**   17/15 17/16 18/4
151/5 151/5 151/10 154/19
156/21 200/23 201/1 201/3
201/16 201/18 201/19 224/20
278/20 278/25
**fears [1]**   18/11
**Federal [6]**   1/19 1/22 40/17
54/25 67/4 363/16
**fee [1]**   188/19
**feed [2]**   282/23 282/24
**feeding [1]**   131/6
**feel [24]**   87/5 90/12 169/11
170/19 171/11 175/20 182/23
195/7 195/9 195/10 195/19
196/9 208/7 212/14 212/17
268/22 274/11 310/19 322/25
323/7 330/25 331/11 353/14
357/14
**feeling [1]**   207/5
**feelings [3]**   89/11 176/3
195/11
**fell [1]**   322/5
**fellow [1]**   50/19
**fellow's [1]**   23/1
**felon [1]**   82/25
**felt [5]**   36/18 71/10 87/7
88/20 188/11
**female [4]**   109/2 109/17
180/2 246/17
**female's [1]**   180/1
**few [16]**   5/10 47/13 48/9
70/14 168/21 183/2 183/2
210/10 221/12 230/21 250/20
292/1 298/14 299/2 314/10
324/13
**fifth [1]**   347/11
**fight [1]**   225/15
**figure [5]**   24/10 30/7 30/7
354/21 359/19
**figuring [1]**   197/7
**file [4]**   243/2 247/10 355/1
359/5
**filed [5]**   52/11 54/8 65/14
65/21 66/3
**files [1]**   139/23
**filing [1]**   359/7

**F**

**filings [1]** 116/22
**filled [3]** 178/10 271/8 333/12
**finally [10]** 172/10 185/12 198/22 223/8 230/6 308/11 322/25 323/4 338/7 347/7
**find [10]** 58/6 65/5 116/21 154/23 238/13 261/4 264/21 338/3 350/6 361/6
**fine [8]** 60/14 68/23 114/24 132/21 190/21 287/19 352/5 361/9
**finger [4]** 36/12 55/15 270/15 270/17
**fingers [1]** 99/11
**finish [4]** 41/14 143/7 143/16 357/1
**finished [1]** 38/20
**finishing [1]** 293/6
**fire [1]** 268/23
**first [78]** 4/10 4/18 21/20 21/21 22/21 23/12 43/22 50/14 66/25 70/4 70/21 87/10 89/10 89/16 90/25 93/3 103/18 113/18 113/20 114/15 116/11 142/12 144/11 144/24 154/14 175/2 175/4 177/9 178/13 182/13 182/14 183/2 183/2 183/8 183/22 185/15 186/5 187/4 187/22 188/10 188/24 189/16 200/25 202/4 203/8 203/18 206/15 208/2 208/21 210/13 223/14 236/23 241/25 242/12 245/24 252/23 253/1 253/3 253/4 253/8 253/12 258/21 263/15 266/21 275/2 276/24 285/11 291/12 299/1 299/2 299/3 314/9 319/2 333/6 348/16 357/13 357/24 362/6
**fist [1]** 178/4
**five [22]** 95/11 122/20 142/5 142/11 154/24 158/14 172/1 172/16 194/14 218/12 218/19 221/5 221/6 223/1 250/14 255/18 261/25 262/17 292/23 318/7 322/21 346/10
**FL [5]** 1/7 1/17 1/20 1/23 2/3
**FLETCHER [1]** 1/18
**flight [3]** 264/21 264/25 265/2
**flirting [1]** 164/16
**floor [1]** 322/5
**FLORIDA [10]** 1/1 61/8 98/9 160/12 160/21 175/1 199/12 210/22 263/23 329/13
**flows [1]** 45/11
**flush [1]** 55/20
**flushed [1]** 154/12
**fly [1]** 265/22
**focus [12]** 102/1 102/2 207/22 207/22 208/2 208/5 208/8 258/21 294/6 294/14 325/3 325/5
**focused [4]** 155/1 190/21

294/9 310/17
**Foley [1]** 355/20
**follow [2]** 19/5 295/14
**following [4]** 94/24 109/7 130/16 351/4
**food [4]** 306/6 342/18 342/19 342/21
**foods [1]** 283/4
**force [2]** 87/13 225/6
**forced [3]** 9/25 10/15 245/13
**forceful [1]** 176/15
**forcing [4]** 10/9 197/16 197/19 197/20
**foregoing [1]** 363/12
**foreigner [1]** 35/16
**forever [2]** 322/4 343/11
**forget [2]** 219/21 233/6
**forgive [1]** 322/1
**forgotten [2]** 146/17 146/21
**form [5]** 17/19 54/2 132/4 318/21 333/12
**format [1]** 131/24
**Fort [8]** 1/20 160/22 162/2 201/10 240/19 245/23 245/24 246/2
**forth [5]** 92/9 142/9 142/23 155/24 157/7
**forward [6]** 65/6 87/13 138/18 155/6 294/3 360/1
**found [16]** 12/13 20/13 31/13 35/4 65/4 108/12 120/3 134/25 135/4 135/4 198/5 211/8 221/13 242/7 281/2 298/2
**foundation [7]** 110/15 273/15 273/17 285/10 285/19 287/6 287/18
**four [28]** 8/5 43/18 122/15 126/18 126/22 157/25 170/2 171/15 191/6 199/3 205/19 231/18 250/14 252/3 255/18 256/10 303/3 304/15 308/12 310/10 310/16 317/18 320/10 320/21 326/16 327/7 337/8 358/23
**four-month [1]** 326/16
**four-page [1]** 126/18
**fourth [1]** 242/8
**frail [1]** 89/20
**frame [3]** 107/24 293/15 361/3
**framed [1]** 117/13
**fraud [1]** 224/21
**freaking [1]** 275/1
**free [5]** 74/5 94/14 233/18 315/23 353/14
**frequent [1]** 46/20
**frequently [3]** 47/12 64/22 64/23
**Friday [4]** 154/7 357/7 359/3 360/12
**friend [9]** 11/21 11/22 12/2 47/15 75/5 162/18 174/2 174/10 174/11
**friends [2]** 11/25 193/10
**front [9]** 60/7 115/15 144/10 153/8 167/25 179/15 179/17 242/13 351/14

**fruit [4]** 306/2 306/2 306/4 306/5
**frustrating [1]** 306/25
**frustration [1]** 306/15
**Ft [2]** 2/3
**fuck [2]** 131/20 174/6
**fuckin [1]** 173/25
**fuk [2]** 320/4 320/13
**full [7]** 4/17 104/18 121/21 144/14 154/14 159/4 161/8
**fun [1]** 233/7
**fund [1]** 109/20
**funn [1]** 219/20
**further [14]** 55/8 83/16 104/9 116/18 119/8 121/13 137/7 140/20 140/22 153/5 153/10 225/8 247/13 287/17
**furtherance [4]** 114/25 116/1 116/6 116/21
**futile [1]** 361/4

**G**

**Gabe [2]** 50/10 50/16
**gained [1]** 110/15
**Galaxy [1]** 348/8
**game [1]** 320/23
**gangster [2]** 240/10 323/1
**Gap [1]** 95/25
**garage [3]** 179/10 179/11 267/1
**Gardens [1]** 92/10
**Gary [19]** 162/18 162/21 163/7 163/13 163/17 163/17 164/10 164/18 173/14 173/18 173/20 173/22 173/25 174/10 174/11 186/7 186/8 186/10 194/2
**gas [1]** 90/21
**gathered [1]** 117/1
**gave [37]** 24/24 66/17 66/18 68/1 85/9 97/17 98/12 109/23 116/14 153/17 154/6 156/5 164/11 164/16 170/8 178/2 180/16 185/1 185/16 187/1 187/9 189/18 189/9 189/10 189/10 199/5 254/21 254/21 254/25 282/11 283/19 284/21 299/6 300/20 334/8 342/18 346/12
**Gen [1]** 264/24
**general [4]** 15/10 54/2 54/11 359/22
**generally [6]** 58/3 119/15 128/23 233/22 295/6 358/8
**generating [1]** 263/2
**Genesis [1]** 236/7
**genitals [1]** 224/6
**gentleman [2]** 82/9 233/6
**gentlemen [7]** 85/25 141/10 158/23 164/9 232/6 292/21 352/25
**get [158]** 10/22 13/24 19/14 25/15 33/24 34/15 34/22 37/1 38/4 38/22 38/25 39/14 39/16 39/19 41/20 44/19 47/9 52/4 55/11 58/11 62/18 65/11 65/16 82/8 83/8 90/22 95/2 95/24 96/18 96/22 97/3 99/4

**G**

**get... [126]**   99/8 101/19
102/21 106/15 106/17 109/24
116/12 116/23 120/22 124/12
128/1 131/7 132/3 132/3
132/4 133/6 139/15 145/13
149/24 153/22 157/6 161/22
164/17 170/3 170/19 171/12
176/5 182/12 183/16 184/8
185/9 185/17 186/14 186/21
190/25 191/16 196/5 196/10
196/23 197/1 197/9 204/18
204/19 205/5 209/8 210/11
211/3 211/12 211/18 220/8
224/13 224/21 234/1 234/6
234/8 239/19 240/1 240/2
245/4 245/19 251/17 254/20
257/21 257/25 259/18 259/19
261/12 264/18 264/24 266/3
266/16 268/22 270/15 271/3
271/15 272/7 272/12 273/7
275/1 275/8 275/19 275/20
278/5 279/16 284/5 288/4
289/24 290/19 290/21 290/25
292/11 292/11 295/8 297/14
299/24 306/5 308/4 309/6
310/21 316/1 319/6 319/16
320/15 323/15 323/17 324/18
325/6 328/2 328/4 334/3
334/6 335/1 339/8 345/14
345/17 346/12 347/18 347/19
350/21 351/9 355/1 355/4
355/6 357/6 357/12 363/6

**getaway [1]**   233/7

**gets [3]**   172/12 233/17
350/16

**getting [18]**   90/18 116/18
148/18 164/7 175/13 186/3
186/5 216/25 234/3 248/25
285/20 314/25 315/12 315/14
322/22 328/20 331/14 359/14

**gift [1]**   197/17

**girl [21]**   124/9 124/14 205/8
206/12 206/21 213/14 214/21
214/23 214/25 219/23 220/7
229/22 243/14 243/16 243/22
244/15 255/4 271/3 292/16
325/11 325/13

**girlfriend [2]**   23/6 23/8

**girls [54]**   12/9 75/9 75/9
75/15 76/9 77/9 86/21 107/10
176/17 177/4 186/2 193/18
204/3 204/3 204/7 204/12
212/1 215/7 217/21 219/2
220/2 220/8 220/9 220/11
223/8 224/24 225/3 225/3
225/5 225/7 230/2 234/7
241/3 241/11 244/21 261/7
261/16 263/13 265/25 273/21
274/3 274/8 274/16 279/19
285/7 285/8 288/18 291/20
328/18 336/6 338/4 340/8
341/5 349/3

**girls' [2]**   234/15 234/16

**give [50]**   11/8 21/12 21/18
21/21 25/22 55/7 94/3 97/15
97/24 98/10 98/10 107/23

108/25 109/12 110/3 143/23
147/6 153/24 156/4 157/3
177/15 177/21 189/11 198/13
198/18 198/20 199/15 200/1
200/3 200/5 209/14 210/5
213/23 215/2 237/15 254/22
263/13 266/25 282/12 283/15
287/9 287/15 309/8 310/22
329/23 330/7 334/5 338/4
342/19 346/16

**given [10]**   77/24 77/25 83/2
93/6 125/1 142/8 154/15
181/3 204/12 234/11

**gives [5]**   187/16 221/8 265/1
316/10 346/23

**giving [11]**   18/18 20/22
24/17 72/23 73/4 77/9 86/16
98/4 282/19 282/19 282/20

**glympse [3]**   349/25 350/2
350/10

**gmail.com [2]**   236/3 333/16

**go [140]**   5/21 7/16 7/19 7/25
8/18 12/9 12/11 13/14 21/3
23/4 23/21 27/19 32/4 32/10
32/11 32/19 33/1 33/14 36/20
37/4 43/22 50/21 53/24 60/22
61/10 62/18 66/13 68/3 71/8
73/20 74/3 74/5 75/6 78/24
82/19 82/21 84/18 85/7 93/21
96/22 99/3 101/21 116/18
118/20 122/24 123/24 133/21
133/24 134/11 134/17 144/11
150/15 150/25 154/25 169/11
170/14 170/16 170/25 171/1
179/6 179/7 179/21 183/16
183/22 183/23 185/12 186/24
187/20 188/14 189/21 191/5
196/15 200/15 201/17 205/4
211/5 211/12 211/16 211/17
215/23 220/6 232/25 234/6
238/15 240/14 240/15 248/12
252/25 253/12 254/3 254/6
255/16 264/13 264/15 264/19
264/21 265/9 265/13 265/17
267/14 267/25 271/15 273/1
279/13 290/4 290/5 290/10
290/21 293/7 296/1 307/14
307/15 307/23 310/3 310/8
311/13 311/18 314/9 316/10
318/2 318/4 319/18 319/18
320/10 320/18 327/7 334/6
339/8 341/1 341/18 342/3
342/12 344/5 346/7 348/2
348/4 349/14 354/8 357/8
359/18

**goes [12]**   63/14 106/23
143/22 148/13 149/5 224/24
237/13 237/13 302/9 307/19
337/24 347/10

**going [103]**   5/25 12/21 19/6
27/6 32/10 32/10 32/22 34/10
44/12 45/9 59/12 59/20 64/6
64/7 68/5 69/3 76/23 82/8
82/11 83/12 111/15 111/19
114/4 114/7 114/16 114/21
115/9 117/1 117/4 117/8
118/13 121/6 123/14 123/16
123/17 124/6 130/22 141/18

142/13 142/16 142/17 142/18
143/14 143/17 143/23 144/9
147/2 147/8 147/22 148/1
151/2 151/3 156/24 157/24
158/24 163/23 172/24 183/22
184/2 185/2 185/8 189/22
189/23 194/5 201/16 223/10
224/16 225/17 226/6 230/16
230/17 243/12 244/23 244/25
245/3 265/6 271/19 274/25
275/19 293/11 294/3 296/21
296/23 303/24 314/9 317/18
319/19 323/25 327/8 327/18
342/8 346/18 348/1 348/3
354/14 355/4 356/1 359/11
359/19 360/15 361/5 361/21
362/1

**goings [1]**   124/21

**gone [9]**   10/24 11/1 11/3
81/15 90/4 156/1 307/16
316/11 353/21

**gonna [6]**   170/19 171/11
191/15 196/5 207/7 319/10

**good [54]**   4/1 7/21 20/3
20/18 24/22 33/4 56/8 69/23
91/18 104/24 104/25 119/12
121/25 122/1 122/2 137/12
137/14 144/8 159/10 159/11
164/6 166/13 169/12 172/21
172/22 182/15 193/18 206/7
206/8 210/9 212/18 232/24
232/24 270/16 283/16 295/8
300/12 300/13 303/11 305/9
309/9 309/24 310/11 320/9
322/7 325/13 326/4 326/4
326/4 328/2 328/4 348/6
349/18 349/19

**goodnight [2]**   303/15 303/18

**goods [1]**   85/4

**goof [1]**   306/3

**Google [1]**   328/18

**goose [1]**   322/7

**gorgeous [2]**   233/2 336/16

**gosh [1]**   174/5

**got [82]**   25/19 31/16 33/25
34/9 36/7 36/23 37/9 38/3
39/18 40/10 40/15 42/15 45/2
45/19 62/24 80/20 82/3 84/21
89/10 89/16 92/6 95/25 101/1
101/3 101/6 101/7 101/14
101/17 101/22 102/5 103/3
113/23 176/20 177/9 185/22
186/15 186/21 188/17 189/6
191/25 192/18 193/18 193/21
197/9 197/17 203/23 215/16
234/10 245/9 246/20 247/20
248/14 248/24 252/12 254/9
254/16 255/1 255/2 255/4
255/8 259/14 260/4 261/12
264/20 267/2 275/3 277/6
277/25 278/15 278/20 301/6
303/8 304/7 304/18 314/17
319/10 320/7 322/25 323/1
335/5 338/18 345/13

**gotchu [3]**   310/18 315/15
328/3

**gotta [5]**   315/3 323/16
323/19 323/19 323/20

**G**

**gotten [6]** 12/23 13/4 27/13
46/5 65/1 235/16
**Government [137]** 3/16 3/16
3/17 3/17 3/18 3/18 3/19
3/19 3/20 4/14 4/19 26/7
40/10 40/13 43/13 44/12
52/11 53/4 53/9 54/16 55/9
58/20 58/25 66/6 104/8
104/12 104/13 111/17 115/3
115/12 116/7 119/13 121/17
126/15 129/7 129/20 130/2
130/4 135/17 135/18 136/18
137/15 139/4 142/23 142/24
142/25 143/20 143/25 144/5
146/11 149/18 150/11 152/3
153/10 153/24 154/7 155/3
155/5 155/7 155/8 155/24
156/14 156/21 156/23 156/23
157/10 157/18 157/24 161/5
161/18 166/22 167/24 172/16
199/12 218/2 218/2 218/7
218/10 218/11 218/13 218/24
223/15 224/8 224/11 224/19
225/16 227/3 227/6 237/18
238/21 241/14 241/14 246/9
246/23 247/4 250/9 250/23
251/6 255/15 256/24 260/11
264/4 265/8 269/18 281/14
285/1 286/4 288/25 294/2
294/6 294/11 294/13 294/18
294/21 298/4 309/14 310/3
312/7 312/15 329/11 329/16
331/25 332/21 332/22 333/2
334/12 339/12 344/18 348/16
353/18 355/3 359/22 360/16
361/6 361/22 362/10 362/14
**Government's [12]** 53/16
53/24 99/15 104/16 121/19
144/13 159/3 222/9 225/19
241/24 293/23 354/3
**GPS [1]** 350/1
**grades [1]** 164/5
**grandma [2]** 83/25 84/1
**granting [1]** 53/16
**grants [1]** 53/21
**graphic [3]** 226/16 227/2
232/9
**great [5]** 155/18 189/15
244/15 247/9 314/19
**greeted [1]** 109/20
**GREGORY [1]** 1/14
**grind [4]** 207/7 207/13
211/17 292/11
**grinding [1]** 288/22
**GRL [1]** 356/19
**groomed [2]** 90/12 90/13
**groped [1]** 267/10
**group [8]** 123/18 141/2
207/19 208/2 208/11 311/4
318/23 327/25
**guarantee [1]** 143/11
**guess [8]** 65/10 65/13 119/16
272/2 290/24 338/3 360/12
362/13
**guest [1]** 82/1
**Guevara [1]** 355/15

**gun [1]** 341/7
**Gus [1]** 150/3
**guy [10]** 62/18 67/6 91/18
164/2 185/16 185/18 187/23
208/22 271/3 289/20
**guys [6]** 120/22 131/10 196/5
196/23 247/11 301/23
**GXX [2]** 264/21 264/22
**GXXXXXX [16]** 49/7 64/7 215/6
217/6 255/5 255/6 260/19
263/4 263/6 263/9 277/14
283/11 292/18 344/11 344/22
344/25
**GXXXXXX' [1]** 345/10
**gym [4]** 4/19 145/4 145/5
146/1

**H**

**had [127]** 6/17 9/8 12/13
12/23 12/24 13/4 13/7 13/20
14/8 20/20 21/24 22/1 22/7
23/20 26/23 27/1 27/6 27/7
27/12 28/1 32/17 35/8 36/18
37/5 38/9 38/12 39/10 40/2
43/10 44/2 46/5 50/9 51/4
51/8 61/7 66/25 68/9 68/14
69/12 69/16 69/24 71/11
71/25 73/10 78/16 79/3 85/25
86/4 86/7 90/18 90/22 94/12
96/11 107/12 107/17 111/24
123/18 125/13 139/15 139/16
139/20 140/25 145/21 145/25
147/24 150/25 151/5 152/3
152/10 152/12 154/1 154/4
155/25 156/1 157/8 165/21
168/2 170/17 171/1 171/8
171/8 171/20 184/23 188/10
188/13 188/25 195/22 201/12
201/16 204/3 204/7 205/14
212/9 214/9 225/2 226/22
229/20 235/16 237/15 241/9
244/18 251/12 260/9 272/25
281/24 283/15 286/11 287/4
295/16 296/4 301/1 306/5
307/25 310/20 310/22 317/5
327/1 334/5 338/18 339/9
344/10 344/12 352/7 358/20
358/22 358/23 358/24
**hadn't [1]** 142/9
**Haha [2]** 171/17 197/7
**Hahahahahaha [1]** 193/22
**hahahahahahaha [2]** 173/15
193/25
**hair [6]** 177/20 197/14
213/22 258/4 277/2 328/14
**half [14]** 24/3 72/8 220/24
221/1 221/2 231/18 311/16
311/22 315/2 351/20 354/2
354/15 356/12 358/23
**hamburger [1]** 284/5
**hand [3]** 178/4 276/6 276/7
**handcuff [4]** 281/9 281/12
281/21 281/25
**handcuffed [1]** 269/8
**handcuffs [3]** 281/2 281/4
281/15
**handed [1]** 110/2
**handle [1]** 157/21

**hands [2]** 257/23 270/13
**handwriting [2]** 351/16
351/23
**hang [2]** 32/20 190/25
**hanging [1]** 192/12
**happen [29]** 16/18 26/4 34/10
87/10 96/17 96/20 107/9
151/1 172/25 179/11 184/8
192/9 235/6 237/16 266/2
266/9 266/11 268/10 268/18
272/25 273/3 278/11 281/10
317/15 317/16 321/5 321/5
324/24 328/7
**happened [40]** 16/12 16/16
16/19 16/19 17/14 33/25 34/8
36/2 40/20 41/13 43/9 43/11
46/13 72/25 75/5 77/21 85/7
92/23 96/16 99/2 104/1
118/23 124/19 126/8 128/10
128/22 137/24 164/10 164/15
189/6 200/13 200/18 212/7
224/19 248/23 254/15 254/25
261/6 272/14 275/15
**happening [6]** 54/25 72/9
86/25 104/4 175/10 316/14
**happens [3]** 190/20 207/25
324/22
**happy [7]** 191/12 247/13
318/12 321/9 325/14 331/7
342/16
**hard [6]** 53/3 61/25 101/6
219/19 321/8 323/9
**harder [2]** 321/4 321/12
**hardly [1]** 155/17
**has [59]** 4/19 6/6 6/10 11/23
12/4 15/8 40/22 41/9 55/22
56/5 56/7 57/9 57/13 58/23
65/8 65/21 81/7 82/14 93/18
93/21 101/22 104/8 114/17
131/20 143/12 144/11 146/21
153/15 153/22 154/1 155/2
156/13 156/23 195/14 223/4
224/19 226/2 226/8 226/9
226/12 226/14 226/18 226/22
227/4 227/25 251/25 285/9
287/15 295/16 295/19 314/25
315/2 316/1 319/8 323/4
358/3 360/16 362/15 363/1
**hasn't [6]** 11/23 146/21
285/13 295/24 319/8 361/18
**hater [1]** 174/9
**have [356]** 4/4 4/6 4/23 5/1
5/2 5/9 5/10 5/20 5/22 5/25
6/13 8/10 9/19 10/17 10/18
10/19 10/22 10/24 11/1 11/3
11/9 11/9 11/12 14/16 14/22
15/14 15/17 15/19 15/19
15/21 16/3 17/23 18/20 19/4
20/21 21/6 21/12 24/3 25/4
25/12 25/13 26/7 26/16 27/5
27/9 27/10 27/12 28/21 33/7
37/3 39/24 41/25 42/22 42/24
48/8 51/6 51/11 52/20 53/14
55/23 56/9 56/17 57/15 57/16
57/20 57/24 58/4 58/6 58/16
59/11 59/19 59/20 60/22 61/8
63/13 65/1 65/1 65/14 66/1
66/15 66/17 69/5 70/11 70/18

**H**

**have... [272]**  72/3 72/18
75/5 75/8 75/15 76/9 76/19
76/22 77/4 77/8 77/16 77/19
77/24 77/25 80/23 81/15
81/16 83/2 84/15 87/2 88/22
89/10 89/23 90/17 90/17
90/18 91/8 91/21 93/6 93/9
93/18 93/22 96/13 99/3 99/8
99/10 101/3 101/6 104/17
105/7 105/17 105/20 105/23
105/25 109/6 109/25 112/2
112/7 113/19 114/23 115/4
116/1 116/20 117/17 121/10
121/17 121/20 122/7 122/11
122/21 123/1 123/3 124/10
124/11 125/5 126/10 126/24
127/2 127/18 128/14 128/23
128/24 130/18 135/22 139/1
139/21 139/23 139/25 140/4
140/5 141/1 141/4 141/12
141/13 141/20 142/3 142/3
142/5 142/5 142/17 142/22
143/9 143/17 143/22 146/8
146/10 151/10 152/5 153/6
153/20 154/4 154/23 154/24
156/22 156/24 157/24 157/25
158/14 159/1 159/17 161/2
162/18 165/25 166/20 167/13
168/2 168/5 169/22 170/25
172/11 172/20 174/9 178/22
180/18 190/21 193/23 195/11
197/25 198/2 200/1 200/15
202/2 203/20 203/22 207/22
212/24 213/14 214/9 214/22
215/13 216/7 218/21 222/17
223/19 224/4 224/10 225/14
225/16 227/20 229/9 230/1
232/20 233/7 237/24 241/5
241/9 241/19 242/12 242/15
247/17 254/17 257/19 259/13
262/23 264/22 265/24 267/17
267/18 270/22 271/15 275/4
275/7 282/17 282/20 282/21
287/16 290/1 291/11 292/11
292/11 292/12 292/24 293/7
293/14 294/2 294/7 294/12
295/5 295/7 295/25 296/4
296/7 296/17 297/2 298/5
299/8 300/13 300/14 302/14
304/20 304/25 305/1 306/15
306/20 306/21 307/24 309/15
311/2 311/18 313/8 315/17
316/13 316/15 318/10 319/6
319/12 322/18 323/5 323/23
324/2 324/23 327/4 328/5
328/6 328/21 329/2 329/4
329/9 329/23 330/7 332/9
332/13 335/18 336/6 337/8
338/1 341/15 341/16 341/18
343/12 344/6 344/8 347/3
350/7 350/10 350/22 351/9
351/18 353/7 353/12 353/15
353/21 354/23 354/23 355/4
355/11 356/19 356/23 357/5
357/11 358/8 359/5 359/9
359/18 359/21 360/19 361/1

362/5 362/17 362/17 363/3
363/7
**haven't [8]**  76/15 90/1
146/16 152/10 295/12 295/18
361/15 361/20
**having [23]**  22/17 22/20
55/21 98/8 145/8 157/5 177/4
179/14 187/22 188/22 202/22
202/24 244/15 263/3 291/19
291/19 291/22 292/7 292/12
292/15 292/15 331/16 358/10
**he [678]**
**he'd [1]**  98/10
**He's [1]**  191/25
**head [12]**  45/23 74/23 204/22
207/4 250/3 269/4 271/8
271/11 295/2 306/10 319/7
324/15
**headache [1]**  193/23
**heads [1]**  355/4
**health [2]**  53/19 53/22
**health history [1]**  53/19
**hear [19]**  58/20 80/4 103/6
109/15 109/16 121/6 124/3
124/6 124/21 179/21 180/3
201/5 225/4 226/15 228/22
271/24 277/6 287/9 295/8
**heard [10]**  28/7 28/10 75/9
76/15 103/18 142/12 224/2
225/3 287/15 303/4
**hearing [6]**  51/6 51/11
142/25 157/8 295/17 363/10
**hears [3]**  5/13 5/13 295/14
**hearsay [25]**  75/17 75/20
75/21 75/24 76/4 76/5 76/13
76/15 110/13 110/24 114/8
116/12 116/17 116/20 116/21
125/9 127/15 133/17 134/5
148/12 148/21 148/22 156/13
157/14 185/4
**heart [4]**  180/23 252/23
316/22 338/19
**heat [5]**  84/25 85/2 93/23
102/20 186/4
**heavy [1]**  6/17
**heels [2]**  177/20 184/3
**held [2]**  52/14 103/12
**Hell [1]**  322/25
**hello [4]**  131/17 219/18
247/10 247/11
**help [9]**  35/17 36/1 36/3
46/22 47/9 79/16 82/11 139/7
181/3
**helped [4]**  11/23 74/23 84/3
139/4
**helpful [3]**  141/8 293/13
296/18
**helping [1]**  46/24
**her [149]**  4/8 5/10 5/14 5/16
6/4 6/21 28/21 32/22 34/1
34/1 34/2 34/2 34/14 41/3
43/17 47/9 47/12 47/18 48/8
48/10 52/3 54/3 55/2 55/3
55/5 56/3 56/3 56/8 57/4
58/2 58/2 58/5 58/18 58/22
59/9 63/15 63/18 64/9 64/17
74/2 74/3 75/18 75/19 76/4
76/6 83/25 88/12 88/20 89/3

102/14 109/22 109/23 110/20
110/20 112/7 112/9 113/14
113/14 113/22 113/22 114/17
114/23 114/24 115/8 115/17
116/3 117/14 117/25 118/10
119/1 119/3 124/22 125/7
125/18 125/19 127/9 127/13
128/3 131/6 131/6 140/11
142/5 143/7 143/13 143/16
148/18 148/20 156/1 156/2
156/5 156/7 156/7 156/20
156/22 156/25 157/2 157/5
158/15 177/20 177/21 179/7
185/6 189/11 213/1 213/22
213/23 214/16 215/6 219/8
223/3 223/4 223/4 223/5
223/5 224/6 224/6 224/16
224/21 229/7 236/5 236/7
251/16 251/20 254/6 263/10
265/1 272/14 273/15 274/24
274/24 275/1 275/17 276/6
276/7 293/6 301/9 303/18
306/12 306/19 312/9 327/1
327/10 330/5 330/7 333/9
338/3 340/3 344/12 359/15
**here [73]**  4/6 6/14 15/10
15/11 28/20 32/6 35/11 35/18
66/6 66/8 66/11 67/19 70/20
81/21 81/23 82/1 82/9 82/16
83/9 83/24 84/1 95/17 107/21
142/3 142/19 144/10 152/8
155/22 169/24 171/18 171/23
191/14 193/22 197/12 207/19
209/11 220/17 224/5 224/15
228/12 229/3 232/6 235/11
247/11 252/19 253/4 256/13
257/3 259/5 260/15 261/15
264/2 278/25 293/25 294/6
294/19 295/3 299/2 303/25
310/4 313/4 313/10 316/14
320/22 322/23 337/9 338/24
341/15 343/24 346/10 348/17
349/23 351/5
**herself [3]**  88/21 214/16
219/9
**Hes [1]**  315/12
**hey [3]**  137/13 169/8 189/22
**hh [1]**  221/1
**Hi [1]**  233/2
**hide [2]**  28/3 195/11
**high [5]**  163/10 164/5 166/16
172/13 200/11
**highlighted [1]**  336/1
**highlighting [1]**  168/15
**Hilal [1]**  337/14
**him [186]**  10/9 10/17 11/8
11/8 12/2 12/3 12/4 12/25
14/14 17/13 18/5 18/7 18/9
18/14 18/23 19/15 19/25 20/2
20/16 22/1 22/7 22/15 22/21
25/8 25/22 27/24 28/3 28/15
36/2 36/16 44/24 45/2 46/18
46/20 46/22 46/24 48/16
50/21 50/25 63/15 65/22 67/6
69/12 69/19 69/21 70/10
70/12 70/13 70/14 70/17
70/21 70/24 72/18 72/23 73/1
73/4 74/15 75/9 75/13 76/22

# H

**him... [126]**   77/8 77/22
77/24 77/25 83/2 85/1 85/2
87/19 90/25 91/18 92/22 93/9
93/23 94/3 94/5 97/17 98/10
99/4 112/3 114/21 115/16
117/13 134/9 145/1 145/11
145/20 147/8 147/10 147/18
147/20 147/22 150/20 151/22
151/24 152/1 152/10 152/12
152/14 156/1 156/4 157/6
160/25 162/13 163/20 163/23
164/1 167/13 167/15 171/21
173/4 173/16 173/18 174/2
174/7 174/7 174/20 175/4
178/2 180/18 182/23 182/25
187/9 190/25 192/5 192/22
197/5 197/21 197/25 198/20
201/5 201/14 202/12 207/3
209/6 214/9 214/12 214/13
214/25 239/24 239/25 249/4
258/1 266/12 269/25 271/13
275/2 276/9 276/25 277/6
278/20 282/20 283/15 283/19
284/11 284/13 284/21 289/25
291/1 292/8 292/13 294/12
294/24 294/25 294/25 295/1
308/9 308/23 317/8 318/13
319/10 320/16 322/16 323/12
324/16 328/6 346/24 347/3
348/10 350/8 350/12 351/18
351/20 355/22 355/23 356/7
356/8
**himself [8]**   62/4 62/7 67/3
102/20 230/4 233/7 294/12
336/21
**hired [2]**   45/3 45/19
**hiring [1]**   211/8
**his [57]**   8/19 9/14 10/5 11/6
14/8 17/5 21/15 22/25 48/16
48/22 49/11 50/10 54/3 87/23
88/17 93/22 94/3 96/14
102/21 134/23 135/7 146/6
150/25 162/6 162/7 162/16
163/13 170/12 171/9 174/2
174/8 174/8 186/7 199/19
199/20 199/21 202/9 223/7
234/17 252/23 253/1 272/1
279/14 280/10 284/25 288/11
289/17 289/22 295/1 308/25
333/19 336/12 336/14 340/22
344/8 344/12 351/23
**history [2]**   53/19 53/22
**hit [2]**   72/18 266/16
**hitting [1]**   75/9
**Hmm [1]**   205/20
**Hmmm [3]**   193/23 197/11 207/5
**Hmmmmmm [1]**   192/11
**Ho [1]**   45/22
**hoe [5]**   270/24 270/25 271/4
282/1 282/2
**hold [2]**   197/13 301/14
**holding [2]**   103/10 219/11
**Holiday [1]**   220/24
**Hollywood [12]**   105/2 105/5
106/19 107/7 122/5 122/11
122/21 123/5 139/15 139/16

