```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION

 3                  CASE NO. 18-CR-80053-ROSENBERG

 4
      UNITED STATES OF AMERICA,        .
 5                                     .
           Plaintiff,                  .
 6                                     .
                vs.                    .
 7                                     .
      ALSTON O. WILLIAMS,              .   West Palm Beach, FL
 8                                     .   December 7, 2018
 9         Defendant.                  .

10                             VOLUME 5

11                     JURY TRIAL PROCEEDINGS
              BEFORE THE HONORABLE ROBIN L. ROSENBERG
12                 UNITED STATES DISTRICT JUDGE

13

14         APPEARANCES:

15
           FOR THE PLAINTIFF:        GREGORY SCHILLER
16                                   JUSTIN HOOVER
                                     United States Attorney's Office
17                                   500 Australian Avenue
                                     Suite 400
18                                   West Palm Beach, FL 33401
                                     954-789-6285
19
           FOR THE DEFENDANT:        FLETCHER PEACOCK, ESQ.
20                                   Federal Public Defenders Office
                                     450 North 2nd Street
21                                   Fort Pierce, FL 34950
                                     772-489-2123
22
                                     M. CAROLINE McCRAE, ESQ.
23                                   Federal Public Defenders Office
                                     450 S. Australian Avenue
24                                   Suite 500
                                     West Palm Beach, FL 33401
25                                   561-833-6288
```

1

2

3     Official Court Reporter:    Pauline A. Stipes
                                  HON. ROBIN L. ROSENBERG
4                                 Ft. Pierce/West Palm Beach, Fl
                                  772.467.2337
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                            INDEX

RXXXXXX CXX

Direct Examination by Mr. Schiller        Page 4

Cross Examination by Mr. Peacock          Page 88

NICHOLAS MASTERS

Direct Examination by Mr. Hoover          Page 220

Cross Examination by Ms. McCrae           Page 237

JUSTIN SHAW

Direct Examination by Mr. Hoover          Page 244

Cross Examination by Ms. McCrae           Page 253


                          EXHIBITS

                              I.D.        Received

   Government Exhibit 80                   Page 29
   Government Exhibit 79                   Page 32
   Government Exhibit 20c                  Page 46
   Government Exhibits 20a, 20b            Page 47
   Government Exhibit 38a                  Page 59
   Government Exhibit 10b                  Page 78
   Government Exhibit 15b                  Page 231
   Government Exhibits 15d, 15e            Page 234
   Government Exhibits 21a, 21b            Page 248
   Government Exhibit 21c                  Page 250


   Defense Exhibits 2-A - 2E              Page 132
   Defense Exhibits 3-A, 3-B              Page 167
   Defense Exhibit 4                       Page 201
```

 1              *THE COURT:*  Good morning, you may be seated.

 2              There is a Naturalization hearing today.  We'll break

 3      at 12:15 and come back at 1:15.

 4              Our morning break turns out to be 20 minutes instead

 5      of 15, so we will have to watch that.

 6              Okay, bring the jury in.

 7              (Thereupon, the jury entered the courtroom.)

 8      *THE COURT:*  Good morning.  Welcome back, everyone, you

 9      may be seated.

10              We will pick up from where we left off.  Our witness

11      remains under oath.  We are in direct examination.  Counsel may

12      proceed.

13                      **DIRECT EXAMINATION** Continued

14      *BY MR. SCHILLER*:

15      *Q.*  Good morning, Ms. CXX.  How are you?

16      *A.*  I am good.  How are you?

17      *Q.*  I am good.  Thank you.

18          I want to go back to a text message from yesterday.

19              *MR. SCHILLER:*  Judge, I wish to publish 25c.

20              *THE COURT:*  Yes.

21              *MR. SCHILLER:*  Page 119, line 3213, April 7, 2013 at

22      1:03 a.m.

23      *BY MR. SCHILLER*:

24      *Q.*  Just to help put you in context, these are the text

25      messages from your phone?

1    *A.*   Yes.

2    *Q.*   And Ma Corazoncito is Alston Williams?

3    *A.*   Yes.

4    *Q.*   At 1:03:22 a.m. he says, "Get up and chug, Rosa."  What

5    does that mean?

6    *A.*   He wants me to get up take a shower and rep.

7    *Q.*   And take a shower and rep?

8    *A.*   To get up and engage in prostitution.

9    *Q.*   And then he says, "HELLOOO," all caps, two L's and three

10   O's.  What did it mean to you when he wrote in all capital

11   letters?

12   *A.*   He was angry.

13   *Q.*   And you responded, "My body tired corazon," and he wrote,

14   "GET UP AND CHUG."

15       Is that in relation to an energy drink and coffee?

16   *A.*   Yes.

17   *Q.*   He says, "Go take a shower"?  You say, "Yes but my body

18   tired can't I just wake up early corazon."

19       You notice the time, just after 1:00 a.m. in the morning;

20   is that right?

21   *A.*   Yes.

22   *Q.*   By these text messages, were you sleeping?

23   *A.*   Yes.

24   *Q.*   What is he asking you to do here, essentially?

25   *A.*   Get up, take a shower, and drink an energy drink.

1    *Q.*  So you could do what?

2    *A.*  To go work.

3    *Q.*  And you said, "Please."  And he says in all caps, "GET IN

4    THE SHOWER," with four exclamation points.  Again, ten seconds

5    later, "GET IN THE SHOWER," with four exclamation points, and

6    you respond, "Ok."  And he responds a minute later, "GET IN THE

7    SHOWER," and you said, "I said ok."

8        Then three texts in a row, 30 seconds apart, "GET IN THE

9    SHOWER, GET IN THE SHOWER, GET IN THE SHOWER.  You have to chug

10   now.  You have to chug now," and he sends question marks.

11       Now, when he is writing these things to you, how does it

12   make you feel?

13   *A.*  Scared.

14   *Q.*  Why?

15   *A.*  Because he was angry.

16   *Q.*  And what would happen if you didn't listen to him?

17   *A.*  He would beat me.

18   *Q.*  Okay, Ms. CXX, we showed you 5aa, and you identified it as

19   the Defendant's phone?

20   *A.*  Yes.

21   *Q.*  I want to ask you a few more things within that device.

22       I'm showing you on the screen Government Exhibit 5ah.

23       What are we looking at here?

24   *A.*  That is me in the hospital after the spider bite.

25   *Q.*  And 5ai?

```
 1   A.   That is me and DXXXXXX.

 2   Q.   In the hospital?

 3   A.   Yes.

 4   Q.   Same situation with the spider bite?

 5   A.   Yes.

 6            MR. SCHILLER:  I wish to publish, 5aa and 5ai.

 7            THE COURT:  Any objection?

 8            MR. PEACOCK:  No.

 9            THE COURT:  You may publish.

10   BY MR. SCHILLER:

11   Q.   Is that you lying in the bed?

12   A.   Yes.

13   Q.   We saw the cell phone messages, they were identified

14   yesterday, and they are in this phone, 5aa?

15   A.   Yes.

16   Q.   That is 5ah.  Now showing you 5ai.  Is that the one with

17   you and DXXXXXX RXXXXXXXX?

18   A.   Yes.

19   Q.   Remove publication.

20        Do you remember when this spider bite was?

21   A.   No.  I don't remember.

22   Q.   Was it at the Tamarac house or Lake Worth house?

23   A.   Tamarac house.

24   Q.   Okay.

25            MR. SCHILLER:  Your Honor, permission to publish 5ay.
```

```
 1              THE COURT:  Any objection?
 2              MR. PEACOCK:  No, ma'am.
 3              THE COURT:  You may publish.
 4    BY MR. SCHILLER:
 5    Q.  Now, Ms. CXX, so far we have seen a lot of text messages
 6    between you and the Defendant, you and DXXXX LXXXXX, and
 7    DXXXXXX RXXXXXXXX?
 8    A.  Yes.
 9    Q.  Besides text messaging, did you use WhatsApp?
10    A.  Yes.
11    Q.  What is WhatsApp?
12    A.  An app to send messages, videos, voice clips, video chat.
13    Q.  Can you be on wifi to use it?
14    A.  Yes.
15    Q.  If you don't have cellular service, you could use it?
16    A.  Yes.
17    Q.  These messages recovered from the phone you identified,
18    5aa, do you see the name Rosita 1 256-334-9130?
19    A.  Yes.
20    Q.  Is that your number?
21    A.  Yes.
22    Q.  I want to bring your attention, if I could, to page 61 of
23    this exhibit.
24         And on page 61, November 23, 2015, at 12:10 a.m., the
25    Defendant wrote "Wickr", and then you responded with a heart.
```

1       Can you tell the jury what Wickr is, please?

2   *A.*  That is an app, you can send messages, and it is an instant

3   message and you see it.

4   *Q.*  Who would determine how long the messages remain before

5   they get deleted?

6   *A.*  Alston.

7   *Q.*  If he sends the message, he determines how long it would be

8   on your phone?

9   *A.*  He sets it up on the phone before he sends it to me.

10  *Q.*  If you wanted to, could you screen shot those?

11  *A.*  No.

12  *Q.*  Why?

13  *A.*  It gets deleted too fast.

14  *Q.*  Did the Defendant tell you to screen shot those messages?

15  *A.*  No.

16  *Q.*  What was the point in communicating on Wickr as opposed to

17  regular text?

18  *A.*  There is no trace, no messages behind or anything.

19  *Q.*  And who told you that?

20  *A.*  Alston.

21  *Q.*  We will talk about that later.

22      Also, he wrote the word Wickr, did he ever write anything

23  else to say, hey, switch over to Wickr?

24  *A.*  Just W.

25  *Q.*  W.  What if he wrote the letter C?

1  *A.*  Confide.

2  *Q.*  Are Confide and Wickr the same thing?

3  *A.*  Yes.

4  *Q.*  So, he responded to you, "I texted you on there."  Is that

5  referring to Wickr?

6  *A.*  Yes.

7  *Q.*  And you wrote back, "My corazon how's lucky?"  Who is

8  Lucky?

9  *A.*  A cat I had.

10  *Q.*  Did it also become a nickname for the Defendant?

11  *A.*  Yes.

12       *MR. PEACOCK:*  Objection.  We are starting to lead

13  again and again.

14       *THE COURT:*  Rephrase.

15       *MR. SCHILLER:*  Sorry.

16  *BY MR. SCHILLER:*

17  *Q.*  You also said, "Ok."  And he said, "shit, I 4 got to put it

18  on your phone."  And you said, "I don't know how to use it

19  corazon."  And he said, "I will do it tomorrow."

20       What is he referring to?

21  *A.*  The app.

22  *Q.*  Which one?

23  *A.*  I don't know which one, either Wickr or Confide.

24  *Q.*  Page 89 of that exhibit, on November 26, 2015 at 4:54 p.m.,

25  you wrote, "I'm almost home.  Like 2 min."  And you wrote,

1     "Here."  And there is an empty message, and you wrote, "Aas,"

2     and then "Ass."  Why do you say that?

3     A.  I just said it.  I don't know.

4     Q.  Did you ever use derogatory terms like ass or B-I-T-C-H?

5     A.  Yes.

6     Q.  Were they meant in a mean way?

7     A.  They were, but I thought it was funny.

8     Q.  So?

9     A.  So didn't get in trouble.

10    Q.  One minute after that he sends a picture?

11    A.  Yes.

12    Q.  And can you tell me what we are looking at in that picture?

13    A.  The living room.

14    Q.  Which house?

15    A.  Lake Worth.

16    Q.  Do you know from what vantage point that was taken?

17    A.  I think it was from the corner.

18    Q.  Okay.  Is that a fan?

19    A.  Yes.

20    Q.  Does the picture appear to be above or below the fan?

21    A.  It's above.

22    Q.  How would someone take a picture above the fan?

23    A.  With surveillance cameras.

24    Q.  There were surveillance cameras inside the house?

25    A.  Yes.

```
 1    Q.  What did he write?

 2    A.  "I C U."

 3    Q.  And what did you respond?

 4    A.  "Asshole".

 5    Q.  Thank you.

 6        Showing you page 102 of 5ay, the Defendant wrote to you on

 7    November 30, 2015 at 2:13 a.m., "How do I check balance on

 8    Wells Fargo card??"   And you wrote, "Call number on back.

 9    Then its going to ask for pin.  Its my b day 6393."  And he

10    wrote, "Ok jerk," and you wrote, "Jerk face."

11        Did you have the ability to access money in your accounts?

12    A.  No.

13    Q.  So, how did you know what the PIN was?

14    A.  He told me to set it up, but I wasn't allowed to use the

15    card.

16    Q.  Did you go with him to banks to set up accounts?

17    A.  Yes.

18    Q.  When you went, whose information was given over for the

19    accounts?

20    A.  Mine.

21    Q.  X/X/XX, is that your date of birth?

22    A.  Yes.

23    Q.  We are on page 136 of the exhibit, December 10, 2015 at

24    7:41 p.m.  You wrote, "Their saying the plain might get here at

25    8:25."  And the Defendant said, "O, so it's a little late."
```

1    And he said, "You ok Marosita.  Faith."

2        What are you thinking about the plane with him?

3    A.  I think it was the first time I was by myself.

4    Q.  Where were you flying to?

5    A.  I don't remember.

6    Q.  Did you fly anywhere other than to see clients?

7    A.  Yes.

8    Q.  Where?

9    A.  U.S. Virgin Islands.

10   Q.  Who did you go with for that?

11   A.  Alston, Dorothy, and GXXXXXX.

12   Q.  Other than the trip with the Defendant, did you fly

13   anywhere unless it was for a client?

14   A.  No.

15   Q.  Page 145, December 11, 2015 at 1:17 p.m., you wrote,

16   "Corazon, send me the CC info plz."  What is CC?

17   A.  Credit card.

18   Q.  "Im about to board.  Corazon send the info please."  And he

19   wrote, "Ok."  And does he send you the credit card information?

20   A.  Yes.

21   Q.  Do you have to keep asking for the credit card information?

22   A.  Yes.

23   Q.  Why?

24   A.  Because he won't send it.

25   Q.  After he sends it this time, do you ask for the credit card

1     information again and again?

2     *A.*   No.

3     *Q.*   After he sends it, you respond, "Gracias," right?

4     *A.*   Yes.

5     *Q.*   And then you write, "Corazon I didn't print a boarding pass

6     for West Palm just Baltimore."

7          Why were you going to Baltimore?

8     *A.*   For a client.

9     *Q.*   Why did you have to ask the Defendant for your credit card

10    information?

11    *A.*   Because it was just under my name.

12    *Q.*   Would he allow you to hold on to your credit cards?

13    *A.*   No.

14    *Q.*   Would he allow you to docket that information?

15    *A.*   No.

16    *Q.*   Moving on to page 152.  When you would travel to see

17    clients, did opportunities arise where you needed to buy

18    things?

19    *A.*   Yes.

20    *Q.*   And how did you do that?

21    *A.*   I just would buy things at first.  I got in trouble and I

22    didn't do it again.

23    *Q.*   Would you have to ask the Defendant to buy things?

24    *A.*   Yes.

25    *Q.*   In this communication, December 12, 2015, same day, 5:46

```
 1   p.m.  All caps, "DO NOT ORDER ANYTHING ELSE."  You respond, "Ok

 2   corazon."  He says, "Didn't we talk about fukin

 3   communication!!!"  And you said, "Yes".  And he said, "So your

 4   still not listening huh," and you say, "I was going to give you

 5   the 10 dollars for it corazon.  Im sorry."  And he wrote,

 6   "That's not the fukin point Rosa.  We spoke about something and

 7   your doing the opposite."  And you said, Im sorry corazon."

 8       Could you explain what is happening?

 9   A.  Alston was mad because I didn't ask him to use money for

10   anything, so he is upset.

11   Q.  How do you know he is upset?

12   A.  How he is talking, cursing, capital letters.

13   Q.  We will move down to page 324, this is now in January of

14   2016, January 17, 9:36 p.m.  He wrote, "Pinks been feeling

15   down."  Who is Pinks?

16   A.  Desenia.

17   Q.  Please comfort her and show her she can be trusted like

18   you if she changes to be LOYAL NO MATTER WHAT.  GOOD DAY OR BAD

19   DAY!!"  How did you respond?

20   A.  "Ok ma corazon Ima call her."

21   Q.  What was he asking you to do?

22   A.  Give her advice, to comfort her and listen to everything.

23   Q.  Everything what?

24   A.  Everything he says.

25   Q.  On page 371, at the bottom, this is now February 2, 2016 at
```

```
 1    9:07 p.m.  You wrote, "Just got in car.  He was yelling at me,
 2    I yelled back."
 3        Now, the Defendant wrote "Wok" with a blank space, and you
 4    wrote, "He's yelling," and he wrote, "Let him meet MR. CHEEKS.
 5    AKA GIANI," and you wrote, "Calm down my corazon.  I think Im
 6    going to get out of car," and he said, "I can come meet him.
 7    Easy."
 8        When you said he was yelling at me, I yelled back, who are
 9    you talking about to the Defendant?
10    A.  I think I was talking about a client of mine.
11            MR. PEACOCK:  Objection, speculation.
12            THE COURT:  If you don't remember, it is perfectly
13    okay to say you don't remember, rather than trying to guess.
14    Tell us you don't remember, or if you know the answer, you can
15    give us the answer.
16            THE WITNESS:  Okay.
17    BY MR. SCHILLER:
18    Q.  Did you ever complain to the Defendant about anyone other
19    than drivers or clients?
20    A.  No.
21    Q.  And when he says, "Let him meet Mr. Cheeks," what is he
22    saying there?
23    A.  He is talking about himself.
24    Q.  What does that mean, let them meet Mr. Cheeks?
25    A.  That they should meet him, and they won't do it any more.
```

```
1    Q.  Why?

2    A.  Because he is supposed to be bad.

3    Q.  When he says AKA GIANI, do you know what that means?

4    A.  No.

5    Q.  Let's move down to page 505.  We are in April 30, 2016,

6    11:05 p.m. and you say, "I don't make you happy like she does,"

7    and he responds, "Marosa.  No.  Really.  We spoke today," a

8    blank space, and you say, "I heard you."  He says, "How could

9    you say that?"  And you respond, "Your happy."  And he says,

10   "So talking about a movie, what's happy about that."  You said,

11   "I heard you laughing and sounded happy."  And he said, "No one

12   was laughing.  No one."  And you said, "You weren't happy when

13   I was there.  Its true.  I don't make you happy."  He says,

14   "YOU ALWAYS DO.  When your not being Yris."

15        What is that?

16   A.  It is Yris, my mom.

17   Q.  That is your mother?

18   A.  Yes.

19   Q.  Do you know why he was bringing go up your mother's name?

20   A.  She is not married and has a boyfriend.

21   Q.  Is she different than you?

22   A.  Yes.

23   Q.  How?

24   A.  She dresses like a nun.

25   Q.  How about personality?
```

1    *A.*  Very different.

2    *Q.*  How is that?

3    *A.*  Always in church, always to herself.

4    *Q.*  Going down to the next page, 11:09 p.m., you say, "Your

5    right, I'm yris, I'm fat, stupid," and he says, "You are

6    hurting your corazon by the things you are saying."  You say,

7    "I'm not worth it.  I'm just yris.  He says, "Do you understand

8    that?"  And you say, "No one likes me."  He responds, "Do you?

9    I love marosa.  Your breaking me emotionally by saying that."

10   And you said, "Corazon, you fell in love with gXX.  She makes

11   you happy not me.  I just pay bills.  She's always there with

12   you."

13       At this point, in April 2016, what is going on between you,

14   GXXXXXX, and the Defendant in your relationship?

15   *A.*  We are all arguing.

16   *Q.*  And he says, "You don't care???"  You said, "She does

17   nothing but spend time with you, while I am on the streets."

18       What did you mean by "on the streets?"

19   *A.*  Working, seeing clients.

20   *Q.*  Moving down to page 110.  He said to you, "I been loyal and

21   will always be," and you say, "Corazon she does nothing and

22   been doing nothing.  It's always been me."  He says, "Marosa me

23   and you spoke."  You responded, "It hurts me that I try so hard

24   to see you happy, and I never accomplish it."  And he

25   responded, "You always make me happy!!!  I tell you all the

```
 1   time."
 2        Did he tell you all the time?
 3   A.  Yes.  Not all the time.
 4   Q.  Not all the time?
 5   A.  No.
 6   Q.  Did you believe him when he said it?
 7   A.  Yes.
 8   Q.  "I feel like it doesn't matter when I'm not home.  Im not
 9   missed," you said, and he responded, "Your crazy."  And you
10   respond, "Corazon I see how you are when your with her."
11        Was there any jealousy going on between you and GXXXXXX?
12   A.  Yes.
13   Q.  Why?
14   A.  I was the only one working.
15   Q.  What was she doing?
16   A.  At home, cleaning, cooking, massaging him, being his slave.
17   Q.  On May 8, 2016 at 4:19 p.m., he wrote, "Yes, we need big
18   million food."  What does that mean?
19   A.  A lot of money.
20   Q.  You responded, "I know Corazon.  I know."
21        I then want to take you to page 595.  On May 18, 2016, at
22   11:51 p.m. you wrote, R u ow?"  What does that mean?
23   A.  Are you on the way.
24   Q.  On the way for what?
25   A.  Just on the way to pick me up.
```

1   *Q.*  And he responded, "About to leave," and you wrote, "He's

2   going to uber me."  What does that mean?

3   *A.*  The client is going to uber me.

4   *Q.*  Where?

5   *A.*  I think home.

6   *Q.*  And he responded, "Take it to Wal-Mart so he won't know

7   where your going."  And you respond, "He has my address from

8   last time he ubered me.  Smh."  He says, "Tell him that's not

9   where you stay."  You say, "That its 20 min away."  He said,

10  "Change it."  You said, "I did, he put it in anyway.  He's

11  upset.  He's not even asking me."  The Defendant says, "Don't

12  give him that power," and you respond, "He said Im mean.  I

13  didn't."

14      Why doesn't the Defendant want Uber to come where you are

15  staying?

16  *A.*  He does not want anybody to know where I live.

17  *Q.*  Were you living with the Defendant in May 2016?

18  *A.*  Yes.

19  *Q.*  Where were you living?

20  *A.*  Tamarac -- no, Lake Worth.  I'm sorry.

21  *Q.*  Okay.  And finally in this group I want to show you page

22  700, June 6, 2016, the Defendant sends you a picture of a car.

23  Do you see that?

24  *A.*  Yes.

25  *Q.*  And after that picture you wrote, "Is that your car?"  And

1    he said, "You ok.  You like it."  And you said, "Yeah, it's

2    nice."  He said, "Well we got that."  And you said, "I'm just

3    tired of the struggle.  Really?"  And then he wrote, "I know

4    marosa.  I know."  A blank space is what you wrote.  And he

5    said, "Just imagine the 9 to 5 people."

6        What is 9 to 5 people?

7    A.  Regular people who have a normal job.

8    Q.  And you wrote, "I'm tired tired tired of b.s."  What is

9    b.s.?

10   A.  Bull shit.

11   Q.  And he wrote, "DXXXXXX."  And you wrote, "Fuck that.  Yes

12   the whore."  And he wrote, "DXXXX.  The rest of them.  Focus

13   marosa."  And you said, "They sick dick from 9 to 5.  Ok

14   corazon."

15       Now, he mentioned DXXXX and DXXXXXX.  Do you know these

16   girls?

17   A.  Yes.

18   Q.  Were these the girls that were there that helped bring you

19   into the house?

20   A.  Yes.

21           MR. SCHILLER:  Remove publication, please.

22           Your Honor, I would like to publish 5ax.

23           THE COURT:  Any objection?

24           MR. PEACOCK:  No, ma'am.

25

1    *BY MR. SCHILLER:*

2    *Q.*  Ms. CXX, is this another separate WhatsApp text message

3    between you and the Defendant?

4    *A.*  Yes.

5    *Q.*  Was this the other number, 818-826-4747?

6    *A.*  Yes.

7    *Q.*  On June 8, 2016, at 2:00 a.m., you say, "When do I leave

8    corazon."  He said, "In 5".  You say, "Okay."  He said, "He's

9    holding to long for those hours. He gotta put on 200 if gonna

10   spend time this long."  You say, "I know.  Smh."

11       What is he referring to with you?

12   *A.*  If the client wants to stay longer, they have to pay $200

13   more.

14   *Q.*  On June 11, 2016, at 9:36 p.m., page 14.  He wrote, "He

15   thinks cause he gives you that your gonna do wtf he says when

16   he says."  What is wtf?  You can say it.

17   *A.*  What the F-U-C-K.

18   *Q.*  And you say, "I know."  Shaking my head.  "I hate him!!!"

19   And the Defendant responds, "He needs to scared of losing you."

20   And you wrote, "I know.  You need to punch him.  He needs fear.

21   Love you Corazon."  And he responds, "Make him fearful of

22   losing you!!!"  You responded, "Your the only person that makes

23   me feel better.  Okay Corazon."

24       What was he asking you to do here?

25   *A.*  To hit the client.

Pauline A. Stipes, Official Federal Reporter

```
 1    Q.  Why?

 2    A.  To scare him.

 3    Q.  To scare the client?

 4    A.  Yes.

 5    Q.  June 13, 2016 --

 6            MR. PEACOCK:  What page is this?

 7            MR. SCHILLER:  29.

 8    BY MR. SCHILLER:

 9    Q.  On June 16th, did you send three photos of yourself before

10    surgery?

11    A.  Yes.

12    Q.  How did he respond?

13    A.  "Where'd you get those."

14    Q.  Do you know why the Defendant didn't want you to show those

15    three pics to anyone?

16    A.  He was embarrassed how I looked.

17    Q.  Page 41, June 16, 2016, at 2:41 a.m., the Defendant sends

18    you this text message.

19        What are we looking at in that picture?

20    A.  Grim reaper.

21    Q.  He writes, "THIS IS THE PART OF ME YOU WANT??  WOULD YOU

22    LIKE ME TO BRING HIM BACK?"  You responded, "Cause I don't live

23    like how the failure you know you always trying to put me down

24    huh.  Okay, I see."

25        When he sends that to you and writes things in all caps,
```

```
1    what effect does that have on you?

2    A.  I am really scared.

3    Q.  Why?

4    A.  Because he is threatening me.

5    Q.  Jump down to 346.  This is November 22, 2016.  You wrote,

6    "Don't forget to pick up my clothes at the mall please corazon.

7    The receipt is in the middle of the white benz."  He said, "Ok.

8    Just say the white.  Jerk.  Make sure keep yourself super

9    pretty!"

10        What does he mean when he says white?

11   A.  He doesn't want me to describe the car, just say white.

12   Q.  Why?

13   A.  Because he doesn't want anybody to know what car we are

14   talking about.

15   Q.  Because you described the car the wrong way?

16   A.  Yes.

17   Q.  And finally in this group, page 386, March 5, 2017.  He

18   says, "HAPPY BIRTHDAY MAROSITA," and you respond, "Thank you

19   corazoncito.  Couldn't live without you.  The positive energy

20   you give me is everlasting.  Your my EVERGREEN 4EVA."  And you

21   respond, "Te amo!  With maybe 15 hearts."

22        What is te amo?

23   A.  I love you in Spanish.

24   Q.  You say, "That touched my heart," with smily faces and more

25   smily faces.  Then you ask him, "Are you made at me?"  And he
```

1    says, "No, marosa.  A little disappointed.  But it's your

2    birthday.  I have to be how I talk and been good to the only

3    family I have."

4        When he says he is a little disappointed in you in the text

5    message, what is he disappointed in you for?

6    A.  I don't think I worked on my birthday, and he was mad about

7    that.

8    Q.  Is that the only day you didn't work?

9    A.  Yes.

10            MR. SCHILLER:  Remove publication, please.

11            Judge, if I could approach the witness.

12            THE COURT:  Yes.

13   BY MR. SCHILLER:

14   Q.  I show you 1a.  Do you recognize this device?

15   A.  Yes.

16   Q.  Whose phone is this?

17   A.  Alston's.

18   Q.  When was the last time you saw this in the case?

19   A.  In the van before he dropped me off.

20   Q.  In the van before he dropped you off?

21   A.  Yes.

22   Q.  You are talking about the day he got arrested for this

23   case?

24   A.  Yes.

25            MR. SCHILLER:  Your Honor, permission to publish

 1  Government Exhibit 11a.  It has been published previously.

 2          *THE COURT:*  You may.

 3  *BY MR. SCHILLER:*

 4  *Q.*  Ms. CXX, is this the minivan?

 5  *A.*  Yes.

 6          *MR. SCHILLER:*  Permission to publish 1b, the user

 7  accounts in the phone.

 8          *MR. PEACOCK:*  Sorry, 1b?

 9          *MR. SCHILLER:*  The user accounts within the phone.

10          *MR. PEACOCK:*  No objection.

11          *THE COURT:*  You may.

12  *BY MR. SCHILLER:*

13  *Q.*  You identify this as the Defendant's device?

14  *A.*  Yes.

15  *Q.*  We looked at other accounts or other phones yesterday.  Do

16  you remember that?

17  *A.*  Yes.

18  *Q.*  If we see Orlando or moms 100 or 1000, whose accounts would

19  those be?

20  *A.*  Alston.

21  *Q.*  What about NinoX90@gmail?

22  *A.*  Alston.

23  *Q.*  That is his account?

24  *A.*  Yes.

25  *Q.*  What about just Nino?

```
 1    A.   Alston.

 2    Q.   What about passwords with the word snow?

 3    A.   Alston.

 4    Q.   You looked at this document before today?

 5    A.   Yes.

 6    Q.   Are most of the accounts in here related to Alston

 7    Williams?

 8    A.   Yes.

 9              MR. SCHILLER:   Permission to publish 1j.

10              MR. PEACOCK:   No objection.

11              THE COURT:   You may.

12    BY MR. SCHILLER:

13    Q.   Again, was this your phone number, (818)826-4747?

14    A.   Yes.

15    Q.   Would there be anyone else identified in the Defendant's

16    phone as Rosa other than you?

17    A.   No.

18    Q.   I want to ask you about one group of text messages here.

19         Page one.   First of all, at the top, you talked about this

20    yesterday, here you sent a message that says, "Here is a

21    glimpse of my location."

22         Is that the location sending message that you could do?

23    A.   Yes.

24    Q.   And then you sent it again it looks like a couple of days

25    later?
```

1    *A.* Yes.

2    *Q.* This is April of last year, April 24th, line nine, you

3    wrote "Vi eg 300 situps."

4        Just because it has been a night since you testified

5    yesterday, one more time could you explain what that means?

6    *A.* Vi means client in, eg, everything good.  300 is the amount

7    of money and situps is money.

8    *Q.* You wrote, "Getting ready btg."  What is that?

9    *A.* About to go.

10   *Q.* And you wrote, "Ty.  Signal is bad," and he writes,

11   question mark.  You respond, "Brushing teeth.  In elevator.

12   I'm outside."

13       Why are you writing you are brushing your teeth, outside,

14   why?

15   *A.* I have to let him know because he is mad at me.

16   *Q.* For what?

17   *A.* If I don't let him know what I am doing every second.

18   *Q.* And you say, "Corazon I'm calling you.  Here is a Glympse

19   of my location," and you send him -- that is a couple of days

20   later, the Glympse.

21       Then you try to call him.  Is that what that is?

22   *A.* Yes.

23           *MR. PEACOCK:*  Mr. Schiller, there is a two-month break

24   there, not a couple of days.

25           *MR. SCHILLER:*  Between elevator and outside, that is

```
 1   right.  My apologies.  There is two month between the "in

 2   elevator" and "I'm outside."

 3           Remove publication.

 4           At this time, the Government would like to move in as

 5   a business record the seven-page document of records from

 6   Confide.

 7           THE COURT:  What document is it?

 8           MR. SCHILLER:  80.

 9           THE COURT:  Any objection?

10           MR. PEACOCK:  I am sorry, 8 --

11           MR. SCHILLER:  80.

12           MR. PEACOCK:  No objection, your Honor.

13           THE COURT:  Okay, Exhibit 80 is admitted without

14   objection.

15           MR. SCHILLER:  Thank you.  If we could publish.

16       (Whereupon Government Exhibit 80 was marked for evidence.)

17   BY MR. SCHILLER:

18   Q.  Moving past pages one, two, three, the actual business

19   record certification.  Ms. CXX, we are looking at records we

20   received from the Confide company here.

21       The user name Luckee Nino and ninox90@gmail, whose account

22   would that be?

23   A.  Alston's.

24   Q.  Again, where it says ninox90 and Luckee Nino, is that

25   Alston's account as well?
```

Pauline A. Stipes, Official Federal Reporter

1    *A.*  Yes.

2    *Q.*  This one is under the email address orlandox478, but has

3    the name Gen gen and ggen67@gmail.  Whose account was that?

4    *A.*  GXXXXXX.

5    *Q.*  And asang asang, with an email asang 100@gmail, whose

6    account was that?

7    *A.*  Alston's.

8    *Q.*  The account yadira7765, with Rositaa W, whose account was

9    that?

10   *A.*  Mine.

11   *Q.*  Why does it say Rosita W?

12   *A.*  W for Williams.

13   *Q.*  Your last name is CXX?

14   *A.*  Yes.

15   *Q.*  Can you explain that?

16   *A.*  He wanted my last name to be his.

17   *Q.*  And purpilzzz@gmail.com, with Purp Ilzz, whose account was

18   that?

19   *A.*  Mine.

20   *Q.*  Thank you very much.  If we could remove publication.

21       Now, when you would communicate with the Defendant through

22   Confide or Wickr, we have seen some of the text messages and

23   WhatsApp messages, was the conversation the same or different?

24   *A.*  No, it was different.

25   *Q.*  How was it different?

1   *A.*  Everything is different, messages get deleted.

2   *Q.*  But how would the Defendant communicate to you on those

3   other apps?  For example, in the text messages where you are

4   sending vo eg, vi eg, you are sending the codes?

5   *A.*  Yes.

6   *Q.*  There might be a response at the end saying cheer.  When

7   you use Wickr and Confide and the messages delete instantly, is

8   he talking the same way or differently?

9   *A.*  Sometimes different.

10  *Q.*  Does he talk more freely in those apps?

11  *A.*  Yes.

12  *Q.*  What kinds of things would he tell you as opposed to

13  texting in WhatsApp?

14  *A.*  He would talk about the amount of money I would be making,

15  should be making.  A goal.

16  *Q.*  A goal for the day?

17  *A.*  Yes.

18  *Q.*  You also mentioned you have an app on your device called a

19  Life360; is that right?

20  *A.*  Yes.

21      *MR. SCHILLER:*  The Government would like to move into

22  evidence Government Exhibit 79, the business records from

23  Life360.

24      *MR. PEACOCK:*  No objection.

25      *THE COURT:*  Admitted without objection.

```
 1           (Whereupon Government Exhibit 79 was marked for evidence.)

 2    BY MR. SCHILLER:

 3    Q.   So, these are the records we received from Life360, the app

 4    you described?

 5    A.   Yes.

 6    Q.   Who is the account for Dorothy?  Who is that?

 7    A.   His mom.

 8    Q.   Yoko?

 9    A.   Alston.

10    Q.   Rosita Williams?

11    A.   Me.

12    Q.   Going down to page six, whose email is dorothyw786@gmail?

13    A.   His mother.

14    Q.   Yadira7765@gmail?

15    A.   Me.

16    Q.   I want to move over to the right, the dates the accounts

17    were created.  When was your account created?

18    A.   On the 12th.

19    Q.   Read the whole date.

20    A.   9/12/2012.

21    Q.   So, this account was created for you five years before the

22    Defendant's arrest.  Were you using it during that time period?

23    A.   Yes.

24    Q.   His account was created about seven months before yours; is

25    that right?
```

```
1    A.  Yes.
2         MR. SCHILLER:  Thank you, Judge, we can end
3    publication.
4    BY MR. SCHILLER:
5    Q.  Now, Ms. CXX, during a search of the Lake Worth house,
6    there were a lot of credit and debit cards recovered in your
7    name and that of the others.  Did you have money to open those
8    accounts or pay those bills?
9    A.  No.
10   Q.  So, how did those accounts come to exist?
11   A.  He used the money I made to open them.
12   Q.  What about the cars that were found at the house, the
13   Lexus, Mercedes, how were those obtained?
14   A.  By the money that I made.
15   Q.  And as a result of these accounts being opened in your
16   name, how was your credit?
17   A.  Very bad.
18        MR. PEACOCK:  Objection, relevance.  It is a 404(b)
19   argument.
20        MR. SCHILLER:  Withdrawn.
21        THE COURT:  Okay.
22        MR. PEACOCK:  I move to strike the question, your
23   Honor.
24        THE COURT:  I will ask the jury to disregard the last
25   question, it has been withdrawn.
```

1    *BY MR. SCHILLER*:

2    Q.   In regards to the minivan, how did the Defendant use it

3    when it came to you or GXXXXXX or DXXXXXX in the acts of

4    prostitution?

5    A.   He would use the car to take us to appointments.

6    Q.   You mentioned earlier about a photo we saw in text

7    messages, that there were surveillance cameras in the house,

8    right?

9    A.   Yes.

10   Q.   Were there cameras inside, outside, both?

11   A.   Both.

12   Q.   Where were the cameras inside?

13   A.   In the living room.

14   Q.   Anywhere else?

15   A.   I think by the front door.

16   Q.   And who had access to monitor those cameras?

17   A.   Alston.

18   Q.   How did he monitor them?

19   A.   Through the phone.

20   Q.   Could he monitor them through anything else?

21   A.   The office.

22   Q.   How in the office?

23   A.   He had TVs.

24   Q.   Okay.

25   A.   And I don't know what it is called, he had a computer in

1    there as well, keyboard, and he used his phone as well.

2    Q.  Could these things connect to the surveillance cameras?

3    A.  Yes.

4    Q.  Did Alston tell you why he had surveillance cameras inside

5    the house?

6    A.  No.

7          MR. SCHILLER:  Your Honor, permission to publish 36j,

8    page ten.

9          THE COURT:  Any objection?

10          MR. PEACOCK:  No, ma'am.

11          THE COURT:  What is that?

12          MR. PEACOCK:  No, ma'am.

13          THE COURT:  Okay.  You may.

14   BY MR. SCHILLER:

15   Q.  Ms. CXX, what are we looking at here?

16   A.  The pool in the Lake Worth house with the girls inside the

17   pool.

18   Q.  Do you know who the girls are?

19   A.  Me, DXXXXXX, KXXXXX, and GXXXXXX.

20   Q.  We haven't talked about KXXXXX yet.  We will get to her

21   soon.

22          MR. PEACOCK:  I object to the commentary, your Honor.

23          THE COURT:  Sustained.

24   BY MR. SCHILLER:

25   Q.  Ms. CXX, how is this photograph taken?

1    A.   Through the surveillance cameras.

2    Q.   Would anyone have access to take this picture other than

3    the Defendant?

4    A.   No.

5    Q.   Did you have a surveillance camera in your bedroom at some

6    point?

7    A.   Yes.

8    Q.   When was that?

9    A.   During December.

10   Q.   What year?

11   A.   I don't remember what year.

12   Q.   What happened to that surveillance camera?

13   A.   I told him to take it down.

14   Q.   Did he?

15   A.   Yes.

16   Q.   Now, Ms. CXX, other than for prostitution activities,

17   whether it was local or traveling to other states for clients,

18   were you allowed to leave the house?

19   A.   No.

20   Q.   So, what did you do in the house when you weren't working

21   at 11:00 a.m. in the morning?

22   A.   Cleaning, cooking, massaging him.

23   Q.   Ms. CXX, while you were living in the Lake Worth house,

24   were you aware there were firearms there?

25   A.   No.

1    Q.   In the Lake Worth house?

2    A.   No --

3    Q.   Let's back up a second.

4         Did you know there were firearms in the Lake Worth house?

5    A.   Yes.

6    Q.   I would like to show you what has already been published to

7    the jury, Government Exhibit 9bb.  What is that?

8    A.   That is a gun.

9    Q.   Do you know where it is?

10   A.   In the office.

11   Q.   Okay.  Ms. CXX, I would like to show you Government Exhibit

12   26.  Ms. CXX, is that the same firearm?

13   A.   Yes.

14   Q.   Does the firearm always remain in the office?

15   A.   Yes.

16   Q.   Could you get into the office whenever you wanted to?

17   A.   No.

18   Q.   Who was the only one who had access to the office?

19   A.   Alston.

20   Q.   Showing you Government Exhibit 9bv.  What is that?

21   A.   Another gun.

22   Q.   Where is this one?

23   A.   In my closet.

24   Q.   Whose closet?

25   A.   My closet.

```
 1    Q.   Who put it there?

 2    A.   He put it there.

 3    Q.   Do you know why he put it there?

 4    A.   He told me not to ask questions.

 5    Q.   Did you see that gun every day when you got dressed?

 6    A.   Yes.

 7    Q.   Showing you Government Exhibit 27, is this that same

 8    firearm?

 9    A.   Yes.

10    Q.   And this was in your closet every day when you got dressed?

11    A.   Yes.

12    Q.   Did the Defendant ever use these firearms in any way

13    towards you or any of the other girls in the house?

14    A.   Yes.

15    Q.   Did he ever use it towards GXXXXXX?

16    A.   Yes.

17    Q.   How?

18    A.   Pointing it at her.

19    Q.   What context, hey, here's the gun, or something different?

20    A.   No.  She did something wrong and he was trying to scare

21    her.

22    Q.   Did he point the gun at you?

23    A.   Yes.

24    Q.   Do you remember one particular instance?

25    A.   No.
```

```
1    Q.  How many times would he do it?

2    A.  Three times.

3    Q.  You remember him pointing it at you three times

4    specifically?

5    A.  Yes.

6    Q.  Where would he point it at you?

7    A.  My face, leg, chest.

8    Q.  Was there an incident involving his son with the gun?

9    A.  Yes.

10        MR. PEACOCK:  Objection, leading.  Judge, please.

11        THE COURT:  Sustained.  Rephrase, please.

12   BY MR. SCHILLER:

13   Q.  Did he ever point the gun at you involving someone else?

14   A.  Yes.

15        MR. PEACOCK:  I object, your Honor.  That is leading

16   because of the last question.  There is no way it cannot be

17   leading at this point.  I move to strike both questions.

18        THE COURT:  You can ask the witness -- I ask the jury

19   to disregard.  You can ask the witness what she observed at any

20   time involving the gun.

21   BY MR. SCHILLER:

22   Q.  Was there any other time the Defendant pointed the gun at

23   you?

24   A.  No.

25   Q.  Did he ever say anything when he was pointing the gun at
```

1   you?

2   *A.*   Yes.

3   *Q.*   What did he say?

4   *A.*   Think about what I did, imagine not being here any more.

5   *Q.*   The fact that he was pointing the gun at GXXXXXX, did that

6   scare you?

7   *A.*   Yes.

8   *Q.*   Did he ever threaten your family?

9   *A.*   Yes.

10   *Q.*   What did he say?

11   *A.*   He said, I will get rid of everyone I loved and know.

12   *Q.*   Did he say you had to do something or he was just going to

13   do it?

14   *A.*   If I forget something or ho shit.

15   *Q.*   Did you have meetings about loyalty to the Defendant?

16   *A.*   Yes.

17   *Q.*   What was that like?

18   *A.*   Constant, loyal, listen, never leave, do what he says.

19   *Q.*   Do you know a girl named KXXXXX CXXXXXXX?

20   *A.*   Yes.

21   *Q.*   How did you first meet KXXXXX?

22   *A.*   Through his son.

23   *Q.*   Whose son?

24   *A.*   Alston's son.

25   *Q.*   What is his name?

```
 1    A.   Niko.

 2    Q.   Do you know his wife's name?

 3    A.   Deandre Williams.

 4    Q.   How did you meet Deandre?

 5    A.   He brought her down to the house.

 6    Q.   I want to show you 5am for publication.

 7              MR. SCHILLER:  May I publish, Judge?

 8              THE COURT:  Which exhibit?

 9              MR. SCHILLER:  5am.

10              THE COURT:  Any objection?

11              MR. PEACOCK:  No.

12              THE COURT:  You may publish.

13    BY MR. SCHILLER:

14    Q.   Who are we looking at?

15    A.   Me and KXXXXX.

16    Q.   Who is on the left?

17    A.   Me.

18    Q.   And who is on the right?

19    A.   KXXXXX.

20    Q.   How long was KXXXXX -- I'm sorry, you said Deandre and

21    KXXXXX came down to Florida?

22    A.   Yes.

23    Q.   Where are they from?

24    A.   Jacksonville, I think.

25    Q.   Move closer to the mic.  That is perfect.  Stay just like
```

```
 1   that.
 2        How long -- did they move into the house?
 3   A.  Yes.
 4   Q.  How long were they living there I'll say while Kassie was
 5   working?
 6   A.  A couple of months.
 7   Q.  And did KXXXXX perform acts of prostitution for Alston
 8   Williams?
 9   A.  Yes.
10   Q.  Where?
11   A.  At an agency.
12   Q.  Do you know which one?
13   A.  No.
14   Q.  How did KXXXXX know what to do?
15   A.  Alston told me to send GXXXXXX to teach her what to do.
16   Q.  What happened with the money she made?
17   A.  She gave it to Deandre, and he gave it to his dad.
18             MR. SCHILLER:  Okay.  Remove publication, please.
19             Your Honor, at this time, permission to publish
20   Government Exhibit 5av.
21             THE COURT:  Any objection?
22             MR. PEACOCK:  I need one second, your Honor.
23             No objection, Judge.
24             THE COURT:  Okay, you may publish.
25
```

1    *BY MR. SCHILLER*:

2    Q.  Ma'am, we are going to watch this very short video clip and

3    I will have a question for you, but I will pause it because I

4    want to know who the people are.

5         (Video played.)

6    Q.  At the beginning of the clip, who is that?

7    A.  Me.

8    Q.  Who is taking this video?

9    A.  Me.

10        (Video played.)

11   Q.  Who is that?

12   A.  KXXXXX.

13   Q.  And who is the other girl?

14   A.  GXXXXXX.

15   Q.  Where are you?

16   A.  In a hotel.

17   Q.  Why were you in the hotel?

18   A.  We were working.

19   Q.  Now, at the end there, there is laughter.  You girls appear

20   to be happy.  Was it always like that?

21   A.  No.

22   Q.  Were you aware of an incident where KXXXXX was injured by a

23   client?

24   A.  Yes.

25   Q.  Can you tell us the story about that, please?

1  *A.*  I was waiting in the car with the driver and another girl,

2  we were working and we heard screaming, so we started running

3  to see where it was coming from.

4  *Q.*  You were in a car with another girl and a driver?

5  *A.*  Yes.

6  *Q.*  Where were you?

7  *A.*  I was in the car because we were working.

8  *Q.*  Physically where was the car?  Was it in a parking lot, on

9  the street?

10  *A.*  It was on the street.

11  *Q.*  Why was it on the street?

12  *A.*  We were waiting for Kassie.

13  *Q.*  What was KXXXXX doing?

14  *A.*  Working.

15  *Q.*  So, you were waiting and you said you heard screaming?

16  *A.*  Yes.

17  *Q.*  What happened next?

18  *A.*  We run out the car and we actually find her, so we go

19  upstairs and she is being beaten by a client.

20  *Q.*  What happened next?

21  *A.*  We tried to get him off of her and there was a lot of

22  screaming and yelling.

23  *Q.*  Were the police called?

24  *A.*  Yes.

25  *Q.*  This third girl you were with that night, did she videotape

45

1    part of the incident?

2    *A.*  Yes.

3    *Q.*  Are you in that videotape?

4    *A.*  Yes.

5    *Q.*  Have you reviewed it before today?

6    *A.*  Yes.

7    *Q.*  Does it accurately reflect when KXXXXX ran out of the

8    apartment?

9    *A.*  Yes.

10   *Q.*  And before I ask about the video, you said the police were

11   called.  Did they come?

12   *A.*  Yes.

13   *Q.*  What happened to the client?

14   *A.*  I don't know.  I left after that.

15   *Q.*  Did the police ask you girls why you were there?

16   *A.*  I wasn't there when the cops came.

17   *Q.*  You weren't.  Okay.

18           *MR. SCHILLER:*  Your Honor, at this point, the

19   Government would like to publish 20c, the video just described.

20           *MR. PEACOCK:*  No objection.

21           *THE COURT:*  You may publish.  Did you say 20c?

22           *MR. SCHILLER:*  I did.

23           *THE COURT:*  That is not in evidence yet.

24           *MR. SCHILLER:*  I apologize.

25           *THE COURT:*  Did you want to move that into evidence?

46

1   *BY MR. SCHILLER:*
2   Q.  Ms. CXX, you viewed the video before today?
3   A.  Yes.
4           MR. PEACOCK:  I don't have an objection.
5           THE COURT:  20c is admitted without objection.
6       (Whereupon Government Exhibit 20c was marked for evidence.)
7           MR. SCHILLER:  Publishing Government Exhibit 20c.
8           (Thereupon, the video was played.)
9   *BY MR. SCHILLER:*
10  Q.  Ms. CXX, who is the man yelling, give me my money back,
11  give me my money back?
12  A.  A client.
13  Q.  And who is the girl coming out of the apartment?
14  A.  KXXXXX.
15  Q.  Who is the girl in the red dress?
16  A.  Me.
17  Q.  You just made a comment, I am going to have my boyfriend F
18  you up.  Who are you referring to?
19  A.  Alston.
20     (Video played.)
21          MR. SCHILLER:  That ends the publication of Government
22  Exhibit 20c.
23  *BY MR. SCHILLER:*
24  Q.  Was that KXXXXX we saw at the end with the injuries?
25  A.  Yes.

17

```
 1              MR. SCHILLER:  Remove publication, please.
 2    BY MR. SCHILLER:
 3    Q.  I am showing you Government Exhibits 20a and 20b.
 4        What are these photographs of?
 5    A.  KXXXXX.
 6    Q.  When?
 7    A.  After she got hit by the client.
 8    Q.  Do these photos fairly and accurately represent the
 9    injuries of KXXXXX that we saw that night in the video?
10    A.  Yes.
11              MR. SCHILLER:  We move in 20a and b?
12              MR. PEACOCK:  No objection.
13              THE COURT:  Admitted without objection.
14         (Whereupon Government Exhibits 20a, 20b were marked for
15           evidence.)
16              MR. SCHILLER:  If we could please publish.
17    BY MR. SCHILLER:
18    Q.  Is this KXXXXX CXXXXXXX?
19    A.  Yes.
20    Q.  Do you see swelling and bruising on her left side?
21    A.  Yes.
22    Q.  And blood on her cheek?
23    A.  Yes.
24    Q.  Showing you 20b, is that also KXXXXX CXXXXXXX?
25    A.  Yes.
```

1    *Q.*   That is blood coming out of her lip?

2    *A.*   Yes.

3    *Q.*   Remove publication, please.

4       You said KXXXXX was only working as a prostitute for

5  several months?

6    *A.*   Yes.

7    *Q.*   When you returned home after that night with KXXXXX with

8  injuries, what did Alston say about the injuries?

9    *A.*   That's what she gets.

10   *Q.*   Do you know a girl named Crystal R?

11   *A.*   Yes.

12   *Q.*   Who is Crystal R?

13   *A.*   A girl Alston brought to the house to work, but she never

14 got to work.

15   *Q.*   Do you know where he found her?

16   *A.*   No.

17        *MR. SCHILLER:*   Your Honor, I would like to publish --

18 it has been published to the jury -- Government Exhibit 9ay.

19        *THE COURT:*   Which one is it?

20        *MR. SCHILLER:*   9ay.

21        *THE COURT:*   It may be published.

22        *MR. SCHILLER:*   This is per the Court's direction.

23        *THE COURT:*   Okay.

24   *BY MR. SCHILLER:*

25   *Q.*   Whose Social Security card and ID is this?

1    *A.*  Crystal's.

2    *Q.*  Where were these cards?

3    *A.*  In the office.

4    *Q.*  In the safe?

5    *A.*  In the safe.

6    *Q.*  Who was the only one with access to the office?

7    *A.*  Alston.

8    *Q.*  How did the Defendant introduce her to you?

9    *A.*  His cousin.

10   *Q.*  You indicated earlier that the Defendant would have you do

11   things at his pleasure; is that right?

12   *A.*  Yes.

13   *Q.*  Would he also do that with CR?

14   *A.*  Yes.

15           *MR. SCHILLER:*  Remove publication, please.

16           Your Honor, I would like to publish to the jury

17   Government Exhibit 5aq, a video involving Ms. CXX and CR.

18   *BY MR. SCHILLER:*

19   *Q.*  Ms. CXX, have you had an opportunity to look at the video

20   before?

21   *A.*  Yes.

22   *Q.*  Does it show you in the video?

23   *A.*  Yes.

24   *Q.*  And who else?

25   *A.*  Crystal.

```
 1              THE COURT:  Any objection?
 2              MR. PEACOCK:  No, ma'am.
 3              THE COURT:  You may publish.
 4              MR. SCHILLER:  I need to notify the Court about this
 5     before we do this.  I think it is best at sidebar.  I could do
 6     it openly, but I think it best to do at sidebar.
 7              THE COURT:  Okay.
 8              MR. PEACOCK:  I concur with that.  I don't know what
 9     it is, but I concur.
10              THE COURT:  Okay.
11              (Proceedings at sidebar.)
12              MR. SCHILLER:  Judge, the Government exhibit that we
13     are about to play is a video.
14              THE COURT:  Identify it for the record.
15              MS. McCREA:  The jury is leaving.
16              THE COURT:  I am letting them use the restroom to save
17     time.
18              MR. HOOVER:  5aq and 36f.
19              MR. SCHILLER:  Video 5aq is a video taken by the
20     Defendant of KXXXXX CXXXXXXX performing oral sex on Ms. CXX and
21     the taser is identified right there in the video.
22              MS. McCREA:  Is it KXXXXX or Crystal?
23              MR. SCHILLER:  Crystal R.  I'm sorry.
24              Because some of the monitors face outward and there is
25     a reporter from the press here, for Ms. CXX's sake and Crystal
```

1    R's sake, if we could turn the monitors so the gallery can't

2    see the video.

3           THE COURT:  You want to turn your screens around?

4           MS. McCREA:  We could put it off.

5           MR. SCHILLER:  I appreciate the Court's indulgence.

6           THE COURT:  Is counsel okay with turning them off?

7           MS. McCREA:  Yes.

8           THE COURT:  Okay.

9           MR. SCHILLER:  Thank you.  That is why I wanted to go

10   sidebar.

11          (Sidebar concluded.)

12          THE COURT:  All right.  We will take a five minute

13   break.  Get comfortable.  For those jurors in here, we'll just

14   do five minutes now, with the same instruction.

15      *(Thereupon, the jury left the courtroom.)*

16      *(Thereupon, a short recess was taken.)*

17          THE COURT:  All right.  Bring our jury in.

18      *(Thereupon, the jury returns to the courtroom.)*

19          THE COURT:  All right.  Welcome back, ladies and

20   gentlemen.  Please be seated.

21          Counsel may proceed.

22          MR. SCHILLER:  Judge, thank you.

23   BY MR. SCHILLER:

24   Q.  You said before the break the Defendant would have you do

25   things for pleasure?

1    *A.*  Yes.

2    *Q.*  Was there a video with you and KXXXXX -- I am sorry,

3    Ms. CXX and Crystal R?

4    *A.*  Yes.

5         *MR. PEACOCK:*  We preserve our prior objections, your

6    Honor.

7         *THE COURT:*  Relevancy?

8         *MR. PEACOCK:*  412.

9         *THE COURT:*  I need you to be clear so the record is

10   clear.  What objection?

11        *MR. PEACOCK:*  May I defer to Ms. McCrae?

12        *MS. McCREA:*  The 412 issue, the Government had the

13   witness agree it was Ms. CXXXXXXX, and he corrected the witness

14   that it is not Ms. CXXXXXXX, it is Crystal R, preserving the

15   issues with respect to Crystal R.

16        *MR. PEACOCK:*  You ruled on it.

17        *THE COURT:*  Yes.

18   *BY MR. SCHILLER:*

19   *Q.*  You looked at this video before.  Who were the girls

20   portrayed in the video?

21   *A.*  Me and Crystal.

22       (Thereupon, the video was played.)

23        *MR. SCHILLER:*  That concludes publication of

24   Government Exhibit 5aq.

25

1   *BY MR. SCHILLER:*

2   Q.  Ms. CXX, I want to ask you a couple of questions about that

3   video.  Okay?

4   A.  Yes.

5   Q.  Who was lying on the bed?

6   A.  Me.

7   Q.  And who was the one performing oral sex?

8   A.  Crystal.

9   Q.  Did you see in the video a black object next to you?

10  A.  Yes.

11  Q.  What was that?

12  A.  Taser.

13  Q.  Who picked up that taser?

14  A.  Alston.

15  Q.  Who videotaped that?

16  A.  Alston.

17  Q.  Who was the male voice speaking, giving directions in that

18  video?

19  A.  Alston.

20  Q.  Did Alston also commit violence against Crystal R?

21  A.  Yes.

22  Q.  You said that Crystal R never actually performed acts of

23  prostitution for money; KXXXXX is that right?

24  A.  Correct.

25  Q.  Was she made aware of it?

1    *A.*   Yes.

2    *Q.*   How?

3    *A.*   He told her.

4    *Q.*   What happened to Crystal R?

5    *A.*   She ran away.

6    *Q.*   How did she do that?

7    *A.*   She ran away when Alston was sleeping and she ran out the

8    house.

9    *Q.*   You mentioned earlier that the Defendant would drive you

10   girls to prostitution dates for out calls and things like that?

11   *A.*   Yes.

12   *Q.*   When he was driving, what were his feelings about people

13   around him?

14   *A.*   He hated cops, people, he hated everything.

15   *Q.*   Was he driving in any sort of way?

16   *A.*   Yes, like he was running away from someone.

17   *Q.*   What do you mean?

18   *A.*   Dodging cars, speeding, never having a window down, always

19   hiding his face.

20   *Q.*   We have seen a couple of pictures.  Do you have a tattoo on

21   your back?

22   *A.*   Yes.

23        *MR. SCHILLER:*   Your Honor, I will publish 9cm.  If we

24   could publish, please.

25

1   *BY MR. SCHILLER:*

2   Q.  That is a photo of your back from the day of Alston

3   Williams' arrest on November 29, 2017?

4   A.  Yes.

5   Q.  We have seen photos where there were names in the middle of

6   the heart?

7   A.  Yes.

8   Q.  Why doesn't it look that way anymore?

9   A.  It is covered up.

10  Q.  Why?

11  A.  Alston told me to get it covered up.

12  Q.  Did he say why?

13  A.  Since he was arrested, he didn't want any attention drawn

14  to us.

15  Q.  I would like to publish 36j, page 13.

16      Is this what it looked like before he told you to get it

17  covered up?

18  A.  Yes.

19  Q.  How was it getting covered up for you, how did it feel?

20  A.  Like I was dying.

21  Q.  What do you mean?

22  A.  It was painful.

23  Q.  All that ink?

24  A.  Yes.

25  Q.  And you still have it today?

1   *A.*  Yes.

2   *Q.*  Remove publication, please.

3       I would like to show you 50h.  Could you tell us what is

4   happening in this photograph?

5   *A.*  It got covered up and a whole bunch of blood is inside the

6   tape.

7   *Q.*  You just got it covered?

8   *A.*  Yes.

9           *MR. SCHILLER:*  I would like to publish 50h.

10          *THE COURT:*  Any Objection?

11          *MR. PEACOCK:*  No.

12  *BY MR. SCHILLER*:

13  *Q.*  Was this at the tattoo parlor?

14  *A.*  Yes.

15  *Q.*  The red around it, what is that?

16  *A.*  Blood.

17  *Q.*  Remove publication, please.

18      Ms. CXX, we have looked at a lot of text messages between

19  you and the Defendant.  Did he only have one phone number?

20  *A.*  No.

21  *Q.*  How many did he have?

22  *A.*  Too many.

23          *MR. SCHILLER:*  I would like to publish 3b.

24          *THE COURT:*  Any objection?

25          *MR. SCHILLER:*  Specifically pages 21 and 22 of 3b.

```
 1              THE COURT:  You may publish.
 2              MR. PEACOCK:  No objection.
 3   BY MR. SCHILLER:
 4   Q.  As we look down 21 and 22, contact name, Corazon 2, Corazon
 5   Ipad, Corazon N3, Corazon N5, Corazon other, Corazon other,
 6   Corazon other, Corazoncito, whose phone number and contacts is
 7   that?
 8   A.  Alston's.
 9   Q.  Ms. CXX, with the money you and the girls made for the
10   Defendant, does he spend it on himself?
11   A.  Yes.
12   Q.  I think you mentioned that yesterday.
13              MR. PEACOCK:  Objection to the commentary.
14              THE COURT:  Sustained.
15              MR. SCHILLER:  Sorry.  I didn't want to go into that
16   line of questioning anyway.
17   BY MR. SCHILLER:
18   Q.  You also mentioned yesterday, I believe you said you had
19   birth control?
20   A.  Yes.
21   Q.  Where did you go to get the birth control?
22   A.  I believe Fort Lauderdale.
23   Q.  Do you remember the name of it?
24   A.  No.  I don't.
25   Q.  When you went there, did you see a doctor or nurse?
```

 1    *A.*   A nurse.

 2    *Q.*   The same woman every time?

 3    *A.*   Yes.

 4    *Q.*   Do you remember the name?

 5    *A.*   Amparo, A-M-P-A-R-O.

 6    *Q.*   And how would you get there?

 7    *A.*   Alston, he would drive us there.

 8    *Q.*   In what vehicle?

 9    *A.*   The Honda.

10    *Q.*   Who would he drive there besides you?

11    *A.*   DXXXXXX, GXXXXXX, DXXXX.

12    *Q.*   Did the woman who gave you -- when you went to this place

13    to get the birth control, how were you issued birth control?

14    *A.*   Through an injection.

15    *Q.*   That is called the depo shot?

16    *A.*   Yes.

17    *Q.*   Would you always go to this location in Fort Lauderdale to

18    get the shots or were they done at other places?

19    *A.*   Done at other places sometimes.

20    *Q.*   What was that about?

21    *A.*   We would pay her $50 and she would come give us the shot in

22    her car or behind the building.

23    *Q.*   Did she come to the Lake Worth house?

24    *A.*   Yes.

25    *Q.*   Did you ever send photographs to this woman of yourself?

1    *A.*  Yes.

2           *MR. SCHILLER:*  Your Honor, at this time, the

3    Government --

4    *BY MR. SCHILLER:*

5    *Q.*  Ms. CXX, I am showing you Government Exhibit 38a, three

6    photos.

7         Do you recognize these three photographs?

8    *A.*  Yes.

9    *Q.*  Who is in the first one?

10   *A.*  Me.

11   *Q.*  Who is in the second one?

12   *A.*  GXXXXXX.

13   *Q.*  And the third one?

14   *A.*  The Defendant.

15   *Q.*  Are these three photographs you sent to Ms. Amparo?

16   *A.*  Yes.

17   *Q.*  Do they represent the photos you did show her?

18   *A.*  Yes.

19           *MR. SCHILLER:*  I would like to admit 38a.

20           *MR. PEACOCK:*  No objection.

21         (Whereupon Government Exhibit 38a was marked for

22          evidence.)

23

24

25

```
 1   BY MR. SCHILLER:

 2   Q.  Who is that?

 3   A.  Me.

 4   Q.  Would you tell me where that is taken?

 5   A.  Lake Worth house.

 6   Q.  How do you know?

 7   A.  The floor, background, the door.

 8   Q.  And who is that?

 9   A.  GXXXXXX.

10   Q.  On page two?

11   A.  Yes.

12   Q.  Page three, who is that?

13   A.  The Defendant.

14   Q.  Remove publication, please.

15       Ms. CXX, I would like to show you photographs recovered

16   from the he Elite desktop computer.  Do you recognize the

17   photograph on page two?

18   A.  Yes.

19   Q.  Who were in the photographs?DXXXXXX

20   A.  DXXXXXX, GXXXXXX, and me.

21   Q.  And page four?

22   A.  Dorothy Williams, GXXXXXX, and me.

23           MR. SCHILLER:  I wish to publish 36y, pages two and

24   four.

25           MR. PEACOCK:  No objection.
```

 1    *BY MR. SCHILLER:*

 2    *Q.*  These are the three of you?

 3    *A.*  Yes.

 4    *Q.*  Do you know where you are going in this vehicle?

 5    *A.*  No.

 6    *Q.*  And who do we see on page four?

 7    *A.*  Dorothy Williams, GXXXXXX, and me.

 8    *Q.*  And who took this photograph?

 9    *A.*  I did.

10    *Q.*  Remove publication.

11        I am going to ask you a question I asked you before, but in

12    these photographs you girls appear to be rather content or

13    happy.  Is that a regular occurrence?

14    *A.*  No.

15    *Q.*  I would like to show you from Government's Exhibit 36j,

16    page 30.  Do you recognize this photograph?

17    *A.*  Yes.

18    *Q.*  Is this you?

19    *A.*  Yes.

20            *MR. SCHILLER:*  Your Honor, I would like to publish

21    36j, page 30.

22            *MR. PEACOCK:*  No objection.

23            *THE COURT:*  You may publish.

24    *BY MR. SCHILLER:*

25    *Q.*  You said this was you?

1    A.   Yes.

2    Q.   Who took this photograph?

3    A.   I did.

4    Q.   In this photograph we see cartoon images, bees, butterflies

5    and sun, and Rosa Williams at the bottom?

6    A.   Yes.

7    Q.   Did you superimpose those in the picture?

8    A.   No.

9    Q.   Who did that?

10   A.   Alston.

11   Q.   Did you like it when the Defendant referred to you as Rosa

12   Williams?

13   A.   Yes.

14   Q.   Why?

15   A.   He made me feel like I was part of something.

16   Q.   Withdraw publication, please.

17        Okay, Ms. CXX, I would like to ask you about GXXXXXX.

18        How did you all meet GXXXXXX?

19   A.   Alston found her on the side of the road walking and he

20   told me to get out of the car and talk to her.

21   Q.   And did you do that?

22   A.   Yes.

23   Q.   What did you tell her?

24   A.   That she was very pretty.

25   Q.   And that was it?

1    *A.*   I told her that she was going to be working in an office

2    and making a lot of money.  That is what he told me to say.

3    *Q.*   Was she excited about it?

4    *A.*   Yes.

5    *Q.*   Were you lying to her?

6    *A.*   Yes.

7    *Q.*   Did you learn her situation with her family?

8    *A.*   Yes.

9    *Q.*   What is that?

10   *A.*   She doesn't have anyone.

11        *MR. PEACOCK:*  Objection, hearsay.  Withdrawn.

12   *BY MR. SCHILLER:*

13   *Q.*   You said DXXXXXX and DXXXX recruited you because of what

14   Alston told them to say?

15   *A.*   Yes.

16   *Q.*   What did he have you tell GXXXXXX to recruit her?

17   *A.*   Working on the computer, working in an office.

18   *Q.*   Did you tell her about making money and getting rich?

19   *A.*   Yes.

20   *Q.*   Tell the jury about that.

21   *A.*   I told her we were going to get rich, travel, shop, and do

22   whatever we want.

23   *Q.*   When the Defendant saw GXXXXXX on the street and instructed

24   you to go over to her, did she say a word concerning going over

25   to her?

```
 1   A.  Go get the situation.

 2   Q.  Did you know what that meant?

 3   A.  Yes, go get the girl and make sure she came home.

 4   Q.  Did GXXXXXX begin prostituting for Mr. Williams?

 5   A.  Yes.

 6        MR. SCHILLER:  I move to publish Government Exhibit 2,

 7   pages 53, 54, and 56.

 8        MR. PEACOCK:  No objection.

 9        THE COURT:  You may publish.

10   BY MR. SCHILLER:

11   Q.  Are these Backpage ads?

12   A.  Yes.

13   Q.  Whose photograph is on page 53?

14   A.  GXXXXXX.

15   Q.  Page 54, who is that?

16   A.  GXXXXXX.

17   Q.  At the bottom?

18   A.  That is a fake picture.

19   Q.  A fake picture?

20   A.  Yes.

21   Q.  And page 56, whose photograph is that?

22   A.  GXXXXXX.

23   Q.  That same fake picture at the bottom?

24   A.  Yes.

25   Q.  Where were the photographs taken?
```

```
 1    A.   In GXXXXXX' room in the Lake Worth house.

 2    Q.   In her room?

 3    A.   Yes.

 4    Q.   There is no furniture or anything in the pictures?

 5    A.   Yes.  Correct.

 6    Q.   Why is that?

 7    A.   He didn't want to buy her a bed.  He made her sleep in the

 8    living room on the couch.

 9    Q.   We heard testimony that GXXXXXX stopped being a prostitute

10    for Alston at some point?

11    A.   Yes.

12    Q.   Do you know why?

13    A.   He said she didn't look correct and she would not make any

14    money.

15    Q.   Did the Defendant keep her around?

16    A.   Yes.

17    Q.   What did she do?

18    A.   Cook, clean, massage.

19    Q.   Did he pay her for any of that?

20    A.   No.

21    Q.   Did this all continue until the Defendant's arrest?

22    A.   Yes.

23    Q.   Are you aware of whether GXXXXXX ever had an abortion?

24    A.   Yes.

25    Q.   And -- all right.  That is all I want to ask you about
```

```
 1    that.
 2          When the Defendant would leave the house, what would happen
 3    with GXXXXXX?
 4    A.   She would run off sometimes.
 5    Q.   She ran off sometimes?
 6    A.   Yes.
 7    Q.   Did she ever come back?
 8    A.   Yes.
 9    Q.   How?
10    A.   He would pick her up.
11    Q.   If he left the house to run an errand, go to the market or
12    anywhere, was she with him?
13    A.   Yes.
14    Q.   Like always?
15    A.   Yes.
16    Q.   Did you ever witness the Defendant hit GXXXXXX?
17    A.   Yes.
18    Q.   Would he hit her if she wasn't prostituting at this point,
19    making money?
20    A.   If she disobeyed him, he would put his hands on her.
21    Q.   You mentioned the taser.  You were struck with a taser?
22    A.   Yes.
23    Q.   Did he do that to GXXXXXX?
24    A.   Yes.
25    Q.   What other acts of violence did he do to GXXXXXX?
```

```
 1    A.   Punched her, choked her.

 2    Q.   Would he put her in awkward situations?

 3    A.   Yes.

 4              MR. SCHILLER:   One second, your Honor.

 5              THE COURT:   Uh-hum.

 6    BY MR. SCHILLER:

 7    Q.   Ms. CXX, what are you looking at on the screen right now?

 8    A.   GXXXXXX in the dryer holding a bird in her hand.

 9    Q.   Where was this taken?

10    A.   Tamarac.

11              MR. SCHILLER:   Your Honor, I wish to publish 36j, page

12    11.

13              MR. PEACOCK:   No objection.

14    BY MR. SCHILLER:

15    Q.   That is GXXXXXX in a dryer?

16    A.   Yes.

17    Q.   How did she get in the dryer?

18    A.   Alston told her to get in there so he could take a picture.

19    Q.   Why?

20    A.   He is just like that.

21    Q.   And that is GXXXXXX?

22    A.   Yes.

23    Q.   And what is in her hand?

24    A.   Pip.

25    Q.   Your bird?
```

```
1    A.  Yes.

2    Q.  Remove publication, please.

3        Let's talk about the Lake Worth house.  Big house, small

4    house?

5    A.  Very big house.

6    Q.  How many bedrooms?

7    A.  I'm trying to remember.  I believe four.

8    Q.  And describe the layout for us with the kitchen, living

9    room, dining room?

10   A.  You walk in, the office is to the right, then there is a

11   living room.  As you walk forward, you make a left, the kitchen

12   is there.  You walk further, another living room, make a left

13   and there is my room.

14   Q.  Okay.  How about the Defendant, did he have his own room?

15   A.  Yes.

16   Q.  Did he have an individual bedroom?

17   A.  Yes.

18   Q.  Was there anything attached to it?

19   A.  Yes, there was a table on the corner and a small table next

20   to the bed.

21   Q.  Was there a bathroom?

22   A.  Yes, there was a big bathroom in there.

23   Q.  Where did you sleep in the Lake Worth house?

24   A.  In the living room.

25   Q.  You said you had a bedroom?
```

1   *A.*  Yes.

2   *Q.*  Why did you sleep in the living room?

3   *A.*  I was not allowed to sleep in there.

4   *Q.*  Why not?

5   *A.*  He said not to.

6   *Q.*  What was in your bedroom?

7   *A.*  A bed, dresser, closet, bathroom, furniture.

8   *Q.*  Did you have things in the bedroom, personal items, too?

9   *A.*  I had a lot of things in there.

10   *Q.*  We'll look at the pictures in a minute.

11        You slept on the couch?

12   *A.*  Yes.

13   *Q.*  Where did GXXXXXX sleep?

14   *A.*  On the couch.

15   *Q.*  Did she always sleep on the couch?

16   *A.*  No.  She slept on the floor.

17   *Q.*  At whose direction?

18   *A.*  Alston's.

19   *Q.*  I would like to show you a series of photos from 9 and 12.

20        *MR. SCHILLER:*  Judge, these have already been

21   published to the jury.

22   *BY MR. SCHILLER:*

23   *Q.*  Government Exhibit 9cn, what is this?

24   *A.*  The Lake Worth house.

25   *Q.*  Is that the front --

```
 1              THE COURT:  Did you want this published?

 2              MR. SCHILLER:  Yes, Judge.

 3    BY MR. SCHILLER:

 4    Q.  This is the Lake Worth house?

 5    A.  Yes.

 6    Q.  Do you know why the storm shutters are up?

 7    A.  He kept them on.

 8    Q.  9cu, is this one of the two living rooms?

 9    A.  Yes.

10    Q.  Why are all the chairs covered with plastic?

11    A.  He said they are white, he didn't want anyone on white

12    couches.

13    Q.  Whose bedroom is in 9ae?

14    A.  Mine.

15    Q.  And 9af?

16    A.  Mine.

17    Q.  There is a lot of stuff in the bedroom?

18    A.  Yes.

19    Q.  Did your bedroom look like this?

20    A.  Yes.

21    Q.  Did you sleep on this bed?

22    A.  No.

23    Q.  Where did this stuff come from?

24    A.  Clients.

25    Q.  In the corner, what is that, nail polish?
```

```
 1   A.  Yes.

 2   Q.  Also gifts from clients?

 3   A.  Yes.

 4   Q.  Okay.  Government Exhibit 9ag, what is that door open in

 5   your room?

 6   A.  My perfume set.

 7   Q.  Another gift from a client?

 8   A.  Everything was from a client.

 9   Q.  How about the luggage in 9ah?

10   A.  From a client.

11   Q.  And things you had in your dresser in 9ai?

12   A.  From clients.

13   Q.  Is that the closet you described?

14   A.  Yes.

15   Q.  And 9aj.

16       9ak, what are we looking at here?

17   A.  My shoe collection.

18   Q.  Who got you all these shoes?

19   A.  Clients.

20   Q.  Ms. CXX, all these gifts coming in from clients, how did

21   the Defendant feel about it?

22   A.  He was happy because he didn't have to spend money.

23   Q.  What are we looking at in 9bx?

24   A.  My jewelry set.

25   Q.  From clients?
```

```
 1    A.   Yes.

 2    Q.   Whose room is this in 9bu?

 3    A.   It is the empty room, used to be DXXXXXX's room.

 4    Q.   It was DXXXXXX's room?

 5    A.   Yes.

 6    Q.   12a, whose car is that?

 7    A.   Alston's.

 8    Q.   Is that the Mercedes?

 9    A.   Yes.

10    Q.   What would he use that for?

11    A.   At times, transport us to clients, most of the time in the

12    garage.

13    Q.   Is the tag IQKE06?

14    A.   Yes.

15    Q.   What are we looking at in 9cx?

16    A.   The office.

17    Q.   Now, I want to zoom in on this and ask you about the door.

18         Do you see the door handle?

19    A.   Yes.

20    Q.   What are those white things?

21    A.   Buttons.

22    Q.   What are the buttons?

23    A.   The code inside the office.

24    Q.   This is a locked room inside the house?

25    A.   Yes.
```

1    Q.  Was there a key or just a code?

2    A.  Just a code.

3    Q.  Is this the office?

4    A.  Yes.

5    Q.  In 9dd?

6    A.  Yes.

7    Q.  9de, another view of the office?

8    A.  Yes.

9    Q.  And could anyone just go and sit in the chairs?

10   A.  Absolutely not.

11   Q.  Were you, or GXXXXXX in the later years, ever allowed into

12   the office?

13   A.  Yes.

14   Q.  When?

15   A.  To watch TV or have sit-downs.

16   Q.  Sit-downs?

17   A.  Yes.

18   Q.  What is a sit-down?

19   A.  He said it is a meeting and we have to talk about how to

20   get rich faster, or if we do something bad, we have to discuss

21   it.

22   Q.  And would you just walk into the office if you wanted to

23   have these meetings?

24   A.  No.  He called the meetings.

25   Q.  Is this your ID?

```
 1    A.   Yes.

 2    Q.   Where was this kept by the Defendant?

 3    A.   Inside the safe in the office.

 4    Q.   Your passport?

 5    A.   Yes.

 6    Q.   Same thing?

 7    A.   Yes.

 8    Q.   9bn?

 9    A.   Yes.

10    Q.   9bh, is this also your passport?

11    A.   Yes.

12    Q.   In 9ax, is this the bookshelf in the office?

13    A.   Yes.

14    Q.   Did it always look like this?

15    A.   No.

16    Q.   What did it look like?

17    A.   It had a bunch of stuff on top.

18    Q.   Do you see a book here right at Kermit the frog's head?

19    A.   Yes.

20    Q.   Is that an orange book?

21    A.   Yes.

22    Q.   I want to show you 12c, taken during the spring of 2018.

23    Is that the same book still there?

24    A.   Yes.

25    Q.   And one more picture of that.  That is the book?
```

1    A.   Yes.

2    Q.   Are you familiar with this book?

3    A.   He told me some things about the book.

4    Q.   Can you read the title of the book, please?

5    A.   The 48 Laws of Power.

6    Q.   What did the Defendant tell you about this book?

7    A.   It's a very powerful book, it gives you a cheat sheet of

8    life.

9    Q.   Anything else?

10   A.   I wasn't allowed to read it, open it, or anything.

11   Q.   Showing you Government Exhibit 9bd.  What is this?

12   A.   Bullets.

13   Q.   They appear to be on some type of black holder?

14   A.   Yes.

15   Q.   Did you ever see the Defendant use this?

16   A.   Yes.

17   Q.   What would he do with it?

18   A.   He would put it across his chest.

19   Q.   And what would he do?

20   A.   Act like he would do something.

21   Q.   Something good or something bad?

22   A.   Something bad.

23   Q.   That is 9be, what is this?

24   A.   Phones.

25   Q.   Have we looked at the phones today?

```
1    A.  Yes.

2    Q.  Kept in the locked office?

3    A.  Yes.

4    Q.  Showing you 9bf, what is this?

5    A.  His safe.

6    Q.  Were you ever allowed to go in the safe?

7    A.  Never.

8    Q.  Were you allowed to look in the safe?

9    A.  No.

10   Q.  Showing you 9bc, what is this?

11   A.  Alston's room.

12   Q.  Is that his bed?

13   A.  Yes.

14   Q.  Was that at the Tamarac house?

15   A.  Yes.

16   Q.  Showing you 9cg, whose room is that?

17   A.  Alston's closet.

18   Q.  And those are his clothes?

19   A.  Yes.

20   Q.  What about 9aa?

21   A.  His closet and shoes.

22   Q.  You said the Defendant did not work, right?

23   A.  No.

24   Q.  How -- where did he get all the shoes from?

25   A.  The money I made.
```

```
1    Q.  And showing you 9da, where is this?

2    A.  His bathroom in the Lake Worth house.

3    Q.  So, that is his bathroom attached to his bedroom?

4    A.  Yes.

5    Q.  And 9bd, is that the other side of the bathroom?

6    A.  Yes.

7    Q.  So, there are two vanities in that bathroom?

8    A.  Yes.

9    Q.  And showing you Government Exhibit 12l, what are we looking

10   at here?

11   A.  A bag of phones.

12   Q.  This was recovered from one of the vanities in the

13   bathroom.  Did you know this bag of phone were in the vanity

14   there?

15   A.  Yes.

16   Q.  How did you know they were there?

17   A.  I put them in the bag.

18   Q.  Why?

19   A.  He told me to.

20        MR. SCHILLER:  If we could remove publication.

21        THE COURT:  How are we doing,KXXXXX counsel?

22        MR. SCHILLER:  Good, probably five minutes.

23   BY MR. SCHILLER:

24   Q.  I want to show you 10b.  Do you recognize what we are

25   looking at?
```

1    *A.*   Yes.

2    *Q.*   What are these objects?

3    *A.*   IDs, credit cards, and cards for the grocery store.

4    *Q.*   Do you know who held on to all these cards?

5    *A.*   Alston.

6    *Q.*   When he wasn't holding on to them, do you know who he gave

7    them to?

8    *A.*   Sometimes he would give his mother back her credit card,

9    but he would hold on to it.

10   *Q.*   He would hold on to all the stuff?

11   *A.*   Yes.

12   *Q.*   Do you know where he kept all this?

13   *A.*   I don't remember.

14   *Q.*   Are you aware of all of the names on all these cards?

15   *A.*   Yes.

16        *MR. SCHILLER:*  Your Honor, at this time the Government

17   would like to move in 10b.

18        *MR. PEACOCK:*  No objection.

19        *THE COURT:*  Admitted without objection, and you may

20   publish.

21      (Whereupon Government Exhibit 10b was marked for evidence.)

22   *BY MR. SCHILLER:*

23   *Q.*   In the first column, whose Visa card is that?

24   *A.*   Mine.

25   *Q.*   Whose T Mobile MasterCard is that?

```
 1    A.   Mine.

 2    Q.   Could you use these cards?

 3    A.   No.

 4    Q.   What about this Direct TV Visa card?

 5    A.   No.  I have never seen it.

 6    Q.   You have never seen that one?

 7    A.   Never.

 8    Q.   It has your name on it.

 9    A.   Never seen it.

10    Q.   What about the Wells Fargo?

11    A.   That is his mom's.

12    Q.   What about this Visa card?

13    A.   I haven't seen this one.

14    Q.   And the next one?

15    A.   I didn't see that either.

16    Q.   They have your name on them?

17    A.   I see that.

18    Q.   You have never seen these cards before?

19    A.   No.

20    Q.   Remove publication, please.

21         Ms. CXX, were you the person that originally reported

22    Alston Williams to the police in this case?

23    A.   Correct.

24    Q.   Why were you doing that?

25    A.   I was tired of being -- sick and tired.
```

1    *Q.*  Where were you when you decided, okay, I have to do

2    something about my situation?

3    *A.*  When we came back from the U.S. Virgin Islands.

4    *Q.*  You were in St. Thomas?

5    *A.*  Yes.

6    *Q.*  Why were you there in mid to late November 2017?

7    *A.*  Alston came with us, there was a hurricane over there and

8    his mom's house was all messed up, and he made us clean the

9    house and do labor work.

10          *MR. SCHILLER:*  Your Honor, permission to publish 51i,

11   pages one and two.

12          *MR. PEACOCK:*  No objection.

13          *THE COURT:*  You may publish.

14   *BY MR. SCHILLER*:

15   *Q.*  Is this Ms. Williams' home?

16   *A.*  Yes.

17   *Q.*  It got damaged from the hurricane?

18   *A.*  Yes.

19   *Q.*  You, Alston, and GXXXXXX went down there?

20   *A.*  Yes.

21   *Q.*  What kind of work did he have you do on the house?

22   *A.*  We were picking up metal, rocks, tree trunks, garbage.

23   *Q.*  Showing you Government Exhibit 50i, can you explain what

24   happened in the back of the house?

25   *A.*  He took a chainsaw and cut up the trees and we had to pick

```
 1   up the tree trunks back and forth.
 2   Q.  One night did you have a dream?
 3   A.  Yes.
 4   Q.  What happened?
 5   A.  I had a dream that I went through a wide open door and I
 6   woke up and I felt relieved.
 7   Q.  You felt relieved?
 8   A.  Yes.
 9   Q.  After you had that dream, what did you do?
10   A.  I had to leave.
11   Q.  When you got back from St. Thomas, is that the day you went
12   to the police?
13   A.  Yes.
14   Q.  How long were you in St. Thomas cleaning up the house?
15   A.  I don't remember.
16   Q.  Days, weeks?
17   A.  Maybe a week.
18   Q.  On November 29, 2017, did you reach out to Detective
19   Chavez?
20   A.  Yes.
21   Q.  Why did you reach out to him?
22   A.  My dad gave me his number.
23   Q.  And did you eventually meet up with Detective Chavez?
24   A.  Yes.
25   Q.  What did the Defendant think you were doing when you were
```

 1   meeting with Detective Chavez?

 2   A.  Meeting with a client.

 3   Q.  While you were meeting with Detective Chavez, you told us

 4   the Defendant could track your information and get information

 5   about where you were.  Was that happening here?

 6   A.  Yes.

 7   Q.  How were you communicating with the Defendant while you

 8   were with Detective Chavez?

 9   A.  Through Wickr.

10   Q.  What app was he tracking you on that day?

11   A.  I am not sure, either 360 or Glympse.

12   Q.  One of the two?

13   A.  Yes.

14         MR. SCHILLER:  I would like to publish 4i.

15         THE COURT:  You may.

16   BY MR. SCHILLER:

17   Q.  What are we looking at in 4i?

18   A.  Life360.

19   Q.  Is this what it looks like on the phone?

20   A.  Yes.

21   Q.  At the top, what does it say here?

22   A.  Family.

23   Q.  Whose version of Life360 are we looking at here?  Is this

24   from your phone, the Defendant's phone, GXXXXXX' phone?

25   A.  The Defendant's phone.

```
 1   Q.  So, explain to us what we are looking at here.
 2   A.  Alston is the green, GXXXXXX purple, I am on the right.
 3   Q.  And those icons are supposed to represent you all?
 4   A.  Yes.
 5   Q.  And what are we looking at?  What is this photo showing us?
 6   A.  It is showing where we are located, what street we are on
 7   and everything.
 8   Q.  It appears to be Malaluka Lane, Haverhill, Military Trail?
 9   A.  Yes.
10   Q.  At the bottom there are pictures.  Who is Dorothy?
11   A.  His mom.
12   Q.  Pinka?
13   A.  DXXXXXX.
14   Q.  Did they also have the apps?
15   A.  Yes.
16   Q.  Remove publication, please.
17       When you were talking with Detective Chavez the day of
18   Alston's arrest, were you nervous?
19   A.  Very nervous.
20   Q.  What were you nervous about?
21   A.  Because things won't go good and I was going to go back
22   over there and he was going to kill me.
23   Q.  When you were with the police that day, where was GXXXXXX?
24   A.  With Alston.
25   Q.  Were you nervous about GXXXXXX?
```

1    *A.*  Very.

2    *Q.*  Why?

3    *A.*  Because he raped her.

4    *Q.*  In the past?

5    *A.*  Yes.

6    *Q.*  All right.

7         *MR. PEACOCK:*  Objection.  I reserve a motion at this

8    time.

9         *THE COURT:*  What is the basis for the objection?

10        *MR. PEACOCK:*  May we come sidebar?  404(b).

11        *THE COURT:*  What is that?

12        *MR. PEACOCK:*  404(b).

13        *THE COURT:*  How much longer are you going to be?

14        *MR. SCHILLER:*  I have to go through the text messages.

15        *THE COURT:*  You want to reserve your argument?

16        *MR. PEACOCK:*  Yes.

17        *THE COURT:*  Okay, I will hear it afterwards.

18   *BY MR. SCHILLER:*

19   *Q.*  When you were on your way to meet with Detective Chavez,

20   you told the Defendant it was a client?

21   *A.*  Yes.

22   *Q.*  Were you texting with Detective Chavez?

23   *A.*  Yes.

24        *MR. SCHILLER:*  At this time the Government would like

25   to publish 50c found in Ms. CXX's phone.

1           *MR. PEACOCK:*  No objection.

2           *THE COURT:*  You may publish.

3   *BY MR. SCHILLER:*

4   *Q.*  Okay.  So, Ms. CXX, are these the text messages you sent to

5   Detective Chavez when you were on the way to him?

6   *A.*  Yes.

7   *Q.*  It is two and a half pages.  I would like to read them.  I

8   will read the part of Detective Chavez and you read the part of

9   you where it says sent.  All right?

10  *A.*  Yes.

11  *Q.*  Beginning November 29,KXXXXX 2017, at 12:15 p.m.  "Hey can

12  you call me for a second so we could confirm our date.  I know

13  your probably busy right now but do you think we could meet in

14  30 minutes?  And how much did you say the hour is?"

15  *A.*  "Yes that's fine baby!  Its 200 an hour sweety.  Send me

16  your address please."

17  *Q.*  Is this typical conversation you would have with clients

18  over texts?

19  *A.*  Yes.

20  *Q.*  "Call me when u can."

21  *A.*  "Okay."

22  *Q.*  "Residence Inn by Marriott, 455 Hibiscus Street, West Palm

23  Beach FL, 33401.  Call me when you are at the lobby."

24      That is what Detective Chavez wrote.  Is that where Alston

25  Williams drove you?

1    *A.*  Yes.

2    *Q.*  How did you respond?

3    *A.*  "Okay I have the address baby.  I'm on the way.  Okay.  I

4    will call you."

5    *Q.*  Then what did you send?

6    *A.*  Those are kissing emojis.

7    *Q.*  The question marks are supposed to be a kiss?

8    *A.*  Yes.

9    *Q.*  Then what did you write?

10   *A.*  "I'm 40 minutes away baby."

11   *Q.*  Then what did you write?

12   *A.*  "On the highway."

13   *Q.*  "Ok legasKXXXXX en 40 minutos."  Do you speak Spanish?

14   *A.*  Yes.

15   *Q.*  What does that mean?

16   *A.*  I will arrive in 40 minutes.

17   *Q.*  And how did you respond?

18   *A.*  "Si bebe."

19   *Q.*  Which means what?

20   *A.*  Yes, baby.

21   *Q.*  And he wrote, "Bueno."

22   *A.*  Good.

23   *Q.*  And what did you write?

24   *A.*  "29 minutos."

25   *Q.*  Detective Chavez says, "Listo."  Ready.  And what do you

1    respond?

2    A.   "20 minutos."

3    Q.   Then what do you say?

4    A.   "14 minutos."

5    Q.   "K".  And then?

6    A.   "11 minutos."

7    Q.   And then?

8    A.   "6 minutos."

9    Q.   Why do you provide such a detailed timeline from the hotel?

10   A.   Because I am anxious.

11   Q.   What do you say?

12   A.   "I have a beige shirt and jeans on."

13   Q.   "K"  And what did you write?

14   A.   "Te perdistes."

15   Q.   And what did you write?

16   A.   "I'm here."

17   Q.   When you get to the hotel, who is in the car with you?

18   A.   Alston and GXXXXXX.

19   Q.   Tell us what happens.

20   A.   I get out of the car and they drove off and I meet

21   Detective Chavez and I run to him.

22   Q.   Why did you run to him?

23   A.   I felt relieved.

24   Q.   From what?

25   A.   Alston.

88

```
 1    Q.  Okay.

 2            MR. SCHILLER:  One second, your Honor.  No further

 3    questions.

 4            THE COURT:  All right.  Cross-examination.

 5            MR. PEACOCK:  Yes, KXXXXX ma'am.

 6            MR. SCHILLER:  Remove publication.

 7            MR. PEACOCK:  It will take me a minute to get set up,

 8    Judge.

 9                        CROSS-EXAMINATION

10    BY MR. PEACOCK:

11    Q.  Ms. CXX, you testified you were arrested twice for

12    prostitution?

13    A.  Yes.

14    Q.  That is not true?

15    A.  It is true.

16    Q.  Three times, yes?

17    A.  Three times.  Yes.

18    Q.  Was it two times or three times?

19    A.  I have been through a lot.

20    Q.  You know you are under oath?

21    A.  Yes.

22    Q.  You know it is really important what we are doing here

23    today?

24    A.  Of course.

25    Q.  You want to be accurate?
```

```
 1    A.   Yes.
 2    Q.   You went from two times to three times,KXXXXX right?
 3    A.   I am nervous.
 4    Q.   Were you nervous when Mr. Schiller was asking those
 5    questions?
 6    A.   No.
 7    Q.   You weren't nervous when you said two times,KXXXXX right?
 8    A.   No.
 9    Q.   That is when your answer was incorrect, right?
10    A.   Uh-hum.
11    Q.   You gave the correct answer when you were nervous, right?
12    A.   Yes.
13    Q.   Okay.  So, let's talk about some other things.
14         How long did you live with Mr. Williams?
15    A.   For six years.
16    Q.   From the fall of 2011 until the fall of 2017, correct?
17    A.   Correct.
18    Q.   Okay.  And you didn't begin any acts of prostitution until
19    after you met Mr. Williams; is that right?
20    A.   Correct.
21    Q.   And you met him when, around September 2011?
22    A.   I don't know.  I am not sure.
23    Q.   You are not sure?
24    A.   No.
25    Q.   Well, what is your best guess when you met him?
```

1    A.   I don't remember.

2    Q.   You don't remember a year?

3    A.   No.

4    Q.   Didn't we just say it was 2011?

5    A.   I have been through a lot, I don't know.

6    Q.   I am asking you to stay with me here.  You said you lived

7    with him from the fall of 2011 to the fall of 2017; is that

8    right?

9    A.   Right.

10   Q.   Am I going too fast for you?

11   A.   No.

12   Q.   Okay.  You moved in with Mr. Williams right after you met

13   him, didn't you?

14   A.   Yes.

15   Q.   Can we say you began your prostitution in the fall of 2011?

16   A.   Yes.

17   Q.   Are you sure?

18   A.   Yes.

19   Q.   Do you actually remember that?

20   A.   No, I don't.

21   Q.   I don't want you to say anything because I am saying it.  I

22   want you to try to remember.

23   A.   I can't remember.

24   Q.   Okay.  So, as you sit here today, you can't even remember

25   the year that you began being a prostitute?

91

1    *A.* No.

2    *Q.* Well, let's try this.  Let me go through some of your

3    testimony you have given here in court.

4        When you -- you testified that when you first met DXXXX and

5    DXXXXXX -- do you remember when that was?

6    *A.* Years ago.

7    *Q.* What year?

8    *A.* I don't remember.

9    *Q.* So, you don't remember a month either?

10   *A.* No.

11   *Q.* And certainly not a day?

12   *A.* No.

13   *Q.* But you did remember that DXXXX and DXXXXXX came up and

14   talked to you, right?

15   *A.* Yes.

16   *Q.* And they talked to you about shopping, didn't they?

17   *A.* Yes.

18   *Q.* And how they liked to go shopping?

19   *A.* Correct.

20   *Q.* Where did they say they went shopping?

21   *A.* I don't remember.  The mall.

22   *Q.* Do you not remember or is it the mall?

23   *A.* The mall.

24   *Q.* Okay.  Do you know what mall?

25   *A.* No.

1   *Q.*  When they came up and started talking to you, do you

2   remember how old you were?

3   *A.*  18.

4   *Q.*  Okay.  So what year were you 18?

5   *A.*  I don't remember.

6   *Q.*  You don't remember what year you were 18?

7   *A.*  No.

8   *Q.*  Could we go to Government Exhibit 19d, not to publish yet.

9        *MR. SCHILLER:*  Did you say 19b?

10       *MR. PEACOCK:*  19d.  I believe that is already in

11  evidence.  Just bear with me, your Honor, I am trying to

12  coordinate with the Government's exhibits.

13       These have been admitted into evidence.  May I

14  approach?

15       *THE COURT:*  Yes.

16  *BY MR. PEACOCK:*

17  *Q.*  There are three phones in Government Exhibit 19.  You said

18  you recognize at least one of the phones.  Do you recognize

19  them all?

20  *A.*  This is Alston's, that one is DXXXX's, and that is --

21       *MR. SCHILLER:*  Judge.

22  *BY MR. PEACOCK:*

23  *Q.*  19a is Alston's?

24  *A.*  Yes.

25       *MR. SCHILLER:*  If counsel would refer to the

```
 1   Government number so we know precisely what record --
 2   BY MR. PEACOCK:
 3   Q.  Sure.  19a, Alston's; 18a, DXXXX's; and you don't know 17a?
 4   A.  No.
 5   Q.  Okay.  So, I am going to ask you to stick with 19.  If you
 6   could scroll to entry number one, please.
 7        So, ma'am, this is in evidence.  These are texts or
 8   messages from device 19, which you just identified as Mr.
 9   Williams' phone, correct?
10   A.  Yes.
11   Q.  Okay.
12        So this first entry -- do you see that first entry there?
13   A.  Yes.
14   Q.  You recognize it.  That is you, isn't it?
15   A.  Yes.
16   Q.  You are talking with Mr. Williams, correct?
17   A.  Yes.
18            MR. PEACOCK:  Could we publish, please.
19            THE COURT:  Ms. CXX, would you pull the microphone
20   closer.
21            THE WITNESS:  All right.
22   BY MR. PEACOCK:
23   Q.  All right.  Entry number one, you ask "Whose this," right?
24   A.  Yes.
25   Q.  And that is on what -- what date is that on?
```

```
 1    A.   9/7/2011.

 2    Q.   Okay.  So -- and then there is a response to you, correct?

 3    A.   Correct.

 4    Q.   And that is Mr. Williams, correct?

 5    A.   Yes.

 6    Q.   And this is when you first are getting together, right?

 7    A.   Yes.

 8    Q.   So, we can assume that prior to September 7th, you didn't

 9    have any relationship with Mr. Williams?

10    A.   Correct.

11    Q.   You may have met him?

12    A.   Uh-hum.

13    Q.   You didn't have a relationship yet?

14    A.   No.

15    Q.   Okay.  So, now you guys are kind of flirting, aren't you?

16    A.   Yes.

17    Q.   And then -- that is on the 7th, and then on the 9th, you

18    speak again, correct, and that is entry number two?

19    A.   Correct.

20    Q.   And on the 10th, you speak again?

21    A.   Yes.

22    Q.   On the 11th, you have a longer conversation and he says,

23    "You know we could go out and whatever, and then you come spend

24    the night with me," right?

25    A.   Right.
```

```
1    Q.  So, at that point, it is moving to where he is inviting you
2    to be intimate with him, correct?
3    A.  Correct.
4    Q.  By spend the night with him, you mean have sex with him,
5    right?
6    A.  Yes.
7    Q.  You were open to that idea, correct?
8    A.  Uh-hum.
9    Q.  Again, you were 18 at that time, right?
10   A.  Correct.
11   Q.  Now, I think you testified about Mr. Williams' age.
12       At that time, you certainly knew he was a lot older than
13   you, right?
14   A.  I did not know.
15   Q.  You couldn't tell?
16   A.  No.
17   Q.  What age did you think he was?
18   A.  In his 20's.
19   Q.  In his 20's.  So he could be 29;KXXXXX is that right?
20   A.  I thought he was 22.
21   Q.  You thought he was 22 years old?
22   A.  Yes.
23   Q.  Okay.  But, anyway, you started talking with him and
24   agreeing to go out with him and agreed to sleep with him,
25   right?
```

```
1    A.   Yes.

2    Q.   Okay.  So, you started sending him pictures of yourself,

3    correct?

4    A.   Correct.

5    Q.   Okay.  Now, it's at this point that he starts calling you

6    Rosita, correct?

7    A.   Correct.

8    Q.   Did you testify you didn't like that name?

9    A.   No, I didn't like that.

10   Q.   But he calls you that throughout your relationship, doesn't

11   he?

12   A.   Yes.

13   Q.   And as we are going to see later, you respond to that very

14   lovingly, don't you?

15   A.   Yes.

16   Q.   So that after awhile, you certainly didn't mind it any

17   more?

18   A.   I didn't mind it.

19   Q.   Is there anywhere else later you tell him don't call me

20   that?

21   A.   No.

22   Q.   He kind of modified it later, right?  He started calling

23   you marosita?

24   A.   Yes.

25   Q.   Meaning my Rosita?
```

1    *A.*  Yes.

2    *Q.*  That would mean my little Rosa?

3    *A.*  Yes.

4    *Q.*  You were his little Rosa?

5    *A.*  Yes.

6    *Q.*  And then he was your Corazon?

7    *A.*  Yes.

8    *Q.*  And he became your Corazoncita.  That means your little

9    heart or little love, correct?

10   *A.*  Yes.

11   *Q.*  Corazon is the heart, correct?

12   *A.*  Yes.

13   *Q.*  You don't say that to just anybody?

14   *A.*  No.

15   *Q.*  You certainly don't call anybody your Corazoncita, correct?

16   *A.*  Correct.

17   *Q.*  If we could go to 209, please.

18       Okay.  Now you say to him on September 16th, about 7 days

19   later, you say "Hmm and I like hanging out with Yla, she's

20   cool."  Yla is DXXXX?

21   *A.*  Right.

22   *Q.*  Now, you become friends with DXXXX; is that correct?

23   *A.*  Correct.

24   *Q.*  Are you living in the house at that time?

25   *A.*  Yes.

1   *Q.*  So, it took you all of nine days to move into the house,

2   right?

3   *A.*  Right.

4   *Q.*  You weren't forced into that, were you?

5   *A.*  No.

6   *Q.*  You weren't coerced into that, were you?

7   *A.*  No.

8   *Q.*  You were ready, eager, and willing, weren't you?

9   *A.*  (No response.)

10  *Q.*  Okay.  If we could go down to 239.

11      The Lmao exclamation point, that is laughing my ass off,

12  right?

13  *A.*  Yes.

14  *Q.*  Me and Yla wearing the same thing, laugh out loud.  What

15  does Mr. Williams say?

16  *A.*  Very good --

17          *THE COURT:*  You need to lean forward or pull it up

18  closer to you.  If you'd pull it closer to you.  Mrs. Stipes is

19  taking down everything all of us are saying.

20  *BY MR. PEACOCK:*

21  *Q.*  For the court reporter, that said very good, period,

22  period, period, two pretty girls got on something pretty shit.

23  I love it when a plan comes together, in all caps, period,

24  period, period, and then there is a smily face on the end.

25  Right?

1     *A.*  Yes.

2     *Q.*  Okay.  What does he say right after that?  Read it out

3  loud.

4     *A.*  "Lol you got me rolling over here."

5     *Q.*  You testified a little bit ago when he wrote to you in all

6  capital letters that meant he was really angry with you; is

7  that correct?

8         *MR. SCHILLER:*  Objection.  That statement is from

9  Ms. CXX, not from the Defendant.

10  *BY MR. PEACOCK*

11     *Q.*  I am sorry, that statement was from you.  Go back to line

12  240.  "Very good two pretty girls got on some pretty shit.  I

13  love it when a plan comes together."  "I love it when a plan

14  comes together" is in all caps?

15     *A.*  Yes.

16     *Q.*  You testified earlier when he wrote in all caps he was

17  angry at you?

18     *A.*  Correct.

19     *Q.*  He is not angry at you, is he?

20     *A.*  No.

21     *Q.*  He is happy?

22     *A.*  At the moment.

23     *Q.*  At the moment.  He uses capital letters when he is happy as

24  well, correct?

25     *A.*  Correct.

1    Q.   What you said before was kind of misleading?

2    A.   It is not misleading.

3         MR. SCHILLER:   I object to the characterization of the

4    evidence.

5         THE COURT:   Sustained.

6         MR. PEACOCK:   All right.   Okay.

7    BY MR. PEACOCK:

8    Q.   Please talk into the microphone.

9         Okay.   If we could go to line 268, and who is talking in

10   line 268?

11   A.   Me.

12   Q.   Okay.   You are telling him that you love him, right?

13   A.   Correct.

14   Q.   And he tells you that he loves you back, correct?

15   A.   Correct.

16   Q.   And again uses all caps, correct?

17   A.   Correct.

18   Q.   Okay.   So, my point is, he used all caps for all kinds of

19   different things, right?

20   A.   Mostly when he is angry.

21   Q.   Or when he is emotionally happy, correct?

22   A.   Which is very rare.

23   Q.   So far, that is all we have seen, isn't it?

24        Now, right around that time, too, you tell him that you

25   want to get a tattoo, right?

```
 1    A.   Correct.

 2    Q.   And you want to get a tattoo with Yla's name, right?

 3    A.   Right.

 4    Q.   And Nino's name?

 5    A.   Right.

 6    Q.   And you tell him that less than ten days after you move

 7    into the house, don't you?

 8    A.   Yes.

 9    Q.   He never suggested to you that you get that tattoo?

10    A.   Yes, he did.

11    Q.   You told him you wanted to get a tattoo?

12    A.   No.   That was in the text.   He told me in person.

13    Q.   So, there is no record of that?

14    A.   No.

15    Q.   There is a record of you telling him that you want to get a

16    tattoo?

17    A.   Yes.

18    Q.   Now, you had indicated that soon after you moved in you

19    would see Mr. Williams take girls in another room and you would

20    hear screaming?

21    A.   Yes.

22    Q.   How long after you moved in did you first encounter this?

23         You can take that down.

24    A.   Maybe a couple of weeks after.

25    Q.   A couple of weeks.   About the same time you decided to get
```

1   the tattoo?

2   A.  Yes.

3   Q.  About the same time you told him you loved him?

4   A.  Correct.

5   Q.  All right.  You told him he was the love of your life?

6   A.  Correct.

7   Q.  Was that before the screams or after the screams?

8   A.  Before.

9   Q.  How many times after the screams did you tell him you loved

10  him?

11  A.  I don't remember.

12  Q.  Lots, right?

13  A.  I don't remember.

14  Q.  Well, you don't remember whether you told him you loved him

15  a lot of times?

16  A.  Don't remember.

17  Q.  Okay.  So, when you heard the screaming and this supposed

18  event where he took the women in the other room, you went back

19  home, didn't you?

20  A.  No.

21  Q.  You stayed?

22  A.  Yes.

23  Q.  After you heard all that?

24  A.  Yes.

25  Q.  Because you didn't care?

1    A.   I was scared.

2    Q.   You were scared.

3         So, that was back in 2011 then, right?

4    A.   Yes.

5    Q.   So, what you are saying is, then, for the next basically

6    eight years or seven years you had no opportunity to leave?

7    A.   I did, but I was scared.

8    Q.   You didn't leave?

9    A.   I did leave a couple of times.

10   Q.   Okay.  You left a couple of times.  Where did you go?

11   A.   My family's house.

12   Q.   And so, you told your family, right?

13   A.   Yes.

14   Q.   And they said, go back to him?

15   A.   No.

16   Q.   Well, what did they do?

17   A.   They tried to call the cops.

18   Q.   And the cops came one time, didn't they?

19   A.   Yes.

20   Q.   And you spoke with the police, didn't you?

21   A.   Yes.

22   Q.   And the police asked you if you were okay, didn't they?

23   A.   Yes.

24   Q.   And what did you tell them?

25   A.   I lied and I said, yes, I am okay.

1    Q.   You lied and you said, yes, I am okay?

2    A.   Yes.

3    Q.   So, you were right there next to a police officer, correct?

4    A.   Yes.

5    Q.   Not unlike when you called the police on November 17 --

6    November 29,KXXXXX 2017,KXXXXX right?

7    A.   Right.

8    Q.   And you are right there -- by the way, when was it the

9    police came the first time and asked if you were okay?

10   A.   I don't remember.

11   Q.   Do you remember a year?

12   A.   I don't remember.

13   Q.   But you do remember it happening?

14   A.   Yes.

15   Q.   Was it in Tamarac or Lake Worth?

16   A.   Tamarac.

17   Q.   Okay.  So the cop comes and does a check on you to make

18   sure you are all right?

19   A.   Correct.

20   Q.   You told him you were fine, correct?

21   A.   Correct.

22   Q.   You told him your parents' complaint was not true, right?

23   A.   True.

24   Q.   And then they went away?

25   A.   Uh-hum.

```
 1   Q.  And you are saying you did that because you were scared?
 2   A.  Correct.
 3   Q.  Okay.  When this alleged incident of Mr. Williams taking
 4   another woman in a room and you hearing the screaming, is there
 5   a text somewhere that you can show me that -- where you are
 6   telling somebody about it?
 7   A.  No.
 8   Q.  There is none, is there?
 9   A.  No.
10   Q.  Is there any record of it?
11   A.  No.
12   Q.  You didn't take any photos, right?
13   A.  Are you crazy?  He would kill me.
14   Q.  Well, okay.
15       Did you document it in any fashion whatsoever?
16   A.  No.
17   Q.  And what -- when did that happen?  What year was that?
18   A.  I don't remember.
19   Q.  Now, you testified that the first night you went out,KXXXXX
20   I believe with an escort service, you went out with DXXXX that
21   night; is that true?
22   A.  Yes.
23   Q.  And you said your first customer gave you $800 for a
24   massage, right?
25   A.  Yes.
```

1   *Q.*  And later that night somebody gave you $200 and you had sex

2   with them, correct?

3   *A.*  Yes.

4   *Q.*  Okay.  So -- and do you remember when that was?

5   *A.*  No.

6   *Q.*  It was within a month of you moving into the house,

7   correct?

8   *A.*  I believe so.

9   *Q.*  Okay.  Now, at that point, you then knew -- you knew what

10  prostitution was at that point, correct?

11  *A.*  Correct.

12  *Q.*  And that didn't stop you, did it?

13  *A.*  No.

14  *Q.*  In fact, you eagerly participated?

15  *A.*  I was not eager.

16  *Q.*  You were not eager?

17  *A.*  No.

18  *Q.*  Mr. Schiller asked you -- I will tell you what, let's keep

19  going on this and we will come back through.

20      Let's talk about the language that you used with Mr.

21  Williams in these text messages.  Okay?

22      You would agree with me, wouldn't you, that you called each

23  other names?

24  *A.*  Yes.

25  *Q.*  You call him ass sometimes?

```
 1    A.   Yes.

 2    Q.   You call him a coolio.

 3    A.   Yes.

 4    Q.   What is a coolio.

 5    A.   Rear-end.

 6    Q.   A coolio is a rear-end?

 7    A.   Yes.

 8    Q.   Okay.  In fact, you would say all kinds of derogatory

 9    things to him, correct?

10    A.   Correct.

11    Q.   You would tell him suck my ass?

12    A.   Yes.

13    Q.   And it was a thing the two of you had back and forth,

14    correct?

15    A.   It was frustration.

16    Q.   Well, he would say something back to you?

17    A.   Yes.

18    Q.   Bitch is a word you used a lot?

19    A.   Yes.

20    Q.   And you used that with the other girls, correct?

21    A.   Correct.

22    Q.   It was natural for you guys to joke around and use those

23    names for each other, correct?

24    A.   Correct.

25    Q.   And when you called Mr. Williams an ass or you told him
```

1    suck my ass, he didn't -- he took that as a game, correct?

2    A.  Correct.

3    Q.  When you said those things to him, you didn't get a

4    beating, did you?

5    A.  No.

6    Q.  You didn't get tased?

7    A.  Not at the moment.

8    Q.  I am asking you, because of those things that you said to

9    him, that didn't cause him to get upset, did it?

10   A.  No.

11   Q.  Would you say Mr. Williams was in love with you?

12   A.  No.

13   Q.  You wouldn't?

14   A.  No.

15   Q.  Did he tell you he was in love with you many times?

16   A.  Yes.

17   Q.  You didn't believe him?

18   A.  No.

19   Q.  Now, you testified that you gave your ID documents --

20        MR. PEACOCK:  62a, b, and c already in evidence.

21   BY MR. PEACOCK:

22   Q.  You testified you gave your ID documents to Mr.  Williams;

23   is that right?

24   A.  He asked me to, he asked me to give it to him.

25   Q.  I didn't ask you that.  I said, did you give them to Mr.

1   Williams?

2   A.  Yes.

3   Q.  Okay.  And he asked you to give them to him, correct?

4   A.  Correct.

5   Q.  This one passport is expired, right?

6   A.  Correct.

7   Q.  You have a new passport, don't you?

8   A.  Yes.

9   Q.  You used that passport to travel out of the country?

10  A.  Yes.

11  Q.  Where have you gone?

12          MR. SCHILLER:  If we could have a time frame.

13          MR. PEACOCK:  Sure.

14  BY MR. PEACOCK:

15  Q.  If you could remember a time -- have you gone out of the

16  country many times?

17  A.  I don't remember.

18  Q.  You don't remember when you have gone out of the country.

19  Okay.  We will get to that.

20      Where did Mr. Williams keep those documents?

21  A.  In the safe.

22  Q.  In the safe.  What about the other documents?

23  A.  In the safe.

24  Q.  In the safe.

25      You had just testified that you put a bunch of phones in a

Pauline A. Stipes, Official Federal Reporter

1    cabinet, right?

2    A.   Yes.

3    Q.   And was that right before Mr. Williams was arrested?

4    A.   Yes.

5    Q.   And so those phones were there on the night of the arrest,

6    in that cabinet, weren't they?

7    A.   Correct.

8    Q.   Right next to those phones in that cabinet was a stack of

9    ID's, wasn't there?

10   A.   I don't remember.

11   Q.   You don't remember what else was in there?

12   A.   No.

13   Q.   You don't remember seeing any ID's next to the phones?

14   A.   No.

15   Q.   Where was that cabinet?

16   A.   In the bathroom.

17   Q.   Were there cabinets in the office?

18   A.   Yes.

19   Q.   And do you ever remember seeing any ID's in the cabinet in

20   the office?

21   A.   No.

22   Q.   The only place you remember ID's being kept was in the

23   safe?

24   A.   Yes.

25   Q.   Now, we talked about the nicknames.

```
 1        You had nicknames for Mr. Williams, correct?
 2   A.   Correct.
 3   Q.   So, you called him Munchy?
 4   A.   That is DXXXX.
 5   Q.   You called DXXXX Munchy.  You called him Cheeks?
 6   A.   Yes.
 7   Q.   Is that one of them?
 8   A.   Yes.
 9   Q.   Yoko was another one?
10   A.   Yes.
11   Q.   Now, you testified that DXXXXXX told you that she was the
12   bottom girl; is that correct?
13   A.   Correct.
14   Q.   And she acted like the boss?
15   A.   Correct.
16   Q.   Do you remember being interviewed on the night of Mr.
17   Williams' arrest by Detective Chavez?
18   A.   A little bit.
19   Q.   Sorry?
20   A.   A little bit.
21   Q.   In that interview, you told him you were the bottom bitch?
22   A.   I never said that.
23   Q.   You never said that?
24   A.   Never said that.
25   Q.   You know what the bottom bitch is though, right?
```

1    A.   Yes.

2    Q.   And you know -- what is it?  Please use the microphone.

3    A.   A girl pimp.

4    Q.   A girl pimp, right?  So, that is a person who is managing

5    the prostitutes?

6    A.   Yes.

7    Q.   And as a manager of the prostitutes, as the bottom bitch,

8    you could be prosecuted as well, couldn't you?

9         MR. SCHILLER:  Objection.  She doesn't know the state

10   of the law for that.  Improper question.

11        THE COURT:  Rephrase.

12   BY MR. PEACOCK:

13   Q.   Did you know what you were doing was illegal?

14   A.   No.

15   Q.   You didn't know prostitution was illegal?

16   A.   No.

17   Q.   On November 29, 2017, did you know prostitution was

18   illegal?

19   A.   No.

20   Q.   You had been arrested three times for prostitution and you

21   still didn't know it was illegal?

22   A.   No.

23   Q.   Now, you testified that in Government Exhibit 36j, that Mr.

24   Williams took a nude photo of DXXXXXX.  Do you recall?

25   A.   Yes.

 1    *Q.*   Okay.  And then there was a photo in the shower?

 2    *A.*   Yes.

 3    *Q.*   And then you stated that you copied and pasted those into a

 4    Backpage ad?

 5    *A.*   I did not.

 6    *Q.*   You didn't say that?

 7    *A.*   No.

 8    *Q.*   Okay.  Did you not also say that Mr. Williams directed you

 9    to do that?

10    *A.*   No.

11    *Q.*   Who did it?

12    *A.*   That is the picture in the shower, right?

13    *Q.*   Both of them.  Let's see --

14         *MR. SCHILLER:*  So we don't have a compound question,

15    maybe one at a time to the witness.

16         *THE COURT:*  Yes.

17         *MR. PEACOCK:*  No problem.  Can you bring up 36j,

18    please.  Let me look at it.  Hold on a second.  There is a lot

19    in 36j

20       You can take the publication -- it is down, right?

21         *THE COURT:*  There is nothing up.

22         *MR. PEACOCK:*  Thank you.

23    *BY MR. PEACOCK:*

24    *Q.*   I don't have the number, there are numerous pictures in

25    36j.

1       You don't recall testifying that Alston wanted you or

2   someone else to post these pictures in Backpage?

3   A.  Which picture are you talking about?

4   Q.  The shower photo of DXXXXXX.

5   A.  No.

6   Q.  Okay.  You probably just said that an hour ago, correct?

7   A.  Correct.

8   Q.  Okay.  Now, you testified -- I think you said you never had

9   any money; is that right?

10  A.  Correct.

11  Q.  But you also testified you went to the stores to buy

12  reloadable credit cards?

13  A.  Correct.

14  Q.  Where did you get the money to buy reloadable credit cards?

15  A.  From Alston.

16  Q.  Alston did give you money?

17  A.  To put on the card for him to use.

18  Q.  He gave you money?

19  A.  Correct, but not to spend on myself.

20  Q.  Never?

21  A.  Never.

22  Q.  Did you ever go shopping?

23  A.  Yes.

24  Q.  By yourself?

25  A.  No.

```
 1    Q.  Never?
 2    A.  With clients.
 3    Q.  Okay, with the clients, but did you go and buy stuff for
 4    yourself?
 5    A.  Yes.
 6    Q.  Now, you used the name Sara Blaze on one of your credit
 7    cards, I believe; is that right?
 8    A.  I didn't create that password.
 9    Q.  No, just use the name Sara Blaze?
10    A.  I don't remember.
11    Q.  Did the word Blaze have any particular meaning?
12    A.  To him it did.  To Alston.
13    Q.  And to you, too?
14    A.  Not to me.
15    Q.  You didn't exchange texts all about blazing?
16    A.  Yes.  He taught me.
17    Q.  You used the word also; is that correct?
18    A.  Correct.
19    Q.  You used it to describe what you were doing?
20    A.  Correct.
21    Q.  Blaze meant to go at the prostitution, correct?
22    A.  Yes.
23    Q.  Be very active?
24    A.  Correct.
25    Q.  And that is what you did, correct?
```

```
 1   A.   Correct.
 2   Q.   Now, you testified that you received injuries while you
 3   were working.  We saw pictures of KXXXXX being injured while
 4   she was working, we saw those pictures.  Who took those?
 5   A.   I don't remember.
 6   Q.   Who took the video?
 7   A.   The girl who was working at the agency.
 8   Q.   Okay.  And you testified that you got hurt.  Did you take
 9   any pictures of your injuries?
10   A.   No.
11   Q.   Did you tell Mr. Williams about them in any kind of text?
12   A.   No.
13   Q.   Did you tell DXXXX about them in any kind of text?
14   A.   No.
15   Q.   GXXXXXX?
16   A.   No.
17   Q.   DXXXXXX?
18   A.   No.
19   Q.   So, you didn't make -- once again, you didn't make any
20   record of these injuries that you sustained?
21   A.   Correct.
22   Q.   When did you get injured?
23   A.   I don't remember.
24   Q.   You talked about -- Mr. Schiller asked you whether you ever
25   went to the hospital or to a doctor as a result of your
```

Pauline A. Stipes, Official Federal Reporter

```
1    injuries in that instance or injuries that you alleged Mr.
2    Williams incurred on you.  But then you said you went to the
3    hospital when you got a spider bite?
4    A.  Correct.
5    Q.  Mr. Williams took you to the hospital?
6    A.  Because I told him to.
7    Q.  I didn't hear that.
8    A.  Because I told him to.
9    Q.  Okay.  But he wasn't afraid to go take you to the hospital
10   at that time, was he?
11   A.  No, because I was dying.
12   Q.  I understand that.  I am sure it was serious.  You had to
13   be rushed there, correct?
14   A.  Yes.
15   Q.  He put you in a car and took you to the hospital?
16   A.  Correct.
17   Q.  Did he use a false name for you?
18   A.  No.  I don't remember.
19   Q.  Was it no or you don't remember?
20   A.  I don't remember.
21   Q.  You don't remember what name you were hospitalized under?
22   A.  No.
23   Q.  Did he visit you in the hospital?
24   A.  Yes.
25   Q.  So, he didn't mind being seen with you?
```

```
 1    A.   No.
 2    Q.   He didn't mind associating with you?
 3    A.   No.
 4    Q.   While you were there, did other girls visit you as well?
 5    A.   Correct.
 6    Q.   And Mr. Alston -- Mr. Williams was there while they
 7    visited, wasn't he?
 8    A.   Yes.
 9    Q.   In fact, he even took pictures, correct?
10    A.   Correct.
11    Q.   Now, after you got out of the hospital, you went back to
12    the Lake Worth house, correct?
13    A.   Tamarac.
14    Q.   The Tamarac house, okay.  You went back there, correct?
15    A.   Correct.
16    Q.   Did your family visit you while you were in the hospital?
17    A.   Never.
18    Q.   Did they know you were in the hospital?
19    A.   No.
20    Q.   Did you ever tell them?
21    A.   No.
22    Q.   Now, we saw a video, Government Exhibit 36h, of you,
23    DXXXXXX, and two other girls dancing in the house, correct?
24    A.   Correct.
25    Q.   And you were having fun, weren't you?
```

```
 1    A.   At the time.

 2    Q.   Right.  You were having fun at the time.  And Mr. Williams

 3    was videoing that incident, correct?

 4    A.   Correct.

 5    Q.   Could you pull up 36h, please.

 6         So, it was you, DXXXXXX, and who else?

 7    A.   It was DXXXX, me and Anna.  Anna, DXXXX, and me.

 8    Q.   Okay.  Mr. Williams is the one filming this, right?

 9    A.   Correct.

10    Q.   And this girl in the yellow top and white pants, who is

11    she?

12    A.   A girl from school.

13    Q.   Do you know her name?

14    A.   Anna.

15    Q.   Anna, she is the one we see who is dancing in front of Mr.

16    Williams as he is filming?

17    A.   Yes.

18    Q.   She does a pretty provocative dance, correct?

19    A.   Correct.

20    Q.   Now, Mr. Williams didn't force you all to do that, did he?

21    A.   No.

22    Q.   He did it because you were having fun with each other,

23    correct?

24    A.   Correct.

25    Q.   And you had fun with each other a lot, didn't you?
```

1    A.   No.   Sometimes.

2    Q.   Well, why do we have -- why do we have recordings of the

3    fun times and we don't have any recordings or any evidence of

4    the bad things that you say happened?

5    A.   Why would he record the bad?  He doesn't want to get

6    caught.

7    Q.   Why wouldn't you get caught?

8    A.   Because he would beat me up.

9    Q.   He would beat you up?

10   A.   Yes.

11   Q.   Okay.   Now, DXXXX got your name tattooed on her, correct?

12   A.   Correct.

13   Q.   And is it your testimony that she was forced to do that?

14   A.   Yes.

15   Q.   Isn't it true that you all considered yourself sisters?

16   A.   Yes.

17   Q.   Okay.   And isn't it true that DXXXX got that tattoo because

18   she considered you a sister?

19   A.   Yes.

20        MR. PEACOCK:  Can we go back to 19d, please.   If you

21   could go to line 340, please.

22        THE COURT:  Are you looking to have that published?

23        MR. SCHILLER:  No objection.

24        MR. PEACOCK:  Yes, ma'am.

25

1    BY MR. PEACOCK:

2    Q.   In line 340, who are you talking to there?

3    A.   Alston.

4    Q.   What do you say on line 340?

5    A.   "Never n ite.  And I'm gonna get a tat with all of you guys

6    names."

7    Q.   What does he say in response?

8    A.   "Wow I feel the love ma.  YOU WILL SURELY GET IT BACK."

9    Q.   That is in all caps there?

10   A.   Yes.

11   Q.   He is not angry, is he?

12   A.   Not at the moment.

13   Q.   You are telling him you are going to get a tat with all of

14   you guys names, right?

15   A.   Correct.

16   Q.   That was your idea?

17   A.   It was not.

18   Q.   You saw the other ladies had take tattoosKXXXXX and you

19   wanted to get some too?

20   A.   It was not my idea.

21   Q.   You just moved in and you wanted to be just like them,

22   didn't you?

23   A.   No.

24   Q.   Let's go down to 359, please.

25        Wait, before we do, so you got this tattoo reluctantly?

```
 1    A.   Yes.

 2    Q.   You didn't want to do it?

 3    A.   No.

 4    Q.   Let's go to 359.  Is that you speaking in 359?

 5    A.   Yes.

 6    Q.   What do you say there?

 7    A.   "Hahaha can't wait till I get my tattoo."

 8    Q.   Who are you talking to?

 9    A.   Alston.

10    Q.   Now, you talked about getting a fake ID.  You can take that

11    down, please.

12         You talked about getting a fake ID, and you said Mr.

13    Williams was the one who made you get that?

14    A.   Yes.

15    Q.   Then you said you used it to get into clubs?

16    A.   Correct.

17    Q.   You knew the ID's were fake?

18    A.   Because he told me.

19    Q.   You knew the ID was fake?

20    A.   Yes.

21    Q.   You went right out and used it?

22    A.   He told me to.

23    Q.   He told you to use it in clubs?

24    A.   Yes.

25    Q.   You didn't enjoy that yourself at all?
```

1    A.   No.

2    Q.   How many times did you use the ID?

3    A.   Once.

4    Q.   Ever?

5    A.   Yes.

6    Q.   That was so you could drink?

7    A.   So I could apply to be a stripper.

8    Q.   Because you could drink,XXXXXX too?

9    A.   No.  I don't like to drink.

10   Q.   Okay.  All right.

11       Now, you talked about after your arrest, either in Fort

12   Lauderdale or in Kissimmee, that Mr. Williams changed the

13   Backpage ads so it didn't show your faces anymore; is that

14   right?

15   A.   Correct.

16   Q.   You helped him do that?

17   A.   He told us to do that.

18   Q.   I understand, but you helped him do that?

19   A.   Yes.

20   Q.   You put an app on there that would cloud out your face,

21   correct?

22   A.   Right.

23   Q.   And you understood why it would be a bad idea to have your

24   faces on there, didn't you?

25   A.   Correct.

1    Q.   You didn't want to get arrested any more, did you?

2    A.   No.

3    Q.   DXXXX didn't want to get arrested, did she?

4    A.   No.

5    Q.   DXXXXXX didn't want to get arrested any more, did she?

6    A.   No.

7    Q.   Getting arrested is bad for your operation, right?

8    A.   Correct.

9    Q.   And so it was a joint decision to remove the facial

10   features?

11   A.   It was Alston's decision.

12   Q.   It was his idea?

13   A.   Yes.

14   Q.   Okay.  A lot of things that assisted you in prostitution

15   were Alston's idea?

16   A.   Correct.

17   Q.   He was trying to help you?

18   A.   No, he was not trying to help me.

19   Q.   He wasn't trying to help you by keeping you from getting

20   arrested?

21   A.   No.

22   Q.   Okay.  Now, you said you traveled out of the state, but

23   only for prostitution; is that correct?

24   A.   Correct.

25   Q.   Didn't you go see your family in New York?

```
1    A.  No.

2    Q.  You never saw your family up there?

3    A.  I did after.

4    Q.  I am sorry?

5    A.  I went to see a client and messed it up and --

6            MR. SCHILLER:  Objection.  Please, 412 rulings in this

7    case, I want to make sure those stay in place.  I think

8    counsel's question is perhaps broad and without a time frame

9    and potentially allows for violations of the motion.

10           MR. PEACOCK:  Fair enough.  I can narrow that down.

11           MR. SCHILLER:  If we could have the last question and

12   answer stricken from the record.

13           THE COURT:  I will ask the jury to disregard the last

14   question and answer and ask counsel to rephrase the question.

15   BY MR. PEACOCK:

16   Q.  When did you go see your family?

17   A.  I don't remember.

18   Q.  Do you remember the year?

19   A.  No.

20   Q.  All right.  Let me try to narrow it down further.

21       Was that before Mr. Williams got arrested?

22   A.  Before, yes.

23   Q.  It was before.  All right.  And your family lives in New

24   York?

25   A.  Correct.
```

```
1    Q.  So, do I hear you correctly that you went up for two
2    purposes?
3    A.  It was one purpose.
4    Q.  What was the one purpose?
5    A.  He told me to go see a client.
6    Q.  But you ended up seeing your family?
7    A.  Correct.
8    Q.  How long did you stay with your family?
9    A.  A day or two.
10   Q.  Who did you see?  Who was the family member?
11   A.  Grandma, grandpa.
12   Q.  Anybody else?
13   A.  Uncles.
14   Q.  Cousins?
15   A.  Yes.
16   Q.  There were young people up there?
17   A.  Yes.
18   Q.  You partied with them?
19   A.  Correct.
20   Q.  You remarked how crazy they were?
21   A.  Correct.
22   Q.  This wasn't just some trip that you slaved away, was it?
23   A.  I messed it up on purpose.
24   Q.  You messed it up to see your family?
25   A.  I didn't want to the see the client, so I messed it up.
```

1    Q.   You went to see your family?

2    A.   That was not the purpose.  I didn't want to work.

3    Q.   That was the only thing you ended up doing, is seeing your

4    family?

5    A.   Correct.

6    Q.   Okay.  You also went to Atlanta, correct?

7    A.   Correct.

8    Q.   Austin, Texas?

9    A.   Yes.

10   Q.   Los Angeles?

11   A.   Yes.

12   Q.   You went to Miami many times, right?

13   A.   Correct.

14   Q.   And we know you went to Orlando, correct?

15   A.   Correct.

16   Q.   And you went on those trips by yourself, right?

17   A.   Yes.

18   Q.   Now, we talked about this before a little bit.  You went

19   out of the country on some of those trips as well, didn't you?

20   A.   Uh-hum.

21   Q.   Where did you go out of the country on the prostitution

22   trips?

23   A.   Atlanta, Texas --

24   Q.   Out of the country.

25   A.   I don't remember.

1   Q.  Did you go to the Islands?

2   A.  U.S. Virgin Islands.

3   Q.  Did you ever go on prostitution trips to the Islands?

4   A.  No.

5   Q.  Do you know an individual named Mark Chorney?

6   A.  Yes.

7   Q.  Did you ever take a trip to the islands with him?

8   A.  No.

9   Q.  Did you ever go to a resort called Sandals with him?

10  A.  Yes.

11  Q.  Where was that?

12  A.  West Palm.

13  Q.  Okay.  And did you stay there; did you stay at the resort?

14  A.  Yes.

15  Q.  And was that with Mr. Chorney?

16  A.  Correct.

17          MR. PEACOCK:  May I approach, your Honor?

18          THE COURT:  Yes.

19          MR. SCHILLER:  For the record, the Government has just

20  been provided with photographs.  I understand they are on one

21  of the devices in evidence.  This is the first time Defense is

22  providing them to the Government.

23          MR. PEACOCK:  They are in discovery, your Honor, the

24  Government provided them to me.

25          MR. SCHILLER:  I was noting it because we don't have

1    an exhibit list.

2              THE COURT:  Okay.  Let's try to move things along.

3              All exhibits should be pre marked before trial day.

4              MR. PEACOCK:  We didn't always know what exhibits were

5    going to be relevant or not.

6              THE COURT:  Okay.

7              MR. PEACOCK:  We are moving along as best we can.  If

8    I may approach the witness?

9              THE COURT:  Yes, you may.

10   BY MR. PEACOCK:

11   Q.  I will ask you if you recognize that photograph.

12             MR. SCHILLER:  I don't know which ones they are.

13             MR. PEACOCK:  2-E.

14             THE COURT:  Identify it for the record so we know what

15   she is looking at.

16             MR. PEACOCK:  2-E.

17   BY MR. PEACOCK:

18   Q.  Do you recognize that?

19   A.  Yes.

20   Q.  How do you recognize it?

21   A.  It is a pool at Sandals.

22   Q.  Is that in West Palm Beach?

23   A.  That is Barbados actually.

24   Q.  Okay.  Barbados is not in the country, is it?

25   A.  No.

1    Q.  When I asked you if you went out of the country, you told

2    me no?

3    A.  He paid me.

4    Q.  I understand that.  You left the country and went to

5    Sandals in Barbados, right?

6    A.  Correct.

7    Q.  And that would be on your passport?

8    A.  Correct.

9    Q.  I want to show you what is marked for identification as

10   Defendant's Exhibit 2-C.

11       Do you recognize that?

12   A.  Yes, that is me.

13   Q.  And where was that taken?

14   A.  Sandals.

15   Q.  Who took it?

16   A.  Mark.

17   Q.  Mark Chorney?

18   A.  Yes.

19   Q.  2-D, do you recognize that?

20   A.  Yes.

21   Q.  And how do you recognize that?

22   A.  That is me.

23   Q.  Is that also at Sandals?

24   A.  Yes.

25   Q.  The same trip in Barbados?

```
 1    A.   Correct.

 2    Q.   2-A, do you recognize that?

 3    A.   Yes.

 4    Q.   And how do you recognize it?

 5    A.   That is me.

 6    Q.   Is that also on the trip to Sandals in Barbados?

 7    A.   Correct.

 8    Q.   And then finally, 2-B, do you recognize that?

 9    A.   Yes.

10    Q.   And what is it?

11    A.   Me cutting a cake.

12    Q.   Where?

13    A.   Gallows.

14    Q.   In Barbados?

15    A.   Yes.

16    Q.   Is that the same trip?

17    A.   Yes.

18             MR. PEACOCK:  If we could turn on the ELMO, please.

19             THE COURT:  You have not asked them to be moved into

20    evidence.

21             MR. PEACOCK:  I will.

22             THE COURT:  Okay.  Just don't publish them yet.

23             MR. PEACOCK:  Your Honor, at this time we move in

24    Defendant's 2-A through 2-E, which have been identified by the

25    witness.
```

1           *MR. SCHILLER:*  No objection, Judge.

2           *THE COURT:*  They are all admitted without objection.

3       *(Whereupon Defense Exhibits 2-A - 2-E were marked for*

4   *evidence.)*

5           *MR. PEACOCK:*  I would like to publish, your Honor.

6           *THE COURT:*  You may.

7           *MR. PEACOCK:*  Thank you.

8   *BY MR. PEACOCK:*

9   *Q.*  Now, Ms. CXX, are you in this picture?

10  *A.*  Yes.

11  *Q.*  Where are you?

12  *A.*  (Witness indicating.)

13  *Q.*  Is Mr. Chorney in this picture?

14  *A.*  Yes.

15  *Q.*  Where is he?

16  *A.*  (Witness indicating.)

17  *Q.*  And who are all of these people?

18  *A.*  People who work there.

19  *Q.*  Do you remember this trip?

20  *A.*  Yes.

21  *Q.*  When was it?

22  *A.*  For my birthday.  Don't remember.

23  *Q.*  When is your birthday?

24  *A.*  March 6, 1993.

25  *Q.*  We know it was March 6th, some year in the last eight

1   years?

2   *A.*   Yes.

3   *Q.*   Okay.  Is that your birthday cake?

4   *A.*   Yes.

5   *Q.*   And let me show you this next one, Defendant's 2-B.  Is

6   that you again?

7   *A.*   Yes.

8   *Q.*   The candles are blown out, aren't they?

9   *A.*   Yes.

10  *Q.*   You are cutting the cake?

11  *A.*   Correct.

12  *Q.*   You are having fun there, aren't you?

13  *A.*   Yes.

14  *Q.*   Let me show you 2-C.  Is that also at Sandals?

15  *A.*   Yes.

16  *Q.*   Is that you?

17  *A.*   Yes.

18  *Q.*   You have a cocktail in your hand?

19  *A.*   It is a fruit beverage.

20  *Q.*   Okay.  And you are by the pool there, right?

21  *A.*   Correct.

22  *Q.*   And who took the picture?

23  *A.*   Mark.

24  *Q.*   And by the way, these were all in your phone, correct?

25  *A.*   Correct.

1    Q.   There is 2-D.  Is that pretty much the same thing, but a

2    closeup?

3    A.   Yes.

4    Q.   Did Mr. Chorney take that again?

5    A.   No.

6    Q.   Who took that?

7    A.   I did.

8    Q.   That is a selfie?

9    A.   Yes.

10   Q.   Okay.  Now, in Defendant's 2-E, is that the pool at

11   Sandals?

12   A.   Yes.

13   Q.   You can see the Sandals logo on the float in the middle?

14   A.   Correct.

15   Q.   That is the pool you are sitting by in Defendant's 2-D and

16   2-C, correct?

17   A.   Correct.

18   Q.   All right.  Ms. CXX, did you also take other trips with Mr.

19   Chaney?

20   A.   Yes.

21   Q.   Did you go to EPCOT with him?

22   A.   Yes.

23   Q.   Disneyland?

24   A.   Yes.

25   Q.   And did you go to a resort in Miami with him as well?

1    *A.*  Correct.

2    *Q.*  How long would you stay at these resorts when you went?

3    *A.*  A week.

4    *Q.*  And you were exclusively there with Mr. Chorney, correct?

5    *A.*  Correct.

6    *Q.*  Are you -- I withdraw that.

7         *MR. PEACOCK:*  If I may confer with the Government.

8    *BY MR. PEACOCK:*

9    *Q.*  Now, you testified you had to maintain constant contact

10   with Mr. Williams, correct?

11   *A.*  Correct.

12   *Q.*  And you would get in trouble if you didn't?

13   *A.*  Correct.

14   *Q.*  Mr. Williams often ignored your texts, correct?

15   *A.*  Correct.

16   *Q.*  And you would chastise him because he was ignoring you,

17   right?

18   *A.*  Correct.

19   *Q.*  So, he needed to say in touch with you as well, right?

20   *A.*  Correct.

21   *Q.*  You testified that Mr. Williams didn't take you to a doctor

22   other than the spider bite event.  Did you ever take yourself

23   to a doctor?

24   *A.*  No.

25   *Q.*  You testified that Mr. Williams made the other girls

```
 1    witness beatings?

 2    A.   Correct.

 3    Q.   When was this?

 4    A.   In the Tamarac house.

 5    Q.   When?  Not where.

 6    A.   A few years ago.

 7    Q.   What year?

 8    A.   I don't remember what year.

 9    Q.   You don't remember any year?

10    A.   No.

11    Q.   Are there any texts or photographs that would memorialize

12    this?

13    A.   No, because he would kill me.

14    Q.   Did you text any of the other girls?

15    A.   No.

16    Q.   Text any of your family members?

17    A.   No.

18    Q.   You indicated at one point, Mr. Williams put DXXXXXX in the

19    trunk of a car and drove around with her?

20    A.   Correct.

21    Q.   And you were in the car?

22    A.   Yes.

23    Q.   What year was that?

24    A.   I don't remember.

25    Q.   You indicated that he used pliers on DXXXXXX and DXXXX?
```

1    A.   Correct.

2    Q.   What year was that?

3    A.   Don't remember.

4    Q.   Do you remember the year for any of the events where you

5    say that he abused you or the other girls?

6    A.   No.

7         MR. PEACOCK:   Would you bring up Government Exhibit

8    9as, please.   Would you please publish when it comes up.

9         It is in evidence.

10   BY MR. PEACOCK:

11   Q.   Do you see that picture in front of you?

12   A.   Yes.

13   Q.   Can you see in the -- inside the cabinet, bottom left-hand

14   corner, do you see the items laying on the bottom shelf of the

15   cabinet?

16   A.   Yes.

17   Q.   Those are identifications, aren't they?

18   A.   Correct.

19   Q.   That is not a locked cabinet, is it?

20   A.   No.

21   Q.   In that stack of identification is some of your

22   identification, right?

23   A.   Correct.

24   Q.   You have seen that before?

25   A.   No.

1    *Q.* You had access to that room?

2    *A.* No.

3    *Q.* It was not always closed?

4    *A.* It was always closed.

5    *Q.* You watched television in there?

6    *A.* Sometimes, when he was in the room.

7    *Q.* Okay. You weren't strictly prohibited from coming in that

8    room?

9    *A.* Yes, I was.

10   *Q.* You watched television in there?

11   *A.* Because he told me to.

12   *Q.* There are times when you went in the room, right?

13   *A.* No.

14   *Q.* Did you watch the television outside the room?

15   *A.* No. He told me to come in and watch TV.

16   *Q.* I understand that. Maybe I am not making myself clear.

17        There are times when he was there that you would go in the

18   room with him?

19   *A.* Correct.

20   *Q.* And do things like watch television, right?

21   *A.* Correct.

22   *Q.* Okay. Now, you testified that you -- the girls ate off the

23   street and he ate perfect. Do you remember saying that?

24   *A.* Correct.

25   *Q.* Well, you weren't eating off the street when you were at

 1    Sandals, were you?

 2    A.   No.

 3    Q.   That is not always true, you ate off the street?

 4    A.   Because I was not around Alston.

 5    Q.   You weren't around him a lot of the time, were you?

 6    A.   Sometimes.

 7    Q.   A lot of the time you were out on your own?

 8    A.   Correct.

 9    Q.   You were working?

10    A.   Correct.

11    Q.   Now, you said that on other occasions you said you cooked

12    food?

13    A.   Correct.

14    Q.   Well, when you cooked, you weren't eating off the street,

15    were you?

16    A.   No.

17    Q.   You cooked for Mr. Williams, right?

18    A.   Correct.

19    Q.   You cooked for yourself?

20    A.   I have to ask him first.

21    Q.   But you cooked for yourself?

22    A.   I have to ask him first.  I wouldn't be able to eat.

23    Q.   That is not my question.  You cooked for yourself?

24    A.   I cooked for Alston and he said I could have some.

25    Q.   And you cooked for GXXXXXX as well?

```
 1    A.   Correct.

 2    Q.   So, you all took turns cooking at the house as well, right?

 3    A.   Correct.

 4    Q.   GXXXXXX would do some of the cooking?

 5    A.   Yes.

 6    Q.   And Mr. Williams would cook, too, right?

 7    A.   Very rare.

 8    Q.   You liked his food, didn't you?

 9    A.   No.

10    Q.   You said you liked it, didn't you?

11    A.   I had to lie.

12    Q.   Okay.  Did you ever take a trip to New Jersey?

13    A.   Yes.

14    Q.   Who did you go with?

15    A.   I don't remember.

16    Q.   Do you remember what year it was?

17    A.   No.

18    Q.   Did you go -- do you remember when DXXXXXX was there?

19    A.   Yes.

20    Q.   So, you do remember?

21    A.   I remember her being there.  I don't remember what year.

22    Q.   Okay.  But you went with DXXXXXX, right?

23    A.   I don't think that was me.

24    Q.   But you remember a trip to New Jersey?

25    A.   Yes.
```

```
 1    Q.   And you remember DXXXXXX being there?

 2    A.   Correct.

 3    Q.   But you don't think that was you?

 4    A.   No.  I think it was DXXXX.

 5    Q.   Sorry?

 6    A.   I think it was DXXXX.

 7    Q.   Now, Mr. Schiller asked you about the abbreviations that

 8    you used such as vcun.  That meant the V is coming up now,

 9    right?  Do you remember that?

10    A.   Right.

11    Q.   And so you were texting these things, right?

12    A.   Correct.

13    Q.   And you said that was a code, correct?

14    A.   Correct.

15    Q.   It was a way to say a lot in a very small amount of

16    texting, right?

17    A.   Correct.

18    Q.   And it saved you a lot of time?

19    A.   Correct.

20    Q.   V cun, V is coming up now.  You had to hurry, right?

21    A.   Yes.

22    Q.   It wasn't just in case you got caught, it was to save

23    yourself time?

24    A.   No.  That was the reason why, the first reason, not to get

25    caught.
```

1    *Q.* It wasn't a very sophisticated code, was it?

2    *A.* I guess not.

3    *Q.* Okay. As codes go, it wouldn't have been hard for the

4    police to look at that and figure out real quick what you were

5    saying?

6         *MR. SCHILLER:* Objection, calls for speculation.

7         *THE COURT:* Rephrase.

8    *BY MR. PEACOCK*:

9    *Q.* It wouldn't be hard for other people to figure out?

10        *MR. SCHILLER:* Objection to what other people would

11   know it to be.

12        *THE COURT:* Sustained.

13   *BY MR. PEACOCK*:

14   *Q.* Now, when you testified about that, you also testified in

15   that particular set of texts you were being monitored by DXXXX?

16   *A.* Correct.

17   *Q.* So, the way this worked was either Mr. Williams or one of

18   the girls was at a phone that was monitoring the other girl's

19   activities, correct?

20   *A.* Correct.

21   *Q.* And so, if you were out in the field, so to speak, you

22   would report back to the person monitoring and let them know

23   where you were and what was going on, correct?

24   *A.* Uh-hum.

25   *Q.* And sometimes that would be DXXXX, and then sometimes DXXXX

1    would be the one out in the field reporting back to DXXXXXX?

2    *A.*   Correct.

3    *Q.*   Sometimes it would be Mr. Williams?

4    *A.*   Correct.

5    *Q.*   And sometimes it would be you?

6    *A.*   Correct.

7    *Q.*   So, they would ask you -- the person that was monitoring

8    the phone is the one that would get the information from the

9    Backpage calls, correct?

10   *A.*   Correct.

11   *Q.*   And then they would -- they would negotiate and direct

12   these people where to go, right?

13   *A.*   Yes.

14   *Q.*   So, that person who monitored wasn't just watching to see

15   what you did, they were helping you in what you did, right?

16   *A.*   Yes.

17           *MR. PEACOCK:*  Could you pull up Government Exhibit

18   18d, please.  D, as in dog.  If you could go to line 616, six

19   one six.

20   *BY MR. PEACOCK*:

21   *Q.*   Okay.  Is that you speaking in line 616, Ms. CXX?

22   *A.*   Yes.

23   *Q.*   And you say, "She's sleeping again.  Smh."  Shaking my

24   head.  And who are you talking to?

25   *A.*   Alston.

1    *Q.*  And he responds, "keep on waking her up," and you respond

2    back, "She don't listen."

3         Who are you talking about?

4    *A.*  DXXXXXX.

5    *Q.*  And you got very frustrated with DXXXXXX, didn't you?

6    *A.*  Yes.

7    *Q.*  You didn't think DXXXXXX was working hard enough, did you?

8    *A.*  No, because he would scream at me.

9    *Q.*  You got frustrated with her on your own because you thought

10   you worked harder than she did?

11   *A.*  Correct.

12   *Q.*  In many times in your texts you would indicate that you

13   were angry with her?

14   *A.*  Correct.

15   *Q.*  Ultimately DXXXXXX left, right?

16   *A.*  Yes.

17   *Q.*  When did she leave?

18   *A.*  A few years ago.  I don't remember.

19   *Q.*  You don't remember a year?

20   *A.*  No.

21   *Q.*  It has been a couple of years at least though, right?

22   *A.*  Yes.

23        *MR. PEACOCK:*  Now, if you could go to line 1048,

24   please.  Actually go down a little bit.  No, I'm sorry, when I

25   say down, the other way.  Okay.  That is fine.

1   *BY MR. PEACOCK:*

2   *Q.*  This is a instance where you are sending pictures to DXXXX

3   for posting, correct?

4   *A.*  Correct.

5   *Q.*  And you indicated that she then got approval from Mr.

6   Williams on the photos, right?

7   *A.*  Correct.

8   *Q.*  There is nothing in there that says she got approval from

9   Mr. Williams, is there?

10  *A.*  That didn't mean anything.

11  *Q.*  Well, that is all you knew, you were outside, you weren't

12  anywhere near where they were?

13  *A.*  Yes, but you don't know him personally.

14  *Q.*  You are speculating?

15  *A.*  I know him.

16  *Q.*  You are speculating?

17  *A.*  I know him.

18  *Q.*  I know you know him, but you are speculating when you say

19  DXXXX gave him the pictures to approve?

20  *A.*  I know him.  I know what I am talking about.

21       *MR. PEACOCK:*  If we could go to Government Exhibit

22  25c, please, and go to line 42 to 44.  Okay.  Go up a little

23  bit more.  Okay.

24  *BY MR. PEACOCK:*

25  *Q.*  Mr. Schiller asked you about these items that are in

```
 1    yellow.  He didn't ask you about these items that are not

 2    highlighted.

 3         So, let's go up to line 40.  This is the last line of code.

 4         You say v -- is that out -- what is vo ev?

 5    A.  Client is out, everything is good.

 6    Q.  Okay.  So then you respond, "Te amo me corazon," correct?

 7    A.  Correct.

 8    Q.  I love you, my heart, right?

 9    A.  Correct.

10    Q.  Okay.  Then you say -- you add to that, and it is a second

11    text, "Just wanted to tell u that u were on my mind," with a

12    smily face, right?

13    A.  Correct.

14    Q.  And then you say -- in a third text you tell him, "My sweet

15    angel," with a double smily face, right?

16         What does a smily face mean?

17    A.  Happy.

18    Q.  Yes.  And then you say in a fourth text, "God bless you."

19    When you say God bless you, what do you mean by that?

20    A.  God bless you.

21    Q.  That means God keep you safe, right?  God be with you,

22    correct?

23    A.  Correct.

24    Q.  And he didn't respond so you -- he sent question marks and

25    then you say, "I am letting the kids out."  The kids are what?
```

1    A.   (Unintelligible).

2    Q.   That is you saying that?

3    A.   Yes.

4    Q.   You are saying everything you did is out of fear of Mr.

5    Williams?

6    A.   Correct.

7    Q.   When you sent him these texts, that is out of fear of him,

8    correct?

9    A.   Correct.

10   Q.   You testified that the harder I work, the less he beat me?

11   A.   Correct.

12   Q.   Do you have any texts from him that show that, where he

13   said that to you?

14   A.   Why would he text that?

15   Q.   He texted you all kinds of things.

16   A.   Doesn't matter.

17   Q.   You said he texted the most minute things in your

18   relationship.  You don't have a text telling you unless you

19   work harder, I will beat you?

20   A.   No.  He will get caught writing text messages.

21   Q.   Do you have any text message of him threatening to beat

22   you?

23   A.   No.

24   Q.   Could we go to 25c, please.  1461, please.

25        This is you talking, correct?

```
 1    A.   Correct.

 2    Q.   I'm sorry.  That is not you, is it; that is Mr. Williams?

 3    A.   Yes.

 4    Q.   What does he say to you?

 5    A.   "Eat ass."

 6    Q.   Okay.  "Cause we gotta make up for that extra we gotta

 7    pay."

 8         Okay.  So you respond to him down at line 1467.  What do

 9    you call him?

10    A.   "You nasty ass."

11    Q.   And what is your next comment after that, 1468?

12    A.   "Lolol."

13    Q.   You are joking with him, right.

14         MR. SCHILLER:  Objection.  Those are messages from the

15    Defendant, not from Ms. CXX.

16         MR. PEACOCK:  I got it backwards, my mistake.

17    BY MR. PEACOCK:

18    Q.   Okay.  He says to you, "You nasty ass," and he says laugh

19    out loud?

20    A.   Right.

21    Q.   Why does he say "Lolol"?

22    A.   He tries to act like he is kidding.

23    Q.   He is telling you he is kidding?

24    A.   Trying to act like he is kidding.

25    Q.   Okay.  1465, you tell him, "U eat ass ill t u when out of
```

```
 1   shower punk," right?
 2   A.   Correct.
 3   Q.   Do you talk to somebody you are scared of like that all the
 4   time?
 5   A.   No.
 6   Q.   Now, you were testifying about changing your hair to blond.
 7   You said Mr. Williams wanted you to change your hair to blond?
 8   A.   He did.
 9   Q.   In truth, it was the escort service who asked you to be a
10   blond?
11   A.   Not true.
12   Q.   No escort service asked you to be a blond?
13   A.   No.
14   Q.   Never asked you to be a blond?
15   A.   No.
16   Q.   Government Exhibit 24, please.
17        When you got your butt lift and your tummy tuck you had to
18   fill out some medical documents and you had to give the reason
19   why you were doing this, right?
20   A.   Correct.
21   Q.   Who did you say went with you for that?
22   A.   DXXXXXX.
23   Q.   You told them DXXXXXX was your sister?
24   A.   Correct.
25   Q.   I suppose that was Mr. Williams' fault, too?
```

```
1    A.  Of course.
2    Q.  So, when you lied to them, that wasn't anything you were
3    doing voluntarily?
4    A.  No.
5    Q.  Was he right there with you?
6    A.  No.
7    Q.  He wasn't even in the building, was he?
8    A.  No.
9    Q.  Okay.  If you could go to page 13.
10       Is this your handwriting on this document?
11   A.  Correct.
12   Q.  So, the first question asks you how long have you been
13   thinking about cosmetic surgery.  What was your response?
14   A.  Three years.
15   Q.  And asked you how do you feel about your appearance.  What
16   was your response?
17   A.  So and so.
18   Q.  What did you mean by that?
19   A.  Not too sure.
20   Q.  You are not too sure what you meant or not too sure about
21   getting the procedure?
22   A.  Correct.
23   Q.  And you ask -- you were asked:  Is your appearance
24   important in your career and why?  And you say?
25   A.  Yes, because I want to feel more confident.
```

```
 1    Q.   And what do you put after that?

 2    A.   They are extremely important.

 3    Q.   You put a smily face after confident?

 4    A.   Correct.

 5    Q.   And then you say this surgery is extremely important?

 6    A.   Correct.

 7    Q.   And you want to get it as soon as possible?

 8    A.   Correct.

 9    Q.   You are blaming all that on Mr. Williams, right?

10    A.   Correct.

11    Q.   Is that the same when you got your breast augmentation?

12    A.   Yes.

13    Q.   Did you tell them the same kind of things?

14    A.   Yes.

15    Q.   Did anybody go with you on that one?

16    A.   I don't remember.

17    Q.   Now, you testified -- could you go to Government Exhibit

18    41, please.  138.

19         You testified there about -- go down a little bit.

20         You testified there about the Life360.  Do you remember?

21    A.   Yes.

22    Q.   Okay.  That is one of those features where you can know

23    where each other are, correct?

24    A.   Correct.

25    Q.   He had it on his phone?
```

```
 1    A.   Yes.

 2    Q.   You had it on your phone?

 3    A.   Yes.

 4    Q.   DXXXXXX had it, correct?

 5    A.   Correct.

 6    Q.   DXXXX had it?

 7    A.   Correct.

 8    Q.   You also had something else called Glympse, didn't you?

 9    A.   Yes.

10    Q.   Wasn't it you who asked him to put Glympse on his phone?

11    A.   No.

12    Q.   What is Glympse?

13    A.   A GPS tracker.

14    Q.   For what?

15    A.   To see where you are.

16    Q.   Okay.  Did you use Glympse?

17    A.   Yes.

18    Q.   Are you familiar with it?

19    A.   Yes.

20    Q.   You used it a lot, right?

21    A.   Correct.

22    Q.   With Glympse you could hit the application on your phone

23    and it would send a message to another person asking them to

24    check in on you, right?

25    A.   Yes.
```

```
1    Q.  And you would do that all the time, correct?

2    A.  Correct.

3    Q.  And Mr. Williams would get Glympse alerts from you all the

4    time, right?

5    A.  Yes.

6    Q.  And by getting a Glympse alert, he could see where you

7    were?

8    A.  Yes.

9    Q.  And the reason he could see where you were and the reason

10   the person monitoring the phone could see where you were was so

11   they would know you were safe?

12   A.  He would know where I was.  He didn't care if I was safe.

13   Q.  He didn't care if you were safe?

14   A.  No.

15   Q.  Okay.  You testified you are a big money maker for him,

16   correct?

17   A.  Correct.

18   Q.  In fact, at one point you testified you were his only money

19   maker?

20   A.  Correct.

21   Q.  And now he didn't care if you were safe?

22   A.  Of course not.

23   Q.  According to your testimony, that would have ended his

24   income if that happened to you?

25   A.  He didn't care.
```

```
 1    Q.  He didn't care.  The same person who earns money from you
 2    doesn't care if you get hurt and get out of commission?
 3    A.  Correct.
 4    Q.  Now, you testified that Mr. Williams synced your phone
 5    contacts with GXXXXXX' phone contacts?
 6    A.  Correct.
 7    Q.  Isn't it true you all used each other's phones from time to
 8    time?
 9    A.  Correct.
10    Q.  You testified that in your contacts, there were many
11    contacts labeled with the word pimp, right?
12    A.  Yes.
13    Q.  In your line of business, people would often reach out to
14    you to come and work with them, correct?
15    A.  Correct.
16    Q.  And when they did that, you would label them as a pimp,
17    right?
18    A.  Correct.
19    Q.  And there were many of those people, correct?
20    A.  Yes.
21    Q.  And those were people you weren't interested in getting
22    calls from; is that right?
23    A.  Correct.
24    Q.  That is why you labeled them as pimps in your phone?
25    A.  He told me to label them.
```

```
 1    Q.  You labeled some people as DA, correct?
 2    A.  Yes.
 3    Q.  That meant don't answer?
 4    A.  Right.
 5    Q.  Those are people you said you didn't want to receive a call
 6    from?
 7    A.  Because he told me.
 8    Q.  Okay.  But they were people who either were not nice to
 9    you, right?
10    A.  Right.
11    Q.  They were people who didn't want to pay much money, right?
12    A.  Right.
13    Q.  They were people who for some reason you felt that you
14    didn't want to answer their calls any more, correct?
15    A.  Correct.
16    Q.  And you were the one -- he didn't answer the calls, did he?
17    A.  No.
18    Q.  So, you were the one that decided whether they were a pimp
19    or whether they were a don't answer?
20    A.  I'm not sure who told me.
21    Q.  He wouldn't know unless you told him, would he?
22    A.  Correct.  He would ask.
23    Q.  Sorry?
24    A.  He would ask.
25    Q.  He went through your thousands of contacts and asked you
```

1    about your individual experience?

2    *A.*  He goes through my phone all the time.

3         *THE COURT:*  Mr. Peacock, is this a good breaking

4    point?

5         *MR. PEACOCK:*  That is fine, Judge.

6         *THE COURT:*  All right.  Ladies and gentlemen, and our

7    witness, Ms. CXX, we will take our lunch break.  We will be in

8    recess for one hour, until 1:15.

9         I remind the witness to remain under oath and do not

10   discuss your testimony with anyone.  We'll come back at 1:15.

11        I remind our jurors of the same instructions, do not

12   discuss the case with anyone, do not have any contact with

13   anyone associated with the case.  Have a nice lunch and we will

14   see everyone back at 1:15.

15        *(Thereupon, the jury leaves the courtroom.)*

16        *(Thereupon, a luncheon recess was taken.)*

17        *MR. PEACOCK:*  Your Honor, at 2:50 p.m. yesterday the

18   witness testified that she would never have engaged in

19   prostitution but for the acts of the Defendant.

20        I think that has opened the door to asking her, if

21   only briefly, about her post arrest -- post Mr. Williams'

22   arrest acts of prostitution.

23        *THE COURT:*  Response.

24        *MR. SCHILLER:*  Judge, the Government feels that does

25   not open the door whatsoever.  She was specifically talking

1    about before the Defendant.  Every question was when she was

2    with the Defendant.  If you had known before you met the

3    Defendant, would you have committed these acts of prostitution?

4    No.  Nothing was after the fact whatsoever, and there is

5    nothing in the record that would suggest that she continued to

6    do anything at his behest or not at his behest after his

7    arrest.  How that would open the door, I don't see it at all.

8         MR. PEACOCK:  That is the point.  There is nothing

9    after his arrest that would have urged her to commit acts of

10   prostitution other than her own free will.

11        Her testifying to the jury that she would never have

12   engaged in that but for his actions is directly opposed.

13        MR. SCHILLER:  Judge, I don't think that was the

14   question and answer specifically.  Maybe we could pull back the

15   record.  That is not what I remember asking her or her

16   answering.

17        MR. PEACOCK:  2:50 p.m.

18        THE COURT:  I don't have exactly what was said at 2:50

19   p.m. in front of me.

20        MR. PEACOCK:  I thought you would be looking for it.

21        THE COURT:  No, I am looking for the order.

22        I cited a plethora of case law in the order on the 412

23   issue, and going back to page nine, I indicated the Court's

24   ruling is without prejudice, to the extent that the testimony

25   elicited by the Government may give rise to a specific need to

```
 1    introduce specific evidence of RC and DL's subsequent
 2    prostitution acts.
 3          I said in the order:  In Maynes the trial court
 4    allowed questioning to directly challenge a victim's statements
 5    on the stand.  For example, when a victim said she did not know
 6    what to do at her first "appointment," defense counsel was
 7    permitted to ask if she had gone on a prostituting call in the
 8    past.  The Court allowed for specific cross-examination on
 9    topics that the victim raised.  The trial court's decision was
10    affirmed, with commentary from the Appellate Court that the
11    trial court had been more forgiving in allowing this evidence
12    than other courts often are.
13          Your statement -- now I need to go back to what -- I
14    should back up.
15          Your comment was that at 2:50 p.m. yesterday, the
16    witness testified she would never have engaged in prostitution
17    but for the acts of the Defendant.  I don't think that
18    qualifies to the level of specificity that the Court required
19    in Maynes.  The Appellate Court even considered the District
20    Court to be more forgiving for allowing it.
21          First of all, I want to see the exact question and
22    answer.  And secondly, if what you are representing is how you
23    recall it, that is very general.  That could mean -- and I
24    would think, in light of the testimony that I remember
25    yesterday, and I can go through my notes, that it had to do
```

1    with on the front end, you know, had you not met the Defendant,

2    would you have gotten into prostitution.  I don't believe that

3    question and answer should change the Court's ruling on its

4    412 -- on the 412 motion.

5            If something else comes up that you believe gives rise

6    to that specific example akin to what I cited based on the case

7    law I found, I will ask you to raise it.  At this time, I will

8    not permit it.

9            MR. PEACOCK:  Very well.  A second thing, and I

10   broached this with Mr. Chorney Schiller earlier and I think he

11   has an objection.  He can speak for the Government.

12           After Mr. Williams' arrest, Ms. CXX continued to

13   receive compensation from a former -- from a prostitution

14   client, Mark Chorney.

15           I am not asking Ms. CXX about sexual acts.  I realize

16   the Court's ruling on 412, post-arrest sexual acts.  I would

17   like to ask whether she still receives compensation from Mr.

18   Chorney.  And let me proffer what I understood to be the

19   compensation to be.

20           Mr. Chorney purchased an apartment for Ms. CXX or pays

21   rent for the apartment for Ms. CXX to live in in that time

22   period after Mr. Williams' arrest.  I believe that is where she

23   resides.  I would like to ask her about that.

24           THE COURT:  Why?

25           MR. PEACOCK:  Because I think it goes to her -- that

1    she is still receiving profits from what she did during this

2    time when she is allegedly a victim.  She is still --

3        THE COURT:  The jury only heard about her relationship

4    with Mr. Chorney in the process of the -- if she is receiving

5    compensation from Mr. Chorney now, after the arrest, isn't that

6    getting in the back door the 412 ruling that the Judge

7    excluded?

8        MR. PEACOCK:  The actions she started and was

9    participating in during the time frame of the indictment have

10   gone on uninterrupted.  So, if you want to call it -- the

11   inference is perhaps, but I am just saying she continued to

12   engage in receiving compensation from Mr. Chorney.  I am not

13   going to ask her what it was for, but I think that is

14   important.  This is a man who took her out of the country to

15   all kinds of resorts all over the place and she is still

16   getting compensation from him to this day and in larger

17   amounts.

18       THE COURT:  Response from the Government.

19       MR. SCHILLER:  There is no possible way that could

20   elicit any other thoughts in the jury's mind other than she is

21   still committing acts of prostitution.  What is the point of

22   her receiving money from Mr. Chorney after the fact with

23   regards to Mr. Williams having to do with sex trafficking other

24   than prejudicial evidence against her to the jury?

25       THE COURT:  Okay.  The Court is not going to permit it

Pauline A. Stipes, Official Federal Reporter

1    for the reasons the Court articulated, and it is consistent

2    with the order the Court issued.

3         MR. PEACOCK:  Very well.  I wanted to bring that up

4    outside the presence of the jury.

5         THE COURT:  You also made a motion about what the

6    Defendant did to GXXXXXX.  You didn't make argument then, you

7    said you were reserving and didn't ask me to exclude anything

8    or give any curative, so I did not.  I am raising it so you can

9    make the record for whatever argument you want to make.

10        MR. PEACOCK:  The witness accused Mr. Williams of

11   raping GXXXXXX.  That is not part of the charges.  There has

12   been no notice of raping from the Government and I think, once

13   again, the Court engaged in a deliberative 404(b) process so we

14   could get that squared away.  That wasn't raised.

15        I think it is improper and I think it is sufficient,

16   along with the other comments that have been made, to cause a

17   mistrial in this case.  It is improper to just blurt it out.

18        The last one was blackmail, this one is rape, and that

19   is inappropriate and the Government should have instructed its

20   witnesses better.

21        MR. SCHILLER:  If I may, I will let Mr. Hoover respond

22   to this only because it has to do with GXXXXXX LXXXX.

23        THE COURT:  Okay.

24        MR. HOOVER:  Judge, this was turned over in numerous

25   ways.  GXXXXXX spoke about it in the original interview with

```
1    Jason Guevara, that he was having sex with the girls when they
2    didn't want to, and offenses were listed in the Government's
3    404/intrinsic evidence motions.  Those portions were agreed to
4    by the Defense.
5            THE COURT:  If the motion is a motion for mistrial,
6    that motion is denied.
7            MR. PEACOCK:  I would ask -- if I could have one
8    second.
9            Ms. McCrae makes a good point.  This is not even a
10   situation where Ms. CXX was present.  This was some sort of
11   hearsay comment and I guess -- first off, I would ask the Court
12   to instruct the Government to not elicit such testimony.  It is
13   not appropriate.
14           And then I would ask that comment by Ms. CXX be
15   stricken from the record and the jury be admonished not to
16   consider it.
17           MR. SCHILLER:  If I may respond briefly.
18           THE COURT:  Yes.
19           MR. SCHILLER:  I didn't elicit the comment, the
20   witness said it on her own.  It was not responsive to the
21   question I had asked her.
22           GXXXXXX is going to testify about the Defendant having
23   sex with her after her abortion when she didn't want to.  I
24   don't think Ms. CXX was present for it.  If we want to inquire
25   whether the Defendant told her that information or she learned
```

1  it from GXXXXXX, or if it is a hearsay from another witness, we

2  could voir dire her on that.

3      I don't know if the Defense is considering we bring it

4  back up to the jury, it reminds them of the conversation, if

5  the Court is going to strike the answer.

6      A couple of things I want to bring to the Court's

7  attention depending on how the Court is going to rule.

8      MR. PEACOCK:  I understand the implications in my

9  request.

10     THE COURT:  Again, all that was said at the time was a

11  motion and counsel was very clear he was reserving on argument,

12  so there was no opportunity for the Court to do anything at the

13  time, even if the Court was inclined to do anything.  That is

14  number one.

15     Number two, I don't recall that Mr. Schiller asked any

16  specific question that would have given him notice that that

17  was the answer that was going to be given by the witness.  So,

18  I don't believe the way he framed his question had sought to

19  elicit that particular testimony.

20     And third, the Court does not believe that a curative

21  instruction is warranted to the extent that Defense wants to

22  cross-examine her on it, as to whether she observed it or not,

23  and call into question the credibility of what she said, I

24  suppose is up to the Defense, but the Defendant's actions

25  vis-a-vis the victims is squarely relevant and at issue in this

1   case.

2          And the whole 404(b) analysis dealt with whether

3   certain acts were inextricably intertwined insofar as the

4   victims either experiencing or observing or knowing of the acts

5   of the Defendant such that they felt threatened, intimidated,

6   or coerced, and this would clearly fall within that realm of

7   information.

8          So, again, if you want to cross-examine her as to what

9   she knows and how she knows it and whether she observed actions

10  in that regard involving GXXXXXX, then, that would be proper

11  for cross-examination, but the Court doesn't find that it has

12  been ruled on as something that should not have come in in

13  advance of trial, and that the Government has turned over the

14  information, secondly.

15         And third, there was no opportunity at the time the

16  motion was made for the Court to even consider doing anything

17  because nothing was asked of the Court.

18         Now that it is raised at this point, the Court is

19  being asked to give a curative instruction, but the Court

20  doesn't believe a curative instruction is warranted.

21         MR. PEACOCK:  Yes, ma'am.

22         THE COURT:  Okay.

23         MR. SCHILLER:  Judge, the Government has a question.

24  Defense moved in five pieces of evidence.  We ask to know which

25  devices they come from.

```
 1              MR. PEACOCK:  I will tell you.

 2              MR. SCHILLER:  You know.  Okay.

 3              THE COURT:  Are they lined up, ready to go?  You can

 4    get them lined up and ready to come in.

 5              Mr. Peacock, when you want something published, you

 6    need to ask.  We don't know if you want it published.  If you

 7    say publish, we'll know to publish.

 8              MR. PEACOCK:  Yes, ma'am.

 9              THE COURT:  How much longer do you think you have on

10    cross?

11              MR. PEACOCK:  Depending how it goes, between an hour

12    and an hour and a half.

13              MR. SCHILLER:  We have two witnesses ready to go.

14              MR. PEACOCK:  They are out-of-town folks.  Mr. Chorney

15    Schiller is going to give me a 20-minute warning.

16              THE COURT:  You work it out.  If there needs to be a

17    break for them to be brought in --

18              MR. PEACOCK:  Yes, ma'am.

19              THE COURT:  I will leave it all within your scope.

20              MR. PEACOCK:  We got together and we planned it.

21              THE COURT:  Met and conferred.  You worked it out.

22              MR. PEACOCK:  We are going to do the designations.

23              THE COURT:  We will make civil lawyers out of all of

24    you.

25              Ms. CXX, a reminder to pull the microphone closer to
```

```
 1    you.  She has a tough job here, Mrs. Stipes.  She takes down
 2    everything all of us say, and when she doesn't hear it, we
 3    don't capture it on the record.  We have to have a complete
 4    record of the trial.
 5             (Thereupon, the jury returned to the courtroom).
 6             THE COURT:  All right.  Welcome back, you may be
 7    seated, and counsel may proceed.
 8             MR. PEACOCK:  Thank you, your Honor.
 9             May I approach?
10             THE COURT:  Yes.
11    BY MR. PEACOCK:
12    Q.  Ms. CXX, I am going to show you what is marked for
13    identification as Defendant's Exhibit 3-A.
14        Do you recognize that?
15    A.  That is me.
16    Q.  Where are you?
17    A.  EPCOT.
18    Q.  I show you 3-B.
19             THE COURT:  Would you help her move the microphone
20    closer to her?  We can't hear her.
21    BY MR. PEACOCK:
22    Q.  I show you Exhibit 3-B.  Do you recognize that?
23    A.  Yes.
24    Q.  How do you recognize it?
25    A.  That is me.
```

```
1    Q.   Where are you?

2    A.   EPCOT.

3    Q.   Now, is this a trip you took with Mr. Chorney?

4    A.   Yes.

5    Q.   Is this a trip you took as a prostitute?

6    A.   Yes.

7    Q.   And was this prior to Mr. Williams' arrest?

8    A.   Yes.

9    Q.   Now, EPCOT is at Disneyland -- Disney World?

10   A.   Yes.

11   Q.   When you went there with him --

12             MR. PEACOCK:  May I publish, your Honor?

13             THE COURT:  You haven't moved them in.

14             MR. PEACOCK:  At this time I move in 3-A and 3-B.

15             MR. SCHILLER:  The Government has no objection.

16             THE COURT:  Admitted without objection.

17        (Whereupon Defense Exhibits 3-A, 3-B were marked for

18   evidence.)

19             MR. PEACOCK:  May I publish on the ELMO?

20             THE COURT:  Yes.

21   BY MR. PEACOCK:

22   Q.   3-A, is that part of EPCOT?

23   A.   Yes.

24   Q.   Is that the World of Tomorrow?

25   A.   I don't know.
```

1    *Q.*  Okay.  Is that you there?

2    *A.*  Yes.

3    *Q.*  Is that your Mickey Mouse hat?

4    *A.*  Yes.

5    *Q.*  Are you smiling in that picture?

6           *THE COURT:*  Just like this, like you are yelling, but

7    you are not.  Can you do that with the microphone?

8    *BY MR. PEACOCK:*

9    *Q.*  Are you smiling in that picture?

10   *A.*  Yes.

11   *Q.*  Who took that picture?

12   *A.*  Mark.

13   *Q.*  Mark Chorney?

14   *A.*  Yes.

15   *Q.*  This is Defendant's Exhibit 3-B.  Is this also at Disney

16   World?

17   *A.*  Yes.

18   *Q.*  You are riding in some kind of vehicle.  What is that?

19   *A.*  I don't know.

20   *Q.*  Does that have anything to do with Mr. Chorney?

21   *A.*  Yes.

22   *Q.*  What does it have to do with Mr. Chorney?

23   *A.*  He uses it.

24   *Q.*  Is it like an electric cart he uses to get around?

25   *A.*  Yes.

```
 1   Q.   That is what you are sitting in there, right?
 2   A.   Yes.
 3   Q.   And you are smiling again, correct?
 4   A.   Correct.
 5   Q.   How long did you go with him to Disney World for?
 6   A.   I don't remember.
 7   Q.   What year did you go?
 8   A.   Don't remember.
 9   Q.   All right.  Could you pull up Government Exhibit 25c,
10   please, at line 960.
11        Now, Ms. CXX, you indicated to the jury that you were in
12   constant fear of Mr. Williams, correct?
13   A.   Correct.
14   Q.   And that Mr. Williams was constantly trying to isolate you
15   from other people, correct?
16   A.   Correct.
17   Q.   And the only people he ever wanted you to communicate with
18   were your clients?
19   A.   Correct.
20   Q.   Now, Mr. Schiller asked you about this conversation at 960.
21   Can we bring that up.
22        Now, this is a conversation you had with Mr. Williams,
23   isn't it?
24   A.   Yes.
25   Q.   And what was the date of this conversation?
```

```
 1   A.   11/20/2012.

 2   Q.   So, you have been with him for over a year now, correct?

 3   A.   Correct.

 4   Q.   You are well aware how much you fear him at this point,

 5   right?

 6   A.   Yes.

 7   Q.   Okay.  So, at 960, who is speaking?

 8   A.   Me.

 9   Q.   You are.  You are reaching out to him there, aren't you?

10   A.   Yes.

11   Q.   And you call -- is this your phone?

12   A.   Yes.

13   Q.   This is your phone, right.  How do you have Mr. Williams in

14   your phone?  What is his name?

15   A.   Ma Corazoncito.

16   Q.   Ma Corazoncito.  My little heart?

17   A.   That is what I said.

18   Q.   I couldn't hear you.  You said, "My Corazon" and you say,

19   "Awee corazon I do.  Your words mean alot to me," right?

20   A.   Yes.

21   Q.   What did you mean by that?

22   A.   What it says.

23   Q.   Just exactly what it says?

24   A.   Yes.

25   Q.   And he responded with affection, too, didn't he?
```

1    A.  I guess you could say that.

2    Q.  Well, he responded with "marosa".

3    A.  Yes.

4    Q.  He used that as a term of affection throughout your

5    relationship, didn't he?

6    A.  Yes.

7    Q.  And you say, "If only u knew how much your words affect

8    me," with a double smily face.

9        So you two were not angry at each other at that time, were

10   you?

11   A.  No.

12   Q.  In fact, you were pretty lovey-dovey, right?

13   A.  I guess.

14   Q.  And he says, "course."  And then you send him back a single

15   smily face -- excuse me -- he sends you back a single smily

16   face and then a double smily face.

17       The doubly smily face and single smily face came from this

18   person who you described whose eyes get black, and how else did

19   you describe him?

20   A.  Demon.

21   Q.  Pure evil and a demon?

22   A.  Yes.

23   Q.  He is a demon who sends smily faces, right?

24   A.  Yes.

25   Q.  And you say to him, "I will never hurt u again."

```
 1        So, in this context of this chat you had here, you are

 2   saying that you were the one who hurt him, right?

 3   A.  How, by leaving.

 4   Q.  By leaving, right.  You hurt him, didn't you?

 5   A.  I guess.

 6   Q.  And he responds, "Awww."  And then you say, "Everytime I

 7   think of what I put ma Corazon thru."  What did you mean by

 8   that?

 9   A.  By leaving.

10   Q.  And then, what does he say in response?

11   A.  "I forgive you."

12   Q.  Could you scroll down a little bit, please.

13        And he asks, "U mean that corazoncito?"  And you say,

14   "course."

15        That is you saying, "U mean that corazoncito?"

16   A.  I do.

17   Q.  And he says, "course.  Your marosa."  Marosa means my rose,

18   right?

19   A.  Yes.

20   Q.  You said, "My love, my sweet sweet love," double smily

21   face, "you sweep me."

22        Did you mean sweep me off my feet?

23   A.  Yes.

24   Q.  And then you say, "I will forever & ever take care of u

25   alwayss."  And he says what?
```

1    *A.*  "I need a truck for that."

2    *Q.*  And three smily faces?

3    *A.*  Yes.

4    *Q.*  And you say, "Hahahaha," four smily faces.  "I fell on the

5    floor from laughing so."

6        So you are telling him there that you are happy, right, you

7    are laughing?

8    *A.*  At the moment.

9    *Q.*  Right.  At the moment?

10   *A.*  Correct.

11   *Q.*  And he responds, "Lol."  Laugh out loud.  "Lolololol."

12   Multiple laughs out loud, right?

13   *A.*  Yes.

14   *Q.*  You say, Lmao!"  Laughing my ass off.  "U crazy goose.  I

15   love the fact that u make" -- you call this evil person a crazy

16   goose, correct?

17   *A.*  Again correct.  He is evil.

18   *Q.*  He is also a crazy goose, right?

19   *A.*  Whatever you want to think.

20   *Q.*  No.  You wrote it?

21   *A.*  He is evil.

22   *Q.*  When you wrote this, you weren't testifying for anybody,

23   were you?

24   *A.*  No.

25   *Q.*  You were writing this to him, and him only, weren't you?

1    *A.*  Correct.

2    *Q.*  You weren't making these comments for anyone else but him,

3    right?

4    *A.*  Correct.

5    *Q.*  That is when you send him all the smily faces and call him

6    a crazy goose?

7    *A.*  Yes.

8    *Q.*  And then you say, "Its good to laugh and smile," smily

9    face, double smily face.

10       He sends you back a quadruple smily face.  You guys love

11   the smily faces.  And then you say "I can't stop smiling."

12       Now, Ms. CXX, are those the words you say to your attacker?

13   *A.*  At the moment.

14   *Q.*  Are those the words you say to someone who allegedly used a

15   taser on you?

16   *A.*  It didn't mean anything.  He did what he did.

17   *Q.*  Sorry?

18   *A.*  He did what he did.

19   *Q.*  Are those the words you use for someone who is isolating

20   you from your family?

21   *A.*  That is what he did.

22   *Q.*  I asked you about Glympse.  I had one more question.  You

23   can't use Glympse unless the other person has Glympse on their

24   phone, right?

25   *A.*  Correct.

```
 1    Q.   Now, you said that you hadn't been anywhere other than
 2    prostitution calls at -- outside the state, right?
 3    A.   Correct.
 4    Q.   Isn't it a fact that you spoke about going to your
 5    brother's wedding?
 6    A.   I never said that.
 7    Q.   Pardon me?
 8    A.   I never said that.
 9    Q.   You never did?
10    A.   No.
11    Q.   Okay.  So, you never went to your brother's wedding?
12    A.   No.
13    Q.   Okay.  Now, you testified on direct that Mr. Williams had
14    chastised you for ordering something?
15    A.   Correct.
16    Q.   Did you order it on the internet?
17    A.   I think I ordered food.
18    Q.   On the internet?
19    A.   I don't remember.
20    Q.   And then you said, "Well corazon I was going to give you
21    $10 for it," correct?
22    A.   Correct.
23    Q.   If you didn't have any money, how could you give him $10?
24    A.   From work.
25    Q.   Right.  You had your own money though?
```

1    *A.*  I hadn't picked it up.  That was his money.  He took it

2    from me.

3    *Q.*  Were you going to pay him $10 of his own money?

4    *A.*  Correct.

5    *Q.*  Not $10 of your own money?

6    *A.*  No.

7    *Q.*  Now, you testified about a set of texts where Mr. -- you

8    were complaining about one of your clients, and Mr. Williams

9    said, let him meet Mr. Cheeks, right?  Do you remember that?

10   *A.*  Correct.

11   *Q.*  He never did anything like that, did he?

12   *A.*  Yes, he did.

13   *Q.*  No, he --

14   *A.*  Yeah, he did.

15   *Q.*  Do you have proof of it?

16   *A.*  Do you know him?  Have you seen what he does?

17   *Q.*  I get to ask the questions.

18        Do you have proof of it?

19   *A.*  No.

20   *Q.*  Now, Government Exhibit 55, please.

21        *MR. PEACOCK:*  May I publish, your Honor?

22        *THE COURT:*  Yes.

23   *BY MR. PEACOCK*:

24   *Q.*  Well, in that same set of texts or instant messages, I am

25   not sure which they were, the same ones you testified about

1   giving him $10 of his own money, you also told him that he

2   should just be with GXX, right?

3   A.   Correct.

4   Q.   GXX is GXXXXXX, correct?

5   A.   Yes.

6   Q.   GXXXXXX was living in the house at that time?

7   A.   Uh-hum.

8   Q.   In that series of texts you tell him how concerned you are

9   of him spending time with GXXXXXX, right?

10  A.   Yes.

11  Q.   You had become jealous of GXX, right?

12  A.   Correct.

13  Q.   You didn't think GXX was worth much?

14  A.   At that time.

15  Q.   She was doing -- you were doing all the work and she was

16  doing -- she was getting the benefit?

17  A.   And I was brainwashed.

18  Q.   Okay, I heard you.

19       You also thought GXX was sleeping with Mr. Williams, right?

20  A.   Correct.

21  Q.   That is part of what made you angry, correct?

22  A.   Correct.

23  Q.   When you thought that GXXXXXX was sleeping with Mr.

24  Williams, that sort of poisoned your relationship with GXXXXXX,

25  didn't it?

Pauline A. Stipes, Official Federal Reporter

1    A.  Correct.

2    Q.  From that point on, you two didn't get along very well,

3    right?

4    A.  No.

5    Q.  And it started to poison your relationship with Mr.

6    Williams, didn't it?

7    A.  No.

8    Q.  It did not?

9    A.  No.

10   Q.  Isn't that what you were telling him in those messages?

11   A.  I was upset, but it didn't.

12   Q.  I think you went on to testify that we were all arguing at

13   that point?

14   A.  Having a sit-down.

15   Q.  Yes, it was not a happy time, was it?

16   A.  No.

17   Q.  You were not happy, right?

18   A.  No.

19   Q.  GXX was not happy?

20   A.  No.

21   Q.  Mr. Williams was not happy?

22   A.  No.

23   Q.  And you were all arguing and quarreling?

24   A.  Right.

25   Q.  And that bothered you, right?

1    A.  Yes.

2           MR. PEACOCK:  Just one second.

3           THE COURT:  Yes.

4           MR. PEACOCK:  Could I ask to you pull up 5ax, please.

5    BY MR. PEACOCK:

6    Q.  Now, in 5ax --

7           THE COURT:  Do you want it published?

8           MR. PEACOCK:  Yes, ma'am.

9    BY MR. PEACOCK:

10   Q.  5ax starts on June 7, 2016?

11   A.  Correct.

12   Q.  Two and a half years ago?

13   A.  Uh-hum.

14   Q.  If we could scroll down, please.  Not that much, I want the

15   first line.  Okay.

16       So, the first message in that 5ax, what does it say?

17   A.  "Suck my ass."

18   Q.  That is a message you wrote?

19   A.  Right.

20   Q.  And you wrote that to who?

21   A.  Alston.

22   Q.  Okay.  Now, in those -- could you go to line 41, please?

23           MR. SCHILLER:  Line 41 or page?

24           MR. PEACOCK:  I withdraw that.

25

Pauline A. Stipes, Official Federal Reporter

1   *BY MR. PEACOCK:*

2   *Q.*  At some point, you asked Mr. Williams to go over to a

3   private chat room, did you not?

4   *A.*  Correct.

5   *Q.*  So, it wasn't him asking you, it was you asking him to join

6   a private chat room?

7   *A.*  He told me personally to always keep up with it.

8   *Q.*  Mr. Schiller showed you a picture you identified as a grim

9   reaper photo.  Do you recall?

10  *A.*  Yes.

11  *Q.*  In fact, you sent Mr. Williams similar pictures as well?

12  *A.*  I don't remember.

13  *Q.*  Wasn't one of the things you did is send pictures back and

14  forth?

15  *A.*  Yes.

16  *Q.*  You knew Mr. Williams liked the macabre pictures, those

17  weird pictures and cartoons?

18  *A.*  Yes.

19  *Q.*  Sometimes you would send him those from time to time,

20  right?

21  *A.*  Yes.

22  *Q.*  You testified that Mr. Williams told you to just use the

23  word white, and not the term Mercedes-Benz, right?

24  *A.*  Correct.

25  *Q.*  You said that was an effort to keep people from knowing

1   what you were doing, right?

2   A.  Yes.

3   Q.  Okay.  That was for the benefit of everybody, right?

4   A.  No.  It was for his benefit.

5   Q.  It wasn't for your benefit?

6   A.  No.

7   Q.  It wasn't to keep you from getting arrested?

8   A.  No.

9   Q.  Now, several times you were asked about using the name

10  Rosita Williams or Rosanna Williams.  Do you recall that?

11  A.  Yes.

12  Q.  You indicated that that was Mr. Williams' idea?

13  A.  Correct.

14  Q.  Well, it was you who made the picture in the phone, right?

15  A.  No, I didn't.

16  Q.  You didn't do that?

17  A.  I took the picture.  He put the stuff on it.

18  Q.  So, you never wanted to be identified as RXXXXXX Williams?

19  A.  No.

20  Q.  You never wanted to be identified as his wife?

21  A.  No.

22  Q.  You never say that in your texts?

23  A.  I probably do, but I didn't mean that.

24  Q.  I don't mean today.  I am talking about then, you did want

25  to be known as Rosanna Williams.  You said you probably did?

1   *A.*  I didn't.

2   *Q.*  Mr. Schiller showed you a photograph of you and other girls

3   in the swimming pool.  Do you recall that?

4   *A.*  Yes.

5          *MR. PEACOCK:*  That is 36j on page ten.  If you could

6   publish, please.

7   *BY MR. PEACOCK:*

8   *Q.*  Is that the picture we are talking about right there?

9   *A.*  Correct.

10  *Q.*  And you are in the pool there as well?

11  *A.*  Yes.

12  *Q.*  And that is the other girls, DXXXX and DXXXXXX?

13  *A.*  Yes.

14  *Q.*  GXXXXXX?

15  *A.*  Yes.

16  *Q.*  And you are all kind of fooling around and having fun in

17  the pool?

18  *A.*  Yes.

19  *Q.*  That was a fun moment, right?

20  *A.*  At the moment.

21  *Q.*  Now, you indicated -- thank you.

22      You indicated that when you weren't working as a

23  prostitute, you were cleaning, cooking, and massaging?

24  *A.*  Correct.

25  *Q.*  What kind of cleaning did you do?

```
 1    A.   Housework.

 2    Q.   Tell me some of it.  Did you clean the bathrooms?

 3    A.   Mopping, sweeping, dusting.

 4    Q.   Are you sure you did it?

 5    A.   I was the one who did it, a lot of it.

 6    Q.   You were the one who did it?

 7    A.   Yes.

 8    Q.   Nobody else helped you?

 9    A.   No.

10    Q.   Did you clean the garage?

11    A.   Yes.

12    Q.   Did you help with the pool?

13    A.   Yes.

14    Q.   Did you clean the cars?

15    A.   Yes.

16    Q.   Kitchen?

17    A.   Yes.

18    Q.   You did a lot of that stuff, right?

19    A.   Yes.

20    Q.   And nobody really helped you with it?

21    A.   No.

22    Q.   So, you did a lot of cooking as well, right?

23    A.   Correct.

24         MR. PEACOCK:  May I approach, your Honor?

25         THE COURT:  Yes.
```

Pauline A. Stipes, Official Federal Reporter

1    BY MR. PEACOCK:

2    Q.  Ma'am, have you seen this before?

3    A.  Yes.

4    Q.  Where have you seen it?

5    A.  In the office.

6    Q.  You have seen it somewhere else, too, right?

7    A.  I don't remember.

8    Q.  In the house?

9    A.  Yes.

10   Q.  Where have you seen it in the house?

11   A.  I don't remember.

12   Q.  Where did you keep all your nice clothes?

13   A.  In the closet.

14   Q.  Isn't that where this was kept?

15   A.  Correct.

16   Q.  You said you don't remember?

17   A.  I didn't put it there.  It just came to my mind.

18   Q.  I am sorry?

19   A.  It just came to my mind.

20   Q.  I understand.  Okay.  It was kept in your closet, right?

21   A.  Correct.

22   Q.  On the shelf, correct?

23   A.  Correct.

24   Q.  It is kind of hard to miss, isn't it?

25   A.  Yes.

```
1    Q.   Now, when it was kept on the shelf in your closet, it had

2    shells attached to the stock here, didn't it?

3    A.   Yes.

4    Q.   It had five shells and a little thing strapped to the

5    receiver, correct?

6    A.   Correct.

7    Q.   And those had bullets in them, they were live shells,

8    right?

9    A.   Yes.

10   Q.   What kind of gun is this?

11   A.   I don't know.

12   Q.   Is it a 12 gauge shotgun?

13   A.   I don't know about guns.

14   Q.   You know what they are?

15   A.   I guess.

16   Q.   And Mr. Williams is the one that put this in your room?

17   A.   Correct.

18   Q.   He put it in your closet?

19   A.   I just said yes.

20   Q.   He put it on the shelf?

21   A.   Yes.

22   Q.   And you had access to it?

23   A.   He told me not to touch it.

24   Q.   You had access to your closet?

25   A.   That doesn't matter.
```

1    Q.  It wasn't secured like it is now?

2    A.  I don't remember.

3    Q.  Government Exhibit 5av.  Okay, let's stop that for a

4    second.

5         Who is that that we just saw?

6    A.  Me.

7    Q.  I am sorry?

8    A.  Me.

9    Q.  You are making a face to the camera?

10   A.  Correct.

11   Q.  Kind of mugging to the camera?

12   A.  Yes.

13        MR. PEACOCK:  Go ahead.  I'm sorry, I thought you were

14   publishing.

15        Are we published?

16        THE COURT:  Yes.

17        MR. PEACOCK:  Thank you.

18   BY MR. PEACOCK:

19   Q.  That is you making a funny face.

20        Keep going, please.  Stop.

21        What is that sign that you made?

22   A.  A peace sign.

23   Q.  Okay.  Next.  Continue.

24        Who is that right there?

25   A.  KXXXXX.

```
 1    Q.   Keep going, please.  Okay, stop.

 2         Who is laughing?

 3    A.   I don't know.

 4    Q.   Okay, keep going.  Stop.

 5         That is you again, right?

 6    A.   Correct.

 7    Q.   You are laughing, right?

 8    A.   Correct.

 9    Q.   Keep going, please.

10         So, that is another video where everybody is happy, isn't

11    it?

12    A.   At the moment.

13    Q.   It seems like in all the videos that we have people are

14    happy, doesn't it?

15    A.   Seems like it.

16    Q.   Now, you testified about an event in Hollywood that you

17    went to with KXXXXX and I believe you said -- we are going

18    to -- if you'd pull up 20c, if you would.

19         Okay.  You said that KXXXXX had gone to see a client, I

20    think, correct?

21    A.   Correct.

22    Q.   And you were outside?

23    A.   Correct.

24    Q.   With some other women?

25    A.   Excuse me?
```

1    Q.  With some other women?

2    A.  Yes.

3    Q.  How many?

4    A.  One other girl.

5    Q.  One other girl.  So three of you total, including KXXXXX?

6    A.  Correct.

7    Q.  And KXXXXX had gone up to visit a client, correct?

8    A.  Correct.

9    Q.  And she came out and she was screaming and the guy was

10   running after her, right?

11   A.  Yes.

12   Q.  And he was in his underwear, correct?

13   A.  Correct.

14   Q.  Isn't it true that KXXXXX stole money from him and that is

15   why he was chasing her?

16       MR. SCHILLER:  Objection, calls for hearsay.

17   BY MR. PEACOCK:

18   Q.  You were there?

19   A.  I don't know --

20       THE COURT:  Just a moment, there is an objection.

21       Well, if you can answer the question based on

22   something you saw -- -- did you see something happen?

23       THE WITNESS:  No.  I wasn't in the room.

24       THE COURT:  Okay.

25

```
1    BY MR. PEACOCK:

2    Q.  I am talking about when KXXXXX ran from the room.  Do you

3    know why she was running?

4    A.  No.

5    Q.  Okay.  Are you the one who says, I'm calling the police?

6    A.  No.

7    Q.  That was the other girl you were with?

8    A.  Correct.

9    Q.  But I know you said you didn't stay for the police,

10   correct?

11   A.  Correct.

12   Q.  Were you aware the police were coming?

13   A.  Yes.

14   Q.  Why didn't you stay?

15   A.  Alston told me to go.

16   Q.  What about KXXXXX, did she stay for the police?

17   A.  Yes.

18   Q.  Do you have any text or anything where Alston told you to

19   go?

20   A.  No.

21   Q.  Now could you pull up 9ay, please, and publish.

22       How long was Crystal there for?

23   A.  I don't remember.

24   Q.  Not very long, right?

25   A.  I don't remember.
```

```
 1    Q.  Do you remember when?

 2    A.  No.

 3             MR. PEACOCK:  Your Honor, the only one redacted is up

 4    here.  I will not pull up Government Exhibit 9ay.  That was the

 5    picture of Crystal's passport.

 6             THE COURT:  Okay.

 7    BY MR. PEACOCK:

 8    Q.  Crystal left, right?

 9    A.  Yes.

10    Q.  Do you know where she went?

11    A.  No.

12    Q.  Have you ever talked to Crystal again?

13    A.  No.

14    Q.  Crystal never got beaten, right?

15    A.  Yes, she did, she told me.

16    Q.  Sorry?

17    A.  She did.

18    Q.  Oh, she did, okay.  In the couple of days she was there,

19    she got beaten?

20    A.  Yes.

21    Q.  Okay.  Crystal wasn't forced to stay, was she?

22    A.  I don't know.

23    Q.  Well, she left, didn't she?

24    A.  She ran off.

25    Q.  She what?
```

```
 1   A.   She ran off.

 2   Q.   She ran away.  She left and she did that on her own, right?

 3   A.   Yes.

 4   Q.   Just like you could have done, right?

 5   A.   No.

 6   Q.   No?

 7   A.   No.

 8   Q.   Why no?

 9   A.   Because he would have killed me.

10   Q.   Why didn't he kill Crystal?

11   A.   Because she wasn't making money for him.

12   Q.   Isn't it true that a lot of the women left?

13   A.   Correct.

14   Q.   Tracey left, right?

15   A.   Correct.

16   Q.   She stopped working, right?

17   A.   No.

18   Q.   She did stop working, didn't she?

19   A.   For Mr. Williams.

20   Q.   Mr. Williams didn't make her start working again, did he?

21   A.   No.

22   Q.   DXXXXXX stopped working, didn't she?

23   A.   Correct.

24   Q.   Mr. Williams didn't make her start working again, did he?

25   A.   No.
```

1    *Q.*  GXXXXXX stopped working, didn't she?

2    *A.*  Correct.

3    *Q.*  She decided she wasn't cut out for it?

4    *A.*  He said that.

5    *Q.*  She did, too.  She decided she didn't like it?

6    *A.*  He didn't care about that.

7    *Q.*  I am not asking you that.  I am asking whether GXXXXXX

8    decided she didn't like it.

9           *MR. SCHILLER:*  Objection, calls for hearsay.

10          *MR. PEACOCK:*  If you know.

11          *MR. SCHILLER:*  Calls for hearsay.

12          *MR. PEACOCK:*  It goes to her state of mind.

13          *THE COURT:*  I will sustain anything that GXXXXXX may

14   have told the witness.

15          *MR. PEACOCK:*  GXXXXXX' state of mind is critical to

16   the charges in the indictment.

17          *THE COURT:*  What are you asking the witness?

18          *MR. PEACOCK:*  If GXXXXXX decided that being a

19   prostitute wasn't right for her.

20          *MR. SCHILLER:*  It calls for hearsay.

21          *MR. PEACOCK:*  It is an exception to GXXXXXX' state of

22   mind at the time she made that statement.

23          *THE COURT:*  I will not allow any statements to come

24   in.  If, based on the observations of GXXXXXX, she is able to

25   comment, I will allow you to elicit that type of testimony.

1    *BY MR. PEACOCK*:

2    *Q.*   GXXXXXX tried to work for an escort service, correct?

3    *A.*   Correct.

4    *Q.*   That didn't work out, did it?

5    *A.*   No.

6    *Q.*   GXXXXXX tried posting on Backpage as well, and that didn't

7    work out, did it?

8    *A.*   No.

9    *Q.*   And that was years before Mr. Williams got arrested, wasn't

10   it?

11   *A.*   Correct.

12   *Q.*   And yet, she was allowed to remain in the house, right?

13   *A.*   Correct.

14   *Q.*   Now, you testified about getting your tattoo on your back

15   covered up.  When did you get that covered up?

16   *A.*   A few years ago.

17   *Q.*   What was the year?

18   *A.*   I don't remember.

19   *Q.*   Was that about the same time that you started getting

20   jealous of GXXXXXX?

21   *A.*   No.

22   *Q.*   Is that about the same time you started to pull away from

23   Mr. Williams?

24   *A.*   No.

25   *Q.*   You talked about getting birth control shots.  You got

1    those from a nurse, correct?

2    A.   Correct.

3    Q.   Somebody who was licensed to give you those?

4    A.   Correct.

5    Q.   It is very important as a prostitute you have birth

6    control, correct?

7    A.   Yes.

8    Q.   Would you pull up 36j, page 30, please.

9         That is you in that photograph, correct?

10   A.   Correct.

11   Q.   This is the one we are talking about entitled Rosa

12   Williams.

13        You are saying that Mr. Williams put that writing on that

14   picture?

15   A.   Correct.

16   Q.   Did he put the butterflies?

17   A.   Correct.

18   Q.   Bumble bee?

19   A.   Correct.

20   Q.   The sun?

21   A.   Correct.

22   Q.   What is that pink thing?

23   A.   I can't make that out.

24   Q.   He put a flower in your hair?

25   A.   Correct.

1    *Q.*  Once again you are smiling?

2    *A.*  Correct.

3    *Q.*  You put that on your phone, right?

4    *A.*  No.

5    *Q.*  You kept it on your phone?

6    *A.*  Okay.

7    *Q.*  Sorry?

8    *A.*  I did.

9    *Q.*  You liked that picture, didn't you?

10   *A.*  No.

11        *MR. SCHILLER:*  Judge, I want to make an objection.

12   Just for the record, this evidence is on the computer that is

13   in evidence, it is part of 36.

14        *THE COURT:*  You are making an objection or noting

15   that?

16        *MR. SCHILLER:*  I am noting it for the record.

17   *BY MR. PEACOCK:*

18   *Q.*  You were shown photographs of GXXXXXX and you were asked

19   questions about that, and you indicated that GXXXXXX had to

20   sleep on the couch, right?

21   *A.*  Correct.

22   *Q.*  Remember you said there wasn't any furniture in her

23   bedroom?

24   *A.*  Correct.

25   *Q.*  How is that her bedroom if there wasn't any furniture in

1    it?

2    A.  Because there was stuff in it.

3    Q.  She kept her stuff there, but there wasn't any bed?

4    A.  No.

5    Q.  All right.  So, GXXXXXX was homeless when she came to your

6    house, wasn't she?

7    A.  Correct.

8    Q.  She had nowhere to go?

9    A.  No.

10   Q.  She came from a really rough background, correct?

11   A.  Correct.

12   Q.  Mr. Williams let her in the house, didn't he?

13   A.  He did.

14   Q.  He put a roof over here head, didn't he?

15   A.  Yes.

16   Q.  He feed her, didn't he?

17   A.  Yes.

18   Q.  And in exchange for that, he asked her to help out a little

19   bit and clean a little bit?

20   A.  That was not an exchange.  She was a slave.

21   Q.  Okay.  I want to get to that.  I am puzzled about that.

22       She wasn't paying any rent, was she?

23   A.  No.

24   Q.  She wasn't working?

25   A.  No.

```
 1    Q.   He was giving her a place to live, right?

 2    A.   Correct.

 3    Q.   She was eating there every day, right?

 4    A.   Correct.

 5    Q.   Sleeping there, correct?

 6    A.   Correct.

 7    Q.   You had cable TV?

 8    A.   Correct.

 9    Q.   You had air conditioning?

10    A.   Yes.

11    Q.   You had internet?

12    A.   Yes.

13    Q.   You had a swimming pool?

14    A.   Correct.

15    Q.   Those are pretty nice conditions for a slave, aren't they?

16    A.   No.

17    Q.   No?

18    A.   No.

19    Q.   All right.  So, she was expected to clean a little bit?

20    A.   She was told what to do.

21    Q.   Right.  She was told what to do?

22    A.   No, she was a slave.

23    Q.   I know you already said that.  I am trying to get to why

24    you said that.  She was expected to clean a little bit?

25    A.   She was told to do it.
```

1    Q.  But you were doing all the cleaning?

2    A.  When I was at home.

3    Q.  You said no one was helping you to clean it?

4    A.  When I wasn't home, she was doing it.

5    Q.  The place was so dirty -- you told us that you were doing

6    all of the cleaning and cooking and you got no help.

7    A.  Yes, when I was at home.

8    Q.  You said GXXXXXX was a slave.  That must have be a clean

9    house, I guess?

10   A.  I guess.

11   Q.  You told us there are no pictures or no texts about Mr.

12   Williams punching or choking you.  Are there any about him

13   punching or choking GXXXXXX?

14   A.  I don't remember.

15   Q.  That you are aware of?

16   A.  No.

17   Q.  Now, in Government Exhibit 36j, at page 11, that is the

18   picture of GXXXXXX in the dryer, right?

19   A.  Correct.

20   Q.  This is Mr. Williams' idea of a funny picture?

21   A.  That is not funny.

22   Q.  I didn't ask you that.  This is Mr. Williams' idea of a

23   funny picture?

24   A.  Correct.

25   Q.  That is why the bird was in there?

```
 1    A.   Correct.
 2    Q.   That bird was very precious to you, wasn't it?
 3    A.   Correct.
 4    Q.   That bird was precious to Mr. Williams as well?
 5    A.   No.
 6    Q.   You talk about that bird endlessly in texts, right?
 7    A.   Correct.
 8    Q.   You wouldn't have stood there if any harm came to that
 9    bird, correct?
10    A.   No.
11    Q.   That is because you were in on the joke?
12    A.   I was not in on the joke.
13    Q.   GXXXXXX was in on the joke, wasn't she?
14    A.   No, she wasn't.
15    Q.   You testified that you weren't allowed to sleep in Mr.
16    Williams' room; is that right?
17    A.   In my room.
18    Q.   In your room.  You weren't allowed to sleep in your room?
19    A.   Correct.
20    Q.   Let me ask you about that.  I will show you a picture with
21    the bed and clothes piled on it.  Do you remember that?
22    A.   Yes.
23    Q.   And I think you testified that is one of them -- if you
24    could go back one.  There you go.  There you go.
25         Can you see that?
```

```
 1    A.   Yes.
 2    Q.   Can you publish it, please.
 3         You testified this is the way your bed always appeared?
 4    A.   No.  I never said that.
 5    Q.   You didn't say that?
 6    A.   No.
 7    Q.   Didn't you say you couldn't sleep on your bed because it
 8    had stuff on it?
 9    A.   I never said that.  I said I couldn't sleep on there.
10    Q.   Why was all this piled on your bed?
11    A.   Because I was getting ready to leave.
12    Q.   You knew you were going to leave before you called the
13    police?
14    A.   That wasn't before.  This was after.
15    Q.   You did this afterwards?
16    A.   Yes.
17    Q.   So, when the police came in, they let you change the scene?
18    A.   No.  They let me get my things out.
19    Q.   They let you change the scene?
20    A.   Yes.
21    Q.   Your room didn't look like that always?
22    A.   No.
23    Q.   Your bed was clear, right, of stuff?
24    A.   Correct.
25    Q.   I am going to show you --
```

```
 1              MR. PEACOCK:  May I approach, your Honor?

 2              THE COURT:  Yes.

 3    BY MR. PEACOCK:

 4    Q.  I show you what is marked for identification as Defendant's

 5    Exhibit 4, and I ask you if you recognize that?

 6    A.  I can't see it.

 7         That is my room.

 8    Q.  That is your room in the Williams house?

 9    A.  Yes.

10    Q.  Did you share that room with anybody?

11    A.  No.

12              MR. PEACOCK:  I move Government's -- I mean

13    Defendant's 4 into evidence, your Honor, and ask to publish.

14              MR. SCHILLER:  No objection.

15              THE COURT:  Defendant's 4 is admitted without

16    objection.

17         (Whereupon Defense Exhibit 4 was marked for evidence.)

18              THE COURT:  And may be published.

19    BY MR. PEACOCK:

20    Q.  Thank you.

21         You said this is your room and those are your butterflies?

22    A.  Yes.

23    Q.  This picture of a lady up here with a cover over her

24    thighs, that was above your bed?

25    A.  Correct.
```

```
 1    Q.  This is your bed?

 2    A.  Correct.

 3    Q.  This is your big stuffed bear?

 4    A.  Yes.

 5    Q.  Over here is where you keep all your perfumes and stuff?

 6    A.  Correct.

 7    Q.  And obviously you keep your clothes in those drawers; is

 8    that right?

 9    A.  Yes.

10    Q.  And it is your testimony that you never slept there, right?

11    A.  Correct.

12    Q.  Thank you.

13        Oh, you had another little -- I'm sorry, could you put that

14    back on.

15        You had another little feature in your room where it all

16    turned blue, didn't you?

17    A.  Yes.

18    Q.  Why is that?  Explain that to the jury.

19    A.  It was a light bulb that was blue.

20    Q.  A light bulb that made the whole room blue?

21    A.  Yes.

22    Q.  You really liked that, didn't you?

23    A.  Yes.

24    Q.  Now, you talked about all your possessions came -- all your

25    clothes and everything came from clients; is that right?
```

1    A.   Correct.

2    Q.   Everything you had came from clients, right?

3    A.   Correct.

4    Q.   So, you got these -- and you had some very, very expensive

5    things, didn't you?

6    A.   Correct.

7    Q.   Could you sit up a little bit, please, and answer so the

8    jury can hear you.

9         You had some Rene Caovilla sandals, correct?

10   A.   Correct.

11   Q.   Those go for about a thousand dollars, don't they?

12   A.   I don't remember.

13   Q.   They are very expensive, though, right?

14   A.   If you are saying, yes.

15   Q.   You don't know that?

16   A.   No, I don't remember.

17   Q.   You had Gucci handbags, correct?

18   A.   Yes.

19   Q.   You had Louis Vitton handbags?

20   A.   Correct.

21   Q.   You had Beats headphones?

22   A.   Correct.

23   Q.   You had a hover board that you could go around the house

24   on?

25   A.   That was not my hover board, it was Alston's.

```
1    Q.   That was not your hover board?

2    A.   No.

3    Q.   Okay.  You had expensive sunglasses, didn't you?

4    A.   Correct.

5    Q.   How much did they cost?

6    A.   Don't remember.

7    Q.   You don't even know, do you?

8    A.   No.

9    Q.   But you know they were expensive?

10   A.   I guess.

11   Q.   And you were proud to have them, weren't you?

12   A.   I guess.

13   Q.   Do you guess?  Yes or no?

14   A.   Yes.

15   Q.   And those were all kept in that bedroom right there, right?

16   A.   Correct.

17   Q.   And by the way, Mr. Williams didn't take any of those from

18   you, did he?

19   A.   No.

20   Q.   He didn't take your Rene Caovilla sandals and sell them on

21   Ebay, did he?

22   A.   No.

23   Q.   So, you testified that you weren't allowed to read the Book

24   of Power?

25   A.   Correct.
```

```
 1    Q.   Are you a big reader?

 2    A.   No.

 3    Q.   Okay.  So, you wouldn't have read it anyway, would you?

 4    A.   No.

 5    Q.   All right.  I just want to take you through some more of

 6    your texts with Mr. Williams.

 7         I am going to go to the -- if you could go to BO -- BO19.

 8         While we are waiting, I will take you back to October 2011,

 9    particularly October 18th.

10         Do you recall texting Mr. Williams and saying, I can

11    honestly say that I have fallen deeply in love with you?

12              MR. SCHILLER:  Can we get a date and time?

13              MR. PEACOCK:  Line 5145, October 18, 2011, Ms. CXX

14    speaking.

15              MR. SCHILLER:  Judge, could I have a moment with

16    counsel?

17              THE COURT:  Yes.

18              MR. PEACOCK:  Okay.  I apologize Ms. CXX.

19              Are you ready?

20              MR. SCHILLER:  Yes.

21    BY MR. PEACOCK:

22    Q.   Do you recall sending a message to Mr. Williams on

23    October 18, 2011 saying, I can honestly say I have fallen

24    deeply in love with you.  Being away from you makes me feel so

25    empty, but knowing your mine makes me happy and EXC?
```

Pauline A. Stipes, Official Federal Reporter

1   *A.*   I don't remember.

2   *Q.*   Sorry?

3   *A.*   I don't remember.

4   *Q.*   Would you like to see it?

5   *A.*   No.

6   *Q.*   Would it refresh your recollection to read your text

7   message?

8   *A.*   No.

9   *Q.*   It would not?

10  *A.*   No.

11  *Q.*   Okay.  This could be extended then.

12       Line --

13           *THE COURT:*  Are you reading from an exhibit?

14           *MR. PEACOCK:*  I am reading the text that was taken

15  from the exhibit.  I am referring to BO19.

16           *THE COURT:*  What exhibit number?

17           *MR. PEACOCK:*  This is my own extraction.  This is not

18  the Government's extraction.

19           *THE COURT:*  If it is an exhibit that is in evidence,

20  it would be helpful for the record to state what exhibit it

21  comes from and then I suppose you can ask your questions.

22           *MR. PEACOCK:*  Yes, ma'am.  It comes from Government

23  Exhibit 19.

24           *THE COURT:*  Okay.

25           *MR. SCHILLER:*  That is not entirely accurate.  19a is

1    the phone.  This is an extraction report from that device.

2    This is not marked as an exhibit, not one of the Government's

3    exhibits.

4           MS. McCREA:  We could reduce this portion of the time

5    line if the screens are connected to Defense counsel table

6    without publishing to the jury.  Your Honor will see the item

7    we are referring to.  Right now it looks like we are looking at

8    the ELMO.

9           THE COURT:  This is not something in evidence?

10          MR. PEACOCK:  It is in evidence, 19a.

11          MR. SCHILLER:  In that respect, every single item in

12   every phone is in evidence.

13          MR. PEACOCK:  This is how we were given it, in an

14   entire device.  I have extracted portions.

15          THE COURT:  For the purpose of asking questions?

16          MR. PEACOCK:  That is all.

17          THE COURT:  You are not seeking to admit anything at

18   this point?

19          MR. PEACOCK:  No, ma'am.

20          THE COURT:  You may proceed with your questions.

21   BY MR. PEACOCK:

22   Q.  Do you recall telling Mr. Williams, you are my world now

23   and so much more?  Having you by my side makes me feel like one

24   of the most luckiest girls out there. I can honestly say I am

25   100 percent sure.

```
 1            MR. SCHILLER:  What line is that?

 2            MR. PEACOCK:  That is line 5164 -- 5653.

 3   BY MR. PEACOCK:

 4   Q.  Do you recall that?

 5   A.  No.

 6   Q.  Do you recall telling Mr. Williams in 5654 that, my love

 7   for you is real and is doing nothing but getting stronger each

 8   and every day?  Vby.  What does that stand for?

 9   A.  Baby.

10   Q.  I promise ima.  I-M-A, what does that stand for?

11   A.  Nothing.

12   Q.  Baby, ima promise I make you happy and make you loved like

13   never before.  I want to make you smile, laugh, and that is

14   what I want you to do.  When you are feeling down and sad I

15   will be right there to hold you.

16       Do you recall saying that?

17   A.  No.

18   Q.  Okay.  Do you recall at 5656 -- 5656, yes, through 5658

19   saying, I know you love me, I can feel it.  And what we have is

20   so beautiful that we should maintain it and make it grow.  Not

21   everyone has what we have and that is why I value it even more.

22   Meeting you was the best thing that God could have done for me,

23   placing someone in my life that will cherish me for who I am

24   and will love me and take care of my heart, someone who will

25   pick me right up when I am down and hurt.  That is you.  If you
```

```
 1   only knew the -- that you make a huge difference in my life.  I
 2   love you.  I love you.  I love you.  And a string of U's
 3   perhaps 30 to 40 long with exclamation points.
 4        How about that one; do you remember that one?
 5   A.  No.
 6   Q.  Would it refresh your recollection to see it?
 7   A.  No.
 8   Q.  Did you send texts to Mr. Williams in 2011?  Are you
 9   looking at it on your screen?
10   A.  That is what it says.
11   Q.  Line 5663, you are my personal angel, with a 7 followed by
12   a smily face.  Te amo, with about ten zeros.  Ma Corazon good
13   nit baby.  Do you remember that?
14   A.  No.
15   Q.  Are you denying that you sent these?
16   A.  I don't remember.
17   Q.  Are you denying them?
18   A.  I don't remember.
19   Q.  It came from out of your phone.
20        MR. SCHILLER:  Objection.  She is saying she doesn't
21   remember the text.  That is harassment of the witness.
22        MR. PEACOCK:  Very well.
23        THE COURT:  Sustained.
24   BY MR. PEACOCK:
25   Q.  Do you recall telling him, every time I look into your eyes
```

Pauline A. Stipes, Official Federal Reporter

1    I feel like I am blown away.  I get this warm feeling and just

2    start smiling.  If you could be me for a minute you will know

3    how my heart beats for you.  I never knew I could love this

4    much.  You change the way I view life itself, something I

5    thought I would never been able to accomplish.  You give me

6    hope and motivate me to get where I need to get to.  The warmth

7    from your lips feels comforting, feels right, and makes me

8    never want to stop kissing you.  I am crazy in love with you.

9    This feeling will never go away.

10        The first time I said I love you, at that moment I gave you

11   my heart to take care of.  My feelings are in your hands now.

12   I know you are not going to let me down.  I feel like we are

13   meant to be and soon we are going to be able to be together all

14   the time without hiding shit.  Where we can just be ourselves

15   around each other.  I can't wait to wake up by your side, fall

16   asleep with you, and spend all the time in the world with u, u,

17   truth is I love.

18        Still don't remember?

19   *A.*  No.

20   *Q.*  Okay.  I am going to skip to another date, November 4,

21   2011, line 7163.  Do you remember speaking to Mr. Williams and

22   saying, LMAO.  I'm not sleepy yet and I miss making love to

23   you?  Do you remember that?

24   *A.*  No.

25   *Q.*  No.  Do you remember telling him, I wish it went away

```
 1    already.  I just want you to know I love my Nino, smily face,

 2    smily face, and my heart belongs to him.  Do you know how much

 3    I love you.  I miss having you inside of me.

 4         What did you mean by that?

 5    A.  Sex.

 6    Q.  Sex with Mr. Williams, right?

 7    A.  Right.

 8    Q.  You missed that?

 9    A.  At the time.

10    Q.  You were away from him.  7204 --

11         MR. SCHILLER:  Judge, if we go back to 7201, there is

12    no name assigned to that number.  I don't know how counsel is

13    trying to attribute that to her.

14         MR. PEACOCK:  All right.  I withdraw that.

15         Let's go to 8247.

16         MR. SCHILLER:  Same objection to that.

17         THE COURT:  To that phone number?

18         Okay.  I sustain.

19         MR. PEACOCK:  That is all right.  I can keep going,

20    your Honor.

21         THE COURT:  Okay.

22         MR. PEACOCK:  Let's go to 123 at 9086.  Are you all

23    right with that?

24         MR. SCHILLER:  There is no name connected to this

25    number, unless you can connect it to her.
```

```
 1   BY MR. PEACOCK:
 2   Q.  (561)703-4138, do you recognize that number?  Ma'am, do you
 3   recognize that phone number?
 4   A.  No.
 5   Q.  It is not a phone number that you ever used?
 6   A.  I don't remember.
 7          THE COURT:  Ms. CXX, if you'd pull the microphone
 8   closer to you, thank you, so we can hear you.
 9   BY MR. PEACOCK:
10   Q.  Let's go to 9407.  You don't recognize that number?
11   A.  No.
12   Q.  Did you ever tell Mr. Williams that you were going to
13   blaze, B-L-A-Z-E?
14          MR. SCHILLER:  Judge, if the phone number is not
15   recognized by her and the name is not assigned to it, we have
16   no way to attribute it to her.
17          MR. PEACOCK:  I am asking if she ever said that.
18          MR. SCHILLER:  Showing a text message to her not
19   necessarily is inappropriate.
20          THE COURT:  As I understood it, the question is if the
21   witness ever said that.
22          MR. PEACOCK:  I would like to come sidebar.
23          THE COURT:  So, you ask the witness -- you may ask the
24   witness that question.
25          MR. PEACOCK:  I have a witness who can't remember
```

```
 1    anything, your Honor.  I would like to come sidebar.
 2              THE WITNESS:  Well, I am so sorry, I have been through
 3    so much.
 4              THE COURT:  We can have a sidebar.
 5              (Proceedings at sidebar.)
 6              THE COURT:  We are sidebar.
 7              MR. PEACOCK:  I believe that the witness and the
 8    Government know that is her speaking and the witness is not
 9    responsive to the questions, and all I am trying to do is
10    establish these comments that she clearly made to Mr. Williams.
11    It directly rebuts the main thrust of the Government's case.
12    This is a critical part of the evidence.
13              THE COURT:  Do you have any evidence that that is her
14    phone number?  That would solve the issue.
15              MR. PEACOCK:  It would be wonderful.
16              THE COURT:  Do you have it?
17              MR. PEACOCK:  I have evidence enough to believe those
18    are her comments.
19              THE COURT:  Well, she doesn't remember if that is her
20    phone number.  It would seem to me if you could show her
21    something that says you did have this phone at this time with
22    this phone number, and she says she doesn't remember the
23    comments, I can understand that it is frustrating, but I don't
24    think it calls for any Court -- it wouldn't be appropriate for
25    the Court to intervene to tell her she must remember, or
```

Pauline A. Stipes, Official Federal Reporter

```
1    sanction her or the Government for these answers.

2              Now, if there is something to link up the phone number

3    to her and establish that, then I think, you know --

4              MR. PEACOCK:  She has a great memory when the

5    Government is asking her questions.  When I ask her questions,

6    she doesn't remember anything.

7              THE COURT:  That can happen with witnesses for sure.

8              Again, I don't know what remedy you are asking for.

9    Are you asking for a specific remedy or request?

10             MR. PEACOCK:  I would like to strike her testimony.

11   She is not responsive to the Defense questions.

12             THE COURT:  Strike her testimony in total?

13             MR. PEACOCK:  Yes.

14             THE COURT:  I will deny at this point and have you

15   continue with her.  If you want to provide further authority

16   for the Court to strike a witness' testimony based on that, I

17   will have to consider it, but that would be a very drastic

18   thing for the Court to do at this particular point without

19   further reflection and briefing on that issue.

20             THE COURTROOM DEPUTY:  The witness needs to use the

21   restroom.

22             THE COURT:  We should have a break.  We will finish

23   sidebar.

24             (Sidebar concluded.)

25             THE COURT:  Ladies and gentlemen, why don't we take a
```

215

```
 1    quick break.  We are going to end at 4:00 today, if our jury

 2    wants to do that and our witness.  Ms. CXX, if you want to come

 3    back and we will finish in about an hour, with the same

 4    instructions not to discuss the case.  Our witness remains

 5    under oath and, Ms. CXX, do not discuss your testimony with

 6    anyone.

 7               (Thereupon, a brief recess was taken.)

 8          MR. PEACOCK:  We found an identifier.

 9          THE COURT:  Pauline is back on.

10          MR. SCHILLER:  We have two witnesses that, after

11    today, are unavailable.

12          THE COURT:  Did you work out together that you could

13    get these two witnesses in and have this witness come back on

14    Monday?

15          MR. SCHILLER:  I don't know.  He said he would be

16    finished at 3:00.  My redirect would take ten minutes.  We

17    won't be able to do it.

18               I spoke to Mr. Hoover.  If the Court wants to continue

19    past 4:00 o'clock with my two witnesses, that is fine.  If that

20    is not going to happen, and there's no way to be done by

21    4:00 o'clock, I would suggest let's pause at 3:00, bring the

22    other two witnesses on and have Ms. CXX continue on Monday, not

23    that I want to do that either.

24               That is three days of testimony for her.  This is

25    going much longer than the Court and Government expected.
```

```
 1            MR. PEACOCK:  Your Honor, what I would like to do is,
 2    I would like to finish this line of questioning and then we
 3    could break.
 4            THE COURT:  How much longer do you think you have with
 5    the witness?
 6            MR. PEACOCK:  I will try to go back and establish this
 7    is her number --
 8            MR. SCHILLER:  I will stipulate that is her number now
 9    that we see the identifier.  There is a text message on
10    November 4, 2011, at that time, "You know every time you call
11    me Rosita I can feel the love."  That is the number.
12            THE COURT:  How much longer do you have in total with
13    this witness?  I am sensitive to the fact that she has been on
14    the stand for two days.  To bring her back on Monday is
15    onerous.
16            MR. PEACOCK:  That extends what my estimate will be.
17            THE COURT:  What do you think that will be?
18            MR. PEACOCK:  I think that is another hour.
19            THE COURT:  To go through text messages?
20            MR. PEACOCK:  We have a couple of other exhibits to go
21    through as well.  I am not taking any more time than the
22    Government took.
23            MR. SCHILLER:  Judge, counsel's rendition of the
24    witness is being unreasonable.  She is on the stand for a
25    second day.  He asked about messages, some of which she has
```

```
 1   never been shown before.  If she doesn't remember, she doesn't

 2   remember.  He is reading them into the record.  I understand he

 3   is frustrated that she doesn't remember.

 4        THE COURT:  So, are you amenable to stopping her

 5   testimony at this point and bringing in the other witnesses?

 6        MR. PEACOCK:  I would like to establish for the jury

 7   the number I was asking about is her number and we could break.

 8   It will take me two minutes.

 9        THE COURT:  Do you want to confer with Ms. CXX and see

10   if she could come back on Monday?

11        MR. SCHILLER:  We do not want to have to bring her

12   back on Monday.

13        THE COURT:  The jury thinks they are leaving at 4:00.

14        MR. SCHILLER:  It is not appropriate for me not to be

15   here.  Trying to keep the victim --

16        THE COURT:  I didn't inform the jury.  I never told

17   them.  We are going to bring the jury in.  What are we going to

18   do?  You have two witnesses that you must bring on.  Let's do

19   that.

20        Mr. Peacock, you want to establish one question with

21   the witness.

22        Let's bring Ms. CXX on, let's ask the question, and

23   then you can have her -- I don't know if you want her to wait,

24   bring on your witnesses, see how quickly you can bring them in

25   and finish before 4:00.  If you have two witnesses not
```

1    available after today, it seems to me, in light of what Mr.

2    Peacock has said, you are running a risk that you won't be able

3    to put them on the stand.

4            MR. PEACOCK:  I would have no objection to the

5    Government conferring with Ms. CXX that they looked at the

6    number and confirm that is her number.  That might speed things

7    up.

8            THE COURT:  And you can finish in how long?

9            MR. PEACOCK:  I could establish this real quick to get

10   the other witnesses in.  We are still an hour.

11           THE COURT:  Okay.  You need to call your other two

12   witnesses.

13           MR. SCHILLER:  Fine.  Every piece of evidence, we

14   would be able to establish attribution for every single thing

15   the moment we put it in.  This would be a lot faster if they

16   could put it in, if there was some attribution.

17           MR. PEACOCK:  Apparently we did.

18           THE COURT:  Okay?  Who are we bringing in now.

19           MR. PEACOCK:  Ms. CXX.

20           THE COURT:  Let's bring Ms. CXX in.

21           MR. SCHILLER:  Judge, if I could admonish the witness.

22           (Thereupon, the jury returned to the courtroom).

23           THE COURT:  Welcome back, ladies and gentlemen.  You

24   may be seated.

25           Our witness may continue.  And you may proceed,

```
 1    counsel.
 2              MR. PEACOCK:  Thank you, your Honor.
 3    BY MR. PEACOCK:
 4    Q.  Ms. CXX, I asked you earlier about the number
 5    (561)703-4138.  Have you been able to confirm during the break
 6    whether in fact that was a number that you used back in 2011?
 7    A.  Yes.
 8    Q.  And was that a number that you used?
 9    A.  What?
10    Q.  Was that a number you used on your phone?
11    A.  Yes.
12              MR. PEACOCK:  That will be sufficient, your Honor, at
13    this time.
14              THE COURT:  Okay.
15              Ladies and gentlemen, there are two other witnesses
16    who are waiting.  Today is their last day to be able to
17    testify, so the parties have come to the agreement we are going
18    to take a break in Ms. CXX's testimony and allow for the two
19    other witnesses who are waiting to come in and testify.
20              Is counsel going to have Ms. CXX wait in the event you
21    will finish with the two witnesses that you may call her back
22    today?
23              Ms. CXX, we will have you not discuss your testimony
24    with anyone and wait outside to see if we may be able to call
25    you in.
```

```
 1              MR. HOOVER:  The Government calls Detective Nick
 2   Masters.
 3              NICHOLAS MASTERS, GOVERNMENT'S WITNESS, SWORN
 4              THE COURTROOM DEPUTY:  Have a seat.  If you'd state
 5   your full name for the record and spell your last name for the
 6   Court Reporter.
 7              THE WITNESS:  Detective Nicholas Masters,
 8   M-A-S-T-E-R-S.
```

                           **DIRECT EXAMINATION**

```
10   BY MR. HOOVER:
11   Q.  Good afternoon, sir.
12   A.  Good afternoon.
13   Q.  Are you currently employed?
14   A.  I am.
15   Q.  How so?
16   A.  I am a detective with the Broward Sheriff's Office.
17   Q.  Does Broward County sometimes go by BSO?
18   A.  Yes.
19   Q.  How long have you been with BSO?
20   A.  I have been there about 15 years.
21   Q.  Do yo have any prior law enforcement or military service?
22   A.  No, I don't.
23   Q.  Are you assigned with any divisions or units?
24   A.  Yes, a strategic division, crimes against children, and a
25   full-time task force officer with the FBI.
```

1  Q.  What are your duties and responsibilities in that capacity?

2  A.  Investigating child pornography, online child pornography,

3  human trafficking.

4  Q.  I assume you attended the Police Academy?

5  A.  Yes.

6  Q.  Since then, have you had training in your career?

7  A.  Numerous advanced classes as far as extended long-term

8  investigations, human trafficking investigations, online chats.

9  I attended a 40-hour ATF undercover school.  I am also an

10  instructor for the Department of Justice, Office of Juvenile

11  Justice Delinquency Prevention, child sex trafficking, as well

12  as undercover chat.

13  Q.  Do you provide training on human trafficking?

14  A.  I do.

15  Q.  Describe that.

16  A.  Proactive, the Department of Justice reached out to me as

17  well as three or four other investigators to create a

18  curriculum for human trafficking, a curriculum to be taught in

19  the U.S. and U.S. military abroad.

20  Q.  Approximately how many human trafficking investigations

21  have you participated in?

22  A.  I would say 50 to a hundred, if not more.

23  Q.  On March 20, 2012, did you come into contact with Alston

24  Williams?

25  A.  I did.

```
 1   Q.  Do you see him today?

 2   A.  I do.

 3   Q.  Could you point him out?XXXXXX

 4   A.  Sitting at the table wearing a red checkered shirt.

 5           MR. HOOVER:  May the record so he reflect the

 6   Defendant?

 7           THE COURT:  It so reflects.

 8   BY MR. HOOVER:

 9   Q.  All this occurred in the Southern District of Florida?

10   A.  Yes, sir.

11   Q.  What assignment were you on?

12   A.  Division -- street level drug enforcement, prostitution,

13   but I was a member of the human trafficking task force with the

14   FBI.

15   Q.  Did that include investigating human trafficking?

16   A.  Yes.

17   Q.  On March 20th, were you conducting an operation?

18   A.  Yes, an undercover prostitution operation and targeting any

19   type of child exploitation.

20   Q.  How did this operation work?

21   A.  I was posing as the undercover that day and I would

22   scale -- not scale, but search through online forums or

23   classified ads.  At the time Backpage.com was prevalent.  I was

24   searching Backpage for ads advertising prostitution in the

25   areas we were targeting.
```

1    Q.  Were there multiple people involved?

2    A.  Yes, a cover team and supervisor.

3    Q.  What was your role?

4    A.  I was the undercover.

5    Q.  Did you find an advertisement?

6    A.  Yes, I did.

7          MR. HOOVER:  Judge, 15a is in evidence.  Permission to

8    publish 15a.

9          THE COURT:  Any objection?

10         MS. McCREA:  No.  I believe it has already been

11   published.

12         THE COURT:  All right.  It is in evidence.  You may

13   publish.

14   BY MR. HOOVER:

15   Q.  Now, Detective Masters, did you locate this ad when you

16   were beginning your operation?

17   A.  Yes, I did.

18   Q.  Did that ad contain a phone number?

19   A.  Yes.

20   Q.  Specifically right here?

21   A.  Yes.  The 561 number.

22   Q.  Yes.

23   A.  Yes.

24   Q.  What did you do after you located this ad?

25   A.  I created this screen shot and then I placed a phone call.

```
1    Q.   So, you actually preserved this ad?

2    A.   Sure.

3    Q.   Who did you place the phone call to?

4    A.   To Jasmin who was listed in the ad.

5    Q.   You say to Jasmin.  That is the name listed here?

6    A.   Yes.

7    Q.   The person answering the phone, their legal name, was that

8    Jasmin?

9    A.   No.

10   Q.   What happened after you called and spoke to -- did somebody

11   pick up the phone?

12   A.   Yes.

13   Q.   Did you speak to that person?

14   A.   Yes.

15   Q.   What happened at that point?

16   A.   The female directed me to the Comfort Inn, I believe

17   3551 -- I know in the 3500 block of West Commercial Boulevard.

18   Q.   In what city?

19   A.   Fort Lauderdale.

20   Q.   Did you drive to that location?

21   A.   I did.

22   Q.   What did you do when you got there?

23   A.   Parked in the front of the hotel and placed a call to the

24   phone number, the instructions I was given by Jasmin when I

25   called.
```

1    Q.  Did the same female pick up?

2    A.  Yes.

3    Q.  What did she say?

4    A.  She said to wait and would call me with a room number.

5    Q.  Did do you that?

6    A.  She gave me the room number and I walked up to the room.  I

7    provided that to the cover team.

8    Q.  The cover team, what is their job?

9    A.  Effect the arrest or conduct an undercover rescue if it

10   turns into a robbery situation.

11   Q.  They were on scene?

12   A.  Yes.

13   Q.  I assume they weren't up in the hallway?

14   A.  No.  They would find an alternative way in through the back

15   door.

16   Q.  You said a second ago you went into the hotel room.  Where

17   did you go?

18   A.  I went up, I believe on the second floor, walked down and I

19   ended up knocking at the door.

20   Q.  Did anyone answer?

21   A.  Yes.

22   Q.  Were you wearing any kind of recording device?

23   A.  I had a recording device with me, yes.

24   Q.  Was it audio, video, or both?

25   A.  It was both.

1    Q.   When you walked in, what happened?

2    A.   I spoke with a female, we discussed what was -- what we

3    were going to be doing, whether or not a condom was required,

4    and she collected the $120 in investigative funds, and she

5    utilized a counterfeit detection pen to check the bills to make

6    sure nothing was counterfeit.  And after that, she received a

7    text message and went to the front door of the hotel room and

8    passed the money out the door.

9    Q.   How do you know she received a text message?

10   A.   I could hear a loud scream on the phone.

11   Q.   Prior to handing her the money, what was the agreement?

12   A.   I was going to be having sex, I forget, with or without a

13   condom.

14   Q.   For how much?

15   A.   $120.

16   Q.   After the exchange of money, you said she handed -- you

17   handed the money to her and she did what with it?

18   A.   Checked it with a counterfeit detection pen.

19   Q.   What did she do with it?

20   A.   She handed it to someone in the hallway.

21   Q.   And then what?

22   A.   I asked if she would add an additional act as far as anal

23   sex, and she said it would be $100.  I ended up not giving the

24   money for that.  We potentially lost $120 to an unknown person

25   in the hallway and we were not in a position to lose $220.

```
1    Q.  After the exchange of money, what did you do?

2    A.  At that point, I gave the arrest signal and the takedown

3    team knocks on the door and ends up taking her into custody.

4    Q.  Were you able to identify who Jasmin was?

5    A.  Yes.

6    Q.  What was her name?

7    A.  Her name was RXXXXXX CXX.

8    Q.  Was she placed into custody?

9    A.  Yes.

10   Q.  Was she taken out immediately?

11   A.  No.  Everybody comes into the room, and based on prior

12   investigations and training, other girls working with her or

13   the pimps are nearby, we tried to keep it as quiet as possible

14   inside the room.

15   Q.  While inside the room, did she receive any other message?

16   A.  She did.  The message said don't tell them about the other

17   room, and she reached over and deleted the text message.

18   Q.  What did you do after seeing the text message?

19   A.  I told my sergeant, as well as two of the other cover

20   teams -- two of the other detectives on the cover team.

21   Q.  Was there an adjoining door to this hotel room?

22   A.  Yes, there was.

23   Q.  Can you tell me anything about that?

24   A.  So, once we started trying to establish where the second

25   other room was, I went over by the adjoining door and that is
```

Pauline A. Stipes, Official Federal Reporter

1    when I heard the dead bolt from the other side locking, and it

2    is not common to go to a hotel and those doors be locked if

3    they are adjoining rooms.  So, I told the cover team to go next

4    door and make contact with the room next door.

5    Q.  Did they do that?

6    A.  As they started knocking, I stayed in the room with another

7    detective with Ms. CXX and we could hear running water.  They

8    were knocking on the door and somebody answered the door.

9    Q.  Who was it that answered?

10          MS. McCREA:  Objection, foundation.

11   BY MR. HOOVER:

12   Q.  Were you there when the door was answered?

13   A.  I was there once the door opened, yes.

14   Q.  Who opened the door?

15   A.  DXXXXXX RXXXXXXXX.

16   Q.  Were there any men in there?

17   A.  Yes.

18   Q.  Who was it?

19   A.  The Defendant, Mr. Williams.

20   Q.  Was anybody else in the room other than Mr. Williams and

21   Ms. RXXXXXXXX?

22   A.  One other girl, DXXXX.

23   Q.  Was there any money in that room?

24   A.  Yes.

25   Q.  Where?

```
1    A.   The larger quantity was in Mr. Williams' pants and

2    investigative funds were in DXXXX's purse.

3    Q.   So sorry for the interruption.

4         The Defendant, after -- was everybody in that second room

5    taken into custody?

6    A.   Yes.

7    Q.   Where were they placed, if anywhere?

8    A.   Outside in the hallway between the two doors.

9    Q.   At that point, did you interview anyone in any way, shape,

10   or form?

11   A.   No.

12   Q.   Did the Defendant make statements?

13   A.   Yes.

14   Q.   Were the statements in response to any questioning you

15   made?

16   A.   No.

17   Q.   In response to any other law enforcement officer?

18   A.   No.

19   Q.   What did he say?

20   A.   He tried to explain how he had been arrested previously for

21   pimping and he doesn't do that any more, he just provides

22   security.

23   Q.   Did he point or indicate to anything in the room to support

24   his argument?

25   A.   Yes.  As he talked about security, he pointed to pepper
```

```
 1    spray and an expandable baton.

 2    Q.  Was he placed under arrest?

 3    A.  Yes.

 4    Q.  Do you know how much cash was found in his pants?

 5    A.  I don't know.  About $1,400.

 6    Q.  It doesn't need to be the exact amount.  Is that the

 7    approximate amount?

 8    A.  Yes.

 9    Q.  If we can remove from publishing, please.

10         You said you were audio and video recording?

11    A.  Yes.

12    Q.  Now, I am playing a video just for the witness.  Do you

13    recognize this video?

14    A.  Yes.

15    Q.  What is this?

16    A.  This is the video recording I made.

17    Q.  Have you reviewed this prior to trial?

18    A.  I have.

19    Q.  Is this a fair and accurate representation of the initial

20    part of your interaction with Ms. CXX?

21    A.  Yes.

22    Q.  Where does it begin?

23    A.  Down in the vehicle.

24    Q.  Where does it end?

25    A.  In the hotel room.
```

1  Q.  Does it end -- how long does it go -- does it capture the

2  whole interaction with everybody in the adjoining room?

3  A.  No.  There is a knock towards the end on the video, you

4  hear a knock with the arrest team making contact, and that is

5  when I turn off the video.

6  Q.  Is that a fair and accurate representation of everything

7  that occurred that day?

8  A.  Yes.

9       MR. HOOVER:  At this time Government offers for

10  admission Government Exhibit 15b.

11       MS. McCREA:  No objection.

12       THE COURT:  15b admitted without objection.

13     (Whereupon Government Exhibit 15b was marked for evidence.)

14       MR. HOOVER:  Permission to publish.

15       THE COURT:  You may.

16  BY MR. HOOVER:

17  Q.  Now, the text message, you said when Ms. CXX received one,

18  there was a loud scream.  That is nobody being harmed, just a

19  text message?

20  A.  Yes.

21  Q.  Is it loud and obnoxious when you hear it?

22  A.  Yes.

23     (Thereupon, the video was played).

24       MR. HOOVER:  With the Court's permission, I am going

25  to jump ahead a little bit and save some time.

```
 1              (Video continued.)
 2     BY MR. HOOVER:
 3     Q.  Is that the text message?
 4     A.  It is.
 5              (Video continued.)
 6     Q.  You were asking if she was checking the bills.  Is that
 7     when she was using the marker?
 8     A.  Yes.
 9              (Video continued.)
10     Q.  Are you asking her about different potential sexual
11     activities that you could participate with her?
12              I don't want to get into the specifics.
13     A.  Yes.
14     Q.  You asked her about angel wings.  What was that a reference
15     to?
16     A.  Her tattoo on her back.
17              (Video continued.)
18     Q.  There was a scream.  Is that the third time she received
19     text messages?
20     A.  The third or four, yes.
21              (Video continued.)
22     Q.  Is that the end of the video?
23     A.  It is.
24     Q.  By that point, did somebody come into the room?
25     A.  Yes.  Just prior to the rustling noise you can hear the
```

1    knock on the door, and she went to the knock on the door and I

2    went to the recording device.

3          MR. HOOVER:  Can we unpublish, please.  At this time,

4    the Government is requesting to publish what is already in

5    evidence as 15c.

6    BY MR. HOOVER:

7    Q.  I am going to scan through photos that are already in

8    evidence.  Can you tell us who this was?

9    A.  That is DXXXX.

10   Q.  She was in the other hotel room?

11   A.  Yes.

12   Q.  Who is that?

13   A.  DXXXXXX RXXXXXXXX.

14   Q.  Is that the one who opened the door?

15   A.  Yes.

16   Q.  Who is that?

17   A.  That is RXXXXXX CXX.

18   Q.  Is that the tattoo you saw on her back?

19   A.  Yes.

20         MR. HOOVER:  If we can unpublish, please.

21   BY MR. HOOVER:

22   Q.  You said the Defendant pointed to an expandable baton and a

23   can of pepper spray in the room?

24   A.  Yes.

25   Q.  Were those items collected in the room for evidence?

```
1    A.  Yes.

2              MR. HOOVER:  May I approach?

3              THE COURT:  Yes.

4              MR. HOOVER:  Showing 15d and e.  At this time, the

5    Government offers 15d and e.

6              MS. McCREA:  No objection.

7              THE COURT:  Admitted without objection.

8         (Whereupon Government Exhibits 15d, 15e were marked for

9         evidence.)

10   BY MR. HOOVER:

11   Q.  Detective Masters, if you could take these out.  Are these

12   the items you collected from the adjoining room?

13   A.  Yes, they are.

14   Q.  Going on five, six years later, did you provide these to

15   Special Agent Pete Angel of the FBI?

16   A.  Yes, I did.

17   Q.  Did you get those out of the evidence of the Broward

18   Sheriff's Office?

19   A.  Yes.

20             MR. HOOVER:  Could we publish the can of pepper spray,

21   15d?

22             THE COURT:  Yes.

23             MR. HOOVER:  And 15e, the expandable baton?

24             THE COURT:  Yes.

25
```

1    *BY MR. HOOVER*:

2    *Q.*  I will not ask you to do this, it has been demonstrated,

3    but how do you get that to expand?

4    *A.*  With a flick of the wrist it will expand into 16 or

5    24 inches.

6    *Q.*  On February 21, 2013, did you encounter DXXXXXX RXXXXXXXX

7    again?

8    *A.*  I am sorry?

9    *Q.*  On February 21, 2013, did you encounter DXXXXXX RXXXXXXXX

10   again?

11   *A.*  Yes.

12   *Q.*  How did that come about?

13   *A.*  It was another undercover operation.  I was undercover

14   scrolling through Backpage.

15   *Q.*  Detective Masters, did you also request a subpoena be

16   issued to Backpage.com for prostitution advertisements related

17   to these individuals?

18   *A.*  Yes, I did.

19          *MR. HOOVER:*  Your Honor, at this time, I am showing to

20   the witness, and only the witness, Government's Exhibit 14.  I

21   believe they are already in evidence.

22          *THE COURT:*  14 is in evidence.

23          *MR. HOOVER:*  Okay.

24   *BY MR. HOOVER*:

25   *Q.*  Detective Masters, is this the Backpage return that you

Pauline A. Stipes, Official Federal Reporter

```
 1    received as a result of your subpoena?

 2    A.  Yes, it is.

 3          MR. HOOVER:  Permission to publish, Judge.

 4          THE COURT:  Any objection?

 5          MS. McCREA:  No, your Honor.

 6          THE COURT:  You may publish.

 7    BY MR. HOOVER:

 8    Q.  Is this Ms. RXXXXXXXX?

 9    A.  Yes, it is.

10    Q.  I will scroll through a few pages, three, four, five --

11    page seven, is that Ms. CXX?

12    A.  Yes.

13    Q.  Page eight, page nine, these are from 2014?

14    A.  That is when I did the subpoena.  I am not sure of the

15    dates.

16    Q.  Okay.

17    A.  The date is at the top, 2014.

18          MR. HOOVER:  We can end publication.  No further

19    questions.

20          THE COURT:  Okay.  Cross-examination.

21          MR. HOOVER:  May I retrieve the items?

22          THE COURT:  Yes.

23          MS. McCREA:  May I inquire, your Honor?

24          THE COURT:  Yes.

25                      CROSS-EXAMINATION
```

1    *BY MS. McCREA:*

2    Q.  Good afternoon, sir.

3    A.  Good afternoon.

4    Q.  The first incident you told us about was on March 20,2012?

5    A.  Yes, ma'am.

6    Q.  When you described that incident, you said that while -- or

7    after -- I guess we watched the video that was recorded, right?

8    A.  Yes, ma'am.

9    Q.  After that video ends, that is when you are saying Ms. CXX

10   was taken into custody?

11   A.  As the video is ending, she is already being contacted.

12   That is how I am able to deal with the recording device.

13   Q.  After she is taken into custody, that is when she was still

14   receiving additional text messages?

15   A.  Yes, ma'am.

16   Q.  And you indicated you looked over her shoulder in order to

17   read those text messages?

18   A.  No.  They were on the counter and we were in the room at

19   that point.

20   Q.  You are looking at the phone as it displays incoming

21   messages?

22   A.  Correct.

23   Q.  You do not know who sent that text message to her, correct?

24   A.  Correct.

25   Q.  When you have the video running, when the Government played

1    just the beginning of it, you were making initial comments on

2    the video?

3    A.  Yes.

4    Q.  Your location and what you were preparing to do?

5    A.  Yes.

6    Q.  And once you were in the room, you were kind of giving some

7    statements as well, commenting on her tattoos, right?

8    A.  Yes, ma'am.

9    Q.  Am I correct in believing part of the reason for the

10   comments is to have them on the recording?

11   A.  The conversation for the evidence part is for that.  The

12   rest of the conversation on the listening device, if it goes

13   silent, they know there is trouble.  As long as I am talking,

14   not raising my voice or some type of distress, they know there

15   is no reason to come in.  And the preparatory takedown as well

16   as the takedown.

17   Q.  There is more than one purpose?

18   A.  Yes.

19   Q.  You just described one of the purposes for the cover team?

20   A.  Yes.

21   Q.  What I asked you is, one of the reasons is to put that

22   information on the video, right?

23   A.  For the conversation, yes.  As far as making comments about

24   the tattoo, that is not just for the video.

25   Q.  I am asking if one of the reasons you did that is to put

```
 1    that on the video.  It is helpful to document a suspect's

 2    tattoos?

 3    A.  Yes.

 4    Q.  And have that on a video you would later present in a

 5    courtroom?

 6    A.  Yes.

 7    Q.  Am I correct in assuming one of the reasons you made that

 8    comment was to have it on the video?

 9    A.  No, that is not one of the reasons I said about the tattoo.

10    Q.  You turned the video camera on before you even left your

11    vehicle, correct?

12    A.  Yes.

13    Q.  And when the knock at the door occurred and your cover team

14    began to enter, it was you who chose to turn the video camera

15    off, right?

16    A.  Yes.

17    Q.  You could have let the video camera record, right?

18    A.  Yes.

19    Q.  If you had done so, we would have a record once your cover

20    team came into the hotel room, correct?

21    A.  Yes.

22    Q.  In fact, we would have a record of all of your testimony

23    today?

24    A.  More of it, not all.

25    Q.  If you kept it running when you engaged with the subjects
```

```
1    we would have been able to watch it on the video recording?
2    A.  With that recording device, no, it would not come out in
3    the hallway with me.
4    Q.  Am I correct it was on your person?
5    A.  No, it was not.
6    Q.  In an object you were carrying?
7    A.  I'd rather not reveal where it was.
8    Q.  I am not going to ask you exactly where it was.  Am I
9    correct it is on -- contained within or on top of some object
10   you are carrying?
11   A.  It is not attached to my person.
12   Q.  You were the only one who traveled from your car into the
13   room, right?
14   A.  Yes.
15   Q.  And so, if it was not on your person, it was on something
16   you were bringing with your person, right?
17   A.  Yes.
18   Q.  Like an object?
19   A.  Yes, ma'am.
20   Q.  If you had left it running and left the object where it was
21   and moved away from it, we wouldn't see what you saw, right?
22   A.  Correct.
23   Q.  If you brought the object with you, we would have been able
24   to see what you saw, correct?
25   A.  Yes.
```

1    Q.   And yet, you chose to turn off the video recorder?

2    A.   Yes, ma'am.

3    Q.   Once someone was making contact with the first subject,

4    correct?

5    A.   Correct.

6    Q.   And even once you began to believe this is a larger process

7    going on, you did not turn the camera back on, right?

8    A.   Correct.

9    Q.   Now, I want to be clear.  I understand what you said about

10   how the second door was open, how the second door to the room

11   was opened.  You were in the room where we watched you have the

12   conversation with the original target?

13   A.   Yes, ma'am.

14   Q.   You began to suspect maybe there is something going on in

15   the adjoining room, right?

16   A.   Yes.

17   Q.   You alert other members of the team?

18   A.   Yes.

19   Q.   And you stay in the first room, correct?

20   A.   Yes, ma'am.

21   Q.   It is other members of the team who exit the first room?

22   A.   Yes, ma'am.

23   Q.   Go down the hallway?

24   A.   Yes.

25   Q.   And approach that second door, correct?

```
1   A.  It is right next door.  It is not down the hallway, it is
2   literally next door.
3   Q.  Ultimately, there are four people who are taken into
4   custody in this incident?
5   A.  Yes, ma'am.
6   Q.  I believe you just testified on direct they were brought
7   out into the hallway between the two rooms?
8   A.  Right.
9   Q.  There is enough hallway between the two rooms that you can
10  have all four suspects as well as law enforcement personnel who
11  are watching them, right?
12  A.  Yes, ma'am.
13  Q.  So, when they go to make contact with that second room they
14  are still inside the first room?
15  A.  Yes, ma'am.
16  Q.  And the officers have to exit the first room?
17  A.  Yes.
18  Q.  Go down the hallway?
19  A.  Yes, ma'am.
20  Q.  And knock on the second door?
21  A.  Yes, ma'am.
22  Q.  That time you are still in the first room?
23  A.  As they begin knocking, yes.
24  Q.  And when the door is opened to the second room, are you
25  still in the first room?
```

1   *A.*   No.   When I make contact, that is when I come to the

2   hallway and receive the people coming out.

3   *Q.*   When you say make contact, when they are knocking?

4   *A.*   The door is opening, I come out into the hallway, and that

5   is when I saw Ms. RXXXXXXXX opening the door and stepping out.

6   *Q.*   Okay.   Is there a reason that you were waiting for them to

7   communicate the door was opening before you exited the first

8   room?

9   *A.*   So, there were still people covering the connecting door in

10   case they were deciding to come through thinking everyone was

11   in the hallway.

12   *Q.*   Once they said the second door was opening, you no longer

13   have to guard the adjoining room?

14   *A.*   I didn't, somebody else was there.   There were seven or

15   eight people there.

16   *Q.*   Who was the other officer who remained there?

17   *A.*   I don't remember who else was there.

18   *Q.*   You are indicating that you now reposition yourself as the

19   door is finishing opening to the second room; yes?

20   *A.*   Yes.

21   *Q.*   And that is when you see the person who is opening it?

22   *A.*   Yes, ma'am.

23          *MS. McCREA:*   Just a moment, your Honor.

24          *THE COURT:*   Yes.

25          *MS. McCREA:*   Nothing further.

Pauline A. Stipes, Official Federal Reporter

```
 1              THE COURT:  Any redirect?
 2              MR. HOOVER:  No, your Honor.
 3              THE COURT:  Thank you very much.  You may step down.
 4         Next witness.
 5              MR. HOOVER:  The Government calls Officer Justin Shaw.
 6                   JUSTIN SHAW, GOVERNMENT'S WITNESS, SWORN
 7              THE COURT:  State your full name and spell your last
 8    name.
 9              THE WITNESS:  Justin Shaw, S-H-A-W.
10                          DIRECT EXAMINATION
11   BY MR. HOOVER:
12   Q.  Good afternoon.  Are you currently employed?
13   A.  Yes.
14   Q.  Where do you work?
15   A.  Osceola Sheriff's Office.
16   Q.  What is the main town or city?
17   A.  Kissimmee.
18   Q.  How long have you been with the Osceola Sheriff's Office?
19   A.  Approximately 12 years.
20   Q.  What is your current position in that unit -- excuse me --
21   in that office?
22   A.  Right now, I am the sergeant over the internet crimes
23   against children unit.
24   Q.  Would you tell us about your duties and responsibilities in
25   that capacity?
```

```
 1   A.  My duties are, in that unit I am actually the commander
 2   task force.  We are the leading agency of 60 agencies in
 3   Florida.  I am the commander of the task force of all of those
 4   agencies.
 5   Q.  When did you come to that position?
 6   A.  Um-m-m, I have been over there in that unit for about two
 7   years.
 8   Q.  Prior to that, what was your position?
 9   A.  I was the sergeant over property crimes.
10   Q.  Have you ever been in any unit investigating sex crimes?
11   A.  Yes.  I am sorry.  In the two years I was in the internet
12   crimes against children unit, it included sex crimes, including
13   child abuse and sex crimes with adults.
14   Q.  Did you attend the Police Academy?
15   A.  Yes.
16   Q.  Over the course of your career in crimes against children,
17   robbery, property crimes, have you had continued training over
18   the course of your career?
19   A.  Yes.
20   Q.  Back in March of 2014, what was your position?
21   A.  In March 2014, I would have been a detective in the robbery
22   unit.
23   Q.  On march 5, 2014, did you participate in an operation that
24   would later involve Alston Williams and DXXXXXX RXXXXXXXX?
25   A.  Yes.
```

```
 1    Q.   Did you participate in specific operations?

 2    A.   Yes.

 3    Q.   What kind?

 4    A.   We were participating in a prostitution operation.

 5    Q.   At the time, you were investigating robberies?

 6    A.   Yes.

 7    Q.   Why were you involved?

 8    A.   We were assisting the tourism policing unit.

 9    Q.   What is the tourism policing unit?

10    A.   They are a unit that investigates crimes in the tourism

11    unit being so close to the Disney area.

12    Q.   Not crimes committed by tourists, but crimes committed in

13    that area?

14    A.   Yes.

15    Q.   How did the operation work that you were involved in?

16    A.   The operation was, we would go online and look for ads

17    indicative of prostitution, companionship, massaged, and

18    contact the ads and try to arrange a meeting.

19    Q.   Were there many people involved?

20    A.   Yes.

21    Q.   What was your role?

22    A.   My role was to act as the John.

23    Q.   When you say John, an undercover customer, client?

24    A.   Yes, undercover client.

25    Q.   Did you locate an advertisement on Backpage?
```

1    *A.*  Yes.

2    *Q.*  Did you place a call to the number listed in that

3    advertisement?

4    *A.*  Yes.

5    *Q.*  Who answered?

6    *A.*  I spoke to a female who said -- identified herself as

7    Mandy.

8    *Q.*  Was that person later identified in person?

9    *A.*  Yes.

10   *Q.*  What was her name?

11        *MS. McCREA:*  Object to foundation.  Vocal recognition,

12   is he making a voice ID of someone?

13   *BY MR. HOOVER:*

14   *Q.*  You later met this person face-to-face, right?

15   *A.*  Yes.

16   *Q.*  Who was that?

17   *A.*  That -- I don't know who I was talking to because I

18   actually met two females.

19   *Q.*  All right.  Got it.  We will get to that.

20        You make the phone call to this person and a female answers

21   by the name of Mandy.  What do you do at that point?

22   *A.*  We discuss meeting up and arrange to have her come to our

23   location.

24   *Q.*  These calls, were they recorded?

25   *A.*  Yes.

1    *Q.*  The phone calls were recorded?

2    *A.*  Yes.

3    *Q.*  And have you reviewed the calls prior to trial?

4    *A.*  Yes.

5    *Q.*  The phone calls you listened to, are they fair and accurate

6    representations of the calls you made to the person Mandy in

7    2014?

8    *A.*  Yes.

9         *MR. HOOVER:*  The Government offers a and b, 21a and b.

10        *MS. McCREA:*  No objection.

11        *THE COURT:*  21a and b admitted without objection.

12        (Whereupon Government Exhibits 21a, 21b were marked for

13        evidence.)

14        *MR. HOOVER:*  Requesting to publish Government Exhibit

15   21b.

16        *THE COURT:*  You may.

17        (Thereupon, the audio recording was played.)

18   *BY MR. HOOVER:*

19   *Q.*  Were there some calls after this?

20   *A.*  Yes.

21   *Q.*  Were they primarily related to directions and how to get to

22   where you were?

23   *A.*  Yes.

24   *Q.*  We'll not listen to those.

25        Did somebody eventually arrive?

1   A.  Yes.

2   Q.  Had you exchanged text messages with this individual that

3   you were on the phone with?

4   A.  I don't recall if I actually exchanged text messages.  I

5   believe other detectives received text messages.

6   Q.  I am showing the witness what is marked 21c.  If you could

7   take a look at that?

8   A.  Yes.

9   Q.  What is this?

10  A.  This is a log through our call log.

11  Q.  What is it logging?

12  A.  Logging all outbound text messages and inbound text

13  messages.

14  Q.  It says detective name.  Who is that?

15  A.  Brandon Chambers.

16  Q.  And the calls made in and out are also listed there?

17  A.  Yes.

18  Q.  Does that include the calls we listened to?

19  A.  Yes.

20  Q.  What are the messages pertaining to?

21  A.  The text messages are discussing the address of where we

22  are going to meet.

23  Q.  Is this a fair and accurate representation of the

24  conversations made between your undercover persona and the

25  person you spoke to on the phone?

```
 1   A.  Yes.
 2            MR. HOOVER:  At this time the Government offers 21c
 3   for admission.
 4            MS. McCREA:  No objection.
 5            THE COURT:  Admitted without objection.
 6        (Whereupon Government Exhibit 21c was marked for evidence.)
 7            MR. HOOVER:  Permission to publish.
 8            THE COURT:  You may.
 9   BY MR. HOOVER:
10   Q.  Where we see here out -- type of call and out, the columns
11   to the right, are those outbound calls?
12   A.  Yes.
13   Q.  Where it says SMS out, are those outbound text messages?
14   A.  Yes.
15   Q.  And content, content of the message?
16   A.  Yes.
17   Q.  It says, "hey babe is 3000 bonfire beach dr room 212. the
18   hotel is calypso cay."  Who sent that message?
19   A.  I can't recall if it was me or the other detective, but it
20   was from law enforcement.
21   Q.  Inbound, "OK I just gotta get ready and I'll be on my way."
22   Outbound, "K."  Inbound, "20 min away."  Outbound, "K."
23   Inbound, "Which one is it sweetie.  I see a bunch."  And
24   outbound, "You here love?"
25   A.  Yes.
```

Pauline A. Stipes, Official Federal Reporter

1    Q.   Did the person eventually arrive?

2    A.   Yes.

3    Q.   How many people came up to your room, if any?

4    A.   Two females came to the room.

5    Q.   Did you come to terms on some kind of agreement?

6    A.   Yes.

7    Q.   What was the agreement?

8    A.   The terms was going to be $300 for full sex with both

9    females.

10   Q.   Did you give them the money?

11   A.   Yes.

12   Q.   Where did that money come from?

13   A.   That money came from undercover funds provided by the

14   Sheriff's Office.

15   Q.   That is money traced via serial number?

16   A.   Yes.

17   Q.   Who did you give the money to?

18   A.   I gave the money to one of the females.  I can't remember

19   which one.

20   Q.   The person you gave the money --

21   A.   Both females were in the room.  I gave money to one of the

22   females, who said she was going to give the money to her

23   driver.

24   Q.   Did she leave?

25   A.   Yes.

 1   *Q.*  After she left, what happened, if anything?

 2   *A.*  After she left, we gave the takedown signal and the

 3   detectives that were inside the room made the arrest of the

 4   people inside and outside -- I can't speak for what happened on

 5   the outside.

 6   *Q.*  There were law enforcement officers inside the room?

 7   *A.*  The other law enforcement officers were hiding in the room

 8   for officer safety.  We wanted time to get in without using the

 9   key.  We hide them inside the room.  They were hidden out of

10   sight.

11   *Q.*  After the takedown, did you have any involvement in the

12   case?

13   *A.*  No.

14            *MR. HOOVER:*  Your Honor, 21d is already in evidence?

15            *THE COURT:*  Yes.

16            *MR. HOOVER:*  I am requesting permission to publish

17   21d.

18            *THE COURT:*  Okay.

19   *BY MR. HOOVER*:

20   *Q.*  Does this person look familiar?

21   *A.*  Yes.

22   *Q.*  Who is that?

23   *A.*  That would be one of the females that came to the room that

24   night.  One of the two.

25   *Q.*  What about that person?

Pauline A. Stipes, Official Federal Reporter

1   *A.*   That is the second female that arrived with the previously

2   photoed female.

3         *MR. HOOVER:*   We can conclude publishing and the

4   Government does not have any further questions.

5         *THE COURT:*   Okay.   Cross-examination.

6         *MS. McCREA:*   Just a moment, your Honor.

7         *THE COURT:*   Okay.

8                          **CROSS-EXAMINATION**

9   *BY MS. McCREA:*

10   *Q.*   Good afternoon, Detective.

11   *A.*   Good afternoon.

12   *Q.*   The events that you just described for us, those occurred

13   back in 2014?

14   *A.*   Yes.

15   *Q.*   And am I correct in understanding we listened to a couple

16   of phone calls that were made in order to set up the meeting,

17   correct?

18   *A.*   Yes.

19   *Q.*   And I understand there were maybe a few phone calls later

20   on, again, in order to give directions for a situation?

21   *A.*   Yes.

22   *Q.*   And then there are the text messages we just observed in

23   Government Exhibit 21c, correct?

24   *A.*   Yes.

25   *Q.*   Other than that, are there any other recordings that were

1    made in either the preparation for this meet up or during the

2    meet up itself?

3    A.  No, ma'am.

4    Q.  So, this is not a situation where you had some sort of

5    covert body camera?

6    A.  No.

7    Q.  And then, as far as Government Exhibit 21c goes, you

8    indicated that was a log from the app that you all have?

9    A.  Yes.

10   Q.  So, is that some sort of software program that the police

11   department uses?

12   A.  Yes.

13   Q.  The Sheriff's Office.  Excuse me.

14   A.  Yes.

15   Q.  Does it automatically record the text messages?

16   A.  Yes.  It records text messages and phone calls.

17   Q.  So, it was Detective Chambers who was controlling the phone

18   for that portion?

19   A.  I don't recall.  It was 2014, I can't remember.  I believe

20   it was Detective Chambers.

21   Q.  So, the phone that would be sending the text messages would

22   be somehow connected to the computer?

23   A.  Yes.  You can log into an account.

24   Q.  It is automatically storing the information at the time?

25   A.  Yes.

255

```
1    Q.   As opposed to Detective Chambers or someone else managing

2    that himself?

3    A.   That is correct.

4    Q.   The phone call that we listened to at 21a or 21b, the

5    female that was on the phone indicated that they were only

6    doing out calls?

7    A.   Yes.

8    Q.   Did the Sheriff's Department already have a room set up in

9    order to do the sting?

10   A.   Yes, ma'am.

11   Q.   Were you intentionally targeting ads for out calls or did

12   this just happen it was an out call ad?

13   A.   I believe out calls, we were not set up to go mobile or go

14   somewhere else.

15   Q.   Okay.  And then, you were still in the room with one of the

16   individuals when the takedown team actually came out from their

17   hiding spots?

18   A.   Yes.

19   Q.   So, the woman that was in the room with you was taken into

20   custody at that time?

21   A.   Yes.

22   Q.   And that ended your involvement in the case?

23   A.   That did.

24        MS. McCREA:  Nothing further.  Thank you.

25        MR. HOOVER:  No redirect.
```

Pauline A. Stipes, Official Federal Reporter

```
 1            THE COURT:  May I have a brief sidebar with counsel?
 2       Thank you so much.
 3            (Proceedings at sidebar.)
 4            THE COURT:  Is everyone on the same page?  We are
 5       finishing now and you spoke with Ms. CXX and she is coming back
 6       on Monday?
 7            MR. SCHILLER:  Yes.
 8            MR. PEACOCK:  Yes.
 9            THE COURT:  Let me excuse the jury.
10            (Sidebar concluded.)
11            THE COURT:  Okay, ladies and gentlemen, as promised,
12       almost to the minute we are finishing today at 4:00 o'clock,
13       with our thanks for your undivided attention and patience for a
14       rather long week.  We very much appreciate all of the efforts
15       you made to be on time, sit patiently, and give the parties
16       your full attention.
17            We'll break for the weekend and we will come back at
18       8:30 Monday morning.  I am keeping track of the schedule.  We
19       are on schedule working with the 8:30 time frame until I can
20       see maybe we are ahead of schedule and we don't have to be here
21       at 8:30.  I will continue with the same schedule next week to
22       be sure the trial is completed before the holidays.  It will be
23       8:30 to 6:30, unless I hear something from counsel.
24            I look forward to seeing you.  Now, over the weekend
25       your restrictions, other than the same restrictions I have been
```

```
 1   going over with you each day, should been any media coverage,
 2   radio, newspaper, avoid it.  Close the paper, turn the TV off,
 3   leave the room.  Do not discuss anything about your experience
 4   with anyone.  Even if it doesn't seem pertinent to you, you are
 5   not able to discuss anything with each other or anyone else,
 6   and do not do any research, visit any of the scenes discussed,
 7   or anything along those lines.
 8        We look forward to seeing everybody at 8:30 Monday
 9   morning.  Have a nice weekend.
10        (Thereupon, the jury leaves the courtroom.)
11        THE COURT:  Okay.  Let me ask counsel, we have a
12   minute or two before we conclude, how things look for Monday
13   and whether any other witnesses have been -- were there any
14   witnesses who no longer will be called because of what happened
15   today?
16        MR. SCHILLER:  No.
17        THE COURT:  So, we will have Ms. CXX here first thing
18   in the morning.  What is the expectation of additional cross?
19        MR. PEACOCK:  I believe an hour.  Obviously, the
20   proviso is that she answer the questions.  That's all.
21        THE COURT:  What are you anticipating for redirect.
22        MR. SCHILLER:  15 minutes.
23        THE COURT:  Who is your next witness?
24        MR. SCHILLER:  We are going to call DXXXX LXXXXX.
25        THE COURT:  Okay.  Are you still thinking the 180 for
```

1    her?

2           MR. SCHILLER:  Yes, Judge.  It could go a little

3    longer than that.  We hope that is accurate.

4           THE COURT:  Okay.  It sounds like you should plan on

5    having her at 9:30, if not sooner.  Who else should you finish

6    with her?

7           MR. SCHILLER:  If we finish with her, Sergeant

8    Victoria Johnson.  She will be probably five minutes on direct

9    and if that on cross, I would think.  I have spoken to counsel

10   about her testimony.  We provided them with potential Giglio

11   information.  Counsel assures me if she testifies what is in

12   her report -- I did file a motion to seal and a motion based on

13   that.  Ms. McCrae assures me that information wouldn't be used

14   as long as she would testify to what is in her report.

15          THE COURT:  Do you need a ruling on that motion?  Is

16   it an agreed upon motion?  Let me see what docket entry that

17   is.

18          Docket Entry 137, the one filed under seal relating to

19   a second motion.

20          MR. SCHILLER:  Yes.

21          THE COURT:  Has Defense had a chance to read it?

22          MS. McCREA:  Yes.

23          THE COURT:  Has the Government had a chance -- Defense

24   read it?

25          MS. McCREA:  Yes.  What they conveyed to the Court,

1    she wrote a report, it looks like in October 2018.

2            At some point in time she wrote this report relating

3    to an incident from November 2009.  Her report is about -- a

4    2009 report with about 20 lines of text.  If she testifies

5    consistent with what she wrote in the report I wouldn't need to

6    go into this impeaching material.

7            If either on direct she goes way off the page

8    supplying details not disclosed in the report, or the same on

9    cross, I would intend to get into that, and I can be heard if

10   the Court wants.

11           *THE COURT:*  Yes, before you do it.

12           It sounds like, not unlike other types of motions, you

13   are agreeing to it as long as her testimony is consistent with

14   her 2009 report.

15           *MS. McCREA:*  It is not that I am agreeing with it.  I

16   disagree with the Government.  I think this would always be

17   fair game for Defense counsel to get into.  I don't intend to

18   do it if she testifies consistent with the report.

19           I don't think the Government's motion should be

20   granted.  I think it is completely fair game and I think any

21   time she testifies, this could be something examined on cross.

22   I think in the context of this trial and what I anticipate her

23   testimony to be in this trial, I don't think it is necessary to

24   go there.

25           *THE COURT:*  All right.  I would say this,KXXXXX then,

```
 1    that you shouldn't get into it unless you apprise the Court

 2    first and have a chance to be heard outside the jury's hearing

 3    on it.

 4              If it all goes smoothly and never comes up, it sounds

 5    like it would become moot at that point.

 6              All right.  That will conclude our schedule for today

 7    then.

 8              MR. SCHILLER:  Judge, with the Court's permission, we

 9    are going to bring all the evidence down to the igloo.

10              THE COURT:  All right.  Have a good weekend.  We will

11    see everybody Monday morning at 8:30.

12         (Thereupon, the Court was recessed.)

13                              * * *

14         I certify that the foregoing is a correct transcript

15    from the record of proceedings in the above matter.

16

17         Date:  August 11, 2019

18              /s/ Pauline A. Stipes, Official Federal Reporter

19                        Signature of Court Reporter

20

21

22

23

24

25
```

Pauline A. Stipes, Official Federal Reporter

MR. HOOVER: [29]   50/17
161/23 219/25 222/4 223/6
231/8 231/13 231/23 233/2
233/19 234/1 234/3 234/19
234/22 235/18 235/22 236/2
236/17 236/20 244/1 244/4
248/8 248/13 250/1 250/6
252/13 252/15 253/2 255/24
MR. PEACOCK: [155]   7/7 8/1
10/11 16/10 21/23 23/5 26/7
26/9 27/9 28/22 29/9 29/11
31/23 33/17 33/21 35/9 35/11
35/21 39/9 39/14 41/10 42/21
45/19 46/3 47/11 50/1 50/7
52/4 52/7 52/10 52/15 56/10
57/1 57/12 59/19 60/24 61/21
63/10 64/7 67/12 78/17 80/11
84/6 84/9 84/11 84/15 84/25
88/4 88/6 92/9 93/17 100/5
108/19 109/12 113/16 113/21
120/19 120/23 125/9 128/16
128/22 129/3 129/6 129/12
129/15 131/17 131/20 131/22
132/4 132/6 135/6 137/6
143/16 144/22 145/20 148/15
156/4 156/16 157/7 157/16
157/19 159/8 159/24 160/7
161/2 161/9 162/6 163/7
164/20 164/25 165/7 165/10
165/13 165/17 165/19 165/21
166/7 167/11 167/13 167/18
176/20 179/1 179/3 179/7
179/23 182/4 183/23 186/12
186/16 190/2 192/9 192/11
192/14 192/17 192/20 200/25
201/11 205/12 205/17 206/13
206/16 206/21 207/9 207/12
207/15 207/18 208/1 209/21
211/13 211/18 211/21 212/16
212/21 212/24 213/6 213/14
213/16 214/3 214/9 214/12
215/7 215/25 216/5 216/15
216/17 216/19 217/5 218/3
218/8 218/16 218/18 219/1
219/11 256/7 257/18
MR. SCHILLER: [130]   4/18
4/20 7/5 7/24 10/14 21/20
23/6 25/9 25/24 26/5 26/8
27/8 28/24 29/7 29/10 29/14
31/20 33/1 33/19 35/6 41/6
41/8 42/17 45/17 45/21 45/23
46/6 46/20 46/25 47/10 47/15
48/16 48/19 48/21 49/14 50/3
50/11 50/18 50/22 51/4 51/8
51/21 52/22 54/22 56/8 56/22
56/24 57/14 59/1 59/18 60/22
61/19 64/5 67/3 67/10 69/19
70/1 77/19 77/21 78/15 80/9
82/13 84/13 84/23 88/1 88/5
92/8 92/20 92/24 99/7 100/2
109/11 112/8 113/13 120/22
125/5 125/10 128/18 128/24
129/11 131/25 142/5 142/9
148/13 156/23 157/12 160/18
161/20 162/16 162/18 164/22
165/1 165/12 167/14 179/22

188/15 192/8 192/10 192/19
195/10 195/15 201/13 205/11
205/14 205/19 206/24 207/10
207/25 209/19 211/10 211/15
211/23 212/13 212/17 215/9
215/14 216/7 216/22 217/10
217/13 218/12 218/20 256/6
257/15 257/21 257/23 258/1
258/6 258/19 260/7
MS. McCREA: [22]   50/14
50/21 51/3 51/6 52/11 207/3
223/9 228/9 231/10 234/5
236/4 236/22 243/22 243/24
247/10 248/9 250/3 253/5
255/23 258/21 258/24 259/14
THE COURT: [220]   3/22 4/7
4/19 7/6 7/8 7/25 8/2 10/13
16/11 21/22 25/11 26/1 26/10
27/10 29/6 29/8 29/12 31/24
33/20 33/23 35/8 35/10 35/12
35/22 39/10 39/17 41/7 41/9
41/11 42/20 42/23 45/20
45/22 45/24 46/4 47/12 48/18
48/20 48/22 49/25 50/2 50/6
50/9 50/13 50/15 51/2 51/5
51/7 51/11 51/16 51/18 52/6
52/8 52/16 56/9 56/23 56/25
57/13 61/22 64/8 67/4 69/25
77/20 78/18 80/12 82/14 84/8
84/10 84/12 84/14 84/16 85/1
88/3 92/14 93/18 98/16 100/4
112/10 113/15 113/20 120/21
125/12 128/17 129/1 129/5
129/8 129/13 131/18 131/21
132/1 132/5 142/6 142/11
156/2 156/5 156/22 157/17
157/20 159/23 160/2 160/17
160/24 161/4 161/22 162/4
162/17 163/9 164/21 165/2
165/8 165/15 165/18 165/20
165/22 166/5 166/9 166/18
167/12 167/15 167/19 168/5
176/21 179/2 179/6 183/24
186/15 188/19 188/23 190/5
192/12 192/16 192/22 195/13
201/1 201/14 201/17 205/16
206/12 206/15 206/18 206/23
207/8 207/14 207/16 207/19
209/22 211/16 211/20 212/6
212/19 212/22 213/3 213/5
213/12 213/15 213/18 214/6
214/11 214/13 214/21 214/24
215/8 215/11 216/3 216/11
216/16 216/18 217/3 217/8
217/12 217/15 218/7 218/10
218/17 218/19 218/22 219/13
222/6 223/8 223/11 231/11
231/14 234/2 234/6 234/21
234/23 235/21 236/3 236/5
236/19 236/21 236/23 243/23
243/25 244/2 244/6 248/10
248/15 250/4 250/7 252/14
252/17 253/4 253/6 255/25
256/3 256/8 256/10 257/10
257/16 257/20 257/22 257/24
258/3 258/14 258/20 258/22
259/10 259/24 260/9
THE COURTROOM DEPUTY: [2]

214/19 220/3
THE WITNESS: [6]   16/15
93/20 188/22 213/1 220/6
244/8

$

$1,400 [1]   230/5
$10 [5]   175/21 175/23 176/3
176/5 177/1
$100 [1]   226/23
$120 [3]   226/4 226/15 226/24
$200 [2]   22/12 106/1
$220 [1]   226/25
$300 [1]   251/8
$50 [1]   58/21
$800 [1]   105/23

/

/s [1]   260/18

1

10 [2]   12/23 15/5
100 [3]   26/18 30/5 207/25
1000 [1]   26/18
102 [1]   12/6
1048 [1]   144/23
10b [4]   3/17 77/24 78/17
78/21
10th [1]   94/20
11 [6]   13/15 22/14 67/12
87/6 198/17 260/17
11/20/2012 [1]   170/1
110 [1]   18/20
119 [1]   4/21
11:00 [1]   36/21
11:05 [1]   17/6
11:09 [1]   18/4
11:51 [1]   19/22
11a [1]   26/1
11th [1]   94/22
12 [4]   14/25 69/19 185/12
244/19
123 [1]   211/22
12:10 [1]   8/24
12:15 [2]   4/3 85/11
12a [1]   72/6
12c [1]   74/22
121 [1]   77/9
12th [1]   32/18
13 [3]   23/5 55/15 150/9
132 [1]   3/21
136 [1]   12/23
137 [1]   258/18
138 [1]   151/18
14 [4]   22/14 87/4 235/20
235/22
145 [1]   13/15
1461 [1]   147/24
1465 [1]   148/25
1467 [1]   148/8
1468 [1]   148/11
15 [4]   4/5 24/21 220/20
257/22
152 [1]   14/16
15a [2]   223/7 223/8
15b [4]   3/18 231/10 231/12
231/13
15c [1]   233/5

**1**

**15d [5]**   3/18 234/4 234/5 234/8 234/21
**15e [3]**   3/18 234/8 234/23
**16 [2]**   23/17 235/4
**167 [1]**   3/21
**16th [2]**   23/9 97/18
**17 [2]**   15/14 104/5
**17a [1]**   93/3
**18 [7]**   19/21 92/3 92/4 92/6 95/9 205/13 205/23
**18-CR-80053-ROSENBERG [1]**   1/3
**180 [1]**   257/25
**18a [1]**   93/3
**18d [1]**   143/18
**18th [1]**   205/9
**19 [4]**   92/17 93/5 93/8 206/23
**1993 [1]**   132/24
**19a [4]**   92/23 93/3 206/25 207/10
**19b [1]**   92/9
**19d [3]**   92/8 92/10 120/20
**1:00 [1]**   5/19
**1:03 [1]**   4/22
**1:03:22 [1]**   5/4
**1:15 [4]**   4/3 156/8 156/10 156/14
**1:17 [1]**   13/15
**1a [1]**   25/14
**1b [2]**   26/6 26/8
**1j [1]**   27/9

**2**

**2-A [4]**   3/21 131/2 131/24 132/3
**2-B [2]**   131/8 133/5
**2-C [3]**   130/10 133/14 134/16
**2-D [3]**   130/19 134/1 134/15
**2-E [5]**   129/13 129/16 131/24 132/3 134/10
**20 [6]**   4/4 20/9 87/2 221/23 250/22 259/4
**20's [2]**   95/18 95/19
**20,2012 [1]**   237/4
**20-minute [1]**   165/15
**200 [2]**   22/9 85/15
**2009 [3]**   259/3 259/4 259/14
**201 [1]**   3/22
**2011 [14]**   89/16 89/21 90/4 90/7 90/15 94/1 103/3 205/8 205/13 205/23 209/8 210/21 216/10 219/6
**2012 [3]**   32/20 170/1 221/23
**2013 [3]**   4/21 235/6 235/9
**2014 [8]**   236/13 236/17 245/20 245/21 245/23 248/7 253/13 254/19
**2015 [6]**   8/24 10/24 12/7 12/23 13/15 14/25
**2016 [14]**   15/14 15/25 17/5 18/13 19/17 19/21 20/17 20/22 22/7 22/14 23/5 23/17 24/5 179/10
**2017 [8]**   24/17 55/3 80/6 81/18 85/11 89/16 90/7

112/17
**2017,KXXXXX [1]**   104/6
**2018 [3]**   1/8 74/22 259/1
**2019 [1]**   260/17
**209 [1]**   97/17
**20a [4]**   3/16 47/3 47/11 47/14
**20b [4]**   3/16 47/3 47/14 47/24
**20c [8]**   3/16 45/19 45/21 46/5 46/6 46/7 46/22 187/18
**20th [1]**   222/17
**21 [4]**   56/25 57/4 235/6 235/9
**212. the [1]**   250/17
**2123 [1]**   1/21
**21a [5]**   3/19 248/9 248/11 248/12 255/4
**21b [4]**   3/19 248/12 248/15 255/4
**21c [6]**   3/19 249/6 250/2 250/6 253/23 254/7
**21d [2]**   252/14 252/17
**22 [5]**   24/5 56/25 57/4 95/20 95/21
**220 [1]**   3/7
**23 [1]**   8/24
**231 [1]**   3/18
**234 [1]**   3/18
**237 [1]**   3/8
**239 [1]**   98/10
**24 [1]**   149/16
**24 inches [1]**   235/5
**240 [1]**   99/12
**244 [1]**   3/10
**248 [1]**   3/19
**24th [1]**   28/2
**250 [1]**   3/19
**253 [1]**   3/11
**256-334-9130 [1]**   8/18
**25c [4]**   4/19 145/22 147/24 169/9
**26 [2]**   10/24 37/12
**268 [2]**   100/9 100/10
**27 [1]**   38/7
**29 [7]**   3/15 23/7 55/3 81/18 86/24 95/19 112/17
**29,KXXXXX [2]**   85/11 104/6
**2:00 [1]**   22/7
**2:13 [1]**   12/7
**2:41 [1]**   23/17
**2:50 [4]**   156/17 157/17 157/18 158/15
**2E [1]**   3/21
**2nd [1]**   1/20

**3**

**3-A [5]**   3/21 166/13 167/14 167/17 167/22
**3-B [6]**   3/21 166/18 166/22 167/14 167/17 168/15
**30 [8]**   6/8 12/7 17/5 61/16 61/21 85/14 194/8 209/3
**300 [2]**   28/3 28/6
**3000 [1]**   250/17
**32 [1]**   3/15
**3213 [1]**   4/21
**324 [1]**   15/13

**33401 [3]**   1/18 1/24 85/23
**340 [3]**   120/21 121/2 121/4
**346 [1]**   24/5
**34950 [1]**   1/21
**3500 [1]**   224/17
**3551 [1]**   224/17
**359 [3]**   121/24 122/4 122/4
**36 [1]**   195/13
**360 [1]**   82/11
**36f [1]**   50/18
**36h [2]**   118/22 119/5
**36j [12]**   35/7 55/15 61/15 61/21 67/11 112/23 113/17 113/19 113/25 182/5 194/8 198/17
**36y [1]**   60/23
**371 [1]**   15/25
**386 [1]**   24/17
**38a [4]**   3/17 59/5 59/19 59/21
**3:00 [2]**   215/16 215/21
**3b [2]**   56/23 56/25

**4**

**40 [4]**   86/10 86/16 146/3 209/3
**40 minutos [1]**   86/13
**40-hour [1]**   221/9
**400 [1]**   1/17
**404 [5]**   33/18 84/10 84/12 161/13 164/2
**404/intrinsic [1]**   162/3
**41 [3]**   23/17 179/22 179/23
**412 [8]**   52/8 52/12 125/6 157/22 159/4 159/4 159/16 160/6
**4138 [2]**   212/2 219/5
**42 [1]**   145/22
**44 [1]**   145/22
**450 [2]**   1/20 1/23
**455 [1]**   85/22
**46 [1]**   3/16
**47 [1]**   3/16
**4747 [2]**   22/5 27/13
**48 [1]**   75/5
**4:00 [3]**   215/1 217/13 217/25
**4:00 o'clock [3]**   215/19 215/21 256/12
**4:19 [1]**   19/17
**4:54 [1]**   10/24
**4EVA [1]**   24/20
**4i [2]**   82/14 82/17
**4l [1]**   151/18

**5**

**50 [1]**   221/22
**500 [2]**   1/17 1/24
**505 [1]**   17/5
**50c [1]**   84/25
**50h [2]**   56/3 56/9
**50i [1]**   80/23
**5145 [1]**   205/13
**5164 [1]**   208/2
**51i [1]**   80/10
**53 [2]**   64/7 64/13
**54 [2]**   64/7 64/15
**55 [1]**   176/20
**56 [2]**   64/7 64/21

**5**

**561 [3]**  212/2 219/5 223/21
**561-833-6288 [1]**  1/25
**5653 [1]**  208/2
**5654 [1]**  208/6
**5656 [2]**  208/18 208/18
**5658 [1]**  208/18
**5663 [1]**  209/11
**59 [1]**  3/17
**595 [1]**  19/21
**5:46 [1]**  14/25
**5aa [4]**  6/18 7/6 7/14 8/18
**5ah [2]**  6/22 7/16
**5ai [3]**  6/25 7/6 7/16
**5am [2]**  41/6 41/9
**5aq [4]**  49/1 50/18 50/19
 52/24
**5av [2]**  42/20 186/3
**5ax [5]**  21/22 179/4 179/6
 179/10 179/16
**5ay [2]**  7/25 12/6

**6**

**60 [1]**  245/2
**61 [2]**  8/22 8/24
**616 [2]**  143/18 143/21
**6285 [1]**  1/18
**6288 [1]**  1/25
**62a [1]**  108/20
**6393 [1]**  12/9
**6:30 [1]**  256/23
**6th [1]**  132/25

**7**

**700 [1]**  20/22
**703-4138 [2]**  212/2 219/5
**7163 [1]**  210/21
**7201 [1]**  211/11
**7204 [1]**  211/10
**772-489-2123 [1]**  1/21
**772.467.2337 [1]**  2/4
**78 [1]**  3/17
**79 [3]**  3/15 31/22 32/1
**7:41 [1]**  12/24
**7th [2]**  94/8 94/17

**8**

**80 [5]**  3/15 29/8 29/11 29/13
 29/16
**818 [1]**  27/13
**818-826-4747 [1]**  22/5
**8247 [1]**  211/15
**826-4747 [1]**  27/13
**88 [1]**  3/5
**89 [1]**  10/24
**8:25 [1]**  12/25
**8:30 [6]**  256/18 256/19
 256/21 256/23 257/8 260/11

**9**

**9/12/2012 [1]**  32/20
**9/7/2011 [1]**  94/1
**9086 [1]**  211/22
**9130 [1]**  8/18
**9407 [1]**  212/10
**954-789-6285 [1]**  1/18
**960 [3]**  169/10 169/20 170/7

**9:07 [1]**  291
**9:30 [1]**  258/5
**9:36 [2]**  15/14 22/14
**9aa [1]**  76/20
**9ae [1]**  70/13
**9af [1]**  70/15
**9ag [1]**  71/4
**9ah [1]**  71/9
**9ai [1]**  71/11
**9aj [1]**  71/15
**9ak [1]**  71/16
**9as [1]**  137/8
**9ax [1]**  74/12
**9ay [1]**  48/18 48/20 189/21
 190/4
**9bb [1]**  37/7
**9bc [1]**  76/10
**9bd [2]**  75/11 77/5
**9be [1]**  75/23
**9bf [1]**  76/4
**9bh [1]**  74/10
**9bn [1]**  74/8
**9bu [1]**  72/2
**9bv [1]**  37/20
**9bx [1]**  71/23
**9cg [1]**  76/16
**9cm [1]**  54/23
**9cn [1]**  69/23
**9cu [1]**  70/8
**9cx [1]**  72/15
**9da [1]**  77/1
**9dd [1]**  73/5
**9de [1]**  73/7
**9th [1]**  94/17

**A**

**A-M-P-A-R-O [1]**  58/5
**a.m [8]**  4/22 5/4 5/19 8/24
 12/7 22/7 23/17 36/21
**Aas [1]**  11/1
**abbreviations [1]**  141/7
**ability [1]**  12/11
**able [15]**  32/22 192/24
 210/5 210/13 215/17 218/2
 218/14 219/5 219/16 219/24
 227/4 237/12 240/1 240/23
 257/5
**abortion [2]**  65/23 162/23
**about [150]**  9/21 13/2 13/18
 15/2 15/6 16/9 16/10 16/18
 16/23 17/10 17/10 17/25 20/1
 24/14 25/6 25/22 26/21 26/25
 27/2 27/18 27/19 28/9 31/14
 32/24 33/12 34/6 35/20 40/4
 40/15 43/25 45/10 48/8 50/4
 50/13 53/2 54/12 58/20 62/17
 63/3 63/18 63/20 65/25 68/3
 68/14 71/9 71/21 72/17 73/19
 75/3 75/6 76/20 79/4 79/10
 79/12 80/2 82/5 83/20 83/25
 89/13 91/16 95/11 97/18
 101/25 102/3 105/6 106/20
 109/22 110/25 114/3 115/15
 116/11 116/13 116/24 122/10
 122/12 123/11 127/18 141/7
 142/14 144/3 145/20 145/25
 146/1 149/6 150/13 150/15
 150/20 151/19 151/20 156/1

 156/21 157/1 159/15 159/23
 160/3 161/5 161/25 162/22
 169/20 174/22 175/4 176/7
 176/8 176/25 181/9 181/24
 182/8 185/13 187/16 189/2
 189/16 192/6 193/14 193/19
 193/22 193/25 194/11 195/19
 196/21 198/11 198/12 199/6
 199/20 202/24 203/11 209/4
 209/12 215/3 216/25 217/7
 219/4 220/20 227/16 227/23
 229/25 230/5 232/10 232/14
 235/12 237/4 238/23 239/9
 241/9 244/24 245/6 252/25
 257/3 258/10 259/3 259/4
**above [5]**  11/20 11/21 11/22
 201/24 260/15
**abroad [1]**  221/19
**Absolutely [1]**  73/10
**abuse [1]**  245/13
**abused [1]**  137/5
**Academy [2]**  221/4 245/14
**access [8]**  12/11 34/16 36/2
 37/18 49/6 138/1 185/22
 185/24
**accomplish [2]**  18/24 210/5
**According [1]**  153/23
**account [13]**  26/23 29/21
 29/25 30/3 30/6 30/8 30/8
 30/17 32/6 32/17 32/21 32/24
 254/23
**accounts [12]**  12/11 12/16
 12/19 26/7 26/9 26/15 26/18
 27/6 32/16 33/8 33/10 33/15
**accurate [7]**  88/25 206/25
 230/19 231/6 248/5 249/23
 258/3
**accurately [2]**  45/7 47/8
**accused [1]**  161/10
**across [1]**  75/18
**act [5]**  75/20 148/22 148/24
 226/22 246/22
**acted [1]**  111/14
**actions [4]**  157/12 160/8
 163/24 164/9
**active [1]**  115/23
**activities [3]**  36/16 142/19
 232/11
**acts [16]**  34/3 42/7 53/22
 66/25 89/18 156/19 156/22
 157/3 157/9 158/2 158/17
 159/15 159/16 160/21 164/3
 164/4
**actual [1]**  29/18
**actually [10]**  44/18 53/22
 90/19 129/23 144/24 224/1
 245/1 247/18 249/4 255/16
**ad [7]**  113/4 223/15 223/18
 223/24 224/1 224/4 255/12
**add [2]**  146/10 226/22
**additional [3]**  226/22 237/14
 257/18
**address [5]**  20/7 30/2 85/16
 86/3 249/21
**adjoining [7]**  227/21 227/25
 228/3 231/2 234/12 241/15
 243/13
**admission [2]**  231/10 250/3

**A**

**admit [2]**   59/19 207/17
**admitted [13]**   29/13 31/25
46/5 47/13 78/19 92/13 132/2
167/16 201/15 231/12 234/7
248/11 250/5
**admonish [1]**   218/21
**admonished [1]**   162/15
**ads [7]**   64/11 123/13 222/23
222/24 246/16 246/18 255/11
**adults [1]**   245/13
**advance [1]**   164/13
**advanced [1]**   221/7
**advertisement [3]**   223/5
246/25 247/3
**advertisements [1]**   235/16
**advertising [1]**   222/24
**advice [1]**   15/22
**affect [1]**   171/7
**affection [2]**   170/25 171/4
**affirmed [1]**   158/10
**afraid [1]**   117/9
**after [53]**   5/19 6/24 11/10
13/25 14/3 20/25 45/14 47/7
48/7 81/9 89/19 90/12 96/16
99/2 101/6 101/18 101/22
101/24 102/7 102/9 102/23
118/11 123/11 125/3 148/11
151/1 151/3 157/4 157/6
157/9 159/12 159/22 160/5
160/22 162/23 188/10 200/14
215/10 218/1 223/24 224/10
226/6 226/16 227/1 227/18
229/4 237/7 237/9 237/13
248/19 252/1 252/2 252/11
**afternoon [7]**   220/11 220/12
237/2 237/3 244/12 253/10
253/11
**afterwards [2]**   84/17 200/15
**again [32]**   6/4 10/13 10/13
14/1 14/1 14/22 27/13 27/24
29/24 94/18 94/20 95/9
100/16 116/19 133/6 134/4
143/23 161/13 163/10 164/8
169/3 171/25 173/17 187/5
190/12 191/20 191/24 195/1
214/8 235/7 235/10 253/20
**against [6]**   53/20 160/24
220/24 244/23 245/12 245/16
**age [2]**   95/11 95/17
**agencies [2]**   245/2 245/4
**agency [3]**   42/11 116/7 245/2
**Agent [1]**   234/15
**ago [8]**   91/6 99/5 114/6
136/6 144/18 179/12 193/16
225/16
**agree [2]**   52/13 106/22
**agreed [3]**   95/24 162/3
258/16
**agreeing [3]**   95/24 259/13
259/15
**agreement [4]**   219/17 226/11
251/5 251/7
**ahead [3]**   186/13 231/25
256/20
**air [1]**   197/9
**AKA [2]**   16/5 17/3

**akin [1]**   198/6
**alert [2]**   153/6 241/17
**alerts [1]**   153/3
**all [127]**   5/9 5/10 6/3 15/1
18/15 18/25 19/2 19/3 19/4
23/25 27/19 51/12 51/17
51/19 55/23 62/18 65/21
65/25 65/25 70/10 71/18
71/20 76/24 78/4 78/10 78/12
78/14 78/14 80/8 83/3 84/6
85/9 88/4 92/19 93/21 93/23
98/1 98/19 98/23 99/5 99/14
99/16 100/6 100/16 100/18
100/18 100/23 102/5 102/23
104/18 107/8 115/15 119/20
120/15 121/5 121/9 121/13
122/25 123/10 125/20 125/23
129/3 132/2 132/17 133/24
134/18 140/2 145/11 147/15
149/3 151/9 153/1 153/3
154/7 156/2 156/6 157/7
158/21 160/15 160/15 163/10
165/19 165/23 166/2 166/6
169/9 174/5 177/15 178/12
178/23 182/16 184/12 187/13
196/5 197/19 198/1 198/6
200/10 202/5 202/15 202/24
202/24 204/15 205/5 207/16
210/13 210/16 211/14 211/19
211/22 213/9 222/9 223/12
239/22 239/24 242/10 245/3
247/19 249/12 254/8 256/14
257/20 259/25 260/4 260/6
260/9 260/10
**alleged [2]**   105/3 117/1
**allegedly [2]**   160/2 174/14
**allow [5]**   14/12 14/14 192/23
192/25 219/18
**allowed [13]**   12/14 36/18
69/3 73/11 75/10 76/6 76/8
158/4 158/8 193/12 199/15
199/18 204/23
**allowing [2]**   158/11 158/20
**allows [1]**   125/9
**almost [2]**   10/25 256/12
**along [5]**   129/2 129/7 161/16
178/2 257/7
**alot [1]**   170/19
**already [13]**   37/6 69/20
92/10 108/20 197/23 211/1
223/10 233/4 233/7 235/21
237/11 252/14 255/8
**also [29]**   9/22 10/10 10/17
31/18 47/24 49/13 53/20
57/18 71/2 74/10 83/14 113/8
114/11 115/17 127/6 130/23
131/6 133/14 134/18 142/14
152/8 161/5 168/15 173/18
177/1 177/19 221/9 235/15
249/16
**ALSTON [58]**   1/7 5/2 9/6 9/20
13/11 15/9 26/20 26/22 27/1
27/3 27/6 32/9 34/17 35/4
37/19 42/7 42/15 46/19 48/8
48/13 49/7 53/14 53/16 53/19
53/20 54/7 55/2 55/11 58/7
62/10 62/19 63/14 65/10
67/18 78/5 79/22 80/7 80/19

83/2 83/24 85/24 87/18 87/25
114/1 114/15 114/16 115/12
118/6 121/3 122/9 139/4
139/24 143/25 179/21 189/15
189/18 221/23 245/24
**Alston's [17]**   25/17 29/23
29/25 30/7 40/24 57/8 69/18
72/7 76/11 76/17 83/18 92/20
92/23 93/3 124/11 124/15
203/25
**alternative [1]**   225/14
**always [23]**   17/14 18/3 18/3
18/11 18/21 18/22 18/25
23/23 37/14 43/20 54/18
58/17 66/14 69/15 74/14
129/4 138/3 138/4 139/3
180/7 200/3 200/21 259/16
**alwayss [1]**   172/25
**am [88]**   4/16 4/17 18/17 24/2
28/17 29/10 46/17 47/3 50/16
52/2 59/5 61/11 82/11 83/2
87/10 89/3 89/22 90/6 90/10
90/21 92/11 93/5 99/11
103/25 104/1 108/8 117/12
125/4 138/16 145/20 146/25
157/21 159/15 160/11 160/12
161/8 166/12 176/24 181/24
184/18 186/7 189/2 192/7
192/7 195/16 196/21 197/23
200/25 205/7 206/14 206/15
207/24 208/23 208/25 210/1
210/8 210/20 212/17 213/2
213/9 216/13 216/21 220/14
220/16 221/9 230/12 231/24
233/7 235/8 235/19 236/14
237/12 238/9 238/13 238/25
239/7 240/4 240/8 240/8
244/22 245/1 245/3 245/11
249/6 252/16 253/15 256/18
259/15
**amenable [1]**   217/4
**AMERICA [1]**   1/4
**amo [4]**   24/21 24/22 146/6
209/12
**amount [5]**   28/6 31/14 141/15
230/6 230/7
**amounts [1]**   160/17
**Amparo [2]**   58/5 59/15
**anal [1]**   226/22
**analysis [1]**   164/2
**and rep [1]**   5/6
**angel [4]**   146/15 209/11
232/14 234/15
**Angeles [1]**   127/10
**angry [10]**   5/12 6/15 99/6
99/17 99/19 100/20 121/11
144/13 171/9 177/21
**Anna [4]**   119/7 119/7 119/14
119/15
**another [19]**   22/2 37/21 44/1
44/4 68/12 71/7 73/7 101/19
105/4 111/9 152/23 163/1
187/10 202/13 202/15 210/20
216/18 228/6 235/13
**answer [19]**   16/14 16/15 89/9
89/11 125/12 125/14 155/3
155/14 155/16 155/19 157/14
158/22 159/3 163/5 163/17

**A**

**answer... [4]** 188/21 203/7 225/20 257/20
**answered [4]** 228/8 228/9 228/12 247/5
**answering [2]** 157/16 224/7
**answers [2]** 214/1 247/20
**anticipate [1]** 259/22
**anticipating [1]** 257/21
**anxious [1]** 87/10
**any [89]** 7/7 8/1 16/25 19/11 21/23 29/9 35/9 38/12 38/13 39/19 39/22 40/4 41/10 42/21 50/1 54/15 55/13 56/10 56/24 65/13 65/19 89/18 94/9 96/16 105/10 105/12 105/15 110/13 110/19 114/9 115/11 116/9 116/11 116/13 116/19 120/3 120/3 124/1 124/5 136/9 136/11 136/14 136/16 137/4 147/12 147/21 155/14 156/12 160/20 161/8 163/15 175/23 189/18 192/23 195/22 195/25 196/3 196/22 198/12 199/8 204/17 213/13 213/24 216/21 220/21 220/23 222/18 223/9 225/22 227/15 228/16 228/23 229/9 229/14 229/17 229/21 236/4 244/1 245/10 251/3 252/11 253/4 253/25 257/1 257/6 257/6 257/13 257/13 259/20
**anybody [9]** 20/16 24/13 97/13 97/15 126/12 151/15 173/22 201/10 228/20
**anymore [2]** 55/8 123/13
**anyone [17]** 16/18 23/15 27/15 36/2 63/10 70/11 73/9 156/10 156/12 156/13 174/2 215/6 219/24 225/20 229/9 257/4 257/5
**anything [32]** 9/18 9/22 15/1 15/10 34/20 39/25 65/4 68/18 75/9 75/10 90/21 145/10 150/2 157/6 161/7 163/12 163/13 164/16 168/20 174/16 176/11 189/18 192/13 207/17 213/1 214/5 227/23 229/23 252/1 257/3 257/5 257/7
**anyway [4]** 20/10 57/16 95/23 205/3
**anywhere [8]** 13/6 13/13 34/14 66/12 96/19 145/12 175/1 229/7
**apart [1]** 6/8
**apartment [4]** 45/8 46/13 159/20 159/21
**apologies [1]** 29/1
**apologize [2]** 45/24 205/18
**app [8]** 8/12 9/2 10/21 31/18 32/3 82/10 123/20 254/8
**Apparently [1]** 218/17
**appear [4]** 11/20 43/19 61/12 75/13
**appearance [2]** 150/15 150/23
**APPEARANCES [1]** 1/14
**appeared [1]** 200/3

**appears [1]** 243/8
**Appellate [2]** 158/10 158/19
**application [1]** 152/22
**apply [1]** 123/7
**appointment [1]** 158/6
**appointments [1]** 34/5
**appreciate [2]** 51/5 256/14
**apprise [1]** 260/1
**approach [9]** 25/11 92/14 128/17 129/8 166/9 183/24 201/1 234/2 241/25
**appropriate [3]** 162/13 213/24 217/14
**approval [2]** 145/5 145/8
**approve [1]** 145/19
**approximate [1]** 230/7
**Approximately [2]** 221/20 244/19
**apps [3]** 31/3 31/10 83/14
**April [5]** 4/21 17/5 18/13 28/2 28/2
**April 24th [1]** 28/2
**April 30 [1]** 17/5
**April 7 [1]** 4/21
**are [270]**
**area [2]** 246/11 246/13
**areas [1]** 222/25
**aren't [6]** 94/15 133/8 133/12 137/17 170/9 197/15
**arguing [3]** 18/15 178/12 178/23
**argument [6]** 33/19 84/15 161/6 161/9 163/11 229/24
**arise [1]** 14/17
**around [14]** 51/3 54/13 56/15 65/15 89/21 100/24 107/22 136/19 139/4 139/5 168/24 182/16 203/23 210/15
**arrange [2]** 246/18 247/22
**arrest [21]** 32/22 55/3 65/21 83/18 110/5 111/17 123/11 156/21 156/22 157/7 157/9 159/12 159/16 159/22 160/5 167/7 225/9 227/2 230/2 231/4 252/3
**arrested [14]** 25/22 55/13 88/11 110/3 112/20 124/1 124/3 124/5 124/7 124/20 125/21 181/7 193/9 229/20
**arrive [3]** 86/16 248/25 251/1
**arrived [1]** 253/1
**articulated [1]** 161/1
**as [102]** 6/18 9/16 26/13 27/16 29/4 29/25 31/12 33/15 35/1 35/1 48/4 57/4 62/11 68/11 90/24 93/8 96/13 99/23 108/1 112/7 112/7 112/8 116/25 118/4 119/16 127/19 129/7 130/9 134/25 135/19 139/25 140/2 141/8 142/3 143/18 151/7 151/7 154/16 154/24 155/1 163/22 164/3 164/8 164/12 166/13 167/5 171/4 180/8 180/11 181/18 181/20 181/25 182/10 182/22 183/22 193/6 194/5 199/4 201/4 207/2 212/20 216/21

221/7 221/7 221/11 221/12 221/16 221/17 222/21 226/22 226/22 227/13 227/13 227/19 227/19 228/6 229/25 233/5 236/1 237/11 237/20 238/7 238/13 238/13 238/15 238/16 238/23 238/23 242/10 242/10 242/23 243/18 246/22 247/6 254/7 254/7 255/1 256/11 258/14 258/14 259/13 259/13
**asang [3]** 30/5 30/5 30/5
**ask [58]** 6/21 12/9 13/25 14/9 14/23 15/9 24/25 27/18 33/24 38/4 39/18 39/18 39/19 45/10 45/15 53/2 61/11 62/17 65/25 72/17 93/5 93/23 108/25 125/13 125/14 129/11 139/20 139/22 143/7 146/1 150/23 155/22 155/24 158/7 159/7 159/17 159/23 160/13 161/7 162/7 162/11 162/14 164/24 165/6 176/17 179/4 198/22 199/20 201/5 201/13 206/21 212/23 212/23 214/5 217/22 235/2 240/8 257/11
**asked [34]** 61/11 103/22 104/9 106/18 108/24 108/24 109/3 116/24 130/1 131/19 141/7 145/25 149/9 149/12 149/14 150/15 150/23 152/10 155/25 162/21 163/15 164/17 164/19 169/20 174/22 180/2 181/9 195/18 196/18 216/25 219/4 226/22 232/14 238/21
**asking [26]** 5/24 13/21 15/21 20/11 22/24 89/4 90/6 108/8 152/23 156/20 157/15 159/15 180/5 180/5 192/7 192/7 192/17 207/15 212/17 214/5 214/8 214/9 217/7 232/6 232/10 238/25
**asks [2]** 150/12 172/13
**asleep [1]** 210/16
**ass [13]** 11/2 11/4 98/11 106/25 107/11 107/25 108/1 148/5 148/10 148/18 148/25 173/14 179/17
**Asshole [1]** 12/4
**assigned [3]** 211/12 212/15 220/23
**assignment [1]** 222/11
**assisted [1]** 124/14
**assisting [1]** 246/8
**associated [1]** 156/13
**associating [1]** 118/2
**assume [3]** 94/8 221/4 225/13
**assuming [1]** 239/7
**assures [2]** 258/11 258/13
**ate [3]** 138/22 138/23 139/3
**ATF [1]** 221/9
**Atlanta [2]** 127/6 127/23
**attached [4]** 68/18 77/3 185/2 240/11
**attacker [1]** 174/12
**attend [1]** 245/14
**attended [2]** 221/4 221/9
**attention [5]** 8/22 55/13 163/7 256/13 256/16

## A

**Attorney's [1]** 1/16
**attribute [2]** 211/13 212/16
**attribution [2]** 218/14
 218/16
**audio [3]** 225/24 230/10
 248/17
**augmentation [1]** 151/11
**August [1]** 260/17
**Austin [1]** 127/8
**Australian [2]** 1/17 1/23
**authority [1]** 214/15
**automatically [2]** 254/15
 254/24
**available [1]** 218/1
**Avenue [2]** 1/17 1/23
**avoid [1]** 257/2
**aware [8]** 36/24 43/22 53/25
 65/23 78/14 170/4 189/12
 198/15
**away [17]** 20/9 54/5 54/7
 54/16 86/10 104/24 126/22
 161/14 191/2 193/22 205/24
 210/1 210/9 210/25 211/10
 240/21 250/22
**Awee [1]** 170/19
**awhile [1]** 96/16
**awkward [1]** 67/2
**Awww [1]** 172/6

## B

**B-I-T-C-H [1]** 11/4
**B-L-A-Z-E [1]** 212/13
**b.s [2]** 21/8 21/9
**babe [1]** 250/17
**baby [7]** 85/15 86/3 86/10
 86/20 208/9 208/12 209/13
**back [72]** 4/3 4/8 4/18 10/7
 12/8 16/2 16/8 23/22 37/3
 46/10 46/11 51/19 54/21 55/2
 66/7 78/8 80/3 80/24 81/1
 81/11 83/21 99/11 100/14
 102/18 103/3 103/14 106/19
 107/13 107/16 118/11 118/14
 120/20 121/8 142/22 143/1
 144/2 156/10 156/14 157/14
 157/23 158/13 158/14 160/6
 163/4 166/6 171/14 171/15
 174/10 180/13 193/14 199/24
 202/14 205/8 211/11 215/3
 215/9 215/13 216/6 216/14
 217/10 217/12 218/23 219/6
 219/21 225/14 232/16 233/18
 241/7 245/20 253/13 256/5
 256/17
**background [2]** 60/7 196/10
**Backpage [10]** 64/11 113/4
 114/2 123/13 143/9 193/6
 222/24 235/14 235/25 246/25
**Backpage.com [2]** 222/23
 235/16
**backwards [1]** 148/16
**bad [7]** 15/18 17/2 28/10
 33/17 73/20 75/21 75/22
 120/4 120/5 123/23 124/7
**bag [3]** 77/11 77/13 77/17
**balance [1]** 12/7

---

**Baltimore [2]** 14/6 14/7
**banks [1]** 12/16
**Barbados [6]** 129/23 129/24
 130/5 130/25 131/6 131/14
**based [6]** 159/6 188/21
 192/24 214/16 227/11 258/12
**basically [1]** 103/5
**basis [1]** 84/9
**bathroom [9]** 68/21 68/22
 69/7 77/2 77/3 77/5 77/7
 77/13 110/16
**bathrooms [1]** 183/2
**baton [3]** 230/1 233/22
 234/23
**be [122]** 4/1 4/4 4/9 8/13
 9/7 11/20 15/17 15/18 17/2
 18/21 25/2 26/19 27/15 29/22
 30/16 31/6 31/14 31/15 39/16
 43/20 48/21 51/20 52/9 61/12
 63/1 72/3 75/13 83/8 84/13
 86/7 88/25 95/2 95/19 112/8
 115/23 117/13 121/21 123/7
 123/23 129/3 129/5 130/7
 131/19 139/22 142/9 142/11
 142/25 143/1 143/3 143/5
 146/21 149/9 149/12 149/14
 156/7 157/20 158/20 159/18
 159/19 162/14 162/15 163/17
 164/10 165/16 165/17 166/6
 177/2 181/18 181/20 181/25
 198/8 201/18 206/11 206/20
 208/15 210/2 210/13 210/13
 210/13 210/14 213/15 213/24
 214/17 215/15 215/17 215/20
 216/16 216/17 217/14 218/2
 218/14 218/15 218/24 219/12
 219/16 219/24 221/18 226/3
 226/12 226/23 228/2 230/6
 235/15 241/9 250/21 251/8
 252/23 254/21 254/22 256/15
 256/20 256/22 256/22 257/14
 258/8 258/13 259/9 259/16
 259/19 259/21 259/23 260/2
**be having [1]** 226/12
**beach [8]** 1/2 1/7 1/18 1/24
 2/4 85/23 129/22 250/17
**bear [2]** 92/11 202/3
**beat [6]** 6/17 120/8 120/9
 147/10 147/19 147/21
**beaten [3]** 44/19 190/14
 190/19
**beating [1]** 108/4
**beatings [1]** 136/1
**beats [2]** 203/21 210/3
**beautiful [1]** 208/20
**bebe [1]** 86/18
**became [1]** 97/8
**because [51]** 6/15 13/24
 14/11 15/9 17/2 24/4 24/13
 24/15 28/4 28/15 39/16 43/3
 44/7 50/24 63/13 71/22 83/21
 84/3 87/10 90/21 102/25
 105/1 108/8 117/6 117/8
 117/11 119/22 120/8 120/17
 122/18 123/8 128/25 135/16
 136/13 138/11 139/4 144/8
 144/9 150/25 155/7 159/25
 161/22 164/17 191/9 191/11

---

 196/2 199/11 200/7 200/11
 247/17 257/14
**become [4]** 10/10 97/22
 177/11 260/5
**bed [15]** 7/11 53/5 65/7
 68/20 69/7 70/21 76/12 196/3
 199/21 200/3 200/7 200/10
 200/23 201/24 202/1
**bedroom [12]** 36/5 68/16
 68/25 69/6 69/8 70/13 70/17
 70/19 77/3 195/23 195/25
 204/15
**bedrooms [1]** 68/6
**bee [1]** 194/18
**been [45]** 15/14 18/20 18/22
 18/22 25/2 26/1 28/4 33/25
 37/6 48/18 69/20 88/19 90/5
 92/13 112/20 128/20 131/24
 142/3 144/21 150/12 158/11
 161/12 161/16 164/12 170/2
 175/1 210/5 213/2 216/13
 217/1 219/5 220/19 220/20
 223/10 229/20 235/2 240/1
 240/23 244/18 245/6 245/10
 245/21 256/25 257/1 257/13
**bees [1]** 62/4
**before [44]** 1/11 9/4 9/9
 23/9 25/19 25/20 27/4 32/21
 32/24 45/5 45/10 46/2 49/20
 50/5 51/24 52/19 55/16 61/11
 79/18 100/1 102/7 102/8
 110/3 121/25 125/21 125/22
 125/23 127/18 129/3 137/24
 157/1 157/2 184/2 193/9
 200/12 200/14 208/13 217/1
 217/25 239/10 243/7 256/22
 257/12 259/11
**began [5]** 90/15 90/25 239/14
 241/6 241/14
**begin [4]** 64/4 89/18 230/22
 242/23
**beginning [4]** 43/6 85/11
 223/16 238/1
**behest [2]** 157/6 157/6
**behind [2]** 9/18 58/22
**beige [1]** 87/12
**being [22]** 17/14 19/16 33/15
 40/4 44/19 65/9 79/25 90/25
 110/22 111/16 116/3 117/25
 140/21 141/1 142/15 164/19
 192/18 205/24 216/24 231/18
 237/11 246/11
**believe [28]** 19/6 57/18
 57/22 68/7 92/10 105/20
 106/8 108/17 115/7 159/2
 159/5 159/22 163/18 163/20
 164/20 187/17 213/7 213/17
 223/10 224/16 225/18 235/21
 241/6 242/6 249/5 254/19
 255/13 257/19
**believing [1]** 238/9
**belongs [1]** 211/2
**below [1]** 11/20
**benefit [4]** 177/16 181/3
 181/4 181/5
**benz [2]** 24/7 180/23
**besides [2]** 8/9 58/10
**best [5]** 50/5 50/6 89/25

**B**

**best...** [2]   129/7 208/22
**better** [2]   22/23 161/20
**between** [12]   8/6 18/13 19/11
  22/3 28/25 29/1 56/18 165/11
  229/8 242/7 242/9 249/24
**beverage** [1]   133/19
**big** [7]   19/17 68/3 68/5
  68/22 153/15 202/3 205/1
**bills** [4]   18/11 33/8 226/5
  232/6
**bird** [7]   67/8 67/25 198/25
  199/2 199/4 199/6 199/9
**birth** [7]   12/21 57/19 57/21
  58/13 58/13 193/25 194/5
**birthday** [6]   24/18 25/2 25/6
  132/22 132/23 133/3
**bit** [14]   99/5 111/18 111/20
  127/18 144/24 145/23 151/19
  172/12 196/19 196/19 197/19
  197/24 203/7 231/25
**bitch** [4]   107/18 111/21
  111/25 112/7
**bite** [5]   6/24 7/4 7/20 117/3
  135/22
**black** [3]   53/9 75/13 171/18
**blackmail** [1]   161/18
**blaming** [1]   151/9
**blank** [3]   16/3 17/8 21/4
**blaze** [5]   115/6 115/9 115/11
  115/21 212/13
**blazing** [2]   115/15
**bless** [3]   146/18 146/19
  146/20
**block** [1]   224/17
**blond** [5]   149/6 149/7 149/10
  149/12 149/14
**blood** [4]   47/22 48/1 56/5
  56/16
**blown** [2]   133/8 210/1
**blue** [3]   202/16 202/19
  202/20
**blurt** [1]   161/17
**BO** [1]   205/7
**BO19** [2]   205/7 206/15
**board** [4]   13/18 203/23
  203/25 204/1
**boarding** [1]   14/5
**body** [3]   5/13 5/17 254/5
**bolt** [1]   228/1
**bonfire** [1]   250/17
**book** [10]   74/18 74/20 74/23
  74/25 75/2 75/3 75/4 75/6
  75/7 204/23
**bookshelf** [1]   74/12
**boss** [1]   111/14
**both** [8]   34/10 34/11 39/17
  113/13 225/24 225/25 251/8
  251/21
**bothered** [1]   178/25
**bottom** [11]   15/25 62/5 64/17
  64/23 83/10 111/12 111/21
  111/25 112/7 137/13 137/14
**Boulevard** [1]   224/17
**boyfriend** [2]   17/20 46/11
**brainwashed** [1]   177/17
**Brandon** [1]   249/15

**break** [14]   2/2 4/4 28/23
  51/13 51/24 156/7 165/17
  214/22 215/1 216/3 217/7
  219/5 219/18 256/17
**breaking** [2]   18/9 156/3
**breast** [1]   151/11
**brief** [2]   215/7 256/1
**briefing** [1]   214/19
**briefly** [2]   156/21 162/17
**bring** [21]   4/6 8/22 21/18
  23/22 51/17 113/17 137/7
  161/3 163/3 163/6 169/21
  215/21 216/14 217/11 217/17
  217/18 217/22 217/24 217/24
  218/20 260/9
**bringing** [4]   17/19 217/5
  218/18 240/16
**broached** [1]   159/10
**broad** [1]   125/8
**brother's** [2]   175/5 175/11
**brought** [5]   41/5 48/13
  165/17 240/23 242/6
**Broward** [3]   220/16 220/17
  234/17
**bruising** [1]   47/20
**brushing** [2]   28/11 28/13
**BSO** [2]   220/17 220/19
**btg** [1]   28/8
**Bueno** [1]   86/21
**building** [2]   58/22 150/7
**bulb** [2]   202/19 202/20
**Bull** [1]   21/10
**bullets** [2]   75/12 185/7
**Bumble** [1]   194/18
**bunch** [4]   56/5 74/17 109/25
  250/23
**business** [4]   29/5 29/18
  31/22 154/13
**busy** [1]   85/13
**butt** [1]   149/17
**butterflies** [3]   62/4 194/16
  201/21
**buttons** [2]   72/21 72/22
**buy** [7]   14/17 14/21 14/23
  65/7 114/11 114/14 115/3

**C**

**cabinet** [8]   110/1 110/6
  110/8 110/15 110/19 137/13
  137/15 137/19
**cabinets** [1]   110/17
**cable** [1]   197/7
**cake** [3]   131/11 133/3 133/10
**call** [35]   12/8 15/20 28/21
  85/12 85/20 85/23 86/4 96/19
  97/15 103/17 106/25 107/2
  148/9 155/5 158/7 160/10
  163/23 170/11 173/15 174/5
  216/10 218/11 219/21 219/24
  223/25 224/3 224/23 225/4
  247/2 247/20 249/10 250/10
  255/4 255/12 257/24
**called** [18]   31/18 34/25
  44/23 45/11 58/15 73/24
  104/5 106/22 107/25 111/3
  111/5 111/5 128/9 152/8
  200/12 224/10 224/25 257/14
**calling** [4]   28/18 96/5 96/22

**calls** [30]   54/10 96/10 142/6
  143/9 154/22 155/14 155/16
  175/2 188/16 192/9 192/11
  192/20 213/24 220/1 244/5
  247/24 248/1 248/3 248/5
  248/6 248/19 249/16 249/18
  250/11 253/16 253/19 254/16
  255/6 255/11 255/13
**Calm** [1]   16/5
**calypso** [1]   250/18
**came** [28]   34/3 41/21 45/16
  64/3 80/3 80/7 91/13 92/1
  103/18 104/9 171/17 184/17
  184/19 188/9 196/5 196/10
  199/8 200/17 202/24 202/25
  203/2 209/19 239/20 251/3
  251/4 251/13 252/23 255/16
**camera** [9]   36/5 36/12 186/9
  186/11 239/10 239/14 239/17
  241/7 254/5
**cameras** [9]   11/23 11/24 34/7
  34/10 34/12 34/16 35/2 35/4
  36/1
**can** [71]   8/13 9/1 9/2 11/12
  15/17 16/6 16/14 22/16 30/15
  33/2 39/18 39/19 43/25 75/4
  80/23 85/11 85/20 90/15 94/8
  101/23 105/5 113/17 113/20
  120/20 122/10 125/10 129/7
  134/13 137/13 151/22 158/25
  159/11 161/8 165/3 168/7
  169/21 188/21 199/25 200/2
  203/8 205/10 205/12 205/23
  206/21 207/24 208/19 210/14
  211/19 211/25 212/8 213/4
  213/23 214/7 216/11 217/23
  217/24 218/8 227/23 230/9
  232/25 233/3 233/8 233/20
  233/23 234/20 236/18 242/9
  253/3 254/23 256/19 259/9
**can't** [16]   5/18 51/1 90/23
  90/24 122/7 166/20 174/11
  174/23 194/23 201/6 210/15
  212/25 250/19 251/18 252/4
  254/19
**candles** [1]   133/8
**cannot** [1]   39/16
**Caovilla** [2]   203/9 204/20
**capacity** [2]   221/1 244/25
**capital** [4]   5/10 15/12 99/6
  99/23
**caps** [10]   5/9 6/3 15/1 23/25
  98/23 99/14 99/16 100/16
  100/18 121/9
**capture** [2]   166/3 231/1
**car** [22]   16/1 16/6 20/22
  20/25 24/11 24/13 24/15 34/5
  44/1 44/4 44/7 44/8 44/18
  58/22 62/20 72/6 87/17 87/20
  117/15 136/19 136/21 240/12
**card** [13]   12/8 12/15 13/17
  13/19 13/21 13/25 14/9 48/25
  78/8 78/23 79/4 79/12 114/17
**cards** [12]   14/12 33/6 49/2
  78/3 78/3 78/4 78/14 79/2
  79/18 114/12 114/14 115/7
**care** [12]   18/16 102/25

**C**

care... **[10]** 153/12 153/13 153/21 153/25 154/1 154/2 172/24 192/6 208/24 210/11
career **[4]** 150/24 221/6 245/16 245/18
CAROLINE **[1]** 1/22
carrying **[2]** 240/6 240/10
cars **[3]** 33/12 54/18 183/14
cart **[1]** 168/24
cartoon **[1]** 62/4
cartoons **[1]** 180/17
case **[17]** 1/3 25/18 25/23 79/22 125/7 141/22 156/12 156/13 157/22 159/6 161/17 164/1 213/11 215/4 243/10 252/12 255/22
cash **[1]** 230/4
cat **[1]** 10/9
caught **[5]** 120/6 120/7 141/22 141/25 147/20
cause **[5]** 22/15 23/22 108/9 148/6 161/16
cay **[1]** 250/18
CC **[2]** 13/16 13/16
cell **[1]** 7/13
cellular **[1]** 8/15
certain **[1]** 164/3
certainly **[4]** 91/11 95/12 96/16 97/15
certification **[1]** 29/19
certify **[1]** 260/14
chainsaw **[1]** 80/25
chairs **[2]** 70/10 73/9
challenge **[1]** 158/4
Chambers **[4]** 249/15 254/17 254/20 255/1
chance **[3]** 258/21 258/23 260/2
Chaney **[1]** 134/19
change **[6]** 20/10 149/7 159/3 200/17 200/19 210/4
changed **[1]** 123/12
changes **[1]** 15/18
changing **[1]** 149/6
characterization **[1]** 100/3
charges **[2]** 161/11 192/16
chasing **[1]** 188/15
chastise **[1]** 135/16
chastised **[1]** 175/14
chat **[5]** 8/12 172/1 180/3 180/6 221/12
chats **[1]** 221/8
Chavez **[14]** 81/19 81/23 82/1 82/3 82/8 83/17 84/19 84/22 85/5 85/8 85/24 86/25 87/21 111/17
cheat **[1]** 75/7
check **[4]** 12/7 104/17 152/24 226/5
Checked **[1]** 226/18
checkered **[1]** 222/4
checking **[1]** 232/6
cheek **[1]** 47/22
CHEEKS **[5]** 16/4 16/21 16/24 111/5 176/9
cheer **[1]** 31/6

cherish **[1]** 208/23
chest **[2]** 39/7 75/18
child **[5]** 221/2 221/2 221/11 222/19 245/13
child pornography **[1]** 221/2
children **[4]** 220/24 244/23 245/12 245/16
choked **[1]** 67/1
choking **[2]** 198/12 198/13
Chorney **[19]** 128/5 128/15 130/17 132/13 134/4 135/4 159/10 159/14 159/18 159/20 160/4 160/5 160/12 160/22 165/14 167/3 168/13 168/20 168/22
chose **[2]** 239/14 241/1
chug **[4]** 5/4 5/14 6/9 6/10
church **[1]** 18/3
cited **[2]** 157/22 159/6
city **[2]** 224/18 244/16
civil **[1]** 165/23
classes **[1]** 221/7
classified **[1]** 222/23
clean **[10]** 65/18 80/8 183/2 183/10 183/14 196/19 197/19 197/24 198/3 198/8
cleaning **[7]** 19/16 36/22 81/14 182/23 182/25 198/1 198/6
clear **[6]** 52/9 52/10 138/16 163/11 200/23 241/9
clearly **[2]** 164/6 213/10
client **[27]** 13/13 14/8 16/10 20/3 22/12 22/25 23/3 28/6 43/23 44/19 45/13 46/12 47/7 71/7 71/8 71/10 82/2 84/20 125/5 126/5 126/25 146/5 159/14 187/19 188/7 246/23 246/24
clients **[19]** 13/6 14/17 16/19 18/19 36/17 70/24 71/2 71/12 71/19 71/20 71/25 72/11 85/17 115/2 115/3 169/18 176/8 202/25 203/2
clip **[2]** 43/2 43/6
clips **[1]** 8/12
close **[2]** 246/11 257/2
closed **[2]** 138/3 138/4
closer **[7]** 41/25 93/20 98/18 98/18 165/25 166/20 212/8
closet **[13]** 37/23 37/24 37/25 38/10 69/7 71/13 76/17 76/21 184/13 184/20 185/1 185/18 185/24
closeup **[1]** 134/2
clothes **[6]** 24/6 76/18 184/12 199/21 202/7 202/25
cloud **[1]** 123/20
clubs **[2]** 122/15 122/23
cocktail **[1]** 133/18
code **[6]** 72/23 73/1 73/2 141/13 142/1 146/3
codes **[2]** 31/4 142/3
coerced **[2]** 98/6 164/6
coffee **[1]** 5/15
collected **[3]** 226/4 233/25 234/12
collection **[1]** 71/17

column **[1]** 78/23
columns **[1]** 250/10
come **[39]** 4/3 16/6 20/14 33/10 45/11 58/21 58/23 66/7 70/23 84/10 94/23 106/19 138/15 154/14 156/10 164/12 164/25 165/4 192/23 212/22 213/1 215/2 215/13 217/10 219/17 219/19 221/23 232/24 235/12 238/15 240/2 243/1 243/4 243/10 245/5 247/22 251/5 251/12 256/17
comes **[10]** 98/23 99/13 99/14 104/17 137/8 159/5 206/21 206/22 227/11 260/4
comfort **[3]** 15/17 15/22 224/16
comfortable **[1]** 51/13
comforting **[1]** 210/7
coming **[10]** 44/3 46/13 48/1 71/20 138/7 141/8 141/20 189/12 243/2 256/5
commander **[2]** 245/1 245/3
comment **[8]** 46/17 148/11 158/15 162/11 162/14 162/19 192/25 239/8
commentary **[3]** 35/22 57/13 158/10
commenting **[1]** 238/7
comments **[8]** 161/16 174/2 213/10 213/18 213/23 238/1 238/10 238/23
Commercial **[1]** 224/17
commission **[1]** 154/2
commit **[2]** 53/20 157/9
committed **[3]** 157/3 246/12 246/12
committing **[1]** 160/21
common **[1]** 228/2
communicate **[4]** 30/21 31/2 169/17 243/7
communicating **[2]** 9/16 82/7
communication **[2]** 14/25 15/3
companionship **[1]** 246/17
company **[1]** 29/20
compensation **[6]** 159/13 159/17 159/19 160/5 160/12 160/16
complain **[1]** 16/18
complaining **[1]** 176/8
complaint **[1]** 104/22
complete **[1]** 166/3
completed **[1]** 256/22
completely **[1]** 259/20
compound **[1]** 113/14
computer **[5]** 34/25 60/16 63/17 195/12 254/22
concerned **[1]** 177/8
concerning **[1]** 63/24
conclude **[3]** 253/3 257/12 260/6
concluded **[3]** 51/11 214/24 256/10
concludes **[1]** 52/23
concur **[2]** 50/8 50/9
conditioning **[1]** 197/9
conditions **[1]** 197/15
condom **[2]** 226/3 226/13

**C**

**conduct [1]**  225/9
**conducting [1]**  222/17
**confer [2]**  135/7 217/9
**conferred [1]**  165/21
**conferring [1]**  218/5
**Confide [7]**  10/1 10/2 10/23
29/6 29/20 30/22 31/7
**confident [2]**  150/25 151/3
**confirm [3]**  85/12 218/6
219/5
**connect [2]**  35/2 211/25
**connected [3]**  207/5 211/24
254/22
**connecting [1]**  243/9
**consider [3]**  162/16 164/16
214/17
**considered [3]**  120/15 120/18
158/19
**considering [1]**  163/3
**consistent [4]**  161/1 259/5
259/13 259/18
**constant [3]**  40/18 135/9
169/12
**constantly [1]**  169/14
**contact [11]**  57/4 135/9
156/12 221/23 228/4 231/4
241/3 242/13 243/1 243/3
246/18
**contacted [1]**  237/11
**contacts [6]**  57/6 154/5
154/5 154/10 154/11 155/25
**contain [1]**  223/18
**contained [1]**  240/9
**content [3]**  61/12 250/15
250/15
**context [4]**  4/24 38/19 172/1
259/22
**continue [7]**  65/21 186/23
214/15 215/18 215/22 218/25
256/21
**continued [10]**  4/13 157/5
159/12 160/11 232/1 232/5
232/9 232/17 232/21 245/17
**control [6]**  57/19 57/21
58/13 58/13 193/25 194/6
**controlling [1]**  254/17
**conversation [11]**  30/23
85/17 94/22 163/4 169/20
169/22 169/25 238/11 238/12
238/23 241/12
**conversations [1]**  249/24
**conveyed [1]**  258/25
**cook [2]**  65/18 140/6
**cooked [8]**  139/11 139/14
139/17 139/19 139/21 139/23
139/24 139/25
**cooking [7]**  19/16 36/22
140/2 140/4 182/23 183/22
198/6
**cool [1]**  97/20
**coolio [3]**  107/2 107/4 107/6
**coordinate [1]**  92/12
**cop [1]**  104/17
**copied [1]**  113/3
**cops [4]**  45/16 54/14 103/17
103/18

**corazon [39]**  5/13 5/18 10/7
10/19 13/16 13/18 14/5 15/2
15/5 15/7 15/20 16/5 18/6
18/10 18/21 19/10 19/20
21/14 22/8 22/21 22/23 24/6
28/18 57/4 57/4 57/5 57/5
57/5 57/5 57/6 97/6 97/11
146/6 170/18 170/19 172/7
175/20 209/12
**Corazoncita [2]**  97/8 97/15
**corazoncito [7]**  5/2 24/19
57/6 170/15 170/16 172/13
172/15
**corner [4]**  11/17 68/19 70/25
137/14
**correct [354]**
**corrected [1]**  52/13
**correctly [1]**  126/1
**cosmetic [1]**  150/13
**cost [1]**  204/5
**couch [5]**  65/8 69/11 69/14
69/15 195/20
**couches [1]**  70/12
**could [102]**  6/1 8/15 8/22
9/10 15/8 17/8 25/11 27/22
28/5 29/15 30/20 34/20 35/2
37/16 47/16 50/5 51/1 51/4
54/24 56/3 67/18 73/9 77/20
79/2 82/4 85/12 85/13 92/8
93/6 93/18 94/23 95/19 97/17
98/10 100/9 109/12 109/15
112/8 119/5 120/21 123/6
123/7 123/8 125/11 131/18
139/24 143/17 143/18 144/23
145/21 147/24 150/9 151/17
152/22 153/6 153/9 153/10
157/14 158/23 160/19 161/14
162/7 163/2 169/9 171/1
172/12 175/23 179/4 179/14
179/22 182/5 189/21 191/4
199/24 202/13 203/7 203/23
205/7 205/15 206/11 207/4
208/22 210/2 210/3 213/20
215/12 216/3 217/7 217/10
218/9 218/16 218/21 222/3
226/10 228/7 232/11 234/11
234/20 239/17 249/6 258/2
259/21
**couldn't [6]**  24/19 95/15
112/8 170/18 200/7 200/9
**counsel [20]**  4/11 51/6 51/21
77/21 92/25 125/14 158/6
163/11 166/7 205/16 207/5
211/12 219/1 219/20 256/1
256/23 257/11 258/9 258/11
259/17
**counsel's [2]**  125/8 216/23
**counter [1]**  237/18
**counterfeit [3]**  226/5 226/6
226/18
**country [10]**  109/9 109/16
109/18 127/19 127/21 127/24
129/24 130/1 130/4 160/14
**County [1]**  220/17
**couple [15]**  27/24 28/19
28/24 42/6 53/2 54/20 101/24
101/25 103/9 103/10 144/21
163/6 190/18 216/20 253/15

**course [8]**  88/24 150/1
153/22 171/14 172/14 172/17
245/16 245/18
**court [39]**  1/1 2/3 50/4 91/3
98/21 158/3 158/8 158/10
158/11 158/18 158/19 158/20
160/25 161/1 161/2 161/13
162/11 163/5 163/7 163/12
163/13 163/20 164/11 164/16
164/17 164/18 164/19 213/24
213/25 214/16 214/18 215/18
215/25 220/6 258/25 259/10
260/1 260/12 260/19
**court's [9]**  48/22 51/5
157/23 158/9 159/3 159/16
163/6 231/24 260/8
**courtroom [8]**  4/7 51/15
51/18 156/15 166/5 218/22
239/5 257/10
**courts [1]**  158/12
**cousin [1]**  49/9
**Cousins [1]**  126/14
**cover [10]**  201/23 223/2
225/7 225/8 227/19 227/20
228/3 238/19 239/13 239/19
**coverage [1]**  257/1
**covered [9]**  55/9 55/11 55/17
55/19 56/5 56/7 70/10 193/15
193/15
**covering [1]**  243/9
**covert [1]**  254/5
**CR [3]**  1/3 49/13 49/17
**crazy [8]**  19/9 105/13 126/20
173/14 173/15 173/18 174/6
210/8
**create [2]**  115/8 221/17
**created [5]**  32/17 32/17
32/21 32/24 223/25
**credibility [1]**  163/23
**credit [13]**  13/17 13/19
13/21 13/25 14/9 14/12 33/6
33/16 78/3 78/8 114/12
114/14 115/6
**crimes [12]**  220/24 244/22
245/9 245/10 245/12 245/12
245/13 245/16 245/17 246/10
246/12 246/12
**critical [2]**  192/15 213/12
**cross [18]**  3/5 3/8 3/11 88/4
88/9 158/8 163/22 164/8
164/11 165/10 236/20 236/25
253/5 253/8 257/18 258/9
259/9 259/21
**cross-examination [8]**  88/4
88/9 158/8 164/11 236/20
236/25 253/5 253/8
**cross-examine [2]**  163/22
164/8
**Crystal [20]**  48/10 48/12
49/25 50/22 50/23 50/25 52/3
52/14 52/15 52/21 53/8 53/20
53/22 54/4 189/22 190/8
190/12 190/14 190/21 191/10
**Crystal's [2]**  49/1 190/5
**cun [1]**  141/20
**curative [4]**  161/8 163/20
164/19 164/20
**current [1]**  244/20

**C**

**currently [2]** 220/13 244/12
**curriculum [2]** 221/18 221/18
**cursing [1]** 15/12
**custody [7]** 227/3 227/8
229/5 237/10 237/13 242/4
255/20
**customer [2]** 105/23 246/23
**cut [2]** 80/25 192/3
**cutting [2]** 131/11 133/10
**CXX [73]** 3/3 4/15 6/18 8/5
22/2 26/4 29/19 30/13 33/5
35/15 35/25 36/16 36/23
37/11 37/12 46/2 46/10 49/17
49/19 50/20 52/3 53/2 56/18
57/9 59/5 60/15 62/17 67/7
71/20 79/21 85/4 88/11 93/19
99/9 132/9 134/18 143/21
148/15 156/7 159/12 159/15
159/20 159/21 162/10 162/14
162/24 165/25 166/12 169/11
174/12 205/13 205/18 212/7
215/2 215/5 215/22 217/9
217/22 218/5 218/19 218/20
219/4 219/20 219/23 227/7
228/7 230/20 231/17 233/17
236/11 237/9 256/5 257/17
**CXX's [3]** 50/25 84/25 219/18
**CXXXXXXX [6]** 40/19 47/18
47/24 50/20 52/13 52/14

**D**

**DA [1]** 155/1
**dad [2]** 42/17 81/22
**damaged [1]** 80/17
**dance [1]** 119/18
**dancing [2]** 118/23 119/15
**date [9]** 12/21 32/19 85/12
93/25 169/25 205/12 210/20
236/17 260/17
**dates [3]** 32/16 54/10 236/15
**day [25]** 12/9 14/25 15/18
15/19 25/8 25/22 31/16 38/5
38/10 55/2 81/11 82/10 83/17
83/23 91/11 126/9 129/3
160/16 197/3 208/8 216/25
219/16 222/21 231/7 257/1
**days [10]** 27/24 28/19 28/24
81/16 97/18 98/1 101/6
190/18 215/24 216/14
**dead [1]** 228/1
**deal [1]** 237/12
**dealt [1]** 164/2
**Deandre [4]** 41/3 41/4 41/20
42/17
**debit [1]** 33/6
**December [5]** 1/8 12/23 13/15
14/25 36/9
**December 10 [1]** 12/23
**December 11 [1]** 13/15
**December 12 [1]** 14/25
**decided [7]** 80/1 101/25
155/18 192/3 192/5 192/8
192/18
**deciding [1]** 243/10
**decision [3]** 124/9 124/11
158/9

**deeply [2]** 205/11 205/24
**Defendant [71]** 1/9 1/19 8/6
8/25 9/14 10/10 12/6 12/25
13/12 14/9 14/23 16/3 16/9
16/18 18/14 20/11 20/14
20/17 20/22 22/3 22/19 23/14
23/17 30/21 31/2 34/2 36/3
38/12 39/22 40/15 49/8 49/10
50/20 51/24 54/9 56/19 57/10
59/14 60/13 62/11 63/23
65/15 66/2 66/16 68/14 71/21
74/2 75/6 75/15 76/22 81/25
82/4 82/7 84/20 99/9 148/15
156/19 157/1 157/2 157/3
158/17 159/1 161/6 162/22
162/25 164/5 222/6 228/19
229/4 229/12 233/22
**Defendant's [18]** 6/19 26/13
27/15 32/22 65/21 82/24
82/25 130/10 131/24 133/5
134/10 134/15 163/24 166/13
168/15 201/4 201/13 201/15
**Defenders [2]** 1/20 1/23
**defense [18]** 3/21 3/21 3/22
128/21 132/3 158/6 162/4
163/3 163/21 163/24 164/24
167/17 201/17 207/5 214/11
258/21 258/23 259/17
**defer [1]** 52/11
**delete [1]** 31/7
**deleted [4]** 9/5 9/13 31/1
227/17
**deliberative [1]** 161/13
**Delinquency [1]** 221/11
**demon [3]** 171/20 171/21
171/23
**demonstrated [1]** 235/2
**denied [1]** 162/6
**deny [1]** 214/14
**denying [2]** 209/15 209/17
**department [4]** 221/10 221/16
254/11 255/8
**depending [2]** 163/7 165/11
**depo [1]** 58/15
**derogatory [2]** 11/4 107/8
**describe [5]** 24/11 68/8
115/19 171/19 221/15
**described [8]** 24/15 32/4
45/19 71/13 171/18 237/6
238/19 253/12
**Desenia [1]** 15/16
**designations [1]** 165/22
**desktop [1]** 60/16
**detailed [1]** 87/9
**details [1]** 259/8
**detection [2]** 226/5 226/18
**detective [29]** 81/18 81/23
82/1 82/3 82/8 83/17 84/19
84/22 85/5 85/8 85/24 86/25
87/21 111/17 220/1 220/7
220/16 223/15 228/7 234/11
235/15 235/25 245/21 249/14
250/19 253/10 254/17 254/20
255/1
**detectives [3]** 227/20 249/5
252/3
**determine [1]** 9/4
**determines [1]** 9/7

**device [13]** 6/21 25/14 26/13
31/18 93/8 207/1 207/14
225/22 225/23 233/2 237/12
238/12 240/2
**devices [2]** 128/21 164/25
**dick [1]** 21/13
**did [350]**
**didn't [135]** 6/16 11/9 14/5
14/22 15/2 15/9 20/13 23/14
25/8 55/13 57/15 65/7 65/13
70/11 71/22 79/15 89/18 90/4
90/13 91/16 94/8 94/13 96/8
96/9 96/16 96/18 102/19
102/25 103/8 103/18 103/20
103/22 105/12 106/12 108/1
108/3 108/6 108/9 108/17
108/25 112/15 112/21 113/6
115/8 115/15 116/19 116/19
117/7 117/25 118/2 119/20
119/25 121/22 122/2 122/25
123/13 123/24 124/1 124/3
124/5 124/25 126/25 127/2
127/19 129/4 135/12 135/21
140/8 140/10 144/5 144/7
145/10 146/1 146/24 152/8
153/12 153/13 153/21 153/25
154/1 155/5 155/11 155/14
155/16 161/6 161/7 162/2
162/19 162/23 170/25 171/5
172/4 174/16 175/23 177/13
177/25 178/2 178/6 178/11
181/15 181/16 181/23 182/1
184/17 185/2 189/9 189/14
190/23 191/10 191/18 191/20
191/22 191/24 192/1 192/5
192/6 192/8 193/4 193/6
195/9 196/12 196/14 196/16
198/22 200/5 200/7 200/21
202/16 202/22 203/5 204/3
204/17 204/20 217/16 243/14
**difference [1]** 209/1
**different [10]** 17/21 18/1
30/23 30/24 30/25 31/1 31/9
38/19 100/19 232/10
**differently [1]** 31/8
**dining [1]** 68/9
**dire [1]** 163/2
**direct [13]** 3/4 3/7 3/10
4/11 4/13 79/4 143/11 175/13
220/9 242/6 244/10 258/8
259/7
**directed [2]** 113/8 224/16
**direction [2]** 48/22 69/17
**directions [3]** 53/17 248/21
253/20
**directly [3]** 157/12 158/4
213/11
**dirty [1]** 198/5
**disagree [1]** 259/16
**disappointed [3]** 25/1 25/4
25/5
**disclosed [1]** 259/8
**discovery [1]** 128/23
**discuss [9]** 73/20 156/10
156/12 215/4 215/5 219/23
247/22 257/3 257/5
**discussed [2]** 226/2 257/6
**discussing [1]** 249/21

**D**

**Disney [4]**   167/9 168/15
169/5 246/11
**Disneyland [2]**   134/23 167/9
**disobeyed [1]**   66/20
**displays [1]**   237/20
**disregard [3]**   33/24 39/19
125/13
**distress [1]**   238/14
**DISTRICT [5]**   1/1 1/1 1/12
158/19 222/9
**division [3]**   1/2 220/24
222/12
**divisions [1]**   220/23
**DL's [1]**   158/1
**do [258]**   5/24 6/1 7/20 8/18
10/19 11/2 11/16 12/7 13/21
13/25 14/20 14/22 15/1 15/11
15/21 16/25 17/3 17/14 17/19
18/7 18/8 20/23 21/15 22/7
22/15 22/24 23/14 25/14
26/15 27/22 35/18 36/20 37/9
38/3 38/24 39/1 40/12 40/13
40/18 40/19 41/2 42/12 42/14
42/15 47/8 47/20 48/10 48/15
49/10 49/13 50/5 50/5 50/6
51/14 51/24 54/6 54/17 54/20
55/21 57/23 58/4 59/7 59/17
60/6 60/16 61/4 61/6 61/16
62/21 63/21 65/12 65/17
66/23 66/25 70/6 72/18 73/20
74/18 75/17 75/19 75/20
77/24 78/4 78/6 78/12 80/1
80/9 80/21 81/9 85/13 86/13
86/25 87/3 87/9 87/11 90/19
91/5 91/22 91/24 92/1 92/18
93/12 103/16 104/11 104/13
106/4 110/19 111/16 112/24
113/9 119/13 119/20 120/2
120/2 120/13 121/4 121/25
122/2 122/6 123/16 123/17
123/18 125/18 126/1 128/5
129/18 129/20 130/11 130/19
130/21 131/2 131/4 131/8
132/19 137/4 137/11 137/14
138/20 138/23 140/4 140/16
140/18 140/20 141/9 146/19
147/12 147/21 148/8 149/3
150/15 151/1 151/20 153/1
156/9 156/11 156/12 157/6
158/6 158/25 160/23 161/22
163/12 163/13 165/9 165/22
166/14 166/22 166/24 168/7
168/20 168/22 170/13 170/19
172/16 176/9 176/15 176/16
176/18 179/7 180/9 181/10
181/16 181/23 182/3 182/25
189/2 189/18 190/1 190/10
197/20 197/21 197/25 199/21
204/7 204/13 205/10 205/22
207/22 208/4 208/6 208/14
208/16 208/18 209/4 209/13
209/25 210/21 210/23 210/25
211/2 212/2 212/2 213/9
213/13 213/16 214/18 215/2
215/5 215/17 215/23 216/1
216/4 216/12 216/17 217/9

217/11 217/18 217/18 220/21
221/13 221/14 222/1 222/2
223/24 224/22 225/5 226/9
226/19 227/1 227/18 228/5
229/21 230/4 230/12 235/2
235/3 237/23 238/4 244/14
247/21 247/21 255/9 257/3
257/6 257/6 258/15 259/11
259/18
**docket [3]**   14/14 258/16
258/18
**doctor [4]**   57/25 116/25
135/21 135/23
**document [6]**   27/4 29/5 29/7
105/15 150/10 239/1
**documents [5]**   108/19 108/22
109/20 109/22 149/18
**Dodging [1]**   54/18
**does [49]**   5/5 6/11 11/20
13/19 16/24 17/6 18/16 18/21
19/18 19/22 20/2 20/16 24/1
24/10 30/11 31/10 37/14 45/7
49/22 57/10 82/21 86/15
98/15 99/2 104/17 119/18
121/7 146/16 148/4 148/21
156/24 163/20 168/20 168/22
172/10 176/16 179/16 208/8
208/10 220/17 230/22 230/24
231/1 231/1 231/1 249/18
252/20 253/4 254/15
**doesn't [26]**   19/8 20/14
24/11 24/13 55/8 63/10 96/10
112/9 120/5 147/16 154/2
164/11 164/20 166/2 185/25
187/14 209/20 213/19 213/22
214/6 217/1 217/1 217/3
229/21 230/6 257/4
**dog [1]**   143/18
**doing [24]**   15/7 18/22 19/15
28/17 44/13 79/24 81/25
88/22 112/13 115/19 127/3
149/19 150/3 164/16 177/15
177/15 177/16 181/1 198/1
198/4 198/5 208/7 226/3
255/6
**doing,KXXXXX [1]**   77/21
**dollars [2]**   15/5 203/11
**don't [151]**   7/21 8/15 10/18
10/23 11/3 13/5 16/12 16/13
16/14 17/6 17/13 18/16 20/11
23/22 24/6 25/6 28/17 34/25
36/11 45/14 46/4 50/8 57/24
78/13 81/15 89/22 90/1 90/2
90/5 90/20 90/21 91/8 91/9
91/21 92/5 92/6 93/3 96/14
96/19 97/13 97/15 101/7
102/11 102/13 102/14 102/16
104/10 104/12 105/18 109/7
109/17 109/18 110/10 110/11
110/13 113/14 113/24 114/1
115/10 116/5 116/23 117/18
117/19 117/20 117/21 120/3
123/9 125/17 127/25 128/25
129/12 131/22 132/22 136/8
136/9 136/24 137/3 140/15
140/21 140/23 141/3 144/2
144/18 144/19 145/13 147/18
151/16 155/3 155/19 157/7

157/13 157/18 158/17 159/2
162/24 163/3 163/15 163/18
165/6 166/3 167/25 168/19
169/6 169/8 175/19 180/12
181/24 184/7 184/11 184/16
185/11 185/13 186/2 187/3
188/19 189/23 189/25 190/22
193/18 198/14 203/11 203/12
203/15 203/16 204/6 204/7
206/1 206/3 209/16 209/18
210/18 211/12 212/6 212/10
213/23 214/8 214/25 215/15
217/23 220/22 227/16 230/5
232/12 243/17 247/17 249/4
254/19 256/20 259/17 259/19
259/23
**don't live [1]**   23/22
**done [6]**   58/18 58/19 191/4
208/22 215/20 259/19
**door [41]**   34/15 60/7 71/4
72/17 72/18 81/5 156/20
156/25 157/7 160/6 225/15
225/19 226/7 226/8 227/3
227/21 227/25 228/4 228/4
228/8 228/8 228/12 228/13
228/14 233/1 233/1 233/14
239/13 241/10 241/10 241/25
242/1 242/2 242/20 242/24
243/4 243/5 243/7 243/9
243/12 243/19
**doors [2]**   228/2 229/8
**Dorothy [5]**   13/11 32/6 60/22
61/7 83/10
**dorothyw786 [1]**   32/12
**double [5]**   146/15 171/8
171/16 172/20 174/9
**doubly [1]**   171/17
**dovey [1]**   171/12
**down [42]**   15/13 15/15 16/5
17/5 18/4 18/20 23/23 24/5
32/12 36/13 41/5 41/21 54/18
57/4 73/18 80/19 98/10 98/19
101/23 113/20 121/24 122/11
125/10 125/20 144/24 144/25
148/8 151/19 166/1 172/12
178/14 179/14 208/14 208/25
210/12 225/18 230/23 241/23
242/1 242/18 244/3 260/9
**downs [2]**   73/15 73/16
**dr [1]**   250/17
**drastic [1]**   214/17
**drawers [1]**   202/7
**drawn [1]**   55/13
**dream [3]**   81/2 81/5 81/9
**dress [1]**   46/15
**dressed [2]**   38/5 38/10
**dresser [2]**   69/7 71/11
**dresses [1]**   17/24
**drink [5]**   5/15 5/25 5/25
123/6 123/9
**drink,KXXXXX [1]**   123/8
**drive [4]**   54/9 58/7 58/10
224/20
**driver [3]**   44/1 44/4 251/23
**drivers [1]**   16/19
**driving [2]**   54/12 54/15
**dropped [2]**   25/19 25/20
**drove [3]**   85/25 87/20 136/19

**D**

drug [1]   222/12
dryer [4]   67/8 67/15 67/17
198/18
during [8]   32/22 33/5 36/9
74/22 160/1 160/9 219/5
254/1
dusting [1]   183/3
duties [3]   221/1 244/24
245/1
DXXXX [31]   8/6 21/12 21/15
58/11 63/13 91/4 91/13 97/20
97/22 105/20 111/4 111/5
116/13 119/7 119/7 120/11
120/17 124/3 136/25 141/4
141/6 142/15 142/25 142/25
145/2 145/19 152/6 182/12
228/22 233/9 257/24
DXXXX's [3]   92/20 93/3 229/2
DXXXXXX [41]   7/1 7/17 8/7
21/11 21/15 34/3 35/19 58/11
60/19 60/20 63/13 83/13 91/5
91/13 111/11 112/24 114/4
116/17 118/23 119/6 124/5
136/18 136/25 140/18 140/22
141/1 143/1 144/4 144/5
144/7 144/15 149/22 149/23
152/4 182/12 191/22 228/15
233/13 235/6 235/9 245/24
DXXXXXX's [2]   72/3 72/4
dying [2]   55/20 117/11

**E**

each [11]   106/22 107/25
119/22 119/25 151/23 154/7
171/9 208/7 210/15 257/1
257/5
eager [3]   98/8 106/15 106/16
eagerly [1]   106/14
earlier [6]   34/6 49/10 54/9
99/16 159/10 219/4
early [1]   5/18
earns [1]   154/1
Easy [1]   16/7
eat [3]   139/22 148/5 148/25
eating [3]   138/25 139/14
197/3
Ebay [1]   204/21
effect [2]   24/1 225/9
effort [1]   180/25
efforts [1]   256/14
eg [4]   28/3 28/6 31/4 31/4
eight [4]   103/6 132/25
236/13 243/15
either [11]   10/23 79/15
82/11 91/9 123/11 142/17
155/8 164/4 215/23 254/1
259/7
electric [1]   168/24
elevator [3]   28/11 28/25
29/2
elicit [5]   160/20 162/12
162/19 163/19 192/25
elicited [1]   157/25
Elite [1]   60/16
ELMO [3]   131/18 167/19 207/8
else [26]   9/23 15/1 27/15

34/14 34/24 39/13 49/24 75/9
96/19 110/11 114/2 119/6
126/12 152/8 159/5 171/18
174/2 183/8 184/6 228/20
243/14 247/17 255/1 255/14
257/5 258/5
email [3]   30/2 30/5 32/12
embarrassed [1]   23/16
emojis [1]   86/6
emotionally [2]   18/9 100/21
employed [2]   220/13 244/12
empty [3]   11/1 72/3 205/25
en [1]   86/13
encounter [3]   101/22 235/6
235/9
end [14]   31/6 33/2 43/19
46/24 98/24 107/5 107/6
159/1 215/1 230/24 231/1
231/3 232/22 236/18
ended [6]   126/6 127/3 153/23
225/19 226/23 255/22
ending [1]   237/11
endlessly [1]   199/6
ends [3]   46/21 227/3 237/9
energy [3]   5/15 5/25 24/19
enforcement [7]   220/21
222/12 229/17 242/10 250/20
252/6 252/7
engage [2]   5/8 160/12
engaged [5]   156/18 157/12
158/16 161/13 239/25
enjoy [1]   122/25
enough [4]   125/10 144/7
213/17 242/9
enter [1]   239/14
entered [1]   4/7
entire [1]   207/14
entirely [1]   206/25
entitled [1]   194/11
entry [7]   93/6 93/12 93/12
93/23 94/18 258/16 258/18
EPCOT [5]   134/21 166/17
167/2 167/9 167/22
errand [1]   66/11
escort [4]   105/20 149/9
149/12 193/2
ESQ [2]   1/19 1/22
essentially [1]   5/24
establish [8]   213/10 214/3
216/6 217/6 217/20 218/9
218/14 227/24
estimate [1]   216/16
ev [1]   146/4
even [13]   20/11 90/24 118/9
150/7 158/19 162/9 163/13
164/16 204/7 208/21 239/10
241/6 257/4
event [4]   102/18 135/22
187/16 219/20
events [2]   137/4 253/12
eventually [3]   81/23 248/25
251/1
ever [33]   9/22 11/4 16/18
38/12 38/15 39/13 39/25 40/8
58/25 65/23 66/7 66/16 73/11
75/15 76/6 110/19 114/22
116/24 118/20 123/4 128/3
128/7 128/9 135/22 140/12

169/17 172/24 190/12 212/5
212/12 212/17 212/21 245/10
EVERGREEN [1]   24/20
everlasting [1]   24/20
every [13]   28/17 38/5 38/10
58/2 157/1 197/3 207/11
207/12 208/8 209/25 216/10
218/13 218/14
everybody [7]   181/3 187/10
227/11 229/4 231/2 257/8
260/11
everyone [6]   4/8 40/11
156/14 208/21 243/10 256/4
everything [15]   15/22 15/23
15/24 28/6 31/1 54/14 71/8
83/7 98/19 146/5 147/4 166/2
202/25 203/2 231/6
Everytime [1]   172/6
evidence [52]   29/16 31/22
32/1 45/23 45/25 46/6 47/15
59/22 78/21 92/11 92/13 93/7
100/4 108/20 120/3 128/21
131/20 132/4 137/9 158/1
158/11 160/24 162/3 164/24
167/18 195/12 195/13 201/13
201/17 206/19 207/9 207/10
207/12 213/12 213/13 213/17
218/13 223/7 223/12 231/13
233/5 233/8 233/25 234/9
234/17 235/21 235/22 238/11
248/13 250/6 252/14 260/9
evil [4]   171/21 173/15
173/17 173/21
exact [2]   158/21 230/6
exactly [3]   157/18 170/23
240/8
examination [18]   3/4 3/5 3/7
3/8 3/10 3/11 4/11 4/13 88/4
88/9 158/8 164/11 220/9
236/20 236/25 244/10 253/5
253/8
examine [2]   163/22 164/8
examined [1]   259/21
example [3]   31/3 158/5 159/6
EXC [1]   205/25
exception [1]   192/21
exchange [5]   115/15 196/18
196/20 226/16 227/1
exchanged [2]   249/2 249/4
excited [1]   63/3
exclamation [4]   6/4 6/5
98/11 209/3
exclude [1]   161/7
excluded [1]   160/7
exclusively [1]   135/4
excuse [5]   171/15 187/25
244/20 254/13 256/9
exhibit [75]   3/15 3/15 3/16
3/17 3/17 3/18 3/19 3/22
6/22 8/23 10/24 12/23 26/1
29/13 29/16 31/22 32/1 37/7
37/11 37/20 38/7 41/8 42/20
46/6 46/7 46/22 48/18 49/17
50/12 52/24 59/5 59/21 61/15
64/6 69/23 71/4 75/11 77/9
78/21 80/23 92/8 92/17
112/23 118/22 129/1 130/10
137/7 143/17 145/21 149/16

## E

**exhibit... [25]**  151/17
166/13 166/22 168/15 169/9
176/20 186/3 190/4 198/17
201/5 201/17 206/13 206/15
206/16 206/19 206/20 206/23
207/2 231/10 231/13 235/20
248/14 250/6 253/23 254/7
**Exhibit 36j [1]**  61/15
**exhibits [17]**  3/13 3/16 3/18
3/19 3/21 3/21 47/3 47/14
92/12 129/3 129/4 132/3
167/17 207/3 216/20 234/8
248/12
**exist [1]**  33/10
**exit [2]**  241/21 242/16
**exited [1]**  243/7
**expand [2]**  235/3 235/4
**expandable [3]**  230/1 233/22
234/23
**expectation [1]**  257/18
**expected [3]**  197/19 197/24
215/25
**expensive [4]**  203/4 203/13
204/3 204/9
**experience [2]**  156/1 257/3
**experiencing [1]**  164/4
**expired [1]**  109/5
**explain [7]**  15/8 28/5 30/15
80/23 83/1 202/18 229/20
**exploitation [1]**  222/19
**extended [2]**  206/11 221/7
**extends [1]**  216/16
**extent [2]**  157/24 163/21
**extra [1]**  148/6
**extracted [1]**  207/14
**extraction [3]**  206/17 206/18
207/1
**extremely [2]**  151/2 151/5
**eyes [2]**  171/18 209/25

## F

**F-U-C-K [1]**  22/17
**face [27]**  12/10 39/7 50/24
54/19 98/24 123/20 146/12
146/15 146/16 151/3 171/8
171/15 171/16 171/16 171/17
171/17 172/21 174/9 174/9
174/10 186/9 186/19 209/12
211/1 211/2 247/14 247/14
**face-to-face [1]**  247/14
**faces [9]**  24/24 24/25 123/13
123/24 171/23 173/2 173/4
174/5 174/11
**facial [1]**  124/9
**fact [14]**  40/5 106/14 107/8
118/9 153/18 157/4 160/22
171/12 173/15 175/4 180/11
216/13 219/6 239/22
**failure [1]**  23/23
**fair [7]**  125/10 230/19 231/6
248/5 249/23 259/17 259/20
**fairly [1]**  47/8
**Faith [1]**  13/1
**fake [7]**  64/18 64/19 64/23
122/10 122/12 122/17 122/19
**fall [7]**  89/16 89/16 90/7

90/7 90/18 204/6 210/15
**fallen [2]**  205/11 205/23
**false [1]**  117/17
**familiar [3]**  75/2 152/18
252/20
**family [18]**  25/3 40/8 63/7
82/22 103/12 118/16 124/25
125/2 125/16 125/23 126/6
126/8 126/10 126/24 127/1
127/4 136/16 174/20
**family's [1]**  103/11
**fan [3]**  11/18 11/20 11/22
**far [6]**  8/5 100/23 221/7
226/22 238/23 254/7
**Fargo [2]**  12/8 79/10
**fashion [1]**  105/15
**fast [2]**  9/13 90/10
**faster [2]**  73/20 218/15
**fat [1]**  18/5
**fault [1]**  149/25
**FBI [3]**  220/25 222/14 234/15
**fear [5]**  22/20 147/4 147/7
169/12 170/4
**fearful [1]**  22/21
**feature [1]**  202/15
**features [2]**  124/10 151/22
**February [3]**  15/25 235/6
235/9
**February 21 [2]**  235/6 235/9
**Federal [3]**  1/20 1/23 260/18
**feed [1]**  196/16
**feel [15]**  6/12 19/8 22/23
55/19 62/15 71/21 121/8
150/15 150/25 205/24 207/23
208/19 210/1 210/12 216/11
**feeling [4]**  15/14 208/14
210/1 210/9
**feelings [2]**  54/12 210/11
**feels [3]**  156/24 210/7 210/7
**feet [1]**  172/22
**fell [2]**  18/10 173/4
**felt [5]**  81/6 81/7 87/23
155/13 164/5
**female [8]**  224/16 225/1
226/2 247/6 247/20 253/1
253/2 255/5
**females [7]**  247/18 251/4
251/9 251/18 251/21 251/22
252/23
**few [6]**  6/21 136/6 144/18
193/16 236/10 253/19
**field [2]**  142/21 143/1
**figure [2]**  142/4 142/9
**file [1]**  258/12
**filed [1]**  258/18
**fill [1]**  149/18
**filming [1]**  119/8 119/16
**finally [3]**  20/21 24/17
131/8
**find [4]**  44/18 164/11 223/5
225/14
**fine [6]**  85/15 104/20 144/25
156/5 215/19 218/13
**finish [8]**  214/22 215/3
216/2 217/25 218/8 219/21
258/5 258/7
**finished [1]**  215/16
**finishing [3]**  243/19 256/5

256/12
**firearm [3]**  37/12 37/14 38/8
**firearms [3]**  36/24 37/4
38/12
**first [36]**  13/3 14/21 27/19
40/21 59/9 78/23 91/4 93/12
93/12 94/6 101/22 104/9
105/19 105/23 128/21 139/20
139/22 141/24 150/12 158/6
158/21 162/11 179/15 179/16
210/10 237/4 241/3 241/19
241/21 242/14 242/16 242/22
242/25 243/7 257/17 260/2
**five [9]**  32/21 51/12 51/14
77/22 164/24 185/4 234/14
236/10 258/8
**FL [6]**  1/7 1/18 1/21 1/24
2/4 85/23
**FLETCHER [1]**  1/19
**flick [1]**  235/4
**flirting [1]**  94/15
**float [1]**  134/13
**floor [4]**  60/7 69/16 173/5
225/18
**FLORIDA [4]**  1/1 41/21 222/9
245/3
**flower [1]**  194/24
**fly [2]**  13/6 13/12
**flying [1]**  13/4
**Focus [1]**  21/12
**folks [1]**  165/14
**followed [1]**  209/11
**food [4]**  19/18 139/12 140/8
175/17
**fooling [1]**  182/16
**force [5]**  119/20 220/25
222/13 245/2 245/3
**forced [3]**  98/4 120/13
190/21
**foregoing [1]**  260/14
**forever [1]**  172/24
**forget [3]**  24/6 40/14 226/12
**forgive [1]**  172/11
**forgiving [2]**  158/11 158/20
**form [1]**  229/10
**former [1]**  159/13
**Fort [5]**  1/21 57/22 58/17
123/11 224/19
**forth [3]**  81/1 107/13 180/14
**forums [1]**  222/22
**forward [4]**  68/11 98/17
256/24 257/8
**found [7]**  33/12 48/15 62/19
84/25 159/7 215/8 230/4
**foundation [2]**  228/10 247/11
**four [12]**  6/4 6/5 60/21
60/24 61/6 68/7 173/4 221/17
232/20 236/10 242/3 242/10
**fourth [1]**  146/18
**frame [4]**  109/12 125/8 160/9
256/19
**framed [1]**  163/18
**free [1]**  157/10
**freely [1]**  31/10
**friends [1]**  97/22
**frog's [1]**  74/18
**front [8]**  34/15 69/25 119/15
137/11 157/19 159/1 224/23

**F**

front... [1]  226/7
fruit [1]  133/19
frustrated [3]  144/5 144/9
 217/3
frustrating [1]  213/23
frustration [1]  107/15
Ft [1]  2/4
Fuck [1]  21/11
fukin [2]  15/2 15/6
full [5]  220/5 220/25 244/7
 251/8 256/16
full-time [1]  220/25
fun [8]  118/25 119/2 119/22
 119/25 120/3 133/12 182/16
 182/19
funds [3]  226/4 229/2 251/13
funny [5]  11/7 186/19 198/20
 198/21 198/23
furniture [4]  65/4 69/7
 195/22 195/25
further [9]  68/12 88/2
 125/20 214/15 214/19 236/18
 243/25 253/4 255/24

**G**

gallery [1]  51/1
Gallows [1]  131/13
game [3]  108/1 259/17 259/20
garage [2]  72/12 183/10
garbage [1]  80/22
gauge [1]  185/12
gave [19]  42/17 42/17 58/12
 78/6 81/22 89/11 105/23
 106/1 108/19 108/22 114/18
 145/19 210/10 225/6 227/2
 251/18 251/20 251/21 252/2
gen [2]  30/3 30/3
general [1]  158/23
gentlemen [6]  51/20 156/6
 214/25 218/23 219/15 256/11
get [98]  5/4 5/6 5/8 5/14
 5/25 6/3 6/5 6/6 6/8 6/9 6/9
 9/5 11/9 12/24 16/6 23/13
 31/1 35/20 37/16 40/11 44/21
 51/13 55/11 55/16 57/21 58/6
 58/13 58/18 62/20 63/21 64/1
 64/3 67/17 67/18 73/20 76/24
 82/4 87/17 87/20 88/7 100/25
 101/2 101/9 101/11 101/15
 101/25 108/3 108/6 108/9
 109/19 114/14 116/22 120/5
 120/7 121/5 121/8 121/13
 121/19 122/7 122/13 122/15
 124/1 124/3 124/5 135/12
 141/24 143/8 147/20 151/7
 153/3 154/2 154/2 161/14
 165/4 168/24 171/18 176/17
 178/2 193/15 196/21 197/23
 200/18 205/12 210/1 210/6
 210/6 215/13 218/9 232/12
 234/17 235/3 247/19 248/21
 250/21 252/8 259/9 259/17
 260/1
gets [2]  9/13 48/9
getting [20]  28/8 55/19
 63/18 94/6 122/10 122/12
 124/7 124/24 150/21 153/6
 154/21 160/6 160/16 177/16
 181/7 193/14 193/19 193/25
 200/11 208/7
ggen67 [1]  30/3
GIANI [2]  16/5 17/3
gift [1]  71/7
gifts [2]  71/2 71/20
Giglio [1]  258/10
girl [20]  40/19 43/13 44/1
 44/4 44/25 46/13 46/15 48/10
 48/13 64/3 111/12 112/3
 112/4 116/7 119/10 119/12
 188/4 188/5 189/7 228/22
girl's [1]  142/18
girls [27]  21/16 21/18 35/16
 35/18 38/13 43/19 45/15
 52/19 54/10 57/9 61/12 98/22
 99/12 101/19 107/20 118/4
 118/23 135/25 136/14 137/5
 138/22 142/18 162/1 182/2
 182/12 207/24 227/12
give [27]  15/4 15/22 16/15
 20/12 24/20 46/10 46/11
 58/21 78/8 108/24 108/25
 109/3 114/16 149/18 157/25
 161/8 164/19 165/15 175/20
 175/23 194/3 210/5 251/10
 251/17 251/22 253/20 256/15
given [6]  12/18 91/3 163/16
 163/17 207/13 224/24
gives [3]  22/15 75/7 159/5
giving [5]  53/17 177/1 197/1
 226/23 238/6
glimpse [1]  27/21
Glympse [13]  28/18 28/20
 82/11 152/8 152/10 152/12
 152/16 152/22 153/3 153/6
 174/22 174/23 174/23
gmail [6]  26/21 29/21 30/3
 30/5 32/12 32/14
gmail.com [1]  30/17
go [107]  4/18 5/17 6/2 12/16
 13/10 17/19 28/9 44/18 51/9
 57/15 57/21 58/17 63/24 64/1
 64/3 66/11 73/9 76/6 83/21
 83/21 84/14 91/2 91/18 92/8
 94/23 95/24 97/17 98/10
 99/11 100/9 103/10 103/14
 114/22 115/3 115/21 117/9
 120/20 120/21 121/24 122/4
 124/25 125/16 126/5 127/21
 128/1 128/3 128/9 134/21
 134/25 138/17 140/14 140/18
 142/3 143/12 143/18 144/23
 144/24 145/21 145/22 145/22
 146/3 147/24 150/9 151/15
 151/17 151/19 158/13 158/25
 165/3 165/13 169/5 169/7
 179/22 180/2 186/13 189/15
 189/19 196/8 199/24 199/24
 199/24 203/11 203/23 205/7
 205/7 210/9 211/11 211/15
 211/22 212/10 216/6 216/19
 216/20 220/17 225/17 228/2
 228/3 231/1 241/23 242/13
 242/18 246/16 255/13 255/13
 258/2 259/6 259/24
goal [2]  31/15 31/16
God [6]  146/18 146/19 146/20
 146/21 146/21 208/22
goes [8]  156/2 159/25 165/11
 192/12 238/12 254/7 259/7
 260/4
going [76]  12/9 14/7 15/4
 16/6 18/4 18/13 19/11 20/2
 20/3 20/7 32/12 40/12 43/2
 46/17 61/4 61/11 63/1 63/21
 63/24 83/21 83/22 84/13
 90/10 93/5 96/13 106/19
 121/13 129/5 142/23 157/23
 160/13 160/25 162/22 163/5
 163/7 163/17 165/15 165/22
 166/12 175/4 175/20 176/3
 186/20 187/1 187/4 187/9
 187/17 200/12 200/25 205/7
 210/12 210/13 210/20 211/19
 212/12 215/1 215/20 215/25
 217/17 217/17 219/17 219/20
 226/3 226/12 231/24 233/7
 234/14 240/8 241/7 241/14
 249/22 251/8 251/22 257/1
 257/24 260/9
gone [7]  109/11 109/15
 109/18 158/7 160/10 187/19
 188/7
gonna [3]  22/9 22/15 121/5
good [28]  4/1 4/8 4/15 4/16
 4/17 15/18 25/2 28/6 75/21
 77/22 83/21 86/22 98/16
 98/21 99/12 146/5 156/3
 162/9 174/8 209/12 220/11
 220/12 237/2 237/3 244/12
 253/10 253/11 260/10
goose [4]  173/14 173/16
 173/18 174/6
got [41]  10/17 14/21 16/1
 21/2 25/22 38/5 38/10 47/7
 48/14 56/5 56/7 71/18 80/17
 81/11 98/22 99/4 99/12 116/8
 117/3 118/11 120/11 120/17
 121/25 125/21 141/22 144/5
 144/9 145/5 145/8 148/16
 149/17 151/11 165/20 190/14
 190/19 193/9 193/25 198/6
 203/4 224/22 247/19
gotta [4]  22/9 148/6 148/6
 250/21
gotten [1]  159/2
Government [100]  3/15 3/15
 3/16 3/16 3/17 3/17 3/18
 3/18 3/19 3/19 6/22 26/1
 29/4 29/16 31/21 31/22 32/1
 37/7 37/11 37/20 38/7 42/20
 45/19 46/6 46/7 46/21 47/3
 47/14 48/18 49/17 50/12
 52/12 52/24 59/3 59/5 59/21
 64/6 69/23 71/4 75/11 77/9
 78/16 78/21 80/23 84/24 92/8
 92/17 93/1 112/23 118/22
 128/19 128/22 128/24 135/7
 137/7 143/17 145/21 149/16
 151/17 156/24 157/25 159/11
 160/18 161/12 161/19 162/12
 164/13 164/23 167/15 169/9
 176/20 186/3 190/4 198/17

**G**

**Government... [26]**   206/22
213/8 214/1 214/5 215/25
216/22 218/5 220/1 231/9
231/10 231/13 233/4 234/5
234/8 237/25 244/5 248/9
248/12 248/14 250/2 250/6
253/4 253/23 254/7 258/23
259/16
**Government's [11]**   61/15
92/12 162/2 201/12 206/18
207/2 213/11 220/3 235/20
244/6 259/19
**GPS [1]**   152/13
**Gracias [1]**   14/3
**Grandma [1]**   126/11
**grandpa [1]**   126/11
**granted [1]**   259/20
**great [1]**   214/4
**green [1]**   83/2
**GREGORY [1]**   1/15
**grim [2]**   23/20 180/8
**grocery [1]**   78/3
**group [3]**   20/21 24/17 27/18
**grow [1]**   208/20
**guard [1]**   243/13
**Gucci [1]**   203/17
**guess [14]**   16/13 89/25 142/2
162/11 171/1 171/13 172/5
185/15 198/9 198/10 204/10
204/12 204/13 237/7
**Guevara [1]**   162/1
**gun [12]**   37/8 37/21 38/5
38/19 38/22 39/8 39/13 39/20
39/22 39/25 40/5 185/10
**guns [1]**   185/13
**guy [1]**   188/9
**guys [5]**   94/15 107/22 121/5
121/14 174/10
**gXX [7]**   18/10 177/2 177/4
177/11 177/13 177/19 178/19
**GXXXXXX [71]**   13/11 18/14
19/11 30/4 34/3 35/19 38/15
40/5 42/15 43/14 58/11 59/12
60/9 60/20 60/22 61/7 62/17
62/18 63/16 63/23 64/4 64/14
64/16 64/22 65/9 65/23 66/3
66/16 66/23 66/25 67/8 67/15
67/21 69/13 73/11 80/19 83/2
83/23 83/25 87/18 116/15
139/25 140/4 161/6 161/11
161/22 161/25 162/22 163/1
164/10 177/4 177/6 177/9
177/23 177/24 182/14 192/1
192/7 192/13 192/18 192/24
193/2 193/6 193/20 195/18
195/19 196/5 198/8 198/13
198/18 199/13
**GXXXXXX' [5]**   65/1 82/24
154/5 192/15 192/21

**H**

**had [88]**   10/9 34/16 34/23
34/25 35/4 37/18 40/12 49/19
52/12 57/18 65/23 68/25 69/9
71/11 74/17 80/25 81/5 81/9
81/10 101/18 103/6 106/1
107/13 108/25 111/1 112/20
114/8 117/12 119/25 121/18
135/9 138/1 140/11 141/20
149/17 149/18 151/25 152/2
152/4 152/6 152/8 157/2
158/7 158/11 158/25 159/1
162/21 163/18 169/22 172/1
174/22 175/13 175/25 177/11
185/1 185/4 185/7 185/22
185/24 187/19 188/7 195/19
196/8 197/7 197/9 197/11
197/13 200/8 202/13 202/15
203/2 203/4 203/9 203/17
203/19 203/21 203/23 204/3
221/6 225/23 229/20 239/19
240/20 245/17 249/2 254/4
258/21 258/23
**hadn't [2]**   175/1 176/1
**Hahaha [1]**   122/7
**Hahahaha [1]**   173/4
**hair [3]**   149/6 149/7 194/24
**half [1]**   85/7 165/12 179/12
**hallway [13]**   225/13 226/20
226/25 229/8 240/3 241/23
242/1 242/7 242/9 242/18
242/3 243/4 243/11
**hand [4]**   67/8 67/23 133/18
137/13
**handbags [1]**   203/17 203/19
**handed [3]**   226/16 226/17
226/20
**handing [1]**   226/11
**handle [1]**   72/18
**hands [2]**   66/20 210/11
**handwriting [1]**   150/10
**hanging [1]**   97/19
**happen [7]**   6/16 66/2 105/17
188/22 214/7 215/20 255/12
**happened [16]**   36/12 42/16
44/17 44/20 45/13 54/4 80/24
81/4 120/4 153/24 224/10
224/15 226/1 252/1 252/4
257/14
**happening [4]**   15/8 56/4 82/5
104/13
**happens [1]**   87/19
**happy [26]**   17/6 17/9 17/10
17/11 17/12 17/13 18/11
18/24 18/25 24/18 43/20
61/13 71/22 99/21 99/23
100/21 146/17 173/6 178/15
178/17 178/19 178/21 187/10
187/14 205/25 208/12
**harassment [1]**   209/21
**hard [5]**   18/23 142/3 142/9
144/7 184/24
**harder [3]**   144/10 147/10
147/19
**harm [1]**   199/8
**harmed [1]**   231/18
**has [30]**   17/20 20/7 26/1
28/4 30/2 33/25 37/6 48/18
79/8 128/19 144/21 156/20
159/11 161/11 161/22 164/11
164/13 164/23 166/1 167/15
174/23 208/21 214/4 216/13
216/25 218/2 223/10 235/2
258/21 258/23
**hat [1]**   168/3
**hate [1]**   22/18
**hated [2]**   54/14 54/14
**have [214]**   4/5 6/9 6/10 8/5
8/15 12/11 13/21 14/9 14/23
21/7 22/12 24/1 25/2 25/3
28/15 30/22 31/18 33/7 36/2
36/5 40/15 43/3 45/5 46/4
46/17 49/10 49/19 51/24
54/20 54/20 55/5 55/25 56/18
56/19 56/21 63/10 63/16
68/14 68/16 69/8 69/20 71/22
73/15 73/19 73/20 73/23
75/25 79/5 79/6 79/16 79/18
80/1 80/21 81/2 83/14 84/14
85/17 86/3 87/12 88/19 90/5
91/3 92/13 94/9 94/11 94/13
94/22 95/4 100/23 109/7
109/11 109/12 109/15 109/18
113/14 113/24 115/11 120/2
120/2 120/3 120/22 123/23
125/11 128/25 131/19 131/24
133/18 137/24 139/20 139/22
139/24 142/3 147/12 147/18
147/21 150/12 153/23 156/12
156/13 156/18 157/3 157/9
157/11 157/18 158/16 159/2
160/9 161/16 161/19 162/7
163/16 164/12 165/9 165/13
166/3 166/3 168/20 168/22
170/2 170/13 175/23 176/15
176/16 176/18 184/2 184/4
184/6 184/10 187/13 189/18
190/12 191/4 191/9 192/14
194/5 198/8 199/8 204/11
205/3 205/11 205/15 205/23
207/14 208/19 208/21 208/22
212/15 212/25 213/2 213/4
213/13 213/16 213/17 213/21
214/14 214/17 214/22 215/10
215/13 215/22 216/4 216/12
216/20 217/11 217/18 217/23
217/25 218/4 219/5 219/17
219/20 219/23 220/4 220/19
220/20 220/21 221/6 221/21
230/17 230/18 237/25 238/10
239/4 239/8 239/17 239/19
239/22 240/1 240/23 241/11
242/10 242/16 243/13 244/18
245/6 245/19 245/17 245/21
247/22 248/3 252/11 253/4
254/8 255/8 256/1 256/20
256/25 257/9 257/11 257/13
257/17 258/23 260/2 260/10
**haven't [3]**   35/20 79/13
167/13
**Haverhill [1]**   83/8
**having [14]**   54/18 118/25
119/2 119/22 133/12 160/23
162/1 162/22 178/14 182/16
207/23 211/3 226/12 258/5
**he [434]**
**He's [5]**   16/4 20/1 20/10
20/11 22/8
**head [4]**   22/18 74/18 143/24
196/14
**headphones [1]**   203/21
**hear [15]**   84/17 101/20 117/7

**H**

**hear... [12]**  126/1 166/2
166/20 170/18 203/8 212/8
226/10 228/7 231/4 231/21
232/25 256/23
**heard [12]**  17/8 17/11 44/2
44/15 65/9 102/17 102/23
160/3 177/18 228/1 259/9
260/2
**hearing [3]**  4/2 105/4 260/2
**hearsay [7]**  63/11 162/11
163/1 188/16 192/9 192/11
192/20
**heart [11]**  8/25 24/24 55/6
97/9 97/11 146/8 170/16
208/24 210/3 210/11 211/2
**hearts [1]**  24/21
**held [1]**  78/4
**HELLOOO [1]**  5/9
**help [8]**  4/24 124/17 124/18
124/19 166/19 183/12 196/18
198/6
**helped [5]**  21/18 123/16
123/18 183/8 183/20
**helpful [2]**  206/20 239/1
**helping [2]**  143/15 198/3
**her [156]**  15/17 15/17 15/20
15/22 15/22 19/10 35/20
38/18 38/21 41/5 42/15 44/18
44/21 47/20 47/22 48/1 48/15
49/8 54/3 58/21 58/22 59/17
62/19 62/20 62/23 63/1 63/5
63/7 63/7 63/16 63/18 63/21
63/24 63/25 65/7 65/7 65/7
65/15 65/19 66/10 66/18
66/20 67/1 67/1 67/2 67/8
67/18 67/23 78/8 84/3 119/13
120/11 136/19 140/21 144/1
144/9 144/13 156/20 156/21
157/9 157/10 157/11 157/15
157/15 158/6 159/23 159/25
160/3 160/13 160/14 160/22
160/24 162/20 162/21 162/23
162/23 162/25 163/2 163/22
164/8 166/19 166/20 166/20
188/10 188/15 191/2 191/20
191/24 192/12 192/19 195/22
195/25 196/3 196/12 196/16
196/18 197/1 201/23 211/13
211/25 212/15 212/16 212/18
213/8 213/13 213/18 213/19
213/20 213/25 214/1 214/3
214/5 214/5 214/10 214/12
214/15 215/24 216/7 216/8
216/14 217/4 217/7 217/11
217/23 217/23 218/6 219/21
226/11 226/17 227/3 227/6
227/7 227/12 232/10 232/11
232/14 232/16 232/16 233/18
237/16 237/23 238/7 247/10
247/22 251/22 258/1 258/5
258/6 258/7 258/10 258/12
258/14 259/3 259/13 259/14
259/22
**here [42]**  5/24 6/23 11/1
12/24 22/24 27/6 27/18 27/20
27/20 28/18 29/20 35/15 40/4
50/25 51/24 71/16 74/18
77/10 82/5 82/21 82/23 83/1
87/16 88/22 90/6 90/24 91/3
99/4 166/1 172/1 185/2 190/4
196/14 201/23 202/5 217/15
223/20 224/5 250/10 250/24
256/20 257/17
**here's [1]**  38/19
**herself [2]**  18/3 247/6
**hey [4]**  9/23 38/19 85/11
250/17
**Hibiscus [1]**  85/22
**hidden [1]**  252/9
**hide [1]**  252/9
**hiding [4]**  54/19 210/14
252/7 255/17
**highlighted [1]**  146/2
**highway [1]**  86/12
**him [150]**  6/16 12/16 13/2
15/9 16/4 16/6 16/21 16/25
19/6 19/16 20/8 20/12 22/18
22/20 22/21 23/2 23/22 24/25
28/15 28/17 28/19 28/21
36/13 36/22 39/3 44/21 54/13
66/12 66/20 81/21 85/5 87/21
87/22 89/21 89/25 90/7 90/13
94/11 95/2 95/4 95/4 95/23
95/24 95/24 96/2 96/19 97/18
100/12 100/12 100/24 101/6
101/11 101/15 102/3 102/3
102/5 102/9 102/10 102/14
102/14 103/14 104/20 104/22
106/25 107/2 107/9 107/11
107/25 108/3 108/9 108/9
108/17 108/24 109/3 111/3
111/5 111/21 114/17 115/12
117/6 117/8 121/13 123/16
123/18 128/7 128/9 134/21
134/25 135/16 138/18 139/5
139/20 139/22 145/13 145/15
145/17 145/18 145/19 145/20
146/14 147/7 147/7 147/12
147/21 148/8 148/9 148/13
148/25 152/10 153/15 155/21
160/16 163/16 167/11 169/5
170/2 170/4 170/9 171/14
171/19 171/25 172/2 172/4
173/6 173/25 173/25 174/2
174/5 174/5 175/23 176/3
176/9 176/16 177/1 177/1
177/8 177/9 178/10 180/5
180/5 180/19 188/14 191/11
198/12 209/25 210/25 211/2
211/10 222/1 222/3
**himself [3]**  16/23 57/10
255/2
**his [55]**  19/16 26/23 30/16
32/7 32/13 32/24 35/1 39/8
40/22 40/25 41/2 42/17 49/9
49/11 54/12 54/19 66/20
68/14 75/18 76/5 76/12 76/18
76/21 77/2 77/3 77/3 78/8
79/11 80/8 81/22 83/11 95/18
95/19 97/4 124/12 140/8
151/25 152/10 153/18 153/23
157/6 157/6 157/6 157/9
157/12 163/18 170/14 176/1
176/3 177/1 181/4 181/20
188/12 229/24 230/4
**hit [5]**  22/25 47/7 66/16
66/18 152/22
**Hmm [1]**  97/19
**ho [1]**  40/14
**hold [5]**  14/12 78/9 78/10
113/18 208/15
**holder [1]**  75/13
**holding [3]**  22/9 67/8 78/6
**holidays [1]**  256/22
**Hollywood [1]**  187/16
**home [11]**  10/25 19/8 19/16
20/5 48/7 64/3 80/15 102/19
198/2 198/4 198/7
**homeless [1]**  196/5
**HON [1]**  2/3
**Honda [1]**  58/9
**honestly [3]**  205/11 205/23
207/24
**Honor [47]**  7/25 21/22 25/25
29/12 33/23 35/7 35/22 39/15
42/19 42/22 45/18 48/17
49/16 52/6 59/2 61/20 67/4
67/11 78/16 80/10 88/2 92/11
128/17 128/23 131/23 132/5
156/17 166/8 167/12 176/21
183/24 190/3 201/1 201/13
207/6 211/20 213/1 216/1
219/2 219/12 235/19 236/5
236/23 243/23 244/2 252/14
253/6
**Honor,I [1]**  54/23
**HONORABLE [1]**  1/11
**HOOVER [5]**  1/16 3/7 3/10
161/21 215/18
**hope [2]**  210/6 258/3
**hospital [11]**  6/24 7/2
116/25 117/3 117/5 117/9
117/15 117/23 118/11 118/16
118/18
**hospitalized [1]**  117/21
**hotel [13]**  43/16 43/17 87/9
87/17 224/23 225/16 226/7
227/21 228/2 230/25 233/10
239/20 250/18
**hour [11]**  85/14 85/15 114/6
156/8 165/11 165/12 215/3
216/18 218/10 221/9 257/19
**hours [1]**  22/9
**house [60]**  7/22 7/22 7/23
11/14 11/24 21/19 33/5 33/12
34/7 35/5 35/16 36/18 36/20
36/23 37/1 37/4 38/13 41/5
42/2 48/13 54/8 58/23 60/5
65/1 66/2 66/11 68/3 68/3
68/4 68/5 68/23 69/24 70/4
72/24 76/14 77/2 80/8 80/9
80/21 80/24 81/14 97/24 98/1
101/7 103/11 106/6 118/12
118/14 118/23 136/4 140/2
177/6 184/8 184/10 193/12
196/6 196/12 198/9 201/8
203/23
**Housework [1]**  183/1
**hover [3]**  203/23 203/25
204/1
**how [126]**  4/15 4/16 6/11 9/4
9/7 10/18 11/22 12/7 12/13

**H**

**how... [117]**  14/20 15/11
15/12 15/19 17/8 17/23 17/25
18/2 19/10 23/12 23/16 23/23
25/2 30/25 31/2 33/10 33/13
33/16 34/2 34/18 34/22 35/25
38/17 39/1 40/21 41/4 41/20
42/2 42/4 42/14 49/8 54/2
54/6 55/19 55/19 56/21 58/6
58/13 60/6 62/18 66/9 67/17
68/6 68/14 71/9 71/20 73/19
76/24 77/16 77/21 81/14 82/7
84/13 85/14 86/2 86/17 89/14
91/18 92/2 101/22 102/9
123/2 126/8 126/20 129/20
130/21 131/4 135/2 150/12
150/15 157/7 158/22 163/7
164/9 165/9 165/11 166/24
169/5 170/4 170/13 171/7
171/18 172/3 175/23 177/8
188/3 189/22 195/25 204/5
207/13 209/4 210/3 211/2
211/12 216/4 216/12 217/24
218/8 220/15 220/19 221/20
222/20 226/9 226/14 229/20
230/4 231/1 235/3 235/12
237/12 241/10 241/10 244/18
246/15 248/21 251/3 257/12
**how's [1]**  10/7
**huge [1]**  209/1
**huh [2]**  15/4 23/24
**hum [9]**  67/5 89/10 94/12
95/8 104/25 127/20 142/24
177/7 179/13
**human [7]**  221/3 221/8 221/13
221/18 221/20 222/13 222/15
**hundred [1]**  221/22
**hurricane [2]**  80/7 80/17
**hurry [1]**  141/20
**hurt [6]**  116/8 154/2 171/25
172/2 172/4 208/25
**hurting [1]**  18/6
**hurts [1]**  18/23

**I**

**I'd [1]**  240/7
**I'll [2]**  42/4 250/21
**I'm [27]**  6/22 10/25 18/5
18/5 18/7 18/7 19/8 20/20
21/2 21/8 28/12 28/18 29/2
41/20 50/23 68/7 86/3 86/10
87/16 121/5 144/24 148/2
155/20 186/13 189/5 202/13
210/22
**I-M-A [1]**  208/10
**I.D [1]**  3/14
**icons [1]**  83/3
**ID [9]**  48/25 73/25 108/19
108/22 122/10 122/12 122/19
123/2 247/12
**ID's [5]**  110/9 110/13 110/19
110/22 122/17
**idea [9]**  95/7 121/16 121/20
123/23 124/12 124/15 181/12
198/20 198/22
**identification [5]**  130/9
137/21 137/22 166/13 201/4

**identifications [1]**  137/17
**identified [12]**  6/18 7/13
8/17 27/15 50/21 93/8 131/24
180/8 181/18 181/20 247/6
247/8
**identifier [2]**  215/8 216/9
**identify [4]**  26/13 50/14
129/14 227/4
**IDs [1]**  78/3
**igloo [1]**  260/9
**ignored [1]**  135/14
**ignoring [1]**  135/16
**ill [1]**  148/25
**illegal [4]**  112/13 112/15
112/18 112/21
**Ilzz [1]**  30/17
**Im [6]**  13/18 15/5 15/7 16/5
19/8 20/12
**ima [3]**  15/20 208/10 208/12
**images [1]**  62/4
**imagine [2]**  21/5 40/4
**immediately [1]**  227/10
**impeaching [1]**  259/6
**implications [1]**  163/8
**important [6]**  88/2 150/24
151/2 151/5 160/14 194/5
**improper [3]**  112/10 161/15
161/17
**inappropriate [2]**  161/19
212/19
**inbound [4]**  249/12 250/21
250/22 250/23
**inches [1]**  235/5
**incident [9]**  39/8 43/22 45/1
105/3 119/3 237/4 237/6
242/4 259/3
**inclined [1]**  163/13
**include [3]**  222/15 249/18
**included [1]**  245/12
**including [2]**  188/5 245/12
**income [2]**  153/24
**incoming [1]**  237/20
**incorrect [1]**  89/9
**incurred [1]**  117/2
**INDEX [1]**  3/2
**indicate [2]**  144/12 229/23
**indicated [14]**  49/10 101/18
136/18 136/25 145/5 157/23
169/11 181/12 182/21 182/22
195/19 237/16 254/8 255/5
**indicating [3]**  132/12 132/16
243/18
**indicative [1]**  246/17
**indictment [2]**  160/9 192/16
**individual [4]**  68/16 128/5
156/1 249/2
**individuals [2]**  235/17
255/16
**indulgence [1]**  51/5
**inextricably [1]**  164/3
**inference [1]**  160/11
**info [2]**  13/16 13/18
**inform [1]**  217/16
**information [16]**  12/18 13/19
13/21 14/1 14/10 14/14 82/4
82/4 143/8 162/25 164/7
164/14 238/22 254/24 258/11
258/13

**initial [2]**  230/19 238/1
**injection [1]**  58/14
**injured [3]**  43/22 116/3
116/22
**injuries [9]**  46/24 47/9 48/8
48/8 116/2 116/9 116/20
117/1 117/1
**ink [1]**  55/23
**Inn [2]**  85/22 224/16
**inquire [2]**  162/24 236/23
**inside [18]**  11/24 34/10
34/12 35/4 35/16 56/5 72/23
72/24 74/3 137/13 211/3
227/14 227/15 242/14 252/3
252/4 252/6 252/9
**insofar [1]**  164/3
**instance [3]**  38/24 117/1
145/2
**instant [2]**  9/2 176/24
**instantly [1]**  31/7
**instead [1]**  4/4
**instruct [1]**  162/12
**instructed [2]**  63/23 161/19
**instruction [4]**  51/14 163/21
164/19 164/20
**instructions [3]**  156/11
215/4 224/24
**instructor [1]**  221/10
**intend [2]**  259/9 259/17
**intentionally [1]**  255/11
**interaction [2]**  230/20 231/2
**interested [1]**  154/21
**internet [5]**  175/16 175/18
197/11 244/22 245/11
**interruption [1]**  229/3
**intertwined [1]**  164/3
**intervene [1]**  213/25
**interview [3]**  111/21 161/25
229/9
**interviewed [1]**  111/16
**intimate [1]**  95/2
**intimidated [1]**  164/5
**intrinsic [1]**  162/3
**introduce [2]**  49/8 158/1
**investigates [1]**  246/10
**investigating [4]**  221/2
222/15 245/10 246/5
**investigations [4]**  221/8
221/8 221/20 227/12
**investigative [2]**  226/4
229/2
**investigators [1]**  221/17
**inviting [1]**  95/1
**involve [1]**  245/24
**involved [4]**  223/1 246/7
246/15 246/19
**involvement [2]**  252/11
255/22
**involving [5]**  39/8 39/13
39/20 49/17 164/10
**Ipad [1]**  57/5
**IQKE06 [1]**  72/13
**is [691]**
**islands [6]**  13/9 80/3 128/1
128/2 128/3 128/7
**isn't [14]**  93/14 100/23
120/15 120/17 154/7 160/5
169/23 175/4 178/10 184/14

**I**

**isn't... [4]**  184/24 187/10
188/14 191/12
**isolate [1]**  169/14
**isolating [1]**  174/19
**issue [5]**  52/12 157/23
163/25 213/14 214/19
**issued [3]**  58/13 161/2
235/16
**issues [1]**  52/15
**it [524]**
**it's [7]**  11/21 12/25 18/22
21/1 25/1 75/7 96/5
**ite [1]**  121/5
**item [2]**  207/6 207/11
**items [7]**  69/4 137/14 145/25
146/1 233/25 234/12 236/21
**its [8]**  12/9 12/9 17/13 20/9
85/15 159/3 161/19 174/8
**itself [2]**  210/4 254/2

**J**

**Jacksonville [1]**  41/24
**January [2]**  15/13 15/14
**January 17 [1]**  15/14
**Jasmin [5]**  224/4 224/5 224/8
224/24 227/4
**Jason [1]**  162/1
**Jason Guevara [1]**  162/1
**jealous [2]**  177/11 193/20
**jealousy [1]**  19/11
**jeans [1]**  87/12
**jerk [3]**  12/10 12/10 24/8
**Jersey [2]**  140/12 140/24
**jewelry [1]**  71/24
**job [3]**  21/7 166/1 225/8
**John [2]**  246/22 246/23
**Johnson [1]**  258/8
**join [1]**  180/5
**joint [1]**  124/9
**joke [4]**  107/22 199/11
199/12 199/13
**joking [1]**  148/13
**JUDGE [30]**  1/12 4/19 25/11
33/2 39/10 41/7 42/23 50/12
51/22 69/20 70/2 88/8 92/21
132/1 156/5 156/24 157/13
160/6 161/24 164/23 195/11
205/15 211/11 212/14 216/23
218/21 223/7 236/3 258/2
260/8
**jump [2]**  24/5 231/25
**June [7]**  20/22 22/7 22/14
23/5 23/9 23/17 179/10
**June 11 [1]**  22/14
**June 13 [1]**  23/5
**June 16 [1]**  23/17
**June 16th [1]**  23/9
**June 6 [1]**  20/22
**June 7 [1]**  179/10
**June 8 [1]**  22/7
**jurors [2]**  51/13 156/11
**jury [36]**  1/11 4/6 4/7 9/1
33/24 37/7 39/18 48/18 49/16
50/15 51/15 51/17 51/18
63/20 69/21 125/13 156/15
157/11 160/3 160/24 161/4

162/15 163/12 166/5 169/11
202/18 203/8 207/6 215/1
217/6 217/13 217/16 217/17
218/22 256/9 257/10
**jury's [2]**  160/20 260/2
**just [76]**  4/24 5/18 5/19
9/24 11/3 14/6 14/11 14/21
16/1 18/7 18/11 19/25 21/2
21/5 24/8 24/11 26/25 28/4
40/12 41/25 45/19 46/17
51/13 56/7 67/20 73/1 73/2
73/9 73/22 90/4 92/11 93/8
97/13 109/25 114/6 115/9
121/21 121/21 126/22 128/19
131/22 141/22 143/14 146/11
160/11 161/17 168/6 170/23
177/2 179/2 180/22 184/17
184/19 185/19 186/5 188/20
191/4 195/12 205/5 210/1
210/14 211/1 229/21 230/12
231/18 232/25 238/1 238/19
238/24 242/6 243/23 250/21
253/6 253/12 253/22 255/12
**Justice [3]**  221/10 221/11
221/16
**JUSTIN [5]**  1/16 3/9 244/5
244/6 244/9
**Juvenile [1]**  221/10

**K**

**Kassie [2]**  42/4 44/12
**keep [20]**  13/21 24/8 65/15
106/18 109/20 144/1 146/21
180/7 180/25 181/7 184/12
186/20 187/1 187/4 187/9
202/5 202/7 211/19 217/15
227/13
**keeping [2]**  124/19 256/18
**kept [12]**  70/7 74/2 76/2
78/12 110/22 184/14 184/20
185/1 195/5 196/3 204/15
239/25
**Kermit [1]**  74/18
**key [2]**  73/1 252/9
**keyboard [1]**  35/1
**kidding [3]**  148/22 148/23
148/24
**kids [2]**  146/25 146/25
**kill [4]**  83/22 105/13 136/13
191/10
**killed [1]**  191/9
**kind [17]**  80/21 94/15 96/22
100/1 116/11 116/13 151/13
168/18 182/16 182/25 184/24
185/10 186/11 225/22 238/6
246/3 251/5
**kinds [5]**  31/12 100/18 107/8
147/15 160/15
**kiss [1]**  86/7
**Kissimmee [2]**  123/12 244/17
**kissing [2]**  86/6 210/8
**kitchen [3]**  68/8 68/11
183/16
**knew [11]**  95/12 106/9 106/9
122/17 122/19 145/11 171/7
180/16 200/12 209/1 210/3
**knock [6]**  231/3 231/4 233/1
233/1 239/13 242/20

**knocking [5]**  225/19 228/6
228/8 242/23 243/3
**knocks [1]**  227/3
**know [131]**  10/18 10/23 11/3
11/16 12/13 15/11 16/14 17/3
17/19 19/20 19/20 20/6 20/16
21/3 21/4 21/15 22/10 22/18
22/20 23/14 23/23 24/13
28/15 28/17 34/25 35/18 37/4
37/9 38/3 40/11 40/19 41/2
42/12 42/14 43/4 45/14 48/10
48/15 50/8 60/6 61/4 64/2
65/12 70/6 77/13 77/16 78/4
78/6 78/12 85/12 88/20 88/22
89/22 90/5 91/24 93/1 93/3
94/23 95/14 111/25 112/2
112/9 112/13 112/15 112/17
112/21 118/18 119/13 127/14
128/5 129/4 129/12 129/14
132/25 142/11 142/22 145/13
145/15 145/17 145/18 145/18
145/20 145/20 151/22 153/11
153/12 155/21 158/5 159/1
163/3 164/24 165/2 165/6
165/7 167/25 168/19 176/16
185/11 185/13 185/14 187/3
188/19 189/3 189/9 190/10
190/22 192/10 197/23 203/15
204/7 204/9 208/19 210/2
210/12 211/1 211/2 211/12
213/8 214/3 214/8 215/15
216/10 217/23 224/17 226/9
230/4 230/5 237/23 238/13
238/14 247/17
**knowing [3]**  164/4 180/25
205/25
**known [2]**  157/2 181/25
**knows [2]**  164/9 164/9
**KXXXXXX [37]**  35/19 35/20
40/19 40/21 41/15 41/19
41/20 41/21 42/7 42/14 43/12
43/22 44/13 45/7 46/14 46/24
47/5 47/9 47/18 47/24 48/4
48/7 50/20 50/22 52/2 53/23
95/19 116/3 186/25 187/17
187/19 188/5 188/7 188/14
189/2 189/16 222/3

**L**

**L's [1]**  5/9
**label [2]**  154/16 154/25
**labeled [3]**  154/11 154/24
155/1
**labor [1]**  80/9
**ladies [7]**  51/19 121/18
156/6 214/25 218/23 219/15
256/11
**lady [1]**  201/23
**Lake [18]**  7/22 11/15 20/20
33/5 35/16 36/23 37/1 37/4
58/23 60/5 65/1 68/3 68/23
69/24 70/4 77/2 104/15
118/12
**Lane [1]**  83/8
**language [1]**  106/20
**larger [3]**  160/16 229/1
241/6
**last [15]**  20/8 25/18 28/2

**L**

**last... [12]**   30/13 30/16
33/24 39/16 125/11 125/13
132/25 146/3 161/18 219/16
220/5 244/7
**late [2]**   12/25 80/6
**later [17]**   6/5 6/6 9/21
27/25 28/20 73/11 96/13
96/19 96/22 97/19 106/1
234/14 239/4 245/24 247/8
247/14 253/19
**Lauderdale [4]**   57/22 58/17
123/12 224/19
**laugh [5]**   98/14 148/18
173/11 174/8 208/13
**laughing [8]**   17/11 17/12
98/11 173/5 173/7 173/14
187/2 187/7
**laughs [1]**   173/12
**laughter [1]**   43/19
**law [9]**   112/10 157/22 159/7
220/21 229/17 242/10 250/20
252/6 252/7
**Laws [1]**   75/5
**lawyers [1]**   165/23
**laying [1]**   137/14
**layout [1]**   68/8
**lead [1]**   10/12
**leading [4]**   39/10 39/15
39/17 245/2
**lean [1]**   98/17
**learn [1]**   63/7
**learned [1]**   162/25
**least [2]**   92/18 144/21
**leave [15]**   20/1 22/7 36/18
40/18 66/2 81/10 103/6 103/8
103/9 144/17 165/19 200/11
200/12 251/24 257/3
**leaves [2]**   156/15 257/10
**leaving [5]**   50/15 172/3
172/4 172/9 217/13
**left [22]**   4/10 41/16 45/14
47/20 51/15 66/11 68/11
68/12 103/10 130/4 137/13
144/15 190/8 190/23 191/2
191/12 191/14 239/10 240/20
240/20 252/1 252/2
**left-hand [1]**   137/13
**leg [1]**   39/7
**legal [1]**   224/7
**legasKXXXXX [1]**   86/13
**less [2]**   101/6 147/10
**let [24]**   16/4 16/21 16/24
28/15 28/17 91/2 113/18
125/20 133/5 133/14 142/22
159/18 161/21 176/9 196/12
199/20 200/17 200/18 200/19
210/12 239/17 256/9 257/11
258/16
**let's [20]**   17/5 37/3 68/3
89/13 91/2 106/18 106/20
113/13 121/24 122/4 129/2
186/3 211/15 211/22 212/10
215/21 217/18 217/22 217/22
218/20
**letter [1]**   9/25
**letters [4]**   5/11 15/12 99/6
99/23
**letting [2]**   50/16 146/25
**level [2]**   158/18 222/12
**Lexus [1]**   33/13
**licensed [1]**   194/3
**lie [1]**   140/11
**lied [3]**   103/25 104/1 150/2
**life [5]**   75/8 102/5 208/23
209/1 210/4
**Life360 [6]**   31/19 31/23 32/3
82/18 82/23 151/20
**lift [1]**   149/17
**light [4]**   158/24 202/19
202/20 218/1
**like [89]**   10/25 11/4 15/17
17/6 17/24 19/8 21/1 21/22
23/22 23/23 27/24 29/4 31/21
37/6 37/11 40/17 41/25 43/20
45/19 48/17 49/16 54/10
54/16 55/15 55/16 55/20 56/3
56/9 56/23 59/19 60/15 61/15
61/20 62/11 62/15 62/17
66/14 67/20 69/19 70/19
74/14 74/16 75/20 78/17
82/14 82/19 84/24 85/7 96/8
96/9 97/19 111/14 121/21
123/9 132/5 138/20 148/22
148/24 149/3 159/17 159/23
168/6 168/6 168/24 176/11
186/1 187/13 187/15 191/4
192/5 192/8 200/21 206/4
207/7 207/23 208/12 210/1
210/12 212/22 213/1 214/10
216/1 216/2 217/6 240/18
258/4 259/1 259/12 260/5
**liked [6]**   91/18 140/8 140/10
180/16 195/9 202/22
**likes [1]**   18/8
**line [29]**   4/21 28/2 57/16
99/11 100/9 100/10 120/21
121/2 121/4 143/18 143/21
144/23 145/22 146/3 146/3
148/8 154/13 169/10 179/15
179/22 179/23 205/13 206/12
207/5 208/1 208/2 209/11
210/21 216/2
**lined [2]**   165/3 165/4
**lines [2]**   257/7 259/4
**link [1]**   214/2
**lip [1]**   48/1
**lips [1]**   210/7
**list [1]**   129/1
**listed [5]**   162/2 224/4 224/5
247/2 249/16
**listen [5]**   6/16 15/22 40/18
144/2 248/24
**listened [4]**   248/5 249/18
253/15 255/4
**listening [2]**   15/4 238/12
**Listo [1]**   86/25
**literally [1]**   242/2
**little [26]**   12/25 25/1 25/4
97/2 97/4 97/8 97/9 99/5
111/18 111/20 127/18 144/24
145/22 151/19 170/16 172/12
185/4 196/18 196/19 197/19
197/24 202/13 202/15 203/7
231/25 258/2
**live [7]**   20/16 23/22 24/19
89/14 159/21 185/7 197/1
**lived [1]**   90/6
**lives [1]**   125/23
**living [15]**   11/13 20/17
20/19 34/13 36/23 42/4 65/8
68/8 68/13 68/12 68/24 69/2
70/8 97/24 177/6
**Lmao [3]**   98/11 173/14 210/22
**lobby [1]**   85/23
**local [1]**   36/17
**locate [2]**   223/15 246/25
**located [2]**   83/6 223/24
**location [7]**   27/21 27/22
28/19 58/17 224/20 238/4
247/23
**locked [4]**   72/24 76/2 137/19
228/2
**locking [1]**   228/1
**log [4]**   249/10 249/10 254/8
254/23
**logging [2]**   249/11 249/12
**logo [1]**   134/13
**Lol [2]**   99/4 173/11
**Lolol [2]**   148/12 148/21
**Lolololol [1]**   173/11
**long [26]**   9/4 9/7 22/9 22/10
41/20 42/2 42/4 81/14 89/14
101/22 126/8 135/2 150/12
169/5 189/22 189/24 209/3
218/8 220/19 221/7 231/1
238/13 244/18 256/14 258/14
259/13
**long-term [1]**   221/7
**longer [10]**   22/12 84/13
94/22 165/9 215/25 216/4
216/12 243/12 257/14 258/3
**look [19]**   49/19 55/8 57/4
65/13 69/10 70/19 74/14
74/16 76/8 113/18 142/4
200/21 209/25 246/16 249/7
252/20 256/24 257/8 257/12
**looked [9]**   23/16 26/15 27/4
52/19 55/16 56/18 75/25
218/5 237/16
**looking [23]**   6/23 11/12
23/19 29/19 35/15 41/14 67/7
71/16 71/23 72/15 77/9 77/25
82/17 82/23 83/1 83/5 120/22
129/15 157/20 157/21 207/7
209/9 237/20
**looks [4]**   27/24 82/19 207/7
259/1
**Los [1]**   127/10
**lose [1]**   226/25
**losing [2]**   22/19 22/22
**lost [2]**   226/24
**lot [27]**   8/5 19/19 33/6 44/8
44/21 56/18 63/2 69/9 70/17
88/19 90/5 95/12 102/15
107/18 113/18 119/25 124/14
139/5 139/7 141/15 141/18
152/20 183/5 183/18 183/22
191/12 218/15
**Lots [1]**   102/12
**loud [8]**   98/14 99/3 148/19
173/11 173/12 226/10 231/18
231/21

**L**

**Louis [1]**   203/19
**love [35]**   18/9 18/10 22/21
24/23 97/9 98/23 99/13 99/13
100/12 102/5 108/11 108/15
121/8 146/8 172/20 172/20
173/15 174/10 205/11 205/24
208/6 208/19 208/24 209/2
209/2 209/2 210/3 210/8
210/10 210/17 210/22 211/1
211/3 216/11 250/24
**loved [5]**   40/11 102/3 102/9
102/14 208/12
**loves [1]**   100/14
**lovey [1]**   171/12
**lovey-dovey [1]**   171/12
**lovingly [1]**   96/14
**loyal [3]**   15/18 18/20 40/18
**loyalty [1]**   40/15
**Luckee [2]**   29/21 29/24
**luckiest [1]**   207/24
**lucky [2]**   10/7 10/8
**luggage [1]**   71/9
**lunch [2]**   156/7 156/13
**luncheon [1]**   156/16
**LXXXX [1]**   161/22
**LXXXXX [2]**   8/6 257/24
**lying [5]**   7/11 53/5 63/5

**M**

**M-A-S-T-E-R-S [1]**   220/8
**ma [7]**   5/2 15/20 121/8
170/15 170/16 172/7 209/12
**ma'am [34]**   8/2 21/24 35/10
35/12 43/2 50/2 88/5 93/7
120/24 164/21 165/8 165/18
179/8 184/2 206/22 207/19
212/2 237/5 237/8 237/15
238/8 240/19 241/2 241/13
241/20 241/22 242/5 242/12
242/15 242/19 242/21 243/22
254/3 255/10
**macabre [1]**   180/16
**mad [3]**   15/9 25/6 28/15
**made [32]**   24/25 33/11 33/14
42/16 46/17 53/25 57/9 62/15
65/7 76/25 80/8 122/13
135/25 161/5 161/16 164/16
177/21 181/14 186/21 192/22
202/20 213/10 229/15 230/16
239/7 248/6 249/16 249/24
252/3 253/16 254/1 256/15
**main [2]**   213/11 244/16
**maintain [2]**   135/9 208/20
**make [36]**   6/12 17/6 17/13
18/25 22/21 24/8 64/3 65/13
68/11 68/12 104/17 116/19
116/19 125/7 148/6 161/6
161/9 161/9 165/23 173/15
191/20 191/24 194/23 195/11
208/12 208/12 208/13 208/20
209/1 226/5 228/4 229/12
242/13 243/1 243/3 247/20
**maker [2]**   153/15 153/19
**makes [7]**   18/10 22/22 162/9
205/24 205/25 207/23 210/7
**making [17]**   31/14 31/15 63/2

63/18 66/23 138/16 174/2
186/9 186/19 191/11 195/14
210/22 231/4 238/1 238/23
241/3 247/12
**Malaluka [1]**   83/8
**male [1]**   53/17
**mall [5]**   24/6 91/21 91/22
91/23 91/24
**man [2]**   46/10 160/14
**manager [1]**   112/7
**managing [2]**   112/4 255/1
**Mandy [3]**   247/7 247/21 248/6
**many [16]**   39/1 56/21 56/22
68/6 102/9 108/15 109/16
123/2 127/12 144/12 154/10
154/19 188/3 221/20 246/19
251/3
**march [9]**   24/17 132/24
132/25 221/23 222/17 237/4
245/20 245/21 245/23
**March 20 [1]**   221/23
**March 20,2012 [1]**   237/4
**March 20th [1]**   222/17
**march 5 [2]**   24/17 245/23
**March 6 [1]**   132/24
**March 6th [1]**   132/25
**mark [8]**   28/11 128/5 130/16
130/17 133/23 159/14 168/12
168/13
**marked [19]**   29/16 32/1 46/6
47/14 59/21 78/21 129/3
130/9 132/3 166/12 167/17
201/4 201/17 207/2 231/13
234/8 248/12 249/6 250/6
**marker [1]**   232/7
**market [1]**   66/11
**marks [3]**   6/10 86/7 146/24
**marosa [9]**   17/7 18/9 18/22
21/4 21/13 25/1 171/2 172/17
172/17
**marosita [3]**   13/1 24/18
96/23
**married [1]**   17/20
**Marriott [1]**   85/22
**Mart [1]**   20/6
**massage [2]**   65/18 105/24
**massaged [1]**   246/17
**massaging [3]**   19/16 36/22
182/23
**MasterCard [1]**   78/25
**MASTERS [8]**   3/6 220/2 220/3
220/7 223/15 234/11 235/15
235/25
**material [1]**   259/6
**matter [5]**   15/18 19/8 147/16
185/25 260/15
**may [66]**   4/1 4/9 4/11 7/9
8/3 19/17 19/21 20/17 26/2
26/11 27/11 35/13 41/7 41/12
42/24 45/21 48/21 50/3 51/21
52/11 57/1 61/23 64/9 78/19
80/13 82/15 84/10 85/2 92/13
94/11 128/17 129/8 129/9
132/6 135/7 157/25 161/21
162/17 166/6 166/7 166/9
167/12 167/19 176/21 183/24
192/13 201/1 201/18 207/20
212/23 218/24 218/25 218/25

219/21 219/24 222/5 223/12
231/15 234/2 236/6 236/21
236/23 244/3 248/16 250/8
256/1
**maybe [9]**   24/21 81/17 101/24
113/15 138/16 157/14 241/14
253/19 256/20
**Maynes [2]**   158/3 158/19
**McCRAE [6]**   1/22 3/8 3/11
52/21 162/9 258/13
**me [168]**   5/6 6/17 6/24 7/1
9/9 11/12 12/14 13/16 16/1
16/8 18/8 18/9 18/11 18/22
18/22 18/23 18/25 19/25 20/2
20/3 20/8 20/11 22/23 23/21
23/22 23/23 24/4 24/11 24/20
24/25 25/19 28/15 32/11
32/15 35/19 38/4 41/15 41/17
42/15 43/7 43/9 46/10 46/11
46/16 52/21 53/6 55/11 59/10
60/3 60/4 60/20 60/22 61/7
62/15 62/20 63/2 75/3 77/19
81/22 83/22 85/12 85/15
85/20 85/23 88/7 90/6 91/2
92/11 94/24 96/19 98/14 99/4
100/11 101/12 105/5 105/13
106/22 108/24 108/24 113/18
115/14 115/16 119/7 119/7
120/8 122/18 122/22 124/18
125/20 126/5 128/24 130/2
130/3 130/12 130/22 131/5
131/11 133/5 133/14 136/13
138/11 138/15 140/23 144/8
146/6 147/10 154/25 155/7
155/20 157/19 159/18 161/7
165/15 166/15 166/25 170/8
170/19 171/8 171/15 172/21
172/22 175/7 176/2 180/7
183/2 185/23 186/6 186/8
187/25 189/15 190/15 191/9
199/20 200/18 205/24 205/25
207/23 208/19 208/22 208/23
208/24 208/25 210/2 210/5
210/6 210/7 210/12 211/3
213/20 216/11 217/8 217/14
218/1 221/16 224/16 225/4
225/6 225/23 227/23 240/3
244/20 250/19 254/13 256/9
257/11 258/11 258/13 258/16
**mean [31]**   5/5 5/10 11/6
16/24 18/18 19/18 19/22 20/2
20/12 24/10 54/17 55/21
86/15 95/4 97/2 145/10
146/16 146/19 150/18 158/23
170/19 170/21 172/7 172/13
172/15 172/22 174/16 181/23
181/24 201/12 211/4
**meaning [2]**   96/25 115/11
**means [7]**   17/3 28/5 28/6
86/19 97/8 146/21 172/17
**meant [8]**   11/6 64/2 99/6
115/21 141/8 150/20 155/3
210/13
**media [1]**   257/1
**medical [1]**   149/18
**meet [16]**   16/4 16/6 16/21
16/24 16/25 40/21 41/4 62/18
81/23 84/19 85/13 87/20

**M**

**meet... [4]** 176/9 249/22 254/1 254/2
**meeting [8]** 73/19 82/1 82/2 82/3 208/22 246/18 247/22 253/16
**meetings [3]** 40/15 73/23 73/24
**member [2]** 126/10 222/13
**members [3]** 136/16 241/17 241/21
**memorialize [1]** 136/11
**memory [1]** 214/4
**men [1]** 228/16
**mentioned [7]** 21/15 31/18 34/6 54/9 57/12 57/18 66/21
**Mercedes [3]** 33/13 72/8 180/23
**Mercedes-Benz [1]** 180/23
**message [29]** 4/18 9/3 9/7 11/1 22/2 23/18 25/5 27/20 27/22 147/21 152/23 179/16 179/18 205/22 206/7 212/18 216/9 226/7 226/9 227/15 227/16 227/17 227/18 231/17 231/19 232/3 237/23 250/15 250/18
**messages [44]** 4/25 5/22 7/13 8/5 8/12 8/17 9/2 9/4 9/14 9/18 27/18 30/22 30/23 31/1 31/3 31/7 34/7 56/18 84/14 85/4 93/8 106/21 147/20 148/14 176/24 178/10 216/19 216/25 232/19 237/14 237/17 237/21 249/2 249/4 249/5 249/12 249/13 249/20 249/21 250/13 253/22 254/15 254/16 254/21
**messaging [1]** 8/9
**messed [5]** 80/8 125/5 126/23 126/24 126/25
**met [11]** 89/19 89/21 89/25 90/12 91/4 94/11 157/2 159/1 165/21 247/14 247/18
**metal [1]** 80/22
**Miami [2]** 127/12 134/25
**mic [1]** 41/25
**Mickey [1]** 168/3
**microphone [7]** 93/19 100/8 112/2 165/25 166/19 168/7 212/7
**mid [1]** 80/6
**middle [3]** 24/7 55/5 134/13
**might [3]** 12/24 31/6 218/6
**military [3]** 83/8 220/21 221/19
**million [1]** 19/18
**min [3]** 10/25 20/9 250/22
**mind [11]** 96/16 96/18 117/25 118/2 146/11 160/20 184/17 184/19 192/12 192/15 192/22
**mine [9]** 12/20 16/10 30/10 30/19 70/14 70/16 78/24 79/1 205/25
**minivan [2]** 26/4 34/2
**minute [10]** 6/6 11/10 51/12 69/10 88/7 147/17 165/15

210/2 256/25 257/12
**minutes [10]** 4/4 51/14 77/22 85/14 86/10 86/16 215/16 217/8 257/22 258/8
**minutos [6]** 86/13 86/24 87/2 87/4 87/6 87/8
**misleading [2]** 100/1 100/2
**miss [3]** 184/24 210/22 211/3
**missed [2]** 19/9 211/8
**mistake [1]** 148/16
**mistrial [2]** 161/17 162/5
**mobile [2]** 78/25 255/13
**modified [1]** 96/22
**mom [3]** 17/16 32/7 83/11
**mom's [2]** 79/1 80/8
**moment [16]** 99/22 99/23 108/7 121/12 173/8 173/9 174/13 182/19 182/20 187/12 188/20 205/15 210/10 218/15 243/23 253/6
**moms [1]** 26/18
**Monday [10]** 215/14 215/22 216/14 217/10 217/12 256/6 256/18 257/8 257/12 260/11
**money [53]** 12/11 15/9 19/19 28/7 28/7 31/14 33/7 33/11 33/14 42/16 46/10 46/11 53/23 57/9 63/2 63/18 65/14 66/19 71/22 76/25 114/9 114/14 114/16 114/18 153/15 153/18 154/1 155/11 160/22 175/23 175/25 176/1 176/3 176/5 177/1 188/14 191/11 226/8 226/11 226/16 226/17 226/24 227/1 228/23 251/10 251/12 251/13 251/15 251/17 251/18 251/20 251/21 251/22
**monitor [3]** 34/16 34/18 34/20
**monitored [2]** 142/15 143/14
**monitoring [4]** 142/18 142/22 143/7 153/10
**monitors [2]** 50/24 51/1
**month [4]** 28/23 29/1 91/9 106/6
**months [3]** 32/24 42/6 48/5
**moot [1]** 260/5
**Mopping [1]** 183/3
**more [25]** 6/21 16/25 22/13 24/24 28/5 31/10 40/4 74/25 96/17 124/1 124/5 145/23 150/25 155/14 158/11 158/20 174/22 205/5 207/23 208/21 216/21 221/22 229/21 238/17 239/24
**morning [10]** 4/1 4/4 4/8 4/15 5/19 36/21 256/18 257/9 257/18 260/11
**most [4]** 27/6 72/11 147/17 207/24
**Mostly [1]** 100/20
**mother [3]** 17/17 32/13 78/8
**mother's [1]** 17/19
**motion [15]** 84/7 125/9 159/4 161/5 162/5 162/5 162/6 163/11 164/16 258/12 258/12 258/15 258/16 258/19 259/19
**motions [2]** 162/3 259/12

**motivate [1]** 210/6
**Mouse [1]** 168/3
**move [20]** 15/13 17/5 29/4 31/21 32/16 33/22 39/17 41/25 42/2 45/25 47/11 64/6 78/17 98/1 101/6 129/2 131/23 166/19 167/14 201/12
**moved [8]** 90/12 101/18 101/22 121/21 131/19 164/24 167/13 240/21
**movie [1]** 17/10
**moving [6]** 14/16 18/20 29/18 95/1 106/6 129/7
**Mr [142]** 3/4 3/5 3/7 3/10 16/4 16/21 16/24 28/23 64/4 89/4 89/14 89/19 90/12 93/8 93/16 94/4 94/9 95/11 98/15 101/19 105/3 106/18 106/20 107/25 108/11 108/22 108/25 109/20 110/3 111/1 111/16 112/23 113/8 116/11 116/24 117/1 117/5 118/6 118/6 119/2 119/8 119/15 119/20 122/12 123/12 125/21 128/15 132/13 134/4 134/18 135/4 135/10 135/14 135/21 135/25 136/18 139/17 140/6 141/7 142/17 143/3 145/5 145/9 145/25 147/4 148/2 149/7 149/25 151/9 153/3 154/4 156/3 156/21 159/10 159/12 159/17 159/20 159/22 160/4 160/5 160/12 160/22 160/23 161/10 161/21 163/15 165/5 165/14 167/3 167/7 168/20 168/22 169/12 169/14 169/20 169/22 170/13 175/13 176/7 176/8 176/9 177/19 177/23 178/5 178/21 180/2 180/8 180/11 180/16 180/22 181/12 182/2 185/16 191/19 191/20 191/24 193/9 193/23 194/13 196/12 198/11 198/20 198/22 199/4 199/15 204/17 205/6 205/10 205/22 207/22 208/6 209/8 210/21 211/6 212/12 213/10 215/18 217/20 218/1 228/19 228/20 229/1
**Mrs. [2]** 98/18 166/1
**Mrs. Stipes [2]** 98/18 166/1
**Ms [5]** 3/8 3/11 52/11 162/9 258/13
**Ms. [79]** 4/15 6/18 8/5 22/2 26/4 29/19 33/5 35/15 35/25 36/16 36/23 37/11 37/12 46/2 46/10 49/17 49/19 50/20 50/25 52/3 52/13 52/14 53/2 56/18 57/9 59/5 59/15 60/15 62/17 67/7 71/20 79/21 80/15 84/25 85/4 88/11 93/19 99/9 132/9 134/18 143/21 148/15 156/7 159/12 159/15 159/20 159/21 162/10 162/14 162/24 165/25 166/12 169/11 174/12 205/13 205/18 212/7 215/2 215/5 215/22 217/9 217/22 218/5 218/19 218/20 219/4 219/18 219/20 219/23 228/7

## M

**Ms.... [9]**   228/21 230/20
  231/17 236/8 236/11 237/9
  243/5 256/5 257/17
**Ms. Amparo [1]**   59/15
**Ms. CXX [69]**   4/15 6/18 8/5
  22/2 26/4 29/19 33/5 35/15
  35/25 36/16 36/23 37/11
  37/12 46/2 46/10 49/17 49/19
  50/20 52/3 52/6 56/18 57/9
  59/5 60/15 62/17 67/7 71/20
  79/21 85/4 88/11 93/19 99/9
  132/9 134/18 143/21 148/15
  156/7 159/12 159/15 159/20
  159/21 162/10 162/14 162/24
  165/25 166/12 169/11 174/12
  205/13 205/18 212/7 215/2
  215/5 215/22 217/9 217/22
  218/5 218/19 218/20 219/4
  219/20 219/23 228/7 230/20
  231/17 236/11 237/9 256/5
  257/17
**Ms. CXX's [3]**   50/25 84/25
  219/18
**Ms. CXXXXXXX [2]**   52/13 52/14
**Ms. RXXXXXXXX [3]**   228/21
  236/8 243/5
**Ms. Williams' [1]**   80/15
**much [23]**   30/20 84/13 85/14
  134/1 155/11 165/9 170/4
  171/7 177/13 179/14 204/5
  207/23 210/4 211/2 213/3
  215/25 216/4 216/12 226/14
  230/4 244/3 256/2 256/14
**mugging [1]**   186/11
**multiple [2]**   173/12 223/1
**Munchy [2]**   111/3 111/5
**must [3]**   198/8 213/25 217/18
**my [84]**   5/13 5/17 10/7 12/9
  14/11 16/5 17/16 20/7 22/18
  24/6 24/20 24/24 25/6 27/21
  28/19 29/1 30/16 37/23 37/25
  39/7 46/10 46/11 46/17 68/13
  71/6 71/7 71/24 80/2 81/22
  96/25 97/2 98/11 100/18
  103/11 107/11 108/1 121/20
  122/7 132/22 139/23 143/23
  146/8 146/11 146/14 148/16
  156/2 158/25 163/8 170/16
  170/18 172/17 172/20 172/20
  172/22 173/14 179/17 184/17
  184/19 199/17 200/18 201/7
  203/25 206/17 207/22 207/23
  208/6 208/23 208/24 209/1
  209/11 210/3 210/11 210/11
  211/1 211/2 215/16 215/19
  216/16 227/19 238/14 240/11
  245/1 246/22 250/21
**myself [3]**   13/3 114/19
  138/16

## N

**N3 [1]**   57/5
**N5 [1]**   57/5
**nail [1]**   70/25
**name [41]**   8/18 14/11 17/19
  29/21 30/3 30/13 30/16 33/7
  33/16 40/20 41/2 57/4 57/23
  58/4 79/8 79/16 96/8 101/2
  101/4 115/6 115/9 117/17
  117/21 119/13 120/11 170/14
  181/9 211/12 211/24 212/15
  220/5 220/5 224/5 224/7
  227/6 227/7 244/7 244/8
  247/10 247/21 249/14
**named [3]**   40/19 48/10 128/5
**names [6]**   55/5 78/14 106/23
  107/23 121/6 121/14
**narrow [2]**   125/10 125/20
**nasty [2]**   148/10 148/18
**natural [1]**   107/22
**Naturalization [1]**   4/2
**near [1]**   145/12
**nearby [1]**   227/13
**necessarily [1]**   212/19
**necessary [1]**   259/23
**need [15]**   19/17 22/20 42/22
  50/4 52/9 98/17 157/25
  158/13 165/6 173/1 210/6
  218/11 230/6 258/15 259/5
**needed [2]**   14/17 135/19
**needs [4]**   22/19 22/20 165/16
  214/20
**negotiate [1]**   143/11
**nervous [8]**   83/18 83/19
  83/20 83/25 89/3 89/4 89/7
  89/11
**never [47]**   18/24 40/18 48/13
  53/22 54/18 76/7 79/5 79/6
  79/7 79/9 79/18 101/9 111/22
  111/23 111/24 114/8 114/20
  114/21 115/1 118/17 121/5
  125/2 149/14 156/18 157/11
  158/16 171/25 175/6 175/8
  175/9 175/11 176/11 181/18
  181/20 181/22 190/14 200/4
  200/9 202/10 208/13 210/3
  210/5 210/8 210/9 217/1
  217/16 260/4
**new [5]**   109/7 124/25 125/23
  140/12 140/24
**newspaper [1]**   257/2
**next [20]**   18/4 44/17 44/20
  53/9 68/19 79/14 103/5 104/3
  110/8 110/13 133/5 148/11
  186/23 228/3 228/4 242/1
  242/2 244/4 256/21 257/23
**nice [6]**   21/2 155/8 156/13
  184/12 197/15 257/9
**NICHOLAS [3]**   3/6 220/3 220/7
**Nick [1]**   220/1
**nickname [1]**   10/10
**nicknames [2]**   110/25 111/1
**night [13]**   28/4 44/25 47/9
  48/7 81/2 94/24 95/4 105/19
  105/21 106/1 110/5 111/16
  252/24
**Niko [1]**   41/1
**nine [4]**   28/2 98/1 157/23
  236/13
**Nino [4]**   26/25 29/21 29/24
  211/1
**Nino's [1]**   101/4
**ninox90 [3]**   26/21 29/21
  29/24

**nit [1]**   209/13
**no [323]**
**nobody [3]**   183/8 183/20
  231/18
**noise [1]**   232/25
**none [1]**   105/8
**normal [1]**   21/7
**North [1]**   1/20
**not [176]**   15/1 15/4 15/6
  17/14 17/20 18/7 18/11 19/3
  19/4 19/8 19/8 20/8 20/11
  20/16 28/24 38/4 40/4 45/23
  52/16 65/13 69/3 69/4 69/5
  73/10 76/22 82/11 88/14
  89/22 89/23 91/11 91/22 92/8
  95/14 99/9 99/19 100/2 104/5
  104/22 106/15 106/16 108/7
  113/5 113/8 114/19 115/14
  121/11 121/12 121/17 121/20
  124/18 127/2 129/5 129/24
  131/19 136/5 137/19 138/3
  138/16 139/3 139/4 139/23
  141/24 142/2 146/1 148/2
  148/15 149/11 150/19 150/20
  150/20 153/22 155/8 155/20
  156/9 156/11 156/12 156/25
  157/6 157/15 158/5 159/1
  159/8 159/15 160/12 160/25
  161/8 161/11 162/9 162/12
  162/13 162/15 162/20 163/20
  163/22 164/12 168/7 171/9
  176/5 176/25 178/8 178/15
  178/17 178/19 178/21 179/14
  180/3 180/23 185/23 189/24
  190/4 192/7 192/23 196/20
  198/21 199/12 203/25 204/1
  206/9 206/17 206/25 207/2
  207/2 207/9 207/17 208/20
  210/12 210/22 212/5 212/14
  212/15 212/18 213/8 214/11
  215/4 215/5 215/20 215/22
  216/21 217/11 217/14 217/14
  217/25 219/23 221/22 222/22
  226/3 226/23 226/25 228/2
  235/2 236/14 237/23 238/14
  238/24 239/9 239/24 240/2
  240/5 240/7 240/8 240/11
  240/15 241/7 242/1 246/12
  248/24 253/4 254/4 255/13
  257/3 257/5 257/6 258/5
  259/8 259/12 259/15
**notes [1]**   158/25
**nothing [14]**   18/17 18/21
  18/22 113/21 145/8 157/4
  157/5 157/8 164/17 208/7
  208/11 226/6 243/25 255/24
**notice [3]**   5/19 161/12
  163/16
**notify [1]**   50/4
**noting [3]**   128/25 195/14
  195/16
**November [14]**   8/24 10/24
  12/7 24/5 55/3 80/6 81/18
  85/11 104/5 104/6 112/17
  210/20 216/10 259/3
**November 17 [1]**   104/5
**November 2017 [1]**   80/6
**November 22 [1]**   24/5

**N**

**November 23 [1]** 8/24
**November 26 [1]** 10/24
**November 29 [3]** 55/3 81/18 112/17
**November 29,KXXXXX [2]** 85/11 104/6
**November 30 [1]** 12/7
**November 4 [2]** 210/20 216/10
**now [93]** 6/10 6/10 6/11 7/16 8/5 15/13 15/25 16/3 21/15 30/21 33/5 36/16 43/19 51/14 67/7 72/17 85/13 94/15 95/11 96/5 97/18 97/22 100/24 101/18 105/19 106/9 108/19 110/25 111/11 112/23 114/8 115/6 116/2 118/11 118/22 119/20 120/11 122/10 123/11 124/22 127/18 132/9 134/10 135/9 138/22 139/11 141/7 141/8 141/20 142/14 144/23 149/6 151/17 153/21 154/4 158/13 160/5 164/18 167/3 167/9 169/11 169/20 169/22 170/2 174/12 175/1 175/13 176/7 176/20 179/6 179/22 181/9 182/21 186/1 187/16 189/21 193/14 198/17 202/24 207/7 207/22 210/11 214/2 216/8 218/18 223/15 230/12 231/17 241/9 243/18 244/22 256/5 256/24
**Now,when [1]** 185/1
**nowhere [1]** 196/8
**nude [1]** 112/24
**number [45]** 8/20 12/8 22/5 27/13 56/19 57/6 81/22 93/1 93/6 93/23 94/18 113/24 163/14 163/15 206/16 211/12 211/17 211/25 212/2 212/3 212/5 212/10 212/14 213/14 213/20 213/22 214/2 216/7 216/8 216/11 217/7 217/7 218/6 218/6 219/4 219/6 219/8 219/10 223/18 223/21 224/24 225/4 225/6 247/2 251/15
**numerous [3]** 113/24 161/24 221/7
**nun [1]** 17/24
**nurse [3]** 57/25 58/1 194/1

**O**

**o'clock [3]** 215/19 215/21 256/12
**O's [1]** 5/10
**oath [4]** 4/11 88/20 156/9 215/5
**object [10]** 35/22 39/15 53/9 100/3 240/6 240/9 240/18 240/20 240/23 247/11
**objection [74]** 7/7 8/1 10/12 16/11 21/23 26/10 27/10 29/9 29/12 29/14 31/24 31/25 33/18 35/9 39/10 41/10 42/21 42/23 45/20 46/4 46/5 47/12 47/13 50/1 52/10 56/10 56/24

57/2 57/12 59/20 60/25 61/22 63/11 64/8 67/13 78/18 78/19 80/11 84/7 84/9 85/1 99/8 112/9 120/23 125/6 132/1 132/2 142/6 142/10 148/14 159/11 167/15 167/16 188/16 188/20 192/9 195/11 195/14 201/14 201/16 209/20 211/16 218/4 223/9 228/10 231/11 231/12 234/6 234/7 236/4 248/10 248/11 250/4 250/5
**objections [1]** 52/5
**objects [1]** 78/2
**obnoxious [1]** 231/21
**observations [1]** 192/24
**observed [4]** 39/19 163/22 164/9 253/22
**observing [1]** 164/4
**obtained [1]** 33/13
**obviously [2]** 202/7 257/19
**occasions [1]** 139/11
**occurred [4]** 222/9 231/7 239/13 253/12
**occurrence [1]** 61/13
**October [5]** 205/8 205/9 205/13 205/23 259/1
**October 18 [2]** 205/13 205/23
**October 18th [1]** 205/9
**October 2018 [1]** 259/1
**off [24]** 4/10 25/19 25/20 44/21 51/4 51/6 66/4 66/5 87/20 98/11 138/22 138/25 139/3 139/14 162/11 172/22 173/14 190/24 191/1 231/5 239/15 241/1 257/2 259/7
**offenses [1]** 162/2
**offers [4]** 231/9 234/5 248/9 250/2
**office [34]** 1/16 1/20 1/23 34/21 34/22 37/10 37/14 37/16 37/18 49/3 49/6 63/1 63/17 68/10 72/16 72/23 73/3 73/7 73/12 73/22 74/3 74/12 76/2 110/17 110/20 184/5 220/16 221/10 234/18 244/15 244/18 244/21 251/14 254/13
**officer [6]** 104/3 220/25 229/17 243/16 244/5 252/8
**officers [3]** 242/16 252/6 252/7
**Official [2]** 2/3 260/18
**often [3]** 135/14 154/13 158/12
**Oh [2]** 190/18 202/13
**ok [13]** 6/6 6/7 10/17 12/10 13/1 13/19 15/1 15/20 20/1 21/13 24/7 86/13 250/21
**okay [161]** 4/6 6/18 7/24 11/18 16/13 16/16 20/21 22/8 22/23 23/24 29/13 33/21 34/24 35/13 37/11 42/18 42/24 45/17 48/23 50/7 50/10 51/6 51/8 53/3 62/17 68/14 71/4 80/1 84/17 85/4 85/21 86/3 86/3 88/1 89/13 89/18 90/12 90/24 91/24 92/4 93/5 93/11 94/2 94/15 95/23 96/2 96/5 97/18 98/10 99/2 100/6

100/9 100/12 100/18 102/17 103/10 103/22 103/25 104/1 104/9 104/17 105/3 105/14 106/4 106/9 106/21 107/8 109/3 109/19 113/1 113/8 114/6 114/8 115/3 116/8 117/9 118/14 119/8 120/11 120/17 123/10 124/14 124/22 127/6 128/13 129/2 129/6 129/24 131/22 133/3 133/20 134/10 138/7 138/22 140/12 140/22 142/3 143/21 144/25 145/22 145/23 146/6 146/10 148/6 148/8 148/18 148/25 150/9 151/22 152/16 153/15 155/8 160/25 161/23 164/22 165/2 168/1 170/7 175/11 175/13 177/18 179/15 179/22 181/3 184/20 186/3 186/23 187/1 187/4 187/19 188/24 189/5 190/6 190/18 190/21 195/6 196/21 204/3 205/3 205/18 206/11 206/24 208/18 210/20 211/18 211/21 218/11 218/18 219/14 235/23 236/16 236/20 243/6 252/18 253/5 253/7 255/15 256/11 257/11 257/25 258/4
**old [2]** 92/2 95/21
**older [1]** 95/12
**once [11]** 116/19 123/3 161/12 195/1 227/24 228/13 238/6 239/19 241/3 241/6 243/12
**one [107]** 7/16 10/22 10/23 11/10 17/11 17/12 18/8 19/14 27/10 27/19 28/5 29/18 30/2 37/18 37/22 38/24 42/12 42/22 48/19 49/6 53/7 56/19 59/9 59/11 59/13 67/4 70/8 74/25 77/12 79/6 79/13 79/14 80/11 81/2 82/12 88/2 92/18 92/20 93/6 93/23 103/18 109/5 111/7 111/9 113/15 115/6 119/8 119/15 122/13 126/3 126/4 128/20 133/5 136/18 142/17 143/1 143/8 143/19 151/15 151/22 153/18 155/16 155/18 156/8 161/18 161/18 162/7 163/14 172/2 174/22 176/8 179/2 180/13 183/5 183/6 185/16 188/4 188/5 189/5 190/3 194/11 198/3 199/23 199/24 207/2 207/23 209/4 209/4 217/20 228/22 231/17 233/14 238/17 238/19 238/21 238/25 239/7 239/9 240/12 250/23 251/18 251/19 251/21 252/23 252/24 255/15 258/18
**onerous [1]** 216/15
**ones [2]** 129/12 176/25
**online [4]** 221/2 221/8 222/22 246/16
**only [23]** 19/14 22/22 25/2 25/8 37/18 48/4 49/6 56/19 110/22 124/23 127/3 153/18 156/21 160/3 161/22 169/17

**O**

**only... [7]**   171/7 173/25
190/3 209/1 235/20 240/12
255/5
**open [9]**   33/7 33/11 71/4
75/10 81/5 95/7 156/25 157/7
241/10
**opened [7]**   33/15 156/20
228/13 228/14 233/14 241/11
242/24
**opening [6]**   243/4 243/5
243/7 243/12 243/19 243/21
**openly [1]**   50/6
**operation [10]**   124/7 222/17
222/18 222/20 223/16 235/13
245/23 246/4 246/15 246/16
**operations [1]**   246/1
**opportunities [1]**   14/17
**opportunity [4]**   49/19 103/6
163/12 164/15
**opposed [4]**   9/16 31/12
157/12 255/1
**opposite [1]**   15/7
**oral [2]**   50/20 53/7
**orange [1]**   74/20
**order [10]**   15/1 157/21
157/22 158/3 161/2 175/16
237/16 253/16 253/20 255/9
**ordered [1]**   175/17
**ordering [1]**   175/14
**original [2]**   161/25 241/12
**originally [1]**   79/21
**Orlando [2]**   26/18 127/14
**orlandox478 [1]**   30/2
**Osceola [2]**   244/15 244/18
**other [92]**   13/6 13/12 16/18
22/5 26/15 26/15 27/16 31/3
36/2 36/16 36/17 38/13 39/22
43/13 57/5 57/5 57/6 58/18
58/19 66/25 77/5 89/13
102/18 106/23 107/20 107/23
109/22 118/4 118/23 119/22
119/25 121/18 134/18 135/22
135/25 136/14 137/5 139/11
142/9 142/10 142/18 144/25
151/23 157/10 158/12 160/20
160/20 160/23 161/16 169/15
171/9 174/23 175/1 182/2
182/12 187/24 188/1 188/4
188/5 189/7 210/15 215/22
216/20 217/5 218/10 218/11
219/15 219/19 221/17 227/12
227/15 227/16 227/19 227/20
227/25 228/1 228/20 228/22
229/17 233/10 241/17 241/21
243/16 249/5 250/19 252/7
253/25 255/25 256/25 257/5
257/13 259/12
**other's [1]**   154/7
**others [1]**   33/7
**our [16]**   4/4 4/10 51/17 52/5
85/12 156/6 156/7 156/11
215/1 215/2 215/4 218/25
247/22 249/10 256/13 260/6
**ourselves [1]**   210/14
**out [85]**   4/4 16/6 44/18 45/7
46/13 48/1 54/7 54/10 62/20
81/18 81/22 87/20 94/23
95/24 97/19 98/14 99/2
105/20 109/9 109/15 109/18
118/11 122/21 123/20 124/22
127/19 127/21 127/24 130/1
133/8 139/7 142/4 142/9
142/21 143/1 146/4 146/5
146/25 147/4 147/7 148/19
148/25 149/18 154/2 154/13
160/14 161/17 165/14 165/16
165/21 165/23 170/9 173/11
173/12 188/9 192/3 193/4
193/7 194/23 196/18 200/18
207/24 209/19 215/12 221/16
222/3 226/8 227/10 234/11
234/17 240/2 242/7 243/2
243/4 243/5 249/16 250/10
250/10 250/13 252/9 255/6
255/11 255/12 255/13 255/16
**out,KXXXXX [1]**   105/19
**out-of-town [1]**   165/14
**outbound [6]**   249/12 250/11
250/13 250/22 250/22 250/24
**outside [15]**   28/12 28/13
28/25 29/2 34/10 138/14
145/11 161/4 175/2 187/22
219/24 229/8 252/4 252/5
260/2
**outward [1]**   50/24
**over [27]**   9/23 12/18 32/16
63/24 63/24 80/7 83/22 85/18
99/4 160/15 161/24 164/13
170/2 180/2 196/14 201/23
202/5 227/17 227/25 237/16
244/22 245/6 245/9 245/16
245/17 256/24 257/1
**ow [1]**   19/22
**own [11]**   68/14 139/7 144/9
157/10 162/20 175/25 176/3
176/5 177/1 191/2 206/17

**P**

**p.m [16]**   10/24 12/24 13/15
15/1 15/14 16/1 17/6 18/4
19/17 19/22 22/14 85/11
156/17 157/17 157/19 158/15
**page [65]**   3/4 3/5 3/7 3/8
3/10 3/11 3/15 3/15 3/16
3/16 3/17 3/17 3/18 3/18
3/19 3/19 3/21 3/21 3/22
4/21 8/22 8/24 10/24 12/6
12/23 13/15 14/16 15/13
15/25 17/5 18/4 18/20 19/21
20/21 22/14 23/6 23/17 24/17
27/19 29/5 32/12 35/8 55/15
60/10 60/12 60/17 60/21 61/6
61/16 61/21 64/13 64/15
64/21 67/11 150/9 157/23
179/23 182/5 194/8 198/17
236/11 236/13 236/13 256/4
259/7
**pages [7]**   29/18 56/25 60/23
64/7 80/11 85/7 236/10
**paid [1]**   130/3
**painful [1]**   55/22
**PALM [9]**   1/2 1/7 1/18 1/24
2/4 14/6 85/22 128/12 129/22
**pants [3]**   119/10 229/1 230/4
**paper [1]**   257/2
**Pardon [1]**   175/7
**parents' [1]**   104/22
**Parked [1]**   224/23
**parking [1]**   44/8
**parlor [1]**   56/13
**part [13]**   23/21 45/1 62/15
85/8 85/8 161/11 167/22
177/21 195/13 213/12 230/20
238/9 238/11
**participate [3]**   232/11
245/23 246/1
**participated [2]**   106/14
221/21
**participating [2]**   160/9
246/4
**particular [5]**   38/24 115/11
142/15 163/19 214/18
**particularly [1]**   205/9
**partied [1]**   126/18
**parties [2]**   219/17 256/15
**pass [1]**   14/5
**passed [1]**   226/8
**passport [7]**   74/4 74/10
109/5 109/7 109/9 130/7
190/5
**password [1]**   115/8
**passwords [1]**   27/2
**past [4]**   29/18 84/4 158/8
215/19
**pasted [1]**   113/3
**patience [1]**   256/13
**patiently [1]**   256/15
**Pauline [3]**   2/3 215/9 260/18
**pause [2]**   43/3 215/21
**pay [8]**   18/11 22/12 33/8
58/21 65/19 148/7 155/11
176/3
**paying [1]**   196/22
**pays [1]**   159/20
**peace [1]**   186/22
**PEACOCK [6]**   1/19 3/5 156/3
165/5 217/20 218/2
**pen [2]**   226/5 226/18
**people [32]**   21/5 21/6 21/7
43/4 54/12 54/14 126/16
132/17 132/18 142/9 142/10
143/12 154/13 154/19 154/21
155/1 155/5 155/8 155/11
155/13 169/15 169/17 180/25
187/13 223/1 242/3 243/2
243/9 243/15 246/19 251/3
252/4
**pepper [3]**   229/25 233/23
234/20
**per [1]**   48/22
**percent [1]**   207/25
**perdistes [1]**   87/14
**perfect [2]**   41/25 138/23
**perfectly [1]**   16/12
**perform [1]**   42/7
**performed [1]**   53/22
**performing [2]**   50/20 53/7
**perfume [1]**   71/6
**perfumes [1]**   202/5
**perhaps [3]**   125/8 160/11
209/3
**period [8]**   32/22 98/21 98/22

**P**

**period... [5]** 98/22 98/23 98/24 98/24 159/22
**permission [14]** 7/25 25/25 26/6 27/9 35/7 42/19 80/10 223/7 231/14 231/24 236/3 250/7 252/16 260/8
**permit [2]** 159/8 160/25
**permitted [1]** 158/7
**person [31]** 22/22 79/21 101/12 112/4 142/22 143/7 143/14 152/23 153/10 154/1 171/18 173/15 174/23 224/7 224/13 226/24 240/4 240/11 240/15 240/16 243/21 247/8 247/8 247/14 247/20 248/6 249/25 251/1 251/20 252/20 252/25
**persona [1]** 249/24
**personal [2]** 69/8 209/11
**personality [1]** 17/25
**personally [2]** 145/13 180/7
**personnel [1]** 242/10
**pertaining [1]** 249/20
**pertinent [1]** 257/4
**Pete [1]** 234/15
**phone [77]** 4/25 6/19 7/13 7/14 8/17 9/8 9/9 10/18 25/16 26/7 26/9 27/13 27/16 34/19 35/1 56/19 57/6 77/13 82/19 82/24 82/24 82/24 82/25 84/25 93/9 133/24 142/18 143/8 151/25 152/2 152/10 152/22 153/10 154/4 154/5 154/24 156/2 170/11 170/13 170/14 174/24 181/14 195/3 195/5 207/1 207/12 209/19 211/17 212/3 212/5 212/14 213/14 213/20 213/21 213/22 214/2 219/10 223/18 223/25 224/3 224/7 224/11 224/24 226/10 237/20 247/20 248/1 248/5 249/3 249/25 253/16 253/19 254/16 254/17 254/21 255/4 255/5
**phones [11]** 26/15 75/24 75/25 77/11 92/17 92/18 109/25 110/5 110/8 110/13 154/7
**photo [7]** 34/6 55/2 83/5 112/24 113/1 114/4 180/9
**photoed [1]** 253/2
**photograph [12]** 35/25 56/4 60/17 61/8 61/16 62/2 62/4 64/13 64/21 129/11 182/2 194/9
**photographs [11]** 47/4 58/25 59/7 59/15 60/15 60/19 61/12 64/25 128/20 136/11 195/18
**photos [9]** 23/9 47/8 55/5 59/6 59/17 69/19 105/12 145/6 233/7
**Physically [1]** 44/8
**pick [8]** 4/10 19/25 24/6 66/10 80/25 208/25 224/11 225/1
**picked [2]** 53/13 176/1

**picking [1]** 80/22
**pics [1]** 23/15
**picture [35]** 11/10 11/12 11/20 11/22 20/22 20/25 23/19 36/2 62/7 64/18 64/19 64/23 67/18 74/25 113/12 114/3 132/9 132/13 133/22 137/11 168/5 168/9 168/11 180/8 181/14 181/17 182/8 190/5 194/14 195/9 198/18 198/20 198/23 199/20 201/23
**pictures [18]** 54/20 65/4 69/10 83/10 96/2 113/24 114/2 116/3 116/4 116/9 118/9 145/2 145/19 180/11 180/13 180/16 180/17 198/11
**piece [1]** 218/13
**pieces [1]** 164/24
**Pierce [2]** 1/21 2/4
**Pierce/West [1]** 2/4
**piled [2]** 199/21 200/10
**pimp [5]** 112/3 112/4 154/11 154/16 155/18
**pimping [1]** 229/21
**pimps [2]** 154/24 227/13
**pin [2]** 12/9 12/13
**pink [1]** 194/22
**Pinka [1]** 83/12
**Pinks [2]** 15/14 15/15
**Pip [1]** 67/24
**place [8]** 58/12 110/22 125/7 160/15 197/1 198/5 224/3 247/2
**placed [5]** 223/25 224/23 227/8 229/7 230/2
**places [2]** 58/18 58/19
**placing [1]** 208/23
**plain [1]** 12/24
**Plaintiff [2]** 1/5 1/15
**plan [4]** 98/23 99/13 99/13 258/4
**plane [1]** 13/2
**planned [1]** 165/20
**plastic [1]** 70/10
**play [1]** 50/13
**played [8]** 43/5 43/10 46/8 46/20 52/22 231/23 237/25 248/17
**playing [1]** 230/12
**please [65]** 6/3 9/1 13/18 15/17 21/21 24/6 25/10 39/10 39/11 42/18 43/25 47/1 47/16 48/3 49/15 51/20 54/24 56/2 56/17 60/14 62/16 68/2 75/4 79/20 83/16 85/16 93/6 93/18 97/17 100/8 112/2 113/18 119/5 120/20 120/21 121/24 122/11 125/6 131/18 137/8 137/8 143/18 144/24 145/22 147/24 147/24 149/16 151/18 169/10 172/12 176/20 179/4 179/14 179/22 182/6 186/20 187/1 187/9 189/21 194/8 200/2 203/7 230/9 233/3 233/20
**pleasure [2]** 49/11 51/25
**plethora [1]** 157/22
**pliers [1]** 136/25

**plz [1]** 13/16
**point [43]** 9/16 11/16 15/6 18/13 36/6 38/22 39/6 39/13 39/17 45/18 65/10 66/18 95/1 96/5 98/11 100/18 106/9 106/10 136/18 153/18 156/4 157/8 160/21 162/9 164/18 170/4 178/2 178/13 180/2 207/18 214/14 214/18 217/5 222/3 224/15 227/2 229/9 229/23 232/24 237/19 247/21 259/2 260/5
**pointed [3]** 39/22 229/25 233/22
**pointing [4]** 38/18 39/3 39/25 40/5
**points [3]** 6/4 6/5 209/3
**poison [1]** 178/5
**poisoned [1]** 177/24
**police [21]** 44/23 45/10 45/15 79/22 81/12 83/23 103/20 103/22 104/3 104/5 104/9 142/4 189/5 189/9 189/12 189/16 200/13 200/17 221/4 245/14 254/10
**policing [2]** 246/8 246/9
**polish [1]** 70/25
**pool [11]** 35/16 35/17 129/21 133/20 134/10 134/15 182/3 182/10 182/17 183/12 197/13
**pornography [2]** 221/2 221/2
**portion [2]** 207/4 254/18
**portions [2]** 162/3 207/14
**portrayed [1]** 52/20
**posing [1]** 222/21
**position [5]** 226/25 244/20 245/5 245/8 245/20
**positive [1]** 24/19
**possessions [1]** 202/24
**possible [3]** 151/7 160/19 227/13
**post [4]** 114/2 156/21 156/21 159/16
**post-arrest [1]** 159/16
**posting [2]** 145/3 193/6
**potential [2]** 232/10 258/10
**potentially [2]** 125/9 226/24
**power [3]** 20/12 75/5 204/24
**powerful [1]** 75/7
**pre [1]** 129/3
**precious [2]** 199/2 199/4
**precisely [1]** 93/1
**prejudice [1]** 157/24
**prejudicial [1]** 160/24
**preparation [1]** 254/1
**preparatory [1]** 238/15
**preparing [1]** 238/4
**presence [1]** 161/4
**present [3]** 162/10 162/24 239/4
**preserve [1]** 52/5
**preserved [1]** 224/1
**preserving [1]** 52/14
**press [1]** 50/25
**pretty [10]** 24/9 62/24 98/22 98/22 99/12 99/12 119/18 134/1 171/12 197/15
**prevalent [1]** 222/23

**P**

**Prevention [1]**   221/11
**previously [3]**   26/1 229/20
  253/1
**primarily [1]**   248/21
**print [1]**   14/5
**prior [10]**   52/5 94/8 167/7
  220/21 226/11 227/11 230/17
  232/25 245/8 248/3
**private [2]**   180/3 180/6
**Proactive [1]**   221/16
**probably [6]**   77/22 85/13
  114/6 181/23 181/25 258/8
**problem [1]**   113/17
**procedure [1]**   150/21
**proceed [5]**   4/12 51/21 166/7
  207/20 218/25
**proceedings [5]**   1/11 50/11
  213/5 256/3 260/15
**process [3]**   160/4 161/13
  241/6
**proffer [1]**   159/18
**profits [1]**   160/1
**program [1]**   254/10
**prohibited [1]**   138/7
**promise [2]**   208/10 208/12
**promised [1]**   256/11
**proof [2]**   176/15 176/18
**proper [1]**   164/10
**property [2]**   245/9 245/17
**prosecuted [1]**   112/8
**prostitute [7]**   48/4 65/9
  90/25 167/5 182/23 192/19
  194/5
**prostitutes [2]**   112/5 112/7
**prostituting [3]**   64/4 66/18
  158/7
**prostitution [34]**   5/8 34/4
  36/16 42/7 53/23 54/10 88/12
  89/18 90/15 106/10 112/15
  112/17 112/20 115/21 124/14
  124/23 127/21 128/3 156/19
  156/22 157/3 157/10 158/2
  158/16 159/2 159/13 160/21
  175/2 222/12 222/18 222/24
  235/16 246/4 246/17
**proud [1]**   204/11
**provide [4]**   87/9 214/15
  221/13 234/14
**provided [5]**   128/20 128/24
  225/7 251/13 258/10
**provides [1]**   229/21
**providing [1]**   128/22
**proviso [1]**   257/20
**provocative [1]**   119/18
**Public [2]**   1/20 1/23
**publication [25]**   7/19 21/21
  25/10 29/3 30/20 33/3 41/6
  42/18 46/21 47/1 48/3 49/15
  52/23 56/2 56/17 60/14 61/10
  62/16 68/2 77/20 79/20 83/16
  88/6 113/20 236/18
**publish [63]**   4/19 7/6 7/9
  7/25 8/3 21/22 25/25 26/6
  27/9 29/15 35/7 41/7 41/12
  42/19 42/24 45/19 45/21
  47/16 48/17 49/16 50/3 54/23

54/24 55/13 56/9 56/23 57/1
60/23 61/20 61/23 64/6 64/9
67/11 78/20 80/10 80/13
82/14 84/25 85/2 92/8 93/18
131/22 132/5 137/8 165/7
165/7 167/12 167/19 176/21
182/6 189/21 200/2 201/13
223/8 223/13 231/14 233/4
234/20 236/3 236/6 248/14
250/7 252/16
**published [13]**   26/1 37/6
  48/18 48/21 69/21 70/1
  120/22 165/5 165/6 179/7
  186/15 201/18 223/11
**publishing [5]**   46/7 186/14
  207/6 230/9 253/3
**pull [15]**   93/19 98/17 98/18
  119/5 143/17 157/14 165/25
  169/9 179/4 187/18 189/21
  190/4 193/22 194/8 212/7
**punch [1]**   22/20
**Punched [1]**   67/1
**punching [2]**   198/12 198/13
**punk [1]**   149/1
**purchased [1]**   159/20
**Pure [1]**   171/21
**Purp [1]**   30/17
**purpilzzz [1]**   30/17
**purple [1]**   83/2
**purpose [6]**   126/3 126/4
  126/23 127/2 207/15 238/17
**purposes [2]**   126/2 238/19
**purse [1]**   229/2
**put [38]**   4/24 10/17 20/10
  22/9 23/23 38/1 38/2 38/3
  51/4 66/20 67/2 75/18 77/17
  109/25 114/17 117/15 123/20
  136/18 151/1 151/3 152/10
  172/7 181/17 184/17 185/16
  185/18 185/20 194/13 194/16
  194/24 195/3 196/14 202/13
  218/3 218/15 218/16 238/21
  238/25
**puzzled [1]**   196/21

**Q**

**quadruple [1]**   174/10
**qualifies [1]**   158/18
**quantity [1]**   229/1
**quarreling [1]**   178/23
**question [32]**   6/10 28/11
  33/22 33/25 39/16 43/3 61/11
  86/7 112/10 113/14 125/8
  125/11 125/14 125/14 139/23
  146/24 150/12 157/1 157/14
  158/21 159/3 162/21 163/16
  163/18 163/23 164/23 174/22
  188/21 212/20 212/24 217/20
  217/22
**questioning [4]**   57/16 158/4
  216/2 229/14
**questions [17]**   38/4 39/17
  53/2 88/3 89/5 176/17 195/19
  206/21 207/15 207/20 213/9
  214/5 214/5 214/11 236/19
  253/4 257/20
**quick [3]**   142/4 215/1 218/9
**quickly [1]**   217/24

**quiet [1]**   227/13

**R**

**R's [1]**   51/1
**radio [1]**   257/2
**raise [1]**   159/7
**raised [3]**   158/9 161/14
  164/18
**raising [2]**   161/8 238/14
**ran [9]**   45/7 54/5 54/7 54/7
  66/5 189/2 190/24 191/1
  191/2
**rape [1]**   161/18
**raped [1]**   84/3
**raping [2]**   161/11 161/12
**rare [2]**   100/22 140/7
**rather [4]**   16/13 61/12 240/7
  256/14
**RC [1]**   158/1
**reach [3]**   81/18 81/21 154/13
**reached [2]**   221/16 227/17
**reaching [1]**   170/9
**read [13]**   32/19 75/4 75/10
  85/7 85/8 85/8 99/2 204/23
  205/3 206/6 237/17 258/21
  258/24
**reader [1]**   205/1
**reading [3]**   206/13 206/14
  217/2
**ready [9]**   28/8 86/25 98/8
  165/3 165/4 165/13 200/11
  205/19 250/21
**real [3]**   142/4 208/7 218/9
**realize [1]**   159/15
**really [8]**   17/7 21/3 24/2
  88/22 99/6 183/20 196/10
  202/22
**realm [1]**   164/6
**reaper [2]**   23/20 180/9
**rear [2]**   107/5 107/6
**rear-end [2]**   107/5 107/6
**reason [9]**   141/24 141/24
  149/18 153/9 153/9 155/13
  238/9 238/15 243/6
**reasons [5]**   161/1 238/21
  238/25 239/7 239/9
**rebuts [1]**   213/11
**recall [18]**   112/24 114/1
  158/23 163/15 180/9 181/10
  182/3 205/10 205/22 207/22
  208/4 208/6 208/16 208/18
  209/25 249/4 250/19 254/19
**receipt [1]**   24/7
**receive [4]**   155/5 159/13
  227/15 243/2
**received [10]**   3/14 29/20
  32/3 116/2 226/6 226/9
  231/17 232/18 236/1 249/5
**receiver [1]**   185/5
**receives [1]**   159/17
**receiving [5]**   160/1 160/4
  160/12 160/22 237/14
**recess [4]**   51/16 156/8
  156/16 215/7
**recessed [1]**   260/12
**recognition [1]**   247/11
**recognize [25]**   25/14 59/7
  60/16 61/16 77/24 92/18

**R**

**recognize...** **[19]**   92/18
93/14 129/11 129/18 129/20
130/11 130/19 130/21 131/2
131/4 131/8 166/14 166/22
166/24 201/5 212/2 212/3
212/10 230/13
**recognized** **[1]**   212/15
**recollection** **[2]**   206/6 209/6
**record** **[30]**   29/5 29/19 50/14
52/9 93/1 101/13 101/15
105/10 116/20 120/5 125/12
128/19 129/14 157/5 157/15
161/9 162/15 166/3 166/4
195/12 195/16 206/20 217/2
220/5 222/5 239/17 239/19
239/22 254/15 260/15
**recorded** **[3]**   237/7 247/24
248/1
**recorder** **[1]**   241/1
**recording** **[10]**   225/22 225/23
230/10 230/16 233/2 237/12
238/10 240/1 240/2 248/17
**recordings** **[3]**   120/2 120/3
253/25
**records** **[5]**   29/5 29/19 31/22
32/3 254/16
**recovered** **[4]**   8/17 33/6
60/15 77/12
**recruit** **[1]**   63/16
**recruited** **[1]**   63/13
**red** **[3]**   46/15 56/15 222/4
**redacted** **[1]**   190/3
**redirect** **[4]**   215/16 244/1
255/25 257/21
**reduce** **[1]**   207/4
**refer** **[1]**   92/25
**reference** **[1]**   232/14
**referred** **[1]**   62/11
**referring** **[6]**   10/5 10/20
22/11 46/18 206/15 207/7
**reflect** **[2]**   45/7 222/5
**reflection** **[1]**   214/19
**reflects** **[1]**   222/7
**refresh** **[2]**   206/6 209/6
**regard** **[1]**   164/10
**regards** **[2]**   34/2 160/23
**regular** **[3]**   9/17 21/7 61/13
**related** **[3]**   27/6 235/16
248/21
**relating** **[2]**   258/18 259/2
**relation** **[1]**   5/15
**relationship** **[9]**   18/14 94/9
94/13 96/10 147/18 160/3
171/5 177/24 178/5
**relevance** **[1]**   33/18
**Relevancy** **[1]**   52/7
**relevant** **[2]**   129/5 163/25
**relieved** **[3]**   81/6 81/7 87/23
**reloadable** **[2]**   114/12 114/14
**reluctantly** **[1]**   121/25
**remain** **[4]**   9/4 37/14 156/9
193/12
**remained** **[1]**   243/16
**remains** **[2]**   4/11 215/4
**remarked** **[1]**   126/20
**remedy** **[2]**   214/8 214/9

**remember** **[226]**   7/20 7/21
13/5 16/12 16/13 16/14 26/16
36/11 38/24 39/3 57/23 58/4
68/7 78/13 81/15 90/1 90/2
90/19 90/22 90/23 90/24 91/5
91/8 91/9 91/13 91/21 91/22
92/2 92/5 92/6 102/11 102/13
102/14 102/16 104/10 104/11
104/12 104/13 105/18 106/4
109/15 109/17 109/18 110/10
110/11 110/13 110/19 110/22
111/16 115/10 116/5 116/23
117/18 117/19 117/20 117/21
125/17 125/18 127/25 132/19
132/22 136/8 136/9 136/24
137/3 137/4 138/23 140/15
140/16 140/18 140/20 140/21
140/21 140/24 141/1 141/9
144/18 144/19 151/16 151/20
157/15 158/24 169/6 169/8
175/19 176/9 180/12 184/7
184/11 184/16 186/2 189/23
189/25 190/1 193/18 195/22
198/14 199/21 203/12 203/16
204/6 206/1 206/3 209/4
209/13 209/16 209/18 209/21
210/18 210/21 210/23 210/25
212/6 212/25 213/19 213/22
213/25 214/6 217/1 217/2
217/3 243/17 251/18 254/19
**remind** **[2]**   156/9 156/11
**reminder** **[1]**   165/25
**reminds** **[1]**   163/4
**remove** **[20]**   7/19 21/21 25/10
29/3 30/20 42/18 47/1 48/3
49/15 56/2 56/17 60/14 61/10
68/2 77/20 79/20 83/16 88/6
124/9 230/9
**rendition** **[1]**   216/23
**Rene** **[2]**   203/9 204/20
**rent** **[2]**   159/21 196/22
**rep** **[2]**   5/6 5/7
**rephrase** **[5]**   10/14 39/11
112/11 125/14 142/7
**report** **[12]**   142/22 207/1
258/12 258/14 259/1 259/2
259/3 259/4 259/5 259/8
259/14 259/18
**reported** **[1]**   79/21
**reporter** **[6]**   2/3 50/25 98/21
220/6 260/18 260/19
**reporting** **[1]**   143/1
**reposition** **[1]**   243/18
**represent** **[3]**   47/8 59/17
83/3
**representation** **[3]**   230/19
231/6 249/23
**representations** **[1]**   248/6
**representing** **[1]**   158/22
**request** **[3]**   163/9 214/9
235/15
**requesting** **[3]**   233/4 248/14
252/16
**required** **[2]**   158/18 226/3
**rescue** **[1]**   225/9
**research** **[1]**   257/6
**reserve** **[2]**   84/7 84/15
**reserving** **[2]**   161/7 163/11

**Residence** **[1]**   85/22
**resides** **[1]**   159/23
**resort** **[3]**   128/9 128/13
134/25
**resorts** **[2]**   135/2 160/15
**respect** **[2]**   52/15 207/11
**respond** **[23]**   6/6 12/3 14/3
15/1 15/19 17/9 19/10 20/7
20/12 23/12 24/18 24/21
28/11 86/2 86/17 87/1 96/13
144/1 146/6 146/24 148/8
161/21 162/17
**responded** **[13]**   5/13 8/25
10/4 18/23 18/25 19/9 19/20
20/1 20/6 22/22 23/22 170/25
171/2
**responds** **[8]**   6/6 17/7 18/8
22/19 22/21 144/1 172/6
173/11
**response** **[11]**   31/6 94/2 98/9
121/7 150/13 150/16 156/23
160/18 172/10 229/14 229/17
**responsibilities** **[2]**   221/1
244/24
**responsive** **[3]**   162/20 213/9
214/11
**rest** **[2]**   21/12 238/12
**restrictions** **[2]**   256/25
256/25
**restroom** **[2]**   50/16 214/21
**result** **[3]**   33/15 116/25
236/1
**retrieve** **[1]**   236/21
**return** **[1]**   235/25
**returned** **[3]**   48/7 166/5
218/22
**returns** **[1]**   51/18
**reveal** **[1]**   240/7
**reviewed** **[3]**   45/5 230/17
248/3
**rich** **[3]**   63/18 63/21 73/20
**rid** **[1]**   40/11
**riding** **[1]**   168/18
**right** **[243]**   5/20 14/3 18/5
29/1 31/19 32/16 32/25 34/8
41/18 49/11 50/21 51/12
51/17 51/19 53/23 65/25 67/7
68/10 74/18 76/22 83/2 84/6
85/9 85/13 88/4 89/2 89/7
89/9 89/11 89/19 90/8 90/9
90/12 91/14 93/21 93/23
93/23 94/6 94/24 94/25 95/5
95/9 95/13 95/19 95/25 96/22
97/21 98/2 98/3 98/12 98/25
99/2 100/6 100/12 100/19
100/24 100/25 101/2 101/3
101/5 102/5 102/12 103/3
103/12 104/3 104/6 104/7
104/8 104/18 104/22 105/12
105/24 108/23 109/5 110/1
110/3 110/8 111/25 112/4
113/12 113/20 114/9 115/7
119/2 119/8 121/14 122/21
123/10 123/14 123/22 124/7
125/20 125/23 127/12 127/16
130/5 133/20 134/18 135/17
135/19 137/22 138/12 138/20
139/17 140/2 140/6 140/22

**R**

**right... [136]**  141/9 141/10
141/11 141/16 141/20 143/12
143/15 144/15 144/21 145/6
146/8 146/12 146/15 146/21
148/13 148/20 149/1 149/19
150/5 151/9 152/20 152/24
153/4 154/11 154/17 154/22
155/4 155/9 155/10 155/11
155/12 156/6 166/6 169/1
169/9 170/5 170/13 170/19
171/12 171/23 172/2 172/4
172/18 173/6 173/9 173/12
173/18 174/3 174/24 175/2
175/25 176/9 177/2 177/9
177/11 177/19 178/3 178/17
178/24 178/25 179/19 180/20
180/23 181/1 181/3 181/14
182/8 182/19 183/18 183/22
184/6 184/20 185/8 186/24
187/5 187/7 188/10 189/24
190/8 190/14 191/2 191/4
191/14 191/16 192/19 193/12
195/3 195/20 196/5 197/1
197/3 197/19 197/21 198/18
199/6 199/16 200/23 202/8
202/10 202/25 203/2 203/13
204/15 204/15 205/5 207/7
208/15 208/25 210/7 211/6
211/7 211/14 211/19 211/23
223/12 223/20 237/7 238/7
238/22 239/15 239/17 240/13
240/16 240/21 241/7 241/15
242/1 242/8 242/11 244/22
247/14 247/19 250/11 259/25
260/6 260/10

**rise [2]**  157/25 159/5
**risk [1]**  218/2
**road [1]**  62/19
**robberies [1]**  246/5
**robbery [3]**  225/10 245/17
245/21
**ROBIN [2]**  1/11 2/3
**rocks [1]**  80/22
**role [3]**  223/3 246/21 246/22
**rolling [1]**  99/4
**roof [1]**  196/14
**room [101]**  11/13 34/13 65/1
65/2 65/8 68/9 68/9 68/11
68/12 68/13 68/14 68/24 69/2
71/5 72/2 72/3 72/3 72/4
72/24 76/11 76/16 101/19
102/18 105/4 138/1 138/6
138/8 138/12 138/14 138/18
180/3 180/6 185/16 188/23
189/2 199/16 199/17 199/18
199/18 200/21 201/7 201/8
201/10 201/21 202/15 202/20
225/4 225/6 225/6 225/16
226/7 227/11 227/14 227/15
227/17 227/21 227/25 228/4
228/6 228/20 228/23 229/4
229/23 230/25 231/2 232/24
233/10 233/23 233/25 234/12
237/18 238/6 239/20 240/13
241/10 241/11 241/15 241/19
241/21 242/13 242/14 242/16

242/22 242/24 242/25 243/8
243/13 243/19 250/17 251/3
251/4 251/21 252/3 252/6
252/7 252/9 252/23 255/8
255/15 255/19 257/3
**rooms [4]**  70/8 228/3 242/7
242/9
**Rosa [8]**  5/4 15/6 27/16 62/5
62/11 97/2 97/4 194/11
**Rosanna [2]**  181/10 181/25
**rose [1]**  172/17
**ROSENBERG [3]**  1/3 1/11 2/3
**Rosita [7]**  8/18 30/11 32/10
96/6 96/25 181/10 216/11
**Rositaa [1]**  30/8
**rough [1]**  196/10
**row [1]**  6/8
**rule [1]**  163/7
**ruled [2]**  52/16 164/12
**ruling [5]**  157/24 159/3
159/16 160/6 258/15
**rulings [1]**  125/6
**run [5]**  44/18 66/4 66/11
87/21 87/22
**running [9]**  44/2 54/16
188/10 189/3 218/2 228/7
237/25 239/25 240/20
**rushed [1]**  117/13
**rustling [1]**  232/25
**RXXXXXX [4]**  3/3 181/18 227/7
233/17
**RXXXXXXXX [10]**  7/17 8/7
228/15 228/21 233/13 235/6
235/9 236/8 243/5 245/24

**S**

**S-H-A-W [1]**  244/9
**sad [1]**  208/14
**safe [16]**  49/4 49/5 74/3
76/5 76/6 76/8 109/21 109/22
109/23 109/24 110/23 146/21
153/11 153/12 153/13 153/21
**safety [1]**  252/8
**said [132]**  6/3 6/7 6/7 10/17
10/17 10/18 10/19 11/3 12/25
13/1 15/3 15/3 15/7 16/6
16/8 17/10 17/11 17/12 18/10
18/16 18/20 19/6 19/9 20/9
20/10 20/12 21/1 21/1 21/2
21/2 21/5 21/13 22/8 22/8
24/7 40/11 41/20 44/15 45/10
48/4 51/24 53/22 57/18 61/25
63/13 65/13 68/25 69/5 70/11
73/19 76/22 89/7 90/6 92/17
98/21 100/1 103/14 103/25
104/1 105/23 108/3 108/8
108/25 111/22 111/23 111/24
114/6 114/8 117/2 122/12
122/15 124/22 139/11 139/11
139/24 140/10 141/13 147/13
147/17 149/7 155/5 157/18
158/3 158/5 161/7 162/20
163/10 163/23 170/17 170/18
172/20 175/11 175/6 175/8
175/20 176/9 180/25 181/25
184/16 185/19 187/17 187/19
189/9 192/4 195/22 197/23
197/24 198/3 198/8 200/4

200/9 200/9 201/21 210/10
212/17 212/21 215/15 218/2
225/4 225/16 226/16 226/23
227/16 230/10 231/17 233/22
237/6 239/9 241/9 243/12
247/6 251/22
**sake [2]**  50/25 51/1
**same [33]**  7/4 10/2 14/25
30/23 31/8 37/12 38/7 51/14
58/2 64/23 74/6 74/23 98/14
101/25 102/3 130/25 131/16
134/1 151/11 151/13 154/1
156/11 176/24 176/25 193/19
193/22 211/16 215/3 225/1
256/4 256/21 256/25 259/8
**sanction [1]**  214/1
**sandals [12]**  128/9 129/21
130/5 130/14 130/23 131/6
133/14 134/11 134/13 139/1
203/9 204/20
**Sara [2]**  115/6 115/9
**save [3]**  50/16 141/22 231/25
**saved [1]**  141/18
**saw [17]**  7/13 25/18 34/6
46/24 47/9 63/23 116/3 116/4
118/22 121/18 125/2 186/5
188/22 233/18 240/21 240/24
243/5
**say [104]**  5/17 9/23 11/2
15/4 16/13 17/6 17/8 17/9
18/4 18/6 18/8 18/21 20/9
22/7 22/8 22/10 22/16 22/18
24/8 24/11 24/24 28/18 30/11
39/25 40/3 40/10 40/12 42/4
45/21 48/8 55/12 63/2 63/14
63/24 82/21 85/14 87/3 87/11
90/4 90/15 90/21 91/20 92/9
97/13 97/18 97/19 98/15 99/2
107/8 107/16 108/11 113/6
113/8 120/4 121/4 121/7
122/6 135/19 137/5 141/15
143/23 144/25 145/18 146/4
146/10 146/14 146/18 146/19
146/25 148/4 148/21 149/21
150/24 151/5 165/7 166/2
170/18 171/1 171/7 171/25
172/6 172/10 172/13 172/24
173/4 173/14 174/8 174/11
174/12 174/14 179/16 181/22
200/5 200/7 205/11 205/23
207/24 221/22 224/5 225/3
229/19 243/3 246/23 259/25
**saying [25]**  12/24 16/22 18/6
18/9 31/6 90/2 98/19 103/5
105/1 138/23 142/5 147/2
147/4 160/11 172/2 172/15
194/13 203/14 205/10 205/23
208/16 208/19 209/20 210/22
237/9
**says [44]**  5/4 5/9 5/17 6/3
15/2 15/24 16/21 17/3 17/8
17/9 17/13 18/5 18/7 18/16
18/22 20/8 20/11 22/15 22/16
24/10 24/18 25/1 25/4 27/20
29/24 40/18 85/9 86/25 94/22
145/8 148/18 148/18 170/22
170/23 171/14 172/17 172/25
189/5 209/10 213/21 213/22

**S**

**says...** **[3]** 249/14 250/13 250/17

**scale** **[2]** 222/22 222/22

**scan** **[1]** 233/7

**scare** **[4]** 23/2 23/3 38/20 40/6

**scared** **[8]** 6/13 22/19 24/2 103/1 103/2 103/7 105/1 149/3

**scene** **[3]** 200/17 200/19 225/11

**scenes** **[1]** 257/6

**schedule** **[5]** 256/18 256/19 256/20 256/21 260/6

**SCHILLER** **[14]** 1/15 3/4 28/23 89/4 106/18 116/24 141/7 145/25 159/10 163/15 165/15 169/20 180/8 182/2

**school** **[2]** 119/12 221/9

**scope** **[1]** 165/19

**scream** **[4]** 144/8 226/10 231/18 232/18

**screaming** **[7]** 44/2 44/15 44/22 101/20 102/17 105/4 188/9

**screams** **[3]** 102/7 102/7 102/9

**screen** **[6]** 6/22 9/10 9/14 67/7 209/9 223/25

**screens** **[2]** 51/3 207/5

**scroll** **[4]** 93/6 172/12 179/14 236/10

**scrolling** **[1]** 235/14

**seal** **[2]** 258/12 258/18

**search** **[2]** 33/5 222/22

**searching** **[1]** 222/24

**seat** **[1]** 220/4

**seated** **[5]** 4/1 4/9 51/20 166/7 218/24

**second** **[28]** 28/17 37/3 42/22 59/11 67/4 85/12 88/2 113/18 146/10 159/9 162/8 179/2 186/4 216/25 225/16 225/18 227/24 229/4 241/10 241/10 241/25 242/13 242/20 242/24 243/12 243/19 253/1 258/19

**secondly** **[2]** 158/22 164/14

**seconds** **[2]** 6/4 6/8

**secured** **[1]** 186/1

**security** **[3]** 48/25 229/22 229/25

**see** **[67]** 8/18 9/3 13/6 14/16 18/24 19/10 20/23 23/24 26/18 38/5 44/3 47/20 51/2 53/9 57/25 61/6 62/4 72/18 74/18 75/15 79/15 79/17 93/12 96/13 101/19 113/13 119/15 124/25 125/5 125/16 126/5 126/10 126/24 126/25 127/1 134/13 137/11 137/13 137/14 143/14 152/15 153/6 153/9 153/10 156/14 157/7 158/21 187/19 188/22 199/25 201/6 206/4 207/6 209/6 216/9 217/9 217/24 219/24 222/1 240/21 240/24 243/21

250/10 250/23 256/20 258/16 260/11

**seeing** **[8]** 18/19 110/13 110/19 126/6 127/3 227/18 256/24 257/8

**seeking** **[1]** 207/17

**seem** **[2]** 213/20 257/4

**seems** **[3]** 187/13 187/15 218/1

**seen** **[17]** 8/5 30/22 54/20 55/5 79/5 79/6 79/9 79/13 79/18 100/23 117/25 137/24 176/16 184/2 184/4 184/6 184/10

**selfie** **[1]** 134/8

**sell** **[1]** 204/20

**send** **[18]** 8/12 9/2 13/16 13/18 13/19 13/24 23/9 28/19 42/15 58/25 85/15 86/5 152/23 171/14 174/5 180/13 180/19 209/8

**sending** **[7]** 27/22 31/4 31/4 96/2 145/2 205/22 254/21

**sends** **[12]** 6/10 9/7 9/9 11/10 13/25 14/3 20/22 23/17 23/25 171/15 171/23 174/10

**sensitive** **[1]** 216/13

**sent** **[11]** 27/20 27/24 59/15 85/4 85/9 146/24 147/7 180/11 209/15 237/23 250/18

**separate** **[1]** 22/2

**September** **[3]** 89/21 94/8 97/18

**September 16th** **[1]** 97/18

**September 7th** **[1]** 94/8

**sergeant** **[4]** 227/19 244/22 245/9 258/7

**serial** **[1]** 251/15

**series** **[2]** 69/19 177/8

**serious** **[1]** 117/12

**service** **[6]** 8/15 105/20 149/9 149/12 193/2 220/21

**set** **[11]** 12/14 12/16 71/6 71/24 88/7 142/15 176/7 176/24 253/16 255/8 255/13

**sets** **[1]** 9/9

**seven** **[5]** 29/5 32/24 103/6 231/16 243/14

**seven-page** **[1]** 29/5

**several** **[2]** 48/5 181/9

**sex** **[16]** 50/20 53/7 95/4 106/1 160/23 162/1 162/23 211/5 211/6 221/11 226/12 226/23 245/10 245/12 245/13 251/8

**sexual** **[3]** 159/15 159/16 232/10

**Shaking** **[2]** 22/18 143/23

**shape** **[1]** 229/9

**share** **[1]** 201/10

**SHAW** **[4]** 3/9 244/5 244/6 244/9

**she** **[207]** 15/17 15/18 17/6 17/20 17/21 17/24 18/10 18/16 18/21 19/15 38/20 39/19 42/16 42/17 44/19 44/25 47/7 48/9 48/13 53/25 54/5 54/6 54/7 54/7 58/21

58/23 62/24 63/1 63/3 63/10 63/24 64/3 65/13 65/13 65/17 66/4 66/5 66/7 66/12 66/18 66/20 67/17 69/15 69/16 111/11 111/14 112/9 116/4 119/11 119/15 119/18 120/13 120/18 124/3 124/5 129/15 144/2 144/10 144/17 145/5 145/8 156/18 156/25 157/1 157/5 157/11 158/5 158/7 158/16 159/17 159/22 160/1 160/1 160/2 160/2 160/4 160/8 160/11 160/15 160/20 162/23 162/25 163/22 163/23 164/9 164/9 164/9 166/1 166/1 166/2 177/15 177/15 177/16 188/9 188/9 189/3 189/16 190/10 190/15 190/15 190/17 190/18 190/18 190/19 190/21 190/23 190/23 190/24 190/25 191/1 191/2 191/2 191/2 191/11 191/16 191/18 191/18 191/22 192/1 192/3 192/3 192/5 192/5 192/5 192/8 192/22 192/24 193/12 196/3 196/5 196/6 196/8 196/10 196/20 196/22 196/22 196/24 197/3 197/19 197/20 197/21 197/22 197/24 197/25 198/4 199/13 199/14 209/20 209/20 212/17 213/10 213/19 213/22 213/22 213/25 214/4 214/6 214/11 216/13 216/24 216/25 217/1 217/1 217/3 217/10 225/3 225/4 225/6 226/4 226/4 226/6 226/9 226/16 226/17 226/19 226/20 226/22 226/23 227/8 227/10 227/15 227/16 227/17 232/6 232/7 232/18 233/1 233/10 237/11 237/13 237/13 251/22 251/24 252/1 252/2 256/5 257/20 258/8 258/11 258/14 259/1 259/2 259/4 259/5 259/7 259/18 259/21

**she's** **[3]** 18/11 97/19 143/23

**sheet** **[1]** 75/7

**shelf** **[4]** 137/14 184/22 185/1 185/20

**shells** **[3]** 185/2 185/4 185/7

**Sheriff's** **[7]** 220/16 234/18 244/15 244/18 251/14 254/13 255/8

**shirt** **[2]** 87/12 222/4

**shit** **[6]** 10/17 21/10 40/14 98/22 99/12 210/14

**shoe** **[1]** 71/17

**shoes** **[3]** 71/18 76/21 76/24

**shop** **[1]** 63/21

**shopping** **[4]** 91/16 91/18 91/20 114/22

**short** **[2]** 43/2 51/16

**shot** **[5]** 9/10 9/14 58/15 58/21 223/25

**shotgun** **[1]** 185/12

**shots** **[2]** 58/18 193/25

**should** **[14]** 16/25 31/15 129/3 158/14 159/3 161/19

## S

**should... [8]** 164/12 177/2
208/20 214/22 257/1 258/4
258/5 259/19
**shoulder [1]** 237/16
**shouldn't [1]** 260/1
**show [28]** 15/17 20/21 23/14
25/14 37/6 37/11 41/6 49/22
56/3 59/17 60/15 61/15 69/19
74/22 77/24 105/5 123/13
130/9 133/5 133/14 147/12
166/12 166/18 166/22 199/20
200/25 201/4 213/20
**showed [3]** 6/18 180/8 182/2
**shower [14]** 5/6 5/7 5/17
5/25 6/4 6/5 6/7 6/9 6/9 6/9
113/1 113/12 114/4 149/1
**showing [21]** 6/22 7/16 12/6
37/20 38/7 47/3 47/24 59/5
75/11 76/4 76/10 76/16 77/1
77/9 80/23 83/5 83/6 212/18
234/4 235/19 249/6
**shown [2]** 195/18 217/1
**shutters [1]** 70/6
**Si [1]** 86/18
**sick [2]** 21/13 79/25
**side [6]** 47/20 62/19 77/5
207/23 210/15 228/1
**sidebar [16]** 50/5 50/6 50/11
51/10 51/11 84/10 212/22
213/1 213/4 213/5 213/6
214/23 214/24 256/1 256/3
256/10
**sight [1]** 252/10
**sign [2]** 186/21 186/22
**signal [3]** 28/10 227/2 252/2
**Signature [1]** 260/19
**silent [1]** 238/13
**similar [1]** 180/11
**since [3]** 28/4 55/13 221/6
**single [5]** 171/14 171/15
171/17 207/11 218/14
**sir [3]** 220/11 222/10 237/2
**sister [2]** 120/18 149/23
**sisters [1]** 120/15
**sit [8]** 73/9 73/15 73/16
73/18 90/24 178/14 203/7
256/15
**sit-down [2]** 73/18 178/14
**sit-downs [2]** 73/15 73/16
**sitting [3]** 134/15 169/1
222/4
**situation [8]** 7/4 63/7 64/1
80/2 162/10 225/10 253/20
254/4
**situations [1]** 67/2
**situps [2]** 28/3 28/7
**six [5]** 32/12 89/15 143/18
143/19 234/14
**skip [1]** 210/20
**slave [5]** 19/16 196/20
197/15 197/22 198/8
**slaved [1]** 126/22
**sleep [13]** 65/7 68/23 69/2
69/3 69/13 69/15 70/21 95/24
195/20 199/15 199/18 200/7
200/9

**sleeping [26]** 5/22 54/7
143/23 177/19 177/23 197/5
**sleepy [1]** 210/22
**slept [3]** 69/11 69/16 202/10
**small [3]** 68/3 68/19 141/15
**Smh [3]** 20/8 22/10 143/23
**smile [2]** 174/8 208/13
**smiling [6]** 168/5 168/9
169/3 174/11 195/1 210/2
**smily [25]** 24/24 24/25 98/24
146/12 146/15 146/16 151/3
171/8 171/15 171/15 171/16
171/17 171/17 171/23 172/20
173/2 173/4 174/5 174/8
174/9 174/10 174/11 209/12
211/1 211/2
**smoothly [1]** 260/4
**SMS [1]** 250/13
**snow [1]** 27/2
**so [144]** 4/5 6/1 8/5 10/4
11/8 11/9 12/13 12/25 15/3
15/10 17/10 18/23 20/6 32/3
32/21 33/10 36/20 44/2 44/15
44/18 51/1 52/9 67/18 77/3
77/7 83/1 85/4 85/12 89/13
90/24 91/9 92/4 93/1 93/5
93/7 93/12 94/2 94/8 94/15
95/1 95/19 96/2 96/16 98/1
100/18 100/23 101/13 102/17
103/3 103/5 103/12 104/3
104/17 106/4 106/8 110/5
111/3 112/4 113/14 116/19
117/25 119/6 121/25 123/6
123/7 123/13 124/9 126/1
126/25 129/14 135/19 140/2
140/20 141/11 142/17 142/21
142/21 143/7 143/14 146/6
146/24 148/8 150/2 150/12
150/17 150/17 153/10 155/18
160/10 161/8 161/8 161/13
163/12 163/17 164/8 170/2
170/7 171/9 172/1 173/5
173/6 175/11 179/16 180/5
181/18 183/22 187/10 188/5
196/5 197/19 198/5 200/17
203/4 203/7 204/23 205/3
205/24 207/23 208/20 212/8
212/23 213/2 213/3 217/4
219/17 220/15 222/5 222/7
224/1 227/24 228/3 229/3
239/19 240/15 242/13 243/9
246/11 254/4 254/10 254/17
254/21 255/19 256/2 257/17
**So,let's [1]** 146/3
**Social [1]** 48/25
**software [1]** 254/10
**solve [1]** 213/14
**some [39]** 30/22 36/5 50/24
65/10 75/3 75/13 89/13 91/2
99/12 121/19 126/22 127/19
132/25 137/21 139/24 140/4
149/18 155/1 155/13 162/10
168/18 180/2 183/2 187/24
188/1 203/4 203/9 205/5
216/25 218/16 231/25 238/6
238/14 240/9 248/19 251/5
254/4 254/10 259/2
**somebody [9]** 105/6 106/1

149/3 194/3 224/10 228/8
232/24 243/14 248/25
**somehow [1]** 254/22
**someone [12]** 11/22 39/13
54/16 114/2 174/14 174/19
208/23 208/24 226/20 241/3
247/12 255/1
**something [29]** 15/6 38/19
38/20 40/12 40/14 62/15
73/20 75/20 75/21 75/21
75/22 80/2 98/22 107/16
152/8 159/5 164/12 165/5
175/14 188/22 188/22 207/9
210/4 213/21 214/2 240/15
241/14 256/23 259/21
**sometimes [15]** 31/9 58/19
66/4 66/5 78/8 106/25 120/1
138/6 139/6 142/25 142/25
143/3 143/5 180/19 220/17
**somewhere [3]** 105/5 184/6
255/14
**son [4]** 39/8 40/22 40/23
40/24
**soon [4]** 35/21 101/18 151/7
210/13
**sooner [1]** 258/5
**sophisticated [1]** 142/1
**sorry [29]** 10/15 15/5 15/7
20/20 26/8 29/10 41/20 50/23
52/2 57/15 99/11 111/19
125/4 141/5 144/24 148/2
155/23 174/17 184/18 186/7
186/13 190/16 195/7 202/13
206/2 213/2 229/3 235/8
245/11
**sort [5]** 54/15 162/10 177/24
254/4 254/10
**sought [1]** 163/18
**sounded [1]** 17/11
**sounds [3]** 258/4 259/12
260/4
**SOUTHERN [2]** 1/1 222/9
**space [3]** 16/3 17/8 21/4
**Spanish [2]** 24/23 86/13
**speak [7]** 86/13 94/18 94/20
142/21 159/11 224/13 252/4
**speaking [7]** 53/17 122/4
143/21 170/7 205/14 210/21
213/8
**Special [1]** 234/15
**specific [7]** 157/25 158/1
158/8 159/6 163/16 214/9
246/1
**specifically [5]** 39/4 56/25
156/25 157/14 223/20
**specificity [1]** 158/18
**specifics [1]** 232/12
**speculating [3]** 145/14
145/16 145/18
**speculation [2]** 16/11 142/6
**speed [1]** 218/6
**speeding [1]** 54/18
**spell [2]** 220/5 244/7
**spend [8]** 18/17 22/10 57/10
71/22 94/23 95/4 114/19
210/16
**spending [1]** 177/9
**spider [5]** 6/24 7/4 7/20

**S**

**spider... [2]** 117/3 135/22
**spoke [12]** 15/6 17/7 18/23 103/20 161/25 175/4 215/18 224/10 226/2 247/6 249/25 256/5
**spoken [1]** 258/9
**spots [1]** 255/17
**spray [3]** 230/1 233/23 234/20
**spring [1]** 74/22
**squared [1]** 161/14
**squarely [1]** 163/25
**St [3]** 80/4 81/11 81/14
**stack [2]** 110/8 137/21
**stand [6]** 158/5 208/8 208/10 216/14 216/24 218/3
**start [3]** 191/20 191/24 210/2
**started [11]** 44/2 92/1 95/23 96/2 96/22 160/8 178/5 193/19 193/22 227/24 228/6
**starting [1]** 10/12
**starts [2]** 96/5 179/10
**state [9]** 112/9 124/22 175/2 192/12 192/15 192/21 206/20 220/4 244/7
**stated [1]** 113/3
**statement [4]** 99/8 99/11 158/13 192/22
**statements [5]** 158/4 192/23 229/12 229/14 238/7
**states [5]** 1/1 1/4 1/12 1/16 36/17
**stay [14]** 20/9 22/12 41/25 90/6 125/7 126/8 128/13 128/13 135/2 189/9 189/14 189/16 190/21 241/19
**stayed [2]** 102/21 228/6
**staying [1]** 20/15
**step [1]** 244/3
**stepping [1]** 243/5
**stick [1]** 93/5
**still [18]** 15/4 55/25 74/23 112/21 159/17 160/1 160/2 160/15 160/21 210/18 218/10 237/13 242/14 242/22 242/25 243/9 255/15 257/25
**sting [1]** 255/9
**Stipes [4]** 2/3 98/18 166/1 260/18
**stipulate [1]** 216/8
**stock [1]** 185/2
**stole [1]** 188/14
**stood [1]** 199/8
**stop [8]** 106/12 174/11 186/3 186/20 187/1 187/4 191/18 210/8
**stopped [4]** 65/9 191/16 191/22 192/1
**stopping [1]** 217/4
**store [1]** 78/3
**stores [1]** 114/11
**storing [1]** 254/24
**storm [1]** 70/6
**story [1]** 43/25
**strapped [1]** 185/4

**strategic [1]** 220/24
**street [12]** 1/20 44/9 44/10 44/11 63/23 83/6 85/22 138/23 138/25 139/3 139/14 222/12
**streets [2]** 18/17 18/18
**stricken [2]** 125/12 162/15
**strictly [1]** 138/7
**strike [6]** 33/22 39/17 163/5 214/10 214/12 214/16
**string [1]** 209/2
**stripper [1]** 123/7
**stronger [1]** 208/7
**struck [1]** 66/21
**struggle [1]** 21/3
**stuff [12]** 70/17 70/23 74/17 78/10 115/3 181/17 183/18 196/2 196/3 200/8 200/23 202/5
**stuffed [1]** 202/3
**stupid [1]** 18/5
**subject [1]** 241/3
**subjects [1]** 239/25
**subpoena [3]** 235/15 236/1 236/14
**subsequent [1]** 158/1
**such [4]** 87/9 141/8 162/12 164/5
**suck [3]** 107/11 108/1 179/17
**sufficient [2]** 161/15 219/12
**suggest [2]** 157/5 215/21
**suggested [1]** 101/9
**Suite [2]** 1/17 1/24
**sun [2]** 62/5 194/20
**sunglasses [1]** 204/3
**super [1]** 24/8
**superimpose [1]** 62/7
**supervisor [1]** 223/2
**supplying [1]** 259/8
**support [1]** 229/23
**suppose [3]** 149/25 163/24 206/21
**supposed [4]** 17/2 83/3 86/7 102/17
**sure [23]** 24/8 64/3 82/11 89/22 89/23 90/17 93/3 104/18 109/13 117/12 125/7 150/19 150/20 155/20 176/25 183/4 207/25 214/7 224/2 226/6 236/14 256/22
**SURELY [1]** 121/8
**surgery [3]** 23/10 150/13 151/5
**surveillance [8]** 11/23 11/24 34/7 35/2 35/4 36/1 36/5 36/12
**suspect [2]** 241/14
**suspect's [1]** 239/1
**suspects [1]** 242/10
**sustain [3]** 192/13 211/18
**sustained [7]** 35/23 39/11 57/14 100/5 116/20 142/12 209/23
**sweep [2]** 172/21 172/22
**sweeping [1]** 183/3
**sweet [3]** 146/14 172/20 172/20
**sweetie [1]** 250/23

**sweety [1]** 85/15
**swelling [1]** 47/20
**swimming [2]** 182/3 197/13
**switch [1]** 9/23
**SWORN [2]** 220/3 244/6
**synced [1]** 154/4

**T**

**table [4]** 68/19 68/19 207/5 222/4
**tag [1]** 72/13
**take [41]** 5/6 5/7 5/17 5/25 11/22 19/21 20/6 34/5 36/2 36/13 51/12 67/18 88/7 101/19 101/23 105/12 113/20 116/8 117/9 121/18 122/10 128/7 134/4 134/18 135/21 135/22 140/12 156/7 172/24 204/17 204/20 205/5 205/8 208/24 210/11 214/25 215/16 217/8 219/18 234/11 249/7
**takedown [6]** 227/2 238/15 238/16 252/2 252/11 255/16
**taken [18]** 11/16 35/25 50/19 51/16 60/4 64/25 67/9 74/22 130/13 156/16 206/14 215/7 227/10 229/5 237/10 237/13 242/3 255/19
**takes [1]** 166/1
**taking [5]** 43/8 98/19 105/3 216/21 227/3
**talk [13]** 9/21 15/2 25/2 31/10 31/14 62/20 68/3 73/19 89/13 100/8 106/20 149/3 199/6
**talked [14]** 27/19 35/20 91/14 91/16 110/25 116/24 122/10 122/12 123/11 127/18 190/12 193/25 202/24 229/25
**talking [27]** 15/12 16/9 16/10 16/23 17/10 24/14 25/22 31/8 83/17 92/1 93/16 95/23 100/9 114/3 121/2 122/8 143/24 144/3 145/20 147/25 156/25 181/24 182/8 189/2 194/11 238/13 247/17
**Tamarac [10]** 7/22 7/23 20/20 67/10 76/14 104/15 104/16 118/13 118/14 136/4
**tape [1]** 56/6
**target [1]** 241/12
**targeting [3]** 222/18 222/25 255/11
**tased [1]** 108/6
**taser [6]** 50/21 53/12 53/13 66/21 66/21 174/15
**task [4]** 220/25 222/13 245/2 245/3
**tat [2]** 121/5 121/13
**tattoo [16]** 54/20 56/13 100/25 101/2 101/9 101/11 101/16 102/1 120/17 121/25 122/7 193/14 232/16 233/18 238/24 239/9
**tattooed [1]** 120/11
**tattoos [2]** 238/7 239/2
**tattoosKXXXXX [1]** 121/18
**taught [2]** 115/16 221/18

**T**

**te [5]**   24/21 24/22 87/14
146/6 209/12
**teach [1]**   42/15
**team [13]**   223/2 225/7 225/8
227/3 227/20 228/3 231/4
238/19 239/13 239/20 241/17
241/21 255/16
**teams [1]**   227/20
**teeth [2]**   28/11 28/13
**television [4]**   138/5 138/10
138/14 138/20
**tell [43]**   9/1 9/14 11/12
16/14 18/25 19/2 20/8 31/12
35/4 43/25 56/3 60/4 62/23
63/16 63/18 63/20 75/6 87/19
95/15 96/19 100/24 101/6
102/9 103/24 106/18 107/11
108/15 116/11 116/13 118/20
146/11 146/14 148/25 151/13
165/1 177/8 183/2 212/12
213/25 227/16 227/23 233/8
244/24
**telling [12]**   100/12 101/15
105/6 121/13 147/18 148/23
173/6 178/10 207/22 208/6
209/25 210/25
**tells [1]**   100/14
**ten [6]**   6/4 35/8 101/6 182/5
209/12 215/16
**term [3]**   171/4 180/23 221/7
**terms [3]**   11/4 251/5 251/8
**testified [43]**   28/4 88/11
91/4 95/11 99/5 99/16 105/19
108/19 108/22 109/25 111/11
112/23 114/8 114/11 116/2
116/8 135/9 135/21 135/25
138/22 142/14 142/14 147/10
151/17 151/19 151/20 153/15
153/18 154/4 154/10 156/18
158/16 175/13 176/7 176/25
180/22 187/16 193/14 199/15
199/23 200/3 204/23 242/6
**testifies [4]**   258/11 259/4
259/18 259/21
**testify [6]**   96/8 162/22
178/12 219/17 219/19 258/14
**testifying [4]**   114/1 149/6
157/11 173/22
**testimony [23]**   65/9 91/3
120/13 153/23 156/10 157/24
158/24 162/12 163/19 192/25
202/10 214/10 214/12 214/16
215/5 215/24 217/5 219/18
219/23 239/22 258/10 259/13
259/23
**Texas [2]**   127/8 127/23
**text [60]**   4/18 4/24 5/22 8/5
8/9 9/17 22/2 23/18 25/4
27/18 30/22 31/3 34/6 56/18
84/14 85/4 101/12 105/5
106/21 116/11 116/13 136/14
136/16 146/11 146/14 146/18
147/14 147/18 147/20 147/21
189/18 206/6 206/14 209/21
212/18 216/9 216/19 226/7
226/9 227/17 227/18 231/17

231/19 232/6 232/19 237/14
237/17 237/23 249/2 249/4
249/5 249/12 249/12 249/21
250/13 253/22 254/15 254/16
254/21 259/4
**texted [3]**   10/4 147/15
147/17
**texting [5]**   31/13 84/22
141/11 141/16 205/10
**texts [18]**   6/8 85/18 93/7
115/15 135/14 136/11 142/15
144/12 147/7 147/12 176/7
176/24 177/8 181/22 198/11
199/6 205/6 209/8
**than [24]**   13/6 13/12 16/13
16/19 17/21 27/16 36/2 36/16
95/12 101/6 135/22 144/10
157/10 158/12 160/20 160/24
175/1 215/25 216/21 228/20
238/17 253/25 256/25 258/3
**thank [20]**   4/17 12/5 24/18
29/15 30/20 33/2 51/9 51/22
113/22 132/7 166/8 182/21
186/17 201/20 202/12 212/8
219/2 244/3 255/24 256/2
**thanks [1]**   256/13
**that [937]**
**that's [5]**   15/6 20/8 48/9
85/15 257/20
**their [7]**   12/24 155/14
174/23 219/16 224/7 225/8
255/16
**them [59]**   16/24 21/12 33/11
34/18 34/20 50/16 51/6 63/14
70/7 77/17 78/6 78/7 79/16
85/7 92/19 103/24 106/2
108/25 109/3 111/7 113/13
116/11 116/13 118/20 121/21
126/18 128/22 128/24 131/19
131/22 142/22 149/23 150/2
151/13 152/23 154/14 154/16
154/24 154/25 163/4 165/4
165/17 167/13 185/7 199/22
204/11 204/20 209/17 217/2
217/17 217/24 218/3 227/16
238/10 242/11 243/6 251/10
252/9 258/10
**then [67]**   5/9 6/8 8/25 11/2
12/9 14/5 19/21 21/3 24/25
27/24 28/21 68/10 86/5 86/9
86/11 87/3 87/5 87/7 94/2
94/17 94/17 94/23 97/6 98/24
103/3 103/5 104/24 106/9
113/1 113/3 117/2 122/15
131/8 142/25 143/11 145/5
146/6 146/10 146/14 146/18
146/25 151/5 161/6 162/14
164/10 171/14 171/16 172/6
172/10 172/24 174/8 174/11
175/20 181/24 206/11 206/21
214/3 216/2 217/23 221/6
223/25 226/21 253/22 254/7
255/15 259/25 260/7
**there [202]**   4/2 9/18 10/4
11/1 11/24 16/22 17/13 18/11
19/11 21/18 27/15 28/23
28/24 29/1 31/6 33/6 34/7
34/10 35/1 36/24 36/24 37/4

38/1 38/2 38/3 39/8 39/16
39/22 42/4 43/19 43/19 44/21
45/15 45/16 50/21 50/24 52/2
55/5 57/25 58/6 58/7 58/10
65/4 67/18 68/10 68/12 68/13
68/18 68/19 68/21 68/22
68/22 69/3 69/9 70/17 73/1
74/23 77/7 77/14 77/16 80/6
80/7 80/7 80/19 83/10 83/22
92/17 93/12 94/2 96/19 98/24
101/13 101/15 104/3 104/8
105/4 105/8 105/8 105/10
110/5 110/9 110/11 110/17
113/1 113/18 113/21 113/24
117/13 118/4 118/6 118/14
121/2 121/9 122/6 123/20
123/24 125/2 126/16 126/16
128/13 132/18 133/12 133/20
134/1 135/4 136/11 138/5
138/10 138/12 138/17 138/17
140/18 140/21 141/1 145/8
145/8 145/9 150/5 151/19
151/20 154/10 154/19 157/4
157/8 160/19 161/11 163/12
164/15 165/16 167/11 168/1
169/1 170/9 173/6 182/8
182/10 184/17 186/24 188/18
188/20 189/22 190/18 195/22
195/25 196/2 196/3 196/3
197/3 197/5 198/11 198/12
198/25 199/8 199/24 199/24
200/9 202/10 204/15 207/24
208/15 211/11 211/24 214/2
216/9 218/16 219/15 220/20
223/1 224/22 227/21 227/22
228/12 228/13 228/16 228/16
228/23 231/3 231/18 232/18
238/13 238/14 238/17 241/14
242/3 242/9 243/6 243/9
243/14 243/14 243/15 243/16
243/17 245/6 246/19 248/19
249/16 252/6 253/19 253/22
253/25 257/13 259/24
**there's [1]**   215/20
**Thereupon [15]**   4/7 46/8
51/15 51/16 51/18 52/22
156/15 156/16 166/5 215/7
218/22 231/23 248/17 257/10
260/12
**these [54]**   4/24 5/22 6/11
8/17 21/15 21/18 32/3 33/15
35/2 38/12 47/4 47/8 49/2
59/7 59/15 61/2 61/12 64/11
69/20 71/18 71/20 73/23 78/2
78/4 78/14 79/2 79/18 85/4
92/13 93/7 106/21 114/2
116/20 132/17 133/24 135/2
141/11 143/12 145/25 146/1
147/7 157/3 174/2 203/4
209/15 213/10 214/1 215/13
234/11 234/11 234/14 235/17
236/13 247/24
**they [102]**   7/13 7/14 9/5
11/6 11/7 16/25 16/25 21/13
22/12 41/23 42/2 42/4 45/11
58/18 59/17 70/11 75/13
77/16 79/16 83/14 87/20
91/16 91/16 91/18 91/20

**T**

they... **[77]**   91/20 92/1
103/14 103/16 103/17 103/18
103/22 104/24 110/6 118/6
118/18 126/20 128/20 128/23
129/12 132/2 133/8 137/17
143/7 143/11 143/11 143/15
145/12 151/2 153/11 154/16
155/8 155/11 155/13 155/18
155/19 162/1 164/5 164/25
165/3 165/14 176/25 185/7
185/14 197/15 200/17 200/18
200/19 203/11 203/13 204/5
204/9 217/13 218/5 218/15
225/11 225/13 225/14 228/3
228/5 228/6 228/7 229/7
234/13 235/21 237/18 238/13
238/14 242/6 242/13 242/13
242/23 243/3 243/10 243/12
246/10 247/24 248/5 248/21
252/9 255/5 258/25
thighs **[1]**   201/24
thing **[13]**   10/2 74/6 98/14
107/13 127/3 134/1 159/9
185/4 194/22 208/22 214/18
218/14 257/17
things **[37]**   6/11 6/21 14/18
14/21 14/23 18/6 23/25 31/12
35/2 49/11 51/25 54/10 69/8
69/9 71/11 72/20 75/3 83/21
89/13 100/19 107/9 108/3
108/8 120/4 124/14 129/2
138/20 141/11 147/15 147/17
151/13 163/6 180/13 200/18
203/5 218/6 257/12
think **[54]**   11/17 13/3 16/5
16/10 20/5 25/6 34/15 40/4
41/24 50/5 50/6 57/12 81/25
85/13 95/11 95/17 114/8
125/7 140/23 141/3 141/4
141/6 144/7 156/20 157/13
158/17 158/24 159/10 159/25
160/13 161/12 161/15 161/15
162/24 165/9 172/7 173/19
175/17 177/13 178/12 187/20
199/23 213/24 214/3 216/4
216/17 216/18 258/9 259/16
259/19 259/20 259/20 259/22
259/23
thinking **[4]**   13/2 150/13
243/10 257/25
thinks **[2]**   22/15 217/13
third **[7]**   44/25 59/13 146/14
163/20 164/15 232/18 232/20
this **[256]**   7/14 7/20 8/23
13/25 14/25 15/15 15/25
18/13 20/21 22/2 22/5 22/10
23/6 23/18 23/21 24/5 24/17
25/14 25/16 25/18 25/22 26/4
26/13 27/4 27/13 27/19 28/2
29/4 30/2 32/21 35/25 36/2
37/22 38/7 38/10 39/17 42/19
43/2 43/8 44/25 45/18 47/18
48/22 48/25 50/4 50/5 52/19
55/16 56/4 56/13 58/12 58/17
58/25 59/2 61/4 61/8 61/16
61/18 61/25 62/2 62/4 65/21

66/18 67/20 69/23 70/1 70/4
70/8 70/19 70/21 70/23 72/2
72/17 72/24 73/3 73/25 74/2
74/10 74/12 74/14 75/2 75/6
75/11 75/15 75/23 76/4 76/10
77/1 77/12 77/13 78/12 78/16
79/4 79/12 79/13 79/22 80/15
82/19 82/23 83/5 84/7 84/24
85/17 91/2 92/20 93/7 93/12
93/23 94/6 96/5 101/22
102/17 105/3 106/19 109/5
119/8 119/10 121/25 125/6
126/22 127/18 128/21 131/23
132/9 132/13 132/19 133/5
136/3 136/12 142/17 145/2
146/3 147/25 149/19 150/10
150/10 151/5 156/3 158/11
159/7 159/10 160/1 160/14
160/16 161/17 161/18 161/22
161/24 162/9 162/10 163/25
164/6 164/18 167/3 167/5
167/7 167/14 168/6 168/15
168/15 169/20 169/22 169/25
170/4 170/11 170/13 171/17
172/1 172/1 173/15 173/22
173/25 184/2 184/14 185/10
185/16 194/11 195/12 198/20
198/22 200/3 200/10 200/14
200/15 201/21 201/23 202/1
202/3 206/11 206/17 206/17
207/1 207/2 207/4 207/9
207/13 207/18 210/1 210/3
210/9 211/24 213/12 213/21
213/21 213/22 214/14 214/18
215/13 215/24 216/2 216/6
216/13 217/5 218/9 218/15
219/13 222/9 222/20 223/15
223/24 223/25 224/1 227/21
230/13 230/15 230/16 230/17
230/19 231/9 233/3 233/8
234/4 235/2 235/19 235/25
236/8 241/6 242/4 247/14
247/20 248/19 249/2 249/9
249/10 249/23 250/2 252/20
254/1 254/4 255/12 259/2
259/6 259/16 259/21 259/22
259/23
this,KXXXXX **[1]**   259/25
Thomas **[3]**   80/4 81/11 81/14
those **[66]**   9/10 9/14 22/9
23/13 23/14 26/19 31/2 31/10
33/7 33/8 33/10 33/13 34/16
51/13 62/7 72/20 76/18 83/3
86/6 89/4 107/22 108/3 108/8
109/20 110/5 110/8 113/3
116/4 116/4 125/7 127/16
127/19 137/17 148/14 151/22
154/19 154/21 155/5 162/3
174/12 174/14 174/19 178/10
179/22 180/16 180/19 185/7
194/1 194/3 197/15 201/21
202/7 203/11 204/15 204/17
213/17 228/2 233/25 234/17
237/17 245/3 248/24 250/11
250/13 253/12 257/7
though **[4]**   111/25 144/21
175/25 203/13
thought **[9]**   11/7 95/20 95/21

144/9 157/20 177/19 177/23
186/13 210/5
thoughts **[1]**   160/20
thousand **[1]**   203/11
thousands **[1]**   155/25
threaten **[1]**   40/8
threatened **[1]**   164/5
threatening **[2]**   24/4 147/21
three **[24]**   5/9 6/8 23/9
23/15 29/18 39/2 39/3 59/5
59/7 59/15 60/12 61/2 88/16
88/17 88/18 89/2 92/17
112/20 150/14 173/2 188/5
215/24 221/17 236/10
through **[29]**   30/21 34/19
34/20 36/1 40/22 58/14 81/5
82/9 84/14 88/19 90/5 91/2
106/19 131/24 155/25 156/2
158/25 205/5 208/18 213/2
216/19 216/21 222/22 225/14
233/7 235/14 236/10 243/10
249/10
throughout **[2]**   96/10 171/4
thru **[1]**   172/7
thrust **[1]**   213/11
till **[1]**   122/7
time **[99]**   5/19 13/3 13/25
18/17 19/1 19/2 19/3 19/4
20/8 22/10 25/18 28/5 29/4
32/22 39/20 39/22 42/19
50/17 58/2 59/2 72/11 78/16
84/8 84/24 95/9 95/12 97/24
100/24 101/25 102/3 103/18
104/9 109/12 109/15 113/15
117/10 119/1 119/2 125/8
128/21 131/23 139/5 139/7
141/18 141/23 149/4 153/1
153/4 154/7 154/8 156/2
159/7 159/21 160/2 160/9
163/10 163/13 164/15 167/14
171/9 177/6 177/9 177/14
178/15 180/19 180/19 192/22
193/19 193/22 205/12 207/4
209/25 210/10 210/14 210/16
211/9 213/21 216/10 216/10
216/21 219/13 220/25 222/23
231/9 231/25 232/18 233/3
234/4 235/19 242/22 246/5
250/2 252/8 254/24 255/20
256/15 256/19 259/2 259/21
timeline **[1]**   87/9
times **[23]**   39/1 39/2 39/3
72/11 88/16 88/17 88/18
88/18 89/2 102/9 102/15
103/9 103/10 108/15 109/16
112/20 120/3 123/2 127/12
138/12 138/17 144/12 181/9
times,KXXXXX **[2]**   89/2 89/7
tired **[8]**   5/13 5/18 21/3
21/8 21/8 21/8 79/25 79/25
title **[1]**   75/4
today **[20]**   4/2 17/7 27/4
45/5 46/2 55/25 75/25 88/23
90/24 181/24 215/1 215/11
218/1 219/16 219/22 222/1
239/23 256/12 257/15 260/6
together **[7]**   94/6 98/23
99/13 99/14 165/20 210/13

**T**

**together...** [1]   215/12
**told** [62]   9/19 12/14 36/13
  38/4 42/15 54/3 55/11 55/16
  62/20 63/1 63/2 63/14 63/21
  67/18 75/3 77/19 82/3 84/20
  101/11 101/12 102/3 102/5
  102/14 103/12 104/20 104/22
  107/25 111/11 111/21 117/6
  117/8 122/18 122/22 122/23
  123/17 126/5 130/1 138/11
  138/15 149/23 154/25 155/7
  155/20 155/21 162/25 177/1
  180/7 180/22 185/23 189/15
  189/18 190/15 192/14 197/20
  197/21 197/25 198/5 198/11
  217/16 227/19 228/3 237/4
**tomorrow** [2]   10/19 167/24
**too** [16]   9/13 56/22 69/8
  90/10 100/24 115/13 121/19
  123/8 140/6 149/25 150/19
  150/20 150/20 170/25 184/6
  192/5
**took** [23]   61/8 62/2 80/25
  98/1 102/18 108/1 112/24
  116/4 116/6 117/5 117/15
  118/9 130/15 133/22 134/6
  140/2 160/14 167/3 167/5
  168/11 176/1 181/17 216/22
**top** [6]   27/19 74/17 82/21
  119/10 236/17 240/9
**topics** [1]   158/9
**total** [3]   188/5 214/12
  216/12
**touch** [2]   135/19 185/23
**touched** [1]   24/24
**tough** [1]   166/1
**tourism** [3]   246/8 246/9
  246/10
**tourists** [1]   246/12
**towards** [3]   38/13 38/15
  231/3
**town** [2]   165/14 244/16
**trace** [1]   9/18
**traced** [1]   251/15
**Tracey** [1]   191/14
**track** [2]   82/4 256/18
**tracker** [1]   152/13
**tracking** [1]   82/10
**trafficking** [9]   160/23 221/3
  221/8 221/11 221/13 221/18
  221/20 222/13 222/15
**Trail** [1]   83/8
**training** [4]   221/6 221/13
  227/12 245/17
**transcript** [1]   260/14
**transport** [1]   72/11
**travel** [3]   14/16 63/21 109/9
**traveled** [2]   124/22 240/12
**traveling** [1]   36/17
**tree** [2]   80/22 81/1
**trees** [1]   80/25
**trial** [12]   1/11 129/3 158/3
  158/9 158/11 164/13 166/4
  230/17 248/3 256/22 259/22
  259/23
**tried** [6]   44/21 103/17 193/2

193/6 227/24 229/20
**tries** [1]   148/22
**trip** [11]   13/12 126/22 128/7
  130/25 131/6 131/16 132/19
  140/12 140/24 167/3 167/5
**trips** [5]   127/16 127/19
  127/22 128/3 134/18
**trouble** [4]   11/9 14/21
  135/12 238/13
**truck** [1]   173/1
**true** [13]   17/13 88/14 88/15
  104/22 104/23 105/21 120/15
  120/17 139/3 149/11 154/7
  188/14 191/12
**trunk** [1]   136/19
**trunks** [2]   80/22 81/1
**trusted** [1]   15/17
**truth** [2]   149/9 210/17
**try** [8]   18/23 28/21 90/22
  91/2 125/20 129/2 216/6
  246/18
**trying** [15]   16/13 23/23
  38/20 68/7 92/11 124/17
  124/18 124/19 148/24 169/14
  197/23 211/13 213/9 217/15
  227/24
**tuck** [1]   149/17
**tummy** [1]   149/17
**turn** [8]   51/1 51/3 131/18
  231/5 239/14 241/1 241/7
  257/2
**turned** [4]   161/24 164/13
  202/16 239/10
**turning** [1]   51/6
**turns** [3]   4/4 140/2 225/10
**TV** [5]   73/15 79/4 138/15
  197/7 257/2
**TVs** [1]   34/23
**twice** [1]   88/11
**two** [50]   5/9 28/23 29/1
  29/18 60/10 60/17 60/23 70/8
  77/7 80/11 82/12 85/7 88/18
  89/2 89/7 94/18 98/22 99/12
  107/13 118/23 126/1 126/9
  163/15 165/13 171/9 178/2
  179/12 215/10 215/13 215/19
  215/22 216/14 217/8 217/18
  217/25 218/11 219/15 219/18
  219/21 227/19 227/20 229/8
  242/7 242/9 245/6 245/11
  247/18 251/4 252/24 257/12
**two-month** [1]   28/23
**Ty** [1]   28/10
**type** [5]   75/13 192/25 222/19
  238/14 250/10
**types** [1]   259/12
**typical** [1]   85/17

**U**

**U's** [1]   209/2
**U.S** [5]   13/9 80/3 128/2
  221/19 221/19
**uber** [3]   20/2 20/3 20/14
**ubered** [1]   20/8
**Uh** [9]   67/5 89/10 94/12 95/8
  104/25 127/20 142/24 177/7
  179/13
**Uh-hum** [9]   67/5 89/10 94/12

95/8 104/25 127/20 142/24
  177/7 179/13
**Ultimately** [2]   144/15 242/3
**Um** [1]   245/6
**Um-m-m** [1]   245/6
**unavailable** [1]   215/11
**Uncles** [1]   126/13
**under** [9]   4/11 14/11 30/2
  88/20 117/21 156/9 215/5
  230/2 258/18
**undercover** [12]   221/9 221/12
  222/18 222/21 223/4 225/9
  235/13 235/13 246/23 246/24
  249/24 251/13
**understand** [12]   18/7 117/12
  123/18 128/20 130/4 138/16
  163/8 184/20 213/23 217/2
  241/9 253/19
**understanding** [1]   253/15
**understood** [3]   123/23 159/18
  212/20
**underwear** [1]   188/12
**undivided** [1]   256/13
**Unintelligible** [1]   147/1
**uninterrupted** [1]   160/10
**unit** [11]   244/20 244/23
  245/1 245/6 245/10 245/12
  245/22 246/8 246/9 246/10
  246/11
**UNITED** [4]   1/1 1/4 1/12 1/16
**units** [1]   220/23
**unknown** [1]   226/24
**unless** [7]   13/13 147/18
  155/21 174/23 211/25 256/22
  260/1
**unlike** [2]   104/5 259/12
**unpublish** [2]   233/3 233/20
**unreasonable** [1]   216/24
**until** [5]   65/21 89/16 89/18
  156/8 256/19
**up** [99]   4/10 5/4 5/6 5/8
  5/14 5/18 5/25 9/9 12/14
  12/16 17/19 19/25 24/6 37/3
  46/18 53/13 55/9 55/11 55/17
  55/19 56/5 66/10 70/6 80/8
  80/22 80/25 81/1 81/6 81/14
  81/23 88/7 91/13 92/1 98/17
  113/17 113/21 119/5 120/8
  120/9 125/2 125/5 126/1
  126/6 126/16 126/23 126/24
  126/25 127/3 137/7 137/8
  141/8 141/20 143/17 144/1
  145/22 146/3 148/6 158/14
  159/5 161/3 163/4 163/24
  165/3 165/4 169/9 169/21
  176/1 179/4 180/7 187/18
  188/7 189/21 190/3 190/4
  193/15 193/15 194/8 201/23
  203/7 208/25 210/15 214/2
  218/7 224/11 225/1 225/6
  225/13 225/18 225/19 226/23
  227/3 247/22 251/3 253/16
  254/1 254/2 255/8 255/13
  260/4
**upon** [1]   258/16
**upset** [5]   15/10 15/11 20/11
  108/9 178/11
**upstairs** [1]   44/19

## U

**urged [1]**   157/9
**us [25]**   16/14 16/15 34/5
43/25 55/14 56/3 58/7 58/21
68/8 72/11 80/7 80/8 82/3
83/1 83/5 87/19 98/19 123/17
166/2 198/5 198/11 233/8
237/4 244/24 253/12
**use [28]**   8/9 8/13 8/15 10/18
11/4 12/14 15/9 31/7 34/2
34/5 38/12 38/15 50/16 72/10
75/15 79/2 107/22 112/2
114/17 115/9 117/17 122/23
123/2 152/16 174/19 174/23
180/22 214/20
**used [24]**   33/11 35/1 72/3
100/18 106/20 107/18 107/20
109/9 115/6 115/17 115/19
122/15 122/21 136/25 141/8
152/20 154/7 171/4 174/14
212/5 219/6 219/8 219/10
258/13
**user [3]**   26/6 26/9 29/21
**uses [5]**   99/23 100/16 168/23
168/24 254/11
**using [4]**   32/22 181/9 232/7
252/8
**utilized [1]**   226/5

## V

**value [1]**   208/21
**van [2]**   25/19 25/20
**vanities [2]**   77/7 77/12
**vanity [1]**   77/13
**vantage [1]**   11/16
**Vby [1]**   208/8
**vcun [1]**   141/8
**vehicle [5]**   58/8 61/4 168/18
230/23 239/11
**version [1]**   82/23
**very [34]**   18/1 30/20 33/17
43/2 62/24 68/5 75/7 83/19
84/1 96/13 98/16 98/21 99/12
100/22 115/23 140/7 141/15
142/1 144/5 158/23 159/9
161/3 163/11 178/2 189/24
194/5 199/2 203/4 203/4
203/13 209/22 214/17 244/3
256/14
**vi [3]**   28/3 28/6 31/4
**via [1]**   251/15
**victim [4]**   158/5 158/9 160/2
217/15
**victim's [1]**   158/4
**victims [2]**   163/25 164/4
**Victoria [1]**   258/8
**video [58]**   8/12 43/2 43/5
43/8 43/10 45/10 45/19 46/2
46/8 46/20 47/9 49/17 49/19
49/22 50/13 50/19 50/19
50/21 51/2 52/2 52/19 52/20
52/22 53/3 53/9 53/18 116/6
118/22 187/10 225/24 230/10
230/12 230/13 230/16 231/3
231/5 231/23 232/1 232/5
232/9 232/17 232/21 232/22
237/7 237/9 237/11 237/25

**238/2 238/2 238/24 239/1
239/4 239/8 239/10 239/14
239/17 240/1 241/1
**videoing [1]**   119/3
**videos [2]**   8/12 187/13
**videotape [2]**   44/25 45/3
**videotaped [1]**   53/15
**view [2]**   73/7 210/4
**viewed [1]**   46/2
**violations [1]**   125/9
**violence [2]**   53/20 66/25
**Virgin [3]**   13/9 80/3 128/2
**vis [2]**   163/25 163/25
**vis-a-vis [1]**   163/25
**Visa [3]**   78/23 79/4 79/12
**visit [5]**   117/23 118/4
118/16 188/7 257/6
**visited [1]**   118/7
**Vitton [1]**   203/19
**vo [2]**   31/4 146/4
**Vocal [1]**   247/11
**voice [4]**   8/12 53/17 238/14
247/12
**voir [1]**   163/2
**VOLUME [1]**   1/10
**voluntarily [1]**   150/3

## W

**wait [7]**   121/25 122/7 210/15
217/23 219/20 219/24 225/4
**waiting [7]**   44/1 44/12 44/15
205/8 219/16 219/19 243/6
**wake [2]**   5/18 210/15
**waking [1]**   144/1
**Wal [1]**   20/6
**Wal-Mart [1]**   20/6
**walk [4]**   68/10 68/11 68/12
73/22
**walked [3]**   225/6 225/18
226/1
**walking [1]**   62/19
**want [79]**   4/18 6/21 8/22
19/21 20/14 20/16 20/21
23/14 23/21 24/11 24/13
27/18 32/16 41/6 43/4 45/25
51/3 53/2 55/13 57/15 63/22
65/7 65/25 70/1 70/11 72/17
74/22 77/24 84/15 88/25
90/21 90/22 100/25 101/2
101/15 120/5 122/2 124/1
124/3 124/5 125/7 126/25
127/2 130/9 150/25 151/7
155/5 155/11 155/14 158/21
160/10 161/9 162/2 162/23
162/24 163/6 164/8 165/5
165/6 173/19 179/7 179/14
181/24 195/11 196/21 205/5
208/13 208/14 210/8 211/1
214/15 215/2 215/23 217/9
217/11 217/20 217/23 232/12
241/9
**wanted [16]**   9/10 30/16 37/16
51/9 73/22 101/11 114/1
121/19 121/21 146/11 149/7
161/3 169/17 181/18 181/20
252/8
**wants [6]**   5/6 22/12 163/21
215/2 215/18 259/10

**warm [1]**   210/1
**warmth [1]**   210/6
**warning [1]**   165/15
**warranted [2]**   163/21 164/20
**was [456]**
**was there [1]**   17/13
**wasn't [39]**   12/14 45/16
66/18 75/10 78/6 110/9 117/9
118/7 124/19 126/22 141/22
142/1 143/14 150/2 150/7
152/10 161/14 180/5 180/13
181/5 181/7 186/1 188/23
190/21 191/11 192/3 192/19
193/9 195/22 195/25 196/3
196/6 196/22 196/24 198/4
199/2 199/13 199/14 200/14
**watch [7]**   4/5 43/2 73/15
138/14 138/15 138/20 240/1
**watched [4]**   138/5 138/10
237/7 241/11
**watching [2]**   143/14 242/11
**water [4]**   228/7
**way [29]**   11/6 19/23 19/24
19/25 24/15 31/8 38/12 39/16
54/15 55/8 84/19 85/5 86/3
104/8 133/24 141/15 142/17
144/25 160/19 163/18 200/3
204/17 210/4 212/16 215/20
225/14 229/9 250/21 259/7
**ways [1]**   161/25
**we [255]**   4/5 4/10 4/10 4/11
6/18 6/23 7/13 8/5 9/21
10/12 11/12 12/23 15/2 15/6
15/13 17/5 17/7 18/15 19/17
21/2 23/19 24/13 26/15 26/18
29/15 29/19 29/19 30/20
30/22 32/3 33/2 34/6 35/5
35/20 35/20 41/14 43/2 43/18
44/2 44/2 44/2 44/7 44/12
44/18 44/18 44/18 44/21
46/24 47/9 47/11 47/16 50/5
50/12 51/1 51/4 51/12 52/5
54/20 54/23 55/5 56/18 57/4
58/21 61/6 62/4 63/21 63/22
65/9 71/16 71/23 72/15 73/19
73/20 73/20 75/25 77/9 77/20
77/21 77/24 80/3 80/22 80/25
82/17 82/23 83/1 83/5 83/6
83/6 84/10 85/12 85/13 88/22
90/4 90/15 92/8 93/1 93/18
94/8 94/23 96/13 97/17 98/10
100/9 100/23 106/19 109/12
109/19 110/25 113/14 116/3
116/4 118/22 119/15 120/2
120/2 120/3 120/20 121/25
125/11 127/14 127/18 128/25
129/4 129/7 129/7 129/14
131/18 131/23 132/25 145/21
147/24 148/6 148/6 156/7
156/7 156/13 157/14 161/13
162/24 163/1 163/3 164/24
165/6 165/13 165/20 165/20
165/22 165/23 166/2 166/3
166/20 169/21 178/12 179/14
182/8 186/5 186/15 187/13
187/17 194/11 205/8 205/12
207/4 207/7 207/7 207/13
208/19 208/20 208/21 210/12

296

W

**we... [85]**   210/13 210/14
211/11 212/8 212/15 213/4
213/6 214/22 214/22 214/25
215/1 215/3 215/8 215/10
215/16 216/2 216/9 216/20
217/7 217/11 217/17 217/17
218/10 218/13 218/15 218/17
218/18 219/17 219/23 219/24
222/25 226/2 226/2 226/24
226/25 227/13 227/24 228/7
230/9 233/3 233/20 234/20
236/18 237/7 237/18 239/19
239/22 240/1 240/21 240/23
241/11 245/2 246/4 246/8
246/16 247/19 247/22 249/18
249/21 250/10 252/2 252/8
252/9 253/3 253/15 253/22
255/4 255/13 256/4 256/12
256/14 256/17 256/18 256/20
256/20 257/8 257/11 257/12
257/17 257/24 258/3 258/7
258/10 260/8 260/10
**we'll [7]**   4/2 51/13 69/10
156/10 165/7 248/24 256/17
**wearing [3]**   98/14 222/4
225/22
**wedding [2]**   175/5 175/11
**week [4]**   81/17 135/3 256/14
256/21
**weekend [4]**   256/17 256/24
257/9 260/10
**weeks [3]**   81/16 101/24
101/25
**weird [1]**   180/17
**Welcome [4]**   4/8 51/19 166/6
218/23
**well [47]**   21/2 29/25 35/1
35/1 89/25 91/2 99/24 102/14
103/16 105/14 107/16 112/8
118/4 120/2 127/19 134/25
135/19 138/25 139/14 139/25
140/2 145/11 159/9 161/3
170/4 171/2 175/20 176/24
178/2 180/11 181/14 182/10
183/22 188/21 190/23 193/6
199/4 209/22 213/2 213/19
216/21 221/11 221/17 227/19
238/7 238/15 242/10
**Wells [2]**   12/8 79/10
**went [45]**   12/18 57/25 58/12
80/19 81/5 81/11 89/2 91/20
102/18 104/24 105/19 105/20
114/11 116/25 117/2 118/11
118/14 122/21 125/5 126/1
127/1 127/6 127/12 127/14
127/16 127/18 130/1 130/4
135/2 138/12 140/22 149/21
155/25 167/11 175/11 178/12
187/17 190/10 210/25 225/16
225/18 226/7 227/25 233/1
233/2
**were [260]**   5/22 7/13 11/6
11/7 11/24 13/4 14/7 20/17
20/19 21/18 21/18 32/17
32/22 33/6 33/12 33/13 34/7
34/10 34/12 36/18 36/23

36/24 36/24 37/4 42/4 43/17
43/18 43/22 44/2 44/4 44/6
44/7 44/12 44/15 44/23 44/25
45/10 45/15 47/14 49/2 52/19
54/12 55/5 58/13 58/18 60/19
63/5 63/21 64/25 66/21 73/11
76/6 76/8 77/13 77/16 79/21
79/24 80/1 80/4 80/6 80/22
81/14 81/25 81/25 82/3 82/5
82/7 82/8 83/17 83/18 83/20
83/23 83/25 84/19 84/22 85/5
88/11 89/4 89/11 92/2 92/4
92/6 95/7 95/9 97/4 98/4
98/6 98/8 103/2 103/22 104/3
104/9 104/20 105/1 106/16
110/5 110/17 111/21 112/13
115/19 116/3 117/21 118/4
118/16 118/18 118/25 119/2
119/22 122/17 124/15 126/16
126/20 129/4 132/3 133/24
135/4 136/21 138/25 139/1
139/5 139/7 139/9 139/15
141/11 142/4 142/15 142/21
142/23 143/15 144/13 145/11
145/12 146/11 149/6 149/19
150/2 150/23 153/7 153/9
153/10 153/11 153/13 153/18
153/21 154/10 154/19 154/21
155/8 155/8 155/11 155/13
155/16 155/18 155/18 155/19
161/7 162/2 162/3 164/3
167/17 169/11 169/18 171/9
171/9 171/12 172/2 173/23
173/25 176/3 176/8 176/25
177/15 178/10 178/12 178/17
178/23 181/1 181/9 182/23
183/6 185/7 186/13 187/22
188/18 189/7 189/12 189/12
195/18 195/18 198/1 198/5
199/11 200/12 204/9 204/11
204/15 207/13 211/10 212/12
222/11 222/17 222/25 223/1
223/16 225/11 225/22 226/3
226/25 227/4 228/8 228/12
228/16 229/2 229/7 229/14
230/10 232/6 233/25 234/8
237/18 237/18 238/1 238/4
238/6 238/6 240/6 240/12
240/16 241/11 242/6 243/6
243/9 243/10 243/14 246/4
246/5 246/7 246/8 246/15
246/19 247/24 248/1 248/12
248/19 248/21 248/22 249/3
251/21 252/3 252/6 252/7
252/9 253/16 253/19 253/25
255/5 255/11 255/13 255/15
257/13
**weren't [24]**   17/12 36/20
45/17 89/7 98/4 98/6 98/8
110/6 118/25 138/7 138/25
139/5 139/14 145/11 154/21
173/23 173/25 174/2 182/22
199/15 199/18 204/11 204/23
225/13
**WEST [10]**   1/2 1/7 1/18 1/24
2/4 14/6 85/22 128/12 129/22
224/17
**what [348]**

**what's [1]**   17/10
**whatever [4]**   63/22 94/23
161/9 173/19
**WhatsApp [5]**   8/9 8/11 22/2
30/23 31/13
**whatsoever [3]**   105/15 156/25
157/4
**when [160]**   5/10 6/11 7/20
12/18 14/16 16/8 16/21 17/3
17/12 17/14 19/6 19/6 19/10
22/7 22/15 23/25 24/10 25/4
25/18 30/21 31/6 32/17 34/3
36/8 36/20 38/5 38/10 39/25
45/7 45/16 47/6 48/7 54/7
54/12 57/25 58/12 62/11
63/23 66/2 73/14 78/6 80/1
80/3 81/11 81/25 83/17 83/23
84/19 85/5 85/20 85/23 87/17
89/4 89/7 89/9 89/11 89/21
89/25 91/4 91/4 91/5 92/1
94/6 98/23 99/5 99/13 99/13
99/16 99/23 100/20 100/21
102/17 104/5 104/8 105/3
105/17 106/4 107/25 108/3
109/18 116/22 117/3 125/16
130/1 132/21 132/23 135/2
136/3 136/5 137/8 138/6
138/12 138/17 138/25 139/14
140/18 142/14 144/17 144/24
145/18 146/19 147/7 148/25
149/17 150/2 151/11 154/16
157/1 158/5 160/2 162/1
162/23 165/5 166/2 167/11
173/22 174/5 177/23 182/22
189/2 190/1 193/15 196/5
198/2 198/4 198/7 200/17
208/14 208/25 214/4 214/5
223/15 224/22 224/24 226/1
228/1 228/12 231/5 231/17
231/21 232/7 236/14 237/6
237/9 237/13 237/25 237/25
239/13 239/25 242/13 242/24
243/1 243/1 243/3 243/3
243/5 243/21 245/5 246/23
255/16
**whenever [1]**   37/16
**where [106]**   4/10 13/4 13/8
14/17 20/4 20/7 20/9 20/14
20/16 20/19 29/24 31/3 34/12
37/9 37/22 39/6 41/23 42/10
43/15 43/22 44/3 44/6 44/8
48/15 49/2 55/5 57/21 60/4
61/4 64/25 67/9 68/23 69/13
70/23 74/2 76/24 77/1 78/12
80/1 82/5 83/6 83/23 85/9
85/24 91/20 95/1 102/18
103/10 105/5 109/11 109/20
110/15 114/14 127/21 128/11
130/13 131/12 132/11 132/15
136/5 137/4 142/23 143/12
145/2 145/12 147/12 151/22
151/23 152/15 153/6 153/9
153/10 153/12 159/22 162/10
166/16 167/1 176/7 184/4
184/10 184/12 184/14 187/10
189/18 190/10 202/5 202/15
210/6 210/14 225/16 227/24
228/25 229/7 230/22 230/24

**W**

**where... [11]** 240/7 240/8
240/20 241/11 244/14 248/22
249/21 250/10 250/13 251/12
254/4

**Where'd [1]** 23/13

**Whereupon [13]** 29/16 32/1
46/6 47/14 59/21 78/21 132/3
167/17 201/17 231/13 234/8
248/12 250/6

**whether [15]** 36/17 65/23
102/14 116/24 155/18 155/19
159/17 162/25 163/22 164/2
164/9 192/7 219/6 226/3
257/13

**which [17]** 10/22 10/23 11/14
41/8 42/12 48/19 86/19 93/8
100/22 114/3 129/12 131/24
164/24 176/25 216/25 250/23
251/19

**while [13]** 18/17 36/23 42/4
82/3 82/7 116/2 116/3 118/4
118/6 118/16 205/8 227/15
237/6

**white [9]** 24/7 24/8 24/10
24/11 70/11 70/11 72/20
119/10 180/23

**who [140]** 9/4 9/19 10/7
13/10 15/15 16/8 21/7 32/6
32/6 34/16 35/18 37/18 37/18
38/1 41/14 41/16 41/18 43/4
43/6 43/8 43/11 43/13 46/10
46/13 46/15 46/18 48/12 49/6
49/24 52/19 53/5 53/7 53/13
53/15 53/17 58/10 58/12 59/9
59/11 60/2 60/8 60/12 60/19
61/6 61/8 62/2 62/9 64/15
71/18 78/4 78/6 83/10 87/17
100/9 112/4 113/11 116/4
116/6 116/7 119/6 119/10
119/15 121/2 122/8 122/13
126/10 126/10 130/15 132/17
132/18 133/22 134/6 140/14
143/14 143/24 144/3 149/9
149/21 152/10 154/1 155/8
155/11 155/13 155/20 160/14
168/11 170/7 171/18 171/23
172/2 174/14 174/19 179/20
181/14 183/5 183/6 186/5
186/24 187/2 189/5 194/3
208/23 208/24 212/25 218/18
219/16 219/19 224/3 224/4
227/4 228/9 228/14 228/18
233/8 233/12 233/14 233/16
237/23 239/14 240/12 241/21
242/3 242/10 243/16 243/16
243/17 243/21 247/5 247/6
247/16 247/17 249/14 250/18
251/17 251/22 252/22 254/17
257/14 257/23 258/5

**whole [5]** 32/19 56/5 164/2
202/20 231/2

**whore [1]** 21/12

**whose [25]** 12/18 25/16 26/18
29/21 30/3 30/5 30/8 30/17
32/12 37/24 40/23 48/25 57/6
64/13 64/21 69/17 70/13 72/2

72/6 76/12 78/23 78/25 82/23
93/23 171/18

**why [65]** 6/14 9/12 11/2
13/23 14/7 14/9 17/1 17/19
19/13 20/14 23/1 23/14 24/3
24/12 28/13 28/14 30/11 35/4
38/3 43/17 44/11 45/15 51/9
55/8 55/10 55/12 62/14 65/6
65/12 67/19 69/2 69/4 70/6
70/10 77/18 79/24 80/6 81/21
84/2 87/9 87/22 120/2 120/2
120/5 120/7 123/23 141/24
147/14 148/21 149/19 150/24
154/24 159/24 188/15 189/3
189/14 191/8 191/10 197/23
198/25 200/10 202/18 208/21
214/25 246/7

**Wickr [11]** 8/25 9/1 9/16
9/22 9/23 10/2 10/5 10/23
30/22 31/7 82/9

**wide [1]** 81/5

**wife [1]** 181/20

**wife's [1]** 41/2

**wifi [1]** 8/13

**will [76]** 4/5 4/10 9/21
10/19 15/13 18/21 33/24
35/20 40/11 43/3 43/3 51/12
54/23 84/17 85/8 86/4 86/16
88/7 106/18 106/19 109/19
121/8 125/13 129/11 131/21
147/19 147/20 156/7 156/7
156/13 157/10 159/7 159/7
161/21 165/1 165/19 165/23
171/25 172/24 190/4 192/13
192/23 192/25 199/20 205/8
207/6 208/15 208/23 208/24
208/24 210/2 210/9 214/14
214/17 214/22 215/3 216/6
216/8 216/16 216/17 217/8
219/12 219/21 219/23 235/2
235/4 236/10 247/19 256/17
256/21 256/22 257/14 257/17
258/8 260/6 260/10

**WILLIAMS [108]** 1/7 5/2 27/7
30/12 32/10 41/3 42/8 60/22
61/7 62/5 62/12 64/4 79/22
85/25 89/14 89/19 90/12
93/16 94/4 94/9 98/15 101/19
105/3 106/21 107/25 108/11
108/22 109/1 109/20 110/3
111/1 112/24 113/8 116/11
117/2 117/5 118/6 119/2
119/8 119/16 119/20 122/13
123/12 125/21 135/10 135/14
135/21 135/25 136/18 139/17
140/6 142/17 143/3 145/6
145/9 147/5 148/2 149/7
151/9 153/3 154/4 160/23
161/10 169/12 169/14 169/22
170/13 175/13 176/8 177/19
177/24 178/6 178/21 180/2
180/11 180/16 180/22 181/10
181/10 181/18 181/25 185/16
191/19 191/20 191/24 193/9
193/23 194/12 194/13 196/12
198/12 199/4 201/8 204/17
205/6 205/10 205/22 207/22
208/6 209/8 210/21 211/6

212/12 213/10 221/24 228/19
228/20 245/24

**Williams' [15]** 55/3 80/15
93/9 95/11 111/17 149/25
156/21 159/12 159/22 167/7
181/12 198/20 198/22 199/16
229/1

**willing [1]** 98/8

**window [1]** 54/18

**wings [1]** 232/14

**wish [5]** 4/19 7/6 60/23
67/11 210/25

**withdraw [4]** 62/16 135/6
179/24 211/14

**withdrawn [3]** 33/20 33/25
63/11

**within [6]** 6/21 26/9 106/6
164/6 165/19 240/9

**without [20]** 24/19 29/13
31/25 46/5 47/13 78/19 125/8
132/2 157/24 167/16 201/15
207/6 210/14 214/18 226/12
231/12 234/7 248/11 250/5
252/8

**witness [48]** 4/10 25/11
39/18 39/19 52/13 52/13
66/16 113/15 129/8 131/25
132/12 132/16 136/1 156/7
156/9 156/18 158/16 161/10
162/20 163/1 163/17 192/14
192/17 209/21 212/21 212/23
212/24 212/25 213/7 213/8
214/20 215/2 215/4 215/13
216/5 216/13 216/24 217/21
218/21 218/25 220/3 230/12
235/20 235/20 244/4 244/6
249/6 257/23

**witness' [1]** 214/16

**witnesses [18]** 161/20 165/13
214/7 215/10 215/13 215/19
215/22 217/5 217/18 217/24
217/25 218/10 218/12 219/15
219/19 219/21 257/13 257/14

**Wok [1]** 16/3

**woke [1]** 81/6

**woman [5]** 58/2 58/12 58/25
105/4 255/19

**women [4]** 102/18 187/24
188/1 191/12

**won't [6]** 13/24 16/25 20/6
83/21 215/17 218/2

**wonderful [1]** 213/15

**word [8]** 9/22 27/2 63/24
107/18 115/11 115/17 154/11
180/23

**words [5]** 170/19 171/7
174/12 174/14 174/19

**work [22]** 6/2 25/8 48/13
48/14 76/22 80/9 80/21 127/2
132/18 147/10 147/19 154/14
165/16 175/24 177/15 193/2
193/4 193/7 215/12 222/20
244/14 246/15

**worked [4]** 25/6 142/17
144/10 165/21

**working [27]** 18/19 19/14
36/20 42/5 43/18 44/2 44/7
44/14 48/4 63/1 63/17 63/17

**W**

**working... [15]**   116/3 116/4
116/7 139/9 144/7 182/22
191/16 191/18 191/20 191/22
191/24 192/1 196/24 227/12
256/19
**world [6]**   167/9 167/24
168/16 169/5 207/22 210/16
**worth [20]**   7/22 11/15 18/7
20/20 33/5 35/16 36/23 37/1
37/4 58/23 60/5 65/1 68/3
68/23 69/24 70/4 77/2 104/15
118/12 177/13
**would [197]**   6/16 6/17 9/4
9/7 11/22 14/12 14/14 14/16
14/21 14/23 21/22 23/21
26/18 27/15 29/4 29/22 30/21
31/2 31/12 31/14 31/14 31/21
34/5 36/2 37/6 37/11 39/1
39/6 45/19 48/17 49/10 49/13
49/16 51/24 54/9 55/15 56/3
56/9 56/23 58/6 58/7 58/10
58/17 58/21 58/21 59/19 60/4
60/15 61/15 61/20 62/17
65/13 66/2 66/2 66/4 66/10
66/18 66/20 67/2 69/19 72/10
73/22 75/17 75/18 75/19
75/20 78/8 78/9 78/10 78/17
82/14 84/24 85/7 85/17 92/25
93/19 97/2 101/19 101/19
105/13 106/22 107/8 107/11
107/16 108/11 120/5 120/8
120/9 123/20 123/23 130/7
132/5 135/2 135/12 135/16
136/11 136/13 137/7 137/8
138/17 140/4 140/6 142/10
142/22 142/25 143/1 143/3
143/5 143/7 143/8 143/11
143/11 144/8 144/12 147/14
152/23 153/1 153/3 153/11
153/12 153/23 154/13 154/16
155/21 155/22 155/24 156/18
157/3 157/5 157/7 157/9
157/11 157/20 158/16 158/24
159/2 159/16 159/23 162/7
162/11 162/14 163/16 164/6
164/10 166/19 180/19 187/18
191/9 194/8 205/3 206/4
206/6 206/9 206/20 209/6
210/5 212/22 213/1 213/14
213/15 213/20 214/10 214/17
215/15 215/16 215/21 216/1
216/2 217/6 218/4 218/14
218/15 221/22 222/21 225/4
225/14 226/22 226/23 239/4
239/19 239/22 240/1 240/2
240/23 244/24 245/21 245/24
246/16 252/23 254/21 254/21
258/9 258/14 259/9 259/16
259/25 260/5
**wouldn't [13]**   106/22 108/13
120/7 139/22 142/3 142/9
155/21 199/8 205/3 213/24
240/21 258/13 259/5
**Wow [1]**   121/8
**wrist [1]**   235/4
**write [8]**   9/22 12/1 14/5
86/9 86/12 86/23 87/13 87/15
**writes [3]**   23/21 23/25 28/10
**writing [5]**   6/11 28/13
147/20 173/25 194/13
**wrong [2]**   24/15 38/20
**wrote [50]**   5/10 5/13 8/25
9/22 9/25 10/7 10/25 10/25
11/1 12/6 12/8 12/10 12/10
12/24 13/15 13/19 15/5 15/14
16/1 16/3 16/4 16/4 16/5
19/17 19/22 20/1 20/25 21/3
21/4 21/8 21/11 21/11 21/12
22/14 22/20 24/5 28/3 28/8
28/10 85/24 86/21 99/5 99/16
173/20 173/22 179/18 179/20
259/1 259/2 259/5
**wtf [2]**   22/15 22/16

**X**

**X/X/XX [1]**   12/21
**XX [1]**   12/21

**Y**

**yadira7765 [2]**   30/8 32/14
**Yeah [2]**   21/1 176/14
**year [24]**   28/2 36/10 36/11
90/2 90/25 91/7 92/4 92/6
104/11 105/17 125/18 132/25
136/7 136/8 136/9 136/23
137/2 137/4 140/16 140/21
144/19 169/7 170/2 193/17
**years [20]**   32/21 73/11 89/15
91/6 95/21 103/6 103/6 133/1
136/6 144/18 144/21 150/14
179/12 193/9 193/16 220/20
234/14 244/19 245/7 245/11
**yelled [2]**   16/2 16/8
**yelling [6]**   16/1 16/4 16/8
44/22 46/10 168/6
**yellow [2]**   119/10 146/1
**yes [694]**
**Yes,KXXXXX [1]**   88/5
**yesterday [10]**   4/18 7/14
26/15 27/20 28/5 57/12 57/18
156/17 158/15 158/25
**yet [8]**   35/20 45/23 92/8
94/13 131/22 193/12 210/22
241/1
**Yla [3]**   97/19 97/20 98/14
**Yla's [1]**   101/2
**yo [1]**   220/21
**Yoko [2]**   32/8 111/9
**York [2]**   124/25 125/24
**you [1980]**
**you give [1]**   24/20
**you if [1]**   15/18
**you'd [4]**   98/18 187/18 212/7
220/4
**young [1]**   126/16
**your [284]**
**yours [1]**   32/24
**yourself [15]**   23/9 24/8
58/25 96/2 114/24 115/4
120/15 122/25 127/16 135/22
139/19 139/21 139/23 141/23
243/18
**yris [4]**   17/14 17/16 18/5
18/7

**Z**

**zeros [1]**   209/12
**zoom [1]**   72/17