<pre>
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                      WEST PALM BEACH DIVISION

 3                 CASE NO. 18-CR-80053-ROSENBERG

 4

    UNITED STATES OF AMERICA,      .
 5                                 .
    Plaintiff,                     .
 6                                 .
            vs.                    .
 7                                 .
    ALSTON O. WILLIAMS,            .  West Palm Beach, FL
 8                                 .  May 1, 2019
 9  Defendant.                     .

10                        VOLUME 2

11                  SENTENCING PROCEEDINGS
          BEFORE THE HONORABLE ROBIN L. ROSENBERG
12               UNITED STATES DISTRICT JUDGE

13

14  APPEARANCES:

15

16  FOR THE PLAINTIFF:       GREGORY SCHILLER
                             JUSTIN HOOVER
17                           United States Attorney's Office
                             500 Australian Avenue
                             Suite 400
18                           West Palm Beach, FL 33401
                             954-789-6285
19

20  FOR THE DEFENDANT:       FLETCHER PEACOCK, ESQ.
                             Federal Public Defenders Office
                             450 North 2nd Street
21                           Fort Pierce, FL 34950
                             772-489-2123
22
                             M. CAROLINE McCRAE, ESQ.
23                           Federal Public Defenders Office
                             450 S. Australian Avenue
24                           Suite 500
                             West Palm Beach, FL 33401
25                           561-833-6288
</pre>

Pauline A. Stipes, Official Federal Reporter

1          Official Court Reporter:    Pauline A. Stipes
                                        HON. ROBIN L. ROSENBERG
2                                       Ft. Pierce/West Palm Beach, Fl
                                        772.467.2337
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          *THE COURT:*  Okay, we are here in the matter of Alston

2     Orlando Leroy Williams versus United States of America.

3          If all counsel could state their appearance, the

4     appearance of Mr. Williams, the appearance of our Probation

5     Officer, and anyone else as well.

6          *MR. SCHILLER:*  Good afternoon, Greg Schiller on behalf

7     of the United States.  With me is Special Justice Attorney

8     Justin Hoover.

9          *MR. PEACOCK:*  Fletcher Peacock on behalf of Mr.

10    Williams, with Caroline McCrae, and Mr. Williams is present

11    before the Court.

12         *THE COURT:*  Good afternoon.

13         *PROBATION OFFICER:*  Frances Weisberg for Probation.

14         *THE COURT:*  After a two-and-a-half-week jury trial,

15    the jury found Mr. Williams guilty of six counts of an eleven

16    count indictment, Docket Entry 160.  Sentencing was then set

17    for February 26, 2019, at Docket Entry 165.

18         After continuances, the Court began the sentencing on

19    March 28, 2019.  At the first part of the sentencing, the Court

20    heard oral arguments on the Defendant's 53 objections to the

21    Pre-Sentence Investigation Report which appears at Docket Entry

22    185, but left victim impact statements, victims' live

23    testimony, and arguments on any Section 3553 factors, and the

24    imposition of sentence to today.

25         Following the March 28th first part of the sentencing,

```
 1    the Court issued its order memorializing the rulings on the

 2    Defendant's objections to the PSI at Docket Entry 194.

 3             So, we are here today to conclude the sentencing.

 4             Is there any legal reason from the Government why the

 5    Court should not be able to pronounce sentence in this case

 6    today?

 7             MR. SCHILLER:  No, your Honor.

 8             THE COURT:  From Defense, is there any legal reason

 9    why the Court should not pronounce sentence in the case today?

10             MR. PEACOCK:  One factor is restitution.  I would ask

11    the Court to extend the restitution hearing out 60 days from

12    today to resolve that.

13             THE COURT:  Other than restitution at this point, and

14    the Court will set a hearing, that is not a legal reason not to

15    proceed with the sentence today.  Restitution is not resolved.

16             Is there any reason why the Court should not pronounce

17    sentence today?

18             MR. PEACOCK:  No, ma'am.

19             THE COURT:  Mr. Williams, I do want you to know you

20    have a right to make a statement if you wish before I pronounce

21    my sentence.  Do you understand that?

22             THE DEFENDANT:  Yes, your Honor.

23             THE COURT:  Do you know whether you would like to make

24    a statement to the Court?

25             THE DEFENDANT:  No, your Honor.
```

```
 1              THE COURT:  You do not want to make a statement?
 2              THE DEFENDANT:  No, ma'am.
 3              THE COURT:  That is fine.  If you change your mind,
 4    you can let your attorneys know and the attorneys will let me
 5    know if you changed your mind and you want to make a statement.
 6              THE DEFENDANT:  Yes, your Honor.
 7              THE COURT:  I do know there is one remaining legal
 8    objection that had been filed that the Court had not previously
 9    ruled on and agreed it would defer so the matter could be more
10    fully briefed.
11              Defendant filed its brief on the final remaining
12    objection regarding the obstruction enhancement at Docket Entry
13    193, and the Government responded at Docket Entry 195, and the
14    Court has reviewed those submissions.
15              I indicated that I would let counsel be heard on these
16    objections, however, I don't know that it makes a difference,
17    and I will tell you why.  You can tell me whether you agree,
18    and if you don't, why you don't, and if you do, how you want me
19    to handle the objection.
20              With regard to the Defendant's objection to the
21    adjustment for obstruction of justice, the Court believes that
22    the obstruction adjustment enhancement of two points would not
23    have an impact on the Guidelines recommended sentence and will
24    not impact the Court's sentencing for the following reason:
25              The obstruction adjustment would have added two units
```

1    to "Group Three" of the Guidelines calculation.  If the two

2    units are not added, then all three of the groups would remain

3    at an offense level 39.  Following other adjustments, the

4    Defendant's offense level would be a 46, even if the

5    obstruction adjustment is excluded.  Offense levels above 43

6    are treated as an offense level of 43.  So, the obstruction of

7    justice adjustment would not affect the offense level of the

8    Defendant and does not affect his Guidelines recommended

9    sentence, and would not change the sentence imposed.

10           So I will turn to the Defense because it is your

11   objection.

12           How would you like the Court to handle it?  Do you

13   want to be heard?  Do you want the Court to make a ruling on

14   it?  Do you acknowledge that it doesn't impact the Guidelines;

15   and if you acknowledge that, are you seeking any action from

16   the Court?

17           MS. McCRAE:  Your Honor, we would maintain the

18   objection that we raised previously when we appeared before the

19   Court on March 28th of this year, as well as the argument set

20   forth at Docket Entry 193 where we set forth our objection.

21           We would agree with the Court that the Guidelines as

22   they are calculated would not be impacted either way by this

23   two-point enhancement.  With respect to whether or not it is

24   added to the group for the GRL counts, we believe the analysis

25   set forth by the Government in their response to the objections

1    lays out this process for the Court on pages four and five of

2    the Government's response.

3         However, we would note for the Court that we do

4    believe that the two-point enhancement would impact our

5    argument with respect to our motion for downward variance.

6         The reason I set this forth is because in our downward

7    variance motion at Docket Entry 196 we do tell, among other

8    reasons for the Court to not impose sentence within the

9    Guidelines, there are several enhancements that apply in this

10   case, and it is our position they would apply in any case

11   subject to the Guidelines.

12        Without the enhancement, including without the

13   enhancement for obstruction of justice, you end up with an

14   adjusted level of 30 in the case because you would have three

15   groups all with offense levels of 30, as opposed to 32,

16   involving GRL.

17        With the Guidelines set forth with an additional three

18   for grouping and five for pattern enhancement, that would get

19   you to 38 as opposed to the 43 we are currently looking at,

20   which would range in 235 months to 293 months.

21        Although we agree with the Court on how you would

22   calculate the Guidelines for Mr. Williams, that currently the

23   way the Guidelines are written, whether or not you add that two

24   points to GRL's group, you would still result in a total

25   adjusted offense level of 43.

1          We do think the analysis and the Court's approach to

2     the adjustment could impact when you move forward from the

3     Guidelines and determine your sentence under 3553(a).

4          THE COURT:  You rely on your legal papers for the

5     objection.

6          MS. McCRAE:  That is fine.  The only thing I would

7     note, because we did not respond to the Government's response,

8     we think the Government is setting forth a more narrow response

9     or understanding of the Defendant's objection.

10         We note that Mr. Williams maintained his innocence

11    regarding the obstruction count, which is an additional

12    objection we raised in our objection, and we point out to the

13    Court that the Government included a redacted version of the

14    information, which is why I did not file it, because they filed

15    it and I was ill on the day I indicated to the Court I would

16    file it, and the Government had already filed it when I

17    returned to the office.  The redacted information from State

18    Court is the count that relates to RC, and two relates to GRL.

19         The allegation against Mr. Williams relating to RC was

20    using coercion for commercial sex activity, whereas the State

21    allegations against Mr. Williams for GRL were using coercion

22    for labor or services.

23         So, when this was just a State matter, there was not

24    an allegation as far as how Mr. Williams was charged that he

25    was using coercion against GRL for commercial sexual activity,

1   and I think that goes to the heart of explaining the approach

2   we took in our objection at Docket Entry 193.  I wanted to

3   clarify that.

4         When you look at the information, you don't see the

5   victims' initials, but it is Count 1 charging sexual activity

6   for RC, and just labor and services for GRL, which we are aware

7   is acquitted conduct in the case.

8         *THE COURT:*  Response from the Government.

9         *MR. SCHILLER:*  I will rely on the filing that we

10  docketed at 195.  I will rely on my filing as to why we think

11  obstruction is relevant in this case.

12        *THE COURT:*  I will rely on the submissions and oral

13  presentation today by Defense.  The Court is going to overrule

14  that objection.

15        It does not mean that Defense loses its ability to

16  make argument with respect to 3553 factors and why certain

17  things maybe shouldn't be included or lead to an over statement

18  of the Guidelines.  So, Defense certainly can make that

19  argument and the Court is going to have an open mind with

20  respect to the 3553 factors, but as a matter of law, the Court

21  finds that the two-level adjustment is appropriate, is legally

22  a valid adjustment, and will overrule the objection.

23        But the Court notes, and Defense doesn't disagree,

24  with the understanding that Defense has certain 3553 arguments

25  to make, that even if the Court were incorrect in the legal

1    basis for overruling the objection, that it doesn't change the

2    Guideline calculation.

3            So, in that regard, there is no adverse impact to Mr.

4    Williams and, again, the Court is leaving an open mind with

5    respect to any and all 3553 factors which it has not heard

6    argument on yet other than in written form in downward

7    variance.  That is what we are doing here today.

8            In overruling the final objection, let me confirm

9    there are no other objections to the PSI from the Defense.

10           MR. PEACOCK:  Correct.

11           THE COURT:  From the Government.

12           MR. SCHILLER:  Correct.

13           THE COURT:  I want to review the Guideline

14   calculations.  With the Court's rulings, the total offense

15   level is 43, criminal history category I.  Under the

16   Guidelines, the term of custody is life.  Mr. Williams is

17   ineligible for probation.  Supervised release is five years to

18   life, fine is 50,000 to $500,000, restitution is to be

19   determined, and we will handle that at the conclusion and set a

20   date for a restitution hearing should one be needed.

21           The special assessment is $600, additional special

22   assessment is $30,000.

23           Does the Government agree with that?

24           MR. SCHILLER:  Yes.

25           THE COURT:  Does Defense agree with that?

1            MR. PEACOCK:  Yes, ma'am.

2            THE COURT:  Certain filings have come in that the

3    Court reviewed that were not the subject of the last hearing we

4    had.  We have the Motion for Downward Variance, Docket Entry

5    196, Government's response, Docket Entry 200, and the Court has

6    received and reviewed the Victim Impact Statements filed at

7    Docket Entry 201.

8            I think that is primarily it.

9            Was there anything else that has been filed that the

10   Court -- there is a Motion for Restitution, and I understand

11   that is still pending, Docket Entry 179, and that is tied into

12   the issue of having a hearing set 90 days out, or within 90

13   days.

14           I do know at Docket Entry 173 there is a Notice of

15   Filing Agreed Consent to Forfeiture.

16           Was there anything else that anyone filed that the

17   Court has not noted?

18            MR. SCHILLER:  Not from the Government.

19            THE COURT:  Defense?

20            MR. PEACOCK:  No, ma'am.

21            THE COURT:  With that, I turn over to the Defense for

22   any argument you would like to make, evidence you would like to

23   present, and whether Mr. Williams would like to make a

24   statement or anyone on his behalf.  So, for the Defense.

25            MR. PEACOCK:  Thank you, Judge.

```
 1            If the Court will bear with me, I have been a little

 2     under the weather, I will try to speak up as much as I can.

 3            Your Honor, the grounds for variance are laid out in

 4     our written motion, but I would like to elaborate on those a

 5     little bit.

 6            The first thing that I think the Court should take

 7     into consideration is that this was a an eleven-count

 8     indictment, and Mr. Williams was acquitted of five of the

 9     counts.

10            This isn't a situation where the Court or the

11     Government or anyone else through the trial said had no merit,

12     the jury clearly found that he was not guilty of five of the

13     counts alleged by the Grand Jury in this case.

14            Your Honor, primarily, the motion rests on the fact

15     that the Guidelines do not reflect the appropriate 3553 factors

16     in this case, and they do not because it is impossible to

17     reflect the 3553 factors in this case the way the Guidelines

18     are structurally set up.

19            I've outlined it for you, your Honor.  When you are

20     charged with these particular offenses and, of course, the

21     Government is the only one in charge of that portion, the

22     Government can pick and choose among offenses that it charges,

23     but no one else in this process can.

24            When someone is charged with the offenses that Mr.

25     Williams was charged with and convicted of, the Guidelines by
```

13

1   their structural nature come out to a level higher than the

2   highest level, and they literally have to be reduced to a level

3   43 because they are higher than is acceptable.  And there is no

4   way to get around those Guidelines, Guidelines such as two

5   points for using a computer.

6        The point, your Honor, is that these are not

7   enhancements, these are base offense levels.  There is no way

8   you are not going to have this.  The only one you could have a

9   lesser adjustment on is serious bodily injury.  Your Honor

10  found a three-level adjustment.  It is possible to get a two

11  level, but not possible to get less than two levels.  The

12  Guidelines say serious bodily injury occurs any time this

13  statute is the offense of conviction.

14       The same with the commission of a sex act, four-level

15  adjustment.  Those add nine levels on to the base offense level

16  of 30.

17       I know Ms. McCrae referred to this before, without

18  those levels, even if you add the three levels for grouping,

19  and five levels for a pattern, you still get to 38, and in this

20  case, criminal history category I, the range would be 235 to

21  293.

22       This demonstrates, your Honor, how out of whack these

23  Guidelines are.  Congress, in passing these statutes, the two

24  offense statutes that we are really dealing with here had a

25  range of ten years to life and 15 years to life respectively.

```
 1              There is no way you could get to ten or 15 years under

 2    these Guidelines, it is impossible.  And that frustrates not

 3    only the statute -- Congress' intent in drafting that

 4    particular statute, it also frustrates Congress' intent in

 5    drafting 3553(a).

 6              As I pointed out, the Court should follow the

 7    principle of parsimony, the Defendant receive a sentence

 8    sufficient, but not greater than necessary to comply with the

 9    four identified purposes of sentencing, that being just

10    punishment, deterrence, protection of the public, and

11    rehabilitation.

12              Now, we have to read that in conjunction with the

13    offense of conviction.

14              The offense of conviction, Congress indicated, and in

15    fact mandated that sentences range from ten years to life or 15

16    years to life, and the Guidelines should not trump the statute,

17    it shouldn't trump 3553(a), and shouldn't trump the offense of

18    conviction.

19              In fact, the Guidelines are one of 12 things that the

20    Supreme Court has instructed the Court to consider in arriving

21    at an appropriate sentence.  They are not to be given undo

22    influence, they are one out of 12 factors the Court must look

23    at in arriving at a sentence.

24              The Supreme Court indicated in Kimbrough, your Honor,

25    the Guidelines are just a rough estimate, the Guidelines are a
```

 1    rough calculation, if you will, of the -- where the sentence

 2    should be.  There are a whole list and array of factors that

 3    should go into that sentence as well as the Guideline

 4    calculation.

 5            I think in this case we are showing the Court how the

 6    Guidelines are out of whack.

 7            Your Honor, I took the liberty of pointing out what I

 8    would argue are equal or more serious offenses that have lower

 9    Guidelines when everything is calculated, when everything is

10    said and done.

11            First degree murder, which I think arguably is the

12    worst crime there is, would have the same offense level we are

13    dealing with today, a level 43.  I don't think Mr. Williams'

14    offense equates to first degree murder.

15            Second degree murder, which is intentional murder,

16    perhaps with not premeditation, but intentional murder, level

17    38.  Level 38 in this case would be 235 to 293 months under the

18    Guidelines.

19            Assault with intent to commit murder resulting in

20    serious bodily injury scored at a level 37, 210 to 262 months.

21            Kidnapping, sexual exploitation and serious bodily

22    injury scored at a level 40, 292 to 365 months.

23            Bank robbery with life-threatening bodily injury and

24    discharge of a firearm scored at a level 33, which is 135 to

25    168 months.

1          Extortion with life-threatening bodily injury and

2     discharge of a firearm with abduction scored a level 35, 268 to

3     210 months.  Treason is scored at a level 43.

4          Your Honor, this offense is serious, but it is not

5     treason, it is not first degree murder, it is not kidnapping

6     with life-threatening bodily injury.  It is just not the same

7     as those.

8          Yes, there was evidence of force, there was evidence

9     of very serious intimidation, that type of thing.  No one got

10    murdered, no one had life-threatening bodily injury in this

11    case.

12         For those reasons, I think the Guidelines applied by

13    Probation in this case are not appropriate under 3553(a).

14         Judge, I am not going to re-argue the objections, but

15    I do think there is an important observation that needs to be

16    made in regard to the jury's verdict.

17         The jury clearly did not believe the testimony of RC,

18    the testimony of TL, and the testimony of KC, and the reason we

19    know this is because all three of those women testified that

20    they were physically abused and that they were physically

21    abused to further this prostitution activity.  There was no

22    waffling or anything like that.  They got right up on the

23    witness stand and testified to that.

24         The jury found that that was not proven, and I submit

25    to you, your Honor, the only way they could have found that is

1     by finding that they were not credible.

2              Perhaps just as importantly, the jury must have found

3     that the testimony of DL and GRL was not credible in respect to

4     the alleged abuse of TL, RC, and KC because, once again, DL and

5     GRL took the witness stand and very clearly said they had

6     witnessed events of abuse in furtherance of the prostitution

7     activity.

8              I submit to you, there is no way around it that the

9     jury didn't believe those allegations.

10             The inverse is not necessarily the same because the

11    jury could have believed that DL and GRL had been brought into

12    this by fraud because the statute permits by force, coercion,

13    or fraud.

14             Why I am pointing this out, I do think there were some

15    mitigating factors that the Court heard at trial.  There was

16    mitigating evidence.  The Government's case was over charged,

17    it was over blown.

18             The Court sat and watched these witnesses with its own

19    eyes.  Obviously you will make your own decision about their

20    credibility.  There are some things that are arguably

21    incredible, what they said and testified to.

22             The fact that Mr. Williams was acquitted of five

23    counts should account for something.

24             Finally, your Honor, I have submitted to the Court

25    some cases which are similar.  The Government has responded,

1    well, they are factually distinguishable.  Yes, all cases are

2    factually distinguishable from one another.  These are sex

3    trafficking cases.  I want to give the Court an idea of other

4    cases that passed through the district and where the sentences

5    lied.

6         We are not saying they are the same, but what it shows

7    is that the sentences are far less than life, still serious

8    sentences, but less than life on arguably similar facts.

9         The most notorious case is Mr. Epstein's case.  You

10   know, one of the things the Court needs to consider is

11   disparity of punishment in this case, and this same U.S.

12   Attorney's Office, the same division of the U.S. Attorney's

13   Office made the decision to let Mr. Epstein completely off,

14   didn't even charge him.

15        And according to at least the Miami Herald, they have

16   80 documented victims where this man, over a period of a decade

17   or more, systematically imported and recruited young women for

18   the purpose of sex.  The Government was aware of this and made

19   the decision to not even charge him.  He got an 18-month

20   sentence in State Court where he was permitted to leave Palm

21   Beach County Jail every day and attend work for 12 hours a day.

22        So, it is troubling that the Government takes that

23   position in that case and here they want to take the position

24   to give somebody life in prison.

25        It's gross disparity, and it is not appropriate, and

1    the Court should not sanction it.

2           The other cases, I won't go through the detailed facts

3    of each of the cases, they speak for themselves.  I will say in

4    its response the Government appears to have relied on the

5    proffers that were agreed to by the Defendant and the

6    Government.

7           I relied on the complaints filed by the prosecuting

8    agent, I didn't put in any facts which were not represented in

9    the file in either the complaint, indictment, or proffer.

10          I will say this, in going through these cases as I

11   presented them to the Court, the complaint often alleged under

12   oath facts that were much more serious than the proffer

13   ultimately reflected which was put before the Court.

14          Your Honor, one final point that I would make is that

15   Mr. Williams has a criminal history category of I.  Under these

16   Guidelines, that makes no difference whatsoever.  He could have

17   criminal history VI, he could have 30 criminal history points,

18   and we have the same Guidelines.

19          That is how out of whack these are, Judge, and I think

20   it is within this Court's power -- if this Court determines

21   that the Guidelines are not appropriate and are in conflict

22   with the offense conduct statute in 3553(a), under the

23   Kimbrough decision, your Honor, you have the power and

24   discretion to vary, and that is what we are asking you to do.

25          Thank you.

20

1          *THE COURT:*  Thank you.  And from the Government.

2          *MR. SCHILLER:*  Thank you, Judge.  Before I begin, one

3   of the victims from the case, RC, is in court.  I believe she

4   prepared a statement she wants to read to the Court.

5          The other remaining victims, four of them -- DR we

6   have not be able to get in touch with -- are not here.  They

7   have written impact statements and wish me to read them into

8   the record.  I would like to conduct that part of the

9   sentencing right now.

10         First I will begin by reading the other impact

11  statements.  They were all filed in some redacted form to

12  prevent the identity of the victims at Docket Entry 201.

13         TL, she writes:  Mr. Williams has been a cancer in my

14  life, a cancer that destroys the mind, eats away at your flesh,

15  and rips families apart.

16         I've spent majority of my adolescent and much of my

17  adult life locked away in a box with Mr. Williams holding the

18  key.  What should have been family time, fun and laughter,

19  building and rebuilding relationships, finding careers or

20  living life, was cast away to the side and replaced with

21  intimidating pep talks, beatings, boostings, thoughts of

22  suicide, uncontrollable cries, long nights on cold tiled

23  floors, months of isolation, shame, disgust, self blame,

24  worthlessness, mental and emotional abuse at the hands of Mr.

25  Williams.

```
 1              Because of the abuse I've suffered under Nino's thumb,
 2    I now find it difficult to relate to a normal person or have a
 3    normal healthy relationship/friendship with anyone other than
 4    my husband without feeling awkward or childlike.
 5              I still find it challenging to maintain direct eye
 6    contact with anyone, which always results in me staring at the
 7    floor, and in the back of my mind everyone can see that I have
 8    been through something.
 9              Mr. Williams stole my innocent, and my bright outlook
10    on life and destroyed it.
11              I have no doubt in my mind that if giving the chance
12    to walk amongst society, Nino will seek a young woman and use
13    her, mind, body, soul, and worth for the purpose of funding his
14    lifestyle with no regards for that person's life or state of
15    mind.  So, for the reasons above and so many others, I am
16    asking the Court to uphold his punishment to the full extent of
17    the law.  Let's cut the cancer so that other young ladies will
18    never ever get the chance to breathe the same air as Williams,
19    signed by TL.
20              The second statement is written by DL.  She writes as
21    follows:  Here it is, from 16 to 21, these were the worst years
22    of my life.  For those five years of my life I had absolutely
23    no control of it, Alston Williams controlled everything from
24    what I wore to how I spoke, even when I could go outside, and
25    make me sleep with men.  If I didn't follow everything he would
```

1   tell me, I would suffer the consequences which always would be

2   excruciating, odd, and terrifying things.

3           This man took away any chance of me having a normal

4   life.  He has turned family against me, stopped me from getting

5   an education, stopped me from getting normal jobs.  To this

6   day, I haven't gotten my license or a bank account.  He also

7   took legal documents from me that made it very difficult for me

8   to obtain these things.

9           I want able to see a doctor or a dentist.  In those

10  five years, Alston destroyed my life.  Now is my opportunity to

11  piece it back together, and I believe Alston Williams should

12  have a very big helping hand in this.

13          As far as time, I think he should get the max.  I

14  don't believe Alston Williams should have hope he will get out

15  one day because I never had hope I would get out of there.

16  Alston Williams an evil, destructive person and deserves the

17  worst punishment.  Thank you, DL.

18          A letter from GRL.  I just wanted to say thank you for

19  putting a literal nightmare to a stop in my life.  This has

20  been the worst thing I have ever had to go through and I

21  wouldn't want anyone else to go through what I went through,

22  miss out on memories and miss out on their innocence because of

23  a human being that just can't see what they are doing to

24  another human being is wrong and just vile.

25          I will forever be grateful to you, and everyone else

```
 1    who has made this possible for me and to the girls who would

 2    have been victims as well.  I can now live a normal life, with

 3    the exception of occasional nightmares and flinches when

 4    someone tries to hug me, or play around with me because some

 5    memories just don't go away.  I thank God for everything he has

 6    made possible.  Thank you once again for giving me my life

 7    back.

 8              That letter was written to the victim witness

 9    coordinator, that is why things are written the way they were.

10              RC is in the courtroom, she has a statement she would

11    like to read.  She said she can't read it, Cristina Silvestri

12    from Catholic Charities, who is providing services for GRL as

13    well as RC, is going to read it for her.

14         (Thereupon, the witness was duly sworn.)

15              MR. SCHILLER:  Ms. Silvestri, would you want to read

16    what RC wrote.

17              MS. SILVESTRI:  Where do I start with all this?  Well,

18    seven years ago my life changed and not in a good way.  I met

19    this man named Alston Williams.  At first he told me I was

20    going to be working in an office, next thing you know, he had

21    me escorting.  My life changed for the worst.  I was being

22    abused mentally and physically, he beat me and lowered my self

23    esteem.  He made me feel like I wasn't worth anything, like I

24    was a piece of meat, my personality and heart meant nothing.

25              I started to lose love for myself, I didn't care about
```

1    what happened to me.  He put me through so much that I felt

2    like my soul was dying slowly.

3           Long story short, this man took seven years of my

4    life.  I didn't get to graduate, I lost time with my family and

5    friends, and I was forced to be something I am not.  I cried so

6    much I feel like I can't cry any more.  I have trouble sleeping

7    and interacting with others.  My records, credit, and mind is

8    all screwed up.  My life is still paused as we speak because of

9    this person.  I suffer from depression and anxiety.  I wish

10   this had never happened to me.  I wouldn't wish this on my

11   worst enemy.