240/23 244/15
**home [26]**   8/9 68/3 78/16
96/22 101/8 175/10 177/11
177/14 177/19 178/14 178/25
184/17 189/4 189/7 189/13
194/16 195/8 199/25 201/17
213/18 213/19 239/19 239/22
273/4 292/14 342/17
**homicide [1]**   105/21
**HON [1]**   2/2
**Honda [5]**   257/4 257/5 257/8
257/9 339/18
**Honor [53]**   6/24 19/8 26/12
40/21 44/13 75/19 85/19 89/2
98/13 100/18 104/6 104/8
114/7 115/2 119/8 121/15
130/3 135/13 137/6 140/22
148/15 153/11 154/21 168/13
181/3 198/5 203/1 218/1
218/8 222/2 234/19 236/13
237/22 241/13 241/18 246/8
246/22 280/21 281/17 285/12
293/21 296/3 297/7 310/5
329/11 332/21 335/20 349/4
351/25 358/5 359/21 359/23
361/16
**HONORABLE [1]**   1/10
**hooked [1]**   211/4
**HOOVER [1]**   1/15
**hopefully [1]**   158/24
**hoping [1]**   359/23
**hore [1]**   173/16
**hospital [6]**   267/14 272/16
338/12 339/2 339/7 339/8
**hostage [2]**   103/10 103/12
**hot [2]**   15/24 92/15
**hotel [46]**   8/2 8/5 8/7 8/10
8/11 8/16 25/11 25/11 27/18
29/19 29/21 30/2 30/4 30/5
30/7 30/8 32/2 84/25 106/15
106/18 107/4 107/6 109/3
109/5 114/6 116/16 123/8
123/9 123/12 123/18 124/16
133/22 140/10 186/20 186/21
187/4 230/10 235/21 237/2
247/25 252/9 257/13 265/4
302/18 341/20 341/20
**hotels [6]**   8/8 184/22 221/6
240/21 262/20 265/18
**hour [27]**   18/23 50/1 50/2
50/2 50/3 128/15 128/16
128/17 140/25 141/12 143/5
177/11 207/25 215/21 215/22
220/24 221/1 221/2 275/25
315/2 324/11 353/19 353/22
354/15 356/14 357/17 358/23
**hours [18]**   24/14 262/14
262/16 293/5 303/3 304/15
307/9 308/12 310/10 310/17
345/21 345/23 350/5 350/13
350/15 353/21 356/17 363/6
**house [119]**   7/2 8/10 8/11
8/12 8/19 8/23 9/1 9/12
12/13 12/23 13/4 13/13 13/14
14/10 16/20 25/6 25/7 28/5
28/8 28/8 30/21 41/15 48/16
51/15 51/22 61/13 61/19 64/9
64/19 72/3 73/22 74/2 74/3

84/22 84/23 84/24 88/3 88/5
88/8 88/24 90/20 102/20
162/1 163/13 165/12 175/2
175/8 175/15 176/5 176/5
176/9 176/20 177/3 178/12
179/7 182/6 182/8 182/10
182/13 184/13 184/14 185/17
185/25 186/3 186/4 188/16
188/17 192/8 199/17 200/14
202/5 202/8 214/6 214/7
214/9 214/16 221/13 221/15
228/20 229/23 231/8 232/3
241/1 241/11 244/17 266/9
267/1 267/2 272/22 276/24
277/15 277/21 277/23 277/24
278/1 278/13 278/16 280/7
280/11 280/13 280/20 281/3
281/22 284/22 288/4 288/5
288/9 288/13 290/1 290/2
290/2 290/11 290/21 290/25
291/23 292/2 297/16 334/5
341/18
**household [1]**   51/21
**houses [1]**   184/22
**how [231]**   8/3 8/23 18/25
21/24 22/2 22/2 22/20 23/10
26/7 26/16 27/10 27/15 29/16
32/22 33/7 34/7 34/21 38/2
38/3 39/21 48/8 49/7 50/1
61/15 63/12 64/14 64/23
66/10 71/10 83/21 88/5 91/16
91/17 92/5 92/6 97/10 99/2
101/6 105/1 105/7 105/17
107/16 109/12 110/15 113/22
122/1 122/2 122/4 122/7
122/11 126/1 128/12 128/14
130/10 131/5 132/2 132/9
132/10 132/20 132/22 133/1
133/3 133/5 133/13 134/21
135/2 135/20 137/13 138/1
144/23 144/24 145/1 145/19
149/4 149/14 151/5 154/18
155/22 157/21 159/12 159/22
160/12 160/25 162/5 162/9
162/11 162/21 164/17 164/25
165/2 167/6 173/5 173/7
173/14 174/12 175/20 176/5
177/2 178/2 178/6 178/24
182/14 182/20 183/14 184/7
184/7 184/8 185/17 188/10
188/19 188/24 189/18 192/21
197/8 200/1 201/21 204/12
206/1 208/7 208/25 209/14
209/14 209/17 210/5 210/20
211/3 212/17 213/21 214/15
214/15 215/5 215/6 215/9
215/13 217/7 217/7 217/15
219/10 232/11 232/25 233/12
233/22 233/24 235/6 236/5
236/25 245/20 246/5 247/25
248/4 248/10 249/15 254/20
255/25 256/1 256/6 260/2
261/22 262/4 263/18 264/1
264/18 264/20 264/22 264/24
265/20 266/16 266/25 267/4
267/16 268/10 268/18 274/10
275/23 276/22 278/5 279/7
281/8 282/11 282/21 282/24

**H**

**how... [50]**   283/3 284/9
285/6 288/4 288/20 289/15
290/8 290/24 291/5 291/22
293/4 294/22 295/2 295/8
295/21 300/24 301/25 305/17
308/13 313/2 315/16 318/4
319/3 321/21 322/11 322/16
322/22 328/13 328/19 329/2
330/25 331/16 334/6 335/5
335/17 336/12 336/20 340/8
340/24 345/10 345/14 350/4
351/6 353/17 354/12 354/13
356/11 357/4 361/23 362/24
**HPSD [1]**   298/3
**hrs [1]**   345/20
**hug [2]**   164/11 164/16
**huge [1]**   193/23
**hugely [1]**   117/12
**huh [3]**   26/7 132/4 204/18
**hum [16]**   20/1 20/17 20/19
21/1 21/4 21/5 36/25 42/14
47/20 51/3 69/23 79/20 146/2
172/8 260/6 299/11
**human [3]**   103/8 103/19 122/9
**hundred [2]**   188/21 215/16
**hundreds [2]**   178/10 178/11
**hurry [3]**   302/10 307/19
317/6
**hurt [6]**   151/2 151/3 239/10
266/3 268/24 321/25
**Hurtful [1]**   318/5
**husband [16]**   8/15 8/18 8/23
9/6 9/7 9/12 9/16 10/8 10/12
10/15 89/23 90/1 90/7 90/7
90/11 94/13
**hustle [2]**   207/16 211/17

**I**

**I'd [2]**   107/22 266/3
**I'll [6]**   5/11 85/6 146/22
194/16 219/19 273/17
**I'm [42]**   10/14 18/8 18/25
22/2 31/10 35/18 42/5 47/1
50/12 50/16 77/11 114/4
155/12 167/24 170/17 171/1
173/24 174/6 174/9 175/23
190/20 191/14 191/15 194/15
195/7 195/12 196/5 197/12
197/16 197/17 197/19 209/8
233/3 239/15 269/18 301/14
302/11 323/5 334/12 343/6
343/8 343/20
**I've [7]**   72/23 72/24 73/3
73/4 76/18 76/18 146/21
**I.D [1]**   3/15
**ID [31]**   25/1 25/22 27/9
38/10 39/1 39/2 39/3 39/16
99/3 101/12 102/21 102/22
112/5 113/2 125/5 125/6
143/19 143/23 158/3 199/18
259/5 259/14 259/21 260/3
329/23 330/5 330/7 333/21
334/3 334/6 334/9
**ID's [17]**   24/24 25/23 27/6
27/12 27/13 39/14 99/4 99/6
102/5 256/16 256/17 256/17

258/19 258/22 258/25 259/2
334/6
**idea [11]**   20/16 20/18 31/19
96/19 102/14 103/2 166/13
225/6 261/9 299/8 332/19
**identical [1]**   333/12
**identification [14]**   25/16
38/23 38/25 39/19 98/22
110/20 111/24 112/18 126/15
135/12 161/5 197/25 246/12
250/9
**identified [6]**   29/4 67/3
134/21 229/2 260/9 346/24
**identity [8]**   37/9 37/15 38/3
42/3 81/10 81/25 84/21
261/17
**idk [3]**   169/9 327/19 327/19
**idly [1]**   58/5
**ill [3]**   323/21 323/24 328/2
107/2
**illegal [3]**   81/18 81/21
**illness [1]**   339/9
**im [8]**   219/20 219/20 247/14
301/20 316/2 319/19 322/23
323/18
**Ima [4]**   197/14 204/18 204/19
303/15
**imagination [1]**   72/10
**imagine [1]**   72/9
**imagining [1]**   227/10
**Immediately [1]**   232/8
**immigrant [1]**   65/12
**immigration [10]**   51/4 51/11
61/5 64/25 65/8 79/1 79/3
82/17 84/15 93/22
**impact [5]**   111/13 111/15
111/23 112/2 125/13
**impeach [3]**   54/3 54/12 89/3
**impeachment [4]**   54/3 54/11
55/4 55/18
**impermissible [1]**   111/16
**implicit [1]**   156/5
**important [19]**   19/22 19/25
59/15 67/16 67/19 68/2
192/21 192/23 194/12 195/7
206/11 222/16 233/12 233/14
295/8 331/9 331/16 331/18
362/8
**importantly [1]**   57/15
**impossible [2]**   148/19 227/1
**impression [1]**   116/11
**improper [1]**   294/7
**inadmissible [2]**   75/22
157/14
**inadvertent [1]**   4/16
**inadvertently [1]**   4/21
**inch [1]**   178/8
**incident [19]**   15/9 16/18
58/15 92/14 112/20 113/3
113/4 113/10 124/13 130/8
130/11 134/25 245/24 247/20
252/11 271/5 274/20 277/4
339/7
**incidents [4]**   14/18 16/17
58/22 81/16
**include [1]**   155/24
**included [2]**   52/14 241/25
**income [1]**   282/14

**inconsistent [3]**   75/23 76/1
76/5
**inculpatory [1]**   116/5
**INDEX [1]**   3/1
**indicate [2]**   73/8 121/10
**indicated [22]**   9/22 15/24
24/24 26/23 28/5 36/18 42/10
47/18 54/8 54/9 72/5 72/17
73/19 120/2 120/18 120/22
137/18 140/8 141/2 225/10
338/11 357/7
**indictment [3]**   56/20 155/2
155/10
**individual [5]**   114/6 118/20
134/19 135/6 144/20
**individuals [1]**   48/19
**indulge [1]**   4/13
**indulgence [1]**   99/11
**inextricably [3]**   5/6 154/18
156/10
**information [29]**   26/11 27/11
47/11 55/7 81/15 102/22
115/20 116/25 125/15 127/18
131/6 142/8 142/23 148/24
157/9 157/25 164/3 199/19
221/8 239/20 242/1 259/9
263/18 304/25 305/1 305/12
305/17 330/9 338/8
**inherently [1]**   225/6
**initial [1]**   116/14
**initially [1]**   137/23
**injuries [5]**   239/12 239/22
239/25 272/3 277/8
**injury [4]**   240/12 267/16
338/11 339/8
**Inka [1]**   326/24
**Inn [8]**   230/9 232/1 235/20
237/5 240/16 240/25 248/1
252/8
**inner [1]**   4/2
**inquire [1]**   135/6 157/24
165/21 357/23 361/17
**inquiring [1]**   107/21
**inquiry [1]**   58/14
**insensitive [1]**   227/9
**inside [8]**   30/6 135/4 167/6
201/18 202/3 257/4 297/15
300/7
**insofar [1]**   155/24
**inspect [1]**   351/3
**Instagram [1]**   328/18
**installed [1]**   201/18
**instance [1]**   248/14
**instead [3]**   216/25 315/5
328/5
**instilled [2]**   19/13 95/1
**instruct [1]**   111/20 125/12
162/25 294/17
**instructed [2]**   163/2 211/9
**instruction [3]**   116/14
156/16 292/23
**instructions [4]**   185/1 210/5
222/16 353/5
**integral [1]**   37/18
**intelligence [5]**   105/21
106/6 106/8 122/22 233/3
**intend [4]**   115/3 354/7
354/11 355/7

**I**

**intended [2]**   361/4 361/12
**interact [1]**   118/20
**interacting [1]**   140/9
**interaction [5]**   188/12
222/17 275/14 292/25 353/7
**interactions [1]**   157/20
**interceded [1]**   43/2
**interest [4]**   125/20 125/21
141/3 165/21
**interested [2]**   212/9 212/12
**international [1]**   80/15
**internet [1]**   216/22
**interpreted [1]**   14/8
**interrogated [1]**   86/5
**interrupt [1]**   159/17
**intertwined [3]**   5/7 154/18
156/10
**interview [22]**   45/2 45/18
67/3 69/19 71/17 78/14 78/21
87/10 94/24 95/15 114/5
114/5 114/22 117/24 126/4
126/6 126/11 126/20 127/9
128/13 129/1 211/10
**interviewed [4]**   66/22 67/1
114/2 137/2
**intimate [2]**   63/15 94/11
**intimately [1]**   63/10
**intrinsic [1]**   5/7
**introduce [3]**   33/24 218/2
358/10
**introduced [7]**   28/12 28/14
28/15 53/20 164/17 165/2
216/4
**introductory [1]**   163/4
**investigate [1]**   142/17
**investigation [3]**   47/10 67/4
137/1
**investigations [1]**   122/24
**investigator [2]**   47/6 105/22
**invite [3]**   163/13 176/11
176/18
**invited [2]**   164/10 176/12
**invoke [1]**   111/5
**involve [1]**   329/7
**involved [7]**   30/24 59/8
62/18 63/10 65/1 176/23
224/5
**involvement [2]**   243/20
262/23
**involving [1]**   114/25
**irrelevant [7]**   37/16 40/20
52/4 63/12 63/25 148/25
225/12
**IRS [1]**   355/12
**is [904]**
**ish [1]**   197/11
**isn't [12]**   11/21 24/15 26/19
40/17 49/11 62/6 69/12 71/18
77/22 82/6 82/9 83/9
**issue [11]**   6/5 6/9 56/8
57/17 58/8 59/3 101/25
101/25 111/9 142/6 154/12
**issued [2]**   199/1 357/20
**issues [6]**   60/13 61/6 79/3
116/10 155/1 156/13
**it [698]**

**it's [11]**   41/25 56/17 69/21
76/4 93/24 304/9 342/1
346/12 348/20 348/21 350/19
**itch [1]**   320/5
**ite [1]**   196/5
**Itee [2]**   191/3 205/8
**item [7]**   238/10 238/21 242/8
280/16 280/18 345/19 346/1
**items [3]**   153/25 154/1 198/5
**itinerant [1]**   25/10
**its [13]**   45/17 56/17 142/14
143/1 155/18 226/12 304/23
315/9 319/13 322/7 324/13
341/17 342/23
**itself [5]**   116/16 206/1
225/20 225/21 225/23

**J**

**Jackie [1]**   355/19
**Jamaica [1]**   66/13
**James [1]**   355/23
**January [1]**   340/24
**January 2015 [1]**   340/24
**Jasmin [2]**   247/11 248/20
**Jason [2]**   346/22 346/24
**jerk [1]**   326/9
**Jhon [1]**   356/7
**Jimenez [1]**   356/14
**job [7]**   44/4 44/5 46/5 69/24
95/25 189/15 282/21
**jobs [3]**   10/19 10/22 282/17
**Jocelyn [1]**   212/5
**John [4]**   4/20 98/11 108/3
155/25
**join [1]**   347/17
**judge [84]**   1/11 6/4 14/24
17/19 19/4 26/10 37/16 40/18
49/13 50/16 52/3 52/5 52/11
56/20 58/19 63/25 68/25
75/25 83/18 88/9 91/23 95/7
96/8 98/15 99/10 99/23
100/20 102/7 104/14 111/5
112/15 114/10 117/22 136/14
142/12 144/3 144/7 151/13
153/15 153/23 159/24 166/18
166/22 181/5 197/12 197/12
216/7 216/9 221/21 224/3
225/21 226/5 237/19 242/24
243/9 246/9 256/4 260/11
269/12 287/19 287/21 292/20
296/21 312/1 312/11 312/20
313/21 326/19 329/20 334/15
335/10 338/21 340/3 344/14
348/1 352/23 354/14 355/2
355/9 355/11 355/14 355/25
356/25 361/17
**Judge's [1]**   163/4
**juggling [1]**   355/3
**Juliana [1]**   355/22
**July [3]**   154/2 169/7 173/7
**July 12 [1]**   173/7
**July 7 [1]**   169/7
**June [3]**   66/1 82/16 154/2
**jurors [6]**   4/2 4/4 4/10 6/14
52/16 158/1
**jurors' [1]**   100/9
**jury [54]**   1/10 5/1 6/15
52/23 53/2 59/21 60/7 60/9

60/17 60/19 83/21 93/19
94/20 102/4 111/12 111/15
111/20 111/25 115/15 116/14
125/12 141/21 142/4 144/10
144/10 153/8 158/22 164/9
211/3 222/22 226/14 226/18
227/9 228/4 228/5 239/12
271/7 274/22 281/6 281/18
293/3 293/22 294/7 294/9
294/12 294/25 297/9 338/17
345/20 350/4 353/13 357/9
358/24 359/20
**jury's [1]**   142/25
**just [105]**   12/5 14/25 17/21
19/17 20/10 21/19 28/10
32/19 33/21 45/4 45/6 46/1
50/16 53/10 55/14 55/16
55/21 56/2 61/17 67/19 72/25
73/24 81/3 81/6 82/21 83/18
85/7 91/14 92/23 93/24 94/7
95/5 95/18 106/20 107/15
113/1 117/7 119/3 120/15
121/12 129/3 129/4 137/16
138/6 153/15 153/17 169/11
169/24 170/19 171/3 171/12
171/20 172/7 174/6 186/23
190/20 194/10 197/7 197/12
197/15 197/17 197/18 199/8
209/11 215/18 221/17 222/6
224/8 224/11 239/5 240/12
241/22 243/18 244/22 252/21
260/18 262/14 266/24 267/17
272/17 275/19 276/23 277/11
277/12 285/14 288/21 290/5
296/9 299/23 299/24 303/3
303/20 304/21 310/14 317/3
321/17 322/19 325/20 327/4
328/1 340/12 340/13 342/1
357/18 361/5
**JUSTIN [2]**   1/15 354/17
**juvenile [5]**   107/13 113/18
118/25 119/4 119/5
**juveniles [1]**   118/25

**K**

**K's [1]**   194/14
**kay [2]**   197/15 327/17
**keep [23]**   25/8 25/16 27/23
50/6 55/8 60/14 66/6 163/4
174/7 207/15 210/2 215/16
284/21 288/21 303/19 306/12
320/25 321/15 325/6 348/3
349/23 349/24 349/25
**keeping [3]**   24/8 24/18 287/2
**keeps [3]**   295/15 317/6
318/25
**kept [7]**   27/23 77/12 77/22
94/2 199/18 275/2 280/10
**Kesha [6]**   28/13 28/16 28/18
63/4 63/6 63/8
**keys [1]**   99/12
**kid [1]**   160/15
**kidnapped [1]**   103/15
**kidnapping [1]**   103/8
**kill [8]**   192/6 201/4 201/22
266/14 276/10 279/23 284/8
290/19
**kilo [1]**   34/20

## K

**kind [29]**   5/23 16/22 24/18
38/22 39/2 40/19 80/6 120/14
134/3 134/11 172/24 184/2
190/20 193/7 198/2 204/15
226/20 238/11 239/12 242/13
249/5 254/13 262/22 263/3
268/14 292/3 349/21 357/14
359/14
**kinda [2]**   71/19 192/16
**kinds [4]**   151/24 201/3 268/2
270/11
**kissing [1]**   187/10
**kitchen [2]**   231/9 232/3
**Kitty [2]**   190/10 210/14
**KK [1]**   191/15
**knew [28]**   13/9 13/12 19/12
19/22 19/25 20/2 28/1 32/10
32/16 35/14 67/14 67/16 74/8
74/20 79/4 79/5 86/21 127/13
134/7 134/8 140/18 174/12
191/8 192/22 272/7 287/13
321/21 322/11
**knock [1]**   248/15
**knocked [2]**   205/12 266/17
266/21
**know [217]**   4/24 6/17 12/7
12/23 12/24 13/4 13/7 13/11
13/13 15/8 18/25 19/13 21/17
22/2 22/2 22/15 22/22 26/2
26/3 26/4 26/5 26/6 28/18
29/16 31/6 38/1 38/7 38/15
41/6 41/7 41/8 42/6 43/2
43/5 43/15 47/22 48/2 48/4
48/6 48/19 49/18 49/22 50/4
51/23 53/10 55/10 56/17
59/13 62/17 62/20 63/9 63/21
64/8 68/2 69/22 70/6 70/8
70/18 71/9 71/20 71/20 72/25
74/1 74/4 74/8 74/9 77/5
79/5 80/22 82/20 84/5 85/22
86/25 87/23 88/5 90/3 90/10
91/17 95/1 95/2 95/24 99/2
100/23 103/12 103/22 104/3
107/21 108/3 108/13 109/1
115/8 115/9 119/5 120/7
123/10 126/9 133/15 134/11
139/4 139/17 139/19 140/25
140/25 142/12 142/15 143/16
144/20 145/17 145/23 147/15
151/18 152/9 152/10 152/12
153/19 155/6 155/13 155/14
155/14 156/3 160/23 162/21
164/23 169/10 169/19 170/14
171/12 172/3 172/17 174/6
177/7 177/17 179/11 180/14
180/24 182/6 190/5 190/22
191/4 192/15 193/4 194/11
195/14 198/24 199/18 201/22
204/17 204/19 207/4 209/14
209/16 217/7 219/10 224/7
224/7 225/17 227/19 229/7
230/8 230/10 230/12 235/19
236/3 237/2 238/7 251/8
251/19 252/11 273/12 276/20
276/22 276/23 277/6 277/21
277/25 284/9 285/6 286/23

289/5 289/17 290/20 291/5
291/16 293/10 293/14 294/22
296/11 296/11 297/15 300/10
303/3 305/17 305/23 305/25
308/13 308/22 308/24 327/20
333/17 335/17 336/12 336/20
336/22 339/16 340/11 348/2
349/2 349/11 351/23 352/10
352/15 354/5 357/20 357/22
361/17 361/24 362/11
**knowing [3]**   5/3 55/23 363/3
**knowledge [3]**   110/16 133/16
217/24
**known [6]**   21/24 22/1 22/7
134/24 201/12 239/5
**knows [4]**   40/18 41/3 90/7
283/17

## L

**La [3]**   107/6 109/3 123/8
**label [2]**   81/8 210/9
**labeled [2]**   347/11 347/21
**lack [2]**   110/15 273/15
**lacks [1]**   155/17
**ladies [5]**   141/10 158/23
164/9 292/21 352/25
**lady [4]**   89/20 132/25 346/10
346/12
**Lake [17]**   88/3 182/9 182/10
199/17 277/18 277/19 278/16
280/7 280/20 281/3 281/12
288/3 288/4 288/13 290/2
292/2 297/16
**Lancaster [1]**   355/21
**land [1]**   277/24
**lap [1]**   289/4
**lark [1]**   56/21
**last [25]**   4/17 22/24 42/16
46/6 78/8 80/4 80/7 94/20
104/18 121/21 144/15 159/5
159/7 159/15 197/3 207/19
207/25 256/13 256/14 280/12
292/2 313/18 341/1 343/23
352/3
**late [6]**   4/2 4/22 6/18 84/13
172/12 177/14
**later [30]**   79/18 124/4
150/12 162/9 182/12 188/5
192/9 192/10 202/21 205/23
207/25 210/4 210/10 269/9
303/13 307/5 307/9 307/14
315/21 316/9 316/9 316/10
320/10 322/16 324/13 341/19
342/4 352/14 357/9 359/7
**Latin [1]**   233/2
**Lauderdale [8]**   92/1 160/22
162/2 201/10 240/19 245/23
245/24 246/2
**Lauderhill [2]**   13/16 13/18
**laugh [1]**   322/8
**laughing [3]**   193/16 205/3
322/6
**law [22]**   26/16 40/14 54/25
55/9 55/10 55/17 57/10 59/16
67/14 70/4 78/15 86/8 86/10
105/24 111/10 114/20 115/22
116/2 116/4 123/2 131/3
140/17

**laws [1]**   12/7
**lawyer [1]**   337/16
**lawyer/client [1]**   337/16
**Lax [1]**   343/14
**laxin [1]**   197/7
**lay [2]**   256/3 287/6
**laying [1]**   338/25
**lazy [1]**   197/5
**Lea [1]**   212/5
**lead [5]**   131/6 163/1 163/2
192/15 193/4
**leading [29]**   85/19 86/11
91/2 91/13 91/19 91/20 93/12
94/17 97/8 97/20 98/1 98/13
98/17 98/18 101/24 149/24
169/16 178/17 178/21 185/8
199/7 216/8 245/7 267/20
269/12 269/15 296/4 296/8
296/10
**learn [10]**   114/5 115/19
116/15 117/11 162/9 176/25
209/17 209/19 273/25 274/1
**learned [1]**   65/2
**learner's [3]**   39/3 198/11
199/12
**learning [1]**   103/25
**lease [1]**   92/11
**least [3]**   31/7 34/5 358/7
**leave [21]**   4/16 7/20 7/21
9/5 10/7 25/14 73/22 88/14
187/17 201/4 237/12 264/15
269/10 273/4 287/14 290/4
290/6 293/8 302/18 326/12
353/14
**leaves [5]**   52/23 141/21
222/22 293/3 302/6
**leaving [5]**   28/7 64/19 316/2
343/21 360/21
**led [1]**   275/17
**left [27]**   4/21 6/19 16/14
39/14 61/17 61/20 62/1 62/1
64/12 64/15 64/19 64/23 92/6
92/12 153/9 213/10 258/22
290/16 294/23 305/9 316/4
319/1 319/6 343/11 343/13
353/13 353/16
**leg [6]**   15/25 92/15 257/18
269/10 269/24 269/25
**length [1]**   56/5
**lengthy [2]**   143/17 348/2
**less [8]**   262/12 274/6 278/15
278/17 278/20 279/8 292/8
321/13
**let [39]**   12/11 14/2 18/2
22/4 38/2 38/19 42/10 43/22
45/13 48/14 51/20 54/8 55/9
60/12 62/9 80/21 100/10
142/6 142/20 143/2 161/22
197/9 202/1 204/19 218/7
225/1 255/15 267/25 280/20
291/1 293/10 293/13 293/17
293/17 301/14 305/6 305/23
305/25 355/1
**let's [18]**   7/16 13/24 46/18
60/14 100/10 117/10 142/5
149/4 215/9 231/20 245/24
298/14 299/12 310/3 314/9
320/18 345/19 353/17

**L**

**letter [1]**   317/18
**letters [1]**   319/24
**letting [1]**   174/6
**level [3]**   122/23 125/23 293/14
**liar [1]**   173/25
**license [14]**   39/3 39/3 39/4 39/12 39/18 39/21 42/15 82/3 89/10 101/17 102/5 134/22 199/13 351/10
**lie [2]**   43/23 174/10
**Lieutenant [1]**   355/20
**life [10]**   62/24 86/4 89/23 90/3 90/23 93/22 94/9 94/11 195/7 244/17
**lift [1]**   329/5
**light [3]**   56/5 91/22 357/3
**like [127]**   12/22 19/15 20/5 28/2 55/25 67/19 68/17 68/23 69/21 70/15 71/3 71/8 71/19 72/9 78/2 78/25 99/14 102/14 107/20 108/14 129/20 132/11 132/12 132/13 133/13 136/11 136/14 157/19 160/18 164/12 168/21 169/11 169/14 171/18 172/9 173/11 177/25 178/3 178/7 180/16 185/3 187/24 188/1 188/21 189/13 192/12 193/9 195/7 196/10 198/20 206/13 206/17 208/8 208/10 209/2 209/3 211/24 212/14 213/3 214/11 218/2 218/11 218/13 218/18 221/12 221/21 224/6 224/11 230/20 237/18 241/14 244/17 246/23 250/23 253/20 256/20 260/10 260/17 261/8 261/19 264/3 268/8 268/22 268/23 275/25 279/9 280/2 281/14 282/9 283/1 283/23 284/14 284/15 284/16 286/3 286/4 288/25 293/22 295/3 295/6 297/20 298/2 299/6 300/11 301/4 306/5 309/8 320/11 322/25 323/5 327/4 328/18 329/12 329/18 335/9 336/6 346/15 347/17 347/18 349/4 349/21 359/24 359/25 360/16 360/19 361/11 361/15
**liked [4]**   205/18 233/16 340/12 340/13
**likes [4]**   166/15 244/21 295/13 295/22
**Limine [4]**   52/6 52/10 53/17 53/25
**limited [1]**   53/18
**limiting [1]**   156/16
**line [32]**   44/17 57/9 59/20 69/3 70/19 83/8 89/1 95/13 100/13 117/6 158/16 171/17 173/12 299/12 299/12 303/2 304/14 305/5 305/8 306/8 310/9 318/10 320/21 324/6 325/1 345/19 346/1 349/14 349/14 349/16 350/23 362/25
**line-by-line [1]**   299/12

**lined [1]**   173/6
**lines [3]**   45/10 132/7 302/25
**lineup [3]**   4/11 58/18 354/3
**Lisboa [1]**   143/13
**list [17]**   20/13 96/10 106/16 106/17 107/11 123/15 143/24 143/24 143/25 143/25 154/5 216/19 313/1 313/8 345/9 354/25 355/14
**listed [1]**   154/6
**listen [4]**   109/14 121/11 174/9 306/13
**listener [2]**   148/14 185/5
**listening [1]**   129/12
**little [16]**   43/21 64/24 83/18 94/15 97/19 97/24 100/10 136/25 199/17 269/9 273/17 284/2 289/20 348/2 349/11 361/12
**live [11]**   7/25 8/23 9/8 68/4 121/11 121/12 152/8 165/9 165/12 165/13 343/25
**lived [15]**   8/5 8/9 8/10 8/12 8/14 8/15 9/19 12/11 23/7 61/12 92/5 92/6 92/8 92/13 276/20
**living [23]**   8/19 12/25 48/16 48/22 48/24 49/5 49/9 61/19 87/25 88/24 165/19 165/21 170/22 174/21 182/3 182/13 197/24 201/7 201/8 241/1 244/18 282/14 291/23
**Lmao [3]**   193/15 205/1 322/6
**local [1]**   227/16
**Locally [1]**   290/12
**locate [3]**   119/21 133/25 344/4
**location [3]**   264/9 350/13 350/16
**locator [1]**   350/1
**lock [1]**   190/21
**lol [14]**   169/8 172/1 172/6 173/17 191/13 191/18 193/17 193/21 193/25 196/24 303/16 317/25 319/6 322/6
**Lolol [1]**   323/22
**lololol [2]**   322/6 323/2
**long [39]**   8/3 8/23 18/21 18/22 18/25 21/24 22/2 23/10 54/19 61/15 63/22 97/10 101/23 101/23 105/7 105/17 122/7 122/11 128/12 128/14 132/10 133/13 137/23 138/1 219/19 221/6 223/18 265/20 267/2 267/4 274/25 275/23 354/12 354/13 356/11 360/13 360/14 360/20 362/23
**long-term [1]**   63/22
**longer [6]**   50/1 116/6 293/4 350/22 353/17 354/14
**longest [1]**   143/17
**look [25]**   12/8 53/25 54/7 55/9 102/13 128/25 168/2 185/3 193/11 210/4 210/10 231/20 247/13 253/3 253/8 260/17 261/7 261/14 281/14 285/24 299/1 328/18 345/19 351/3 357/4