12          I am just so happy I am not in that situation any

13   more.  I thank God every second had his hand over me.  I put my

14   life in God's hands, I will let him take the wheel.  I am

15   strong, I am beautiful, I am enough.

16          *THE COURT:*  Thank you very much.

17          *MR. SCHILLER:*  Thank you for the Court's indulgence

18   for that, Judge.

19          Judge, before I begin my presentation to the Court,

20   the Defendant's biological children are in the courtroom, and

21   it is my understanding his son wanted to say something and his

22   daughter as well.

23          *THE COURT:*  Okay.

24          *MR. PEACOCK:*  Can we put them under oath, your Honor?

25          *THE COURT:*  Yes.

1        *(Thereupon, the witness was duly sworn.)*

2              THE COURTROOM DEPUTY:  State your full name for the

3   Court reporter and spell your last name.

4              THE WITNESS:  Deandre Leroy Williams.

5              THE COURT:  Okay, Mr. Williams, what would you like to

6   say?

7              THE WITNESS:  I want to start by saying that I know

8   the things that my dad did were questionable to everybody's

9   standards, not right, not what everybody would say, yet he is

10  still a father at the end of the day.  I do love him to --

11  nobody could clearly say it through all of the things me and

12  him have been through.  All the things that have been said

13  about him, nothing really changed as far as how I feel towards

14  him.

15             And to see him today is tough, to see the accusations

16  and to listen to the things that are being done because, out of

17  my family, I was the most recent one that was last with him.

18             I came down here recently, maybe like two weeks ago to

19  go see him.  I came to come see him, but I couldn't go see him.

20  It was a lot.

21             And then I go to see my family, who I assume was my

22  family, my grandmother, my uncle, and when you think about it

23  and you have -- like you go into a movie and you see these

24  people all your life and you go to them and you have to show

25  them your driver's license so they can see that it is you, for

1    them to verify that it is you, and maybe -- you know, I haven't

2    seen my uncle too much, so I understand that, you know, so that

3    is understandable, but for my grandmother, that was a whole

4    nother level.

5           And I found myself, I have to stay strong for

6    everybody as far as my family and myself for what I came from

7    and what I have been through, but out of everything, that

8    definitely for me because talking to her -- and at first I was

9    like maybe, you know, she is older, and maybe that -- so I am

10   bringing the little things she should remember and my uncle is

11   like, hey, he is talking to you, and she is not minding me, and

12   it wasn't that she didn't remember me.  She knew exactly who I

13   was, and I was erased.

14          So, when you look at it, I don't have too much of a

15   family, small wise on my mom's side.  As far as my dad's side,

16   I have nothing, nothing over there.

17          My dad was a big person who talked about circles,

18   family, and there is nothing there.

19          I'm here today.  I have a two-year-old daughter named

20   Nova, and I have a son that is going to be born and his name is

21   going to be Niko, and my father is never going to be able to

22   meet them, and when I think about that, it is tough because I

23   saw him periodically and I was with him periodically.  And for

24   my daughter, I can't -- I don't know how to explain anything,

25   you know, so it puts me in a bind.

1          And, you know, to sum everything up, it is just he is

2     not as bad as everybody thinks, he has a great heart, he does

3     mean well.  He is very, very smart, and he taught me a lot.  To

4     this day, I am thankful for everything regardless of how it

5     ended or turned out.

6          I know that your -- I know you meant well, and that is

7     it.

8          THE COURT:  Thank you very much.

9       (Thereupon, the witness was duly sworn.)

10         THE COURTROOM DEPUTY:  State your full name for the

11    Court Reporter.

12         THE WITNESS:  Just to begin --

13         THE COURT:  Could we get your name first.

14         THE WITNESS:  Ako Williams.

15         I want to say I love my dad.  Just like my brother

16    said, he taught me so much and, yes, I know what was going on

17    and the situation and everything, but I learned so much from my

18    dad and a lot of things that I know today I wouldn't have known

19    if it wasn't for him.

20         It's hard being a female with no dad because I have

21    nobody to ask questions to.  My mom, but my mom can only tell

22    me so much, you know.  It is hard to get boy advice or anything

23    that has to do with my dad, I always had to do it myself, you

24    know, and I want to say he is a great person regardless of what

25    he has done and whatever the allegations are, but he is a great

```
 1    person, and he showed me love.  He showed me how to survive and
 2    how to be strong and family, and now I am missing that, I don't
 3    have that any more.
 4           And it is hard for my mom as well, because now my mom
 5    has to deal with two kids that have to go through so much now.
 6    It is just hard.  I will never been able to go out with my dad
 7    or celebrate anything any more.
 8           We don't even know each other.  I feel like I don't
 9    know him, and I want to get to know who he is, I want to know
10    who that person is.  I have so much to show him and tell him
11    about the career I am chasing now.  It is successful and
12    finally paying off and I am able to talk to people and give
13    people my advice on what I have been through and stuff like
14    that.
15           I want to tell him I love him.  No matter what, I'm
16    there, and thank you, thank you for being my dad, and I will
17    continue to be on his side regardless what is going on.  That
18    is it.
19           THE COURT:  Okay, thank you.  Thank you very much.
20    Thank you.
21           MR. SCHILLER:  Thank you, Judge.  May it please the
22    Court, Defense counsel.
23           It's hard to know where to begin to start talking
24    about this case because for upwards of three weeks, when you
25    include the deliberations, this jury heard some of the most
```

1    horrendous facts shy of murder that exist in the world.

2         This man brutally assaulted half a dozen women, turned

3    them out as prostitutes, some for six months, some of them for

4    eight years, because he wanted to make money, and did he so

5    without discretion, without caring about them, without caring

6    about any repercussions.

7         It is true, the Guidelines in this case call for a

8    life sentence, and it should.  It is true, he doesn't have any

9    criminal history points.  Mr. Williams' crimes in this case

10   were so outrageous that he qualified for every special offense

11   characteristic, every enhancement, every adjustment that the

12   Guidelines allow.

13        The Guidelines were created so that if you in your

14   actions are going to commit a heinous offense to such a degree,

15   with such disregard, that your levels are going to increase,

16   and that is exactly what happened to Mr. Williams.

17        The Government is seeking a life sentence in this case

18   for each of the charges that he is facing life, and 20 years

19   for the obstruction charge.

20        I am going to mention this now so it is on the record

21   and I don't forget.

22        We are asking the Court order forfeiture as stipulated

23   to by the parties in regards to $12,455.55 in cash in the

24   evidence.

25        *THE COURT:*  What was the amount?

1          MR. SCHILLER:  $12,455.55, a 2007 Honda Odyssey and a

2     2006 Mercedes E 556.  When that vehicle is sold the cash will

3     be turned into restitution for the victims which the Government

4     is prepared to proceed on today, Defense is not.  We did file

5     that motion months ago in preparation for today.

6          Again, Defense did consent to the forfeiture of those

7     items at Docket Entry 173.

8          Your Honor, you remember this case, everyone in the

9     courtroom knows how careful attention the jury was paying to

10    the case, and we know how careful attention you were paying to

11    the case, listening to every word of every victim, every

12    witness, pieces of evidence, thousands of text messages we put

13    before the Court to show this is not a one off, if you will,

14    not a one-time thing that Mr. Williams finds a girl and

15    trafficked her.

16         This is 15 years of violence involving the use of

17    women and girls, manipulation of them and putting them in what

18    we can only describe as a constant state of coercion.  Every

19    action, move, thought any of these girls had over 15 years was

20    because that man put it in their head to do it that way, to the

21    point where some of the girls he used to recruit other girls as

22    the testimony produced.

23         I think it is important to look at his criminal

24    history.  He has no criminal history points, but he has

25    criminal history, and some back to the time when he was 19

1   years old.  PSR paragraph 129 shows that in 1995, he got a

2   withholding of adjudication on -- in an aggravated pregnancy

3   case, and battered an ex-girlfriend and mother of his child,

4   Carrie Ann Plunget.

5          The following year, false imprisonment, withhold

6   adjudication and probation on the same women.  The same year he

7   violated a restraining order 12 days after the false

8   imprisonment, again on Carrie Ann Plunget.

9          Fast toward to when he is 32.  The next three crimes

10  all occurred as a commission of a human trafficking offense and

11  were disclosed in the course of this trial.  Paragraph 144 of

12  the PSR discloses in 2008, age 32, arrested for procuring

13  prostitution.  That was the event involving DR with the

14  undercover operation where that phone was found on the

15  Defendant's person and still remained in the custody of the

16  Hollywood Police Department, so the FBI and the case agent were

17  able to disclose it.

18         At 36 he was arrested for living off the proceeds of

19  prostitution, a Broward Sheriff's officer case, and you heard

20  testimony about that in regards to DR, RC, and DL.

21         Finally, in 2014, he was arrested for directing

22  prostitution activities around the Orlando area, and at least

23  on that one he got adjudication withheld.  There was some

24  conviction there, and that was involving DR, RC, and sitting in

25  the car the juvenile, GRL.

```
 1              He doesn't have criminal history points, but he does
 2      have history.
 3              If the Court would indulge me for just a second.  We
 4      showed this at trial, but we didn't go into this too much.
 5              Can you hear me if I am off mic?
 6          MR. PEACOCK:  No.
 7          MR. SCHILLER:  It is important for the Court to see
 8      graphically how long this criminal activity went on.  It
 9      started as early as 2005 with TL.  Her trafficking began at the
10      age of 19.  DR is the next one at the age of 17, DL at the age
11      of 17, RC, who is here before you this morning, at the age of
12      18, GRL and KC.  These girls overlapping each other, and
13      committing acts of prostitution in the hundreds, but more than
14      likely thousands of times so that he could make a buck.
15              That is what this comes down to.
16              He made these girls get breast surgery and tummy
17      tucks.  They were arrested, some of whom still have these
18      convictions on their records and still can't get a job, and
19      can't get a bank account, and can't do anything that you and I
20      or anyone in the courtroom can because they have criminal
21      convictions because of him.
22              They are strong women, and your Honor got to see them
23      all testify.  They all cried on the stand.  Imagine the
24      difficulty each of them went through, testifying with their
25      trafficker sitting 20 feet away, but they all did it because
```

1    they needed to show themselves that for once in their lives

2    they held the power and not him.

3            The PSR also dictates the violence that Mr. Williams

4    has committed on other people.

5            Paragraph 155 of the PSR, it talks about the Defendant

6    as far back as age 17 with his then girlfriend, a 13 year old

7    Rachel, who is sitting in the courtroom today.

8            It talks about his two children, Deandre and Ako, who

9    spoke to you already, and talks to you about the Defendant's

10   abuse of these three people, tasing his own children.  It is

11   not a game.  These are people.  This is their life.

12           He victimized the six women, five of whom testified

13   before you, the jury, yes, convicting of three, and who knows

14   how many others, including we know at least his own children,

15   the mother of his child.

16           The six girls who were represented in the indictment

17   in this case all came into this as normal people, TL, DL, DR,

18   RC, GL, and KC, all of them having done nothing before they

19   came into this life, but the Defendant changed them all.

20           The pictures on the screen were recovered from his

21   devices, Backpage ads.  This is what he turned them into.  He

22   turns them into girls of the night, as the old term was,

23   prostitutes, and he didn't just do that and let it go, no.  He

24   beat them, scared them, tased them, and threatened them to get

25   what he wanted, money.

1          It wasn't just them.  The Court heard testimony about

2     two other girls as well, all with nicknames at his pleasing, at

3     his direction.

4          Judge, we heard testimony that the Defendant ate

5     wonderfully.  He provided himself nutritious meals and the

6     girls ate what they could.  They would work in hotels for days

7     on end, work at clubs for days, weekends on end.

8          You might remember during direct examination we asked

9     every one of them, why not just leave?  Because I knew he would

10    come after me, I knew he would hurt me.  They had been groomed,

11    they had been mentally manipulated.  They will never get their

12    lives back, so why should we give the Defendant his?

13         We know from the PSR that the Defendant has never in

14    his life worked more than maybe a month or two at a box

15    factory.  How has he survived since he became 18 years old

16    until today?  He and his mother -- in the PSR he alleges that

17    the mother is providing him money.  She hasn't worked, and we

18    know the money the mother gets is roughly $2,000 a month in

19    Social Security and an annuity.  $2,000 a month to support two

20    people and a house in Lake Worth that costs 3,500 a month in

21    mortgage.  That doesn't the seem to fit.  Where does all the

22    money come from?  One source, these girls.

23         I think it is important to note in the Government's

24    calculations of restitution we were exceptionally conservative,

25    and just on lost wages alone for the work the girls did for the

1    Defendant is in the hundreds of thousands of dollars, and that

2    is conservative, and that is just for the ones who the jury

3    convicted for, doesn't include TL, who was a victim of his for

4    almost a decade.

5          But, Judge, it is important to know that his crimes

6    just don't end there.  The details, these are part and parcel

7    of the human trafficking case.  Yes, we dismissed all the

8    counts against Alston Williams in the fraud of getting the

9    house and the loan.  We did that for one reason.

10         That case was going to go before yourself, and the

11   victims in that case would have had to testify.  To make them

12   undergo cross-examination in a fraud case when we knew and

13   believed in the human trafficking case that he was facing life,

14   we made the strategical and logical decision to drop the

15   charges against Mr. Williams so those girls did not have to

16   testify in two separate trials, so we focused on this one.

17         When you think about what that case represented, the

18   Defendant, mother, and real estate agent created all these fake

19   documents so they could buy the house in Lake Worth.  Why?  The

20   five bedroom, 4,000 square foot house just sold for $450,000 on

21   the market.

22         That house did not have five people living there, but

23   that house was created so Alston Williams could continue to run

24   his human trafficking enterprise and run it for a long time.

25   There is not a single delinquent payment.

1              When he gets arrested on this case, what does he do?

2    He, his mother, and the real estate agent get an energy loan

3    from YGrene so they could recoup the money out of the house,

4    maybe to hire a lawyer, pay his bond.  It doesn't go to either

5    of those.  Mom uses it to pay off the mortgage.  Both the real

6    estate agent and mother plead guilty to those charges.  The

7    real estate agent got three and a half years for the fraud.

8              It is important because the criminal activity in this

9    case is based on his criminal offense history I, because it is

10   based on no criminal convictions.  When you look at his

11   livelihood since he turned as an adult, nothing but crime,

12   nothing but crime.  What else has he given society?

13             MR. PEACOCK:  I object under United States versus

14   Fatico.  If the Government alleges things other than the counts

15   of conviction as far as a life of crime or something like that,

16   I think we need notice on that.  Otherwise, I move to strike.

17             MR. SCHILLER:  I am talking about things in the PSR.

18   I don't know what notice needs to be given, the Court has been

19   made aware of it.

20             MR. PEACOCK:  The PSI doesn't refer to a life of

21   crime.

22             THE COURT:  If the Government is pointing the Court to

23   rely upon what is in the PSI, the Court will do that.

24             MR. SCHILLER:  Thank you, Judge.

25             When we look into the house in Lake Worth, it is

```
 1   interesting in what you find.
 2           You could say the trafficker had the girl in the hotel
 3   and doing what he was doing there.  Trafficking was never done
 4   out of the house.  The girls were asked to walk down the
 5   street, go somewhere where they weren't connected to him or the
 6   house.
 7           When we look at the house, we he know he had the
 8   office, otherwise referred to as the O, and there was a lock
 9   and a safe, and inside that safe were all kinds of
10   identification for all of the girls, Social Security cards,
11   passports, driver's licenses and cash, over $12,000 in cash.
12           He was setting himself up, and had set himself up
13   since 2005, in running this incredible operation.
14           The other thing I think this Court needs to really
15   consider is the physical things he did to the girls.
16           Yes, we heard countless hours of testimony of
17   violence, but I think there are a couple of things that stand
18   out.  Probably the worst is what almost all the girls described
19   as turning up the music.
20           As the Court might remember, when the Defendant got
21   angry at any of the girls occasionally he would turn up the
22   music loud in the house and take them in the garage and beat
23   them senseless in front of the other girls so they would see
24   what would happen to them if they spoke out of turn, or if they
25   did "ho shit," looking at a guy a wrong way, acting
```

```
 1   inappropriately, as Alston Williams wanted them to.

 2           He also branded them.  DL had DR's nickname, his

 3   nickname, and RC's nickname.  DR had the Defendant's nickname,

 4   DL's nickname and RC's nickname, and RC had the Defendant's

 5   nickname, DR's nickname and DL's nickname.  Never their own,

 6   just everyone else who was in the family.  Even GRL had his

 7   name tattooed.

 8           The only victim who testified before you, KC, was not

 9   tattooed, but she received her own brand from one of the johns

10   in this case, one of her clients who brutally attacked her.

11           Judge, I don't know how else to describe Mr. Williams

12   from the facts other than he is a horrible person.  This Court

13   saw weeks of testimony from the women who have to live their

14   lives constantly in fear because of what he did.

15           He gets to go to prison and he sits and nothing less

16   than a life sentence makes that appropriate.

17           I think it is interesting -- I believe it is in the

18   PSR.  If it is not, I will stop talking about it.  Soon after

19   the conviction the Defendant attempted to take his own life.

20   That is a very telling thing.  He doesn't want to face a life

21   sentence.

22           MR. PEACOCK:  Your Honor, I totally object to this

23   argument.  Bringing out that Mr. Williams tried to commit

24   suicide and using that against him as some kind of demeaning

25   character factor is outrageous.  Enough is enough.  That is not
```

1    appropriate, we don't need to do that here in Federal Court.

2            MR. SCHILLER:  I will conclude with one final

3    statement, Judge.

4            Defense, throughout the Motion for Variance, pushes

5    the fact that because the jury acquitted for some of the

6    victims and one of the counts related to GRL, that therefore

7    they disbelieved those victims and didn't believe the other

8    victims who he was convicted on when they talked about those

9    others.  I don't know how they came up with that theory.

10           We were not in the jury room.  The Court, the people

11   sitting in the court, we have no idea what the thought process

12   was.  That is what makes this system great and makes this

13   system work.  For whatever reason, they had a split verdict.  I

14   don't know why, and Defense doesn't know why.  It doesn't

15   affect the counts of conviction or the sentence in this case.

16           If they came back with guilty on one count we would

17   ask for life in prison, and he would deserve life in prison.

18           There is one part that gets overlooked, and that is

19   the obstruction.

20           While in jail on this case, pending charges, the

21   Defendant met another inmate, and he testified before your

22   Honor.  He recounted word for word things the Defendant told

23   him.

24           That is what happens when you pick someone with a

25   photographic memory, he recounted directions, how to get to the

1    mother's house and get to RC and GRL.  It became clear the

2    Defendant would do anything to try to make the charges go away

3    while he is trafficking these women, while he is in jail

4    creating a fraud and trying to obstruct justice.

5         There is no room for this man in any other place

6    except for a prison cell for the rest of his life.  On behalf

7    of the United States, on behalf of RC, DL, KC, and TL, I would

8    respectfully request you sentence the Defendant to life in

9    prison.

10         Thank you very much.

11         *THE COURT:*  Thank you.

12         *MR. PEACOCK:*  May I respond, your Honor?

13         *THE COURT:*  Yes.

14         *MR. PEACOCK:*  Your Honor, there is no room for drama

15    in 3553(a).  That was very dramatic, but did very little to

16    address the arguments we put to the Court based on the evidence

17    and the law in this case.

18         The Government has gone to, in my experience,

19    unsurpassed levels just now trying to vilify and exaggerate

20    their case and their argument.  That seems to be all they do,

21    Judge, to go back and rehash the facts, rehash the facts that

22    they had their witnesses testify to at trial, and that is fine.

23         We have accepted the six counts of conviction for the

24    purpose of this sentencing, but they can't accept the five

25    counts of acquittal.  That is the problem here, five of those

1    counts, to 12 of those jurors, were acquittals.

2            This is a very serious thing.  Mr. Schiller wants to

3    give great honor to the jury until it comes time for the

4    acquittal.  And he says we don't know how that happened, we

5    don't know how that happened back there, they may have done it

6    by mistake.  That is ridiculous.

7            The jury was out for four days, they thought carefully

8    about what they did.  They acquitted on five counts, much to

9    the chagrin of the Government.  They acquitted on RC, they

10   didn't believe a thing she said.  They did believe DL, they did

11   believe that, they did believe GRL, I understand that, but they

12   didn't believe the others.

13           The Government doesn't address the inequities that are

14   structurally in the Guidelines.  I didn't hear one word about

15   that from Mr. Schiller, not one.

16           They cannot explain to you why everyone with this

17   conviction ends up with a life Guideline, and they also

18   certainly can't explain to you how that is justified under 3553

19   or Congress' intent in setting the statutory penalties from 15

20   to life.

21           One factual thing that I did take issue with was this

22   idea that these women were controlled and couldn't leave.  What

23   is good for the goose is good for the gander.  These women came

24   and left at will.

25           That doesn't make Mr. Williams' actions right, but

1    they did come and leave.  We know DL left in, what, 2012, I

2    think, and didn't come back.  She wanted to come back in 2017,

3    she started sending emails asking to come back, sending him

4    naked pictures.

5           The idea that they were not allowed to leave and the

6    idea that they were controlled in that fashion is simply wrong.

7    I think the Court can rely on its memory for that factor.

8           Once again, your Honor, we presented to the Court some

9    empirical evidence of how these cases have been sentenced, how

10   they are sentenced around the country.  The statistical mean is

11   137 months for sexual abuse cases.

12          We are not asking the Court to give a slap on the

13   wrist, we are asking the Court to impose a sentence of 20

14   years.  That is a long, long time.  That is -- 20 years,

15   considering that it would be his first felony, that is an

16   extremely long sentence.  No matter how serious, how offensive

17   the crime is to anyone, we are asking the Court to impose a

18   serious, but fair sentence in this case.

19          *THE COURT:*  Is there anything further from the

20   Defense?

21          *MR. PEACOCK:*  One second, your Honor.  Nothing

22   further.

23          *THE COURT:*  Defense has been heard in full?

24          *MR. PEACOCK:*  Yes, ma'am.

25          *THE COURT:*  Has the Government been heard in full?

1          *MR. SCHILLER:*  Yes, your Honor.

2          *THE COURT:*  Okay.  We will take a brief recess and we

3    will be right back.

4       *(Thereupon, a short recess was taken.)*

5          *THE COURT:*  You may be seated.  We will wait for Mr.

6    Williams.

7          The Court considered the statements of all of the

8    parties, the Pre-Sentence Report containing the Guidelines and

9    statutory factors set forth in 3553(a).

10          It is the finding of the Court that the Defendant, Mr.

11   Williams, is not able to pay a fine or an additional special

12   assessment required by 18 United States Code Section 3014.

13          However, restitution shall be ordered, and since there

14   is not an agreement today, we will address setting a date for a

15   restitution hearing.

16          *MR. SCHILLER:*  The 3553 factors do require the Court

17   to impose a sentence that is sufficient, but not greater than

18   necessary to comply with the purposes that are set forth in

19   paragraph two of the subsection in this statute, and in

20   determining the particular sentence to be imposed the Court

21   considers the nature and circumstances of the offense, the

22   history and characteristics of the Defendant, the need to

23   promote respect for the law and provide just punishment for the

24   offense, afford adequate deterrence, protect the public from

25   further crimes of the Defendant, provide the Defendant needed

1   educational training, medical care, and correctional treatment

2   in the most effective manner.

3        The Court also considers the kinds of sentences

4   available, pertinent policy statements, the need to avoid

5   unwarranted sentencing disparities among Defendants with

6   similar records who have been found guilty of similar conduct,

7   and the need to provide restitution for any victims of the

8   offense.

9        Although Mr. Williams scores a criminal history

10  category of I, he does have a record of criminal history.  This

11  is addressing history and characteristics of the Defendant.  It

12  is outlined in the Pre-Sentence Investigation Report, the

13  Government made reference to it.

14       It includes aggravated battery of a pregnant woman,

15  false imprisonment, misdemeanor battery, violation of a

16  restraining order, living on the earnings of prostitution,

17  disorderly conduct and various traffic/licensing infractions.

18       Mr. Williams' father died in 2010, but he does report

19  that he is still close with his mother and brother and does

20  have two children here today who addressed the Court, Dyondre

21  and Ako Williams.

22       Mr. Williams and his mother report that Mr. Williams

23  earned a high school diploma and attended ITT Technical

24  Institute before he needed to withdraw because of financial

25  reasons.

```
1            He does not report any alcohol or drug abuse, but

2       struggles with mental health problems, and Mr. Williams did

3       attempt to take his life on December 23rd of last year, days

4       after the jury rendered its verdict in this case.

5            And the Defendant has no significant employment

6       history and can recount only sporadic employment over the last

7       decade.

8            As to the nature and circumstances of the offense,

9       Mr. Williams was convicted by a jury of multiple counts of sex

10      trafficking, both of minors and of adults by force, fraud or

11      coercion, as well as obstruction of justice.

12           Because this case went to trial, the Court has the

13      benefit of having heard all of the evidence firsthand.  The

14      evidence was extensive, taking nearly three weeks of long trial

15      days.  The Court will not endeavor to recount all of the

16      evidence here today; however, the Court acknowledges that the

17      evidence against Mr. Williams was substantial.

18           The victims' testimony revealed the stories of young

19      women who lived for years in terror, victimized and brutalized

20      by Mr. Williams.  Mr. Williams subjected his victims to heinous

21      acts of physical abuse, psychological control, and forced

22      prostitution for many years.  He is convicted of extremely

23      serious crimes, with multiple victims, who will continue to be

24      affected by Mr. Williams' crimes for the duration of their

25      lives.
```

1        As to the need for the sentence imposed to reflect the

2   seriousness of the offense, to promote respect for the law, to

3   provide just punishment for the offense, and to afford adequate

4   deterrence to criminal conduct, the sentence imposed must

5   reflect the seriousness of the offense, promote respect for the

6   law, provide just punishment and afford adequate deterrence.

7   All of these factors weigh in favor of a lengthy sentence for

8   Mr. Williams.

9        His crimes are very serious, by the Guidelines,

10  trafficking is considered among the most serious crimes.  Mr.

11  Williams trafficked these young women for years, demonstrating

12  a complete disregard for the law.

13       In terms of specific deterrence, the Court is

14  concerned that Mr. Williams would be likely to recidivate.  At

15  42 years old, he has almost no employment history; his

16  experience in providing for himself is in trafficking young

17  woman.  And the Court is also concerned about general

18  deterrence  Sex trafficking is a difficult crime to investigate

19  and prosecute, and yet we know it is a scourge throughout this

20  country, including this state.