**looked [7]**   54/22 168/5 271/3 273/4 310/14 311/4 313/8
**looking [28]**   55/14 91/18 131/8 134/1 134/8 134/8 134/12 191/16 228/25 231/3 242/6 256/13 257/3 258/10 260/15 271/1 282/2 282/5 303/24 304/14 304/14 310/16 311/10 313/1 330/9 348/17 349/13 352/6
**looks [3]**   196/10 299/6 349/21
**Los [1]**   265/14
**lose [1]**   25/15
**losing [1]**   325/8
**lost [2]**   80/6 262/5
**lot [31]**   11/10 23/25 27/23 37/1 51/25 76/22 92/13 118/16 128/24 133/22 133/24 134/11 145/25 163/23 166/9 178/1 191/9 195/15 241/5 261/24 269/4 277/24 291/24 293/11 296/7 296/21 297/19 311/7 321/8 323/10 355/5
**louder [2]**   159/17 214/22
**love [19]**   172/1 182/25 193/19 194/13 194/14 195/7 196/9 205/19 207/3 291/14 303/14 303/18 316/22 322/3 322/3 322/7 322/16 322/22 322/23
**loved [1]**   90/3
**loving [1]**   322/23
**lower [2]**   122/23 125/23
**loyal [3]**   196/16 196/20 208/8
**Loyalt [1]**   352/20
**loyalty [2]**   192/3 192/5
**LPR [1]**   105/10
**lucidly [2]**   54/4 54/13
**Luckee [1]**   336/2
**Luckee10 [1]**   336/2
**Lulkin's [1]**   57/1
**lunch [8]**   60/24 140/25 141/1 141/13 141/20 143/5 319/14 327/8
**luncheon [1]**   144/4
**lunged [1]**   266/24
**lurid [4]**   222/7 224/3 227/2 241/19
**lust [1]**   58/5
**LXX [38]**   3/2 6/20 6/22 7/2 19/11 21/5 46/7 53/6 55/3 55/8 55/12 55/22 56/22 57/8 57/16 57/19 57/23 58/1 58/21 59/6 59/12 59/17 59/19 61/4 70/20 76/14 80/2 80/3 82/21 83/21 94/23 104/10 154/11 155/3 223/7 261/2 273/8 345/10
**LXXXX [3]**   255/6 277/14 344/25
**LXXXX's [1]**   345/16
**LXXXXX [19]**   56/23 56/24 57/13 57/21 58/10 58/16 73/8 73/11 164/21 176/22 177/11 179/13 186/17 244/14 244/22 251/17 273/8 276/9 298/9

**L**

**lying [8]**   79/24 79/24 80/1
80/8 80/8 80/9 173/15 286/15

**M**

**M-H-M [1]**   172/6
**ma [5]**   195/13 196/9 207/5
314/12 325/11
**ma'am [27]**   15/1 17/24 24/10
29/1 37/20 40/17 59/24 60/8
60/16 61/2 113/6 125/16
158/18 168/18 203/3 218/21
230/23 264/6 270/4 280/4
286/7 296/19 309/20 312/22
313/23 326/21 345/6
**machine [2]**   320/25 321/1
**mad [3]**   240/1 240/2 271/3
**made [47]**   10/7 33/7 33/14
40/19 53/4 60/11 71/9 111/22
115/13 115/16 116/1 118/18
118/21 119/18 119/24 125/22
128/12 142/14 147/3 147/5
148/2 187/23 189/6 201/19
215/11 226/3 238/25 239/1
264/23 264/24 274/11 282/10
284/18 286/11 289/18 289/25
296/7 303/18 304/13 321/4
321/8 321/13 323/9 335/7
342/5 342/6 342/7
**made-up [1]**   238/25
**mainly [1]**   278/6
**maintain [3]**   93/23 125/9
265/24
**maintained [2]**   87/19 93/24
**make [68]**   14/2 17/15 17/16
18/4 18/11 20/6 33/4 50/4
51/13 55/21 56/7 57/17 57/19
58/1 59/15 63/15 89/20
102/13 113/14 119/2 123/17
125/1 126/13 131/8 137/20
139/7 142/20 142/24 143/1
143/1 144/1 148/7 154/25
163/23 195/7 195/9 206/24
207/15 207/16 208/6 208/7
211/20 212/17 212/20 219/19
233/5 266/12 287/12 294/7
296/4 310/17 310/20 317/15
322/7 323/19 328/1 329/10
346/6 346/7 350/22 351/4
352/3 357/17 360/14 360/16
360/17 360/21 363/4
**makes [4]**   56/14 116/5 148/19
322/24
**making [18]**   24/1 24/14 24/18
45/21 119/13 166/6 166/9
175/20 195/19 195/25 227/4
239/3 278/19 288/18 294/16
303/19 325/7 325/17
**male [1]**   244/8
**male's [1]**   180/1
**mall [1]**   77/1
**mam [1]**   308/14
**man [8]**   108/10 132/20 186/7
187/1 187/4 187/5 188/24
194/3
**manage [2]**   105/12 105/15
**manager [2]**   328/2 328/4

**many [30]**   26/1 26/7 26/16
48/8 61/20 62/1 62/9 78/21
78/23 140/2 143/14 150/20
204/3 204/7 204/12 210/20
214/15 245/20 247/25 248/4
262/4 268/10 268/18 290/8
297/15 297/18 297/18 313/2
329/2 338/1
**March [7]**   138/3 154/24 160/7
231/17 325/20 328/1 343/24
**March 17 [1]**   343/24
**March 18 [1]**   328/1
**March 20 [1]**   231/17
**March 6 [1]**   160/7
**Margate [1]**   333/23
**marijuana [1]**   60/3
**Marissa [4]**   63/18 64/1 92/13
180/12
**mark [11]**   112/17 206/23
210/5 269/10 270/1 270/7
319/7 332/9 343/8 343/9
357/17
**marked [17]**   113/2 130/2
135/11 136/18 144/2 158/3
158/7 158/9 158/11 158/13
218/10 218/24 247/4 251/6
256/24 329/16 333/2
**marking [1]**   143/25
**marosa [4]**   322/2 322/10
322/11 343/11
**married [1]**   8/21
**Martinez [1]**   355/22
**Maryann [15]**   28/5 28/12
28/14 28/22 28/22 30/20
30/23 31/11 31/13 62/14
62/16 73/10 77/2 77/4 77/5
**massage [3]**   187/9 351/7
351/8
**massaging [2]**   214/12 241/4
**mastermind [2]**   47/18 47/21
**Masters [4]**   143/6 354/11
354/13 357/2
**Mat [1]**   347/1
**match [3]**   138/8 143/24 144/1
**matched [1]**   136/24
**Matt [1]**   347/3
**matte [1]**   116/13
**matter [19]**   5/10 6/3 75/5
107/14 111/12 111/21 112/1
116/19 125/13 127/17 134/6
144/11 148/23 152/2 156/16
191/24 323/5 323/6 363/13
**matters [2]**   155/6 158/24
**maximum [1]**   262/8
**may [92]**   6/23 15/12 21/25
44/13 45/13 49/17 53/20
54/20 55/16 56/9 57/8 58/16
61/1 77/14 100/18 102/15
104/11 104/12 104/17 104/21
112/2 112/2 112/3 112/3
115/7 116/16 121/16 121/20
130/5 130/16 135/14 140/23
153/19 154/21 160/2 161/20
166/25 168/19 181/8 190/12
199/2 203/4 213/6 218/8
222/13 226/23 227/1 228/6
228/7 230/24 234/23 237/25
242/19 243/7 247/3 251/4

264/7 270/5 280/5 280/25
281/17 286/8 289/13 297/10
297/11 298/12 305/22 306/8
307/4 308/12 309/21 310/9
310/16 311/13 312/1 312/11
312/23 313/24 326/22 329/21
333/4 335/21 338/22 340/18
343/5 345/7 349/9 361/2
362/16 362/17 362/18 362/19
**maybe [20]**   7/18 22/1 26/9
26/13 26/18 70/14 97/12
114/10 160/18 210/21 222/8
227/2 262/7 265/21 267/5
290/9 293/13 358/8 361/13
362/21
**McCRAE [4]**   1/21 3/7 3/10
60/12
**me [260]**   4/8 4/16 5/8 8/15
9/5 12/4 12/6 12/6 12/8 12/9
12/11 14/10 14/11 14/12
15/15 18/2 18/10 19/12 19/12
19/13 22/4 22/21 22/22 22/24
25/20 28/14 32/22 34/1 36/4
36/20 38/2 42/10 43/10 43/16
43/22 46/13 48/14 51/20 54/8
54/24 55/9 55/16 58/12 61/25
62/9 68/23 68/25 69/16 70/25
71/9 74/19 77/3 84/24 89/15
90/17 90/19 90/19 90/21
92/12 92/23 94/2 94/25 95/1
95/12 96/21 96/22 100/10
101/8 102/6 102/19 102/21
107/23 131/20 141/9 145/11
147/3 147/6 151/2 151/23
156/22 161/22 164/11 164/16
164/16 166/9 169/12 170/3
170/7 170/15 170/19 171/11
172/17 172/19 172/20 173/11
173/13 173/16 173/16 174/7
176/12 182/17 182/17 184/11
185/16 185/19 186/23 190/23
191/19 192/6 192/19 193/17
193/22 194/9 194/11 194/12
194/17 195/7 195/9 195/12
195/13 195/15 195/19 197/10
197/11 197/12 197/20 200/15
201/4 201/18 202/1 205/18
206/3 206/11 207/3 207/6
207/9 207/11 207/21 207/23
207/24 208/6 209/18 212/21
217/4 218/7 219/18 219/20
219/21 224/9 229/16 231/4
232/8 233/7 235/12 239/14
240/5 240/15 243/23 246/3
246/18 252/15 253/24 254/21
254/24 255/15 256/7 258/3
258/15 260/18 264/19 266/13
266/20 266/24 268/17 269/2
269/2 269/8 269/8 269/8
269/22 270/12 270/12 270/16
271/10 271/19 271/21 271/22
271/22 272/18 273/4 274/11
274/15 274/15 274/16 276/19
277/5 277/6 277/7 280/20
281/7 281/9 281/11 284/8
284/10 284/17 289/8 290/19
290/23 291/1 291/1 291/6
292/14 293/17 297/6 298/15

## M

**me...** **[45]**   299/6 300/20
301/14 305/23 305/25 306/19
306/22 308/4 308/8 309/8
310/20 314/6 317/17 318/5
318/15 319/2 319/13 321/7
321/20 321/21 322/4 322/11
322/24 324/23 325/6 325/6
330/2 331/15 334/8 334/19
334/23 338/25 341/21 343/11
343/12 343/13 347/13 347/22
348/2 350/9 351/4 355/1
360/18 360/19 361/14
**mean** **[103]**   5/15 14/8 18/22
22/3 26/10 26/14 27/5 28/3
28/6 34/12 38/14 41/12 45/22
47/21 64/19 74/18 76/25
90/15 103/13 108/2 132/20
156/20 171/1 172/7 172/10
174/4 191/11 191/20 191/22
197/10 204/21 205/6 206/9
207/14 209/12 209/25 214/5
214/20 214/24 219/15 220/5
220/7 232/16 247/23 254/2
270/25 271/20 279/3 279/12
284/16 291/25 299/13 299/15
300/6 300/11 303/6 303/10
303/17 304/12 305/2 305/24
306/3 306/18 307/20 310/12
315/1 315/13 316/3 316/21
317/4 317/25 318/14 318/25
319/11 319/14 319/20 319/22
320/5 320/8 320/24 321/20
322/1 322/11 322/13 324/4
324/14 325/11 325/16 326/3
326/10 327/12 328/4 341/17
342/5 342/23 343/15 346/2
347/2 348/21 349/25 350/12
350/21 351/3
**meaning** **[6]**   69/14 69/15
69/20 319/15 342/8 343/16
**meannn** **[1]**   197/12
**meannnn** **[1]**   191/17
**means** **[17]**   120/9 195/15
196/18 240/10 272/13 299/8
306/20 316/7 317/11 319/1
323/3 327/19 342/9 342/21
345/20 349/17 358/6
**meant** **[7]**   47/23 74/15 74/17
79/13 103/15 171/13 271/18
**meanwhile** **[1]**   54/14
**media** **[3]**   141/16 141/17
353/6
**medical** **[5]**   16/5 16/22 272/4
359/14 359/15
**medication** **[1]**   92/19
**meet** **[17]**   11/7 28/20 94/3
144/23 144/24 145/1 185/17
188/14 189/21 246/6 308/4
359/1 360/8 360/9 360/11
361/11 361/12
**meeting** **[3]**   84/16 163/18
362/7
**member** **[4]**   172/19 190/22
195/11 323/23
**members** **[2]**   119/3 155/9
**memory** **[3]**   57/1 126/25 139/1

**men** **[9]**   94/10 90/20 90/22
90/22 212/9 216/18 233/13
282/3 282/5
**mental** **[2]**   53/19 53/22
**mention** **[2]**   183/17 358/18
**mentioned** **[11]**   63/4 95/24
155/2 194/3 240/16 248/2
271/23 276/3 279/23 297/23
323/9
**mentioning** **[1]**   294/24
**mentions** **[1]**   294/20
**message** **[19]**   137/3 137/4
146/16 147/1 148/1 156/13
168/2 168/5 173/7 173/8
203/8 203/18 250/4 263/20
299/3 315/18 320/15 343/24
350/16
**messages** **[39]**   37/5 58/9
143/15 146/14 148/20 154/10
167/22 168/9 168/22 169/14
169/15 169/19 170/2 171/23
172/14 174/16 190/15 190/19
296/22 298/2 298/5 298/7
298/14 298/22 298/24 299/1
311/4 311/10 311/20 314/2
322/21 327/1 327/4 340/21
341/3 341/10 347/17 350/19
353/20
**messed** **[2]**   177/20 213/22
**met** **[27]**   28/22 32/2 48/3
48/8 84/13 85/25 90/25 91/6
91/18 160/25 161/14 162/5
162/13 170/22 174/11 175/4
176/17 185/16 197/24 199/3
200/10 200/13 201/22 257/22
258/1 276/24 347/3
**Mhm** **[1]**   172/6
**mi** **[1]**   316/18
**Miami** **[11]**   12/12 12/17 16/12
16/14 16/16 85/23 91/25 92/6
92/8 92/10 210/24
**Miami-Dade** **[1]**   210/24
**mic** **[1]**   228/23
**Mickey** **[1]**   212/5
**microphone** **[10]**   80/3 109/9
144/15 159/6 159/18 295/7
296/1 297/14 314/18 325/8
**mid** **[1]**   222/14
**mid-afternoon** **[1]**   222/14
**middle** **[11]**   79/7 87/8 154/21
155/13 171/1 175/18 175/20
333/19 355/12 355/24 356/2
**midnight** **[2]**   325/21 328/1
**might** **[15]**   15/19 48/19 60/21
72/3 76/5 81/8 91/8 116/17
116/17 131/5 152/5 181/3
222/14 294/11 356/9
**min** **[5]**   304/18 315/1 315/15
316/2 346/1
**mind** **[8]**   19/13 53/15 72/10
87/2 95/1 209/12 291/18
343/2
**minds** **[2]**   50/6 106/23
**mine** **[10]**   198/23 199/14
236/8 252/2 257/24 298/21
312/17 330/11 330/15 338/9
**mini** **[1]**   142/18
**minimal** **[1]**   323/10

**minivan** **[2]**   257/9 339/18
**minor** **[1]**   125/22
**mins** **[1]**   304/23
**minus** **[4]**   304/15 308/12
310/10 310/16
**minute** **[8]**   38/18 96/25 113/1
215/9 222/21 292/22 320/11
351/1
**minutes** **[42]**   5/10 6/21 52/17
52/22 56/11 132/11 142/5
142/11 221/5 221/6 262/15
262/16 262/17 292/22 292/23
293/5 300/11 303/13 304/20
305/2 307/5 307/14 307/19
315/4 315/5 315/21 316/9
316/9 316/10 320/10 320/21
323/17 324/13 342/4 346/3
348/4 350/23 350/24 353/21
354/18 356/8 356/7 356/8
**Miramar** **[1]**   8/13
**Miranda** **[1]**   111/8
**miss** **[1]**   191/13
**missed** **[6]**   316/24 317/1
317/3 317/5 317/15 361/15
**missing** **[1]**   323/25
**mistake** **[1]**   132/15
**Mister** **[1]**   207/9
**misunderstood** **[1]**   130/16
**Molzer** **[1]**   355/20
**mom** **[10]**   170/17 170/25 171/2
171/3 201/9 201/23 272/1
276/20 291/1 291/1
**mom's** **[4]**   162/1 290/25
333/25 334/1
**mom's'** **[1]**   8/19
**moment** **[8]**   4/14 14/25 81/6
89/23 141/9 153/7 237/20
323/8
**momentarily** **[1]**   309/13
**moms100** **[2]**   336/10 336/22
**Monday** **[3]**   359/8 360/20
361/9
**money** **[150]**   11/6 11/8 14/11
19/14 20/3 20/22 20/25 21/3
24/18 24/22 27/22 28/2 33/5
33/7 36/4 40/5 71/11 72/24
73/4 77/9 77/12 77/22 77/22
77/25 77/25 86/16 88/22
93/24 94/1 94/2 94/3 95/2
95/25 97/2 97/7 97/7 97/11
97/17 97/25 98/12 109/22
109/24 110/1 110/2 134/25
145/13 145/25 147/6 147/20
149/12 149/22 153/18 156/1
156/4 156/5 157/4 157/7
163/23 166/6 166/9 166/15
177/24 178/1 178/2 178/3
178/15 179/2 179/5 179/14
188/25 189/6 195/25 196/2
200/1 207/15 207/16 208/6
209/12 212/13 212/20 213/23
216/25 233/16 233/16 234/4
234/4 234/8 234/10 234/11
248/21 249/7 249/7 249/10
254/13 254/17 254/20 254/20
254/25 264/22 264/23 264/24
264/24 265/1 266/12 277/25
278/5 278/11 278/13 278/19

**M**

**money... [41]** 280/10 282/9
282/11 282/19 282/20 282/21
283/15 283/16 283/18 283/18
283/21 284/2 284/13 284/18
284/21 288/18 288/21 289/4
289/5 289/18 289/25 292/11
300/20 303/19 317/16 321/4
321/8 321/12 321/10 323/25
324/5 324/20 325/7 325/12
325/17 329/10 335/7 342/20
342/21 342/25 347/18
**monitor [4]** 123/23 123/25
124/2 131/4
**monitored [1]** 118/9
**monitoring [2]** 109/12 131/5
**month [14]** 7/18 7/20 9/1
9/23 51/18 61/5 61/16 70/14
182/13 182/14 202/5 311/16
311/22 326/16
**months [11]** 7/9 7/19 48/14
51/2 105/18 150/11 154/1
154/2 154/24 175/4 209/5
**more [54]** 4/23 26/19 26/21
55/20 57/15 70/14 100/11
103/25 141/2 145/13 147/6
150/23 164/3 183/23 195/12
197/7 199/3 203/21 207/8
207/15 209/19 209/19 215/18
221/8 232/20 233/16 233/16
237/13 252/18 252/21 259/13
262/7 271/2 271/9 272/9
273/17 278/7 278/15 292/11
303/11 303/19 318/7 319/16
321/4 321/12 325/12 325/17
335/7 346/21 362/8
**morning [15]** 4/1 6/17 104/24
104/25 153/13 177/16 207/20
213/20 293/7 303/5 314/11
316/23 319/5 321/18 359/25
**most [11]** 30/23 68/2 76/22
143/11 209/23 209/24 212/20
247/12 272/20 296/17 356/15
**mostly [2]** 270/12 313/10
**motels [1]** 341/24
**mother [8]** 48/22 74/8 87/23
88/17 170/22 202/4 336/22
344/12
**motion [6]** 4/21 52/5 52/9
53/17 53/25 153/12
**motions [1]** 142/8
**mouth [2]** 37/6 174/8
**move [37]** 7/2 7/6 7/16 8/10
8/16 49/3 58/7 80/11 81/16
84/23 94/17 100/10 127/16
129/21 139/23 139/24 158/9
160/12 160/19 160/21 163/3
164/12 175/8 175/15 176/10
259/4 277/15 281/23 286/3
294/23 295/2 321/17 325/8
327/13 329/12 332/22 360/18
**moved [36]** 7/3 7/7 7/11 7/11
8/11 8/11 8/25 9/1 9/6 10/3
10/7 12/15 12/21 12/24 13/1
13/7 13/9 13/9 13/11 13/15
13/16 13/18 16/19 49/1 50/22

51/15 77/4 77/4 84/24 91/25
92/12 158/4 161/12 175/11
202/2 334/5
**movements [1]** 295/9
**movie [1]** 169/12
**movies [1]** 191/5
**moving [15]** 9/4 10/4 13/17
25/11 68/5 92/3 166/3 171/5
171/6 171/8 173/3 173/4
176/9 295/24 360/1
**Mr [147]** 3/3 3/4 3/6 3/9
3/12 5/24 7/12 9/2 9/7 9/20
9/25 10/8 11/6 11/12 12/12
13/19 14/18 17/4 17/15 17/16
18/3 18/4 18/11 20/14 20/21
20/23 22/15 22/17 23/19
23/22 24/17 24/24 25/1 25/16
26/25 27/12 27/20 27/23
28/12 28/14 28/22 31/9 33/19
35/23 36/7 36/18 37/3 37/12
38/9 38/12 38/15 38/16 43/19
43/23 44/7 44/22 45/18 46/4
46/7 46/11 46/17 47/8 48/14
49/21 49/24 51/10 51/15
53/14 59/4 59/20 59/22 61/5
62/3 62/7 63/10 63/22 64/10
68/4 68/8 68/14 69/20 70/5
70/13 71/19 71/23 72/5 72/12
74/10 77/9 77/11 89/14
100/18 102/6 102/19 114/19
116/8 122/4 143/12 145/8
145/15 145/24 146/5 147/12
147/15 147/23 148/2 148/11
148/18 148/25 149/4 149/7
149/12 150/13 150/15 151/8
151/11 151/16 152/8 152/12
155/8 156/15 156/25 157/3
158/4 167/18 171/25 174/14
176/10 177/5 177/10 208/21
210/4 225/11 234/17 243/20
267/25 276/1 279/7 282/15
287/13 293/23 293/24 293/25
294/7 294/19 294/20 296/9
**Ms [10]** 3/7 3/10 39/8 59/19
60/12 82/21 117/13 162/18
177/11 208/13
**Ms. [126]** 4/20 4/25 6/2 6/8
6/20 6/22 7/2 19/11 21/5
46/7 47/9 47/15 47/17 53/6
55/3 55/8 55/12 55/22 56/22
57/8 57/16 57/19 57/21 57/23
58/1 58/21 59/6 59/12 59/17
61/4 70/20 76/14 80/2 80/3
83/21 94/23 104/10 114/15
114/16 114/19 115/6 115/21
117/15 117/24 118/23 124/16
125/3 126/1 126/4 126/20
127/9 127/23 128/2 128/13
129/12 131/1 133/10 136/22
137/1 141/5 141/22 144/19
154/11 158/2 159/10 160/4
161/22 167/4 168/21 176/20
176/22 176/22 177/10 177/19
179/13 179/13 180/5 181/10
190/14 223/1 223/2 223/7
223/9 224/20 225/10 225/14
226/10 231/2 235/2 238/3
239/9 244/14 244/14 244/22

246/12 247/6 251/17 256/6
259/24 266/6 273/8 273/8
275/4 275/15 275/23 276/5
276/9 278/22 290/4 297/14
312/5 313/1 321/4 326/24
328/10 332/4 334/18 335/23
338/11 340/6 340/21 345/10
345/16 348/14 356/20 357/2
**Ms. Apgar [3]** 47/9 47/15
47/17
**Ms. CXX [43]** 4/20 4/25 6/2
6/8 141/5 144/19 158/2
159/10 160/4 161/22 167/4
168/21 176/20 180/5 181/10
190/14 231/2 235/2 238/3
239/9 244/14 246/12 247/6
256/6 259/24 266/6 278/22
290/4 297/14 312/5 313/1
321/4 326/24 328/10 332/4
334/18 335/23 338/11 340/6
340/21 348/14 356/20 357/2
**Ms. LXX [30]** 6/20 6/22 7/2
19/11 21/5 46/7 53/6 55/3
55/8 55/12 55/22 56/22 57/8
57/19 57/23 58/1 58/21 59/6
59/12 59/17 61/4 70/20 76/14
80/2 80/3 83/21 94/23 104/10
154/11 345/10
**Ms. LXX in [1]** 223/7
**Ms. LXX LXXXXX [1]** 273/8
**Ms. LXX should [1]** 57/16
**Ms. LXXXXX [7]** 57/21 176/22
179/13 244/14 244/22 251/17
276/9
**Ms. RXXX [1]** 345/16
**Ms. RXXXXXX [1]** 141/22
**Ms. RXXXXXXXX [33]** 114/15
114/16 114/19 115/6 115/21
117/15 117/24 118/23 124/16
125/3 126/1 126/4 126/20 127/9
127/23 128/13 129/12 131/1
136/22 137/1 176/22 177/10
177/19 179/13 223/1 223/9
224/20 225/14 226/10 273/8
275/4 275/15 275/23 276/5
**Ms. RXXXXXXXX's [5]** 126/1
128/2 133/10 223/2 225/10
**muawh [1]** 172/22
**much [36]** 33/7 34/21 50/1
68/5 91/16 91/17 104/9
104/10 121/16 130/1 135/2
140/23 149/14 153/7 153/8
160/9 162/4 188/19 188/24
193/25 203/6 215/13 226/9
230/19 233/22 245/2 270/10
282/11 292/12 293/4 297/5
321/21 322/11 322/16 338/10
353/17
**mug [1]** 260/9
**multiple [4]** 8/8 124/10
124/11 341/10
**munch [1]** 305/24
**munchersss [1]** 303/14
**Munchy [4]** 301/6 301/7
302/11 302/11
**music [4]** 96/22 271/21
271/23 271/24
**must [1]** 41/25

**M**

**my [131]**   4/22 6/6 8/15 10/4
10/15 25/1 25/22 27/6 27/6
27/21 34/14 34/17 42/21
45/23 47/11 53/15 55/15
56/13 71/11 72/10 77/12
77/22 83/6 83/25 84/25 90/3
90/3 94/13 99/11 105/20
113/19 115/2 125/9 140/5
143/24 143/24 143/25 153/11
153/12 158/5 160/20 162/1
170/17 171/2 171/3 174/5
174/7 174/10 175/14 180/23
191/14 191/17 193/16 195/7
195/7 197/14 198/3 201/4
201/9 204/22 205/3 205/4
205/5 205/12 205/18 205/24
207/3 207/11 213/1 219/18
219/20 233/2 235/7 243/6
247/11 250/3 252/20 257/18
264/23 267/10 268/3 268/5
269/4 269/4 269/4 269/24
270/12 270/15 271/8 276/19
289/21 290/11 294/3 295/25
296/10 303/5 303/7 306/10
310/20 310/24 314/17 314/25
316/22 317/2 317/3 317/22
319/7 319/15 321/18 321/25
322/3 322/3 322/12 322/23
322/24 323/1 324/15 325/13
327/11 327/16 328/14 333/10
333/25 338/19 345/12 345/12
350/1 350/8 350/13 352/16
357/13
**Myah [1]**   219/18
**myself [4]**   81/1 87/8 87/9
331/6

**N**

**Naaaa [2]**   191/17 197/11
**nails [2]**   16/9 36/12
**naked [5]**   222/7 223/3 223/6
285/8 319/2
**name [76]**   9/14 21/12 21/15
21/19 21/20 21/21 23/2 27/3
30/4 37/19 37/20 39/19 39/25
40/11 40/15 41/8 50/10 50/14
50/16 55/3 104/18 104/19
110/20 112/9 114/21 121/21
121/21 123/10 128/6 134/23
144/14 144/15 150/3 150/5
159/4 159/5 159/7 163/20
163/24 170/8 170/8 174/8
186/7 190/9 203/15 205/24
206/15 207/11 219/18 234/14
234/15 234/17 238/7 238/22
238/25 239/3 243/2 247/11
248/19 251/16 251/17 251/25
252/23 253/1 253/3 253/8
253/12 259/9 289/22 294/14
298/16 327/23 330/10 336/8
337/22 338/8
**name is [1]**   219/18
**named [10]**   28/13 28/15 47/2
61/12 63/2 124/14 144/20
162/18 346/24 347/8
**names [16]**   9/13 196/6 196/23

197/1 210/17 212/1 212/4
212/24 213/14 233/2 234/15
234/16 252/21 253/15 333/19
336/12
**narcotics [6]**   58/9 58/11
105/21 106/6 106/8 122/22
**narrow [1]**   156/25
**nasty [1]**   323/22
**natural [1]**   258/6
**nature [10]**   6/3 226/16
226/17 226/25 227/3 227/10
227/17 228/1 241/19 241/23
**ne [1]**   310/19
**necessarily [2]**   10/4 32/25
**need [29]**   13/24 14/11 36/1
50/6 55/5 55/8 56/4 57/13
57/19 60/13 78/24 79/13
91/22 141/7 190/25 192/16
203/5 222/6 241/20 247/12
247/13 302/11 318/2 318/4
322/5 360/2 360/13 360/14
362/14
**needa [1]**   207/8
**needed [12]**   19/14 35/17
71/11 78/18 79/10 79/16
79/17 95/2 95/24 99/5 204/5
358/16
**needles [4]**   16/9 268/3
268/14 268/15
**needs [5]**   99/3 101/24 149/25
204/2 237/15
**negotiated [1]**   108/20
**negotiations [1]**   109/20
**neighbors [2]**   271/25 272/1
**Nerissa [1]**   355/11
**nervous [3]**   126/3 190/20
249/4
**never [62]**   7/11 8/9 10/11
10/15 13/20 13/24 16/15
16/25 20/20 22/24 63/20
69/20 69/21 69/23 69/24
70/10 70/11 70/12 70/13
70/14 72/2 72/18 72/23 72/24
72/25 73/3 73/4 75/8 75/10
75/11 76/12 76/17 76/18
76/18 76/19 77/8 77/24 77/25
92/22 92/23 92/23 184/13
184/14 196/5 201/15 219/21
233/6 236/12 240/15 269/13
272/5 284/4 284/6 284/18
321/25 326/9 326/11 338/12
338/12 343/2 343/11 350/9
**nevertheless [1]**   55/12
**new [34]**   7/7 7/14 7/17 7/19
8/25 21/3 22/5 23/2 23/4
23/7 27/13 50/19 50/21 68/5
95/22 95/25 96/23 97/3 97/18
98/6 106/16 107/12 116/10
160/11 203/18 203/22 203/23
231/12 277/15 308/14 338/4
338/5 338/6 338/7
**newspaper [1]**   107/12
**next [51]**   58/19 104/12 110/2
116/15 117/1 117/4 118/14
121/17 123/22 124/22 141/3
141/5 141/22 143/10 144/6
147/1 148/20 159/1 159/2
202/9 202/13 202/16 223/2

223/3 223/6 232/2 233/1
248/23 249/12 254/25 262/17
305/5 305/8 316/23 317/16
331/9 331/16 341/19 341/20
341/20 342/1 347/10 347/10
347/10 348/1 348/4 349/16
350/23 352/17 354/22 359/8
**nice [13]**   141/20 164/11
165/12 182/15 182/16 182/18
195/20 208/22 309/6 323/12
323/15 353/12 353/15
**Nicer [1]**   182/22
**Nick [2]**   354/11 354/13
**nickname [7]**   164/23 170/12
180/18 212/22 301/9 308/20
308/22
**nicknames [4]**   180/5 180/16
180/24 206/13
**nigga [1]**   174/7
**night [35]**   112/20 164/10
164/15 165/24 166/4 166/10
170/15 172/21 172/22 176/17
184/17 185/12 185/15 186/5
186/15 188/5 189/4 189/7
189/16 197/21 204/12 205/13
205/23 208/21 210/13 212/7
246/20 247/9 250/21 255/22
256/11 256/18 258/19 262/4
319/17
**night...Outcall [1]**   219/13
**Nikki [2]**   233/2 233/8
**nine [11]**   86/19 92/25 190/14
255/16 255/19 258/18 258/23
288/25 289/11 303/24 333/21
**Nino [36]**   84/24 92/8 98/10
128/9 129/12 130/13 130/25
131/11 131/13 131/16 131/17
131/18 131/19 131/22 132/2
132/5 132/6 132/7 132/12
132/13 132/19 132/24 133/3
133/6 133/25 134/24 137/3
170/3 170/10 181/1 205/19
213/10 213/12 229/3 251/13
252/20
**Nino's [1]**   131/24
**no [341]**   1/3 5/19 6/4 9/3
9/9 9/21 10/6 10/13 10/14
10/15 10/21 10/23 10/25 11/2
11/4 11/22 13/3 13/9 13/23
14/4 14/15 14/17 15/3 15/18
15/20 16/6 16/8 16/24 17/1
17/2 17/3 20/4 20/10 20/12
20/21 21/6 23/5 23/17 23/24
24/9 24/20 24/23 25/9 25/17
25/22 26/1 26/20 26/21 26/22
27/1 27/25 28/19 29/24 31/25
32/12 32/17 33/20 36/9 36/11
36/13 36/15 37/2 37/7 39/17
39/20 40/7 40/16 40/21 41/7
41/9 41/12 42/1 42/1 42/20
43/14 43/20 44/3 44/9 47/16
48/18 48/25 49/10 50/15
51/14 59/6 60/2 60/3 60/4
60/8 61/11 62/20 63/9 64/13
64/16 66/14 66/16 68/18
68/21 69/11 70/16 71/4 71/8
73/25 74/9 76/10 77/13 77/17
78/3 78/6 79/17 80/11 80/21