21       With respect to the need for the sentence to protect

22  the public from further crimes, the Court is mindful that the

23  sentence must protect the public from further crimes, as

24  discussed above, and given the concern the Court has about

25  recidivism and his long history of trafficking women, and his

```
 1    involvement in the voluntary and involuntary sex trade, the

 2    Court places a great significance on the need -- great

 3    importance on the need to protect the public from further

 4    crimes of the Defendant.

 5         With respect to the kinds of sentences and the

 6    Guideline sentencing range established, the Defendant does face

 7    a mandatory minimum sentence pursuant to 18 United States Code,

 8    Section 1591 of 15 years imprisonment.  The recommended

 9    Guidelines sentence is life imprisonment.  The Government

10    recommended three -- and today clarifying -- five concurrent

11    life sentences, and the Defendant asked for 20 years

12    imprisonment.

13         With respect to the need to avoid unwarranted sentence

14    disparities among Defendants with similar records and similar

15    conduct, the Court has considered the argument for downward

16    variance at Docket Entry 196.  The Defendant's primary argument

17    is that the Guidelines unfairly punish defendants convicted of

18    sex trafficking, and in a sense double count many of the

19    aspects of sex trafficking, such as the use of a computer.

20         The Court acknowledges that the Guidelines are

21    advisory, so to the extent there is double counting to the

22    Defendant's disadvantage, the Guidelines are just guidelines;

23    however, by statute, the Defendant here is convicted of two

24    counts, which carry a mandatory minimum of ten years up to

25    life, three counts carrying mandatory minimum terms of 15 years
```

1    up to life, and one count which may be punished by up to 20

2    years in prison.

3         These sentences can be run concurrently, but it

4    appears to the Court that there is unmistakable Congressional

5    intent to punish sex trafficking with substantial prison terms.

6    In this case, the Defendant is convicted of five crimes and the

7    statute specifically contemplates a life prison sentence.

8         The second primary argument is directing this Court to

9    a number of cases which Defendant claims are similar to this

10   case, qualifying it a bit in court today, recognizing that not

11   all cases are precisely the same and there can be factual

12   differences, but the Defendant's main argument was that the

13   Defendants in these other cases received lighter sentences than

14   life imprisonment.

15        The Court took the time to review the cases cited by

16   the Defendant and makes a few observations with respect to

17   those cases.

18        In United States versus Taylor Jorden Wardlow, the

19   prison term was 200 months for that Defendant, and some of the

20   differences in that case were that the Defendant was charged

21   with production of child pornography, possession of child

22   pornography, and two counts of sex trafficking a minor.  The

23   convictions and charged offenses related to only two victims,

24   and the Defendant was trafficking his victim over a period of

25   less than one month, rather than years as in this case.

1          With respect to United States versus Robert Cox and

2    Timothy Myers, Case Number 09-CR-60243, the term of

3    imprisonment was 180 months and 121 months, convictions there

4    involved fewer victims, and those victims were trafficked for a

5    shorter period of time, a period of weeks as opposed to years.

6          In United States versus Godijah Dawkins, 15-CR-60108,

7    180 months of imprisonment was imposed.  In that case, the

8    Defendant accepted responsibility for his crimes and pled

9    guilty.  The Government joined in the Defense recommendation

10   for a downward variance and the joint motion for downward

11   variance stressed aspects of the Defendant's history, such as

12   his abuse as a child, in recommending his sentence.

13         In United States versus Duke, 08-CR-60261, 96 months

14   was imposed.  The Defendant pled guilty and accepted

15   responsibility for his crimes.  The Government recommended a

16   sentence of 120 months.  At the time of sentencing the

17   Defendant was 69 years old, so his sentence would keep him in

18   prison until he was about 77 years old.

19         In United States versus Pierre, 09-CR-60132, 120

20   months was imposed.  The Defendant entered a plea agreement

21   with a factual proffer and the factual proffer did not involve

22   any allegations of violence.

23         Lastly, in United States versus Kareem Jamaal Mavour,

24   13-CR-60226, 180 months was imposed.  The Defendant pled guilty

25   to two counts of the indictment for enticement of two children

1    to commit commercial sex acts.  The plea agreement included the

2    Government's commitment to recommending a 15-year term of

3    imprisonment.

4            In contrast, the Government's response to the Motion

5    for Downward Variance highlights a number of cases that impose

6    high sentence, such as 360 months, 405 months, or two life

7    sentences, for sex trafficking crimes.

8            The Court has considered its own precedent in similar

9    cases.  The Court has a responsibility to avoid unwarranted

10   sentencing disparities, ideally this happens at a national

11   level, but certainly at the district level.  But uniformity in

12   sentencing must start with the sentencing judge, so the Court

13   looks at her own cases.

14           In United States versus Macias, 15-CR-80136, this

15   Court sentenced the defendant to 360 months imprisonment after

16   the defendant pled guilty to one count of the production of

17   child pornography.  That case was similar to this one in that

18   the defendant recruited his girlfriend's underage daughter to

19   perform prostitution and to produce child pornography.

20           However, there, the defendant pled guilty to just one

21   count of child pornography, there was only one victim; the

22   period of abuse of the child was much shorter than the abuse

23   here; and the statute he pled guilty to violating did not allow

24   for a life sentence, the maximum was 30 years.

25           In short, this Court has sentenced a Defendant to 360

Pauline A. Stipes, Official Federal Reporter

1    months who pled guilty to far fewer crimes than the Defendant

2    here was found guilty of.

3          So, for all of these reasons, the Court has considered

4    the Motion for a Downward Variance and the Government's

5    response and concludes a downward variance is not warranted in

6    this case, therefore the Motion for a Downward Variance is

7    denied.

8          MR. PEACOCK:  Your Honor, may I interrupt for a

9    second?  May I have a minute with Mr. Williams?

10         THE COURT:  Yes.

11         MR. PEACOCK:  I apologize, your Honor, Mr. Williams

12    indicated he wanted to address the Court before you impose the

13    sentence.

14      (Thereupon, the Defendant was duly sworn.)

15         THE DEFENDANT:  Yes, your Honor.  Um-m-m, I hear the

16    prosecutors talking about this horrible person.  I want to say

17    so many things, your Honor, but I was told not to say certain

18    things because of how the law works and stuff like that.

19          This escorting thing, I told -- I have been telling

20    everybody that I don't like it.  RXXXXXX is here, she knows I

21    said that plenty of times, but everybody wanted to go get quick

22    money and shopping, wanted to go shopping and stuff like that.

23    So, nobody wanted to stop, nobody wanted to stop.

24          I hear the prosecutor saying I forced people to escort

25    and stuff like that.  Your Honor, there is more things going on

1    that the prosecutor is not saying why those letters were

2    written.  RXXXXXX is in the courtroom, and it is for something

3    else other than me forcing people to do stuff.

4            I used to think that the law was the law, but the law

5    is very, very, very dirty, very, very, very dirty, and I want

6    you to hear my voice to let you know that I'm not this bad

7    person the prosecutor says that I am.

8            I want to tell you so many things, your Honor, but I

9    was told to keep it simple and don't say certain things, but as

10   far as the escorting things and me forcing people to do stuff

11   like that, that wasn't happening, your Honor.  Everybody was

12   coming and going and I kept saying I don't like this job, this

13   escorting thing, but females buying clothes, shopping and bags,

14   and doing whatever they had to do, people were going and

15   coming, like Mr. Peacock said, over the years going and coming,

16   going and coming, whenever they wanted to go and come.

17           DXXXX, I saw -- when DXXXX was here and she testified

18   in front of the jury, she showed some line marks on her

19   fingers, and she said I held pliers to her hand.  The reason

20   those marks were on her fingers was because she takes a razor,

21   and she was doing it before I met her, and she cuts herself.

22   And she had on a jacket because on her wrists, the same line

23   you see on the fingers, those are the same lines you see on her

24   wrists.  That is why she was swearing a sweater.

25           You were behind her, but she was smirking.

```
 1          This whole case came about, your Honor, because I got
 2   somebody pregnant and that person told RXXX, and when I was in
 3   St. Thomas RXXX called the police, or her dad, or somebody up
 4   here and I was told to take a charge of kidnapping before the
 5   Federal Government picked it up.
 6          As a matter of fact, my lawyer told me he spoke to the
 7   prosecutor and he told him I should take the kidnapping charge
 8   or the FBI is going to pick it up because everybody, I guess,
 9   is scared of the FBI because they do whatever they do to make a
10   conviction, or whatever the case is like that, your Honor.
11          Everybody had phones, your Honor, everybody was doing
12   their own thing, your Honor.  To work at an escort agency, your
13   Honor, you have to send your ID in and the person, whoever owns
14   the company, tells you to take a picture, front and back, of
15   the ID.  You can't be under 18 and be an escort, work for the
16   escort agency, they are not going to hire you.
17          So, I sat here and I heard DXXXX say it, that I pushed
18   her to be an escort.  I wanted to talk, your Honor, the whole
19   trial I wanted to say something so bad.  I was told I can't
20   talk, your Honor.
21          You cannot be an escort below 18, you have to send in
22   your -- send a picture of your ID, front and back, and then
23   everybody was doing it.  TXXXX brought it to me.  TXXXX was
24   doing that before, TXXXX brought that to me.  TXXXX was on the
25   phone with me when I was locked up telling me how she knows
```

 1   about RXXX lying about the situation and everything else on the

 2   phone, the jail phone, but she comes here and says I was

 3   slamming her head and she is a different person and I had her

 4   in a hold and all kinds of stuff like that.  TXXXX was going

 5   and coming, RXXX was going and coming, DXXXX was going and

 6   coming, GXXXXXX was going and coming, DXXXXXX was going and

 7   coming.  Everybody was going and coming.

 8        And the prosecutor said they were in fear for their

 9   life because I was going to kill somebody, stuff like that.

10   Kill who?  Kill who, your Honor?  I wasn't looking for DXXXX.

11   DXXXX got in contact with me asking me to come back to the

12   house right before I got arrested, and I told her -- I know she

13   was on drugs.  I said, are you going to go to the rehab, and

14   she said yes, and I said, I got to tell you one more thing,

15   RXXX is still staying here.  There was a silence on the phone

16   and she told me she was going to call back, and she never

17   called back.

18        I got arrested and I heard DXXXX said she was going to

19   get me in trouble.  I didn't have an argument with DXXXX, I

20   didn't have no argument, nothing, we were straight.

21        Through the years she kept in contact, whether through

22   email or text or phone calls.  The last time I spoke to DXXXX,

23   she got in contact through RXXX's Facebook and told RXXX to

24   tell me to call her.  That is how I started talking to DXXXX

25   right before I got arrested again.

1          DXXXX sat here and said I did this and I did that, and

2     it blew my mind how everybody, after the FBI spoke to them,

3     spoke to the alleged victims, everybody just twisted everything

4     like a switch.

5          What I am trying to say, your Honor, there are more

6     things going on.  Why RXXX is in the courtroom right now, there

7     is a lot -- there is more things going on why there were --

8     they were testifying, and they are not scared of me because if

9     they were scared of me, your Honor -- the prosecutor said that

10    I was going to go and kill somebody and something like that.  I

11    wasn't looking to kill anybody, I never killed anybody in my

12    life.  I wasn't hunting for anybody.

13         I saw the other prosecutor putting pliers in the bag

14    and all kinds of craziness, making it seem to the jury, yes, he

15    was doing this like a psychological type of thing, like he was

16    doing this and doing that to the females.

17         Your Honor, everybody was doing whatever they wanted

18    to do.

19         I was -- I kept saying to everybody, your Honor, I

20    need to go get another job and leave this escorting thing

21    alone.  Yes, I had been doing it over the years, I knew they

22    were escorting, I am not saying they were not.

23         When it comes to the extra stuff, kidnapping and

24    forcing people to do this and doing that, I wasn't doing that.

25    I wasn't doing that, your Honor, I wasn't forcing anybody to do

```
 1    anything.

 2              I was telling -- to give you an example, I got DXXXX a

 3    job by Dunkin Donuts, she was supposed to go the next day to

 4    see the manager.  Boom, DXXXX was gone.  That was in 2012.  I

 5    went to see her in 2013.  When she left was 2012, she didn't

 6    want to work in no Dunkin Donuts.  She went to Tampa or St.

 7    Petersburg and doing whatever she was doing over there.

 8              This is like a book, your Honor.  Wow.  I just want to

 9    tell your Honor it is not what you are hearing about me abusing

10    and stuff like that.  There were -- I am going to say this,

11    just this, just I have to talk.  I want you to hear my voice.

12              Also, your Honor, TXXXX, when TXXXX was testifying,

13    you heard what she said, I was abusive to her and stuff like

14    that.  That blew my mind because I don't know what TXXXX is

15    talking about.  TXXXX used to call me to talk to her husband

16    when they were fighting, not for violence.  I used to call him

17    and tell him to calm down, leave the house, stuff like that.

18              TXXXX was on the phone with me when I was -- this time

19    when I got arrested because she knew what was going on.  She

20    was telling me over the phone that RXXX got in contact with her

21    trying to find out what to do and stuff like that.  RXXX called

22    my mom the next day trying to figure out what to do and stuff

23    like that.  I guess when the FBI picks someone up, you have to

24    do whatever they tell you to do, that is a whole other story,

25    your Honor, because they have something on the people who are
```

```
 1   testifying, like TXXXX for instance.
 2            She was threatened with the Immigration situation.
 3   They followed TXXXX to get -- because her license got canceled,
 4   they followed TXXXX because she was on probation.  I think from
 5   her ID situation she was on probation.  They followed TXXXX,
 6   pulled her over and threatened her, completely flipping her to
 7   turn against me, and I had been cool with TXXXX for years.
 8   TXXXX used to live with me, she went about her business, I
 9   never had a problem with TXXXX.
10            Your Honor, if she had to fix her car or something,
11   wherever she is, I would go to try to help her fix it or
12   whatnot, but to see TXXXX come here and just completely flip
13   and be against me, that was like amazing.  And the prosecutor
14   and FBI guy knows what is going on, your Honor, they know what
15   was going on.
16            I was told not to say anything, but I have to because
17   this is my life.  This is my life.  They know exactly what is
18   going on, your Honor.  Just from -- the situation with TXXXX
19   alone just flipping, that completely blew my mind.  I can see
20   why people are scared of the FBI, I see it.  I see why people
21   are scared of the FBI.  If I knew all this was going to happen
22   I would have took the threat -- when he told my state lawyer I
23   should take the kidnapping charge I said, why would I take -- I
24   didn't kidnap anybody.  He said -- he told the lawyer if I
25   don't take the kidnapping charge, the FBI is going to pick it
```

```
 1   up.

 2           I told him, let the FBI pick it up.  He said, you

 3   don't understand, it doesn't matter if you are innocent or

 4   guilty, they are going to make you guilty.  That is what the

 5   lawyer told me, not this one, the state lawyer.  They said,

 6   they have the money and resources to make you guilty if they

 7   want you to be guilty.

 8           I didn't understand what he was saying.  Now I know,

 9   now I know, your Honor.

10           You -- my phone -- okay, I have to tell you this also.

11   I didn't know I was going to get arrested, your Honor.  RXXX

12   was acting funny, I had an idea she knew, and the other one

13   knew that GXXXXXX was pregnant, but I didn't know it was going

14   to get to the police or anything else.

15           Anyway, RXXX is sitting in the courtroom and she knows

16   everything.  She knows what is the truth, she knows what

17   happened, and she knows why she is forced to be here, is what I

18   am trying to say, your Honor.  She knows, she knows, the

19   prosecutor knows, the FBI guy knows, you know.  They can kill

20   me, but they can't take my soul.

21           I know they control the law and stuff like that and

22   force people to do whatever they want to do, but they can't

23   take my soul, you know.

24           I was just thinking, I should have took the kidnapping

25   thing, what they told my lawyers.  Why, why take it?  That
```

```
 1    never happened.  RXXX was all over the world, everywhere,

 2    everywhere.  They didn't want to give my phones and stuff like

 3    that, so-called evidence, to my lawyer.  Isn't that kind of

 4    strange?  They denied giving the lawyer my phones and stuff

 5    like that.  Why?  Because -- you know why, your Honor.  I have

 6    a million -- I have a million video -- I have thousands of

 7    pictures and videos and stuff like that of them sending

 8    pictures to me.  So, with this abuse stuff and me forcing this

 9    and that, that would have just threw the case out the window

10    because the pictures are a thousand words.

11         I got a couple of pictures every single day.  Every

12    single day they would send me pictures, right in front of me,

13    sending pictures, yet still they come here and say that I did

14    this and I forced this and I forced that.

15         I don't have thousand dollar shoes, I don't have

16    thousand dollar bags.  RXXX has that, though.  I don't have

17    that.  RXXX -- when the police came in the house, your Honor,

18    they were told that I beat them, I beat GXXXXXX and RXXX every

19    single day.

20         I didn't know I was going to get arrested.  When I got

21    arrested, they didn't even have a mosquito bite.  These are big

22    time detectives, too.  RXXX and GXXXXXX, they didn't have a

23    mosquito bite.

24         They didn't tell me what I was arrested for.  I had to

25    find out at the jail.  They didn't mention what I was arrested
```

1   for.  I find out at the jail house.  That is strange in itself

2   right there.

3          But what I am trying to say is, if I was beating them

4   every single day, why didn't one of them have a scratch?  I

5   couldn't have set it up, I didn't have time to set up anything.

6   I didn't know I was going to get arrested.

7          All this whole thing came about because somebody got

8   pregnant, and you know what I was told, your Honor, from the

9   law, from the police at the jail house, making a woman angry is

10   worse than hell.  They broke it down for me, they said jealousy

11   can kill, jealousy can kill, and I understand, I understand

12   exactly what that means.  I understand what that means, your

13   Honor, because when you hear one side talk about it, you hear

14   the prosecutors talk about it.  He went to school to make me

15   seem like the worst person in the world.

16          I would cut my wrists for RXXX, anybody I care about,

17   I'd cut my wrists for them.  Yet, she sat here, sat down, said

18   I am this evil person right in front of me.  GXXXXXX also, and

19   TXXXX, who I would have given the last pint of my blood.  I am

20   this evil person and for years -- they said for years I have

21   been making them escort, which is a complete absolute lie.

22          Um-m-m, I have been convicted, I mean, so, I'm just --

23   I had to talk to you, your Honor, I had to tell you my side of

24   the story.  Everything is not what it seems.

25          I have learned a lot from the FBI and the prosecutor,

1    the prosecutors, I learned a lot.

2           I have heard a lot from police officers themselves

3    telling me what the FBI do and you got to -- you know, they do

4    whatever they want to do.  I see that now.  I just had to talk

5    to you and let you hear my voice, your Honor, but I had to tell

6    you, but there are more reasons why they were here.

7           Oh, another thing, another thing.  When I got

8    arrested, the first thing I did, because I didn't know what I

9    was getting arrested for, I called RXXX.  She answered the

10   phone and I asked her why am I being arrested.  She said,

11   um-m-m, don't I have something to tell her?  This is on the

12   jail house phone.  Now, immediately I knew she is talking about

13   the pregnancy situation.  I told her I'm sorry.  Her response

14   was, I am going to be out of jail very, very soon.  It is going

15   on two years now, and I wanted you to hear me say it is over

16   two years now I have been locked up.

17          I met DXXXX -- yes, I met DXXXX.  DXXXX said she was

18   being an escort, I taught her to escort when she was under 18

19   years old.  That is impossible, no escort agency is going to

20   hire you under 18.  We'd barely see DXXXX.  DXXXX would fly out

21   and fly in, leave whenever she wanted to go, go wherever she

22   wanted to go, every single time.  RXXX did the same thing,

23   GXXXXX did the same thing, DXXXXXX did the same thing, TXXXX,

24   everybody.

25          Everybody always, always kept in contact with me.  I

Pauline A. Stipes, Official Federal Reporter

1    never said I am going to kill anybody.  I never went to kill

2    anybody.  I never went looking to kill anybody.  None of that

3    happened, your Honor, yet the prosecutor sat here and says he

4    wants me to have life in prison.

5          I mean, so what -- there is no limit -- this is just

6    unbelievable to me.  What do you do when somebody did do these

7    crimes?  These crimes are serious crimes, your Honor, they are.

8    They are, and I am not telling you that I didn't know that they

9    were escorting.  They were escorting, but no one was escorting

10   around me under 18 years old.  No one was doing that, your

11   Honor.  And I never -- I never owned an escort company.  I

12   don't even know the name of the escort agencies.

13         RXXX is a professional with that stuff right there.

14   They were calling different escort agencies and going about

15   their business, telling people to pick them up by the Publix so

16   the driver don't know where they were staying and stuff like

17   that because it is a male.  Everybody would try -- because they

18   are pretty, everybody tried to talk to them, so they didn't

19   want to bring the male drivers to the house.  The prosecutor

20   here said I told them to do this, I told them to do that.

21         Yes, I drove them around to escort and stuff like that

22   sometimes.  It's my understanding they get to keep their money

23   and not pay the driver, you understand.  Yes, I got money from

24   some of them escorting, I did.  My dad worked 30 years, also,

25   30 years.  Him and my mom paid off the house years back.  So, I

1    was just around a whole lot of -- around a whole lot of females

2    and being a -- thinking about that is how life is supposed to

3    be, and I was wrong, because look where I am at right now.

4    Look where I am at right now.

5              A lot of jealousy and the law, it is just unbelievable

6    the law is forcing people to say things and to do things and to

7    come here and write letters and stuff like that.  That is

8    amazing to me.  But I just had to talk to you, your Honor.

9              THE COURT:  Okay.  Thank you, Mr. Williams.

10             Was there anything further that Defense wanted to add?

11             MR. PEACOCK:  No, ma'am.

12             THE COURT:  Or the Government?

13             MR. SCHILLER:  No, ma'am.

14             THE COURT:  Okay.  So, having denied the motion for

15   downward variance, it is the judgment of the Court that the

16   Defendant, Alston Orlando Leroy Williams, is to be imprisoned

17   for life.  The term consists of life as to each of Counts 1, 2,

18   4, 9, 10, and 240 months as to Count 11, all to be served

19   concurrently.

20             It is further ordered restitution is mandatory

21   pursuant to 18 United States Code, Section 1591.  The victims'

22   losses are not ascertainable, therefore the Court shall set a

23   hearing date for final determination of the victims' losses,

24   and that date will be July 24th at 10:00 o'clock a.m.

25             Upon release from imprisonment, Mr. Williams shall be

1   placed on supervised release for life.  This term consists of

2   life as to Counts 1, 2, 4, 9, and 10, and three years as to

3   Count 11, to run concurrently.

4          Within 72 hours of release, he shall report in person

5   to the Probation Office where he is released.  While on

6   supervised release he shall comply with the mandatory and

7   standard conditions of supervised release which include that he

8   shall not commit any crimes, is prohibited from possessing a

9   firearm, shall not possess a controlled substance, shall

10  cooperate in the collection of DNA.

11         Mr. Williams shall comply with the following special

12  conditions, and those special conditions include:

13         He shall provide complete access to financial

14  information, including disclosure of all personal and business

15  finances, to the U.S. Probation Officer.

16         He shall have no personal, mail, telephone, or

17  computer contact with children/minors under the age of 18 years

18  or with the victims.

19         He shall not be employed in a job requiring contact

20  with children under the age of 18.

21         He shall not be involved in any children's or youth

22  organizations.

23         He shall not possess or use any computer, except he

24  may, with the prior approval of the Court, use a computer in

25  connection with authorized employment.

```
 1              He shall permit third party disclosure to any employer

 2       or potential employer concerning any computer related

 3       restrictions imposed upon him.

 4              He shall not buy, sell, exchange, possess, trade, or

 5       produce visual depictions of minors or adults engaged in

 6       sexually explicit conduct.  He shall not correspond or

 7       communicate in person, by mail, telephone, or computer with

 8       individuals or companies offering to buy, sell, trade,

 9       exchange, or produce visual depictions of minors or adults

10       engaged in sexually explicit conduct.

11              He shall submit to the U.S. Probation Officer

12       conducting periodic unannounced searches of his person,

13       property, house, residence, vehicles, papers, computers, other

14       electronic communication or data storage devices or media,

15       including retrieval and copying of all data from the computers

16       and internal and external peripherals and effects at any time,

17       with or without warrant by any law enforcement or probation

18       officer with reasonable suspicion concerning unlawful conduct

19       or a violation of a condition of probation or supervised

20       release.

21              The search may include the retrieval and copying of

22       all data from the computers and any internal or external

23       peripherals to ensure compliance with other supervision

24       conditions and/or removal of such equipment for the purpose of

25       conducting a more thorough inspection, and to have installed on
```

1    Mr. Williams' computers any hardware or software systems to

2    monitor his computer use.

3         Mr. Williams shall participate in a sex offender

4    treatment program to include psychological testing and

5    polygraph examination.  Participation may include inpatient or

6    outpatient treatment, if deemed necessary by the treatment

7    provider, and he shall contribute to the costs of services

8    rendered based on ability to pay or availability of third party

9    payment.

10        Mr. Williams shall comply with the requirements of the

11   Sex Offender Registration and Notification Act as directed by

12   the Probation Officer, the Bureau of Prisons, or any state sex

13   offender agency in which he resides, works, or was convicted of

14   a qualifying offense.

15        It is further ordered that Mr. Williams shall pay

16   immediately to the United States a special assessment of $100

17   as to each of Counts 1, 2, 4, 9, and 11, for a total of $600.

18        The Defendant's right, title, and interest to the

19   property identified in the notice of filing of agreed consent

20   to forfeiture, which is Docket Entry 173, is incorporated by

21   reference herein and is hereby forfeited.

22        Total sentence, therefore, is life imprisonment,

23   restitution to be determined, life supervised release, and a

24   $600 special assessment.

25        Now that the sentence is imposed, does the Defendant

1     or counsel object to the findings of fact or the manner in

2     which sentence was pronounced?

3          *MR. PEACOCK:*  In addition to our previous objections,

4     especially in regard to the procedural reasonableness, we also

5     preserve an objection to the substantive reasonableness of the

6     sentence.

7          *THE COURT:*  Does the Government have any objections?

8          *MR. SCHILLER:*  No.  I am sure the Court is finding the

9     $5,000 assessment wouldn't apply because the Defendant is

10    indigent.

11         *THE COURT:*  You mean the $30,000?

12         *MR. SCHILLER:*  Yes, what would be 30,000.

13         *PROBATION OFFICER:*  Yes, your Honor, that is correct,

14    the Federal Public Defender was appointed.

15         *THE COURT:*  So, the $30,000 he is not responsible for

16    because of the indigency, or the fine, just the $600 special

17    assessment.

18         *PROBATION OFFICER:*  Correct.

19         *THE COURT:*  Any objection from the Government?

20         *MR. SCHILLER:*  No, your Honor.

21         *THE COURT:*  Mr. Williams, you do have the right to

22    appeal the sentence imposed.  Any Notice of Appeal must be

23    filed within 14 days after the entry of the judgment.  If you

24    are unable to pay the cost of appeal, you may apply for leave

25    to appeal in forma pauperis.

1          You have a right to appeal the conviction and the

2    sentence imposed.

3          Were there any requests from the Defense?

4          MS. McCRAE:  May we have a moment, your Honor?

5          THE COURT:  Yes.  Does the Government believe, in

6    light of the notice of filing agreed consents to the

7    forfeiture, you need the Court to enter an order or does that

8    conclude that?