**N**

no... [229]  81/19 82/10
82/13 82/15 83/11 83/14
83/16 84/6 84/8 84/10 84/12
84/17 85/24 86/1 86/6 86/17
86/20 86/23 87/15 88/23
89/12 93/2 95/6 96/15 98/15
98/18 101/7 103/14 103/17
103/20 104/8 107/22 112/6
112/8 116/6 117/16 120/1
120/12 121/15 127/5 129/15
129/22 136/16 137/7 138/5
139/22 141/7 144/3 147/17
147/25 148/8 148/19 151/20
151/23 152/4 152/11 152/13
152/21 152/25 153/4 153/5
153/11 158/18 160/1 161/19
164/4 166/24 168/4 168/17
168/18 170/18 171/14 171/24
174/18 176/8 176/16 176/24
177/8 177/18 178/1 179/12
180/17 181/7 183/13 183/18
183/24 184/6 184/25 186/1
186/9 187/15 191/24 192/16
193/4 195/1 195/11 199/9
200/4 201/24 202/7 202/21
203/3 204/11 206/6 206/14
206/18 206/20 207/18 207/22
208/12 208/24 212/3 212/11
213/5 213/15 217/23 218/8
218/16 218/21 218/21 219/21
219/22 219/24 219/24 221/17
223/16 223/23 223/24 224/6
225/15 230/23 232/6 233/19
234/18 234/22 236/17 237/24
241/6 243/20 243/21 243/25
246/25 247/13 249/20 250/1
251/1 254/14 255/10 256/22
259/10 259/22 260/20 260/22
260/24 261/1 261/3 264/6
267/8 267/15 267/24 268/1
270/1 270/4 273/2 275/6
280/4 282/6 282/18 283/6
283/8 283/10 283/12 283/14
284/20 286/7 286/24 287/1
287/11 287/13 289/12 291/2
292/4 296/10 296/11 297/4
305/14 307/3 309/20 312/22
313/23 319/9 320/4 320/13
321/11 323/5 323/6 326/21
327/16 328/24 329/14 330/23
331/4 331/13 332/12 332/18
332/25 335/20 336/7 339/10
340/17 341/14 345/6 345/25
348/24 349/1 349/8 350/8
351/4 351/7 351/8 352/2
352/11 355/9 357/9 359/6
360/3 360/8 360/24 362/1
No thugs [1]  219/22
nobody [3]  66/15 271/24
338/3
nods [1]  96/5
none [2]  282/20 286/11
Nope [2]  71/2 319/4
normal [2]  188/19 300/24
normally [1]  102/22
north [9]  1/19 12/12 12/17

12/19 16/4 16/14 16/16 92/8
119/2
Northwest [1]  175/1
not [290]  4/18 4/19 5/2 5/6
5/16 5/21 5/25 6/5 6/8 9/19
11/5 12/2 12/5 12/5 12/22
13/22 14/1 15/15 15/19 15/21
16/6 16/8 17/3 18/6 18/22
20/8 22/21 26/1 27/20 28/10
30/18 30/24 31/6 31/10 32/25
34/7 34/21 37/5 38/16 40/21
40/25 41/4 41/24 42/5 43/4
43/6 45/1 45/10 46/7 46/14
47/1 47/15 49/4 50/14 51/23
52/14 52/18 52/19 52/20
54/20 55/24 56/5 56/9 56/13
56/20 57/4 57/6 57/7 57/11
57/13 58/3 58/16 58/17 59/9
62/17 62/20 62/21 63/3 63/9
63/9 63/21 64/8 64/15 64/17
64/23 66/10 68/7 69/9 69/20
69/21 70/11 70/20 71/8 71/20
72/5 72/24 74/4 74/9 74/17
75/24 76/6 77/13 81/1 81/2
81/4 81/20 81/21 82/20 82/20
86/24 89/23 91/21 91/25
98/21 101/23 102/8 103/4
108/17 108/18 108/20 108/21
111/3 111/5 111/12 111/21
112/1 112/2 114/4 114/15
114/21 115/3 115/11 115/15
116/16 116/22 117/4 117/8
117/9 117/12 117/13 118/13
118/22 119/17 120/2 120/10
125/12 127/17 128/24 134/6
135/13 138/3 138/10 139/17
139/20 139/21 140/2 140/6
141/4 141/15 142/22 143/2
143/7 144/10 148/22 148/24
150/5 151/19 153/20 154/16
155/2 155/7 156/15 156/16
156/24 156/24 157/24 163/1
163/2 163/17 169/19 169/24
174/9 174/10 176/22 178/14
178/21 179/14 181/2 183/12
185/8 186/8 192/15 193/4
197/11 197/16 197/19 197/20
200/5 201/25 205/24 207/11
216/2 222/16 222/16 222/17
222/19 223/14 224/5 224/10
224/15 225/12 226/21 226/22
226/25 227/8 227/25 230/5
232/15 232/17 232/24 232/24
237/11 240/12 244/19 246/10
248/15 250/2 250/5 256/1
260/18 261/6 266/11 271/14
272/6 273/14 274/2 282/19
283/5 283/16 284/7 285/9
285/12 285/21 287/12 290/5
291/1 292/5 292/12 292/14
292/24 293/1 294/4 294/18
295/1 295/3 295/5 295/19
295/20 297/3 297/15 297/18
299/23 301/14 304/7 314/9
315/23 321/5 345/24 350/22
353/5 354/8 354/20 354/24
355/16 355/25 358/8 359/3
359/12 359/14 359/23 360/15

360/24 361/1 361/4 361/18
361/21 362/1 362/2 362/8
362/18
note [4]  4/16 348/8 352/15
352/17
notes [1]  53/17
nothing [20]  43/9 43/11 68/9
68/14 69/12 69/16 70/25 71/8
71/11 119/8 121/13 129/2
131/23 131/24 131/25 140/20
140/22 153/16 153/22 277/11
notice [9]  51/4 51/11 53/25
153/23 153/24 157/8 177/10
177/13 335/25
noticed [4]  178/13 295/5
295/12 295/18
notify [1]  145/7
November [10]  46/17 87/18
220/14 266/6 314/7 314/11
318/24 319/5 321/17 322/18
November 10 [1]  314/11
November 10th [1]  318/24
November 12th [1]  319/5
November 2012 [2]  314/7
322/18
November 6 [1]  220/14
now [111]  7/11 8/25 9/15
9/19 9/25 10/6 10/19 11/11
12/11 13/19 14/18 17/15
20/13 20/22 24/24 28/5 29/1
29/23 30/20 31/16 35/8 36/18
37/9 42/10 44/22 44/23 46/2
46/17 50/9 51/20 52/4 56/10
58/17 59/17 62/3 62/9 65/1
71/22 74/8 78/14 87/18 93/6
93/18 103/12 104/3 105/18
122/25 132/11 141/11 142/10
149/21 152/8 155/12 157/5
162/12 162/13 162/14 169/14
171/20 192/18 193/7 201/16
202/10 205/1 207/10 207/21
207/23 213/18 219/14 219/20
220/17 221/14 232/6 236/2
237/18 240/12 241/1 247/9
254/11 256/15 258/8 258/18
264/15 288/2 288/9 295/19
296/22 299/14 299/22 299/23
301/25 303/2 309/23 311/4
315/25 317/3 319/13 319/19
322/10 322/18 327/8 333/23
337/7 338/10 340/22 348/3
349/11 355/8 355/25 356/3
358/15
NOW-26 [1]  219/14
nowhere [1]  61/7
np [1]  327/16
number [37]  19/4 19/6 68/10
107/17 114/19 119/21 120/3
120/16 128/1 128/4 128/6
130/7 130/8 136/22 136/22
157/12 157/13 168/11 168/11
169/2 169/4 203/12 203/18
203/20 203/22 203/23 221/1
226/3 226/12 226/13 233/8
233/9 247/15 247/17 298/20
311/19 313/4
numbers [15]  106/16 313/12
313/16 314/4 324/21 337/21

**N**

**numbers... [9]**   338/2 338/5 338/6 338/7 338/7 341/5 341/10 346/18 347/8
**Nvm [1]**   343/2
**nw [6]**   299/4 299/13 299/21 301/21 304/10 319/19

**O**

**o'clock [1]**   353/4
**O'Neil [2]**   143/12 158/4
**O's [1]**   205/19
**oath [6]**   6/22 52/18 222/19 225/10 353/10 353/11
**object [10]**   17/19 21/14 85/19 114/7 117/6 117/8 127/15 134/5 286/21 310/5
**objected [4]**   53/9 285/22 359/20 363/1
**objecting [2]**   58/20 297/3
**objection [125]**   14/25 30/14 37/16 38/17 40/18 49/13 49/16 52/1 53/4 59/11 59/11 63/12 63/16 75/17 76/13 80/18 80/22 81/5 81/11 86/11 88/7 89/1 91/2 91/13 91/19 93/12 94/17 97/20 98/1 102/15 106/21 110/24 111/20 125/8 129/22 129/25 133/16 136/16 136/17 147/12 148/12 158/17 159/25 160/1 161/19 166/23 166/24 168/15 168/17 169/16 175/25 178/17 181/6 181/7 185/4 199/7 200/19 203/2 213/4 213/5 216/8 218/6 218/8 218/9 218/15 218/16 218/17 218/20 218/22 221/25 223/16 223/19 223/24 223/25 226/7 226/13 227/12 230/22 234/21 236/15 237/24 241/17 241/19 242/2 243/5 243/6 243/7 245/7 246/25 247/1 250/25 251/4 256/21 256/23 264/5 267/20 269/12 270/3 273/15 280/3 280/23 285/9 285/16 285/18 286/6 286/10 287/3 289/12 297/2 297/4 305/14 309/19 312/21 313/22 326/20 329/14 329/15 332/25 333/1 335/20 339/25 340/17 345/5 349/8 352/2
**objections [13]**   40/23 80/21 125/9 141/24 178/22 296/4 296/7 296/17 357/21 358/14 359/6 360/25 363/4
**obligation [1]**   139/21
**observe [2]**   178/24 213/18
**observing [1]**   294/25
**obtain [2]**   82/17 139/14
**obvious [1]**   155/18
**occasion [3]**   281/21 295/25 338/4
**occur [1]**   272/21
**occurred [6]**   72/3 92/25 115/17 117/2 139/21 252/12
**October [2]**   42/12 42/13
**Odyssey [1]**   339/18

**off [35]**   14/10 14/12 14/13 23/20 23/22 24/18 27/22 28/2 40/5 62/18 68/5 97/2 97/7 97/19 97/22 112/14 184/15 193/16 205/3 234/5 255/12 277/11 277/13 282/25 288/18 293/11 305/6 309/8 318/1 354/25 356/18 357/22 363/8 363/9
**offense [3]**   41/10 130/9 140/15
**offer [2]**   90/19 232/15
**offered [7]**   111/1 111/1 111/3 111/4 111/21 148/15 156/15
**offering [2]**   110/25 359/4
**office [12]**   1/15 1/19 1/22 39/4 66/22 138/23 139/18 139/20 146/6 199/24 280/7 288/14
**officer [20]**   34/24 34/25 43/7 43/10 43/15 78/15 104/13 105/4 105/6 105/24 111/5 114/23 117/25 118/3 122/11 124/3 124/22 141/6 249/25 355/23
**officers [8]**   40/14 67/14 106/24 118/18 121/2 123/25 147/7 255/9
**official [4]**   2/2 38/22 38/25 363/16
**often [15]**   44/1 194/25 195/3 200/1 207/8 208/3 210/1 230/4 230/5 235/21 261/22 264/1 291/22 328/7 340/8
**og [2]**   307/4 322/25
**Oh [2]**   171/25 174/5
**oit [1]**   317/22
**ok [26]**   146/24 172/19 190/23 301/7 301/22 302/11 303/15 304/9 309/3 310/18 310/18 314/25 315/9 315/15 316/1 316/2 317/14 317/22 319/19 323/18 323/19 323/22 323/23 325/10 328/3 342/4
**okay [161]**   4/6 6/7 6/13 7/11 7/14 7/19 8/12 9/4 9/6 9/15 12/11 13/19 14/5 15/16 19/1 19/1 19/9 19/22 22/1 22/4 22/17 23/14 23/18 24/2 24/5 25/2 26/2 26/21 26/23 27/12 28/12 28/22 34/2 34/22 35/23 36/23 37/3 38/8 39/18 39/21 41/9 42/2 42/13 42/21 44/1 45/15 45/17 46/3 48/10 48/19 48/22 49/5 50/7 52/24 53/1 56/4 60/5 62/9 65/7 65/16 68/8 69/18 73/7 76/12 77/2 83/8 83/15 89/13 89/21 93/17 95/20 96/23 96/25 103/9 103/11 104/10 104/15 108/14 114/12 117/20 120/9 128/4 130/5 132/2 132/19 133/10 134/25 137/5 140/8 140/23 143/18 146/12 150/1 152/7 152/22 153/6 155/19 158/19 159/13 159/16 159/19 164/13 165/9 170/3 172/9 172/18

173/12 182/19 183/23 190/20 191/4 193/17 194/10 198/4 200/21 207/9 218/9 221/20 224/2 225/8 228/3 228/24 234/10 241/1 248/25 269/9 272/19 274/17 280/25 281/19 282/10 286/8 290/3 292/19 293/8 296/20 297/8 297/14 297/22 300/19 301/4 309/7 309/10 314/20 315/12 315/24 319/19 333/11 337/6 337/14 343/4 345/9 348/25 351/11 352/12 352/24 353/14 354/16 355/1 355/10 357/1
**old [17]**   83/21 89/20 159/22 160/12 160/25 162/5 162/9 162/11 185/16 185/17 186/7 187/1 194/3 209/14 266/25 318/19 334/9
**older [3]**   91/12 91/16 91/17
**OMG [1]**   174/3
**Omnibus [2]**   53/17 53/25
**once [19]**   16/14 20/13 33/25 36/23 39/18 43/18 72/11 110/1 110/18 116/22 123/24 140/10 144/9 220/9 245/22 245/23 268/11 268/12 350/20
**one [133]**   4/5 4/7 9/5 14/10 14/21 14/25 28/7 29/7 30/20 30/23 31/13 31/19 34/19 41/9 47/23 54/15 55/2 55/16 57/7 57/25 58/7 59/20 60/13 60/14 61/12 62/12 73/16 74/10 74/20 75/4 80/19 80/22 82/12 87/11 93/2 100/10 104/6 108/13 108/13 109/6 113/3 113/4 113/17 113/20 120/7 120/8 120/25 122/23 123/22 123/23 124/9 126/22 128/25 129/8 137/6 140/7 141/9 142/1 144/11 147/9 150/23 153/6 155/2 155/10 161/6 185/12 194/9 202/12 203/21 207/25 213/10 213/12 217/21 220/23 221/17 222/1 223/2 223/3 223/14 223/16 226/3 226/12 229/17 229/18 234/7 237/4 240/13 241/16 242/10 242/24 246/9 248/2 248/7 248/7 248/12 250/13 250/13 252/18 255/18 262/17 263/13 272/9 287/13 288/2 302/2 302/2 304/24 308/14 311/11 313/12 314/9 323/14 327/25 332/19 333/13 333/19 334/20 341/14 345/19 346/7 348/23 349/3 352/8 352/12 352/14 355/4 355/8 355/12 355/19 355/24 356/2 356/19 356/22
**one on [1]**   213/12
**one-page [1]**   129/8
**onerous [1]**   361/4
**ones [7]**   90/3 158/5 210/9 210/9 310/14 335/25 356/3
**online [3]**   108/12 150/9 211/5
**only [35]**   49/11 54/3 54/12 55/3 58/21 59/3 74/10 74/15

# O

**only... [27]** 74/18 74/20 111/25 112/18 113/2 126/15 131/20 142/1 143/19 143/23 219/22 226/13 232/6 267/6 282/14 314/25 315/2 319/6 321/21 322/11 323/23 350/8 350/18 351/7 355/2 361/12 362/8

**open [9]** 39/23 41/8 58/10 135/25 136/11 207/23 267/10 269/14 296/13

**opening [1]** 41/12

**operation [3]** 106/11 109/7 123/23

**opportunity [8]** 10/22 32/3 32/13 33/4 126/24 168/2 242/15 311/18

**opposed [2]** 296/13 296/14

**opposing [1]** 359/6

**order [14]** 4/15 53/14 53/15 56/13 119/19 119/25 253/14 253/17 295/15 354/7 355/6 357/20 359/9 361/10

**orders [2]** 215/2 359/13

**organic [1]** 283/4

**orientation [2]** 14/21 14/22

**original [3]** 89/9 103/1 103/22

**originally [7]** 86/10 86/15 103/2 103/7 154/1 160/10 174/11

**originals [2]** 198/20 198/21

**Orlando [6]** 134/24 136/12 245/22 253/21 256/9 333/20

**Orlandosnow [1]** 336/8

**OrlandoX478 [1]** 333/16

**oth [1]** 304/7

**other [129]** 5/22 6/8 10/11 10/19 10/22 11/17 11/19 13/19 14/2 14/5 21/2 24/15 29/25 32/20 33/21 33/25 36/18 38/19 39/14 39/16 39/19 40/14 46/24 47/1 55/2 56/9 56/18 56/24 57/10 58/7 62/3 74/3 74/5 77/9 78/15 86/21 93/9 93/15 96/16 102/24 106/10 109/20 113/23 114/6 118/3 118/18 119/3 122/19 122/21 123/4 123/25 124/6 124/19 141/14 143/20 157/7 157/10 157/13 157/19 157/20 157/25 165/24 168/15 169/14 169/19 174/12 179/21 180/24 190/22 199/5 207/17 210/16 212/1 212/24 216/12 217/21 224/12 224/20 226/24 227/10 229/22 240/21 241/3 241/3 242/24 244/15 248/12 252/25 253/20 260/7 261/7 261/16 265/25 267/9 268/2 270/11 273/21 274/3 274/8 279/18 282/3 282/5 282/17 282/21 285/8 290/22 291/20 292/16 302/2 303/4 304/8 304/9 304/18 307/4 310/4 331/17 333/13 339/7 339/8

340/2 341/17 347/19 352/14 355/7 355/8 355/17 356/5 356/22 358/13

**others [3]** 231/20 240/24 356/4

**otherwise [3]** 6/10 227/2 294/6

**ought [1]** 52/3

**our [24]** 4/4 4/6 4/9 6/13 6/14 50/6 99/4 108/1 125/20 139/23 159/1 222/14 222/19 228/4 256/14 293/1 293/11 346/13 347/17 353/9 353/18 357/17 360/15 362/4

**ourselves [1]** 361/6

**out [115]** 4/17 4/21 7/2 7/3 7/11 8/10 8/25 9/2 9/4 10/3 10/4 13/9 13/24 20/13 22/12 24/11 25/13 30/7 30/7 31/13 32/20 41/20 46/6 49/1 49/3 50/22 55/20 58/6 64/20 64/20 65/4 65/5 71/8 73/10 82/8 84/22 84/23 84/24 90/22 93/21 107/16 107/17 111/22 115/5 116/23 119/1 124/11 132/4 137/4 138/14 139/14 142/14 154/12 170/14 171/5 171/6 174/7 174/8 175/15 185/2 186/21 192/12 194/17 194/23 195/2 203/15 204/18 204/19 205/12 205/12 209/11 224/12 225/16 226/25 241/2 247/21 248/15 249/19 253/25 254/1 260/8 263/12 266/17 266/20 273/1 275/1 290/5 296/22 302/6 302/10 302/11 303/11 311/1 313/1 315/12 320/23 323/17 323/21 325/12 326/12 333/12 335/23 341/16 342/6 345/9 348/14 349/11 350/14 350/24 354/21 357/21 359/17 359/19 360/25 362/6

**out-of-court [3]** 111/22 115/5 116/23

**out-of-town [1]** 290/5

**outcall [3]** 219/22 220/5 346/5

**outside [16]** 4/7 5/1 5/10 52/1 138/15 142/25 153/6 155/9 187/18 263/23 272/1 291/4 291/8 343/7 343/10 343/13

**outsider [1]** 78/9

**outweigh [1]** 156/19

**outweighs [1]** 157/12

**over [70]** 17/14 18/23 22/4 27/1 27/5 32/9 32/19 33/1 33/14 33/21 33/24 33/25 34/3 38/18 40/3 58/3 69/3 74/23 82/9 94/6 97/8 97/9 101/21 105/23 108/20 108/22 108/23 110/2 135/3 139/5 141/17 144/11 157/10 158/24 166/20 166/21 167/6 167/20 180/5 189/13 191/8 192/21 193/22 197/7 203/5 210/25 211/1 223/5 223/5 223/8 225/5 225/7 243/21 243/18 261/22

268/21 291/11 293/24 294/6 294/14 294/18 294/19 311/22 311/22 320/21 322/19 326/16 326/16 351/20 358/13

**overall [1]** 293/9

**overly [1]** 225/13

**overrule [5]** 63/16 111/19 226/6 227/11 242/2

**overruled [6]** 37/22 89/6 102/16 106/25 176/1 340/4

**overrules [1]** 226/11

**overweight [2]** 180/15 298/17

**owe [1]** 319/18

**own [17]** 9/12 10/3 10/4 10/5 56/17 70/6 71/11 87/16 92/3 121/8 139/23 156/7 191/17 213/14 213/14 223/7 362/17

**owned [3]** 145/4 145/5 146/1

**owner [1]** 4/19

# P

**P-O-F [1]** 352/10

**p.m [19]** 109/2 128/11 128/12 173/13 173/13 192/11 193/13 194/10 196/4 197/4 204/1 205/17 207/2 299/4 304/15 318/23 319/17 323/16 343/24

**pack [1]** 178/3

**package [5]** 34/18 34/19 135/22 135/25 233/3

**packaging [2]** 135/18 135/21

**pads [3]** 302/11 302/13 302/14

**page [187]** 3/3 3/4 3/6 3/7 3/9 3/10 3/12 3/16 3/16 3/17 3/17 3/18 3/18 3/19 3/19 3/20 4/17 19/4 19/6 62/6 68/10 68/12 69/1 69/18 70/12 71/17 71/19 72/8 72/17 73/7 73/7 73/8 73/19 75/1 75/8 77/2 77/9 77/11 77/11 77/24 78/11 78/12 94/24 95/13 113/3 113/4 126/18 126/22 126/22 126/22 126/22 129/8 148/20 161/6 161/8 161/22 171/15 172/16 173/12 181/15 181/17 181/19 181/21 181/23 181/25 190/14 193/13 194/10 195/5 196/4 197/3 203/25 205/16 205/23 207/2 207/20 213/3 213/5 218/3 220/20 223/1 228/25 229/5 230/6 231/3 231/20 232/2 232/15 232/22 233/1 236/23 236/25 237/21 237/23 238/10 238/21 238/22 246/24 250/10 250/13 251/21 251/23 252/3 253/12 255/18 256/13 256/14 257/15 257/17 258/10 258/12 258/14 258/18 258/23 258/23 259/4 261/14 264/3 264/9 265/8 265/13 269/18 270/2 288/25 289/11 301/4 301/11 302/20 302/23 303/24 304/14 304/14 305/22 306/8 307/4 308/11 308/11 310/16 311/10 317/18 318/7 318/13 319/5 319/17 320/18 321/17 322/21 323/16

**P**

**page... [39]**  324/6 325/1
325/23 327/7 327/25 330/5
330/9 330/24 331/21 331/25
333/6 333/12 333/21 334/20
334/22 337/9 337/19 341/1
341/16 343/5 343/23 345/19
346/1 346/4 346/10 346/18
346/21 347/1 347/7 347/10
347/10 347/11 347/11 352/6
355/12 355/19 355/22 355/24
356/2

**pages [13]**  181/10 218/12
218/18 230/21 234/20 236/14
250/24 260/12 264/4 329/13
332/22 334/13 337/24

**paid [9]**  71/7 88/5 147/20
156/1 183/16 188/22 233/24
237/6 316/1

**PALM [8]**  1/2 1/7 1/17 1/23
2/3 67/8 85/22 210/24

**pants [1]**  289/17

**paper [1]**  17/3

**paperless [1]**  53/15

**paperwork [4]**  14/22 65/14
65/21 66/3

**paragraph [2]**  4/17 54/10

**Paragraphs [2]**  53/21 53/25

**parceling [1]**  226/25

**parentheses [2]**  100/7 100/14

**parents [3]**  119/1 175/14
175/17

**parking [5]**  11/10 118/16
133/22 133/24 134/11

**part [18]**  4/18 10/12 37/18
41/13 53/16 53/16 86/19 90/3
120/10 121/8 156/9 156/11
157/21 208/10 222/8 225/18
227/16 278/13

**participate [2]**  117/25
263/23

**particular [17]**  6/5 6/9 81/8
102/1 107/25 108/8 119/18
120/1 124/9 134/1 271/20
274/20 277/4 285/16 285/18
313/12 335/23

**particularly [1]**  224/3

**parties [9]**  53/17 57/15
101/25 130/21 141/19 293/15
358/16 359/1 362/5

**party [12]**  163/13 163/18
164/10 164/15 165/24 167/18
176/17 358/9 358/10 358/12
359/4 359/6

**pass [1]**  266/20

**passport [3]**  198/3 198/22
199/1

**password [2]**  336/4 352/18

**passwords [3]**  336/6 336/12
352/7

**pasted [1]**  232/12

**path [1]**  131/6

**patience [1]**  141/11

**patrol [3]**  122/22 122/23
122/23

**Pauline [2]**  2/2 363/16

**pause [3]**  6/12 158/20 243/12

**Pausing [24]**  244/5 244/8

**pay [13]**  23/4 23/22 215/13
233/22 283/22 305/5 315/3
319/18 323/19 323/21 324/2
328/6 345/23

**paying [1]**  328/5

**payment [4]**  238/4 238/5
238/15 238/22

**payments [1]**  238/14

**pays [3]**  264/21 318/19 319/1

**PEACOCK [5]**  1/18 3/3 59/4
59/20 59/22

**pending [4]**  81/20 81/22 82/6
117/21

**people [28]**  33/25 43/23 46/5
46/25 47/1 51/22 56/18 65/8
83/9 102/21 121/5 124/12
192/16 197/17 224/4 237/13
249/12 250/17 254/11 260/17
260/18 272/1 303/11 319/12
327/8 347/19 355/16 355/20

**per [7]**  60/14 215/21 215/21
215/22 261/22 346/4 346/6

**perceive [2]**  54/4 54/12

**Perez [1]**  150/3

**Perfect [2]**  164/14 283/4

**perform [1]**  240/21

**performed [1]**  150/5

**performing [1]**  212/10

**perhaps [1]**  224/5

**period [16]**  9/15 10/19 50/9
57/22 62/25 73/16 73/22
128/14 302/13 310/20 310/23
311/22 326/16 341/3 346/13
357/5

**periodically [1]**  107/1

**perjury [1]**  57/23

**perk [1]**  125/21

**perked [1]**  125/20

**permanently [3]**  66/11 92/11
92/12

**permission [35]**  99/23 159/24
166/22 168/13 181/5 203/1
221/21 227/15 234/19 236/13
237/15 237/19 237/20 242/4
246/8 247/2 257/2 264/16
280/21 289/11 294/23 298/11
306/5 309/18 312/20 313/21
326/19 334/15 335/19 338/21
339/24 340/16 344/14 345/4
351/25

**permit [3]**  125/10 198/3
198/11

**permitted [2]**  5/16 55/2

**person [27]**  17/8 17/12 25/18
37/19 37/21 56/14 71/12
71/20 71/20 72/5 74/15 74/18
89/16 94/8 94/11 116/16
118/18 127/13 130/22 130/23
155/13 210/1 289/15 291/16
302/6 318/19 347/3

**person's [2]**  111/24 163/20

**personal [3]**  133/16 199/18
209/8

**persons [1]**  157/20

**persuade [1]**  57/8

**persuaded [2]**  57/11 156/16

**phon [1]**  180/19

**phone [91]**  11/19 17/14 22/21
22/23 87/21 93/9 106/16
107/17 108/15 108/20 108/23
108/23 118/19 119/14 119/18
119/20 119/21 119/24 120/1
120/3 120/16 128/1 128/2
128/3 128/4 130/12 130/13
135/4 135/7 136/11 136/20
136/23 167/9 167/11 167/13
167/15 167/20 202/2 202/3
203/12 203/14 203/23 203/23
210/2 210/5 219/11 233/8
233/9 247/15 247/17 248/25
249/5 298/24 302/10 312/5
312/7 312/9 312/15 312/18
313/2 313/2 317/3 319/15
337/21 338/1 338/7 340/22
340/22 341/10 344/6 344/8
344/10 344/12 344/21 344/25
345/9 345/10 345/12 345/14
345/16 346/18 347/8 347/12
347/21 347/22 348/8 348/10
348/15 350/8 350/10 352/16

**phones [7]**  210/4 210/11
296/23 297/15 297/21 338/4
350/7

**photo [17]**  161/8 220/17
225/11 225/12 225/15 225/20
225/21 225/23 227/9 227/11
227/13 231/5 231/21 269/23
285/4 286/13 310/13

**photograph [29]**  99/18 99/21
100/2 100/6 100/22 161/4
161/6 161/10 161/25 219/4
219/8 223/3 223/6 223/6
224/10 224/23 225/2 227/3
229/2 229/11 229/15 229/24
231/2 269/9 285/2 285/24
289/1 289/15 339/5

**photographs [18]**  29/1 29/4
120/10 120/12 143/15 182/3
226/20 230/1 230/7 230/8
241/9 250/11 250/15 252/7
255/16 255/20 256/6 340/8

**photos [14]**  223/1 226/15
226/24 230/4 230/12 252/25
255/24 263/2 287/22 309/10
331/21 332/1 334/13 334/25

**physical [3]**  17/13 200/25
266/7

**physically [4]**  13/22 72/24
73/5 77/8

**pick [7]**  119/3 184/11 184/12
185/20 185/24 276/24 290/23

**picked [6]**  90/21 176/7
185/19 186/3 186/6 262/20

**picking [1]**  265/6

**pics [4]**  172/2 231/13 308/13
327/11

**picture [21]**  29/17 29/22
30/6 30/9 30/13 30/17 30/18
39/10 171/20 207/9 224/25
228/14 231/25 236/23 252/18
253/3 259/7 259/9 339/22
340/2 340/6

**pictured [1]**  231/2

**pictures [21]**  120/13 217/16
217/17 217/19 217/22 221/12

**P**

**pictures... [15]**  222/7 223/8 223/11 260/8 260/16 261/4 261/7 261/7 261/16 263/4 285/7 285/8 309/15 309/23 327/13

**Pierce [2]**  1/20 2/3

**Pierce/West [1]**  2/3

**pills [2]**  51/24 56/23

**pimp [11]**  62/4 62/7 70/24 71/8 208/14 214/21 214/23 214/25 347/8 347/12 347/21

**pimps [3]**  219/21 219/24 347/16

**Pinca [1]**  337/19

**Pink [1]**  344/24

**pinky [10]**  164/24 205/9 212/24 212/25 213/12 251/2 252/20 253/5 301/18 342/19

**pinky18 [1]**  336/14

**pinkyX21 [1]**  236/3

**pins [1]**  36/12

**Pip [1]**  289/23

**piz [1]**  306/2

**place [11]**  25/11 25/11 75/6 113/13 119/22 169/11 171/9 191/16 306/23 351/3 358/23

**placed [6]**  110/10 110/18 124/17 130/13 130/14 133/21

**places [3]**  74/3 182/18 182/19

**Plaintiff [2]**  1/5 1/14

**plan [2]**  193/19 357/13

**plastic [3]**  328/21 328/23 329/2

**play [3]**  356/9 358/19 360/25

**played [3]**  157/18 243/10 359/19

**playing [1]**  363/1

**please [34]**  6/16 68/10 83/21 100/19 104/21 141/18 144/23 162/25 174/19 185/15 189/2 199/1 207/24 239/8 244/20 247/11 253/19 259/23 260/13 261/21 270/7 271/9 271/18 274/22 287/23 302/11 309/13 311/25 323/22 328/9 329/20 331/24 332/3 334/11

**pleasure [1]**  223/7

**plier [2]**  270/15 270/17

**pliers [4]**  270/12 270/14 276/3 276/10

**podium [3]**  295/7 295/9 295/25

**point [44]**  5/9 6/19 7/16 7/21 13/1 20/22 21/14 34/5 40/19 45/21 46/11 47/14 47/17 55/6 57/10 58/5 61/12 85/4 86/4 87/1 94/6 115/2 125/1 125/19 146/5 171/12 184/23 185/12 200/23 202/20 202/22 208/13 218/1 224/13 239/3 244/22 246/22 293/25 294/24 296/6 353/14 354/11 357/19 362/7

**pointed [1]**  59/16

**pointer [1]**  100/5

**pointing [2]**  294/18

**points [2]**  47/19 102/24

**police [21]**  87/14 89/9 105/4 105/6 106/19 118/24 122/5 122/11 122/14 138/12 138/15 138/18 139/15 139/16 240/14 240/15 249/25 250/5 255/9 276/12 276/14