9          MR. SCHILLER:  I think we need to do one, so our

10   forfeiture department will do one.

11         THE COURT:  Will you get that done within three days?

12         MR. SCHILLER:  Yes.  Will you put that in the order?

13         THE COURT:  Let's say by Friday you file a proposed

14   order of forfeiture.

15         MR. SCHILLER:  Yes.  As soon as that gets seen they

16   will put it together today or tomorrow.

17         THE COURT:  Thank you.

18         MS. McCRAE:  Thank you, your Honor.  Defense has two

19   requests.  One would be regarding the July 24th restitution

20   hearing, Mr. Williams would waive his presence at that hearing

21   so he can speed up the process to get designated to his

22   facility with the BOP.

23         We would request the Court make a recommendation that

24   he serve his sentence in a facility in South Florida or as

25   close as possible.  Mr. Williams has a number of family members

1    here in the Southern District of Florida, and we would hope he

2    could be held as close as he can to South Florida in order to

3    have his family visitation.

4           If the Court does make this recommendation, it would

5    be helpful if the Court sets forth the basis of the

6    recommendation in the judgment so BOP is aware it is for family

7    visitation.

8           THE COURT:  Okay.  Any objection from the Government?

9           MR. SCHILLER:  No, your Honor.

10          THE COURT:  The Court will make a recommendation that

11   you be placed in a South Florida facility so that you can

12   maintain family ties and family visitation.  It is up to the

13   Bureau of Prisons where they place you, but the Court will

14   include that on the judgment, that recommendation.

15          Anything further from the Defense?

16          MS. McCRAE:  We would note that Mr. Williams is

17   waiving his presence at the restitution hearing.

18          THE COURT:  Yes, that is noted.

19          To the extent that we have a hearing, I note Mr.

20   Williams waived his presence to be there, and if you work out

21   the restitution prior to the July 24th date, let the Court

22   know.

23          MS. McCRAE:  Yes, your Honor.

24          THE COURT:  All right.  Anything further?

25          MR. SCHILLER:  No, your Honor.

1            *MS. McCRAE:*  No, your Honor.

2            *THE COURT:*  All right.  That concludes the sentence.

3      *(Thereupon, the hearing was concluded.)*

4                            * * *

5      I certify that the foregoing is a correct transcript

6  from the record of proceedings in the above matter.

7

8      Date:  August 18, 2019

9                      /s/ Pauline A. Stipes, Official Federal Reporter

10                     Signature of Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MR. PEACOCK: [20]   3/8 4/9
4/17 10/9 10/25 11/19 11/24
24/23 32/5 36/12 36/19 38/21
40/11 40/13 42/20 42/23 51/7
51/10 63/10 67/2
MR. SCHILLER: [26]   3/5 4/6
9/8 10/11 10/23 11/17 20/1
23/14 24/16 28/20 29/25 32/6
36/16 36/23 39/1 42/25 43/15
63/12 67/7 67/11 67/19 68/8
68/11 68/14 69/8 69/24
MS. McCRAE: [7]   6/16 8/5
68/3 68/17 69/15 69/22 69/25
MS. SILVESTRI: [1]   23/16
PROBATION OFFICER: [3]   3/12
67/12 67/17
THE COURT: [54]   2/2 3/11
3/13 4/7 4/12 4/18 4/22 4/25
5/2 5/6 8/3 9/7 9/11 10/10
10/12 10/24 11/1 11/18 11/20
19/25 24/15 24/22 24/24 25/4
27/7 27/12 28/18 29/24 36/11
40/10 40/12 42/18 42/22
42/24 43/1 43/4 51/9 63/8
63/11 63/13 67/6 67/10 67/14
67/18 67/20 68/4 68/10 68/12
68/16 69/7 69/9 69/17 69/23
70/1
THE COURTROOM DEPUTY: [2]
25/1 27/9
THE DEFENDANT: [5]   4/21
4/24 5/1 5/5 51/14
THE WITNESS: [4]   25/3 25/6
27/11 27/13

**$**
$100 [1]   66/16
$12,000 [1]   37/11
$12,455.55 [2]   29/23 30/1
$2,000 [2]   34/18 34/19
$30,000 [3]   10/22 67/11
 67/15
$450,000 [1]   35/20
$5,000 [1]   67/9
$500,000 [1]   10/18
$600 [4]   10/21 66/17 66/24
 67/16

**/**
/s [1]   70/9

**0**
08-CR-60261 [1]   49/13
09-CR-60132 [1]   49/19
09-CR-60243 [1]   49/2

**1**
10 [2]   63/18 64/2
10:00 o'clock [1]   63/24
11 [3]   63/18 64/3 66/17
12 [5]   14/19 14/22 18/21
 31/7 41/1
120 [2]   49/16 49/19
121 [1]   49/3
129 [1]   31/1
13 [1]   33/6

13-CR-60226 [1]   49/24
135 [1]   15/24
137 [1]   42/11
14 [1]   67/23
144 [1]   31/11
15 [8]   13/25 14/1 14/15
 30/16 30/19 41/19 47/8 47/25
15-CR-60108 [1]   49/6
15-CR-80136 [1]   50/14
15-year [1]   50/2
155 [1]   33/5
1591 [2]   47/8 63/21
16 [1]   21/21
160 [1]   3/16
165 [1]   3/17
168 [1]   15/25
17 [3]   32/10 32/11 33/6
173 [3]   11/14 30/7 66/20
179 [1]   11/11
18 [13]   32/12 34/15 43/12
 47/7 53/15 53/21 61/18 61/20
 62/10 63/21 64/17 64/20 70/8
18-CR-80053-ROSENBERG [1]
 1/3
18-month [1]   18/19
180 [3]   49/3 49/7 49/24
185 [1]   3/22
19 [2]   30/25 32/10
193 [3]   5/13 6/20 9/2
194 [1]   4/2
195 [2]   5/13 9/10
196 [3]   7/7 11/5 47/16
1995 [1]   31/1

**2**
20 [5]   29/18 42/13 42/14
 47/11 48/1
20 feet [1]   32/25
200 [2]   11/5 48/19
2005 [2]   32/9 37/13
2006 [1]   30/2
2007 [1]   30/1
2008 [1]   31/12
201 [2]   11/7 20/12
2010 [1]   44/18
2012 [3]   42/1 56/4 56/5
2013 [1]   56/5
2014 [1]   31/21
2017 [1]   42/2
2019 [4]   1/8 3/17 3/19 70/8
21 [1]   21/21
210 [2]   15/20 16/3
2123 [1]   1/17
235 [3]   7/20 13/20 15/17
23rd [1]   45/3
240 [1]   63/18
24th [3]   63/24 68/19 69/21
26 [1]   3/17
262 [1]   15/20
268 [1]   16/2
28 [1]   3/19
28th [2]   3/25 6/19
292 [1]   15/22
293 [3]   7/20 13/21 15/17
2nd [1]   1/20

**3**
3,500 [1]   34/20

30 [7]   7/14 7/15 13/16 19/17
 50/24 62/24 62/25
30,000 [1]   67/12
3014 [1]   43/12
32 [3]   7/15 31/9 31/12
33 [1]   15/24
33401 [2]   1/18 1/24
34950 [1]   1/21
35 [1]   16/2
3553 [16]   3/23 8/3 9/16 9/20
 9/24 10/5 12/15 12/17 14/5
 14/17 16/13 19/22 40/15
 41/18 43/9 43/16
36 [1]   31/18
360 [3]   50/6 50/15 50/25
365 [1]   15/22
37 [1]   15/20
38 [4]   7/19 13/19 15/17
 15/17
39 [1]   6/3

**4**
4,000 [1]   35/20
40 [1]   15/22
400 [1]   1/17
405 [1]   50/6
42 [1]   46/15
43 [8]   6/5 6/6 7/19 7/25
 10/15 13/3 15/13 16/3
450 [2]   1/20 1/23
46 [1]   6/4

**5**
50,000 [1]   10/18
500 [2]   1/17 1/24
53 [1]   3/20
556 [1]   30/2
561-833-6288 [1]   1/25

**6**
60 [1]   4/11
60108 [1]   49/6
60132 [1]   49/19
60226 [1]   49/24
60243 [1]   49/2
60261 [1]   49/13
6285 [1]   1/18
6288 [1]   1/25
69 [1]   49/17

**7**
72 [1]   64/4
77 [1]   49/18
772-489-2123 [1]   1/21
772.467.2337 [1]   2/2

**8**
80 [1]   18/16
80136 [1]   50/14

**9**
90 [2]   11/12 11/12
954-789-6285 [1]   1/18
96 [1]   49/13

**A**
a.m [1]   63/24
abduction [1]   16/2

**A**

ability [2]  9/15 66/8
able [8]  4/5 20/6 22/9 26/21
 28/6 28/12 31/17 43/11
about [38]  17/19 23/25 25/13
 25/22 26/17 26/22 28/11
 28/24 29/5 29/6 31/20 33/5
 33/8 33/9 34/1 35/17 36/17
 38/18 39/8 41/8 41/14 46/17
 46/24 49/18 51/16 53/1 54/1
 54/1 56/9 56/15 57/8 60/7
 60/13 60/14 60/16 61/12
 62/14 63/2
above [4]  6/5 21/15 46/24
 70/6
absolute [1]  60/21
absolutely [1]  21/22
abuse [12]  17/4 17/6 20/24
 21/1 33/10 42/11 45/1 45/21
 49/12 50/22 50/22 59/8
abuse of [1]  50/22
abused [3]  16/20 16/21 23/22
abusing [1]  56/9
abusive [1]  56/13
accept [1]  40/24
acceptable [1]  13/3
accepted [3]  40/23 49/8
 49/14
access [1]  64/13
according [1]  18/15
account [3]  17/23 22/6 32/19
accusations [1]  25/15
acknowledge [2]  6/14 6/15
acknowledges [2]  45/16 47/20
acquittal [2]  40/25 41/4
acquittals [1]  41/1
acquitted [6]  9/7 12/8 17/22
 39/5 41/8 41/9
act [2]  13/14 66/11
acting [2]  37/25 58/12
action [2]  6/15 30/19
actions [2]  29/14 41/25
activities [1]  31/22
activity [7]  8/20 8/25 9/5
 16/21 17/7 32/8 36/8
acts [3]  32/13 45/21 50/1
add [4]  7/23 13/15 13/18
 63/10
added [3]  5/25 6/2 6/24
addition [1]  67/3
additional [4]  7/17 8/11
 10/21 43/11
address [4]  40/16 41/13
 43/14 51/12
addressed [1]  44/20
addressing [1]  44/11
adequate [3]  43/24 46/3 46/6
adjudication [3]  31/2 31/6
 31/23
adjusted [2]  7/14 7/25
adjustment [12]  5/21 5/22
 5/25 6/5 6/7 8/2 9/21 9/22
 13/9 13/10 13/15 29/11
adjustments [1]  6/3
adolescent [1]  20/16
ads [1]  33/21
adult [2]  20/17 36/11

adults [3]  45/10 65/5 65/9
adverse [1]  10/3
advice [2]  27/22 28/13
advisory [1]  47/21
affect [3]  6/7 6/8 39/15
affected [1]  45/24
afford [3]  43/24 46/3 46/6
after [9]  3/14 3/18 31/7
 34/10 38/18 45/4 50/15 55/2
 67/23
afternoon [2]  3/6 3/12
again [7]  10/4 17/4 23/6
 30/6 31/8 42/8 54/25
against [10]  8/19 8/21 25/25
 22/4 35/8 35/15 38/24 45/17
 57/7 57/13
age [8]  31/12 32/10 32/10
 32/10 32/11 33/6 64/17 64/20
agencies [2]  62/12 62/14
agency [4]  53/12 53/16 61/19
 66/13
agent [6]  19/8 31/16 35/18
 36/2 36/6 36/7
aggravated [2]  31/2 44/14
ago [3]  23/18 25/18 30/5
agree [5]  5/17 6/21 7/21
 10/23 10/25
agreed [5]  5/9 11/15 19/5
 66/19 68/6
agreement [3]  43/14 49/20
 50/1
air [1]  21/18
Ako [3]  27/14 33/8 44/21
alcohol [1]  45/1
all [44]  3/3 6/2 7/15 10/5
 16/19 18/1 20/11 23/17 24/8
 25/11 25/12 25/24 31/10
 32/23 32/23 32/25 33/17
 33/18 33/19 34/2 34/21 35/7
 35/18 37/9 37/10 37/18 40/20
 43/7 45/13 45/15 46/7 48/11
 51/3 54/4 55/14 57/21 59/1
 60/7 63/18 64/14 65/15 65/22
 69/24 70/2
allegation [2]  8/19 8/24
allegations [4]  8/21 17/9
 27/25 49/22
alleged [4]  12/13 17/4 19/11
 55/3
alleges [2]  34/16 36/14
allow [2]  29/12 50/23
allowed [1]  42/5
almost [3]  35/4 37/18 46/15
alone [3]  34/25 55/21 57/19
already [2]  16/9 33/9
also [12]  14/4 22/6 33/3
 38/2 41/17 44/3 46/17 56/12
 58/10 60/18 62/24 67/4
ALSTON [12]  1/7 3/1 21/23
 22/10 22/11 22/14 22/16
 23/19 35/8 35/23 38/1 63/16
Although [2]  7/21 44/9
always [5]  21/6 22/1 27/23
 61/25 61/25
am [32]  16/14 17/14 21/15
 24/5 24/12 24/12 24/14 24/15
 24/15 26/9 27/4 28/2 28/11
 28/12 29/20 32/5 36/17 52/7

55/5 55/22 56/10 58/18 60/3
 60/18 60/19 61/10 61/14 62/1
 62/8 63/3 63/4 67/8
amazing [2]  57/13 63/8
AMERICA [2]  1/4 3/2
among [5]  7/7 12/22 44/5
 46/10 47/14
amongst [1]  21/12
amount [1]  29/25
analysis [2]  6/24 8/1
and/or [1]  65/24
angry [2]  37/21 60/9
Ann [2]  31/4 31/8
annuity [1]  34/19
another [6]  18/2 22/24 39/21
 55/20 61/7 61/7
answered [1]  61/9
anxiety [1]  24/9
any [38]  3/23 4/4 4/8 4/16
 6/15 7/10 10/5 11/22 13/12
 19/8 22/3 24/6 24/12 28/3
 28/7 29/6 29/8 30/19 37/21
 40/5 44/7 45/1 49/22 64/8
 64/21 64/23 65/1 65/2 65/16
 65/17 65/22 66/1 66/12 67/7
 67/19 67/22 68/3 69/8
anybody [9]  55/11 55/11
 55/12 55/25 57/24 60/16 62/1
 62/2 62/2
anyone [9]  3/5 11/16 11/24
 12/11 21/3 21/6 22/21 32/20
 42/17
anything [17]  11/9 11/16
 16/22 23/23 26/24 27/22 28/7
 32/19 40/2 42/19 56/1 57/16
 58/14 60/5 63/10 69/15 69/24
Anyway [1]  58/15
apart [1]  20/15
apologize [1]  51/11
appeal [5]  67/22 67/22 67/24
 67/25 68/1
appearance [3]  3/3 3/4 3/4
APPEARANCES [1]  1/14
appeared [1]  6/18
appears [3]  3/21 19/4 48/4
applied [1]  16/12
apply [4]  7/9 7/10 67/9
 67/24
appointed [1]  67/14
approach [2]  8/1 9/1
appropriate [8]  9/21 12/15
 14/21 16/13 18/25 19/21
 38/16 39/1
approval [1]  64/24
are [89]
area [1]  31/22
arguably [3]  15/11 17/20
 18/8
argue [2]  15/8 16/14
argument [14]  6/19 7/5 9/16
 9/19 10/6 11/22 38/23 40/20
 47/15 47/16 48/8 48/12 54/19
 54/20
arguments [4]  3/20 3/23 9/24
 40/16
around [9]  13/4 17/8 23/4
 31/22 42/10 62/10 62/21 63/1
 63/1

## A

array [1] 15/2
arrested [18] 31/12 31/18
31/21 32/17 36/1 54/12 54/18
54/25 56/19 58/11 59/20
59/21 59/24 59/25 60/6 61/8
61/9 61/10
arriving [2] 14/20 14/23
as [84]
ascertainable [1] 63/22
ask [3] 4/10 27/21 39/17
asked [4] 34/8 37/4 47/11
61/10
asking [8] 19/24 21/16 29/22
42/3 42/12 42/13 42/17 54/11
aspects [2] 47/19 49/11
Assault [1] 15/19
assaulted [1] 29/2
assessment [7] 10/21 10/22
43/12 66/16 66/24 67/9 67/17
assume [1] 25/21
ate [2] 34/4 34/6
attacked [1] 38/10
attempt [1] 45/3
attempted [1] 38/19
attend [1] 18/21
attended [1] 44/23
attention [2] 30/9 30/10
Attorney [1] 3/7
Attorney's [3] 1/16 18/12
18/12
attorneys [2] 5/4 5/4
August [1] 70/8
Australian [2] 1/17 1/23
authorized [1] 64/25
availability [1] 66/8
available [1] 44/4
Avenue [2] 1/17 1/23
avoid [3] 44/4 47/13 50/9
aware [4] 9/6 18/18 36/19
69/6
away [7] 20/14 20/17 20/20
22/3 23/5 32/25 40/2
awkward [1] 21/4

## B

back [19] 21/7 22/11 23/7
30/25 33/6 34/12 39/16 40/21
41/5 42/2 42/2 42/3 43/3
53/14 53/22 54/11 54/16
54/17 62/25
Backpage [1] 33/21
bad [3] 27/2 52/6 53/19
bag [1] 55/13
bags [2] 52/13 59/16
bank [3] 15/23 22/6 32/19
barely [1] 61/20
base [2] 13/7 13/15
based [4] 36/9 36/10 40/16
66/8
basis [2] 10/1 69/5
battered [1] 31/3
battery [2] 44/14 44/15
be [61] 4/5 5/9 5/15 6/4
6/13 6/22 9/17 10/18 10/20
13/2 13/20 14/21 15/2 15/17
16/15 20/6 22/1 22/25 23/20
24/5 26/20 26/21 26/21 28/2
28/17 30/3 36/18 40/20 42/15
43/3 43/5 43/13 43/20 45/23
46/14 48/1 48/3 48/11 53/15
53/15 53/18 53/21 57/13 58/7
58/17 61/14 63/3 63/16 63/18
63/24 63/25 64/19 64/21
66/23 67/12 67/22 68/19 69/2
69/5 69/11 69/20
BEACH [6] 1/2 1/7 1/18 1/24
2/2 18/21
bear [1] 12/1
beat [5] 23/22 33/24 37/22
59/18 59/18
beating [1] 60/3
beatings [1] 20/21
beautiful [1] 24/15
became [2] 34/15 40/1
because [58] 6/10 7/6 7/14
8/7 8/14 12/16 13/3 16/19
17/4 17/10 17/12 21/1 22/15
22/22 23/4 24/8 25/16 26/8
26/22 27/20 28/4 28/24 29/4
30/20 32/20 32/21 32/25 34/9
36/8 36/9 38/14 39/5 44/24
45/12 51/18 52/20 52/22 53/1
53/8 53/9 54/9 55/8 56/14
56/19 56/25 57/3 57/4 57/16
59/5 59/10 60/7 60/13 61/8
62/17 62/17 63/3 67/9 67/16
bedroom [1] 35/20
been [27] 5/8 11/9 12/1
17/11 20/13 20/18 21/8 22/20
23/2 25/12 25/12 26/7 28/6
28/13 34/10 34/11 36/18 42/9
42/23 42/25 44/6 51/19 55/21
57/7 60/21 60/22 61/16
before [22] 1/11 3/11 4/20
6/18 13/17 19/13 20/2 24/19
30/13 32/11 33/13 33/18
35/10 38/8 39/21 44/24 51/12
52/21 53/4 53/24 54/12 54/25
began [2] 3/18 32/9
begin [5] 20/2 20/10 24/19
27/12 28/23
behalf [5] 3/6 3/9 11/24
40/6 40/7
behind [1] 52/25
being [10] 14/9 22/23 22/24
23/21 25/16 27/20 28/16
61/10 61/18 63/2
believe [15] 6/24 7/4 16/17
17/9 20/3 22/11 22/14 38/17
39/7 41/10 41/10 41/11 41/11
41/12 68/5
believed [2] 17/11 35/13
believes [1] 5/21
below [1] 53/21
benefit [1] 45/13
big [3] 22/12 26/17 59/21
bind [1] 26/25
biological [1] 24/20
bit [2] 12/5 48/10
bite [2] 59/21 59/23
blame [1] 20/23
blew [3] 55/2 56/14 57/19
blood [1] 60/19
blown [1] 17/17
bodily [8] 13/9 13/12 15/20
15/21 15/23 16/1 16/6 16/10
body [1] 21/13
bond [1] 36/4
book [1] 56/8
Boom [1] 56/4
boostings [1] 20/21
BOP [2] 68/22 69/6
born [1] 26/20
both [2] 36/5 45/10
box [2] 20/17 34/14
boy [1] 27/22
brand [1] 38/9
branded [1] 38/2
breast [1] 32/16
breathe [1] 21/18
brief [2] 5/11 43/2
briefed [1] 5/10
bright [1] 21/9
bring [1] 62/19
bringing [2] 26/10 38/23
broke [1] 60/10
brother [2] 27/15 44/19
brought [3] 17/11 53/23
53/24
Broward [1] 31/19
brutalized [1] 45/19
brutally [1] 29/2 38/10
buck [1] 32/14
building [1] 20/19
Bureau [1] 66/12 69/13
business [3] 57/8 62/15
64/14
buy [3] 35/19 65/4 65/8
buying [1] 52/13

## C

calculate [1] 7/22
calculated [2] 6/22 15/9
calculation [4] 6/1 10/2
15/1 15/4
calculations [2] 10/14 34/24
call [5] 29/7 54/16 54/24
56/15 56/16
called [5] 53/3 54/17 56/21
59/3 61/9
calling [1] 62/14
calls [1] 54/22
calm [1] 56/17
came [11] 25/18 25/19 26/6
33/17 33/19 39/9 39/16 41/23
53/1 59/17 60/7
can [25] 5/4 5/17 9/18 12/2
12/22 12/23 21/7 23/2 24/24
25/25 27/21 30/18 32/5 32/20
42/7 45/6 48/3 48/11 57/19
58/19 60/11 60/11 68/21 69/2
69/11
can't [13] 22/23 23/11 24/6
26/24 32/18 32/19 32/19
40/24 41/18 53/15 53/19
58/20 58/22
canceled [1] 57/3
cancer [3] 20/13 20/14 21/17
cannot [2] 41/16 53/21
car [2] 31/25 57/10
cards [1] 37/10
care [3] 23/25 44/1 60/16

**C**

career [1]   28/11
careers [1]   20/19
careful [2]   30/9 30/10
carefully [1]   41/7
caring [2]   29/5 29/5
CAROLINE [2]   1/22 3/10
Carrie [2]   31/4 31/8
carry [1]   47/24
carrying [1]   47/25
case [60]   1/3 4/5 4/9 7/10
   7/10 7/14 9/7 9/11 12/13
   12/16 12/17 13/20 15/5 15/17
   16/11 16/13 17/16 18/9 18/9
   18/11 18/23 20/3 28/24 29/7
   29/9 29/17 30/8 30/10 30/11
   31/3 31/16 31/19 33/17 35/7
   35/10 35/11 35/12 35/13
   35/17 36/1 36/9 38/10 39/15
   39/20 40/17 40/20 42/18 45/4
   45/12 48/6 48/10 48/20 48/25
   49/2 49/7 50/17 51/6 53/1
   53/10 59/9
cases [17]   17/25 18/1 18/3
   18/4 19/2 19/3 19/10 42/9
   42/11 48/9 48/11 48/13 48/15
   48/17 50/5 50/9 50/13
cash [4]   29/23 30/2 37/11
   37/11
cast [1]   20/20
category [4]   10/15 13/20
   19/15 44/10
Catholic [1]   23/12
celebrate [1]   28/7
cell [1]   40/6
certain [5]   9/16 9/24 11/2
   51/17 52/9
certainly [3]   9/18 41/18
   50/11
certify [1]   70/5
chagrin [1]   41/9
challenging [1]   21/5
chance [3]   21/11 21/18 22/3
change [3]   5/3 6/9 10/1
changed [5]   5/5 23/18 23/21
   25/13 33/19
character [1]   38/25
characteristic [1]   29/11
characteristics [2]   43/22
   44/11
charge [8]   12/21 18/14 18/19
   29/19 53/4 53/7 57/23 57/25
charged [7]   8/24 12/20 12/24
   12/25 17/16 48/20 48/23
charges [6]   12/22 29/18
   35/15 36/6 39/20 40/2
charging [1]   9/5
Charities [1]   23/12
chasing [1]   28/11
child [9]   31/3 33/15 48/21
   48/21 49/12 50/17 50/19
   50/21 50/22
childlike [1]   21/4
children [8]   24/20 33/8
   33/10 33/14 44/20 49/25
   64/17 64/20
children's [1]   64/21

children/minors [1]   64/17
choose [1]   12/22
circles [1]   26/17
circumstances [2]   43/21 45/8
cited [1]   48/15
claims [1]   48/9
clarify [1]   9/3
clarifying [1]   47/10
clear [1]   40/1
clearly [4]   12/12 16/17 17/5
   25/11
clients [1]   38/10
close [3]   44/19 68/25 69/2
clothes [1]   52/13
clubs [1]   34/7
Code [3]   43/12 47/7 63/21
coercion [6]   8/20 8/21 8/25
   17/12 30/18 45/11
cold [1]   20/22
collection [1]   64/10
come [14]   11/2 13/1 25/19
   34/10 34/22 42/1 42/2 42/2
   42/3 52/16 54/11 57/12 59/13
   63/7
comes [4]   32/15 41/3 54/2
   55/23
coming [10]   52/12 52/15
   52/15 52/16 54/5 54/5 54/6
   54/6 54/7 54/7
commercial [3]   8/20 8/25
   50/1
commission [2]   13/14 31/10
commit [5]   15/19 29/14 38/23
   50/1 64/8
commitment [1]   50/2
committed [1]   33/4
committing [1]   32/13
communicate [1]   65/7
communication [1]   65/14
companies [1]   65/8
company [2]   53/14 62/11
complaint [2]   19/9 19/11
complaints [1]   19/7
complete [3]   46/12 60/21
   64/13
completely [4]   18/13 57/6
   57/12 57/19
compliance [1]   65/23
comply [5]   14/8 43/18 64/6
   64/11 66/10
computer [8]   13/5 47/19
   64/17 64/23 64/24 65/2 65/7
   66/2
computers [4]   65/13 65/15
   65/22 66/1
concern [1]   46/24
concerned [2]   46/14 46/17
concerning [2]   65/2 65/18
conclude [3]   4/3 39/2 68/8
concluded [1]   70/3
concludes [2]   51/5 70/2
conclusion [1]   10/19
concurrent [1]   47/10
concurrently [3]   48/3 63/19
   64/3
condition [1]   65/19
conditions [4]   64/7 64/12
   64/12 65/24

conduct [10]   9/7 19/22 20/8
   44/6 44/17 46/4 47/15 65/6
   65/10 65/18
conducting [2]   65/12 65/25
confirm [1]   10/8
conflict [1]   19/21
Congress [2]   13/23 14/14
Congress' [3]   14/3 14/4
   41/19
Congressional [1]   48/4
conjunction [1]   14/12
connected [1]   37/5
connection [1]   64/25
consent [3]   11/15 30/6 66/19
consents [1]   68/6
consequences [1]   22/1
conservative [2]   34/24 35/2
consider [3]   14/20 18/10
   37/15
consideration [1]   12/7
considered [5]   43/7 46/10
   47/15 50/8 51/3
considering [1]   42/15
considers [2]   43/21 44/3
consists [2]   63/17 64/1
constant [1]   30/18
constantly [1]   38/14
contact [8]   21/6 54/11 54/21
   54/23 56/20 61/25 64/17
   64/19
containing [1]   43/8
contemplates [1]   48/7
continuances [1]   3/18
continue [3]   28/17 35/23
   45/23
contrast [1]   50/4
contribute [1]   66/7
control [3]   21/23 45/21
   58/21
controlled [4]   21/23 41/22
   42/6 64/9
convicted [10]   12/25 35/3
   39/8 45/9 45/22 47/17 47/23
   48/6 60/22 66/13
convicting [1]   33/13
conviction [12]   13/13 14/13
   14/14 14/18 31/24 36/15
   38/19 39/15 40/23 41/17
   53/10 68/1
convictions [5]   32/18 32/21
   36/10 48/23 49/3
cool [1]   57/7
cooperate [1]   64/10
coordinator [1]   23/9
copying [2]   65/15 65/21
copying of [1]   65/21
correct [5]   10/10 10/12
   67/13 67/18 70/5
correctional [1]   44/1
correspond [1]   65/6
cost [1]   67/24
costs [2]   34/20 66/7
could [19]   3/3 5/9 8/2 13/8
   14/1 16/25 17/11 19/16 19/17
   21/24 25/11 27/13 32/14 34/6
   35/19 35/23 36/3 37/2 69/2
couldn't [3]   25/19 41/22
   60/5