**policing [1]**  109/1

**policy [1]**  128/23

**Pompano [2]**  92/9 92/13

**poopsicle [1]**  337/4

**pornography [1]**  122/10

**port [1]**  34/15

**portion [3]**  53/23 156/25 285/24

**portions [11]**  54/18 156/14 222/24 225/16 226/25 293/23 358/11 358/17 362/10 362/11 362/16

**pose [1]**  106/15

**posed [1]**  260/8

**posing [2]**  108/3 120/25

**position [5]**  56/13 104/2 115/7 225/19 360/21

**possession [1]**  154/5

**possibilities [1]**  70/20

**possibility [2]**  70/18 362/18

**possible [2]**  50/5 357/12

**possibly [1]**  341/13

**post [8]**  107/21 217/24 236/10 237/13 237/13 261/7 261/7 261/8

**posted [12]**  30/17 30/18 101/1 219/2 220/14 236/21 237/8 246/19 262/22 262/23 263/3 264/11

**posting [2]**  217/2 263/8

**postings [1]**  107/17

**potential [1]**  156/18

**potentially [1]**  158/1

**poured [2]**  15/24 92/15

**power [1]**  225/5

**precautions [1]**  224/4

**precedent [1]**  226/21

**preclude [1]**  157/5

**precluded [1]**  157/17

**predicate [1]**  256/3

**preference [1]**  295/25

**prejudice [4]**  57/18 155/18 157/12 227/5

**prejudiced [1]**  156/24

**prejudicial [5]**  117/12 142/19 156/18 225/13 226/10

**premised [1]**  359/12

**premonition [2]**  170/20 171/12

**preparation [1]**  139/22

**prepared [2]**  355/5 361/6

**presence [2]**  145/21 273/9

**present [10]**  26/1 128/18 242/22 273/12 273/22 273/22 274/3 305/20 360/15 362/9

**presented [3]**  39/6 125/11 142/7

**preserve [1]**  297/3

**preserved [1]**  286/10

**pressure [1]**  362/3

**pressured [4]**  36/19 36/20 36/23 37/1

**pressuring [2]**  37/4 37/12

**Presumably [1]**  5/19

**pretend [1]**  295/3

**pretty [10]**  18/21 25/10 172/2 193/18 193/18 205/8 206/12 206/21 226/8 301/2

**prevent [3]**  22/17 22/20 155/20

**previous [3]**  115/8 235/10 242/6

**previously [3]**  115/10 125/22 208/23

**price [5]**  220/8 233/20 235/25 237/6 335/2

**pricing [2]**  108/19 221/8

**primarily [1]**  154/22

**prior [10]**  44/25 53/19 54/1 75/23 76/1 105/19 227/22 287/16 311/18 359/13

**privacy [1]**  226/10

**private [1]**  267/10

**prob [1]**  170/18

**probably [3]**  113/18 284/17 359/22

**probation [7]**  41/16 42/11 42/18 42/22 43/7 43/10 43/15

**probative [4]**  155/17 156/19 157/12 224/6

**problem [3]**  35/11 115/12 295/16

**problems [6]**  35/16 44/25 72/3 79/1 84/15 84/18

**procedure [4]**  60/22 139/24 295/13 359/13

**proceed [5]**  6/23 61/1 154/17 295/22 297/11

**proceeded [1]**  34/22

**proceeding [1]**  296/5

**proceedings [5]**  1/10 82/17 114/13 119/6 363/13

**process [4]**  92/5 154/19 234/3 358/10

**productive [2]**  325/14 325/16

**proffer [10]**  5/1 5/10 142/6 142/9 142/24 142/24 143/1 144/6 155/23 155/24

**proffered [1]**  224/8

**profitable [1]**  216/2

**program [1]**  65/7

**project [2]**  105/12 357/4

**promise [3]**  75/10 75/11 77/25

**promises [3]**  147/3 147/5 148/2

**prompt [1]**  141/13

**properly [1]**  58/23

**property [1]**  127/14

**proposition [1]**  54/19

**propositions [1]**  54/15

**prosecuted [1]**  41/9

**prosecutors [1]**  40/14

**prostitute [38]**  9/16 9/23 11/12 13/20 13/22 13/25 17/16 17/17 18/4 18/12 18/12 19/3 41/18 41/23 42/2 43/18 49/12 49/20 49/23 59/25

**P**

**prostitute... [18]**  62/21
62/25 63/8 63/15 63/20 69/15
69/17 73/12 80/13 96/13
113/17 113/18 123/24 151/11
152/15 189/22 266/12 347/19
**prostituted [1]**  157/3
**prostitutes [3]**  31/14 106/17
107/13
**prostituting [15]**  19/12 92/8
92/9 94/25 95/21 101/4
144/25 201/13 208/16 208/21
209/6 216/1 261/22 272/23
335/6
**prostitution [48]**  10/16 11/7
12/8 20/3 28/7 28/8 28/23
42/6 59/8 70/2 90/16 94/4
96/17 101/7 106/12 106/13
107/2 108/5 115/16 123/5
130/9 140/13 140/15 151/6
155/25 189/16 189/19 191/2
193/8 194/5 195/22 200/7
202/6 207/17 212/2 212/20
213/19 214/8 216/5 230/15
263/24 265/17 282/12 284/3
289/18 304/16 318/21 326/17
**protect [2]**  224/4 291/1
**protecting [1]**  10/5
**proud [2]**  212/15 288/18
**prove [2]**  27/11 224/19
**provide [6]**  55/25 112/5
112/11 125/7 304/25 305/1
**provided [5]**  111/10 131/8
139/12 153/25 333/21
**providing [1]**  58/9
**psoriasis [3]**  223/4 229/8
229/9
**psychotropic [1]**  54/11
**pubic [1]**  267/12
**Public [2]**  1/19 1/22
**publication [31]**  137/9 162/4
174/19 182/2 197/23 221/11
230/19 237/20 239/8 242/3
243/8 244/12 253/19 259/23
261/21 270/10 287/20 288/15
290/3 297/4 309/12 311/25
328/9 331/24 332/8 334/11
334/24 338/10 339/11 340/15
352/22
**publish [76]**  99/23 130/4
130/5 159/24 161/18 166/22
166/25 168/14 168/19 181/5
181/8 190/11 203/1 203/4
213/3 213/6 218/11 218/18
221/22 228/8 230/20 230/24
234/19 234/23 236/13 237/19
237/20 237/25 241/14 242/4
243/4 243/7 246/8 247/2
247/3 251/5 257/2 260/13
264/3 264/7 270/2 270/5
280/2 280/5 280/21 280/25
281/17 286/5 287/21 287/23
289/11 289/13 298/11 298/12
309/18 309/21 312/20 312/23
313/21 313/24 326/19 326/22
329/20 332/3 333/3 334/15
335/19 338/21 339/24 340/16

**published [2]**  154/5 286/8
**publishing [1]**  218/22
**publix [2]**  307/20 307/23
**pull [5]**  54/8 80/3 109/9
320/23 358/15
**pulled [1]**  54/14
**pulling [1]**  277/2
**punch [3]**  269/2 269/3 270/12
**punched [1]**  239/16
**punching [1]**  271/22
**punish [1]**  268/2
**punishment [2]**  267/6 271/20
**punk [1]**  323/21
**purchase [1]**  278/13
**purchased [1]**  277/21
**purchases [1]**  265/2
**pure [2]**  17/5 17/11
**purge [1]**  128/23
**purged [1]**  128/23
**purpose [6]**  98/8 110/25
111/16 111/17 115/1 362/9
**purposes [7]**  26/10 110/20
112/18 168/16 168/17 250/9
295/10
**purse [2]**  25/12 25/13
**pursue [1]**  157/19
**push [3]**  269/8 306/19 359/17
**pushed [1]**  357/11
**pushing [1]**  357/16
**put [69]**  16/9 19/6 29/4
36/12 40/5 55/15 74/23
114/16 114/24 124/4 135/22
142/9 142/23 143/12 154/19
155/6 155/24 157/7 178/4
194/11 200/25 201/3 202/3
216/18 217/17 217/19 230/4
230/17 232/9 232/11 232/12
234/4 234/11 234/17 239/14
239/16 249/11 250/3 253/15
266/17 266/19 268/3 270/12
270/12 270/15 271/8 271/21
271/24 274/24 305/25 309/7
309/25 310/24 313/6 319/15
321/25 323/25 330/20 333/15
345/15 349/19 349/20 350/8
354/21 356/8 357/21 361/3
361/25 362/4
**puts [2]**  265/1 362/2
**putting [8]**  4/22 21/15 227/3
271/22 271/23 295/1 319/19
362/2

**Q**

**Q's [1]**  131/10
**quality [1]**  130/17
**que [1]**  206/8
**question [71]**  15/12 17/20
18/3 18/8 26/12 38/19 42/21
56/19 59/22 60/6 64/3 75/18
76/7 76/9 80/7 80/10 80/23
81/6 83/4 85/6 86/12 86/13
94/18 94/21 96/6 98/18 98/19
102/8 102/15 103/21 110/14
115/12 116/14 116/15 117/7
117/21 117/21 125/10 130/23
131/9 131/24 132/4 132/19

340/18 344/17 345/7 349/5
349/9 351/25

168/22 185/8 185/10 206/23
209/8 216/8 216/9 216/10
255/17 255/25 272/14 273/18
285/17 285/21 287/7 287/14
287/16 287/17 290/24 296/9
296/13 299/2 319/7 331/9
337/8 343/8 343/9 359/2
**questioned [6]**  86/4 97/1
102/25 103/1 110/18 226/15
**questioning [6]**  57/1 57/9
59/4 59/20 89/2 117/7
**questions [27]**  17/22 59/13
59/16 81/14 83/16 85/16 86/2
92/3 95/5 98/14 98/16 98/17
104/9 111/4 117/13 119/13
131/3 137/7 153/5 158/15
269/14 285/14 295/23 296/10
296/12 297/20 329/18
**quick [5]**  220/24 221/5
307/21 307/22 323/18
**quicker [1]**  197/9
**quickly [4]**  4/22 166/21
255/17 279/7
**Quinta [3]**  107/6 109/3 123/8
**quite [4]**  12/22 28/10 31/10
48/9
**quote [1]**  69/12
**qv [2]**  221/4 221/4

**R**

**R-A-M-O-S [1]**  104/20
**R-H-E-T-T [1]**  121/22
**Rachel [1]**  356/14
**rag [3]**  270/15 270/17 270/18
**raised [2]**  116/10 116/22
**RAMOS [6]**  3/5 104/14 104/16
104/20 124/25 125/11
**random [3]**  90/20 90/20
224/25
**Randy [1]**  355/20
**Rangel [1]**  355/21
**Rarely [1]**  241/8
**rate [1]**  338/19
**rather [7]**  21/5 62/25 81/7
111/13 111/23 296/14 356/16
**rd [5]**  191/18 191/19 191/20
196/16 196/18
**reach [4]**  107/16 107/17
139/14 294/3
**reached [1]**  119/1
**read [40]**  44/16 44/17 44/17
44/19 45/9 45/11 45/17 54/17
55/16 69/3 69/5 77/16 77/19
78/2 94/23 94/24 95/3 95/11
95/17 95/19 100/6 131/15
137/16 137/20 168/21 199/1
219/12 219/17 221/1 221/4
231/11 232/22 247/8 247/10
299/2 310/10 313/4 313/16
352/19 358/12
**reading [1]**  363/2
**reads [1]**  232/6
**ready [6]**  5/8 142/5 155/1
211/18 219/20 247/14
**real [11]**  196/16 196/20
197/11 212/1 217/17 233/6
249/19 259/2 260/17 260/18
323/18

**R**

**realism [1]**   192/18
**realize [1]**   355/3
**really [19]**   5/23 30/18 34/21
66/10 69/9 90/16 151/7 151/8
182/15 191/16 194/12 194/13
206/12 206/22 317/2 323/7
330/22 343/10 357/8
**realm [1]**   122/10
**realness [1]**   207/5
**rear [1]**   331/22
**reason [11]**   24/22 55/24 56/1
102/11 169/24 199/9 225/15
227/8 273/12 330/24 340/2
**reasons [3]**   56/9 226/9 227/7
**rebuttal [2]**   117/17 362/4
**recall [30]**   13/20 14/19
18/18 19/11 19/15 20/4 29/2
29/11 29/13 41/24 44/4 44/5
44/7 44/11 44/21 52/3 58/22
63/9 64/12 68/7 69/16 71/6
77/13 131/4 134/22 137/4
138/21 139/2 255/14 271/14
**receive [9]**   149/11 149/14
149/22 188/20 188/24 249/5
249/7 250/4 338/15
**received [12]**   3/15 4/14
105/23 123/1 130/23 148/24
149/19 154/22 169/20 173/7
249/7 250/7
**receiving [2]**   125/14 169/15
**Recently [1]**   136/3
**recess [9]**   52/17 52/24 52/25
141/12 144/4 222/15 226/1
293/19 293/20
**recited [1]**   53/14
**recognition [1]**   358/20
**recognize [22]**   135/18 135/20
161/5 167/4 167/9 167/11
242/12 246/13 250/10 250/15
255/20 255/25 256/2 256/6
269/19 289/1 298/7 312/9
334/13 335/13 344/18 348/17
**recognizes [1]**   223/12
**recollection [4]**   20/11 68/19
69/7 112/21
**reconsider [1]**   143/3
**reconsidered [1]**   142/22
**reconsidering [1]**   143/3
**reconvened [1]**   293/20
**record [22]**   17/2 17/21 19/7
21/6 21/15 57/24 104/18
121/21 131/15 143/1 143/1
144/15 147/2 159/5 244/21
295/8 302/25 303/3 332/23
363/8 363/9 363/13
**recorded [4]**   93/6 126/6
128/20 147/15
**recording [8]**   121/10 126/8
127/7 128/25 129/16 130/17
137/19 138/24
**recordings [2]**   109/13 138/7
**records [4]**   329/13 329/19
332/23 355/13
**Recount [1]**   324/20
**recovered [3]**   136/11 146/14
356/20

**recruit [1]**   123/15
**recruited [1]**   30/23
**recruiting [1]**   31/1
**red [2]**   100/13 167/7
**redirect [6]**   3/4 83/17 83/19
102/2 121/14 140/21
**redressed [1]**   91/22
**refer [6]**   44/12 189/18 193/3
204/4 209/11 231/14
**reference [3]**   70/19 304/19
310/19
**referencing [2]**   16/17 190/3
**referred [3]**   56/23 154/23
329/4
**referring [9]**   190/24 193/5
194/1 205/21 258/22 267/12
293/24 299/25 302/12
**refers [1]**   352/15
**reflect [3]**   21/6 129/11
129/16
**refresh [4]**   20/11 68/19 69/7
112/21
**reg [3]**   304/24 307/9 341/17
**REG's [1]**   211/22
**regard [2]**   89/2 156/17
**regarding [13]**   5/4 53/18
53/22 56/24 85/6 96/10
115/14 115/24 124/14 157/16
157/20 318/7 331/19
**regarding the [1]**   157/20
**regardless [5]**   27/20 55/11
93/25 94/1 227/24
**regret [1]**   219/21
**regular [10]**   11/15 12/3 17/8
17/11 209/25 263/21 301/2
305/3 342/6 342/7
**regulars [3]**   209/21 211/20
211/23
**Rejuvenation [1]**   332/23
**relate [1]**   177/4
**related [4]**   122/9 141/15
154/9 326/17
**relates [5]**   56/8 143/13
154/18 156/25 157/1
**relating [1]**   81/16
**relation [3]**   165/2 184/24
193/9
**relationship [7]**   63/22 64/1
145/8 176/23 193/7 225/2
330/20
**relatively [1]**   166/21
**relax [4]**   194/16 205/1
343/16 343/16
**relay [2]**   239/20 327/4
**relaying [1]**   324/7
**released [1]**   119/1
**relevance [8]**   21/16 58/14
106/21 111/14 175/25 200/19
223/19 339/25
**relevancy [10]**   111/20 222/10
222/11 226/9 226/12 285/12
285/19 286/10 297/3 297/24
**relevant [8]**   37/17 53/23
54/17 58/14 224/7 225/6
227/2 294/5
**relied [1]**   227/4
**reloadable [1]**   234/4
**rely [2]**   361/7 362/19

**relying [1]**   358/9
**remain [7]**   52/18 55/22 65/17
82/16 208/22 222/19 353/9
**remainder [1]**   357/4
**remained [3]**   46/18 93/19
133/14
**remaining [1]**   226/13
**remains [1]**   6/22
**remarked [1]**   4/17
**remember [77]**   15/16 15/17
17/6 17/17 18/2 18/5 18/7
18/9 18/14 19/17 20/10 29/8
29/21 29/22 29/23 30/10
30/13 36/19 47/2 55/4 68/16
68/24 71/1 88/10 90/8 91/5
92/3 92/4 92/16 92/17 95/3
95/5 97/3 97/4 98/23 99/18
99/20 101/12 103/4 108/11
109/13 112/14 119/18 119/24
120/2 120/10 120/12 120/13
124/13 125/6 134/3 151/21
152/6 152/7 152/23 152/24
153/2 153/3 160/14 161/11
168/9 174/23 175/3 176/7
188/8 188/9 188/21 210/19
239/2 249/6 252/13 257/6
266/21 268/14 274/20 281/4
358/20
**remembered [3]**   29/25 30/1
30/5
**remind [6]**   5/8 6/8 60/11
222/19 353/2 353/9
**reminded [3]**   79/3 79/5 79/7
**reminding [2]**   78/15 78/18
**removal [3]**   81/20 81/22 82/6
**remove [18]**   137/9 162/4
174/19 221/11 230/19 237/20
239/8 253/19 259/23 261/21
287/19 288/15 309/12 311/25
328/9 334/11 338/10 340/15
**removed [1]**   158/1
**rent [2]**   9/12 248/4
**rented [1]**   9/14
**reopen [2]**   142/14 362/3
**reopened [1]**   142/22
**rep [2]**   305/23 319/13
**repeat [10]**   18/8 18/10 73/2
80/4 80/4 102/9 115/15 181/2
199/10 228/22
**repeated [1]**   101/24
**repeatedly [1]**   86/7
**rephrase [12]**   18/2 42/21
76/7 80/23 81/6 85/20 91/3
91/20 216/9 216/10 267/22
269/14
**report [6]**   43/7 112/20 113/3
113/5 113/10 124/4
**reported [1]**   103/2
**Reporter [5]**   2/2 104/19
159/5 363/16 363/17
**repost [1]**   237/11
**reposted [1]**   237/15
**represent [2]**   60/18 314/23
**reprimand [1]**   36/7
**Republic [1]**   335/1
**request [8]**   57/19 65/2
150/15 150/25 176/10 294/15
295/2 335/3

**R**

**requested [1]**   225/11
**required [4]**   155/5 156/4
156/7 157/3
**research [6]**   55/7 56/10
141/16 222/17 292/24 353/6
**reserving [1]**   53/16
**residence [6]**   176/18 176/21
177/9 198/6 199/19 290/4
**residency [5]**   35/8 35/11
35/16 65/2 66/9
**resident [1]**   82/11
**resistance [1]**   131/7
**respect [4]**   137/15 156/12
226/3 241/18
**respond [43]**   15/5 56/12
107/15 132/2 132/9 132/22
132/24 133/1 133/3 133/5
146/24 149/9 170/2 171/21
172/1 172/18 174/3 191/9
191/19 193/21 194/12 206/22
207/5 294/22 314/21 315/9
315/15 315/16 315/24 317/25
318/3 319/3 319/19 320/3
320/5 322/10 322/23 325/10
342/2 342/17 343/10 351/6
359/6
**responded [56]**   149/11 170/15
170/17 172/21 191/3 191/6
191/13 191/13 191/15 191/17
191/18 192/15 192/17 192/18
195/9 195/11 195/13 196/9
196/10 196/15 196/23 197/8
197/11 197/14 197/15 204/17
204/18 204/18 204/20 205/1
205/8 205/9 205/12 205/19
205/20 205/20 205/24 206/6
206/7 206/11 206/12 207/3
207/6 207/9 246/20 300/4
300/10 301/14 301/19 310/1
310/6 317/13 317/14 319/8
328/3 343/12
**responding [1]**   169/15
**responds [15]**   132/3 171/25
173/15 173/24 193/4 193/18
193/22 303/8 303/13 309/3
315/3 318/2 319/22 326/2
342/15
**response [22]**   4/15 54/9
58/15 106/22 111/7 114/14
130/22 130/23 131/23 131/24
131/25 132/17 133/7 148/20
174/8 185/8 189/13 241/24
294/21 299/4 301/7 340/1
**responses [1]**   131/7
**responsible [1]**   31/1
**rest [9]**   23/23 97/24 98/4
153/11 156/22 233/5 323/25
324/5 362/1
**rested [1]**   360/17
**resting [1]**   361/6
**restroom [1]**   320/3
**result [3]**   125/14 185/7
323/12
**resume [3]**   6/19 353/2 353/11
**retain [1]**   143/20
**retaliate [1]**   43/19

**retrieve [4]**   117 139/7
**retrieved [1]**   135/25
**return [2]**   189/4 292/22
**returned [5]**   60/17 61/22
138/15 297/9 317/2
**returns [3]**   6/15 158/22
228/5
**revealed [1]**   115/21
**review [7]**   53/1 126/25
138/23 139/2 139/21 139/22
242/15
**reviewed [3]**   129/18 139/25
140/4
**revisit [1]**   357/2
**rewards [1]**   233/6
**RHETT [5]**   3/8 104/13 121/18
121/19 121/22
**rican [1]**   336/16
**rich [2]**   197/9 292/11
**rid [1]**   275/1
**ride [9]**   14/14 176/6 191/21
191/22 196/19 196/20 276/1
315/12 315/25
**right [160]**   6/11 9/20 11/25
12/15 12/18 12/21 13/2 15/23
20/3 20/25 22/5 25/19 25/21
27/1 28/2 28/2 29/23 30/5
30/24 31/17 31/20 32/4 32/11
32/14 32/24 33/16 35/14 37/1
37/13 38/11 39/7 40/3 41/10
41/14 41/16 41/18 41/25 42/4
42/8 45/5 45/24 46/5 46/12
46/22 47/15 48/1 51/8 51/16
51/20 56/17 60/9 62/24 63/23
64/4 64/24 65/12 68/3 68/6
70/1 70/2 70/12 71/23 72/6
72/7 72/18 74/6 74/11 76/10
76/23 77/6 77/22 78/22 79/8
79/10 79/14 79/15 79/17
79/19 83/9 83/13 85/4 85/14
91/1 91/10 96/4 100/13
112/14 113/8 115/5 118/17
119/15 120/6 120/25 131/9
132/3 132/20 132/23 133/2
133/6 135/6 138/4 138/7
138/17 141/10 142/10 143/18
144/5 147/1 159/14 168/21
169/2 173/25 177/7 182/20
191/6 199/3 207/22 209/9
211/13 213/12 218/23 220/15
221/9 228/4 253/1 256/15
258/19 273/19 278/23 285/21
289/20 294/24 296/20 300/17
307/5 311/5 311/11 315/9
315/19 316/5 320/11 320/22
322/16 322/19 323/10 326/17
337/24 341/6 341/15 341/24
343/2 352/25 354/19 356/3
357/11 358/15 360/6 361/1
362/11 363/7
**rin [1]**   317/3
**ring [1]**   319/15
**ringing [1]**   327/8
**rm [1]**   301/19
**road [2]**   308/4 317/13
**robbery [1]**   122/24
**ROBIN [2]**   1/10 2/2
**role [3]**   107/25 157/18

214/16
**rolling [2]**   191/16 193/22
**roof [1]**   74/23
**room [61]**   29/19 67/3 106/15
107/23 109/3 109/5 109/6
109/7 109/8 109/12 109/17
109/19 110/4 110/7 110/8
110/14 120/21 120/25 121/3
121/6 121/6 123/16 123/18
123/22 123/22 123/24 124/7
124/19 124/22 137/1 140/10
177/3 179/19 179/21 191/17
202/9 202/9 202/16 204/3
248/17 249/13 250/5 252/11
254/4 254/8 254/11 280/9
284/25 286/19 288/10 300/9
301/23 302/1 302/18 319/18
323/17 324/1 324/2 328/5
328/6 338/19
**rooms [6]**   4/7 109/6 120/23
247/25 248/4 248/8
**rope [1]**   274/24
**Rosa [2]**   47/23 205/23
**Rosalita [2]**   191/14 195/13
**rose [1]**   322/12
**ROSENBERG [3]**   1/3 1/10 2/2
**Rosie [1]**   206/17
**Rosita [2]**   180/9 341/13
**Rosy [3]**   170/3 170/6 170/8
**roughly [1]**   303/4
**round [1]**   270/17
**Rousell [1]**   355/23
**rub [2]**   351/7 351/8
**rude [1]**   232/7
**rule [6]**   5/23 54/25 55/9
55/10 57/10 300/15
**ruled [1]**   6/10
**rules [3]**   57/9 57/15 227/17
**ruling [9]**   4/24 57/3 58/1
142/10 142/14 154/16 157/23
362/25 363/4
**rulings [3]**   53/2 355/12
355/13
**runs [2]**   101/24 350/14
**rushed [1]**   338/18
**RXXX [23]**   47/18 47/21 47/22
47/23 49/5 49/11 49/23 64/7
71/25 72/2 180/9 205/19
205/20 205/21 206/7 206/8
206/19 251/17 317/2 338/8
344/25 345/16 352/15
**RXXX...lol [1]**   207/10
**RXXXaaaaaaa [1]**   207/11
**RXXXlita [1]**   172/20
**RXXXX [1]**   277/14
**RXXXXXX [15]**   3/11 31/5 31/6
48/1 48/2 64/14 76/17 103/3
141/22 144/13 144/16 159/3
159/7 170/8 206/16
**RXXXXXXXX [47]**   29/2 61/19
112/10 114/15 114/16 114/19
115/4 115/6 115/16 115/21
117/14 117/15 117/24 118/23
124/14 124/16 125/3 126/4
126/20 127/9 127/23 128/13
129/12 130/13 131/1 136/22
137/1 164/21 176/22 177/10
177/19 179/13 219/6 222/7

**R**

RXXXXXXXX... **[13]**   223/1
223/9 224/20 225/14 226/10
273/8 274/18 275/4 275/15
275/23 276/5 333/8 357/20
RXXXXXXXX's **[5]**   126/1 128/2
133/10 223/2 225/10

**S**

S2 **[2]**   243/2 243/4
sad **[5]**   207/6 207/21 343/7
343/12 343/19
safe **[13]**   199/20 199/21
199/23 284/23 284/24 286/2
286/22 287/2 287/10 287/25
288/4 304/7 349/24
safely **[1]**   40/2
safety **[2]**   121/8 124/3
said **[165]**   7/8 10/11 12/23
12/24 13/24 16/9 16/16 19/3
20/18 20/20 21/2 22/24 23/14
23/20 23/25 24/6 24/15 24/16
25/23 32/9 36/1 36/23 37/12
43/23 45/1 45/3 45/4 45/19
45/22 45/24 46/1 46/2 59/5
68/20 69/16 69/23 72/2 73/6
75/10 75/10 75/10 76/12
76/14 77/24 79/13 80/8 84/13
84/22 84/25 86/20 87/5 89/4
89/5 90/7 90/13 91/5 91/8
91/25 94/8 95/21 96/10 96/11
97/5 98/25 100/22 101/14
102/9 102/12 103/22 107/10
114/4 115/18 115/19 119/14
138/6 139/4 145/5 154/14
166/25 170/18 173/15 173/15
180/15 183/22 187/1 188/1
188/3 192/11 192/17 192/17
192/19 193/3 193/23 194/12
194/14 194/15 194/16 194/20
196/5 197/10 197/16 197/19
199/5 199/8 200/10 201/22
204/20 205/24 207/10 207/22
207/23 207/23 211/11 214/7
215/11 229/2 229/22 241/9
245/16 251/12 251/12 253/1
258/18 263/6 265/18 270/21
274/25 277/5 282/1 283/16
284/10 289/18 296/9 298/17
300/4 301/20 301/22 304/23
307/4 307/9 308/14 315/24
317/2 317/2 318/24 319/2
319/7 321/2 322/8 323/20
326/9 326/9 326/11 327/11
329/10 334/5 341/5 341/16
342/1 343/9 343/11 343/12
345/16 347/17 358/22
Sally **[2]**   47/2 47/5
same **[54]**   4/11 11/7 13/10
16/3 16/12 17/8 25/18 69/19
71/17 72/17 81/3 89/1 102/6
115/19 125/10 125/24 147/1
168/15 177/3 184/16 185/8
185/9 192/9 193/17 195/5
195/9 197/4 216/19 222/15
237/22 238/11 241/19 241/21
241/23 241/24 248/2 252/9

265/5 265/17 287/25 292/3
292/23 300/11 301/19 301/23
302/1 318/23 319/17 320/6
322/23 323/12 328/2 340/2
353/5
Sammarco **[1]**   355/19
Samsung **[2]**   298/3 312/15
Sara **[4]**   238/23 238/24
238/24 239/3
sat **[1]**   87/7
save **[3]**   97/10 97/15 350/23
saved **[1]**   21/2
saving **[1]**   288/21
saw **[10]**   68/19 70/13 98/21
213/16 235/10 262/12 305/4
307/11 317/16 344/25
say **[167]**   4/4 5/15 5/17
11/11 11/22 13/22 14/18 17/4
20/9 20/21 21/6 22/9 25/2
30/18 31/10 34/12 34/21 45/2
45/18 52/9 61/25 62/1 62/4
69/22 70/8 71/5 71/7 72/19
72/21 73/1 76/18 78/4 78/6
78/23 86/9 96/8 107/22
108/16 108/17 110/6 112/9
115/22 116/17 116/25 117/1
131/15 135/9 138/3 145/10
145/16 148/11 152/17 155/10
162/5 165/13 166/8 166/12
171/1 173/18 173/24 176/13
178/6 179/4 185/22 189/2
189/14 194/8 194/13 203/21
207/8 207/11 208/3 208/13
211/15 216/21 220/1 228/22
235/15 244/24 244/25 245/6
245/9 245/12 245/14 250/5
255/11 255/13 263/3 263/4
266/19 271/3 272/9 272/11
272/17 273/22 273/24 275/17
280/12 288/21 288/23 290/19
291/1 291/22 292/10 295/4
295/9 299/5 299/5 299/6
302/9 302/11 303/20 304/10
304/18 304/23 305/23 306/1
306/2 306/12 308/14 309/3
309/7 310/9 310/18 315/22
315/25 316/1 316/2 316/7
316/18 317/7 317/22 318/11
319/10 319/13 320/7 321/12
321/18 321/21 321/24 322/1
322/3 322/5 322/6 322/9
322/25 323/17 323/19 323/20
323/22 324/9 324/13 325/5
326/5 326/7 327/17 330/18
330/25 342/4 342/11 343/8
343/9 343/19 344/23 349/23
354/2 362/1
saying **[26]**   17/6 19/11 20/9
21/5 72/24 109/15 109/16
115/22 115/22 140/17 156/14
172/9 197/17 197/19 206/22
207/4 275/19 276/1 295/15
303/18 315/15 316/25 318/25
320/14 323/4 323/5
says **[93]**   46/1 47/6 54/19
59/8 96/2 130/7 130/21 132/4
133/6 142/8 150/3 168/23
169/4 172/2 173/25 174/2

174/3 191/15 203/18 205/21
207/10 207/13 213/10 213/12
219/24 220/5 221/1 224/11
232/15 233/20 247/10 264/9
298/22 299/3 299/5 299/5
299/7 302/10 304/9 306/8
309/6 309/7 309/8 315/9
315/10 315/12 315/25 316/1
317/21 317/22 317/23 318/10
319/18 320/4 320/13 321/24
322/1 322/2 322/4 322/6
322/10 322/22 322/24 323/18
323/21 323/23 324/4 324/13
325/3 325/10 325/12 327/11
327/16 327/18 328/1 330/14
336/2 336/4 336/16 342/17
342/23 343/2 343/8 343/13
343/19 343/25 345/19 346/4
347/1 349/23 350/18 352/15
361/10
Sc **[3]**   319/22 319/22 326/8
scam...CALL **[1]**   219/14
scared **[19]**   34/10 133/12
133/14 133/14 133/15 140/11
140/17 150/17 151/7 151/8
151/23 151/25 152/2 249/4
274/12 274/13 276/18 290/17
290/18
scene **[2]**   136/20 287/22
sched **[3]**   303/9 319/10
319/11
schedule **[7]**   163/5 233/9
293/9 293/11 357/14 358/16
361/14
Scheduled **[1]**   302/9
scheme **[1]**   157/6
SCHILLER **[13]**   1/14 3/4 3/6
3/9 3/12 5/24 17/15 53/14
71/19 77/11 100/18 293/23
296/9
Schiller's **[1]**   18/3
school **[15]**   73/9 73/10
160/17 162/22 162/23 163/7
163/9 164/5 166/16 172/11
172/13 200/10 200/11 200/18
200/19
schooling **[1]**   200/13
scope **[2]**   52/1 88/7
scrambling **[1]**   359/19
screaming **[6]**   179/23 179/24
180/3 271/24 275/2 275/3
screen **[23]**   99/16 100/9
126/16 129/7 146/16 148/1
148/5 148/7 160/4 167/24
213/8 221/17 228/12 229/17
238/13 238/15 238/17 242/10
242/13 256/15 270/7 298/4
349/13
screened **[2]**   226/14 226/18
scroll **[5]**   221/23 238/10
242/25 250/13 335/25
scrolling **[1]**   261/15
seal **[2]**   227/18 228/2
sealed **[2]**   227/13 227/21
search **[4]**   107/11 129/2
211/5 287/23
searched **[1]**   35/2
season **[1]**   12/6

**S**

**seat [4]**   59/19 104/17 121/20 275/7

**seated [3]**   6/17 228/6 297/10

**sec [1]**   343/9

**second [24]**   50/21 50/22 50/23 61/4 87/11 93/17 94/24 95/15 99/11 100/19 104/6 137/6 161/22 186/14 198/25 222/1 238/10 238/21 246/9 252/25 260/4 279/8 310/13 346/7