**C**

counsel [4]   3/3 5/15 28/22 67/1
count [12]   3/16 8/11 8/18 9/5 12/7 39/16 47/18 48/1 50/16 50/21 63/18 64/3
counting [1]   47/21
countless [1]   37/16
country [2]   42/10 46/20
counts [21]   3/15 6/24 12/9 12/13 17/23 35/8 36/14 39/6 39/15 40/23 40/25 41/1 41/8 45/9 47/24 47/25 48/22 49/25 63/17 64/2 66/17
County [1]   18/21
couple [2]   37/17 59/11
course [2]   12/20 31/11
court [122]
Court's [5]   5/24 8/1 10/14 19/20 24/17
courtroom [8]   23/10 24/20 30/9 32/20 33/7 52/2 55/6 58/15
Cox [1]   49/1
CR [7]   1/3 49/2 49/6 49/13 49/19 49/24 50/14
craziness [1]   55/14
created [3]   29/13 35/18 35/23
creating [1]   40/4
credibility [1]   17/20
credible [2]   17/1 17/3
credit [1]   24/7
cried [2]   24/5 32/23
cries [1]   20/22
crime [7]   15/12 36/11 36/12 36/15 36/21 42/17 46/18
crimes [20]   29/9 31/9 35/5 43/25 45/23 45/24 46/9 46/10 46/22 46/23 47/4 48/6 49/8 49/15 50/7 51/1 62/7 62/7 62/7 64/8
criminal [18]   10/15 13/20 19/15 19/17 19/17 29/9 30/23 30/24 30/25 32/1 32/8 32/20 36/8 36/9 36/10 44/9 44/10 46/4
Cristina [1]   23/11
cross [1]   35/12
cross-examination [1]   35/12
cry [1]   24/6
currently [2]   7/19 7/22
custody [2]   10/16 31/15
cut [3]   21/17 60/16 60/17
cuts [1]   52/21

**D**

dad [10]   25/8 26/17 27/15 27/18 27/20 27/23 28/6 28/16 53/3 62/24
dad's [1]   26/15
data [3]   65/14 65/15 65/22
date [6]   10/20 43/14 63/23 63/24 69/21 70/8
daughter [4]   24/22 26/19 26/24 50/18
Dawkins [1]   49/6

day [13]   8/15 18/21 18/21 22/6 22/15 25/10 27/4 56/3 56/22 59/11 59/12 59/19 60/4
day because [1]   22/15
days [11]   4/11 11/12 11/13 31/7 34/6 34/7 41/7 45/3 45/15 67/23 68/11
deal [1]   28/5
dealing [2]   13/24 15/13
Deandre [2]   25/4 33/8
decade [3]   18/16 35/4 45/7
December [1]   45/3
December 23rd [1]   45/3
decision [5]   17/19 18/13 18/19 19/23 35/14
deemed [1]   66/6
defendant [50]   1/9 1/19 5/11 6/8 14/7 19/5 33/5 33/19 34/4 34/12 34/13 35/1 35/18 37/20 38/19 39/21 39/22 40/2 40/8 43/10 43/22 43/25 43/25 44/11 45/5 47/4 47/6 47/11 47/23 48/6 48/9 48/16 48/19 48/20 48/24 49/8 49/14 49/17 49/20 49/24 50/15 50/16 50/18 50/20 50/25 51/1 51/14 63/16 66/25 67/9
Defendant's [15]   3/20 4/2 5/20 6/4 8/9 24/20 31/15 33/9 38/3 38/4 47/16 47/22 48/12 49/11 66/18
defendants [4]   44/5 47/14 47/17 48/13
Defendants with [1]   44/5
Defender [1]   67/14
Defenders [2]   1/20 1/23
Defense [24]   4/8 6/10 9/13 9/15 9/18 9/23 9/24 10/9 10/25 11/19 11/21 11/24 28/22 30/4 30/6 39/4 39/14 42/20 42/23 49/9 63/10 68/3 68/18 69/15
defer [1]   5/9
definitely [1]   26/8
degree [5]   15/11 15/14 15/15 16/5 29/14
deliberations [1]   28/25
delinquent [1]   35/25
demeaning [1]   38/24
demonstrates [1]   13/22
demonstrating [1]   46/11
denied [3]   51/7 59/4 63/14
dentist [1]   22/9
department [2]   31/16 68/10
depictions [2]   65/5 65/9
depression [1]   24/9
describe [2]   30/18 38/11
described [1]   37/18
deserve [1]   39/17
deserves [1]   22/16
designated [1]   68/21
destroyed [2]   21/10 22/10
destroys [1]   20/14
destructive [1]   22/16
detailed [1]   19/2
details [1]   35/6
detectives [1]   59/22
determination [1]   63/23

determine [1]   8/3
determined [2]   10/19 66/23
determines [1]   19/20
determining [1]   43/20
deterrence [6]   14/10 43/24 46/4 46/6 46/13 46/18
devices [2]   33/21 65/14
dictates [1]   33/3
did [34]   8/7 8/14 16/17 25/8 29/4 30/4 30/6 32/25 34/25 35/9 35/15 35/22 37/15 37/25 38/14 40/15 41/8 41/10 41/10 41/11 41/21 42/1 45/2 49/21 50/23 55/1 55/1 59/13 61/8 61/22 61/23 61/23 62/6 62/24
didn't [33]   17/9 18/14 19/8 21/25 23/25 24/4 26/12 32/4 33/23 39/7 41/10 41/12 41/14 42/2 54/19 54/20 56/5 57/24 58/8 58/11 58/13 59/2 59/20 59/21 59/22 59/24 59/25 60/4 60/5 60/6 61/8 62/8 62/18
died [1]   44/18
difference [2]   5/16 19/16
differences [2]   48/12 48/20
different [2]   54/3 62/14
difficult [3]   21/2 22/7 46/18
difficulty [1]   32/24
diploma [1]   44/23
direct [2]   21/5 34/8
directed [1]   66/11
directing [2]   31/21 48/8
direction [1]   34/3
directions [1]   39/25
dirty [2]   52/5 52/5
disadvantage [1]   47/22
disagree [1]   9/23
disbelieved [1]   39/7
discharge [2]   15/24 16/2
disclose [1]   31/17
disclosed [1]   31/11
discloses [1]   31/12
disclosure [2]   64/14 65/1
discretion [2]   19/24 29/5
discussed [1]   46/24
disgust [1]   20/23
dismissed [1]   35/7
disorderly [1]   44/17
disparities [3]   44/5 47/14 50/10
disparity [2]   18/11 18/25
disregard [2]   29/15 46/12
distinguishable [2]   18/1 18/2
district [6]   1/1 1/1 1/12 18/4 50/11 69/1
division [2]   1/2 18/12
DL [12]   17/3 17/4 17/11 21/20 22/17 31/20 32/10 33/17 38/2 40/7 41/10 42/1
DL's [2]   38/4 38/5
DNA [1]   64/10
do [57]   4/19 4/21 4/23 5/1 5/7 5/18 6/12 6/13 6/14 7/3 7/7 8/1 11/14 12/15 12/16 16/15 17/14 19/24 23/17 25/10 27/23 27/23 30/20

76

**D**

**do... [34]** 32/19 33/23 36/1 36/23 39/1 40/2 40/20 43/16 52/3 52/10 52/14 53/9 53/9 55/18 55/24 55/25 56/21 56/22 56/24 56/24 58/22 58/22 61/3 61/3 61/4 62/6 62/6 62/6 62/20 62/20 63/6 67/21 68/9 68/10

**Docket [18]** 3/16 3/17 3/21 4/2 5/12 5/13 6/20 7/7 9/2 11/4 11/5 11/7 11/11 11/14 20/12 30/7 47/16 66/20

**docketed [1]** 9/10
**doctor [1]** 22/9
**documented [1]** 18/16
**documents [2]** 22/7 35/19
**does [18]** 6/8 9/15 10/23 10/25 27/2 32/1 34/21 36/1 44/10 44/18 44/19 45/1 47/6 66/25 67/7 68/5 68/7 69/4
**doesn't [15]** 6/14 9/23 10/1 29/8 32/1 34/21 35/3 36/4 36/20 38/20 39/14 39/14 41/13 41/25 58/3
**doing [20]** 10/7 22/23 37/3 37/3 52/14 52/21 53/11 53/23 53/24 55/15 55/16 55/16 55/17 55/21 55/24 55/24 55/25 56/7 56/7 62/10
**dollar [2]** 59/15 59/16
**dollars [1]** 35/1
**don't [33]** 5/16 5/18 5/18 9/4 15/13 22/14 23/5 26/14 26/24 28/2 28/8 28/8 29/21 35/6 36/18 38/11 39/1 39/9 39/14 41/4 41/5 51/20 52/9 52/12 56/14 57/25 58/3 59/15 59/15 59/16 61/11 62/12 62/16
**done [7]** 15/10 25/16 27/25 33/18 37/3 41/5 68/11
**Donuts [2]** 56/3 56/6
**double [2]** 47/18 47/21
**doubt [1]** 21/11
**down [6]** 25/18 32/15 37/4 56/17 60/10 60/17
**downward [12]** 7/5 7/6 10/6 11/4 47/15 49/10 49/10 50/5 51/4 51/5 51/6 63/15
**dozen [1]** 29/2
**DR [7]** 20/5 31/13 31/20 31/24 32/10 33/17 38/3
**DR's [2]** 38/2 38/5
**drafting [2]** 14/3 14/5
**drama [1]** 40/14
**dramatic [1]** 40/15
**driver [2]** 62/16 62/23
**driver's [2]** 25/25 37/11
**drivers [1]** 62/19
**drop [1]** 35/14
**drove [1]** 62/21
**drug [1]** 45/1
**drugs [1]** 54/13
**Duke [1]** 49/13
**duly [4]** 23/14 25/1 27/9 51/14

**Dunkin [2]** 56/3 56/6
**duration [1]** 45/24
**during [1]** 34/8
**DXXXX [18]** 52/17 52/17 53/17 54/5 54/10 54/11 54/18 54/19 54/22 54/24 55/1 56/2 56/4 61/17 61/17 61/17 61/20 61/20
**DXXXXXX [2]** 54/6 61/23
**dying [1]** 24/2
**Dyondre [1]** 44/20

**E**

**each [7]** 19/3 28/8 29/18 32/12 32/24 63/17 66/17
**early [1]** 32/9
**earned [1]** 44/23
**earnings [1]** 44/16
**eats [1]** 20/14
**education [1]** 22/5
**educational [1]** 44/1
**effective [1]** 44/2
**effects [1]** 65/16
**eight [1]** 29/4
**either [3]** 6/22 19/9 36/4
**elaborate [1]** 12/4
**electronic [1]** 65/14
**eleven [2]** 3/15 12/7
**eleven-count [1]** 12/7
**else [13]** 3/5 11/9 11/16 12/11 12/23 22/21 22/25 36/12 38/6 38/11 52/3 54/1 58/14
**email [1]** 54/22
**emails [1]** 42/3
**emotional [1]** 20/24
**empirical [1]** 42/9
**employed [1]** 64/19
**employer [2]** 65/1 65/2
**employment [4]** 45/5 45/6 46/15 64/25
**end [5]** 7/13 25/10 34/7 34/7 35/6
**endeavor [1]** 45/15
**ended [1]** 27/5
**ends [1]** 41/17
**enemy [1]** 24/11
**energy [1]** 36/2
**enforcement [1]** 65/17
**engaged [2]** 65/5 65/10
**enhancement [8]** 5/12 5/22 6/23 7/4 7/12 7/13 7/18 29/11
**enhancements [2]** 7/9 13/7
**enough [3]** 24/15 38/25 38/25
**ensure [1]** 65/23
**enter [1]** 68/7
**entered [1]** 49/20
**enterprise [1]** 35/24
**enticement [1]** 49/25
**entry [19]** 3/16 3/17 3/21 4/2 5/12 5/13 6/20 7/7 9/2 11/4 11/5 11/7 11/11 11/14 20/12 30/7 47/16 66/20 67/23
**Epstein [1]** 18/13
**Epstein's [1]** 18/9
**equal [1]** 15/8
**equates [1]** 15/14

**equipment [1]** 65/24
**erased [1]** 26/13
**escort [14]** 51/24 53/12 53/15 53/16 53/18 53/21 60/21 61/18 61/18 61/19 62/11 62/12 62/14 62/21
**escorting [10]** 23/21 51/19 52/10 52/13 55/20 55/22 62/9 62/9 62/9 62/24
**especially [1]** 67/4
**ESQ [2]** 1/19 1/22
**established [1]** 47/6
**estate [4]** 35/18 36/2 36/6 36/7
**esteem [1]** 23/23
**estimate [1]** 14/25
**even [10]** 6/4 9/25 13/18 18/14 18/19 21/24 28/8 38/6 59/21 62/12
**event [1]** 31/13
**events [1]** 17/6
**ever [2]** 21/18 22/20
**every [15]** 18/21 24/13 29/10 29/11 29/11 30/11 30/11 30/11 30/18 34/9 59/11 59/11 59/18 60/4 61/22
**everybody [19]** 25/9 26/6 27/2 51/20 51/21 52/11 53/8 53/11 53/11 53/23 54/7 55/2 55/3 55/17 55/19 61/24 61/25 62/17 62/18
**everybody's [1]** 25/8
**everyone [5]** 21/7 22/25 30/8 38/6 41/16
**everything [13]** 15/9 15/9 21/23 21/25 23/5 26/7 27/1 27/4 27/17 54/1 55/3 58/16 60/24
**everywhere [2]** 59/1 59/2
**evidence [13]** 11/22 16/8 16/8 17/16 29/24 30/12 40/16 42/9 45/13 45/14 45/16 45/17 59/3
**evil [3]** 22/16 60/18 60/20
**ex [1]** 31/3
**ex-girlfriend [1]** 31/3
**exactly [4]** 26/12 29/16 57/17 60/12
**exaggerate [1]** 40/19
**examination [3]** 34/8 35/12 66/5
**example [1]** 56/2
**except [2]** 40/6 64/23
**exception [1]** 23/3
**exceptionally [1]** 34/24
**exchange [2]** 65/4 65/9
**excluded [1]** 6/5
**excruciating [1]** 22/2
**exist [1]** 29/1
**experience [2]** 40/18 46/16
**explain [3]** 26/24 41/16 41/18
**explaining [1]** 9/1
**explicit [2]** 65/6 65/10
**exploitation [1]** 15/21
**extend [1]** 4/11
**extensive [1]** 45/14
**extent [3]** 21/16 47/21 69/19

**E**

external [2]   65/16 65/22
Extortion [1]   16/1
extra [1]   55/23
extremely [2]   42/16 45/22
eye [1]   21/5
eyes [1]   17/19

**F**

face [2]   38/20 47/6
Facebook [1]   54/23
facility [3]   68/22 68/24
  69/11
facing [2]   29/18 35/13
fact [7]   12/14 14/15 14/19
  17/22 39/5 53/6 67/1
factor [3]   4/10 38/25 42/7
factors [12]   3/23 9/16 9/20
  10/5 12/15 12/17 14/22 15/2
  17/15 43/9 43/16 46/7
factory [1]   34/15
facts [8]   18/8 19/2 19/8
  19/12 29/1 38/12 40/21 40/21
factual [4]   41/21 48/11
  49/21 49/21
factually [2]   18/1 18/2
fair [1]   42/18
fake [1]   35/18
false [3]   31/5 31/7 44/15
families [1]   20/15
family [16]   20/18 22/4 24/4
  25/17 25/21 25/22 26/6 26/15
  26/18 28/2 38/6 68/25 69/3
  69/6 69/12 69/12
far [10]   8/24 18/7 22/13
  25/13 26/6 26/15 33/6 36/15
  51/1 52/10
fashion [1]   42/6
Fast [1]   31/9
father [3]   25/10 26/21 44/18
Fatico [1]   36/14
favor [1]   46/7
FBI [13]   31/16 53/8 53/9
  55/2 56/23 57/14 57/20 57/21
  57/25 58/2 58/19 60/25 61/3
fear [2]   38/14 54/8
February [1]   3/17
February 26 [1]   3/17
Federal [6]   1/20 1/23 39/1
  53/5 67/14 70/9
feel [4]   23/23 24/6 25/13
  28/8
feeling [1]   21/4
feet [1]   32/25
felony [1]   42/15
felt [1]   24/1
female [1]   27/20
females [3]   52/13 55/16 63/1
few [1]   48/16
fewer [2]   49/4 51/1
fighting [1]   56/16
figure [1]   56/22
file [5]   8/14 8/16 19/9 30/4
  68/13
filed [10]   5/8 5/11 8/14
  8/16 11/6 11/9 11/16 19/7
  20/11 67/23

filing [5]   9/9 9/10 11/15
  66/19 68/6
filings [1]   11/2
final [5]   5/11 10/8 19/14
  39/2 63/23
finally [3]   17/24 28/12
  31/21
finances [1]   64/15
financial [2]   44/24 64/13
find [6]   21/2 21/5 37/1
  56/21 59/25 60/1
finding [4]   17/1 20/19 43/10
  67/8
findings [1]   67/1
finds [2]   9/21 30/14
fine [6]   5/3 8/6 10/18 40/22
  43/11 67/16
fingers [3]   52/19 52/20
  52/23
firearm [3]   15/24 16/2 64/9
first [12]   3/19 3/25 12/6
  15/11 15/14 16/5 20/10 23/19
  26/8 27/13 42/15 61/8
firsthand [1]   45/13
fit [1]   34/21
five [17]   7/1 7/18 10/17
  12/8 12/12 13/19 17/22 21/22
  22/10 33/12 35/20 35/22
  40/24 40/25 41/8 47/10 48/6
fix [2]   57/10 57/11
FL [5]   1/7 1/18 1/21 1/24
  2/2
flesh [1]   20/14
FLETCHER [2]   1/19 3/9
flinches [1]   23/3
flip [1]   57/12
flipping [2]   57/6 57/19
floor [1]   21/7
floors [1]   20/23
FLORIDA [5]   1/1 68/24 69/1
  69/2 69/11
fly [2]   61/20 61/21
focused [1]   35/16
follow [2]   14/6 21/25
followed [3]   57/3 57/4 57/5
following [2]   55/24 24 6/3
  31/5 64/11
follows [1]   21/21
foot [1]   35/20
force [4]   16/8 17/12 45/10
  58/22
forced [6]   24/5 45/21 51/24
  58/17 59/14 59/14
forcing [6]   52/3 52/10 55/24
  55/25 59/8 63/6
foregoing [1]   70/5
forever [1]   22/25
forfeited [1]   66/21
forfeiture [7]   11/15 29/22
  30/6 66/20 68/7 68/10 68/14
forget [1]   29/21
form [2]   10/6 20/11
forma [1]   67/25
Fort [1]   1/21
forth [9]   6/20 6/20 6/25 7/6
  7/17 8/8 43/9 43/18 69/5
forward [1]   8/2
found [10]   3/15 12/12 13/10

16/24 16/25 17/2 26/5 31/14
  44/6 51/2
four [5]   7/1 13/14 14/9 20/5
  41/7
four-level [1]   13/14
Frances [1]   3/13
fraud [7]   17/12 17/13 35/8
  35/12 36/7 40/4 45/10
Friday [1]   68/13
friends [1]   24/5
friendship [1]   21/3
front [6]   37/23 52/18 53/14
  53/22 59/12 60/18
frustrates [2]   14/2 14/4
Ft [1]   2/2
full [5]   21/16 25/2 27/10
  42/23 42/25
fully [1]   5/10
fun [1]   20/18
funding [1]   21/13
funny [1]   58/12
further [12]   16/21 42/19
  42/22 43/25 46/22 46/23 47/3
  63/10 63/20 66/15 69/15
  69/24
furtherance [1]   17/6

**G**

game [1]   33/11
gander [1]   41/23
garage [1]   37/22
general [1]   46/17
get [34]   7/18 13/4 13/10
  13/11 13/19 14/1 20/6 21/18
  22/13 22/14 22/15 24/4 27/13
  27/22 28/9 32/16 32/18 32/19
  33/24 34/11 36/2 39/25 40/1
  51/21 54/19 55/20 57/3 58/11
  58/14 59/20 60/6 62/22 68/11
  68/21
gets [5]   34/18 36/1 38/15
  39/18 68/15
getting [4]   22/4 22/5 35/8
  61/9
girl [2]   30/14 37/2
girlfriend [2]   31/3 33/6
girlfriend's [1]   50/18
girls [20]   23/1 30/17 30/19
  30/21 30/21 32/12 32/16
  33/16 33/22 34/2 34/6 34/22
  34/25 35/15 37/4 37/10 37/15
  37/18 37/21 37/23
give [8]   18/3 18/24 28/12
  34/12 41/3 42/12 56/2 59/2
given [5]   14/21 36/12 36/18
  46/24 60/19
giving [3]   21/11 23/6 59/4
GL [1]   33/18
go [32]   15/3 19/2 21/24
  22/20 22/21 23/5 25/19 25/19
  25/21 25/23 25/24 28/5 28/6
  32/4 33/23 35/10 36/4 37/5
  38/15 40/2 40/21 51/21 51/22
  52/16 54/13 55/10 55/20 56/3
  57/11 61/21 61/21 61/22
God [2]   23/5 24/13
God's [1]   24/14
Godijah [1]   49/6

78

**G**

**goes [1]** 9/1
**going [53]** 9/13 9/19 13/8
16/14 19/10 23/13 23/20
26/20 26/21 26/21 27/16
28/17 29/14 29/15 29/20
35/10 51/25 52/12 52/14
52/15 52/16 53/8 53/16 54/4
54/5 54/5 54/6 54/6 54/7
54/9 54/13 54/16 54/18 55/6
55/7 55/10 56/10 56/19 57/14
57/15 57/18 57/21 57/25 58/4
58/11 58/13 59/20 60/6 61/14
61/14 61/19 62/1 62/14
**gone [2]** 40/18 56/4
**good [5]** 3/6 3/12 23/18
41/23 41/23
**goose [1]** 41/23
**got [25]** 16/9 16/22 18/19
31/1 31/23 32/22 36/7 37/20
53/1 54/11 54/12 54/14 54/18
54/23 54/25 56/2 56/19 56/20
57/3 59/11 59/20 60/7 61/3
61/7 62/23
**gotten [1]** 22/6
**Government [37]** 4/4 5/13
6/25 8/8 8/13 8/16 9/8 10/11
10/23 11/18 12/11 12/21
12/22 17/25 18/18 18/22 19/4
19/6 20/1 29/17 30/3 36/14
36/22 40/18 41/9 41/13 42/25
44/13 47/9 49/9 49/15 53/5
63/12 67/7 67/19 68/5 69/8
**Government's [8]** 7/2 8/7
11/5 17/16 34/23 50/2 50/4
51/4
**graduate [1]** 24/4
**Grand [1]** 12/13
**grandmother [2]** 25/22 26/3
**graphically [1]** 32/8
**grateful [1]** 22/25
**great [7]** 27/2 27/24 27/25
39/12 41/3 47/2 47/2
**greater [2]** 14/8 43/17
**Greg [1]** 3/6
**GREGORY [1]** 1/15
**GRL [17]** 6/24 7/16 8/18 8/21
8/25 9/6 17/3 17/5 17/11
22/18 23/12 31/25 32/12 38/6
39/6 40/1 41/11
**GRL's [1]** 7/24
**groomed [1]** 34/10
**gross [1]** 18/25
**grounds [1]** 12/3
**group [3]** 6/1 6/24 7/24
**grouping [2]** 7/18 13/18
**groups [2]** 6/2 7/15
**guess [2]** 53/8 56/23
**Guideline [5]** 10/2 10/13
15/3 41/17 47/6
**guidelines [43]** 5/23 6/1 6/8
6/14 6/21 7/9 7/11 7/17 7/22
7/23 8/3 9/18 10/16 12/15
12/17 12/25 13/4 13/4 13/12
13/23 14/2 14/16 14/19 14/25
14/25 15/6 15/9 15/18 16/12
19/16 19/18 19/21 29/7 29/12

29/13 41/14 43/8 46/9 47/9
47/17 47/20 47/22 47/22
**guilty [17]** 3/15 12/12 36/6
39/16 44/6 49/9 49/14 49/24
50/16 50/20 50/23 51/1 51/2
58/4 58/4 58/6 58/7
**guy [3]** 37/25 57/14 58/19
**GXXXXX [1]** 61/23
**GXXXXXX [5]** 54/6 58/13 59/18
59/22 60/18