**secondary [2]**   115/14 115/24

**seconds [5]**   158/14 243/12 244/3 244/5 341/19

**section [1]**   348/1

**Security [6]**   25/4 27/6 101/14 198/8 198/9 198/15

**see [127]**   4/25 11/11 17/5 17/5 19/15 20/5 20/11 21/14 26/4 29/22 30/6 30/6 32/24 44/23 45/6 45/7 45/13 46/18 52/21 54/25 58/18 59/12 66/3 68/10 68/17 68/22 69/1 70/14 70/15 71/3 92/18 98/25 99/16 100/5 124/6 126/16 128/4 128/25 131/10 141/19 141/20 142/7 144/10 146/16 146/21 149/4 156/3 161/4 167/6 167/25 168/23 171/17 171/18 172/2 172/11 174/3 177/21 189/11 197/17 203/8 203/10 213/8 213/23 213/25 219/20 222/6 224/5 226/15 226/20 229/7 231/16 233/20 238/22 241/20 242/10 243/2 243/24 244/20 244/24 244/25 254/4 256/15 258/22 259/4 260/5 260/7 262/4 262/17 264/9 266/24 267/18 267/23 267/25 269/23 269/25 271/13 273/14 274/8 275/14 279/10 280/16 297/1 298/22 299/13 304/4 309/10 309/24 318/6 319/2 325/3 325/25 337/10 338/7 340/24 341/10 347/8 348/10 350/16 350/20 351/14 351/20 353/15 354/8 354/14 357/23 358/13 362/6

**seeing [14]**   19/17 20/6 56/9 120/13 141/3 226/22 244/20 252/19 263/19 281/4 301/25 310/23 338/24 346/8

**seek [7]**   16/5 16/22 92/18 116/23 226/23 270/2 272/4

**seeking [2]**   116/12 116/20

**seem [2]**   60/21 216/1

**seemed [1]**   125/24

**seems [2]**   55/16 224/9

**seen [19]**   28/21 72/18 72/23 72/24 73/4 73/5 75/8 76/18 76/19 76/22 77/8 167/13 167/15 224/23 241/9 298/5 335/18 347/3 351/18

**sees [1]**   156/9

**selection [1]**   358/25

**self [1]**   10/5

**sell [2]**   17/22 102/22

**Sellers [1]**   54/22

**send [12]**   36/4 124/11 137/2 138/22 148/2 149/7 207/9 309/23 335/1 347/17 350/12 350/13

**sending [4]**   298/24 305/13 305/17 324/22

**sends [2]**   172/22 322/8

**senior [3]**   163/13 166/16 200/11

**sense [1]**   148/19

**sent [17]**   137/4 138/14 139/17 139/20 148/11 149/9 150/13 169/4 171/20 172/9 172/14 263/20 309/15 316/5 322/14 350/8 350/9

**sentence [1]**   130/15

**sentenced [1]**   41/15

**separate [2]**   143/23 153/21

**September [9]**   190/15 190/19 192/11 195/6 196/4 204/1 205/17 207/2 207/20

**September 16 [3]**   190/15 190/19 192/11

**September 17th [1]**   195/6

**September 18th [1]**   196/4

**September 21 [2]**   204/1 205/17

**September 22nd [1]**   207/2

**September 23 [1]**   207/20

**sequence [2]**   57/7 57/11

**sequestered [2]**   5/12 5/15

**Sergeant [7]**   121/18 122/5 126/24 130/7 135/11 143/12 355/19

**series [2]**   255/16 302/21

**serious [2]**   142/18 219/22

**served [1]**   239/13

**service [2]**   232/24 232/24

**services [2]**   65/8 107/10

**set [11]**   51/6 107/5 107/19 119/19 119/25 123/19 124/1 158/21 226/21 358/16 362/17

**setup [1]**   123/21

**seven [12]**   24/6 24/14 162/13 205/23 250/10 250/11 250/14 250/24 253/12 255/18 258/12 262/2

**seven-page [1]**   250/10

**several [4]**   29/1 221/15 248/2 356/17

**sew [1]**   268/15

**sex [39]**   4/19 65/2 65/9 109/21 110/1 153/16 153/21 156/11 157/18 157/21 177/4 183/17 184/24 187/14 188/6 188/10 188/13 188/22 188/25 202/22 202/24 209/12 212/10 224/21 232/19 240/21 248/21 254/13 254/19 291/11 291/19 291/19 291/22 292/8 292/12 292/15 307/25 311/2 328/6

**sexual [3]**   122/9 176/23 226/16

**sexually [1]**   209/15

**sexy [2]**   205/20 323/1

**shaking [6]**   45/23 204/22

**sharp [1]**   208/8

**Shaw [2]**   354/17 357/2

**she [261]**   4/7 5/8 5/17 15/4 15/8 28/5 28/7 28/15 28/23 31/1 31/24 32/1 32/6 32/13 32/15 32/22 32/22 32/23 33/4 33/15 37/17 38/20 40/18 40/22 40/24 40/24 41/3 43/16 47/6 47/6 47/11 47/15 48/4 48/6 48/12 55/2 55/23 55/23 55/24 55/24 56/3 56/5 56/6 56/22 56/23 57/13 57/22 58/16 59/7 59/8 61/15 61/17 61/19 61/19 61/22 62/1 62/14 62/18 62/21 62/23 62/24 63/1 63/10 63/20 63/22 64/7 64/9 64/12 64/15 64/19 64/22 64/23 72/2 73/8 73/9 73/9 73/9 73/12 73/24 73/24 74/1 74/2 74/3 74/3 74/5 74/5 77/5 77/6 80/19 80/19 81/7 84/3 87/25 88/20 88/22 88/24 89/4 89/4 89/15 89/16 89/20 89/20 96/8 98/15 102/9 109/18 109/19 110/11 110/18 110/19 110/23 112/7 112/9 112/11 112/12 113/13 113/18 113/23 113/23 113/23 113/25 114/2 114/4 114/20 114/22 115/9 115/10 115/18 115/19 115/20 115/22 116/3 116/5 116/17 118/8 118/10 118/12 118/24 118/24 118/25 119/3 119/5 124/18 125/5 125/7 125/19 125/22 131/7 133/13 133/14 133/15 137/2 137/2 137/4 140/11 140/13 140/14 140/17 140/17 140/18 140/18 141/24 142/8 143/14 143/17 148/24 148/25 149/1 149/1 149/2 149/4 153/17 153/17 154/19 155/25 156/3 156/4 156/5 156/7 157/2 157/3 157/4 177/19 178/2 179/4 185/6 193/3 199/8 199/8 201/10 205/12 213/18 213/19 213/21 214/25 215/2 215/5 215/8 219/11 223/4 223/12 224/11 224/14 224/14 224/15 224/15 224/16 225/10 225/10 229/9 236/7 243/18 251/19 264/21 264/25 265/2 275/2 275/3 275/4 275/13 275/19 278/5 299/5 299/5 299/7 300/23 301/11 301/19 301/20 301/21 301/21 303/15 304/9 306/9 306/13 306/19 306/21 309/6 309/7 309/8 309/24 310/1 310/1 310/5 310/6 310/20 319/13 327/7 327/11 327/16 327/18 328/1 330/7 337/2 339/14 339/20 356/20 356/22 359/14 361/2 361/19

**she's [2]**   192/12 301/21

**sheet [1]**   349/21

**shelf [2]**   280/16 280/18

**shelter [2]**   318/2 318/4

**S**

**Sheriff's [4]** 66/22 67/8 85/10 85/16

**shifting [1]** 294/14

**shinzle [1]** 336/18

**ship [2]** 33/16 34/15

**shirt [2]** 243/14 243/16

**shit [10]** 45/22 72/25 173/17 174/9 174/10 190/21 193/19 197/13 282/1 282/2

**shitttttt [1]** 171/25

**shock [1]** 36/14

**shopping [4]** 76/23 77/1 165/8 182/17

**short [8]** 52/25 142/6 177/20 226/1 293/19 324/21 342/23 342/24

**shortened [1]** 356/13

**shorter [1]** 353/3

**shortly [1]** 146/22

**shot [7]** 148/5 148/7 238/15 238/17 346/12 346/14 346/15

**shots [3]** 238/14 242/13 260/9

**should [45]** 4/23 5/17 5/18 12/9 15/5 44/2 44/24 55/11 55/12 55/23 57/16 59/16 69/24 99/3 104/14 111/25 114/10 115/24 116/9 131/25 141/17 141/19 155/20 157/17 172/2 185/2 197/13 225/20 225/21 225/23 227/21 227/22 253/15 294/9 294/18 295/2 295/9 310/22 319/13 327/7 342/1 353/6 353/14 357/8 362/11

**shouldn't [3]** 226/11 227/5 353/10

**show [52]** 27/11 32/22 37/3 68/23 68/25 89/4 95/12 99/14 107/24 108/18 108/18 124/9 124/12 134/7 135/11 146/14 149/18 150/12 181/5 193/13 207/8 207/19 220/17 220/20 225/13 229/5 237/18 239/25 246/12 255/15 255/16 258/18 260/10 274/15 280/20 287/21 288/25 302/20 305/22 309/12 309/14 309/24 313/12 322/21 327/25 333/6 337/7 339/12 343/5 344/18 348/14 358/12

**showed [2]** 20/14 34/9

**shower [12]** 204/2 204/5 204/25 223/7 229/23 302/10 307/21 307/22 307/23 307/24 308/4 323/21

**showering [1]** 308/1

**showing [34]** 100/8 112/20 126/15 129/7 150/11 158/1 161/4 167/24 172/16 173/12 181/10 194/10 195/5 199/12 223/4 224/6 231/20 235/17 250/9 252/3 265/8 265/13 269/18 281/14 285/1 295/10 298/4 312/15 323/16 331/25 334/12 335/13 348/16 351/13

**shown [1]** 29/1

**shows [1]** 177/18

**shwr [1]** 301/20

**side [5]** 28/1 226/23 258/23 358/13 363/1

**sidebar [6]** 52/14 53/2 53/3 114/11 114/13 117/19

**sides [1]** 60/15

**sign [2]** 303/20 318/15

**signal [3]** 110/3 110/5 125/1

**Signature [1]** 363/17

**signed [1]** 39/12

**significant [2]** 58/8 331/17

**significantly [1]** 356/13

**silent [1]** 275/3

**silver [1]** 134/4

**Silvestri [3]** 162/19 174/11 186/8

**Simmonds [1]** 355/12

**simple [1]** 26/12

**simply [2]** 27/9 51/10

**since [18]** 5/2 9/19 11/11 12/3 19/13 21/25 22/7 27/12 56/6 65/1 93/17 94/25 103/25 103/25 154/2 154/4 202/10 205/4

**single [9]** 34/18 34/19 48/19 139/25 139/25 140/3 140/6 216/8 316/13

**sir [4]** 50/18 119/12 121/25 137/12

**Sister [1]** 330/21

**sisters [1]** 330/22

**sit [2]** 226/19 324/23

**site [1]** 318/15

**sites [1]** 107/11

**sitting [3]** 66/21 139/3 278/25

**situation [9]** 35/23 47/24 71/10 84/25 85/2 90/2 142/2 190/1 362/2

**Situations [1]** 189/25

**situps [2]** 303/14 304/12

**six [20]** 7/8 7/19 24/7 51/2 173/12 200/7 204/14 205/16 228/25 250/14 255/18 258/10 305/2 318/13 333/12 337/19 343/23 345/19 351/20 351/20

**skimming [3]** 27/22 28/2 40/5

**skip [1]** 45/10

**slap [2]** 269/2 269/10

**slapped [2]** 239/16 269/24

**slapping [1]** 269/25

**slash [1]** 314/21

**sleep [12]** 202/8 202/12 202/14 239/14 239/16 266/17 266/19 270/12 271/22 316/24 317/1 318/19

**sleeping [13]** 202/10 202/14 202/15 202/17 202/18 202/20 202/24 204/3 272/1 306/9 306/21 339/21 340/9

**slept [1]** 177/3

**slightly [1]** 155/23

**slowing [1]** 338/19

**slut [1]** 323/23

**small [1]** 109/20

**smart [1]** 283/16

**Smdh [4]** 204/20 204/25 207/3

**smh [5]** 45/22 306/10 315/15 318/3 319/3

**smile [1]** 322/8

**smiling [1]** 322/9

**smily [26]** 170/18 172/3 172/22 191/5 191/14 191/19 192/18 193/21 193/21 194/19 194/20 195/8 196/16 197/15 197/15 203/18 205/8 219/22 299/6 303/14 316/5 321/18 321/24 321/24 322/3 322/8

**smoking [3]** 145/16 145/17 146/5

**smuggle [1]** 32/13

**smuggler [1]** 80/15

**smugglers [1]** 32/20

**smuggling [1]** 31/16

**so [256]** 5/24 7/23 8/5 9/19 10/24 12/17 14/1 15/21 15/24 17/4 19/5 19/11 21/6 22/1 22/9 23/21 23/23 24/3 24/6 24/7 26/2 26/13 27/5 28/22 31/9 31/19 32/3 32/9 32/16 32/19 33/14 33/21 34/10 34/22 35/23 37/7 37/15 38/2 40/2 41/14 41/20 41/25 42/2 42/8 43/18 45/17 46/2 46/4 48/4 48/10 48/14 50/23 51/10 54/24 55/7 55/20 58/22 58/23 58/24 59/10 59/15 60/6 61/16 62/9 62/14 63/2 64/24 65/16 65/16 65/21 66/5 66/10 66/17 67/3 68/10 72/14 74/6 76/15 78/5 79/18 80/13 82/17 85/14 90/21 93/3 93/21 94/3 94/14 94/25 95/21 98/10 98/10 100/22 102/15 103/21 108/23 109/14 111/25 117/20 117/21 119/3 120/5 121/5 121/11 121/16 123/23 124/3 124/3 125/18 125/23 126/10 127/21 129/5 130/25 131/16 131/22 131/22 131/22 131/25 132/5 137/22 139/13 140/3 140/5 140/23 142/1 143/23 144/11 145/5 153/7 153/8 153/25 154/12 156/2 156/9 157/6 159/1 161/2 161/22 162/16 163/4 164/15 167/20 168/23 169/2 169/7 170/2 171/25 172/17 173/24 174/7 174/20 176/20 178/21 179/17 185/12 187/16 190/23 191/15 196/20 197/4 201/19 202/4 203/20 203/22 204/10 204/25 204/25 205/4 205/13 209/11 223/10 225/9 226/17 227/11 229/20 230/17 233/4 236/23 239/5 239/6 244/14 245/19 247/6 254/11 254/15 259/18 259/19 260/9 261/4 261/7 264/25 269/14 271/24 272/25 273/3 273/14 273/25 275/13 281/23 282/19 284/18 286/8 290/21 292/23 293/14 295/7 295/14 295/19 296/7 296/16 300/21 301/23 302/21 304/12 304/13

**S**

**so...** [40]  309/24 315/24
315/25 317/15 319/15 319/16
321/12 322/6 323/25 324/2
327/18 328/5 331/2 331/2
332/4 338/1 338/3 338/18
341/3 342/4 346/12 347/22
353/10 354/5 355/5 357/1
357/5 357/24 358/3 359/9
359/16 359/17 359/21 360/11
360/18 361/8 361/12 362/13
362/19 363/4
**so-called** [1]  157/6
**Social** [8]  25/4 27/6 38/10
38/12 101/14 198/8 198/9
198/15
**Sol** [1]  356/2
**soliciting** [1]  111/17
**some** [62]  14/5 14/18 19/14
20/22 20/25 23/18 27/14 34/5
34/6 35/17 38/22 47/14 47/17
48/19 52/16 55/14 57/4 62/18
71/7 75/5 85/7 95/2 95/24
114/6 120/18 121/5 125/1
138/15 146/5 152/5 154/24
167/7 172/17 176/21 176/23
182/7 185/1 185/16 187/23
193/18 199/5 200/23 209/23
210/4 211/20 237/8 254/13
259/19 262/12 262/14 266/25
267/9 275/7 282/9 290/22
297/20 306/2 306/4 308/14
335/25 338/15 359/14
**somebody** [8]  25/14 34/5
56/14 111/22 151/22 346/19
346/24 354/23
**someone** [17]  22/22 38/7 76/4
103/10 117/11 118/15 163/18
217/2 217/4 220/3 250/4
259/14 271/1 295/20 305/4
307/11 323/4
**something** [25]  43/22 76/18
85/6 110/6 149/21 169/12
171/20 172/9 182/23 183/3
208/3 216/12 224/9 224/13
228/1 233/6 249/16 270/21
270/22 293/21 295/19 295/20
295/21 304/7 322/13
**sometime** [1]  9/19
**sometimes** [9]  53/3 131/4
236/7 236/7 236/8 293/24
295/23 296/12 297/23
**somewhere** [6]  25/14 61/6
119/2 188/14 188/15 268/8
**son** [1]  323/1
**soon** [5]  10/8 58/18 101/7
197/24 343/19
**soon-to-be** [1]  10/8
**sooo** [1]  194/15
**sophistication** [1]  233/3
**sorry** [24]  10/14 18/8 18/25
22/2 46/8 46/9 50/12 50/16
52/8 69/10 74/13 77/11 82/19
88/20 96/8 100/8 125/18
132/6 170/17 171/1 175/23
181/4 190/17 324/13
**sort** [3]  120/18 121/5 226/20

**sound** [1]  172/19
**sounds** [10]  132/12 132/13
169/12 169/14 189/13 348/6
359/24 359/25 361/11 361/15
**source** [2]  120/5 282/14
**sources** [2]  108/13 120/7
**South** [3]  61/8 210/22 329/12
**SOUTHERN** [1]  1/1
**Spanish** [3]  180/20 316/19
317/8
**speak** [17]  22/21 43/16 43/16
67/10 70/12 93/15 100/18
144/15 159/6 159/17 159/17
183/19 195/12 202/4 228/23
295/7 314/18
**speaking** [9]  18/3 40/23
70/21 80/21 103/25 116/3
230/20 295/6 295/25
**special** [20]  65/7 65/11
66/18 66/25 67/4 82/9 85/10
93/3 93/7 93/15 122/6 122/7
122/8 122/25 136/8 136/9
157/8 219/23 220/7 220/8
**specials** [4]  220/11 220/24
232/16 247/9
**Specials...No** [1]  219/13
**specialty** [1]  219/20
**specific** [9]  55/24 58/3
58/14 58/15 102/8 102/11
259/13 271/2 294/15
**specifically** [14]  6/10 26/14
55/14 76/12 95/22 107/4
119/17 119/24 124/13 145/24
154/9 155/5 253/14 302/25
**speculation** [1]  287/3
**speed** [1]  178/22
**spell** [4]  104/18 121/21
144/15 159/5
**spend** [2]  170/15 207/5
**spending** [1]  187/23
**spent** [5]  4/23 8/19 9/1
23/16 51/2
**spider** [3]  338/15 338/18
339/3
**spirit** [1]  5/23
**splitting** [1]  216/25
**spoke** [10]  18/25 69/20 70/4
86/10 86/15 108/15 113/22
147/15 241/22 359/13
**spoken** [4]  26/7 26/16 93/9
359/21
**sponge** [1]  310/24
**spook** [1]  108/22
**spot** [2]  45/3 45/19
**spouse** [1]  331/17
**spring** [1]  42/16
**squeeze** [3]  270/16 270/17
325/10
**stairs** [3]  277/5 277/7
277/10
**stand** [19]  5/9 6/9 6/20
54/15 57/22 141/4 154/12
155/3 156/22 159/1 169/9
193/15 225/20 225/21 225/23
294/9 353/11 355/8 359/16
**standing** [4]  244/23 295/1
338/25 343/13
**stands** [3]  142/10 301/18

**start** [10]  12/6 22/4 117/20
182/23 225/12 226/25 271/21
314/9 323/20 327/7
**started** [11]  20/25 22/12
73/12 90/16 101/8 101/10
137/23 208/16 209/9 267/10
291/16
**starting** [1]  209/8
**starts** [1]  167/1
**state** [16]  64/20 104/18
106/23 121/21 128/24 130/10
138/10 138/18 138/22 139/14
139/18 139/20 144/14 159/4
263/23 295/21
**stated** [1]  97/1
**statement** [27]  18/18 19/16
46/7 55/22 58/15 66/17 66/18
68/1 72/18 75/23 76/1 85/10
89/9 93/17 94/23 96/4 103/1
111/22 111/22 111/23 114/20
115/16 115/23 116/9 117/5
305/15 356/10
**statements** [13]  83/2 83/6
83/7 93/6 114/24 115/6
115/25 116/1 116/5 116/12
116/20 116/23 117/14
**states** [17]  1/1 1/4 1/11
1/15 12/7 32/7 32/14 35/9
35/17 54/5 54/21 65/7 65/17
82/1 82/12 83/22 101/3
**stating** [1]  20/4
**station** [1]  90/21
**status** [10]  4/9 64/25 65/11
65/16 66/8 82/12 82/18 82/22
83/12 357/23
**statute** [1]  130/10
**statutes** [1]  123/16
**stay** [19]  25/18 61/6 61/7
61/10 65/21 84/24 92/11
170/16 176/13 176/18 190/21
201/19 208/8 310/17 317/21
317/21 317/22 317/23 343/25
**stayed** [3]  23/10 51/18 61/4
**staying** [1]  323/6
**stays** [1]  302/2
**Stayyy** [1]  317/22
**steal** [2]  25/14 37/15
**step** [5]  57/25 104/11 121/16
140/23 153/6
**steps** [1]  127/20
**Steven** [1]  356/2
**stick** [4]  147/2 148/2 310/24
361/14
**sticks** [1]  342/23
**still** [41]  4/4 7/8 7/23
10/9 11/6 11/7 11/8 11/9
32/6 35/18 35/19 42/2 50/11
72/9 88/24 93/23 94/11 94/12
94/12 97/15 123/9 123/10
123/12 129/1 139/16 139/22
152/8 170/22 172/13 174/16
197/9 224/13 244/8 257/19
273/1 274/8 311/1 319/5
354/23 357/14 360/21
**sting** [7]  106/12 106/13
106/20 107/1 108/1 115/17
123/5

**S**

**stings** [1]   113/17
**Stipes** [2]   2/2 363/16
**stole** [2]   284/13 284/18
**stomach** [2]   269/4 331/21
**stop** [17]   9/2 38/19 42/1
  134/14 207/4 207/11 233/4
  240/5 268/23 270/16 275/2
  276/2 320/25 321/1 322/9
  348/3 352/23
**stopped** [11]   11/11 16/14
  20/22 34/24 41/18 41/25
  43/18 77/4 77/5 77/6 202/3
**stopping** [1]   351/1
**stops** [1]   269/13
**store** [2]   184/13 184/16
**story** [2]   79/21 148/13
**straight** [1]   60/14
**stranded** [1]   343/21
**stranger** [1]   169/8
**strap** [1]   34/14
**strapped** [1]   34/16
**strategic** [2]   360/14 360/22
**Strax** [1]   332/23
**stream** [2]   168/3 168/5
**streaming** [2]   121/11 121/12
**streamline** [1]   158/25
**street** [9]   1/19 90/20 105/20
  122/22 125/23 184/13 184/16
  185/21 282/25
**stresses** [1]   362/7
**stricken** [1]   287/16
**strike** [3]   94/17 127/16
  155/22
**structure** [1]   123/10
**stuff** [8]   27/21 27/23 85/8
  172/18 172/24 173/2 310/18
  355/3
**subject** [7]   52/5 52/9 118/9
  118/13 133/25 166/6 354/10
**subpoena** [3]   15/3 15/8 56/2
**subsequent** [1]   57/20
**substance** [1]   114/22
**substantial** [1]   157/25
**substantiate** [1]   15/9
**substantive** [1]   56/16
**successful** [2]   33/7 81/2
**such** [7]   41/9 57/23 71/21
  72/6 124/16 193/23 246/20
**suction** [1]   310/25
**suffer** [2]   269/5 277/8
**suffered** [5]   239/12 239/24
  240/12 272/3 338/11
**suffering** [1]   273/9
**suffice** [1]   156/17
**sufficient** [1]   287/12
**sugar** [3]   318/13 318/15
  318/16
**Sugardaddy.com** [1]   318/17
**suggest** [6]   98/18 143/2
  157/15 295/20 296/13 357/8
**suggested** [3]   34/5 37/14
  102/21
**suggesting** [1]   57/6
**suggestion** [3]   55/17 59/10
  269/13
**suggests** [1]   242/18

**Suite** [2]   417/16 1/23
**suites** [10]   230/9 232/1
  235/20 237/5 240/16 240/25
  248/1 252/8 341/19 341/22
**sum** [1]   153/15
**summary** [3]   241/15 241/16
  242/7
**Sun** [1]   40/9
**Sunday** [1]   220/14
**super** [3]   319/23 320/1 326/8
**supervise** [3]   122/5 122/19
  122/20
**supervisor** [2]   122/7 122/19
**supplied** [2]   153/12 196/2
**suppose** [3]   42/9 66/10 78/5
**supposed** [10]   138/6 138/9
  138/23 155/12 206/4 227/17
  304/9 308/15 308/15 351/6
**supposedly** [1]   224/18
**sure** [34]   18/22 28/10 30/19
  31/10 34/21 42/5 47/1 49/4
  56/7 58/1 59/15 64/23 66/10
  82/20 89/20 117/12 126/13
  131/9 137/20 144/1 151/19
  154/25 158/8 191/18 206/24
  219/19 269/16 310/17 310/20
  328/2 350/22 351/4 354/20
  354/24
**surely** [1]   196/9
**surgeries** [2]   329/2 335/5
**surgery** [13]   328/20 328/21
  328/23 329/9 329/13 329/23
  330/24 331/14 331/16 332/1
  332/6 332/13 334/7
**surprise** [2]   58/11 58/13
**surveillance** [1]   280/14
**suspended** [3]   42/15 82/3
  89/10
**sustained** [9]   30/15 93/13
  98/2 127/21 133/19 147/13
  169/17 178/18 296/17
**sw** [1]   301/20
**swear** [3]   144/9 144/9 159/2
**sweep** [1]   322/3
**sweet** [4]   219/18 322/3 322/3
  322/23
**sweetheart** [1]   205/24
**switch** [7]   60/21 166/20
  166/21 202/12 203/5 327/11
  327/13
**switched** [2]   138/21 341/5
**swore** [1]   39/8
**sworn** [5]   104/16 121/19
  144/13 153/8 159/3
**symbol** [1]   196/13
**sync** [2]   345/12 345/16

**T**

**T's** [1]   172/1
**T-A-L** [1]   337/10
**table** [2]   293/25 294/19
**tah** [2]   169/12 172/10
**Tahara** [2]   37/23 37/25
**tailored** [1]   5/18
**take** [69]   5/8 27/21 29/12
  33/1 52/16 57/25 74/21 77/18
  96/25 97/10 97/19 97/22
  98/22 110/3 125/14 128/13

  136/25 141/24 144/2 148/11
  173/5 173/7 179/19 182/18
  184/19 186/19 190/14 194/16
  194/22 195/2 197/7 203/25
  204/2 204/5 204/25 205/16
  206/1 214/6 214/7 217/22
  222/14 222/21 225/11 225/24
  230/1 231/20 233/7 234/4
  272/4 272/18 284/2 285/8
  291/1 292/20 292/21 293/17
  299/12 301/4 307/21 307/22
  310/17 318/4 322/4 325/12
  340/8 343/17 350/24 355/5
  361/25
**take-down** [2]   110/3 128/13
**taken** [34]   23/20 29/10 29/14
  39/10 46/6 52/25 100/23
  118/24 144/4 161/10 161/16
  161/25 182/4 182/6 182/8
  223/13 224/4 226/1 227/22
  228/16 229/22 230/8 230/12
  231/25 235/19 241/9 242/19
  242/20 250/19 252/7 293/19
  334/25 358/21 358/23
**takes** [2]   57/21 113/13
**taking** [12]   20/25 24/6 97/7
  152/17 165/8 172/1 182/17
  182/17 194/17 219/19 220/2
  228/14
**tal** [1]   337/9
**talk** [41]   5/16 6/4 6/9 11/19
  29/23 51/20 108/22 108/24
  109/20 143/14 156/24 165/5
  165/7 165/9 165/19 166/2
  167/18 170/17 170/25 171/1
  172/17 172/19 173/6 190/22
  192/5 197/14 199/17 207/23
  211/12 212/7 214/22 215/5
  215/9 245/24 282/9 292/7
  298/14 308/1 318/24 353/17
  362/6
**talked** [15]   18/23 19/19
  19/22 43/21 63/18 64/6 79/1
  79/18 87/8 87/8 251/25
  262/22 323/12 358/18 361/12
**talking** [31]   10/6 22/22
  38/18 66/17 70/2 71/22 72/2
  72/11 73/7 77/2 131/16
  140/17 146/11 164/11 164/16
  165/24 171/3 172/24 195/18
  197/11 197/21 239/15 248/14
  270/8 282/2 286/13 306/13
  311/7 321/22 342/13 342/14
**talks** [1]   193/24
**Tamarac** [42]   7/2 9/1 12/13
  12/19 13/5 13/15 16/20 92/1
  92/7 174/22 175/1 176/10
  176/20 177/9 178/12 182/13
  185/17 185/25 186/3 200/14
  202/5 202/8 228/19 228/20
  229/23 231/8 232/3 241/1
  244/17 266/9 267/1 267/2
  272/22 281/12 281/13 281/22
  284/22 288/4 288/9 290/2
  291/23 330/13
**tank** [1]   29/7
**tar** [1]   57/4
**Target** [7]   11/3 44/4 44/5

**T**

**Target... [4]** 44/21 45/2 45/18 46/5
**targeting [1]** 107/13
**tase [1]** 268/20
**tased [2]** 268/17 268/22
**taser [5]** 16/18 36/14 268/17 279/25 280/19
**tat [4]** 196/5 196/7 205/5 205/6
**tattoo [17]** 196/8 197/1 205/7 223/3 229/2 229/3 229/20 235/7 235/8 251/12 251/17 251/25 252/1 252/20 257/19 257/21 258/16
**tattoos [3]** 213/8 213/16 257/25
**Taylor [8]** 21/22 21/24 21/24 23/3 50/11 50/13 50/14 50/17
**Te [1]** 316/18
**team [1]** 347/18
**technician [1]** 124/1
**tecum [2]** 15/3 15/8
**teenage [1]** 113/18
**tell [107]** 9/7 12/15 12/21 13/17 16/7 19/25 34/8 36/2 40/10 40/13 40/13 44/1 44/24 45/4 45/5 45/6 45/24 46/1 46/3 46/11 46/13 46/14 51/24 56/3 67/16 67/19 67/22 67/23 70/24 72/8 73/3 83/21 86/15 86/18 86/21 92/24 96/13 96/21 107/22 108/17 110/23 115/18 138/2 144/23 145/12 147/18 147/20 152/5 154/9 158/5 158/14 159/20 163/17 163/17 163/20 163/24 164/1 164/3 164/9 165/11 173/13 174/12 179/7 183/21 184/10 184/12 184/15 184/23 185/15 186/2 204/18 205/18 208/5 210/8 211/18 216/15 216/24 228/16 231/2 236/21 238/3 239/12 240/5 240/8 245/6 245/9 245/16 252/7 259/21 262/25 264/20 266/23 267/9 270/14 271/7 272/15 274/22 283/15 305/23 306/22 306/22 308/3 308/5 320/22 338/17 350/4 361/14
**telling [32]** 5/21 6/1 6/2 13/1 14/11 19/15 19/19 19/21 46/11 46/13 46/14 46/15 72/14 72/25 73/11 110/5 113/13 119/15 119/25 150/13 156/22 206/24 208/2 239/24 250/5 256/1 263/4 263/6 263/10 275/2 307/22 308/5
**tells [6]** 54/24 114/20 206/21 211/5 264/21 323/17
**temperature [1]** 60/19
**ten [14]** 56/11 58/4 91/12 126/9 128/15 129/18 207/2 292/22 320/11 330/9 342/4 348/4 350/24 357/16
**ten-minute [1]** 320/11
**tend [1]** 296/12

**tendency [2]** 217 230/1
**tendered [1]** 227/25
**tennis [1]** 343/20
**terabytes [2]** 154/22 154/25
**term [6]** 63/22 190/3 190/5 190/7 191/9 211/20
**Terminated [1]** 232/8
**terms [7]** 58/22 90/18 90/18 103/12 103/15 211/15 362/14
**terrified [2]** 276/15 279/4
**testified [15]** 5/22 12/11 13/4 13/7 13/19 24/13 31/16 37/9 37/17 41/14 62/3 67/25 92/14 153/17 242/6
**testifies [4]** 5/1 55/11 156/3 356/6
**testify [11]** 4/20 54/4 54/13 54/21 55/13 149/1 156/20 224/16 224/17 355/16 356/1
**testifying [6]** 58/5 58/17 66/5 157/5 223/15 278/22
**testimony [31]** 5/11 5/16 5/21 9/15 9/25 10/8 24/10 26/8 26/17 57/20 93/18 144/12 149/5 156/2 156/5 156/10 156/25 157/6 157/16 157/19 158/25 163/4 222/20 226/16 293/1 353/10 355/17 355/5 357/3 359/4 363/2
**Texas [1]** 265/10
**text [54]** 11/17 12/4 12/4 37/3 37/5 44/10 44/24 45/11 46/6 58/8 137/2 143/14 146/14 146/16 147/1 148/1 148/20 154/10 156/13 167/22 168/2 168/5 168/21 169/14 171/23 174/16 190/15 190/19 203/19 204/17 206/1 249/3 249/5 250/4 250/7 263/20 291/6 296/22 298/2 298/5 309/10 311/4 311/10 311/20 314/2 314/17 315/18 320/15 327/1 340/21 341/3 341/10 350/19 353/20
**texted [6]** 12/4 151/24 152/1 249/2 317/5 320/4
**texting [4]** 12/2 45/17 151/21 263/21
**texts [7]** 12/4 12/6 12/6 12/8 151/16 314/6 350/18
**tha [1]** 320/4
**than [37]** 5/7 6/8 21/5 26/19 26/21 62/25 70/14 81/7 90/7 90/10 91/12 113/24 116/18 155/23 162/14 164/3 165/24 168/16 199/3 207/17 215/18 216/12 232/20 252/21 258/4 259/13 262/7 279/8 296/14 339/7 341/13 350/22 354/14 358/6 356/16 357/9 359/7
**thank [66]** 6/24 21/9 52/22 60/10 60/16 61/2 82/24 83/16 89/7 90/5 95/9 100/20 100/25 102/24 104/5 104/9 104/10 117/22 121/13 121/16 125/16 130/1 137/14 140/23 141/10 153/7 153/8 160/9 162/4 167/17 172/3 182/2 192/19