**H**

**had [44]** 5/8 5/8 8/16 11/4
12/11 13/24 16/10 17/5 17/11
21/22 22/15 22/20 23/20
24/10 24/13 27/23 30/19
34/10 34/11 35/11 37/2 37/7
37/12 38/2 38/3 38/4 38/6
39/13 40/22 52/14 52/22
53/11 54/3 55/21 57/7 57/9
57/10 58/12 59/24 60/23
60/23 61/4 61/5 63/8
**half [3]** 3/14 29/2 36/7
**hand [3]** 22/12 24/13 52/19
**handle [3]** 5/19 6/12 10/19
**hands [2]** 20/24 24/14
**happen [2]** 37/24 57/21
**happened [8]** 24/1 24/10
29/16 41/4 41/5 58/17 59/1
62/3
**happening [1]** 52/11
**happens [2]** 39/24 50/10
**happy [1]** 24/12
**hard [5]** 27/20 27/22 28/4
28/6 28/23
**hardware [1]** 66/1
**has [41]** 5/14 9/24 10/5 11/5
11/9 11/17 14/20 17/25 19/15
20/13 22/4 22/19 23/1 23/5
23/10 27/2 27/23 27/25 28/5
30/24 30/24 33/4 34/13 34/15
36/12 36/18 40/18 42/23
42/25 45/5 45/12 46/15 46/24
47/15 50/8 50/9 50/25 51/3
59/16 68/18 68/25
**hasn't [1]** 34/17
**have [109]**
**haven't [2]** 22/6 26/1
**having [5]** 11/12 22/3 33/18
45/13 63/14
**he [131]**
**head [2]** 30/20 54/3
**health [1]** 45/2
**healthy [1]** 21/3
**hear [10]** 32/5 41/14 51/15
51/24 52/6 56/11 60/13 60/13
61/5 61/15
**heard [17]** 3/20 5/15 6/13
10/5 17/15 28/25 31/19 34/1
34/4 37/16 42/3 42/25 45/13
53/17 54/18 56/13 61/2
**hearing [13]** 4/11 4/14 10/20
11/3 11/12 43/15 56/9 63/23
68/20 68/20 69/17 69/19 70/3
**heart [3]** 9/1 23/24 27/2
**heinous [2]** 29/14 45/20
**held [3]** 33/2 52/19 69/2
**hell [1]** 60/10

**help [1]** 57/11
**helpful [1]** 69/5
**helping [1]** 22/12
**her [39]** 21/13 23/13 26/8
30/15 32/9 38/9 38/10 38/10
50/13 52/18 52/19 52/20
52/21 52/22 52/23 52/25 53/3
53/18 54/3 54/3 54/12 54/24
56/5 56/13 56/15 56/20 57/3
57/5 57/6 57/6 57/6 57/8
57/10 57/11 61/10 61/11
61/13 61/13 61/18
**Herald [1]** 18/15
**here [33]** 3/1 4/3 10/7 13/24
18/23 20/6 21/21 25/18 26/19
32/11 39/1 40/25 44/20 45/16
47/23 50/23 51/2 51/20 52/17
53/4 53/17 54/2 54/15 55/1
57/12 58/17 59/13 60/17 61/6
62/3 62/20 63/7 69/1
**hereby [1]** 66/21
**herein [1]** 66/21
**herself [1]** 52/21
**hey [1]** 26/11
**high [2]** 44/23 50/6
**higher [2]** 13/1 13/3
**highest [1]** 13/2
**highlights [1]** 50/5
**him [34]** 18/14 18/19 24/14
25/10 25/12 25/13 25/14
25/15 25/17 25/19 25/19
25/19 26/23 26/23 27/19 28/9
28/10 28/10 28/15 28/15
32/21 33/2 34/17 37/5 38/24
39/23 42/3 49/17 53/7 56/16
56/17 58/2 62/25 65/3
**himself [4]** 34/5 37/12 37/12
46/16
**hire [3]** 36/4 53/16 61/20
**his [58]** 6/8 8/10 11/24
21/13 21/16 24/13 24/21
24/21 26/20 28/17 30/23 31/3
33/6 33/8 33/10 33/14 33/15
33/20 34/2 34/3 34/12 34/14
34/16 35/3 35/5 35/24 36/2
36/4 36/9 36/10 38/2 38/6
38/19 40/6 42/15 44/19 44/22
45/3 45/20 46/9 46/15 46/25
46/25 48/24 49/8 49/12 49/12
49/15 49/17 50/18 65/12 66/2
68/20 68/21 68/24 69/3 69/17
69/20
**history [20]** 10/15 13/20
19/15 19/17 19/17 29/9 30/24
30/24 30/25 32/1 32/2 36/9
43/22 44/9 44/10 44/11 45/6
46/15 46/25 49/11
**ho [1]** 37/25
**hold [1]** 54/4
**holding [1]** 20/17
**Hollywood [1]** 31/16
**HON [1]** 2/1
**Honda [1]** 30/1
**honor [77]**
**HONORABLE [1]** 1/11
**HOOVER [2]** 1/16 3/8
**hope [3]** 22/14 22/15 69/1
**horrendous [1]** 29/1

**H**

**horrible [2]**   38/12 51/16
**hotel [1]**   37/2
**hotels [1]**   34/6
**hours [3]**   18/21 37/16 64/4
**house [22]**   34/20 35/9 35/19
  35/20 35/22 35/23 36/3 36/25
  37/4 37/6 37/7 37/22 40/1
  54/12 56/17 59/17 60/1 60/9
  61/12 62/19 62/25 65/13
**how [33]**   5/18 6/12 7/21 8/24
  13/22 15/5 19/19 21/24 25/13
  26/24 27/4 28/1 28/2 30/9
  30/10 32/8 33/14 34/15 38/11
  39/9 39/25 41/4 41/5 41/18
  42/9 42/9 42/16 42/16 51/18
  53/25 54/24 55/2 63/2
**however [6]**   5/16 7/3 43/13
  45/16 47/23 50/20
**hug [1]**   23/4
**human [6]**   22/23 22/24 31/10
  35/7 35/13 35/24
**hundreds [2]**   32/13 35/1
**hunting [1]**   55/12
**hurt [1]**   34/10
**husband [2]**   21/4 56/15

**I**

**I'd [1]**   60/17
**I'm [5]**   26/19 28/15 52/6
  60/22 61/13
**I've [3]**   12/19 20/16 21/1
**ID [4]**   53/13 53/15 53/22
  57/5
**idea [6]**   18/3 39/11 41/22
  42/5 42/6 58/12
**ideally [1]**   50/10
**identification [1]**   37/10
**identified [2]**   14/9 66/19
**identity [1]**   20/12
**ill [1]**   8/15
**Imagine [1]**   32/23
**immediately [2]**   61/12 66/16
**Immigration [1]**   57/2
**impact [10]**   3/22 5/23 5/24
  6/14 7/4 8/2 10/3 11/6 20/7
  20/10
**impacted [1]**   6/22
**importance [1]**   47/3
**important [6]**   16/15 30/23
  32/7 34/23 35/5 36/8
**importantly [1]**   17/2
**imported [1]**   18/17
**impose [6]**   7/8 42/13 42/17
  43/17 50/5 51/12
**imposed [12]**   6/9 43/20 46/1
  46/4 49/7 49/14 49/20 49/24
  65/3 66/25 67/22 68/2
**imposition [1]**   3/24
**impossible [3]**   12/16 14/2
  61/19
**imprisoned [1]**   63/16
**imprisonment [13]**   31/5 31/8
  44/15 47/8 47/9 47/12 48/14
  49/3 49/7 50/3 50/15 63/25
  66/22
**inappropriately [1]**   38/1

**include [8]**   28/25 35/3 64/7
  64/12 65/21 66/4 66/5 69/14
**included [3]**   8/13 9/17 50/1
**includes [1]**   44/14
**including [5]**   7/12 33/14
  46/20 64/14 65/15
**incorporated [1]**   66/20
**incorrect [1]**   9/25
**increase [1]**   29/15
**incredible [2]**   17/21 37/13
**indicated [5]**   5/15 8/15
  14/14 14/24 51/12
**indictment [5]**   3/16 12/8
  19/3 33/16 49/25
**indigency [1]**   67/16
**indigent [1]**   67/10
**individuals [1]**   65/8
**indulge [1]**   32/3
**indulgence [1]**   24/17
**ineligible [1]**   10/17
**inequities [1]**   41/13
**influence [1]**   14/22
**information [4]**   8/14 8/17
  9/4 44/12
**infractions [1]**   44/17
**initials [1]**   9/5
**injury [8]**   13/9 13/12 15/20
  15/22 15/23 16/1 16/6 16/10
**inmate [1]**   39/21
**innocence [2]**   8/10 22/22
**innocent [2]**   21/9 58/3
**inpatient [1]**   66/5
**inside [1]**   37/9
**inspection [1]**   65/25
**installed [1]**   65/25
**instance [1]**   57/1
**Institute [1]**   44/24
**instructed [1]**   14/20
**intent [5]**   14/3 14/4 15/19
  41/19 48/5
**intentional [2]**   15/15 15/16
**interacting [1]**   24/7
**interest [1]**   66/18
**interesting [2]**   37/1 38/17
**internal [2]**   65/16 65/22
**interrupt [1]**   51/8
**intimidating [1]**   20/21
**intimidation [1]**   16/9
**inverse [1]**   17/10
**investigate [1]**   46/18
**Investigation [2]**   3/21 44/12
**involuntary [1]**   47/1
**involve [1]**   49/21
**involved [2]**   49/4 64/21
**involvement [1]**   47/1
**involving [4]**   7/16 30/16
  31/13 31/24
**is [286]**
**isn't [2]**   12/10 59/3
**isolation [1]**   20/23
**issue [2]**   11/12 41/21
**issued [1]**   4/1
**it [143]**
**It's [4]**   18/25 27/20 28/23
  62/22
**items [1]**   30/7
**its [8]**   4/1 5/11 9/15 17/18
  19/4 42/7 45/4 50/8

**itself [1]**   60/1
**ITT [1]**   44/23

**J**

**jacket [1]**   52/22
**jail [9]**   18/21 39/20 40/3
  54/2 59/25 60/1 60/9 61/12
  61/14
**Jamaal [1]**   49/23
**jealousy [3]**   60/10 60/11
  63/5
**job [5]**   32/18 52/12 55/20
  56/3 64/19
**jobs [1]**   22/5
**johns [1]**   38/9
**joined [1]**   49/9
**joint [1]**   49/10
**Jorden [1]**   48/18
**judge [15]**   1/12 11/25 16/14
  19/19 20/2 24/18 24/19 28/21
  34/4 34/5 36/24 38/11 39/3
  40/21 50/12
**judgment [4]**   63/15 67/23
  69/6 69/14
**July [3]**   63/24 68/19 69/21
**July 24th [3]**   63/24 68/19
  69/21
**jurors [1]**   41/1
**jury [21]**   3/14 3/15 12/12
  12/13 16/17 16/24 17/2 17/9
  17/11 28/25 30/9 33/13 35/2
  39/5 39/10 41/3 41/7 45/4
  45/9 52/18 55/14
**jury's [1]**   16/16
**just [46]**   8/23 9/6 14/9
  14/25 16/6 17/2 22/18 22/23
  22/24 23/5 24/12 27/1 27/12
  27/15 28/6 32/3 33/23 34/1
  34/9 34/25 35/2 35/6 35/20
  38/6 40/19 43/23 46/3 46/6
  47/22 50/20 55/3 56/8 56/11
  56/11 57/12 57/18 57/19
  58/24 59/9 60/22 61/4 62/5
  63/1 63/5 63/8 67/16
**justice [6]**   3/7 5/21 6/7
  7/13 40/4 45/11
**justified [1]**   41/18
**JUSTIN [2]**   1/16 3/8
**juvenile [1]**   31/25

**K**

**Kareem [1]**   49/23
**KC [6]**   16/18 17/4 32/12
  33/18 38/8 40/7
**keep [3]**   49/17 52/9 62/22
**kept [4]**   52/12 54/21 55/19
  61/25
**key [1]**   20/18
**kidnap [1]**   57/24
**kidnapping [8]**   15/21 16/5
  53/4 53/7 55/23 57/23 57/25
  58/24
**kids [1]**   28/5
**kill [11]**   54/9 54/10 54/10
  55/10 55/11 58/19 60/11
  60/11 62/1 62/1 62/2
**killed [1]**   55/11
**Kimbrough [2]**   14/24 19/23

## K

**kind [2]** 38/24 59/3
**kinds [5]** 37/9 44/3 47/5 54/4 55/14
**knew [10]** 26/12 34/9 34/10 35/12 55/21 56/19 57/21 58/12 58/13 61/12
**know [66]** 4/19 4/23 5/4 5/5 5/7 5/16 11/14 13/17 16/19 18/10 23/20 25/7 26/1 26/2 26/9 26/24 26/25 27/1 27/6 27/6 27/16 27/18 27/22 27/24 28/8 28/9 28/9 28/9 28/23 30/10 33/14 34/13 34/18 35/5 36/18 37/7 38/11 39/9 39/14 39/14 41/4 41/5 42/1 46/19 52/6 54/12 56/14 57/14 57/17 58/8 58/9 58/11 58/13 58/19 58/21 58/23 59/5 59/20 60/6 60/8 61/3 61/8 62/8 62/12 62/16 69/22
**known [1]** 27/18
**knows [13]** 30/9 33/13 51/20 53/25 57/14 58/15 58/16 58/16 58/17 58/18 58/18 58/19 58/19

## L

**labor [2]** 8/22 9/6
**ladies [1]** 21/17
**laid [1]** 12/3
**Lake [3]** 34/20 35/19 36/25
**last [7]** 11/3 25/3 25/17 45/3 45/6 54/22 60/19
**Lastly [1]** 49/23
**laughter [1]** 20/18
**law [16]** 9/20 21/17 40/17 43/23 46/2 46/6 46/12 51/18 52/4 52/4 52/4 58/21 60/9 63/5 63/6 65/17
**lawyer [8]** 36/4 53/6 57/22 57/24 58/5 58/5 59/3 59/4
**lawyers [1]** 58/25
**lays [1]** 7/1
**lead [1]** 9/17
**learned [3]** 27/17 60/25 61/1
**least [3]** 18/15 31/22 33/14
**leave [9]** 18/20 34/9 41/22 42/1 42/5 55/20 56/17 61/21 67/24
**leaving [1]** 10/4
**left [4]** 3/22 41/24 42/1 56/5
**legal [7]** 4/4 4/8 4/14 5/7 8/4 9/25 22/7
**legally [1]** 9/21
**lengthy [1]** 46/7
**Leroy [3]** 3/2 25/4 63/16
**less [5]** 13/11 18/7 18/8 38/15 48/25
**lesser [1]** 13/9
**let [11]** 5/4 5/4 5/15 10/8 18/13 24/14 33/23 52/6 58/2 61/5 69/21
**Let's [2]** 21/17 68/13
**letter [2]** 22/18 23/8
**letters [2]** 52/1 63/7

**level [27]** 6/3 6/4 6/6 6/7 7/14 7/25 9/21 10/15 13/1 13/2 13/2 13/10 13/11 13/14 13/15 15/12 15/13 15/16 15/17 15/20 15/22 15/24 16/2 16/3 26/4 50/11 50/11
**levels [10]** 6/5 7/15 13/7 13/11 13/15 13/18 13/18 13/19 29/15 40/19
**liberty [1]** 15/7
**license [3]** 22/6 25/25 57/3
**licenses [1]** 37/11
**licensing [1]** 44/17
**lie [1]** 60/21
**lied [1]** 18/5
**life [70]** 10/16 10/18 13/25 13/25 14/15 14/16 15/23 16/1 16/6 16/10 18/7 18/8 18/24 20/14 20/17 20/20 21/10 21/14 21/22 21/22 22/4 22/10 22/19 23/2 23/6 23/18 23/21 24/4 24/8 24/14 25/24 29/8 29/17 29/18 33/11 33/19 34/14 35/13 36/15 36/20 38/16 38/19 38/20 39/17 39/17 40/6 40/8 41/17 41/20 45/3 47/9 47/11 47/25 48/1 48/7 48/14 50/6 50/24 54/9 55/12 57/17 57/17 62/4 63/2 63/17 63/17 64/1 64/2 66/22 66/23
**life-threatening [4]** 15/23 16/1 16/6 16/10
**lifestyle [1]** 21/14
**light [1]** 68/6
**lighter [1]** 48/13
**like [52]** 4/23 6/12 11/22 11/22 11/23 12/4 16/22 20/8 23/11 23/23 23/23 24/2 24/6 25/5 25/18 25/23 26/9 26/11 27/15 28/8 28/13 36/15 51/18 51/20 51/22 51/25 52/11 52/12 52/15 53/10 54/4 54/9 55/4 55/10 55/15 55/15 56/8 56/10 56/13 56/17 56/21 56/23 57/1 57/13 58/21 59/2 59/5 59/7 60/15 62/16 62/21 63/7
**likely [2]** 32/14 46/14
**limit [1]** 62/5
**line [2]** 52/18 52/22
**lines [1]** 52/23
**list [1]** 15/2
**listen [1]** 25/16
**listening [1]** 30/11
**literal [1]** 22/19
**literally [1]** 13/2
**little [4]** 12/1 12/5 26/10 40/15
**live [4]** 3/22 23/2 38/13 57/8
**lived [1]** 45/19
**livelihood [1]** 36/11
**lives [4]** 33/1 34/12 38/14 45/25
**living [4]** 20/20 31/18 35/22 44/16
**loan [2]** 35/9 36/2

**lock [1]** 37/8
**locked [3]** 20/17 53/25 61/16
**logical [1]** 35/14
**long [9]** 20/22 24/3 32/8 35/24 42/14 42/14 42/16 45/14 46/25
**look [9]** 9/4 14/22 26/14 30/23 36/10 36/25 37/7 63/3 63/4
**looking [5]** 7/19 37/25 54/10 55/11 62/2
**looks [1]** 50/13
**lose [1]** 23/25
**loses [1]** 9/15
**losses [2]** 63/22 63/23
**lost [2]** 24/4 34/25
**lot [10]** 25/20 27/3 27/18 55/7 60/25 61/1 61/2 63/1 63/1 63/5
**loud [1]** 37/22
**love [5]** 23/25 25/10 27/15 28/1 28/15
**lower [1]** 15/8
**lowered [1]** 23/22
**lying [1]** 54/1

## M

**ma'am [7]** 4/18 5/2 11/1 11/20 42/24 63/11 63/13
**Macias [1]** 50/14
**made [11]** 16/16 18/13 18/18 22/7 23/1 23/6 23/23 32/16 35/14 36/19 44/13
**mail [2]** 64/16 65/7
**main [1]** 48/12
**maintain [3]** 6/17 21/5 69/12
**maintained [1]** 8/10
**majority [1]** 20/16
**make [25]** 4/20 4/23 5/1 5/5 6/13 9/16 9/18 9/25 11/22 11/23 17/19 19/14 21/25 29/4 32/14 35/11 40/2 41/25 53/9 58/4 58/6 60/14 68/23 69/4 69/10
**makes [6]** 5/16 19/16 38/16 39/12 39/12 48/16
**making [3]** 55/14 60/9 60/21
**male [2]** 62/17 62/19
**man [7]** 18/16 22/3 23/19 24/3 29/2 30/20 40/5
**manager [1]** 56/4
**mandated [1]** 14/15
**mandatory [5]** 47/7 47/24 47/25 63/20 64/6
**manipulated [1]** 34/11
**manipulation [1]** 30/17
**manner [2]** 44/2 67/1
**many [6]** 21/15 33/14 45/22 47/18 51/17 52/8
**March [3]** 3/19 3/25 6/19
**March 28 [1]** 3/19
**March 28th [2]** 3/25 6/19
**market [1]** 35/21
**marks [2]** 52/18 52/20
**matter [9]** 3/1 5/9 8/23 9/20 28/15 42/16 53/6 58/3 70/6
**Mavour [1]** 49/23
**max [1]** 22/13

**81**

## M

maximum [1]  50/24
may [13]  1/8 28/21 40/12
 41/5 43/5 48/1 51/8 51/9
 64/24 65/21 66/5 67/24 68/4
maybe [7]  9/17 25/18 26/1
 26/9 26/9 34/14 36/4
McCRAE [3]  1/22 3/10 13/17
me [80]
meals [1]  34/5
mean [6]  9/15 27/3 42/10
 60/22 62/5 67/11
means [2]  60/12 60/12
meant [2]  23/24 27/6
meat [1]  23/24
media [1]  65/14
medical [1]  44/1
meet [1]  26/22
members [1]  68/25
memorializing [1]  4/1
memories [2]  22/22 23/5
memory [2]  39/25 42/7
men [1]  21/25
mental [2]  20/24 45/2
mentally [2]  23/22 34/11
mention [2]  29/20 59/25
Mercedes [1]  30/2
merit [1]  12/11
messages [1]  30/12
met [5]  23/18 39/21 52/21
 61/17 61/17
Miami [1]  18/15
mic [1]  32/5
might [2]  34/8 37/20
million [2]  59/6 59/6
mind [13]  5/3 5/5 9/19 10/4
 20/14 21/7 21/11 21/13 21/15
 24/7 55/2 56/14 57/19
mindful [1]  46/22
minding [1]  26/11
minimum [3]  47/7 47/24 47/25
minor [1]  48/22
minors [4]  45/10 64/17 65/5
 65/9
minute [1]  51/9
misdemeanor [1]  44/15
miss [2]  22/22 22/22
missing [1]  28/2
mistake [1]  41/6
mitigating [2]  17/15 17/16
mom [7]  27/21 27/21 28/4
 28/4 36/5 56/22 62/25
mom's [1]  26/15
moment [1]  68/4
money [10]  29/4 33/25 34/17
 34/18 34/22 36/3 51/22 58/6
 62/22 62/23
monitor [1]  66/2
month [6]  18/19 34/14 34/18
 34/19 34/20 48/25
months [24]  7/20 7/20 15/17
 15/20 15/22 15/25 16/3 20/23
 29/3 30/5 42/11 48/19 49/3
 49/3 49/7 49/13 49/16 49/20
 49/24 50/6 50/6 50/15 51/1
 63/18
more [17]  5/9 8/8 15/8 18/17

 19/12 24/6 24/13 28/3 28/7
 32/13 34/14 51/25 54/14 55/5
 55/7 61/6 65/25
morning [1]  32/11
mortgage [2]  34/21 36/5
mosquito [2]  59/21 59/23
most [5]  18/9 25/17 28/25
 44/2 46/10
mother [10]  31/3 33/15 34/16
 34/17 34/18 35/18 36/2 36/6
 44/19 44/22
mother's [1]  40/1
motion [13]  7/5 7/7 11/4
 11/10 12/4 12/14 30/5 39/4
 49/10 50/4 51/4 51/6 63/14
move [3]  8/2 30/19 36/16
movie [1]  25/23
Mr [64]  3/4 3/9 3/10 3/15
 4/19 7/22 8/10 8/19 8/21
 8/24 10/3 10/16 11/23 12/8
 12/24 15/13 17/22 18/9 18/13
 19/15 20/13 20/17 20/24 21/9
 25/5 29/9 29/16 30/14 33/3
 35/15 38/11 38/23 41/2 41/15
 41/25 43/5 43/10 44/9 44/18
 44/22 44/22 45/2 45/17 45/20
 45/20 45/24 46/8 46/10 46/14
 51/9 51/11 52/15 63/9 63/25
 64/11 66/1 66/3 66/10 66/15
 67/21 68/20 68/25 69/16
 69/19
Mr. [1]  45/9
Mr. Williams [1]  45/9
Ms [1]  23/15
Ms. [1]  13/17
Ms. McCrae [1]  13/17
much [19]  12/2 19/12 20/16
 24/1 24/6 24/16 26/2 26/14
 27/8 27/16 27/17 27/22 28/5
 28/10 28/19 32/4 40/10 41/8
 50/22
multiple [2]  45/9 45/23
murder [8]  15/11 15/14 15/15
 15/15 15/16 15/19 16/5 29/1
murdered [1]  16/10
music [2]  37/19 37/22
must [6]  14/22 17/2 46/4
 46/23 50/12 67/22
my [83]
Myers [1]  49/2
myself [4]  23/25 26/5 26/6
 27/23

## N

naked [1]  42/4
name [7]  25/2 25/3 26/20
 27/10 27/13 38/7 62/12
named [2]  23/19 26/19
narrow [1]  8/8
national [1]  50/10
nature [3]  13/1 43/21 45/8
nearly [1]  45/14
necessarily [1]  17/10
necessary [3]  14/8 43/18
 66/6
need [13]  36/16 39/1 43/22
 44/4 44/7 46/1 46/21 47/2
 47/3 47/13 55/20 68/7 68/9

needed [4]  10/20 33/1 43/25
 44/24
needs [4]  16/15 18/10 36/18
 37/14
never [18]  21/18 22/15 24/10
 26/21 28/6 34/11 34/13 37/3
 38/5 54/16 55/11 57/9 59/11
 62/1 62/1 62/2 62/11 62/11
next [5]  23/20 31/9 32/10
 56/3 56/22
nickname [9]  38/2 38/3 38/3
 38/3 38/4 38/4 38/5 38/5
 38/5
nicknames [1]  34/2
night [1]  33/22
nightmare [1]  22/19
nightmares [1]  23/3
nightmares and [1]  23/3
nights [1]  20/22
Niko [1]  26/21
nine [1]  13/15
Nino [1]  21/12
Nino's [1]  21/1
no [47]  1/3 4/7 4/18 4/25
 5/2 10/3 10/9 11/20 12/11
 12/23 13/3 13/7 14/1 16/9
 16/10 16/21 17/8 19/16 21/11
 21/14 21/23 27/20 28/15
 30/24 32/6 33/23 36/10 39/11
 40/5 40/14 42/16 45/5 46/15
 54/20 56/6 61/19 62/5 62/9
 62/10 63/11 63/13 64/16 67/8
 67/20 69/9 69/25 70/1
nobody [4]  25/11 27/21 51/23
 51/23
None [1]  62/2
normal [6]  21/2 21/3 22/3
 22/5 23/2 33/17
North [1]  1/20
not [111]
note [6]  7/3 8/7 8/10 34/23
 69/16 69/19
noted [2]  11/17 69/18
notes [1]  9/23
nother [1]  26/4
nothing [11]  23/24 25/13
 26/16 26/16 26/18 33/18
 36/11 36/12 38/15 42/21
 54/20
notice [6]  11/14 36/16 36/18
 66/19 67/22 68/6
Notification [1]  66/11
notorious [1]  18/9
Nova [1]  26/20
now [21]  14/12 20/9 21/2
 22/10 23/2 28/2 28/4 28/5
 28/11 29/20 40/19 55/6 58/8
 58/9 61/4 61/12 61/15 61/16
 63/3 63/4 66/25
number [4]  48/9 49/2 50/5
 68/25
nutritious [1]  34/5

## O

o'clock [1]  63/24
oath [2]  19/12 24/24
object [3]  36/13 38/22 67/1
objection [19]  5/8 5/12 5/19