**Thanks [1]** 312/3
**thanx [1]** 172/21
**Thanxx [1]** 205/9
**that [1339]**
**that's [14]** 20/24 34/7 72/7 192/16 194/11 195/12 196/23 205/24 205/24 206/12 207/11 233/4 325/11 325/13
**thats [1]** 304/7
**theft [3]** 37/10 81/25 84/21
**their [18]** 82/12 99/5 102/22 102/22 107/17 108/16 115/4 127/20 154/4 197/1 213/14 213/14 213/16 226/19 293/16 294/8 344/10 361/25
**them [98]** 20/5 20/6 20/11 25/2 39/6 44/24 45/4 45/5 45/6 45/24 46/1 46/2 46/3 46/13 46/14 46/15 48/20 53/3 56/23 58/12 61/10 62/12 72/23 73/4 78/24 79/16 79/21 81/13 86/15 86/18 86/21 99/8 103/23 105/3 107/23 108/4 108/17 108/22 109/1 115/25 117/15 123/15 127/18 129/2 138/8 141/19 152/5 154/6 154/9 158/3 165/22 176/23 179/19 182/7 184/5 184/6 189/19 193/9 193/11 200/18 209/3 211/12 220/6 223/12 225/1 225/5 230/21 234/17 239/25 249/17 250/13 255/11 255/13 255/17 255/17 256/1 256/2 261/14 261/15 281/7 281/17 296/17 309/1 309/6 309/24 311/23 314/10 327/3 327/13 335/5 337/8 341/15 345/15 347/19 347/21 354/8 354/8 361/25
**themselves [2]** 115/21 155/7
**then [80]** 7/20 8/16 13/7 16/14 17/4 20/14 22/13 26/2 28/15 29/25 33/24 34/5 34/22 35/2 38/8 39/14 41/25 45/4 45/19 46/1 54/7 54/14 60/6 61/17 70/24 75/15 77/11 82/3 84/5 85/7 94/5 106/7 106/17 107/12 116/17 120/18 121/2 132/19 133/6 133/6 135/6 138/20 140/8 154/4 170/14 170/17 170/19 172/1 172/9 205/18 205/25 210/13 211/13 232/25 253/6 253/10 253/23 263/16 263/17 263/17 265/22 273/6 273/7 275/3 277/10 300/19 304/2 306/1 307/5 315/12 317/6 317/23 321/10 324/16 327/16 347/1 349/18 357/3 358/12 360/11

**T**

363/10

**there [255]** 4/2 4/23 7/20
8/16 12/7 13/25 14/12 14/13
14/25 15/3 17/2 17/2 23/10
25/13 25/25 26/4 26/13 29/7
29/14 30/11 32/19 32/23 33/1
33/14 33/24 33/25 34/3 34/4
34/9 35/20 36/24 44/17 46/4
48/22 48/24 49/5 49/9 50/23
52/20 53/4 53/15 55/17 55/24
56/13 56/15 56/20 56/24 58/7
58/8 58/10 59/19 61/12 61/15
62/9 62/14 65/7 66/15 67/6
67/10 67/12 72/20 74/11
74/18 74/20 80/10 80/22
85/14 94/7 94/12 94/12 96/2
96/6 99/5 100/13 101/7
101/22 101/25 102/10 105/20
106/24 111/9 111/14 111/16
111/18 114/6 116/15 117/13
118/15 120/12 120/18 123/9
123/11 123/12 123/18 123/20
124/9 127/3 128/6 128/7
129/2 129/14 130/15 130/18
131/7 132/3 132/6 132/10
132/11 132/15 135/4 135/5
135/6 138/9 140/2 140/7
141/17 143/14 143/22 144/11
151/16 152/15 152/20 153/22
154/6 154/8 154/10 164/19
167/6 169/14 169/19 169/20
173/11 175/11 176/10 178/12
178/13 183/3 183/17 184/8
187/1 187/6 187/14 187/20
188/5 188/17 190/24 191/24
193/1 193/5 197/19 199/9
202/24 203/8 205/12 211/13
214/15 216/12 220/17 221/15
222/10 223/25 224/5 225/15
226/24 227/5 227/22 227/24
232/23 233/2 236/2 236/15
237/12 238/8 243/22 244/20
244/22 244/23 244/23 248/21
252/21 253/8 254/8 254/9
254/13 254/14 254/19 255/4
255/4 261/14 263/20 264/2
264/20 265/20 265/24 269/15
271/5 273/12 277/4 285/16
285/18 285/19 285/20 287/17
293/21 294/10 295/23 297/4
297/5 297/15 297/18 297/19
303/11 306/13 307/16 311/7
311/7 316/25 317/9 320/11
321/13 323/5 323/6 323/12
326/12 326/16 328/10 330/10
333/7 333/23 337/9 337/14
337/14 341/20 341/24 341/24
342/1 343/21 343/23 345/11
345/15 345/17 346/10 348/24
350/22 351/4 352/23 353/7
356/4 357/20 358/9 358/13
358/18 358/20 359/2 361/13

**Thereupon [19]** 6/15 52/23
52/25 59/18 60/17 141/21
144/4 153/9 158/22 222/22
226/1 228/5 293/3 293/19
293/20 297/9 353/13 353/16

**these [102]** 54/15 75/9 75/9
75/15 76/9 81/11 81/22 82/21
83/9 85/25 98/16 109/25
114/17 116/10 153/25 154/10
168/7 168/9 172/13 184/4
185/13 188/20 190/14 190/19
195/16 198/5 198/20 209/9
213/16 224/20 224/24 225/3
225/7 226/20 230/6 230/12
232/13 233/12 233/18 237/8
239/9 239/17 239/24 241/18
245/3 250/11 250/19 255/20
255/22 255/24 258/18 258/22
258/25 261/4 261/16 262/14
265/17 265/18 272/3 273/9
276/11 281/2 281/4 281/14
287/22 296/4 296/22 296/24
298/5 298/7 298/14 298/22
298/24 300/2 309/15 309/23
311/10 311/20 314/2 314/6
318/7 325/10 327/1 329/18
331/21 331/25 335/5 335/23
335/25 336/12 337/21 338/7
340/21 341/3 341/10 346/18
347/7 347/11 351/14 352/3
355/16 355/20

**they [168]** 35/4 35/6 43/6
45/3 45/3 45/19 45/19 57/24
59/16 66/6 66/21 66/22 67/10
67/10 67/12 78/18 78/21 79/1
79/3 79/5 79/7 79/10 79/11
79/13 79/13 79/18 80/2 83/12
83/13 85/18 85/18 85/22 86/2
90/18 90/22 91/22 99/8
106/24 107/17 107/22 107/24
108/4 108/16 108/17 108/18
109/1 109/12 109/14 109/15
109/16 110/7 110/9 115/1
115/13 115/13 115/14 115/15
115/18 115/21 115/24 121/11
123/16 127/18 127/21 133/24
134/1 134/2 134/7 134/8
134/12 134/16 136/24 137/21
138/14 148/21 154/4 154/6
154/8 154/23 155/10 158/4
165/2 165/5 165/7 165/9
165/9 165/11 165/12 165/13
165/13 165/19 165/21 169/24
174/12 174/13 175/20 176/18
177/3 177/3 177/4 177/11
177/14 177/17 179/14 179/17
180/3 180/8 182/8 189/19
202/12 204/23 204/23 204/24
209/15 210/22 214/3 222/5
222/6 223/13 224/12 225/5
226/15 229/7 230/16 230/17
256/1 256/10 259/2 260/17
260/18 260/18 260/19 260/25
261/2 261/19 268/14 268/15
272/14 273/8 273/12 273/14
273/14 273/22 273/25 279/16
293/15 294/2 294/13 294/18
298/9 299/9 299/10 309/2
309/7 309/10 309/24 311/13
319/10 319/15 332/9 345/23
347/16 347/17 349/20 355/5
361/18 361/20 362/1

**thick [2]** 178/5 178/6
**thief [1]** 81/10
**thighs [1]** 34/17
**thing [23]** 55/13 60/21 68/2
71/21 72/6 78/19 79/10 79/14
79/17 115/19 179/17 184/16
193/17 197/3 238/11 242/24
265/5 280/12 292/3 318/14
320/6 343/23 355/2
**things [41]** 11/23 19/25
27/24 28/3 67/25 72/9 72/10
74/24 79/15 87/2 114/17
143/14 150/20 151/24 157/4
159/14 178/22 190/25 191/1
194/23 200/25 201/3 208/22
214/9 232/13 267/9 268/2
270/11 282/25 283/22 288/23
296/22 296/24 310/4 323/20
347/18 348/14 351/14 351/18
351/20 357/4
**think [72]** 5/18 12/9 17/20
23/14 32/9 32/20 50/2 50/2
55/22 56/4 58/13 64/15 69/22
69/23 69/24 79/13 80/7 83/6
83/13 87/5 88/11 91/17 91/22
98/11 101/22 101/23 107/9
111/14 114/8 114/8 117/14
119/14 128/14 132/15 142/1
142/15 147/9 156/4 156/18
174/14 174/16 182/25 186/7
187/22 196/12 215/11 224/3
224/12 225/13 225/21 225/22
226/8 236/15 249/16 250/8
276/12 296/5 296/16 297/5
310/6 310/20 314/17 321/25
343/21 353/18 353/22 354/12
357/3 360/13 361/8 361/9
362/14
**thinking [2]** 104/1 343/10
**third [4]** 141/1 141/2 310/13
360/7
**this [334]** 6/3 6/5 6/17 6/19
8/21 9/15 10/19 14/9 15/9
16/12 17/8 17/11 18/3 18/19
19/22 23/1 32/3 32/3 32/13
33/4 33/21 34/10 37/12 37/18
39/8 41/13 42/10 43/13 44/16
47/23 48/14 50/9 52/5 52/14
53/5 53/11 53/14 54/19 54/25
55/21 56/8 56/10 56/16 56/21
57/4 57/9 57/12 63/13 63/14
65/1 65/22 65/25 66/1 66/25
69/22 70/18 71/20 72/24
73/14 73/16 75/23 76/1 76/14
78/14 82/8 85/4 85/9 87/8
87/9 89/1 89/22 89/22 92/24
96/16 97/7 100/10 100/22
102/1 103/1 106/19 107/25
109/5 110/15 111/4 111/5
111/8 111/11 111/15 111/22
111/24 112/17 113/13 113/16
114/8 115/2 115/10 115/13
116/23 119/14 119/18 125/24
128/25 129/20 130/3 130/18
135/21 136/3 137/18 137/22
138/1 138/4 139/1 139/5
139/8 141/15 142/12 142/15
142/18 143/20 147/24 148/2

**T**

**this... [213]** 148/5 149/18
149/21 150/12 150/23 150/25
151/17 152/22 153/12 154/17
155/1 155/13 156/24 161/23
164/12 167/4 167/9 167/11
167/13 167/15 168/2 168/13
169/8 181/11 181/13 181/15
181/17 181/19 181/21 181/23
181/25 184/7 184/23 185/15
185/17 190/21 198/24 199/15
200/7 202/20 202/22 203/14
204/8 208/11 208/13 209/8
217/7 218/1 218/13 219/2
220/14 220/20 220/23 222/3
223/4 223/10 224/4 224/21
224/25 225/14 226/13 226/14
226/18 226/20 226/24 227/3
227/4 227/5 227/9 228/1
229/11 229/15 229/22 229/24
235/2 235/25 236/2 236/19
236/21 237/6 237/23 238/3
238/4 239/3 241/13 242/6
242/18 242/24 243/12 244/15
246/5 246/13 246/15 246/19
246/19 246/22 247/6 247/20
247/20 249/19 250/10 250/23
251/15 252/11 253/25 257/11
257/13 259/21 259/24 260/8
261/9 263/18 264/11 265/9
265/13 267/2 267/6 269/19
271/13 272/23 275/15 275/17
275/19 276/11 277/23 280/16
280/18 280/20 285/2 285/4
286/3 286/13 286/21 287/17
287/22 288/2 289/1 289/20
294/3 294/22 295/5 296/5
296/14 300/24 301/2 301/4
302/21 303/4 304/15 305/12
305/17 306/2 308/11 311/4
312/5 312/9 312/16 312/18
313/8 317/23 320/18 322/18
324/6 325/1 325/20 326/16
327/3 327/5 327/25 329/11
329/12 331/14 331/16 332/11
332/21 333/6 334/3 335/13
335/15 335/23 339/3 339/5
339/7 339/22 339/24 344/19
344/21 344/25 345/9 345/10
345/10 346/16 347/12 348/8
348/8 348/10 348/14 348/25
349/4 349/21 351/6 351/16
352/6 353/1 353/14 354/3
354/10 354/10 357/11 357/18
360/7 360/15 362/15
**thoroughly [1]** 226/19
**those [64]** 14/19 14/21 16/21
16/22 20/4 29/4 38/11 38/13
38/22 60/25 72/9 72/10 72/15
74/24 92/3 96/14 103/15
115/25 119/6 132/7 138/18
143/22 151/21 157/15 157/25
169/14 169/22 170/2 176/3
182/3 182/6 183/2 183/6
183/10 183/19 198/13 198/18
210/2 210/10 211/1 211/22
221/23 225/16 227/7 250/15

250/17 251/17 257/23 257/25
259/24 288/23 297/20 313/6
319/24 334/13 334/25 336/1
346/5 356/3 358/11 358/14
360/1 360/20 362/11
**though [9]** 10/3 13/15 41/10
44/1 156/14 157/9 180/3
278/20 297/2
**thought [21]** 20/16 20/18
32/19 59/5 96/20 115/13
115/14 149/2 154/19 166/13
187/24 197/15 197/18 270/16
271/1 282/8 291/14 322/15
323/8 327/9 343/13
**thousand [2]** 189/14 346/6
**Thousands [1]** 313/3
**threaten [3]** 279/18 279/21
279/25
**threatened [1]** 279/23
**three [42]** 30/14 55/21 56/6
66/8 108/13 120/7 122/15
126/22 141/2 157/13 172/10
176/23 203/25 210/21 211/1
250/14 251/23 254/11 255/18
256/10 257/17 290/9 301/4
307/9 327/3 337/9 346/4
346/21 350/5 350/13 350/14
353/21 354/2 357/21 359/5
360/1 360/3 360/5 360/8
360/9 360/10 361/10
**three-week [1]** 55/21
**through [55]** 28/13 45/11
55/19 60/22 78/24 81/15
82/21 103/3 107/10 107/11
116/23 137/16 137/20 139/24
143/12 144/19 144/25 150/12
154/25 158/2 158/4 174/11
181/10 188/19 194/6 195/23
197/4 199/25 205/16 215/14
215/24 221/23 224/17 224/20
236/14 238/16 246/5 246/5
246/7 250/13 255/17 256/20
260/12 261/15 261/16 298/14
311/4 311/18 313/8 314/10
320/21 335/25 354/8 359/18
361/5
**throughout [4]** 78/21 105/20
123/1 272/3
**thru [1]** 322/1
**thugs [3]** 219/22 219/24
232/7
**thumb [1]** 154/7
**Thursday [1]** 236/22
**ticket [2]** 33/16 33/19
**tied [1]** 274/24
**Tighten [1]** 240/9
**time [158]** 4/23 9/15 9/23
10/19 12/25 13/10 15/24
16/12 19/19 22/23 23/12 26/1
27/12 35/8 35/14 39/15 39/16
48/17 49/11 49/21 49/23 50/6
50/9 50/21 50/22 50/23 56/19
56/23 56/25 57/12 57/17
57/22 57/25 58/23 59/25 61/4
62/16 62/25 64/12 66/25 70/4
70/19 70/21 73/16 73/22
77/18 79/21 80/19 87/9 87/25
90/16 91/10 93/17 97/8 97/9

100/11 101/25 101/25 102/6
102/19 107/23 113/19 115/2
115/10 116/5 116/11 121/11
121/12 126/2 127/7 128/10
128/14 129/20 130/3 131/4
133/14 137/20 137/23 138/4
142/15 154/14 155/9 161/16
168/13 170/22 174/21 175/2
177/15 178/12 180/5 180/15
187/23 187/25 188/1 188/10
188/24 191/8 200/2 203/21
207/6 208/10 213/19 215/23
216/12 218/13 219/18 219/20
232/7 233/4 241/5 241/13
242/24 244/15 250/13 250/23
253/20 260/4 266/21 269/11
272/9 272/23 274/5 274/25
287/17 293/15 294/13 294/20
301/1 304/4 305/22 309/16
315/17 315/18 317/16 319/14
327/5 328/10 329/11 332/21
338/15 340/10 346/23 349/4
350/21 350/21 350/24 351/7
351/11 353/1 354/23 355/5
356/17 357/4 358/7 358/21
360/24 361/3 363/5
**times [28]** 26/7 26/16 26/18
30/14 47/13 48/8 48/9 58/3
61/20 62/1 70/14 78/21 78/23
93/9 93/15 99/5 106/17
107/12 230/4 245/20 248/2
268/10 268/18 268/19 269/8
290/6 290/8 290/9
**timetable [1]** 360/19
**Tips [1]** 219/22
**tired [1]** 194/15
**title [5]** 100/6 100/9 100/13
220/23 247/8
**titles [1]** 232/25
**today [28]** 4/6 15/4 85/8
126/24 143/6 143/8 143/16
159/12 159/22 168/3 168/5
191/15 193/17 204/4 205/4
242/12 242/15 258/4 278/22
278/25 293/7 293/8 311/5
311/18 357/22 359/24 360/2
360/11
**together [17]** 4/22 8/20 23/6
23/8 118/5 157/15 162/23
165/8 165/19 193/19 220/12
223/2 227/4 227/20 232/9
232/11 363/6
**toke [1]** 308/14
**told [118]** 5/19 9/5 10/11
10/15 10/17 13/20 14/18
16/15 20/2 22/21 22/24 24/21
31/11 32/3 32/6 32/13 33/4
34/9 36/4 38/9 38/12 44/1
46/1 51/10 56/6 56/22 59/14
62/6 67/10 68/1 68/4 68/8
68/14 69/7 69/12 69/19 70/5
70/10 70/12 70/13 70/17
70/21 71/13 71/18 74/10
74/15 75/4 75/13 75/15 76/4
76/6 76/9 76/20 76/22 77/3
77/8 77/12 77/21 77/22 78/8
79/10 79/21 80/13 86/7 87/3
89/22 89/23 90/1 92/11 92/22

**T**

**told...** **[48]** 93/18 102/6
102/19 102/21 111/2 111/12
115/20 117/15 119/21 125/19
145/11 145/14 145/20 173/16
173/18 174/7 174/7 183/6
183/10 184/5 184/6 194/9
200/15 200/16 203/14 208/7
209/18 210/13 212/22 217/10
235/12 235/13 240/15 251/20
253/17 254/24 264/15 264/19
266/4 310/20 318/15 324/16
326/14 331/15 347/5 347/13
347/14 347/22

**tomorrow** **[11]** 172/11 172/18
172/25 293/7 353/2 353/3
353/11 353/15 353/17 355/8
357/1

**tonight** **[5]** 170/16 189/22
191/5 194/18 196/15

**too** **[14]** 4/2 36/24 60/23
60/25 134/17 144/2 172/12
193/24 204/3 204/7 255/2
337/2 341/8 344/12

**took** **[32]** 22/21 22/23 23/14
25/1 25/2 25/23 29/13 30/9
30/13 92/23 97/2 97/17 98/6
125/14 152/14 154/12 155/3
155/7 217/19 219/8 223/7
224/23 225/1 229/11 229/24
231/5 243/12 284/13 285/4
285/7 339/5 339/22

**top** **[19]** 23/20 23/22 24/19
27/22 28/2 29/7 40/6 77/24
97/2 97/7 97/19 97/22 100/5
171/17 237/14 285/24 304/21
307/4 340/24

**topic** **[2]** 59/12 157/17

**topless** **[1]** 62/24

**torture** **[1]** 317/17

**total** **[4]** 215/13 233/3
303/14 304/12

**totally** **[5]** 69/17 83/2 83/6
155/16 225/12

**touch** **[5]** 25/19 102/24
187/12 229/17 314/10

**tour** **[1]** 33/8

**toward** **[2]** 89/11 294/19

**towards** **[2]** 215/5 215/7

**town** **[4]** 220/25 290/5 341/19
341/22

**Town-26** **[1]** 220/25

**track** **[2]** 4/11 344/4

**traffic** **[3]** 4/3 6/17 105/21

**trafficked** **[1]** 89/24

**trafficker** **[6]** 80/17 80/25
81/1 81/2 81/3 81/4

**trafficking** **[16]** 4/19 65/3
65/9 81/25 84/19 86/8 86/22
92/25 103/8 103/19 122/9
153/16 153/21 156/11 157/18
157/21

**train** **[1]** 271/19

**training** **[2]** 105/23 123/2

**transactions** **[1]** 109/25

**transcribed** **[4]** 126/11
126/13 129/5 138/1

**transcript** **[23]** 45/10 52/15
68/19 71/6 71/14 126/10
126/25 127/3 129/8 130/19
137/16 137/18 137/22 138/23
139/10 139/17 140/1 140/3
310/8 358/24 360/4 361/22
363/12

**transcription** **[1]** 126/9

**transcriptions** **[1]** 139/2

**transcripts** **[6]** 129/3 129/4
137/20 138/7 138/12 140/2

**translate** **[1]** 180/22

**transportation** **[2]** 14/16
74/24

**transported** **[2]** 119/4 127/13

**trash** **[2]** 209/2 209/3

**travel** **[5]** 34/2 64/17 64/18
263/23 290/5

**treat** **[3]** 182/14 182/20
208/25

**treating** **[1]** 209/3

**treatment** **[3]** 16/23 83/9
272/4

**tree** **[2]** 318/2 318/4

**trial** **[17]** 1/10 26/10 52/6
53/20 54/5 54/21 55/21 56/7
115/10 142/19 154/6 155/13
227/25 293/20 294/5 294/10
357/6

**trials** **[1]** 295/22

**tried** **[4]** 102/13 119/2 249/4
271/10

**trip** **[8]** 7/8 23/14 23/21
32/16 32/21 33/2 97/8 269/8

**trips** **[3]** 77/1 165/8 265/17

**Tropical** **[1]** 26/23

**trouble** **[6]** 35/14 245/19
261/13 272/8 272/12 324/18

**truck** **[1]** 322/5

**true** **[10]** 49/11 62/6 69/12
75/13 103/4 104/3 148/24
174/14 174/17 322/25

**trunk** **[4]** 274/24 275/5 275/8
275/24

**trust** **[10]** 40/9 174/8 190/22
190/23 190/25 192/19 192/20
192/21 192/25 194/11

**truth** **[24]** 19/20 19/21 25/8
44/1 46/12 67/16 67/19 67/22
67/23 111/1 111/3 111/11
111/12 111/21 112/1 116/12
116/19 125/12 127/17 134/6
148/15 148/22 156/15 206/24

**truthful** **[2]** 124/4 331/3

**try** **[18]** 9/2 22/17 22/20
34/22 39/18 50/4 66/6 91/21
100/10 131/4 138/10 139/23
153/1 158/24 296/16 338/3
359/19 363/6

**trying** **[17]** 24/10 46/22 47/9
59/9 91/23 118/25 163/3
178/20 204/23 294/6 294/7
320/25 347/19 354/21 359/9
359/17 361/3

**tuck** **[1]** 329/7

**Tuesday** **[5]** 89/22 97/1
360/12 361/10 363/7

**tummy** **[1]** 329/7

**turn** **[9]** 139/4 167/6 248/15
249/19 297/1 320/25 321/1
350/5 358/13

**turned** **[2]** 157/9 342/25

**TV** **[1]** 241/7

**TVs** **[1]** 280/10

**twelve** **[1]** 319/13

**twice** **[2]** 245/21 314/16

**twist** **[1]** 58/8

**two** **[74]** 4/7 7/18 7/20 9/1
22/9 23/13 26/18 26/21 41/15
41/15 51/18 54/10 54/15 61/5
80/22 83/2 83/3 83/6 85/25
91/5 93/6 102/24 114/19
118/5 120/22 126/22 132/6
150/11 157/12 161/8 173/6
173/6 193/18 202/5 210/21
220/7 220/8 220/9 220/11
223/1 225/3 226/13 246/24
248/5 250/13 251/21 255/18
257/15 258/21 258/22 261/25
292/2 293/5 304/18 304/20
310/4 316/9 316/9 327/3
329/3 334/13 334/22 337/24
341/15 345/21 345/23 346/1
351/14 352/3 354/2 355/22
357/12 357/13 359/7

**two-page** **[1]** 246/24

**txt** **[1]** 314/25

**TXXXX** **[6]** 3/2 13/22 69/24
96/13 155/3 261/2

**ty** **[1]** 326/5

**type** **[9]** 96/16 99/11 109/25
116/8 226/14 227/4 267/6
291/16 305/1

**typed** **[1]** 127/4

**types** **[1]** 74/24

**typical** **[1]** 219/2

**U**

**U.S** **[1]** 54/16

**uh** **[15]** 20/1 20/17 20/19
21/1 21/4 21/5 26/7 36/25
42/14 47/20 51/3 79/20 146/2
260/6 299/11

**Uh-huh** **[1]** 26/7

**uh-hum** **[14]** 20/1 20/17 20/19
21/1 21/4 21/5 36/25 42/14
47/20 51/3 79/20 146/2 260/6
299/11

**ultimately** **[2]** 66/11 178/22

**um** **[16]** 7/18 23/11 28/4 28/7
32/17 34/9 47/22 61/16 65/25
71/7 72/23 73/4 73/8 73/9
77/1 172/8

**Um-hum** **[1]** 172/8

**um-m-m** **[15]** 7/18 23/11 28/4
28/7 32/17 34/9 47/22 61/16
65/25 71/7 72/23 73/4 73/8
73/9 77/1

**unavailable** **[1]** 361/19

**unaware** **[1]** 12/12

**uncomfortable** **[1]** 60/23

**unconscious** **[1]** 266/21

**under** **[33]** 6/22 9/12 9/14
16/9 28/6 35/19 36/12 52/18
54/25 55/4 55/10 57/10 57/14
59/16 106/5 110/10 110/18

**U**

**under... [16]**   116/11 130/10 145/14 148/1 154/17 154/19 157/14 222/19 225/10 227/17 228/1 271/11 318/2 318/4 353/10 353/11
**undercover [5]**   108/1 123/23 124/22 140/9 249/22
**undercovers [1]**   106/15
**underline [1]**   100/6
**underlying [2]**   54/4 54/21
**underneath [2]**   130/15 225/17
**understand [21]**   4/1 5/4 10/6 25/13 40/12 49/15 52/16 56/12 57/3 57/14 57/21 115/7 154/13 154/16 156/14 188/14 209/11 225/22 225/22 358/5 361/2
**understanding [9]**   58/24 73/14 104/1 115/3 119/17 144/12 176/21 261/6 296/10
**understands [2]**   102/11 227/8
**understood [3]**   67/12 115/15 226/8
**underwear [2]**   29/7 100/2
**unfair [1]**   155/16
**unforgettable [1]**   233/4
**unintelligible [3]**   130/16 132/10 133/4
**Union [1]**   150/12
**unit [7]**   105/10 106/6 106/10 122/6 122/8 122/2 123/5
**UNITED [16]**   1/1 1/4 1/11 1/15 32/7 32/14 35/9 35/17 54/5 54/21 65/7 65/17 82/1 82/12 83/22 101/3
**units [1]**   123/4
**University [1]**   230/9
**unknown [1]**   120/6
**unless [8]**   6/9 54/24 55/24 91/21 147/20 285/19 294/5 361/14
**unreasonable [1]**   295/2
**until [22]**   5/13 8/4 8/9 9/23 25/19 38/20 52/17 87/7 87/25 93/18 154/11 155/3 222/15 266/6 266/20 270/16 273/4 284/17 287/17 315/17 361/9 363/7
**unusual [2]**   113/16 177/10
**up [120]**   11/7 12/19 13/15 13/18 21/2 23/10 25/19 50/21 50/23 50/25 54/9 54/14 55/3 56/11 83/9 87/25 88/8 88/11 90/21 90/21 94/3 97/8 97/10 100/8 107/5 107/19 107/24 108/18 108/18 119/2 119/3 119/19 119/25 123/19 124/1 124/9 124/12 127/4 136/24 138/8 141/3 141/24 143/6 143/24 144/1 153/15 156/6 163/4 166/6 169/8 171/18 172/10 176/7 177/20 178/22 180/14 184/11 184/12 185/19 185/20 185/24 186/3 186/6 193/11 197/9 211/4 211/12 213/22 216/18 217/19 224/19

227/8 230/17 237/12 237/14 238/25 239/1 239/3 240/9 240/9 240/10 240/10 247/9 254/4 271/8 271/21 271/21 271/23 271/24 274/24 275/10 276/24 290/23 294/13 295/19 299/14 299/20 299/23 304/11 306/12 307/19 307/20 308/4 309/7 309/25 310/24 310/25 311/19 315/17 316/8 318/15 319/15 323/19 327/13 332/9 338/25 350/23 350/25 355/5 358/15
**updates [1]**   263/14
**uploaded [2]**   228/1 228/1
**uploading [1]**   227/23
**upon [10]**   86/18 117/5 155/7 156/12 157/13 227/4 239/24 358/9 361/7 362/19
**upscale [1]**   233/3
**upset [6]**   113/23 204/24 208/9 281/24 314/24 320/16
**upstairs [7]**   127/14 229/23 272/2 288/10 299/14 319/21 326/11
**us [54]**   14/18 21/18 31/11 34/8 59/14 80/13 89/22 107/9 110/5 115/18 118/9 119/15 119/21 119/25 125/19 137/16 159/20 177/15 185/15 197/9 199/1 203/14 210/13 211/5 212/22 216/15 217/10 231/2 234/9 236/21 238/3 242/13 252/22 261/8 261/12 262/25 264/15 264/20 266/23 266/25 267/9 270/14 277/23 278/6 279/9 282/23 282/25 347/5 347/18 349/13 357/16 360/21 362/2 362/3
**use [55]**   38/22 39/21 51/22 51/24 53/5 53/18 53/19 53/19 53/22 54/1 54/1 54/10 54/20 55/3 55/12 56/14 56/19 58/2 60/1 109/25 111/15 131/15 135/21 167/15 191/9 211/20 212/1 212/4 234/10 259/21 262/20 263/21 266/7 268/15 278/12 278/12 283/18 283/18 294/11 295/21 309/9 310/11 310/13 312/5 336/22 348/10 360/23 360/24 361/1 361/18 361/21 361/22 361/24 362/1 362/10
**used [26]**   51/24 54/2 54/3 54/11 54/12 54/20 58/4 58/23 150/8 210/11 223/9 225/15 234/14 235/7 236/7 246/19 261/16 276/3 278/13 281/7 281/15 336/13 337/2 344/25 359/11 359/11
**user [3]**   56/18 335/23 336/12
**using [7]**   57/22 58/21 59/8 118/8 320/3 343/8 362/15
**usually [4]**   120/12 123/22 315/9 360/17
**uuuu [1]**   303/14

**V**

**v's [2]**   301/6 319/10
**vaginal [1]**   310/24
**value [5]**   128/24 155/17 156/19 157/13 224/6
**van [3]**   204/16 257/8 339/17
**vanity [1]**   281/2
**various [1]**   293/22
**Vbg [1]**   342/11
**vcu [6]**   299/4 299/13 304/10 316/7 319/20 326/9
**vees [2]**   316/24 325/10
**vehicle [1]**   135/4
**Venmo [1]**   149/21
**verbal [3]**   200/25 201/2 201/3
**verdict [1]**   294/8
**version [1]**   214/25
**versus [4]**   54/5 54/16 54/22 216/22
**very [34]**   19/22 37/17 55/13 104/9 104/10 130/1 141/13 142/18 144/17 160/9 162/4 164/6 192/19 192/23 193/18 194/12 195/6 195/10 203/6 206/11 222/2 230/19 233/14 245/2 266/18 270/10 274/13 285/15 325/12 325/12 326/4 326/4 331/18 338/10
**vi [25]**   299/5 299/5 300/4 300/4 300/11 303/5 304/4 306/1 307/4 307/4 307/5 307/9 314/12 314/14 320/3 320/3 320/4 320/7 320/7 324/9 326/2 342/4 342/4 349/15 349/16
**vice [5]**   105/21 106/6 106/8 122/22 123/5
**victim [5]**   65/2 103/19 223/14 224/11 224/14
**victim's [1]**   154/18
**victims [8]**   65/9 122/6 122/7 122/8 122/25 355/4 355/7 356/22
**victims' [1]**   157/20
**video [25]**   124/1 146/10 147/16 147/21 149/7 149/9 152/14 152/18 154/10 241/19 242/16 242/18 242/22 243/10 243/12 243/24 244/3 244/4 244/7 244/11 244/14 244/22 357/19 358/12 361/18
**videoing [1]**   244/1
**videos [5]**   226/16 226/24 241/15 241/16 242/7
**videotape [2]**   146/5 241/11
**view [3]**   52/20 226/16 353/6
**viewing [1]**   141/17
**village [1]**   122/15
**Viola [1]**   212/25
**violate [1]**   123/16
**violated [1]**   42/20
**violation [5]**   5/23 42/3 42/18 42/22 114/9
**violence [8]**   86/18 122/25 155/8 193/1 266/7 275/18 278/15 321/13