**O**

objection... [16]  5/20 6/11 6/18 6/20 8/5 8/9 8/12 8/12 9/2 9/14 9/22 10/1 10/8 67/5 67/19 69/8
objections [8]  3/20 4/2 5/16 6/25 10/9 16/14 67/3 67/7
observation [1]  16/15
observations [1]  48/16
obstruct [1]  40/4
obstruction [12]  5/12 5/21 5/22 5/25 6/5 6/6 7/13 8/11 9/11 29/19 39/19 45/11
obtain [1]  17/19
Obviously [1]  17/19
occasional [1]  23/3
occasionally [1]  37/21
occurred [1]  31/10
occurs [1]  13/12
odd [1]  22/2
Odyssey [1]  30/1
off [7]  18/13 28/12 30/13 31/18 32/5 36/5 62/25
offender [3]  66/3 66/11 66/13
offense [31]  6/3 6/4 6/5 6/6 6/7 7/15 7/25 10/14 13/7 13/13 13/15 13/24 14/13 14/14 14/17 15/12 15/14 16/4 19/22 29/10 29/14 31/10 36/9 43/21 43/24 44/8 45/8 46/2 46/3 46/5 66/14
offenses [5]  12/20 12/22 12/24 15/8 48/23
offensive [1]  42/16
offering [1]  65/8
office [9]  1/16 1/20 1/23 8/17 18/12 18/13 23/20 37/8 64/5
officer [6]  3/5 31/19 64/15 65/11 65/18 66/12
officers [1]  61/2
Official [2]  2/1 70/9
often [1]  19/11
Oh [1]  61/7
okay [9]  3/1 24/23 25/5 28/19 43/2 58/10 63/9 63/14 69/8
old [10]  26/19 31/1 33/6 33/22 34/15 46/15 49/17 49/18 61/19 62/10
older [1]  26/9
once [4]  17/4 23/6 33/1 42/8
one [50]  4/10 5/7 10/20 12/21 12/23 13/8 14/19 14/22 16/9 16/10 18/2 18/24 19/14 20/2 22/15 25/17 30/13 30/14 31/23 32/10 34/9 34/22 35/9 35/16 38/9 38/10 39/2 39/6 39/16 39/18 41/14 41/15 41/21 42/21 48/1 48/25 50/16 50/17 50/20 50/21 54/14 58/5 58/12 60/4 60/13 62/9 62/10 68/9 68/10 68/19
one-time [1]  30/14
ones [1]  35/2
only [11]  8/6 12/21 13/8

14/3 16/25 27/21 30/18 38/8 45/6 48/23 50/21
open [2]  9/19 10/4
operation [2]  31/14 37/13
opportunity [1]  22/10
opposed [3]  7/15 7/19 49/5
or adults [1]  65/9
oral [2]  3/20 9/12
order [8]  4/1 29/22 31/7 44/16 68/7 68/12 68/14 69/2
ordered [3]  43/13 63/20 66/15
organizations [1]  64/22
Orlando [3]  3/2 31/22 63/16
other [29]  4/13 6/3 7/7 10/6 10/9 18/3 19/2 20/5 20/10 21/3 21/17 28/8 30/21 32/12 33/4 34/2 36/14 37/14 37/23 38/12 39/7 40/5 48/13 52/3 55/13 56/24 58/12 65/13 65/23
other supervision [1]  65/23
others [5]  21/15 24/7 33/14 39/9 41/12
otherwise [2]  36/16 37/8
our [11]  3/4 6/20 7/4 7/5 7/6 7/10 8/12 9/2 12/4 67/3 68/9
out [36]  4/11 7/1 8/12 11/12 12/3 13/1 13/22 14/6 14/22 15/6 15/7 17/14 19/19 22/14 22/15 22/22 22/22 25/16 26/7 27/5 28/6 29/3 36/3 37/4 37/18 37/24 38/23 41/7 56/21 56/22 59/9 59/25 60/1 61/14 61/20 69/20
outlined [2]  12/19 44/12
outlook [1]  21/9
outpatient [1]  66/6
outrageous [2]  29/10 38/25
outside [1]  21/24
over [18]  9/17 11/21 17/16 17/17 18/16 24/13 26/16 30/19 37/11 45/6 48/24 52/15 55/21 56/7 56/20 57/6 59/1 61/15
overlapping [1]  32/12
overlooked [1]  39/18
overrule [2]  9/13 9/22
overruling [2]  10/1 10/8
own [10]  17/18 17/19 33/10 33/14 38/5 38/9 38/19 50/8 50/13 53/12
own brand [1]  38/9
owned [1]  62/11
owns [1]  53/13

**P**

pages [1]  7/1
paid [1]  62/25
PALM [6]  1/2 1/7 1/18 1/24 2/2 18/20
papers [2]  8/4 65/13
paragraph [4]  31/1 31/11 33/5 43/19
parcel [1]  35/6
parsimony [1]  14/7
part [5]  3/19 3/25 20/8 35/6

39/18
participate [1]  66/3
Participation [1]  66/5
particular [3]  12/20 14/4 43/20
parties [2]  29/23 43/8
party [2]  65/1 66/8
passed [1]  18/4
passing [1]  13/23
passports [1]  37/11
pattern [2]  7/18 13/19
Pauline [2]  2/1 70/9
pauperis [1]  67/25
paused [1]  24/8
pay [7]  36/4 36/5 43/11 62/23 66/8 66/15 67/24
paying [3]  28/12 30/9 30/10
payment [2]  35/25 66/9
PEACOCK [3]  1/19 3/9 52/15
penalties [1]  41/19
pending [2]  11/11 39/20
people [21]  25/24 28/12 28/13 33/4 33/10 33/11 33/17 34/20 35/22 39/10 51/24 52/3 52/10 52/14 55/24 56/25 57/20 57/20 58/22 62/15 63/6
pep [1]  20/21
perform [1]  50/19
perhaps [2]  15/16 17/2
period [5]  18/16 48/24 49/5 49/5 50/22
periodic [1]  65/12
periodically [2]  26/23 26/23
peripherals [2]  65/16 65/23
permit [1]  65/1
permits [1]  17/12
permitted [1]  18/20
person [20]  21/2 22/16 24/9 26/17 27/24 28/1 28/10 31/15 38/12 51/16 52/7 53/2 53/13 54/3 60/15 60/18 60/20 64/4 65/7 65/12
person's [1]  21/14
personal [2]  64/14 64/16
personality [1]  23/24
pertinent [1]  44/4
Petersburg [1]  56/7
phone [3]  31/14 53/25 54/2 54/2 54/15 54/22 56/18 56/20 58/10 61/10 61/12
phones [3]  53/11 59/2 59/4
photographic [1]  39/25
physical [2]  37/15 45/21
physically [3]  16/20 16/20 23/22
pick [6]  12/22 39/24 53/8 57/25 58/2 62/15
picked [1]  53/5
picks [1]  56/23
picture [2]  53/14 53/22
pictures [8]  33/20 42/4 59/7 59/8 59/10 59/11 59/12 59/13
piece [2]  22/11 23/24
pieces [1]  30/12
Pierce [2]  1/21 2/2
Pierce/West [1]  2/2
Pierre [1]  49/19
pint [1]  60/19

83

## P

**place [2]** 40/5 69/13
**placed [2]** 64/1 69/11
**places [1]** 47/2
**Plaintiff [1]** 1/5 1/15
**play [1]** 23/4
**plea [2]** 49/20 50/1
**plead [1]** 36/6
**please [1]** 28/21
**pleasing [1]** 34/2
**pled [7]** 49/8 49/14 49/24
 50/16 50/20 50/23 51/1
**plenty [1]** 51/21
**pliers [2]** 52/19 55/13
**Plunget [2]** 31/4 31/8
**point [7]** 4/13 6/23 7/4 8/12
 13/6 19/14 30/21
**pointed [1]** 14/6
**pointing [3]** 15/7 17/14
 36/22
**points [7]** 5/22 7/24 13/5
 19/17 29/9 30/24 32/1
**police [6]** 31/16 53/3 58/14
 59/17 60/9 61/2
**policy [1]** 44/4
**polygraph [1]** 66/5
**pornography [5]** 48/21 48/22
 50/17 50/19 50/21
**portion [1]** 12/21
**position [3]** 7/10 18/23
 18/23
**possess [3]** 64/9 64/23 65/4
**possessing [1]** 64/8
**possession [1]** 48/21
**possible [5]** 13/10 13/11
 23/1 23/6 68/25
**potential [1]** 65/2
**power [3]** 19/20 19/23 33/2
**Pre [3]** 3/21 43/8 44/12
**Pre-Sentence [3]** 3/21 43/8
 44/12
**precedent [1]** 50/8
**precisely [1]** 48/11
**pregnancy [2]** 31/2 61/13
**pregnant [4]** 44/14 53/2
 58/13 60/8
**premeditation [1]** 15/16
**preparation [1]** 30/5
**prepared [2]** 20/4 30/4
**presence [3]** 68/20 69/17
 69/20
**present [2]** 3/10 11/23
**presentation [2]** 9/13 24/19
**presented [2]** 19/11 42/8
**preserve [1]** 67/5
**pretty [1]** 62/18
**prevent [1]** 20/12
**previous [1]** 67/3
**previously [2]** 5/8 6/18
**primarily [2]** 11/8 12/14
**primary [2]** 47/16 48/8
**principle [1]** 14/7
**prior [2]** 64/24 69/21
**prison [12]** 18/24 38/15
 39/17 39/17 40/6 40/9 48/2
 48/5 48/7 48/19 49/18 62/4
**Prisons [2]** 66/12 69/13

**Probably [1]** 37/18
**probation [13]** 3/4 3/13
 10/17 16/13 31/6 57/4 57/5
 64/5 64/15 65/11 65/17 65/19
 66/12
**problem [2]** 40/25 57/9
**problems [1]** 45/2
**procedural [1]** 67/4
**proceed [2]** 4/15 30/4
**proceedings [2]** 1/11 70/6
**proceeds [1]** 31/18
**process [4]** 7/1 12/23 39/11
 68/21
**procuring [1]** 31/12
**produce [3]** 50/19 65/5 65/9
**produced [1]** 30/22
**production [2]** 48/21 50/16
**professional [1]** 62/13
**proffer [4]** 19/9 19/12 49/21
 49/21
**proffers [1]** 19/5
**program [1]** 66/4
**prohibited [1]** 64/8
**promote [3]** 43/23 46/2 46/5
**pronounce [4]** 4/5 4/9 4/16
 4/20
**pronounced [1]** 67/2
**property [2]** 65/13 66/19
**proposed [1]** 68/13
**prosecute [1]** 46/19
**prosecuting [1]** 19/7
**prosecutor [12]** 51/24 52/1
 52/7 53/7 54/8 55/9 55/13
 57/13 58/19 60/25 62/3 62/19
**prosecutors [3]** 51/16 60/14
 61/1
**prostitutes [2]** 29/3 33/23
**prostitution [9]** 16/21 17/6
 31/13 31/19 31/22 32/13
 44/16 45/22 50/19
**protect [4]** 43/24 46/21
 46/23 47/3
**protection [1]** 14/10
**proven [1]** 16/24
**provide [6]** 43/23 43/25 44/7
 46/3 46/6 64/13
**provided [1]** 34/5
**provider [1]** 66/7
**providing [3]** 23/12 34/17
 46/16
**PSI [4]** 4/2 10/9 36/20 36/23
**PSR [8]** 31/1 31/12 33/3 33/5
 34/13 34/16 36/17 38/18
**psychological [3]** 45/21
 55/15 66/4
**public [8]** 1/20 1/23 14/10
 43/24 46/22 46/23 47/3 67/14
**Publix [1]** 62/15
**pulled [1]** 57/6
**punish [2]** 47/17 48/5
**punished [1]** 48/1
**punishment [7]** 14/10 18/11
 21/16 22/17 43/23 46/3 46/6
**purpose [4]** 18/18 21/13
 40/24 65/24
**purposes [2]** 14/9 43/18
**pursuant [2]** 47/7 63/21
**pushed [1]** 53/17

**pushes [1]** 39/4
**put [10]** 19/8 19/13 24/1
 24/13 24/24 30/12 30/20
 40/16 68/12 68/16
**puts [1]** 26/25
**putting [3]** 22/19 30/17
 55/13

## Q

**qualified [1]** 29/10
**qualifying [2]** 48/10 66/14
**questionable [1]** 25/8
**questions [1]** 27/17
**quick [1]** 51/21

## R

**Rachel [1]** 33/7
**raised [2]** 6/18 8/12
**range [5]** 7/20 13/20 13/25
 14/15 47/6
**rather [1]** 48/25
**razor [1]** 52/20
**RC [17]** 8/18 8/19 9/6 16/17
 17/4 20/3 23/10 23/13 23/16
 31/20 31/24 32/11 33/18 38/4
 40/1 40/7 41/9
**RC's [2]** 38/3 38/4
**re [1]** 16/14
**re-argue [1]** 16/14
**read [7]** 14/12 20/4 20/7
 23/11 23/11 23/13 23/15
**reading [1]** 20/10
**real [4]** 35/18 36/2 36/5
 36/7
**really [3]** 13/24 25/13 37/14
**reason [10]** 4/4 4/8 4/14
 4/16 5/24 7/6 16/18 35/9
 39/13 52/19
**reasonable [1]** 65/18
**reasonableness [2]** 67/4 67/5
**reasons [6]** 7/8 16/12 21/15
 44/25 51/3 61/6
**rebuilding [1]** 20/19
**receive [1]** 14/7
**received [3]** 11/6 38/9 48/13
**recent [1]** 25/17
**recently [1]** 25/18
**recess [2]** 43/2 43/4
**recidivate [1]** 46/14
**recidivism [1]** 46/15
**recognizing [1]** 48/10
**recommendation [6]** 49/9
 68/23 69/4 69/6 69/10 69/14
**recommended [5]** 5/23 6/8
 47/8 47/10 49/15
**recommending [2]** 49/12 50/2
**record [4]** 20/8 29/20 44/10
 70/6
**records [4]** 24/7 32/18 44/6
 47/14
**recount [2]** 45/6 45/15
**recounted [2]** 39/22 39/25
**recoup [1]** 36/3
**recovered [1]** 33/20
**recruit [1]** 30/21
**recruited [2]** 18/17 50/18
**redacted [3]** 8/13 8/17 20/11
**reduced [1]** 13/2

**R**

refer [1]   36/20
reference [2]   44/13 66/21
referred [2]   13/17 37/8
reflect [4]   12/15 12/17 46/1
46/5
reflected [1]   19/13
regard [4]   5/20 10/3 16/16
67/4
regarding [3]   5/12 8/11
68/19
regardless [3]   27/4 27/24
28/17
regards [3]   21/14 29/23
31/20
Registration [1]   66/11
rehab [1]   54/13
rehabilitation [1]   14/11
rehash [2]   40/21 40/21
relate [1]   21/2
related [3]   39/6 48/23 65/2
relates [2]   8/18 8/18
relating [1]   8/19
relationship [1]   21/3
relationship/friendship [1]
21/3
relationships [1]   20/19
release [8]   10/17 63/25 64/1
64/4 64/6 64/7 65/20 66/23
release which [1]   64/7
released [1]   64/5
relevant [1]   9/11
relied [2]   19/4 19/7
rely [6]   8/4 9/9 9/10 9/12
36/23 42/7
remain [1]   6/2
remained [1]   31/15
remaining [3]   5/7 5/11 20/5
remember [5]   26/10 26/12
30/8 34/8 37/20
removal [1]   65/24
rendered [2]   45/4 66/8
repercussions [1]   29/6
replaced [1]   20/20
report [7]   3/21 43/8 44/12
44/18 44/22 45/1 64/4
reporter [5]   2/1 25/3 27/11
70/9 70/10
represented [3]   19/8 33/16
35/17
request [2]   40/8 68/23
requests [2]   68/3 68/19
require [1]   43/16
required [1]   43/12
requirements [1]   66/10
requiring [1]   64/19
residence [1]   65/13
resides [1]   66/13
resolve [1]   4/12
resolved [1]   4/15
resources [1]   58/6
respect [14]   6/23 7/5 9/16
9/20 10/5 17/3 43/23 46/2
46/5 46/21 47/5 47/13 48/16
49/1
respectfully [1]   40/8
respectively [1]   13/25

respond [2]   8/7 40/12
responded [2]   5/13 17/25
response [10]   6/25 7/2 8/7
8/8 9/8 11/5 19/4 50/4 51/5
61/13
responsibility [3]   49/8
49/15 50/9
responsible [1]   67/15
rest [1]   40/6
restitution [17]   4/10 4/11
4/13 4/15 10/18 10/20 11/10
30/3 34/24 43/13 43/15 44/7
63/20 66/23 68/19 69/17
69/21
restraining [2]   31/7 44/16
restrictions [1]   65/3
rests [1]   12/14
result [1]   7/24
resulting [1]   15/19
results [1]   21/6
retrieval [2]   65/15 65/21
returned [1]   8/17
revealed [1]   45/18
review [2]   10/13 48/15
reviewed [3]   5/14 11/3 11/6
ridiculous [1]   41/6
right [20]   4/20 16/22 20/9
25/9 41/25 43/3 54/12 54/25
55/6 59/12 60/2 60/18 62/13
63/3 63/4 66/18 67/21 68/1
69/24 70/2
rips [1]   20/15
robbery [1]   15/23
Robert [1]   49/1
ROBIN [2]   1/11 2/1
room [3]   39/10 40/5 40/14
ROSENBERG [3]   1/3 1/11 2/1
rough [2]   14/25 15/1
roughly [1]   34/18
ruled [1]   5/9
ruling [1]   6/13
rulings [2]   4/1 10/14
run [4]   35/23 35/24 48/3
64/3
running [1]   37/13
RXXX [20]   53/2 53/3 54/1
54/5 54/15 54/23 55/6 56/20
56/21 58/11 58/15 59/1 59/16
59/17 59/18 59/22 60/16 61/9
61/22 62/13
RXXX's [1]   54/23
RXXXXXX [2]   51/20 52/2

**S**

safe [2]   37/9 37/9
said [30]   12/11 15/10 17/5
17/21 23/11 25/12 27/16
41/10 51/21 52/15 52/19 54/8
54/13 54/14 54/14 54/18 55/1
55/9 56/13 57/23 57/24 58/2
58/5 60/10 60/17 60/20 61/10
61/17 62/1 62/20
same [17]   13/14 15/12 16/6
17/10 18/6 18/11 18/12 19/18
21/18 31/6 31/6 48/11 52/22
52/23 61/22 61/23 61/23
sanction [1]   19/1
sat [6]   17/18 53/17 55/1

60/17 60/17 62/3
saw [4]   26/23 38/13 52/17
55/13
say [25]   13/12 19/3 19/10
22/18 24/21 25/6 25/9 25/11
27/15 27/24 37/2 51/16 51/17
52/9 53/17 53/19 55/5 56/10
57/16 58/18 59/13 60/3 61/15
63/6 68/13
saying [8]   18/6 25/7 51/24
52/1 52/12 55/19 55/22 58/8
says [4]   41/4 52/7 54/2 62/3
scared [6]   33/24 53/9 55/8
55/9 57/20 57/21
SCHILLER [4]   1/15 3/6 41/2
41/15
school [2]   44/23 60/14
scored [5]   15/20 15/22 15/24
16/2 16/3
scores [1]   44/9
scourge [1]   46/19
scratch [1]   60/4
screen [1]   33/20
screwed [1]   24/8
search [1]   65/21
searches [1]   65/12
seated [1]   43/5
second [7]   15/15 21/20 24/13
32/3 42/21 48/8 51/9
Section [4]   3/23 43/12 47/8
63/21
Security [2]   34/19 37/10
see [25]   9/4 21/7 22/9 22/23
25/15 25/15 25/19 25/19
25/19 25/21 25/23 25/25 32/7
32/22 37/23 52/23 52/23 56/4
56/5 57/12 57/19 57/20 57/20
61/4 61/20
seek [1]   21/12
seeking [2]   6/15 29/17
seem [3]   34/21 55/14 60/15
seems [2]   40/20 60/24
seen [2]   26/2 68/15
self [2]   20/23 23/22
sell [2]   65/4 65/8
send [4]   53/13 53/21 53/22
59/12
sending [4]   42/3 42/3 59/7
59/13
sense [1]   47/18
senseless [1]   37/23
sentence [54]   3/21 3/24 4/5
4/9 4/15 4/17 4/21 5/23 6/9
6/9 7/8 8/3 14/7 14/21 14/23
15/1 15/3 18/20 29/8 29/17
38/16 38/21 39/15 40/8 42/13
42/16 42/18 43/8 43/17 43/20
44/12 46/1 46/4 46/7 46/21
46/23 47/7 47/9 47/13 48/7
49/12 49/16 49/17 50/6 50/24
51/13 66/22 66/25 67/2 67/6
67/22 68/2 68/24 70/2
sentenced [4]   42/9 42/10
50/15 50/25
sentences [10]   14/15 18/4
18/7 18/8 44/3 47/5 47/11
48/3 48/13 50/7
sentencing [16]   1/11 3/16

**S**

**sentencing... [14]**   3/18 3/19 3/25 4/3 5/24 14/9 20/9 40/24 44/5 47/6 49/16 50/10 50/12 50/12

**separate [1]**   35/16

**serious [16]**   13/9 13/12 15/8 15/20 15/21 16/4 16/9 18/7 19/12 41/2 42/16 42/18 45/23 46/9 46/10 62/7

**seriousness [2]**   46/2 46/5

**serve [1]**   68/24

**served [1]**   63/18

**services [4]**   8/22 9/6 23/12 66/7

**set [16]**   3/16 4/14 6/19 6/20 6/25 7/6 7/17 10/19 11/12 12/18 37/12 43/9 43/18 60/5 60/5 63/22

**sets [1]**   69/5

**setting [4]**   8/8 37/12 41/19 43/14

**seven [2]**   23/18 24/3

**several [1]**   7/9

**sex [16]**   8/20 13/14 18/2 18/18 45/9 46/18 47/1 47/18 47/19 48/5 48/22 50/1 50/7 66/3 66/11 66/12

**sexual [4]**   8/25 9/5 15/21 42/11

**sexually [2]**   65/6 65/10

**shall [22]**   43/13 63/22 63/25 64/4 64/6 64/8 64/9 64/9 64/11 64/13 64/16 64/19 64/21 64/23 65/1 65/4 65/6 65/11 66/3 66/7 66/10 66/15

**shame [1]**   20/23

**she [69]**   20/3 20/4 20/13 21/20 23/10 23/10 23/11 23/11 26/9 26/10 26/11 26/12 26/12 34/17 38/9 41/10 42/2 42/3 51/20 52/17 52/18 52/19 52/20 52/21 52/21 52/22 52/24 52/25 53/6 54/2 54/3 54/12 54/14 54/16 54/16 54/16 54/18 54/21 54/23 56/3 56/5 56/5 56/6 56/7 56/13 56/19 56/19 57/2 57/4 57/5 57/8 57/10 57/11 58/12 58/15 58/16 58/16 58/17 58/17 58/18 58/18 60/17 61/9 61/10 61/12 61/17 61/18 61/21 61/21

**Sheriff's [1]**   31/19

**shit [1]**   37/25

**shoes [1]**   59/15

**shopping [3]**   51/22 51/22 52/13

**short [3]**   24/3 43/4 50/25

**shorter [2]**   49/5 50/22

**should [21]**   4/5 4/9 4/16 10/20 12/6 14/6 14/16 15/2 15/3 17/23 19/1 20/18 22/11 22/13 22/14 26/10 29/8 34/12 53/7 57/23 58/24

**shouldn't [3]**   9/17 14/17 14/17

**show [4]**   25/24 28/10 30/13 33/1

**showed [4]**   28/1 28/1 32/4 52/18

**showing [1]**   15/5

**shows [2]**   18/6 31/1

**shy [1]**   29/1

**side [6]**   20/20 26/15 26/15 28/17 60/13 60/23

**Signature [1]**   70/10

**signed [1]**   21/19

**significance [1]**   47/2

**significant [1]**   45/5

**silence [1]**   54/15

**Silvestri [2]**   23/11 23/15

**similar [9]**   17/25 18/8 44/6 44/6 47/14 47/14 48/9 50/8 50/17

**simple [1]**   52/9

**simply [1]**   42/6

**since [4]**   34/15 36/11 37/13 43/13

**single [6]**   35/25 59/11 59/12 59/19 60/4 61/22

**sits [1]**   38/15

**sitting [5]**   31/24 32/25 33/7 39/11 58/15

**situation [8]**   12/10 24/12 27/17 54/1 57/2 57/5 57/18 61/13

**six [5]**   3/15 29/3 33/12 33/16 40/23

**slamming [1]**   54/3

**slap [1]**   42/12

**sleep [1]**   21/25

**sleeping [1]**   24/6

**slowly [1]**   24/2

**small [1]**   26/15

**smart [1]**   27/3

**smirking [1]**   52/25

**so [61]**   4/3 5/9 6/6 6/10 8/23 9/18 10/3 11/24 18/22 21/15 21/15 21/17 24/1 24/5 24/12 25/25 26/2 26/2 26/9 26/14 26/25 27/16 27/17 27/22 28/5 28/10 29/4 29/10 29/13 29/20 31/16 32/14 34/12 35/15 35/16 35/19 35/23 36/3 37/23 47/21 49/17 50/12 51/3 51/17 51/23 52/8 53/17 53/19 59/3 59/8 60/22 62/5 62/15 62/18 62/25 63/14 67/15 68/9 68/21 69/6 69/11