**V**

**violent [6]**  14/19 273/9
274/17 276/9 276/11 277/2
**visible [1]**  239/22
**visit [2]**  220/24 221/5
**visiting...Last [1]**  219/13
**Vo [6]**  303/8 305/8 309/3
316/2 319/1 342/4
**voice [5]**  180/1 180/1 216/7
244/5 244/8
**voiced [1]**  243/6
**voir [2]**  59/11 59/15
**volition [1]**  156/8
**VOLUME [1]**  1/12
**voluntarily [4]**  61/24 118/10
127/23 278/22
**volunteer [1]**  297/7
**Vvg [1]**  325/10
**Vvggg [1]**  326/2

**W**

**wait [3]**  38/18 86/13 291/4
**waiting [9]**  4/5 46/2 141/4
187/6 187/18 244/24 244/25
247/14 301/6
**wakin [1]**  306/12
**Walgreen's [1]**  10/24
**Walgreens [1]**  234/2
**walk [2]**  27/7 342/1
**walked [3]**  254/16 277/11
277/13
**walking [2]**  272/1 342/17
**wall [1]**  197/9
**wanna [5]**  132/10 169/13
191/5 194/20 205/25
**want [139]**  4/8 4/16 13/22
15/8 38/15 40/23 45/7 52/16
53/1 53/2 53/14 55/8 55/20
56/7 58/1 58/10 58/13 60/24
64/24 66/11 66/13 69/3 84/25
85/2 90/3 93/22 96/23 101/21
102/1 102/20 102/24 106/1
108/24 108/25 117/12 135/11
136/25 141/1 143/22 143/25
144/1 144/11 146/14 149/18
149/24 150/21 153/1 154/16
158/3 159/14 170/21 171/15
175/15 181/5 186/2 186/4
190/14 193/13 197/3 197/16
198/24 203/25 205/16 206/4
207/19 219/18 220/2 220/17
220/20 222/11 224/2 226/21
226/25 228/23 229/5 237/11
238/10 242/8 252/25 255/16
258/18 258/21 259/4 261/12
287/21 293/10 293/15 296/3
296/23 297/6 299/1 299/2
299/24 302/20 305/22 308/8
308/9 309/12 309/14 310/4
313/12 314/10 321/17 322/21
325/6 327/3 327/25 328/13
328/17 328/19 328/23 329/9
331/11 332/11 332/17 333/6
336/1 337/7 339/12 343/5
343/23 344/18 346/21 348/2
348/14 352/23 354/5 360/18
360/23 361/7 361/18 361/24

361/24 361/16 362/16 362/17
362/19 362/25 363/2
**wanted [34]**  31/14 32/24 33/1
59/7 84/24 89/20 93/24 94/1
94/2 145/23 170/16 170/16
172/11 176/13 184/4 195/3
206/24 209/15 211/16 215/18
223/5 232/13 235/15 278/12
283/22 292/14 304/7 319/2
319/2 328/10 345/23 357/23
358/17 361/9
**wanting [2]**  194/22 361/22
**wants [14]**  56/2 131/20 144/5
206/3 208/6 224/25 314/25
315/2 325/6 343/25 358/10
358/12 362/9 362/10
**warm [1]**  60/24
**warn [1]**  249/4
**warrant [1]**  287/23
**was [660]**  307/19 307/20
350/23 350/25
**wasn't [41]**  10/4 12/25 17/13
18/21 18/21 19/11 19/12
19/12 23/25 27/3 29/19 31/9
32/9 32/17 38/9 42/18 42/20
42/25 51/10 53/11 70/24 71/8
72/25 73/9 75/13 80/1 80/9
94/25 94/25 102/19 140/7
142/23 152/17 152/20 154/11
157/7 254/14 292/6 292/15
302/15 303/21
**wasting [1]**  233/4
**watch [3]**  169/12 241/7
350/21
**watching [1]**  294/25
**water [4]**  15/24 92/15 193/24
271/11
**way [34]**  14/10 17/20 48/1
54/24 58/22 59/16 82/8 90/19
149/22 164/12 166/20 178/21
192/16 193/4 195/18 216/1
216/4 224/23 259/24 260/8
265/11 290/22 291/17 293/15
303/12 311/13 319/12 323/1
323/7 323/24 324/4 324/5
331/7 349/11
**ways [1]**  197/7
**we [365]**
**we'll [15]**  4/9 6/19 45/17
141/11 143/3 144/9 159/2
210/4 210/10 292/22 293/8
348/4 353/1 353/2 357/2
**we've [1]**  48/15
**weapons [1]**  280/10
**wearing [2]**  177/19 193/17
**website [2]**  217/16 347/5
**Wednesday [2]**  154/5 359/4
**week [14]**  24/7 24/8 24/14
55/21 58/19 79/18 97/12
97/13 97/15 192/9 261/22
261/25 261/25 262/2
**weekend [2]**  96/23 362/23
**weekly [2]**  346/5 346/7
**weeks [8]**  56/6 175/4 183/2
183/2 209/5 267/5 357/12
357/13
**Welcome [6]**  6/16 60/18

158/23 228/6 297/10 297/14
**well [54]**  8/19 10/4 11/23
12/2 12/23 18/23 19/17 23/20
23/25 24/10 28/15 30/5 31/11
32/13 38/9 41/2 42/6 42/18
43/16 43/21 44/4 45/2 53/15
55/15 62/18 64/7 66/5 69/22
70/8 79/1 83/8 86/22 90/6
93/10 93/15 101/22 115/1
116/10 117/2 153/12 185/10
192/19 192/19 215/3 215/6
219/19 242/1 255/1 276/10
285/15 305/10 353/9 359/10
362/5
**wen [1]**  323/21
**Wendy's [1]**  283/2
**went [63]**  7/8 13/12 16/25
17/4 22/5 23/2 23/6 23/8
23/12 23/19 23/23 27/16
27/20 31/13 32/9 33/21 34/7
38/2 39/4 41/11 45/2 45/18
50/19 50/23 50/25 62/10
62/14 63/6 64/7 64/19 70/24
74/1 74/2 74/3 92/23 96/19
96/23 97/18 122/23 159/14
162/23 163/7 175/2 185/12
188/3 188/16 200/13 215/23
251/2 254/4 254/17 254/22
271/11 272/16 274/5 316/24
317/1 329/23 330/3 338/12
338/12 339/7 361/23
**were [320]**  6/21 8/21 9/16
11/10 12/12 19/2 19/19 23/25
24/6 24/6 24/7 24/13 24/14
24/17 24/17 24/18 24/22
25/10 25/10 25/25 27/22 28/2
28/3 29/1 29/4 29/14 30/8
30/11 32/6 35/2 35/8 35/14
35/16 39/8 40/5 41/20 41/23
42/2 42/3 43/12 44/24 45/21
46/20 46/22 46/24 48/15
49/20 59/25 62/9 62/12 66/21
67/10 67/12 70/6 70/21 71/22
72/2 73/7 73/11 73/16 75/8
75/15 76/9 77/2 78/15 78/18
79/24 79/24 80/7 80/8 80/25
81/23 82/1 83/6 83/21 85/4
85/9 85/13 85/18 85/22 86/2
86/16 87/6 87/16 88/16 89/13
89/16 90/25 91/6 92/14 94/4
94/14 95/22 96/14 97/1 97/7
97/13 97/15 97/18 97/22 98/4
98/21 99/5 100/22 101/19
102/25 103/1 103/12 103/15
105/19 106/3 106/5 106/10
106/12 107/4 107/13 107/16
108/6 109/12 114/19 116/17
116/18 118/5 118/25 119/15
120/10 123/4 123/14 123/16
123/17 124/19 124/21 125/1
127/3 127/21 128/18 129/1
129/11 130/18 131/5 131/5
131/8 134/1 134/2 134/7
134/8 134/12 137/1 140/8
141/2 145/8 147/5 147/9
150/20 151/1 151/8 151/21
152/14 152/15 152/17 153/25
154/6 154/8 154/10 154/13

**W**

were... **[155]**   158/4 158/24
160/12 160/15 160/25 164/5
164/7 164/11 165/2 166/16
169/19 170/22 172/13 172/14
174/13 175/17 175/20 176/23
177/3 177/4 177/11 177/17
178/13 178/24 179/13 180/3
180/8 180/8 182/3 182/4
182/6 182/8 182/25 183/3
183/6 183/6 184/4 184/4
185/24 187/4 188/22 188/22
193/8 194/5 195/2 195/18
195/25 198/5 200/10 200/11
202/5 202/10 202/17 202/20
202/22 205/13 207/7 209/9
209/14 210/18 210/22 211/8
212/2 212/10 212/15 214/1
214/3 215/10 216/4 217/19
221/15 223/9 223/13 224/5
226/15 230/8 230/12 230/16
230/17 233/18 233/24 234/14
237/8 239/9 239/10 240/12
241/3 241/11 244/22 244/24
245/20 246/4 247/18 248/8
249/23 249/23 249/25 250/19
252/7 252/16 253/14 253/20
254/8 255/8 261/22 262/14
262/22 262/23 263/12 263/19
263/20 265/20 265/24 266/14
266/25 266/25 268/14 270/25
272/23 273/8 273/9 273/12
274/3 274/3 274/12 274/25
276/1 276/18 278/9 281/2
281/15 282/5 284/22 286/13
291/22 292/7 297/2 297/15
297/18 304/21 305/20 306/15
307/2 309/10 309/24 310/23
311/19 313/2 319/10 326/16
327/1 330/24 331/7 331/14
334/25
weren't **[15]**   24/8 25/10
25/11 26/4 27/23 85/18 95/21
116/12 131/8 201/7 204/10
241/2 241/2 254/19 260/9
WEST **[5]**   1/2 1/7 1/17 1/23
2/3
Western **[2]**   150/12 240/23
wet **[1]**   302/10
what **[651]**
What's **[1]**   207/21
whatever **[11]**   32/23 49/15
56/5 90/17 90/18 103/2 103/3
169/24 170/14 194/20 322/24
whatsoever **[2]**   84/15 155/18
when **[239]**   5/13 5/15 7/2
7/11 7/14 7/16 8/25 9/6
11/11 12/6 14/13 16/11 16/18
16/19 16/20 19/2 19/22 28/22
28/22 29/10 29/14 33/21 34/9
34/12 36/7 38/3 41/18 41/20
42/10 46/17 49/3 50/22 50/23
51/15 51/18 52/9 53/3 54/7
55/23 56/3 56/10 58/6 59/9
60/23 61/4 61/19 62/1 64/12
65/5 65/24 67/25 74/15 74/20
75/13 77/21 79/13 83/22

84/18 84/24 85/9 86/10 86/15
89/10 89/16 90/25 91/6 91/18
93/21 94/4 95/3 95/21 95/22
95/24 96/21 97/18 98/8 99/20
100/22 100/23 101/1 101/3
101/6 102/25 103/3 103/6
103/18 103/21 107/19 107/24
108/22 109/6 109/19 111/10
113/16 113/22 116/2 116/5
119/13 124/19 125/19 125/22
126/13 129/18 137/22 137/23
140/8 140/17 142/13 147/15
148/24 150/20 152/14 152/22
154/5 154/6 154/11 160/12
160/25 161/10 162/5 162/13
170/15 171/1 172/13 173/5
173/6 174/11 175/2 176/9
176/17 176/20 177/9 177/19
179/21 182/3 182/16 184/17
185/22 186/15 186/21 188/10
188/17 189/6 189/21 193/3
193/19 194/22 197/19 199/1
199/25 200/10 200/13 202/2
204/17 204/19 204/23 205/21
206/21 206/25 207/13 208/7
208/10 208/16 209/9 211/15
212/1 212/6 213/18 217/2
219/24 220/5 236/21 239/19
241/1 242/19 246/4 248/17
249/23 250/19 254/8 254/9
254/17 255/4 255/8 256/8
257/21 257/25 260/4 265/17
266/16 266/19 268/22 270/22
273/9 273/13 274/3 275/4
276/24 278/15 284/21 291/15
291/16 293/8 293/23 294/24
295/10 296/1 299/13 300/25
302/6 305/23 305/25 306/15
307/19 308/8 309/8 315/17
319/10 320/13 322/10 322/13
324/4 325/14 327/18 328/10
329/23 334/5 339/7 342/23
350/5 350/14 350/16 357/1
358/9 358/19 358/22 358/24
359/10 362/13
whenever **[2]**   17/13 154/2
where **[160]**   4/25 5/9 7/6 7/8
7/25 7/25 8/12 9/7 11/7
13/11 13/12 14/18 29/17
31/22 32/1 34/16 38/6 40/5
46/5 54/18 58/11 68/10 74/1
80/6 82/21 92/5 92/15 95/12
99/5 100/5 107/23 108/17
109/24 115/7 118/24 120/3
123/7 128/1 130/7 130/21
133/8 133/9 141/4 146/21
150/3 160/7 160/10 160/21
161/25 165/9 168/23 168/25
170/10 171/11 171/17 172/16
174/21 179/9 182/6 184/12
184/15 184/19 184/21 185/20
186/19 186/24 187/20 190/5
191/16 192/7 199/18 199/23
201/8 202/8 202/14 202/15
202/17 203/14 208/2 210/11
213/25 224/10 228/16 228/18
229/3 229/22 230/8 231/7
231/25 232/15 233/20 234/1

234/8 235/19 244/17 247/10
247/20 248/14 252/7 252/11
252/12 259/11 260/7 261/4
263/2 264/9 264/11 265/9
265/13 266/25 268/4 268/20
269/3 272/20 275/8 276/20
277/17 277/25 278/3 278/12
280/10 281/12 284/21 284/24
288/2 288/9 288/13 289/5
289/7 289/24 290/10 294/9
294/10 296/23 298/22 300/8
308/22 317/6 325/22 330/14
334/3 336/2 336/4 336/16
339/1 339/14 341/22 342/18
344/4 344/4 346/4 347/1
349/23 350/6 350/18 350/19
352/15 359/16 359/18 360/21
where's **[1]**   205/9
Whereupon **[9]**   130/2 136/18
218/10 218/24 247/4 251/6
256/24 329/16 333/2
whether **[33]**   15/8 21/18
27/20 40/24 41/3 44/2 83/8
85/22 98/21 138/3 139/17
141/3 142/7 148/24 155/14
155/14 156/6 157/2 157/3
163/17 169/19 176/22 184/4
226/15 227/24 287/4 287/14
295/23 297/15 358/13 359/3
360/15 360/23
which **[40]**   52/10 53/18 54/7
54/15 65/11 92/14 107/4
108/13 111/5 116/13 119/20
120/7 125/11 130/21 145/14
156/12 156/13 158/5 163/9
182/6 182/8 188/5 188/8
218/4 226/13 229/17 229/18
230/10 237/4 253/14 290/1
300/20 316/7 323/14 339/16
349/19 357/7 358/16 359/8
361/10
while **[25]**   22/22 32/6 41/23
42/2 42/8 64/9 81/22 81/25
86/7 92/12 132/11 136/25
137/1 182/13 197/24 199/17
202/5 241/1 241/11 263/12
265/24 282/14 291/19 291/23
302/2
white **[1]**   243/14
who **[177]**   4/6 8/14 9/5 21/11
22/22 27/11 29/17 30/9 30/13
30/17 30/18 30/20 30/23 31/9
31/13 31/14 33/14 37/25 47/1
47/5 47/7 47/23 48/4 48/6
48/16 56/18 61/12 65/8 73/16
74/11 74/16 74/21 82/11
82/12 83/24 90/7 101/1
110/12 110/14 114/17 118/3
119/1 124/24 127/12 127/13
130/13 130/21 131/16 135/22
141/2 148/9 150/18 160/19
165/13 165/15 170/6 170/8
175/13 176/7 183/10 186/5
186/12 186/15 192/13 194/9
200/5 200/16 203/23 208/16
210/1 212/19 217/5 217/19
219/4 219/8 219/24 224/4
224/5 225/14 228/12 228/14

**W**

**who... [96]**  228/25 229/5
229/11 229/15 229/24 230/6
231/2 231/5 232/13 235/13
236/19 237/15 238/17 238/24
239/1 243/12 243/14 243/16
243/22 246/2 246/17 251/21
252/3 252/5 252/14 253/17
253/23 254/4 257/15 257/17
258/2 258/12 258/14 262/20
263/8 265/6 266/4 269/21
271/25 277/21 285/2 285/4
288/7 289/20 292/15 292/17
298/14 298/18 300/2 301/7
301/15 302/16 303/22 305/6
306/13 308/18 313/14 317/5
318/19 323/4 326/24 327/21
330/1 330/3 330/14 333/7
334/18 334/22 336/2 336/14
336/16 336/18 336/25 337/14
337/19 338/8 338/24 339/5
339/12 339/22 341/13 344/10
346/11 346/16 346/18 349/2
354/8 354/16 354/19 354/20
354/21 354/25 355/25 356/6
357/2 358/10
**Who's [2]**  169/8 207/11
**whoever [1]**  107/15
**whole [13]**  23/25 47/23 78/14
89/1 96/4 154/12 179/17
201/4 224/21 332/9 341/24
348/24 358/19
**whom [1]**  130/14
**whose [42]**  37/15 55/3 167/11
198/22 199/12 213/10 213/12
236/3 244/5 251/8 251/10
251/23 251/25 253/3 253/8
253/12 257/23 258/10 261/9
286/17 286/19 298/20 300/15
312/5 312/15 316/16 328/25
330/9 330/12 332/19 333/15
335/3 335/15 336/4 336/8
336/10 337/4 337/17 338/8
344/21 348/8 351/16
**whosoever's [1]**  60/12
**why [141]**  6/17 11/5 12/2
12/3 17/22 19/2 24/21 25/15
28/9 34/8 55/10 55/24 57/16
59/11 61/6 72/2 76/17 76/17
82/6 84/22 86/24 88/14 88/19
89/4 89/19 90/1 90/10 92/21
93/23 94/5 102/4 102/4
102/18 103/23 106/19 106/24
108/21 116/13 117/20 124/2
125/21 133/15 133/24 142/3
142/4 145/12 145/23 147/7
149/3 150/15 166/14 169/11
170/25 173/10 180/14 186/2
192/24 194/8 195/18 196/23
197/13 201/17 201/25 203/19
206/22 208/5 220/1 230/12
230/16 233/15 235/10 235/15
237/11 238/13 240/4 240/12
240/14 244/20 245/16 245/18
248/6 249/3 250/2 251/19
254/23 259/17 261/11 270/20
272/6 273/12 273/12 273/21

273/22 274/14 275/12 276/11
278/18 279/5 281/21 281/22
282/7 283/15 284/7 290/16
291/13 292/5 292/7 298/16
299/23 300/13 301/17 302/14
303/20 304/25 307/22 307/24
308/5 308/7 308/24 309/23
314/16 316/13 318/11 320/1
322/13 324/16 325/5 328/19
329/9 331/5 331/14 334/25
335/8 338/1 340/11 341/11
343/10 345/22 347/11 347/21
351/8
**wi [1]**  319/6
**Wickr [1]**  352/8
**wid [1]**  192/12
**wig [1]**  101/8
**will [132]**  4/20 4/25 6/4
17/23 42/21 44/16 44/16
45/12 50/4 52/17 52/21 52/24
56/12 57/3 57/25 60/11 63/16
66/6 80/11 80/23 81/16 85/7
91/3 94/20 100/5 102/11
108/17 111/20 112/17 116/25
117/17 125/10 141/11 141/20
142/5 142/10 142/20 142/24
143/7 143/16 143/20 143/23
144/12 153/6 153/7 155/22
157/2 157/5 157/13 157/19
157/21 158/7 158/9 158/25
172/20 173/6 182/12 186/14
190/25 191/24 192/15 193/4
196/9 199/17 201/4 203/5
215/5 216/9 216/10 216/25
222/14 222/15 222/21 225/4
225/24 227/9 227/11 227/20
228/4 232/8 232/25 233/5
242/2 244/3 247/12 250/13
255/16 256/3 267/22 269/9
287/14 287/16 292/21 293/7
293/17 295/4 295/12 295/21
297/5 297/7 303/19 310/8
316/1 319/16 319/16 321/25
322/4 323/4 324/4 324/23
328/5 338/3 352/3 352/14
353/2 353/3 353/9 353/11
353/15 353/18 354/8 354/12
354/20 354/21 354/23 355/16
355/18 356/4 357/17 357/18
362/23 363/6
**WILLIAMS [168]**  1/7 7/12 9/2
9/7 9/20 9/25 10/9 11/6
11/13 12/12 13/19 14/19 17/4
17/16 18/4 18/11 20/14 20/21
20/23 22/15 22/17 23/19
23/22 24/17 24/25 25/1 25/16
26/25 27/12 27/20 27/23
28/12 28/14 28/23 31/9 33/19
35/24 36/7 36/19 37/4 37/12
38/9 38/12 38/15 38/16 43/19
43/23 44/8 44/22 45/18 46/4
46/7 46/11 46/17 47/8 48/15
49/21 49/24 51/10 51/16 61/5
62/3 62/7 63/10 63/22 64/10
68/4 68/9 68/14 69/20 70/5
70/13 71/23 72/5 72/12 74/10
77/9 84/5 84/13 86/2 86/5
86/7 87/6 87/23 88/16 89/11

89/13 89/14 89/24 90/8 90/10
90/12 90/23 92/3 101/2
102/6 102/19 103/3 103/6
103/13 103/16 114/19 114/25
116/8 134/24 136/12 144/20
145/7 147/10 147/23 148/25
151/6 151/8 151/11 151/16
152/12 155/9 160/23 167/18
170/23 171/25 174/14 176/10
177/5 177/10 191/23 192/2
193/8 201/13 201/17 208/13
208/21 210/5 212/14 225/11
234/17 239/10 243/24 244/9
245/4 245/6 245/9 261/23
267/25 276/1 277/22 277/23
277/25 279/1 279/7 282/15
284/19 287/13 289/16 290/25
291/11 293/24 294/1 294/7
294/19 294/20 305/18 331/19
334/6 335/6 344/11 347/14
356/23
**Williams' [1]**  297/16
**wings [4]**  252/23 299/7
300/20 300/21
**wink [1]**  172/4
**winky [1]**  172/22
**Winn [2]**  11/1 14/21
**Winn-Dixie [2]**  11/1 14/21
**wise [1]**  145/8
**wishes [1]**  161/18
**wishing [1]**  154/17
**Withdrawn [3]**  94/19 133/18
200/20
**within [14]**  49/13 94/11
128/15 128/16 128/17 140/10
357/12 357/21 359/2 359/5
360/1 360/3 360/8 360/9
**without [19]**  13/1 15/7 27/7
57/4 57/18 58/14 110/5
129/25 136/17 148/18 218/9
218/17 247/1 251/4 256/23
264/16 269/15 329/15 333/1
**witness [98]**  4/6 5/12 5/20
6/9 6/13 17/23 26/14 38/19
40/24 43/13 45/13 49/17 53/5
55/2 56/16 56/19 59/4 59/18
60/12 60/15 76/2 76/14 80/19
81/7 95/7 96/5 102/8 104/12
104/16 111/2 111/4 111/13
111/15 111/23 111/24 112/2
112/5 112/15 114/16 115/9
116/24 117/3 117/17 121/17
121/19 125/13 127/20 141/1
141/4 141/5 142/13 142/25
143/10 143/17 144/6 144/13
148/17 148/23 149/3 153/9
156/20 156/24 158/15 159/1
159/2 159/3 163/1 166/18
222/19 223/10 223/18 224/8
229/19 242/6 256/1 269/14
270/9 274/17 276/9 287/15
293/1 294/5 294/20 295/10
295/11 296/2 303/4 312/1
312/11 335/10 344/15 353/9
353/16 353/18 354/4 356/9
359/12 363/2
**witness' [6]**  53/19 54/1
54/10 54/12 54/20 111/25

**W**

witnessed [1]   56/19
witnesses [14]   4/12 5/19
 5/21 5/22 6/1 6/1 15/7 141/3
 293/12 294/8 354/6 355/3
 355/18 356/5
woman [18]   28/13 28/15 32/3
 33/22 33/24 47/2 61/12 63/2
 63/14 108/10 108/11 108/14
 108/22 110/10 110/18 140/9
 224/10 346/16
women [6]   30/24 31/13 62/9
 107/16 224/12 224/20
won't [9]   6/2 60/6 158/15
 197/9 197/12 239/5 239/6
 261/14 328/6
wonderful [1]   247/12
Wooooooow [1]   197/8
Woow [1]   318/3
word [14]   37/6 100/16 103/13
 110/7 155/2 155/10 191/4
 214/17 228/23 240/5 240/7
 270/22 317/9 320/6
words [13]   14/1 14/2 20/4
 74/5 80/22 96/14 130/17
 195/16 263/2 278/7 321/20
 321/21 322/11
work [35]   10/9 24/3 31/24
 32/1 33/12 62/21 96/17 101/6
 105/20 145/3 177/17 179/6
 184/7 186/12 188/10 205/4
 210/16 210/20 211/18 212/15
 214/6 215/9 216/1 219/19
 227/20 235/21 265/11 266/11
 271/16 273/1 273/7 290/24
 292/14 335/6 362/6
worked [7]   122/22 190/9
 210/13 321/4 321/8 321/12
 323/9
worker [1]   31/22
workers [1]   31/19
working [20]   24/6 24/13
 60/19 60/20 73/12 101/8
 101/10 106/3 106/5 202/3
 202/5 204/5 207/15 234/9
 248/7 292/6 306/16 315/23
 321/15 348/22
works [5]   5/2 66/10 350/4
world [3]   197/8 358/7 362/24
worry [3]   170/18 303/15
 303/19
Worth [17]   88/3 182/9 182/10
 199/17 277/18 277/19 278/16
 280/7 280/20 281/3 281/12
 288/3 288/5 288/13 290/2
 292/2 297/16
would [393]
wouldn't [24]   11/22 19/17
 20/6 24/3 62/18 68/22 73/24
 78/23 117/6 119/3 119/5
 151/21 195/2 201/17 202/1
 245/19 272/17 272/17 281/23
 294/13 303/20 323/15 346/12
 347/22
Wow [1]   196/9
write [21]   147/2 170/3
 204/23 299/23 300/13 300/19
 301/6 303/17 308/13 314/11
 314/16 318/13 319/6 319/17
 319/24 320/1 326/2 333/7
 343/6 351/18 351/20
writes [5]   171/11 303/15
 305/5 307/19 308/13
writing [2]   14/6 299/13
wrong [4]   67/24 192/15 193/4
 207/21
wrote [53]   169/8 170/14
 170/16 171/17 172/3 172/6
 172/6 172/17 172/19 173/5
 173/13 190/19 190/20 193/15
 193/23 193/24 193/25 194/10
 194/13 194/15 194/17 194/18
 195/6 195/8 196/15 197/5
 197/8 204/2 204/25 205/17
 205/19 205/23 206/7 207/2
 207/21 207/21 219/24 300/10
 300/23 301/11 301/19 301/21
 301/21 303/5 303/13 304/2
 306/9 306/12 310/17 314/25
 316/23 327/7 341/19

**X**

X/X/XX [1]   159/21
XX [5]   112/24 112/25 113/8
 113/14 159/21
XXX [2]   144/16 162/18
XXXX [8]   112/24 112/24
 112/25 112/25 113/8 113/8
 113/14 113/14
XXXX XX [4]   112/24 112/25
 113/8 113/14

**Y**

Y-L-A [1]   165/1
Yadina7765 [1]   330/14
yall [1]   194/20
yeah [7]   19/11 66/7 71/8
 94/25 131/19 132/18 309/6
yeahhhh [1]   322/25
year [20]   8/24 9/7 9/23
 15/17 16/3 18/19 22/1 29/11
 35/21 65/25 66/1 85/9 87/8
 92/24 136/3 153/1 153/3
 163/13 322/19 343/6
years [39]   8/5 16/21 22/9
 41/15 41/16 43/18 58/4 66/8
 86/19 91/12 92/25 105/8
 105/23 122/13 122/15 122/15
 123/1 126/9 128/15 129/18
 144/19 159/15 162/13 175/4
 192/21 199/3 200/7 209/5
 209/14 231/18 235/23 239/9
 250/20 257/22 258/1 261/22
 291/11 292/3 351/21
yelling [2]   75/9 201/5
yellow [1]   243/16
Yep [3]   45/18 79/9 171/25
yes [1101]
yesterday [6]   85/8 87/5
 142/13 154/11 155/3 359/25
yet [9]   10/8 57/13 135/13
 154/23 224/7 285/14 319/8
 354/24 361/15
yla [11]   165/1 192/12 192/13
 193/3 193/5 193/17 194/17
212/22 213/11 229/3 252/20
yoko [4]   327/21 327/21
 343/25 343/25
York [20]   7/7 7/14 7/17 7/19
 8/25 21/3 22/5 23/2 23/4
 23/7 50/19 50/21 68/5 95/22
 95/25 96/24 97/3 97/18 98/6
 160/11
you [2805]
you'd [6]   32/19 104/18
 121/20 159/4 212/6 325/8
you'll [4]   190/21 190/21
 219/21 233/6
you're [2]   349/24 350/22
you've [3]   132/11 203/14
 206/11
young [2]   78/16 126/3
younger [1]   162/13
your [331]   6/21 6/24 7/4
 8/18 8/23 9/6 9/7 9/10 9/12
 9/12 9/15 9/16 9/25 10/3
 10/7 10/8 10/12 12/2 14/21
 14/22 15/25 16/9 17/15 17/16
 17/22 18/4 18/11 18/16 19/8
 19/15 20/11 20/22 21/3 22/13
 24/10 24/24 25/4 25/16 26/8
 26/12 26/17 27/3 27/9 27/10
 27/12 31/19 34/16 35/11
 36/12 39/10 39/18 40/21 42/3
 42/4 42/11 42/18 42/22 43/2
 43/7 43/21 44/7 44/13 44/21
 44/25 46/5 47/9 47/14 47/17
 64/24 66/3 66/8 68/3 68/19
 69/7 70/6 71/23 73/14 74/23
 74/23 75/19 76/10 76/17
 77/18 77/21 78/19 79/1 80/4
 80/4 82/16 82/17 84/1 85/2
 85/19 86/4 87/2 87/16 89/2
 89/9 89/11 89/23 89/23 90/1
 90/6 90/7 90/10 90/23 91/10
 92/3 92/15 93/17 93/18 94/8
 94/11 94/24 98/13 99/16
 100/18 101/1 101/12 102/25
 103/1 104/6 104/8 104/12
 104/18 104/18 105/9 105/19
 106/1 106/10 107/21 107/25
 108/25 109/3 109/17 112/21
 114/7 115/2 117/24 119/8
 121/2 121/6 121/8 121/15
 121/17 121/21 121/21 123/18
 124/16 125/21 126/16 126/25
 130/3 135/13 137/6 138/7
 139/21 140/22 141/10 143/1
 144/14 144/15 145/21 146/16
 148/15 151/5 153/11 154/21
 155/24 159/4 159/5 159/20
 160/4 161/2 164/5 168/11
 168/13 169/2 169/4 169/11
 170/3 170/8 170/22 170/25
 171/15 172/2 172/10 172/21
 175/10 175/17 176/5 178/4
 181/3 187/12 189/16 191/25
 192/2 192/17 192/19 193/9
 194/11 194/17 195/6 195/11
 197/13 198/5 198/8 198/15
 199/18 200/13 200/14 201/23
 202/4 203/1 203/12 206/15
 208/14 209/12 210/2 212/1

**Y**

**your... [111]**  217/24 218/1
218/8 219/19 222/2 222/20
228/7 232/7 233/4 233/5
234/14 234/19 235/4 235/10
236/13 237/22 238/7 241/13
241/18 242/8 246/8 246/22
247/11 248/19 248/25 249/5
253/15 258/4 258/6 258/16
258/25 259/7 259/9 261/16
264/24 264/24 267/12 268/6
269/10 269/25 270/17 271/11
273/9 276/20 276/24 277/2
279/21 280/21 281/17 282/14
285/12 290/25 293/1 293/17
293/21 296/3 297/7 309/8
310/5 310/23 312/18 313/1
313/2 315/23 317/13 318/19
320/23 321/20 321/21 322/2
322/11 322/23 328/11 328/15
329/11 329/23 330/16 331/1
331/7 331/9 331/9 331/17
331/21 331/21 332/9 332/13
332/21 333/7 334/1 334/6
334/9 335/6 335/20 343/11
344/6 345/14 347/21 349/4
350/10 350/16 350/19 351/25
353/1 353/10 358/5 359/21
359/23 361/16 362/13 362/17
363/3
**your appearance [1]**  331/9
**yours [4]**  11/21 47/15 198/2
333/11
**yourself [15]**  14/2 20/25
24/8 44/18 78/9 80/17 95/19
103/18 194/16 217/2 234/6
260/5 284/5 284/13 330/25
**yourselves [1]**  52/19
**youuuu [1]**  194/13
**Yummy [1]**  306/2

**Z**

**Zero [2]**  282/13 282/14
**zoom [1]**  198/24