**so-called [1]**   59/3

**Social [2]**   34/19 37/10

**society [2]**   21/12 36/12

**software [1]**   66/1

**sold [2]**   30/2 35/20

**some [18]**   17/14 17/20 17/25 20/11 23/4 28/25 29/3 29/3 30/21 30/25 31/23 32/17 38/24 39/5 42/8 48/19 52/18 62/24

**somebody [7]**   18/24 53/2 53/3 54/9 55/10 60/7 62/6

**someone [4]**   12/24 23/4 39/24 56/23

**something [11]**   17/23 21/8

24/5 24/21 36/15 52/2 53/19 55/10 56/25 57/10 61/11

**sometimes [1]**   62/22

**somewhere [1]**   37/5

**son [2]**   24/21 26/20

**soon [3]**   38/18 61/14 68/15

**sorry [1]**   61/13

**soul [4]**   21/13 24/2 58/20 58/23

**source [1]**   34/22

**South [3]**   68/24 69/2 69/11

**SOUTHERN [2]**   1/1 69/1

**speak [3]**   12/2 19/3 24/8

**special [10]**   3/7 10/21 10/21 29/10 43/11 64/11 64/12 66/16 66/24 67/16

**specific [1]**   46/13

**specifically [1]**   48/7

**speed [1]**   68/21

**spell [1]**   25/3

**spent [1]**   20/16

**split [1]**   39/13

**spoke [7]**   21/24 33/9 37/24 53/6 54/22 55/2 55/3

**sporadic [1]**   45/6

**square [1]**   35/20

**St [2]**   53/3 56/6

**stand [4]**   16/23 17/5 32/23 37/17

**standard [1]**   64/7

**standards [1]**   25/9

**staring [1]**   21/6

**start [4]**   23/17 25/7 28/23 50/12

**started [4]**   23/25 32/9 42/3 54/24

**state [13]**   3/3 8/17 8/20 8/23 18/20 21/14 25/2 27/10 30/18 46/20 57/22 58/5 66/12

**statement [10]**   4/20 4/24 5/1 5/5 9/17 11/24 20/4 21/20 23/10 39/3

**statements [6]**   3/22 11/6 20/7 20/11 43/7 44/4

**STATES [19]**   1/1 1/4 1/12 1/16 3/2 3/7 36/13 40/7 43/12 47/7 48/18 49/1 49/6 49/13 49/19 49/23 50/14 63/21 66/16

**statistical [1]**   42/10

**statute [10]**   13/13 14/3 14/4 14/16 17/12 19/22 43/19 47/23 48/7 50/23

**statutes [2]**   13/23 13/24

**statutory [2]**   41/19 43/9

**stay [1]**   26/5

**staying [2]**   54/15 62/16

**still [13]**   7/24 11/1 13/19 18/7 21/5 24/8 25/10 31/15 32/17 32/18 44/19 54/15 59/13

**Stipes [2]**   2/1 70/9

**stipulated [1]**   29/22

**stole [1]**   21/9

**stop [4]**   22/19 38/18 51/23 51/23

**stopped [2]**   22/4 22/5

**storage [1]**   65/14

**S**

**stories [1]**  45/18
**story [3]**  24/3 56/24 60/24
**straight [1]**  54/20
**strange [2]**  59/4 60/1
**strategical [1]**  35/14
**street [2]**  1/20 37/5
**stressed [1]**  49/11
**strike [1]**  36/16
**strong [4]**  24/15 26/5 28/2
  32/22
**structural [1]**  13/1
**structurally [2]**  12/18 41/14
**struggles [1]**  45/2
**stuff [23]**  28/13 51/18 51/22
  51/25 52/3 52/10 54/4 54/9
  55/23 56/10 56/13 56/17
  56/21 56/22 58/21 59/2 59/4
  59/7 59/8 62/13 62/16 62/21
  63/7
**subject [2]**  7/11 11/3
**subjected [1]**  45/20
**submissions [2]**  5/14 9/12
**submit [3]**  16/24 17/8 65/11
**submitted [1]**  17/24
**subsection [1]**  43/19
**substance [1]**  64/9
**substantial [2]**  45/17 48/5
**substantive [1]**  67/5
**successful [1]**  28/11
**such [7]**  13/4 29/14 29/15
  47/19 49/11 50/6 65/24
**suffer [2]**  22/1 24/9
**suffered [1]**  21/1
**sufficient [2]**  14/8 43/17
**suicide [2]**  20/22 38/24
**Suite [2]**  1/17 1/24
**sum [1]**  27/1
**supervised [6]**  10/17 64/1
  64/6 64/7 65/19 66/23
**supervision [1]**  65/23
**support [1]**  34/19
**supposed [2]**  56/3 63/2
**Supreme [2]**  14/20 14/24
**sure [1]**  67/8
**surgery [1]**  32/16
**survive [1]**  28/1
**survived [1]**  34/15
**suspicion [1]**  65/18
**swearing [1]**  52/24
**sweater [1]**  52/24
**switch [1]**  55/4
**sworn [4]**  23/14 25/1 27/9
  51/14
**system [2]**  39/12 39/13
**systematically [1]**  18/17
**systems [1]**  66/1

**T**

**take [17]**  12/6 18/23 24/14
  37/22 38/19 41/21 43/2 45/3
  53/4 53/7 53/14 57/23 57/23
  57/25 58/20 58/23 58/25
**taken [1]**  43/4
**takes [2]**  18/22 52/20
**taking [1]**  45/14
**talk [11]**  28/12 53/18 53/20

  56/11 56/15 60/13 60/14
  60/23 61/4 62/18 63/8
**talked [2]**  26/17 39/8
**talking [9]**  26/8 26/11 28/23
  36/17 38/18 51/16 54/24
  56/15 61/12
**talks [4]**  20/21 33/5 33/8
  33/9
**Tampa [1]**  56/6
**tased [1]**  33/24
**tasing [1]**  33/10
**tattooed [2]**  38/7 38/9
**taught [3]**  27/3 27/16 61/18
**Taylor [1]**  48/18
**Technical [1]**  44/23
**telephone [2]**  64/16 65/7
**tell [18]**  5/17 5/17 7/7 22/1
  27/21 28/10 28/15 52/8 54/14
  54/24 56/9 56/17 56/24 58/10
  59/24 60/23 61/5 61/11
**telling [8]**  38/20 51/19
  53/25 56/2 56/20 61/3 62/8
  62/15
**tells [1]**  53/14
**ten [4]**  13/25 14/1 14/15
  47/24
**term [7]**  10/16 33/22 48/19
  49/2 50/2 63/17 64/1
**terms [3]**  46/13 47/25 48/5
**terrifying [1]**  22/2
**terror [1]**  45/19
**testified [7]**  16/19 16/23
  17/21 33/12 38/8 39/21 52/17
**testify [4]**  32/23 35/11
  35/16 40/22
**testifying [4]**  32/24 55/8
  56/12 57/1
**testimony [12]**  3/23 16/17
  16/18 16/18 17/3 30/22 31/20
  34/1 34/4 37/16 38/13 45/18
**testing [1]**  66/4
**text [2]**  30/12 54/22
**than [26]**  4/13 10/6 13/1
  13/3 13/11 14/8 18/7 18/8
  19/12 21/3 32/13 34/14 36/14
  38/12 38/16 43/17 48/13
  48/25 48/25 50/22 51/1 52/3
  60/10
**thank [24]**  11/25 19/25 20/1
  20/2 22/17 22/18 23/5 23/6
  24/13 24/16 24/17 27/8 28/16
  28/16 28/19 28/19 28/20
  28/21 36/24 40/10 40/11 63/9
  68/17 68/18
**thankful [1]**  27/4
**that [327]**
**the sentence [1]**  46/1
**their [21]**  3/3 6/25 13/1
  17/19 22/22 30/20 32/18
  32/24 33/1 33/11 34/11 38/5
  38/13 40/20 40/20 40/22
  45/24 53/12 54/8 62/15 62/22
**them [44]**  19/11 20/5 20/7
  24/24 25/24 25/25 26/1 26/22
  29/3 29/3 29/5 30/17 30/17
  32/22 32/24 33/18 33/19
  33/21 33/22 33/24 33/24
  33/24 33/24 34/1 34/9 35/11

  37/22 37/23 37/24 38/1 38/2
  55/2 59/7 59/18 60/3 60/4
  60/17 60/21 62/15 62/18
  62/20 62/20 62/21 62/24
**themselves [3]**  19/3 33/1
  61/2
**then [5]**  3/16 6/2 25/21 33/6
  53/22
**theory [1]**  39/9
**there [65]**  4/4 4/8 4/16 5/7
  7/9 8/23 10/3 10/9 11/9
  11/10 11/14 11/16 13/3 13/7
  14/1 15/2 15/12 16/8 16/8
  16/15 16/21 17/8 17/14 17/15
  17/20 22/15 26/16 26/18
  26/18 28/16 31/23 31/24 35/6
  35/22 35/25 37/3 37/8 37/17
  39/18 40/5 40/14 41/5 42/19
  43/13 47/21 48/4 48/11 49/3
  50/20 50/21 51/25 54/15 55/5
  55/6 55/7 55/7 56/7 56/10
  60/2 61/6 62/5 62/13 63/10
  68/3 69/20
**therefore [4]**  39/6 51/6
  63/22 66/22
**Thereupon [6]**  23/14 25/1
  27/9 43/4 51/14 70/3
**these [36]**  5/15 12/20 13/6
  13/7 13/22 13/23 14/2 17/18
  18/2 19/10 19/15 19/19 21/21
  22/8 25/23 30/19 32/12 32/16
  32/17 33/10 33/11 34/22 35/6
  35/18 40/3 41/22 41/23 42/9
  46/7 46/11 48/3 48/13 51/3
  59/21 62/6 62/7
**they [124]**
**thing [25]**  8/6 12/6 16/9
  22/20 23/20 30/14 37/14
  38/20 41/2 41/10 41/21 51/19
  52/13 53/12 54/14 55/15
  55/20 58/25 60/7 61/7 61/7
  61/8 61/22 61/23 61/23
**things [28]**  9/17 14/19 17/20
  18/10 22/2 22/8 23/9 25/8
  25/11 25/12 25/16 26/10
  27/18 36/14 36/17 37/15
  37/17 39/22 51/17 51/18
  51/25 52/8 52/9 52/10 55/6
  55/7 63/6 63/6
**think [28]**  8/1 8/8 9/1 9/10
  11/8 12/6 15/5 15/11 15/13
  16/12 16/15 17/14 19/19
  22/13 25/22 26/22 30/23
  34/23 35/17 36/16 37/14
  37/17 38/17 42/2 42/7 52/4
  57/4 68/9
**thinking [2]**  58/24 63/2
**thinks [1]**  27/2
**third [2]**  65/1 66/8
**this [135]**
**Thomas [1]**  53/3
**thorough [1]**  65/25
**those [25]**  5/14 12/4 13/4
  13/15 13/18 16/7 16/12 16/19
  17/9 21/22 22/9 30/6 35/15
  36/5 36/6 39/7 39/8 40/25
  41/1 48/17 49/4 52/1 52/20
  52/23 64/12

**T**

**though [1]**   59/16
**thought [3]**   30/19 39/11 41/7
**thoughts [1]**   20/21
**thousand [3]**   59/10 59/15
59/16
**thousands [4]**   30/12 32/14
35/1 59/6
**threat [1]**   57/22
**threatened [3]**   33/24 57/2
57/6
**threatening [4]**   15/23 16/1
16/6 16/10
**three [17]**   6/1 6/2 7/14 7/17
13/10 13/18 16/19 28/24 31/9
33/10 33/13 36/7 45/14 47/10
47/25 64/2 68/11
**three-level [1]**   13/10
**threw [1]**   59/9
**through [18]**   12/11 18/4 19/2
19/10 21/8 22/20 22/21 22/21
24/1 25/11 25/12 26/7 28/5
28/13 32/24 54/21 54/21
54/23
**throughout [2]**   39/4 46/19
**thumb [1]**   21/1
**tied [1]**   11/11
**ties [1]**   69/12
**tiled [1]**   20/22
**time [18]**   13/12 20/18 22/13
24/4 30/14 30/25 35/24 41/3
42/14 48/15 49/5 49/16 54/22
56/18 59/22 60/5 61/22 65/16
**times [2]**   32/14 51/21
**Timothy [1]**   49/2
**title [1]**   66/18
**TL [8]**   16/18 17/4 20/13
21/19 32/9 33/17 35/3 40/7
**today [23]**   3/24 4/3 4/6 4/9
4/12 4/15 4/17 9/13 10/7
15/13 25/15 26/19 27/18 30/4
30/5 33/7 34/16 43/14 44/20
45/16 47/10 48/10 68/16
**together [2]**   22/11 68/16
**told [24]**   23/19 39/22 51/17
51/19 52/9 53/2 53/4 53/6
53/7 53/19 54/12 54/16 54/23
57/16 57/22 57/24 58/2 58/5
58/25 59/18 60/8 61/13 62/20
62/20
**tomorrow [1]**   68/16
**too [4]**   26/2 26/14 32/4
59/22
**took [9]**   9/2 15/7 17/5 22/3
22/7 24/3 48/15 57/22 58/24
**total [4]**   7/24 10/14 66/17
66/22
**totally [1]**   38/22
**touch [1]**   20/6
**tough [2]**   25/15 26/22
**toward [1]**   31/9
**towards [1]**   25/13
**trade [3]**   47/1 65/4 65/8
**traffic [1]**   44/17
**traffic/licensing [1]**   44/17
**trafficked [3]**   30/15 46/11
49/4

**trafficker [2]**   32/25 37/2
**trafficking [19]**   18/3 31/10
32/9 35/7 35/13 35/24 37/3
40/3 45/10 46/10 46/16 46/18
46/25 47/18 47/19 48/5 48/22
48/24 50/7
**training [1]**   44/1
**transcript [1]**   70/1
**treason [2]**   16/3 16/5
**treated [1]**   6/6
**treatment [4]**   44/1 66/4 66/6
66/6
**trial [9]**   3/14 12/11 17/15
31/11 32/4 40/22 45/12 45/14
53/19
**trials [1]**   35/16
**tried [2]**   38/23 62/18
**tries [1]**   23/4
**trouble [2]**   24/6 54/19
**troubling [1]**   18/22
**true [2]**   29/7 29/8
**trump [3]**   14/16 14/17 14/17
**truth [1]**   58/16
**try [4]**   12/2 40/2 57/11
62/17
**trying [7]**   40/4 40/19 55/5
56/21 56/22 58/18 60/3
**tucks [1]**   32/17
**tummy [1]**   32/16
**turn [5]**   6/10 11/21 37/21
37/24 57/7
**turned [6]**   22/4 27/5 29/2
30/3 33/21 36/11
**turning [1]**   37/19
**turns [1]**   33/22
**twisted [1]**   55/3
**two [32]**   3/14 5/22 5/25 6/1
6/23 7/4 7/23 8/18 9/21 13/4
13/10 13/11 13/23 25/18
26/19 28/5 33/8 34/2 34/14
34/19 35/16 43/19 44/20
47/23 48/22 48/23 49/25
49/25 50/6 61/15 61/16 68/18
**two-and-a-half-week [1]**   3/14
**two-level [1]**   9/21
**two-point [2]**   6/23 7/4
**two-year-old [1]**   26/19
**TXXXX [21]**   53/23 53/23 53/24
53/24 54/4 56/12 56/12 56/14
56/15 56/18 57/1 57/3 57/4
57/5 57/7 57/8 57/9 57/12
57/18 60/19 61/23
**type [2]**   16/9 55/15

**U**

**U.S [4]**   18/11 18/12 64/15
65/11
**ultimately [1]**   19/13
**um [3]**   51/15 60/22 61/11
**um-m-m [3]**   51/15 60/22 61/11
**unable [1]**   67/24
**unannounced [1]**   65/12
**unbelievable [2]**   62/6 63/5
**uncle [3]**   25/22 26/2 26/10
**uncontrollable [1]**   20/22
**under [19]**   8/3 10/15 12/2
14/1 15/17 16/13 19/11 19/15
19/22 21/1 24/24 36/13 41/18

53/15 61/18 61/20 62/10
64/17 64/20
**underage [1]**   50/18
**undercover [1]**   31/14
**undergo [1]**   35/12
**understand [10]**   4/21 11/10
26/2 41/11 58/3 58/8 60/11
60/11 60/12 62/23
**understandable [1]**   26/3
**understanding [4]**   8/9 9/24
24/21 62/22
**undo [1]**   14/21
**unfairly [1]**   47/17
**unfairly punish [1]**   47/17
**uniformity [1]**   50/11
**UNITED [19]**   1/1 1/4 1/12
1/16 3/2 3/7 36/13 40/7
43/12 47/7 48/18 49/1 49/6
49/13 49/19 49/23 50/14
63/21 66/16
**units [2]**   5/25 6/2
**unlawful [1]**   65/18
**unmistakable [1]**   48/4
**unsurpassed [1]**   40/19
**until [3]**   34/16 41/3 49/18
**unwarranted [3]**   44/5 47/13
50/9
**up [28]**   7/13 12/2 12/18
16/22 24/8 27/1 37/12 37/12
37/19 37/21 39/9 41/17 47/24
48/1 48/1 53/3 53/5 53/8
53/25 56/23 58/1 58/2 60/5
60/5 61/16 62/15 68/21 69/12
**uphold [1]**   21/16
**upon [3]**   36/23 63/25 65/3
**upwards [1]**   28/24
**use [6]**   21/12 30/16 47/19
64/23 64/24 66/2
**used [5]**   30/21 52/4 56/15
56/16 57/8
**uses [1]**   36/5
**using [5]**   8/20 8/21 8/25
13/5 38/24

**V**

**valid [1]**   9/22
**variance [14]**   7/5 7/7 10/7
11/4 12/3 39/4 47/16 49/10
49/11 50/5 51/4 51/5 51/6
63/15
**various [1]**   44/17
**vary [1]**   19/24
**vehicle [1]**   30/2
**vehicles [1]**   65/13
**verdict [3]**   16/16 39/13 45/4
**verify [1]**   26/1
**version [1]**   8/13
**versus [9]**   3/2 36/13 48/18
49/1 49/6 49/13 49/19 49/23
50/14
**very [23]**   16/9 17/5 22/7
22/12 24/16 27/3 27/3 27/8
28/19 38/20 40/10 40/15
40/15 41/2 46/9 52/5 52/5
52/5 52/5 52/5 52/5 61/14
61/14
**VI [1]**   19/17
**victim [8]**   3/22 11/6 23/8

**V**

**victim... [5]** 30/11 35/3 38/8 48/24 50/21
**victimized [2]** 33/12 45/19
**victims [18]** 18/16 20/3 20/5 20/12 23/2 30/3 35/11 39/6 39/7 39/8 44/7 45/20 45/23 48/23 49/4 49/4 55/3 64/18
**victims' [5]** 3/22 9/5 45/18 63/21 63/23
**video [1]** 59/6
**videos [1]** 59/7
**vile [1]** 22/24
**vilify [1]** 40/19
**violated [1]** 31/7
**violating [1]** 50/23
**violation [2]** 44/15 65/19
**violence [5]** 30/16 33/3 37/17 49/22 56/16
**visitation [3]** 69/3 69/7 69/12
**visual [2]** 65/5 65/9
**voice [3]** 52/6 56/11 61/5
**VOLUME [1]** 1/10
**voluntary [1]** 47/1

**W**

**waffling [1]** 16/22
**wages [1]** 34/25
**wait [1]** 43/5
**waive [1]** 68/20
**waived [1]** 69/20
**waiving [1]** 69/17
**walk [2]** 21/12 37/4
**want [30]** 4/19 5/1 5/5 5/18 6/13 6/13 10/13 18/3 18/23 22/9 22/21 23/15 25/7 27/15 27/24 28/9 28/9 28/15 38/20 51/16 52/5 52/8 56/6 56/8 56/11 58/7 58/22 59/2 61/4 62/19
**wanted [20]** 9/2 22/18 24/21 29/4 33/25 38/1 42/2 51/12 51/21 51/22 51/23 51/23 52/16 53/18 53/19 55/17 61/15 61/21 61/22 63/10
**wants [3]** 20/4 41/2 62/4
**Wardlow [1]** 48/18
**warrant [1]** 65/17
**warranted [1]** 51/5
**was [172]**
**wasn't [11]** 23/23 26/12 27/19 34/1 52/11 54/10 55/11 55/12 55/24 55/25 55/25
**watched [1]** 17/18
**way [12]** 6/22 7/23 12/17 13/4 13/7 14/1 16/25 17/8 23/9 23/18 30/20 37/25
**we [90]**
**We'd [1]** 61/20
**weather [1]** 12/2
**week [1]** 3/14
**weekends [1]** 34/7
**weeks [5]** 25/18 28/24 38/13 45/14 49/5
**weigh [1]** 46/7
**Weisberg [1]** 3/13

**well [13]** 3/5 6/19 15/3 18/1 23/2 23/13 23/17 24/22 27/3 27/6 28/4 34/2 45/11
**went [10]** 22/21 32/8 32/24 45/12 56/5 56/6 57/8 60/14 62/1 62/2
**were [52]** 8/21 9/25 11/3 16/20 16/20 17/1 17/14 19/5 19/8 19/12 20/11 21/21 23/9 25/8 29/10 29/13 30/10 31/11 31/16 32/17 33/16 33/20 34/24 37/4 37/9 39/10 41/1 41/22 42/5 42/6 48/20 49/4 52/1 52/14 52/20 52/25 54/8 54/20 55/7 55/8 55/9 55/22 55/22 56/10 56/16 59/18 61/6 62/9 62/9 62/14 62/16 68/3
**weren't [1]** 37/5
**WEST [5]** 1/2 1/7 1/18 1/24 2/2
**whack [3]** 13/22 15/6 19/19
**what [71]**
**whatever [10]** 27/25 39/13 52/14 53/9 53/10 55/17 56/7 56/24 58/22 61/4
**whatnot [1]** 57/12
**whatsoever [1]** 19/16
**wheel [1]** 24/14
**when [44]** 6/18 8/2 8/16 8/23 9/4 12/19 12/24 15/9 15/9 21/24 23/3 25/22 26/14 26/22 28/24 30/2 30/25 31/9 35/12 35/17 36/1 36/10 36/25 37/7 37/20 39/8 39/24 52/17 53/2 53/25 55/23 56/5 56/12 56/16 56/18 56/19 56/23 57/22 59/17 59/20 60/13 61/7 61/18 62/6
**whenever [2]** 52/16 61/21
**where [17]** 6/20 12/10 15/1 18/4 18/16 18/20 23/17 28/23 30/21 31/14 34/21 37/5 62/16 63/3 63/4 64/5 69/13
**whereas [1]** 8/20
**wherever [2]** 57/11 61/21
**whether [6]** 4/23 5/17 6/23 7/23 11/23 54/21
**which [23]** 3/21 7/20 8/11 8/14 9/6 10/5 15/11 15/15 15/24 17/25 19/8 19/13 21/6 22/1 30/3 47/24 48/1 48/9 60/21 64/7 66/13 66/20 67/2
**while [4]** 39/20 40/3 40/3 64/5
**who [29]** 23/1 23/1 23/12 25/21 26/12 26/17 28/9 28/10 32/11 33/7 33/8 33/13 33/16 35/2 35/3 38/6 38/8 38/10 38/13 39/8 44/6 44/20 45/19 45/23 51/1 54/10 54/10 56/25 60/19
**whoever [1]** 53/13
**whole [8]** 15/2 26/3 53/1 53/18 56/24 60/7 63/1 63/1
**whom [2]** 32/17 33/12
**why [31]** 4/4 4/9 4/16 5/17 5/18 8/14 9/10 9/16 17/14 23/9 34/9 34/12 35/19 39/14

39/14 41/16 52/1 52/24 55/6 55/7 57/20 57/20 57/23 58/17 58/25 58/25 59/5 59/5 60/4 61/6 61/10
**will [44]** 4/14 5/4 5/17 5/23 6/10 9/9 9/10 9/12 9/22 10/19 12/1 12/2 15/1 17/19 19/3 19/10 20/10 21/12 21/17 22/14 22/25 24/14 28/6 28/16 30/2 30/13 34/11 36/23 38/18 39/2 41/24 43/2 43/3 43/5 43/14 45/15 45/23 63/24 68/10 68/11 68/12 68/16 69/10 69/13
**WILLIAMS [69]** 1/7 3/2 3/4 3/10 3/10 3/15 4/19 7/22 8/10 8/19 8/21 8/24 10/4 10/16 11/23 12/8 12/25 17/22 19/15 20/13 20/17 20/25 21/9 21/18 21/23 22/11 22/14 22/16 23/19 25/4 25/5 27/14 29/16 30/14 33/3 35/8 35/15 35/23 38/1 38/11 38/23 43/6 43/11 44/9 44/21 44/22 44/22 45/2 45/9 45/17 45/20 45/20 46/8 46/11 46/14 51/9 51/11 63/9 63/16 63/25 64/11 66/3 66/10 66/15 67/21 68/20 68/25 69/16 69/20
**Williams' [6]** 15/13 29/9 41/25 44/18 45/24 66/1
**window [1]** 59/9
**wise [1]** 26/15
**wish [4]** 4/20 20/7 24/9 24/10
**withdraw [1]** 44/24
**withheld [1]** 31/23
**withhold [1]** 31/5
**withholding [1]** 31/2
**within [6]** 7/8 11/12 19/20 64/4 67/23 68/11
**without [8]** 7/12 7/12 13/17 21/4 29/5 29/5 29/5 65/17
**witness [7]** 16/23 17/5 23/8 23/14 25/1 27/9 30/12
**witnessed [1]** 17/6
**witnesses [2]** 17/18 40/22
**woman [4]** 21/12 44/14 46/17 60/9
**women [14]** 16/19 18/17 29/2 30/17 31/6 32/22 33/12 38/13 40/3 41/22 41/23 45/19 46/11 46/25
**won't [1]** 19/2
**wonderfully [1]** 34/5
**word [4]** 30/11 39/22 39/22 41/14
**words [1]** 59/10
**wore [1]** 21/24
**work [9]** 18/21 34/6 34/7 34/25 39/13 53/12 53/15 56/6 69/20
**worked [3]** 34/14 34/17 62/24
**working [1]** 23/20
**works [2]** 51/18 66/13
**world [3]** 29/1 59/1 60/15
**worse [1]** 60/10
**worst [8]** 15/12 21/21 22/17

**W**

**worst... [5]**   22/20 23/21
 24/11 37/18 60/15
**worth [5]**   21/13 23/23 34/20
 35/19 36/25
**worthlessness [1]**   20/24
**would [74]**
**wouldn't [4]**   22/21 24/10
 27/18 67/9
**Wow [1]**   56/8
**wrist [1]**   42/13
**wrists [4]**   52/22 52/24 60/16
 60/17
**write [1]**   63/7
**writes [2]**   20/13 21/20
**written [8]**   7/23 10/6 12/4
 20/7 21/20 23/8 23/9 52/2
**wrong [4]**   22/24 37/25 42/6
 63/3
**wrote [1]**   23/16

**Y**

**year [7]**   6/19 26/19 31/5
 31/6 33/6 45/3 50/2
**years [49]**   10/17 13/25 13/25
 14/1 14/15 14/16 21/21 21/22
 22/10 23/18 24/3 29/4 29/18
 30/16 30/19 31/1 34/15 36/7
 42/14 42/14 45/19 45/22
 46/11 46/15 47/8 47/11 47/24
 47/25 48/2 48/25 49/5 49/17
 49/18 50/24 52/15 54/21
 55/21 57/7 60/20 60/20 61/15
 61/16 61/19 62/10 62/24
 62/25 62/25 64/2 64/17
**yes [29]**   4/22 5/6 10/24 11/1
 16/8 18/1 24/25 27/16 33/13
 35/7 37/16 40/13 42/24 43/1
 51/10 51/15 54/14 55/14
 55/21 61/17 62/21 62/23
 67/12 67/13 68/5 68/12 68/15
 69/18 69/23
**yet [6]**   10/6 25/9 46/19
 59/13 60/17 62/3
**YGrene [1]**   36/3
**you [177]**
**young [6]**   18/17 21/12 21/17
 45/18 46/11 46/16
**your [96]**
**yourself [1]**   35/10
**youth [1]**   64/21